CSD 1099 [07/01/18]
Name, Address, Telephone No. & I.D. No.
**Sullivan Hill Rez & Engel, A Professional Law Corporation**
**Gary B. Rudolph 101921**
**600 B Street, Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Garden Fresh Restaurants LLC**

BANKRUPTCY NO. **20-02477-LA7**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- ☐ Schedules A/B - J
- ☑ Statement of Financial Affairs
- ☑ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- ☐ Chapter 7 Statement of Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Chapter 13 Plan
- ☑ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt
- ☑ Creditors Holding Secured Claims by Property
- ☑ Creditors Holding Unsecured Priority and/or Non-priority Claims:
- ☑ Schedule of Executory Contracts & Unexpired Leases
- ☑ Schedule of Co-Debtors
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, Notice, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules*. See instructions on reverse side.

Dated:   June 4, 2020                    Signed:   /s/ Gary B. Rudolph
                                                  Attorney for Debtor

I [We]   __John Haywood__   and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of 4,375 pages, and on the creditor matrix, if any, is true and correct.

Dated:   June 4, 2020        /s/ John Haywood
                            Chief Executive Officer of Debtor                    *Joint Debtor

CSD 1099                                                **Refer to Instructions on Reverse Side**
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

CSD 1099 (Page 2) [07/01/18]
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 (Page 3) [07/01/18]

**INSTRUCTIONS**

1.　　Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.　　If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3.　　If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

**PROOF OF SERVICE**

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below by the mod of service shown below:

1.　　**To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 4, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Christin A. Batt christinb@flgsd.com,
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;dereks@flgsd.com Christine E. Baur
christine@baurbklaw.com, admin@baurbklaw.com George B. Blackmar gblackmar@bpslaw.net Michael D.
Breslauer mbreslauer@swsslaw.com, wyones@swsslaw.com Jeffrey D. Cawdrey jcawdrey@gordonrees.com,
sdurazo@gordonrees.com Caroline Djang caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com Leslie T.
Gladstone candic@flgsd.com,
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com Leslie T. Gladstone
leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com Thomas B.
Gorrill tgorrill@gorillalaw.com, r53431@notify.bestcase.com Michael I. Gottfried
MGottfried@elkinskalt.com, emeza@lgbfirm.com Sasha M. Gurvitz sgurvitz@ktbslaw.com Brian D. Huben
carolod@ballardspahr.com;hubenb@ballardspahr.com;branchd@ballardspahr.com Gerald P. Kennedy
gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com Kevin P Montee
kmontee@monteefirm.com Gary B. Rudolph rudolph@sullivanhill.com,
hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
Allan D. Sarver ads@asarverlaw.com Leslie Skorheim leslie.skorheim@usdoj.gov,
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov Derek Andrew Soinski
dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com United
States Trustee ustp.region15@usdoj.gov Roye Zur rzur@elkinskalt.com, vrichmond@lgbfirm.com

| | | | | |
|---|---|---|---|---|
| ☑ | Chapter 7 Trustee: | | | |
| ☑ | For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
| | UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

2.　　**Served by United States Mail or Overnight Mail:**

On June 4, 2020 ,I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number, addressed as follows:

3.　　**Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

CSD 1099

CSD 1099 (Page 4) [07/01/18]

Under Fed.R.Civ.P.5 and controlling LBR, on June 4, 2020 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

David M. Blau
Clark Hill PLC
151 S. Old Woodward Avenue
Suite 20
Birmingham, MI 48009

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  **June 4, 2020**
(Date)

**/s/ Laurel L. Dinkins**
**Laurel L. Dinkins**
**Sullivan Hill Rez & Engel, A Professional Law**
**Corporation**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
Address

CSD 1099

**Fill in this information to identify the case:**

Debtor name **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **20-02477-LA7**

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 4, 2020**          X /s/ John Haywood

Signature of individual signing on behalf of debtor

**John Haywood**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $     **95,220,706.75**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................  $     **95,220,706.75**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **54,948,819.01**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $     **185,982.97**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **8,795,176.25**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b   $     **63,929,978.23**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Wells Fargo Bank** | **Change Order Account** | 8446 | $7,706.03 |
| 3.2. **Wells Fargo Bank** | **Concentration Account** | 8404 | $47,632.00 |
| 3.3. **Citibank** | **Health Main** | 5391 | $0.00 |
| 3.4. **Wells Fargo Bank** | **Depository Account** | 9094 | $0.00 |
| 3.5. **Wells Fargo Bank** | **Deposit Account** | 7439 | $0.00 |
| 3.6. **Wells Fargo Bank** | **Accounts Payable** | 6304 | $0.00 |
| 3.7. **Wells Fargo Bank** | **Payroll Account** | 5346 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Garden Fresh Restaurants LLC**                    Case number *(If known)*  **20-02477-LA7**
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **Wells Fargo Bank** | **Merchant Card Account** | 8461 | **$0.00** |

| | | | | |
|---|---|---|---|---|
| 3.9. | **Wells Fargo Bank** | **Commercial Checking Account** | 9853 | **$0.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                                                                **$55,338.03**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **See Attached for Detail**                                                        **$1,349,811.20**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    **See Attached for Detail.**                                                        **$2,288,301.19**

**9.**    **Total of Part 2.**                                                                **$3,638,112.39**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:            **654,786.00**    -            **0.00**    = ....        **$654,786.00**
                                    face amount                doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                                **$654,786.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(If known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory Food** | 12/31/2019 | $0.00 | Average Cost | $4,385,902.00 |
| 22. | **Other inventory or supplies** **Supplies, Dishes and Uniforms** | 12/31/2019 | $0.00 | Average Cost | $1,301,606.00 |

| 23. | **Total of Part 5.** | | $5,687,508.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.    Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture & Fixtures** | $2,889,308.65 | Net Book Value | $2,889,308.65 |
| 40. | **Office fixtures** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(If known)* **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **Leasehold Improvements** | **$12,577,872.68** | **Net Book Value** | **$12,577,872.68** |
|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | **Office and Kitchen Equipment** | **$14,674,923.00** | **Net Book Value** | **$14,674,923.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | **$30,142,104.33** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Attached for Full Descriptions** | **$6,563,002.00** | **Net Book Value** | **$6,563,002.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See No. 47 and attached for further detail.** | **$0.00** | | **$0.00** |

| 51. | **Total of Part 8.** | **$6,563,002.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 4

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(If known)* **20-02477-LA7** |
|---|---|---|
| | Name | |

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. See Attached. | | $0.00 | | $0.00 |
| 55.2. See Attached for Detail. | Lease | Unknown | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademarks/ Trade Names ‍¦ GYY 5 Ht W YX | Unknown | Fair Value | $24,376,677.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer Relationships | Unknown | Fair Value | $3,791,667.00 |

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 5

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(If known)* **20-02477-LA7** |
|---|---|---|
| | Name | |

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

| Goodwill | $0.00 | Fair Value | $20,311,512.00 |
|---|---|---|---|

**66.**    **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

| $48,479,856.00 |
|---|

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No
     ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☐ No
     ■ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.   Go to Part 12.
     ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
     Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

| **See Attached.** | Tax year | $0.00 |
|---|---|---|

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor   **Garden Fresh Restaurants LLC**
Name

Case number *(If known)*   **20-02477-LA7**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55,338.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,638,112.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $654,786.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,687,508.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,142,104.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,563,002.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $48,479,856.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $95,220,706.75 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $95,220,706.75 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule A/B - No. 7

**Deposits - Including Security and Utility Deposits**

| Company Holding Deposit | Amount |
|---|---|
| Oakmont Industrial Group | $18,690.00 |
| Syndey Properties | $3,615.00 |
| San Diego Gas & Electric | $19,176.00 |
| Midway Towne Center | $2,500.00 |
| San Diego Gas & Electric | $23,278.00 |
| San Diego Gas & Electric | $4,954.01 |
| City of Garden Grove | $135.00 |
| San Diego Gas & Electric | $41,296.00 |
| San Diego Gas & Electric | $1,384.04 |
| Del Amo Associates, LLC | $32,341.31 |
| Kimco Realty | $25,303.13 |
| LA Department of Water & Power | $16,600.00 |
| Duesenber Investment Co. | $38,235.69 |
| LA Department of Water & Power | $11,850.00 |
| Pacific Gas and Electric | $10,949.00 |
| Charles Shwab (Liddicoat Survivor Trust) | $15,465.33 |
| Pacific Gas and Electric | $14,890.00 |
| Peoples's Gas | $575.00 |
| San Diego Gas & Electric | $1,947.19 |
| Pacific Gas and Electric | $12,937.00 |
| People's Gas | $551.00 |
| People's Gas | $9,065.00 |
| Hillsborough CO | $3,100.00 |
| San Diego Gas & Electric | $20,109.00 |
| Pacific Gas and Electric | $12,827.00 |
| Salt River Project | $20,490.00 |
| Southwest Gas Corp | $3,850.00 |
| Salt River Project | $10,890.00 |
| Southwest Gas Corp | $4,250.00 |
| People's Gas | $9,113.00 |
| Tampa Electric/Teco | $150.00 |
| Teco Peoples Gas | $9,240.00 |
| Southwest Gas Corp | $2,990.00 |
| Tucson Electric | $21,150.00 |
| Southwest Gas Corp | $3,530.00 |
| Salt River Project | $12,240.00 |
| Southwest Gas Corp | $2,415.00 |
| Peoples Gas | $1,375.00 |
| Tucson Electric | $20,300.00 |
| Florida Power & Light | $3,865.00 |
| Teco Peoples Gas | $555.00 |
| Teco Peoples Gas | $915.00 |
| Peoples Gas | $290.00 |
| Peoples Gas | $726.00 |
| Teco Peoples Gas | $585.00 |
| WWS | $1,465.00 |

**Schedule A/B - No. 7**
**Deposits - Including Security and Utility Deposits**

| Company Holding Deposit | Amount |
|---|---|
| Peoples Gas | $347.00 |
| Peoples Gas | $593.00 |
| Southwest Gas Corp | $2,200.00 |
| Bldg Rent Deposit | $25,000.00 |
| Memorial Village Water Auth. | $4,200.00 |
| Gwinett Co. Water | $150.00 |
| Gwinett Co. Water | $75.00 |
| City of Atl GA- Dep of watershed | $4,971.00 |
| CenterPoint | $2,050.00 |
| Southwest Gas Corp | $2,070.00 |
| Teco Peoples Gas | $880.00 |
| San Diego Gas & Electric | $21,360.00 |
| Teco Peoples Gas | $670.00 |
| Teco Peoples Gas | $237.00 |
| Teco Peoples Gas | $495.00 |
| FPL | $26,446.50 |
| Pacific Gas and Electric | $14,650.00 |
| San Diego Gas & Electric | $2,155.00 |
| Entergy | $6,900.00 |
| Pacific Gas and Electric | $27,729.00 |
| LA Deptarment of Water & Power | $18,900.00 |
| San Diego Gas & Electric | $1,805.35 |
| Southwest Gas Corp | $3,835.00 |
| Pacific Gas and Electric | $15,056.00 |
| South River Project | $14,650.00 |
| Southwest Gas Corp | $3,535.00 |
| Teco Peoples Gas | $188.00 |
| Teco Peoples Gas | $700.00 |
| Teco Peoples Gas | $103.09 |
| Teco Peoples Gas | $485.00 |
| Southwest Gas Corp | $1,352.00 |
| SLM Waste & Recycling Systems | $1,874.78 |
| Teco Peoples Gas | $188.00 |
| Teco Peoples Gas | $590.00 |
| San Diego Gas & Electric | $2,773.06 |
| Teco Peoples Gas | $592.40 |
| Teco Peoples Gas | $3.72 |
| Teco Peoples Gas | $665.00 |
| Pacific Gas and Electric | $9,656.00 |
| LA Deptarment of Water & Power | $9,600.00 |
| 1467 Brittmoore Property | $2,250.00 |
| FPL | $26,446.50 |
| Holtzman Enterprises | $15,880.00 |
| City of Fullerton | $118.38 |
| City of Fullerton | $302.54 |
| City of Fullerton | $394.62 |

**Schedule A/B - No. 7**

**Deposits - Including Security and Utility Deposits**

| Company Holding Deposit | Amount |
|---|---|
| City of Fullerton | $817.14 |
| Zimmerman Properties | $1,394.61 |
| Sycamore Business Park LLC | $39,470.86 |
| Riverside Public Utilities | $5,000.00 |
| Orlando Utilities Commission-Orlando public | $8,000.00 |
| Bre CA Office Owner LLC | $37,371.80 |
| San Diego Gas & Electric | $359.00 |
| BK Related | $0.80 |
| Special T Water | $4,400.00 |
| Nevada Dept Of Taxation | $185,963.00 |
| Souther California Edison | $294,600.00 |
| Riverside Public Utilities | $26,164.35 |
| Unidentified | -$1,011.00 |

Schedule A/B - No. 8

Prepayments, including executory contracts, leases and insurance

| Company with Prepayment | Amount |
|---|---|
| 1040 GRANT ROAD ASSOCIATES III | $5,318.64 |
| 1467 BRITTMOORE PROPERTY - UTILITIES | $550.00 |
| 1756In | $39.00 |
| 2230 W. Lincoln, LLC | $74.25 |
| 5 STAR REFRIGERATION & AIR CONDITIONING INC | $403.76 |
| AIRTECH HEATING & AIR CONDITIONING - HVAC/R PM | $306.04 |
| AK VALENCIA HOLDINGS LLC - TRASH | $2,800.00 |
| ALAMEDA COUNTY ENVIRONMENTAL - ALAMEDA COUNTY HEALTH DEPT | $988.26 |
| AMERICAN BANKERS INSURANCE CO | $23,650.00 |
| ANDREWS REFRIGERATION INC - HVAC/R PM | $3,332.00 |
| ANDREWS REFRIGERATION INC - SUB 6501 | $241.11 |
| BARGREEN ELLINGSON INC | $760.93 |
| BOB MCKEE - LAKE COUNTY TAX COLLECTOR | $89.76 |
| BOUNDLESS NETWORK INC | $59,418.00 |
| BOX INC | $5,179.24 |
| BRE CA Office Owner LLC | $240.16 |
| BROWARD COUNTY TAX COLLECTOR | $443.52 |
| Burgundy Bear LTD | $254.12 |
| CALIFORNIA DEPARTMENT OF PUBLIC HEALTH - CALIFORNIA DEPT OF PUB HEALTH | $847.76 |
| Camden House | $142.88 |
| CASHIER - CDFA/MDFS - CDFA / MDFS | $9,657.00 |
| CFP FIRE PROTECTION INC | $6,649.52 |
| CIGNA HEALTH AND LIFE INSURANCE COMAPNY INC | $77,000.00 |
| CINTAS CORPORATION NO2 | $312.48 |
| CITY OF ALBUQUERQUE | $522.34 |
| CITY OF ALHAMBRA | $323.05 |
| CITY OF ALPHARETTA | $500.00 |
| CITY OF ALTAMONTE SPRINGS | $166.32 |
| CITY OF ARCADIA | $357.63 |
| CITY OF ARCADIA PUBLIC WORKS DEPARTMENT | $61.88 |
| CITY OF BOYNTON BEACH | $459.76 |
| CITY OF CARLSBAD | $754.02 |
| CITY OF CHULA VISTA | $879.00 |
| CITY OF CORAL SPRINGS | $503.36 |
| CITY OF ENGLEWOOD | $2,130.96 |
| CITY OF ESCONDIDO | $171.08 |
| CITY OF FORT LAUDERDALE | $174.24 |
| CITY OF FOUNTAIN VALLEY | $221.36 |
| CITY OF FRESNO - CITY OF FRESNO 11/19-10/20 | $1,442.65 |
| CITY OF FULLERTON | $419.43 |
| CITY OF GARDEN GROVE | $67.58 |
| CITY OF HENDERSON | $167.09 |

Schedule A/B - No. 8
Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| CITY OF HENDERSONFIRE DEPT - HENDERSON CITY FIRE | $448.35 |
| CITY OF HOLLYWOOD | $213.72 |
| CITY OF HOUSTON | $347.49 |
| CITY OF HOUSTON FIRE DEPT | $253.76 |
| CITY OF HOUSTON SIGN ADMIN | $44.59 |
| CITY OF LA MESA | $240.00 |
| CITY OF LA QUINTA | $208.12 |
| CITY OF LAKEWOOD | $365.82 |
| CITY OF LARGO | $295.92 |
| | |
| CITY OF LAS VEGAS - CITY OF LAS VEGAS BUS LICENSE | $507.20 |
| CITY OF LOS ANGELES | $3,473.03 |
| CITY OF MOUNTAIN VIEW | $15.50 |
| CITY OF ORLANDO | $807.84 |
| CITY OF PALMDALE | $202.93 |
| CITY OF PEMBROKE PINES | $382.34 |
| CITY OF PEORIA | $24.19 |
| CITY OF SAN BERNARDINO - CITY OF SAN BERNARDINO 11/19-10/20 | $1,244.40 |
| CITY OF SAN DIEGO | $96.76 |
| CITY OF SAN JOSE FIRE DEPARTMENT | $862.90 |
| CITY OF STAFFORD | $750.00 |
| CITY OF SUNNYVALE | $360.36 |
| CITY OF TAMPA-OCCUPATIONAL | $757.68 |
| CITY OF TIGARD | $855.00 |
| CITY OF TORRANCE | $64.39 |
| CITY OF TUSTIN | $104.00 |
| CITY OF VISTA | $822.00 |
| CITY OF WEST PALM BEACH | $446.58 |
| CITY TREASURER - CITY OF SAN DIEGO | $688.49 |
| CITY TREASURER - CITY OF SAN DIEGO TREASURER | $183.52 |
| CLACKAMAS COUNTY COMMUNITY HEA - CLACKAMAS CO HEALTH | $990.00 |
| CLARK COUNTY DEPT OF BUS LIC - CLARK COUNTY BUSINESS LICENSE | $417.69 |
| CLIMA TECH LLC - HVAC/R PM | $1,046.08 |
| COBB PUBLIC HEALTH - COBB COUNTY HEALTH | $55.49 |
| COMMERCIAL APPLIANCE SERVICE - SOFT SERVE PM SERVICE | $230.23 |
| COMMERCIAL FIRE LLC - FACILITIES / PURCHASING DEPT O | $69.02 |
| COMMERCIAL FIRE LLC - HOOD CLEANING - NATIONWIDE | $20,540.67 |
| COMMERCIAL FIRE LLC - Kitchen exhaust cleaning | $135.66 |
| COMMERCIAL FIRE LLC - SUB 6509 | $736.50 |
| CONTRA COSTA COUNTY TAX COLLEC | $1,040.13 |

Schedule A/B - No. 8

Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| CONTRA COSTA HEALTH SERVICES | $450.45 |
| CORE MECHANICAL LLC - HVAC/R PM | $1,884.96 |
| COSTCO WHOLESALE MEMBERSHIP | $60.00 |
| COUNTY OF COLLIER TAX COLLECTOR - COLLIER COUNTY TAX COLLECTOR | $89.76 |
| COUNTY OF LOS ANGELES | $11,752.86 |
| COUNTY OF ORANGE | $16,496.48 |
| COUNTY OF RIVERSIDE DEPARTMENT | $1,787.47 |
| COUNTY OF SAN BERNARDINO - SAN BERNARDINO COUNTY HEALTH | $1,889.70 |
| COUNTY OF SAN DIEGO - SAN DIEGO COUNTY HEALTH | $3,095.38 |
| COUNTY OF SANTA CLARA | $535.68 |
| COUNTY OF VENTURA TREASURER TAX COLLECTOR UNSECURED | $1,145.69 |
| CSRA Komar Desert Center | $200.02 |
| Cypress Creek Associates | $61.94 |
| DATA MANAGEMENT INC | $699.78 |
| DAVID LONG AND ASSOCIATES INC | $1,754.96 |
| DDRA Ahwatukee Foothills | $139.09 |
| Del Amo Associates, LLC | $299.28 |
| DEPARTMENT OF CONSUMER & BUSINESS SERVICES - OREGON DEPT OF CONSUMER & BUS | $36.60 |
| DEPARTMENT OF THE TREASURY - Expense from7/3-5/28/2020 | $600.47 |
| DFE INVESTMENTS LLC - WATER AND SEWER | $647.94 |
| DIVISION OF HOTELS AND REST - FL DIVISION OF HOTELS AND REST | $5,216.86 |
| DK Connections LLC | $725.71 |
| DK CONNECTIONS LLC - TRASH | $503.00 |
| DOUG BELDEN - HILLSBOROUGH CO TAX COLLECTOR | $269.28 |
| Duesenberg Investment  Co. | $250.53 |
| DUESENBERG INVESTMENT CO - TRASH | $2,041.64 |
| DUESENBERG INVESTMENT CO - UTILITIES | $1,620.00 |
| EAGLE TRADING INTERNATIONAL CORP - EXTERIOR / Roof / Roof / Roof | $72.80 |
| EAGLE TRADING INTERNATIONAL CORP - ROOF PM SERVICE | $8,475.74 |
| EAGLE TRADING INTERNATIONAL CORP - SUB 6317 | $2.76 |
| EAST ORANGE COUNTY WATER DISTRICT - EAST ORANGE CO WATER DISTRICT | $161.66 |
| ECOLAB INC | $2,742.66 |
| ECOLAB INCORPORTED | $107.24 |
| ELECTRO FREEZE OF NOR CAL - Refrigeration / Soft Serve Mac | $1,235.78 |
| EMIC Properties | $155.53 |

Schedule A/B - No. 8

Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| ESCONDIDO FIRE DEPARTMENT | $144.10 |
| FEA SERVICE LLC | $73.66 |
| FEA SERVICE LLC - SOFT SERVE PM SERVICE | $1,883.74 |
| FEA SERVICE LLC - This WO# is for invoicing purp | $74.97 |
| Flamingo Pointe Partners, LLC | $45.32 |
| FLORIDA DEPT OF AGRICULTURE | $365.00 |
| FR Del Mar Village, LLC | $50.11 |
| Franciscan AAH | $192.44 |
| | |
| FREMONT FIRE PREVENTION - FREMONT FIRE DEPT | $69.16 |
| FRESNO COUNTY TAX COLLECTOR | $883.61 |
| FRESNO COUNTY TREASURER | $1,213.00 |
| FRIT Escondido Promenade, LLC | $71.63 |
| FULTON COUNTY DEPT OF HEALTH - FULTON COUNTY HEALTH DEPT | $243.20 |
| FULTON COUNTY HEALTH DEPT | $488.00 |
| FULTON COUNTY PUBLIC WORKS | $61.88 |
| FULTON COUNTY/PUBLIC WORKS - FULTON COUNTY PUBLIC WORKS | $61.88 |
| GALLERIA CORPORATE CENTRE MAIENTENANCE DISTRICT - UTILITIES | $1,609.50 |
| GAMUT SYSTEMS & SOLUTIONS | $5,798.50 |
| GARDEN GROVE FIRE DEPARTMENT - GARDEN GROVE FIRE DPET | $35.49 |
| GEORGIA DEPARTMENT OF LABOR | $217.25 |
| GEORGIA DEPT OF AGRICULTURE | $74.62 |
| GLOBAL COOL LLC | $497.96 |
| GLOBAL COOL LLC - SOFT SERVE PM SERVICE | $897.02 |
| GOLDEN WAY MECHANICAL INC - HVAC/R PM - Attachment(s) incl | $991.76 |
| GRANADA SHOPPES ASSOC LTD - UTILITIES | $481.49 |
| GREATER ORLANDO AVIATION | $34.74 |
| GWINNETT COUNTY | $523.98 |
| HAIG FIRE & SECURITY | $239.63 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | $2.05 |
| HENRY C LEVY | $3,054.87 |
| Holtzman Enterprizes, LLC | $221.92 |
| HUNTER DAVISSON INC - HVAC/R PM - Attachment(s) incl | $922.88 |
| INNOVASAFE INC | $15.95 |
| JEFFERSON COUNTY TREASURER - JEFFERSON CO HEALTH DEPT | $465.00 |
| Kelton  Properties | $34.88 |
| Krausz Puente LLC | $29.20 |
| | |
| LA COUNTY TAX COLLECTOR - County of Los Angeles | $56.42 |

Schedule A/B - No. 8

Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| LA COUNTY TAX COLLECTOR  UNSECURED | $14,916.72 |
| | |
| LAS COLINAS COMPANY - HYDROJETTING PM SERVICE | $646.24 |
| LIAZON CORPORATION | $108,646.00 |
| LIBERTY PROPERTY LIMITED | $127.36 |
| LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS LLC - GREASE TRAP PM SERVICE | $13,510.00 |
| | |
| LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS - LOS ANGELES COUNTY DEPT OF PUBLIC WORKS | $461.16 |
| LPF San Jose Retail, Inc. | $321.08 |
| Main Street Hotels, LLC | $157.04 |
| MARICOPA COUNTY ENVIRONMENTAL SERVICES DEPT - MARICOPA COUNTY HEALTH | $2,268.89 |
| MCD-RC CA Amerige, LLC | $222.10 |
| MD_ Charge 9025-88370 Split over a year-DUN & BRADSTREET | $813.54 |
| MD_ MEDICAL GUARDIAN LLC PHILADELPHIA PA | $4,824.27 |
| MD-NEED REFUND-MEDICAL GUARDIAN | $186.96 |
| | |
| MECHANICAL SYSTEMS INC - SOFT SERVE PM SERVICE | $180.69 |
| MEWE INC | $1,007.37 |
| MIAMI-DADE COUNTY - MIAMI DADE COUNTY | $221.76 |
| MIAMI-DADE FIRE RESCUE DEPT - MIAMI DADE FIRE RESCUE DEPT | $70.18 |
| Midway Town Center | $106.72 |
| MONTGOMERY COUNTY HEALTH DEPT | $99.22 |
| Morguard Boynton Town Center | $37.53 |
| MOULTON NIGUEL WATER - MOULTON NIGUEL WASTER DISTRICT | $53.24 |
| MUWA LLC | $76.83 |
| NATIONAL WHOLESALE SUPPLY INC - BOILER / TANK / TANKLESS SYSTE | $1,056.72 |
| NATIONAL WHOLESALE SUPPLY INC - Plumbing / Water Heater / Wate | $346.08 |
| NEXTIVA INC | $5,332.38 |
| NORTH COLLIER FIRE CONTROL - NORTH COLLIER FIRE CONTROL & RESCUE | $37.31 |
| Oakwood Plaza LP | $63.76 |
| Olen Pointe Brea, LLC | $113.92 |
| ORANGE COUNTY FIRE AUTHORITY | $628.93 |
| ORANGE COUNTY HEALTH CARE AGEN - ORANGE COUNTY HEALTH CARE AGENCY | $8,803.66 |
| ORANGE COUNTY HEALTH CARE AGENCY | $356.81 |
| ORANGE COUNTY TAX COLLECTOR | $332.64 |
| PALM BEACH COUNTY | $110.00 |

Schedule A/B - No. 8
Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| PELICAN AIRE INC - HVAC/R TPA PELICAN WITH ICE MA | $1,312.92 |
| PIMA COUNTY HEALTH DEPT | $394.32 |
| | |
| PINELLAS COUNTY UTILITIES - PINELLAS COUNTY UTILITY | $183.90 |
| PK I North County Plaza LP | $149.76 |
| Pleasant Hill Crescent Drive | $255.13 |
| Power & Ray, LLC | $130.17 |
| PRII Rolling Oaks Commons Fla | $10.96 |
| PRO-AIR MECHANICAL - HVAC/R PM | $3,786.72 |
| Prof Services: business license | $373.92 |
| | |
| RAMCO REFRIGERATION & AIR  INC - 822 CHILLER PM | $831.60 |
| RAMCO REFRIGERATION & AIR  INC - Bid | |
| recommendations from Check | $591.08 |
| RAMCO REFRIGERATION & AIR  INC - HVAC/R PM | $12,412.96 |
| RAMCO REFRIGERATION & AIR  INC - SUB 6501 | $708.40 |
| RAPID7 LLC | $5,549.96 |
| RCS MECHANICAL SERVICES - HVAC/R PM - | |
| Attachment(s) incl | $523.04 |
| Reeco Properties, LLLP | $60.92 |
| RIVERSIDE COUNTY ASSESSOR | $3,430.70 |
| SA Anastasia LLC | $181.59 |
| SADA SYSTEMS INC | $4,594.52 |
| SAGENET LLC | $12,115.59 |
| SALT RIVER PIMA-MARICOPA | $466.14 |
| SAN BERNARDINO COUNTY | $4,712.89 |
| SAN BERNARDINO COUNTY FIRE PROTECTION DISTRICT - | |
| SAN BERNARDINO CO FIRE | $397.00 |
| SAN BERNARDINO MUNICIPAL - SAN BERNARDINO | |
| MUNICIPAL WATER DEPT | $87.33 |
| SAN DIEGO COUNTY TAX COLLECTOR | $19,246.50 |
| SANTA CLARA COUNTY TAX COLLECTOR | $8,621.34 |
| Shappell Socal Rental Properties, LLC | $100.52 |
| Sidney Family Limited | $207.14 |
| SILVERSTATE REFRIGERATION & HVAC LLC - SOFT SERVE | |
| PM SERVICE | $573.16 |
| SKYLIGHT CORP | $27,088.00 |
| SOUTHERN NEVADA REGIONAL - SOUTHERN NV HEALTH | |
| DISTRICT | $1,203.02 |
| SRK Lady Lake OP5 LLC | $20.12 |
| SSD ALARM SYSTEMS | $900.21 |
| STATE OF WASHINGINGTON BUS LICENSING SVC | $582.33 |
| STELLAR LOYALTY INC | $110,015.00 |
| SYCAMORE BUSINESS PARK LLC | $385.26 |
| TAX COLLECTOR PALM BEACH CNTY - PALM BEACH CO | |
| TAX COLLECTOR | $293.04 |

Schedule A/B - No. 8
Prepayments, including executory contracts, leases and insurance

| | |
|---|---|
| Tcam Core Porperty Fund Reit LLC | $40.92 |
| TECHNICAL AIR SERVICE CORP - HVAC/R PM | $3,635.24 |
| Tempe CC Hui LLC | $82.66 |
| TERMINIX PROCESSING CENTER | $137.41 |
| TEXAS DEPARTMENT OF STATE - TEXAS DEPT OF HEALTH SERVICES | $784.32 |
| THE ICEE COMPANY - SOFT SERVE PM SERVICE | $729.20 |
| The Price Reit, Inc. | $321.39 |
| Thomas Wnery Plaza, LLC | $143.96 |
| TRAVELERS | $1,350,015.08 |
| TRI COUNTY HEALTH DEPARTMENT - TRI-COUNTY HEALTH DEPT | $1,395.00 |
| Tustin Plaza Center LP | $192.92 |
| TYCO FIRE AND SECURITY US MGMT INC | $1,778.40 |
| Unidentified | $89,859.04 |
| VALVISTA NORTH LLC - UTILITIES | $2,277.67 |
| VENTURA COUNTY HEALTH DEPT | $273.91 |
| Vestar DRM - OPCO, LLC | $59.76 |
| WALDIN/DICK/WR-I FLA - UTILITIES | $700.00 |
| WALDIN/DICK/WR-I FLA - WATER AND SEWER | $746.90 |
| Waldin/Dick/WR-I FLA. | $11.30 |
| WASHINGTON COUNTY | $2,614.57 |
| WASHINGTON COUTY HEALTH - WASHINGTON CO HEALTH | $2,076.00 |
| Weingarten Realty Investors | $357.78 |
| WILLIS OF MARYLAND INC | $85,046.58 |
| WILLIS OF TENNESSEE INC | $215.04 |
| WILLIS TOWERS WATSON SOUTHEAST INC | $15,346.73 |
| WRI WEST GATE SOUTH LP - UTILITIES | $222.50 |
| WRI West Gate South, L.P. | $130.58 |
| ZENDESK INC | $2,737.02 |
| ZIMMERMAN PROPERTIES INC - TRASH | $15.00 |
| ZIMMERMAN PROPERTIES INC - WATER AND SEWER | $35.00 |
| | **$2,288,301.19** |

Schedule A/B - No. 60

| Client Matter | Case Type |
|---|---|
| 325563-910004 | ORD |
| 325563-910005 | ORD |
| 325563-900003 | ORD |
| 325563-900006/US | ORD |
| 325563-900011 | ORD |
| 325563-900018 | ORD |
| 325563-900019/US | ORD |
| 325563-900025/US | ORD |
| 325563-900029 | ORD |
| 325563-900032/US | ORD |
| 325563-900033 | ORD |
| 325563-900034/US | ORD |
| 325563-900036 | ORD |
| 325563-900039 | ORD |
| 325563-900045 | ORD |
| 325563-900046 | SR |
| 325563-900048 | ORD |
| 325563-900049 | WC |
| 325563-900050 | WC |

Schedule A/B - No. 60

Class Goods
Int. Class 43: Restaurant, catering and carry-out restaurant services.
Int. Class 42: Food and drink catering; restaurants; self-service restaurants.
Int. Class 42: Restaurant and catering services.
Int. Class 42: RESTAURANT AND CATERING SERVICES
Int. Class 42: restaurant and catering services
Int. Class 42: Carry out services
Int. Class 42: Carry out restaurant services.
Int. Class 42: Restaurant, catering and carry out services.
Int. Class 38: Electronic mail services, namely providing e-mail alerts regarding menu items and sercies offered at restaurants.
Int. Class 43: Restaurant, carry out and catering services.
Int. Class 43: Restaurant and carry out services.
Int. Class 43: Restaurant and carry out services.
Int. Class 29: Vegetable salad
Int. Class 29: Soup.
Int. Class 43: Restaurant, catering and take-out services.
Int. Class 43: Restaurant services, excluding mobile restaurant services.
Int. Class 29: Tossed garden salad for retail sale, catering or for on-site consumption.
Int. Class 35: Customer loyalty and benefits program services featuring discounts, rebates, incentives, and other benefits.
. Class 35: Customer loyalty and benefits program services featuring discounts, rebates, incentives, and other benefits for advertising and promotional purpos

Schedule A/B - No. 60

| Client Name | Country Name | App Number | Fil Date | Reg Number | Reg Date | Next Renewal Date |
|---|---|---|---|---|---|---|
| Garden Fresh Restaurants LLC | Japan | 2014-45135 | 03-Jun-2014 | 5725872 | 12-Dec-2014 | 12-Dec-2024 |
| Garden Fresh Restaurants LLC | United Arab Emirates | 220914 | 05-Nov-2014 | 220914 | 14-Jul-2016 | 05-Nov-2024 |
| Garden Fresh Restaurants LLC | United States of America | 73/492498 | 30-Jul-1984 | 1383741 | 18-Feb-1986 | 18-Feb-2026 |
| Garden Fresh Restaurants LLC | United States of America | 74/035742 | 07-Mar-1990 | 1663057 | 29-Oct-1991 | 29-Oct-2021 |
| Garden Fresh Restaurants LLC | United States of America | 74/548259 | 12-Jul-1994 | 1913980 | 22-Aug-1995 | 22-Aug-2025 |
| Garden Fresh Restaurants LLC | United States of America | 75/727804 | 14-Jun-1999 | 2449944 | 08-May-2001 | 08-May-2021 |
| Garden Fresh Restaurants LLC | United States of America | 75/727961 | 14-Jun-1999 | 2592113 | 09-Jul-2002 | 09-Jul-2022 |
| Garden Fresh Restaurants LLC | United States of America | 76/203322 | 30-Jan-2001 | 2500463 | 23-Oct-2001 | 23-Oct-2021 |
| Garden Fresh Restaurants LLC | United States of America | 78/204221 | 16-Jan-2003 | 2874348 | 17-Aug-2004 | 17-Aug-2024 |
| Garden Fresh Restaurants LLC | United States of America | 78/216631 | 19-Feb-2003 | 2862656 | 13-Jul-2004 | 13-Jul-2024 |
| Garden Fresh Restaurants LLC | United States of America | 78/661847 | 30-Jun-2005 | 3100808 | 06-Jun-2006 | 06-Jun-2026 |
| Garden Fresh Restaurants LLC | United States of America | 78/661910 | 30-Jun-2005 | 3103947 | 13-Jun-2006 | 13-Jun-2026 |
| Garden Fresh Restaurants LLC | United States of America | 77/735945 | 13-May-2009 | 3792258 | 25-May-2010 | 25-May-2020 |
| Garden Fresh Restaurants LLC | United States of America | 77/735903 | 13-May-2009 | 3792257 | 25-May-2010 | 25-May-2020 |
| Garden Fresh Restaurants LLC | United States of America | 86/295246 | 29-May-2014 | 4730453 | 05-May-2015 | 05-May-2025 |
| Garden Fresh Restaurants LLC | United States of America | 86/772821 | 29-Sep-2015 | 5183673 | 11-Apr-2017 | |
| Garden Fresh Restaurants LLC | United States of America | 87/092971 | 05-Jul-2016 | 5150354 | 28-Feb-2017 | 28-Feb-2027 |
| Garden Fresh Restaurants LLC | United States of America | 88/223661 | 10-Dec-2018 | | | |
| Garden Fresh Restaurants LLC | United States of America | 88/223663 | 10-Dec-2018 | | | |

Schedule A/B - No. 60

| Owner Name | Trademark Status | Trademark Name |
|---|---|---|
| Garden Fresh Restaurants LLC | Registered | SWEET TOMATOES |
| Garden Fresh Restaurant Corp. | Registered | SWEET TOMATOES |
| Garden Fresh Restaurants LLC | Registered | SOUPLANTATION |
| Garden Fresh Restaurants LLC | Registered | SWEET TOMATOES |
| Garden Fresh Restaurants LLC | Registered | SWEET TOMATOES and design |
| Garden Fresh Restaurants LLC | Registered | SOUPLANTATION |
| Garden Fresh Restaurants LLC | Registered | SWEET TOMATOES |
| Garden Fresh Restaurants LLC | Registered | LOTS TO FEEL GOOD ABOUT |
| Garden Fresh Restaurants LLC | Registered | CLUB VEG |
| Garden Fresh Restaurants LLC | Registered | GARDEN FRESH |
| Garden Fresh Restaurants LLC | Registered | HALF TOMATO DESIGN |
| Garden Fresh Restaurants LLC | Registered | WHOLE TOMATO DESIGN |
| Garden Fresh Restaurants LLC | Registered | JOAN'S BROCCOLI MADNESS |
| Garden Fresh Restaurants LLC | Lapsed | ALBONDIGAS LOCAS SOUP |
| Garden Fresh Restaurants LLC | Registered | DESIGN YOUR OWN DELICIOUS |
| Garden Fresh Restaurants LLC | Registered | FARM-TO-TABLE-TO-FARM |
| Garden Fresh Restaurants LLC | Registered | WONTON HAPPINESS |
| Garden Fresh Restaurants LLC | Allowed | GARDEN FRESH REWARDS |
| Garden Fresh Restaurants LLC | Allowed | GARDEN FRESH REWARDS LOGO |

| Next Action | _Image |
|---|---|
| 12 Dec 2024 - Renewal Due\| | |
| 05 Nov 2024 - Renewal Due\| | |
| 18 Feb 2026 - Next Renewal\| | |
| 29 Oct 2021 - Next Renewal\| |  |
| 22 Aug 2025 - Next Renewal\| | |
| 08 May 2021 - Next Renewal\| | |
| 09 Jul 2022 - Next Renewal\| | |
| 23 Oct 2021 - Next Renewal\| | |
| 17 Aug 2024 - Next Renewal\| | |
| 13 Jul 2024 - Next Renewal\| | |
| 06 Jun 2026 - Next Renewal\| | |
| 13 Jun 2026 - Next Renewal\| | |
| 25 May 2020 - RENEWED ON 5/13/2020 | |
| 25 May 2020 - NOT RENEWED NOT IN USE | |
| 05 May 2021 - Aff of Use - 6 Year\| | |
| 11 Apr 2023 - Section 8 Affidavit Due\| | |
| 28 Feb 2023 - Aff of Use - 6 Year\| | |
| 27 Feb 2020 - Extension #1 Due\|27 Feb 2020 - Statement of Use Due\| |  |
| 27 Feb 2020 - Extension #1 Due\|27 Feb 2020 - Statement of Use Due\| | |

Schedule A/B No. 47

Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Ryder | 2014 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2488EU925901 | 15,155 | Future Minimum Lease Payments | 15,155 |
| Ryder | 2016 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2480GU753401 | 167,894 | Future Minimum Lease Payments | 167,894 |
| Ryder | 2016 | VS2RA 53/162/102 | Reefer Trailer | 1UYVS2530GU753501 | 140,073 | Future Minimum Lease Payments | 140,073 |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2481K2493501 | 146,034 | Future Minimum Lease Payments | 146,034 |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG0KSKH3889 | 221,023 | Future Minimum Lease Payments | 221,023 |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG7KSKH3890 | 79,081 | Future Minimum Lease Payments | 79,081 |
| Ryder | 2017 | NPR | Reefer Truck <=16K | JALC4W166H7001923 | 116,968 | Future Minimum Lease Payments | 116,968 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC4KDKF7527 | 199,226 | Future Minimum Lease Payments | 199,226 |
| Ryder | 2016 | M2 106 | Reefer Truck = 26K GVW | 3ALACWDT0GDHR8530 | 85,103 | Future Minimum Lease Payments | 85,103 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC3KDKF7518 | 187,471 | Future Minimum Lease Payments | 187,471 |
| Ryder | 2009 | VS2R-48/162/102 | Reefer Trailer | 1UYVS24889U761801 | 2,811 | Future Minimum Lease Payments | 2,811 |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2483K6493301 | 181,294 | Future Minimum Lease Payments | 181,294 |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2485K6493302 | 176,006 | Future Minimum Lease Payments | 176,006 |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2487K6493303 | 176,121 | Future Minimum Lease Payments | 176,121 |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2489K6493304 | 176,344 | Future Minimum Lease Payments | 176,344 |
| Ryder | 2016 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLD57GSHR7007 | 56,437 | Future Minimum Lease Payments | 56,437 |
| Ryder | 2017 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLDR3HSHR7008 | 45,809 | Future Minimum Lease Payments | 45,809 |
| Ryder | 2017 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLDR5HSHR7009 | 45,290 | Future Minimum Lease Payments | 45,290 |
| Ryder | 2017 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLDR1HSHR7010 | 46,229 | Future Minimum Lease Payments | 46,229 |
| Ryder | 2016 | VS1RA 28/162/102 | Reefer Trailer | 1UYVS1282GU467501 | 67,970 | Future Minimum Lease Payments | 67,970 |
| Ryder | 2016 | VS1RA 28/162/102 | Reefer Trailer | 1UYVS1284GU467502 | 70,143 | Future Minimum Lease Payments | 70,143 |
| Ryder | 2015 | NPR | Reefer Truck <=16K | JALC4W165F7K01463 | 44,067 | Future Minimum Lease Payments | 44,067 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALACWFC5KDKF7519 | 203,083 | Future Minimum Lease Payments | 203,083 |
| Ryder | 2016 | M2 106 | Reefer Truck > 26K GVW | 1FVHCYCY1GHHR6271 | 40,961 | Future Minimum Lease Payments | 40,961 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALHCYFE9KDKF7521 | 157,808 | Future Minimum Lease Payments | 157,808 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALHCYFE0KDKF7522 | 157,720 | Future Minimum Lease Payments | 157,720 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALHCYFE2KDKF7523 | 250,871 | Future Minimum Lease Payments | 250,871 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALHCYFE4KDKF7524 | 196,382 | Future Minimum Lease Payments | 196,382 |
| Ryder | 2019 | M2 106 | Reefer Truck > 26K GVW | 3ALHCYFE6KDKF7525 | 196,331 | Future Minimum Lease Payments | 196,331 |
| Ryder | 2015 | CASCADIA 125 | S/A Tractor | 3AKBGDD63FSGT5084 | 19,877 | Future Minimum Lease Payments | 19,877 |
| Ryder | 2015 | CASCADIA 125 | S/A Tractor | 3AKBGDD65FSGT5085 | 21,546 | Future Minimum Lease Payments | 21,546 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC6KDKF7531 | 203,497 | Future Minimum Lease Payments | 203,497 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC2KDKF7526 | 199,874 | Future Minimum Lease Payments | 199,874 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC4KDKF7530 | 211,023 | Future Minimum Lease Payments | 211,023 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC1KDKF7520 | 166,267 | Future Minimum Lease Payments | 166,267 |
| Ryder | 2016 | M2 106 | Reefer Truck = 26K GVW | 3ALACWDT9GDHR9479 | 4,298 | Future Minimum Lease Payments | 4,298 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC6KDKF7528 | 148,331 | Future Minimum Lease Payments | 148,331 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC8KDKF7529 | 97,886 | Future Minimum Lease Payments | 97,886 |
| Ryder | 2019 | M2 106 | Reefer Truck = 26K GVW | 3ALACWFC8KDKF7532 | 178,065 | Future Minimum Lease Payments | 178,065 |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG6KSKY2388 | | Future Minimum Lease Payments | |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG2KSKY2386 | | Future Minimum Lease Payments | |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG0KSKY2385 | | Future Minimum Lease Payments | |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG4KSKY2390 | | Future Minimum Lease Payments | |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG4KSKY2387 | | Future Minimum Lease Payments | |
| Ryder | 2019 | CASCADIA 125 | T/A Conv Sleeper Tractor | 3AKJGLFG8KSKY2389 | | Future Minimum Lease Payments | |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2481K2791501 | | Future Minimum Lease Payments | |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2485K2791503 | | Future Minimum Lease Payments | |
| Ryder | 2019 | VS2RA 48/162/102 | Reefer Trailer | 1UYVS2483K2791502 | | Future Minimum Lease Payments | |

Schedule No. 47

Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Ryder | 2019 | VS2RA 53/162/102 | Reefer Trailer | 1UYVS2534K2791401 | | Future Minimum Lease Payments | |
| PITNEY BOWES | | | POSTAGE METER | | 8,408 | Future Minimum Lease Payments | 8,408 |
| SIGNA | | | COPIERS | | 69,255 | Future Minimum Lease Payments | 69,255 |
| SIGNA | | | COPIERS | | 9,776 | Future Minimum Lease Payments | 9,776 |
| SIGNA | | | COPIERS | | 9,776 | Future Minimum Lease Payments | 9,776 |
| DLL | | | Forklift - N40ZRS | | 13,908 | Future Minimum Lease Payments | 13,908 |
| DLL | | | Pallet Jack B60Z | | 5,080 | Future Minimum Lease Payments | 5,080 |
| DLL | | | Pallet Jack B60Z | | 5,080 | Future Minimum Lease Payments | 5,080 |
| DLL | | | Pallet Jack B60Z | | 5,081 | Future Minimum Lease Payments | 5,081 |
| DLL | | | Pallet Jack B60Z | | 5,080 | Future Minimum Lease Payments | 5,080 |
| DLL | | | Pallet Jack B60Z | | 5,080 | Future Minimum Lease Payments | 5,080 |
| DLL | | | Pallet Jack B60Z | | 8,385 | Future Minimum Lease Payments | 8,385 |
| DLL | | | Pallet Jack B60Z | | 8,386 | Future Minimum Lease Payments | 8,386 |
| DLL | | | Truck Jack W40Z | | 1,917 | Future Minimum Lease Payments | 1,917 |
| DLL | | | Truck Jack W40Z | | 1,917 | Future Minimum Lease Payments | 1,917 |
| DLL | | | Truck Jack W40Z | | 1,917 | Future Minimum Lease Payments | 1,917 |
| DLL | | | Truck Jack W40Z | | 1,917 | Future Minimum Lease Payments | 1,917 |
| DLL | | | Pallet Jack B60Z | | 5,242 | Future Minimum Lease Payments | 5,242 |
| DLL | | | W45ZHD | | 1,561 | Future Minimum Lease Payments | 1,561 |
| PAPE | | | Pallet Jack B60Z | | 11,304 | Future Minimum Lease Payments | 11,304 |
| PAPE | | | Pallet Jack B60Z | | 11,304 | Future Minimum Lease Payments | 11,304 |
| PAPE | | | Truck Jack W45ZHD | | 1,820 | Future Minimum Lease Payments | 1,820 |
| PAPE | | | Forklift N40Z - Stand Up | | 22,800 | Future Minimum Lease Payments | 22,800 |
| PAPE | | | Pallet Jack B60Z | | 8,930 | Future Minimum Lease Payments | 8,930 |
| PAPE | | | Pallet Jack B60Z | | 8,930 | Future Minimum Lease Payments | 8,930 |
| PAPE | | | Pallet Jack B60Z | | 8,930 | Future Minimum Lease Payments | 8,930 |
| PAPE | | | Pallet Jack B60Z | | 8,930 | Future Minimum Lease Payments | 8,930 |
| PAPE | | | Pallet Jack B60Z | | 8,930 | Future Minimum Lease Payments | 8,930 |
| PAPE | | | Truck Jack W45Z | | - | Future Minimum Lease Payments | - |
| PAPE | | | Truck Jack W45Z | | - | Future Minimum Lease Payments | - |
| PAPE | | | Truck Jack W45Z | | - | Future Minimum Lease Payments | - |
| PAPE | | | Truck Jack W45Z | | - | Future Minimum Lease Payments | - |
| PAPE | | | Truck Jack W45Z | | - | Future Minimum Lease Payments | - |
| Raymond Leasing | | | 7300-R40TT | | 2,400 | Future Minimum Lease Payments | 2,400 |
| Raymond Leasing | | | 4460-C356TT | | 2,400 | Future Minimum Lease Payments | 2,400 |
| Raymond Leasing | | | Reach BC FRT 1 | | 2,400 | Future Minimum Lease Payments | 2,400 |
| Raymond Leasing | | | Walkie  5 | | 2,400 | Future Minimum Lease Payments | 2,400 |
| Raymond Leasing | | | Walkie 6 Batt 6 Charger 6 | | 2,400 | Future Minimum Lease Payments | 2,400 |
| Raymond Leasing | | | Reach BC FRT | | 2,400 | Future Minimum Lease Payments | 2,400 |
| ECOLAB INCORPORTED | 7/7/2017 | | BOOSTER HEATER | 2102841723 | 2,679 | Future Minimum Lease Payments | 2,679 |
| ECOLAB INCORPORTED | 8/27/2017 | | BOOSTER HEATER | 2444981733 | 2,832 | Future Minimum Lease Payments | 2,832 |
| ECOLAB INCORPORTED | 9/19/2017 | | BOOSTER HEATER | 2527031735 | 2,901 | Future Minimum Lease Payments | 2,901 |
| ECOLAB INCORPORTED | 10/7/2017 | | BOOSTER HEATER | 2609391738 | 2,955 | Future Minimum Lease Payments | 2,955 |
| ECOLAB INCORPORTED | 11/5/2017 | | BOOSTER HEATER | 2754601743 | 3,042 | Future Minimum Lease Payments | 3,042 |
| ECOLAB INCORPORTED | 11/19/2017 | | BOOSTER HEATER | 2816591745 | 3,084 | Future Minimum Lease Payments | 3,084 |
| ECOLAB INCORPORTED | 11/25/2017 | | BOOSTER HEATER | 2372871731 | 3,102 | Future Minimum Lease Payments | 3,102 |

Schedule A/B No. 47

Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| ECOLAB INCORPORTED | 12/8/2017 | | BOOSTER HEATER | 2140711724 | 3,141 | Future Minimum Lease Payments | 3,141 |
| ECOLAB INCORPORTED | 12/17/2017 | | BOOSTER HEATER | 2922281748 | 3,168 | Future Minimum Lease Payments | 3,168 |
| ECOLAB INCORPORTED | 12/30/2017 | | BOOSTER HEATER | 3009681751 | 3,207 | Future Minimum Lease Payments | 3,207 |
| ECOLAB INCORPORTED | 12/30/2017 | | BOOSTER HEATER | 2979221750 | 3,207 | Future Minimum Lease Payments | 3,207 |
| ECOLAB INCORPORTED | 1/5/2018 | | BOOSTER HEATER | 3025901751 | 3,225 | Future Minimum Lease Payments | 3,225 |
| ECOLAB INCORPORTED | 1/20/2018 | | BOOSTER HEATER | 3012731751 | 3,270 | Future Minimum Lease Payments | 3,270 |
| ECOLAB INCORPORTED | 2/1/2018 | | BOOSTER HEATER | 9955231719 | 3,306 | Future Minimum Lease Payments | 3,306 |
| ECOLAB INCORPORTED | 2/2/2018 | | BOOSTER HEATER | 2699611741 | 3,309 | Future Minimum Lease Payments | 3,309 |
| ECOLAB INCORPORTED | 2/3/2018 | | BOOSTER HEATER | 3176961804 | 3,312 | Future Minimum Lease Payments | 3,312 |
| ECOLAB INCORPORTED | 2/4/2018 | | BOOSTER HEATER | 3115261802 | 3,315 | Future Minimum Lease Payments | 3,315 |
| ECOLAB INCORPORTED | 2/8/2018 | | BOOSTER HEATER | 3139091803 | 11,649 | Future Minimum Lease Payments | 11,649 |
| ECOLAB INCORPORTED | 2/9/2018 | | BOOSTER HEATER | 2133291724 | 3,330 | Future Minimum Lease Payments | 3,330 |
| ECOLAB INCORPORTED | 2/18/2018 | | BOOSTER HEATER | 3186521805 | 3,357 | Future Minimum Lease Payments | 3,357 |
| ECOLAB INCORPORTED | 2/18/2018 | | BOOSTER HEATER | 3139101803 | 3,357 | Future Minimum Lease Payments | 3,357 |
| ECOLAB INCORPORTED | 2/23/2018 | | BOOSTER HEATER | 3198141805 | 3,372 | Future Minimum Lease Payments | 3,372 |
| ECOLAB INCORPORTED | 3/18/2018 | | BOOSTER HEATER | 3360671810 | 3,441 | Future Minimum Lease Payments | 3,441 |
| ECOLAB INCORPORTED | 3/30/2018 | | BOOSTER HEATER | 3398981811 | 3,477 | Future Minimum Lease Payments | 3,477 |
| ECOLAB INCORPORTED | 4/7/2018 | | BOOSTER HEATER | 3253971807 | 3,505 | Future Minimum Lease Payments | 3,505 |
| ECOLAB INCORPORTED | 5/4/2018 | | BOOSTER HEATER | 3532101815 | 3,582 | Future Minimum Lease Payments | 3,582 |
| ECOLAB INCORPORTED | 5/5/2018 | | BOOSTER HEATER | 3548631816 | 3,585 | Future Minimum Lease Payments | 3,585 |
| ECOLAB INCORPORTED | 5/18/2018 | | BOOSTER HEATER | 3610861818 | 3,624 | Future Minimum Lease Payments | 3,624 |
| ECOLAB INCORPORTED | 5/24/2018 | | BOOSTER HEATER | 3728381821 | 3,642 | Future Minimum Lease Payments | 3,642 |
| ECOLAB INCORPORTED | 5/25/2018 | | BOOSTER HEATER | 3643591819 | 3,645 | Future Minimum Lease Payments | 3,645 |
| ECOLAB INCORPORTED | 8/5/2018 | | BOOSTER HEATER | 3996051829 | 3,861 | Future Minimum Lease Payments | 3,861 |
| ECOLAB INCORPORTED | 8/18/2018 | | BOOSTER HEATER | 4068191831 | 3,900 | Future Minimum Lease Payments | 3,900 |
| ECOLAB INCORPORTED | 8/20/2018 | | BOOSTER HEATER | 4069281831 | 3,906 | Future Minimum Lease Payments | 3,906 |
| ECOLAB INCORPORTED | 8/23/2018 | | BOOSTER HEATER | 4076811831 | 4,133 | Future Minimum Lease Payments | 4,133 |
| ECOLAB INCORPORTED | 9/10/2018 | | BOOSTER HEATER | 4191701834 | 3,969 | Future Minimum Lease Payments | 3,969 |
| ECOLAB INCORPORTED | 9/14/2018 | | BOOSTER HEATER | 4220091835 | 3,981 | Future Minimum Lease Payments | 3,981 |
| ECOLAB INCORPORTED | 9/15/2018 | | BOOSTER HEATER | 4226601835 | 3,984 | Future Minimum Lease Payments | 3,984 |
| ECOLAB INCORPORTED | 9/27/2018 | | BOOSTER HEATER | 4270421837 | 4,020 | Future Minimum Lease Payments | 4,020 |
| ECOLAB INCORPORTED | 11/2/2018 | | BOOSTER HEATER | 4569151845 | 4,128 | Future Minimum Lease Payments | 4,128 |
| ECOLAB INCORPORTED | 11/5/2018 | | BOOSTER HEATER | 4463371842 | 4,137 | Future Minimum Lease Payments | 4,137 |
| ECOLAB INCORPORTED | 11/8/2018 | | BOOSTER HEATER | 4482281843 | 4,146 | Future Minimum Lease Payments | 4,146 |
| ECOLAB INCORPORTED | 11/16/2018 | | BOOSTER HEATER | 4456261842 | 4,170 | Future Minimum Lease Payments | 4,170 |
| ECOLAB INCORPORTED | 1/21/2019 | | BOOSTER HEATER | 4795691901 | 4,368 | Future Minimum Lease Payments | 4,368 |
| ECOLAB INCORPORTED | 1/24/2019 | | BOOSTER HEATER | 4140861833 | 4,377 | Future Minimum Lease Payments | 4,377 |
| ECOLAB INCORPORTED | 2/10/2019 | | BOOSTER HEATER | 3608511818 | 4,428 | Future Minimum Lease Payments | 4,428 |
| ECOLAB INCORPORTED | 11/3/2011 | | DISH MACHINE | 85DJ110934 | 2,003 | Future Minimum Lease Payments | 2,003 |
| ECOLAB INCORPORTED | 10/20/2013 | | DISH MACHINE | J12769WH | 1,980 | Future Minimum Lease Payments | 1,980 |
| ECOLAB INCORPORTED | 11/2/2013 | | DISH MACHINE | 85DJ121002 | 2,076 | Future Minimum Lease Payments | 2,076 |
| ECOLAB INCORPORTED | 11/2/2013 | | DISH MACHINE | 85DJ121002 | 2,076 | Future Minimum Lease Payments | 2,076 |
| ECOLAB INCORPORTED | 8/30/2014 | | DISH MACHINE | 85DG140615 | 1,603 | Future Minimum Lease Payments | 1,603 |
| ECOLAB INCORPORTED | 12/22/2017 | | DISH MACHINE | 85DL171282 | 7,961 | Future Minimum Lease Payments | 7,961 |
| ECOLAB INCORPORTED | 12/23/2017 | | DISH MACHINE | 85DL171283 | 7,969 | Future Minimum Lease Payments | 7,969 |
| ECOLAB INCORPORTED | 11/11/2011 | | DISH MACHINE | 85DK111093 | 2,168 | Future Minimum Lease Payments | 2,168 |
| ECOLAB INCORPORTED | 11/17/2011 | | DISH MACHINE | 85DJ111008 | 2,213 | Future Minimum Lease Payments | 2,213 |
| ECOLAB INCORPORTED | 9/14/2012 | | DISH MACHINE | 85DG120744 | 1,698 | Future Minimum Lease Payments | 1,698 |

Schedule A/B No. 47
Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|--------|------|-------|------|-----|-------------------------------------|----------------------|-----------------------------------|
| ECOLAB INCORPORTED | 11/2/2013 | | DISH MACHINE | 85DJ131006 | 2,076 | Future Minimum Lease Payments | 2,076 |
| ECOLAB INCORPORTED | 4/26/2014 | | DISH MACHINE | 85DB140206 | 672 | Future Minimum Lease Payments | 672 |
| ECOLAB INCORPORTED | 12/3/2015 | | DISH MACHINE | 85DK151339 | 2,333 | Future Minimum Lease Payments | 2,333 |
| ECOLAB INCORPORTED | 12/5/2015 | | DISH MACHINE | 09L252038 | 2,348 | Future Minimum Lease Payments | 2,348 |
| ECOLAB INCORPORTED | 6/3/2016 | | DISH MACHINE | 85DL131259 | 3,706 | Future Minimum Lease Payments | 3,706 |
| ECOLAB INCORPORTED | 7/24/2016 | | DISH MACHINE | 85DE160846 | 3,970 | Future Minimum Lease Payments | 3,970 |
| ECOLAB INCORPORTED | 8/6/2016 | | DISH MACHINE | 85DE160836 | 4,065 | Future Minimum Lease Payments | 4,065 |
| ECOLAB INCORPORTED | 8/12/2016 | | DISH MACHINE | 85DE160835 | 4,109 | Future Minimum Lease Payments | 4,109 |
| ECOLAB INCORPORTED | 8/13/2016 | | DISH MACHINE | 85DD160584 | 4,116 | Future Minimum Lease Payments | 4,116 |
| ECOLAB INCORPORTED | 9/3/2016 | | DISH MACHINE | 10F255107 | 4,269 | Future Minimum Lease Payments | 4,269 |
| ECOLAB INCORPORTED | 2/5/2017 | | DISH MACHINE | 85DL161679 | 5,397 | Future Minimum Lease Payments | 5,397 |
| ECOLAB INCORPORTED | 2/19/2017 | | DISH MACHINE | J3010 | 5,499 | Future Minimum Lease Payments | 5,499 |
| ECOLAB INCORPORTED | 2/20/2017 | | DISH MACHINE | J5362 | 5,507 | Future Minimum Lease Payments | 5,507 |
| ECOLAB INCORPORTED | 3/26/2017 | | DISH MACHINE | 85DD160571 | 5,754 | Future Minimum Lease Payments | 5,754 |
| ECOLAB INCORPORTED | 4/27/2017 | | DISH MACHINE | 04DL160251 | 5,988 | Future Minimum Lease Payments | 5,988 |
| ECOLAB INCORPORTED | 5/25/2017 | | DISH MACHINE | 85DD170460 | 6,192 | Future Minimum Lease Payments | 6,192 |
| ECOLAB INCORPORTED | 5/27/2017 | | DISH MACHINE | 85DC170350 | 6,206 | Future Minimum Lease Payments | 6,206 |
| ECOLAB INCORPORTED | 6/23/2017 | | DISH MACHINE | 04DE170392 | 6,403 | Future Minimum Lease Payments | 6,403 |
| ECOLAB INCORPORTED | 7/7/2017 | | DISH MACHINE | 85DM161827 | 6,505 | Future Minimum Lease Payments | 6,505 |
| ECOLAB INCORPORTED | 8/27/2017 | | DISH MACHINE | J4531 | 7,084 | Future Minimum Lease Payments | 7,084 |
| ECOLAB INCORPORTED | 9/1/2017 | | DISH MACHINE | 85DF170680 | 7,121 | Future Minimum Lease Payments | 7,121 |
| ECOLAB INCORPORTED | 9/19/2017 | | DISH MACHINE | 85DG150972 | 7,256 | Future Minimum Lease Payments | 7,256 |
| ECOLAB INCORPORTED | 10/7/2017 | | DISH MACHINE | 06E203676 | 7,391 | Future Minimum Lease Payments | 7,391 |
| ECOLAB INCORPORTED | 11/5/2017 | | DISH MACHINE | 85DH170954 | 7,609 | Future Minimum Lease Payments | 7,609 |
| ECOLAB INCORPORTED | 11/19/2017 | | DISH MACHINE | 04DI170471 | 7,714 | Future Minimum Lease Payments | 7,714 |
| ECOLAB INCORPORTED | 11/19/2017 | | DISH MACHINE | 04DI170468 | 7,714 | Future Minimum Lease Payments | 7,714 |
| ECOLAB INCORPORTED | 11/24/2017 | | DISH MACHINE | 04DI170472 | 7,751 | Future Minimum Lease Payments | 7,751 |
| ECOLAB INCORPORTED | 11/25/2017 | | DISH MACHINE | 07E221137 | 7,759 | Future Minimum Lease Payments | 7,759 |
| ECOLAB INCORPORTED | 12/8/2017 | | DISH MACHINE | 85DH170953 | 7,856 | Future Minimum Lease Payments | 7,856 |
| ECOLAB INCORPORTED | 12/17/2017 | | DISH MACHINE | 04DI170469 | 7,924 | Future Minimum Lease Payments | 7,924 |
| ECOLAB INCORPORTED | 12/30/2017 | | DISH MACHINE | 04DI170465 | 8,021 | Future Minimum Lease Payments | 8,021 |
| ECOLAB INCORPORTED | 12/30/2017 | | DISH MACHINE | 04DI170467 | 8,021 | Future Minimum Lease Payments | 8,021 |
| ECOLAB INCORPORTED | 1/5/2018 | | DISH MACHINE | 85DJ171072 | 8,066 | Future Minimum Lease Payments | 8,066 |
| ECOLAB INCORPORTED | 1/20/2018 | | DISH MACHINE | 17C331686 | 8,179 | Future Minimum Lease Payments | 8,179 |
| ECOLAB INCORPORTED | 2/2/2018 | | DISH MACHINE | 85DC110051 | 8,276 | Future Minimum Lease Payments | 8,276 |
| ECOLAB INCORPORTED | 2/3/2018 | | DISH MACHINE | 85DK171171 | 8,284 | Future Minimum Lease Payments | 8,284 |
| ECOLAB INCORPORTED | 2/3/2018 | | DISH MACHINE | 85DL171243 | 8,284 | Future Minimum Lease Payments | 8,284 |
| ECOLAB INCORPORTED | 2/4/2018 | | DISH MACHINE | 85DA150046 | 8,291 | Future Minimum Lease Payments | 8,291 |
| ECOLAB INCORPORTED | 2/8/2018 | | DISH MACHINE | 85DL171240 | 8,079 | Future Minimum Lease Payments | 8,079 |
| ECOLAB INCORPORTED | 2/8/2018 | | DISH MACHINE | 85DL111255 | 8,321 | Future Minimum Lease Payments | 8,321 |
| ECOLAB INCORPORTED | 2/9/2018 | | DISH MACHINE | 85DF110502 | 8,329 | Future Minimum Lease Payments | 8,329 |
| ECOLAB INCORPORTED | 2/9/2018 | | DISH MACHINE | 85DB140128 | 8,329 | Future Minimum Lease Payments | 8,329 |
| ECOLAB INCORPORTED | 2/9/2018 | | DISH MACHINE | 85DK171173 | 8,329 | Future Minimum Lease Payments | 8,329 |
| ECOLAB INCORPORTED | 2/11/2018 | | DISH MACHINE | 85DD110215 | 8,344 | Future Minimum Lease Payments | 8,344 |
| ECOLAB INCORPORTED | 2/15/2018 | | DISH MACHINE | 85DL171258 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 2/18/2018 | | DISH MACHINE | 85DL100029 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 2/18/2018 | | DISH MACHINE | 85DL171231 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 2/23/2018 | | DISH MACHINE | 85DL131324 | 10,805 | Future Minimum Lease Payments | 10,805 |

Schedule A/B No. 47
Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|--------|------|-------|------|-----|-------------------------------------|-----------------------|-------------------------------------|
| ECOLAB INCORPORTED | 3/9/2018 | | DISH MACHINE | 10G256332 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 3/18/2018 | | DISH MACHINE | 07K230809 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 3/30/2018 | | DISH MACHINE | 09J250882 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 4/30/2018 | | DISH MACHINE | 04DC180573 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/4/2018 | | DISH MACHINE | J5954 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/4/2018 | | DISH MACHINE | 08F238415 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/4/2018 | | DISH MACHINE | 85DD180406 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/4/2018 | | DISH MACHINE | 85DD180405 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/5/2018 | | DISH MACHINE | 85DF140487 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 5/24/2018 | | DISH MACHINE | 85DK131179 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 6/29/2018 | | DISH MACHINE | 85DD180295 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 6/29/2018 | | DISH MACHINE | 04DE180733 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 7/1/2018 | | DISH MACHINE | 07B217616 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 7/8/2018 | | DISH MACHINE | 85DD180319 | 10,805 | Future Minimum Lease Payments | 10,805 |
| ECOLAB INCORPORTED | 8/2/2018 | | DISH MACHINE | 85DE180579 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 8/18/2018 | | DISH MACHINE | 85DE180448 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 8/26/2018 | | DISH MACHINE | 04DF180874 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 8/26/2018 | | DISH MACHINE | 04DF180875 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 8/27/2018 | | DISH MACHINE | 04DE180784 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/14/2018 | | DISH MACHINE | 85DJ140961 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/16/2018 | | DISH MACHINE | 85DE180458 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/22/2018 | | DISH MACHINE | J12459 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/22/2018 | | DISH MACHINE | 85DF180588 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/24/2018 | | DISH MACHINE | 85DG180770 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/28/2018 | | DISH MACHINE | 85DF180634 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/28/2018 | | DISH MACHINE | 06G208317 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 9/30/2018 | | DISH MACHINE | 85DF180635 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/4/2018 | | DISH MACHINE | 85DM131404 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/8/2018 | | DISH MACHINE | 08A231884 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/9/2018 | | DISH MACHINE | J3654 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/17/2018 | | DISH MACHINE | 11D262938 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/17/2018 | | DISH MACHINE | 85DJ180925 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/26/2018 | | DISH MACHINE | 85DJ180924 | 10,490 | Future Minimum Lease Payments | 10,490 |
| ECOLAB INCORPORTED | 11/7/2013 | | DISH MACHINE | 85CD130087 | 3,289 | Future Minimum Lease Payments | 3,289 |
| ECOLAB INCORPORTED | 10/13/2014 | | DISH MACHINE | 85CF140191 | 3,001 | Future Minimum Lease Payments | 3,001 |
| ECOLAB INCORPORTED | 10/13/2014 | | DISH MACHINE | A5EC130134 | 3,001 | Future Minimum Lease Payments | 3,001 |
| ECOLAB INCORPORTED | 10/7/2017 | | DISH MACHINE | 04CG170159 | 14,938 | Future Minimum Lease Payments | 14,938 |
| ECOLAB INCORPORTED | 8/22/2009 | | DISH MACHINE | J3946 | 1,568 | Future Minimum Lease Payments | 1,568 |
| ECOLAB INCORPORTED | 6/17/2010 | | DISH MACHINE | 09E248204 | 1,073 | Future Minimum Lease Payments | 1,073 |
| ECOLAB INCORPORTED | 6/13/2015 | | DISH MACHINE | 06C200368 | 2,566 | Future Minimum Lease Payments | 2,566 |
| ECOLAB INCORPORTED | 12/1/2013 | | WATER SOFTENER | 889987 | 1,550 | Future Minimum Lease Payments | 1,550 |
| ECOLAB INCORPORTED | 6/3/2015 | | WATER SOFTENER | 2443260 | 2,220 | Future Minimum Lease Payments | 2,220 |
| ECOLAB INCORPORTED | 6/3/2015 | | WATER SOFTENER | 2443261 | 2,220 | Future Minimum Lease Payments | 2,220 |
| ECOLAB INCORPORTED | 6/4/2015 | | WATER SOFTENER | 2433426 | 2,220 | Future Minimum Lease Payments | 2,220 |
| ECOLAB INCORPORTED | 2/18/2017 | | WATER SOFTENER | 2893770 | 6,120 | Future Minimum Lease Payments | 6,120 |
| ECOLAB INCORPORTED | 6/6/2017 | | WATER SOFTENER | 2999906 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/6/2017 | | WATER SOFTENER | 2999904 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/11/2017 | | WATER SOFTENER | 2467578 | 5,508 | Future Minimum Lease Payments | 5,508 |

Schedule A/B No. 47

Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|--------|------|-------|------|-----|-------------------------------------|------------------------|-------------------------------------|
| ECOLAB INCORPORTED | 6/12/2017 | | WATER SOFTENER | 3004707 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/12/2017 | | WATER SOFTENER | 3004708 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/13/2017 | | WATER SOFTENER | 2999911 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/13/2017 | | WATER SOFTENER | 2999903 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/18/2017 | | WATER SOFTENER | 2999908 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/18/2017 | | WATER SOFTENER | 2992761 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/18/2017 | | WATER SOFTENER | 3002943 | 6,516 | Future Minimum Lease Payments | 6,516 |
| ECOLAB INCORPORTED | 6/19/2017 | | WATER SOFTENER | 2999902 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/19/2017 | | WATER SOFTENER | 3003428 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/19/2017 | | WATER SOFTENER | 2994983 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/19/2017 | | WATER SOFTENER | 3002307 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/19/2017 | | WATER SOFTENER | 3002309 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/20/2017 | | WATER SOFTENER | 2997589 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/20/2017 | | WATER SOFTENER | 2903299 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/20/2017 | | WATER SOFTENER | 3002305 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/20/2017 | | WATER SOFTENER | 3002300 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/20/2017 | | WATER SOFTENER | 3002304 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 3003424 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 3006530 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 3004657 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 2990172 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 2825442 | 6,516 | Future Minimum Lease Payments | 6,516 |
| ECOLAB INCORPORTED | 6/21/2017 | | WATER SOFTENER | 3003426 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/22/2017 | | WATER SOFTENER | 3003435 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/22/2017 | | WATER SOFTENER | 3003422 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3006532 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3003421 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3004656 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3001245 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3002306 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/24/2017 | | WATER SOFTENER | 3002315 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/25/2017 | | WATER SOFTENER | 3004701 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/25/2017 | | WATER SOFTENER | 2982777 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/25/2017 | | WATER SOFTENER | 3001243 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/25/2017 | | WATER SOFTENER | 3002942 | 6,516 | Future Minimum Lease Payments | 6,516 |
| ECOLAB INCORPORTED | 6/25/2017 | | WATER SOFTENER | 3002308 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/26/2017 | | WATER SOFTENER | 3003429 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/26/2017 | | WATER SOFTENER | 2999916 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/28/2017 | | WATER SOFTENER | 3008719 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/28/2017 | | WATER SOFTENER | 3004655 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/28/2017 | | WATER SOFTENER | 3001244 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/28/2017 | | WATER SOFTENER | 3006534 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/29/2017 | | WATER SOFTENER | 3003425 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 6/29/2017 | | WATER SOFTENER | 3003423 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 3008718 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 3008720 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 3004659 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 2968060 | 5,508 | Future Minimum Lease Payments | 5,508 |

Schedule A/B No. 47

Automobiles, Trailers, Equipment

| Vendor | Year | Model | Make | VIN | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|--------|------|-------|------|-----|------------------------------------|----------------------|-----------------------------------|
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 3006526 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/1/2017 | | WATER SOFTENER | 3001241 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/2/2017 | | WATER SOFTENER | 3004555 | 6,516 | Future Minimum Lease Payments | 6,516 |
| ECOLAB INCORPORTED | 7/2/2017 | | WATER SOFTENER | 3006531 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/2/2017 | | WATER SOFTENER | 2999913 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/2/2017 | | WATER SOFTENER | 3003432 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/2/2017 | | WATER SOFTENER | 3002302 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/3/2017 | | WATER SOFTENER | 3004706 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/3/2017 | | WATER SOFTENER | 3004658 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/3/2017 | | WATER SOFTENER | 3006533 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/3/2017 | | WATER SOFTENER | 3001239 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/3/2017 | | WATER SOFTENER | 2999912 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/4/2017 | | WATER SOFTENER | 2977500 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/4/2017 | | WATER SOFTENER | 2999907 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/4/2017 | | WATER SOFTENER | 3003431 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/4/2017 | | WATER SOFTENER | 3003427 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/5/2017 | | WATER SOFTENER | 3001240 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/5/2017 | | WATER SOFTENER | 3006525 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 7/10/2017 | | WATER SOFTENER | 3007165 | 6,516 | Future Minimum Lease Payments | 6,516 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 2999910 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 2999909 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 3006527 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 3006523 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 3006524 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/10/2017 | | WATER SOFTENER | 3002316 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 8/17/2017 | | WATER SOFTENER | 2999905 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 9/2/2017 | | WATER SOFTENER | 3041164 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 9/2/2017 | | WATER SOFTENER | 3027669 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 9/11/2017 | | WATER SOFTENER | 3033787 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 9/18/2017 | | WATER SOFTENER | 3041163 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 9/25/2017 | | WATER SOFTENER | 3042164 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 10/30/2017 | | WATER SOFTENER | 3059999 | 5,508 | Future Minimum Lease Payments | 5,508 |
| ECOLAB INCORPORTED | 11/4/2017 | | WATER SOFTENER | 3107873 | 5,508 | Future Minimum Lease Payments | 5,508 |
| | | | | | | | 6,563,002 |

Schedule No.55

Any leased or owned real property

| Unit Code | Unit Name | Unit Address | Suite | City | State | Postal Code | Contact Type | LL Reference | Selected Contact |
|---|---|---|---|---|---|---|---|---|---|
| 1001 | 001 - Mission Gorge | 6171 Mission Gorge Rd. | | San Diego | CA | 92120 | LANDLORD | Sidney Family Limited Partnership | |
| 1002 | 002 - Point Loma | 3960 West Point Loma Blvd. | Ste. P-T | San Diego | CA | 92110 | LANDLORD | Midway Towne Center LLC | |
| 1003 | 003 - La Mesa (CK801) | 9158 Fletcher Pkwy. | | La Mesa | CA | 91942 | LANDLORD | George-Thomas Enterprises, LLC | Tom  Herron |
| 1004 | 004 - Tustin | 13681 Newport Ave. | #1 | Tustin | CA | 92780-4689 | LANDLORD | Tustin Plaza Center, LP | |
| 1005 | 005 - Garden Grove | 5939 West Chapman Ave. | | Garden Grove | CA | 92845 | LANDLORD | SPGG Properties, Ltd. | Domain Corporation |
| 1005 | 005 - Garden Grove | 5939 West Chapman Ave. | | Garden Grove | CA | 92845 | LANDLORD | SPGG Properties, Ltd. | |
| 1006 | 006 - Lakewood | 4720 Candlewood St. | | Lakewood | CA | 90712 | LANDLORD | Macerich Lakewood LP | c/o Macerich Property Management Company<br>Attn: Legal Dept. |
| 1007 | 007 - Carlsbad | 1860 Marron Rd. | | Carlsbad | CA | 92008 | LANDLORD | PK I North County Plaza LP | |
| 1009 | 009 - Mira Mesa | 8105 Mira Mesa Blvd. | | San Diego | CA | 92126-2601 | LANDLORD | Mira Mesa Shopping Center-West, LLC | Furstien  Brett |
| 1010 | 010 - Torrance | 21309 S. Hawthorne Blvd. | Unit 107-47 | Torrance | CA | 90503-5602 | LANDLORD | Del Amo Associates, LLC | Eric  Sahn |
| 1011 | 011 - Arcadia | 301 E. Huntington Dr. | | Arcadia | CA | 91006-3747 | LANDLORD | Shigenobu Kaku and Hikaru Kaku | |
| 1012 | 012 - Brea | 555 Pointe Dr. Bldg. | Bldg. #2 | Brea | CA | 92821-3672 | LANDLORD | Olen Pointe Brea Corp. | Bret  Van Nortwick |
| 1013 | 013 - Rancho Cucamonga | 8966 Foothill Blvd. | | Rancho Cucamonga | CA | 91730-3447 | LANDLORD | Thomas Winery Plaza Property Owner, LLC | c/o KMS Properties, Inc. |
| 1016 | 016 - Alhambra | 2131 W. Commonwealth Ave | | Alhambra | CA | 91803-1403 | LANDLORD | The Price REIT, Inc. | c/o Kimco Realty Corporation |
| 1017 | 017 - Beverly Connection | 100 N. La Cienega Blvd. | Unit No. E-3 | Los Angeles | CA | 90048-4124 | LANDLORD | DK Connections, LLC | Attn: Asset Manager |
| 1017 | 017 - Beverly Connection | 100 N. La Cienega Blvd. | Unit No. E-3 | Los Angeles | CA | 90048-4124 | LANDLORD | DK Connections, LLC | The Beverly Connection, Ltd.<br>c/o Fifty-Fivecal Corporation |
| 1019 | 019 - Brentwood | 11911 San Vicente Blvd. | Ste. 16 | Los Angeles | CA | 90049-5086 | LANDLORD | Duesenberg Investment Company, LLC | c/o Topa Management Company<br>Attn: President |
| 1020 | 020 - Fountain Valley | 11179 Talbert | | Fountain Valley | CA | 92708 | LANDLORD | Camden House, LLC | |
| 1021 | 021 - Palm Harbor (CK803) | 31151 US Rte. 19 North | | Palm Harbor | FL | 34684 | LANDLORD | Lupresan 3, LLC | |
| 1022 | 022 - Pleasanton | 4501 Hopyard Rd. | | Pleasanton | CA | 94588-2765 | LANDLORD | Burgundy Bear, Ltd. | |
| 1024 | 024 - Sunnyvale | 1210 Kifer Rd. | | Sunnyvale | CA | 94086 | LANDLORD | Costco Wholesale Corporation | Attn: Legal Dept. |
| 1026 | 026 - San Bernardino | 228 W. Hospitality Ln. | Unit #H | San Bernardino | CA | 92408 | LANDLORD | 2230 W. Lincoln, LLC | |
| 1027 | 027 - Largo | 13101 Seminole Blvd. | | Largo | FL | 33778 | LANDLORD | Weingarten Realty Investors | |
| 1027 | 027 - Largo | 13101 Seminole Blvd. | | Largo | FL | 33778 | LANDLORD | Weingarten Realty Investors | Attn: Cindy  Clothier |
| 1028 | 028 - Rancho Bernardo | 17210 Bernardo Center Dr. | | San Diego | CA | 92128 | LANDLORD | Sunflower Plantation, LLC | Park Terrace Partners |
| 1028 | 028 - Rancho Bernardo | 17210 Bernardo Center Dr. | | San Diego | CA | 92128 | LANDLORD | Sunflower Plantation, LLC | Attn: Dave Goodrich |
| 1029 | 029 - Fremont | 39370 Paseo Padre Pkwy. G | | Fremont | CA | 94538-1629 | LANDLORD | WRI West Gate South L.P. | |

Schedule A/B No.55

Any leased or owned real property

| 1030 | 030 - Carrollwood | 14703 North Dale Mabry Hw | | Tampa | FL | 33618 | LANDLORD | Cloverleaf Tampa, LLC and SWT Tampa, LLC | James Wallace III<br>SWT Tampa, LLC |
| 1030 | 030 - Carrollwood | 14703 North Dale Mabry Hw | | Tampa | FL | 33618 | LANDLORD | Cloverleaf Tampa, LLC and SWT Tampa, LLC | James Wallace, Jr.<br>Cloverleaf Tampa, LLC |
| 1032 | 032 - Laguna Niguel | 23870 Aliso Creek Rd. | | Laguna Niguel | CA | 92677 | LANDLORD | Shapell Properties, Inc. | Attn: Legal Dept. |
| 1033 | 033 - Del Mar | 3804 Valley Centre Dr. Ste. | | San Diego | CA | 92130 | LANDLORD | Carmel Valley Partners I | c/o Baldwin Company<br>Attn: Commercial Development Dept. |
| 1033 | 033 - Del Mar | 3804 Valley Centre Dr. Ste. | | San Diego | CA | 92130 | LANDLORD | Carmel Valley Partners I | Piazza Retail, LLC<br>c/o Newmark Merrill |
| 1034 | 034 - Fresno II | 7114 North Fresno St. | | Fresno | CA | 93720-2905 | LANDLORD | Julio A. Martin Family Trust dated 12/5/2003 | Attn: Art Martin |
| 1035 | 035 - Scottsdale (CK804) | 9029 E. Talking Stick Way P | | Scottsdale | AZ | 85250 | LANDLORD | Derito Talking Stick South, LLC | Attn: Charles R. Carlise |
| 1036 | 036 - Tempe | 1410 East Southern Ave. | | Tempe | AZ | 85282-5612 | LANDLORD | Tempe CC HUI, LLC | Stephanie Davidson<br>Tempe CC HUI, LLC |
| 1037 | 037 - Tampa | 1902 North Dale Mabry Hwy. | | Tampa | FL | 33607-2522 | LANDLORD | 1902 N Dale Mabry LLC | Attn: Ben Mallah |
| 1038 | 038 - Brandon | 10017 Adamo Dr. | | Tampa | FL | 33619-2619 | LANDLORD | Schmidt Sunshine, Inc. | Attn: Robert E. Schmidt, Jr |
| 1041 | 041 - Tucson I - (1) | 4420 North Stone | | Tucson | AZ | 85705 | LANDLORD | TRS FEC III, LLC | Attn: John Hyltin |
| 1043 | 043 - Arrowhead | 7565 West Bell Rd. | | Peoria | AZ | 85382-3829 | LANDLORD | PLH Holdings, LLC, Series 1 | Attn: Karen Hiser |
| 1043 | 043 - Arrowhead | 7565 West Bell Rd. | | Peoria | AZ | 85382-3829 | LANDLORD | PLH Holdings, LLC, Series 1 | Attn: Mike Hiser |
| 1044 | 044 - Ahwatukee | 4723 E. Ray Road | Ste. 3A | Phoenix | AZ | 85044 | LANDLORD | DT Ahwatukee Foothills LLC | Attn: Senior Executive Vice President - Leasing |
| 1045 | 045 - Sarasota (CK818) | 4994 South Tamiami Trl. | | Sarasota | FL | 34231 | LANDLORD | Ten Mile Range Properties, LLC and Sarasota Suncoa | 4994 STT, LLC |
| 1046 | 046 - Albuquerque I (CK813) | 4901 San Mateo Blvd. NE | | Albuquerque | NM | 87109 | LANDLORD | Amicorp Enterprises, Inc. | Hexon Self-Storage, LLC |
| 1046 | 046 - Albuquerque I (CK813) | 4901 San Mateo Blvd. NE | | Albuquerque | NM | 87109 | LANDLORD | Amicorp Enterprises, Inc. | Attn: Daniel V. Titcomb |
| 1047 | 047 - Albuquerque II | 10126 Coors Blvd. NW | | Albuquerque | NM | 87114 | LANDLORD | The Smith 1982 Trust and The Malashock 1981 Trust | Attn: Joyce Pennington Smith |
| 1048 | 048 - Tucson II | 6202 E. Broadway Blvd. | | Tucson | AZ | 85711 | LANDLORD | JKJ Fairview, LLC | Attn: Jason Kim |
| 1049 | 049 - Ft. Myers | 14080 South Tamiami Trl. | | Fort Myers | FL | 33912 | LANDLORD | Roubin Associates, LLC | Attn: Julia Blackwell |
| 1050 | 050 - Altamonte Springs | 474 W. State Rd. 436 | | Altamonte Sprin | FL | 32714-4147 | LANDLORD | 1756, Inc. | c/o Ralph D'Souza |
| 1051 | 051 - Hollywood | 2906 Oakwood Blvd. | | Hollywood | FL | 33020-7122 | LANDLORD | Oakwood Plaza Limited Partnership | |
| 1052 | 052 - Ft. Lauderdale | 6245 N. Andrews Ave. | | Fort Lauderdale | FL | 33309 | LANDLORD | Cypress Creek Associates Limited Partnership | |
| 1055 | 055 - Coral Springs | 1850 University Dr. | | Coral Springs | FL | 33071-6031 | LANDLORD | Net Lease Funding 2005, LP | c/o Vereit, Inc.<br>Attn: Asset Manager |
| 1056 | 056 - Las Vegas (CK816) | 2080 N. Rainbow Blvd. | | Las Vegas | NV | 89108-7049 | LANDLORD | Vestar Best In The West Property LLC | Attn: President |
| 1057 | 057 - Vancouver (CK810) | 12601 SE 2nd Circle | | Vancouver | WA | 98684 | LANDLORD | CNC Holdings, LLC | Attn: Judy Cockrell |
| 1057 | 057 - Vancouver (CK810) | 12601 SE 2nd Circle | | Vancouver | WA | 98684 | LANDLORD | CNC Holdings, LLC | Attn: Steven Cockrell |

Schedule 3.7(f) No.55

Any leased or owned real property

| 1058 | 058 - Barrett | 1125 Ernest Barrett Pkwy. | | Kennesaw | GA | 30144 | LANDLORD | DGH 1125, LLC | Attn: Jon Gallant<br>DGH 1125, LLC<br>c/o D&G Development Services, LLC |
| 1059 | 059 - Houston I (CK807) | 8775 Katy Fwy. | | Houston | TX | 77024 | LANDLORD | Tuccori Holdings Co. LP | Attn: Daniel Del Grande |
| 1060 | 060 - Gwinnett | 3505 Mall Blvd. | | Duluth | GA | 30096-4710 | LANDLORD | Gwinnett Place Associates, L.P. | Attn: Chan Ho<br>c/o CRD of America |
| 1061 | 061 - Perimeter (CK806) | 6340 Peachtree-Dunwoody F | | Atlanta | GA | 30328 | LANDLORD | Sunnykay & Company, LLC | |
| 1062 | 062 - Beaverton | 1225 N.W. Waterhouse Ave. | | Beaverton | OR | 97006-5700 | LANDLORD | Waterhouse Investments, LLC | Attn: Harlan Dismuke |
| 1062 | 062 - Beaverton | 1225 N.W. Waterhouse Ave. | | Beaverton | OR | 97006-5700 | LANDLORD | Waterhouse Investments, LLC | Attn: Judith Dismuke |
| 1065 | 065 - Houston II | 17240 Tomball Pkwy. | | Houston | TX | 77064 | LANDLORD | Hedmark III, LP | Attn: David Mars |
| 1066 | 066 - Alpharetta | 950 North Point Dr. | | Alpharetta | GA | 30022 | LANDLORD | 12085 Brandford Street Project | Attn: Harold Istrin |
| 1067 | 067 - Aurora, CO | 14015 East Evans | | Aurora | CO | 80014 | LANDLORD | Hoppe Properties, LLC | |
| 1068 | 068 - Henderson | 375 North Stephanie St. | Ste. 111 | Henderson | NV | 89014 | LANDLORD | Westland Financial I, LLC | Attn: David Mars |
| 1069 | 069 - Westminster (CK808) | 8971 Yates St. | | Westminster | CO | 80031 | LANDLORD | Shih Properties Incorporated | |
| 1070 | 070 - Clackamas | 13011 SE 84th Ave. | | Clackamas | OR | 97015 | LANDLORD | Sunnybrook, LLC | c/o Coffman Excavation |
| 1071 | 071 - Littleton | 7736 West Long Dr. | | Littleton | CO | 80123 | LANDLORD | Vestar Bowles Crossing, LLC | |
| 1071 | 071 - Littleton | 7736 West Long Dr. | | Littleton | CO | 80123 | LANDLORD | Vestar Bowles Crossing, LLC | Attn: Stacie Crown |
| 1072 | 072 - Orlando I (CK817) | 6877 South Kirkman Rd. | | Orlando | FL | 32819 | LANDLORD | Limestone Sweet, LLC | c/o Orion Investment & Management |
| 1072 | 072 - Orlando I (CK817) | 6877 South Kirkman Rd. | | Orlando | FL | 32819 | LANDLORD | Limestone Sweet, LLC | Attn: Fred Chikovsky<br>Group Kirkman, LLC |
| 1073 | 073 - Kearny Mesa | 7095 Clairemont Mesa Blvd. | | San Diego | CA | 92111 | LANDLORD | CLPF - Clairemont Mesa, L.P. | c/o Clarion Partners, LLC<br>Attn: Retail Asset Manager |
| 1074 | 074 - Orlando II | 4678 E. Colonial Dr. | | Orlando | FL | 32803 | LANDLORD | Greater Orlando Aviation Authority | c/o The Sembler Company |
| 1076 | 076 - Stafford | 12540 Sugardale Drive | | Stafford | TX | 77477-3702 | LANDLORD | EMIC Properties | |
| 1077 | 077 - Lone Tree | 9445 Park Meadows Dr. | | Lone Tree | CO | 80124 | LANDLORD | Herzman Trust/HNET Investments LLC | Attn: Christine Cunning |
| 1078 | 078 - Pembroke Pines | 15901 Pines Blvd. | | Pembroke Pines | FL | 33027 | LANDLORD | Bear Necessity LLC | Attn: Barry Simmons |
| 1080 | 080 - Boca Raton (CK812) | 7110 Beracasa Way | Space #42-45 | Boca Raton | FL | 33433 | LANDLORD | FR Florida, Inc. | c/o Federal Realty Investment Trust<br>Attn: Legal Dept. |
| 1081 | 081 - Tigard | 6600 SW Cardinal Ln. | | Tigard | OR | 97224 | LANDLORD | Pacific Realty Associates, L.P. | |
| 1083 | 083 - Pleasant Hill | 40-A Crescent Dr. | Bldg. 14, Ste. 14A, 14B and | Pleasant Hill | CA | 94523 | LANDLORD | Pleasant Hill Crescent Drive Investors LLC | c/o Vestar Property Management |
| 1084 | 084 - Temecula | 26420 Ynez Road | | Temecula | CA | 92592 | LANDLORD | KGC Limited Partnership | Attn: Gloria Harpenau |
| 1086 | 086 - Camarillo | 375 West Ventura Blvd. | | Camarillo | CA | 93010 | LANDLORD | Sphear Investments, LLC | Attn: Amy K. Jones<br>c/o Investec Management Corp. |
| 1087 | 087 - Vista | 1860 University Drive | | Vista | CA | 92083-7700 | LANDLORD | Valvista North, LLC | |

Schedule No.55
Any leased or owned real property

| 1088 | 088 - Woodlands | 1717 Lake Woodlands Dr. | | The Woodlands | TX | 77380 | LANDLORD | SHS Fairbanks Group LLC | Attn: Sid Savelle c/o Savelle Investment Dynamics |
| 1089 | 089 - San Jose (CK819) | 113 Bernal Rd | | San Jose | CA | 95119 | LANDLORD | Facchino La Barbera Bernal Plaza, LLC | |
| 1093 | 093 - City of Industry | 17411 Colima Rd. | | City of Industry | CA | 91748 | LANDLORD | Krausz Puente, LLC | c/o Arcadia Management Group |
| 1095 | 095 - Phoenix - Metro Center | 10046 North 26th Dr. | | Phoenix | AZ | 85021 | LANDLORD | Star Financial I, LLC | Attn: Jon Mars |
| 1096 | 096 - Northridge | 19801 Rinaldi St. | | Northridge | CA | 91326 | LANDLORD | PRTC, L.P. | Shapell Properties |
| 1098 | 098 - Irvine | 2825 Main Street | | Irvine | CA | 92614 | LANDLORD | Main Street Hotels, LLC | |
| 1099 | 1099 - Lake Forest | Foothill Ranch Town Center | 26572 Towne Centre Dr. | Lake Forest | CA | 92610 | LANDLORD | SHIH Properties Incorporated | Attn: Ray Sieben |
| 1100 | 100 - Fullerton | 1901 West Malvern Ave. | | Fullerton | CA | 92833-2439 | LANDLORD | MCD-RC CA-Amerige, LLC | |
| 1101 | 101 - Valencia | 24303 Town Center Drive | Suites 140, 150, 170 | Valencia | CA | 91355 | LANDLORD | AKF3 Valencia, LLC | c/o Adler Kawa Real Estate Services, LLC |
| 1102 | 102 - West Palm Beach | 1900 Palm Beach Lakes Blvd | | West Palm Beach | FL | 33409 | LANDLORD | MUWA, LLC | c/o Lumer Property Management |
| 1103 | 103 - Chula Vista | 1810 Main Court | | Chula Vista | CA | 91911 | LANDLORD | Yacoel Investments, LLC | Attn: Yacoel  Claude c/o Yacoel Properties I, LLC |
| 1104 | 104 - Desert Ridge | 21001 North Tatum Blvd. | #93 Pad M-1 | Phoenix | AZ | 85050 | LANDLORD | Vestar DRM-OPCO, L.L.C. | |
| 1108 | 108 - San Jose Downtown | 625 Coleman Ave. | | San Jose | CA | 95110 | LANDLORD | LPF San Jose Retail, Inc. | Attn: Asset Manager |
| 1110 | 110 - Gilbert | 4928 S. Power Rd. | | Mesa | AZ | 85212 | LANDLORD | Power & Ray, LLC | c/o Vestar Development Co. Attn: President |
| 1111 | 111 - Palmdale | 40026 10th St. West | | Palmdale | CA | 93551 | LANDLORD | A.C. Warnack and the A.C. Warnack Trust dated Janua | |
| 1115 | 115 - La Quinta | 79-705 Hwy 111 | | La Quinta | CA | 92253 | LANDLORD | CSRA Komar Desert Center, DST | c/o Pacific Coast Commercial Real Estate |
| 1116 | 116 - Lake Buena Vista | 12561 S. Apopka-Vineland R | | Orlando | FL | 32836 | LANDLORD | State of Florida Department of Transportation | c/o TCAM Core Property Fund Attn: Asset Management/Southeast |
| 1118 | 118 - Naples, FL | 10940 Tamiami Trail North | | Naples | FL | 34110 | LANDLORD | Granada Shoppes Associates, Ltd. | Attn: Management |
| 1119 | 119 - Las Vegas - West Flamingo | 9460 W. Flamingo Rd. | Ste. 100 | Las Vegas | NV | 89147 | LANDLORD | DFE Investments, LLC | c/o Northcap |
| 1120 | 120 - Bradenton | 5407 University Pkwy | | Bradenton | FL | 34201 | LANDLORD | Walden Avenue-Blend-All Hotel Development, Inc., Dic | Attn: Legal Dept. |
| 1120 | 120 - Bradenton | 5407 University Pkwy | | Bradenton | FL | 34201 | LANDLORD | Walden Avenue-Blend-All Hotel Development, Inc., Dic | c/o Benderson Development Company, Inc. |
| 1121 | 121 - Boynton Beach | 1100 North Congress Ave. | Ste. 100 | Boynton Beach | FL | 33426 | LANDLORD | Morguard Boynton Town Center, Inc. | c/o Morguard Management Company Inc. Attn: Lease Administrator |
| 1123 | 123 - Escondido, CA | 1260 A & B Auto Pkwy. | Space #O001 | Escondido | CA | 92029 | LANDLORD | Frit Escondido Promenade, LLC | Attn: Sharon Byrd |
| 1126 | 126 - Lady Lake | 508 US Hwy. 27/441 | | Lady Lake | FL | 32159 | LANDLORD | SRK Lady Lake OP5, LLC | c/o Benchmark Management |
| 1128 | 128 - Kissimmee | 3236 Rolling Oaks Blvd. | | Kissimmee | FL | 34747 | LANDLORD | PRII Rolling Oaks Commons FLA, LLC | c/o Southeast Centers |
| 1133 | 133 - Mountain View | 1040 Grant Rd. | Suite 360 | Mountain View | CA | 94040 | LANDLORD | 1040 Grant Road Associates III | c/o Crosspoint Realty Services, Inc. Attn: Property Manager |
| 1134 | 134 - Miami Kendall | 8405 Mills Dr. Ste. | Ste. 220 & 250 | Miami | FL | 33183 | LANDLORD | Weingarten Realty Investors | Gina Hurst Regional Property Manager |
| 1135 | 135 - Atwater Village | 2921 Los Feliz Blvd | | Los Angeles | CA | 90039 | LANDLORD | Franciscan AAH, LLC | c/o The Festival Companies |

Schedule A/B No.55

Any leased or owned real property

| 1136 | 136 - Chino Hills | 4645 Chino Hills Pkwy. | | Chino Hills | CA | 91709 | LANDLORD | YAH Investments, LLC | Attn: Emad Bolous |
|------|-------------------|------------------------|--|-------------|----|--------|----------|----------------------|--------------------|
| 9001 | 948 - Distribution - West Coast | 6800 Sycamore Canyon Bou | | Riverside | CA | 64886 | LANDLORD | Sycamore Business Park, LLC | c/o IDS Real Estate Group |
| 9002 | 947 - Distribution - East Coast | 1325 Chastain Rd. | Ste. 300 | Kennesaw | GA | 30144 | LANDLORD | Liberty Property Limited Partnership | Attn: Vice President |
| 9802 | 802 - Houston | 1467 Brittmore Rd. | Ste. B | Houston | TX | 77043 | LANDLORD | 1467 Brittmoore LLC | c/o Reeco Properties LLLP |
| 9802 | 802 - Houston | 1467 Brittmore Rd. | Ste. B | Houston | TX | 77043 | LANDLORD | 1467 Brittmoore LLC | Attn: Tim Glenn |
| 9804 | 635 - Scottsdale HUB | 331 South River Dr. | Ste. 10 | Tempe | AZ | 85281 | LANDLORD | Zimmerman Properties, Inc. | c/o Cutler Commercial |
| 9817 | 817 - Orlando CK HUB | 120 West Compton Ave. | | Orlando | FL | 32806 | LANDLORD | Reeco Properties LLLP | |
| 9822 | 822 - Fullerton | 1850 Raymer Ave. | | Fullerton | CA | 92833 | LANDLORD | Holtzman Enterprises, LLC | |

**Fill in this information to identify the case:**

Debtor name      **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02477-LA7**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Apollo Investment Corporation**<br>Creditor's Name<br><br>**Cerberus Business Finance, LLC**<br>**875 Third Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br>**Security Agreement** | **$2,500,000.00** | **$0.00** |

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Ares Capital Corporation**<br>Creditor's Name<br><br>**Cerberus Business Finance, LLC**<br>**875 Third Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br>**Security Agreement** | **$24,356,649.01** | **$0.00** |

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Garden Fresh Restaurants LLC**
        _____
        Name

Case number (if known)   **20-02477-LA7**

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 | **Cerberus ASRS Funding LLC** | | |
|---|---|---|---|

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, New York**
**10022-0000**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**Describe debtor's property that is subject to a lien**            $4,907,060.72          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | **Cerberus ASRS Holdings LLC** | | |
|---|---|---|---|

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**Describe debtor's property that is subject to a lien**            $395,767.07          $0.00

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.5 | **Cerberus Levered Loan Opp.** | | |
|---|---|---|---|

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**            $774,320.50          $0.00

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 14

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**Security Agreement**

**Is the creditor an insider or related party?**

[✓] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.6 | **Cerberus N-1 Funding LLC** | Describe debtor's property that is subject to a lien | **$2,424,350.22** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.7 | **Cerberus NJ Credit Opp. Fund L** | Describe debtor's property that is subject to a lien | **$195,530.27** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.8** | **Cerberus Onshore II CLO LLC** | Describe debtor's property that is subject to a lien | **$7,443,487.51** | **$0.00**

Creditor's Name

**Cerberus Business
Finance, LLC
875 Third Avenue
New York, NY 10022**

Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Cerberus Onshore II CLO-2 LLC** | Describe debtor's property that is subject to a lien | **$2,157,209.76** | **$0.00**

Creditor's Name

**Cerberus Business
Finance, LLC
875 Third Avenue
New York, NY 10022**

Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **Charlie's Produce** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00**

Creditor's Name

**PO Box 24606
Seattle, WA 98124**

Creditor's mailing address

**Describe the lien**
**PACA Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| | |
|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) **20-02477-LA7** |
| Name | |

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

**2.11**

**Downtown Produce**
Creditor's Name

**Premier Produce Central Florid**
**640 Distribution Dr**
**Melbourne, FL 32904**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    **Unknown**            **$0.00**

**Describe the lien**
**PACA Lien**
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

**2.12**

**FRESHPOINT ATLANTA**
Creditor's Name

**1200 OAKLEY INDUSTRIAL BLVD ST**
**FAIRBURN, GA 30213**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    **$31,300.47**            **$0.00**

**Describe the lien**
**PACA Lien**
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

**2.13**

**FRESHPOINT ATLANTA**
Creditor's Name

**1200 OAKLEY INDUSTRIAL BLVD ST**
**FAIRBURN**
**GA, 30213**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**                    **$4,396.95**            **$0.00**

**Describe the lien**
**PACA Lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 14

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 4 | **FRESHPOINT CENTRAL** | Describe debtor's property that is subject to a lien | $69,103.93 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CALIFORNIA INC**
**5900 N GOLDEN STATE**
**TURLOCK, CA 95382**

Creditor's mailing address

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 5 | **FRESHPOINT CENTRAL** | Describe debtor's property that is subject to a lien | $12,929.57 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CALIFORNIA INC**
**5900 N GOLDEN STATE**
**Turlock, CA 95382**

Creditor's mailing address

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 6 | **FRESHPOINT CENTRAL FL INC** | Describe debtor's property that is subject to a lien | $57,696.14 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Garden Fresh Restaurants LLC**    Case number (if known)    **20-02477-LA7**

Name

Creditor's Name

**FRESHPOINT WEST COAST FL**
**5445 BONACKER DRIVE**
**TAMPA, FL 33610**

Creditor's mailing address

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.17 | **FRESHPOINT CENTRAL FL INC** | | **$11,209.20** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**FRESHPOINT WEST COAST FL**
**5445 BONACKER DRIVE**
**Tampa, FL 33610**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.18 | **FRESHPOINT CENTRAL FLORIDA** | | **$50,866.78** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**8801 EXCHANGE DRIVE**
**ORLANDO, FL 32809**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.19 | **FRESHPOINT CENTRAL FLORIDA** | Describe debtor's property that is subject to a lien | $10,505.71 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8801 EXCHANGE DRIVE**
**Orlando, FL 32809**
Creditor's mailing address

Describe the lien
**PACA Lien**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.20 | **FRESHPOINT DENVER** | Describe debtor's property that is subject to a lien | $28,627.89 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 815219**
**DALLAS, TX 75381**
Creditor's mailing address

Describe the lien
**PACA Lien**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.21 | **FRESHPOINT DENVER** | Describe debtor's property that is subject to a lien | $4,170.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 815219**
**DALLAS**
**TX, 75381**
Creditor's mailing address

Describe the lien
**PACA Lien**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 2 | **FRESHPOINT SOUTH FLORIDA INC** | Describe debtor's property that is subject to a lien | $64,417.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2300 NW 19TH STREET POMPANO BEACH, FL 33069**

Creditor's mailing address

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 3 | **FRESHPOINT SOUTH FLORIDA INC** | Describe debtor's property that is subject to a lien | $14,266.05 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2300 NW 19TH STREET POMPANO BEACH FL, 33069**

Creditor's mailing address

**Describe the lien**
**PACA Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 4 | **FRESHPOINT SOUTHERN** | Describe debtor's property that is subject to a lien | $425,880.61 | $0.00 |
|---|---|---|---|---|

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**CALIFORNIA INC**
**155 N ORANGE AVE**
**CITY OF INDUSTRY, CA**
**91744**

Creditor's mailing address

**Describe the lien**
PACA Lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.2 5 | **FRESHPOINT SOUTHERN** | **Describe debtor's property that is subject to a lien** | $79,454.09 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CALIFORNIA INC**
**155 N ORANGE AVE**
**La Puente, CA 91744**

Creditor's mailing address

**Describe the lien**
PACA Lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.2 6 | **Freshpoint, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | $0.00 |
|---|---|---|---|---|

Creditor's Name

**FreshPoint Corporate**
**711 North Orlando Avenue,**
**201**
**Maitland, FL 32751**

Creditor's mailing address

**Describe the lien**
PACA Lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 10 of 14

Debtor  **Garden Fresh Restaurants LLC**

Name

Case number (if known)  **20-02477-LA7**

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached. | ☐ Unliquidated |
| | ☑ Disputed |

---

**2.27**

**Garden Fresh Holding LLC**

Creditor's Name

**Perpetual Capital Partners 1000 Wilson Blvd, Suite 2700 Arlington, VA 22209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**Describe debtor's property that is subject to a lien**    $2,735,576.00    $0.00

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.28**

**GF SNS Holdings LLC**

Creditor's Name

**Cerberus Business Finance, LLC 875 Third Avenue New York, NY 10022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**Describe debtor's property that is subject to a lien**    $6,058,922.96    $0.00

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**Raymond Leasing Corporation**

Creditor's Name

**PO Box 130 Greene, NY 13778**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    Unknown    $0.00

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

**Is anyone else liable on this claim?**
☐ Yes
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**January 30, 2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 0 | **Victoria Pacific Trading Corp**
Creditor's Name
**12780 Schabarum Ave**
**Irwindale, CA  91706, CA**
**91706**
Creditor's mailing address | Describe debtor's property that is subject to a lien | $25,222.50 | $0.00 |

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/21/2020, 3/12/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 1 | **WILLIE ITULE PRODUCE INC**
Creditor's Name
**301 N 45TH AVE**
**PHOENIX, AZ 85043**
Creditor's mailing address | Describe debtor's property that is subject to a lien | $109,897.23 | $0.00 |

Describe the lien
**PACA Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  |  **$54,948,819.01**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 14

Debtor   **Garden Fresh Restaurants LLC**                                    Case number (if known)   **20-02477-LA7**
_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.2** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.3** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.4** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.5** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.6** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.7** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.8** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.9** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.1** | |
| **Cerberus Business Finance, LLC**<br>**Attention: Joseph Naccarato**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line  **2.28** | |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line  **2.2** | |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line  **2.3** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 14

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| | |
|---|---|
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.4** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.5** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.6** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.7** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.8** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.9** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.1** |
| **KLEE TUCHIN BOGDANOFF & STERN**<br>**1999 AVENUE OF THE STARS 39TH**<br>**LOS ANGELES, CA 90067** | Line **2.28** |

**Attachment to Schedule D**

- All Schedule D lienholders have interest in the same property.

411324-v1

**All creditors in schedule E/F with a $0 claim amount have an unknown claim amount as of the petition date. These amounts are subject to change based on proofs of claim submitted by creditor.**

**Fill in this information to identify the case:**

Debtor name  **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | Total claim | Priority amount |
|---|---|---|---|
|  | **A'ishah Sisson-foster**<br>**1575 West Warmsprings Rd.**<br>**Henderson, NV 89014** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | Total claim | Priority amount |
|---|---|---|---|
|  | **Aaliyah Jones**<br>**749 SAN YSIDRO  DRIVE**<br>**UPLAND, CA 91786** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaliyah Mendoza**
**83452 RUBY AVE**
**INDIO, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aalyha Martinez**
**GYPSUM CREEK DR.**
**EASTVALE, CA 92880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aamiya Upshaw**
**2885 WINKLER AVENUE**
**609**
**FORT MYERS, FL 33916**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aanand kadakia**
**1146 SYMPHONY ST**
**LOS BANOS, CA 93635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Acosta Longoria**
**2455 E BROADWAY RD**
**98**
**MESA, AZ 85204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Becerra**
**259 KAIMU ST**
**PACHECO, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Bell**
**19644 N 34TH PL**
**PHOENIX, AZ 85050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Cadayong**
**5525 S NEWCOMBE ST**
**LITTLETON, CO 80127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Chang**
**14034 Huntervale De**
**Eastvale, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Chavez**
**15920 POMONA RINCON RD.**
**UNIT 6514**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Corn**
**3511 9TH ST N**
**TAMPA, FL 33605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Cotner**
**191 E EL CAMINO REAL**
**SPC 238**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Daniel**
**308 EAST ST**
**OREGON CITY, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Dean**
**128 W LEE ST**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Del Cid**
**780 NW JOY AVE**
**#H**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Donald**
**319 NE 104TH AVE**
**#A**
**VANCOUVER, WA 98664**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|--------|--------|--------|--------|

Priority creditor's name and mailing address

**Aaron hack
7043 N VIA DE PAESIA
SCOTTSDALE, AZ 85258**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 |

Priority creditor's name and mailing address

**Aaron Hedwall
26436 MARSALA DR.
VALENCIA, CA 91355**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 |

Priority creditor's name and mailing address

**Aaron Hollins
17009 ESTORIL ST
CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 |

Priority creditor's name and mailing address

**Aaron Hubbard
5226 SE 113TH ST
BELLEVIEW, FL 34420**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|------------------------|------------------|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address
**Aaron Mateo**
**3559 Dalton Commons**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24**

Priority creditor's name and mailing address
**Aaron Mendoza**
**11902 BEATY AVE**
**NORWALK, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25**

Priority creditor's name and mailing address
**Aaron Myles**
**9761 W ELM LANE**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26**

Priority creditor's name and mailing address
**Aaron Neville**
**2150 N TENAYA WAY**
**1067**
**LAS VEGAS, NV 89128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Puett**
**825 7 AVE**
**SAN DIEGO, CA 92101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Roe**
**2524 SE 166TH AVE**
**VANCOUVER, WA 98683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Sawyer**
**NW 9TH ST**
**1147**
**BOYNTON BEACH, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Stahel**
**2628 LAKESIDE CIRCLE**
**PALM HARBOR, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Urquiza**
**28188 Moulton Pkwy**
**Apt #2318**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Viera**
**38257 12ST EAST**
**APT. 29**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaron Zuniga**
**506 E 1ST AVE**
**LA HABRA, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aaryn Bess**
**7645 ATHENOUR WAY**
**SUNOL, CA 94586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abbey Ashton**
**16984 SKY VALLEY DRIVE**
**RAMONA, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abbey Colvin**
**811 E WETMORE RD**
**5206**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abby Frazier**
**19947 SW JETTE LN**
**BEAVERTON, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abby Rogers**
**1602 Eastvale Drive**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abby Wright**
**17825 Nw Dogwood Ct**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdias Montoya**
**1900 W GLENOAKS AVE**
**J**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdiel Cruz**
**10937 Polaris Dr.**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdoul Maiga**
**4738 N IROQUOIS**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdourahamane Barry**
**BARRY**
**106**
**PHOENIX, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abduannasser Jalloud**
**10510 SIX PINES DR**
**Apt 7208**
**THE WOODLANDS, TX 77380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdul Rahman Oriakhael**
**1271 MONUMNET BLVD**
**84**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abdula Othman**
**4471 MARGERY DR**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Coyohua**
**7400 Bellerive Drive**
**#1706**
**Houston, TX 77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Garcia**
**24481 Madeira Way**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Garcia Cortez**
**10313 Westminster Ave**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Guzman**
**60 Sw 131st Ave**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Lopez**
**1679 W 257 St**
**#5**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abel Marrufo**
**17793 E KEPNER DR**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abelardo Paniagua**
**970 E. MISSION AVE**
**#4**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abelardo Trujillo**
**PO Box 2372**
**Apt 20**
**Fullerton, CA 92837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.63** | **$0.00** |
|---|---|---|---|---|

**Aberu Moti**
**1750 STOKES ST.**
**SAN JOSE, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Alvarenga**
**3674 Waterbury Ct**
**#14**
**San Jose, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Arne**
**18441 TAMARIND STREET**
**FOUNTAIN VALLEY, CA 92708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Blanco**
**1221 S Evergreen Ave**
**Clearwater, FL 33765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Cardona**
**4218 ROMEO LN**
**105**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Carr**
**37 MONTECILO**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.35** | **$8.35** |
|---|---|---|---|---|

**Abigail D.  Cardona**
**4218 ROMEO LN**
**105**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Franco**
**6129 36TH LN E**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Hernandez**
**1421 PICO ST**
**SAN FERNANDO, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Largaespada**
**1505 NORTHPARK BLVD**
**212**
**SAN BERNARDINO, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail mata**
**6110 HOWELL DR LA MESA**
**SAN DIEGO, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Medina**
**26282 HOMELAND AVE.**
**HOMELAND, CA 92548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abigail Oliver**<br>**402 E. Madison St.**<br>**Yates Center, KS 66783** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abigail Ortiz**<br>**30000 Hasley Canyon Road**<br>**#55**<br>**Castaic, CA 91384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abigail Potain**<br>**951 W 3RD ST**<br>**AZUSA, CA 91702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abigail Stillwell**<br>**11297 W Crestline Pl**<br>**Littleton, CO 80127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Tellers**
**164 N Avenida Cienega**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Ugalde**
**4508 SHEPARD RD NE**
**A212**
**ALBUQUEQUE, NM 81107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigail Wiswall**
**11442 SW OAK CREEK DRIVE**
**PORTLAND, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abigaile Villalvazo**
**4050 SAN BERNARDINO**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abner Michaud**
**4867 Nw 6th Court**
**Delray Beach, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abner Siliezar**
**29503 Timber Trail St**
**Spring, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraam Avalos**
**240 El Bosque St**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$964.71** | **$964.71** |
|---|---|---|---|---|

**ABRAAM AVALOS**
**240 El Bosque St**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Al-Abbas**
**15430 SW EMERALD ST**
**BEAVERTON, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Barrera**
**1076 E JOHNSTON AVE**
**HEMET, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Cardenas**
**29136 BORTON STREET**
**CASTAIC, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Duenas**
**4593 HANSEN AVENUE**
**#D**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**                                    Case number (if known)    **20-02477-LA7**
_____
Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---|---|---|---|

**Abraham Flores**
**4611 SANTA ANITA**
**EL MONTE, CA 91731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---|---|---|---|

**Abraham Garcia**
**13401 NE 28TH ST**
**313**
**VANCOUVER, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---|---|---|---|

**Abraham Lopez Mora**
**3005 W. CITRUS WAY**
**PHOENIX, AZ 85017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.73** | **$76.73** |
|------|---|---|---|---|

**Abraham M.  torres**
**761 ASTER ST**
**174**
**OXNARD, CA 93036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Mitchell**
**3314 W.LEMON ST**
**TAMPA, FL 33609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Ortega**
**5069 University Avenue**
**APT 3**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Plata**
**944 S Valencia**
**#28**
**Mesa, AZ 85202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Ponce**
**3809 W. Saguaro Park**
**Glendale, AZ 85310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Rodriguez**
**3262 ROBERTA LANE**
**OCEANSIDE, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham torres**
**761 ASTER ST**
**174**
**OXNARD, CA 93036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham Torres**
**250 QUINTARD ST APT 57**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Abraham TSEGAY BERIHANES**
**933 N ALVERNON WAY**
**111**
**TUCSON, AZ 85711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Abrahan Andrade**
**1761 LOYOLA DR**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Abran Cervantes-Torres**
**55 NORTH 25TH STREET**
**55**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Abran Garcia**
**40455 Blanchard St**
**Fremont, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Abril Aquino**
**195 NORTH KING ROAD**
**B**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Garden Fresh Restaurants LLC**                                        Case number (if known)    **20-02477-LA7**
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abril Retana**<br>**5400TH SHERIDAN BLV**<br>**ARVADA, CO 80002** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abriona Ranson**<br>**1023 PARK GATE PL**<br>**STONE MOUNTAIN, GA 30083** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Abu Jabbie**<br>**12503 LIMBER PINE PL**<br>**HOUSTON, TX 77429** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Acacia Denton**<br>**17363 CARRANZA DRIVE**<br>**SAN DIEGO, CA 92127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**                                   Case number (if known)    **20-02477-LA7**
_____
Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Acelee Nester**
**6804 Jarvis Rd**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Acesalley Robledo**
**4664 N Hughes Ave**
**Fresno, CA 93705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ada Castillo**
**468 Tulane Drive**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adalid Arroyo**
**P.O. Box**
**Las Vegas, NV 89132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adalid Arroyo**
**3401 N WALNUT RD71**
**LAS VEGAS, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adaline Lang**
**14499 EAST WESLEY AVENUE**
**AURORA, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Christopher**
**6152 STANTON AVE**
**G212**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$39.99** | **$39.99** |
|---|---|---|---|---|

**Adam Christopher**
**6152 STANTON AVE**
**G212**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Divine**
**1350 Kelso Dunes**
**Apt 515**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Ervin**
**3915 CAMINTO DEL MAR SURF**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Fernandez**
**1854 CHALCEDONY ST**
**APT B**
**SAN DIEGO, CA 92109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Fimbres**
**4084 E 25th St.**
**Tucson, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adam Flores**<br>**118 DIABLO WAY**<br>**OXNARD, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adam Friesen**<br>**8394 QUAY DRIVE**<br>**ARVADA, CO 80003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adam Harper**<br>**1050 3rd St**<br>**Apt G**<br>**Clovis, CA 93612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adam Jones**<br>**225 CAMELBACK ROAD**<br>**150**<br>**PLEASANT HILL, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Lira**
**205 WESTPARK CT**
**305**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Mercadante**
**2666 WORDEN ST.**
**UNIT 3**
**SAN DIEGO, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Mitchell**
**79 FAIRLANE RD**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41.19** | **$41.19** |
|---|---|---|---|---|

**Adam Mitchell**
**79 FAIRLANE RD**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Munguia**
**10110 WESTVIEW DR**
**2503**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Rollins**
**1823 ALBION STREET**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Shamuilian**
**5040 GATEWAY RD**
**ALTA LOMA, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Swanson**
**9208 Ne 91st**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Toklowicz**
**1217 OAK TRACE DRIVE**
**SARASOTA, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adam Zourigui**
**1137 QUARI ST**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Martinez Ochoa**
**6942 N TIPPECANOE AVE**
**SAN BERNARDINO, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Nogueda Jr**
**15323 SAN MORITZ**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Ponce**
**3144 W. Anderson Dr**
**Phoenix, AZ 85053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Rodriguez**
**4891 CLAIREMONT MESA BLVD**
**305**
**SAN DIEGO, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Romero**
**3170 Thomas Paine Dr**
**Missouri City, TX 77459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adan Ruiz villa**
**2124 ABBOTT AVE**
**PITTSBURG, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Addison Wiese**<br>**95 RENAISSANCE PKWY NE**<br>**ATLANTA, GA 30308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Addyl Rivera**<br>**11621 BROOKHURST ST**<br>**GARDEN GROVE, CA 92840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adela Hernandez**<br>**39150 Sundale Dr**<br>**Apt 10**<br>**Fremont, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$828.86** | **$828.86** |
|---|---|---|---|---|
| | **ADELA HERNANDEZ**<br>**39150 Sundale Dr**<br>**Apt 10**<br>**Fremont, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adelaine Phileus**
**230 SW 14 TH AVE**
**DEL RAY BEACH, FL 33444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adelia Moncada**
**243 S. Curtis Ave**
**Apt C**
**Alhambra, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adeline Georges**
**600 Sw 28th Dr**
**Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adelle Phileus**
**230 SW 14TH AVE**
**DELRAY BEACH, FL 33444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adia Blackmon**
**9305 LAMAR ST**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adilene Palacios**
**2414 North Tustin Ave**
**Apt 08**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adina Vargas**
**1825 Robinhood St.**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adinson Jordonne**
**2631 NW 2ND ST**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adjei Hathorn**
**4428 NANTUCKET COVE**
**STONE MOUNTAIN, GA 30083**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adjoa Aikins**
**52811 AVENIDA DIAZ**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfina Castillo**
**963 Walnut Woods**
**#2**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo Alceda**
**3432 1/2 MANITOU AVE**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo Flores**
**10011 HAMMERLY BLVD**
**106**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo Jimenez**
**4860 canoga st**
**Unit c**
**montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo Lomeli**
**2315 MILLER AVE**
**ESCONDIDO, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo Paz**
**5002 W. MCFADDEN AVE.**
**73**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**                Case number (if known)    **20-02477-LA7**
_____
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo santamaria**
**1488 LOCHNER DR SAN JOSE CA**
**SAN JOSE, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adolfo USTAREZ**
**8638 EAGLE RUN DR**
**13**
**BOCA RATON, FL 33434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adraine Sparrow**
**1485 COLLINGWOOD DR**
**1485**
**MARIETTA, GA 30067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adreana Photianos**
**6003 FALLING TREE LN**
**RANCHO CUCAMONGA, CA 91737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Beltran**<br>**54870- AVENIDA JUAREZ**<br>**LA QUINTA, CA 92253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Carreno**<br>**461 TILIA CT**<br>**CHULA VISTA, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Carrilo**<br>**11876 Adams St Thornton**<br>**Denver, CO 80233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$41.82** | **$41.82** |
|---|---|---|---|---|
| | **Adrian Carrilo**<br>**11876 Adams St Thornton**<br>**Denver, CO 80233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Castellano Salazar**<br>**2115 5TH ST**<br>**#1**<br>**SARASOTA, FL 34237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Ceja**<br>**2703 Alvin Ave**<br>**San Jose, CA 95121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$57.00** | **$57.00** |
|---|---|---|---|---|
| | **ADRIAN D. SALINAS**<br>**440 HAMILTON AVE**<br>**OXNARD, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Adrian Fonseca**<br>**2976 FAIRFIELD DRIVE**<br>**B**<br>**TRACY, CA 95376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Adrian Gaona**
**1804 W. TERRACE AVE.**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Adrian Garcia**
**10323 KLINGERMAN STREET**
**SOUTH EL MONTE, CA 91733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Adrian Garcia**
**6901 W HAZELWOOD STREET**
**PHOENIX, AZ 85033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Adrian Garcia Novoa**
**945 W CAMERON**
**207**
**WEST COVINA, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrian Gomez**
**7845 E. Appletree Dr**
**Tucson, AZ 85730**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☒ No
- ☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrian Gonzalez**
**1920 GARDENA AVE**
**15**
**GLENDALE, CA 91204**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☒ No
- ☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51.85** | **$51.85** |
|---|---|---|---|---|

**Adrian Gonzalez**
**1920 GARDENA AVE**
**15**
**GLENDALE, CA 91204**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☒ No
- ☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrian Hernandez**
**1859 BRADBURY AVE**
**DUARTE, CA 91010**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☒ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Adrian hernandez**<br>**693 S. SECOND ST**<br>**SAN JOSE, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Adrian Ledesma**<br>**1800 W GRAMERCY AVE.**<br>**#7**<br>**ANAHEIM, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Adrian Lopez**<br>**1651 W SAINT JOHN RD**<br>**PHOENIX, AZ 85023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Adrian Maciel**<br>**2314 W DENNETT**<br>**FRESNO, CA 93728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Adrian Mahmutaj**
**4748 NORTHBRIDGE DR**
**202**
**ORLANDO, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**adrian medina**
**20807 RED SKY COURT**
**SANTA CLARITA, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Adrian Ortega**
**98 Monahan Drive**
**Ft. Walton Beach, FL 32547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Adrian Pena**
**634 GERANIUM PLACE**
**OXNARD, CA 93036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.183** | Priority creditor's name and mailing address

**Adrian Pineda**
**78565 BOTTLEBRUSH DR.**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address

**Adrian Salazar**
**160 BONITA ST**
**ARCADIA, CA 91006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address

**Adrian Salinas**
**440 HAMILTON AVE**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address

**Adrian Santibanez**
**4655 SOLAR ECLIPSE DRIVE**
**LAS VEGAS, NV 89115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrian Vasquez**
**5677 Almaden Rd.**
**Apt. D**
**San Jose, CA 95118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrian Vazquez**
**9952 SW 88TH ST**
**324**
**MIAMI, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Arzola**
**8264 Flanders Drive**
**#3**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Ascencio**
**3221NATIONAL CITY BLVD**
**SP 22**
**NATIONAL CITY, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Barba**
**4860 canoga st**
**Unit c**
**montclair, CA 91763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Barrantes**
**375 Palm Springs Drive**
**Apt # 1120**
**Altamonte Springs, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Borquez**
**3513 W 132ND ST**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Cortez**
**7608 CORAL VINE LN**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana De Alba**
**1564 Tanglewood Lane**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Delgado**
**4988 LANTANA DR**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$40.88** | **$40.88** |
|---|---|---|---|---|

**Adriana Delgado**
**4988 LANTANA DR**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Di-paolo**
**6010 B N Himes Ave**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Fernandez**
**11514 Westwood Blvd**
**Apt 421**
**Orlando, FL 32821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Flores**
**211 E. Acacia**
**Apt A**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana German**
**1142 Sepulveda Ave**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Gomez**
**21150 N TATUM BLVD**
**1081**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Gonzalez**
**330 E. LEATRICE LN**
**#D**
**ANAHEIM, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Grassa**
**512 W. LATONA RD**
**PHOENIX, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Hernandez**
**369 MONTGOMERY ST**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriana Licona**
**4344 Winchester Ave**
**Apt 15**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Adriana Mckee**
**5782 DARTMOOR CIR**
**OCEANSIDE, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Priority creditor's name and mailing address **2.208**
**Adriana Ortiz**
**20817 Nw Amber View Lane**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Priority creditor's name and mailing address **2.209**
**Adriana Plascencia**
**16402 SW estuary Drive**
**#103**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Priority creditor's name and mailing address **2.210**
**Adriana Reyes**
**3216 Annrae Street**
**San Diego, CA 92123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.211 | Priority creditor's name and mailing address<br>**Adriana Robles**<br>**17045 Medallion Ave**<br>**#64**<br>**Tustin, CA 92780** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address<br>**Adrianna Chavez**<br>**1955 GILLILAN STREET**<br>**PLACENTIA, CA 92870** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address<br>**Adrianna Correa**<br>**1207 CEDAR POST LN**<br>**284**<br>**HOUSTON, TX 77055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address<br>**Adriana Ferran**<br>**15606 TIMBERLINE DR**<br>**TAMPA, FL 33624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrianna Iglesias**
**331 CHARLESTON ST SE**
**#A**
**ALBUQUERQUE, NM 87108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriel Ojeda**
**26196 Crown Valley Pkwy**
**Mission Viejo, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adriel Salazar**
**611 98TH AVE NORTH**
**NAPLES, FL 34108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adrihan Gomez**
**873 Walnut Drive**
**Oxnard, CA 93036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Adyel Fonseca Amado**
**2816 CHARMONT DR.**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aereah thomas**
**6215 NOVATO DR**
**HOUSTON, TX 77053**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aerion Moore**
**6135 rayann court**
**riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aeris Silva**
**11928 REEDY CREEK DR**
**101**
**ORLANDO, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Afnan Seyam**
**9753 HOLDER STREET**
**CYPRESS, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Afolabi Oyewuwo**
**15807 IRONFORK DR**
**HOUSTON, TX 77053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Afrah Ali**
**3806 Fairmount Ave**
**#202**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Afrah Hussein**
**1605 W. El Rio Dr**
**Apt 209**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Agathe Charles**
**10945 WINDING CREEK WAY**
**BOCA RATON, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ageo Palacios**
**2414 N . TUSTIN AVE**
**O-8**
**SANTA ANA, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aglae Vazquez lopez**
**9767 HANOVER GROVE AVE.**
**LAS VEGAS, NV 89148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Agustin Amador**
**3707 PONCIANA**
**APT. 36**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Agustin Carillo**
**79165 DESERT STREAM**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.57** | **$48.57** |
|---|---|---|---|---|

**Agustin Carillo**
**79165 DESERT STREAM**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Agustin Dominguez-rivero**
**4423 W. Flower St.**
**Phoenix, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Agustin Silveyra**
**6703 SW 116 CT**
**UNIT C**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Agustina-alejand Segura-bailon**
**2135 W Campbell**
**Apt #5**
**Phoenix, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ahkeem Lenoir**
**12020 NORTH GESSNER RD**
**8101**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ahkeen Simon**
**4495 E LOMA VISTA ST**
**GILBERT, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ahmad Hazheer**
**4850 Lone Crt**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ahmad Smith**
**150 DOMINION PARK DR**
**336**
**HOUSTON, TX 77090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ahmadreza Shirian**
**680 Sylvan Ave**
**APT 19**
**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ahmet Duran**
**3001 S BONITA STREET**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ahmod Jones**
**4722 E BELL ROAD**
**3134**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aida Arellano**
**11128 1/2 dodson st.**
**S. El Monte, CA 91733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aida Maldonado Palacios**
**4717 Roswell Rd**
**Apt. H-6**
**Atlanta, GA 30342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aidan Albano**
**17130 SW LISA ST**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aidan Loughnane**
**4162 FAIRLANDS DR.**
**PLEASANTON, CA 94588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aidan Mariscal**
**6243 GUADALUPE AVE**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aide campos lulo**
**1531 8TH ST**
**SAN FERNANDO, CA 91340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aide Suarez**
**11861 Sw 206 Terra**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aiden Carey**
**141 CAMARILLO DRIVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aiden Mireles**
**869 W WALNUT AVE**
**APT. L**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aileen Espinoza**
**508 E. MISSION AVE**
**705**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aileen Morales**
**12901 S VERMONT AVE**
**APT E3**
**GARDENA, CA 90247**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aime Cintron**
**9091 TIVOLI CHASE DR**
**ORLANDO, FL 32829**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Aimee Rivera** <br> **2750 Riverside Dr** <br> **Apt 403** <br> **Los Angeles, CA 90039** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **AIMY TRAN** <br> **2808 W RAMONA RD** <br> **#2** <br> **ALHAMBRA, CA 91803** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Ain Avila-zamudio** <br> **5005 Sw Murray Blvd** <br> **Apt 413** <br> **Beaverton, OR 97005** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Ain Ledesma** <br> **3042 JACKSON STREET** <br> **OXNARD, CA 93033** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aine Woods**
**3801 MARQUETTE PLACE**
**1B**
**SAN DIEGO, CA 92106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aisha Munnee**
**3826 BENTLEY AVE**
**CULVER CITY, CA 90232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aisha Saucedo**
**612 E. ELM STREET**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aiyana Lewis**
**25833 E. PARKVIEW PL.**
**AURORA, CO 80018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aiza Thompson**
**9051 FREDERICK ST.**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ajala Latisha**
**520 ROYAL PALM DR.**
**NA**
**KISSIMMEE, FL 34743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ajay Dalaya**
**303 SW 161ST AVE**
**PEMBROKE PINES, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ajia Willis**
**611 East 13th Street**
**#209**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Akaaisha bazile** | Check all that apply. | | |
| | **13223 CHAMPIONS CENTRE DR** | ☐ Contingent | | |
| | **HOUSTON, TX 77069** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Akima parker** | Check all that apply. | | |
| | **1315 QUARI STREET** | ☐ Contingent | | |
| | **14** | ☐ Unliquidated | | |
| | **DENVER, CO 80014** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Akira Aichele** | Check all that apply. | | |
| | **20 SIMPSON DRIVE** | ☐ Contingent | | |
| | **WALNUT CREEK, CA 94596** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Akira Sweet-Fisher** | Check all that apply. | | |
| | **1175 OLD HARRIS RD** | ☐ Contingent | | |
| | **APT 422** | ☐ Unliquidated | | |
| | **DALLAS, GA 30157** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Akshay Arora**<br>**2117 W SYCAMORE**<br>**ORANGE, CA 92866** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **ALABAMA DEPARTMENT OF**<br>**REVENUE**<br>**WITHHOLDING TAX SECTION**<br>**P.O. BOX 327483**<br>**MONTGOMERY, AL 36132-7483** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alan Angeles**<br>**7375 9TH ST**<br>**BUENA PARK, CA 90621** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alan Bunting**<br>**4202 ECHO CT**<br>**PLEASANTON, CA 94588** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan Covarrubias**
**4632 33RD ST**
**5**
**SAN DIEGO, CA 92116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan De La Rosa**
**17841 E LEHIGH PL**
**AURORA, CO 80013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan Flores-Campos**
**10957 SAN BLAS CIRCLE**
**SAN DIEGO, CA 92126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan Ibarra Rivera**
**36454 FELIZ CT**
**FREMONT, CA 94536**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Alan Kentta**<br>**13058 Se Powell Blvd**<br>**Portland, OR 97236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Alan Laurie**<br>**5531 OLIVE AVENUE**<br>**SARASOTA, FL 34231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Alan Mascareno**<br>**1521 D APACHE DR**<br>**CHULA VISTA, CA 91910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Alan Peone**<br>**11185 Lee Way**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan Scanlan**
**4873 Clearview Way**
**La Mesa, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alan Trinh**
**17163 NW GOLD CANYON LANE**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alana Gross**
**28225 RANCHO GRANDE**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alana Kundu**
**13023 Old Barn Drive**
**Richmond, TX 77407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alanah Mitchell**
**11411 CHELSEA OAK STREET**
**HOUSTON, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alandaniel Cosio**
**301 SHADY LANE**
**70**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alanie Botello-hinds**
**7437 Haskell Ave**
**Apt 1**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alasia Jackson**
**1121 DRUID RD E**
**APT 2 BUILDING 16**
**CLEARWATER, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alaya Jackson**
**11503 DELL HOLLOW DR.**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alaya Jackson**
**5534 WOODLAND GLADE DR.**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alayna Sample**
**10089 PARK MEADOWS DR**
**101**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alayne Almazan**
**2836 N 33 Rd St**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page **74 of 4240**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alba Reyes**
**967 OAK AVENUE**
**CARLSBAD, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alba Sostenes**
**P.o. Box 571**
**Long Beach, CA 90801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alba Vivanco**
**4495 Hopkins Run Dr**
**Duluth, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alban Lopez Gonzalez**
**1424 SEINE RIVER WAY**
**APT 35**
**CHULA VISTA, CA 91913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65.31** | **$65.31** |
|---|---|---|---|---|
| | **Alban Lopez Gonzalez**<br>**1424 SEINE RIVER WAY**<br>**APT 35**<br>**CHULA VISTA, CA 91913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Albeniz Antonio Arauz**<br>**3401 S SENTOUS AVENUE**<br>**APT 236**<br>**West Covina, CA 91792** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Albert azpeitia**<br>**3602 PONTIAC DR**<br>**CARLSBAD, CA 92010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Albert Cocio**<br>**571 NORTH EDEN AVENUE**<br>**SUNNYVALE, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Albert Cooks**
**7540 E POPLAR ST.**
**TUCSON, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Albert lamonte**
**539 W. MAPLEWOOD AVE.**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Albert Paredes**
**15003 CABIN RUN LANE**
**SUGAR LAND, TX 77498**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Albert Romero**
**2617 W Ramona Rd**
**Alhambra, CA 91803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.307** | Priority creditor's name and mailing address

**Albert Serrano**
**5592 CAMP ST.**
**CYPRESS, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.308** | Priority creditor's name and mailing address

**Albert Solis**
**7018 RITA AVE**
**312**
**HUNTINGTON PARK, CA 90255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.309** | Priority creditor's name and mailing address

**Albert Soto**
**1328W CORTLAND AVE.**
**FRESNO, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.310** | Priority creditor's name and mailing address

**Alberto Carrillo**
**3025 S Cathay Cir**
**Aurora, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Castillo**
**9000 TRUMBULL AVE**
**97**
**ALBUQUERUQE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Castro**
**475 Summerland Dr**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Costales**
**23714 SW 110 PL**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Delgado**
**28188 MOULTON PKWY**
**819**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Garcia**
**2001 Ramrod**
**1323**
**Henderson, NV 89014**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Garcia**
**1000 WILSONVILLE RD**
**30**
**NEWBERG, OR 97132**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto lopez**
**4517 PICKFORD ST**
**7**
**LOS ANGELES, CA 90019**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Luis**
**350 S Willow**
**110**
**Rialto, CA 92376**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.319 | Priority creditor's name and mailing address<br>**Alberto Manzanares**<br>**2617 S ROSEWOOD AVE**<br>**#C**<br>**SANTA ANA, CA 92707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.320 | Priority creditor's name and mailing address<br>**Alberto Moreno**<br>**8823 WHITE SAGE LOOP**<br>**LAKEWOOD RANCH, FL 34202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.321 | Priority creditor's name and mailing address<br>**Alberto Partida**<br>**270SINAI DRIVE**<br>**#0**<br>**PACHECO, CA 94553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.322 | Priority creditor's name and mailing address<br>**Alberto Reynoso**<br>**13010 BECKLIN LN**<br>**HOUSTON, TX 77099** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Rodriguez**
**638 STANLEY COURT**
**ESCONDIDO, CA 92026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Sanchez**
**33738 Eleven St.**
**Union City, CA 94587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Santos**
**1904 bookbinder dr**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alberto Valerio**
**4479 Menlo Av**
**Apt. A**
**San Diego, CA 92115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aldo Infante**
**1522 ALMANOR ST**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aldo Martin**
**BOYNTON AVE**
**5**
**SAN JOSE, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aldreona Williams**
**15103 COLLINGWOOD LANE**
**15103**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aldrin Arellano**
**28768 RAINTREE LN**
**SANTA CLARITA, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alea leonard**
**1018 S. MINNIE ST**
**5**
**SANTA ANA, CA 92701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aleah Austin**
**275 NW LOST SPRINGS TERRACE**
**308**
**PORTLAND, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Brajevich**
**3683 PATRICK CT**
**PALM HARBOR, FL 34684**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Burton**
**3664 W WHITE CANYON RD**
**QUEEN CREEK, AZ 85142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Greer**
**13151 KELLAM CT**
**52**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Morales**
**2310 E AVE R4**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Ortiz**
**9155 N 82ND LN**
**PEORIA, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Stone**
**3777 WILLOW PASS RD. TRLR 5**
**#5**
**BAY POINT, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Wright**
**24850 HANCOCK AVENUE**
**M209**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alec Ybarra**
**13220 S 48TH ST.**
**1082**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alecxa Romo**
**9850 FEDERAL BLVD**
**DENVER, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alecxis Barboza Del Villar**
**5424 Linden Ave**
**Apt 3**
**North Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Aleda Young**
**2102 D STREET**
**ANTIOCH, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Aleena Duran**
**82786 BOSTON CT.**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Aleena Galvez**
**306 Bromley Cross Dr**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Aleena Valentine Lopez**
**108 1/2 SE 23RD STREET**
**FT LAUDERDALE, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aleia Bricker**
**13660 Se 108th Ct Rd**
**Oklawaha, FL 32179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aleigha Whitaker**
**10001 Coors Bypass Nw**
**#911**
**Albuquerque, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandra BANUELOS**
**11022 W HONDO PKWY**
**#2**
**EL MONTE, CA 91780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27.42** | **$27.42** |
|---|---|---|---|---|

**Alejandra BANUELOS**
**11022 W HONDO PKWY**
**#2**
**EL MONTE, CA 91780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Alejandra Berber**<br>**1534 East 4th St**<br>**Santa Ana, CA 92701** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Alejandra Blas**<br>**1911 ROANWOOD DR.**<br>**HOUSTON, TX 77090** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Alejandra Castrejon**<br>**9595 Pecos St**<br>**Lot#178**<br>**Thornton, CO 80260** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Alejandra Cazares**<br>**260 N. MIDWAY DR.**<br>**A6**<br>**ESCONDIDO, CA 92027** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alejandra Flores**<br>**404 W Nevada St.**<br>**Ontario, CA 91762** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alejandra Ledesma**<br>**2105 TOSCA ST 104**<br>**104**<br>**LAS VEGAS, NV 89128** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alejandra Lucatero**<br>**2464 S GARDEN AVE**<br>**FRESNO, CA 93725** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alejandra Marquez**<br>**3235 PHELPS AVE**<br>**LOS ANGELES, CA 90032** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alejandra Reyes**
**559 HANNAH ST.**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.360  Priority creditor's name and mailing address
**Alejandra Rivera**
**4026 W MARYLAND AVE**
**PHOENIX, AZ 85019**

As of the petition filing date, the claim is:    **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.361  Priority creditor's name and mailing address
**Alejandra Rodriguez**
**3946 Franklin Ave**
**#7**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:    **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.362  Priority creditor's name and mailing address
**Alejandra Serrato Tafolla**
**44334 FENHOLD ST**
**LANCASTER, CA 93535**

As of the petition filing date, the claim is:    **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**                                    Case number (if known)    **20-02477-LA7**
_____
Name

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alejandra Tenango**
**3381 Sw 125th Ave**
**Beaverton, OR 97005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alejandrina Rodriguez**
**3642 Mirror Lake Drive**
**Apopka, FL 32703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alejandro Altamirano**
**31970 Calle Vimianzo**
**Temecula, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alejandro Anguiano**
**4140 37th St**
**San Diego, CA 92115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7**
--- | --- | --- | ---
 | Name | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Alejandro Arboleda** | Check all that apply. | | |
| | **560 WEKIVA COVE RD** | ☐ Contingent | | |
| | **LONGWOOD, FL 32779** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
--- | ---
 | **Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
--- | ---
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
 | ☐ Yes

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Alejandro Bauza** | Check all that apply. | | |
| | **228 VICTOR AVE** | ☐ Contingent | | |
| | **ORLANDO, FL 32801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
--- | ---
 | **Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
--- | ---
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
 | ☐ Yes

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Alejandro Baxcajay** | Check all that apply. | | |
| | **1715 MORITZ** | ☐ Contingent | | |
| | **#9** | ☐ Unliquidated | | |
| | **HOUSTON, TX 77055** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
--- | ---
 | **Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
--- | ---
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
 | ☐ Yes

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Alejandro Campos Gort** | Check all that apply. | | |
| | **2608 W Henry Ave** | ☐ Contingent | | |
| | **Tampa, FL 33614** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
--- | ---
 | **Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
--- | ---
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
 | ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Cardozo**
**26196 CROWN VALLEY PKWY 412**
**MISSION VIEJO, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Castillo**
**6413 BENECIA AVE**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Chavez**
**2822 W BROOK ST**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Escalante**
**511 N. anaheim blvd**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alejandro Esteban**
**1382 Lambaren Ave**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alejandro Fernandez**
**23302 ORANGE AVE APT 2**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alejandro Gonzalez**
**1600 W BROADWAY**
**4A**
**ANAHEIM, CA 92802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alejandro Gutierrez**
**9711 Hollyhill Dr**
**Orlando, FL 32824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alejandro Guzman**
**13662 GREEN VALLEY DR.**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Hernandez**
**7519 Brinkworth Lane**
**Houston, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Herrera Zavala**
**4323 E Lynne Lane**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$211.10** | **$211.10** |
|---|---|---|---|---|

**ALEJANDRO J. MARTINEZ**
**435 E 186th St**
**Carson, CA 90746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Alejandro Leon**<br>**37359 Oak St**<br>**Apt#1**<br>**Newark, CA 94560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$532.96**  **$532.96** |
| | **Alejandro M.  Cardozo**<br>**26196 CROWN VALLEY PKWY**<br>**412**<br>**MISSION VIEJO, CA 92692** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$266.78**  **$0.00** |
| | **Alejandro Martinez**<br>**435 E 186th St**<br>**Carson, CA 90746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Alejandro Martinez**<br>**4190 Altadena Ave**<br>**Apt 1**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$894.84** | **$894.84** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**ALEJANDRO MARTINEZ**
**435 E 186th St**
**Carson, CA 90746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$894.84**    **$894.84**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.388**   Priority creditor's name and mailing address

**Alejandro Moedano**
**5686 WEATHERSTONE CT.**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.389**   Priority creditor's name and mailing address

**Alejandro Monrreal**
**5544 BALBOA ARMS DR**
**B4**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.390**   Priority creditor's name and mailing address

**Alejandro Monrroy**
**3701 E PINNACLE PK RD**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Moreno Torres**
**PO BOX 1954**
**A**
**ONECO, FL 34264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Nunez**
**1336 WEST 7TH AVE**
**MESA, AZ 85202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Paniagua**
**25801 ROANOKE RD.**
**MENIFEE, CA 92586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Rivera**
**5324 MILLENIA BLVD #11203**
**ORLANDO, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Rivera**
**2729 11TH CT**
**PALM HARBOR, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Rochin**
**560 EAST H STREET**
**104**
**CHULA VISTA, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Rodriguez Jr**
**7100 WESTVIEW DR**
**1106**
**HOUSTON, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Santana**
**3635 PARK LAKE DR**
**102**
**TAMPA, FL 33618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Tapia**
**1665 ENESCO AVE**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alejandro Toledo**
**1085 Tasman Dr.**
**Spc#428**
**Sunnyvale, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aleksei Solomatov**
**6131 ROYAL DIAMOND CT**
**EASTVALE, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alerriz Peralta**
**11928 REEDY CREEK**
**202**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Garden Fresh Restaurants LLC**                                   Case number (if known)   **20-02477-LA7**
_____
Name

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alesea Smith**<br>**4501 E. 5TH STREET**<br>**TUCSON, AZ 85711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alesiya Dushane**<br>**12100 PARK BLVD**<br>**1803**<br>**SEMINOLE, FL 33776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alessandro Bazan**<br>**5544 BALBOA ARMS DR**<br>**F-10**<br>**SAN DIEGO, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$222.07** | **$222.07** |
|---|---|---|---|---|
| | **ALESSANDRO D. BAZAN**<br>**5544 BALBOA ARMS DR**<br>**F-10**<br>**SAN DIEGO, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Alvarado**
**8801 W. BELLEVIEW AVE**
**C.307**
**LITTLETON, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ALEX AUREA BAQUE**
**BELL DE MAR DR**
**TEMPE, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Benavidez**
**317 EAST TRUSLOW AVE**
**FULLERTON, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Berrian**
**64 GUAVA PASS DR**
**OCKLAWAHA, FL 32179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.411
Priority creditor's name and mailing address
**Alex Bollinger**
**4925 Milano Way**
**Martinez, CA 94553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.412
Priority creditor's name and mailing address
**Alex Castaneda**
**1507 N DURANT ST**
**39**
**SANTA ANA, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.413
Priority creditor's name and mailing address
**Alex College**
**742 SAMUEL ST.**
**DAVENPORT, FL 33897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.414
Priority creditor's name and mailing address
**Alex Diaz**
**8681 KATELLA AVE**
**SPC912**
**STANTON, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Eargood**
**112 Redwood Ter**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Gallardo**
**10310 Firth Blvd**
**143**
**Los Angeles, CA 90002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Guevara**
**4425 Edenhurst Ave**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Hayes**
**5092 HILLCREST WAY**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Herrera**<br>**6131 W THOMAS RD**<br>**1015**<br>**PHOENIX, AZ 85033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Montepeque**<br>**213 Spalding Gates Drive**<br>**Sandy Springs, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Moreau**<br>**5 COASTAL OAK LANE**<br>**COTO DE CAZA, CA 92679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Munoz**<br>**2519 W SAINT KATERI DRIVE**<br>**PHOENIX, AZ 85041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Palacios**
**6587 Rancho Del Sol Way**
**#17**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Parks**
**4701 Irving Blvd Nw**
**#207**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alex Robles**
**3057 W COOLIDGE  AVE**
**#3**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499.95** | **$499.95** |
|---|---|---|---|---|

**ALEX ROBLES**
**3057 W COOLIDGE  AVE**
**#3**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Snyder**<br>**9554 W DIABLO DR**<br>**LAS VEGAS, NV 89148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Steckel**<br>**1210 PADGETT CIR**<br>**LADY LAKE, FL 32159** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alex Terry**<br>**5755 SUNSET MAPLE DR**<br>**JOHNS CREEK, GA 30005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexa Estrada**<br>**16201 AVALON COURT**<br>**CHINO HILLS, CA 91709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Flores**
**18215 W Avra Valley Rd**
**Marana, AZ 85653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Granderson**
**10306 Tablerock Drive**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Landacre**
**1457 DARYL DRIVE**
**SARASOTA, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Perez**
**11806 SE 48TH AVE**
**11806**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41.90** | **$41.90** |
|---|---|---|---|---|

**Alexa R. Granderson**
**10306 Tablerock Drive**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Robinson**
**5010 E CHEYENNE DR.**
**#2076**
**PHOENIX, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Rodriguez**
**ASPEN LN 3985**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexa Soto**
**1154 MARINER CAY DR**
**HAINES CITY, FL 33844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alexa Tellez**
**2374 SHADY ACRE LANE**
**LEMON GROVE, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alexa Torrez**
**38739 Glenbush Ave**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alexander Alvarez**
**2151 WASECA LANE**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Alexander Carpenter**
**9969 ACADEMY ST NW**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Cox**
**20717 N 37TH WAY**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Dawson**
**1074 GRAND OAKS GLEN NW**
**MAREITTA, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Deguzman**
**1406 3RD ST**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Exiga**
**9290 WOODFAIR DR**
**405**
**HOUSTON, TX 77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Alexander Flores** | Check all that apply. | |
| | **4431 Adragna Ct** | ☐ Contingent | |
| | **San Jose, CA 95136** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Alexander Forbes** | Check all that apply. | |
| | **18226 E 53RD DR** | ☐ Contingent | |
| | **DENVER, CO 80249** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.57**  **$12.57** |
| | **Alexander Forbes** | Check all that apply. | |
| | **18226 E 53RD DR** | ☐ Contingent | |
| | **DENVER, CO 80249** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Alexander Franklin-collier** | Check all that apply. | |
| | **9089 Mesa Woods Avn.** | ☐ Contingent | |
| | **San Diego, CA 92126** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.451 | Priority creditor's name and mailing address **Alexander Garcia** **1226 NORTH WILMINGTON BLVD.** **WILMINGTON, CA 90744** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.452 | Priority creditor's name and mailing address **ALEXANDER J. MALTBY** **40055 TEMECKY WAY** **MURRIETA, CA 92562** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$73.85**    **$73.85** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.453 | Priority creditor's name and mailing address **Alexander Jimenez** **4688 Helpert Ct** **Pleasanton, CA 94588** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.454 | Priority creditor's name and mailing address **Alexander Jimenez-Sadorra** **51926 CALLE EMPALME** **COACHELLA, CA 92236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander La Rue**
**22971 BELQUEST DR.**
**LAKE FOREST, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Landen**
**122 15TH ST**
**DEL MAR, CA 92014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.84** | **$22.84** |
|---|---|---|---|---|

**Alexander Landen**
**122 15TH ST**
**DEL MAR, CA 92014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Lee Thomas**
**1205 N. Formosa Ave.**
**West Hollywood, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander LeFlore**
**7501 142ND AVE NORTH**
**556**
**LARGO, FL 33771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Maltby**
**40055 TEMECKY WAY**
**MURRIETA, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Martinz**
**2283 UNIVERSITY AVE**
**EAST PALO ALTO, CA 94303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Moller**
**30683 Carroll Ave**
**Hayward, CA 94544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**                     Case number (if known)    **20-02477-LA7**
_____Name_____

| | | | |
|---|---|---|---|
| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |

**2.463** Priority creditor's name and mailing address

**Alexander Norby**
**6202 W. CROSS DR.**
**LITTLETON, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.464** Priority creditor's name and mailing address

**Alexander Ramirez**
**1331 E 31ST AVE**
**12**
**DENVER, CO 80205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.465** Priority creditor's name and mailing address

**Alexander Rocha**
**1575 Oak Dr**
**#n7**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.466** Priority creditor's name and mailing address

**Alexander Rocha**
**2444 ALVARADO ST**
**P7**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$262.10** | **$262.10** |
|---|---|---|---|---|
| | **Alexander Rocha**<br>**1575 Oak Dr**<br>**#n7**<br>**Vista, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexander Santiago**<br>**1325 SANTA RITA E**<br>**APT 109**<br>**CHULA VISTA, CA 91913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexander Singletary**<br>**14800 NW CORNELL ROAD**<br>**24D**<br>**PORTLAND, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexander Smith**<br>**3350 Griffith Park Blvd**<br>**Los Angeles, CA 90027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Stanford**
**20362 Mooncrest Cir**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Stein**
**7706 Caffey Lane**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Trillo**
**16705 BARNELL AVE**
**APT 5**
**MORGAN HILL, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Velasquez**
**3835 W 104TH STREET**
**26**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexander Youssef**
**11405 PARKSIDE PLACE**
**LAKEWOOD RANCH, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Avilez**
**140 ALBERT STREET**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Barclay**
**1945 BARRETT KNOLL CIR**
**KENNESAW, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Cerasaro**
**7935 MISSION MANZANA PLACE**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Davis**
**28 DEERFIELD PLACE**
**TRABUCO CANYON, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Dyl**
**12536 WEST BRANDT PLACE**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandra Heming**
**945 ESTES STREET**
**40**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$273.98** | **$273.98** |
|---|---|---|---|---|

**ALEXANDRA HEMING**
**945 ESTES STREET**
**40**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.483 | Priority creditor's name and mailing address<br>**Alexandra Herrera**<br>**7911 SE KING RD PORTLAN 31**<br>**MILWAUKIE, OR 97222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address<br>**Alexandra Herrera**<br>**7911 SE KING RD PORTLAN 31**<br>**MILWAUKIE, OR 97222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$137.70** | **$137.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address<br>**Alexandra Hewell**<br>**1898 BAYONNE CT.**<br>**TRACY, CA 95304** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address<br>**ALEXANDRA L.  MURDOCK**<br>**1669 EUCLID AVE**<br>**CAMARILLO, CA 93010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$362.44** | **$362.44** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexandra Murdock**<br>**1669 EUCLID AVE**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexandra Poole**<br>**4124 E MILKY WAY**<br>**GILBERT, AZ 85295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexandra Quinn**<br>**1239 EVENING CANYON AVE**<br>**HENDERSON, NV 89014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexandra Razo**<br>**31166 CAMINO VERDE**<br>**TEMECULA, CA 92591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

**2.491** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alexandra Razo-cabrera**
**385 Whipporwill Dr**
**Riverside, CA 32507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.492** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alexandra Tishkina**
**3914 NE 39TH ST.**
**VANCOUVER, WA 98661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.493** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alexandra Walters**
**12430 SW Ash Ave**
**#3**
**Tigard, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.494** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alexandre Claudanie**
**211 NE 25TH CT**
**POMPANO BEACH, FL 33064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandre Gao**
**930 REGENT DRIVE**
**LOS ALTOS, CA 94024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandre Lawson**
**9014 UTICA CT**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandrea Iles**
**1847 W ASH AVE.**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandria Cable**
**624 Obo Dr**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandria Hernandez**
**29623 South Legends Bend Ln**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandria Holzmiller**
**919 Cobb Parkway N**
**Apt 104**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandria Jimenez**
**4110 LOMA RIVIERA LANE**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexandria Woodson**
**3295 Corporal Dr**
**San Diego, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.50** | **$10.50** |
|---|---|---|---|---|
| | **Alexandria Woodson** | Check all that apply. | | |
| | **3295 Corporal Dr** | ☐ Contingent | | |
| | **San Diego, CA 92124** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexandro Melchor** | Check all that apply. | | |
| | **2228 LYDINE STREET** | ☐ Contingent | | |
| | **LEMON GROVE, CA 91945** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexcia Apodaca** | Check all that apply. | | |
| | **2845 ALISO DR NE** | ☐ Contingent | | |
| | **ALBUQUERQUE, NM 87110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexi Fodden** | Check all that apply. | | |
| | **1169 Lake Mcgregor Dr** | ☐ Contingent | | |
| | **Fort Myers, FL 33919** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.507** | Priority creditor's name and mailing address

**Alexi Mata**
**18656 Sarasota Rd**
**Fort Myers, FL 33967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.508** | Priority creditor's name and mailing address

**Alexia Dominguez**
**4358 EMILY DR.**
**JAMUL, CA 91935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.509** | Priority creditor's name and mailing address

**Alexia Hudson**
**7630 S 23RD PLACE**
**PHOENIX, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.510** | Priority creditor's name and mailing address

**Alexia Lujan**
**17800 COLIMA RD**
**771**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Alexis Albritton
8482 85TH CT
SEMINOLE, FL 33777**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis azpeitia cruz
2325 VIA SANTOS
L
CARLSBAD, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Bailey
089 DAMROSCH ST
LARGO, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis brooks
2879 BARNARD STREET
SAN DIEGO, CA 92110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**Alexis Buck**
**1651 N RIVERSIDE AVE**
**915**
**RIALTO, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**Alexis Castro**
**11380 COURT ST.**
**1205**
**STANTON, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**Alexis Clark**
**8041 E ROSEWOOD ST**
**TUCSON, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**Alexis Contreras**
**9822 ACACIA AVE**
**#1**
**GARDEN GROVE, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alexis Correa**
**12861 WEST ST. SPC 82**
**GARDEN GROVE, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alexis De Los Santos**
**1590 PALMER AVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alexis Delaney**
**4208 HARBOR LAKE DR**
**LUTZ, FL 33558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alexis Domingo**
**908 W 41ST DR**
**LOS ANGELES, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Floyd**
**8381 CORAL DRIVE**
**FORT MYERS, FL 33967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Gimbel**
**19125 Streamside Ct**
**Boca Raton, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Green**
**5020 W PEORIA AVE**
**129**
**GLENDALE, AZ 85302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Guardado**
**26885 MONTSERATT CT**
**NA**
**MURRIETA, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Guy**
**3316 NE 132ND AVENUE**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Harris**
**17262 SE WEBSTER RD.**
**GLADSTONE, OR 97027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Hernandez**
**2836 N 33rd St**
**Phoenix, AZ 85008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Hughes**
**3086 OLD COACH DR**
**CAMARILLO, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Johnson**
**8125 MILLS DR**
**4311**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Karaskiewicz**
**5611 FIRST AVE E**
**107**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Kilbey**
**10452 FLY FISHING ST**
**RIVERVIEW, FL 33569**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Lester**
**2599 CHAMBERS RD**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address<br>**Alexis Lofton**<br>**20702 El Toro Rd.  Apt 559**<br>**Lake Forest, CA 92630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.536 | Priority creditor's name and mailing address<br>**Alexis Logue**<br>**52614 W. FLAMINGO AVE.**<br>**MARICOPA, AZ 85139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.537 | Priority creditor's name and mailing address<br>**Alexis Louie**<br>**5266 Townsend Ave**<br>**Los Angeles, CA 90041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.538 | Priority creditor's name and mailing address<br>**Alexis Luna**<br>**5051 DAWNE ST**<br>**SAN DIEGO, CA 92117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.539 | Priority creditor's name and mailing address<br>**ALEXIS M. RAMOS**<br>**741 SANTA SUSANA ST**<br>**SUNNYVALE, CA 94085** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$167.38** | **$167.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.540 | Priority creditor's name and mailing address<br>**Alexis Maestas**<br>**701 ROMA 87102**<br>**ALBUQUERQUE, NM 87102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.541 | Priority creditor's name and mailing address<br>**Alexis Martinez**<br>**1965 ADDISON WAY**<br>**LOS ANGELES, CA 90041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.542 | Priority creditor's name and mailing address<br>**Alexis Maximo Cruz**<br>**4027 FOND DU LAC AVE.**<br>**SAN DIEGO, CA 92117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Milender**
**8614 Yukon st**
**C-103**
**arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Murillo**
**28121 Mariposa unit#215**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$107.98** | **$107.98** |
|---|---|---|---|---|

**Alexis N.  Schultz**
**19821 BUSHARD STREET**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Newson**
**4208 W LA SELLE ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Norman**
**1522 E. SOUTHERN AVE**
**2084**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Olmos**
**27847 Lanai Ct**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Ramirez**
**16886 CANARY STREET**
**CONROE, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Ramos**
**741 SANTA SUSANA ST**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Ramos**
**7994 South Estes Ct**
**Littleton, CO 80128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Reed**
**5777 W 117TH PL**
**WESTMINSTER, CO 80020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis renteria**
**7890 IRVING ST**
**WESTMINSTER, CO 80030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexis Sandoval**
**1442 S PARTON**
**SANTA ANA, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexis Schultz**<br>**19821 BUSHARD STREET**<br>**HUNTINGTON BEACH, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexis Sepulveda**<br>**14692nw Cornell Rd**<br>**Apt106**<br>**Portland, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexis Serafin**<br>**27580 Vollmer Ln**<br>**Potrero, CA 91963** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alexis Terwilliger**<br>**9574 SW 148TH AVE CIR W**<br>**MIAMI, FL 33196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|---------------------------------|-------------|----------|

**Alexis Vasquez**
**2251 S Memphis St**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|---------------------------------|-------------|----------|

**Alexis Villalpando**
**1785 KAMMERE AVE**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|---------------------------------|-------------|----------|

**Alexis Whitehead**
**1981 NW 43RD TERRACE**
**156**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|----------------------------------------------|---------------------------------|-------------|----------|

**Alexis Whitmer**
**16594 SE 57TH PLACE**
**OCKLAWAHA, FL 32179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ALEXISIS BRITT**
**13151 SE 115TH AVE**
**OCKLAWAHA, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.17** | **$34.17** |
|---|---|---|---|---|

**ALEXISIS E.  BRITT**
**13151 SE 115TH AVE**
**OCKLAWAHA, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexsamm Lopez**
**14642 CARFAX DR**
**APT B**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexus Lozano**
**79762 Independence Way**
**La Quinta, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexus Paterno**
**11815 ESTATES CLUB DR APT**
**1518**
**1518**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexus Sharp**
**9616 NE 72nd St**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alexzandria Starkey**
**717 CALIENTE DR**
**BRANDON, FL 33511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aleyda Nevarez**
**400 W.baseline Rd**
**#115**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfiya Mohammed**
**360 MERIDIAN AVE**
**APT. 134**
**SAN JOSE, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$696.85** | **$696.85** |
|---|---|---|---|---|

**ALFIYA MOHAMMED**
**360 MERIDIAN AVE**
**APT. 134**
**SAN JOSE, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfonso Azagra**
**3044 GLENHURST AVENUE**
**3044**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfonso Delgado**
**650 sw 108th ave apt 108**
**Pembroke Pines, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfonso Rios**
**14641 CAGNEY CT**
**MORENO VALLEY, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfonzo Mccarthy**
**1408 E. 23rd Ave.**
**Denver, CO 80205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alford nkrumaha**
**9145 S LAS VEGAS BLVD**
**3014**
**LAS VEGAS, NV 89123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfred Cruz**
**1829 E. Workman Ave # 12**
**West Covina, CA 91791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Bonilla**
**2556 10th Street**
**Apt 206**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Bucio**
**450 S. Valencia**
**APT B7**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Caal**
**2620 E phelps rd**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Carrillo**
**6375 SOUTHERN ROAD**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Castillo**
**10400 SE COOK COURT**
**42**
**MILWAUKIE, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Hurtado**
**40777 MAX DR**
**2**
**FREMONT, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Marenco**
**16620 ROGUE RIVER TER**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Marin Contreras**
**134 E 57TH ST**
**LONG BEACH, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Martinez**
**1965 Addison Way**
**Los Angeles, CA 90041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Mayorga**
**3545 Ross st**
**Riverside, CA 92503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Morales Marin**
**9494 CARROLL CANYON RD**
**83**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Murillo**
**37067 WALNUT ST**
**NEWARK, CA 94560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Nanbo Arreola**
**5937 CECILIA STREET**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Ochoa**
**14700 Strathern St. #14**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Quinones**
**1343 LAUREL TREE LN**
**APT.206**
**CARLSBAD, CA 92011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Quinones-gallegos**
**1343 Laurel Tree Ln**
**Apt 206**
**Carlsbad, CA 92011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Algeria Stfleur**
**4019 E GROVE STREET**
**TAMPA, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alhan Rascon**
**2455 NORTH DODGE BLVD**
**APT 1103**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ali Al-bahadl**
**13000 ROMA AVE NE**
**ALBUQUERQUE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ali Duale**
**2621 E. 3rd Rd**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ali Martinez**
**1255 Calavo Dr.**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ali Salari**
**108 Veneto**
**Irvine, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ali Samer**
**660 S MOLLISON**
**11**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alia Albahadl**
**ROMA 13000**
**ALBUQUERQUE, NM 87123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alia Crawford**
**5583 W. SUNSET VISTA PL.**
**MARANA, AZ 85658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliah Luna**
**1652 W ALMACA CT**
**TUCSON, AZ 85746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliana Luna**
**861 LINDSEY COURT**
**NORCROSS, GA 30093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$393.05** | **$393.05** |
|---|---|---|---|---|

**Aliana Luna**
**861 LINDSEY COURT**
**NORCROSS, GA 30093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alias halay-ay**
**68565 CONCEPCION ROAD**
**CATHEDRAL CITY, CA 92234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliaya Simmons**
**3571 PARKRIDGE CIRCLE**
**SARASOTA, FL 34243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alice Canales**
**10764 ROSE AVE**
**ONTARIO, CA 91762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alice Garcia**
**837 POMEROY AVE**
**10**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Armas**
**2109 W. RANDOM DRIVE**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Cervantes**
**1036 W BREWSTER AVE.**
**D**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Clark**
**1340 C Street**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Delos Santos**
**200 COUNTRY CLUB DR**
**304**
**LARGO, FL 33771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Diaz**
**8202 W. 10th Avenue**
**Apt 6**
**Lakewood, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Garcia**
**521 ALMOND AVE**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Gomez**
**2453 W HARVARD AVE**
**DENVER, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Gonzalez**
**2235 Grovest Ap3**
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.619** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alicia Macedo Torres**
**130 S. PRITCHARD AVE**
**F**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.620** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alicia Manzo**
**1560 Dallas Ter**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.621** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alicia marshall**
**13542 CHACO CT.**
**SAN DIEGO, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.622** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Alicia monzon**
**347 BURNING TREE DRIVE**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Murray**
**7621 HORSE POND RD**
**ODESSA, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Nixon**
**1443 Olive Avenue**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Rhoades**
**1007 WOODLAWN AVENUE**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alicia Rodriguez**
**2676 FOOTHILL DR**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Garden Fresh Restaurants LLC**                    Case number (if known)    **20-02477-LA7**
_____
Name

| | | | |
|---|---|---|---|
| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |

**2.627**   Priority creditor's name and mailing address
**Alicia Roman**
**3342 E. Fillmore**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.628**   Priority creditor's name and mailing address
**Alicia Salas**
**7856 W ROCK SPRINGS DR**
**PEORIA, AZ 85383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.629**   Priority creditor's name and mailing address
**Alicia Samaniego**
**8666 W 86 CIRCLE**
**ARVADS, CO 80005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.630**   Priority creditor's name and mailing address
**Alicia Thompson**
**2015 Whitestone Place**
**Alpharetta, GA 30005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alicia Torres**<br>**3137 ROBIN DEIVE**<br>**KENNESAW, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alicia Underhill**<br>**3385 W. CENTENNIAL AVE.**<br>**LITTLETON, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alicia Whitfield**<br>**2384 21st St.**<br>**Sarasota, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Aliciana Roquez-Acosta**<br>**10125 SE Bob Schumacher Rd**<br>**Apt 412**<br>**Happy Valley, OR 97086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page  159 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alida Alonso Arano**
**1626 PASEO LAGUNA SECO**
**33**
**LIVERMORE, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alide Ramos**
**PELLHAM WAY**
**7502**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Aliena Colendres**
**1837 temple ave apt D**
**signal Hill, CA 90755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Alina Darii**
**13103 MULBERRY PARK DR**
**838**
**ORLANDO, FL 32821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alina Lytvynenko**
**14213 WATERVILLE CIRCLE**
**TAMPA, FL 33626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alina Navarrete**
**3095 MONROE ST**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aline Clerveau**
**4724 Langdale Drive**
**Orlando, FL 32808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alinna Rivera**
**1129 NOTTINGHAM PL**
**SAN JOSE, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliona Vulpe**
**12603 Lake Square Circle**
**Apt # 217**
**Orlando, FL 32821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alireza Tamizkar**
**38710 10TH STREET EAST**
**#7**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alisa Ferris**
**1912 LIRIO WAY**
**B**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alisha Stevens**
**16440 MOUNT ARARAT CIRCLE**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alison Erazo**
**1994 Blake Ave.**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alison Lake**
**1922 Sandpiper Dr**
**Clearwater, FL 33764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alison Thompson**
**14573 RIOS CANYON ROAD**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ALISSA BECKHAM**
**6557 CLEOMOORE AVE**
**WEST HILLS, CA 91307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alissa Chapman**
**3044 Hidden Forest Court**
**Marietta, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alissa Hadley**
**4545 LOUETTA RD**
**2404**
**SPRING, TX 77388**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alissa Jensen**
**3954 W SUNNYSIDE AVE**
**PHOENIX, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alissa Rink**
**3127 Bayberry Way**
**Pompano Beach, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alivea Wieber**
**10327 W Bellewood Pl**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alixbella Munoz**
**8288 Flanders Drive**
**Apt 56**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliya Benitez**
**8672 ENCINO AVE**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aliya Rivera**
**4407 WOODSTOCK DR**
**UNIT A**
**WEST PALM BEACH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.659** | Priority creditor's name and mailing address

**Aliyah Howe**
**11340 E BAILS PL.**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.660** | Priority creditor's name and mailing address

**Aliyah Padilla**
**7069 VIA ANACAPA**
**SAN JOSE, CA 95139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.661** | Priority creditor's name and mailing address

**Aliyah Smiley**
**5335 CAMINO RIOJA**
**208**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.662** | Priority creditor's name and mailing address

**Aliza Boyce**
**15378 SW 82ND PLACE**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alize Romero**
**3450 W. 13TH AVE.**
**409**
**DENVER, CO 80204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allan Apilado**
**1155 CAmellia Dr**
**MARIETTA, GA 30062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.40** | **$460.40** |
|---|---|---|---|---|

**ALLAN B.  GRAVE**
**540 E MAUDE AVE**
**APT 21**
**SUNNYVALE, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$175.02** | **$175.02** |
|---|---|---|---|---|

**Allan C.  Denolo**
**20737 ROSCOE BLVD**
**301**
**WINNETKA, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allan Cordon**
**8968 DORRINGTON AVE.**
**ARLETA, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allan Denolo**
**20737 ROSCOE BLVD**
**301**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allan Grave**
**540 E MAUDE AVE**
**APT 21**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allan Ramos**
**7002 TRAIL VALLEY WAY**
**HOUSTON, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Allan Weiler**<br>**1400 HOFFMAN LN.**<br>**CAMPBELL, CA 95008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Allanys Velez**<br>**7122 WOODMONT WAY**<br>**TAMARAC, FL 33321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **ALLEGHENY CNTRL TAX**<br>**COLLECTION**<br>**102 RAHWAY ROAD**<br>**MCMURRAY, PA 00015-3170** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **ALLEGHENY SOUTHWEST TAX**<br>**COLLEC**<br>**102 RAHWAY ROAD**<br>**MCMURRAY, PA 00015-3170** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Alpheus**
**2307 Charteston St Bld39 4**
**Hollywood, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Babikoff**
**12901 NE 28TH ST.**
**141**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253.21** | **$253.21** |
|---|---|---|---|---|

**Allen D.  Monroe**
**1777 E LYNWOOD DR**
**D208**
**SAN BERNARDINO, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Harden**
**1000 MONTREAL RD**
**47K**
**CLARKSTON, GA 30021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Johnson**
**13014 ABALONE WAY**
**HOUSTON, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Medina**
**7571 N. Anna St**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Monroe**
**1777 E LYNWOOD DR**
**D208**
**SAN BERNARDINO, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allen Stout**
**9655 SW MCKENZIE ST**
**35**
**TIGARD, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.67** | **$76.67** |
|---|---|---|---|---|

**Allen Stout**
**9655 SW MCKENZIE ST**
**35**
**TIGARD, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alleta Liwag**
**Darlington Ave**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allie Hausman**
**11123 CORTE MAR DE CRISTAL**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allie Medina**
**2575 S WILLOW AVE SPC 67**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|-------|-----|-----|-----|-----|

**Allin Natal-Rodriguez**
**604 PARKER LN NE**
**604**
**WINTER HAVEN, FL 33881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|-------|-----|-----|-----|-----|

**Allison Aitken**
**2200 N LOOP 336 W**
**527**
**CONROE, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|-------|-----|-----|-----|-----|

**Allison Bemrose**
**5228 SE 78TH AVE**
**PORTLAND, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|-------|-----|-----|-----|-----|

**Allison Cohen**
**15855 AVENIDA VENUSTO**
**733**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison espinoza**
**1715 MORITZ RD**
**9**
**HOUSTON, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison France**
**2308 SE 189TH AVE**
**VANCOUVER, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison Freeman**
**3824 E MORELOS ST**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison Pleitez**
**10037 Woodly Ave**
**North Hills, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison Rodriguez**
**9595 Westview Dr**
**Apt#1805**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allison Stubbs**
**28461 SHRIKE DR**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allon Reese**
**4444 West Desert Inn Rd**
**apt.C**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Allysha Demetria**
**16924 Lawnwood St.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alma Arellano-ortiz** | Check all that apply. | | |
| | **5720 Odessa Drive** | ☐ Contingent | | |
| | **Las Vegas, NV 89142** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alma Arredondo Chavez** | Check all that apply. | | |
| | **2250 NW 168TH PL** | ☐ Contingent | | |
| | **BEAVERTON, OR 97006** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Alma Gonzalez** | Check all that apply. | | |
| | **407 W Imperial Hwy** | ☐ Contingent | | |
| | **#123** | ☐ Unliquidated | | |
| | **Brea, CA 92821** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$343.36** | **$0.00** |
|---|---|---|---|---|
| | **Alma Gutierrez** | Check all that apply. | | |
| | **256 TRADEWIND Court Apt. #3** | ☐ Contingent | | |
| | **SAN JOSE, CA 95123** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alma Medina**
**7562 10TH STREET**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alma Medina**
**27W 3RD ST**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ALMA MORENO**
**239 E TRIDENT DR**
**PITTSBURG, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alma Samano**
**407 W. Imperial Hwy**
**#123**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Almaneze Pierre**
**1041 ARIZONA AVE**
**FORT LAUDERDALE, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Almas Jaleel**
**1275 N GILBERT ST.**
**APT. 97**
**FULLERTON, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alona Dixson**
**13001 SE MCGILLIVRAY BLVD.**
**VANCOUVER, WA 98683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.99** | **$52.99** |
|---|---|---|---|---|

**Alondra Diaz**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Estrada**
**13150 Bissonnet #703**
**Houston, TX 77099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Ingram**
**1042 S. ZENO WAY**
**102**
**AURORA, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Laureano**
**18744 VILLA PARK ST**
**LA PUENTE, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Martinez Medina**
**3665 Benton St**
**#114**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Ochoa Cordova**
**12957 ABRA DR.**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Sanchez**
**1825 W MALVERN AVE**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alondra Villalpando**
**1785 KAMMERER AVE**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alonso Pinedo**
**12236 KLINGERMAN**
**#C**
**EL MONTE, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alonzo Lopez**
**2344 AVE COSTA DEL SOL**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aloude Etienne**
**5561 Nw 50th Ave**
**Pompano Beach, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alourde Francois**
**8561 Nw 46th St**
**Lauderhill, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alphonso Reliford**
**1721 SW 83RD AVE**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Altagracia Diaz**
**1440 MOWRY AVE**
**#112**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alva Perdomo Hernandez**
**768 DELAND AVE**
**APT 5**
**SAN JOSE, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alvaro Aguilar**
**17800 COLIMA RD**
**615**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alvaro Quintanar**
**160 Avenida Delgado**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ALVERTIS HATTLEY**
**856 SCOTT LANE**
**MARIETTA, GA 30008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.01** | **$0.01** |
|---|---|---|---|---|

**ALVERTIS HATTLEY**
**856 SCOTT LANE**
**MARIETTA, GA 30008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alvin Bautista**
**20461 SW 119TH AVE**
**MIAMI, FL 33177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alvin Begay**
**6807 S 40TH PL**
**PHOENIX, AZ 85042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $66.69 | $66.69 |
|---|---|---|---|---|
| | **Alvin D.  Bautista**<br>**20461 SW 119TH AVE**<br>**MIAMI, FL 33177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|
| | **Alvin Hufano**<br>**13668 Estero Circle**<br>**Tustin, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|
| | **Alvin Sullen**<br>**7005 Ottawa Rd Ne**<br>**Albuquerque, NM 87110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|
| | **Alvis Parker**<br>**18012 FLYNN DR**<br>**6809**<br>**CANYON CANYON, CA 91387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alyaa Habib**
**3576 DAY STREET**
**SAN DIEGO, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alysia Diaz**
**6008 N OLIVE AVE**
**TAMPA, FL 33614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alyson Cline**
**3001 NE 165TH AVE**
**VANCOUVER, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alyssa Amezcua**
**17403 CALIFORNIA AVENUE**
**BELLFLOWER, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**2.739**

Priority creditor's name and mailing address
**Alyssa Avila**
**6903 FIVE FORKS DR**
**SPRING, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

**2.740**

Priority creditor's name and mailing address
**Alyssa Barrera**
**17421 PINE AVE**
**FONTANA, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

**2.741**

Priority creditor's name and mailing address
**Alyssa Cardenas**
**10592 MADISON ST**
**THORNTON, CO 80233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

**2.742**

Priority creditor's name and mailing address
**Alyssa Chavez**
**247 Woodland Dr**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Childress**
**3925 Hickory Ln**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Claus-Gibbs**
**1100 CENTER ST**
**622**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Figueroa**
**5311 SW 40TH AVE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Gutierrez**
**955 WEST DEVONSHIRE AVE**
**A**
**HEMET, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Hollins**
**5149 51ST WAY**
**WEST PALM BEACH, FL 33409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa M Schindler**
**750 Beech St.**
**Apt. 418**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Martinez**
**5712 W Atlantic Pl**
**Lakewood, CO 80227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Martinez**
**6331 Duero Pl Nw**
**Albuquerque, NM 87114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Nitinthorn**
**1635 W COVINA BLVD SPC 16**
**SAN DIMAS, CA 91773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Ortega**
**7607 Ne 58th St**
**Vancouver, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Pineda**
**8 Bell Vista**
**Foothill Ranch, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Rech**
**5796 ULMERTON ROAD**
**LARGO, FL 33771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssa Vega**
**21233 E Whitaker Dr**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alysse Farno**
**14874 Sw 39th Ct**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyssia Black**
**11218 Trailside Court**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alyxus Mcculley**
**1129 W MESQUITE ST**
**CHANDLER, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amado Beiza**<br>**15101 Imperial Valley Dr**<br>**#1106**<br>**Houston, TX 77060** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amado Delgado**<br>**588 ANITA ST.**<br>**#7**<br>**CHULA VISTA, CA 91911** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amado Manzanares**<br>**2617 S ROSEWOOD APT C**<br>**Santa Ana, CA 92707** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amalia Juarez**<br>**3131 W Oakridge Road**<br>**Bld 8 Apt 5**<br>**Orlando, FL 32809** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Allen**
**443 FAIRLOCK LANE NW**
**ATLANTA, GA 30331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Backes**
**9850 SW FREWING ST.**
**APT. 44**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Butler**
**2625 Fair Oaks Pl**
**North Las Vegas, NV 89030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Castro**
**1807 Batson Ave**
**Apt #1**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Cook**
**28629 BOUGAINVILLEA ST**
**PAISLEY, FL 32767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14.61** | **$14.61** |
|---|---|---|---|---|

**Amanda Cuozzo**
**2068 Avenida Vista DelMonte**
**Unit 2**
**Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Cuozzo-DeWaay**
**2068 Avenida Vista DelMonte**
**Unit 2**
**Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda De La Torre**
**22091 Broken Bow Drive**
**Lake Forest, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Driver**
**905 BOULDER SPRINGS DR**
**101**
**LAS VEGAS, NV 89128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Ellingsburg**
**8060 EMERSON ST**
**DENVER, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Flower**
**10252 E Javalina Ave**
**Mesa, AZ 85209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Goldbeck**
**641 Mckinley Ct**
**Kissimmee, FL 34758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Hatfield**
**34 COPPERSTONE LANE**
**MISSION VIEJO, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Huber**
**8136 Claire Ann Drive**
**Apt 206**
**Orlando, FL 32825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**AMANDA JENKINS**
**6105 S PARKER RD**
**6202**
**AURORA, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$61.03** | **$61.03** |
|---|---|---|---|---|

**Amanda L.  Merritt**
**19095 NW ASTORIA DRIVE**
**PORTLAND, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amanda Maldonado**<br>**5572 ARNOLD PALMER DR**<br>**328**<br>**ORLANDO, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amanda Marquez**<br>**19471 HIAWATHA ST.**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amanda Mcintyre**<br>**18113 Chieftain Ct**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amanda Merritt**<br>**19095 NW ASTORIA DRIVE**<br>**PORTLAND, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Mong**
**1616 PALA RANCH CIRCLE**
**SAN JOSE, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Monzon**
**12811 SW 146 LANE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Murdock**
**16648 SAMGERRY DR.**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Nagel**
**14736 BROOKSTONE DRIVE**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Ragland**
**6650 ESTES ST**
**ARAVADA, CO 80004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Raines**
**1177 CAMINITO CONNIE**
**RAMONA, CA 92065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Romero**
**1428 S RAMA DRIVE**
**WEST COVINA, CA 91790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Salazar**
**870 STURBRIDGE DR**
**LA HABRA, CA 90631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Sarro**
**2748 Osprey Creek Lane**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Schlagel**
**536 CLEMSON DR**
**ALTAMONTE SPRINGS, FL 32715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Silveyra**
**6703 SW 116 CT**
**APT C**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amanda Solares Romero**
**5462 ADOBE FALLS RD**
**UNIT 4**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**                    Case number (if known)    **20-02477-LA7**
_____
Name

| | | | |
|---|---|---|---|
| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |

2.795 Priority creditor's name and mailing address

**Amanda Trevizo**
**4954 NAVARRO ST**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

2.796 Priority creditor's name and mailing address

**Amanda Yunik**
**4991 White Oak Way**
**Lenoir, NC 28645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

2.797 Priority creditor's name and mailing address

**Amanuel Melaku**
**960 EAST OLIVE STREET**
**POMONA, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

2.798 Priority creditor's name and mailing address

**Amaree Burrows**
**10521 TREVINO LOOP NW**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amari Valdez**
**10705 EAST EXPOSITION AVENUE**
**APT. 118**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amaris Barring**
**35254 CORNISH DRIVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amaya Forbes**
**3511 WELLSLEY DRIVE**
**POWDER SPRINGS, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amaya Lara**
**27407 Whitfield Pl**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amaya Palmer**
**16755 ELLA BLVD**
**130**
**HOUSTON, TX 77090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amaya peters**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Basham**
**15223 WASHINGTON AVE**
**LAKE ELSINORE, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Cameron**
**15740 N 83RD AVE**
**APT 2080**
**PEORIA, AZ 85382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Cassidy**
**6614 OSCEOLA POLK LN RD**
**DAVENPORT, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Correa**
**1207 CEDAR POST LN**
**284**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Davis**
**301 W GLADSTONE ST**
**3**
**AZUSA, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Eggers**
**1303 CONSTITUTION RD.**
**ATLANTA, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Amber Halbert**<br>**2115 Palm Way Apt A**<br>**LARGO, FL 33771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Amber Jennings**<br>**319 E WAKEFIELD AVE**<br>**4**<br>**ANAHEIM, CA 92802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Amber Kempfer**<br>**2132 OUTER DRIVE**<br>**SARASOTA, FL 34231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Amber Langston**<br>**2742 CAMBRIDGE ROAD**<br>**LANTANA, FL 33462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Laure**
**3900 Middlebury St Apt #3**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Li**
**14416 MOUNTAIN AVE**
**CHINO, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Morales**
**423 HWY 466**
**21107**
**LADY LAKE, FL 32159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.26** | **$54.26** |
|---|---|---|---|---|

**Amber N.  Garza**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Amber Nicoll**
**2455 NORTH DODGE BLVD**
**10203**
**TUCSON, AZ 85716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Amber Stephens**
**1800 WEST BADILLO STREET**
**808**
**WEST COVINA, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Amber Stovall**
**5718 LEWIS RIVER RD.**
**ARIEL, WA 98603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Amber Vialpando**
**3017 23RD AVE. SE**
**RIO RANCHO, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amber Whitmer**
**16594 SE 57TH PL**
**OCKLAWAHA, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amberlea Cullison**
**1863 DWIGHT AVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amberlyn Aguilar**
**15602 PASADENA AVE**
**B**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ambree Smith**
**3125 W. 59TH STREET**
**#2**
**LOS ANGELES, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** | **$0.00** |

**Ambroshia Snider**
**P.O. Box 1602**
**Taylor, AZ 85939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** | **$0.00** |

**Amelia Dolbee**
**35 GAUGUIN CIRCLE**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** | **$0.00** |

**Amelia Drain**
**6200 W. Tidwell**
**Apt #105**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** | **$0.00** |

**Amelia Guesman**
**28091 Edelweiss Ct**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amelia Romo**
**90 Via Gabilan**
**Camarillo, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amely Wackerbauer**
**7423 GREEN STREET**
**UNIVERSITY PARK, FL 34201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amirsam Fallah**
**2760 KELVIN AVE**
**3103**
**IRVINE, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amish Khan**
**1240 SEASONS BLVD.**
**KISSIMMEE, FL 34746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Case number (if known) **20-02477-LA7**

Name

---

**2.835** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.86 | $180.86
| **AMIT F.  TRIVEDI** | Check all that apply. | |
| **16864 HENRY WAY** | ☐ Contingent | |
| **YORBA LINDA, CA 92886** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

**2.836** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00
| **Amit Trivedi** | Check all that apply. | |
| **16864 HENRY WAY** | ☐ Contingent | |
| **YORBA LINDA, CA 92886** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

**2.837** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00
| **AMMAR AL FAYOUMI** | Check all that apply. | |
| **210 SW 65TH AVE** | ☐ Contingent | |
| **MIAMI, FL 33144** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

**2.838** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00
| **Amnareya Penton** | Check all that apply. | |
| **11835 Sw 206th St** | ☐ Contingent | |
| **Miami, FL 33177** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amparo Arredondo**
**3083 Valle Ave**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Burns**
**8626 PENFIELD AVE**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Dominguez**
**85625 54TH AVENUE**
**THERMAL, CA 92274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Franco**
**1413 E. 108TH ST.**
**LOS ANGELES, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.843**

Priority creditor's name and mailing address
**Amy Garcia**
**11330 SW 70 TERR**
**MIAMI, FL 33173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.844**

Priority creditor's name and mailing address
**Amy Howse**
**13894 PUTNEY ROAD**
**POWAY, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.845**

Priority creditor's name and mailing address
**Amy Livingston**
**4005 W MCNAB RD**
**C203**
**POMPANO BEACH, FL 33069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.846**

Priority creditor's name and mailing address
**Amy Medina**
**3929 27th Pkwy**
**Sarasota, FL 34235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Moreno**
**838 PARKBROOK ST**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Moton**
**11645 Montana Avenue**
**#209**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Okoro**
**13515 VENICE VILLA LANE**
**SUGAR LAND, TX 77498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Perez-Aragon**
**960 E ARROYO TER**
**APT F**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**AMY PONCE**
**3809 WEST SAGUARO PARK LANE**
**GLENDALE, AZ 85310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Ricalde**
**825 Tamarack Ave**
**Apt 141**
**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Ru**
**14754 VELVET STREET**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Sandoval**
**227.5 South Bushnell Ave**
**Alhambra, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.855 | Priority creditor's name and mailing address<br>**Amy Schrader**<br>**11825 GLOUCHESTER DRIVE**<br>**RANCHO CUCAMONGA, CA 91730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.856 | Priority creditor's name and mailing address<br>**Amy Schrader**<br>**11825 GLOUCHESTER DRIVE**<br>**RANCHO CUCAMONGA, CA 91730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.25** | **$63.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.857 | Priority creditor's name and mailing address<br>**Amy Shelburne**<br>**1682 E 5th Street**<br>**Ontario, CA 91764** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.858 | Priority creditor's name and mailing address<br>**Amy T.  Perez-Aragon**<br>**960 E ARROYO TER**<br>**APT F**<br>**ALHAMBRA, CA 91801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$588.69** | **$588.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC** _____ Case number (if known) **20-02477-LA7**

<sub>Name</sub>

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Tomlinson**
**4009 Boatman Ave.**
**Tampa, FL 33624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Westfall**
**2525 S. TAMIAMI TRL.**
**133**
**SARASOTA, FL 34239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amy Yan**
**11296 LAURELCREST DRIVE**
**SAN DIEGO, CA 92130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Amya Williams**
**433 LOS ALTOS WAY**
**101**
**ALTAMONTE SPRINGS, FL 32714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Abeldanes**
**426 Darter Drive**
**Kennesaw, GA 30144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Aguirre**
**4333 SAN PEDRO DR NE**
**APT. F206**
**ALBUQUERQUE, NM 87109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana barrios**
**1004 W MCLENDON ST**
**2**
**PLANT CITY, FL 33563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Bravo**
**1806 W SALLIE LN**
**#5**
**ANAHEIM, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.867 | Priority creditor's name and mailing address<br>**Ana Cabrera**<br>**1526 W. 12TH ST.**<br>**SANTA ANA, CA 92703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.868 | Priority creditor's name and mailing address<br>**Ana Cardoza-martinez**<br>**12006 Runnymede St**<br>**Apt 3**<br>**North Hollywood, CA 91605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.869 | Priority creditor's name and mailing address<br>**Ana De-la-torre**<br>**1521 S Diamond St**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.870 | Priority creditor's name and mailing address<br>**Ana Diaz**<br>**6838 ROSEMARY DR**<br>**Tampa, FL 33625** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Garden Fresh Restaurants LLC**
         Name

Case number (if known)   **20-02477-LA7**

---

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ana Diaz**<br>**3444 PUNTA DEL ESTE DRIVE**<br>**HACIENDA HEIGHTS, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ana enciso**<br>**15501 PASEDENA AVE.**<br>**223**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ana Escobar**<br>**5675 Roswell Rd**<br>**Apt #36-b**<br>**Atlanta, GA 30342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ana flores**<br>**805 109TH AVE NORTH**<br>**NAPLES, FL 34108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Ana Flores-jimenez**
**4704 Ne 106th Ave**
**Portland, OR 97220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.876    Priority creditor's name and mailing address

**Ana Fuentes**
**909 S BON BIEW**
**ONTARIO, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

2.877    Priority creditor's name and mailing address

**Ana Garcia**
**3062 OCEAN VIEW BLVD**
**#A**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

2.878    Priority creditor's name and mailing address

**Ana Gomez**
**10908 S. Freeman Ave**
**Inglewood, CA 90304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Gomez**
**2070 SAHARA WAY**
**#1**
**SANTA CLARA, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Gonzalez**
**765 SPENCER**
**SAN JOSE, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Hernandez**
**2564 Cortez St**
**Oxnard, VA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Hoil**
**767 Bunker Hills Dr**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name
Case number (if known)    **20-02477-LA7**

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Jimenez**
**519 Casselman St**
**Apt. A**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Juarez**
**2084 Burroughs St**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Lauren Sandico**
**25330 Via Dona Christa St.**
**Santa Clarita, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Lopez**
**1280 N CITRUS AVENUE**
**25**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|-----------------------------------------------|----------------------------------------------|-------------|---------|

2.887

**Ana Martinez**
**4990 SANTA ANITA AVE**
**F**
**TEMPLE CITY, CA 91780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.888

**Ana Martinez**
**1646 S. Crystal Lake Dr**
**Apt. #29**
**Orlando, FL 32806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.889

**Ana Montes-nava**
**25162 Charlinda Dr**
**205 M**
**Mission Viejo, CA 92691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.890

**Ana Munoz**
**2718 KENWOOD AVE**
**LOS ANGELES, CA 90007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Ochoa**
**2822 W. Brook St.**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Perez**
**225 57TH ST NW**
**NA**
**ALBUQUERQUE, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Perez-lira**
**3031 N 69th Pl**
**Apt 3**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Renteria**
**4350 Terrace Hill Rd**
**Apt 11-102**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

---

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Rubio**
**207 Otayvalley Rd**
**#c**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Sanabria**
**18914 Delight St**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Sanchez**
**14818 1/2 Polk St**
**Slymar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Santana**
**10 Thunder Run**
**#28e**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Santillan**
**3724 MCKENZIE AVE.**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Solorzano**
**6490 Cecilia Cr**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Trejos**
**14100 CHADRON AVE**
**APT 234**
**HAWTHORNE, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ana Velazquez Rivera**
**7500 Osceola Polk Line Road**
**Lot #41**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.903 Priority creditor's name and mailing address

**Ana Zavala**
**1850 W ORANGETHORPE**
**SPC25**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.904 Priority creditor's name and mailing address

**Anabelle Heras**
**14010112TH AVE**
**75**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.905 Priority creditor's name and mailing address

**Anahi Magana**
**37475 CHERRY ST.**
**C**
**NEWARK, CA 94560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.906 Priority creditor's name and mailing address

**Anahi Magana**
**37475 CHERRY ST.**
**C**
**NEWARK, CA 94560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$72.46**    **$72.46**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.907** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Anahi Sanchez Salazar**
**534 Dora Guzman Ave.**
**Apt A**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.908** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Anahi Seaman**
**6060 S WILLIAMS CAMPUS LOOP**
**MESA, AZ 85212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.909** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Anahy Barrios**
**9219 S. Calle Azteca**
**Tempe, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.910** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Anahy Ortega**
**2054 4th St**
**Sarasota, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Anais Infante**<br>**11852 Tina St**<br>**Norwalk, CA 90650** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anais Ochoa**
**6118 N ARMENIA AVE**
**137**
**TAMPA, FL 33604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Analesiya Thomas**
**5040 CHAMBLEE TUCKER ROAD**
**TUCKER, GA 30084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Analhi Chiunti Ramirez**
**10848 SCRIPPS RANCH BLVD**
**205**
**SAN DIEGO, CA 92131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Analiza Estanislao**<br>**18235 Via Calma**<br>**Apt 2**<br>**Rowland Heights, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anastacio Ramirez**<br>**24177 4th St.**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anastasiia Mykhailenko**<br>**2472 Parsons Pond Circle**<br>**Kissimmee, FL 34743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anatoly Guliyev**<br>**7402 E 38TH ST**<br>**TUCSON, AZ 85730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.919** | Priority creditor's name and mailing address

**Anaya Brunson**
**4424 Coldwater Canyon Ave**
**Apt 3**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.920** | Priority creditor's name and mailing address

**Anaya Galves**
**17059 JURASSIC PLACE**
**VICTORVILLE, CA 92394**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.921** | Priority creditor's name and mailing address

**Anayeli Castillo**
**3559 EASTRIDGE DR**
**SAN JOSE, CA 95148**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.922** | Priority creditor's name and mailing address

**Anayelli Vasquez-Gonzalez**
**4340 CLAIREMONT MESA BLVD**
**APT 32**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anders Erickson**
**1361 EL CAMINO REAL**
**307**
**TUSTIN, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andie Panzera**
**4412 EAST HAMBLIN DR.**
**PHOENIX, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andie Sanchez**
**2050 NE BARBERRY DR.**
**16**
**HILLSBORO, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Brewer**
**16120 SW 108TH AVE**
**48**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Butler**
**8571 CEDAR LANE**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$187.43** | **$187.43** |
|---|---|---|---|---|

**Andre D.  Seawright**
**1515 MARKLAND AVE**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Grace**
**4501 NW 25TH ST**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Hanna**
**4899 WILLOW RD**
**APT 407**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Johnson**
**975 DEL DIOS RD**
**327**
**ESCONDIDO, CA 92029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Maciel**
**7860 CANYON MEADOWS CIRCLE**
**G**
**PLEASANTON, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Martinez**
**13800 Park Center Lane**
**Apt 510**
**Tustin, CA 92782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$502.31** | **$502.31** |
|---|---|---|---|---|

**Andre R.  Maciel**
**7860 CANYON MEADOWS CIRCLE**
**G**
**PLEASANTON, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Robinson**
**MANGO CIR**
**30034**
**DEKALB, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Seawright**
**1515 MARKLAND AVE**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Stallings**
**317 E BUCKTHORN ST**
**#3**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andre Valdez**
**7950 Calico St**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrea Callahan**
**3870 Greenway Dr**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrea Carbajal**
**1719 FREMONT AVE**
**308**
**SOUTH PASADENA, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrea Davila**
**3120 PINECONE DR**
**204**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrea Eberstein**
**4701 37TH STREET EAST**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.943** | Priority creditor's name and mailing address

**Andrea Flores**
**1840 pericles Pl.   #C**
**Oxnard, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.944** | Priority creditor's name and mailing address

**Andrea Fraga**
**1540 Jenny Linn Dr**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.945** | Priority creditor's name and mailing address

**Andrea Garcia**
**30985 ROSE VIEW LN**
**THOUSAND PALMS, CA 92276**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.946** | Priority creditor's name and mailing address

**Andrea Gonzalez**
**14500 JEFFERSON ST**
**#3**
**MIAMI, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------------------------------------|------------------------|------------------|
| | Name | | |

---

**2.947** | Priority creditor's name and mailing address

**Andrea Grimm**
**19940 COUNTY RD    33**
**GROVELAND, FL 34736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.948** | Priority creditor's name and mailing address

**Andrea Gutierrez**
**13535 Omega Cir**
**Lone Tree, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.949** | Priority creditor's name and mailing address

**Andrea Jackson Jr**
**220 W. BELL ROAD 1014**
**1014**
**PHOENIX, AZ 85023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.950** | Priority creditor's name and mailing address

**Andrea Legorreta**
**16424 N. 29TH ST.**
**15**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.93** | **$46.93** |
|---|---|---|---|---|
| | **Andrea M. Manners** | Check all that apply. | | |
| | **2034 CALIFORNIA** | ☐ Contingent | | |
| | **SAN MARINO, CA 91108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrea Manners** | Check all that apply. | | |
| | **2034 CALIFORNIA** | ☐ Contingent | | |
| | **SAN MARINO, CA 91108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrea Martinez** | Check all that apply. | | |
| | **641 W. 6th Street** | ☐ Contingent | | |
| | **Apt. B** | ☐ Unliquidated | | |
| | **Tustin, CA 92780** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrea Ochoa** | Check all that apply. | | |
| | **9009 CHARDONNAY CIR.** | ☐ Contingent | | |
| | **RANCHO CUCAMONGA, CA 91730** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Andrea Pelkey**
**4524 CARMEN STREET**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.956** Priority creditor's name and mailing address — **Unknown** **$0.00**

**Andrea Penaloza**
**8439 DEBORAH ST**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.957** Priority creditor's name and mailing address — **Unknown** **$0.00**

**Andrea Perez**
**215 LONGVIEW AVE**
**8305**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.958** Priority creditor's name and mailing address — **Unknown** **$0.00**

**Andrea Portillo**
**14903 CHADRON AVE**
**GARDENA, CA 90249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Andrea Quevedo**
**1526 S NEW AVE**
**#D**
**SAN GABRIEL, CA 91776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Andrea Romano**
**5672 S ESTES WAY**
**LITTLETON, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Andrea Sauceda**
**5274 WIGHTMAN**
**SAN DIEGO, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Andrea Siavichay-dutan**
**1111 Pine St**
**Altamonte Springs, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANDREA SUAREZ**
**1029 CORAL ISLE WAY**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrea Turcios**
**1250 N June St**
**#105**
**Los Angeles, CA 90038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrei Aparicio**
**3822 W Northern Av**
**Phoenix, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andreina Puche**
**11013 CROYDEN WAY**
**ORLANDO, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andreius Howard**<br>**14369 MULBERRY DR**<br>**WHITTIER, CA 90604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andres Atayde**<br>**3541 Dusty Cowboy Circle**<br>**North Las Vegas, NV 89032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andres Barnhart**<br>**447 E 2nd St**<br>**National City, CA 91950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andres Bernardino**<br>**3707 POINCIANA DR**<br>**APT. 144**<br>**SANTA CLARA, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Cales**
**4155 West Point Loma Blvd**
**Apt 215**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Cameluaga-Rondon**
**32913 LAKE BLUESTONE ST.**
**FREMONT, CA 94555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Chavez**
**3585 MARLBOROUGH**
**SAN DIEGO, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Contreras-tostado**
**215 Charles St**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres De Jesus Raymundo Ramirez**
**9946 REAGAN RD.**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Enriquez**
**13781 SORBONNE CT**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Estrada**
**820 N CORDOVA ST.**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Fernando**
**10210 DRUMCLIFF AVE.**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$478.56**  **$478.56** |
| | **ANDRES G.  FERNANDO** | *Check all that apply.* | |
| | **10210 DRUMCLIFF AVE.** | ☐ Contingent | |
| | **SAN DIEGO, CA 92126** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Andres Lara** | *Check all that apply.* | |
| | **1111 Blalock Rd** | ☐ Contingent | |
| | **#115** | ☐ Unliquidated | |
| | **Houston, TX 77055** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Andres Olguin Santana** | *Check all that apply.* | |
| | **213 YACON ST** | ☐ Contingent | |
| | **VISTA, CA 92083** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  **$0.00** |
| | **Andres Perez** | *Check all that apply.* | |
| | **8250 E. Golf Links Rd** | ☐ Contingent | |
| | **290** | ☐ Unliquidated | |
| | **Tucson, AZ 85730** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **$231.46** | **$231.46** |
| --- | --- | --- | --- | --- | --- |
| | **ANDRES R. ESTRADA**<br>**820 N CORDOVA ST.**<br>**ALHAMBRA, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- | --- |
| | **Andres Radilla**<br>**9955 SW WALNUT ST**<br>**7**<br>**TIGARD, OR 97223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- | --- |
| | **Andres Saavedra**<br>**1054 Joshua St**<br>**Escondido, CA 92026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- | --- |
| | **Andres Sanchez**<br>**3319 SW 173RD TERRACE**<br>**MIRAMAR, FL 33029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Santana**
**2150 Highridge**
**Apt 101**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Santana**
**129 WEST GUINIDA LANE**
**7**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Santoyo**
**19145 BRYANT ST**
**APT 1**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Soler**
**608 Caddy Drive**
**Kissimmee, FL 34759**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Solis**
**10626 ROSCOE BLVD**
**SUN VALLEY, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Tomes**
**1018 N. Sacramento**
**Apt. #4**
**Ontario, CA 91764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Andres Tomes**
**1018 N. Sacramento**
**Apt. #4**
**Ontario, CA 91764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andres Vazquez**
**10762 CARMEL MNT. RD.**
**#D**
**SAN DIEGO, CA 92129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$241.99** | **$241.99** |
|---|---|---|---|---|

**ANDRES VAZQUEZ**
**10762 CARMEL MNT. RD.**
**#D**
**SAN DIEGO, CA 92129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Arellano**
**466 W. WASHINGTON AVE**
**89**
**EL CAJON, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Beauchemin**
**344 Placita De Lascasas**
**Rio Rancho, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.17** | **$140.17** |
|---|---|---|---|---|

**Andrew Beauchemin**
**344 Placita De Lascasas**
**Rio Rancho, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.999 | Priority creditor's name and mailing address<br><br>**Andrew Bradshaw**<br>**8576 Stoneside Dr**<br>**Rancho Cucamonga, CA 91730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1000 | Priority creditor's name and mailing address<br><br>**Andrew Buck**<br>**4101 Pecos St.**<br>**Denver, CO 80211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1001 | Priority creditor's name and mailing address<br><br>**Andrew Cary**<br>**2751 RECHE CANYON RD**<br>**SPC. 87**<br>**COLTON, CA 92324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1002 | Priority creditor's name and mailing address<br><br>**Andrew Castillo**<br>**3335 N. Berlin**<br>**Fresno, CA 93722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Chubbuck** | Check all that apply. | | |
| | **6564 BRANCH CT** | ☐ Contingent | | |
| | **EASTVALE, CA 92880** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Cronin** | Check all that apply. | | |
| | **15117 Greater Groves Blvd** | ☐ Contingent | | |
| | **Clermont, FL 34714** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Davidson** | Check all that apply. | | |
| | **1206 N VENTURA ST** | ☐ Contingent | | |
| | **ANAHEIM, CA 92801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Dickson** | Check all that apply. | | |
| | **1207 39TH STREET** | ☐ Contingent | | |
| | **#A** | ☐ Unliquidated | | |
| | **ORLANDO, FL 32805** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Dixson** | Check all that apply. | | |
| | **13001 SE MCGILLIVRAY BLVD** | ☐ Contingent | | |
| | **VANCOUVER, WA 98683** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Dust** | Check all that apply. | | |
| | **6617 KANSAS ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98661** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Enriquez** | Check all that apply. | | |
| | **10216 NEVADA AVE.** | ☐ Contingent | | |
| | **CHATSWORTH, CA 91311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Espinoza** | Check all that apply. | | |
| | **9921 E BILLINGS ST** | ☐ Contingent | | |
| | **A** | ☐ Unliquidated | | |
| | **MESA, AZ 85207** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Figueroa**
**1019 North Park Lane**
**Apt 1019**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Filer**
**1130 1/2 GRANT STREET**
**CLEARWATER, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Flores**
**15243 HILLSDALE COURT**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Forester**
**106 POINTE DR**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 254 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Fuller**
**151 S WESTCHESTER DR**
**11**
**ANAHEIM, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Gaytan**
**2249 SHOREDALE AVE.**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Gomez**
**81334 Thistle Way**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Gonzalez**
**9229 SEPULVEDA BLVD**
**418**
**NORTH HILLS, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Herrera**
**1288 SPARKMAN**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$634.63** | **$634.63** |
|---|---|---|---|---|

**ANDREW HERRERA**
**1288 SPARKMAN**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Holtz**
**6481 SOUTH OAK COURT**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Huizar**
**1453 4TH AVE**
**416**
**SAN DIEGO, CA 92101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Husted**
**17540 SANTA CATALINA CR**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Irino-Yee**
**10049 RIO SAN DIEGO DRIVE**
**270**
**SAN DIEGO, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.97** | **$222.97** |
|---|---|---|---|---|

**Andrew J. Martins**
**11007 RED ROBIN PLACE**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Jenkins**
**12726 102nd st.**
**largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Kaldenberg**
**4813 MARICOPA STREET**
**TORRANCE, CA 90503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Liu**
**22434 SALEM AVE**
**B**
**CUPERTINO, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Martins**
**11007 RED ROBIN PLACE**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Mcclain**
**1714 HUNTER GREEN LN**
**FRESNO, TX 77545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Miller**
**1643 N Markdale**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Morales**
**2801 N BRISTOL**
**SANTA ANA, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Muniz**
**260 SUNSET BLVD**
**HAYWARD, CA 94504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Munoz**
**50077 W. Papago Rd.**
**Maricopa, AZ 85139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Andrew netto** | ☐ Contingent |
|---|---|---|
| | **31648 BRIARWOOD PLAACE** | ☐ Unliquidated |
| | **TEMECLA, CA 92592** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Andrew Ontiveros** | ☐ Contingent |
|---|---|---|
| | **612 S. Alberta Pl.** | ☐ Unliquidated |
| | **Fullerton, CA 92833** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Andrew Paulson** | ☐ Contingent |
|---|---|---|
| | **4102 NW 122ND ST** | ☐ Unliquidated |
| | **VANCOUVER, WA 98685** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Andrew Portillo** | ☐ Contingent |
|---|---|---|
| | **11319 LOWER AZUSA RD.** | ☐ Unliquidated |
| | **EL MONTE, CA 91732** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Ports**
**1648 NW 171ST AVENUE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Ramirez**
**712 S. MAGNOLIA AVE.**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Rodarte**
**472 NORTH 10 STEET**
**UNIT B**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Roselle**
**1210 S. Turquoise Vista**
**Apt #648**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Rowicki**<br>**11660 Vista Forest Drive**<br>**Alpharetta, GA 30005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Andrew Roybal**<br>**4681 S DECATUR**<br>**122**<br>**ENGLEWOOD, CO 80110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$169.82** | **$169.82** |
|---|---|---|---|---|
| | **Andrew S. Kaldenberg**<br>**4813 MARICOPA STREET**<br>**TORRANCE, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29.69** | **$29.69** |
|---|---|---|---|---|
| | **Andrew S. Muniz**<br>**260 SUNSET BLVD**<br>**HAYWARD, CA 94504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Sanchez**
**335 N NEW HAMPSHIRE AVE**
**212**
**LOS ANGELES, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Toews**
**6130 MONTEREY ROAD**
**65**
**SAN JOSE, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Valadez**
**12601 PIERCE ST.**
**220**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Vanhook**
**17018 SWEET BAY COURT**
**CONROE, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Vasbinder**
**8882 COVINA STREET**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Vega**
**12117 GLEN CANYON RD NE**
**ALBUQUERQUE, NM 87111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Walter**
**19911 Ranger Lane**
**Huntington Beach, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrew Whitney**
**6701 CARTHAGE ST**
**SAN DIEGO, CA 92120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Andrew Wong**
**3103 JEFFREY COURT**
**PASADENA, CA 91107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Andrew Woodrum**
**623 Second Ave**
**Lady Lake, FL 32159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$47.63** | **$47.63** |
|---|---|---|---|---|---|

**Andrew Woodrum**
**623 Second Ave**
**Lady Lake, FL 32159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Andrey Bolton**
**1039 S FAIRPLAY WAY WAY**
**APT 307**
**AURORA, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andria Rodarte**
**17015 PINE AVE**
**FONTANA, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrian Antoci**
**7900 CUMBERLAND PARK DR**
**7108**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrue Pasillas**
**1324 E. Broadway**
**#2**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andrya Short**
**5101 S. Delaware Street**
**Apt. E303**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.94** | **$26.94** |
|---|---|---|---|---|

**Andy A.  Puente**
**38660 LEXINGTON ST**
**536**
**FREMONT, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Acevedo**
**Rosebud Dr 4726**
**Houston, TX 77053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Escamilla**
**683 MAGNOLIA AVE**
**C**
**CARLSBAD, CA 92008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Huynh**
**10253 Eagle rock ave**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.49 | $10.49 |
|---|---|---|---|---|

**Andy Huynh**
**10253 Eagle rock ave**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Ku**
**14178 HEATHERVALE DRIVE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Luna**
**4900 E 5TH ST**
**1010**
**TUCSON, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Pham**
**14301 KIPLING LN**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Puente**
**38660 LEXINGTON ST**
**536**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Riley**
**8250 E. GOLF LINKS RD**
**182**
**TUCSON, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Sullivan**
**4847 GOLDEN ROAD**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Andy Teng**
**3550 RUFFIN RD**
**165**
**SAN DIEGO, CA 92123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
       Name

Case number (if known)   **20-02477-LA7**

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Aneesa Perry** | _Check all that apply._ | |
| | **8895 NE 105TH PL** | ☐ Contingent | |
| | **LADY LAKE, FL 32162** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Aneli Landez** | _Check all that apply._ | |
| | **7025 Rosemead Blvd** | ☐ Contingent | |
| | **Apt 15** | ☐ Unliquidated | |
| | **San Gabriel, CA 91775** | ☐ Disputed | |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **ANFERNEE CLARK** | _Check all that apply._ | |
| | **2317 JAMES CT** | ☐ Contingent | |
| | **LEESBURG, FL 34748** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.08** | **$34.08** |

| | **ANFERNEE G. CLARK** | _Check all that apply._ | |
| | **2317 JAMES CT** | ☐ Contingent | |
| | **LEESBURG, FL 34748** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angee Aristizabal**
**787 Nw 151 Ave**
**Pembroke Pines, FL 33028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Alvarez**
**7884 TAMARACK DRIVE**
**NEITHER**
**DUBLIN, CA 94568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Antunez**
**1590 JULIANNA DR**
**LOGANVILLE, GA 30052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Arteaga**
**328 SYCAMORE ST**
**SANTA PAULA, CA 93060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Bonillas**
**6080 SEVERIN DR**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Carrillo**
**1075 SPACE PARK WAY**
**296**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Castro**
**ELLIS PARK APT #2**
**#2**
**CONCORD, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Colon**
**11474 119TH TERR**
**LARGO, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel De Castro Rodriguez**
**14100 SE 59TH AVE**
**SUMMERFIELD, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Figueroa Ceja**
**1036 MOHR LANE**
**#C**
**CONCORD, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Freeman**
**1424 PEMBROOK DR**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Frometa Urquiza**
**3053 LALANI BLVD**
**SARASOTA, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angel Galvez**<br>**1536 S CONCORD WAY**<br>**#D**<br>**CHULA VISTA CA 91911, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angel Garza**<br>**2430 GERHART AVE**<br>**#B**<br>**MONTEREY PARK, CA 91754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angel Glenn**<br>**43428 PALM LANE**<br>**LANCASTER, CA 93535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angel Gomez**<br>**443 Shorewood Ln**<br>**San Jose, CA 95134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1095** | Priority creditor's name and mailing address
**Angel Gomez**
**443 Shorewood Ln**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$115.18        $115.18

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1096** | Priority creditor's name and mailing address
**Angel Gonzalez**
**1910 19th Ave West**
**Bradenton, FL 34205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1097** | Priority creditor's name and mailing address
**Angel gonzalez**
**1910 19TH AVE WEST**
**BRADENTON, FL 34205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1098** | Priority creditor's name and mailing address
**Angel Haro**
**230 OXFORD STREET**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1099** | Priority creditor's name and mailing address

**Angel Hernandez**
**720 Poinsettia**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1100** | Priority creditor's name and mailing address

**Angel Hernandez**
**720 Poinsettia**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10.49**    **$10.49**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1101** | Priority creditor's name and mailing address

**ANGEL J.  VIVEROS**
**1230W 105TH**
**#5**
**LOS ANGELES, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.68**    **$84.68**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1102** | Priority creditor's name and mailing address

**Angel Landeros**
**2608 MICHELLE CRT**
**#A**
**NATIONAL CITY, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Landeros**
**430 NORTH PLACER PRIVADO**
**ONTARIO, CA 91764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Leigh Schill**
**11035 LAVANDERHILL DR**
**SUIT 160 461**
**LAS VEGAS, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Leyva**
**7049 W. 19 ct.**
**Hialeah, FL 33014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Malave**
**1019 North Park Lane**
**Alpharetta, GA 30004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------|--|-----------------|--------|
| | Name | | | |

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--|--|--|--|--|

**Angel Marroquin Hoffens**
**485 BARRON PARK CT**
**SAN JOSE, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--|--|--|--|--|

**Angel Martinez**
**5030 3/4 Hayter Ave**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--|--|--|--|--|

**Angel Morrison**
**5321 RUTLAND COURT**
**POWDER SPRINGS, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--|--|--|--|--|

**Angel Ocampo**
**21717 LAKE VISTA DRIVE**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Orphee**
**8524 NW 46TH DR**
**CORAL SPRINGS, FL 33162**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Pena**
**2422 PALM CREEK AVE**
**ORLANDO, FL 32812**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Ramirez**
**21736 Chatham**
**Mission Viejo, CA 92692**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$304.46** | **$304.46** |
|---|---|---|---|---|

**Angel Ramirez**
**21736 Chatham**
**Mission Viejo, CA 92692**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Real**
**735 HERITAGE DR**
**APT 203**
**HOFFMAN ESTATES, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Rodriguez**
**635 Stremma Rd**
**LARGO, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Santos**
**1905 ARPA WAY**
**B**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANGEL SIERRA**
**275 ORANGE AVE**
**124**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.54** | **$165.54** |
|---|---|---|---|---|

**ANGEL SIERRA**
**275 ORANGE AVE**
**124**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Thao**
**39900 BLACOW RD**
**53**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel Torres**
**1314 ORANGE AVE**
**SANTA ANA, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angel viveros**
**1230W 105TH**
**#5**
**LOS ANGELES, CA 90044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Angel Zavala**
**1560 ADELAIDE ST**
**5**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1124** Priority creditor's name and mailing address
**Angela Avalos**
**2975 MALLORY CIRCLE**
**16205**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is: **Unknown**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1125** Priority creditor's name and mailing address
**Angela Bassil**
**3671 ELIZABETH ST**
**PALM SPRINGS, FL 33461**

As of the petition filing date, the claim is: **Unknown**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1126** Priority creditor's name and mailing address
**Angela Bogatay**
**994 MICHELANGELO DR**
**SUNNYVALE, CA 94087**

As of the petition filing date, the claim is: **Unknown**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angela Carrasco**<br>**1602 NISSON RD**<br>**D-2**<br>**TUSTIN, CA 92706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angela ceja**<br>**1695 CRUCERO DR**<br>**SAN JOSE, CA 95122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angela Cerritos Navarro**<br>**919 MOWRY AVENUE**<br>**1**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angela Depablos**<br>**5712 BROOKGREEN AVE**<br>**ORLANDO, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Angela Freyre** **1679 S KINGSTON WAY** **AURORA, CO 80012** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Angela garcia** **4571 N KAVANAGH AVE** **FRESNO, CA 93705** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Angela Garcia** **3034 N 42ND AVE** **PHOENIX, AZ 85019** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Angela Garcia** **47470 VAN BUREN ST** **INDIO, CA 92201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Gonzalez**
**3354 E Southern Ave**
**Lot 39**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Harmer**
**4506 S. Himalaya circle**
**Aurora, CO 80015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Hoewisch**
**980 SW 211TH AVE**
**BEAVERTON, OR 97003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Liu**
**4644 CORTE SOL DEL DIOS**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
<br>Name

Case number (if known)   **20-02477-LA7**

---

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Resendiz**
**3185 Imperial Ave**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Rodriguez**
**5132 CONROY ROAD**
**918**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Sandoval**
**1178 DEL VALLE**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Shepard**
**8561 Stream St Ne**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Stanek**
**4517 NE 12TH COURT**
**VANCOUVER, WA 98663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Torres**
**1049 W. PELTASON DRIVE**
**#E**
**IRVINE, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Turner**
**3227 S OLATHE WAY**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Valderrama**
**7606 Pissarro Dr**
**Apt 306**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Vicente**
**2140 RESERVOIR ST.**
**APT. 4**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Wallis**
**5327 MONTGOMERY 123**
**ALBUQUERQUE, NM 87109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Williams**
**6063 linden ave**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Young**
**5335 W GULF BANK RD**
**511**
**HOUSTON, TX 77088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Zamora**
**10215 S. Hwy 337**
**Tijeras, NM 87059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelena Cavallero**
**5634 GRACEWOOD AVE.**
**ARCADIA, CA 91007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angeles Reynosa**
**5402 SOUTH J STREET**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | | **$142.84** | **$142.84** |
|---|---|---|---|---|

**ANGELES REYNOSA**
**5402 SOUTH J STREET**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angeli Delgado**
**1905 NW 173RD AV**
**1503**
**BEAVERTON, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Apachito**
**4320 WASHINGTON BLVD NE**
**D-40**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Bunting**
**4202 Echo Ct**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Choate**
**551 SW 178 WAY**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Angelica Cisneros**
**30487 Carroll Ave**
**Hayward, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Angelica Galvan Herrera**
**5021 E Sheridan St**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Angelica Garcia**
**692 BALTIC AVE SE**
**RIO RANCHO, NM 87124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Angelica Guillen**
**230 WEST TRUSLOW AVE**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Gurov-pridyuk**
**515 Missouri Rd**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Johnson**
**2647 SHIRLEYS WAY APT102**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Lehman**
**26551 ROBIN WAY**
**#A**
**BONITA SPRINGS, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Martinez**
**508 E MISSION AVE**
**APT.702**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Sanchez**
**1539 ORANGE PL**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$382.86** | **$382.86** |
|---|---|---|---|---|

**ANGELICA SANCHEZ**
**1539 ORANGE PL**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Smith**
**1263 SEA REEF DR**
**SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelica Soriano**
**9642 Alwood Ave**
**#2**
**Garden Grove, CA 92841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelica Trujillo**<br>**4510 CARLTON ST NW**<br>**ALBUQUERQUE, NM 87107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelica Wanke**<br>**17389 DELAWARE ROAD**<br>**FORT MYERS, FL 33967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$589.67** | **$589.67** |
|---|---|---|---|---|
| | **ANGELICA WANKE**<br>**17389 DELAWARE ROAD**<br>**FORT MYERS, FL 33967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelika Avina**<br>**1229 S 2ND ST**<br>**#E**<br>**ALHAMBRA, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelina Nava**
**1265 Rosegate Blvd**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelina Troncoso**
**2245 FILLMORE ST**
**5**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angeline Miller**
**1851 Lotus Ct**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angeline Zamora**
**13100 CLOUDVIEW AVE NE**
**ALBUQUERQUE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelique Garcia**
**1901 LA VEGA SW**
**ALBUQUERQUE, NM 87105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelique Lopez**
**4690 S LAKESHORE DRIVE**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelique Torres**
**112 BIDDLEFORD COURT**
**SAN JOSE, CA 95139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelique Valenzuela**
**4442 GIBRALTAR DR**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelise Tuccio**<br>**12116 SW 110TH ST CIR S**<br>**MIAMI, FL 33168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelo Ducksworth**<br>**15245 AVENIDA RORRAS**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelo Martell**<br>**37608 SECOND STREET**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angelo Rodriguez**<br>**1673 SOMERSET PLACE**<br>**ANTIOCH, CA 94509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angelo Rueda**
**522 W OLIVE ST**
**COLTON, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Bautista**
**2428 Spanish Ct**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Centeno**
**11235 E Quade Circle**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Contreras**
**1910 N Mobile Villa Drive**
**Lutz, FL 33549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Gudino**
**44260 MONROE ST.**
**18**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Jimenez**
**3086 CLAY AVENUE**
**SAN DIEGO, CA 92113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Mahecha**
**4616 TERRY TOWN DRIVE**
**KISSIMMEE, FL 34746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angie Medina**
**376 windwood oaks drive**
**apt 101**
**TAMPA, FL 33613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angie Pham**<br>**11370 Surco Dr.**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angie Ruiz**<br>**5555 FEDERAL BLVD LOT19**<br>**DENVER, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Angie Wong**<br>**19234 CLYMER ST.**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anh Duong**<br>**165 BLOSSOM HILL RD #152**<br>**SAN JOSE, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anibal Hernandez**
**132 Abert ct.**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anieceia Martinez**
**16231 BERMUDA DUNES DR**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aniel Santos**
**5316 MILLENIA**
**APT# 10102**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anique Carter**
**21082 AVENIDA FLORESTA**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anisa Jaramillo**
**8963 KENT ST**
**WESTMINSTER, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anisia Hernandez**
**19026 E. RAVEN DR.**
**QUEEN CREEK, AZ 85142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anita Adhami**
**17388 CARRANZA DRIVE**
**SAN DIEGO, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anita Kozinskiy**
**7223 Se Terrace Trails Dr**
**Portland, OR 97266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anithe Geneus**
**4605 Bayshore Dr**
**Apt G2**
**East Naples, FL 34112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anjali Srirama**
**11127 DAWN HARVEST DR**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ann Holley**
**2035 Memorial Drive**
**Apartment #1005**
**Atlanta, GA 30317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ann Macam**
**16015 ne 2nd st**
**Vancouver, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|-----------------------|------------------|
| | Name | | | |

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Ann Sasso**
**5801 Kelsey Ln**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Anna Beatriz Barros**
**15759 Vanowen St**
**Apt 8**
**Los Angeles, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Anna clark**
**1320 CHATEAU PARK DRIVE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Anna Cuanas**
**3832 La Colusa Dr**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)  **20-02477-LA7**

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Forkner**
**4905 SE HARNEY DRIVE**
**PORTLAND, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Frangos**
**10834 W OAKMONT**
**SUN CITY, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Gonzales**
**2012 W. 17th St.**
**Unit D**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Janson**
**1170 Buckingham Drive**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Kennedy**
**3218 HARMONY HILL TRCE**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Lee**
**2171 CITTADIN DRIVE**
**2171**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna McQuiggan**
**16137 BRIDGEDALE DR**
**LITHIA, FL 33547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Pitcher**
**13717 SE 18TH ST.**
**#3**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Sanchez**
**3231 NW GRASS VALLEY DRIVE**
**CAMAS, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anna Vichniakov**
**26430 North 42nd Way**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annabelle Helm**
**16902 NE 19TH ST**
**VANCOUVER, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annabelle Pidek**
**11463 WEST IDA AVE.**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1227** | Priority creditor's name and mailing address

**Annadaya Thomas**
**14202 NE 95th Circle**
**Vancouver, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1228** | Priority creditor's name and mailing address

**Annaleah Vance**
**3812 E. Parkview Drive**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1229** | Priority creditor's name and mailing address

**Annalisa Gonzalez**
**2234 ROYALTREE CIR**
**SAN JOSE, CA 95131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1230** | Priority creditor's name and mailing address

**Annalisa Gonzalez**
**40528 N Parisi Pl**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annalise Blair**
**14821 SW 54TH STREET**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anne Luma**
**1951 Sw 36st**
**Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anneliese Hanson**
**17119 WEST BERNARDO DRIVE**
**202**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annemarie Faustin**
**131 Sw 1st Ave**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anner Salguero**
**1430 S RD WOLF**
**SUNNYVALE, CA 94087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1236 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annette Cuskaden**
**270 OLD HAMILTON RD**
**MARIETTA, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1237 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annette Florez**
**11310 MELODY DRIVE**
**10-302**
**NORTHGLENN, CO 80234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1238 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annette Hoffman**
**7771 GLADIOLUS DR**
**APT 19**
**FORT MYERS, FL 33908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annie Auer
10231 EASTHAVEN DR
SANTEE, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annie Nguyen
4644 BALBOA WAY
FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annika Carlander
8263 SANTALUZ VILLAGE GRN N
SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Annmarie Cardiel
1811 1/2 OLYMPIC BLVD
MONTEBELLO, CA 90640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anous Dorvil**
**6445 College Park cir 304**
**Naples, FL 34113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antaysia Ballard**
**552 SOUTH ALLRED DRIVE**
**TEMPE, AZ 85281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Aguayo**
**3502 E. Sharon Dr**
**Phoenix, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Archibald**
**1950 Barrett Lakes Blvd**
**#1625**
**Kennesaw, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Arnold**
**2360 Joliet St**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Bagwell**
**115 VALLEY DR**
**STOCKBRIDGE, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Barnes**
**20635 VISTA DR**
**TORRANCE, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Berard**
**192 N.W. 118th Drive**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Blotti**
**27950 Lassen Street**
**Castaic, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Brown**
**1884 College Blvd**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Carrillo**
**15416 Archwood St.**
**Van Nuys, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Castaneda**
**1793 CIPRIAN AVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$191.21** | **$191.21** |
|---|---|---|---|---|

**ANTHONY CASTANEDA**
**1793 CIPRIAN AVE**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Cerami**
**3600 WELLESLEY DR. NE**
**E344**
**ALBUQUERQUE, NM 87107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Chavez**
**566 S SAN PEDRO ST**
**301-A**
**LOS ANGELES, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Chavez Ward**
**436 AUTUMN CT.**
**SAN JOSE, CA 95110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Coronado**
**1526 W. Hiawatha  St.**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Coronado**
**34 WHEATHERSTONE**
**LAKE OSWEGO, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Cutright**
**941 E. Gary Lane**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Davis-Foley**
**3847 MIDWAY DR**
**202**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anthony De Leon**
**14311 NW 83 AVE**
**MIAMI LAKES, FL 33016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anthony Delgado**
**19555 E CYPRESS ST. #N**
**APT N**
**COVINA, CA 91724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anthony Eget**
**5001 W. FLORIDA**
**2**
**HEMET, CA 92545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Anthony Estepp**
**2309 7TH AVE E**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Flores**
**1085 North 4th. St.**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Ford**
**21021 AVENIDA AMAPOLA**
**LAKE FOREST, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Franqui**
**8815 Utica St.**
**Westminster, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Frausto**
**5706 CHERRY RIDGE DR**
**CAMARILLO, CA 93012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Garrison**
**6019 BENEVA RD**
**6019**
**SARASOTA, FL 34239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Gomez**
**7318 Sw 204th Ave**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.72** | **$0.72** |
|---|---|---|---|---|

**Anthony Gomez**
**7318 Sw 204th Ave**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Gonzalez**
**7987 SE OVERLAND ST 97222**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**

Name

Case number (if known)   **20-02477-LA7**

---

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Goseco**
**3165 Lake Pillsbury Dr**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Grummett**
**35312 FREDERICK STREET**
**WILDOMAR, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Harris**
**901 10TH ST NW**
**#2**
**LARGO, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Hernandez**
**6817 BOUGANVILLEA CRESCENT**
**DR**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Hernandez**
**4797 LADNER ST**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Jackson**
**3031 E Cade St**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Jackson**
**4704 PECK RD**
**304**
**EL MONTE, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Jefferies**
**1318 E DENWALL DR**
**CARSON, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Jones**
**135 SAND LAKE STREET**
**HENDERSON, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Kolodziej**
**50989 Highway 27 Lot 292**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$110.96** | **$110.96** |
|---|---|---|---|---|

**Anthony L. lewis london**
**16401 N 31 ST**
**8**
**PHOENIX, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Le-Aphaivong**
**4704 SHOSHONI AVE**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Lee**
**12300 JEFFERSON CIRCLE**
**182**
**LARGO, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Legaspi**
**4662 67TH STREET**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony lewis london**
**16401 N 31 ST**
**8**
**PHOENIX, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Lopez**
**11812 QUARTZ CIR**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Lopez**
**11172 VISTA SORRENTO PKWY**
**F100**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANTHONY LOPEZ**
**4681 SABLE PINE CIRCLE**
**B2**
**WEST PALM BEACH, FL 33417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$108.06** | **$108.06** |
|---|---|---|---|---|

**Anthony M. sipiczky**
**1267 HOLIDAY DR**
**TARPON SPRINGS, FL 34689**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Martin**
**1250 7TH STREET**
**WEST PALM BEACH, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anthony Martinez**<br>**1332 W 225 ST**<br>**20**<br>**TORRANCE, CA 90501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anthony McFadden**<br>**212 66TH AVENUE WEST**<br>**BRADENTON, FL 34207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anthony Miramontes**<br>**7990 GARDENIA AVE**<br>**ALTA LOMA, CA 91701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anthony Morales**<br>**2306 W Saint Gertrude Pl**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Ober**
**6411 BRENTON DRIVE**
**ALBUQUERQUE, NM 87120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Orozco**
**1775 Catalina Diurve**
**Pomona, CA 91766**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Owens**
**9475 W.TOMPKINS**
**118**
**LAS VEGAS, NV 89147**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Paden**
**9633 CALLE VEJAR**
**RANCHO CUCAMONGA, CA 91730**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Patterson**
**7020 HUDSON RIVER DR**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Pena**
**4143 W VALENCIA**
**APT 221**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Preston-Massey**
**3801 NE Royal View Ave**
**Apt C17**
**Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.59** | **$330.59** |
|---|---|---|---|---|

**Anthony R.  Barnes**
**20635 VISTA DR**
**TORRANCE, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1307** | Priority creditor's name and mailing address
**Anthony R.  Rodriguez**
**5601 APT 5 E 23RD ST**
**LONG BEACH, CA 90815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.64 | $173.64

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1308** | Priority creditor's name and mailing address
**Anthony Radford-Tortora**
**2420 ALLESANDRO ST**
**LOS ANGELES, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1309** | Priority creditor's name and mailing address
**Anthony Ramirez**
**16031 Bliss Lane**
**Apt D**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1310** | Priority creditor's name and mailing address
**Anthony Regalado**
**3963 Russet Plains st**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Reyes**
**4004 CAROL DR**
**FULLERTON, CA 92883**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Rodriguez**
**5601 APT 5 E 23RD ST**
**LONG BEACH, CA 90815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Rojas**
**210 CEDAR RD**
**503**
**VISTA, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Ruiz**
**17730 Lassen St**
**Apt 118**
**Northridge, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Anthony Ruiz Reyes**<br>**5716 N LINCOLN AVE**<br>**APT D**<br>**TAMPA, FL 33614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Anthony Russo**<br>**2325 SILVER TREE RD**<br>**CLAREMONT, CA 91711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Anthony Saitta**<br>**2370 PEACH CT**<br>**PEMBROKE PINES, FL 33026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Anthony Sajous**<br>**260 Ne 27 St**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Salazar**
**2643 S HALLDALE AVE**
**#3**
**LOS ANGELES, CA 90018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Sanchez**
**1232 NORTH CITRON LANE**
**ANAHEIM, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Santellan**
**1846 6TH AVE APT E MONROVIA**
**E**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony sipiczky**
**1267 HOLIDAY DR**
**TARPON SPRINGS, FL 34689**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Stokes**
**735 HERNDON AVE**
**ORLANDO, FL 32803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Telles**
**15503 East Evans Avenue**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Thibodeaux**
**7078 WEST RAINBOWCREEK**
**ROAD**
**SEDALIA, CO 80135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Thomas**
**1680 SHERMAN ST.**
**SHELTER**
**DENVER, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Thompson**
**201 WEST REGENT STREET**
**700**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Townsend**
**1680 SHERMAN ST.**
**DENVER, CO 80203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Umanzor**
**5836 WILLOUGHBY AVE 90038**
**#5**
**LOA ANGELES, CA 90038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Valcarcel**
**4200 COMMUNITY DR**
**2008**
**WEST PALM BEACH, FL 33409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Villafuerte**
4019 W 29TH ST
LOS ANGELES, CA 90018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Villagran**
17326 SW  21 ST
MIRAMAR, FL 33029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Villanueva**
1229 VILLA ST.
#1
MOUNTAIN VIEW, CA 94041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Villatoro**
1515 ADAMS ST
MISSOURI CITY, TX 77489

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Walker**
**1547 W 261ST**
**#2**
**HARBOR CITY, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Webster**
**5225 N HONDO DR**
**PRESCOTT VALLEY, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Ybarra**
**15126 S BUDLONG AVE**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony Ziade**
**1532 COPPERFIELD DRIVE**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antoine Garcia**
**3951 N 4TH AVE**
**54**
**TUCSON, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antoinette Carpio**
**37407 PARISH CIRCLE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antoinette Croteau**
**20820 CANYON VIEW DR.**
**SARATOGA, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antoinette Jackson**
**305 AUTUMN BREEZE WAY**
**WINTER PARK, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.1343

Priority creditor's name and mailing address
**Antoinette Walker**
**2875 California St.**
**Apt 6**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1344

Priority creditor's name and mailing address
**Antolino Pina Silva**
**3601 W EUGIE AVE**
**PHOENIX, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1345

Priority creditor's name and mailing address
**Anton Morozov**
**31177 US HWY 19 N**
**1715**
**PALM HARBOR, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1346

Priority creditor's name and mailing address
**Antonella Ortiz**
**4604 4TH AVE DR E**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonia Echeverria**
**4828 LOGAN AVE**
**102**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonia Gutierrez**
**2540 Peck Rd**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonia Montoya**
**10378 W 58TH PLACE**
**8**
**ARVADA, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonia Read**
**14300 Se 120th Place**
**Clackamas, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonia Torres**
**4262 Central Ave**
**Apt 316**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Aldaco**
**15050 MONTE VISTA AVE**
**#202**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Bahena**
**18517 ANDRADA DR.**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Davis**
**1523 SEASONS PKWY**
**NORCROSS, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Flores**
**14743 HELEN PARK LANE**
**SAN DIEGO, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Garcia**
**899 S. Harbor Blvd**
**Apt 211**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Gondim**
**22216 BOCA RANCHO DR.**
**#A**
**BOCA RATON, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Grigou**
**455 NW 19TH STREET**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Guzman**
**22326 2ND ST**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Hayes**
**3212 NORTH MICHAEL WAY**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Hernandez**
**151 E. Vandalia**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Hernandez Caballero**
**1010 SKIPJACK LN**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 341 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Locklin**
**139 RENAISSANCE PKWY NE**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Martin**
**474 OAKSIDE DR**
**ATLANTA, GA 30331**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Medeiros**
**1217 Sangamon Av.**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Mendoza**
**1307 East Merona Pl**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.71 | $22.71 |
|---|---|---|---|---|

**Antonio Mendoza**
**1307 East Merona Pl**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Morales**
**14002sw Downing St**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Olea**
**3334 W. Seldon Ln**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Parker**
**51585 AVENIDA MARTINEZ**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.43** | **$48.43** |
|---|---|---|---|---|

**Antonio R.  Aldaco**
**15050 MONTE VISTA AVE**
**#202**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Resendiz**
**3361 Lakeview Dr**
**Spring Valley, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Ruiz**
**203 MARLOWE**
**ALBUQUERQUE, NM 87113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Shaw**
**10300 SPRINGS LN**
**APT H**
**NORCROSS, GA 30092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Vega**
**324 W Ross Pl**
**#4**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Velasquez**

**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Walters**
**5780 NW 191 TER**
**HIALEAH, FL 33015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio White**
**157 EAST MADISON**
**J**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Zamora**
**8195 s poplar way**
**apt 101**
**centennial, CO 80112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonios Basta**
**2220 E GREENHOLLOW DR**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antruanazia Owens**
**10300 SPRINGS LN**
**H**
**PEACHTREE CORNERS, GA 30092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antwanae Rose**
**5826 NW 21ST STREET**
**LAUDERHILL, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antwann Miner**
**2647SHIRLYSWAY**
**102**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antwon Millner**
**1638 ATHOL AVE**
**11**
**LAS VEGAS, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antwone Duncan**
**1311 NW 8TH PL**
**HOMESTEAD, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anushka Banerjee**
**3820 STONE POINTE WAY**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**                     Case number (if known)    **20-02477-LA7**
_____
Name

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anyely urbina**
**5048 MILLENIA BLVD**
**101**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anyssa De La Cruz**
**7675 N FIRST ST 201**
**FRESNO, CA 93720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Brooks**
**17212 CAMINITO CANASTO**
**SN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Clark**
**1818 29TH  STREET**
**ORLANDO, FL 32805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Lucckino**
**2480 CYPRESS POND ROAD**
**305**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Martinez**
**21015 CLAREMORE ST**
**KATY, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Nicholson**
**453 N. 3RD ST.**
**SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Sarrazin-Cliff**
**4465 Pedley Ave**
**Norco, CA 92860**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**April Thompson**
**19435 Turtle Ridge Lane**
**Porter Ranch, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**araceli aceves**
**3341 MONROE**
**#3**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Araceli Garcia**
**8320 W MARYLAND AVE**
**GLENDALE, AZ 85305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Araceli Rueda**
**2941 W LOWELL AVE**
**84**
**TRACY, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aracely Hernandez**
**600 N Pantano rd apt 618**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arai Lopez**
**11950 SW 174 ST**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aramis Ynigo**
**11178 BATAVIA CIRCLE**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,057.01** | **$0.00** |
|---|---|---|---|---|

**ARAPAHOE COUNTY**
**TREASURER**
**5334 S PRINCE ST**
**LITTLETON, CO 80120-1136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arash Jamili**
**15723 PARKHOUSE DR 95**
**FONTANA, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arcadia Garcia**
**5819 Fayette Street**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arda Ulug**
**6617 RANCHO DEL ACACIA WAY**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Areanna Navarro**
**12665 CAMINO MIRA DEL MAR**
**215**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Areil Beard**
**302 Gettysburg Place**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1408 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Arel Buford**
**12411 OSBORNE ST.**
**83**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1409 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Areli Navarro**
**128 E Cambridge St**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1410 | Priority creditor's name and mailing address | | $146.16 | $146.16 |
|---|---|---|---|---|

**Areli Navarro**
**128 E Cambridge St**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Arelit Bautista**
**2600 W La Habra Blvd**
**Apto 148**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Arely Miranda Orozco**
**8000 KING ST**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Arely Ortiz**
**9329 CEDAR ST.**
**APT. 14**
**BELLFLOWER, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Arely Sapien**
**8577 Western Ave**
**Apt A**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**    Case number (if known)    **20-02477-LA7**

Name

---

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Areon Green**
**1603 34TH AVE EAST**
**805**
**ELLENTON, FL 34222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Arezo Abdolghoddos**
**14231 E IDAHO PL**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Argelio Tamayo**
**963 MELLER WAY**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Argelio Tamayo**
**963 MELLER WAY**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Argenis Lopez**
**11928 REEDY CREEK DR**
**202**
**ORLANDO, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariadna Garcia**
**4542 W.17TH ST**
**APT 8**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariadna pedro chamu**
**301 WEST VERMONT AVE**
**115**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariadnna Martinez**
**1048 S QUINCE ST**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Fernandez**
**105 Meadow Oaks Ln**
**Glendora, CA 91741**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Garcia**
**43775 Wrangler Rd**
**Aguanga, CA 92536**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Mendoza**
**11441 ASHER ST APT 25**
**EL MONTE, CA 91732**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.54** | **$82.54** |
|---|---|---|---|---|

**ARIANA MENDOZA**
**11441 ASHER ST APT 25**
**EL MONTE, CA 91732**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1427**

Priority creditor's name and mailing address

**Ariana Milton**
**4077 GRAMA TERRACE**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1428**

Priority creditor's name and mailing address

**Ariana Oliver**
**12265 SW HALL BLVD**
**#7**
**TIGARD, OR 97223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1429**

Priority creditor's name and mailing address

**Ariana Pacheco-lopez**
**39505 Trinity Way**
**Apt#20**
**Fremont, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1430**

Priority creditor's name and mailing address

**Ariana Petrocky**
**6703 N ROME AVE**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Pumpelly**
**23034 Sw Lodgepole Ave**
**Tualatin, OR 97062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Ramirez**
**1453 FOURTH AVE**
**1212**
**SAN DIEGO, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Sanders Hernandez**
**10921 W BRITTANY DR**
**LITTLETON, CO 80127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariana Staples**
**7250 W GREENS RD**
**908**
**HOUSTON, TX 77064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|--|-----------------------|-------------------|
| | Name | | | |

---

**2.1435** | Priority creditor's name and mailing address

**Ariane A.  Aligo**
**17634 Gladesworth Lane**
**Santa Clarita, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$113.95**  **$113.95**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1436** | Priority creditor's name and mailing address

**Ariane Aligo**
**17634 Gladesworth Lane**
**Santa Clarita, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1437** | Priority creditor's name and mailing address

**Arianna Bianchi**
**4299 Spring St.**
**Apt#38**
**La Mesa, CA 91941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1438** | Priority creditor's name and mailing address

**Arianna Cardenas**
**1970 LATHAM ST**
**77**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arianna Conners**
**2316 PASEO DE LAURA**
**130**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arianna De La Rosa**
**1526 W 213TH ST**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arianna Harmon**
**1261 Shnoop Ct**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arianna Hill**
**3444 N E ST.**
**APT 19**
**SAN BERNARDINO, CA 92405**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$498.06** | **$498.06** |
|---|---|---|---|---|
| | **ARIANNA HILL**<br>**3444 N E ST.**<br>**APT 19**<br>**SAN BERNARDINO, CA 92405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arianna Ribas**<br>**19760 TERRI DR.**<br>**SANTA CLARITA, CA 91351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arias Alonso**<br>**1657 PENTECOST WAY**<br>**2**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ariel Garner-Reed**<br>**13 DOVE STREET**<br>**ALISO VIEJO, CA 92656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariel Gilevich**
**9305 SE HAROLD ST 97266**
**3**
**PORTLAND, OR 97266**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ariel Salamanca**
**2916 BEL AIR CT. NE**
**ALBUQUERQUE, NM 87110**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arielle Enriquez**
**11934 ACACIA AVENUE**
**3**
**HAWTHORNE, CA 90250**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arielle Williams**
**2340 20TH STREET**
**SARASOTA, FL 34234**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arieona anderson**
**17657 E LOYOLA DR**
**UNIT E**
**AURORA, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aries Dado**
**952 N. Harvard Blvd**
**Apt 205**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70.82** | **$70.82** |
|---|---|---|---|---|

**Aries Dado**
**952 N. Harvard Blvd**
**Apt 205**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aris lambert**
**6619 N MARTY**
**FRESNO, CA 93711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arita Kiana**
**45347 TESIBEN CT**
**TEMECULA, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF REVE**
**PO BOX 29079**
**PHOENIX, AZ 85038-9079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF**
**REVENUE**
**PO BOX 29085**
**PHOENIX, AZ 85038-9085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF**
**REVENUE**
**UNCLAIMED PROPERTY**
**1600 WEST MONROE ST**
**PHOENIX, AZ 85007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1459** | Priority creditor's name and mailing address
**ARIZONA DEPARTMENT OF REVENUE**
**PO BOX 29032**
**PHOENIX, AZ 85038-9032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1460** | Priority creditor's name and mailing address
**ARIZONA DEPARTMENT OF REVENUE**
**P.O. BOX 29009**
**PHOENIX, AZ 85038-9009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1461** | Priority creditor's name and mailing address
**ARKANSAS DEPT OF WORKFORCE SVC**
**P.O. BOX 8007**
**LITTLE ROCK, AR 72203-8007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1462** | Priority creditor's name and mailing address
**Arlene A.  Banda**
**506 WAR ADMIRAL AVE**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.66    $62.66

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------------------------|-------------|---------|

**Arlene Banda**
**506 WAR ADMIRAL AVE**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------------------------|-------------|---------|

**Arlene Williams**
**3842 B ELMSIDE VILLAGE LANE**
**NORCROSS, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------------------------|-------------|---------|

**Arlenne Pena Gomez**
**2833 CENTRAL DR**
**SANFORD, FL 32773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------------------------|-------------|---------|

**Arlette Rodriguez**
**3136 E SAGINAW WAY**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arley Barrientos**
**545 AVENIDA CUARTA**
**201**
**CLERMONT, FL 34714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arman Aminpour**
**3324 City Lights Dr**
**Aliso Viejo, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armanda Ramirez**
**423 N 26ST**
**APT. 1**
**SAN JOSE, CA 95116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Cardenas**
**2516 W MONTE CARLO DR**
**SANTA ANA, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Castro**
**5706 Bates St**
**#10**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Chavez**
**3710 West San Jose Ave.**
**Apt #213**
**Fresno, CA 93711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Estrada**
**630 S Knott**
**#78**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Estrada**
**655 CADMAN STREET**
**SAN DIEGO, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---|---------|-------|

**Armando Garcia Magana**
**2140 S.MAIN ST.**
**PH4**
**SANTA ANA, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1476 Priority creditor's name and mailing address

**Armando Gonzalez**
**2330 Lucretia Ave**
**#4**
**San Jose, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1477 Priority creditor's name and mailing address

**Armando Mares**
**13017 4TH STREET**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1478 Priority creditor's name and mailing address

**Armando Marino**
**4259 Marzo St.**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Armando Murillo**<br>**664 Venner Drive**<br>**Altamonte Springs, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Armando Nava Ramirez**<br>**1181 PECOS WY**<br>**SUNNYVALE, CA 94089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Armando Ochoa**<br>**9340 FOOTHILL BLVD**<br>**18**<br>**RANCHO CUCAMONGA, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Armando Razo**<br>**209 E Balboa Dr**<br>**Tempe, AZ 85282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Santacruz**
**13626 Westboro Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Silva-de-la-Cruz**
**4212 Altadena Ave Apt 13**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armando Tejeda**
**222 E STREET**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Armani Anderson**
**23230 - C Island View Drive**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Arnold Engstrom**
**5043 ARROYO CHAMISA RD NE**
**ALBUQUERQUE, NM 87111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Arnulfo Almaraz**
**3950 N  Santa Fe Ave apt#F**
**Fresno, CA 93704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Arnulfo diaz**
**27 W 3RD ST**
**NATIONAL CITY, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Arnulfo Linares Pinzon**
**3500 West Commonwealth Avenue**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arnulfo Magana**
**2230 JACQUELINE DR**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Arnulfo Rueda**
**1688 CLAYTON ROAD APT#4**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Aroon Enriquez**
**6550 Clay St.**
**Apt. B**
**Denver, CO 80221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Arree Brillon**
**3104 S. Nastar Dr.**
**Tucson, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Case number (if known) **20-02477-LA7**

Name

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Artem Ponkratov**
**570 SOUTH RENGSTORFF**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Artemisa Vazquez Vazquez**
**1928 HEATH TERRACE**
**WEST COVINA, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Artermeise Jackson**
**4201W. 5TH ST.**
**312**
**SANTA ANA, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Arthur Galindo**
**2104 S EAGLE CT**
**AURORA, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arthur Garcia**
**897 E. 34TH ST**
**TUCSON, AZ 85713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arthur Johnson**
**1604 SYCAMORE**
**KENNESAW, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arthur Parga**
**503 Olympic Blvd**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arthur Ramirez**
**973 W. HOME AVE**
**SAN BERNARDINO, CA 92411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1503** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Arturo Alvarez**
**817 ETA STREET**
**206**
**NATIONAL CITY, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1504** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Arturo Benitez-flores**
**2547 G Street**
**San Diego, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1505** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Arturo Buenaventura**
**6873 W Hinsdale**
**Littleton, CO 80128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1506** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Arturo Bustamante**
**5530 SW Lombard Ave**
**Beaverton, OR 97005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Cabrera**
**10942 IVYRIDGE RD**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ARTURO CANALES**
**2429 WEST INDIANAPOLIS AVE**
**FRESNO, CA 93705**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Hernandez**
**5752 CORBETT STST**
**5752**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Melgar**
**4445 Stevenson Blvd.**
**Apt. #17**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Meono**
**16095 SW WHISTLING SWAN LN**
**BEAVERTON, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Montes**
**27622 ALISO CREEK RD 1113**
**ALISO VIEJO, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Munoz**
**721 ORANGE GROVE AVENUE**
**ALHAMBRA, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arturo Negrete**
**2051 Village Parkway**
**#240**
**Encinitas, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Osorio**<br>**765 E Bonds St**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Ramirez**<br>**23433 WOODLANDER WAY**<br>**MORENO VALLEY, CA 92557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Rojas**<br>**475 N MIDWAY DR UNIT 154**<br>**ESCONDIDO, CA 92027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Romo**<br>**2618 S. Genesee Ave.**<br>**Los Angeles, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.1519** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Rosete** | Check all that apply. | | |
| | **1927 S ""d"" St** | ☐ Contingent | | |
| | **Oxnard, CA 93033** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| **2.1520** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arturo Torres** | Check all that apply. | | |
| | **525 N. Mcclay At** | ☐ Contingent | | |
| | **Santa Ana, CA 92701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| **2.1521** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Artyom Harr** | Check all that apply. | | |
| | **10547 WESTONHILL DR** | ☐ Contingent | | |
| | **SAN DIEGO, CA 92126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| **2.1522** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Arunkumar Nair** | Check all that apply. | | |
| | **327 BOARDWALK PKWY** | ☐ Contingent | | |
| | **STAFFORD, TX 77477** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aryana Michael**
**944 W MAIN ST**
**2249**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$167.03** | **$167.03** |
|---|---|---|---|---|

**Aryana Michael**
**944 W MAIN ST**
**2249**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aryn Curry**
**3797 137th Ave**
**Apt A**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Asael Garcia**
**801 S WARD AVE**
**COMPTON, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Asbel Hernandez**
**990 VINEYARD WAY**
**KINGSBURG, CA 93631**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**asha hosamani**
**11122 CICERO DRIVE**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashad Vaughn**
**3348 Watford Way.**
**PALMDALE, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashanti George**
**4973 CASON COVE DR**
**#535**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashanti Robinson**
**995 E BASELINE RD**
**3134**
**TEMPE, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashanti Thompson**
**831 CORTE BAYA VISTA**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashdon Gibbs**
**1934 GLEN ECHO DR**
**DECATUR, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashelie Paul**
**1524 ELIZABETH ST NE**
**ALBUQUERQUE, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1535 | Priority creditor's name and mailing address<br>**Ashia Golatt**<br>**18243 SW 109TH PATH**<br>**MIAMI, FL 33157** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1536 | Priority creditor's name and mailing address<br>**Ashish Bishwakarma**<br>**518 S SANTA ANITA AVE**<br>**6**<br>**ARCADIA, CA 91006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1537 | Priority creditor's name and mailing address<br>**Ashka Shah**<br>**15106 ROUNDUP DR.**<br>**TAMPA, FL 33624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1538 | Priority creditor's name and mailing address<br>**Ashlee Driver**<br>**4484 birdsong way**<br>**Las Vegas, NV 89147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| | **Ashlee Norman** | Check all that apply. | | |
| | **53 FALCON HILLS DR.** | ☐ Contingent | | |
| | **HIGHLANDS RANCH, CO 80126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| | **Ashlee VanNote** | Check all that apply. | | |
| | **450 ROBINHOOD CR** | ☐ Contingent | | |
| | **102** | ☐ Unliquidated | | |
| | **NAPLES, FL 34104** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| | **Ashleigh Bruno** | Check all that apply. | | |
| | **2475 S GRANBY WAY** | ☐ Contingent | | |
| | **AURORA, CO 80014** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| | **Ashleigh Namm** | Check all that apply. | | |
| | **8916 ARMISTICE RD NE** | ☐ Contingent | | |
| | **ALBUQUERQUE, NM 87109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Arnold**
**5122 EAST SHEA BLVD**
**2016**
**SCOTTSDALE, AZ 85254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1544 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Asadi**
**1734 BOYLE PLACE**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1545 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Ayala**
**138 N MARIPOSA**
**LOS ANGELES, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1546 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Bardales**
**1854 DAVID ST**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
| | **Ashley Barraza** | *Check all that apply.* | | | |
| | **4852 Bernal Ave** | ☐ Contingent | | | |
| | **#e** | ☐ Unliquidated | | | |
| | **Pleasanton, CA 94566** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
| | **Ashley Beshears** | *Check all that apply.* | | | |
| | **2408 NW 14TH AVE** | ☐ Contingent | | | |
| | **BOYNTON BEACH, FL 33436** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$420.40** | **$420.40** |
| | **ASHLEY C.  LLAMAS** | *Check all that apply.* | | | |
| | **500S GRANADA AVE** | ☐ Contingent | | | |
| | **ALHAMBRA, CA 91801** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
| | **Ashley Casillas** | *Check all that apply.* | | | |
| | **945 Estes St. #15** | ☐ Contingent | | | |
| | **El Cajon, CA 92020** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ashley Coker** | Check all that apply. | | |
| | **8995 ROSWELL RD** | ☐ Contingent | | |
| | **SANDY SPRINGS, GA 30503** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ashley Crudup** | Check all that apply. | | |
| | **3205 WINDSOR AVENUE** | ☐ Contingent | | |
| | **WEST PALM BEACH, FL 33407** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ashley D'agostino** | Check all that apply. | | |
| | **17161 Alva Road** | ☐ Contingent | | |
| | **Unit 922** | ☐ Unliquidated | | |
| | **San Diego, CA 92127** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ashley De Fouw** | Check all that apply. | | |
| | **2916 JAVA PLUM AVE** | ☐ Contingent | | |
| | **SARASOTA, FL 34232** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

| 2.1555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ashley De Jesus**
**11700 REEDY CREEK DR**
**APT 208**
**ORLANDO, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ashley Dow**
**3853 E Bridgeport Pkwy**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ashley Fajardo**
**14656 ASTORIA ST**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ashley Feldman**
**1885 PITNER RD NW**
**ACWORTH, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1559** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ashley Gaertner**
**7425 Andasol St**
**San Diego, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1560** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ashley Guzman**
**911 SW 15TH ST**
**POMPANO BEACH, FL 33060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1561** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ashley Hickman**
**7735 SMITH FARM RD**
**CUMMING, GA 30028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1562** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ashley Hutchins**
**815 7TH STREET**
**1**
**WEST PALM BEACH, FL 33401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.72 | $99.72 |
|---|---|---|---|---|

**ASHLEY J. AYALA**
**138 N MARIPOSA**
**LOS ANGELES, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ASHLEY JACKSON**
**3325 OLD MILTON PKWY #233**
**ALPHARETTA, GA 30005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Jensen**
**9465 SE 154th St**
**Summerfield, FL 34491**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Jimenez**
**1916 S BAMDAL ST**
**SANTA ANA, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

**2.1567** | Priority creditor's name and mailing address | | | **Unknown** | **$0.00**
---|---|---|---|---|---

**Ashley Joseph**
**4907 W MARTIN L KING JR BLVD**
**APT 1**
**LOS ANGELES, CA 90016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1568** | Priority creditor's name and mailing address | | | **Unknown** | **$0.00**

**Ashley Kelsey**
**7815 Latir Mesa NW**
**Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1569** | Priority creditor's name and mailing address | | | **Unknown** | **$0.00**

**Ashley Knerr**
**743 W Desert Hollow Drive**
**San Tan Valley, AZ 85143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1570** | Priority creditor's name and mailing address | | | **$86.82** | **$86.82**

**ASHLEY KNERR**
**743 W Desert Hollow Drive**
**San Tan Valley, AZ 85143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------|-------------|-----------|

**Ashley Kow**
**2810 SW 165 AVE**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------|-------------|-----------|

**Ashley Leonard**
**18975 WOODLAND WAY**
**TRABUCO CANYON, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------|-------------|-----------|

**Ashley Llamas**
**500S GRANADA AVE**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------|-------------|-----------|

**Ashley Lorenzini**
**9304 E BARBARA JEAN PLACE**
**TUCSON, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Mares**
**13017 4TH ST**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley McDowell**
**801 E ORANGEWOOD AVE**
**G236**
**ANAHEIM, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley McIntire**
**14376 E FLORIDA AVE**
**UNIT A**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Morariu**
**14619 Ne 51st Street**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Munchel**
**4949 Marbrisa Drive**
**#902**
**Tampa, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Ortega**
**3699 N. MOUNTAIN AVE.**
**5**
**TUCSON, AZ 85719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Palmer**
**11097 LORIN WAY**
**DULUTH, GA 30097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$177.44** | **$177.44** |
|---|---|---|---|---|

**Ashley Palmer**
**11097 LORIN WAY**
**DULUTH, GA 30097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Rashada**
**365 ARCADIA PLACE SW**
**LILBURN, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Reynoso**
**709 E AUBURN DR**
**TEMPE, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Rivera**
**2209 MARES RD SW**
**ALBUQUERQUE, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Rodriguez**
**10572 ALDERSON AVE.**
**GARDEN GROVE, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Romatko**
**7101 Pine Lake Rd**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Romero**
**501 Roberts drive**
**Apt. 72**
**Riverdale, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Rosales**
**80000 AVE 48**
**SPC 201**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Saavedra**
**955 E WASHINGTON AVE**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.1591**

Priority creditor's name and mailing address
**Ashley Smith**
**18243 Sw 109 Path**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1592**

Priority creditor's name and mailing address
**Ashley Solano**
**10 BERMUDA LN**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1593**

Priority creditor's name and mailing address
**Ashley Suarez**
**3627 POSTWOOD DRIVE**
**SPRING, TX 77388**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1594**

Priority creditor's name and mailing address
**Ashley Trujillo**
**5910 S. Mckemy St.**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ashley Urquhart**
**4401 SW 141 AVE**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1596**  Priority creditor's name and mailing address
**Ashley Valera**
**3303 N LAKEVIEW DR**
**APT. 4309**
**TAMPA, FL 33618**

As of the petition filing date, the claim is: **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1597**  Priority creditor's name and mailing address
**Ashley Walker**
**13437 Kornblum Ave**
**Apt.H**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is: **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1598**  Priority creditor's name and mailing address
**Ashley Warren**
**1205 Ilexey Avenue**
**San Diego, CA 92154**

As of the petition filing date, the claim is: **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$101.15** | **$101.15** |
|---|---|---|---|---|

**Ashley Warren**
**1205 Ilexey Avenue**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashley Wilkins**
**6302 S. County Rd. 39**
**Plant City, FL 33567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashlie Conder**
**7421 E.brooks Dr.**
**Tucson, AZ 85730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashlie Tuttle**
**14819 Heritage wood dr.**
**Houston, TX 77082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashlyn Stoddard**
**1941 HILLHAVEN DR**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashlynn Boning**
**4657 SOUTH BADGER LN**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashton Allgood**
**7730 SE 114TH AVE**
**PORTLAND, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashundrianna Davis**
**12692 NW 9TH COURT**
**CORAL SPRINGS, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ashunta Johnson**
**5254 SMOKEMONT DR**
**STONE MOUNTAIN, GA 30088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashwaq Hussein**
**1605 W. El Rio Dr**
**Apt #209**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ashwin SINGH**
**30 BIENVENUE DRIVE**
**FOOTHILL RANCH, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$206.90** | **$206.90** |
|---|---|---|---|---|

**Ashwin SINGH**
**30 BIENVENUE DRIVE**
**FOOTHILL RANCH, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1611 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Asia Rogers**
**3127 TERRYWOOD CT**
**SAN JOSE, CA 95132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Asmae Bari**
**4457 White Oak Circle**
**Kissimmee, FL 34746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aspen Gepson**
**32210 N CHERRY CREEK RD**
**QUEEN CREEK, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Astare Liggins**
**4231 BRANDY MILL RD**
**HOUSTON, TX 77067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Astha Patra**
**12695 CAMINO MIRA DEL MAR**
**111**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Astrid Espinoza**
**1441 Marjorie Ave Escondido**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Astrid Rios**
**10423 NIGHTENGALE DR**
**RIVERVIEW, FL 33569**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ASUMAN SEYLAN**
**1400 NW 13TH ST**
**APT 4**
**BOCA RATON, FL 33486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Asuncion Melendez**
**13061 Lampson Ave Apt.81**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Atadeo Alejo**
**13979 COUNTRY CREEK RD**
**POWAY, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Athena Mclain**
**4679 Villa Woods Dr.**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Atikah Munnee**
**3826 Bentley Ave**
**Culver City, CA 90232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Atticus Bridges**
**1122 Whitegate Ct**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Attie Landrum**
**8062 Poinsettia Dr**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aubree Miller**
**41055 FRONTIER RD**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aubrey Gooch**
**4199 S PONDEROSA DR**
**GILBERT, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aubrey Miranda**
**3725 E. Frankfort Stra.**
**Tucson, AZ 85706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aubrianna Hines**
**1350 San Bernardino Road**
**114**
**Upland, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$136.44** | **$136.44** |
|---|---|---|---|---|

**Aubrianna Hines**
**1350 San Bernardino Road**
**114**
**Upland, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Audrey Burton**
**15858 NW JEANNE CT**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Audrey Colvin**
**6181 SW 205TH AVE**
**BEAVERTON, OR 97078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$192.92** | **$192.92** |
|---|---|---|---|---|

**Audrey Colvin**
**6181 SW 205TH AVE**
**BEAVERTON, OR 97078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Audrey Roman**
**11806 MADISON KENDALL LN.**
**HOUSTON, TX 77066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Audreyiana Russell**
**21142 CANADA RD**
**APT. 1N**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aulora Lujan**
**1910 CHERRY LANE NW**
**ALBUQUERQUE, NM 87104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aung Hein**
**18557 E COLIMA RD**
**#E**
**ROWLAND HEIGHTS, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aura Tejada De Cruz**
**10490 DOUGHERTY AVE**
**MORGAN HILL, CA 95037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurelia Chovon Carrillo**
**390 Cecelia Way**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurelia Tapia**
**1227 N 84 Th place**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurelio Alvarez Venegas**
**2736 W LINCOLN AVE**
**142**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurie Gutierrez**
**1459 Strada D Oro**
**Venice, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Auriel Hoyle**
**3940 SW PLUM ST**
**APT 5**
**PORTLAND, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.51 | $155.51 |
|---|---|---|---|---|

**Aurora Deshazo**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Hagendorf**
**7370 NW 21ST ST**
**PEMBROKE PINES, FL 33024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Lawson-Tranholm**
**4211 SE DIVISION ST**
**PORTLAND, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Lopez**
**3527 Mentone Ave**
**#8**
**Los Angeles, CA 90034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Maziarka**
**1230 E TIARA ST**
**SALT LAKE CITY, UT 84117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Pille-hernandez**
**1400 Hiawatha Rd.**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aurora Rodriguez**
**10700 E DARTMOUTH AVE**
**DD302**
**DENVER, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aushanti Woods**
**390 Se Highway 42**
**Summerfield, FL 34491**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin acevedo**
**6219 SE 92ND AVE**
**PORTLAND, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin Albritton**
**17240 CUVEE CT**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin Arnold**
**13283 SE 120TH CT**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin Bailey**
**992 DEVILLE DR E**
**LARGO, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Austin Cantrell**<br>**462 DARTER DRIVE NW**<br>**ACWORTH, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Austin Cupryk**<br>**2911 NW NAHCOTTA ST**<br>**CAMAS, WA 98607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Austin Faust**<br>**607 Whippoorwill Lane**<br>**Oviedo, FL 32765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Austin Freeman**<br>**6920 Se Yearling Lane**<br>**Milwaukie, OR 97267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Austin Galbraith**
**3301 MEANDER LANE**
**SAFETY HARBOR, FL 34695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Austin Galvez**
**5974 Gentle Slope St.**
**Henderson, NV 89011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Austin Humphrey**
**2129 NW 16TH ST**
**GRESHAM, OR 97030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Austin Peterson**
**2436 PAISANO ST. NE.**
**ALBUQUERQUE, NM 87112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

| 2.1663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Austin Ponce**
**1545 TREVOR DRIVE**
**SAN JOSE, CA 95118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Austin robles**
**2051 NORTH TORREY PINES**
**DRIVE**
**2041**
**LAS VEGAS, NV 89108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Austin Spargo**
**782 Orinoco Rd. Sw**
**Rio Rancho, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Austin Thill**
**2624 WORDEN ST**
**185**
**SAN DIEGO, CA 92110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin Tilley**
**911 15TH ST**
**APT. 10**
**OREGON CITY, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austin Woodson**
**2350 CYPRESS POND ROAD**
**2415**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Austyn Bernal**
**17536 E CASPIAN PLACE**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Arter**
**24650 S Beavercreek Rd**
**Beavercreek, OR 97004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Barrett**
**16802 N 31ST**
**130**
**PHOENIX, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Gusto**
**1720 MORRILL ST**
**#5**
**SARASOTA, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Johnson**
**624 SE 132 AVE 132 AVE**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Princic**
**8163 E PHILLIP CIR**
**CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Autumn Timmons**
**6035 West Ave K 10**
**Lancaster, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1676 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Auvilau Redmond**
**3345 Rainbow Lane**
**Highland, CA 92346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1677 | Priority creditor's name and mailing address | | **$3.09** | **$3.09** |
|---|---|---|---|---|

**Auvilau Redmond**
**3345 Rainbow Lane**
**Highland, CA 92346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1678 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ava Bendett**
**13552 PEACH TREE WAY**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ava Casteel**
**1702 HEIGHTS CIRCLE**
**KENNESAW, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ava Moslehi**
**12782 Torrey Bluff Dr**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ava Stevens**
**8827 NORWICH ST**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Avenir Sinyayev**
**4739 SE KING RD**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Averi Lewis**
**22060 SW 107TH AVE**
**TUALATIN, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Avery Ellis**
**585 Avenida Magdalena**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Avery Lamar**
**1940 COMPASS FLOWER WAY**
**OCOEE**
**OCOEE, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Avigayil shpigelman**
**13203 WINSANLEY WAY**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| **2.1687** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$154.79** | **$154.79** |
|---|---|---|---|---|
| | **AVIGAYIL SHPIGELMAN**<br>**13203 WINSANLEY WAY**<br>**SAN DIEGO, CA 92130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| **2.1688** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Avra Harrold**<br>**29063 Boulder Crest Way**<br>**Menifee, CA 92584** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| **2.1689** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Avrill Perez**<br>**14542 SW 38 LANE**<br>**MIAMI, FL 33175** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| **2.1690** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Awilda Rodriguez**<br>**561 FAIRGROUNDS RD**<br>**WEST PALM BEACH, FL 33411** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Axel Alvarez Loya**
**1608 Rolling Hills Dr**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Axel Calderon**
**3519 COLLEEN WOODS CIRCLE**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Axel Cruz Acosta**
**5096 Brenda Drive**
**Orlando, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Axel Flores**
**24681 Cordova Dr**
**Apt C**
**dana point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Axel Hernandez**
**110 Olmsted Ct**
**Pittsburg, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ayana Galves**
**17059 JURASSIC PL**
**VICTORVILLE, CA 92394**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ayana jean-pierre**
**6542 RACQUET CLUB DRIVE**
**LAUDERHILL, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ayanna Allotey**
**9006 CAMPINA DRIVE**
**#E**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ayanna Harvin**
**3324 KATHERINE ST.**
**FORT MYERS, FL 33916**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ayanna Smith**
**2020 PAXTON DRIVE**
**LILBURN, GA 30047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ayatollah Lewis**
**3842 ELMSIDE VILLAGE LANE**
**#B**
**NORCROSS, GA 30092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ayded Thornton**
**2250 Garnet Ave**
**San Diego, CA 92109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ayden Solorzano**<br>**4968 CALLED SOBRADO**<br>**OCEANSIDE, CA 92056** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Aydia Johnson**<br>**15000 S SPANGLER RD**<br>**OREGON CITY, OR 97045** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Aylin callejas tolentino**<br>**643 MAGNOLIA AVE**<br>**CARLSBAD, CA 92008** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **AYONA WATKINS**<br>**1508 WATKINS RD**<br>**LEESBURG, FL 34748** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.1707 Priority creditor's name and mailing address

**Ayrton Kokongando**
**922 Windsor Creek**
**Grayson, GA 30017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1708 Priority creditor's name and mailing address

**Ayush Ghimire**
**4415 NORWALK DRIVE**
**16**
**SAN JOSE, CA 95129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1709 Priority creditor's name and mailing address

**Azalia Urena**
**505 N CLEMENTINE ST**
**P**
**OCEANSIDE, CA 92054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1710 Priority creditor's name and mailing address

**Azamet Burt**
**3123 Bridge Walk Dr**
**Lawrenceville, GA 30044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aziel-jason Gonzalez**
**12458 GRANGE PLACE**
**POWAY, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Aztier Rodriguez**
**3408 WEST SAINT CONRAD ST**
**TAMPA, FL 33607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Azucena Astorga**
**2087 NAIDA AVE**
**NA**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31.62** | **$31.62** |
|---|---|---|---|---|

**AZUCENA ASTORGA**
**2087 NAIDA AVE**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.1715 | Priority creditor's name and mailing address<br>**Azul Alcala**<br>**528 CASSELMAN ST**<br>**CHULA VISTA, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1716 | Priority creditor's name and mailing address<br>**Azul Villatoro**<br>**27606 KEVIN PLACE**<br>**SAUGUS, CA 91350** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1717 | Priority creditor's name and mailing address<br>**Baby Ward**<br>**6614 tamarisk avenue**<br>**unit 2**<br>**palm spring, CA 92277** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1718 | Priority creditor's name and mailing address<br>**Bailey Allen**<br>**4828 Bernal Ave**<br>**Apt C**<br>**Pleasanton, CA 94566** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bakari pugh**
**1438 MORGAN RD**
**SAN BERNARDINO, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bakhtiyor Mirzoev**
**7611 S 36TH ST APT 155**
**PHOENIX, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Baldomero Deloya**
**14652 Carfax Dr.**
**#b**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Baltazar Reyes**
**9808 DOWNEY HILL STREET**
**ORLANDO, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barbara Crosby**
**44490 Leona Court**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Barbara Figueredo**
**644 Sabal Palm Circle**
**Altamonte Springs, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Barbara Gomez**
**15290 Sw 301 St**
**Homestead, FL 33033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Barbara Hayes**
**6816 HIGH BLUFF WAY**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barbara Hudson**
**12525 Kirkwood Road Apt 435**
**Apt 435**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barbara Romero**
**260 EAST LAMBERT RD.**
**LA HABRA, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barbara Scott**
**914 Northrup St.**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barbara Villegas**
**9350 CORTE GANZO**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barris Gavin**
**605 Bahaia Circle**
**Ocala, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barron Brantley**
**21 CEDAR RN**
**21**
**ATLANTA, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Barry William**
**6816 HIGH BLUFF WAY**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Basil Glashow**
**PO Box 221146**
**Hollywood, FL 33022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Basma Lawend**
**4026 W. Garden Dr.**
**Phoenix, AZ 85029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bassam Qouzah**
**7636 OWENSMOUTH AVE.**
**CANOGA PARK, CA 91304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bawele Tchassama**
**8356 Roswell Rd**
**APT S**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bayardo Ruiz**
**2345 SCENIC AVENUE**
**MARTINEZ, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Baylee Leggett**
**14678 NW CORNELL RD**
**APT 56**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Beatrice Foucrier**
**265 CAMELBACK ROAD**
**116**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Beatriz BARRIOS**
**3325 S KIRKMAN RD**
**422**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Beatriz Cifuentes**
**3049 W LARKSPUR DR**
**PHOENIX, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Beatriz Igarza** | *Check all that apply.* | |
| | **4834 ELFRIDA AVE** | ☐ Contingent | |
| | **SARASOTA, FL 34235** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Beatriz Jurado** | *Check all that apply.* | |
| | **2030 BRANDON CROSSING CIR 204** | ☐ Contingent | |
| | **BRANDON, FL 33511** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Beatriz Perez** | *Check all that apply.* | |
| | **5055 El Castano Ave** | ☐ Contingent | |
| | **Las Vegas, NV 89108** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Behesta Said** | *Check all that apply.* | |
| | **35555 MORLEY PLACE** | ☐ Contingent | |
| | **FREMONT, CA 94536** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|--|-----------------------|-------------------|
| | Name | | | |

---

**2.1747** | Priority creditor's name and mailing address
**Behesta Said**
**35555 MORLEY PLACE**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.65 | $125.65

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1748** | Priority creditor's name and mailing address
**BEHROUZ AHMADINIKOO**
**2225 FENIAN DRIVE**
**CAMPBELL, CA 95008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1749** | Priority creditor's name and mailing address
**Behzad Farhangfar**
**17476 PLAZA ANIMADO**
**#165**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1750** | Priority creditor's name and mailing address
**Behzad Farhangfar**
**17476 PLAZA ANIMADO**
**#165**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$208.83 | $208.83

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belen contreras**
**9550 LONG POINT RD**
**176**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belen Gonzalez Montes**
**1809 BONITA AVE**
**LAS VEGAS, NV 89104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belen Valenzuela**
**1018 KELL WIL WAY**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belete Moti**
**1750 STOKES ST.**
**92**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belgica Martinez**
**1919 E Hayden Ln**
**#b**
**Tempe, AZ 85281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belinda Del Fierro**
**153 Calera Ave**
**Glendora, CA 91741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belinda Gomez**
**1318 Bonner Ave**
**Fremont, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Belkys Toledo**
**7619 Dolonita Dr**
**Tampa, FL 33615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------|---|---|

**Ben Kurzion**
**1697 COLUMBIA DRIVE**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1760 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---|---|---|

**Benedicto Trinidad III**
**564 HASTINGS DRIVE**
**BENICIA, CA 94510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1761 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---|---|---|

**Bengina Vassor**
**200 NW 7TH STREETS**
**#4**
**POMPANO BEACH, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1762 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---|---|---|

**Benigno Del Carmen Morales**
**520 N BAKER ST**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benigno Matias**
**4138 Kenyon Ave**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benita Becerra**
**133 E CAMBRIDGE ST**
**LONG BEACH, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benita Herd**
**1035 Myrtle Avenue**
**11**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benita Jimenez**
**20516 Harvard Blvd**
**Apt E**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benito Gomez Pena**
**2885 EAST MIDWAY BLVD LOT**
**1367**
**BROOMFIELD, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benito Perez**
**3060 Bugle Drive**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.98** | **$210.98** |
|---|---|---|---|---|

**Benjamen A.  Johnson**
**946 SACRAMENTO AVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamen Johnson**
**946 SACRAMENTO AVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Archie**
**2556 KNOX CT**
**SAN BERBARDINO, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Banuelos**
**11022 W Hondo Pkwy**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin caballero**
**11459 N 28TH DR**
**3020**
**PHOENIX, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Franklin-collier**
**9089 Mesa Woods Avenue**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Benjamin Frierson**
**2632 FOXGLOVE DRIVE**
**MARIETTA, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Benjamin Goetz**
**4049 CROCKERS LAKE BLVD**
**#2316**
**SARASOTA, FL 34238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Benjamin Hansen**
**3605 Roy Rogers Dr.**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Benjamin Hernandez**
**4739 YUMA AVE**
**F**
**OCEANSIDE, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.1779** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

benjamin hernandez
**1831 E WASHINGTON AVE
B8
ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.1780** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Benjamin Hernandez
4739 YUMA AVE
F
OCEANSIDE, CA 92057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.1781** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Jimenez
8211 MELROSE
HOUSTON, TX 77022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.1782** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Kraus
7489 SOUTH ALKIRE STREET
206
LITTLETON, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Livingood**
**1000 se 160th ave**
**Mm318**
**Vancouver, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Manger**
**520 Monterey Road**
**South Pasadena, CA 91030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Mathews**
**24 SPRING LOOP CIRCLE**
**OCALA, FL 34472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Nichols**
**12320 Escala Dr**
**San Diego, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Benjamin ORTEGA**<br>**1300 TOPAZ CT**<br>**COLTON, CA 92324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Benjamin Rabaud**<br>**8421 Se 146th Place**<br>**Portland, OR 97236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Benjamin Ramirez**<br>**435 E. 9th Ave**<br>**Apt #2**<br>**Mesa, AZ 85204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Benjamin Reyes**<br>**1019 SOUTH PINE STREET**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Benjamin Robinson**
**2323 HOPE ST**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1792 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Benjamin Ryan**
**1044 SPANISH OAKS BLVD**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1793 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Benjamin Song**
**1682 WHISPERING OAKS WAY**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1794 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Benjamin Vidal**
**1365 BROADWAY**
**26**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Villalpando**
**420 RYE CRICLE**
**NA**
**LA HABRA, CA 90631**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benjamin Zamora**
**806 S BROADWAY AVE.**
**11**
**SANTA ANA, CA 92701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bennett Wong**
**20 HIDDEN BROOK**
**IRVINE, CA 92602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Benny Figueroa**
**24682 Belgreen Pl**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1799 | Priority creditor's name and mailing address<br>**Benny Garcia**<br>**41309 W. Curtis Ln.**<br>**Maricopa, AZ 85138** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1800 | Priority creditor's name and mailing address<br>**Benny Lacey**<br>**616 GARRISON ST**<br>**LAS VEGAS, NV 89107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1801 | Priority creditor's name and mailing address<br>**Berano Charles**<br>**2032 46TH ST SW**<br>**NAPLES, FL 34116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1802 | Priority creditor's name and mailing address<br>**Bernabe Hernandez**<br>**5707 W Highland Ave**<br>**Phoenix, AZ 85031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernadette Bouquette**
**3758 Nw 1st Court**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1804 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernadette Culbreath**
**4941 ALEXANDER DRIVE**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1805 | Priority creditor's name and mailing address | | **$54.47** | **$54.47** |
|---|---|---|---|---|

**Bernadette Culbreath**
**4941 ALEXANDER DRIVE**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1806 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernadette Foy**
**2734 RAMOUS CT**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$647.25** | **$647.25** |
|---|---|---|---|---|

**BERNADETTE N. FOY**
**2734 RAMOUS CT**
**MOUNTAIN VIEW, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernal Apachee**
**401 Georgia St Se**
**Apt 4**
**Albuquerque, NM 87108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BERNALILLO COUNTY**
**PO BOX 27800**
**BERNALILLO COUNTY**
**TREASURER**
**ALBUQUERQUE, NM 87125-7800**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernard Joseph**
**2619 AVENUE S**
**RIVIERA BEACH, FL 33404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bernard marshall**<br>**3801 WESTWOOD PATH**<br>**STONE MOUNTAIN, GA 30083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bernardino Jimenez**<br>**830 S. DOBSON RD.**<br>**47**<br>**MESA, AZ 85202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bernardita Mitchell**<br>**4940 S.mesquite Cl.n**<br>**Tucson, AZ 85706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bernardo Estrada**<br>**2280 WYANDOT DR**<br>**WESTMINSTER, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernardo Fernandez**
**853 Serrana Ct**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernardo Sanchez**
**521 SOUTH LYON STREET**
**82**
**SANTA ANA, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernardo Trujillo**
**602 Diamond St.**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernice Mendez**
**966 HELEN AVE**
**#6**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bernice Toussaint**
**131 NE 18TH STREET**
**POMPANO, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Berrien Dearing**
**14090 E 22ND PLACE**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Berta Castaneda**
**558 WORLEY AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Berta Soltero**
**475 Midway Drive**
**#165**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**                                     Case number (if known) **20-02477-LA7**
_____
Name

| 2.1823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bertha Benavidez Rodriguez**
**901 Bridgewater St**
**Las Vegas, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bertha Gutierrez**
**303 N Bush Apt.8**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bertha Juarez**
**3001 N 36 ST**
**203**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bertha Mendez**
**320 CALLE RAYO**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1827 | Priority creditor's name and mailing address<br>**Bertha Salas**<br>**4729 CONCORD VILLAGE**<br>**LAS VEGAS, NV 89108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1828 | Priority creditor's name and mailing address<br>**Bertha Salas**<br>**4729 Concord Village**<br>**Las Vegas, NV 89108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1829 | Priority creditor's name and mailing address<br>**BERTIE M. PERRY**<br>**4530 9TH ST EAST LOT 41**<br>**BRADENTON, FL 34203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$316.76**  **$316.76** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1830 | Priority creditor's name and mailing address<br>**Bertie Perry**<br>**4530 9TH ST EAST LOT 41**<br>**BRADENTON, FL 34203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.1831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Bertin Candido**
**3460 Newton Ave**
**San Diego, CA 92113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Bertino Diaz**
**12561equestrian cir apt.815**
**Fort Myers, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Bessy Martinez Garcia**
**5311 HUNTINGTON DR N**
**APT 27**
**LOS ANGELES, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Bethany Hernandez**
**2607 East Villa Rita Drive**
**Phoenix, AZ 85032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Bethany Hodges**
**605 S NORTHLAKE BLVD**
**84**
**ALTAMONTE SPRINGS, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Bethany philippe**
**23560 WALDEN CENTER DRIVE**
**309**
**ESTERO, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Betsa Corzo**
**1432 COUNTRYWOOD AVE**
**62**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Betsabe Green**
**535 W Leah Ave**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Betty Cox**<br>**650 Whitney Ranch Drive**<br>**Apt 1611**<br>**Henderson, NV 89014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Betty Gonzalez**<br>**759 94TH AVE**<br>**NAPLES, FL 34108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Betty Rieder**<br>**10675 SEMINOLE BLVD**<br>**27**<br>**LARGO, FL 33778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Beverly Ajanel**<br>**631 Lemon Ave**<br>**Vista, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Beverly Enoch**
**1339 KNOX COURT**
**DENVER, CO 80204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Beverly Llonillo**
**11435 HALLWOOD DRIVE**
**EL MONTE, CA 91732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Beverly Powell**
**12224 SE 101ST AVE**
**BELLEVIEW, FL 34420**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Beyra Bautista Garcia**
**12531 E HUNTSMAN AVE**
**SELMA, CA 93662**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Alanis**
**5217 Jewel Canyon Drive**
**LAS VEGAS, NV 89122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Bennett**
**1233 W.VALLEY VIEW DRIVE**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Bianca F.  Mendiola-mares**
**1028 SNOW LANE**
**PLACENTIA, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Gutierrez**
**2730 JOSEPH AVE**
**APT. 2**
**CAMPBELL, CA 95008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Mcchesney**
**722 1st Ct**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Mendiola**
**1028 SNOW LANE**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianca Valle**
**981 WHITNEY RANCH DR.**
**1022**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bianey Garcia**
**501 W. WOODCREST AVE.**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Bianey Lopez Gonzalez**<br>**5623 Harbinwood Dr**<br>**Norcross, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Bilhiigibaa Vigil**<br>**10404 CONDOR DR**<br>**ALBUQUERQUE, NM 87114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Bill Amodeo**<br>**333 AVENIDA LA CUESTA**<br>**SAN MARCOS, CA 92078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Billie Jo Austin**<br>**6401 S.MANHATTAN  AVE**<br>**TAMPA, FL 33616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Billy galvez**
**125 NORTH WOOOD DR**
**433**
**SANDY SPRINGS, GA 30342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Billy Smith**
**7037 W Wanda Lynn Lane**
**Peoria, AZ 85382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Biorkys Melian**
**5718 N LINCOLN AVE APT. B**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bipana Chundali**
**11215 S WILCREST DR.**
**APT. 1305**
**HOUSTON, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Birhane Dadi**<br>**360 MERIDIAN AVE APT 211**<br>**SAN JOSE, CA 95126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bladimy Blanchard**<br>**1315 NW 6TH STR**<br>**BOCA RATON, FL 33486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Blaine Olivas**<br>**715 CANDELARIA**<br>**ALBUQUERQUE, NM 87120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$482.22** | **$482.22** |
|---|---|---|---|---|
| | **BLAINE OLIVAS**<br>**715 CANDELARIA**<br>**ALBUQUERQUE, NM 87120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1867** | Priority creditor's name and mailing address

**Blair Waldorf**
**1234 MAIN ST**
**1234 MAIN ST**
**DENVER, CO 80201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1868** | Priority creditor's name and mailing address

**Blaise Navarro**
**12741 LAUREL ST**
**56**
**LAKESIDE, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1869** | Priority creditor's name and mailing address

**Blake Baxter**
**2806 E 24th St**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1870** | Priority creditor's name and mailing address

**Blake Chapa**
**2501 Navarra Drive**
**116**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Eckerd**
**2524 WEST OAK AVENUE**
**FULLERTON, CA 92833**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$108.30** | **$108.30** |
|---|---|---|---|---|

**Blake G. Eckerd**
**2524 WEST OAK AVENUE**
**FULLERTON, CA 92833**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Ingram**
**129 OGDEN DR**
**OREGON CITY, OR 97045**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Lambright**
**2518 BLACKJACK OAK PLACE**
**THE WOODLANDS, TX 77380**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Regottaz**
**10906 CORTE MEJILLONES**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Sabins**
**9204 66TH N**
**PINELLAS PARK, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Sanford**
**1825 PARKERS RD**
**CONYERS, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blake Tipton**
**808 ESTANCIA**
**IRVINE, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Blanca Cardenas** | *Check all that apply.* |
|---|---|---|
| | **3604 BEYER BLVD** | ☐ Contingent |
| | **11-205** | ☐ Unliquidated |
| | **SAN YSIDRO, CA 92173** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Blanca Esquivel** | *Check all that apply.* |
|---|---|---|
| | **2525 W Lingan Lane** | ☐ Contingent |
| | **Santa Ana, CA 92704** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Blanca Gomez** | *Check all that apply.* |
|---|---|---|
| | **6880 Sw 19 Terr** | ☐ Contingent |
| | **Miami, FL 33155** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Blanca Gonzalez** | *Check all that apply.* |
|---|---|---|
| | **927 N Iowa Ave** | ☐ Contingent |
| | **Colton, CA 92324** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| 2.1883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Blanca Guzman**
**1505 wishing well way**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Blanca Izella Abitan**
**124 W COLORADO ST**
**401**
**GLENDALE, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Blanca Martinez**
**1109 1/2 S. Garfield Ave**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Blanca Maye**
**8737 Fletcher Parkway**
**Unit 466**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blanca medina**
**27 W 3RD ST**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blanca Prieto Lopez**
**5225 Trojan Ave.**
**#23**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blanca Sanchez Reyes**
**1527 MAXWELL LANE**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blas Ospina**
**5524 METROWEST BOULEVARD**
**103**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blas Ospina Gomez**
**5524 METROWEST BLVD**
**103**
**ORLANDO, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blayton Thompson**
**8101 RESEARCH FOREST DR.**
**APT. 3402**
**THE WOODLANDS, TX 77382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Blessyn Doyle**
**13651 E YALE AVE**
**UNIT C**
**AURORA, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Boaz Joseph**
**1200 WEST 34TH STREET**
**#2**
**RIVIERA BEACH, FL 33404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bobby Bell**
**619 E 13TH ST**
**231**
**UPLAND, CA 81786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bobby Bush**
**Po Box 1693**
**Glendale, CA 91209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bobby Hall**
**181 METROMONT ROAD**
**HIRAM, GA 30141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bobby Oliver**
**1000 E 7TH ST**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1899** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Bobby Parker**
**2810 thomas st**
**Apt B**
**Fort Myers, FL 33916**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1900** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Bobby Tyler Gladden**
**5901 Highview Dr**
**Mableton, GA 30126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1901** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Bobby Weeks**
**6 LAURENT**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1902** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Bologna Kenny**
**3227 FENELON**
**SAN DIEGO, CA 92106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

2.1903 | Priority creditor's name and mailing address
**Bonifacia Mora**
**1443 S 45th St.**
**#303**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1904 | Priority creditor's name and mailing address
**Bonnie Blackburn**
**4090 Thomas St**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1905 | Priority creditor's name and mailing address
**Bonnie HALL**
**12 JARDIN RD**
**LOS LUNAS, NM 87031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1906 | Priority creditor's name and mailing address
**BOONE COUNTY OCCUPATIONAL TAX**
**TAX ADMINISTRATOR**
**P.O. BOX 457**
**FLORENCE, KY 04102-2457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---------|---------|---------|---------|

**Boonmee Roberts**
**4840 S. PICADILLY COURT**
**AURORA, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---------|---------|---------|---------|

**Borys Montano**
**446 N. Wilson Ave**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---------|---------|---------|---------|

**Boston Quade**
**15155 SW WALKER ST**
**#A**
**BEAVERTON, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---------|---------|---------|---------|

**Boylad McCook**
**3260 E. COUNTY LINE ROAD**
**135**
**HIGHLANDS RANCH, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Braden Geeslin**
**6608 E GREEN RIVER DR**
**HIGHLANDS RANCH, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Altland**
**860 NORTH MCQUEEN RD**
**1205**
**CHANDLER, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Gedusky**
**11485 SW GREENBURG RD**
**#4**
**TIGARD, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley hale**
**4901 SAN MATEO LANE**
**22B**
**NEW MEXICO, MN 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**bradley harris**
**372 ANTERO DR**
**CANON CITY, CO 81212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Renaud**
**5315 ADAMS RD**
**DELRAY BEACH, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Sweeting**
**6321 50th Street**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Weis**
**1862 THIBODO RD.**
**206**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradley Wood**
**26180 Montolla Lane**
**Valencia, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1920 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bradly Weidner**
**55949 ONAGA TRAIL**
**YUCCA VALLEY, CA 92284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1921 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brady Burkett**
**1000 FARRAH LN**
**APT 232**
**HOUSTON, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1922 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Braiden Philpot**
**20400 SW MARTINAZZI AVE**
**15**
**TUALATIN, OR 97062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandace Jackson**
**5305 ASLIOMAR CT**
**UNION CITY, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1924 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandan Roldan**
**4525 RAINIER AVENUE**
**D**
**MISSION GORGE, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1925 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Branden Del Rio**
**5451 MILLENIA LAKES BLVD.**
**245**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1926 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Branden DeLaHoz**
**534 SW 1ST ST**
**BOYNTON BEACH, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1927** | Priority creditor's name and mailing address
**Brandi Allen**
**6038 GOLDEN DEWDROP TRL**
**WINDERMERE, FL 34786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1928** | Priority creditor's name and mailing address
**Brandi Dixon**
**4626 Byerle Circle**
**Tampa, FL 33634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1929** | Priority creditor's name and mailing address
**Brandi Garcia**
**10608 Warberry Court**
**Tampa, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1930** | Priority creditor's name and mailing address
**Brandi McGowan**
**428 3290 Bermuda Island**
**NAPLES, FL 32109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandi SCARAMELLA**
**2076 SEQUOIA CREST**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brando Monroy**
**14221 EDWARDS ST**
**101**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brando Ortiz**
**450 S. Valencia**
**APT G-2**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Aguilar**
**7150 Cerritos Ave**
**Apt D**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.1935 | Priority creditor's name and mailing address

**Brandon Alexander**
**52355 AVENIDA OBREGON**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.1936 | Priority creditor's name and mailing address

**Brandon Antone**
**3519 N. Los Altos Ave**
**#7**
**Tucson, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.1937 | Priority creditor's name and mailing address

**Brandon Armstrong**
**1450 NW 28TH AVE**
**NA**
**CAMAS, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.1938 | Priority creditor's name and mailing address

**Brandon Atwell**
**8409TITKOS DR**
**301**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| | | |
|---|---|---|
| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.1939** Priority creditor's name and mailing address
**Brandon Booker**
**797 TEAGUE TRAIL**
**12305**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1940** Priority creditor's name and mailing address
**Brandon Boyd**
**6698 PEACHTREE INDUSTRIAL**
**BLVD**
**#D**
**ATLANTA, GA 30360**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1941** Priority creditor's name and mailing address
**Brandon Bryant**
**1620 CREST AVE**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1942** Priority creditor's name and mailing address
**Brandon Castorena**
**17331 CALGARY AVE**
**YORBA LINDA, CA 92886**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brandon Christensen**<br>**13341 ALDRIN AVE**<br>**POWAY, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brandon Davis**<br>**6 EDGE WOOD COURT**<br>**NA**<br>**ALISO VIEJO, CA 92656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brandon Domagas**<br>**124 JASPER HILL COURT**<br>**SAN RAMON, CA 94582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brandon Eng**<br>**11642 DORAL AVENUE**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)　**20-02477-LA7**

| | |
|---|---|
| 2.1947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**2.1947** Priority creditor's name and mailing address
**Brandon Enriquez**
**25195 LUNA BONITA DR**
**LAGUNA HILLS, CA 92653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1948** Priority creditor's name and mailing address
**Brandon Esnault**
**14005 E. UTAH CIRCLE**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1949** Priority creditor's name and mailing address
**Brandon frailey**
**15849 MARCELLO CIR**
**NORTH NAPLES, FL 34110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1950** Priority creditor's name and mailing address
**Brandon Friesen**
**10150 SW 153RD AVE**
**BEAVERTON, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Gannon**
**14365 SW FANNO CREEK LP**
**TIGARD, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Greenberg**
**10736 HOBBIT CIRCLE**
**304**
**ORLANDO, FL 32836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Guzman**
**2779 MCALLISTER ST**
**RIVERSIDE, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Hargis**
**903 BELLECOUR WAY**
**903**
**LAKE FOREST, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1955** Priority creditor's name and mailing address

**Brandon Herrera**
**9225 Stuart St.**
**Westminster, CO 80031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1956** Priority creditor's name and mailing address

**Brandon Herrera**
**9225 Stuart St.**
**Westminster, CO 80031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$80.18**    **$80.18**

---

**2.1957** Priority creditor's name and mailing address

**Brandon Horan**
**7137 E. Bluebird Lane**
**Paradise Valley, AZ 85253**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1958** Priority creditor's name and mailing address

**Brandon Horan**
**7137 E. Bluebird Lane**
**Paradise Valley, AZ 85253**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$445.06**    **$445.06**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brandon Johnson** | Check all that apply. | | |
| | **18540 SW BOONES FERRY RD** | ☐ Contingent | | |
| | **APT F7** | ☐ Unliquidated | | |
| | **TUALATIN, OR 97062** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brandon Johnson** | Check all that apply. | | |
| | **1818 MERRY PLACE DR.** | ☐ Contingent | | |
| | **206** | ☐ Unliquidated | | |
| | **WEST PALM BEACH, FL 33407** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brandon Knight** | Check all that apply. | | |
| | **1104 16TH AVE NW** | ☐ Contingent | | |
| | **CLEARWTER, FL 33756** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brandon Lopez** | Check all that apply. | | |
| | **2346 Mountain View Rd** | ☐ Contingent | | |
| | **El Monte, CA 91733** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

**2.1963** | Priority creditor's name and mailing address

**Brandon Luna**
**318S HAMBELDON AVE.**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1964** | Priority creditor's name and mailing address

**Brandon Martinez**
**2306 EL MOLINO CIR**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1965** | Priority creditor's name and mailing address

**Brandon Martinez**
**1314 6TH AVE.**
**LOS ANGELES, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1966** | Priority creditor's name and mailing address

**Brandon McCormack**
**15421 58TH ST N**
**CLEARWATER, FL 33760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Mccullor**
**11239 Sw 220 Street**
**Cutler Ridge, FL 33170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Medrano**
**5541 E. TULARE AVE SPC 74**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Mendoza**
**4013 W. Navajo Dr.**
**Phoenix, AZ 85051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Miller**
**1855 9TH STREET**
**109**
**SANTA MONICA, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|-------------------------|------------------|
| | Name | | |

---

**2.1971** | Priority creditor's name and mailing address

**Brandon Minton**
**81 West 48th Street**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1972** | Priority creditor's name and mailing address

**Brandon Morales**
**269 Elder Ave**
**Apt B**
**Imperial Beach, CA 91932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1973** | Priority creditor's name and mailing address

**Brandon Murillo**
**11018 WEST HONDO PARK WAY**
**13**
**TEMPLE CITY, CA 91780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1974** | Priority creditor's name and mailing address

**Brandon Murphy**
**17121 ALTADENA DR**
**B**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1975** Priority creditor's name and mailing address
**Brandon Rivera**
**2117 N TERI PL UNIT B**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1976** Priority creditor's name and mailing address
**Brandon Silva**
**1201 Scott Ave 126**
**Clovis, CA 93612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1977** Priority creditor's name and mailing address
**BRANDON SMITH**
**515 SEASONS PARKWAY**
**515**
**NORCOSS, GA 30093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1978** Priority creditor's name and mailing address
**Brandon Soriano**
**1209 AYALA DR**
**#6**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Standifer**
**3191 CHRISTOPHERS BEND**
**ELLENWOOD, GA 30294**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Sterling**
**5320 S. ELATI ST.**
**#2**
**LITTLETON, CO 80120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Taylor**
**2825 COLUMBINE ST.**
**SAN DIEGO, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Theodoris**
**1016 ACROFT AVE**
**LEHIGH ACRES, FL 33971**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Torres**
**P O BOX 2133**
**RAMONA, CA 92065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Vail**
**10055 E MOUNTAIN VIEW LAKE**
**DR**
**1020**
**SCOTTSDALE, AZ 85258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Valdivia**
**14930 SW 82 TERRACE**
**APT 505**
**MIAMI, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Vasquez**
**20815 NW 2ND ST**
**PEMBROKE PINES, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Ware**
**17165 CHASTSWORTH ST**
**104**
**GRANADA HILLS, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandon Williams**
**3103 DOOLITTLE AVE**
**ARCADIA, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandy Howell**
**5 Spring Lane Way**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandy Johnson**
**5733 Harding St**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandy Pace**
**36342 W SPRING LAKE BLVD**
**FRUITLAND PARK, FL 34731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brandy Prestridge**
**p.o.box 1084**
**unadilla, GA 31091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Braulio Garcia Hernandez**
**16141 WEDGEWORTH DR**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**bravo gabriel**
**16640 ORIZABA**
**PARAMOUNT, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayam Hernandez**
**379 CALLE MONTECITO**
**OCEANSIDE, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayan Bojorquez**
**327 E 1ST AVE**
**LA HABRA, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BRAYAN LOPEZ MARTINEZ**
**14712 CARFAX DR.**
**#C**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayan Quinones**
**1495 ARTHUR NEAL CT**
**LEMON GROVE, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayden Diver**
**8606 STONESIDE DRIVE**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayden Greer**
**11767 WEST COAL MINE DRIVE**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brayden Newkirk**
**8481 S UPHAM WAY**
**LITTLETON, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brdyant Callejas**
**29180 STONEWWOD RD**
**25**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breah Goree**
**206 NE 126TH AVE**
**C21**
**VANCOUVER, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Coleman**
**501 DOWNSBY LN**
**113**
**WOODSTOCK, GA 30189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Gonzalez**
**521 1/2 RUSSELL AVE.**
**MONTEREY PARK, CA 91755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Halsey**
**9190 E OLD SPANISH TRAIL**
**3207**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Magill**
**2707 LINCOLN STREET**
**12**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Pimentel**
**2421 Foothill Blvd**
**La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Robertson**
**5077 NEW ENGLAND CT**
**SAN JOSE, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna Searcey Green**
**2108 BAVINGTON DR**
**APT D**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanne Holmes**
**2516 W FLETCHER AVE**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breasia Linton-Jamerson**
**130 W GUADALUPE RD**
**2045**
**GILBERT, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breauna johnson-hicks**
**2003 E BERMUDA DUNES CT**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breeanna bettis**
**8431 TURNPIKE DR.**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breena Conroy**
**8306 STANSBURY ST**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brejea Wrigley**
**3341 E SHEFFIELD RD**
**GILBERT, AZ 85296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Bracamontes**
**732 Panhandle Dr.**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Caballero**
**302 N LOUISE ST**
**APT 12**
**GLENDALE, CA 91206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Carnes**
**13015 HAAS ST**
**GRADENA, CA 90249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Del Real**
**426 PALM PL**
**POMONA, CA 91767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Jones**
**5601 W MISSOURI AVENUE**
**31**
**GLENDALE, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Luna**
**3013 W LAS PALMARITAS DR.**
**PHOENIX, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)  **20-02477-LA7**

| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Mercado**
**252 W HARDER RD**
**HAYWARD, CA 94544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Mora Sanchez**
**28188 MOULTON PKWY**
**511**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Ramirez Torres**
**3661 PEACOCK CT APT**
**12**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Ramos**
**1740 W. NEIGHBORS**
**#2**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Reyes**
**3875 DARWIN AVENUE**
**SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Rodriguez**
**27208 CABRERA AVE**
**SANTA CLARITA, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Todd**
**2570 Se 49th Ave.**
**Hillsboro, OR 97123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$233.65** | **$233.65** |
|---|---|---|---|---|

**Brenda Todd**
**2570 Se 49th Ave.**
**Hillsboro, OR 97123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Venegas**
**8607 LEAWOOD BLVD**
**HOUSTON, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenda Walker**
**10724 HOBBIT CIR**
**APT 304**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Chan**
**40205 ANTIGUA ROSE TERRACE**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Choi**
**11 Rue Due Parc**
**Foothill Ranch, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Kligerman**
**3440 PRIMROSE WAY**
**PALM HARBOR, FL 34683**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Lee**
**946 CORIOLANUS DRIVE**
**MONTEREY PARK, CA 91755**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Murdoch**
**1141 SE 86TH AVE**
**PORTLAND, OR 97216**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendan Thompson**
**10933 LINDLEY AVE.**
**GRANADA HILLS, CA 91344**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendanett Shepard**
**1113 JAMACHA LN**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenden Polar**
**9871 WINDSOR AVE**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brendon Sambrano**
**4201 BRYN MAWR DR NE**
**C 310**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breneshia Williams Gordon**
**1306 LOUIS CT**
**EUSTIS, FL 32726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenna Milligan**
**16159 MOUNTAIN BLUEBIRD WAY**
**MORRISON, CO 80465**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brenna Reed**
**1250 american pacific dr**
**apt #324**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brennan Porter**
**8800 SE CAUSEY LOOP**
**K204**
**HAPPY VALLEY, OR 97086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brennan Wells**
**14412 ACACIA DRIVE**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 512 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brent Beavers**
**641 105TH AVE**
**NAPLES, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brent Mccart**
**222 GRAMMAR RD**
**HOUSTON, TX 77047**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breonna Coleman**
**6838 Dakota Ave**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breonna hartz**
**245 JUNCTION AVE**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breslin Tully**
**25926 S GRAPEFRUIT DR**
**QUEEN CREEK, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Ahlborn**
**1137 Via Granada**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Asbury**
**2768 Ariane Dr**
**Unit # 95**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Berg**
**6624 BURNINGWOOD DR**
**167**
**BOCA RATON, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.51** | **$44.51** |
|---|---|---|---|---|
| | **Brian C. Yee**<br>**929 Watercress Lane**<br>**Walnut, CA 91789** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Call**<br>**8525 Glenhaven St.**<br>**#J**<br>**San Diego, CA 92123** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Chung**<br>**3415 W 190th St**<br>**Apt #C**<br>**Torrance, CA 90504** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Conrad**<br>**3554 BALI ST**<br>**SARASOTA, FL 34232** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| | | | |
|---|---|---|---|
| **2.2059** | Priority creditor's name and mailing address<br>**Brian Copeland**<br>**138 MALVERN AV**<br>**C**<br>**FULLERTON, CA 92832** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| **2.2060** | Priority creditor's name and mailing address<br>**Brian Dallas**<br>**159 NE 5TH AVE**<br>**HILLSBORO, OR 97124** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| **2.2061** | Priority creditor's name and mailing address<br>**Brian Dandridge**<br>**4414 CATALPA CT.**<br>**SAN RAMON, CA 94523** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| **2.2062** | Priority creditor's name and mailing address<br>**Brian Delgado Garcia**<br>**1265 S. PARCELS ST.**<br>**POMONA, CA 91766** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Elder**
**1664 S Blackhawk Way**
**Aurora, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Espinoza**
**820 Sycamore Ave**
**Apt# 138**
**Vista, CA 92081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Gamez**
**14329 BEAVER STREET**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Glick**
**2241 MILL TERRACE**
**SARASOTA, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Hernandez**
**14072 SPRINGDALE ST**
**#B**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Hernandez**
**1702 SHERMAN**
**1**
**LONG BEACH, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Herrera**
**1517 1/2 S. ARDMORE AVE.**
**LOS ANGELES, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Hinton**
**1911 Prairie Sage Trail**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Hug**<br>**21667 SW DAKOTA CIR.**<br>**TUALUTIN, OR 97062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Hunt**<br>**1407 Laurel Ave**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Hunter**<br>**221 Railroad St**<br>**Ruffs Dale, PA 15679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Brian Laraleon**<br>**1919 Tracy Ct**<br>**Modesto, CA 95350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Lewis**
**8420 W Riggs Dr**
**Odessa, TX 79764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Macdonald**
**520 LAKE CHARLES**
**HAINES CITY, FL 33837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Mitchell Jr**
**1008 JANETTE ST**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Ortiz-molina**
**311 Monceaux Rd**
**West Palm Beach, FL 33405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Penilla**
**18651 VANTAGE POINTE DR**
**ROWLAND HEIGHTS, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Pham**
**44304 AVENIDA SUAREZ**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Pineda**
**729 RALEIGH ST**
**205**
**GLENDALE, CA 91205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Piowaty**
**10316 111TH PLACE N.**
**LARGO, FL 33773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Brian Ramos** **7131 CENTRAL AVE** **#B** **LEMON GROVE, CA 91945** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **BRIAN RUBIO** **2001 OLYMPIC BLVD** **119** **SANTA MONICA, CA 90404** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Brian Sanchez** **4149 CENTRAL AVE** **12** **SAN DIEGO, CA 92105** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Brian Sanchez** **1204 W Valencia Dr** **Fullerton, CA 92833** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|------|
| | Name | | | |

---

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|------|------|------|------|

**Brian Segura**
**2785 Estara Ave**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|------|------|------|------|

**Brian Sinclair**
**14692 NW CORNELL RD**
**117**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|------|------|------|------|

**Brian Suarez**
**741 Avenida Cordorniz**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|------|------|------|------|

**Brian Willett**
**204S SATURN AVE**
**CLEARWATER, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Woods**
**2591ETHERIDGE DR**
**A 409**
**ATLANTA, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brian Yee**
**929 Watercress Lane**
**Walnut, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briana Brewster**
**9761 5TH ST**
**TUCSON, AZ 85748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briana Campos-Ordaz**
**900 HENDERSON AVE**
**24**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Briana Demma
24 EMERALD CT
OCALA, FL 34472

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Briana Fimbres
4211 EAST 24TH STREET
4211
TUCSON, AZ 85711

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Briana Galaviz
8220 CAMINO DEL VENADO
ALBUQUERQUE, NM 87120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$241.68** | **$241.68** |
|---|---|---|---|---|

Briana N.  Campos-Ordaz
900 HENDERSON AVE
24
SUNNYVALE, CA 94086

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briana Ortiz**
**1340 Hollister St**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briana Soto**
**8444 1/2 Miguel Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briana Zavala**
**314 11TH AVE EAST**
**BRADENTON, FL 34208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianey Cecenas**
**14003 E TEMPLE DR**
**APT 1021**
**AURORA, CO 80015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BRIANNA AUGUSTINE**
**4563 TRAILS DR.**
**SARASOTA, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Barrett**
**845 SAN VERON AVENUE**
**845**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Bothne**
**3341 E. WOODLAND DR.**
**PHOENIX, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Cannon**
**30069 MILANO RD**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Constancio**
**2273 CECIL AVE**
**SAN JOSE, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Desravines**
**4391 17TH AVENUE SW**
**NAPLES, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Duran-Santa**
**16301 SW 77TH TERRACE**
**MIAMI, FL 33193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Flores-Del Rio**
**3464 BOND STREET**
**SAN BERNARDINO, CA 92405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Fogarty**
**12903 49TH LN E**
**PARRISH, FL 34219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Ford**
**32217 JEAN DR**
**UNION CITY, CA 94587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Franklin**
**734 OAK RIDGE GROVE CIRCLE**
**SPRING, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Harder**
**4570 Sparwood Dr**
**Las Vegas, NV 89147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.2115** Priority creditor's name and mailing address

**Brianna Hernandez**
**642 CLINTWOOD AVE**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2116** Priority creditor's name and mailing address

**Brianna Mitchell**
**1440 MONTEEL DR**
**ATLANTA, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2117** Priority creditor's name and mailing address

**Brianna Mora Sanchez**
**28188 MOULTON PKWY**
**511**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2118** Priority creditor's name and mailing address

**Brianna Moreno**
**28075 VALCOUR**
**CANYON COUNTRY, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Nava**
**565 W BROADWAY**
**APT.B**
**SAN GABRIEL, CA 91776**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Newman**
**3610 GUARDSMAN LN**
**NORTH LAS VEGAS, NV 89032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.74** | **$35.74** |
|---|---|---|---|---|

**Brianna Newman**
**3610 GUARDSMAN LN**
**NORTH LAS VEGAS, NV 89032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brianna Perez**
**2147 DEL MONTE AVE**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brianna Serrano**<br>**18008 N 2ND DR**<br>**PHOENIX, AZ 85023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brianna Thomas**<br>**12527 RIDGE RD**<br>**LARGO, FL 33778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brianna Valenzuela**<br>**7335 WILLIAMSBURG**<br>**ALBUQURQUE, NM 87114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brianna White**<br>**1927 E HAMPTON AVE**<br>**264**<br>**MESA, AZ 85204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briauna Koczor**
**539 S APACHE DR**
**CHANDLER, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briaynn Perry**
**2278 Ridge Trails Court**
**Lithonia, GA 30058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$150.79** | **$150.79** |
|---|---|---|---|---|

**Briceida A.  Mendoza**
**14724 CHADRON AVE**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briceida Mendoza**
**14724 CHADRON AVE**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bridget Carson**
**3631 W. TULSA STREET**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bridgette Morales**
**2660 2nd Street NE**
**NAPLES, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bridgette O'Nan**
**1575 Oak Dr**
**APT #V-8**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.59** | **$9.59** |
|---|---|---|---|---|

**Bridgette Onan**
**1575 Oak Dr**
**APT #V-8**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brieana Thomas**
**8033 RAMONA AVE**
**APT 10C**
**RANCHO CUCAMONGA, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brien newman**
**7260 S LAS VEGAS BLVD**
**323**
**LAS VEGAS, NV 89119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brighid Traugutt**
**6904 74TH STREET CIRCLE EAST**
**BRADENTON, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brigitte Doan**
**8812 WILLIAMSBURG AVE**
**WESTMINSTER, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brion Wimberly**
**5524 NW 54TH CIRCLE**
**COCONUT CREEK, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briona Olson**
**16020 DAWNVIEW DR.**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brionna Bender**
**510 Thomas Ave**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briseida Acosta**
**2043 N 51ST DR**
**PHOENIX, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Britney Avila**
**3547 WEST 190TH ST**
**9**
**TORRANCE, CA 90504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2144 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Britney Deberry**
**4500 2ND ST**
**ALBUQUERQUE, NM 87105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2145 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Britney Love**
**7255 SEQUOIA SPRINGS DR**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2146 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Britney Nguyen**
**13621 ERIN STREET**
**GARDEN GROVE, CA 92844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Britney Watson**
**3842 MT ARIANE DR**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittani Dewgard**
**16566 E WESLEY AVE**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittani Mcchesney**
**722 1st Court**
**Palm Harbor, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittani Sargent**
**10800 KIPP WAY DR.**
**205**
**HOUSTON, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.2151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Brittany Allen**
**12700 Stafford rd.**
**#224**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Brittany Byrd**
**6881 Campus Drive**
**A**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Brittany Englert**
**314 Marigold Circle**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Brittany Harris**
**4021 Mississippi Street**
**9**
**SAN DIEGO, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Lam**
**3790 TIVERTON DRIVE**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Lane**
**311 MONCEAUX RD**
**West Palm Beach, FL 33405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Rees**
**82080 CORTA HERRERA**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Russell**
**20041 OSTERMAN RD**
**V16**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Seary**
**11300 121ST TERR. N**
**LARGO, FL 33778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Sherlock**
**4297 Sw 48th Ct**
**Fort Lauderdale, FL 33314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany sias**
**2474 PACHECO ST.**
**CONCORD, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Tate**
**6030 MEDICI COURT**
**APT 202**
**SARASOTA, FL 34243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Tibbits**
**4701 IRVING BLVD NW**
**1012**
**ALBUQUERQUE, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittany Zelenka**
**849 ELM DR**
**RODEO, CA 94572**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BRITTENY SCELLATO**
**7460 TULARE HILL LANE**
**SAN JOSE, CA 95139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brittney Collier**
**896 West Country View**
**La Habra, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Brittney Glaspie**
**425 EAST SANTA FE AVE**
**16B**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.2168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Brittney Horn**
**4016 LASSEN CRT**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.2169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Brittney Willis**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.2170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Brittnie Smith**
**2017 NORMANDY CIRLCE**
**WEST PALM BEACH, FL 33409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briyana Zackary**
**1139 GREEN MEADOW COURT**
**ACWORTH, GA 30102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$201.60** | **$201.60** |
|---|---|---|---|---|

**Briyana Zackary**
**1139 GREEN MEADOW COURT**
**ACWORTH, GA 30102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briza Martinez**
**954 HENDERSON AVE**
**85**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Briza Salinas**
**1931 WEST SAINT ANNE PL**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brodianna Williams**
**5606 HICKORY FOREST DR**
**HOUSTON, TX 77088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brody Cardinez**
**17320 EUCLID ST**
**J**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brody Kennedy**
**28139 Valerio Ct**
**Valencia, CA 91354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brody Trudell**
**1505 Ohio Avenue**
**Dunedin, FL 34698**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bronson Rivas**
**12804 DAIRY BROOK DR**
**HOUSTON, TX 77099**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bronwyn Lake**
**11778SE 48TH AVE**
**MILWAUKIE, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brooke Gilboe**
**13610 MARSH HARBOR PL**
**TAMPA, FL 33613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brooke Hales**
**2226 Branch Hill Street**
**Tampa, FL 33612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Brooke Luker**<br>**6507 MCNUTT WAY**<br>**CYPRESS, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Brooke Robinson**<br>**2940 SETTING SUN**<br>**LAS VEGAS, NV 89117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Brookelyn Dunn**<br>**2730 E VERMONT DR**<br>**GILBERT, AZ 85295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Brooklyn King-Bussey**<br>**5745 N 13TH PL**<br>**PHOENIX, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brooklyne Mulholland**
**1101 N GILBERT RD**
**110**
**GILBERT, AZ 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BROWARD COUNTY TAX**
**COLLECTOR**
**115 S ANDREWS AVE #A100**
**FORT LAUDERDALE, FL**
**33301-1895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Brown David**
**6936 ARROWHEAD AVE**
**HIGHLAND, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bruce Eckenrode**
**1065 JODI RIDGE CT**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bruce Gonzalez**
**825 7TH AVE**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bruce Leiva**
**240 ORTEGA AVENUE**
**#6**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bruce Peavey**
**2264 Miramar Drive**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Aguilar**
**2040 Canyon Dr**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Arteaga-Castaneda**
**297 W KIRKWALL RD**
**AZUSA, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Avila**
**2803 Nakomis Dr Ne**
**Albuquerque, NM 87112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Bonilla**
**12614 LADY SLIPPER RD**
**HOUSTON, TX 77038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Butterstein**
**2550 landsdowne drive**
**Canton, GA 30115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Bryan Catalan**
**45538 PICKFORD AVE**
**LANCASTER, CA 93534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Bryan Chavez**
**1251 W MCKINLEY AVE**
**A**
**SUNNYVALE, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Bryan Cumpston**
**515 60TH AVE DR E**
**BRADENTON, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Bryan Diaz**
**12172 W. EDINGER AVE**
**101**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Dixon**
**4626 BYERLE CIRCLE**
**TAMPA, FL 33634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Garcia**
**1364 FREMONT ST**
**ANAHEIM, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Gaytan**
**2128 UNEVERSITY DR**
**D7**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Gonzalez**
**2456 CASTLEMONT COURT**
**SIMI VALLEY, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Hart**
**9112 SW 142ND PATH**
**KENDALL, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Hernandez**
**285 W SAN MARCOS BLVD**
**APT 8**
**SAN MARCOS, CA 92069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Houser**
**3005 Highlands Blvd**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Kim**
**4516 Yosemite Way**
**Los Angeles, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Leonard**
**963 MELLER WAY**
**ORLANDO, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Lyons**
**2513 CAMARA CIR**
**H**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Munoz**
**8202SHERIDAN BLVD**
**1904**
**WESTMINSTER, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Rivera**
**10189 SINGLETON RD**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryan Stein**
**1202 PADGETT CIRCLE**
**LADY LAKE, FL 32159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BRYAN TAYLOR**
**1314 SW 23RD AVE**
**FORT LAUDERDALE, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryand Severich**
**478 Van Houten Apt# 78**
**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryanna Flanagan**
**1631 AVENIDA ANDANTE**
**OCEANSIDE, CA 92056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2219**

Priority creditor's name and mailing address

**Bryanna Fredericks**
**22367 QUAIL RUN DRIVE**
**PARKER, CO 80138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2220**

Priority creditor's name and mailing address

**Bryanna Neals**
**6316 GATEWAY AVE**
**SARASOTA, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2221**

Priority creditor's name and mailing address

**Bryanna Quiroz avila**
**68870 EAST COUNTY ROAD 38**
**BYERS, CO 80103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2222**

Priority creditor's name and mailing address

**Bryanna Smith**
**1469 San Bernardino Road**
**Apt B**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Bryant Berry** **1318 RAINTREE BEND** **103** **CLERMONT, FL 34714** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Bryant Romero** **5503 BALT CT** **FREMONT, CA 94538** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Bryce Mccarthy** **933 Moscato Pl** **Palm Harbor, FL 34683** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Bryce Nixon** **81 Rue Monet** **Foothill Ranch, CA 92610** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Bryce Smith**<br>**1524 W. 206 ST.**<br>**6**<br>**TORRANCE, CA 90501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.2228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Bryshaunt Williams**<br>**4604 CYPRESSWOOD DR**<br>**1101**<br>**SPRING, TX 77379** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.2229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Bryson Cole**<br>**601 E BIRCH ST #K**<br>**BREA, CA 92821** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.2230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Bryson watts**<br>**9900 SPAIN RD**<br>**H2041**<br>**ALBUQUERQUE, NM 87111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryttney Alexis**
**4561 S KIRMAN RD.**
**APT 6**
**ORLANDO, FL 32811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bryviin Lawhorn**
**438 EDGEWOOD AVENUE**
**ATLANTA, GA 30312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bulmaro Roman**
**1206 N 41 St**
**Phoenix, AZ 85008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Burlon Edison**
**909 W JACKSON ST**
**RIALTO, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Bushra Zora**
**434 S. Mollison Ave**
**#24**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Byron beltran**
**24072 HOLLYOAK**
**APT 19 H**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Byron Carteze**
**15389 Ceres Ave**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**C sar Santamar a**
**13841 TUSTIN EAST DR**
**APT 9**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CA DEPT OF MOTOR VEHICLES**
**ACCT PROCESSIN**
**PO BOX 944234**
**MAIL STATION H221**
**SACRAMENTO, CA 94244-2310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CA DEPT OF TAX AND FEE**
**ADMIN.**
**PO BOX 942879**
**SACRAMENTO, CA 94279-0088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CA SDU NSF**
**PO BOX 980220**
**W SACRAMENTO, CA 95798-0220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CA-EDD**
**P.O. BOX 826276**
**SACRAMENTO, CA 94230-6276**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.2243 | Priority creditor's name and mailing address

**CA. ENVIRON. PROTECTION AGENCY**
**PO BOX 1436**
**1001 I ST  FLOOR 20**
**SACRAMENTO, CA 95812-1436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.2244 | Priority creditor's name and mailing address

**Cache Johnson**
**11423 ROYAL PALM**
**CORAL SPRINGS BLVD, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.2245 | Priority creditor's name and mailing address

**Cade Lampp**
**330 GRAND REGENCY BLVD 201**
**BRANDON, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.2246 | Priority creditor's name and mailing address

**Cade Siegrist**
**17320 Euclid St.**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cadeau Igunzi**
**1210 S TURQUOISE VISTA**
**768**
**TUCSON, AZ 85710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caden Tharpe**
**6716 GRAND ESTUARY TRAIL**
**UNIT 103**
**BRADENTON, FL 34212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caelyn Parker**
**856 NE 69TH AVE**
**HILLSBORO, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Caisen E.  Houston**
**17241 EASTVIEW DR.**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caisen Houston**
**17241 EASTVIEW DR.**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlin Murata**
**7895 MONACO BAY CT**
**LAS VEGAS, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlin Smith**
**8995 ROSWELL ROAD**
**SANDY SPRINGS, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlin Tribble**
**3602 22ND AVE W**
**BRADENTON, FL 34205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlyn Coleman**
**10721 DEEPBROOK DRIVE**
**RIVERVIEW, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlyn Connolly**
**10468 124TH TER**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlyn Pratte**
**9730 WALNUT ST**
**BELLFLOWER, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caitlyn Wyche**
**1119 Bolton Dr.**
**Missouri City, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CAL/OSHA**
**PO BOX 420603**
**SAN FRANCISCO, CA 94142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caleah Sajonas**
**1020 Orangewood Drive**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caleb Bostic**
**687 ROYALTY COURT**
**#B**
**POINCIANA, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caleb Fields**
**424 N WILSON AVE**
**APT 4**
**PASADENA, CA 91106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Caleb Herford**<br>**11050 SW GAARDE ST.**<br>**15**<br>**TIGARD, OR 97224** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Caleb Kobriger**<br>**534 E. 7TH AVE.**<br>**ESCONDIDO, CA 92025** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Caleb Vogt**<br>**9136 W. NAPLES DRIVE**<br>**LAS VEGAS, NV 89147** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Caleb White**<br>**26242 Country Glen**<br>**Lake Forest, CA 92630** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)   **20-02477-LA7**

| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cali Robinson**
**2940 SETTING SUN ST**
**LAS VEGAS, NV 89117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calib Young**
**23450 NEWHALL AVE**
**#3**
**NEWHALL, CA 91321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CALIFORNIA DEPARTMENT OF**
**ALCOHOLIC BEVERAGE**
**CONTROL**
**3927 LENNANE DR SUITE 100**
**SACRAMENTO, CA 95834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CALIFORNIA DEPARTMENT OF**
**ALCOHOLIC BEVERAGE**
**CONTROL**
**570 RANCHEROS DRIVE STE 240**
**SAN DIEGO, CA 92069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **CALIFORNIA DEPT OF PUBLIC HEALTH**<br>**FOOD & DRUG BRANCH - CASHIER**<br>**PO BOX 997435 MS-7602**<br>**SACRAMENTO, CA 95899-7435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **CALIFORNIA EDD**<br>**P.O. BOX 826847**<br>**SACRAMENTO, CA 94230-6276** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **CALIFORNIA STATE CONTROLLER**<br>**STATE OF CALIFORNIA**<br>**UNCLAIMED PROP. P.O. BOX 942**<br>**SACRAMENTO, CA 94250-5873** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **CALIFORNIA STATE CONTROLLER**<br>**1500-11TH STREET**<br>**SACRAMENTO, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CALIFORNIA STATE
DISBURSEMENT UNIT
PO BOX 989067
WEST SCARAMENTO, CA 95798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calisa Maxena
4390 Nw 36th St.
Lauderdale Lakes, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calisha Warner
2450 W PECOS RD
2138
CHANDLER, AZ 85224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calista Henry
6405 E JENSEN
MESA, AZ 85205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calista Magana**
**38618 20TH E.**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calum Sutton**
**2260 PINE FOREST CT**
**LAS VEGAS, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Aurelio**
**30001 GOLDEN LANTERN**
**APT. 70**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Gousman**
**12312 SHERMAN WAY**
**NORTH HOLLYWOOD, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Harmon**
**8819 Ne 15th Ave**
**Apt. A**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Harris**
**253 Burbank Dr. NW**
**Atlana, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Ingram**
**2384 21ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Calvin Nakamoto**
**2239 ANNADEL AVE**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Camary Green**
**219 GROVE PLACE**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Camelia Diaz**
**39295 Camino las Positas**
**Murrieta, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Camerin Nestor**
**9414 W Monroe St**
**Peoria, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Cameron Brown**
**2232 Saint Claire Ct**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.2291** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Clark**
**1170 NW Riverview Ave**
**GRESHAM, OR 97030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2292** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Clark Chambliss**
**22745 VAN BUREN ST**
**GRAND TERRACE, CA 92313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2293** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Cleland**
**1007 Beaver Drive**
**Tarpon Springs, FL 34689**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2294** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Conway**
**7 Twilight Glen**
**Spring, TX 77381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Dean**
**9532 WEST ATHENS LANE**
**LITTLETON, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Herring**
**10271 129TH TERRACE**
**LARGO, FL 33773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Joh**
**19381 HERITAGE PL**
**ROWLAND HEIGHTS, CA 91748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Johnson**
**633 F STREET**
**MARTINEZ, CA 94553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron juhas**
**456 POINTE DRIVE**
**456**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Lawerence**
**45480 SHEEPS FOOT ROAD**
**AGUANGA, CA 92536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Lems**
**26922 PALACETE DR.**
**VALENCIA, CA 91354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Loveday**
**21141 CANADA ROAD**
**14H**
**LAKE FOREST, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)  **20-02477-LA7**
_____

| | | | |
|---|---|---|---|
| **2.2303** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Cameron Matz**<br>**12021 SKYLINE RD NE**<br>**104**<br>**ALBUQUERQUE, NM 87116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2304** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Cameron Merten**<br>**82858 MOUNT RILEY DR**<br>**INDIO, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2305** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Cameron Parker**<br>**7865 WEST ONTARIO PLACE**<br>**LITTLETON, CO 80128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2306** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Cameron Pimentel**<br>**11089 Ice Skate Pl.**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

**2.2307** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Ramirez**
**1062 CARSON AVENUE**
**CLOVIS, CA 93611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2308** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Ramos**
**18720 Caminito Cantilina**
**San Diego, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2309** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Cameron Spiller**
**3240 Prince Circle**
**Broomfield, CO 80020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2310** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2.04** | **$2.04**

**Cameron Spiller**
**3240 Prince Circle**
**Broomfield, CO 80020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Westerman**
**2821 Brookwest Drive**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Williams**
**12182 BAILEY ST**
**#A**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Wills**
**327 JUPITER DR.**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cameron Woodman**
**2225 NE 163RD PL**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2315 | Priority creditor's name and mailing address<br>**Cameshia Miller**<br>**1424 W 34TH STREET**<br>**RIVIERA BEACH, FL 33404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2316 | Priority creditor's name and mailing address<br>**Camila Olmedo**<br>**8100 PARK PLAZA APT209**<br>**STANTON, CA 90680** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2317 | Priority creditor's name and mailing address<br>**Camilla Rawls**<br>**2129 MLK JR DR SW**<br>**A9**<br>**ATLANTA, GA 30310** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2318 | Priority creditor's name and mailing address<br>**Camille Anglin**<br>**4161 GLENAIRE WY NW**<br>**ACWORTH, GA 30101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.2319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------------------------|-------------|-----------|

**Camille Ford**
**16 COFFEEBERRY**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------------------------|-------------|-----------|

**Camille Gomez**
**251 SOUTH AVE 20**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------------------------|-------------|-----------|

**Camille Peregrino**
**37536 GLENMOOR DR.**
**B**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------------------------|-------------|-----------|

**Camille Schoordijk**
**113 BLAISDELL WAY**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.2323** | Priority creditor's name and mailing address

**Campbell Biemiller**
**4212 STURGEON COURT**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2324** | Priority creditor's name and mailing address

**Campty Louis**
**1800 Nw 4th Ave**
**Apt #9**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2325** | Priority creditor's name and mailing address

**Camron Khalilian**
**10890 DUBLIN CANYON RD**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2326** | Priority creditor's name and mailing address

**Camryn Sievers**
**17097 CAMINO GALVEZ**
**YORBA LINDA, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2327**

Priority creditor's name and mailing address
**CaMya McGuire**
**10802 GLENWAY DR**
**CYPRESS, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2328**

Priority creditor's name and mailing address
**Canan Ozturk Elbi**
**21894 LAKE FOREST CIRCLE**
**206**
**BOCA RATON, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2329**

Priority creditor's name and mailing address
**Candace Benjamin**
**11511 113th Street**
**Apt 4E**
**Largo, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2330**

Priority creditor's name and mailing address
**Candace Flores**
**6904 MANATEE AVE W**
**62C**
**BRADENTON, FL 34209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2331** Priority creditor's name and mailing address

**Candace Parkman**
**14141 E JEWEL AVE**
**201**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2332** Priority creditor's name and mailing address

**Candelaria Aguirre**
**2390 LUCRETIA AVE APT 711**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2333** Priority creditor's name and mailing address

**Candelaria Cazares**
**4262 Central Ave**
**Apt #316**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2334** Priority creditor's name and mailing address

**Candelaria Rodriguez**
**20533 CATALINA**
**TORRANCE, CA 90502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candice Clark**
**1102 TREE SUMMIT PKWY**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candice De Lanis**
**148 Vitale Ave**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candice Delrosario**
**17537 Ashburton Rd.**
**San Diego, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candice Orlow**
**16158 SW 108TH AVE**
**133**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candida Moreno**
**912 E WASHINGTON AVE**
**102**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candler Clark**
**4324 JAPONICA CT SW**
**LILBURN, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candy Gonzalez**
**16050 LIGGETT STREET**
**NORTH HILLS, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Candy Ma**
**4632 CANOGA ST**
**C**
**MONTCLAIR, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Canin Hessom** | Check all that apply. | | |
| | **6850 MISSION GORGE RD** | ☐ Contingent | | |
| | **1275** | ☐ Unliquidated | | |
| | **SAN DIEGO, CA 92120** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$101.91** | **$101.91** |
| | **Cannon K. Nutting** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Cantave Etienne** | Check all that apply. | | |
| | **6371 Pinestead Drive** | ☐ Contingent | | |
| | **Lake Worth, FL 33463** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Cantika Sasono** | Check all that apply. | | |
| | **27620 BEECHWOOD DR** | ☐ Contingent | | |
| | **SANTA CLARITA, CA 91351** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CAPITAL TAX COLLECTION BUREAU**
**425 PRINCE STREET, SUITE 170**
**HARRISBURG, PA 17110-1734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caprizio fornaro**
**28526 RANCHO LAGUNA**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caren Estrada**
**4250 Parks Ave.**
**#13**
**La Mesa, CA 91941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caressa Dobbs**
**2022 Rocky Point Bluff NW**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caribban Baylor**
**760 W NEW ENGLAND AVE**
**WINTER PARK, FL 32789**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caridad Curre Abreu**
**130 RODENY LN**
**TAMPA, FL 33615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carina Brunner**
**6296 Lakeworth Rd**
**Greenacres, FL 33463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**carina castillo**
**10443 BEDFONT CIR**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carina Rosales**
**1099 AQUAMARINE LN**
**CORONA, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2356 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carissa Donato**
**9461 SANDY REEF AVE**
**D**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2357 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carisse Chan**
**41529 27th st West**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2358 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carl Green**
**6355 PEACHTREE DUNWOODY**
**RD**
**701**
**ATLANTA, GA 30328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.2359
Priority creditor's name and mailing address
**Carl Klein**
**23579 Karen Place**
**Murrieta, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.2360
Priority creditor's name and mailing address
**Carl Robertgeau**
**824 EAST MOWRY DRIVE**
**1202**
**HOMESTEAD, FL 33030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.2361
Priority creditor's name and mailing address
**Carl Stein**
**4108 Morganfield Ct**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.2362
Priority creditor's name and mailing address
**Carl Washington**
**5927 W. Minarets 559**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |
| | **Carla Alvarez**<br>**1426 Wycliffe**<br>**Irvine, CA 92602** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,574.95**    **$2,574.95** |
| | **CARLA ALVAREZ**<br>**1426 Wycliffe**<br>**Irvine, CA 92602** | | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |
| | **Carla Gomillion**<br>**25423 Belle Porte ave unit 6**<br>**Harbor City, CA 90710** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |
| | **Carla groenendyk**<br>**2929 SOLANO DR NE**<br>**ALBUQUERQUE, NM 87110** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.2367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carla LOPEZ**
**12414 WELLINGTON PARK DR.**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carla Martinez Pinedo**
**1451 LYNHURST AVE**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carla Miranda**
**3915 S. Juniper St.**
**Tempe, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carla Pimentel**
**987 POSTAL WAY 11**
**VISTA, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

| | | | |
|---|---|---|---|
| 2.2371 | Priority creditor's name and mailing address<br>**Carla Solano**<br>**4550 MIDDLEBROOK**<br>**ORLANDO, FL 32811** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2372 | Priority creditor's name and mailing address<br>**Carleen Nigh**<br>**99 FLORA VISTA AVE**<br>**CAMARILLO, CA 93012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2373 | Priority creditor's name and mailing address<br>**Carley Schank**<br>**4335 E MEADOW DR**<br>**PHOENIX, AZ 85032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2374 | Priority creditor's name and mailing address<br>**Carley Wilson**<br>**139 SUMMER CREST PL SW**<br>**Marietta, GA 30060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlie Bevans**
**777 GILA DRIVE**
**KISSIMMEE, FL 34759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlie Herbst**
**16020 Ne 93rd Street**
**Orchards, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carline Philemond**
**2942 Dolphin Dr**
**Delray Beach, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CARLITO TRUJILLO**
**218 LA LADERA**
**PERALTA, NM 87042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlo Martinez** | Check all that apply. | | |
| | **1784 CARVER CT** | ☐ Contingent | | |
| | **SARASOTA, FL 34234** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.2380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$640.48** | **$640.48** |
|---|---|---|---|---|
| | **Carlos A.  Azoryn-lagunas** | Check all that apply. | | |
| | **4150 36th St** | ☐ Contingent | | |
| | **Apt 16** | ☐ Unliquidated | | |
| | **San Diego, CA 92104** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.2381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos aguilar** | Check all that apply. | | |
| | **4853 YUMA AV** | ☐ Contingent | | |
| | **C** | ☐ Unliquidated | | |
| | **OCEANSIDE, CA 92057** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.2382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos Almeida** | Check all that apply. | | |
| | **1810 E Blacklidge** | ☐ Contingent | | |
| | **Apt 1027** | ☐ Unliquidated | | |
| | **Tucson, AZ 85719** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Aponte**
**9325 Paradise Dr**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Avila**
**1610 North Broadway Apt. 428**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Azoryn-lagunas**
**4150 36th St**
**Apt 16**
**San Diego, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Bertadillo**
**2128 W. Medlock Dr.**
**Phoenix, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Bravo**
**7050 Black Mt. Rd**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Brown**
**39295 CAMINO LAS POSITAS**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Calvillo**
**40550 Chapel Way**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Calzada**
**5032 Slauson Ave.**
**#6**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Canedo**
**301 SE 3RD STREET**
**303**
**DANIA, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Carbajal**
**2335 W Alta Vista Rd**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$49.73** | **$49.73** |
|---|---|---|---|---|

**Carlos Carbajal**
**2335 W Alta Vista Rd**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Carreno**
**509 N YALE**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Castellon**
**2784 MONTEREY HWY**
**SPC 25**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.14** | **$33.14** |
|---|---|---|---|---|

**Carlos Castellon**
**2784 MONTEREY HWY**
**SPC 25**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Contreras silva**
**14539 FAIRFORD AVE**
**NORWALK, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Cruz**
**15333 Gundry Ave**
**Apt 207**
**Paramount, CA 90723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**  Case number (if known) **20-02477-LA7**
Name

| | | |
|---|---|---|
| 2.2399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.87** | **$85.87** |

**2.2399** Priority creditor's name and mailing address

**Carlos F. Pergue Placencia**
**20 LAUREL AVE**
**NATIONAL CITY, CA 91950**

As of the petition filing date, the claim is: **$85.87** **$85.87**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.2400** Priority creditor's name and mailing address

**Carlos Feria**
**1150 ELMWOOD DR**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is: **Unknown** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.2401** Priority creditor's name and mailing address

**CARLOS FERIA**
**1150 ELMWOOD DR**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is: **$444.86** **$444.86**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.2402** Priority creditor's name and mailing address

**Carlos Galletti**
**7705 SW 129TH CT**
**MIAMI, FL 33168**

As of the petition filing date, the claim is: **Unknown** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos Garcia**<br>**4286 PEPPER DRIVE**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos Garibay**<br>**14081 MAGNOLIA ST**<br>**136**<br>**WESTMINSTER, CA 92683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos Gomez**<br>**609 EAGLES CRST VLG LN APT 4**<br>**ROSWELL, GA 30076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carlos Gonzalez**<br>**308 South Betty Ln**<br>**Clearwater, FL 33756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Official Form 206 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     **Page  602 of 4240**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Gonzalez**
**1116 Sail Creek Dr**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Gonzalez**
**3250 Mt Mckinley Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Gonzalez Porras**
**399 BURLINGTON DR**
**TRACY, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Goodman**
**228 MORROW RD**
**19A**
**FOREST PARK, GA 30297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos guerra**
**13024 6TH STREET**
**CHINO, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Gutierrez**
**3490 GROGAN CIRCLE**
**SAN DIEGO, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Hernandez**
**14132 SAINT TROPEZ CT**
**MORENO VALLEY, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Huchin**
**1050 Whitney Ranch Dr**
**Apt 514**
**Henderson, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Jimenez**
**4158 W 135TH**
**#1**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Juarez-morales**
**9494 Carroll Canyon Rd**
**APT 133**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos leal**
**13675 SE KING ROAD**
**25**
**HAPPY VALLEY, OR 97086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Lobo**
**12042 Wicks St Sun Valley**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Lopez**
**43338 20th st. West**
**Lancaster, CA 93534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Martinez**
**2455 Portland St**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Medina**
**1174 HERALD AVE**
**SAN JOSE, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Medrano De La Cruz**
**3024 E 18th Street**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2423 | Priority creditor's name and mailing address<br>**Carlos Mendez** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18.50** | **$18.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.2424 | Priority creditor's name and mailing address<br>**Carlos Mendiola<br>1061 SILVER STAR STREET<br>HENDERSON, NV 89002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.2425 | Priority creditor's name and mailing address<br>**Carlos Milla<br>24611 LAKME AV.<br>WILMINGTON, CA 90744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.2426 | Priority creditor's name and mailing address<br>**Carlos Moran<br>1724 w Catalpa Ave<br>Apt 121<br>Anaheim, CA 92801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Carlos Moreno**<br>**8767 Mira Mesa blvd #4**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Carlos Navarro**<br>**1526 W 12TH ST**<br>**SANTA ANA, CA 92703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Carlos Navarro**<br>**9901 W. Sahara Ave Apt 1138**<br>**Las Vegas, NV 89117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Carlos Nunez**<br>**509 E ALLUVIAL AVE 103**<br>**FRESNO, CA 93720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Oliva**
**4251 LAYLA CT.**
**SAN DIEGODIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Ozuna Cruz**
**4061 MISSISSIPPI ST.**
**SAN DIEGO, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Pastrana Lagunas**
**26356 VINTAGE WOODS RD.**
**20G**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Pena**
**2609 Huron St**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.89 | $32.89 |
|---|---|---|---|---|

**Carlos Pena**
**2609 Huron St**
**Los Angeles, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Pergue Placencia**
**20 LAUREL AVE**
**NATIONAL CITY, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Pomales**
**11700 REEDY CREEK DR**
**108**
**ORLANDO, FL 32836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Ramos**
**16606 N 31th St**
**Apt. 10**
**Phoenix, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CARLOS RIVERA**
**5429 LEHIGH AV**
**ORLANDO, FL 32807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Rocio**
**4742 EDRA AVENUE**
**BALDWIN PARK, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Rodriguez**
**6614 Mclennan Ave**
**Van Nuys, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Rodriguez**
**1496 E Washington Ave**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2443** Priority creditor's name and mailing address

**Carlos Roman**
**5848 Dahlia Dr**
**Apt 7**
**Orlando, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2444** Priority creditor's name and mailing address

**Carlos Sanchez**
**9727 CHANNEL RD**
**65**
**LAKESIDE, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2445** Priority creditor's name and mailing address

**Carlos Santiago**
**27515 HOMESTEAD RD**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2446** Priority creditor's name and mailing address

**Carlos Silva**
**2827 Michigan Ave**
**Boyle Heights, CA 90033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Silva**
**4915 Coconino Way**
**San Diego, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Smith**
**908 BEVERLY AVE**
**#C**
**LARGO, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Tezcucano**
**7406 PEGASUS WAY**
**SANJOSE, CA 95139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Tornez**
**462 Birchwood Ln**
**El Cajon, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Carlos TORUNO**<br>**2216 FILLMORE ST**<br>**#9**<br>**HOLLLYWOOD, FL 33020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Valdes**
**7263 Somerworth Dr**
**Orlando, FL 32835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlos Vargas**
**16812 SE STEPHENS ST**
**PORTLAND, OR 97233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carlota Mederos**
**4717 Roswell Rd.**
**H4**
**Atlanta, GA 30342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2455 | Priority creditor's name and mailing address<br>**Carlotta Palacios**<br>**1332 W. CHEVY CHASE DR.**<br>**ANAHEIM, CA 92801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2456 | Priority creditor's name and mailing address<br>**Carlto. Smith**<br>**2539 SENNETT DR**<br>**104**<br>**LEESBURG, FL 34748** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2457 | Priority creditor's name and mailing address<br>**CARLY A. MCELVEEN**<br>**426 KNIGHT DR**<br>**TARPON SPGS, FL 34688** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.17**   **$1.17** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2458 | Priority creditor's name and mailing address<br>**Carly Capone**<br>**1839 Sharondale Dr**<br>**Clearwater, FL 33755** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carly Caraway**
**2594 LITTLE HILL COVE**
**APT. 304**
**OVIEDO, FL 32765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carly McElveen**
**426 KNIGHT DR**
**TARPON SPGS, FL 34688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carly Strong**
**6501 SCHILLER ST**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmela Barrera Mena**
**7938 East Culver Street**
**Scottsdale, AZ 85257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmelina Gonzalez**
**8721 Belfast Cir**
**San Diego, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmelita Mora**
**7865 SE JOHNSON CREEK BLVD**
**PORTLAND, OR 97206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Aquino**
**2128 W BROWNWOOD AVE**
**#1**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Bajxac**
**5208 N. Fresno St**
**Fresno, CA 93710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | **Carmen Casillas**<br>**6259 Cooper Ave.**<br>**Fontana, CA 92336** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$787.35**   **$787.35** |
| | **CARMEN CASILLAS**<br>**6259 Cooper Ave.**<br>**Fontana, CA 92336** | | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | **Carmen Chavez**<br>**9329 Cedar St**<br>**apt #14**<br>**Bellflower, CA 90706** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | **Carmen Cuevas**<br>**30821 Lilac Rd#30**<br>**Valley Center, CA 92082** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Escobar**
**111 N Mariposa Ave**
**Apt#12**
**Los Angeles, CA 90004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10.96** | **$10.96** |
|---|---|---|---|---|

**Carmen Escobar**
**111 N Mariposa Ave**
**Apt#12**
**Los Angeles, CA 90004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Espina**
**26923 Carmen Place**
**Lutz, FL 33559**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Fruzan**
**14101 Stonebrook Ct.**
**Tampa, FL 33624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Garcia**
**320 W TRUSLOW AVE**
**#A**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Gomez**
**82072 SIERRA AVE**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Murga**
**287 Vineyard Dr.**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Ortiz**
**7071 LAKERIDGE CT**
**FORT MYERS, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Sanchez**
**8901 Bissonnet St**
**#276**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Sanchez**
**2633 ORINDA DR**
**SAN JOSE, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carmen Tirado**
**2212 Barry Dr.**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carol Jade Bamba**
**2505 ASCOT WAY**
**UNION CITY, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carol Reed**
**6101 34th St Westbldg 32d**
**Bradenton, FL 34210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2484 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carol Reynolds**
**469 MARIETTA STREET**
**ATLANTA, GA 30313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2485 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carol Tabor**
**30125 SW BROWN RD**
**#9**
**WILSONVILLE, OR 97070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2486 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carol Talor**
**11742 AZALEA AVE.**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.2487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carolan Bauman**
**3017 SE TOLMAN ST**
**PORTLAND, OR 97202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carolina Alonso**
**5630 Sprinhouse Dr.**
**#19**
**Pleasanton, CA 94588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carolina Buitrago**
**650 Tamarack Ave #4811**
**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carolina Delgado Garcia**
**ANITA ST 7**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carolina Ibarra-calva**<br>**1020 Deerhaven Dr**<br>**Vista, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes |

---

| 2.2492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carolina Martinez**<br>**6707 Amundson St**<br>**Tampa, FL 33634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes |

---

| 2.2493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carolina Parra**<br>**6934 QUEMOY CT**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes |

---

| 2.2494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Carolina Peguero Mesa**<br>**1771 23RD ST**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carolina Ramirez**
**2006 W. SANTA CLARA CIR**
**SANTA ANA, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.2496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carolina Ramirez**
**2179 Nassau Dr**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carolina Toro-Soto**
**3003 W KATHLEEN ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carolina Ulloa**
**1516 foley ave.**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caroline Buchanan**
**275 SPRING RIDGE DRIVE**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caroline Mendez**
**4216 ESPERANZA WAY**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caroline Orellana**
**428 Orange St.**
**Altamonte Springs, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caroline Towey**
**29745 RAMSEY COURT**
**TEMECULA, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Caroline Williamson**
**22670 Devonshire Ct**
**Santa Clarita, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Carolyn Brathwaite**
**55 Sapphire Rd**
**Ocala, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Carolyn Sarnoff**
**3218 OJEMAN RD**
**HOUSTON, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Carolyn Sirchie**
**601 STARKEY RD**
**LOT 227**
**LARGO, FL 33771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2507 | Priority creditor's name and mailing address<br>**Carrell Workman**<br>**3611 WESTCHASE VILLAGE LN**<br>**APT C**<br>**NORCROSS, GA 30092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2508 | Priority creditor's name and mailing address<br>**Carrie Ault**<br>**4625 SOUTH HAMPTON DR**<br>**ORLANDO, FL 32812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2509 | Priority creditor's name and mailing address<br>**Carrie Schweizer**<br>**516 Sw 1st St**<br>**Boynton Beach, FL 33435** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2510 | Priority creditor's name and mailing address<br>**Carrington Williams**<br>**20451 VIA MEDICI**<br>**PORTER RANCH, CA 91326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Coia**
**30441 TERRACINA PL**
**CASTAIC, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson griffith**
**1697 TARPON BAY DRIVE SOUTH**
**NAPLES, FL 34119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Jarvis**
**10020 SW MARJORIE LN**
**BEAVERTON, OR 97008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Kellerman**
**15940 El Camino Entrada**
**Poway, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Mayer**
**25336 VIA PALACIO**
**VALENCIA, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Richter**
**49 WEST TORCHPINE CIRCLE**
**SPRING, TX 77381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carson Turner**
**13525 PIPING ROCK LN**
**EL CAJON, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Carter Johnson**
**1434 E ELM ST**
**TUCSON, AZ 85719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.2519** | Priority creditor's name and mailing address
**Carter Rainey**
**5053 HARDEE ST**
**NAPLES, FL 34113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2520** | Priority creditor's name and mailing address
**Cary Bennett**
**171 Nw 20th Ct**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2521** | Priority creditor's name and mailing address
**Casandra Deleon**
**6546 NORTH 8TH STREET**
**FRESNO, CA 93710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2522** | Priority creditor's name and mailing address
**Casandra Sturgis**
**7119 STUART ST**
**WESTMINSTER, CO 80030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$172.64** | **$172.64** |
|---|---|---|---|---|

**Casey B. Redhouse**
**437 SOUTH 1ST STREET #C**
**ALHAMBRA, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Casey Cox**
**8995 ROSWELL RD**
**SANDY SPRINGS, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Casey Dubin**
**724 W BERRY AVE**
**2**
**LITTLETON, CO 80120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Casey Masterson**
**12100 PARK BLVD**
**902**
**SEMINOLE, FL 33772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2527**

Priority creditor's name and mailing address

**Casey Redhouse**
**437 SOUTH 1ST STREET #C**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2528**

Priority creditor's name and mailing address

**Cassandra Breckenridge**
**2284 Bull Lake Dr**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2529**

Priority creditor's name and mailing address

**Cassandra Carpenter**
**17861 MAPLEHURST PL**
**SANTA CLARITA, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2530**

Priority creditor's name and mailing address

**Cassandra Chavez**
**180 E.DEL NORTE ST**
**3**
**DENVER, CO 80221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Francois**
**7225 WOODRIGDE PARK DRIVE**
**APT 8306**
**ORLANDO, FL 32818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47.74** | **$47.74** |
|---|---|---|---|---|

**CASSANDRA FRANCOIS**
**7225 WOODRIGDE PARK DRIVE**
**APT 8306**
**ORLANDO, FL 32818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Garcia**
**315 N ASSOCIATED RD.**
**1605**
**BREA, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Hainley**
**3595 SANTA FE AVENUE 48**
**LONG BEACH, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Lugo**
**1030 ORANGEWOOD DRIVE**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra McLaren**
**13127 VIA MESA DR**
**SAN DIEGO, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Mejia**
**4244 VILLAGE DR**
**APT C**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra moreno**
**3757 DAMIEN AVE.**
**LA VERNE, CA 91750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Ramirez**
**3130 CHAMPION RING ROAD**
**111**
**FORT MYERS, FL 33905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.2540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Rocha**
**191 Avenida Elena**
**San Marcos, CA 92069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.2541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Rosen**
**3837 LUMA DR.**
**HOLIDAY, FL 34691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.2542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CASSANDRA SANCHEZ**
**391 N MELROSE DR UNIT H**
**VISTA, CA 92083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassandra Sobel**
**15050 N. 59TH AVE**
**241**
**GLENDALE, AZ 85306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassaundra Riddle**
**6250 HOLABIRD ST.**
**40**
**SAN DIEGO, CA 92120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassidy Dilley**
**11100 CALLAWAY CT**
**PARKER, CO 80138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cassidy Haeri**
**5432 Kenosha Lane**
**Irvine, CA 92603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Cassie Drinnon**<br>**492 W. 18TH AVE**<br>**#2**<br>**APACHE JUNCTION, AZ 85120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Cassie Oroian**<br>**400 SW 133RD AVE**<br>**BEAVERTON, OR 97005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Cassie Williams**<br>**200 WRENA DR**<br>**WEST PALM BEACH, FL 33409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Cassy Malnar**<br>**8780 WEST QUARTO CIRCLE**<br>**LITTLETON, CO 80128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $231.96 | $231.96 |
|---|---|---|---|---|---|

**CASSY S.  MALNAR**
**8780 WEST QUARTO CIRCLE**
**LITTLETON, CO 80128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Castcel Destin-Horn**
**1000 FARRAH LANELANE**
**1724**
**STAFFORDSTAFFORD, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Castillo Gregorio**
**539 HANNAH ST**
**SAN JOSE, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Catalina Barahona**
**33821 13th street**
**Union City, CA 94587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catalina Ospina**
**3450 PALENCIA DR**
**1909**
**TAMPA, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$148.21** | **$148.21** |
|---|---|---|---|---|

**Catalina Ospina**
**3450 PALENCIA DR**
**1909**
**TAMPA, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catalina Perez**
**1515 Acacia St**
**#d**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catalina Villegas**
**2235 Comstock St**
**San Diego, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**                                    Case number (if known)    **20-02477-LA7**
_____Name_____

| 2.2559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Catarino Jiron**
**7179 Masey St.**
**Denver, CO 80221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Catherin Maltez**
**8524 SOUTHWEST 107TH AVENUE**
**MIAMI, FL 33173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Catherine Alford**
**3024 N. POWERS DR**
**125**
**ORLANDO, FL 32818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Catherine Connor**
**8083 ROARING CREEK CT**
**KISSIMMEE, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catherine De Leon**
**20221 Pienza Lane**
**Northridge, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catherine Morales**
**1969 Sw 15th St**
**Apt 102**
**Deerfield Beach, FL 33442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catherine Ocegueda**
**10224 Andasol Ave**
**Northridge, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Catherine Strain**
**2831 Brad's Way**
**Midlothian, TX 76065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.2567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**$0.00** |
| | **Catherine Williams**<br>**11501 ANAHEIM AVE NE**<br>**ALBUQUERQUE, NM 87122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**$0.00** |
| | **Catrine Algene**<br>**329 South D Street**<br>**Lake Worth, FL 33460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**$0.00** |
| | **Cayle Lynam**<br>**4245 EAST SHEFFIELD AVENUE**<br>**GILBERT, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**$0.00** |
| | **Caylen De Nuccio**<br>**416 W San Marcos Blvd**<br>**Unit 137**<br>**SAN MARCOS, CA 92069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CCA - DIVISION OF TAXATION**
**205 W. SAINT CLAIR AVENUE**
**CLEVELAND, OH 44113-1503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecelia Garcia**
**2131 NORA DRIVE**
**HOLLISTER, CA 95023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ceceste Rock**
**7480 DAKEN ST**
**308**
**DENVER, CO 80221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecil Robinson**
**12343 S DIARY ASHFORD**
**HOUSTON, TX 77099**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cecile sanon**<br>**1923 NORTH 23RD AV**<br>**HOLLYWOOD, FL 33020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cecilia Ceballos**<br>**103 Habersham Dr**<br>**Longwood, FL 32779** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cecilia Cerda**<br>**8142 8TH ST**<br>**BUENA PARK, CA 90621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cecilia Guthrie**<br>**1606 W Farr St**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Harvey**
**8914 WEST ROCHELLE AVE**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Larios-Romo**
**240 James st**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Munoz**
**23450 NEWHALL AVE SPC 33**
**NEWHAL, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Munoz**
**900 Las Lomas Dr**
**Apt #e211**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Perez**
**1624 WINDSOR PLACE**
**PALMDALE, CA 93551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Prado**
**3141 Bluebird Dr.**
**Holiday, FL 34690**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Rayos**
**2717 AIDA AVE**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cecilia Reveles**
**100 N Citrus Ranch Rd.**
**Anaheim, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.2587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cedonya Zaya**
**6510 Burgandy Street**
**San Diego, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cedric Norman Villanueva**
**1638 dale circle n**
**dunedin, FL 34698**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cedric Rucker**
**221 RIDGE RUN CROSSING**
**ATHENS, GA 30605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cedric Scott**
**2011 NW 4 ST**
**Apt # 3**
**OCALA, FL 34475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celene Ramirez**
**370 NANCY LANE**
**SAN JOSE, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

�■ No
☐ Yes

---

| 2.2592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celeste Panta**
**5553 Walnut Blossom Dr**
**#5**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celeste Rodriguez**
**13853 Lexicon Ave**
**Sylmar, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celeste Schwartz**
**3955 Linmar Ln.**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.2595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Celeste Sutherland**
**11007 Oak Cliff Ct**
**Conroe, TX 77304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2596 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Celeste Wiggins**
**5716 Wingate Dr**
**Orlando, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2597 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Celestina Cano**
**2337 s blaze trl**
**Tucson, AZ 85748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2598 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Celestina Rios**
**6431 N LEAD AVE**
**FRESNO, CA 93711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Celia Cleaves**
**11750 MT. VERNON AVE**
**292**
**GRAND TERRACE, CA 92313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Celia Esquivel**
**807 WINSTON PLACE**
**MOUNTAIN VIEW, CA 94043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Celia Martinez**
**4468 Clairemont Drive**
**San Diego, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Celia Ramirez**
**504 Canyon Dr**
**Bonita, CA 91902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Celida Buenrostro**<br>**3331 Mount Mckinnley Dr.**<br>**San Jose, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00**    **$0.00** |
| | **CELINA CITY INCOME TAX**<br>**P.O. BOX 117**<br>**CELINA, OH 04582-2117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Celina Flores**<br>**12561 MORNINGSIDE AVE**<br>**APT 3**<br>**GARDEN GROVE, CA 92843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Celina Nicole Fortez**<br>**235 Kenbrook Circle**<br>**San Jose, CA 95111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celina Robles**
**6923 E REDBUD RD**
**TUCSON, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celso Medina**
**7509 N PECOS ST**
**102**
**DENVER, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Celynn Miller**
**14212 QUENT DR.**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cendy Ceballos**
**62 E Floral Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Centray Kinder**
**17192 E ADRIATIC DR**
**J205**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cerys Mulvey**
**12491 SKYHIGH CT**
**EL CAJON, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$64.61** | **$64.61** |
|---|---|---|---|---|

**Cesar A.  Rodriguez**
**21206 FICUS DR**
**203**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Alcantar**
**2247 N. ANGUS**
**101**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Alejandre**
**1208 SUNRISE MOUNTAIN DRIVE**
**ESCONDIDO, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Araujo-Aguirre**
**1730 NE DARBY ST**
**HILLSBORO, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Artiga**
**6318 Shadow Tree Dr**
**Houston, TX 77035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Daniel Nino**
**630 FLINTRIDGE PLACE**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Delgado**
**970 BUNKER HILL RD**
**216**
**HOUSTON, TX 77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Duarte**
**18420 VINCENNES**
**213**
**NORTHRIDGE, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Duran**
**3225 WING ST**
**6**
**SAN DIEGO, CA 92110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Esqueda**
**9946 OWENSMOUTH AVE**
**12**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|
| | **Cesar Garcia** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cesar Garduno**<br>**9632 LAUREL CANYON BLVD**<br>**ARLETA, CA 91331** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cesar Herrera**<br>**548 BOYNTON AVE**<br>**24**<br>**SAN JOSE, CA 95117** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cesar Jimenez**<br>**180 VILLA RITA DRIVE**<br>**LA HABRA, CA 90631** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.2627 | Priority creditor's name and mailing address<br>**Cesar Meraz**<br>**7412 LOWELL BLVD**<br>**#1**<br>**WESTMINSTER, CO 80030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2628 | Priority creditor's name and mailing address<br>**Cesar Nino**<br>**482 W. SAN YSIDRO BLVD**<br>**1364**<br>**SAN YSIDRO, CA 92173** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2629 | Priority creditor's name and mailing address<br>**Cesar Puertas**<br>**2459 COLUMBIA DR**<br>**35**<br>**CLEARWATER, FL 33763** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2630 | Priority creditor's name and mailing address<br>**Cesar Reyes Chavez**<br>**3560 FLORA VISTA AVE**<br>**230**<br>**SANTA CLARA, CA 95051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Rodriguez**
**21206 FICUS DR**
**203**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Romero Jr**
**1410 SHERYL LN**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar Santiago**
**2323 SANTA RITA RD**
**30**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cesar SOLTERO OCHOA**
**5917 LISKA LANE**
**203**
**SAN JOSE, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ceta Grandpre**
**7705 Volion Parkway**
**Fairburn, GA 30213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chad Dell**
**10215 BEECHNUT ST 1412**
**1412**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chad Dennis**
**24861 MONTE VERDE DRIVE**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chad Rice**
**1750 STOKES STREET**
**32**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chadd Reel**
**800 NE TENNEY RD. STE.110**
**435**
**VANCOUVER, WA 98685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2640 | Priority creditor's name and mailing address | | $749.22 | $749.22 |
|---|---|---|---|---|

**CHADRIC O. RICHARDSON**
**417 SOUTH BEACH WOOD DRIVE**
**BURBANK, CA 91506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2641 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Chadric Richardson**
**417 SOUTH BEACH WOOD DRIVE**
**BURBANK, CA 91506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2642 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Champagne Guadan**
**44462 AVENIDA HANNA**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Chan Nou**<br>**709 BIRCHWOOD LN**<br>**MARIETTA, GA 30060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Chance Hatfield**<br>**360 Mountcliff**<br>**Henderson, NV 89074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Chance Prater**<br>**4975 RENO DR.**<br>**SARASOTA, FL 34233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Chance Simi**<br>**4225 N 1ST AVE**<br>**2102**<br>**TUCSON, AZ 85719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.2647 | Priority creditor's name and mailing address<br>**Chanda Macedo**<br>**4268 HAMPSHIRE CIR**<br>**LAS VEGAS, NV 89121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　**$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.2648 | Priority creditor's name and mailing address<br>**Chandi Tiwari**<br>**1072 Luther Ave**<br>**#3**<br>**San Jose, CA 95126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　**$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.2649 | Priority creditor's name and mailing address<br>**Chanel Garces**<br>**16215 LESLIE LN**<br>**MISSOURI CITY, TX 77489** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　**$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.2650 | Priority creditor's name and mailing address<br>**Chang kim**<br>**1890 FARM BUREAU RD**<br>**#6**<br>**CONCORD, CA 94519** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　**$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chanirae Heuer**
**6018 SPANISH OAK WAY**
**SPRING, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Channin Johnson**
**1002 N 26TH AVE**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chanpen Nakha**
**6411 E. RADCLIFF AVE**
**CHERRY HILLS VILLAGE, CO**
**80111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chantal Brooks**
**12915 GRAMERCY PL**
**GARDENA, CA 90249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name
Case number (if known) **20-02477-LA7**

---

| 2.2655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chantal Serrano**
**17450 Horace St**
**Granada Hills, CA 91344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chantania Eberhardt**
**2312 NORTH GREEN VALLEY**
**PWKY**
**HENDERSON, NV 89014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chantelle Zapata**
**8415 FOREST HILLS DRIVE**
**201**
**CORAL SPRINGS, FL 33065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chantique Cotton**
**5930 TRENT JONES WAY**
**LITHONIA, GA 30038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chanze Kratz**
**13874 SE SUNNYSIDE RD.**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chaojie Wang**
**34643 GREENSTONE COMMON**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charito Olviga**
**6800 W Puget Ave**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charity Butler**
**2012 VILLAGE PARK DR.**
**MISSOURI CITY, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charlene Medina** **2952 W Rowland Cricle** **Anaheim, CA 92804** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charlene Morton** **7640 S. Power Road** **Apt. 2068** **Gilbert, AZ 85297** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charlene Santos** **4190 Altadena Ave** **Apt#1** **San Diego, CA 92105** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charles Chavez** **North Hollywood Way** **#202** **Burbank, CA 91505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.2667** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Charles Forment**
**22241 SW 88TH PATH**
**MIAMI, FL 33190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2668** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Charles Galloway**
**16215 Youpon Valley Dr**
**Houston, TX 77073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2669** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Charles Giltrap**
**399 SW 65TH AVE**
**MARGATE, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2670** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Charles Hamrick Jr**
**11031 FIRST ST**
**LEESBURG, FL 34788**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charles Jacques** **2237 MCKINLEY STREET** **HOLLYWOOD, FL 33020** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charles McGuire** **140 NORTH ROB WAY** **140** **ANAHEIM, CA 92801** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charles Norton** **1572 GLACIER RD.** **OCEANSIDE, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Charles Odom** **3505 CALLE CUERVO NW** **412** **ALBUQUERQUE, NM 87114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**charles oelke**
**6986 1/2 B FULTON STREET**
**SAN DIEGO, CA 92111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.2676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Poderoso**
**21641 CANADA RD**
**6O**
**LAKE FOREST, CA 92630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.2677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Prewitt**
**4805 18 ST W**
**BRADENTON, FL 34207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.2678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Robinson**
**2674 DODSON TERR**
**ATLANTA, GA 30311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Charles Rogers**
**139 RENAISSANCE PARKWAY N.E**
**ATLANTA, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Charles Sargent**
**7476 BOVET WAY**
**SAN DIEGO, CA 92122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Charles Scott**
**4519 RIVER FRONT LANE**
**S205**
**TAMPA, FL 33603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Charles Talley**
**16561 SOUTHWEST 31ST.**
**HOUSE**
**OCALA, FL 34473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Taylor**
**3764 137TH AVE**
**B**
**LARGO, FL 33771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24.34** | **$24.34** |
|---|---|---|---|---|

**CHARLES V. OELKE**
**6986 1/2 B FULTON STREET**
**SAN DIEGO, CA 92111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Vallez**
**17855 ARDISIA COURT**
**SAN DIEGO, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charles Willis**
**1129 SOUTH RIDGE STREET**
**LAKE WORTH, FL 33460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charlie Armijo**
**1751 BELLAMAH AVE**
**2106**
**ALBUQUERQUE, NM 87104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charlie Filer**
**2789 ORTIZ AVE**
**#4**
**FORT MYERS, FL 33905**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charlie Kitchens**
**155 Hickory View Drive**
**Lawenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charlie Washington**
**718 Stremma Rd Lot 2A**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.2691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|-----|-----|-----|-----|

**2.2691**

Priority creditor's name and mailing address

**Charlotte Nostrand**
**2654 VISTA DIABLO CT.**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2692**

Priority creditor's name and mailing address

**Charlotte Pinder**
**4214 W LAUREL**
**ST TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2693**

Priority creditor's name and mailing address

**Charlotte Taylor**
**1535 N. HIGH ST.**
**DENVER, CO 80218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2694**

Priority creditor's name and mailing address

**Charlton Burton**
**5460 CHESLEY AVE.**
**LOS ANGELES, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charly Zuniga**
**550 N. DATE ST**
**401**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Charme Green**
**5201 Lincoln Avenue**
**Apt 124**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chartiy Ortiz**
**618 RIVER POINT DR**
**LOT22**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chase Couture**
**10468 SE 101ST AVE RD**
**BELLEVIEW, FL 34420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2699 | Priority creditor's name and mailing address **Chase Haye** **2452 WOODCREEK RD** **CAMARILLO, CA 93012** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2700 | Priority creditor's name and mailing address **Chase Lowry** **114 E AMBERGLOW CIRCLW** **SPRING, TX 77381** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2701 | Priority creditor's name and mailing address **Chase Pavlich** **6158 CARTER CT.** **CHINO, CA 91710** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2702 | Priority creditor's name and mailing address **Chase Reiser** **13103 RAMBLEWOOD TRAIL** **BRADENTON, FL 34211** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chase Wright**
**1049 S LEWISTON WAY**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chasey Leitz**
**18141 E. Evans Ave.**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chastin Tookes**
**250 AMAL DR**
**13003**
**ATLANTA, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chauntia Bolton**
**697 NW RUBUS LN**
**HILLSBORO, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelney Cameron**
**10749 Cherry Hill Dr**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsea Ford**
**510 TRAVERSE DR.**
**COSTA MESA, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsea Hann**
**1728 ELM RD**
**CONCORD, CA 94519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CHELSEA ILEJAY**
**17601 WILLARD ST.**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsea Iarbi**
**641 POTOMAC ST APT B113**
**AURORA, CO 80011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsea Martin**
**7645 SW BONITA ED**
**1**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsea Mitch**
**145 SE 167TH CT**
**SILVER SPRINGS, FL 34488**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsey Stewart**
**8011 Lawnwood Ln**
**Houston, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsey Young**
**1953 20th St.**
**#d**
**Santa Monica, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsie Drew**
**2108 CLUB PACIFIC WAY**
**202**
**LAS VEGAS, NV 89128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chelsie Johnstone**
**900 COUNTRY CLUB DR SE**
**B201**
**RIO RANCHO, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cherie Wright**
**13001 Brown Ave**
**San Jose, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cherise Vasquez**
**742 CITRUS LN**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheryl Byrd**
**1811 Foothill View Pl**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheryl Desanto**
**P.o Box 80173**
**Las Vegas, NV 89180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheryl Ruff**
**60 CHERRY COURT**
**DOUGLASVILLE, GA 30134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.2723 | Priority creditor's name and mailing address
**Cheryl Stefin**
**601 W 80TH ST**
**12**
**LOS ANGELES, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.2724 | Priority creditor's name and mailing address
**Cherylelyn Cloud**
**1901 N JONES BLVD BUILDING I**
**2039**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.2725 | Priority creditor's name and mailing address
**Chester Gardner**
**601 WASHINGTON PALM LOOP**
**DAVENPORT, FL 33897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.2726 | Priority creditor's name and mailing address
**Cheyanne Mendoza**
**4610 LOS ALAMOS WAY**
**UNIT B**
**OCEANSIDE, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheyenne Bousquet**
**38018 VALLEJO STREET**
**FREMONT, CA 94539**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheyenne Mackenzie**
**7540 SE WEBSTER LN**
**MILWAUKIE, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheyenne McElvain**
**1470 WALNUT GROVE AVENUE**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$427.22** | **$427.22** |
|---|---|---|---|---|

**Cheyenne McElvain**
**1470 WALNUT GROVE AVENUE**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2731** Priority creditor's name and mailing address

**Cheyenne Michilot**
**116 N ATLANTIC BLVD**
**#A**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2732** Priority creditor's name and mailing address

**Cheyenne Morgan**
**4146 GROVE PARK LANE**
**BOYNTON, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2733** Priority creditor's name and mailing address

**Cheyenne Pater**
**11172 Vista Sorrento Pkwy**
**Apt. F300**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2734** Priority creditor's name and mailing address

**Cheyenne Ruiz**
**420 67TH STREET SW**
**ALBUQUERQUE, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cheyenne West**
**2916 BEL AIR CT. NE**
**ALBUQUERQUE, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chie Okuno**
**29859 BERKSHIRE PL**
**CASTAIC, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chikila Dixon**
**5690 Graceland Court**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chin Lai**
**4021 ALTA CT**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ching Almogue**
**1240 Yale St**
**#104**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2740 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chiquita Murdock**
**1010 THE POINTE DR**
**1010**
**PALM BEACH, FL 33409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2741 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chiseley Bien Aime Dorce**
**5617 PRISCILLA LN**
**LAKE WORTH, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2742 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chistopher Brewer**
**14085 SW 100TH AVE**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Garden Fresh Restaurants LLC**                                    Case number (if known)   **20-02477-LA7**
         _____
         Name

| | | | |
|---|---|---|---|
| 2.2743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |
| | **Chloe Bowyer** | Check all that apply. | |
| | **4834 Bernal Ave** | ☐ Contingent | |
| | **#b** | ☐ Unliquidated | |
| | **Pleasanton, CA 94566** | ☐ Disputed | |

Date or dates debt was incurred                   Basis for the claim:
                                                   **Employee Wage Claim**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

| | | | |
|---|---|---|---|
| 2.2744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |
| | **Chloe Evans** | Check all that apply. | |
| | **2301 NE 81ST ST** | ☐ Contingent | |
| | **E44** | ☐ Unliquidated | |
| | **VANCOUVER, WA 98665** | ☐ Disputed | |

Date or dates debt was incurred                   Basis for the claim:
                                                   **Employee Wage Claim**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

| | | | |
|---|---|---|---|
| 2.2745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |
| | **Chloe Miller** | Check all that apply. | |
| | **4884 Cardinal Trl** | ☐ Contingent | |
| | **Palm Harbor, FL 34683** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred                   Basis for the claim:
                                                   **Employee Wage Claim**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

| | | | |
|---|---|---|---|
| 2.2746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |
| | **Chloe Peters** | Check all that apply. | |
| | **13009 Ne 38th St** | ☐ Contingent | |
| | **Vancouver, WA 98682** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred                   Basis for the claim:
                                                   **Employee Wage Claim**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.2747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chloe Phelps**
**38138 Tranquila Ave**
**Murrieta, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2748 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chloe Piegat**
**11836 WEST CROSS DRIVE**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2749 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chloe Washburn**
**5965 CASTLETON DR**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2750 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Choute Mecimus**
**30 NW 10TH COURT**
**APT 7**
**DANIE BEACH, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Boyle**
**7480 DAKIN STREET**
**H308**
**DENVER, CO 80220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Chester**
**413 Arbor Pl Ne**
**Albuquerque, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.93** | **$682.93** |
|---|---|---|---|---|

**CHRIS CHESTER**
**413 Arbor Pl Ne**
**Albuquerque, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Dilemme**
**631 Ashberry Lane**
**Altamonte Springs, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Gayles**
**37101 CASA VERDE DR**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Gunnoe**
**717 PATTERSON STREET**
**CLEARWATER, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Hernandez**
**1796 JULIE CIR**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris John Ekman**
**1136 Huntington Dr**
**Apt B**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Okimoto**
**2368 Nw 17th Ave**
**Camas, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2760 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Patousias**
**1941 DOVE LANE**
**305**
**CARLSBAD, CA 92009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2761 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Rivero**
**5418 SE Henderson St**
**Portland, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2762 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chris Romo**
**6278 S. Niagara Ct.**
**Centennial, CO 80111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**chris Yi**
**3727 PEACOCK**
**COURT 1**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chrislyn Streebel**
**707 AGUACATE LOOP**
**SANTA PAULA, CA 93060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chrismay David**
**300 NW 34TH STREET**
**202**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chrismide Aine**
**5909 Triphammer Rd**
**Lake Worth, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Chrisnel Gressier**
**10922 Royal Palm Blvd**
**Coral Springs, FL 33065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christal Jackson**
**9781 PYRAMID CT**
**2-107**
**ENGLEWOOD, CO 80112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christal Stanley**
**501 Roberts Dr**
**Apt 26**
**Riverdale, GA 30274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christanae Johnson**
**11801 Washington St.**
**A 408**
**Northglenn, CO 80233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christelle Lessang**
**1573 OAK DR**
**FORT MYERS, FL 33907**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christi Priewe**
**9411 E Placita Eunice**
**Tucson, AZ 85715**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Alfaro**
**261 Milwaukee Ave**
**#301**
**Dunedin, FL 34698**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Alvarado Rodriguez**
**5038 S. Hardy Dr.**
**#1119**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Ambriz**<br>**83092 BROADMOOR DR**<br>**INDIO, CA 92203** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Araiza**<br>**3936 YOSEMITE WAY**<br>**LOS ANGELES, CA 90065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Baigorria**<br>**8500 NW 46TH DRIVE**<br>**CORAL SPRINGS, FL 33067** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Baker**<br>**5403 E. Daggett St**<br>**Long Beach, CA 90815** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Barbero**
**3241 CURTIS CIRCLE**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Bolanos**
**15928 ELLINGTON WAY**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Buted**
**18258 CAPITOL REEF CT**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Calzada**
**544 SONOMA COURT.**
**ONTARIO, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 2.2783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----|----|----|----|

**Christian cassio**
**10200 PARK MEADOWS DRIVE 3221**
**LONE TREE, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----|----|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----|----|----|----|

**Christian Colon**
**6348 FORECASTLE CT**
**ORLANDO, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----|----|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----|----|----|----|

**Christian Cubas-Rivera**
**215 NW 57TH STREET**
**FT. LAUDERDALE, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----|----|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----|----|----|----|

**Christian Diazleal**
**1033 SAPPHIRE LANE**
**CORONA, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----|----|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.58 | $309.58 |
|---|---|---|---|---|
| | **Christian E.  Gierhart** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.47 | $0.47 |
|---|---|---|---|---|
| | **Christian E.  Konen** | Check all that apply. | | |
| | **5119 Forest Terrace Dr.** | ☐ Contingent | | |
| | **Spring, TX 77373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Christian Espinoza** | Check all that apply. | | |
| | **25 ALEXANDRIA** | ☐ Contingent | | |
| | **IRVINE, CA 92614** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Christian Fernandez Bernia** | Check all that apply. | | |
| | **10927 ABIGAIL ST** | ☐ Contingent | | |
| | **ORLANDO, FL 32825** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Christian Flores** **10051 W 59TH PL** **ARVADA, CO 80004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Christian Gonzales** **9975 HEMLOCK STREET** **RANCHO CUCAMONGA, CA 91730** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Christian Gonzalez** **12661 Loure Street** **Pacoima, CA 91331** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Christian Hampton** **2120 S STATE COLLEGE BLVD 2050** **ANAHEIM, CA 92806** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Hartshorn**
**30888 Green Branch**
**Menifee, CA 92584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Hernandez**
**23525 NORMANDIE AVE**
**HARBOR CITY, CA 90710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Horton**
**2455 REGAL DRIVE**
**UNION CITY, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Jimenez**
**2658 1/2 W AVE 32**
**LOS ANGELES, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Konen**<br>**5119 Forest Terrace Dr.**<br>**Spring, TX 77373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Lopez**<br>**681 MAGNOLIA AVENUE**<br>**APT. B**<br>**CARLSBAD, CA 92008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian lorenz**<br>**2700 W 104TH AVE**<br>**2117**<br>**DENVER, CO 80234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christian Madrigal**<br>**4101 EGGERS DR**<br>**2**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**                    Case number (if known)    **20-02477-LA7**
_____                                    _____
Name

| | | | | |
|---|---|---|---|---|
| 2.2803 | Priority creditor's name and mailing address<br>**Christian Martinez**<br>**6880 GYPSUM CREEK DR**<br>**EASTVALE, CA 92880** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2804 | Priority creditor's name and mailing address<br>**Christian Mathews**<br>**1535 APACHE DR**<br>**#D**<br>**CHULA VISTA, CA 91910** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2805 | Priority creditor's name and mailing address<br>**Christian Mccloud**<br>**4706 PINEBROOK LN**<br>**HOUSTON, TX 77053** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2806 | Priority creditor's name and mailing address<br>**Christian Medeiros**<br>**8636 E. CRESCENT AVE**<br>**MESA, AZ 85208** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Medina**
**200 GRAPEVINE**
**41**
**VISTA, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Melchor**
**4508 A PENNY AVE**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Mendoza**
**115 SPANISH OAK LN**
**APOPKA, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Monzon**
**12652 ADAMS ST.**
**GARDEN GROVE, CA 92845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Ornelas**
**1636 W SAN LUIS BLVD**
**TUCSON, AZ 85713**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian owens**
**789 DUVALL STREET CAMRILLO**
**CAMARILLO, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Palaguachi**
**1428 NORTHRIDGE DRIVE**
**LONGWOOD, FL 32750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Perales**
**1451 2nd St.**
**Simi Valley, CA 93065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.94 | $15.94 |
|---|---|---|---|---|

**Christian Perales**
**1451 2nd St.**
**Simi Valley, CA 93065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Perkins**
**2845 Sw 4th St**
**Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Pimentel**
**41424 NOYES CT.**
**INDIO, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Pumpelly**
**23034 SW LODGEPOLE AVENUE**
**TUALATIN, OR 97062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Punzalan**
**10950 CHURCH ST.**
**4215**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Rodriguez**
**5156 BUCKWHEAT ST.**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Sanchez**
**1403 LORENA DR**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Sarmiento**
**3751 S ATHERTON BLVD**
**GILBERT, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Christian Smith**
**6130 CEDAR WOODS DRIVE**
**COLLEGE PARK, GA 30349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Christian Snow**
**16950 JASMINE ST**
**287**
**VICTORVILLE, CA 92395**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Christian Torres**
**1875 Olivia Circle**
**Apopka, FL 32703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Christian Torres**
**4024 Menlo Ave**
**San Diego, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Vazquez**
**2036 PALM TERRACE AVE**
**#C**
**SARASOTA, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Villegas**
**4777 E Norwich Ave.**
**Fresno, CA 93726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christian Watt**
**7 Cayman Brac**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Alfaro**
**9595 PECOS ST 401**
**THORNTON, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CHRISTINA AUGUSTINE**
**4563 TRAILS DR**
**SARASOTA, FL 34232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Carrasco**
**3716 E KINGS AVE**
**PHIENIX, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Carroll**
**3727 Country Club Dr**
**#04**
**Long Beach, CA 90807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Centino**
**7675 MADRONA AVE**
**FONTANA, CA 92336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Christina Fortin**
**10112 Ashwood Street**
**Apt #57**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Fradley**
**23188 MCNAMEE AVE.**
**PORT CHARLOTTE, FL 33980**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Gillis**
**1303 CONSTITUTION ROAD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Hilley**
**11282 ACRUX DR**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christina Jones** | *Check all that apply.* | | |
| | **6451 CALGARY WOODS LANE** | ☐ Contingent | | |
| | **KATY, TX 77494** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.2840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christina Lopez** | *Check all that apply.* | | |
| | **4236 50 St** | ☐ Contingent | | |
| | **Apt 6** | ☐ Unliquidated | | |
| | **San Diego, CA 92115** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.2841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.06** | **$25.06** |
|---|---|---|---|---|
| | **Christina M.  Schwartz** | *Check all that apply.* | | |
| | **3280 SW 170TH AVE** | ☐ Contingent | | |
| | **1006** | ☐ Unliquidated | | |
| | **BEAVERTON, OR 97003** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.2842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christina Marquez Zamora** | *Check all that apply.* | | |
| | **4057 BAYWOOD ST** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Christina Martinez**<br>**1401 W. 85TH AVE. D207**<br>**FEDERAL HEIGHTS, CO 80260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Christina Pitt**<br>**2987 lakeside commons dr**<br>**apt 205**<br>**Tampa, FL 33613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Christina Rivera**<br>**519 East Ave k8**<br>**lancaster, CA 93535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Christina Rodriguez**<br>**1335 N. FRESNO**<br>**#B**<br>**FRESNO, CA 93703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Sanchez**
**5038 gundry ave**
**Long Beach, CA 90807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Sands**
**3103 s bristol  #291**
**santa ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Schwartz**
**3280 SW 170TH AVE**
**1006**
**BEAVERTON, OR 97003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christina Stubbs**
**5025 SW MENLO DRIVE**
**6**
**BEAVERTON, OR 97005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Christina Teissedre**
**10478 114TH TERR N**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2852   Priority creditor's name and mailing address

**Christina Torres**
**1875 OLIVIA CIRCLE**
**APOPKA, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2853   Priority creditor's name and mailing address

**Christine caetano**
**165 SYCAMORE ST**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2854   Priority creditor's name and mailing address

**Christine Carver**
**10334 Santa Gertrudes**
**#12a**
**Whittier, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Christine Davis**
**1461 BRYAN AVE**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2856 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Christine Glaude**
**4830 Nw 19th St**
**Fort Lauderdale, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2857 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Christine Henry**
**11780 SE 140TH TER**
**OCKLAWAHA, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2858 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Christine Jocelyn**
**1721 GRANDE POINTE BLVD**
**105**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.90** | **$9.90** |
|---|---|---|---|---|
| | **Christine M.  Carver** | Check all that apply. | | |
| | **10334 Santa Gertrudes** | ☐ Contingent | | |
| | **#12a** | ☐ Unliquidated | | |
| | **Whittier, CA 90603** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christine Manalili** | Check all that apply. | | |
| | **20041 Osterman Road** | ☐ Contingent | | |
| | **# J1** | ☐ Unliquidated | | |
| | **Lake Forest, CA 92630** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christine Nelson** | Check all that apply. | | |
| | **234 STRANAHAN CIRCLE** | ☐ Contingent | | |
| | **CLAYTON, CA 94517** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christine Smead** | Check all that apply. | | |
| | **33691 CALLE MIRAMAR** | ☐ Contingent | | |
| | **SAN JUAN CAPISTRANO, CA 92675** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christine Tam**
**3775 Esmeralda  Bay Circle**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christine Triffet**
**617 N MAIN AVE**
**FALLBROOK, CA 92028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christofer Lopez**
**3235 MOWRY AVENUE**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christoff Lerczak**
**6324 Lorca Dr**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.37** | **$129.37** |
|---|---|---|---|---|

**Christopher A.  Flores**
**2140 E DANBURY RD**
**PHOENIX, AZ 85022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Andio**
**543 27TH STREET**
**WEST PALM BEACH, FL 33407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Andrade**
**3023 SAN IGNACIO DR**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Bennett**
**7712 122ND AVE E**
**PARRISH, FL 34219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Boyle**
**4519 EAST DESERT WIND DRIVE**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$70.79** | **$70.79** |
|---|---|---|---|---|

**CHRISTOPHER C.  CASTILLO**
**VALADEZ**
**23685 BLUE FIN CV**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Camacho**
**6392 ACACIA AVE**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Campbell**
**1632 E PINE AVE**
**FRESNO, CA 93728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Carranza**
**931 WILLOW AVE.**
**LA PUENTE, CA 91746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Castaneda**
**18842 Ballinger St**
**Northridge, CA 91324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Castillo**
**44531 Tabler St**
**Lancaster, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Castillo Valadez**
**23685 BLUE FIN CV**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 2.2879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Christopher Castro**<br>**823 40th st**<br>**San Diego, CA 92102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.2880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Christopher Catura**<br>**462 MARSHALL AVE**<br>**NA**<br>**SAN JOSE, CA 95125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.2881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Christopher Catura**<br>**462 MARSHALL AVE**<br>**NA**<br>**SAN JOSE, CA 95125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | **$24.67** | **$24.67** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.2882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Christopher Cortez**<br>**17638 Bromley St**<br>**Encino, CA 91316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2883 | Priority creditor's name and mailing address<br>**Christopher Cuadra**<br>**2574 CAMINITO AVELLANO**<br>**SAN DIEGO, CA 92154** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2884 | Priority creditor's name and mailing address<br>**Christopher Dawson**<br>**1823 CLEMSON STREET**<br>**SAN BERNARDINO, CA 92407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2885 | Priority creditor's name and mailing address<br>**Christopher Dominguez**<br>**1549 LEXINGTON CT.**<br>**CAMARILLO, CA 93010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2886 | Priority creditor's name and mailing address<br>**Christopher Encinias**<br>**3326 WYOMING BLVD NE**<br>**306**<br>**ALBUQUERQUE, NM 87111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.2887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Faison**
**1265 JASMINE LAKE DRIVE**
**TARPON SPRINGS, FL 34689**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Figueroa**
**9183 E OXFORD DR**
**DENVER, CO 80237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Flores**
**2140 E DANBURY RD**
**PHOENIX, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.2890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Glass**
**14728 Avenida de Palma**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

| 2.2891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**christopher gomez**
**224 E CLIFTON AVE**
**#4**
**ANAHEIM, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---------------------------------|----------------------------------------------|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Christopher Gray**
**3612 ARMSTRONG ST**
**SAN DIEGO, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---------------------------------|----------------------------------------------|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Christopher Grober**
**2865 W 12TH LANE**
**YUMA, AZ 85364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---------------------------------|----------------------------------------------|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Christopher Gutierrez**
**14831 KITTRIDGE ST.**
**VAN NUYS, CA 91405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---------------------------------|----------------------------------------------|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Christopher Gutierrez**<br>**3852 Truckee Way**<br>**Aurora, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Christopher Hankston**<br>**9700 COURT GLEN DR**<br>**HOUSTON, TX 77099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Christopher Hernandez**<br>**1651 S Juniper St**<br>**#72**<br>**Escondido, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Christopher Hill**<br>**115 Munsing Ridge**<br>**Granby, MA 01033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Jenkins**
**1847 GRANADA DR**
**CONCORD, CA 94519**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.2900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Kanter**
**7217 TINDARI PL**
**RANCHO CUCAMONGA, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.2901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Kendrick**
**13001 CENTRAL**
**ALBUQUERQUE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.2902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Latscha**
**152 TALLEY DRIVE**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Lee**
**22712 WHITE FIR LANE**
**DIAMOND BAR, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Lee**
**2730 MARIGNY DR**
**HOUSTON, TX 77014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Lemon**
**619 LIVENGOOD DR.**
**LAS VEGAS, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.11** | **$22.11** |
|---|---|---|---|---|

**Christopher Lemon**
**619 LIVENGOOD DR.**
**LAS VEGAS, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Loreno**
**11948 LOWER AZUSA RD**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Maciel**
**19367 SIDANI LANE**
**SAUGUS, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.15** | **$50.15** |
|---|---|---|---|---|

**Christopher Maciel**
**19367 SIDANI LANE**
**SAUGUS, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Massey**
**665 TEMPE CT**
**5**
**PLEASANT HILL, CA 94523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Mcleod**
**16 WALNUT ROAD**
**UNIT 3**
**OCALA, FL 34480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Menjivar-vasquez**
**2251 S Memphis St**
**Aurora, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Mickus**
**200 W BUTLER AV**
**UNIT 7**
**AMBLER, PA 19002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Mil**
**17860 Sw Shaw St**
**Beaverton, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Miree**
**100 CASTOR DRIVE**
**G9**
**NORCROSS, GA 30071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Morrison**
**210 Weatherstone Pointe Dr**
**Woodstock, GA 30188**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Mosley**
**2626 S. BROMPTON DR.**
**PEARLAND, TX 77584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Nutt**
**29038 Perth Circle**
**Houston, TX 77043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher OFarrell**
**1303 N CATALPA AVE**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Ortega**
**25816 VIA LOMAS**
**62**
**LAGUNA HILLS, CA 92653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Ortel**
**P.O. BOX 5000**
**PMB 80**
**Rancho Santa Fe, CA 92067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Ortiz-Gonzalez**
**4021 BETA ST.**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.65 | $219.65 |
|---|---|---|---|---|

**Christopher P. Faison**
**1265 JASMINE LAKE DRIVE**
**TARPON SPRINGS, FL 34689**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Parra**
**7257 MIDDLEBURY WAY**
**SAN JOSE, CA 95139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Pinon - Acosta**
**1024 CHASE COMMON DR**
**1024**
**NORCROSS, GA 30071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Reineck**
**341 LA AMATISTA ROAD**
**DEL MAR, CA 92014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Richardson**
**6830 CHAMPION PLAZA DR**
**911**
**HOUSTON, TX 77069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Rivera**
**5184 MILLENIA BLVD**
**APT 108**
**ORLANDO, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Rivera**
**4515 THIRD ST.**
**17**
**LA MESA, CA 91941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Rodriguez**
**360 24TH ST NW**
**1037**
**WINTER HAVEN, FL 33880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**                                  Case number (if known)    **20-02477-LA7**
        Name

| 2.2931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Rowton**<br>**1296 S OWL DR**<br>**GILBERT, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Ruiz**<br>**9435 DELEGATES DR**<br>**142**<br>**ORLANDO, FL 32809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Santoyo**<br>**1000 TEAKWOOD ST**<br>**OXNARD, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Serra**<br>**14763 RYON AVE**<br>**BELLFLOWER, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Christopher Silva**
**19800 SW 180 AVE**
**246**
**MIAMI, FL 33187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2936** Priority creditor's name and mailing address
**Christopher Smart**
**13820 S. 44TH STREET**
**1047**
**PHOENIX, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2937** Priority creditor's name and mailing address
**Christopher Sonesen**
**18000 SOUTHWEST SHAW**
**STREET**
**14**
**BEAVERTON, OR 97078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2938** Priority creditor's name and mailing address
**Christopher Tarbush**
**20 King George CT**
**Dallas, GA 30157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher taylor**
**7460 DAKIN ST**
**G-105**
**DENVER, CO 80221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Thai**
**17 Amargosa**
**Irvine, CA 92602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Thorn**
**17397 Georgia Rd**
**Fort Myers, FL 33967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Christopher Thornton**
**1007 PAYETTE AVE**
**SUNNYVALE, CA 94087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| 2.2943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Urtiaga**
**8836 AUTUMNHILL DR**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Veloz**
**1448 HAMPTON DR**
**SUNNYVALE, CA 94087**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Veronesi**
**9026 Breland Drive**
**Tampa, FL 33626**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Christopher Villalobos**
**2019 THONIG RD**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Voytek** | Check all that apply. | | |
| | **47 E CRYSTAL CIRCLE** | ☐ Contingent | | |
| | **SPRING, TX 77389** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.2948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Ward** | Check all that apply. | | |
| | **12782 TORREY BLUFF DR** | ☐ Contingent | | |
| | **98** | ☐ Unliquidated | | |
| | **SAN DIEGO, CA 92130** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.2949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Welker** | Check all that apply. | | |
| | **2706 GRANT STREET** | ☐ Contingent | | |
| | **HOLLYWOOD, FL 33020** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.2950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Williams** | Check all that apply. | | |
| | **1975 WEST BAY DRIVE** | ☐ Contingent | | |
| | **506** | ☐ Unliquidated | | |
| | **LARGO, FL 33770** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.2951**

Priority creditor's name and mailing address

**Christopher Williams**
**2201 S. PACIFIC AVE**
**319**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2952**

Priority creditor's name and mailing address

**Christopher Wright**
**17071 Burton St**
**Lake Balboa, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2953**

Priority creditor's name and mailing address

**Christy Forbes**
**7901 E. Belleview Ave.**
**#470**
**Englewood, CO 80111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.2954**

Priority creditor's name and mailing address

**Christy Glover**
**10403 Crescent Moon**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.2955 | Priority creditor's name and mailing address<br>**Chrystal Guzman**<br>**300 CARPENTER DR**<br>**C2**<br>**ATLANTA, GA 30328** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2956 | Priority creditor's name and mailing address<br>**Chyna Germany**<br>**2338 N GREEN VALLEY PKWY**<br>**121**<br>**HENDERSON, NV 89014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2957 | Priority creditor's name and mailing address<br>**Chyna Johnson**<br>**17151 Staedler St**<br>**Fountain Valley, CA 92708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2958 | Priority creditor's name and mailing address<br>**Chynna Padilla**<br>**3310 S Oak St**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cianna Robles**
**14199 EAST DICKENSON DRIVE**
**C**
**AROURA, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciara Evans**
**5440 N BRAESWOOD BLVD**
**931**
**HOUSTON, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciara Smith**
**2511 E Shannon St**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.2962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciarra Kenison**
**12405 MANGAS TRAIL NE**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciarra Rose**
**8551 SW AVON ST**
**TIGARD, OR 97224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cicily Rambo**
**858 MONROE HARBOR PLACE**
**SANFORD, FL 32773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cieonna Howard**
**8666 Friant Street**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciera Kate Kamai-Desamito**
**12102 TAMBOURINE DR**
**STAFFORD, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciera Sims**
**9837 ESTACIA CT**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ciera Smith**
**31319 THE OLD ROAD**
**#G**
**CASTAIC, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cierra Amaya**
**9830 DALE AVE**
**69**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cierria Bradford**
**8974 158TH PL**
**SUMMERFIELD, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Cilvett Harris**<br>**10431 MACKENZIE ST.**<br>**HOUSTON, TX 77086** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Cindy Dolores**<br>**26 HARBOR DR**<br>**BAY POINT, CA 94565** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Cindy Gonzalez**<br>**920 Walnut Cove**<br>**Colton, CA 92324** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Cindy Recinos**<br>**9816 San Antonio Ave**<br>**South Gate, CA 90280** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.2975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cindy Rincon**
**23610 NEWHALL AVE**
**UNIT 106**
**SANTA CLARITA, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cindy Rodriguez**
**15455 NE 6 AVE**
**C411**
**NORTH MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cindy-thao Nguyen**
**10322 Calle Madero**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**cinthia moreno**
**2060 W 76TH AVENUE**
**2006**
**DENVER, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cinthya Balderas**
**1805 PLAO ALTO CIR.**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cinthya Castro**
**6904 CONCORD DR**
**#C**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cinthya Villanueva Ruiz**
**3660 W 88TH AVE**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cirenio Acosta**
**3549 RAQUEL DR**
**OCEANSIDE, CA 92055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

| 2.2983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Ciro Sanchez**
**3256 DREW ST**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Citlali Linares**
**COLONIA DE LOS CEDROS B-52**
**620**
**LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Citlalli Avilez**
**625 K St Apt C**
**SAN DIEGO, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Citlalli Mercado**
**79550 Fred Waring Dr**
**Bermuda Dunes, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Citlalli Ortiz Chavez**
**6163 linden ave**
**apt #1**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CITY OF ALPHARETTA**
**FINANCE DEPARTMENT - TAX**
**PO BOX 117022**
**ATLANTA, GA 30368-7022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CITY OF AURORA**
**LICENSING OFFICE - 1ST FLOOR**
**15151 E ALAMEDA PKY #1100**
**AURORA, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CITY OF AURORA**
**REVENUE & COLLECTIONS**
**DIVISION**
**44 E DOWNER PL**
**AURORA, IL 60507-2067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2991** | Priority creditor's name and mailing address

**CITY OF AURORA**
**TAX AND LICENSING DIVISION**
**PO BOX 33001**
**AURORA, CO 80041-3001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2992** | Priority creditor's name and mailing address

**CITY OF BEDFORD**
**TAX DEPARTMENT**
**PO BOX 72450**
**CLEVELAND, OH 00044-1922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2993** | Priority creditor's name and mailing address

**CITY OF BLUE ASH**
**INCOME TAX DEPARTMENT**
**4343 COOPER ROAD**
**BLUE ASH, OH 45242-5699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2994** | Priority creditor's name and mailing address

**CITY OF BOYNTON BEACH**
**BUSINESS TAX DIVISION**
**100 E BOYNTON BEACH BLVD**
**BOYNTON BEACH, FL 33425-0190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.2995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF BREA**
**BUSINESS LICENSE TAX DIVISION**
**1 CIVIC CENTER CIRCLE**
**BREA, CA 92821-5732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF CARLSBAD**
**BUSINESS LICENSE RENEWAL**
**1635 FARADAY AVENUE**
**CARLSBAD, CA 92008-7314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF CENTERVILLE**
**TAX DIVISION**
**100 W SPRING VALLEY**
**CENTERVILLE, OH 00045-4580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF CORAL SPRINGS**
**BUSINESS TAX OFFICE**
**PO BOX 754501**
**CORAL SPRINGS, FL 33075-4501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.2999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF COVINGTON**
**LICENSE DEPARTMENT**
**20 WEST PIKE STREET**
**COVINGTON, KY 41011-2298**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF CUYAHOGA FALLS**
**INCOME TAX DEPARTMENT**
**2310 2ND STREET**
**CUYAHOGA FALLS, OH**
**00044-2220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF DAYTON INCOME TAX**
**P.O. BOX 643700**
**CINCINNATI, OH 45264-3700**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF ENGLEWOOD TAX**
**DEPARTMENT**
**333 W NATIONAL ROAD**
**ENGLEWOOD, OH 45322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.3003**

Priority creditor's name and mailing address

**CITY OF FOREST PARK**
**INCOME TAX DEPT**
**1201 WEST KEMPER ROAD**
**FOREST PARK, OH 00045-2400**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.3004**

Priority creditor's name and mailing address

**CITY OF FORT LAUDERDALE**
**FINANCE DEP - BUS TAX**
**DIVISION**
**100 N ANDREWS AVE, 1ST FLOOR**
**FORT LAUDERDALE, FL 33301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.3005**

Priority creditor's name and mailing address

**CITY OF FORT LAUDERDALE**
**BUSINESS TAX DIVISION**
**PO BOX 31689**
**TAMPA, FL 33631-3689**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.3006**

Priority creditor's name and mailing address

**CITY OF GADSDEN**
**REVENUE DEPARTMENT**
**P.O. BOX 267**
**GADSDEN, AL 03590-2267**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF GARDEN GROVE
BUSINESS TAX
PO BOX 3070
GARDEN GROVE, CA 92842-3070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.3008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF HAMILTON-HAMILTON
DIVISION OF TAXATION
345 HIGH STREET FL 3 STE 310
HAMILTON, OH 00045-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.3009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF HILLVIEW
INCOME TAX DEPARTMENT
283 CRESTWOOD LANE
LOUISVILLE, KY 00040-2290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.3010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF HOLLYWOOD
BUSINESS TAX PAYMENT
CENTER
P.O. BOX 229187
HOLLYWOOD, FL 33022-9187**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF HUBBARD INCOME TAX**
**PO BOX 307**
**HUBBARD, OH 04442-5307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.3012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF HUBER HEIGHTS OHIO**
**DIVISION OF TAXATION**
**P.O. BOX 24309**
**DAYTON, OH 00045-4240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.3013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF IRONTON**
**TAX ADMINISTRATOR**
**PO BOX 704**
**IRONTON, OH 00045-6380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.3014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF KENTON-INCOME TAX**
**111 W. FRANKLIN STREET**
**PO BOX 220**
**KENTON, OH 00043-3260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3015 | Priority creditor's name and mailing address<br>**CITY OF KETTERING**<br>**TAX DIVISION**<br>**P.O. BOX 293100**<br>**KETTERING, OH 00045-4290** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3016 | Priority creditor's name and mailing address<br>**CITY OF MIDDLETOWN**<br>**DEPARTMENT OF TAXATION**<br>**P.O. BOX 630157**<br>**CINCINNATI, OH 04526-3157** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3017 | Priority creditor's name and mailing address<br>**CITY OF MORAINE**<br>**INCOME TAX DEPARTMENT**<br>**4200 DRYDEN ROAD**<br>**MORAINE, OH 00045-4390** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3018 | Priority creditor's name and mailing address<br>**CITY OF NEWARK - PAYROLL TAX**<br>**PAYROLL TAX**<br>**P.O. BOX 15118**<br>**NEWARK, NJ 7192-0** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.3019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**CITY OF OREGON TAX**
**5330 SEAMAN ROAD**
**OREGON, OH 43616-2608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**CITY OF PARMA**
**TAX DIVISION**
**6611 RIDGE ROAD**
**PARMA, OH 00044-1290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**CITY OF PITTSBURGH PA**
**CITY OF PITTSBURGH LS-1 TAX**
**414 GRANT STREET STE 224**
**PITTSBURGH, PA 15219-2476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**CITY OF PORTSMOUTH**
**INCOME TAX DIVISION**
**P.O. BOX 1323**
**PORTSMOUTH, OH 00045-6620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.3023** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**CITY OF SAINT MARYS**
**DEPARTMENT OF TAXATION**
**106 E SPRING STREET**
**SAINT MARY'S, OH 00045-8850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.3024** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**CITY OF SAN JOSE**
**PO BOX 39000**
**BUS TAX & REG PERMIT**
**DEP#34370**
**SAN FRANCISCO, CA 94139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.3025** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**CITY OF SPRINGBORO TAX DEPT**
**320 W CENTRAL AVE**
**SPRINGBORO, OH 00045-0660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.3026** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**CITY OF SYLVANIA**
**DIVISION OF TAXATION**
**P.O. BOX 510**
**SYLVANIA, OH 04356-0510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

**2.3027** Priority creditor's name and mailing address

**CITY OF TAMPA-OCCUPATIONAL**
**BUSINESS TAX DIVISION**
**PO BOX 31047**
**TAMPA, FL 33631-3047**

As of the petition filing date, the claim is:                                    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

---

**2.3028** Priority creditor's name and mailing address

**CITY OF TEMPE**
**TAX & LICENSE DIVISION**
**20 E 6TH STREET 3RD FLOOR**
**TEMPE, AZ 85281**

As of the petition filing date, the claim is:                                    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

---

**2.3029** Priority creditor's name and mailing address

**CITY OF TORRANCE REVENUE**
**DIVISION**
**3031 TORRANCE BLVD**
**TORRANCE, CA 90503**

As of the petition filing date, the claim is:                                    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

---

**2.3030** Priority creditor's name and mailing address

**CITY OF WARREN**
**INCOME TAX DEPARTMENT**
**P.O. BOX 230**
**WARREN, OH 00044-4820**

As of the petition filing date, the claim is:                                    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **CITY OF WESTMINSTER**<br>**SALES TAX DIVISION**<br>**PO BOX 17107**<br>**WESTMINSTER, CO 80217-7107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **CITY OF WILMINGTON INCOME**<br>**TAX**<br>**P.O. BOX 786**<br>**WILMINGTON, OH 00045-1770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **CITY TREASURER**<br>**CITY OF SAN DIEGO**<br>**PO BOX 129030**<br>**SAN DIEGO, CA 92112-9030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **CLACKAMAS COUNTY TAX**<br>**COLLECTOR**<br>**PO BOX 6100**<br>**PORTLAND, OR 97228-6100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | 2.3035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

2.3035

Priority creditor's name and mailing address

**Cladmine Jean-baptiste**
**7705 Tara Cir.**
**#102**
**Naples, FL 34104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.3036

Priority creditor's name and mailing address

**Claire calaway**
**13281 ORANGE KNOLL DRIVE**
**SANTA ANA, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.3037

Priority creditor's name and mailing address

**Claire Pupping**
**1732 RED BARN RD**
**ENCINITAS, CA 92024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.3038

Priority creditor's name and mailing address

**Claire Sherman**
**5616 SW 42ND AVE**
**PORTLAND, OR 97221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Castillo**
**4567 HAMILTON AVE.**
**13**
**SAN JOSE, CA 95130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Hurlbut**
**26811 EASTWOOD DR**
**SPRING, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Lagos-perez**
**7112 Princeton Pl**
**Tampa, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Lucas**
**10629 S 228TH LN**
**BOCA RATON, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Muenchow**
**1118 Cuesta Dr**
**Mountain View, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clara Rodriguez**
**39838 SUNDALE DR**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claribel Cruz**
**5885 DAHLIA DR**
**208**
**ORLANDO, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claricia Morrishammer**
**336 Mission Dr**
**Camarillo, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$263.97** | **$263.97** |
|---|---|---|---|---|

**Claricia Morrishammer**
**336 Mission Dr**
**Camarillo, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clarissa Carpenter**
**12854 112TH STREET**
**LARGO, FL 33778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clarissa Carrera-smith**
**3301 W. Raintree Dr**
**Tucson, AZ 85741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clarissa Chavez**
**5916 BURNHAM AVE**
**APT 5**
**BUENA PARK, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Clarissa Garcia Villasenor**
**3074 N Cornelia Ave**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Priority creditor's name and mailing address
2.3052
**Clarissa Lopez**
**8454 SATURN DR.**
**BUENA PARK, CA 90620**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Priority creditor's name and mailing address
2.3053
**Clarissa Mae Geronimo**
**321 CHEYENNE LANE**
**ESCONDIDO, CA 92127**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Priority creditor's name and mailing address
2.3054
**Clarissa Revilla**
**7231 E. BEVERLY DRIVE**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.3055 | Priority creditor's name and mailing address<br>**Clarissa Sybounheuan**<br>**9539 COTTONWOOD AVE #A**<br>**#A**<br>**SANTEE, CA 92071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3056 | Priority creditor's name and mailing address<br>**CLARK COUNTY TREASURER**<br>**500 S GRAND CENTRAL PKWY**<br>**2ND F**<br>**PO BOX 551401**<br>**LAS VEGAS, NV 89155-1401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3057 | Priority creditor's name and mailing address<br>**CLARK COUNTY TREASURER**<br>**CALLER BOX 35150**<br>**SEATTLE, WA 98124-5150** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,107.35** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3058 | Priority creditor's name and mailing address<br>**Claudia Aguilar**<br>**8300 E Prentice Ave**<br>**#419**<br>**Greenwood Village, CO 80111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Barriento**
**3434 WEST LITTLE YORK**
**2107**
**HOUSTON, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Callejas**
**3939 BLOSSOM DEW DR**
**KISSIMMEE, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Carreno**
**3701 PARKVIEW LN**
**7A**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Carrion**
**3446 Stonewall Dr**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** **$0.00** |
| | **Claudia Gajardo**<br>**2500 Primero Dr.**<br>**Kissimmee, FL 34746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** **$0.00** |
| | **Claudia Gonzalez**<br>**2408 FAN PALM DR**<br>**DAVENPORT, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** **$0.00** |
| | **Claudia Gonzalez**<br>**4834 ELFRIDA AVE**<br>**SARASOTA, FL 34235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** **$0.00** |
| | **Claudia Jimenez Rosales**<br>**1955 Backowski Ave**<br>**Clovis, CA 93611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.55 | $66.55 |
|---|---|---|---|---|

**Claudia L. morales**
**3655 WEST 64TH ST**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Leon**
**8410 N Sherman Circle**
**#401**
**Miramar, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Mann**
**4675 S. Harrison Rd**
**Unit 170**
**Tucson, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia morales**
**3655 WEST 64TH ST**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Moya**
**7606 DIONE COURT**
**ORLANDO, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Patino**
**5104 DOMINICA DRIVE**
**KISSIMMEE, FL 34746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Restrepo**
**4210 Royal Regencycircle Nw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.76** | **$160.76** |
|---|---|---|---|---|

**Claudia Restrepo**
**4210 Royal Regencycircle Nw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Santillan**
**6737 LODGE STREET**
**HOUSTON, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia santos**
**2049 E PASO FINO DR**
**SAN TAN VALLEY, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudia Tapia**
**317 S Loma Linda Dr**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudio Contreras**
**4152 iola Drive**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.3079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Claudio Juarez**
**960 W 5TH AVE**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$473.65** | **$473.65** |
|---|---|---|---|---|

**Clay J. Slater-Pifher**
**500 E 13TH ST**
**28**
**VANCOUVER, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clay Slater-Pifher**
**500 E 13TH ST**
**28**
**VANCOUVER, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clayton Hackett**
**11152 SE CAUSEY CIR**
**11152**
**HAPPY VALLEY, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clemente Gregorio**
**244 E Olive**
**Apt A**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clementine Thomas**
**1369 Camino Robles Way**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Clent Wallace**
**14053 E COLORADO DR**
**D**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cleotilde Canas**
**1736 W 45 TH ST**
**LOS ANGELES, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3087 | Priority creditor's name and mailing address<br>**Clifford L.  Russell** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,028.32** | **$1,028.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3088 | Priority creditor's name and mailing address<br>**Clifton Turner**<br>**5609 ALDINE BENDER RD.**<br>**146**<br>**HOUSTON, TX 77032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3089 | Priority creditor's name and mailing address<br>**Clint McDonald**<br>**16506 SE 29TH STREET**<br>**123**<br>**VANCOUVER, WA 98683** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3090 | Priority creditor's name and mailing address<br>**Clint Snider**<br>**4110 VILLAGE DRIVE**<br>**APARTMENT E**<br>**CHINO HILLS, CA 91709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Clinton Pearson**<br>**30300 ANTELOPE RD**<br>**1212**<br>**MENIFEE, CA 92584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.3092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Clrissa Mireles**<br>**18110 CAMBELLFORD**<br>**TOMBALL, TX 77377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.3093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Clyde Bramida**<br>**18521 MAYALL STREET**<br>**UNIT E**<br>**NORTHRIDGE, CA 91324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.3094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Clyressia Buggs**<br>**11300 REGENCY**<br>**908**<br>**CYPRESS, TX 77429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COBB COUNTY TAX
COMMISSIONER
PO BOX 100127
MARIETTA, GA 30061-7027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Afflerbach
13300 WALSINGHAM RD
126
LARGO, FL 33774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Allen
443 FAIRLOCK LANE N.W.
ATLANTA, FL 30331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Amos
1576 S OWL DR
GILBERT, AZ 85296**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.3099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Archer**
**10180 QUIVAS ST**
**NORTHGLENN, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Breeden**
**420 MTZION RD**
**BONAIRE, GA 31005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Bryans**
**327 S CORNER STREET**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Delaney**
**1984 W. LA OSA**
**#2**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Foster**
**2003 E151st Ave**
**Lutz, FL 33549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Hawkins**
**3030 E VILLA RITA DR**
**PHOENIX, AZ 85032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$154.63** | **$154.63** |
|---|---|---|---|---|

**Cody L.  Thurman**
**5700 CARBON CANYON RD**
**#1**
**BREA, CA 92823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**cody nelson**
**850 DEXTER ST**
**205**
**DENVER, CO 80220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Palmer**
**2128 OAK TERRACE**
**SARASOTA, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Thurman**
**5700 CARBON CANYON RD**
**#1**
**BREA, CA 92823**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody Villegas**
**1142 W NORTH ST**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cody weld**
**8538 S UPHAM WAY**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Coku Lediona**
**9075 GAYLORD DR**
**APT 31**
**HOUSTON, TX 77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colby Ellison**
**5964 W ROWLAND PL**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colby Gilbert**
**4165 SILVER STREET**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colby Hallock**
**13875 SE 131ST AVE**
**CLACKAMAS, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page  779 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colby Kelly**
**4490 MCINTOSH PARK DR**
**1804**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cole Bixler**
**5346 SOUTH FULTONDALE WAY**
**AURORA, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.20** | **$388.20** |
|---|---|---|---|---|

**Cole Bixler**
**5346 SOUTH FULTONDALE WAY**
**AURORA, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cole Blecha**
**1162 HEARST DRIVE**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cole Mueller**
**1442 TOPAR AVENUE**
**LOS ALTOS, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cole Yauney**
**1911 OVERLOOK ROAD**
**FULLERTON, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colin Curtright**
**10578 RANCHO CARMEL DR**
**SAN DIEGO, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colin Martin**
**3025 W MICHELLE DR**
**PHOENIX, AZ 85053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.3123** | Priority creditor's name and mailing address

**Colin Martin**
**3025 W MICHELLE DR**
**PHOENIX, AZ 85053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.85**     **$60.85**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3124** | Priority creditor's name and mailing address

**COLIN MORRIS**
**507 GIOTTO**
**507**
**IRVINE, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3125** | Priority creditor's name and mailing address

**COLIN MORRIS**
**507 GIOTTO**
**507**
**IRVINE, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.99**     **$100.99**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3126** | Priority creditor's name and mailing address

**Colin Quinn**
**13 DESTINO WAY**
**MISSION VEJO, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colin Scharff**
**3380 AVENIDA NIEVE**
**CARLSBAD, CA 92009**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COLLIER COUNTY TAX**
**COLLECTOR**
**3291 E. TAMIAMI TRAIL**
**NAPLES, FL 34112-5758**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COLLIER COUNTY TAX**
**COLLECTOR**
**3291 E TAMIAMI TRAIL**
**NAPLES, FL 34112-5758**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Collin Honey**
**6019 44TH CT E**
**BRADENTON, FL 34203**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3131 | Priority creditor's name and mailing address<br>**Collin Shorey**<br>**1069 WESLEY PARK DR**<br>**MARIETTA, GA 30064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3132 | Priority creditor's name and mailing address<br>**COLORADO DEPARTMENT OF**<br>**REVENUE**<br>**1375 SHERMAN ST.**<br>**DENVER, CO 00802-6115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3133 | Priority creditor's name and mailing address<br>**COLORADO DEPT OF REVENUE**<br>**DEPARTMENT A**<br>**DENVER, CO 80243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3134 | Priority creditor's name and mailing address<br>**COLORADO DEPT OF REVENUE**<br>**1375 SHERMAN ST**<br>**DENVER, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colton Cox**
**1491 E BROWNING AVE**
**FRESNO, CA 93710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colton Granade**
**5462 Amy Ave**
**Garden Grove, CA 92845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COLUMBUS CITY TREASURER**
**PO BOX 182489**
**COLUMBUS, OH 43218-2489**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COM OF TAXATION CITY OF**
**TOLEDO**
**DIVISION OF TAXATION**
**1 GOVERNMENT CTR SUITE 2070**
**TOLEDO, OH 43604-2280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COMMISSIONER OF REVENUE SVCES**
**DEPARTMENT OF REVENUE SERVICES**
**P.O. BOX 2931**
**HARTFORD, CT 6104-2931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COMMISSIONER OF TAX AND FINANC**
**P.O. BOX 4139**
**BINGHAMTON, NY 13902-4139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COMMISSIONERS TAXATION**
**400 CONANT STREET**
**MAUMEE, OH 00043-5370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COMMONWEALTH OF MASSACHUSETTS**
**MASS. DEPT OF REVENUE**
**P.O. BOX 7034**
**BOSTON, MA 2204-0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **COMPTROLLER OF MARYLAND-WH REMITTANCE PROCESSING CENTER 110 CARROLL STREET ANNAPOLIS, MD 00021-4111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.3144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Conan Keaulana 7975 SW KELSO CT TIGARD, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.3145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Concepcion Castillo 2678 CAMPBELL RD HOUSTON, TX 77080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.3146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Concepcion Maldonado Palacios 5217 Rosestone DR. NW Lot 12D Lilburn, GA 30047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Concepcion Soza**
**1203 Purple Sage**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Concepcion Vargas**
**136 Vermont St Ne**
**Apt A**
**Albuquerque, NM 87108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Chui**
**1125 E. Grand Ave**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Contreras**
**19615 Norfolk Ridgeway**
**Richmond, TX 77407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.3151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Daidone**
**6232 GREENVIEW CIRCLE**
**66**
**SARASOTA, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Rangel**
**12221 ACADEMY WAY**
**ARTESIA, CA 90701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Rice**
**1750 Stokes St 32**
**San Jose, CA 95126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connie Wiencek**
**8788 Britt Ct**
**San Diego, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Bolte**
**6075 PELICAN BAY BLVD**
**703**
**NAPLES, FL 34108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Caruthers**
**22 LA PERLA**
**FOOTHILL RANCH, CA 92610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Cook**
**1310 Arlington Pl**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Cook**
**445 VIA SAVOY**
**ENCINITAS, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Dena**
**12 GALEANA**
**FOOTHILL RANCH, CA 92610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Donnelly**
**8015 SW 102 AVE**
**MIAMI, FL 33173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Gregor-McCain**
**630 N. CERRITOSAVE. APT. 212**
**AZUSA, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$412.65** | **$412.65** |
|---|---|---|---|---|

**Connor J.  Simon**
**16 MORNING DOVE**
**IRVINE, CA 92604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Kim**
**16913 LAUREL HILL LN**
**UNIT 149**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Mangseth**
**1200 OAK AVE**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Olney**
**8071 STUART PLACE**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.70** | **$42.70** |
|---|---|---|---|---|

**Connor R.  Dena**
**12 GALEANA**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Seul**
**5063 OAK HOLLOW DR.**
**MORRISON, CO 80465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor Simon**
**16 MORNING DOVE**
**IRVINE, CA 92604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Connor torrence**
**8352 TRENT COURT**
**UNIT D**
**BOCA RATON, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Consepsion Lopez-barroso**
**464 Graham Ave**
**#5**
**Camarillo, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Consuelo Aguilar Franco**
**4892 BERNAL AVE**
**J**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Consuelo Lopez**
**582 94th Ave**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CONTRA COSTA COUNTY TAX**
**COLLEC**
**PO BOX 7002**
**SAN FRANCISCO, CA 94120-7002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Convario Willams**
**POBOX72550**
**LOS ANGELES, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cooper Bars**
**11201 NE 47TH AVE**
**VANCOUVER, WA 98686**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Coral Garner**
**36 THOMAS DRIVE**
**DALLAS, GA 30157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cordero Montford**
**576 NORTH FORK**
**16**
**DECATUR, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Brunswick**
**1305  GRAN COURT**
**C**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Espinoza**
**991 MONTECITO DR**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Garrett**
**1032 MOHR LN**
**69**
**CONCORD, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Garrison**
**4202 ROBBINS AVE**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Herold**
**8699 NE SWIRE ST**
**HILLSBORO, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey King**
**9466 BOCA COVE CIRCLE**
**313**
**BOCA RATON, FL 33482**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**COREY MILLER**
**1851 LOTUS COURT**
**CARLSBAD, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey Rouse**
**205 WOOD SHOALS CT**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corey-lynn Gomez**
**8205 HAMMOCKS BLVD**
**7210**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

| 2.3187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cori Dill**
**13698 FONTANELLE PLACE**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cori Donnerson**
**1926 BRADBURY AVE**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cori Rotellini**
**213 STAR SHELL DR**
**APOLLO BEACH, FL 33572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Corina Corbaton**
**5081 ELLA CT.**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cornelio Ramos**<br>**6057 N Polk Ave**<br>**Fresno, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cornelius Bryant**<br>**2153 EARL AVE**<br>**LONG BEACH, CA 90806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cornelius Mackey**<br>**193 El Camino Loop NW**<br>**Rio Rancho, NM 87144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Corry Reid**<br>**2 Montgomery**<br>**Mission Viejo, CA 92692** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Corry Thomas**
**7004 Ne 44th Cir**
**Apt C**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cortnee Kelley**
**3124 MENLO AGE**
**1.5**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cortney Haber**
**16000 Temple Ave.**
**Apt. A**
**City of Industry, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cortney Herndon**
**1113 ALVIN AVE**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cory Spotts**
**2514 SEAHORSE BEND DR**
**KATY, TX 77449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cory Watson**
**614 GARDENS DR.**
**203**
**POMPANO BEACH, FL 33069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cosme Rascon Marquez Jr**
**5420 W 6TH AVE**
**#7**
**LAKEWOOD, CO 80214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COUNTY OF COLLIER TAX**
**COLLECTOR**
**2800 N HORSESHOE DR  RM 211**
**NAPLES, FL 34104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COUNTY OF ORANGE**
**PO BOX 1438**
**ATTN TREASURER - TAX**
**COLLECTOR**
**SANTA ANA, CA 92702-1438**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COUNTY OF VENTURA**
**TREASURER TAX COLLECTO**
**PO BOX 845642**
**LOS ANGELES, CA 90084-5642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Anglin**
**4161 GLENAIRE WAY NW**
**ACWORTH, GA 30101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Braden**
**7636 Isabella Dr A15**
**Port Richey, FL 34668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Bridges**
**246 DERBY COURT**
**ACWORTH, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Connelly**
**5800 HARPER DR NE**
**1125**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Davis**
**8995 ROSWELL RD**
**ATLANTA, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Haye**
**2452 Woodcreek Rd.**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Hibler**
**4360 Elena Pl.**
**Quartz Hill, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Jackson**
**7164 Colony Club Drive**
**Lake Worth, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney jones**
**12343 SOUTH DAIRY ASHFORD**
**12343**
**HOUSTON, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Courtney Manson**
**3767 Kvistad Dr**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Courtney McDugald**<br>**13050 CHAMPIONS PARK DR**<br>**1015**<br>**HOUSTON, TX 77069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Courtney ONan**<br>**1575 OAK DRIVE**<br>**V8**<br>**VISTA, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Courtney Sessler**<br>**17802 NESS DR**<br>**101**<br>**CANYON COUNTRY, CA 91387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Courtney Walton**<br>**5321 Heritage Way Ne**<br>**B**<br>**Albuquerque, NM 87109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| | |
|---|---|
| **2.3219** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Courtney Williams** | *Check all that apply.* |
| **3544 Oak Grove Dr** | ☐ Contingent |
| **Sarasota, FL 34243** | ☐ Unliquidated |
| | ☐ Disputed |

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.3220** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Courtney Williams** | *Check all that apply.* |
| **1788 Hammock Blvd** | ☐ Contingent |
| **Coconut Creek, FL 33063** | ☐ Unliquidated |
| | ☐ Disputed |

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.3221** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Covadonga Ramos** | *Check all that apply.* |
| **8427 E 9TH ST** | ☐ Contingent |
| **RANCHO CUCAMONGA, CA 91730** | ☐ Unliquidated |
| | ☐ Disputed |

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.3222** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Craig Blankenbiller** | *Check all that apply.* |
| **13420 SPARREN CT** | ☐ Contingent |
| **SAN DIEGO, CA 92129** | ☐ Unliquidated |
| | ☐ Disputed |

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Craig Brown**
**18369 Grenache Rose Way**
**Ramona, CA 92065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Craig Fitzgerald**
**6221 Willow Beck Lane**
**Apt 304**
**Bradenton, FL 34202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Craig Hester Jr**
**2899 PANTHERSVILLE RD**
**#G**
**DECATUR, GA 30034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.51** | **$58.51** |
|---|---|---|---|---|

**Craig J.  Romero**
**6001 TOPKE PL NE**
**B07**
**ALBUQUERQUE, NM 87109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor　**Garden Fresh Restaurants LLC**

Name

Case number (if known)　**20-02477-LA7**

| 2.3227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Craig Riche**
**8450 SE 147TH PLACE**
**SUMMERFIELD, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Craig Romero**
**6001 TOPKE PL NE**
**B07**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Craig Wilson**
**10554 TWILIGHT MOON DR.**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Craig Young**
**982 42ND ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cremeans Jesse**
**5132 MONROE AVE**
**SAN DIEGO, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crescencio Melchor**
**3255 Mulberry Dr**
**Clearwater, FL 33761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crisanta Pineda**
**2435 SW ECOLE AVE**
**APT.81**
**BEAVERTON, OR 97005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Criseyda Yanez**
**25479 PACIFIC ST**
**SAN BERNARDINO, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.3235** Priority creditor's name and mailing address

**Crisoforo Peralta Hernandez**
**824 E 6TH ST**
**NATIONAL CITY, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3236** Priority creditor's name and mailing address

**Crispin Enriquez**
**2261 Maple St**
**Apt B**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3237** Priority creditor's name and mailing address

**Cristel Gamez**
**1501 Big Bend**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3238** Priority creditor's name and mailing address

**Cristel Gamez**
**1501 Big Bend**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,527.36**    **$1,527.36**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristell Erler**
**8869 DELLA SCALA CIRCLE**
**8869**
**ORLANDO, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristhian Umanzor**
**4001 NICOLET AVE**
**12**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristhian Valdivia**
**5820 KISLIN PL**
**ORLANDO, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$61.86** | **$61.86** |
|---|---|---|---|---|

**CRISTIAN A.  ENCISO**
**7600 AMBERGATE PL**
**RIVERSIDE, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Andrade**
**8324 FANITA DR**
**27**
**SANTEE, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Buezo**
**4911 Templeton St**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Cabral**
**3000 E 112TH AVE**
**UNIT 60**
**NORTHGLENN, CO 80233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Cavazos**
**832 100TH AVE N**
**NAPLES, FL 34108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Cevallos**
**1860 PEAR DR**
**CONCORD, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Chigbolu**
**16587 WING LANE**
**LA PUENTE, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Encinas**
**25750 Covala Ct**
**Santa Clarita, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Enciso**
**7600 AMBERGATE PL**
**RIVERSIDE, CA 92504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**

Case number (if known)  **20-02477-LA7**

| | | |
|---|---|---|
| Name | | |

---

| 2.3251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Limon**
**3737 South Ferntower Ave.**
**West Covina, CA 91792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3252 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Martinez**
**STOCKBRIDGE**
**3838**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3253 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Martinez**
**302 GOODYEAR ST**
**SAN JOSE, CA 95110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3254 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Millan**
**7569 Alachua St**
**Orlando, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cristian Perez**<br>**1115 Turtle Creek Drive**<br>**Naples, FL 34110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cristian Pilling**<br>**2572 DIERICX DRIVE**<br>**MOUNTIAN VIEW, CA 94040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cristian Reyes Cruz**<br>**6827 FEATHER CREEK DR**<br>**HOUSTON, TX 77086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Cristian Sandoval**<br>**6887 OSLER ST**<br>**D**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristian Tueros**
**22 w newman ave**
**arcadia, CA 91007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Aleman**
**1822 Paseo Laguna Seco**
**Apt. 187**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Almaguer Ortiz**
**24715 SAND WEDGE LN**
**VALENCIA, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Bautista**
**27354 LAS NIEVES**
**MISSION VIEJO, CA 92691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

**2.3263** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Cristina Garcia** | Check all that apply. | |
| **2079 Plymouth Dr** | ☐ Contingent | |
| **Pittsburg, CA 94565** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.3264** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Cristina Gonzales** | Check all that apply. | |
| **450 S Valencia** | ☐ Contingent | |
| **Apt B7** | ☐ Unliquidated | |
| **Mesa, AZ 85202** | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.3265** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Cristina Gonzalez** | Check all that apply. | |
| **2639 Arnold St** | ☐ Contingent | |
| **Sarasota, FL 34231** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.3266** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Cristina Hernandez** | Check all that apply. | |
| **15334 Lakewood Blvd** | ☐ Contingent | |
| **Apt #9** | ☐ Unliquidated | |
| **Bellflower, CA 90706** | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Cristina Hernandez**
**15334 Lakewood Blvd**
**Apt #9**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| 2.3268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Khauv**
**223 W Glendon Way**
**San Gabriel, CA 91776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| 2.3269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Rafael Lucas**
**10142 BLACK MOUNTAIN RD.**
**30**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| 2.3270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina rodriguez flores**
**1022 8TH AVENUE NW**
**LARGO, FL 33770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristina Sanchez**
**10503 Glassborough Dr**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristobal Villasenor**
**3714 E HEATON AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65.32** | **$65.32** |
|---|---|---|---|---|

**Cristobal Villasenor**
**3714 E HEATON AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$254.18** | **$254.18** |
|---|---|---|---|---|

**Cristopher A.  Ortega**
**10963 AVENIDA DEL GATO**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristopher Burga-Ramirez**
**1378 REEVE ST**
**6**
**SANTA CLARA, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**cristopher canchola**
**865 ELMWOOD ST**
**COLTON, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristopher Martinez**
**4911 N ARRAWANA**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cristopher Ortega**
**10963 AVENIDA DEL GATO**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**cristopher william**
**502 N 34TH DR**
**#3**
**PHOENIX, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cruz Aragon**
**9504 JUAN VALDEZ SE**
**A91**
**ALBUQUERQUE, NM 87123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Acosta**
**16608 Rialto Dr.**
**WINTER GRADEN, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Camorlinga**
**25916 TOURNAMENT RD**
**153**
**SANTA CLARITA, CA 91355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal corrales**
**894 ALMADEN AVE**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3284 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Estrada**
**741 N WINTER PARK DR**
**CASSELBERRY, FL 32707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3285 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Garlin**
**37 KINGSMAN CIRCLE**
**FT. MYERS, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3286 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Garrett**
**3506 12th Ave**
**Los Angeles, CA 90018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Jackson**
**424 Callan Ave.**
**#307**
**San Leandro, CA 94577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198.61** | **$198.61** |
|---|---|---|---|---|

**Crystal Jackson**
**424 Callan Ave.**
**San Leandro, CA 94577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal LaBrecque**
**261 FAIRGROUNDS RD.**
**WEST PALM BEACH, FL 33411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal martin**
**4040 CITRADORA**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Crystal Mitzel**<br>**12135 Royal Rd**<br>**#215**<br>**El Cajon, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Crystal Morelli**<br>**3684 Paradise Rd**<br>**Bldg A**<br>**Las Vegas, NV 89169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Crystal Ramos**<br>**299 S. MONTE VISTA ST**<br>**LA HABRA, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Crystal Solis**<br>**2316 Muleshoe Dr**<br>**Conroe, TX 77384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Wanke**
**2372 CRYSTAL DRIVE**
**FORT MYERS, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystavia Graves**
**790 WEST LITTLE YORK RD**
**2903**
**HOUSTON, TX 77091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cuitlahuac Cahue**
**1256 MAKO LN**
**PERRIS, CA 92571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Curt Boston**
**473 SW 126 AVENEU**
**FORT LAUDERDALE, FL 33325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.3299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Curtis Banks**
**9763 CANDLEWOOD ST**
**RANCHO CUCAMONGA, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Curtis Davis**
**11303 Wilshire Blvd. Bldg. 116**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Curtis Hain**
**457 Hayloft Way**
**Brighton, CO 80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Curtis Platt**
**1651 NW 60th Ave**
**Sunrise, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cutberto Arellanes**
**821 GRAHAM LN**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162.50** | **$162.50** |
|---|---|---|---|---|

**Cutberto Arellanes**
**821 GRAHAM LN**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cyndi Lopez**
**2707 GRANT AVE.**
**REDONDO BEACH, CA 90278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cyndy Tabarez**
**3829 ALTA LOMA DR**
**BONITA, CA 91902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Aceves**
**7286 W DOVEWOOD LANE**
**FRESNO, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Aguilar**
**15413 CORDARY AVE.**
**LAWNDALE, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Bencomo**
**1019 GALEMONT AVE**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Bracamontes**
**325 GARFIELD AVE**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.3311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

2.3311 Priority creditor's name and mailing address

**Cynthia Espolt**
**9100 ACACIA AVE**
**13**
**FONTANA, CA 92335**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.3312 Priority creditor's name and mailing address

**Cynthia Gonzalez**
**5554 BILLNGS ST**
**DENVER, CO 80239**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.3313 Priority creditor's name and mailing address

**Cynthia Henderson**
**1341 MARY #1**
**CLEARWATER, FL 33755**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.3314 Priority creditor's name and mailing address

**Cynthia Hernandez Armenta**
**6334 N. 37th Dr**
**Phoenix, AZ 85019**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Herrera**
**1938 TRIPOLI AVE**
**SAN JOSE, CA 95122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Hicks**
**31559 HIPSHOT DR**
**CASTAIC, CA 91384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Luna**
**1742 ELFIN FOREST RD**
**254**
**SAN MARCOS, CA 92078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Cynthia Martin**
**334 Walnut Street**
**Apt 2**
**Hollywood, FL 33019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**                     Case number (if known)    **20-02477-LA7**
_____
Name

| | | | |
|---|---|---|---|
| 2.3319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |

**2.3319** Priority creditor's name and mailing address

**Cynthia Orozco**
**1602 NISSON RD**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3320** Priority creditor's name and mailing address

**Cynthia Rivera**
**14505 Alburtis Ave**
**#3**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3321** Priority creditor's name and mailing address

**Cynthia solis**
**2045 N 81ST**
**SCOTTSDALE, AZ 85257**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3322** Priority creditor's name and mailing address

**Cynthia Vercelloni**
**3713 Volk Ave**
**Long Beach, CA 90808**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

| | | |
|---|---|---|
| 2.3323 | Priority creditor's name and mailing address<br>**Cynthia Vullo**<br>**2050 FRANKLIN AVE**<br>**SAN DIEGO, CA 92113** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown    $0.00**

| | | |
|---|---|---|
| 2.3324 | Priority creditor's name and mailing address<br>**Cyomara Juares**<br>**1803 WINDERMERE DR**<br>**LANCASTER, CA 93534** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown    $0.00**

| | | |
|---|---|---|
| 2.3325 | Priority creditor's name and mailing address<br>**Cythika Bopearachchi**<br>**4200 BAY STREET**<br>**272**<br>**FREMONT, CA 94538** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown    $0.00**

| | | |
|---|---|---|
| 2.3326 | Priority creditor's name and mailing address<br>**CYTHIKA H.  BOPEARACHCHI**<br>**4200 BAY STREET**<br>**272**<br>**FREMONT, CA 94538** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$166.63    $166.63**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**D.C. TREASURER**
**PO BOX 96385**
**WASHINGTON, DC 00020-0900**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daeja Davidson**
**12525 SOUTH KIRKWOOD RD.**
**216**
**STAFFORD, TX 77477**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daekwon Jelks**
**540 SILVER COURSE RADIAL**
**OCALA, FL 34472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daemen Parks**
**4701 Irving Blvd Nw**
**#207**
**Albuquerque, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daesean Keyes**
**726 DODGE AVENUE**
**SARASOTA, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dafne ruffo**
**1807 ALAQUINAS DR**
**SAN YSIDRO, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dagmaris Martinez**
**3601 Royalty Court**
**Apt. D**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dagoberto Garcia**
**1929 THE ALAMEDA**
**#1**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

| 2.3335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Dagopierre Gbaka**
**2378 Arbor Ridge Court**
**Duluth, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**dahyana arellano**
**4411 TERRACE AQVE**
**3**
**OXNARD, CA 93033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Daidys Martinez**
**307 NORTH HUBERT AVE**
**TAMPA, FL 33609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Daija Terry**
**4187 CHABAN DR**
**CONCORD, CA 94521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

**2.3339**

Priority creditor's name and mailing address
**Dailena Morffi**
**6778 SPARROWBUSH HILL**
**ALTAMONTE SPRINGS, FL 32810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3340**

Priority creditor's name and mailing address
**Daily Martinez**
**2573 Donjay Ave**
**Kissimmee, FL 34741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3341**

Priority creditor's name and mailing address
**Dailyn Reynaldo**
**729 58st**
**Tampa, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3342**

Priority creditor's name and mailing address
**Daira Guzman**
**1223 IDLEWILD CT**
**SARASOTA, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisha wright**
**4372 47TH STREET**
**SARASOTA, FL 34235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daishaun Campbell**
**101 STONEWOOD COURT**
**VALLEJO, CA 94591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Aguilar**
**818 Via Barquero**
**San Marcos, CA 92069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Arteaga**
**23707 VIA CANON**
**204**
**SANTA CLARITA, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Delgado**
**27662 ALISO CREEK RD**
**2108**
**ALISO VIEJO, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Diaz**
**8731 TIERRA VISTA CIR APT 101**
**KISSIMMEE, FL 34747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Duarte**
**2219 FLORA AVE**
**FT MYERS, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Feria**
**2523 Green**
**Hills Way**
**Vista, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Flores**
**3222 Shepherd Dr**
**Camarillo, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Guinac**
**3325 S.SANTEE AVE**
**TUCSON, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DAISY HERRERA**
**117 N 9TH ST**
**IMMOKALEE, FL 34142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daisy Lazaro**
**3946 Franklin Ave**
**Apt #3**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Daisy Mu?oz**
**713 N Hudson Ave.**
**Los Angeles, CA 90038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

| 2.3356 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Daisy Reyes**
**2003 BAYVIEW HEIGHTS DR SPC 92**
**SAN DIEGO, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

| 2.3357 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Daisy Vargas**
**966 South Sunshine**
**Apt# 19**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

---

| 2.3358 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Dakeya Sampson**
**19 COTTONWOOD DR**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    $0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dakil Othman**
**2475 N. Haskell Dr**
**Apt 455**
**Tucson, AZ 85716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dakota Baker**
**722 FOREST LOOP DR**
**PORT HUENEME, CA 93041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dakota Hunt**
**5615 41ST AVE E**
**BRADENTON, FL 34208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dakota Troy**
**9855 E PONCHO PL**
**TUCSON, AZ 85748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dalacie Hart**
**18929 E WARREN CIR 80013**
**C206**
**AURORA, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dale Sargent**
**15130 SE 170TH ST**
**WEIRSDALE, FL 32195**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dalia Flores calderon**
**4898 SNOW DRIVE**
**SAN JOSE, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dalila Amaya**
**950 N. WILTON PL.**
**LOS ANGELES, CA 90038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dalila Favela**
**7202 W. Mackenzie Dr.**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3368 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dallas Hinojosa**
**3276 SOUTH EVANSTON STREET**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3369 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dallas Johnson**
**2607 E 33RD AVE**
**TAMPA, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3370 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dalton Gardner**
**8158 NATURES WAY**
**UNIT 23**
**LAKEWOOD RANCH, FL 34202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.53 | $30.53 |
| | **Dalton Gardner** | *Check all that apply.* | | |
| | **8158 NATURES WAY** | ☐ Contingent | | |
| | **UNIT 23** | ☐ Unliquidated | | |
| | **LAKEWOOD RANCH, FL 34202** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Dalton Hager** | *Check all that apply.* | | |
| | **3751 S NELLIS BLVD** | ☐ Contingent | | |
| | **TRAILER 53** | ☐ Unliquidated | | |
| | **LAS VEGAS, NV 89121** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **dalyn hernandez** | *Check all that apply.* | | |
| | **1705 S SANTA ANITA** | ☐ Contingent | | |
| | **ARCADIA, CA 91006** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Daman Peterson** | *Check all that apply.* | | |
| | **2451 NORTH RAINBOW BLVD** | ☐ Contingent | | |
| | **1078** | ☐ Unliquidated | | |
| | **LAS VEGAS, NV 89108** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damaris Estrada**
**35507 Harbor Shoresroad**
**Leesburg, FL 34788**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3376 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damaris Flores**
**3601 Royalty Court**
**Apt D**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3377 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damaris Sandoval**
**645 Wolff St**
**Apt 229**
**Denver, CO 80204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3378 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damaris Santiago**
**1411 MONUMENT BLVD**
**A1**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damian Gaeta**
**1518 SHADY REST DR.**
**HENDERSON, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Damian Garcia-Torres**
**SE 38TH CT**
**HILLSBORO, OR 97123**

2.3380 Priority creditor's name and mailing address | **Unknown** | **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Damian Pena**
**17800 COLIMA ROAD**
**243**
**LAKE ELSINORE, CA 91748**

2.3381 Priority creditor's name and mailing address | **Unknown** | **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Damien Maldonalo**
**801 West Mantle Ln**
**Santa Ana, CA 92701**

2.3382 Priority creditor's name and mailing address | **Unknown** | **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damien Rosales**
**5511 TEMPLETON ST**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damien warren**
**142 ELY PL**
**PALO ALTO, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damin Perez**
**2589 SANTA CATALINA**
**VALLEY CENTER, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damion Corrales**
**5342 E ANDREW ST**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damon Le Day**
**3931 E WYATT WAY**
**3931**
**GILBERT, AZ 85297**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damontay Overs**
**4327 E. Tyson Street**
**Gilbert, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damoreay Purifie**
**34349 N BARZONA TRL**
**21632 N 48TH ST, AZ 85054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Damos Brand**
**2223 RIDGE BROOK TRAIL**
**DULUTH, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Dana Gibson** **P.O.Box 431** **Holly Springs, GA 30142** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Dana Grabo** **2522 WEST COLT COURT** **QUEEN CREEK, AZ 85142** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Dana Wei** **3395 PINEWOOD TERRANCE 303** **FREMONT, CA 93436** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Dana Whorton** **1507 GARCEZ DR #6** **CONCORD, CA 94521** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3395 | Priority creditor's name and mailing address<br>**Danan Chott**<br>**6330 SOUTHERN ROAD**<br>**LA MESA, CA 91942** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3396 | Priority creditor's name and mailing address<br>**Dane Moebius**<br>**17543 VIA DEL BRAVO**<br>**RANCHO SANTA FE, CA 92067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3397 | Priority creditor's name and mailing address<br>**Dane O. Moebius**<br>**17543 VIA DEL BRAVO**<br>**RANCHO SANTA FE, CA 92067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$208.74** | **$208.74** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3398 | Priority creditor's name and mailing address<br>**Danee Kabel**<br>**3527 NE SPRUCE DR**<br>**CAMAS, WA 98607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

**2.3399** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Dani Bataq** | *Check all that apply.* | |
| **1174 Evilo St** | ☐ Contingent | |
| **El Cajon, CA 92021** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.3400** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Dani Kuehl** | *Check all that apply.* | |
| **1548 NORMANDY WAY** | ☐ Contingent | |
| **LEESBURG, FL 34748** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.3401** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Dania Barajas Aleman** | *Check all that apply.* | |
| **4459 Home Ave** | ☐ Contingent | |
| **#5** | ☐ Unliquidated | |
| **San Diego, CA 92105** | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.3402** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Danial Didehvar** | *Check all that apply.* | |
| **28188 MOULTON PKWY** | ☐ Contingent | |
| **APT 1031** | ☐ Unliquidated | |
| **LAGUNA NIGUEL, CA 92677** | ☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danica Kriz Salazar**
**1471 NICHOLAS DR**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3404 | Priority creditor's name and mailing address | | **$330.18** | **$330.18** |
|---|---|---|---|---|

**DANIEL A. HURTADO**
**3325 MARCHESE CT**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3405 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Aaron**
**180 MARGIE STREET**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3406 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Adams**
**1593 MARY LANE**
**TARPON SPRINGS, FL 34689**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.3407 Priority creditor's name and mailing address

**Daniel Aguilar**
**3751 SOUTH NELLIS BLVD.**
**53**
**LAS VEGAS, NV 89121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

2.3408 Priority creditor's name and mailing address

**Daniel Alcala**
**3935MARCWADE DR**
**SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

2.3409 Priority creditor's name and mailing address

**Daniel Alkana**
**525 Dennery Rd.**
**Apt# 211**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

2.3410 Priority creditor's name and mailing address

**Daniel Almada**
**21622 MARGUERITE PARKWAY**
**551**
**MISSION VIEJO, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Andrade**
**4629 W 88th Ave**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Araujo Aguirre**
**1730 Ne Darby Street**
**Orenco, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Arroyo**
**116 S Orchard Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Arvayo**
**805 S Sycamore St**
**238**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Avelar**
**6292 Huntington Ridge Ave**
**LAS VEGAS, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Billingsley**
**443 AIRLOCK LN**
**ATLANTA, GA 30331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Bocanegra**
**1630 W AVALON AVE**
**SANTA ANA, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Brucker**
**6861 W Charter Oak Rd**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Calderon**
**535 E 3RD AVE**
**ESCONDIDO, CA 92025**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Campbell**
**2960 30TH AVE SE**
**NAPLES, FL 34117**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4.51** | **$4.51** |
|---|---|---|---|---|

**Daniel Campbell**
**2960 30TH AVE SE**
**NAPLES, FL 34117**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cardenas**
**305 S HALLADAY ST.**
**SANTA ANA, CA 92701**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cardenas**
**914 Northrup Ave.**
**San Jose, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cervantes**
**920 LAWRENCE**
**PLACENTIA, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel cervantes**
**2732 JOY AVE**
**CERES, CA 95307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Colchado**
**2815 West Ford AVE**
**APT 2100**
**Las Vegas, NV 89123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cosmano**
**27116 VIA LA MANCHA**
**27116**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cruz**
**1130 AYALA DR**
**2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Cruz Hernandez**
**576 COLUMBIA AVE.**
**#7**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Diaz**
**16318 EDGEMONT DR**
**HOUSTON, TX 77053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| | | | |
|---|---|---|---|
| 2.3431 | Priority creditor's name and mailing address<br>**Daniel Diaz**<br>**4328 TECUMSEH WAY**<br>**SAN DIEGO, CA 92117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3432 | Priority creditor's name and mailing address<br>**Daniel Dunn**<br>**25967 SOUTH YALE ST.**<br>**HEMET, CA 92544** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3433 | Priority creditor's name and mailing address<br>**Daniel Dupiche**<br>**400 BRANCH FOREST WAY**<br>**STOCKBRIDGE, GA 30281** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3434 | Priority creditor's name and mailing address<br>**Daniel Duron** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.09** $20.09 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Engel**
**12275 CARMEL VISTA RD.**
**231**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Enriquez**
**511 E LEMON AVE**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Escamilla**
**1074 FREMONT ST**
**POMONA, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Garcia**
**23018 ARLINGTON AVE**
**14**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Daniel Gerena**<br>**202 Coco Plum Dr**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Daniel Giandalone**<br>**625 highland avenue**<br>**Orlando, FL 32801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Daniel Golovin**<br>**16764 S Forsythe Rd**<br>**Oregon City, OR 97045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Daniel Gonzales**<br>**3150 E BEARDSLEY RD**<br>**UNIT 1088**<br>**PHOENIX, AZ 85050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| **2.3443** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Gonzalez**
**18642 Trot Ave**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.3444** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Harp**
**1630 E 14 AVE.**
**DENVER, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.3445** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Hawkins**
**13944 RAVENWOOD DR**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.3446** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Hernandez**
**4059 Bonnye Dr**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel HERNANDEZ**
**972 DUNKIN ST**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Holland**
**790 Park Drive West**
**Boca Raton, FL 33432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Hollinger**
**10794 Princess Arlene Dr.**
**Santee, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.75** | **$23.75** |
|---|---|---|---|---|

**Daniel Hollinger**
**10794 Princess Arlene Dr.**
**Santee, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Hurtado**
**3325 MARCHESE CT**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Ibanez**
**11189 N KENDALL DR**
**G204**
**MIAMI, FL 33186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**daniel izagaza bejar**
**429 CIVIC CENTER DR**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Jaimes**
**24954 WALNUT ST B54**
**B54**
**NEWHALL, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Johnson II**
**8250 VINEYARD AVE.**
**147**
**RANCHO CUCAMONGA, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Kassa**
**223 N. Ave 58**
**#5**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43.34** | **$43.34** |
|---|---|---|---|---|

**DANIEL KASSA**
**223 N. Ave 58**
**#5**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Kaylor**
**14075 COUNTRY WALK LANE**
**NA**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.83** | **$13.83** |
| | **DANIEL L. MABIE** | Check all that apply. | | |
| | **11605 SE 129TH LANE** | ☐ Contingent | | |
| | **OCKLAWAHA, FL 32179** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Daniel Leunen** | Check all that apply. | | |
| | **10121 E HUMMINGBIRD MEADOW WAY** | ☐ Contingent | | |
| | **TUCSON, AZ 85747** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Daniel Longton** | Check all that apply. | | |
| | **16300 Se Hwy 224** | ☐ Contingent | | |
| | **#20** | ☐ Unliquidated | | |
| | **Damascus, OR 97089** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Daniel Lopez** | Check all that apply. | | |
| | **627 Normandie Ave** | ☐ Contingent | | |
| | **Apt 3B** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90005** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Lopez**
**5586 SOUTH ELMWOOD STREET**
**LITTLETON, CO 80120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Lopez**
**6600 Mission Club Blvd Apt 207**
**Orlando, FL 32821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Lopez**
**1370 San Juan Street**
**Apt E**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Lopez**
**1825 E Valley Park Way**
**Apt#53**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3467 | Priority creditor's name and mailing address<br>**Daniel Luna Felipe**<br>**7430 E PRINCETON AVE**<br>**DENVER, CO 80237** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3468 | Priority creditor's name and mailing address<br>**Daniel Mabie**<br>**11605 SE 129TH LANE**<br>**OCKLAWAHA, FL 32179** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3469 | Priority creditor's name and mailing address<br>**Daniel Mendoza**<br>**4581 DEVONSHIRE COMMON**<br>**FREMONT, CA 94536** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3470 | Priority creditor's name and mailing address<br>**Daniel Mesa**<br>**13208 SUNDANCE AVENUE**<br>**SAN DIEGO, CA 92129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Michaud**
**7036 Coral Cove Dr**
**Orlando, FL 32818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Montenegro**
**6838 AXIST WEST CIRCLE**
**2321**
**ORLANDO, FL 32821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Morales**
**400 W. Baseline**
**Lot #10**
**Tempe, AZ 85283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Moreno**
**1586 Caraway Dr.**
**Apt D**
**Costa Mesa, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Daniel Negron**
**3581 Linnet Dr**
**Lake Elsinore, CA 92530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Daniel Nunez**
**617 3RD AVE**
**APT 1**
**CHULA VISTA, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Daniel olivares**
**6721 GREENYARD DR**
**HOUSTON, TX 77086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Daniel Orduz Gonzalez**
**8711 Matwood Ct**
**Tampa, FL 33635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.3479 | Priority creditor's name and mailing address<br>**Daniel Padilla**<br>**10291 AMBASSADOR AVE.**<br>**MIRA MESA, CA 92126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3480 | Priority creditor's name and mailing address<br>**Daniel Pedraza**<br>**1301 E. 14TH STREET**<br>**SANTA ANA, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3481 | Priority creditor's name and mailing address<br>**Daniel Perez**<br>**8457 San Juan Ave**<br>**South Gate, CA 90280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3482 | Priority creditor's name and mailing address<br>**Daniel Pozos**<br>**905 S Benito Ave**<br>**Alhambra, CA 91803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.59 | $9.59 |
|---|---|---|---|---|

**Daniel Pozos**
**905 S Benito Ave**
**Alhambra, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Prather**
**670 TAMARACK AVE**
**#4**
**CARLSBAD, CA 92008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Rampey**
**903 LINDA FLORA DRIVE**
**LOS ANGELES, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Reyes Arredondo**
**11529 EUCALYPTUS AVE**
**#1**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Rivera Orto**
**1234 ENCINITAS**
**ENCINITAS, CA 92128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.3488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Roberts**
**3827 AUTUMN VIEW LANE**
**ACWORTH, GA 30101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.3489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Robinson**
**13741 SARATOGA AVENUE**
**SARATOGA, CA 95070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.3490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Rodriguez**
**503 OLYMPIC BOULEVARD**
**SANTA MONICA, CA 90401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3491 | Priority creditor's name and mailing address<br>**DANIEL RODRIGUEZ**<br>**503 OLYMPIC BOULEVARD**<br>**SANTA MONICA, CA 90401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$286.51** | **$286.51** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3492 | Priority creditor's name and mailing address<br>**Daniel Romero**<br>**2148 1/2 BAXTER ST.**<br>**LOS ANGELES, CA 90039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3493 | Priority creditor's name and mailing address<br>**Daniel Russo**<br>**2009 Ardmore Rd**<br>**West Palm Beach, FL 33409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3494 | Priority creditor's name and mailing address<br>**Daniel Sanchez**<br>**10807 WEAVER AVE.**<br>**#B**<br>**EL MONTE, CA 91733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.3495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Santiago**
**2529 Santa Rita Rd**
**Apt 62**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Shaharuddin**
**1375 NORMAN DR.**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Sixbey**
**411 Avocado**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Smith**
**4356 KING THEADORE DRIVE**
**BOYNTON BEACH, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Solis**
**15870 CAMINO SAN BERNARDO**
**137**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Thompson**
**1751 w.citracado pkwy. 179**
**Escondido, CA 92029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Tijerina Luna**
**31 Red Top Circle**
**Emerson, GA 30137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Tinoco**
**175 S King Rd**
**San Jose, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.65 | $0.00 |
|---|---|---|---|---|
| | **Daniel Tlanepantla**<br>**2773 Cypress Dr**<br>**apt b**<br>**CLEARWATER, FL 33763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Daniel torres**<br>**8000 WEST CREST LINE APT 114**<br>**114**<br>**LITTLETON, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Daniel Tuttle**<br>**913 W Timberland Trail**<br>**Altamonte Springs, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Daniel Valencia**<br>**1055 E EVELYN AVE**<br>**10**<br>**SUNNYVALE, CA 94086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Valiente**
**1350 SAN BERNARDINO ROAD**
**SPACE 160**
**UPLAND, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Valverde**
**1028 S MARENGO AVE**
**APT.7**
**ALHAMBRA, CA 91803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Vasquez**
**1575 EAST 17TH STREET**
**SANTA ANA, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.3510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Vergara**
**SORRENTO 28201**
**APT 120**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Wallin**
**193 MARKER AVE**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Westrum**
**12798 SANTA ANA PLACE**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Woods**
**220 NE 123RD ST.**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Wright**
**13137 CAMINO DEL NORTE NE**
**ALBUQUERQUE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Yaqo**
**851 S MOLLISON AVE**
**2**
**EL CAJON, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniel Zermeno-ramirez**
**904 E TURNEY AVE**
**2**
**PHOENIX, AZ 85014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniela Acosta**
**2143 W CHERRY AVE**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniela Baez**
**8480 Sw 156 Place**
**Apt 625**
**Miami, FL 33193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Daniela Ceballos**<br>**6721 SILVER SPOON DRIVE**<br>**LAS VEGAS, NV 89108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$70.73** | **$70.73** |
|---|---|---|---|---|
| | **Daniela Devine** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Daniela Herrera**<br>**2712 Newell St.**<br>**Los Angeles, CA 90039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Daniela Hurtado**<br>**2748 51ST STREET**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.3523** | Priority creditor's name and mailing address

**Daniela Hurtado**
**2748 51ST STREET**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.02 | $57.02

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3524** | Priority creditor's name and mailing address

**Daniela Maldonado**
**3300 RODRICK CIR**
**ORLANDO, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3525** | Priority creditor's name and mailing address

**Daniela Menendez**
**1424 Broadway**
**APT 400**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.3526** | Priority creditor's name and mailing address

**Daniela Monreal**
**3323 CLAIREMONT DR.**
**#1**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.3527**

Priority creditor's name and mailing address

**Daniela Rosas Arista**
**870 EAST EL CAMINO REAL**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3528**

Priority creditor's name and mailing address

**Daniela Ruiz**
**12417 SW 112TH TER**
**MIAMI, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3529**

Priority creditor's name and mailing address

**Daniela Santa Rosa Flores**
**1440 OAK DR**
**F7**
**VISTA, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3530**

Priority creditor's name and mailing address

**Daniella Alvarado**
**15500 Tustin Village Way**
**#113**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniella Leos**
**642 Lemar Park Dr.**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniella Miranda**
**41029 HIGH STREET**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$24.11** | **$24.11** |
|---|---|---|---|---|

**Daniella Miranda**
**41029 HIGH STREET**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Daniella V. Miranda**
**41029 HIGH STREET**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Bacanskas**
**2100 E WILSHIRE AVE**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Benoit**
**1036 THE FALLS PKWY**
**1036**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle clarke**
**2804 SW 16TH ST**
**FT LAUDERDALE, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Diaz**
**8762 Comet St**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Gillette**
**38 S NORMANDALE AVE**
**ORLANDO, FL 32835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Grant**
**5931 E COLONIAL DRIVE**
**ORLANDO, FL 32805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Haskins**
**612 PRESTON WOODS TRAIL**
**612**
**SANDY SPRINGSSPRINGS, GA**
**30338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Lambert**
**1303 CONSTITUTION RD.**
**ATLANTA, GA 30316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

**2.3543** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Danielle Litz**
**38300 30TH ST EAST**
**316**
**PALMDALE, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.3544** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Danielle Nunez**
**862 S. HENRY LANE**
**GILBERT, AZ 85296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.3545** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Danielle Pacheco**
**1215 W GRIFFITH**
**FRESNO, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.3546** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Danielle Pleffner**
**51 NW 115 AVE**
**104**
**PLANTATION, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

**2.3547** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Danielle Rhodes**
**335 IVY MILL CT**
**ROSWELL, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3548** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Danielle Todd**
**8537 W. Hampden Ave.**
**#204**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3549** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Danielle Vazquez**
**3772 E RAVENSWOOD DR**
**GILBERT, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3550** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Danielle Wilkins**
**5182 Lancewood Dr**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Yelton**
**555 E. El Camino Real**
**Apt # 716**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danielle Zalkin**
**11453 Nw 39th Court**
**#310**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniil Burlac**
**5421 Silent Brook Dr**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danilo Rivero**
**27602 KATHY CT**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danis Jacob**
**1547 NW 5TH AVE**
**POMPANO BEACH, FL 33060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danisha Saunders**
**12439 HAMILL PATH DRIVE**
**HOUSON, TX 77066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danishia Vilbrun**
**1468 SW 25TH PL**
**#D**
**BOYNTON BEACH, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daniza Lara**
**12346 CHAYA CT**
**SPRING HILL, FL 34610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Danna Vargas Mendoza**<br>**555 MCLAUGHLIN AVENUE**<br>**SPACE 36**<br>**SAN JOSE, CA 95116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dannerius Waiters**<br>**7803 17TH STREET CT EAST**<br>**TALLEVAST, FL 34270** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dannial khakdoust**<br>**24701 JESSICA PLACE**<br>**LAGUNA NIGUEL, CA 92677** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dannon Kredo**<br>**5619 N AVOCADO LN**<br>**FRESNO, CA 93711** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Gonzalez**
**1857 Francis Dr**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Heidt**
**1115 E. PALM AVE**
**ORANGE, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny McSweeney**
**8219 WILD OAK CIRCLE**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Montiague**
**1705 S Olive Ave**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Romero**
**4057 BAYWOOD ST**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Rutledge**
**916 E BROADWAY**
**1**
**ANAHEIM, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Trujillo**
**7606 DIONE CT.**
**ORLANDO, FL 32822**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danny Villalobos**
**2019 Thonig**
**Houston, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| **2.3571** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dante Brown**<br>**2408 Treelodge Pkwy**<br>**Atlanta, GA 30350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.3572** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dante Caesar**<br>**10766 PARKDALE AVE**<br>**SAN DIEGO, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.3573** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dante Hankerson**<br>**2790 NW 13 TH ST**<br>**FORT LAUDERDALE, FL 33311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.3574** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Danyaal Sadiq**<br>**21791 Lake Vista Dr**<br>**Lake Forest, CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danyael Ruiz**
**516 LUPINE WAY**
**OCEANSIDE, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danyeal Jamison**
**1800 Murton Street**
**#300**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Danyelle Pitts**
**1600 Roberta Dr Sw**
**Apt 4201**
**Marietta, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darcie Maier**
**38791 Us Hwy 19 N**
**Lot 805**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darell Chacon**
**24972 EXPRESS DR**
**LAGUNA HILLS, CA 92653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daria Mcnally**
**11340 American Holly Dr**
**Riverview, FL 33578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darian Valdez**
**622 EMERALD AVE EL CAJON**
**92020**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darien Dozier**
**3211 SABAL PALMS CT**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dario Machuca**
**6031 Augusta National Dr**
**Apt 202**
**Orlando, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darion Gee**
**12547 ASHFORD RIVER**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darius Baker**
**405 HOWELL LN**
**405**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darius Donald**
**711 SHERWOOD TERRACE DRV**
**309**
**ORLANDO, FL 32818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.3587** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
---

**Darius Hampton**
**2500 PLEASANT HILL RD**
**1127**
**DULUTH, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.3588** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
---

**Darius Johnson**
**620 SE 28TH PL**
**#A**
**OCALA, FL 34471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.3589** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
---

**Darius pate**
**15600 E MEXICO AVE**
**AURORA, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.3590** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
---

**Darius Pickett**
**9235 Timberline Lane**
**Apt E**
**Rancho Cucamonga, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlan De Souza De Lima**
**500 SANDAL CT**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlene Carrillo**
**2282 LUCRETIA AVE APT 4**
**SAN JOSE, CA 95122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlene Ramirez**
**1042 ASHBRIDGE LN**
**HARBOR CITY, CA 90710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlene Rivera**
**2209 Mares Rd Sw**
**Albuquerque, NM 87105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlenne Reyes**
**8901 Calden Ave**
**Apt 228**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darlin Barajas**
**830 S. Azusa Ave**
**#16**
**Azusa, CA 91702**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darline Sterling**
**1599 NW 13 ST**
**509**
**BOCA RATON, FL 33486**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darling Espinoza**
**3057 Roadrunner Rd**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darneeka Jones**
**12106 SW 251 TER**
**HOMESTEAD, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darneesha Jones**
**12106 SW 251 TER**
**HOMESTEAD, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darnell Fannin**
**2909 CAMPBELLTON  RD**
**11A**
**ATLANTA, GA 30311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darrell Peters**
**14340**
**#A**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darren baldwin**
**2318 GREENHOUSE PATIO DR**
**2318**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darren Burda**
**12505 SW NORTH DAKOTA ST.**
**1805**
**TIGARD, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darren Dixon**
**423 E 7th**
**Room 511**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darren Kuntz**
**3100 S FEDERAL BLVD**
**E-320**
**DENVER, CO 80236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Darren Tillett**<br>**2480 CYPRESS POND ROAD**<br>**305**<br>**PALM HARBOR, FL 34683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Darren Williams**<br>**139 RENAISSANCE PKWY NE**<br>**ATLANTA, GA 30308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Darrien Rhone**<br>**1532 COPPERFIELD DR**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Darrin Janecki**<br>**3009 EAST 9TH STREET**<br>**VANCOUVER, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Darrion Miller** | Check all that apply. | | |
| | **1211 HELM ST** | ☐ Contingent | | |
| | **HOUSTON, TX 77088** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.3612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Darron Shoulders** | Check all that apply. | | |
| | **5636 LEMKE PLACE** | ☐ Contingent | | |
| | **FREMONT, CA 94538** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.3613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Darryl Jones** | Check all that apply. | | |
| | **812 Booker Ave** | ☐ Contingent | | |
| | **West Palm Beach, FL 33401** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.3614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Darryl Lynn Rouse** | Check all that apply. | | |
| | **423 DALLAS ST S. E** | ☐ Contingent | | |
| | **#C** | ☐ Unliquidated | | |
| | **ALBUQUERQUE, NM 87108** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darryl Nieves**
**5040 MILLENIA BLVD**
**201**
**CITY, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darryl Williams**
**5535 ACKERFIELD AVENUE**
**APT. 24**
**LONG BEACH, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darryl Wilson**
**1025 14ST.**
**3**
**WEST PALM BEACH, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Darsha Sanders**
**6542 Racquet Club Drive**
**Lauderhill, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**                                Case number (if known)    **20-02477-LA7**
_____
Name

| 2.3619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

2.3619

Priority creditor's name and mailing address
**Darwin Chavez**
**1056 NEIL ARMSTRONG CIRCLE**
**LAS VEGAS, NV 89145**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.3620

Priority creditor's name and mailing address
**Darya Feinstein**
**12826 CIJON ST**
**SAN DIEGO, CA 92129**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.3621

Priority creditor's name and mailing address
**Daryn Riley**
**2961 Walnut Court**
**Leesburg, FL 34748**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.3622

Priority creditor's name and mailing address
**Darys Calvo**
**7709 W.henry Ave**
**Tampa, FL 33615**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dasia Angulo**
**2613 E Charleston Ave**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daunte Peyton**
**6460 CONVOY CT**
**295**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dauphine Wamble**
**13046 ROSE LANDING DR**
**HOUSTON, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davaris Nubin**
**8840 SE 79TH AVE ROAD**
**OCALA, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DAVE Hayes**
**10290 Lariat Drive**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daven Cabrera Cruz**
**8810 NE BENTON DR**
**8810**
**VANCOUVER, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daven Salazar**
**700 E Washington Street Sp 89**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Daveson Dormilus**
**1314 Sw 23rd Ave**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.3631** Priority creditor's name and mailing address
**David Aguilar**
**18144 Northam St**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.3632** Priority creditor's name and mailing address
**David Amezcua**
**2400 W EL CAMINO REAL**
**219**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.3633** Priority creditor's name and mailing address
**David Anker**
**9727 SE 163RD ST**
**SUMMERFIELD, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.3634** Priority creditor's name and mailing address
**David Anorve**
**21275 BEECHWOOD WAY**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Arellano-Votaw**
**3476B E COUNTY LINE RD**
**24**
**HIGHLANDSRANCH, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Black**
**6343 MAYO DR**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Brasher**
**10278 BLACK MOUNTAIN RD**
**180**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Cheng**
**12631 FLORET HILL LANE**
**SUGAR LAND, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **David Colten** | Check all that apply. | | |
| | **20210 SW KIRKWOOD ST** | ☐ Contingent | | |
| | **201** | ☐ Unliquidated | | |
| | **BEAVERTON, OR 97006** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.3640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **David Corey** | Check all that apply. | | |
| | **11301 SE 10TH STREET** | ☐ Contingent | | |
| | **80** | ☐ Unliquidated | | |
| | **VANCOUVER, WA 98684** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.3641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **David Cornejo** | Check all that apply. | | |
| | **21030 Gresham St.** | ☐ Contingent | | |
| | **#1106** | ☐ Unliquidated | | |
| | **Canoga Park, CA 91304** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.3642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **David Cruz** | Check all that apply. | | |
| | **2212 BARRY DR** | ☐ Contingent | | |
| | **2212** | ☐ Unliquidated | | |
| | **FT MYERS, FL 33907** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.3643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**David Cruz**
**7164 CALERO HILLS CT.**
**SAN JOSE, CA 95139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**David Davis**
**95 RENAISSANCE PKWY N.E.**
**ATLANTA, GA 30308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**David De La O**
**470 MENKER AVE**
**SAN JOSE, CA 95128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**David Delacruz**
**5061 Brillo St**
**San Diego, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Espinoza**
**121 AZALEA DR**
**#5**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Facio**
**6962 PARKSIDE AVE**
**SAN DIEGO, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Firmin**
**200 N DALE**
**321**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Flores-Ortiz**
**8310 MONTRIDGE DR**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Garcia**
**1406 W.raymar**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Garcia**
**1085 TASMAN DR.**
**475**
**SUNNYVALE, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Garcia**
**509 SUNSET AVE**
**1**
**VENICE, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Goldberg**
**515 N Jackson St**
**Apt 301**
**Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.31 | $992.31 |
|---|---|---|---|---|

**David Goldberg**
**515 N Jackson St**
**Apt 301**
**Glendale, CA 91206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Gonzalez**
**3432N 12TH PL APT 7**
**PHOENIX, AZ 85014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Grant**
**37336 Sandbrook Dr.**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Gutierrez**
**1312 6th Ave**
**Los Angeles, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Haas**
**6530 BLUE GROSBEAK CIR**
**LAKEWOOD RANCH, FL 34202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3660 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Hernandez**
**104 Houlton Ct**
**San Jose, CA 95139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3661 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Herrera**
**7029 Alabama**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3662 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Heyward**
**420 MILLS ST**
**18**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **David Hodges** | ☐ Contingent | | |
| | **14728 AVIENDA DE PALMA** | ☐ Unliquidated | | |
| | **WINTER PARK, FL 34787** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **David Hordish** | ☐ Contingent | | |
| | **7938 PALACIO DEL MAR DRIVE** | ☐ Unliquidated | | |
| | **BOCA RATON, FL 33433** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **David Ibarra** | ☐ Contingent | | |
| | **28188 MOULTON PKWY** | ☐ Unliquidated | | |
| | **APT. 2412** | ☐ Disputed | | |
| | **LAGUNA NIGUEL, CA 92677** | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **David Ixta** | ☐ Contingent | | |
| | **926 Amberstone lane** | ☐ Unliquidated | | |
| | **San Ramon, CA 94582** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

| 2.3667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Jimenez**
**250 S. Rose Dr**
**#136**
**Placentia, CA 92670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Jones**
**139 RENAISSANCE PKWY N.E.**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Joseph**
**31177 Us-19 N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Klanke**
**2934 GRIFFIN VIEW DR #110**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David leonchik**
**9720 SE LINWOOD AVE**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Lopez**
**1217 W Granette ST #1**
**TUCSON, AZ 85705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Lopez**
**2251 S. Memphis St**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Marron**
**405 21st Street**
**San Diego, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Martinez**
**13905 CARMEL VALLEY RD**
**153**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Maye**
**2773 Cypress Drive**
**Apt. B**
**Clearwater, FL 33763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Mcdowell**
**5711 KENSINGTON LOOP**
**FORT MYERS, FL 33912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Melgar**
**2324 LANGMUIR STREET**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.3679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Mendez**
**400 Magnolia Ave**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Mendoza**
**4168 N Millbrook ave apt 103**
**Fresno, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Mendoza Mendoza**
**372 S. 18TH ST.**
**SAN JOSE, CA 95116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**David Milburn**
**5449 SAGO AVE**
**FT MYERS, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David patino**
**970 DURKIN ST**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Perez - Cruz**
**4212 42ND ST**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Perez Griffith**
**3704 CARROLLWOOD PLACE**
**CIRCLE**
**9-203**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Pineda**
**13625 S 48TH ST**
**2118**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Polanco**
**3128 E NORMAL AVE**
**FRESNO, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3688 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Pritchett**
**10111 WINTERVIEW DR**
**NAPLES, FL 34109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3689 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Quezada**
**12933 MCKINLEY AVE**
**LOS ANGELES, CA 90059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3690 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David ramos**
**6857  1/2 VAN NUYS BLVD**
**Van Nuys, CA 91405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.3691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David Rivas Jimenez**
**6215 OSLER ST**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David Rochin**
**8201 ARTESIA BLVD**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David Rodio**
**2303 23 Way**
**West Palm Beach, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David Rodriguez**
**2950 N Balboa ave.**
**Apt 209**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Routzen**
**1148 PALISADES NW DR**
**ALBUQUERQUE, NM 87105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Santiago**
**115 1/2 SOUTH CYPRESS ST**
**LA HABRA, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Simon**
**1003 LEONARD AVE**
**OCEANSIDE, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Tang**
**1208 W. Sunset Boulevard**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Tejeda**
**149 W. Eden**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Tompkins**
**5321 SUMMERLIN ROAD**
**#1**
**FORT MYERS, FL 33919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Townsend**
**637 S PROSPECT AVE**
**101**
**REDONDO BEACH, CA 90277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Trevino**
**1559 N AGUSTA AVE**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Vasquez**
**1120 AZALEA DR**
**ALHAMBRA, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Walters**
**15019 NE 50TH ST**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Webster**
**27561 Marta Ln**
**Santa Clarita, CA 91387**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David White**
**9430 CONCOURSE DR.**
**1131**
**HOUSTON, TX 77036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Wick**
**220 BALTIMORE ST**
**2**
**LONGVIEW, WA 98632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3708 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Wolfe**
**342 1/2 E BADILLO ST**
**COVINA, CA 91723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3709 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DavidTuan PhanLe**
**170 CHATEAU LA SALLE DR**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3710 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davin hanna**
**6900 ROSWELL RD**
**ATLANTA, GA 30328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davin Saunders**
**790 NORTH LAUREL AVENUE**
**UPLAND, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davina Campbell**
**1201 Seminole Blvd**
**Apt. 152**
**Largo, FL 33770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davion Stinson**
**2128 E. 65TH ST**
**LONG BEACH, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Davonte Gresham**
**4008 BRIGHTON AVE**
**LOS ANGELES, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawana Taylor**
**1475 Date St**
**#112**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawayne Stewart**
**9219 GODSTONE LN**
**SPRING, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawn Few**
**436 CHARLESTON ST  SE**
**#D**
**ALBUQUERQUE, NM 87108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawn Travers**
**602 Patricia Lane**
**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawneen Mccaskill**
**14345 Sw 112th Ave**
**#5**
**Tigard, OR 97224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dawson Cervantes**
**4271 E CASSIA WAY.**
**PHOENIX, AZ 85044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dayan Casler**
**8405 MEER WAY**
**403**
**KISSIMMEE, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dayanara Reyes**
**928 N. Oxford Ave**
**Apt 208**
**Los Angeles, CA 90029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.3723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Dayesi Garcia**
**311 E 122nd ave**
**Tampa, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Dayla Barefield**
**13527 ELDRIDGE VILLA ST**
**SUGAR LAND, TX 77498**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Daylen Chan**
**128 Sonny Day Way**
**Davenport, FL 33897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Dayna Dyjak**
**645 Glenmont Drive**
**Solana Beach, CA 92075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dayshawn Williams**<br>**6041 OAK FENCE LN**<br>**LANCASTER, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$128.25** | **$128.25** |
|---|---|---|---|---|
| | **Dayshawn Williams**<br>**6041 OAK FENCE LN**<br>**LANCASTER, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dayvon Milerson**<br>**1367 WINDMILL WAY**<br>**NORCROSS, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dayyani Woods**<br>**2430 WILLOW PASS RD**<br>**122**<br>**BAY POINT, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dayzha Duncan**
**3816 N Quarters Road**
**Okahumpka, FL 34762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**De-nenge Akpera**
**422 Skyridge Ln**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dean Gerbasio**
**10505 Peppergrass Ct.**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deandre Burns**
**4555 LAS VEGAS BLVD N.**
**BLDG.A 3040**
**LASVEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deandre Burton** | Check all that apply. | | |
| | **2904 SANDALWOOD DR** | ☐ Contingent | | |
| | **2904** | ☐ Unliquidated | | |
| | **SANDY SPRINGS, GA 30350** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.3736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deandre Jones** | Check all that apply. | | |
| | **1208 Ne 163rd Ct.** | ☐ Contingent | | |
| | **Vancouver, WA 98683** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.3737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deann Pacelko** | Check all that apply. | | |
| | **1807 SANFORD CIRCLE** | ☐ Contingent | | |
| | **1807** | ☐ Unliquidated | | |
| | **SARASOTA, FL 34234** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.3738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.17** | **$15.17** |
|---|---|---|---|---|
| | **Deann Pacelko** | Check all that apply. | | |
| | **1807 SANFORD CIRCLE** | ☐ Contingent | | |
| | **1807** | ☐ Unliquidated | | |
| | **SARASOTA, FL 34234** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deanna Bowland**
**463 WOOSTER AVE**
**H6**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deanna Gomez**
**28431 Pacific St.**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deanna Hazera**
**1844 Sw 176 Way**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DEANNA JOHNSON**
**PO BOX 653**
**LADY LAKE, FL 32158**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deante Flood**
**3428 RIDGE BROOK TRL**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Debbie Calderon**
**4906 CARMELYNN**
**TORRANCE, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Debora Reyes**
**1308 W Lido Place**
**Apt 3**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deborah Austin**
**4941 SW CUSTER ST**
**PORTLAND, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deborah Bertrand**
**2200 ELITE LN**
**APT G**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deborah Nielson**
**322 S.euclid Ave**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deborah Wysocki**
**1724 TROPICANA WAY**
**VALRICO, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.3750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Debra Conlin**
**7323 W. Vogel Ave**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Debra Hudson**
**13393 E Asbury Dr.**
**#204**
**Aurora, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deedah Rahnuma**
**5629**
**CELLO WAY**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.27** | **$280.27** |
|---|---|---|---|---|

**Deedah Z.  Rahnuma**
**5629**
**CELLO WAY**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deena Harry**
**1475 Club Dr**
**Tarpon Springs, FL 34689**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deena vierus**<br>**1536 MOORLAND DR**<br>**APT 5**<br>**SAN DIEGO, CA 92109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deisy Bastidas**<br>**3332 Robert Trent Jones Drive**<br>**Apt 406**<br>**Orlando, FL 32835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deivian Diaz**<br>**11 SLIVER RUN**<br>**OCALA, FL 34472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.3758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Deja Hall**<br>**29344 N Red Finch Drive**<br>**San Tan Valley, AZ 85143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.3759** Priority creditor's name and mailing address

**Dejah Williams**
**3214ND 62ND AVE**
**D4**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3760** Priority creditor's name and mailing address

**Dejon Jackson**
**1344 SABLE BLVD**
**AURORA, CO 80011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3761** Priority creditor's name and mailing address

**Delaina Peek**
**1045 Coleman Ave**
**Sarasota, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3762** Priority creditor's name and mailing address

**Delana Martinez**
**5004 UTE RD NW**
**ALBUQUERQUE, NM 87105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delaney Allen**
**377 20TH AVE NW**
**NAPLES, FL 34120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delaney Stamper**
**2845 David Stewart Lane**
**Lady Lake, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delanor Lewis**
**4727 Pine Ave Lane**
**WEST PALM BEACH, FL 33417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deldric Scoggins**
**4950 SUGAR GROVE BLV**
**1302**
**STAFFORD, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3767 | Priority creditor's name and mailing address<br>**Deleona Hosley**<br>**30 Lodge Dr**<br>**Concord, CA 94520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3768 | Priority creditor's name and mailing address<br>**Delfina guerrero**<br>**4200 THE WOODS DRIVE**<br>**1406**<br>**SAN JOSE, CA 93615** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3769 | Priority creditor's name and mailing address<br>**Delia Cuevas Guzman**<br>**2373 W CORONET AVE**<br>**ANAHEIM, CA 92801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3770 | Priority creditor's name and mailing address<br>**DELIA CUEVAS GUZMAN**<br>**2373 W CORONET AVE**<br>**ANAHEIM, CA 92801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$382.56**   **$382.56** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.3771**

Priority creditor's name and mailing address

**Delia Limbasan**
**7951 QUINCE ST**
**COMMERCE CITY, CO 80022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3772**

Priority creditor's name and mailing address

**Delia Myrie**
**5342 Lake Margaret Dr**
**Apt 518**
**ORLANDO, FL 32812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3773**

Priority creditor's name and mailing address

**Delia Simpson**
**5327 S FOX ST**
**#B**
**LITTLETON, CO 80120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3774**

Priority creditor's name and mailing address

**Delia Sotelo Ocampo**
**3201 E FORT LOWELL RD**
**1003**
**TUCSON, AZ 85716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delickson souffrant**
**1530 STONEHAVEN DR**
**3**
**BOYNTON BEACH, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deligetn Deliasse**
**5225 CARLTONST N.**
**NAPLES, FL 34113**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delisa Carroll**
**2741 LAkeview Dr**
**Fort Myers, FL 33905**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dellanira EsquilinEsquilin**
**827 PALM BAY**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|--|------------------------|-------------------|
| | Name | | | |

| 2.3779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Delma Prieto de Orrantia**
**6208 S 10th**
**Apt #2**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Delmy Martinez**
**42036 MORAGA RD**
**14F**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Delrick Anderson**
**1815 29TH ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|--|--|--|--|

**Delvan Martin**
**5531BRIDGEFOREST**
**HOUSTON, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Delvis Perez Orta**
**8014 DELL DR**
**TAMPA, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demarcus Barnes**
**920 ESTES DR**
**ATLANTA, GA 30010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demario Anderson**
**3812 E PAILFOX ST**
**TAMPA, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demarkus Brown**
**2261 pine**
**long beach, CA 90896**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demarkus hill**
**4621 ROBBINS AVE**
**ORLANDO, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demarlon Oliver**
**640 67TH ST**
**#2**
**SAN DIEGO, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demecia Walker**
**4020 Locust Ave**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demetrious Young**
**914 SUMNER STREET**
**#A**
**KISSIMMEE, FL 34741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**demetrius givens**
**2304 N BOULEVARD**
**TAMPA, FL 33602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demetrius Pollard**
**21 HOKE EDWARDS CT**
**N.LAS VEGAS, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demetrius Vanlue**
**2640 CAMPBELLTON RD SW**
**D1**
**ATLANTA, GA 30311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.3794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Demitrius Green**
**2410 E THRACE ST**
**TAMPA, FL 33605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dener Danastor**
**1031 Sunset Av**
**Apt 3**
**Delray Beach, FL 33444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denese Rothland**
**546 100TH AVE N**
**NAPLES, FL 34108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deneva Beard**
**832 W JAMES M. WOOD BLVD.**
**LOS ANGELES, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$143.07** | **$143.07** |
|---|---|---|---|---|

**Deneva Beard**
**832 W JAMES M. WOOD BLVD.**
**LOS ANGELES, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denia Santos Villanueva**
**4000 E BONANZA**
**120 BLD 3**
**LAS VEGAS, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denis Baldeirrama**
**524 CHIECHI AVE APT 15**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denis Martinez**
**4553W 149TH ST**
**LAWNDALE, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denis Muratov**
**40614 SPENCER COURT**
**MAGNOLIA, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denis Ramic**
**6650 W WARM SPRINGS RD**
**2088**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Alquicira**
**5757 COLLEGE AVE**
**#X**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Gleason**
**225 E 26th St.**
**#4**
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Hernandez**
**18407 DEARBORN ST.**
**APT. 212**
**NORTHIRDGE, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Lopez**
**640 3/4 SAN BENITO ST.**
**LOS ANGELES, CA 90033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Robles**
**3033 E Merrygrove St.**
**West Covina, CA 91792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denise Wilson**
**11108 MORNING DOVE RD.**
**LAKESIDE, CA 92040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$567.77** | **$0.00** |
|---|---|---|---|---|

**Denisse Beltran**
**602 Surth Tremont**
**Oceanside, CA 92054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denisse Lozano**
**4731 E. Ave. R-12**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denisse Ramos**
**511 SOUTH K STREET**
**#1**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deniz Sanchez**
**1833 N JOG RD**
**APT 202**
**WEST PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis Francois**
**1215 NW 7 CT**
**HOMESTEAD, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis Justine Mulato**
**3563  COSBEY AVENUE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis Lawrence**
**1453 4th Ave Apt. #530**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis Martinez**
**8642 W Kathleen Rd**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis Turcios**
**2010 10 Th Ave**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denniston Bent**
**16343 Sw 30th St**
**Hollywood, FL 33027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DENTRELL CLAVERIE**
**12261 FONDREN RD**
**310**
**HOUSTON, TX 77035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denver Babbitt**
**1110 NE ADAMS ST**
**CAMAS, WA 98661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Denysse Castruita**
**2713 ALISO DR NE**
**ALBUQUERQUE, NM 87110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Denzel gatchalian**<br>**14123 GILMORE ST**<br>**#2**<br>**VAN NUYS, CA 91401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DENZEL MATTHEWS**<br>**1211 SUSAN ST**<br>**LEESBURG, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$35.61** | **$35.61** |
|---|---|---|---|---|
| | **DENZEL MATTHEWS**<br>**1211 SUSAN ST**<br>**LEESBURG, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Denzel Sarmiento**<br>**1335 W Court St**<br>**Apt 414**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deon Maybank**
**119 CAMELOT DRIVE**
**ATLANTA, GA 30349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deondrey Woods**
**14892 63 Way N**
**Clearwater, FL 33755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DEPARTMENT OF TAX AND**
**REVENUE**
**P.O. BOX 91017**
**BATON ROUGE, LA 70821-9017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,455.00** | **$0.00** |
|---|---|---|---|---|

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**OGDEN**
**UT, 84201-0009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DEPARTMENT OF TREASURY**
**IRS**
**AUSTIN, TX 73301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DEPT OF REVENUE AND**
**TAXATION**
**P.O. BOX 6309**
**HELENA, MT 59604-6309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.3833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek Alban**
**4250 NW 30TH ST**
**157**
**COCONUT CREEK, FL 33066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek Edwards**
**4461 OHIO ST.**
**YORBA LINDA, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek McCormick**
**12961 LAFAYETTE ST.**
**THORNTON, CO 80241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek Padron**
**790 W. CHESTNUT AVE**
**MONROVIA, CA 91016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek Riley III**
**3009 E 9TH ST**
**VANCOUVER, WA 98661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derek Stillwell**
**11297 W Crestline Place**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DEric Zachary**
**5010 GROVE WEST BLVD**
**2104**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deriquis Robertson**
**107 CLUB PLACE**
**107**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derius Aguirre**
**3456 Castle Glen Drive**
**#161**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derrell Woods**
**383 THIRD AVE**
**SCOTTSDALE, GA 30079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derriahna Farley**
**33119 GREAT SALT LAKE DRIVE**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derrick Bonn**
**7709 SW PFAFFLE ST.**
**99**
**TIGARD, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derrick Mcdaniels**
**2318 W PINE STREET**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derrick Row**
**7760 SW RAINTREE DR.**
**BEAVERTON, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.3847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derrick Webster**
**1554 S FRASER WAY**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DERRY TWP TAX COLLECTION**
**ASSN.**
**610 CLEARWATER ROAD**
**HERSHEY, PA 00017-0330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Derwin Ambroise**
**8950 SOUTHERN ORCHARD RD**
**DAVIE, FL 33328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DES UNEMPLOYMENT TAX**
**P.O. BOX 52027**
**PHOENIX, AZ 85072-2027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.3851** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desharra Prater**
**2319 PARKHAVEN DRIVE**
**SUGAR LAND, TX 77478**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3852** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Deshaun Jeffers**
**2550 Lady Jo Way**
**Orlando, FL 32809**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3853** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desimone Jason**
**207 W. Fruitland St**
**Fruitland Park, FL 34731**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3854** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desiree Acuna**
**103 w. laurel ct.**
**Gilbert, AZ 85233**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.3855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Desiree Cortez**
**4138 SAN MIGUEL WAY**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3856 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Desiree Devoll**
**31177 Us Hwy 19n**
**Apt 817**
**Palm Harbor, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3857 | Priority creditor's name and mailing address | | $44.18 | $44.18 |
|---|---|---|---|---|

**Desiree E. Rendon**
**1932 LAKE SHORE AVE.**
**LOS ANGELES, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3858 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Desiree Engle**
**2110 CORAL PLACE**
**NEWPORT BEACH, CA 92663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desiree Eskridge**
**29233 VIA ESPADA**
**MURRIETA, CA 92563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desiree Fierro**
**3594 WINDSONG STREET**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.63** | **$67.63** |
|---|---|---|---|---|

**Desiree Fierro**
**3594 WINDSONG STREET**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desiree Gonzalez**
**10814 KEYS GATE DRIVE**
**RIVERVIEW, FL 33579**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3863 | Priority creditor's name and mailing address | | | | Unknown | $0.00 |
|---|---|---|---|---|---|---|

**Desiree Gonzalez**
**12351 MARSHALL AVE**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3864 | Priority creditor's name and mailing address | | | | Unknown | $0.00 |
|---|---|---|---|---|---|---|

**Desiree Ortiz**
**4351 MARIGOLD DR**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3865 | Priority creditor's name and mailing address | | | | Unknown | $0.00 |
|---|---|---|---|---|---|---|

**Desiree Ramsey-Holtzclaw**
**7949 OAKMONT DR.**
**LAKE WORTH, FL 33467**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.3866 | Priority creditor's name and mailing address | | | | Unknown | $0.00 |
|---|---|---|---|---|---|---|

**Desiree Rendon**
**1932 LAKE SHORE AVE.**
**LOS ANGELES, CA 90039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.3867** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desiree Rivera**
**8206 CALIFORNIA ST**
**4**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.3868** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desiree Spreeman**
**4707 Se Boardman Ave.**
**Apt #24**
**Portland, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.3869** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desiree Totress**
**4709 E BELLEVIEW**
**PHOENIX, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.3870** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Desiree Townsend**
**325 N. Gibson Rd**
**#313**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desiree VALENZUELA**
**1044 E ORANGE ST**
**44**
**TEMPE, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desiree williams**
**550 STAFFORD RUN ROAD**
**109**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desita Moti**
**1750 STOKES ST.**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desmond McCallum**
**3931 PIN OAK CIRCLE**
**DORAVILLE, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desmond schletty**
**11000 KIMBALL CREST DR.**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Desmond Tenorio**
**101 BLACK MSA RD**
**50**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$285.46** | **$285.46** |
|---|---|---|---|---|

**DESMOND TENORIO**
**101 BLACK MSA RD**
**50**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destin Phinney**
**4014 62ND ST E**
**BRADENTON, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destin Williams**
**10502 ROSE ROCK CANYON**
**737**
**STAFFORD, TX 77477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destinee Seal**
**319 ACACIA AVE**
**209**
**CARLSBAD, CA 92008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destini Hines-Dozier**
**120 PIEDMONT AVE NE**
**711A**
**ATLANTA, GA 30303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destiny Alar**
**1013 NORTH MALLARD STREET**
**LAS VEGAS, NV 89108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.3883** Priority creditor's name and mailing address

**Destiny Alarcon-Gerberg**
**18195 SW BUTTERNUT ST**
**BEAVERTON, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.3884** Priority creditor's name and mailing address

**Destiny Anderson**
**10187 Se 65th Ave**
**Milwaukie, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.3885** Priority creditor's name and mailing address

**Destiny Callins**
**14891 JIM STOWE RD.**
**CONROE, TX 77302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.3886** Priority creditor's name and mailing address

**Destiny Chea**
**2991 MASSACHUSETTS AVE**
**LEMON GROVE, CA 91945**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Destiny Cortez** | Check all that apply. | | |
| | **6910 CORKSCREWLN** | ☐ Contingent | | |
| | **NAPLES, FL 34120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Destiny Green** | Check all that apply. | | |
| | **7530 BROMPTON ST** | ☐ Contingent | | |
| | **HOUSTON, TX 77025** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Destiny Huntley** | Check all that apply. | | |
| | **42016 MILL CREEK AVE** | ☐ Contingent | | |
| | **ALPHARETTA, GA 30022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Destiny Lamb** | Check all that apply. | | |
| | **3045 W. 71ST AVE** | ☐ Contingent | | |
| | **424** | ☐ Unliquidated | | |
| | **WESTMINSTER, CO 80030** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.75 | $56.75 |
|---|---|---|---|---|
| | **Destiny M. Callins**<br>**14891 JIM STOWE RD.**<br>**CONROE, TX 77302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Destiny Martinez**<br>**8203 WAYNEMER WAY**<br>**HOUSTON, TX 77040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Destiny munoz**<br>**50077 WEST PAPAGO RD.**<br>**MARICOPA, AZ 85139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Destiny Orellana**<br>**6830 JASPER ST.**<br>**RANCHO CUCAMONGA, CA 91701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Destiny Perez** | Check all that apply. | | | |
| | **1119 W 28TH STREET** | ☐ Contingent | | | |
| | **LOS ANGELES, CA 90007** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.3896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Destiny Rodriguez** | Check all that apply. | | | |
| | **1931 S LEWIS ROAD** | ☐ Contingent | | | |
| | **CAMARILLO, CA 93012** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.3897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $219.78 | $219.78 |
|---|---|---|---|---|---|
| | **Destiny Rodriguez** | Check all that apply. | | | |
| | **1931 S LEWIS ROAD** | ☐ Contingent | | | |
| | **CAMARILLO, CA 93012** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.3898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Destiny Rosario** | Check all that apply. | | | |
| | **707 Oak Manor Circle** | ☐ Contingent | | | |
| | **Orlando, FL 32825** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destyni Williams**
**2731 KINGS CANYON CRT**
**HOUSTON, TX 77067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devan Bogarty**
**1210 67TH DR E**
**106**
**SARASOTA, FL 34243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devante Holmen**
**2046 SWEET LILAC DRIVE**
**HOUSTON, TX 77090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devante LaGrange**
**777 BATESWOOD DRIVE**
**147**
**HOUSTON, TX 77079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deven Garcia**
**8570 WILEY CIR**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Beadle**
**22788 E Via las Brisas**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Carter**
**33306 FOX RD.**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Coleman**
**13312 NE KERR RD**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Frieson**
**230 EAST KENTUCKY STREET**
**FAIRFIELD, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Jarrett**
**415 LAURIE LANE**
**#2**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Johnson**
**1608 LEAD AVE**
**A**
**ALBUQUERQUE, NM 87106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devin Lane**
**13585 SE 166TH PL**
**WEIRSDALE, FL 32195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.3911** | Priority creditor's name and mailing address

**Devin Lieberman**
**1515 Nebraska Avenue**
**Palm Harbor, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3912** | Priority creditor's name and mailing address

**Devin Pimentel**
**10947 72ND AVE**
**SEMINOLE, FL 33772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3913** | Priority creditor's name and mailing address

**Devin Wallace**
**6201 E. Pima St.**
**Apt 57**
**TUCSON, AZ 85712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3914** | Priority creditor's name and mailing address

**Devin Williams**
**2901 HOLLY HILL AVE**
**LAS VEGAS, NV 89104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Devina Bruns**
**534 Allen St**
**MARTINEZ, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Devinaire Hayes**
**8690 AQUARIUS DR**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$46.04** | **$46.04** |
|---|---|---|---|---|---|

**Devon C.  Goree**
**13901 TUSTIN EAST DR**
**APT. 98**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Devon Elzy**
**25845 Karisa Circle**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.3919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Devon Goree**<br>**13901 TUSTIN EAST DR**<br>**APT. 98**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Devon Kutin**<br>**5885 TERRA BELLA CT**<br>**CAMARILLO, CA 93012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Devon Morgan**<br>**1523 30TH STREET**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Devontae Hill**<br>**14719 GLADEBROOK DRIVE**<br>**HOUSTON, TX 77068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devonte Gaynor**
**2731 WILLIAMSDR DR**
**DECATUR, GA 30034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3924 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devonte Green**
**1901 WEST JEAN ST**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3925 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devonte Hawkins**
**1325 N WESTERN AVE**
**NOT APPLICABLE**
**LOS ANGELES, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3926 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devonte Morris**
**9575 RESEDA BLVD**
**143**
**NORTHRIDGE, CA 91324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Devyn smith**
**3941 TUCKS ROAD**
**BOYNTON BEACH, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dewana Henderson**
**P O Box 475**
**Ocklawaha, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dewayne Reese**
**2037 EAST CAMELLIA DRIVE**
**ATLANTA, GA 30032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dexter Burch**
**12800 VOON ROAD**
**5903**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deyaneira Perez**
**5531 CONROY RD**
**4**
**ORLANDO, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deyanira Bautista**
**37079 Poplar St**
**Newark, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Deysi Cardenas Parra**
**5815 PARADISE LANE**
**ORLANDO, FL 32808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dezirae Blaue**
**5332 TRINETTE AVE**
**GARDEN GROVE, CA 92845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dharma Kemp**
**3038 6th Ave**
**Los Angeles, CA 90018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diamel Ynfante**
**5623 LOUIS XIV CT**
**#B**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diamond Bennah**
**1107 LIA HILLS DR**
**1107**
**NORCROSS, GA 30071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diamond Thomas**
**8902 Tiberian Dr APT 303**
**Kissimmee, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Becerra**
**6480 SKYLINE DR**
**SAN DIEGO, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Bueno**
**GARZOTA DR**
**109**
**SANTA CLARITA, CA 91350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Calderon**
**2566 Oak Trail Ave**
**Apt 106**
**Clearwater, FL 33764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Cikmis**
**31790 US HIGHWAY 19N**
**35**
**PALM HARBOR, FL 34684**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana contreras**
**22702 PACIFIC PARK DR**
**K21**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Edwards**
**15118 SEAROBBIN DRIVE**
**LAKEWOOD RANCH, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Escobedo**
**1301 E AVE I SPC. 190**
**LANCASTER, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana garcia**
**2540 W MARYLAND AVE**
**104**
**PHOENIX, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 987 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Hernandez Tobar**
**46400 DUNE PALMS RD**
**99**
**LA QUINTA, CA 92253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Iznaola**
**6105 44TH CT E**
**BRADENTON, FL 34203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Leon**
**239 E TRIDENT DR**
**PITTSBURG, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Lopez**
**3761 West Hillsboro Blvd**
**APT C103**
**Coconut Creek, FL 33073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Diana Nehus**
**603 108th Ave N**
**Naples, FL 34108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.73 | $222.73 |
|---|---|---|---|---|

**Diana Oloeri**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Diana Paola Trujillo**
**922 West Yale Dr.**
**Tempe, AZ 85283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Diana Pinzon**
**4311 Okeechobee Blvd**
**Lot 15**
**West Palm Beach, FL 33409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Reyes**
**15758 SE HIGHWAY 224**
**102**
**DAMASCUS, OR 97089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Rivera Jimon**
**1250 S. EUCLID ST**
**F361**
**ANAHEIM, CA 92802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Salinas**
**8602 KEMPWOOD**
**HOUSTON, TX 77080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.3958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Santos**
**3115 ARVIA ST**
**#C**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Vanegas**
**2621 E KELTON LN**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Vazquez Solorio**
**6500 w. charleston blvd**
**#284**
**Las Vegas, NV 89146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diana Zaldua**
**2403  NORTH TUTTLE AVENUE**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diane Antonio**
**4055 JOHNNIE COCHRAN VISTA**
**5**
**LOS ANGELES, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diane Burgess Forgus**
**2615 NORTHVIEW AVE.**
**DECATUR, GA 30032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diane Carbajal**
**14027 BEAVER ST**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diane Lopez**
**4302 MOUNT DAVIS AVE**
**SAN DIEGO, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diane Murphy**
**9053 Lantern Dr**
**Lake Worth, FL 33467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Diane Riddle**<br>**23 Tulip Place**<br>**Aliso Viejo, CA 92656** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Diane tomlin**<br>**2030 CALUSA TRAIL**<br>**HOLIDAY, FL 34690** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Diane Torres**<br>**39540 Chantilly Ln**<br>**Palmdale, CA 93551** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.92 | $1.92 |
|---|---|---|---|---|
| | **Diane Torres**<br>**39540 Chantilly Ln**<br>**Palmdale, CA 93551** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.3971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$230.74** | **$230.74** |
|---|---|---|---|---|
| | **DIANNA L.  STONEY** | Check all that apply. | | |
| | **1615 Jason St.** | ☐ Contingent | | |
| | **San Diego, CA 92154** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.3972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dianna Stoney** | Check all that apply. | | |
| | **1615 Jason St.** | ☐ Contingent | | |
| | **San Diego, CA 92154** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.3973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dichauna Brown** | Check all that apply. | | |
| | **301 WESTERN SKIES DR SE 129** | ☐ Contingent | | |
| | **ALBUQUERQUE, NM 87123** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.3974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Diego Acero** | Check all that apply. | | |
| | **505 32ND ST** | ☐ Contingent | | |
| | **SAN DIEGO, CA 92102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Aguilera**
**2298 Dickerman Place**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Cisneros**
**7340 FOOTHILL BLVD**
**6**
**TUJUNGA, CA 91042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Finol**
**11471 GHIBERTI WAY**
**PORTER RANCH, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Gonzalez**
**426 N BAYVIEW AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

| 2.3979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Diego Leiva**
**954 Henderson Ave Spc 99**
**Sunnyvale, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3980 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Diego Materan**
**1458 NE. 105th Way**
**Apt 12**
**Hillsboro, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3981 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Diego Mendez Lozano**
**894 SAN ALESO AVE**
**#3**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3982 | Priority creditor's name and mailing address | | $75.95 | $75.95 |
|---|---|---|---|---|

**DIEGO MENDEZ LOZANO**
**894 SAN ALESO AVE**
**#3**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Perez**
**3042 Anastasia Ct**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Pineda**
**2818 Raymond St**
**Forest Grove, OR 97116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Sanchez Castro**
**127 ROXANNE COURT**
**1**
**WALNUT CREEK, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Solorzano**
**1476 HEATHERWOOD AVE**
**CHULA VISTA, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Velasco**
**8246 N. EQUATOR LOOP**
**TUCSON, AZ 85741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3988 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diego Zamboni**
**711 WAGON WHEEL CIRCLE**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3989 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dielhomme Mardy**
**3780 29TH AVE SW**
**NAPLES, FL 34117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3990 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dieudonne Jean Francois**
**4110 Sw 16th Place apt 104**
**Naples, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dieuminy Dieusinor**
**304 Clemson Drive**
**Altamonte Springs, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3992 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Dieuner Novembre**
**3910 Timber Trail**
**Orlando, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3993 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Dijan Smith**
**455 EAST TWAIN AVE**
**142**
**LAS VEGAS, NV 89169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3994 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Dilan Giraldo**
**6522 Johns Road**
**Tampa, FL 33634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.3995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diligence Fleurizard**
**6891 NW 29TH CT**
**SUNRISE, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dillon Brandon**
**4249 PEPPERWOOD LN**
**CHINO HILLS, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dillon Mendoza**
**24133 NEPTUNE AVE**
**CARSON, CA 90745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.3998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dillon Tarry**
**9701 Quakertown Ave**
**Los Angeles, CA 91311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.3999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| 2.3999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dion Ingram** <br> **5715 ROBERTS AVE** <br> **OAKLAND, CA 94605** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dion Swan** <br> **15175 SW PACIFIC HWY** <br> **232** <br> **TIGARD, OR 97223** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Diondra Bodman** <br> **4901 E KELTON LN** <br> **1025** <br> **SCOTTSDALE, AZ 85254** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Diondra Davis** <br> **658 GLADES CIRCLE** <br> **206** <br> **ALTAMONTE, FL 32714** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dionisio Lopez**
**11615 dunfield ln**
**Houston, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Divina Pineda**
**105 E. Roblin St.**
**Carson, CA 90746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Divine Jones**
**1867 AVOCADO DRIVE**
**10**
**VISTA, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DIVISION OF INCOME TAX**
**3 N GAY STREET**
**MOUNT VERNON, OH 43050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Diya Sebastian**
**5426 S DUNKIRK WAY**
**CENTENNIAL, CO 80015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Djennie Lajeunesse**
**745 GREENBRIAR DR**
**WEST PALM BEACH, FL 33403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Djino Altidor**
**2700 Nw 56th Ave**
**Apt 221**
**Lauderhill, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dmarkis Plousha**
**109 N 33RD ST**
**NA**
**SAN JOSE, CA 95002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dolca Mundaray**
**4948 Eaglesmere Dr**
**Apt 616**
**Orlando, FL 32819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dolores Hardy**
**16015 Arbor View Blvd**
**Apt 217**
**Naples, FL 34110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Domenic Schetter**
**5712 PLACER AVE**
**WESTMINSTER, CA 92683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Domenique Dominguez**
**5421 COGSWELL RD**
**EL MONTE, CA 91732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4015** | Priority creditor's name and mailing address

**Domiciana Mendivil**
**5023 S PARK AVE**
**1**
**TUCSON, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4016** | Priority creditor's name and mailing address

**Dominga Solis**
**551 Osborne St.**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4017** | Priority creditor's name and mailing address

**Domingo Rodriguez**
**5675 Roswell Rd**
**Atlanta, GA 30342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4018** | Priority creditor's name and mailing address

**Dominic Banghart**
**16 FRAMPTON PL.**
**PERALTA, NM 87042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| | |
|---|---|
| 2.4019 | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

**Dominic Cushnie**
**11318 W. CRESTLINE PL.**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.4020 | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

**Dominic DuMont**
**1060 BARROW CT**
**WESTLAKE VILLAGE, CA 91361**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.4021 | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

**Dominic Giannantonio**
**5726 126TH AVE N**
**1202**
**CLEARWATER, FL 33760**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.4022 | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

**Dominic Jaramillo**
**476 SUNRISE WEST DR**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4023** | Priority creditor's name and mailing address

**Dominic Jaramillo**
**476 SUNRISE WEST DR**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$271.48    $271.48

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4024** | Priority creditor's name and mailing address

**Dominic King**
**1072 Wallin Ct.**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4025** | Priority creditor's name and mailing address

**Dominic Lemus**
**1521 S ATLANTIC BLVD**
**ALHAMBRA, CA 91803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4026** | Priority creditor's name and mailing address

**Dominic M.  Banghart**
**16 FRAMPTON PL.**
**PERALTA, NM 87042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$111.06    $111.06

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominic Morales**
**3228 ZIA ST NE**
**RIO RANCHO, NM 87144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominic Parks**
**10600 CIBOLA LOOP NW APT 1612**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominic Powers**
**3001 SOUTH SHERIDAN BLVD**
**DENVER, CO 80227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominic Schwanemann**
**11350 Squamish Road**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominic Smith**
**762 South Fenimore Avenue**
**Covina, CA 91723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominic Sudo-hooper**
**1230 Finch Pl**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominic Williams**
**294 S JASPER CR**
**15-302**
**AURORA, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominick Gonzalez**
**6132 N DEWEY AVE**
**FRESNO, CA 93711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.83 | $93.83 |
|---|---|---|---|---|

**Dominik C.  Leahong**
**2345 DOUGLAS ST**
**HOLLYWOOD, FL 33020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominik Leahong**
**2345 DOUGLAS ST**
**HOLLYWOOD, FL 33020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dominique Edwards**
**17338 SW 22 CT**
**MIRAMAR, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.13 | $45.13 |
|---|---|---|---|---|

**DOMINIQUE F.  IATA**
**4235 MENLO AVE**
**#7**
**SAN DIEGO, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Farrelly-Gibson**
**2808 NE MLK JR BLVD**
**6**
**PORTLAND, OR 97212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Iata**
**4235 MENLO AVE**
**#7**
**SAN DIEGO, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Johnson**
**5614 25th St. Cir. East**
**Bradenton, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DOMINIQUE MAHE**
**1859 VAMO DR**
**SARASOTA, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Ornelas**
**6831 GRAY DR**
**ARVADA, CO 80003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Searcy**
**12020 N GESSNER RD.**
**13306**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dominique Zahou Jr**
**1243 HARRIS ROAD**
**LAWRENCEVILLE, GA 30043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Domonique Dilyou**
**121 W. Alturas St.**
**APT J**
**Tucson, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.4047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$301.02** | **$301.02** |
| --- | --- | --- | --- | --- |

2.4047 | Priority creditor's name and mailing address
**Domonique J.  Dilyou**
**121 W. Alturas St.**
**APT J**
**Tucson, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$301.02**    **$301.02**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.4048 | Priority creditor's name and mailing address
**Donald Breen**
**PO Box 1705**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.4049 | Priority creditor's name and mailing address
**Donald Brice**
**5135 e thrill place**
**denver, CO 80207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.4050 | Priority creditor's name and mailing address
**Donald Church**
**4400 PHILADELPHIA ST.**
**238**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**
_____

| 2.4051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**2.4051**  Priority creditor's name and mailing address

**Donald Emory**
**646 ARBUTUS AVE 1**
**#1**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4052**  Priority creditor's name and mailing address

**Donald Evans**
**4827 SE 11TH PL**
**OCALA, FL 34471**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4053**  Priority creditor's name and mailing address

**Donald Galamgam**
**999 MISSION DR**
**#2**
**COSTA MESA, CA 92626**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4054**  Priority creditor's name and mailing address

**Donald Ingram**
**39918 PARKINSONIA STREET**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4055 | Priority creditor's name and mailing address<br>**Donald Love**<br>**3750 FERNDALE AVE**<br>**NA**<br>**SAN BERNARDINO, CA 92404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4056 | Priority creditor's name and mailing address<br>**Donald Neal**<br>**4437 E. VILLAGE RD 10**<br>**LONG BEACH, CA 90808** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4057 | Priority creditor's name and mailing address<br>**Donald R.  Love**<br>**3750 FERNDALE AVE**<br>**NA**<br>**SAN BERNARDINO, CA 92404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$144.40** | **$144.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4058 | Priority creditor's name and mailing address<br>**Donald Singleton**<br>**560 CUSTER AVE**<br>**MARIETTA, GA 30060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donald Wells**
**4511 E. Pueblo Ave.**
**Apt. 228**
**PHOENIX, AZ 85040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donald White**
**16161 Caldera Lane**
**Naples, FL 34110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donate Sisson**
**2200 GLADYS**
**2903**
**LARGO, FL 33774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donavan Demoss**
**3419 Leila Oaks Court**
**8329557582**
**Houston, TX 77082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.02** | **$37.02** |
|---|---|---|---|---|

**Donavan L. Demoss**
**3419 Leila Oaks Court**
**8329557582**
**Houston, TX 77082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4064 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donavan Lake**
**6 LAURENT**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4065 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donavon Manning**
**11459 117TH AVE**
**LARGO, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4066 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donavon Minton**
**13207 DOWNEY AVE**
**PARAMOUNT, CA 90723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna Lloyd**
**4932 25 Street West Th**
**Bradenton, FL 34207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna McDermott**
**15722 VANOWEN ST**
**206**
**VAN NUYS, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna Nguyen**
**10096 ANDY REESE**
**GARDEN GROVE, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna Ordonez**
**621 N. Osborn Ave**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna Ponce**
**903 Gamble St**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donnell Powell**
**1206 N VENTURA ST**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donnie Ogle**
**14825 NE 10TH AVE**
**NORTH MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donnyea Hayes**
**8690 AQUARIUS DR.**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donovan Curtis**
**8454 BRILLANCITY AVE**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donovan McGowan**
**420 MILLS ST APT 31**
**31**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donovan Williams**
**1445 STONELAKE COVE AVE.**
**16105**
**HENDERSON, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dontae Brown**
**5418 IMPERIAL GROVE DR**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dontavisous Mitchell**
**913 28th St E**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dontreze Knox**
**140 Truman Ave**
**Atlanta, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dora Espinosa**
**9881 Chanticleer Rd.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dora Hernandez Valadez**
**2221 EAST 89TH AVE**
**THORNTON, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| **2.4083** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dora Lopez**
**6978 Emerald Ave**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| **2.4084** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dora Ramirez**
**12022 S.fairhollow**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| **2.4085** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Doralia Martinez**
**20401 Soledad Canyon Rd**
**238**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| **2.4086** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Doralicia Orellana**
**5621 Sw 164 Pl**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.4087** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Dorese McCreary**
**12939 116th St**
**Largo, FL 33778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4088** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Dorian Duffy**
**3661 PEACOCK CT**
**13**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4089** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Doris Andrade**
**1326 E CRESCENT AVE**
**MESA, AZ 85204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4090** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Doris Castro**
**4675 34th St.**
**Apt #5**
**San Diego, CA 92116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Doris Discua**
**14150 Wunderlich Drive Apt 510**
**Houston, TX 77069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Doris Morales**
**2906 Thunder Dr**
**Oceanside, CA 92056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.19** | **$19.19** |
|---|---|---|---|---|

**Doris Morales**
**2906 Thunder Dr**
**Oceanside, CA 92056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dorrisha Bryant**
**532 CLEVELAND AVENUE**
**26C**
**ATLANTA, GA 30315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4095**

Priority creditor's name and mailing address

**Doug Brockway**
**1223 ARLINGTON AVE**
**TORRANCE, CA 90501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.4096**

Priority creditor's name and mailing address

**Doug Wade**
**8820 Jumilla Ave**
**Northridge, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.4097**

Priority creditor's name and mailing address

**Douglas Aufrance**
**12700 S INGLEWOOD AVE**
**1348**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.4098**

Priority creditor's name and mailing address

**Douglas Chan**
**4032 TERRA ALTA DR**
**SAN RAMON, CA 94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Douglas Chavez**<br>**191 Higdon Ave**<br>**Apt 4**<br>**MOUNTAIN VIEW, CA 94041** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,866.78** | **$0.00** |
|---|---|---|---|---|
| | **DOUGLAS COUNTY TREASURER**<br>**PO BOX 1208**<br>**CASTLE ROCK, CO 80104** | | | |
| | Date or dates debt was incurred<br>**3/17/2020** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Douglas Estrada**<br>**13199 GWYNETH DRIVE**<br>**F**<br>**TUSTIN, CA 92780** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Douglas Fallas**<br>**10315 Kingbrook Lane**<br>**Orlando, FL 32821** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Douglas Plut**
**16404 SW 79TH LN**
**MIAMI, FL 33193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68.98** | **$68.98** |
|---|---|---|---|---|

**Douglas Stevens**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Draja Brown**
**4271 LAKE RICHMOND DR**
**ORLANDO, FL 32811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Drake Hughes**
**3086 Old Coach Drive**
**Camarillo, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Drew Abel**
**3350 W 93RD AVE**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$111.64** | **$111.64** |
|---|---|---|---|---|

**Drew C. Abel**
**3350 W 93RD AVE**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Drew Zavala**
**600 W Hermosa Ave**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dru Warfield**
**411 S. JOHNSON AVE**
**UNIT J**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Duane Hall**
**1010 BARRINGTON LANDING CT**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dubeer Zapata**
**1673 Nw 97th Terr**
**Pompano Beach, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Duckene Senat**
**9360 Gettysbyrd Rd**
**Boca Raton, FL 33434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Duk-sun Spillers**
**2160 ANDY DRIVE**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4115 | Priority creditor's name and mailing address<br>**Dulce Arreguin**<br>**22815 14TH ST**<br>**NEWHALL, CA 91321** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4116 | Priority creditor's name and mailing address<br>**Dulce Coronado**<br>**3565 Old 41 Highway**<br>**Lot B21**<br>**Kennesaw, GA 30144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4117 | Priority creditor's name and mailing address<br>**Dulce Ledesma**<br>**2455 Portland St**<br>**Sarasota, FL 34231** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4118 | Priority creditor's name and mailing address<br>**Dulce Ramirez**<br>**1651 La Habra Blvd**<br>**#9**<br>**La Habra, CA 90631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dulian Zetrenne**
**7535 NW 44TH CT**
**APT 3**
**CORAL SPRINGS, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dunay Diaz**
**6709 Village Grove Ct**
**Tampa, FL 33615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dung Nguyen**
**935 BRANHAM LN APT B**
**SAN JOSE, CA 95136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dunia Chamnes**
**4228 Fairway Cir**
**Tampa, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.4123** | Priority creditor's name and mailing address
**Dunta Peterson**
**3066 OLD BRADENTON RD**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4124** | Priority creditor's name and mailing address
**Durbin Barrera Lage**
**828 N CONRAD AVE**
**SARASOTA, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4125** | Priority creditor's name and mailing address
**Durrell Davis**
**11933 E OREGON CIRCLE**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4126** | Priority creditor's name and mailing address
**Dustin Bombka**
**11114 Carrollwood Dr**
**Carrollwood, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Dodson**
**1752 E GROVELEAF AVE**
**PALM HARBOR, FL 34683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Elkins**
**9509 NE 11th way**
**Vancouver, WA 98664**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Gentry**
**2512 EAST WESLEYAN DRIVE**
**TEMPE, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Lettiere**
**1013 FOSTER RD**
**#2**
**HALLANDALE, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Martinez**
**8989 XAVIER ST**
**WESTMINISTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Ralph**
**5636 BELLEZA DRIVE**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Ralph**
**6082 Allbrook Circle**
**5636 Belleza Drive**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Dustin Reinhardt**
**6268 CASTLEGATE DRIVE WEST**
**13102**
**CASTLE ROCK, CO 80108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dustin Tenney**
**5711 WEST 92ND AVE**
**10**
**WESTMINSTER, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dwan Meadows**
**2467 CLAUDE ST**
**ATLANTA, GA 30318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dwayne Lawrence**
**8810 W MCNAB RD**
**106**
**TAMARAC, FL 33321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dwayne Smith**
**1720 NW 16TH ST**
**1720**
**OCALA, FL 34475**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dwayne Stackhouse**
**1351 23RD STREET**
**SARASOTA, FL 34234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dyanna Gomez Figueroa**
**8640 SE CAUSEY AVE**
**K204**
**MILWAUKIE, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dyesha Best**
**113 MIDWAY DR**
**COVINGTON, GA 30014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dykoda Helbok**
**5713 WEST 76TH DRIVE**
**ARVADA, CO 80003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Aamoth**
**47507 FORTNER ST.**
**FREMONT, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Bautista**
**37600 SUMMER HOLLY COMMON**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Berry**
**11759 SE 64TH AVE**
**PORTLAND, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Bliss**
**430 COLEMAN COURT**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4147**

Priority creditor's name and mailing address

**Dylan Burke**
**6363 Cibola Road**
**San Diego, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4148**

Priority creditor's name and mailing address

**Dylan Cain**
**13003 INDIGO WAY**
**BRADENTON, FL 34211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4149**

Priority creditor's name and mailing address

**Dylan Carcasses**
**3501 SW 145TH AVENUE**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4150**

Priority creditor's name and mailing address

**Dylan Clifton**
**25650 INTERSTATE 45 N**
**1105**
**SPRING, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dylan Duryea**
**221 GREEN VALLEY RD NW**
**ALBUQUERQUE, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dylan Fields**
**8645 BUENA TIERRA PL.**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.55** | **$49.55** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**DYLAN FIELDS**
**8645 BUENA TIERRA PL.**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dylan Gallagher**
**4949 MABRISA DR.**
**312**
**TAMPA, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.4155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dylan Garcia**
**9 POMELO**
**RANCHO SANTA MARGARITA, CA**
**92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dylan Gerlich**
**5034 w purdue ave**
**glendale, AZ 85302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dylan Johnson**
**15923 ROBIN HILL LOOP**
**CLERMONT, FL 34714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Dylan Jones**
**8 ALLEGE CT.**
**FOOTHILL RANCH, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Lloyd**
**4008 Sinbad St**
**Baker, LA 70714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Raso**
**4702 SOUTH ADELLE CIRCLE**
**MESA, AZ 85212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Riley**
**11834 BEVERLY DR**
**HOUSTON, TX 77065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Saldivar**
**12665 JALEPENO AVENUE**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

| 2.4163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|------|------|------|------|

**2.4163**

Priority creditor's name and mailing address

**Dylan Spencer**
**735 S US HIGHWAY 441**
**140**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.4164**

Priority creditor's name and mailing address

**Dylan Steveson**
**7660 E. Emilata Ave**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.4165**

Priority creditor's name and mailing address

**Dylan Steveson**
**7660 E. Emilata Ave**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.21**  **$23.21**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

**2.4166**

Priority creditor's name and mailing address

**Dylan Tran**
**16075 LA MONDE ST.**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan Vidad**
**13574 Sw Capulet Lm**
**Tigard, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dylan White**
**2100 W COMMONWEALTH AVE**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dyllon Lomeli**
**8681 KATELLA AVE**
**# 912**
**STANTON, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dynah Ortiz**
**31213 TEPIC PL**
**38**
**HAYWARD, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dyonsia Wyche**
**213 NW 6TH AVE**
**DANIA, FL 33004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earl BEVAN**
**411 Walnut St #16064**
**green cove springs, FL 32043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earl Bryers**
**6625 ALVARADO RD**
**7305**
**SAN DIEGO, CA 92103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earl Emmendorfer**
**22756 BAYVIEW AVE**
**HAYWARD, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earl singleton**
**PO BO3 33552**
**SAN DIEGO, CA 92163**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earneshia Robinson**
**616 COVENANT DR**
**G**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earnest West III**
**1750 NE 4TH STREET**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Earrell Eutsey**
**5697 GREY FOX CIRCLE**
**LITHONIA, GA 30038**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.4179** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ebanes Mesadieu**
**5931 Nw 19th Ct.**
**Fort Lauderdale, FL 33313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4180** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ebony Wells**
**907 Windsor Ave**
**West Palm Beach, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4181** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ebrahim Abdur-rahmaan**
**1221 W. 29th St.**
**#209**
**Los Angeles, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4182** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Echo Enriquez**
**46299 ARABIA ST**
**D48**
**INDIO, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ed Varnum**
**9115 Ne Meadow Brook Cir**
**Vancouver, WA 98664**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edaniz Ayala**
**8692 FOLEY DR**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edda Rivera**
**2201 W. Collins Street**
**Tampa, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eddie Cruz**
**3700 W SUNSET BLVD**
**8**
**LOS ANGELES, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**EDDIE HERNANDEZ**
**7048 CARNA CT**
**ORLANDO, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4188  Priority creditor's name and mailing address
**Eddie Howard**
**2557 MILLBRAE AVE**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:          **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4189  Priority creditor's name and mailing address
**Eddie Martinez**
**1437 S PINE DR**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:          **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4190  Priority creditor's name and mailing address
**Eddie Moses**
**39155 LIBERTY STREET**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:          **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eddie Perez**
**1538 Ford Ave**
**San Jose, CA 95110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4192 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eddie Simpson**
**4930 SUGAR GROVE BLVD**
**3106**
**STAFFORD, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4193 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eddy Gonzalez**
**765 SPENCER AV**
**SAN JOSE, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4194 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eddy Ritchie**
**575 FINCH CT**
**KISSIMMEE, FL 34759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edel Gil**
**3428 W PALMETTO ST**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edeline charles**
**5550 16TH PL SW**
**3**
**NAPLES, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eden Johnson-Lemieux**
**26720 ISABELLA PARKWAY**
**UNIT 205**
**CANYON COUNTRY, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgael Cruz**
**3014 KING JOHN PLACE**
**SEFFNER, FL 33584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Araujo**
**1730 Ne Darby St**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4200 | Priority creditor's name and mailing address | | **$78.54** | **$78.54** |
|---|---|---|---|---|

**EDGAR D. MADRIGAL**
**COVARRUBIAS**
**4101 EGGER DRIVE**
**#2**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4201 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Delgadillo**
**1652 Ocala Ave**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4202 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Encinas**
**3682 1/2 44TH ST.**
**SAN DIEGO, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Gonzalez**
**645 BEVERLY PLACE**
**SAN MARCOS, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Gonzalez Palma**
**4124 BROADWAY**
**SAN DIEGO, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Guzman**
**17070 E Colima Rd**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Islas Carrillo**
**271 Bangor Ave**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Lopez**
**627 Normandie Ave**
**Apt 3B**
**LOS ANGELES, CA 90005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Madrigal**
**484 Pomegranate Ln.**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Madrigal Covarrubias**
**4101 EGGER DRIVE**
**#2**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Mendez**
**5819 SE 84TH AVE**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar ozuna**
**1151 ELMA**
**ONTARIO, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Perdomo**
**1869 Appaloosa Lane Dr**
**Apt 3322**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Ramirez**
**514 Shady Brook**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Restrepo**
**1458 BAHAMA WAY**
**SAN JOSE, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgar Valderrama**
**4449 CARLING DR**
**SAN DIEGO, CA 92115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgardo Ramos**
**395 Anns Way**
**Vista, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.38** | **$22.38** |
|---|---|---|---|---|

**Edgardo Ramos**
**395 Anns Way**
**Vista, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edgardo Rivera**
**310 PALA VISTA DR**
**I**
**VISTA, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.4219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Edith Flores**
**1446 Union St**
**San Bernardino, CA 92411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.60 | $9.60 |
|---|---|---|---|---|

**Edith Flores**
**1446 Union St**
**San Bernardino, CA 92411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Edith Gonzalez**
**330 NEW HOPE DR**
**HENDERSON, NV 89014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Edith Lopez**
**6675 MISSION GORGE RD.**
**UNIT B108**
**SAN DIEGO, CA 92120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| 2.4223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edith Magana**
**3175 OHIO AVE**
**APT.B**
**SOUTH GATE, CA 90280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edith Reyes**
**13483 delphi dr**
**littleton, CO 80124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edmy Robelo**
**4930 NATIONAL AVE**
**12**
**SAN JOSE, CA 95124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edna Mosier**
**122 Cedar Ave**
**Apt C**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.4227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edrianne Toledo**
**1828 ROBIN LANE**
**APT. 2**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Edsel-allen Albano**
**10205 Lurcine Ave**
**Unit D**
**Chatsworth, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Eduardo Ayard**
**2079 PLYMOUTH DR**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Eduardo Baez**
**1880 SUNSHINE DR**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Cardenas**
**4801 BAKER GROVE RD**
**1301**
**ACWORTH, GA 30101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Correa**
**23806 SINGLE OAK ST.**
**SPRING, TX 77388**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Cruz**
**9202 CAMINO VILLA**
**TAMPA, FL 33615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Delgadillo**
**8087 N. Poplar Ave**
**Fresno, CA 93711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Fernandez**
**1872 TOYON DR**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Gomez Bermudez**
**150 S ROOSEVELT RD**
**2004**
**MESA, AZ 85202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Hernandez**
**811 CORSICANA DR.**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo montano**
**1264 CARLTON AVE**
**MENLO PARK, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Orozco**
**2035 S ESCONDIDO BLVD 305**
**305**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Orozco-Barragan**
**2945 DAMICO DR**
**SAN JOSE, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Paz**
**2137 Sugartree Drive**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Pineda**
**15707 SIERRA VALLE DR**
**HOUSTON, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Puebla**
**311 E 122ND AVE**
**TAMPA, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4244 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Ramos**
**4376 W  134TH ST**
**C**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4245 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Reyes**
**3548 UNIQUE CIRCLE**
**FORT MYERS, FL 33908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4246 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eduardo Rodriguez**
**5509 Spinnaker Dr**
**Apt3**
**San Jose, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4247 | Priority creditor's name and mailing address | | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Eduardo Romero**
**4799 CASON COVE DR**
**1703**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4248 | Priority creditor's name and mailing address | | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Eduardo Ruiz Mendez**
**12941 ADELLE ST**
**GARDEN GROVE, CA 92841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4249 | Priority creditor's name and mailing address | | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Eduardo Sotelo Ocampo**
**3201 E FORT LOWELL RD**
**TUCSON, AZ 85716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4250 | Priority creditor's name and mailing address | | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Eduardo Soto**
**978 PEACH AVE**
**8**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4251**

Priority creditor's name and mailing address
**Eduardo Terrazas
8154 POTTER AVE
NORTH HOLLYWOOD, CA 91605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4252**

Priority creditor's name and mailing address
**Eduardo Vergara
15123 BROOKHURST ST
217
WESTMINSTER, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4253**

Priority creditor's name and mailing address
**Eduardo Villalobos
1251 CAMINITO CITA
SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4254**

Priority creditor's name and mailing address
**Edward Accordino
411 Cierra Oaks Circle
Lady Lake, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4255** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Edward Cook**
**334 S 35th St.**
**San Diego, CA 92113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4256** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Edward espinoza**
**1449 RAINTREE DRIVE**
**APT K**
**ROSWELL, GA 30076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4257** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Edward Fucillo**
**700 Lemon Wood Dr**
**Oldsmar, FL 34677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4258** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Edward Garcia**
**1501 ALMADEN EXPRESSWAY**
**6270**
**SAN JOSE, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Jaye Toledo**
**1828 ROBIN LANE**
**APT 2**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Jones**
**2748 Saint Charles Street**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Lagal**
**1045 N.Asuza Ave.**
**#97**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Lopez**
**4249 N COMMERCE ST**
**1054**
**LAS VEGAS, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

| 2.4263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Magana**
**3900 W.5TH STREET**
**H1**
**SANTA ANA, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Nishina**
**23104 SAMUEL ST.**
**215**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Perez**
**285 WEST HUNTINGTON DR**
**ARCADIA, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edward Rich**
**13412 Jupiter Way**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edward Smith**<br>**157 E SOUTH ST**<br>**#5**<br>**RIALTO, CA 92376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edward Smith**<br>**22820 IMPERIAL VALLEY**<br>**1307**<br>**HOUSTON, TX 77073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edward Solis**<br>**16167 SHADYBEND DRIVE**<br>**HACIENDA HEIGHTS, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edward Steiner**<br>**2307 29TH AVE. E.**<br>**PALMETTO, FL 34221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edward Valdez**<br>**3275 E flamingo rd**<br>**Bldg 3275 Apt. 208**<br>**Las Vegas, NV 89121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edwin Almiralla**<br>**SW DOWNING ST**<br>**14002**<br>**BEAVETON, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edwin Coro**<br>**712 N AVE 64**<br>**LOS ANGELES, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Edwin Cotto**<br>**8466 BLACKBERRY RD**<br>**FORT MYERS, FL 33967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Fernandez**
**11916 NW 2ND ST**
**CORAL SPRINGD, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Geissler**
**1138 Merritt Lane**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Gonzalez**
**4221 Drexel Ave**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Hernandez**
**667 F STREET**
**E4**
**CHULA VISTA, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4279** | Priority creditor's name and mailing address

**Edwin Lemus Salinas**
**1370 SAN JUAN ST.**
**#F**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4280** | Priority creditor's name and mailing address

**Edwin Martinez**
**5005 SUNBRIGHT COURT**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4281** | Priority creditor's name and mailing address

**Edwin Martinez-leon**
**600 West 3rd**
**Apt C104**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4282** | Priority creditor's name and mailing address

**Edwin Mendoza**
**3867 Silver Dollar Ave.**
**Unit 40-104**
**LAS VEGAS, NV 89102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Nunez**
**7640 COLLEGE DR**
**STANTON, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Pacheco**
**827 N Fig St**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Penaloza**
**203 Charity Ct**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Perez**
**7310 KRAMERIA ST**
**COMMERCE CITY, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edwin Soto**
**982 S WHEELING ST**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.75** | **$520.75** |
|---|---|---|---|---|

**EDWIN SOTO**
**982 S WHEELING ST**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edy Joseph**
**5170 MARION PLACE**
**RIVIERA BEACH, FL 33407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Edy Reyes Estrada**
**25102 WALNUT ST**
**NEWHALL, CA 91321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.4291 | Priority creditor's name and mailing address<br>**Efigenia Romero**<br>**2942 Crokked Creek Dr**<br>**Diamond Bar, CA 91765** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4292 | Priority creditor's name and mailing address<br>**Efraim Barraza**<br>**2640 BOWERS AVE**<br>**2**<br>**SANTA CLARA, CA 95950** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4293 | Priority creditor's name and mailing address<br>**Efrain Garfias**<br>**6035 N Selland Ave**<br>**Fresno, CA 93711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4294 | Priority creditor's name and mailing address<br>**Efrain Gonzalez**<br>**26452 SAINT MICHEL LANE**<br>**MURRIETA, CA 92563** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Efrain Gutierrez**
**3903 W. Calle Primera**
**Chandler, AZ 85226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Efrain Herrera Lopez**
**4770 HOME AVE**
**220**
**SAN DIEGO, CA 92105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Efrain Lemus**
**16885 WEGMAN DR.**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Efrain Nunez**
**112 GEORGE ST**
**#4**
**SAN JOSE, CA 95110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor __**Garden Fresh Restaurants LLC**_____    Case number (if known) __**20-02477-LA7**__
      Name

| | | | |
|---|---|---|---|
| 2.4299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |

**Efrain Solorio**
**851 SHIRLEY AVENUE**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |

**Efrain Trujillo**
**1106 NE KEYES RD**
**VANCOUVER, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |

**Efren Loredo**
**8404 NE 160TH AVE**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**      **$0.00** |

**Efren Solis**
**1532 Gessner Dr.43**
**Houston, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Egudiel Santos**
**576 COLOMBIA AVE**
**APT. 7**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.4304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ehsan Liaghat**
**11817 MEMORIL DRIVE**
**HOUSTON, TX 77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.4305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ehyra Covarrubias**
**16606 N 28 PL**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.4306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eileen Ruiz**
**2132 East Ave. Q-6**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Eina Rodriguez**
**39235 10TH ST WEST**
**UNIT C**
**PALMDALE, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.4308   Priority creditor's name and mailing address

**Eizabeth Rico**
**1900 LANAI AVE**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.4309   Priority creditor's name and mailing address

**Eladio Carrillo**
**2282 LUCRETIA AVE**
**APT 4**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.4310   Priority creditor's name and mailing address

**Elaine Annette Westmoreland**
**752 Forest Lane Drive**
**Conroe, TX 77302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elaine Brown**
**1328 Peachtree St NE**
**Atlanta, GA 30309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ELAINE WISBY**
**2401 W ORANGEWOOD**
**E**
**PHOENIX, AZ 85021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elda Baldenegro**
**35076 Mahogany Glen Dr**
**Winchester, CA 92596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elder Caballero**
**1018 W IOWA AVE**
**#1**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.4315 | Priority creditor's name and mailing address<br>**ELEANOR SEVERICH**<br>**12970 Hwy 8 Busines**<br>**#83**<br>**El Cajon, CA 92021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$897.77**   **$897.77** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4316 | Priority creditor's name and mailing address<br>**Eleazar Sinaniz de Severich**<br>**12970 Hwy 8 Busines**<br>**#83**<br>**El Cajon, CA 92021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4317 | Priority creditor's name and mailing address<br>**Eleazar Conde**<br>**5471 Vineland Rd.**<br>**Apt# 7304**<br>**Orlando, FL 32811** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4318 | Priority creditor's name and mailing address<br>**Eleazar Molina Bernal**<br>**5130 SNOW DRIVE**<br>**SAN JOSE, CA 95111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eleazar Rosas**
**6410 S FONTANA AVE**
**44**
**TUCSON, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eleazar Salguero**
**3435 Agate Dr.**
**#4**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elelta yonas**
**17 FINCH**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena D'angelo**
**3232 Fruitville Rd**
**Apt**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena Gomez**
**346 VIA METATES**
**OCEANSIDE, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena Huezo**
**1741 W NEIGHBORS AVE**
**1**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena Perez**
**400 W Orangethorpe Ave**
**APT 213D**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena Queirolo**
**13662 Redhill Ave**
**#f**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elena Ramirez**
**360 East Bradly**
**#56**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elexis Mendez**
**10045 SE CITADEL ST**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elexis Thompson**
**2767 BRIARGROVE DR**
**647**
**HOUSTON, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elgina Vernelus**
**1713 BIRCHWOOD CIRCLE**
**APT 2**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eli Carr**
**4257 E Orchid Ln**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eli Manna**
**1906 Poinsettia**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elian Cano**
**5553 WALNUT BLOSSOM DR. #5**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliana Jupiter**
**333 S. St Andrews Pl**
**#127**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.4335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Elianta Henry**
**2207 Plunkett Sr**
**Hollywood, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4336 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

**Elias Acuna**
**3190 Penzance Ave**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4337 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

**Elias Canchola**
**865 Elmwood St.**
**Colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4338 | Priority creditor's name and mailing address | | **$9.59** | **$9.59** |
|--------|----------------------------------------------|--|-----------|-----------|

**Elias Canchola**
**865 Elmwood St.**
**Colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$255.61** | **$255.61** |
|---|---|---|---|---|

**ELIAS J. PRATT**
**3654 Vineyard Ave.**
**Pleasanton, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elias Martinez**
**1315 E HOLT BLVD**
**207**
**ONTARIO, CA 91761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elias pierce**
**2611 CREEK TERRACE DR**
**MISSOURI CITY, TX 77459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elias Pratt**
**3654 Vineyard Ave.**
**Pleasanton, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elias Pulido**
**128 ALEXANDER ST**
**SAN FERNANDO, CA 91340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4344 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Elias Ramirez**
**2231 TAMARAC LN**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4345 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Eliberto Lizarraga**
**4552 Boundary St.**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4346 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Elibeth Martinez**
**8000 King st**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4347 | Priority creditor's name and mailing address<br>**Elier Vasquez**<br>**6475 College Park Circle**<br>**Naples, FL 34113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.4348 | Priority creditor's name and mailing address<br>**Eliezer Robles**<br>**2726 Abby Grove Dr**<br>**Valrico, FL 33594** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.4349 | Priority creditor's name and mailing address<br>**Eliezer Sein**<br>**3709 N 56ST**<br>**TAMPA, FL 33619** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.4350 | Priority creditor's name and mailing address<br>**Eligia Molina de Useche**<br>**7000 WESTVIEW DR**<br>**107**<br>**HOUSTON, TX 77055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Anzures**
**3529 Newcastle Dr Se**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Atkins**
**2147 VINE-YARD WALK**
**#6**
**ATLANTA, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Dysthe**
**457 HILLSMONT PLACE**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Gonzalez**
**15101 FAIRFIELD RANCH RD.**
**1206**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Gray-Roedel**
**1176 NW FALL AVENUE**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Hunter**
**1901 N. Wilmot Rd.**
**Apt 1229**
**TUCSON, AZ 85712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah King**
**503 OLYMPIC BLVD**
**SANTA MONICA, CA 90401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Lawson**
**44041 17TH ST E**
**LANCASTER, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.4359** | Priority creditor's name and mailing address

**Elijah Lee**
**1421 SPYGLASS WAY**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4360** | Priority creditor's name and mailing address

**Elijah Malette**
**480 Sw 181 Ave**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4361** | Priority creditor's name and mailing address

**Elijah Manradge-Hewitt**
**929 WILSON RIDGE DR**
**1927**
**ORLANDO, FL 32818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4362** | Priority creditor's name and mailing address

**Elijah Millanes**
**9 CALLE DEL CABOS**
**POMONA, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Sanchez**
**6861 SW 147TH AVE**
**3B**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Wheaton**
**442 S Sievers Ave**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elijah Williams**
**294 S. JASPER CIR. APT.**
**302**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elimaniel Gonzalez**
**MACEACHEN BLVD**
**6**
**SARASOTA, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.29** | **$216.29** |
|---|---|---|---|---|

**Elimaniel J.  Gonzalez**
**MACEACHEN BLVD**
**6**
**SARASOTA, FL 34235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisa Fernandez**
**11672 Carmenita Rd**
**Apt D**
**Whittier, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105.63** | **$105.63** |
|---|---|---|---|---|

**ELISA FERNANDEZ**
**11672 Carmenita Rd**
**Apt D**
**Whittier, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisa Rosales**
**217 Elm St**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisabeth Palomares**
**1424 VIRGINIA AVE**
**#A**
**ONTARIO, CA 91764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisabeth Shultz**
**1909 OTHELLO CT**
**ALBUQUERQUE, NM 87112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisam Alfonso-Sanchez**
**7202 N Emerald ave**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elise Holden**
**2335 E NUNNELEY CT**
**GILBERT, AZ 85286**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliseo Penaloza**
**1415 Towncen**
**#5**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliseo Reategui**
**2127 Olympic Parkway**
**#1006-363**
**Chula Vista, CA 91915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisey Franchuk**
**9610 SE ECKLER AVE**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elisha Vento**
**8590 LONGWOOD ST**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elison Camaquin**
**6887 San Miguel Ave**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.89 | $32.89 |
|---|---|---|---|---|

**Elison Camaquin**
**6887 San Miguel Ave**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elissa La Via**
**2605 E BART ST**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Eliu Reyes**
**3634 Cypress Meadow Rd**
**Tampa, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliud Rodriguez**
**7782 Samura**
**Apt 10**
**Garden Grove, CA 92841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliuvar Oduardo Romero**
**7202 N Emerald ave**
**Tampa, FL 33614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliyah Arboleda**
**670 LA SALLE DR.**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliza Gallo Ponce**
**16424 N 29TH ST**
**64**
**PHOENIX, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eliza Rehani**
**2575 N. Country Club Rd**
**D3**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Abbott**
**2323 Curtis St**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth AHN**
**866 W MABEL AVE**
**MONTEREY PARK, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Alamo**
**6220 N. NEBRASKA AVE**
**TAMPA, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Arellano**
**511 SOUTH K. ST.**
**#1**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,976.88** | **$2,976.88** |
|---|---|---|---|---|

**ELIZABETH ARELLANO**
**511 SOUTH K. ST.**
**#1**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Arzola**
**4808 BYINGTON DR.**
**SAN JOSE, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Bache**
**79 HEMLOCK DRIVE**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

| 2.4395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Bernal**
**123 Roundtable Dr.22**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Cantu**
**12525 S KIRKWOOD RD.**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Cook**
**29091 BIRCH GREEN WAY**
**SPRING, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Cook**
**11488 Poblado Road**
**Apt**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Cruz**
**401 FOUNTAINHEAD CR**
**152**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Cruz Ramirez**
**226 S REDWOOD AVE**
**APT C**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Delgadillo**
**1050 East Lexington**
**#3**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Diaz**
**3401 AZTEC RD NE**
**D**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Elizabeth Echeverria**<br>**17204 E PRINCETON DR**<br>**AURORA, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.4404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29.42** | **$29.42** |
|---|---|---|---|---|
| | **Elizabeth G. Hopkins** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.4405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Elizabeth Gerhardt**<br>**24931 STANOLIND ROAD**<br>**TOMBALL, TX 77375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.4406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Elizabeth Gonzalez**<br>**1460 GOLDEN GATE PKWY**<br>**SUITE 103 PMB 238**<br>**NAPLES, FL 34105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4407**

Priority creditor's name and mailing address

**Elizabeth Graham**
**9833 MAPLEWOOD ST**
**BELLFLOWER, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4408**

Priority creditor's name and mailing address

**Elizabeth Hernandez**
**390 ZINNIA DR**
**CASSELBERRY, FL 32707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4409**

Priority creditor's name and mailing address

**Elizabeth Hernandez-lopez**
**10400 Se Cook Ct**
**#78**
**Milwaukie, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4410**

Priority creditor's name and mailing address

**Elizabeth Jimenez Rodriguez**
**3938 Mesa Ave**
**Sarasota, FL 34233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4411**

Priority creditor's name and mailing address

**Elizabeth Johnson**
**1446 MORSE ST.**
**SAN BERNARDINO, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4412**

Priority creditor's name and mailing address

**Elizabeth Lopez**
**5880 Denison Dr**
**Venice, FL 34293**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4413**

Priority creditor's name and mailing address

**Elizabeth Lund**
**1440 E Broadway Rd**
**Apt #2077**
**Tempe, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4414**

Priority creditor's name and mailing address

**Elizabeth Martinez**
**2013 LA CUEVA DR**
**APT 4**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Martinez**
**1605 E. Grand Ave**
**#c**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth martinez**
**15050 MONTE VISTA AVE**
**88**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Martinez**
**5920 University Ave**
**Apt 1**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Maya**
**7763 AURA AVE**
**RESEDA, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.4419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elizabeth Mazemke**
**822 W T STREET**
**WASHOUGAL, WA 98671**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elizabeth Medina**
**38892 CANYON HEIGHT DRIVE**
**FREMONT, CA 95436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elizabeth Mendoza de Ramirez**
**1530 N. ARROWHEAD AVE.**
**RIALTO, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Elizabeth Mora**
**2525 WEST LINGAN LANE**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Elizabeth Moreno Madrigal**
**433 NORTH AVE 52**
**LOS ANGELES, CA 90042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Olivira**
**520 GEORGIA AVE**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Ortiz-Sanchez**
**17260 EUCLID ST**
**#D**
**FOUTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Perez**
**10825 WAGON TRAIN LN**
**MIRALOMA, CA 91752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|-------------------|
| | Name | | |

| 2.4427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Elizabeth Pitts**
**12930 GLEASON WAY**
**CLERMONT, FL 34711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Elizabeth ramirez**
**9272 SW 3RD ST**
**APT 416**
**BOCA RATON, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Elizabeth Rivera**
**3429 Agate Dr**
**#3**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Elizabeth Roberts**
**745 LANDOVER CIRCLE**
**103**
**NAPLES, FL 34104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Rodriguez**
**4350 TERRACE HILL DR**
**102**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.4432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Rodriguez**
**29967 VANDERBILT ST**
**HAYWARD, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.4433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Rodriguez**
**12020 N.GESSNER RD**
**7106**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.4434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Roth**
**3906 E. Waller Lane**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| 2.4435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Sandoval**
**9251 birdvale dr**
**downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
_____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Valdez**
**853 W 10TH AVE**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
_____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Vera**
**7519 E Taylor**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
_____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth Villanueva-Noyes**
**625 Birch Ave**
**Gervais, OR 97026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
_____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.4439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------|-------------|-----------|

**2.4439**

Priority creditor's name and mailing address

**Elizabeth Weber**
**4184 E SEASONS CIR**
**GILBERT, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4440**

Priority creditor's name and mailing address

**Elizaveta Foat**
**1036 Se 283rd Ave**
**Camas, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4441**

Priority creditor's name and mailing address

**Ella Hill**
**4218 E RAINBOW DR**
**GILBERT, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4442**

Priority creditor's name and mailing address

**Ella Venema**
**14417 SE DONATELLO LOOP**
**HAPPY VALLEY, OR 97086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.4443** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Elle Harjo**
**3351 S FIELD ST**
**157**
**LAKEWOOD, CO 80227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4444** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ellesse Piper**
**14426 Dunnet Ave**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4445** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Ellis Quenga**
**1449 Caminito Sardinia**
**Unit #3**
**Chula Vista, CA 91915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4446** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Elly Colon**
**8014 N 10th St**
**APT B**
**Tampa, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elly Wu**
**7647 Windsong Road**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elnaz Shehni**
**114 Ivory Palm Terrace**
**Sunnyvale, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$824.93** | **$824.93** |
|---|---|---|---|---|

**ELNAZ SHEHNI**
**114 Ivory Palm Terrace**
**Sunnyvale, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eloina Diaz**
**11111 WENTWORTH PL**
**GARDEN GROVE, CA 92843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eloisa Ramirez**<br>**411 N. Euclid Ave.**<br>**Apt 29**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eloisa Saucedo**<br>**8130  w Indian School rd #1185**<br>**Phoenix, AZ 85033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **eloise bryant**<br>**5324 ITHACA AVE**<br>**#1**<br>**LOS ANGELES, CA 90032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Elsa Barrera**<br>**1411 Monument Blvd**<br>**Apt C7**<br>**Concord, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elsa Benitez Perez**
**311 E 122ND AVE**
**TAMPA, FL 33612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$759.28** | **$759.28** |
|---|---|---|---|---|

**ELSA M.  PRATT**
**3654 VINEYARD AVENUE**
**PLEASANTON, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elsa Pratt**
**3654 VINEYARD AVENUE**
**PLEASANTON, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elsa Velasquez Martinez**
**401 N Bush Street**
**Apt. #4**
**Anaheim, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elsaqqara Blakeney**
**680 ROARING DR 352**
**352**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elta Eugene Petit Homme**
**4391 17th ave sw**
**NAPLES, FL 34116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elva Garcia**
**1110 S. 6th Ave.**
**Arcadia, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.17** | **$92.17** |
|---|---|---|---|---|

**Elva Garcia**
**1110 S. 6th Ave.**
**Arcadia, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4463** | Priority creditor's name and mailing address

**Elvia Figueroa**
**969 Mercury Ct**
**Lone Tree, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4464** | Priority creditor's name and mailing address

**Elvia Jimenez**
**3237 W Cholla**
**Phoenix, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4465** | Priority creditor's name and mailing address

**Elvia Martinez**
**328 N. BUSH**
**B**
**ANAHEIM, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4466** | Priority creditor's name and mailing address

**Elvia Mendoza**
**1301 East Ave I**
**Spc.438**
**Lancaster, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elvir Roge**
**5563 BUTTE ST**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elvira Flores**
**699 Sabal Palm Circle**
**Apt P**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elvira Perez**
**4526 W Vernon ave**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elvira Villasenor Molina**
**214 S SIERRA VISTA AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elvis Andrade**
**4950 Cherry Avenue**
**San Jose, CA 95118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ely Lobo**
**106 OLIVE TREE CIRCLE**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ely Perez**
**25845 BROWNING PL**
**STEVENSON RANCH, CA 91381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elyahs Goytia**
**4327 DESCANSO AVE**
**CHINO HILLS, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elysa Lorraine Antipuesto**
**23610 NEWHALL AVENUE**
**214**
**SANTA CLARITA, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4476 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**emad barsoum**
**4120 VILLAGE DR APT**
**#A**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4477 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eman Bouras**
**6203 CANDLEWOOD LANE**
**ORLANDO, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4478 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emanuel Gully**
**2620 EAST MARCONI AVENUE**
**1**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emanuel Hilbert**
**14220 SE 61ST CRT**
**BELLEVIEW, FL 34492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emanuel Tesfamichael**
**6567 W. Fairmont Avenue**
**Fresno, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emely De Leon Chang**
**14815 CRENSHAW BLVD**
**28**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilee Johnson**
**17445 SW 111TH AVE**
**TUALATIN, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emiliano Castaneda**
**MONTEREY AVE**
**MILWAUKIE, OR 97222**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilie Hayes**
**784 PORTSIDE PLACE**
**SAN DIEGO, CA 92154**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilie Miranda**
**16303 BAREWOOD LANE**
**SANDFORD, FL 32771**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$437.25** | **$437.25** |
|---|---|---|---|---|

**Emilie R. Miranda**
**16303 BAREWOOD LANE**
**SANDFORD, FL 32771**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Amezquita**
**3931 W GOLDEN LANE**
**PHOENIX, AZ 85051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Diaz**
**1509 W ROBSON ST**
**TAMPA, FL 33604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Ramirez**
**5734 7th Ave**
**Los Angeles, CA 90043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Rujana**
**965 LAS PALMAS DRIVE**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Soto**
**2481 MERRYWOOD ST**
**POMONA, CA 91767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.4492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilio Verdin**
**5700 COWLES MT BLVD**
**F155**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.4493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Acosta**
**47750 ADAMS STREET**
**923**
**LA QUINTA, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.4494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Alvarado**
**145 E CORONADO LN**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Andreano**
**3610 TUNALES DR**
**FULLERTON, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Bethune**
**9442 SUTTER PARK LN**
**HOUSTON, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Britton**
**1327 YOUNG AVE**
**CLEARWATER, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Busbey**
**3811 Beechwood Dr**
**Holiday, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Campbell**
**34 WHEATHERSTONE**
**LAKE OSWEGO, OR 97035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Castillo**
**2703 FIR CREST CT.**
**STAFFORD, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Castillo**
**12518 MILLBANKS DR**
**HOUSTON, TX 77031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Cundall**
**2417 NE Inverness Drive**
**Hillsboro, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4503** Priority creditor's name and mailing address

**Emily Cuyun**
**16400 SW 137TH AVE #326**
**MIAMI, FL 33177**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4504** Priority creditor's name and mailing address

**Emily De Los Santos**
**836 W.TERRACE**
**FRESNO, CA 93705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4505** Priority creditor's name and mailing address

**Emily Dupas**
**9000 FGCU CAMPUS HOUSING**
**EAG4148**
**FORT MYERS, FL 33965**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4506** Priority creditor's name and mailing address

**EMILY E.  ALVARADO**
**145 E CORONADO LN**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.75**        **$23.75**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

---

| 2.4507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Emily Ervin**
**4727 Ashton Dr**
**Sarasota, FL 34233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Emily Ferguson**
**41721 VIA EL GRECO**
**TEMECULA, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Emily Fullmer**
**291 VIA OLIVERA**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.98 | $521.98 |
|---|---|---|---|---|

**EMILY G. GALLEGOS**
**1057 SUMNER AVE**
**EL CAJON, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Gallegos**
**1057 SUMNER AVE**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Harris**
**139 RENAISSANCE PKWY NE**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Howard**
**2345 S BUMBY AVE**
**APT C**
**ORLANDO, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Jarvis**
**3500 NE 17TH ST**
**C218**
**GRESHAM, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Knisley**
**8002 SW 149TH AVE**
**APT B302**
**MIAMI, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Lamar**
**29919 Corte Castille**
**Temecula, CA 92591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Nanez-delgado**
**1449 COVENTRY RD.**
**CONCORD, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Nava**
**1246 S WESTGATE AVE**
**#3**
**LOS ANGELES, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Nieves Sandoval**
**9051 CADE TERRACE**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Ontiveros**
**4056 W MESCAL ST**
**PHOENIX, AZ 85029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Peterson**
**129 HIDDEN VIEW DR**
**GROVELAND, FL 34736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Pinto**
**1403 S MESA ST**
**SAN PEDRO, CA 90731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Rios**
**140 SW EDGEWAY DR**
**364**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Segeren**
**7112 AURORA DRIVE**
**NEW PORT RICHEY, FL 34653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emily Soto-Torres**
**1932 Navarro Ave.**
**Pasadena, CA 91103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$805.32** | **$805.32** |
|---|---|---|---|---|

**Emily Soto-Torres**
**1932 Navarro Ave.**
**Pasadena, CA 91103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emily West**<br>**8400 41st**<br>**Snohomish, WA 98290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emily Wykes**<br>**8252 47TH STREET CIR E**<br>**PALMETTO, FL 34221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emily Zimmerman**<br>**7500 Parkway Drive**<br>**Unit 207**<br>**La Mesa, CA 91942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emma Alt**<br>**5680 Deerfield Rd**<br>**ORLANDO, FL 32808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emma Barbee**<br>**12240 SW WHISTLERS LANE**<br>**TIGARD, OR 97223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emma Booker**<br>**17786 NW PIONEER RD**<br>**BEAVERTON, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emma Guerra**<br>**14054 SW 91 TER**<br>**MIAMI, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Emma Guzman**<br>**142 S Normandie Ave**<br>**Apt. 1**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emma Kammerer**
**6 VIA ADELFA**
**RANCHO SANTA MARGARITA, CA**
**92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emma Larkin**
**33270 FOX RD**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emma Mora**
**2529 S BAKER ST**
**#A**
**SANTA ANA, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emma Nutter**
**2191 RANCHO MCCORMICK BLVD**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emma Quiroz**
**615 S EUCLID STREET**
**UNIT L1**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel ALVAREZ**
**132 AVENIDA DEL GADO**
**OCEANSIDE, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Araujo**
**673 WEST 6TH ST.**
**#D**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Avila**
**1809 MOUNT RUSHMORE DR**
**SAN JOSE, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4543**

Priority creditor's name and mailing address

**Emmanuel Barrera**
**1942 Coulcrest Dr**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4544**

Priority creditor's name and mailing address

**Emmanuel Becerra Gomez**
**43195 NW KEMPER RD**
**FOREST GROVE, OR 97116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4545**

Priority creditor's name and mailing address

**Emmanuel Dorantes**
**27622 Aliso Creek Rd**
**apt # 5116**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4546**

Priority creditor's name and mailing address

**Emmanuel Dorcinvil**
**287 Sw 9 Street**
**Dania, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Juarez**
**2901 HOLLY HILL AVE**
**LAS VEGAS, NV 89104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**EMMANUEL LOUIS**
**331 SW 1ST AVE**
**#1**
**DANIA, FL 33004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Moreno**
**239 E TRIDENT DR**
**PITTSBURG, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Olive**
**1559 JOHNSON RD NW**
**ATLANTA, GA 30318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Pruitt**
**1935 ALISON CT**
**M12**
**ATLANTA, GA 30311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Rodriguez**
**455 WEST TROPICANA COURT**
**KISSIMMEE, FL 34741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Stjacques**
**5618 PGA Blvd**
**Apt 1613**
**Orlando, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Vazquez**
**6030 150 ave north**
**lot 26**
**clearwater, FL 33760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmanuel Williams**
**17359 SW 21ST CT**
**MIRAMAR, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emmette Randolph**
**1121 WILLION ST**
**DENVER, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EMPLOYMENT DEVELOPMENT DEPT**
**PO BOX 989061**
**WEST SACRAMENTO, CA 95798**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EMPLOYMENT SECURITY UI TAX ADMINISTRATIO**
**PO BOX 34949**
**SEATTLE, WA 98124-1949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4559**

Priority creditor's name and mailing address
**Ena Martinez**
**5325 E. TROPICANA**
**1039**
**LAS VEGAS, NV 89122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4560**

Priority creditor's name and mailing address
**Enelida Quiroz**
**11555 Sw Ridgecrest Dr**
**Beaverton, OR 97008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4561**

Priority creditor's name and mailing address
**Enia Palombo-Garza**
**85 1/2 VIRGINIA AVE.**
**PASADENA, CA 91107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4562**

Priority creditor's name and mailing address
**Enid Valenzuela**
**7065 Saranac Street**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enivaldo Estrada Jimenez**
**640 N East Ave**
**Sarasota, FL 34237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enmanuel Paniagua**
**208 LAUREL RIDGE PASS**
**DAVENPORT, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enmanuel Pisano**
**4539 SOUTH KIRKMAN RD**
**#6**
**ORLANDO, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enoch McKissick**
**1517 SPRING CREEK LANE**
**1517**
**SANDY SPRINGS, GA 30350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enqueatte Parker**
**2102 ANDREW AVE**
**MODESTO, CA 95350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrika McKnight**
**1945 29TH ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Alba**
**645 N HUNTINGTON BLVD**
**POMONA, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$114.29** | **$0.00** |
|---|---|---|---|---|

**Enrique Chan**
**2738 Kollmar Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Diaz**
**MCKELLIPS RD**
**LOT 53**
**SCOTTSDALE, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Garcia**
**14935 HUTCHINS DR**
**LA MIRADA, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Gloria**
**148 E DE ANZA LN**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Gonzalez**
**6035 N SELLAND AVE**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Gonzalez**
**6558 HAMMOND AVE**
**LONG BEACH, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Hernandez**
**2917 S. SANTA FE AVE**
**SAN MARCOS, CA 92069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Herrera**
**P.O. BOX 449**
**El Cajon, CA 92022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Jimenez**
**602 N TUTTLE AVE**
**SARASOTA, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enrique Leon**
**1373 27 TH ST**
**219**
**SAN DIEGO, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enrique Martinez**
**2250 E Pleasant Valley Rd**
**Oxnard, CA 93033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enrique Morales**
**13952 LA RUE ST**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Enrique Olmedo**
**13821 N Harper St**
**Santa Ana, CA 92703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Perez**
**3651 135 Aveb**
**Largo, FL 33771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Perez Betancourt**
**4650 Sw Murray Blvd**
**Apt 69**
**Beaverton, OR 97005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique RAMON AMADO**
**2816 CHARMONT DR**
**APOPKA, FL 32703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Enrique Reyes**
**3216 Annrae Street**
**San Diego, CA 92123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Enrique Rico**
**224 EAST NEECE STREET**
**LONG BEACH, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Enrique Rodriguez**
**3137 N 66th St. Apt 5**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Enriqueta Lopez**
**557 110TH AVE N**
**2396920325**
**NAPLES, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Enriqueta Marquez**
**210 Cedar Rd**
**#503**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.4591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.75 | $64.75 |
|--------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Enriqueta Marquez**
**210 Cedar Rd**
**#503**
**Vista, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Entebbe Bates.Jr**
**1464 N YUCCA AVENUE**
**RIALTO, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Enzo Matos**
**16814 ROLLING ROCK DRIVE**
**TAMPA, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Ephraim Lockhart**
**5370 Lakeview Blvda6**
**Lake Oswego, OR 97035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Epifanio Delgado**
**1105 E Ave.Q4**
**Apt. 311**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Epimaco Duarte**
**24543 MOONCREST CIRCLE**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erandi Carranza-nabarrete**
**7370 W Rancho Dr**
**Glendale, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14.27** | **$14.27** |
|---|---|---|---|---|

**Erandi Carranza-nabarrete**
**7370 W Rancho Dr**
**Glendale, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erasmo Vazquez**
**13890 Smoke Tree Street**
**Hesperia, CA 92345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erasto Roman**
**3414 E Plam Ln**
**Phoenix, AZ 85008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erder Mocombe**
**2037 RIVERTREE CIRCLE**
**106**
**ORLANDO, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ereberto Gonzales**
**14031 Cerise Ave.**
**Apt. 226**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erendida Soto**
**22111 CLARKDALE AVE**
**HAWAIIAN GARDENS, CA 90716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Eriberto SANTACRUZ**
**4002 E. ASHLAN AVE**
**FRESNO, CA 93726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Eric Aguilar**
**429 Civic Center Dr**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Eric Augustin**
**4741 NE 2ND WAY**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Bennetts**
**1001 EMERALD ST**
**REDONDO BEACH, CA 90277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Beverly**
**1125 EAST AVE R**
**APT D-11**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Bryant**
**3152 CHRISTIE ST**
**HOUSTON, TX 77026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Case**
**2856 Homewood St**
**Clearwater, FL 33759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.4611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Eric Cervantes**
**602 BRIGITA AVE**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Eric Coxson**
**1301 SOUTH ALMADEN AVENUE**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $164.34 | $164.34 |
|---|---|---|---|---|

**Eric Coxson**
**1301 SOUTH ALMADEN AVENUE**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Eric Deverill**
**7734 BACKER ROAD**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| 2.4615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Espinoza**
**3255 HORNET**
**CLOVIS, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Fried**
**2403 RAVEN ROAD**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Gallarzo**
**4385 Beta St**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Hernandez**
**1998 EDGEVIEW DRIVE**
**SAN JOSE, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|-----------------------|------------------|
| | Name | | | |

---

| 2.4619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------------------------------|-------------|-----------|

**Eric Jaramillo**
**6012 TRUJILLO RD SW**
**ALBUQUERQUE, NM 87121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------------------------------|-------------|-----------|

**Eric Johnson**
**834 West New England**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------------------------------|-------------|-----------|

**Eric Lomeli**
**632 Romulo Street**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------------------------------|-------------|-----------|

**Eric Lopez**
**2122 BOWERS AVE**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4623** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Eric Math**
**466 WEST VALENCIA**
**UNIT 9**
**FULLERTON, CA 92832**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4624** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Eric Menkis**
**2773 S Harrison St**
**DENVER, CO 80210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4625** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Eric Moreno**
**405 RANCHO ARROYO PKWY**
**APT 164**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4626** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Eric Ordonez**
**621 NORTH OSBORN**
**WEST COVINA, CA 92545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Orsini**
**11632 Churchill St.**
**Orlando, FL 32817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Palomo**
**1196 Sunrise Way**
**Milpitas, CA 95035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Quinones**
**11826 REEDY CREEK DR. APT**
**205**
**ORLANDO, FL 32836**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.10** | **$20.10** |
|---|---|---|---|---|

**ERIC R.  LEMUS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Eric Rabb**
**419 HAMILTON**
**COSTA MESA, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4632 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Reyes-Burgos**
**1500 NOCATEE ST.**
**KISSIMMEE, FL 33848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4633 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Saenz**
**6702 N 23RD AVE**
**#3**
**PHOENIX, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4634 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Saintil**
**208 SE 29TH AVE UNIT 7**
**HOMESTEAD, FL 33033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eric Sanchez**<br>**32517 LAKE CHABOT ST**<br>**FREMONT, CA 94555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eric Smith**<br>**8209 FAIRWAYS CIR**<br>**G 104**<br>**OCALA, FL 34472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eric Tejada**<br>**1701 Rock Springs Dr**<br>**Las Vegas, NV 89128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Eric Trujillo**<br>**3305 CALLE CUERVO NW**<br>**711**<br>**ALBUQUERQUE, NM 87114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4639** Priority creditor's name and mailing address

**Eric Washington**
**3004 N Alma School**
**Scottsdale, AZ 85256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4640** Priority creditor's name and mailing address

**Eric Woods**
**14052 PEBBLE BROOK LN**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4641** Priority creditor's name and mailing address

**Eric-Mycal Roberts**
**20919 BIRNAMWOOD BLVD.**
**1127**
**HOUSTON, TX 77338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.4642** Priority creditor's name and mailing address

**Erica Alvarez**
**1491 Campbell Rd**
**Apt 84**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4643** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erica Brazell**
**2708 Via Plato**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4644** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erica Estrada**
**1050 S. J. ST.**
**101**
**OXNARD, CA 93030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4645** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erica Gomez**
**10000 Hammerly Blv apt #392**
**Houston, TX 77080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4646** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**ERICA KELLEY**
**3525 CLUB DR**
**1009**
**LAWRENCEVILLE, GA 30044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erica LeSante-Zapata**
**2101 CHARLES DEWITT WAY**
**ALPINE, CA 91901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erica Morris**
**2447 MANGO AVE**
**SARASOTA, FL 34243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erica Petit**
**2430 7th Street**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erica Pinnegar**
**25332 ADELANTO DR**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erica Prado**
**74101 college view circle E**
**Palm desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erica Ramos**
**2128 W. BROWNWOOD**
**2**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erica Raya Castro**
**14050 SW CHINN LN**
**APT 219**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erica Ricketson**
**7722 HIGHWATER DR**
**APT H6**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Erica Valdes**<br>**10983 70TH AVE N**<br>**APT 2**<br>**SEMINOLE, FL 33772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Erica Vasquez-Faran**<br>**11396 SW BULL MOUNTAIN RD**<br>**330**<br>**PORTLAND, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Erica Zolano**<br>**23268 ORANGE AVENUE**<br>**5**<br>**LAKE FOREST, CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Erick Alas**<br>**1724 WEST BLVD**<br>**LOS ANGELES, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4659** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erick Arriaga**
**2809 SOUTH FAIRVIEW STREET**
**#I**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4660** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erick Augustin**
**14447 Avalon Reserve Bld**
**Apt 108**
**Orlando, FL 32828**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4661** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erick Corvil**
**4001 NW 78TH TERR**
**APT A**
**CORAL SPRINGS, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4662** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Erick De La Vega Lomeli**
**15010 HARVARD BLVD**
**GARDENA, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Garcia**
**16333 WILOWMIIST COURT**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Gomez**
**3142 CONCORD AVENUE**
**ALHAMBRA, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Gutierrez**
**3677 45TH ST**
**#C**
**SAN DIEGO, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Martinez**
**205 PACIFIC AVE**
**LA HABRA, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Navarro**
**2085 Newton Avenue**
**Apt#132**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4668 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Rojas**
**11339 CALLE DARIO**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4669 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Ruiz**
**278 NORTH MOLLISON AVENUE**
**APT E**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4670 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erick Sabado**
**11777 WESTVIEW PARKWAY**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.4671** | Priority creditor's name and mailing address

**Erick Sagastume**
**16601 Garfield Ave.**
**Space 122**
**Paramount, CA 90723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** | **$0.00**

---

**2.4672** | Priority creditor's name and mailing address

**Erick Suarez**
**303 E BROAD ST**
**#3**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** | **$0.00**

---

**2.4673** | Priority creditor's name and mailing address

**Erick Suarez**
**303 E BROAD ST**
**#3**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**$54.33** | **$54.33**

---

**2.4674** | Priority creditor's name and mailing address

**Erick villla**
**1689 BROADWAY ST**
**227**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** | **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Erick Zendejas**
**721 ASTER STREET**
**132**
**OXNARD, CA 93036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Ericka Corvil**
**4001 NW 78TH TERRACE**
**#S**
**CORAL SPRINGS, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Ericka Gardner**
**12707 BELLAIRE**
**2123**
**HOUSTON, TX 77072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Ericka Luby**
**510 Mesa Breeze Way**
**Apt 119**
**Oceanside, CA 92058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ERICKA RIOS**
**3013 W LAS PALMARITAS DR**
**PHOENIX, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ericka Williams**
**3511 Willow Tree Drive**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ericson Dor**
**1841 Nw 2nd  Ter**
**Pompano  Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Baltazar**
**38041 53RD STREET EAST**
**PALMDALE, CA 93552**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Erik Bonilla**
**19009 S Laurel Park Rd.**
**61**
**Rancho Dominguez, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Erik Dahquist**
**25662 Greenheld Dr**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Erik Guerrero**
**3667 HILLSBOROUGH DR.**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Erik Gutierrez Martinez**
**9830 DALE AVE**
**68**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Miller**
**9559 SE HIGHWAY 42**
**SUMMERFEILD, FL 34491**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Minjares**
**1643 STORRS PLACE**
**POMONA, CA 91766**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Molina**
**6626 SUTTON MEADOWS DRIVE**
**HOUSTON, TX 77086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Monreal Moreno**
**68555 POLK ST**
**SPACE 127**
**THERMAL, CA 92274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Nunez**
**3978 Main Street**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4692 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Rocha**
**1075 SOUTH HALE AVENUE**
**ESCONDIDO, CA 92029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4693 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Simental**
**3500 W Commonwealth Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4694 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Valencia**
**1223 W 55th St**
**Los Angeles, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erik Yescas**
**717 OAKLAWN AVE**
**B**
**CHULA VISTA, CA 91910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.4696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Amezquita**
**1601 N. 62nd Ave.**
**Phoenix, AZ 85035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.4697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Canela**
**4150 58th Street**
**San Diego, CA 92115**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.4698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Caudillo**
**4035 Rees St**
**Riverside, CA 92504**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Cordon**
**17800 COLIMA RD.**
**517**
**ROWLAND HEIGHTS, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Cruz**
**8537 GLENHAVEN ST**
**#D**
**SAN DIEGO, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Fortunato**
**11683 SPRINGFLOWER PL**
**BOCA RATON, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Garcia**
**744 CALLA DRIVE**
**#2**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4703**

Priority creditor's name and mailing address

**Erika Giles**
**1552 La Monarca Lane 106**
**Chula Vista, CA 91913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4704**

Priority creditor's name and mailing address

**Erika Hurtado**
**15986 DEL PRADO DR.**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4705**

Priority creditor's name and mailing address

**Erika Lopez**
**1225 S ONEIDA ST**
**222**
**DENVER, CO 80224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4706**

Priority creditor's name and mailing address

**Erika Monsalve**
**224 RED MAPLE DR**
**KISSIMMEE, FL 34743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Ramos**
**1378 Joliet St**
**El Cajon, CA 92019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Rico**
**2390 Lucretia Av #1903**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Rodriguez**
**9532 E. Catalina Hills Rd**
**Tucson, AZ 85748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erika Rutherford**
**1020 BIRCHWOOD CT**
**#1**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4711**

Priority creditor's name and mailing address

**Erika Salstein**
**1851 RENAISSANCE BLVD**
**606**
**BOYNTON BEACH, FL 33426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4712**

Priority creditor's name and mailing address

**Erika Topping**
**1828 E. HERMOSA DR**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4713**

Priority creditor's name and mailing address

**Erika Valle**
**13988 FOOTHILL BLVD**
**10**
**SYLMAR, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4714**

Priority creditor's name and mailing address

**Erika Villalobos**
**15626 S 26 COURT**
**PHOENIX, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.4715

Priority creditor's name and mailing address

**Erika Viramontes**
**121 N La Reina cir # 8**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4716

Priority creditor's name and mailing address

**Erin Berg**
**575 S Parker**
**#d**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4717

Priority creditor's name and mailing address

**Erin Gibbons**
**6316 BRISTOL WAY**
**LAS VEGAS, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4718

Priority creditor's name and mailing address

**Erin Holtzer**
**2080 ALUM ROCK AVE**
**309**
**SAN JOSE, CA 96116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erin Machek**
**324 1st St. Ne**
**Rio Rancho, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erin O'Connell**
**3427 Pine Cone Cir**
**Clearwater, FL 33760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erin O'leary**
**1314 Beacon Cove Ln**
**Powder Springs, GA 30127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Erin OHara**
**19238 NW 12 ST**
**PEMBROKE PINES, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4723**

Priority creditor's name and mailing address

**Erin Phelps**
**2166 N PANTANO RD.**
**214**
**TUCSON, AZ 85715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4724**

Priority creditor's name and mailing address

**Erin Tibbatts**
**5825 WINDERMERE DR.**
**PALM HARBOR, FL 34685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4725**

Priority creditor's name and mailing address

**Eris Vargas**
**2016 THIBODO RD**
**VISTA, CA 92081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4726**

Priority creditor's name and mailing address

**Ernest Burns**
**521 East Taylor Ave APT4**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$663.27** | **$663.27** |
|---|---|---|---|---|
| | **ERNEST BURNS** | Check all that apply. | | |
| | **521 East Taylor Ave APT4** | ☐ Contingent | | |
| | **Sunnyvale, CA 94085** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.4728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ernest Chavez** | Check all that apply. | | |
| | **20600 SEINE** | ☐ Contingent | | |
| | **225** | ☐ Unliquidated | | |
| | **LAKEWOOD, CA 90715** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.4729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ernest Correa** | Check all that apply. | | |
| | **1207 CEDAR POST LN** | ☐ Contingent | | |
| | **248** | ☐ Unliquidated | | |
| | **HOUSTON, TX 77055** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.4730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171.38** | **$171.38** |
|---|---|---|---|---|
| | **Ernest M. Chavez** | Check all that apply. | | |
| | **20600 SEINE** | ☐ Contingent | | |
| | **225** | ☐ Unliquidated | | |
| | **LAKEWOOD, CA 90715** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ernest Ramirez** | Check all that apply. |
| | **321 BLOSSOM HILL RD** | ☐ Contingent |
| | **3** | ☐ Unliquidated |
| | **SAN JOSE, CA 95123** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ernest Robinson** | Check all that apply. |
| | **2505 ROYAL PLAM AVE** | ☐ Contingent |
| | **20** | ☐ Unliquidated |
| | **FORT MYERS, FL 33916** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ernestina Vasquez** | Check all that apply. |
| | **905 ROSS AVE. S.E** | ☐ Contingent |
| | **ALBUQUERQUE, NM 87102** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ernesto Avalos** | Check all that apply. |
| | **1196 ORO VISTA RD** | ☐ Contingent |
| | **307** | ☐ Unliquidated |
| | **SAN DIEGO, CA 92154** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ernesto Ayala**
**1419 S Lowell**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.19** | **$19.19** |
|---|---|---|---|---|

**Ernesto Ayala**
**1419 S Lowell**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ernesto Beltran**
**738 Poinsettia Avenue**
**San Marcos, CA 92078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.04** | **$6.04** |
|---|---|---|---|---|

**Ernesto Beltran**
**738 Poinsettia Avenue**
**San Marcos, CA 92078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4739 | Priority creditor's name and mailing address<br>**Ernesto Botello**<br>**370 NANCY LANE**<br>**SAN JOSE, CA 95127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4740 | Priority creditor's name and mailing address<br>**Ernesto Bustamante**<br>**3160 BONITA RD**<br>**124**<br>**CHULA VISTA, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4741 | Priority creditor's name and mailing address<br>**Ernesto Carranza Carranza**<br>**572 S JASPER CT**<br>**CORNELIUS, OR 97113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4742 | Priority creditor's name and mailing address<br>**Ernesto Fernandez**<br>**15630 SW 80ST**<br>**MIAMI, FL 33193** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $51.68 | $51.68 |
|---|---|---|---|---|
| | **Ernesto Fernandez**<br>**15630 SW 80ST**<br>**MIAMI, FL 33193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ernesto Mata**<br>**13988 FOOTHILL BLVD**<br>**9**<br>**SYLMAR, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ernesto Navarrete**<br>**11484 SOUTHEAST 90TH AVENUE**<br>**1015**<br>**CLACKAMAS, OR 97086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ernesto Perez**<br>**12351 BROWN CT**<br>**CHINO, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ernesto Quintero**
**79161 AVENUE 42 APT. 2**
**#2**
**BERMUDA DUNES, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ernesto Vargas**
**989 Valencia**
**Apt #1**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9.14** | **$9.14** |
|---|---|---|---|---|

**Ernesto Vargas**
**989 Valencia**
**Apt #1**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ernesto Vega**
**632 N Wilmington Blvd**
**Apt 1**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.4751 | Priority creditor's name and mailing address<br>**Ernesto Vega**<br>**632 N Wilmington Blvd**<br>**Apt 1**<br>**Wilmington, CA 90744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.50**          **$10.50** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4752 | Priority creditor's name and mailing address<br>**Ernie Fuentes**<br>**544 GREENBRIER DR.**<br>**8**<br>**OCEANSIDE, CA 92054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**          **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4753 | Priority creditor's name and mailing address<br>**Ernie Ibarra**<br>**5752 BURNHAM**<br>**BUENA PARK, CA 90621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**          **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4754 | Priority creditor's name and mailing address<br>**Evenance Georges**<br>**3219 Atlantic Road**<br>**Palm Beach Gardens, FL 33410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**          **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.4755**

Priority creditor's name and mailing address
**Ervin Sunun**
**12512 Newbrook dr**
**Houston, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4756**

Priority creditor's name and mailing address
**Eryn Schmdit**
**9555 N. YUKON ST.**
**WESTMINSTER, CO 80021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4757**

Priority creditor's name and mailing address
**Esau Rocha**
**111 NTE MESA DRIVE**
**203**
**MESA, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4758**

Priority creditor's name and mailing address
**Eshajn Petersen**
**3884mountain Veiw Rd**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.4759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |

**Esli Mensah-Adeniyi**
**2946 SOUTHWYCKE TERRACE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |

**Esmeralda Aguilar**
**12952 E ALASKA Pl**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |

**Esmeralda Cervantes**
**9430 Concourse Dr**
**# 107**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |

**Esmeralda Contreras**
**26551 ROBIN WAY**
**#1**
**BONITA SPRINGS, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.40 | $79.40 |
|---|---|---|---|---|

**ESMERALDA CONTRERAS**
**26551 ROBIN WAY**
**#1**
**BONITA SPRINGS, FL 34135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Esmeralda Diaz**
**10810 SW 84TH ST.**
**APT. E4**
**MIAMI, FL 33173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Esmeralda Espinal**
**7224 VIA COLINA**
**SAN JOSE, CA 95139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Esmeralda Gutierrez**
**8091 Chapman ave Apt#12**
**Stanton, CA 90680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esmeralda Orozco**
**1258 BONNER AVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esmeralda Vazquez**
**4340 Clairemot Mesa Blvd**
**Apt#32**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanta Bien-aime**
**2941 RIVERSIDE DRIVE APT 202**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanza Arinaga**
**309 S.  Willard Ave.**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|-------------------------|------------------|
| | Name | | | |

---

| 2.4771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |

**Esperanza Calderon**
**7571 E. Mary Dr.**
**Tucson, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |

**Esperanza Chairez**
**631 WEST 8TH AVE**
**B**
**ESCONDIDO, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |

**Esperanza Estrada Castro**
**1501 Almaden Expwy**
**Apt 6270**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$132.20** | **$132.20** |

**Esperanza G.  Garcia Quintero**
**1971 CANYON OAKS CIRCLE**
**PITTSBURG, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanza Garcia Quintero**
**1971 CANYON OAKS CIRCLE**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanza Martinez**
**574 BEGONIA ST.**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanza Parrado**
**15425 N. 25TH STREET**
**222**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esperanza Rios**
**5711 Calmor Ave.**
**Apt. 2**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Essai Gonzalez**
**11724 Giles Way**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Alday**
**1805 N Spurgeon St**
**Apt #117**
**Santa Ana, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Chavez**
**719 Sw 5 Street**
**Apt 3**
**Dania, FL 33004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,421.53** | **$1,421.53** |
|---|---|---|---|---|

**ESTEBAN CHAVEZ**
**719 Sw 5 Street**
**Apt 3**
**Dania, FL 33004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Cruz-flores**
**1905 Maxson St**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$12.79** | **$12.79** |
|---|---|---|---|---|

**Esteban Cruz-flores**
**1905 Maxson St**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Delacruz**
**1439 W 227 Th**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Figueroa**
**3752 Euclid Ave**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Gaitan**
**1494 Oro Vista Road**
**Apt 79**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Molina**
**1207 N. 48TH STREET**
**214**
**PHOENIX, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esteban Serrano Morales**
**2607 N 36TH STREET**
**K106**
**PHOENIX, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefania Arteaga**
**23707 VIA CANON**
**204**
**NEWHALL, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefania Henao**
**24515 Rosette Ln**
**Valencia, CA 91354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.98** | **$98.98** |
|---|---|---|---|---|

**Estefania Henao**
**24515 Rosette Ln**
**Valencia, CA 91354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.60** | **$55.60** |
|---|---|---|---|---|

**ESTEFANIA P. TIZON**
**15949 CHASE HILL BLVD**
**1002**
**SAN ANTONIO, TX 78256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefania Tizon**
**15949 CHASE HILL BLVD**
**1002**
**SAN ANTONIO, TX 78256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefany Alvarado**
**60 BREAKER DR**
**BAY POINT, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefany Benitez-arredondo**
**3083 Valle Ave.**
**San Diego, CA 92113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estefany Padilla Salazar**
**863 PALM ST**
**SAN JOSE, CA 95110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estela Arias**
**4025 Guardia Av.**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estela Pena**
**40600 Washington St**
**#b9**
**Bermuda Dunes, CA 92203**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estephanie Demosthene**
**12119 RED QUILL LANE**
**APT1177**
**ORLANDO, FL 32817**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estevan Mireles**
**800 South 4th Street**
**Apt. 614**
**Albertlea, MN 56007**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esther Garcia**
**10520 BALBOA BLVD**
**19**
**GRANADA HILLS, CA 91344**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.4803** | Priority creditor's name and mailing address
**ESTHER N.  SARPONG**
**949 SOUTH ZENO WAY**
**AURORA, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.66 | $88.66

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4804** | Priority creditor's name and mailing address
**Esther Pierre**
**2930 NE 9TH AVE**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4805** | Priority creditor's name and mailing address
**Esther Rosa**
**12630 Sw 5c.t**
**Fort Lauderdale, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4806** | Priority creditor's name and mailing address
**Esther Sarpong**
**949 SOUTH ZENO WAY**
**AURORA, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Esther velazquez**
**7430 E PRNCETON AVE**
**DENVER, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estrella Elizondo**
**544 E 77TH PLACE**
**THORNTON, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estrella Gallegos**
**4801 SAN MATEO LN.**
**353**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Estrella Gallegos**
**6524 ONYX ACT**
**ALBUQUERQUE, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.85** | **$160.85** |
|---|---|---|---|---|
| | **ESTRELLA GALLEGOS** | Check all that apply. | | |
| | **4801 SAN MATEO LN.** | ☐ Contingent | | |
| | **353** | ☐ Unliquidated | | |
| | **ALBUQUERQUE, NM 87109** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

| 2.4812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ethan Amann** | Check all that apply. | | |
| | **8004 SE OVERLAND ST** | ☐ Contingent | | |
| | **MILWAUKIE, OR 97222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

| 2.4813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ethan Bauer** | Check all that apply. | | |
| | **16723 NW 16ST** | ☐ Contingent | | |
| | **PEMBROKE PINES, FL 33028** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

| 2.4814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ethan Hembree** | Check all that apply. | | |
| | **1285 PARKWOOD CHASE NW** | ☐ Contingent | | |
| | **ACWORTH, GA 30102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.71 | $143.71 |
|---|---|---|---|---|

**Ethan I. Liu**
**707 CONTINENTAL CIRCLE**
**2132**
**MOUNTAIN VIEW, CA 94040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ethan Kim**
**14236 SW 118TH COURT**
**TIGARD, OR 97224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ethan Lee**
**1371 S MOONFLOWER LANE**
**TUCSON, AZ 85710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ethan Liu**
**707 CONTINENTAL CIRCLE**
**2132**
**MOUNTAIN VIEW, CA 94040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.79 | $173.79 |
|---|---|---|---|---|
| | **ETHAN N.  BAUER**<br>**16723 NW 16ST**<br>**PEMBROKE PINES, FL 33028** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.4820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Ethan Riggs**<br>**2734 MENDELIN STREET**<br>**APOPKA, FL 32703** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.4821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Ethan Roofian**<br>**154 N WOODBURN DR.**<br>**LOS ANGELES, CA 90049** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.4822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Ethan Ross**<br>**2521 S SANDPIPER PL**<br>**ONTARIO, CA 91761** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ethan Schumann**
**4501 E ROY ROGERS RD**
**CAVE CREEK, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ethan Tagorda**
**11079 SE 64TH AVENU**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ethan Thomas**
**418 NE 154TH STREET**
**VANCOUVER, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ethan Valenti**
**3301 23RD AVE W**
**BRADENTON, FL 34205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4827** Priority creditor's name and mailing address

**Ethan Van Alstyne**
**4127 36TH STREET**
**SAN DIEGO, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4828** Priority creditor's name and mailing address

**Ethiopia Alebachew**
**3269 MEADOW POINT DR**
**SNELLVILLE, GA 30039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4829** Priority creditor's name and mailing address

**Eudolia Barragan**
**1349 Bellingham Dr**
**San Jose, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4830** Priority creditor's name and mailing address

**EUDOLIA BARRAGAN**
**1349 Bellingham Dr**
**San Jose, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$508.20**   **$508.20**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eudoro Jassi-Sanabria**
**6328 CASADA WAY**
**B**
**LAS VEGAS, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eugene Darden**
**2661 COMMERCIAL STREET**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eugenia Agustin**
**1624 W Auburn St**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eugenia Baker**
**4800 WILLIAMSBURG LANE**
**102**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.4835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eugenio Aguilar**
**2017 E. Lemon St**
**Apt #2**
**Tempe, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eugenio Mays**
**1018 HEMINGWAY LANE**
**ROSWELL, GA 30075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Eugenio Ramirez**
**1577 E Benmore Ln**
**Apt 15**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Euin Lee**
**22344 BIRDS EYE DR.**
**DIAMOND BAR, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eulalio Reyes**
**19319 Fairgrange Key Lane**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.98** | **$5.98** |
|---|---|---|---|---|

**Eulalio Reyes**
**19319 Fairgrange Key Lane**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eulogio Guzman**
**110 Nw Henry Dr**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eusebio Leal**
**352 S Monte Vista St**
**Apt. A**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Cruz Castillo**
**1008 W HUNTINGTON DRIVE**
**APT 11**
**ARCADIA, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Johnson**
**10127 SE TALBERT ST.**
**10127**
**CLACKAMAS, OR 97015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Mitreva**
**40 Goldenrod**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Olivos**
**1361 BURWOOD ST.**
**LA HABRA, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Picazo**
**3710 W 84th Ave**
**Apt 73**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Portillo**
**8479 bronze lane**
**building 23**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eva Tinajero-gonzalez**
**3733 Rainy River**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evaliz Oyola**
**23RD AVE**
**17068**
**SUMMERFIELD, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Alonzo**
**12547 ASHFORD RIVER**
**HOUSTON, TX 77072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Cahak**
**13422 ELMSGROVE LN.**
**HOUSTON, TX 77070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Dyan**
**5909 Calvin Ave**
**Tarzana, CA 91356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Edelstein**
**23722 SAN ESTABAN**
**MISSION VIEJO, CA 92691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Evans**
**9450 Kaschube Way**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$117.05** | **$117.05** |
|---|---|---|---|---|

**EVAN G.  ALONZO**
**12547 ASHFORD RIVER**
**HOUSTON, TX 77072**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Hargitt**
**10343 CAROLINA WILLOW DRIVE**
**FORT MYERS, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Kofoid**
**9123 W Rice Ave**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Le**
**224 JAPONICA AVE**
**NA**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Lee**
**25619 WALKER PLACE**
**STEVENSON RANCH, CA 91381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan Luebbert**
**4802 W 103RD PL**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evan McDonald**
**1823 FIRESTONE DR**
**SAN DIEGO, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Evan Rowe**
**27426 BONAVENTURE DRIVE**
**NA**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4864 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Evan Trine**
**721 SHARON DRIVE**
**LADY LAKE, WI 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4865 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Evan Weidele**
**13384 Gabilan Rd**
**Rancho Bernardo, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4866 | Priority creditor's name and mailing address | | | **$50.13** | **$50.13** |
|---|---|---|---|---|---|

**Evan Weidele**
**13384 Gabilan Rd**
**Rancho Bernardo, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evangelina Gutierrez**
**100 W MIDWAY**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evangelina Rios**
**1623 Waterstone Pl**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelia Delgadillo**
**8087 N Poplar Ave**
**Apt 106**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelin Cruz**
**1115 GAMBLE LANE**
**ESCONDIDO, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelio Mora ramirez**
**10418 moraine lake dr**
**Humble, TX 77396**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4.99** | **$4.99** |
|---|---|---|---|---|

**Evelyn Copado**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelyn Gonzalez**
**4169 WILLIMET AVENUE**
**LOS ANGELES, CA 90039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelyn Navarro**
**750 ELMIRA STREET**
**PASADENA, CA 91104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4875** | Priority creditor's name and mailing address

**Evelyn Pineda**
**3941 Grandon Ave**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4876** | Priority creditor's name and mailing address

**Evelyn Rocha**
**435 CLIFTON AVE**
**7**
**SAN JOSE, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4877** | Priority creditor's name and mailing address

**Evelyn Tinajero Barragan**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4878** | Priority creditor's name and mailing address

**Evelyna Castillo**
**1201 W THORNTON PKWY**
**49**
**THORNTON, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evelynn Vazquez-Gutierrez**
**110 S BALCOM AVE**
**APT. 16**
**FULLERTON, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Even Vela**
**18255 BERMUDA ST**
**NORTHRIDGE, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ever Viana**
**814 S PRIMROSE AVE**
**RIALTO, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Everardo Delgado**
**14701 E COLFAX**
**E60**
**AURORA, CO 80011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Everold Tillett**
**924 N INGLEWOOD AVE**
**#5**
**INGLEWOOD, CA 90302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.94** | **$71.94** |
|---|---|---|---|---|

**EVEROLD TILLETT**
**924 N INGLEWOOD AVE**
**#5**
**INGLEWOOD, CA 90302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evgeny Berezhnov**
**910 DEL DIOS**
**#5**
**ESCONDIDO, CA 92029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Evinnier Santos**
**6221 Bellota Drive**
**#D**
**Las Vegas, NV 89108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.4887**

Priority creditor's name and mailing address

**Evyn Johnson**
**10044 LARWIN AVE.**
**#4**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4888**

Priority creditor's name and mailing address

**Exante Jean Bapiste**
**2335 Greene St Build 63 apt 4**
**Hollywood, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4889**

Priority creditor's name and mailing address

**Ez'ra Clay**
**212 Campus St**
**Glendale, CA 91205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.4890**

Priority creditor's name and mailing address

**Ezabelle El-Hajj**
**17263 SE BLACKBURN ST.**
**DAMASCUS, OR 97089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ezaria Swift**
**385 CORAL BEACH CIRCLE**
**CASSELBERRY, FL 32707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ezekiel Mussi**
**2200 Godby Road**
**G-3**
**College Park, GA 30349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ezekiel Williams**
**3727 10TH STREET W**
**3727**
**LEHIGH, FL 33971**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ezequiel Espinoza**
**4832 MAHOGANY VISTA LN**
**SAN DIEGO, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ezequiel Nunez** | *Check all that apply.* |
|---|---|---|
| | **1310 ASTOR COMMONS PL** | ☐ Contingent |
| | **BRANDON** | ☐ Unliquidated |
| | **APT.303** | ☐ Disputed |
| | **TAMPA, FL 33511** | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Ezequiel Perez** | *Check all that apply.* |
|---|---|---|
| | **2512 W CHERRY ST** | ☐ Contingent |
| | **B** | ☐ Unliquidated |
| | **TAMPA, FL 33607** | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabian Gonzalez** | *Check all that apply.* |
|---|---|---|
| | **4294 N HUGHES AVE** | ☐ Contingent |
| | **281** | ☐ Unliquidated |
| | **FRESNO, CA 93705** | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabian Guerrero** | *Check all that apply.* |
|---|---|---|
| | **1012 Lynwood Dr** | ☐ Contingent |
| | **Brea, CA 92821** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabian Huizar** | Check all that apply. |
|---|---|---|
| | **4921 W. 66th Ave.** | ☐ Contingent |
| | **Arvada, CO 80003** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabian Peraza** | Check all that apply. |
|---|---|---|
| | **179 N 13th Ave** | ☐ Contingent |
| | **Upland, CA 91786** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabio Castillo** | Check all that apply. |
|---|---|---|
| | **525 VICTORIA ST** | ☐ Contingent |
| | **73** | ☐ Unliquidated |
| | **COSTA MESA, CA 92627** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Fabio Quintanilla** | Check all that apply. |
|---|---|---|
| | **18151 E Valley Blvd.** | ☐ Contingent |
| | **SPC 16** | ☐ Unliquidated |
| | **La Puente, CA 91744** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.4903**

Priority creditor's name and mailing address
**Fabiola Gutierrez**
**2239 E. Paradise Ln.**
**Phoenix, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4904**

Priority creditor's name and mailing address
**Fabiola Morales**
**435 e.9th ave**
**apt2**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4905**

Priority creditor's name and mailing address
**Fabiola Renteria**
**1413 1/2 253RD ST**
**HARBOR CITY, CA 90710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4906**

Priority creditor's name and mailing address
**Fabrizzio Perez**
**680 EVERGREEN LN**
**36**
**PORT HUENEME, CA 93041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fadjuli Civil**<br>**23237 SW 61 AVE**<br>**BOCA RATON, FL 33428** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fahim Haque**<br>**28218 OAKLAR DR.**<br>**SAUGUS, CA 91350** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fahimeh hekmatian**<br>**2723 AVENIDA DE ANITA**<br>**102**<br>**CARLSBAD, CA 92010** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

| | **FAIRFIELD INCOME TAX**<br>**701 WESSEL DRIVE**<br>**FAIRFIELD, OH 00045-0140** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Faith Adkinson**
**2365 FULTON STREET**
**AURORA, CO 80010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Faith Binford**
**313 CHASE COMMON DRIVE**
**313**
**NORCOSS, GA 30071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Faith Conant**
**44694 MUMM ST**
**TEMECULA, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Faith Gadson**
**40020 Gray's Airport Rd.**
**Lady Lake, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Faith Oreshoski**
**2849 SE 67TH AVE**
**PORTLAND, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Falah Altaee**
**4801 BAKER GROVE ROAD NW**
**1203**
**ACWORTH, GA 30101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Falguni Patel**
**3071 Seafield Ct**
**San Jose, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Falyn Biedermann**
**14605 Kalapana Street**
**Poway, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Falyn McCombs**
**7060 LAFAYETTE N**
**PINELLAS PARK, FL 33781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fanex Dorvil**
**5998 Triphammer Rd**
**Lake Worth, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fani palacios jaimes**
**3333 NYELAND AVE**
**OXNARD, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fannie Fleck**
**230 SE 188th Ave**
**#144**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4923** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Fanny Andres**
**3218 Impala Dr.**
**11**
**San Jose, CA 95117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4924** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Fany Rushford**
**123 FAIRPLAY AVE**
**BROOMFIELD, CO 80020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4925** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Farah Ahmed**
**19066 LUDLOW ST**
**PORTER RANCH, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4926** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Farah militello**
**15857 LEMARSH ST**
**NORTH HILLS, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

**2.4927** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Faraz Ebrahim** | *Check all that apply.* | |
| **1040 CHASEWOOD TRAIL** | ☐ Contingent | |
| **ALPHARETTA, GA 30005** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.4928** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Farbel Lopez** | *Check all that apply.* | |
| **2058 E Hatchway St** | ☐ Contingent | |
| **Compton, CA 90222** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.4929** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Farhang Ghaibi** | *Check all that apply.* | |
| **12667 Everston Rd** | ☐ Contingent | |
| **San Diego, CA 92128** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.4930** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
| **Fariba Pouraziz** | *Check all that apply.* | |
| **39078 GUARDINO DR.** | ☐ Contingent | |
| **107** | ☐ Unliquidated | |
| **FREMONT, CA 94538** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Faris Mahayni**
**535 GUILDHALL PL**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Farzaneh Khotanifar**
**530 VETERAN AVE**
**304 A**
**LOS ANGELES, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Carbonell**
**9621 Corona Street**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$235.05** | **$235.05** |
|---|---|---|---|---|

**Fatima Carbonell**
**9621 Corona Street**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Elghazali**
**1430 STARBUCK ST.**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Escobedo**
**3016 30th st sw**
**Lehigh Acres, FL 33976**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Garcia Gonzalez**
**1558 SOUTH REDWOOD ST**
**ESCONDIDO, CA 92025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Martinez**
**1308 S SYCAMORE ST**
**SANTA ANA, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Romero**
**499 N. FAIR OAKS**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Santiago Garcia**
**7501 Brisa Del Mar Avenue**
**Las Vegas, NV 89179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fatima Varela**
**2282 W COLCHESTER DR**
**#C**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Faunise Abraham**
**4695 Nw Nw 6th Ct**
**Delray Beach, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fausta Lugo Bojorquez**
**9071 Dallas Street**
**Apt. B 48**
**La Mesa, CA 91942**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4944 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Fausto Juarez**
**1202 South Broadway**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4945 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Faviola Lozano**
**360 N ARROYO GRANDE BLVD**
**428**
**HENDERSON, NV 89014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4946 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Fazela Raofi**
**2220 HARTFORD STREET**
**SAN DIEGO, CA 92110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Federico Altamirano**<br>**11850 N 19TH AVE**<br>**134**<br>**PHOENIX, AZ 85029** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Federico Arevalo**<br>**1108 W 8TH ST**<br>**ANTIOCH, CA 94509** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Federico Bazan**<br>**1007 HOWARD AVE**<br>**36**<br>**ESCONDIDO, CA 92029** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Federico Caceres**<br>**5615 WINCHESTER ST.**<br>**SAN DIEGO, CA 92139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.4951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Federico Gonzalez**
**6035 N. Selland Ave**
**Fresno, CA 93711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicia Esquivel**
**325 E. BRADLEY**
**152**
**EL CAJON, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicia Reid**
**1835 N 51ST STREET**
**205**
**PHOENIX, AZ 85008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicia Warner**
**826 103 Ave N**
**Naples, FL 34108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.4955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**   **$0.00** |
| | **Feliciano Gallegos** | Check all that apply. | |
| | **41879 Skywood Dr** | ☐ Contingent | |
| | **Temecula, CA 92591** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**   **$0.00** |
| | **Feliciano Mendez** | Check all that apply. | |
| | **1610 N Broadway** | ☐ Contingent | |
| | **#111** | ☐ Unliquidated | |
| | **Santa Ana, CA 92706** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**   **$0.00** |
| | **Felicitas Abarca** | Check all that apply. | |
| | **4348 E. Lynne Lane** | ☐ Contingent | |
| | **Phoenix, AZ 85040** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**   **$0.00** |
| | **Felicitas Miranda** | Check all that apply. | |
| | **10335 W Keene Ave** | ☐ Contingent | |
| | **Lakewood, CO 80235** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicity Carter**
**3603 KASNER CT**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicity Deyarmon**
**10524 Green Ford**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felicity Hibbler**
**1655 N.HERMITAGE RD**
**FORT MYERS, FL 33919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felipe Apolinar**
**2085 NEWTON AVE**
**132**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.4963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Felipe Garcia** | Check all that apply. | |
| | **589 BUCKEYE DRIVE** | ☐ Contingent | |
| | **SAN JOSE, CA 95111** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **felipe gonzalez** | Check all that apply. | |
| | **103 JUSTIN DUKE CT.** | ☐ Contingent | |
| | **WINDER, GA 30680** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Felipe Gutierrez** | Check all that apply. | |
| | **5435 EAGLES LANE** | ☐ Contingent | |
| | **APT 1** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95123** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$121.79**    **$121.79** |
| | **Felipe J.  Maestas** | Check all that apply. | |
| | **1336 STARHAVEN ST.** | ☐ Contingent | |
| | **DUARTE, CA 91010** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.4967** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Felipe Macias**
**3233 Fescue Circle**
**Lawrenceville, GA 30044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4968** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Felipe Maestas**
**1336 STARHAVEN ST.**
**DUARTE, CA 91010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4969** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Felipe Martinez**
**6318 N. 65th Dr.**
**Apt 222**
**Glendale, AZ 85301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4970** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Felipe Navarrete**
**6396 Poplar St**
**Adams City, CO 80022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Felix Basurto**
**551 W Alton Ave apt # A**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Felix Cazares**
**260 N. MIDWAY DR.**
**A6**
**ESCONDIDO, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Felix Serrano**
**8748 FERNDALE ST**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Felix Ware**
**6427 CHANDLER DRIVE**
**SAN DIEGO, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felix Woo**
**929 SEENA AVENUE**
**LOS ALTOS, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Felsitta ERIACHO**
**303 ALVARADO DR SE**
**16**
**ALBUQUERQUE, NM 87108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fenide Joseph**
**1012 NW 7th Street**
**Boynton Beach, FL 33426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$456.74** | **$456.74** |
|---|---|---|---|---|

**FENIDE JOSEPH**
**1012 NW 7th Street**
**Boynton Beach, FL 33426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernand Pierre**
**764 Nw 43rd St**
**Apt A**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernanda Rodriguez**
**5119 VERDENBRUK DR**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Alvarado**
**1181 Granger St**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Arvizu**
**15815 HIGHKNOLL DR.**
**APT. 98**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Avellaneda**
**12807 SUNSET DUNE DR.**
**HOUSTON, TX 77082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Barriga**
**1543 Armacost Ave**
**#3**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Calderon**
**5815 W VISTA AVE**
**GLENDALE, AZ 85301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Cardenas**
**44720 Palo Verde St**
**Apt 64**
**Indio, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.4987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Casas**
**5707 BALTIMORE DR**
**44**
**LA MESA, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Ceniceros**
**2131 18th street**
**San Diego, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Cerecer**
**1850 Batson**
**Apt 202**
**Rowland Heights, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Ceron**
**1353 S MAPLE ST.**
**14**
**ESCONDIDO, CA 92025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Chavez**
**4457 Mayberry St**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Fernando Contreras**
**14710 DOTY AVE**
**HAWTHORNE, CA 90250**

| 2.4992 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Fernando Covarrubias**
**7948 RAVENWOOD CIRCLE**
**754**
**HOUSTON, TX 77055**

| 2.4993 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Fernando Diaz**
**16318 EDGEMONT DR**
**HOUSTON, TX 77053**

| 2.4994 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.4995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Fernando Diaz**
**4058 DELAWARE DR**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Duran**
**1141 broad ave**
**Apt. 8**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Enriquez**
**500 Sabal Palm Cir**
**Apt 669**
**Altamonte Springs, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Estrada**
**15758 SE HWY 224 unit #17**
**Damascus, OR 97089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.4999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Fuentes**
**871 S. Durham St.**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Garduno**
**660 MARIPOSA AVE**
**204**
**MOUNTAIN VIEW, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando Guerrero**
**80 Seaspray N**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fernando hernandez**
**4057 BAYWOOD ST**
**LOS ANGELES, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Fernando Meza** | Check all that apply. | | |
| | **9367 8TH ST** | ☐ Contingent | | |
| | **RANCHO CUCAMONGA, CA 91730** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **FERNANDO MOLINA** | Check all that apply. | | |
| | **117 N 9TH ST** | ☐ Contingent | | |
| | **IMMOKALEE, FL 34142** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Fernando Ortiz** | Check all that apply. | | |
| | **3277 S EVANSTON ST** | ☐ Contingent | | |
| | **3277** | ☐ Unliquidated | | |
| | **AURORA, CO 80014** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Fernando Partida** | Check all that apply. | | |
| | **418 TREMONT ST** | ☐ Contingent | | |
| | **CHULA VISTA, CA 91911** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.5007**

Priority creditor's name and mailing address
**Fernando Rodriguez**
**2135 SHADOWDALE DR**
**APT 136**
**HOUSTON, TX 77043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5008**

Priority creditor's name and mailing address
**Fernando Rodriguez**
**925 S MALDEN AVE**
**#4**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5009**

Priority creditor's name and mailing address
**Fernando Salgado**
**2885 Fairview B203**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5010**

Priority creditor's name and mailing address
**Fernando Suarez**
**4275 48TH ST**
**5**
**SAN DIEGO, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Terrazas**
**5030 hayter ave**
**Lakewood, CA 90712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando Torres**
**13921 TUSTIN EAST DRIVE**
**79**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fernando TORRES**
**330 E 10TH AVE**
**201**
**DENVER, CO 80203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Feruz Mirza-aliev**
**142 W. Dana St.**
**Apt. A**
**Mountain View, CA 94041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fetene Moti**
**1750 STOKES ST APT 92**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fidel Ramirez**
**233 S Kenmore Ave**
**207**
**Bardstown, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fidelia Herrera**
**767 LAKEKNOLL DR**
**SUNNYVALE, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fikre Cheney**
**15402 SOUTH 45TH STREET**
**PHOENIX, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Filip Shapovalov**
**13997 SE 153RD DR**
**CLACKAMAS, OR 97015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Finau Namoa**
**669 HERMITAGE PL**
**SAN JOSE, CA 95134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fiona Wagner**
**4015 SE MONROE ST.**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fiona Weber**
**13472 E ASBURY DR**
**AURORA, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.5023

Priority creditor's name and mailing address

**Fisher Jones**
**312 E SOUTH FORK DRIVE**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5024

Priority creditor's name and mailing address

**Fisher Shakiera**
**3572 E 8TH STREET**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5025

Priority creditor's name and mailing address

**Fito Chery**
**3215 EL PRIMO WAY**
**ORLANDO, FL 32806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5026

Priority creditor's name and mailing address

**Fletcher Clark**
**110 MCKAY BLVD**
**SANFORD, FL 32771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fletcher Goetzinger**
**152 N ORANGE AVE**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Flor Cecenas**
**4097 s fundy way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Flor Higuera**
**903 Lombart Court**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florana Arthur**
**3120 CONGRESS PARK DR**
**1225**
**LAKE WORTH, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florante Naguit**
**5450 MONTEREY HWY**
**SPACE 142**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.50** | **$0.00** |
|---|---|---|---|---|

**Florencia Bellot**
**2330 CHARLESTON ST**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florencia Luna**
**2021 W. Dakota Ave apt#150L**
**Fresno, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florencia Martin**
**224 Glasgow Ct**
**Davenport, FL 33897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florencio Posadas**
**23811 RED SKY**
**HOUSTON, TX 77373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florentino Gonzalez**
**156 W. 111 ST**
**LOS ANGELES, CA 90061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.69** | **$300.69** |
|---|---|---|---|---|

**Florentino Gonzalez**
**156 W. 111 ST**
**LOS ANGELES, CA 90061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florestal Annesia**
**4352 Foss Rd**
**Lake Worth, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florette Laguerre**
**6148 Roxburg Ave.**
**Orlando, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5040 | Priority creditor's name and mailing address | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF**
**REVENUE**
**UNEMPLOYMENT TAX**
**5050 W. TENNESSEE STREET**
**TALLAHASSEE, FL 03239-9180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5041 | Priority creditor's name and mailing address | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FLORIDA DEPT OF REVENUE**
**FLORIDA DEPARTMENT OF**
**REVENUE**
**5050 W. TENNESSEE ST.**
**TALLAHASSEE, FL 32399-6586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5042 | Priority creditor's name and mailing address | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FLORIDA DEPT OF REVENUE**
**CORPORATE COLLECTIONS**
**BONHAM BUILDING 5050 W**
**TENNESSEE STREET**
**TALLAHASSEE, FL 32399-0135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.5043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Florinda Jimenez cruz**<br>**6643 E MONTEREY WAY**<br>**#A**<br>**SCOTTSDALE, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Floyd Howell**<br>**7870 E VICTORIA DR**<br>**TUCSON, AZ 85730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Forest Estes**<br>**10415 NE 5TH CIR**<br>**VANCOUVER, WA 98664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Forrest Blades**<br>**1642 W Dudley Ave**<br>**Apt. C**<br>**Anaheim, CA 92802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.5047**

Priority creditor's name and mailing address

**Forrest Reynolds**
**8325 AW MOHAWK ST**
**86**
**TUALATIN, OR 97062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5048**

Priority creditor's name and mailing address

**Forteno Carrillo De La Cruz**
**5322 WOODSTOCK WAY**
**SAN JOSE, CA 95118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5049**

Priority creditor's name and mailing address

**Foster McNary**
**4591 E LARKSPUR CIR**
**ANAHEIM, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5050**

Priority creditor's name and mailing address

**Fox Ballerstein**
**5501 LONESOME BIKER LANE**
**LAS VEGAS, NV 89113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.5051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fradet Meme**
**2100 Catherine Dr**
**Apt 4**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Franceli Jaimes**
**814 W. Montoya Ln**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frances Teeter**
**10822 ARMITAGE DR**
**SEFFNER, FL 33584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francesco Armienti**
**PO BOX 842**
**DANA POINT, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5055 | Priority creditor's name and mailing address<br>**Francesco Gutierrez**<br>**1044 SPANISH OAKS BLVD**<br>**PALM HARBOR, FL 34683** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5056 | Priority creditor's name and mailing address<br>**Francesco Pilling**<br>**2572 Diericx Dr.**<br>**Mountain View, CA 94040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5057 | Priority creditor's name and mailing address<br>**Francheska Wagner**<br>**13602 Don English Way**<br>**Apt F**<br>**Desert Hot Springs, CA 92240** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5058 | Priority creditor's name and mailing address<br>**FRANCHISE TAX BOARD**<br>**PO BOX 942857**<br>**SACRAMENTO, CA 94257-0531** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FRANCHISE TAX BOARD**
**PO BOX 2952**
**SACRAMENTO, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$229.14** | **$0.00** |
|---|---|---|---|---|

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO**
**CA, 94257-0531**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francia TASSY**
**9954 WATERMILL CIR**
**#E**
**BOYNTON BEACH, FL 33437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francine hernandez**
**38705 20TH ST E**
**201**
**PALMDALE, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francis Lavin**
**306 S OLD DIXIE HWY**
**15**
**LADY LAKE, FL 32159**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.5064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisca Cruz**
**1791avenida Altamira**
**Oceanside, CA 92056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.5065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,989.67** | **$1,989.67** |
|---|---|---|---|---|

**FRANCISCA CRUZ**
**1791avenida Altamira**
**Oceanside, CA 92056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.5066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisca Delgado**
**1664 Paseo Laguna Seco**
**Apt. 74**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5067**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Francisca Reyes**
**2710 W JEFFERSON BLVD**
**APT 2**
**LOS ANGELES, CA 90018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5068**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Francisca Rodriguez**
**3010 N TAMPA**
**TAMPA, FL 33603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5069**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Francisco Amado**
**590 BLOOMINGTON CT**
**7**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5070**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Francisco Anaya**
**8183 CARNATION COURT**
**RIVERSIDE, CA 92503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Andrade**
**303 E. South Mountain Ave.**
**Lot 175**
**Phoenix, AZ 85042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Balderas**
**4704 Ne 106th Ave**
**Portland, OR 97220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Bernabe**
**5707 San Lorenzo**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Burgos**
**7410 UDINE AVE**
**ORLANDO, FL 32819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Campos**<br>**111 N. Curtis Ave.**<br>**Apt. N**<br>**Alhambra, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Capula**<br>**600 Starkey Road**<br>**Apt. #819**<br>**Largo, FL 33770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$952.80** | **$952.80** |
|---|---|---|---|---|
| | **FRANCISCO CAPULA**<br>**600 Starkey Road**<br>**Apt. #819**<br>**Largo, FL 33770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Carvallo**<br>**4948 CASON COVE DR**<br>**204**<br>**ORLANDO, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Escarcia**
**574 BEGONIA STREET**
**574**
**ESCONDIDO, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Estrada**
**1710 E LINCOLN AVE**
**ESCONDIDO, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Estrada**
**9450 YALE LN**
**HIGHLANDS RANCH, CO 80130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Garcia**
**3754 Louisiana St**
**San Diego, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Garcia**
**508 BABLONICA DRIVE**
**ORLANDO, FL 32807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Gomez**
**3709 Winchester Ave**
**Los Angeles**
**Los Angeles, CA 90032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Gonzalez**
**1753 W. Glen Ave**
**#1**
**Anaheim, CA 92801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Guevara**
**2361 FLORA AVE**
**FORT MYERS, FL 33901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Francisco Gutierrez**
**17940 CAJALCO RD.**
**PERRIS, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Francisco Gutierrez**
**6490 CECILIA CIR**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Francisco Guzman**
**256 BARNEL**
**SAN JOSE, CA 95110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Francisco Herrera**
**7420 DAKIN ST. APT 205**
**DENVER, CO 80221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.22** | **$58.22** |
|---|---|---|---|---|
| | **FRANCISCO M.  GARCIA**<br>**3754 Louisiana St**<br>**San Diego, CA 92102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Marcelino**<br>**605 South Baker Street**<br>**Santa Ana, CA 92703** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Marruenda**<br>**4204 COLLING ROAD WEST**<br>**BONITA, CA 91902** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Francisco Martinez**<br>**508-a N.havana Ave**<br>**Tampa, FL 33609** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Matute**
**708 MAYFIELD ST**
**LAS VEGAS, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Nunez**
**8951 Se Fuller Rd**
**Unit #6**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Oropeza**
**3420 N 1st St**
**Apt204**
**Fresno, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Pelayo De Luna**
**3661 Regal Oaks Place**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Perez**
**1380 SAN JUAN ST**
**APT G**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Porras**
**11631 SW 183 ST**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Ramirez**
**909 Pico Blvd**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Ramirez**
**4134 DOWNING AVE**
**BALDWING PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Francisco Reyes** | ☐ Contingent |
| **4113 Rolando Blvd** | ☐ Unliquidated |
| **San Diego, CA 92115** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Francisco salazar** | ☐ Contingent |
| **235 TARPON AVE** | ☐ Unliquidated |
| **SARASOTA, FL 34237** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Francisco Salgado Abarca** | ☐ Contingent |
| **1824 JULIAN AVE** | ☐ Unliquidated |
| **SAN DIEGO, CA 92113** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Francisco Silva** | ☐ Contingent |
| **880 Washington Ave** | ☐ Unliquidated |
| **Escondido, CA 92025** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco valdovinos**
**1762 PASEO LAGUNA SECO**
**151**
**LIVERMORE, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Vargas**
**740 FORESTER**
**1**
**ORLANDO, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Vega**
**8709 BELMONT ST**
**BELLFLOWER, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Francisco Wanke**
**17389 Delaware Rd**
**Fort Myers, FL 33967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.5111 | Priority creditor's name and mailing address<br>**Frandi Saintal**<br>**929 nw 2nd avenue apt.19**<br>**homestead, FL 33030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5112 | Priority creditor's name and mailing address<br>**Frank Bernard**<br>**12644 Riverwood Way**<br>**Riverside, CA 92503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5113 | Priority creditor's name and mailing address<br>**Frank Hilliard**<br>**8204 N KLONDYKE ST**<br>**TAMPA, FL 33604** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5114 | Priority creditor's name and mailing address<br>**Frank Macias**<br>**1000 E Bishop St Unit L1**<br>**1000 E Bishop St Uni**<br>**Santa Ana, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frank Quiroz**
**3565 Paseo De Los Californiano**
**#250**
**Oceanside, CA 92056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.5116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frank Ramos**
**7872 FRANKLIN ST**
**BUENA PARK, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.5117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frank Tumminello**
**418 WOODRIDGE DR**
**HENDERSON, NV 89015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.5118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**frank williams III**
**3238 N 67TH ST**
**#2**
**SCOTTSDALE, AZ 85251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frankie Perez**
**11113 ELLIOTT AVENUE**
**APT D**
**EL MONTE, CA 91732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Franklin Ceballos-ortega**
**2145 Palm Terrace**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FRANKLIN CO AREA TAX BUREA**
**LST**
**526 ELM STREET**
**PMB 1**
**TIONESTA, PA 16353-9724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FRANKLIN COUNTY AREA TAX**
**BUREAU**
**443 STANLEY AVENUE**
**CHAMBERSBURG, PA 17201-3600**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Franklin Feliz**
**472 Briar Bay Circle**
**Orlando, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Franklin Watson**
**1367 WINDMILLW**
**NORCROSS, GA 30093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Franqee Reyes**
**5510 N HIMES AVE APT 2001**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Frazier Pleasant**
**5747 E TOWER**
**FRESNO, CA 93727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fred Boisvert**<br>**22096 BOCA PL DR**<br>**1223**<br>**BOCA RATON, FL 33433** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.5128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fred Shannon Matthew Snead**<br>**2420 W. Grand Ave.**<br>**Apt. 1**<br>**Alhambra, CA 91801** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.5129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Fredderick Brown**<br>**943 GOLDENLEAF WAY**<br>**PITTSBURG, CA 94565** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.5130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| | **Freddie Mance**<br>**139 RENAISSANCE PKWY**<br>**ATLANTA, GA 30308** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Freddie Porter**
**2056 SCOTT STREET**
**HOLLYWOOD, FL 33020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Freddy Garcia**
**4897 Clairemont Mesa Blvd**
**Apt. 204**
**San Diego, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Freddy lamas lopez**
**1771 HESTER AVE**
**17**
**SAN JOSE, CA 95128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Freddy Melgar**
**4445 STEVENSON**
**17**
**FREMONT, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frederick Conner**
**174 CARROLL STREET**
**303**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frederick Jackson**
**7518 W AVENUE L10**
**QUARTZ HILL, CA 93536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frederick Suggs**
**8206 FAIRWAYS CIRCLE**
**UNIT B 204**
**OCALA, FL 34472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fredore Andre**
**7990 NW 21ST CT**
**SUNRISE, FL 33322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| | | |
|---|---|---|
| 2.5139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Fredrick Whitfield**
**2384 21st**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Fredson Gustave**
**1012 NW 7 ST**
**BOYNTON BEACH, FL 33426**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Fredy Mejia**
**10718 SUTTER AVE**
**#7**
**91331, CA 91331**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Fredy Perez**
**3625 Coopers Pond**
**Apt. 201**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Fredy Villanueva**<br>**6612 Mission Club BLVD**<br>**APT 308**<br>**Orlando, FL 32821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Freedom Duhart**<br>**756 W. 3RD STREET**<br>**RIVIERA BEACH, FL 33404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **FRESNO COUNTY TAX**<br>**COLLECTOR**<br>**PO BOX 1192**<br>**FRESNO, CA 93715-1192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **FRESNO COUNTY TREASURER**<br>**DEPT OF HEALTH**<br>**PO BOX 11800**<br>**FRESNO, CA 93775-1800** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fritz Dolce**
**15221 Ne 6th Ave**
**Apt A-106**
**Miami, FL 33162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fritz Niemann**
**4612 HAMILTON**
**SAN DIEGO, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Frutoso Jaramillo**
**7302 Ewell Way**
**Stanton, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fulgencio Cuevas**
**917 Poplar Dr**
**Altamonte Springs, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.5151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FULTON COUNTY TAX COMMISSIONER**
**PO BOX 105052**
**ATLANTA, GA 30348-5052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fumagalli Doug**
**7022 VIA RAMADA**
**SAN JOSE, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fuolene Jeune**
**205 NE 8st**
**apt#2**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GA DEPT OF REVENUE**
**UNCLAIMED PROP PROGRA**
**4125 WELCOME ALL RD  STE 701**
**ATLANTA, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

| 2.5155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gaberial Beck**
**5227 ROTH FORREST LANE**
**SPRING, TX 77389**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5156 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabino Ayala**
**27715 LAUREL CREEK CIRCLE**
**VALENCIA, CA 91354**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5157 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabino Guerrero**
**5974 W. Osborn Rd.**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5158 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Alvarez**
**15817 Nw Athens Dr.**
**#283**
**Portland, OR 97229**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Alvarez**
**3901 Montgomery Blvd Ne**
**Apt 1010**
**Albuquerque, NM 87109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Arzola**
**390 ROUND TREE GLEN**
**ESCONDIDO, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Bumanlag**
**1390 MONROE STREET**
**#4**
**SANTA CLARA, CA 95050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Castellanos**
**1220 DIVISION STREET**
**APT. 8**
**OCEANSIDE, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.5163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Connelly**
**2329 Sweetwater Rd**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Diaz**
**966 HELEN AVE**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Esquer**
**20203 Elfin Forest Rd**
**Escondido, CA 92030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Flores**
**182 N. Victoria Av**
**San Jacinto, CA 92583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5167** Priority creditor's name and mailing address

**Gabriel Galvan**
**5734 Bates St**
**Apt 33**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5168** Priority creditor's name and mailing address

**Gabriel Garcia**
**1707 3rd Ave**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5169** Priority creditor's name and mailing address

**Gabriel Gongora**
**2915 Phelps Ave**
**Los Angeles, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5170** Priority creditor's name and mailing address

**Gabriel Gonzalez**
**6073 HORTON DR**
**LA MESA, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.5171
**Gabriel Gutierrez**
**4829 JACKSON ST**
**UNIT B**
**RIVERSIDE, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5172
**Gabriel Hernandez**
**920 N. First St.**
**Apt.n**
**Alhambra, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5173
**Gabriel Hernandez**
**4308 PAN AMERICAN FWY NE**
**APT 184**
**ALBUQUERQUE, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5174
**Gabriel Holmquist**
**30473 BLUME CIR**
**MENIFEE, CA 92584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.08 | $58.08 |
|---|---|---|---|---|
| | **Gabriel Holmquist**<br>**30473 BLUME CIR**<br>**MENIFEE, CA 92584** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Huereca**<br>**859 W GROVEWOOD AVE**<br>**BLOOMINGTON, CA 92316** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Jaramillo**<br>**4706 W. Cambridge**<br>**Fresno, CA 93722** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Kuhnert**<br>**2901 NIMITZ BLVD**<br>**SAN DIEGO, CA 92106** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Madrigal**<br>**37754 KINGBIRD PLACE**<br>**MURRIETA, CA 92563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Morford**<br>**28006 COMAL KARST DR.**<br>**SPRING, TX 77386** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Pinon**<br>**2885 E MIDWAY BLV**<br>**1543**<br>**BROOMFIELD, CO 80234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabriel Quinones-Acevedo**<br>**4272 SPOLETO CIRCLE**<br>**304**<br>**OVIEDO, FL 32765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Ramos**
**4947 FOUNTAIN AVE**
**LOS ANGELES, CA 90029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5184 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Reyes Acosta**
**8534 LAKE CRYSTAL DRIVE**
**HOUSTON, TX 77095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5185 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Rosales**
**934 S VIRLEE ST**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5186 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Salazar**
**5901 S NIXON CT**
**LITTLETON, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.5187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Santana**
**658 DAKOTA DR.**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Santos**
**1046 MOHR LANE**
**UNIT C**
**CONCORD, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Schleier**
**7409 W PIUTE AVE**
**GLENDALE, AZ 85308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gabriel Smith**
**5835 PRIMROSE AVE**
**TEMPLE CITY, CA 91780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Solorzano**
**7035 SANTA RITA CIRCLE**
**BUENA PARK, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel SOUTO**
**8939 BISMARCK PALM RD**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$45.75** | **$45.75** |
|---|---|---|---|---|

**Gabriel X.  Ramos**
**4947 FOUNTAIN AVE**
**LOS ANGELES, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Zermeno-ramirez**
**904 E TURNEY AVE**
**2**
**PHOENIX, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Zuniga**
**6485 PEMBA DR**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Becerril**
**7222 Union Avenue**
**Whittier, CA 90602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Bustos**
**43 Via Meseta**
**Rancho Santa Margarita, CA 92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Garcia**
**5300 W 1st Street**
**Apt 12**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Gordillo Aparicio**
**2315 VIA FRANCISCA**
**APT. L**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Menendez**
**6201 ROBIN HOOD CIRCLE**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Miranda**
**1075W 253RD ST**
**APT 6**
**HARBOR CITY, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriela Ortega**
**6 BELLA CASERTA**
**LAKE ELSINORE, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.55 | $57.55 |
|---|---|---|---|---|
| | **GABRIELA ORTEGA**<br>**6 BELLA CASERTA**<br>**LAKE ELSINORE, CA 92532** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Gabriela Rodas**<br>**316 ESCUELA AVE**<br>**66**<br>**MOUNTAIN VIEW, CA 94040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Gabriela Sandoval**<br>**7250 W GREENS RD**<br>**621**<br>**HOUSTON, TX 77064** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Gabriela Santin**<br>**3554 W DAKOTA AVE**<br>**DENVER, CO 80219** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5207** | Priority creditor's name and mailing address

**Gabriela Sepulveda**
**6715 Lemon Leaf Dr**
**Carlsbad, CA 92011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5208** | Priority creditor's name and mailing address

**Gabriela Sepulveda**
**6715 Lemon Leaf Dr**
**Carlsbad, CA 92011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$68.49**    **$68.49**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5209** | Priority creditor's name and mailing address

**Gabriela Siavichay**
**1111PINE ST ALTAMONTE**
**SPRINGS**
**1111**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5210** | Priority creditor's name and mailing address

**Gabriela Villalta**
**10418 CALIFA ST**
**NORTH HOLLYWOOD, CA 91601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------|--|--------|------|
| | Name | | | |

| 2.5211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|-----------|-----------|---------|--------|
| | **Gabriella Aranguiz**<br>**2815 Indianwood Dr**<br>**Sarasota, FL 34232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|-----------|-----------|---------|--------|
| | **Gabriella Bernocco**<br>**21325 NASHVILLE ST**<br>**CHATSWORTH, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|-----------|-----------|---------|--------|
| | **Gabriella Fonseca**<br>**2976 FAIRFIELD DR.**<br>**B**<br>**TRACY, CA 95376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|-----------|-----------|---------|--------|
| | **Gabriella Gonzales**<br>**3204 LA QUINTA CT**<br>**FAIRFIELD, CA 94534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriella SILVA**
**2836 N 33 RD ST**
**PHOENIX, AZ 85008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Anderson**
**8930 JOHNSON ST**
**PEMBROKE PINES, FL 33024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Baker**
**6460 CONVOY COURT**
**101**
**SAN DIEGO, CA 92117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Clark**
**237 Timberlane Dr**
**Palm Harbor, FL 34683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Domingo**
**5154 MEADOWVIEW DR**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5220 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Johnson**
**809 N 27 Th Ave.**
**Cornelius, OR 97113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5221 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Rhoden**
**743 Nw 208 Terrace**
**Hollywood, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5222 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabrielle Woodus**
**6212 BEADNELL WAY APT**
**2F**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gabrielle Zimmerman** <br> **743 116TH CT NE** <br> **BRADENTON, FL 34212** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.5224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gaby Bahena** <br> **8634 COLUMBUS AVE APT 302** <br> **NORTH HOLLYWOOD, CA 91343** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.5225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gaddis Woolsey** <br> **Po Box 189** <br> **Midland, GA 31820** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.5226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gagandeep Kaur** <br> **80 HARRIS PLACE** <br> **212** <br> **FREMONT, CA 94536** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.5227 | Priority creditor's name and mailing address<br><br>**Gage Baca-Romero**<br>**757 ALLSTON WAY**<br>**BREA, CA 92821** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5228 | Priority creditor's name and mailing address<br><br>**Galaya Ching**<br>**14678 NW CORNELL ROAD**<br>**56**<br>**PORTLAND, OR 97229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5229 | Priority creditor's name and mailing address<br><br>**Gale Sopotnick**<br>**36341 Via Marcia**<br>**Fruitland Park, FL 34731** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5230 | Priority creditor's name and mailing address<br><br>**Galilea Lopez**<br>**2135 SHADOWDALE DR.**<br>**78**<br>**HOUSTON, TX 77043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Galina Kouprina**
**12734 BRIARCREST PL**
**7**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gallegos Leonard**
**200 W STERNE PKWY**
**218**
**LITTLETON, CO 80120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Galvan Trinidad**
**511 SAINT ANDREWS BLVD**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gamaliel Sunun**
**8707 Brummel Drive**
**Houston, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garcon Francis**
**8700 Nw 29th Ave**
**Miami, FL 33147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5236 | Priority creditor's name and mailing address | | **$138.95** | **$138.95** |
|---|---|---|---|---|

**Garcy C. Momplaisir**
**17392 SW 18 ST**
**MIRAMAR, FL 30029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5237 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garcy Momplaisir**
**17392 SW 18 ST**
**MIRAMAR, FL 30029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5238 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garfield Headley**
**10451 RIVA RIDGE TRAIL**
**ORLANDO, FL 32817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrastegui Nicolas**
**4221 Taryn Ct**
**Orlando, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrett Foster**
**8600 Mason Ave**
**Winnetka, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrett Pankratz**
**22310 Char**
**Lotte Dr.**
**Torrance, CA 90505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrett Peverley**
**1840 SOUTH 1ST AVENUE**
**ARCADIA, CA 91006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrett Region**
**252 Chalmette Road**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garrick Thomas**
**4512 THE VALLEY**
**4512**
**SANDY SPRINGS, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Garry Etienne**
**714 Fillmore Ave**
**Lehigh Acres, FL 33936**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gary Miles**
**15915 KUYKENDAHL RD**
**923**
**HOUSTON, TX 77068**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gary Parsons**
**7818 E Almond St**
**Tucson, AZ 85730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gary Taylor**
**410 FLORAL DR.**
**TAMPA, FL 33613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gassant Dubos Marlene**
**152 Nw 14th Ave**
**Ocean Ridge, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gavin Barbagelata**
**1381 PEBBLE CREEK ROAD**
**MARIETTA, GA 30067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Gavin Burdette**
**11400 E AVE X8 12**
**PEARBLOSSOM, CA 93553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5252  Priority creditor's name and mailing address

**Gavin Burton**
**9557 Red Oakes Drive**
**Highlands Ranch, CO 80126**

As of the petition filing date, the claim is:  **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5253  Priority creditor's name and mailing address

**Gavin Cihak**
**1901 BLUE HERON WAY**
**PALM HARBOR, FL 34683**

As of the petition filing date, the claim is:  **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5254  Priority creditor's name and mailing address

**Gavin Hunsche**
**8771 JACKIE DR.**
**SAN DIEGO, CA 92119**

As of the petition filing date, the claim is:  **Unknown**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.37 | $41.37 |
|---|---|---|---|---|

**Gavin L.  Burton**
**9557 Red Oakes Drive**
**Highlands Ranch, CO 80126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gavin Lucas**
**18585 Cmto Pasadero**
**#429**
**Rancho Bernardo, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gavin palmon**
**3374 SUTTON LOOP**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gaymian Bonitto**
**3103 ENCLAVE WAY**
**LAUDERHILL, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Geiwell John Quiambao**
**Heatherly Ln**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**GEMA QUEVEDO**
**109 HIGHLAND AVE**
**LEHIGH ACRES, FL 33936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gemma Gallegos**
**26920 N Bay Lane**
**Menifee, CA 92585**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genaro Alvarado-ramirez**
**1647 W Charleston Ave**
**Phoenix, AZ 85023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gene Kaericher**
**139 RENAISSANCE PKWY**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genee garcia**
**2710 SEPULVEDA AVE**
**SAN BERNARDINO, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genesis Paredes**
**779 WILL AVE**
**OXNARD, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genesis Serrano**
**13411 S Hoover St**
**North Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Genesis Valladares**<br>**26562 JULES CT**<br>**SPRING, TX 77386** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$374.11** | **$374.11** |
|---|---|---|---|---|
| | **GENESSA M.  MARQUEZ**<br>**19471 HIAWATHA STREET**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Genessa Marquez**<br>**19471 HIAWATHA STREET**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Genessis Velasco**<br>**1339 FELICIA CT.**<br>**OXNARD, CA 93030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5271** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Geneva amigliore-bruns**
**27874 VIA DEL AGUA**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5272** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$143.99** | **$143.99**

**Geneva E.  amigliore-bruns**
**27874 VIA DEL AGUA**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5273** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Geneva Henderson**
**7070 HEMLOCK COURSE**
**OCALA, FL 34472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5274** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Geneva Theodore**
**851 Blackland Terrance**
**Apt 215**
**Apopka, FL 32703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genienne Conaway-Riggle**
**1543 GLORIETA ST**
**ALBUQUERQUE, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genna Leif**
**2788 Danbury Ln SW**
**1134**
**Tumwater, WA 98512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genny Olave Rojas**
**646 LA SALLE DR**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Genoveva Barrera De Lopez**
**3814 S. Flower St.**
**#a**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.95 $726.95 |
| | **GENOVEVA BARRERA DE LOPEZ**<br>**3814 S. Flower St.**<br>**#a**<br>**Santa Ana, CA 92707** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Geoffrey Gilmer**<br>**607 Paseo Lunar**<br>**Inglewood, CA 90310** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Geoffrey Kim**<br>**5232 Camino Playa Malaga**<br>**San Diego, CA 92124** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **George Arredondo**<br>**20601 Leeward Lane**<br>**Miami, FL 33189** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Avina**
**3165 VALLE AVE**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Francois**
**3823 tamiami trl E pmb 121**
**NAPLES, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$24.30** | **$24.30** |
|---|---|---|---|---|

**George Francois**
**3823 tamiami trl E pmb 121**
**NAPLES, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Garrett**
**922 KEENE RD**
**LARGO, FL 33728**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Medina**
**2547 Lynn Ave**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.5288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Murphy**
**1713 JACARANDA**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.5289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Phillips**
**255 Chappell Rrad**
**Atlanta, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.5290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Popescu**
**11628 MONTANA AVE**
**108**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Ramos**
**10921 REDBIRD PL**
**CONROE, TX 77385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**George Rodriguez**
**200 ORCHARD PL**
**250**
**OXNARD, CA 93036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Georgetta Addison**
**3541 EVANS AVE**
**A212**
**FORT MYERS, FL 33901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Georgi Takahashi**
**12023 WINTERCREST DR**
**205**
**LAKESIDE, CA 92040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Georgia Cange**
**2740 NE 11TH TERRACE**
**POMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GEORGIA DEPARTMENT OF REVENUE**
**UNCLAIMED PROPERTY PROGRAM**
**4245 INTERNATIONAL PKWY #A**
**HAPEVILLE, GA 30354-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Georgianna Avila**
**824 East 6th Street**
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$75.12** | **$75.12** |
|---|---|---|---|---|

**Georgie F. Pisco**
**3915 Lake Tahoe Terrace**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **2.5299** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Georgie Norame** **306 Sw 6th Ave** **Delray Beach, FL 33444** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5300** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Georgie Pisco** **3915 Lake Tahoe Terrace** **Fremont, CA 94555** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5301** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Georgina Aguilar** **1006 W 15th Ave.** **Escondido, CA 92025** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5302** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Georgina Arreola** **403 PHIRE PL** **SPRING VALLEY, CA 91977** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.5303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Georgina Gonzales** | Check all that apply. | | |
| | **674 Palm Ave** | ☐ Contingent | | |
| | **SP 18** | ☐ Unliquidated | | |
| | **Imperial Beach, CA 91932** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Georgina Ramirez-dealvarado** | Check all that apply. | | |
| | **6308 Rancho Mission Rd. #267** | ☐ Contingent | | |
| | **San Diego, CA 92108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Georshimene Buchanon** | Check all that apply. | | |
| | **5106 LEE CIR S** | ☐ Contingent | | |
| | **LEHIGH ACRES, FL 33971** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Geovanie Penate** | Check all that apply. | | |
| | **5375 N HUNTINGTON DR** | ☐ Contingent | | |
| | **#2** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90032** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Geovany Moran**
**5421 S NORMANDIE**
**LA, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerald Jones**
**139 RENAISSANCE PKWY**
**ATLANTA, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerald Williams**
**7375 9th St**
**#102**
**Buena Park, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerarda Rios De Osorio**
**2410 S SALTA ST**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|

Name

| 2.5311 | Priority creditor's name and mailing address<br>**GERARDA RIOS DE OSORIO**<br>**2410 S SALTA ST**<br>**SANTA ANA, CA 92704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$535.91** | **$535.91** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5312 | Priority creditor's name and mailing address<br>**Gerardo BELTRAN**<br>**1061 W SEA FAN**<br>**86704**<br>**TUCSON, AZ 85704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5313 | Priority creditor's name and mailing address<br>**Gerardo Chacon**<br>**1261 Ronda Ave**<br>**Escondido, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5314 | Priority creditor's name and mailing address<br>**Gerardo De Jesus Jaimes**<br>**84329 Phoenix Ct**<br>**Coachella, CA 92236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Garcia**
**1467 LIBERTY CT -0517**
**ALVISO, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Gomez**
**5040 Camino Pyrenees**
**Suite 101**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Hernandez**
**285 W SAN MARCOS BLVD**
**29**
**SANH MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Hernandez**
**1907 ISELTA BLVD SW**
**19**
**ALBUQUERQUE, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $63.32     $63.32 |
| | **Gerardo Hernandez**<br>**285 W SAN MARCOS BLVD**<br>**29**<br>**SANH MARCOS, CA 92069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**     **$0.00** |
| | **Gerardo Martinez**<br>**1189 GAINSVILLE AVE.**<br>**SAN JOSE, CA 95122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**     **$0.00** |
| | **Gerardo Miranda Garcia**<br>**8000 KING ST**<br>**WESTMINSTER, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**     **$0.00** |
| | **Gerardo Nino Torres**<br>**945 W. BROADWAY RD**<br>**#2013**<br>**MESA, AZ 85210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Padilla**
**595 COLUMBIA AVENUE**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Ramirez Rodriguez**
**278 N WILSHIRE AVE**
**C8**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Reyes**
**721 N Garfield St**
**Apt G**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Rodriguez**
**5348 Cedar Grove Cir**
**San Jose, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gerardo Ruiz**
**160 HIGHLAND TRACE**
**160**
**ROSWELL, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**German Aguirre**
**10974 METRONOME DR**
**HOUSTON, TX 77043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**German Cruz San Miguel**
**4230 VIA PIEDRA CIR**
**SARASOTA, FL 34344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**German Meza**
**4510 Sw 34th Ave**
**Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.5331 | Priority creditor's name and mailing address<br>**German Ortiz**<br>**1439 N Pomeroy**<br>**Mesa, AZ 85201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5332 | Priority creditor's name and mailing address<br>**German Rivera**<br>**12744 VANOWEN ST**<br>**#3**<br>**NORTH HOLLYWOOD, CA 91605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5333 | Priority creditor's name and mailing address<br>**Gerome Phillips jr.**<br>**370 E HARMON AVE**<br>**N 228**<br>**LAS VEGAS, NV 89169** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5334 | Priority creditor's name and mailing address<br>**Gerson Mieses**<br>**13243 PIKE LAKE DR**<br>**RIVERVIEW, FL 33579** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gertilla Gerard**
**508 Dogwood Rd**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gertrude Jean simon**
**118 SW 10TH AVE**
**DELRAY BEACH, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gertrudis Y Vallejo De Sarmiento**
**1527 MAXWELL LANE**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gesline Teda**
**851 Ne 52**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Getzemany Salgado**
**14802 Newport Avenue**
**#19b**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Geuvinnies Portillo**
**555 E EL CAMINO REAL**
**103**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ghenadii Burlac**
**5421 Silent Brook Dr**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ghenrih Burlac**
**5421 SILENT BROOK DR**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

---

| 2.5343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Gia-toan Phan**
**1963 RIDGEMONT DRIVE**
**SAN JOSE, CA 95148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Gian Jonathan Villanueva**
**39149 GUARDINO DRIVE**
**243**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$387.30** | **$387.30** |

**Gian Jonathan Villanueva**
**39149 GUARDINO DRIVE**
**243**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Gianna LeVoy**
**284 BURNT PINE DR**
**NAPLES, FL 34119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gianna Palazzolo**
**16055 Magnolia Hill Street**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gianna Poggio**
**12639 SW 54TH ST**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gianni Vielot**
**11355 NW 49TH DR**
**CORAL SPRINGS, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Giannina Nassif**
**9902 Jamacha Blvd**
**#147**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

| 2.5351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gideon Fogt**
**6092 HORTON DRIVE**
**NA**
**LA MESA, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gihon Warner**
**3714 LINWOOD WAY**
**SNELLVILLE, GA 30039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Alvarez**
**2409 Sorrento Circle**
**Winter Park, FL 32792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Cobian**
**3360 WEST LINCOLN**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Dominguez**
**1549 LEXINGTON CT**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Lozano**
**1300 W Commonwealth Ave**
**Alhambra, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.59** | **$9.59** |
|---|---|---|---|---|

**Gilbert Lozano**
**1300 W Commonwealth Ave**
**Alhambra, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Ngotho**
**522 SOUTH MAIN STREET**
**LOS ANGELES, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Ontiveros**
**917 EAST MOBECK STREET**
**#D**
**WEST COVINA, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Philip Repunte**
**11035 DARGAIL ST.**
**SUGAR LAND, TX 77478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Valdez**
**5610 River Sound Ter**
**Bradenton, FL 34208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilbert Valenzuela**
**60 W STONE LOOP**
**APT 712**
**TUCSON, AZ 85704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Aguirre**
**8110 ALBACORE DR**
**50**
**HOUSTON, TX 77074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.5364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Arias Jr**
**1002 ALOHA WAY**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.5365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Escamilla**
**13620 SW BEEF BEND RD**
**142**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.5366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Felix**
**9537 SE WINSOR DR**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**
_____

| 2.5367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gilberto Garcia**
**1707 APACHE BLV**
**#6**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gilberto Gonzalez**
**229 Longleaf Ct**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gilberto Gonzalez**
**615 DORY LANE**
**304**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gilberto Resendiz**
**23946 Via Copeta**
**Valencia, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Ruiz**
**52372 TRIPOLI WAY**
**COACHELLA, CA 92236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5372 | Priority creditor's name and mailing address | | **$529.68** | **$529.68** |
|---|---|---|---|---|

**Gilberto S.  Valladares**
**26526 Jules Ct**
**Spring, TX 77386**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5373 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Soto**
**4401 MONTGOMERY BLVD NE**
**APT 9**
**Albuquerque, NM 87109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5374 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Valladares**
**26526 Jules Ct**
**Spring, TX 77386**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gilberto Vazquez**
**1443 W Orangethorpe Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5376 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gildardo Ruano-Polanco**
**3435 AGATE DRIVE**
**APT. 4**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5377 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gillian Perdue**
**2807 E LE MARCHE AVE**
**103**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5378 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gim Yapabandara**
**2780 W LINCOLN AVE**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gina Cabahug**
**228 Greenwich Drive**
**Pleasant Hill, CA 94523**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5380 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gina Eckstein**
**18936 KESWICK ST**
**RESEDA, CA 91335**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5381 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gina Marron**
**391 N Melrose Dr**
**#h**
**Vista, CA 92083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5382 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gina Moran**
**4722 W 161 ST**
**LAWNDALE, CA 90260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ginette Jn Francois**
**4120 16TH PL SW**
**APT 203**
**NAPLES, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ginette Laguerre**
**2 Southern Cross Lane**
**Apt 202**
**Boynton Beach, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ginger Jones**
**1159 PEACHTREE PKWY**
**CUMMING, GA 30041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ginger Quijano**
**258 PAMELA DRIVE**
**APT 63**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5387** | Priority creditor's name and mailing address

**Ginger Robinson**
**1074 S DEARBORN ST**
**UNIT 306**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5388** | Priority creditor's name and mailing address

**Ginia Ernest**
**3933 COCOPLUM CORCLE**
**COCONUT CREEK, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5389** | Priority creditor's name and mailing address

**Gino Camacho**
**13604 RAMONA BLVD**
**#2**
**BALDWIN PARK, CA 91706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5390** | Priority creditor's name and mailing address

**Gino Williams**
**2139 RIVERTREE CIR**
**104**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gio Sgarlato**
**239 OMIRA DR**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovani Renteria**
**5901 WEBB BRIDGE CROSSING**
**5901**
**ALPHARETTA, GA 30009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanna Rios**
**9595 Pecos St.**
**#401**
**Thornton, CO 80260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanni Campos-trejo**
**1168 AYALA DR.**
**#1**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.5395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Giovanni Duca**
**1421 LAHARA WAY**
**TRINITY, FL 34655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Giovanni Hernandez**
**255 ALTURAS AVE**
**SUNNYVALE, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Giovanni Herrera**
**171 PALOMAR ST**
**257**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Giovanni Macias**
**34856 Nightingale Ct**
**Fremont, CA 94555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanni Madera-febus**
**1715 W PATTERSON**
**TAMPA, FL 33604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanni Plata**
**2612 WEST NORTHWOOD**
**SANTA ANA, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanni Ramirez**
**6201 Caprino Ave**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovanni Rivera**
**310 PALA VISTA DR**
**VISTA, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giovannie Casillas**
**12652 ANABEL AVE**
**GARDEN GROVE, CA 22843**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gisel Jaimes**
**301 S CERRITOS AVE**
**AZUSA, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gisel Ramos**
**9308 RUSH STREET**
**SOUTH EL MONTE, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gisela Aguilar**
**13623 RACINE AVENUE**
**PARAMOUNT, CA 90723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Gisela Rosa**<br>**416 CAPEHART DR**<br>**ORLANDO, FL 32822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Gisela Tarifa**<br>**9226 CREBS AVE.**<br>**NORTHRIDGE, CA 91324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Gisell Morante**<br>**15819 ALWOOD STREET**<br>**LA PUENTE, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Giselle Burley-Ferguson**<br>**8648 WILCREST DR**<br>**HOUSTON, TX 77099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Giselle Fernandez**
**3425 Cowley way**
**San Diego, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Giselle Herrera**
**27444 CAMDEN**
**6E**
**MISSION VIEJO, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Giselle Lopez**
**79-140 LADERA DRIVE**
**LA QUINTA, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Giselth DLacoste**
**3803 MARQUETTE PLACE**
**4F**
**SAN DIEGO, CA 92106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gissel Quiles**
**434 CLEMSON DR**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gissela Zapata**
**7002 TRAIL VALLEY WAY**
**HOUSTON, TX 77086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gisselle Escamilla**
**980 EVERETT ST**
**LOS ANGELES, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gisselle Fernandez**
**11928 REEDY CREEK DR**
**ORLANDO, FL 32836**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gisselle Guerrero**
**13957 AVENLY GLEN WAY**
**EASTVALE, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gisselle Lopez**
**1870 N NEBULA DR**
**175**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giuliana Ardito**
**1734  32ND ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Giuliano Hersha**
**4772 MT ST HELENS DR**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Givonne Mulkey**
**4418 JOHN BELL DR.**
**TAMPA, FL 33610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gizy Michel**
**1982 BROADLEAF LN**
**POWDER SPRINGS, GA 30127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gladis Aldava**
**3474 DOVER ST**
**SARASOTA, FL 34235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gladys Barahona**
**8401-39 Pan American Fwy Ne**
**Albuquerque, NM 87113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gladys Barrios**
**261 San Jacinto Drive**
**San Diego, CA 92114**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gladys laverde duque**
**15453 CORTONA WAY**
**NAPLES, FL 34120**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gleinner Hurtado**
**13150 Bissonnet St. #703**
**Houston, TX 77099**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glen Cajas**
**15121 SW 112 TERRACE**
**15121**
**MIAMI, FL 33196**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glenda Mujica**
**48554 CALLE CANTARA**
**COACHELLA, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glenda Obando**
**11620 SE 129TH LN**
**OCKLAWAHA, FL 32179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glenda Ricacho**
**1914 EL PRADO AVENUE**
**LEMON GROVE, CA 91945**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glendy Caraballo**
**1105 MONTEAGLE CIR**
**APOPKA, FL 32712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glendy perez**
**1313 LAUREL TREE LN**
**154**
**CARLSBAD, CA 92054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5436 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glenn hustwit**
**3172 SCRANTON ST**
**AURORA, CO 80011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5437 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glindy Filius**
**4021 Nw 78th Terrace**
**Aptb**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5438 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glinys Ramos**
**4846 SUSIE WAY**
**ORLANDO, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Arellano**
**18633 Del Bonita St**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Conway**
**7104 Brindisi Pl NW**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Flores**
**7621 1/2 Artesia blvd**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Gallardo**
**6110 N PEPPER TREE LN**
**TUCSON, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Gastelum**
**5361 W VAKA MOA**
**TUCSON, AZ 85757**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.5444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Jimenez**
**860 WEST. 132ND AVE.**
**10**
**WESTMINSTER, CO 80234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.5445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Lopez**
**10400 Se Cook Ct**
**Unit 78**
**Milwaukie, OR 97222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.5446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gloria Luna**
**5023 DAWNE ST.**
**SAN DIEGO, CA 92117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.5447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Gloria Mancilla**<br>**805 S. Cedar Ave**<br>**Fresno, CA 93702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Gloria Ortega**<br>**3335 N Flowing Wells**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Gloria Perez**<br>**960 E Arroyo Terrace**<br>**Apt F**<br>**Alhambra, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Gloria Santos**<br>**4358 Hopkins Lake Rd**<br>**Duluth, GA 30096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gloria Trejo** | *Check all that apply.* | | |
| | **4345 Sw 165th Ave.** | ☐ Contingent | | |
| | **Beaverton, OR 97007** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.5452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gloria Valenzula Gonzalez** | *Check all that apply.* | | |
| | **3803 W 68th** | ☐ Contingent | | |
| | **Apt H210** | ☐ Unliquidated | | |
| | **Westminster, CO 80030** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.5453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gloria Zarate** | *Check all that apply.* | | |
| | **3760 NORTH WAY** | ☐ Contingent | | |
| | **77** | ☐ Unliquidated | | |
| | **OCEANSIDE, CA 92056** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.5454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gober Hurtado** | *Check all that apply.* | | |
| | **42200 Moraga Rd** | ☐ Contingent | | |
| | **#37c** | ☐ Unliquidated | | |
| | **Temecula, CA 92591** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Godfrey Diamsay**
**28188 Moulton Pkwy**
**#2313**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gonzales Sandra**
**CAPITOL CIR**
**554**
**SAN JOSE, CA 95136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gonzalez Jr Homer**
**5632 Granada Dr**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gonzalez Juan**
**1641 Huntington Dr**
**Duarte, CA 91010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Araiza**
**1414 W CENTRA AVE SPC 8**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Araiza**
**1414 W. Central Ave**
**#8**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Carroza**
**331 Bervely Pl**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**GONZALO CASILLAS**
**6130 MONTERREY HWY SPC**
**240**
**SAN JOSE, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Contreras**
**2544 TAMORA AVE**
**SOUTH EL MONTE, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Garcia**
**7502 DENNY AVE**
**SUN VALLEY, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Gonzalez**
**9999 FOOTHILL BLVD**
**SPC 38**
**RANCHO CUCAMONGA, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Ochoa**
**48 E Colorado**
**Apt C**
**Arcadia, CA 91006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gonzalo Ortiz Mata**
**S EVANSTON ST**
**AURORA, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gorge ramos**
**3021 huff ave apt. 405**
**san jose, CA 95128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grace Barry**
**690 W BROOKWOOD ST**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grace Faulkner**
**9436 S. CHESHIRE CT**
**HIGHLANDS RANCH, CO 80130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Grace Krebs**<br>**5166 NW 151 TER**<br>**PORTLAND, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Grace Nelson**<br>**16406 SW 104TH AVE**<br>**TIGARD, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Grace Postle**<br>**14028 CAPEWOOD LANE**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**  **$0.00** |
| | **Grace Voiles**<br>**4238 GLISSADE DR**<br>**NEW PORT RICHEY, FL 34652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.5475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Graciela Corona**
**5466 N Figarden  Dr #235**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Graciela Fernandez**
**10760 Hobbitt Cir**
**Apt 208**
**Orlando, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Graciela Martinez**
**6500 MONTGOMERY BLVD NE**
**414**
**ALBUQUERQUE, NM 87109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Graciela Nolasco**
**6022 Easton St.**
**Los Angeles, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Graciela Salinas**
**1701 ROCK SPRINGS DR**
**1079**
**LAS VEGAS, NV 89128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Graciela sotelo**
**6760 KEARNEY ST**
**COMMERCE CITY, CO 80022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grady Becker**
**300 W. LOS ANGELES DR.**
**D-10**
**VISTA, CA 92083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grady Davis**
**6349 Baker Court**
**Aptaaaa**
**Norcross, GA 30092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Graham Catudal**
**709 ELM AVE.**
**GALT, CA 95632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gray Jessica**
**518 NW. 12TH AVE.**
**BOYTON BEACH, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$77.54** | **$77.54** |
|---|---|---|---|---|

**GRAY N.  JESSICA**
**518 NW. 12TH AVE.**
**BOYTON BEACH, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GRAYSON COUNTY TREASURER**
**P.O. BOX 4160**
**LEITCHFIELD, KY 00042-7550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grecia Jimenez**
**3067 W COOLIDGE AVE**
**#2**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Green Taylor**
**1035 ROCKCREST DRIVE**
**MARIETTA, GA 30062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GREENFIELD CITY TAX**
**P.O. BOX 300**
**GREENFIELD, OH 00045-1230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Greg Ayers**
**117 Sunset Ave.**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Greg GOMEZ**
**1950 E SUSSEX WAY**
**231**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Greg Samuels**
**106 W GLENHAVEN DR**
**PHOENIX, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregoria marte**
**1955 BELLS FERRY**
**3328**
**MARIETTA, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregorio Mejia**
**12540 Sugardale Dr**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregorio Melchor**
**6833 298th Ave N**
**Clearwater, FL 33761**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregorio Perez**
**1168 E. Lugonia Ave Apt. D**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregorio Sanchez**
**3851 wynn rd  apt  # 1099**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregorio Smith**
**3780 OLD NORCROSS RD.**
**432**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregory Davidson**
**116 Monarch Circle**
**Apartment 1**
**Fern Park, FL 32730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregory Davis**
**2820 AVENUE S.**
**5**
**WEST PALM BEACH, FL 33404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GREGORY FX DALY COLECTR OF**
**REV**
**CITY OF STL-EARNINGS TAX DIV**
**1200 MARKET STREET**
**ST. LOUIS, MO 00063-1030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregory Hester**
**5141 SW 164TH ST RD**
**OCALA, FL 34473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregory Olmedo**
**15050 MONTE VISTA AVE**
**16**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gregory Overton**
**550 N CENTRAL AVE**
**4206**
**UPLAND, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$164.39** | **$0.00** |
|---|---|---|---|---|

**Gregory Parson**
**16501 NELSON PARK DR**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**GREGORY SUGANO**
**169 IVYWOOD LANE**
**ROSWELL, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grenise Estenio**
**22834 SW 65 TH WAY**
**BOCA RATON, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grettel Fernandez**
**819 BONITA DR**
**VISTA, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grey Cowan**
**844 EAST BELL ROAD**
**3031**
**PHOENIX, AZ 85022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.74** | **$90.74** |
|---|---|---|---|---|

**Griffen A.  Ziese**
**61 SERAPE PLACE**
**CAMARILLO, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Griffen Ziese**
**61 SERAPE PLACE**
**CAMARILLO, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Griffin Bean**
**2534 SKYLARK WAY**
**NA**
**PLEASANTON, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Griffin Watson**
**1230 Tylee St**
**Vista, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Grisel Ocampo Martinez**
**30001 Golden Lantern**
**#98**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Griselda Salinas**
**139 Abbeywood Lane**
**Aliso Viejo, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GROSS INCOME TAX**
**PO BOX 248**
**TRENTON, NJ 8646-248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Acosta**
**220 Shady Lane**
**Space 42**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Aquino**
**20710 ANZA AVE**
**TORRANCE, CA 90503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| | | |
|---|---|---|
| 2.5519 | Priority creditor's name and mailing address<br>**Guadalupe Castellanos**<br>**167 North Madeira Avenue**<br>**Salinas, CA 93905** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| | | |
|---|---|---|
| 2.5520 | Priority creditor's name and mailing address<br>**Guadalupe Chavez**<br>**2115 ALEXANDER WAY**<br>**PLEASANTON, CA 94588** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| | | |
|---|---|---|
| 2.5521 | Priority creditor's name and mailing address<br>**Guadalupe Correa**<br>**5596 Kumquat Rd**<br>**West Palm Beach, FL 33413** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| | | |
|---|---|---|
| 2.5522 | Priority creditor's name and mailing address<br>**Guadalupe Cortes**<br>**1407 W 7th St**<br>**Santa Ana, CA 92703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.5523 | Priority creditor's name and mailing address<br>**Guadalupe Delgado**<br>**420 S HELIOTROPE AVENUE**<br>**B**<br>**MONROVIA, CA 91016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.5524 | Priority creditor's name and mailing address<br>**Guadalupe Escamilla**<br>**13620 SW BEEF BEND RD**<br>**42**<br>**TIGARD, OR 97224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.5525 | Priority creditor's name and mailing address<br>**Guadalupe Garcia**<br>**10250 Cottage Field**<br>**Houston, TX 77041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.5526 | Priority creditor's name and mailing address<br>**Guadalupe Guerrero**<br>**127 29th St**<br>**San Diego, CA 92102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Gutierrez**
**26356 Vintage Woods**
**Apt 20E**
**Lake Forest, CA 62630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Hernandez**
**110 Roundtable 10-2**
**San Jose, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Linarez Lopez**
**2117 SANTA CRUZ AVENUE**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Lira Perez**
**2503 N. 52nd St.**
**#129**
**Phoenix, AZ 85008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Mendoza**
**24681  CORDOVA DR**
**#C**
**DANA POINT, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Rodriguez**
**39838 SUNDALE DR**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Rodriguez**
**11951 SW Tualatin Rd**
**#1121**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Rosario**
**1210 SE 10TH ST**
**APT #1**
**DANIA BEACH, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Salvatierra**
**1719 W 259 St**
**#4**
**Lomita, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Torres Cervantez**
**733 N SABINA ST**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Valencia-rodriguez**
**9815 Sw Lookout Terrace.**
**Apt D**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$23.75** | **$23.75** |
|---|---|---|---|---|

**Guadalupe Y.  Chavez**
**2115 ALEXANDER WAY**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.5539** | Priority creditor's name and mailing address

**Gualberto Lievano**
**3003 Kathleen St**
**Tampa, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5540** | Priority creditor's name and mailing address

**Guerline Salomon**
**3711 Southwest 12th Place**
**Apt 103**
**FORT LAUDERDALE, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5541** | Priority creditor's name and mailing address

**Guerta Salomon**
**480 E Mcnab Rd**
**Apt 7**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.5542** | Priority creditor's name and mailing address

**Guiller Dalit**
**ORLANDO DRIVE**
**2225**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guillermina Flores Robles**
**2045 S MCCLINTOCK**
**121**
**TEMPE, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$828.56** | **$828.56** |
|---|---|---|---|---|

**GUILLERMO A. QUIAMBAO**
**7609 Heatherly Ln.**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guillermo Alvarez**
**865 Euclid Ave**
**Apt.b**
**San Diego, CA 92114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guillermo Campos Garcia**
**7342 Ponderosa dr**
**TAMPA, FL 33637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Guillermo Mendoza** | Check all that apply. |
|---|---|
| **5241 N. Fresno St** | ☐ Contingent |
| **#208** | ☐ Unliquidated |
| **Fresno, CA 93710** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.5548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Guillermo Miera** | Check all that apply. |
|---|---|
| **2305 METZGAR RD SW** | ☐ Contingent |
| **20** | ☐ Unliquidated |
| **ALBUQUERQUE, NM 87105** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.5549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Guillermo Oregel** | Check all that apply. |
|---|---|
| **2111 Garnsey St** | ☐ Contingent |
| **Santa Ana, CA 92707** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.5550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Guillermo Quiambao** | Check all that apply. |
|---|---|
| **7609 Heatherly Ln.** | ☐ Contingent |
| **San Diego, CA 92130** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.5551** Priority creditor's name and mailing address
**Guillermo Rivero-espinoza**
**9128 W Elwood St**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.5552** Priority creditor's name and mailing address
**Guillermo Rodriguez**
**131 Eloise St**
**Conroe, TX 77301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.5553** Priority creditor's name and mailing address
**Guillermo Rodriguez**
**194 Via Pelicano**
**#9**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.5554** Priority creditor's name and mailing address
**Guillermo Santos**
**4190 Altadena Ave**
**Apt#1**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.5555** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guillermo Toyos**
**1873 E Washington Ave**
**Apt 04**
**Escondido, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.5556** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guirlene Gassant pinthievre**
**152 NW 14 TH AVE**
**BOYNTON, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.5557** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guisselle Zapot**
**31153 CAMINO DEL ESTE**
**TEMECULA, CA 92591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.5558** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guiteau Casseus**
**507 NE 3rd Ave apt N**
**Delray Beach, FL 33444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.5559** Priority creditor's name and mailing address

**Guiteau Casseus**
**507 NE 3rd Ave apt N**
**Delray Beach, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.80    $20.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5560** Priority creditor's name and mailing address

**Guldana Bazarkhanova**
**8750 MELLMANOR DR**
**126**
**LA MESA, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5561** Priority creditor's name and mailing address

**Gullermina Reyna Robledo**
**943 West Carson**
**Apt 107**
**Torrance, CA 90502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5562** Priority creditor's name and mailing address

**GULLERMINA REYNA ROBLEDO**
**943 West Carson**
**Apt 107**
**Torrance, CA 90502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$242.64    $242.64

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gulmira Rakhimova**
**4040 W Peoria Ave**
**Apt 1058**
**Phoenix, AZ 85029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gumaro Leija Barbosa**
**967 NE ORENCO STATION LOOP**
**525**
**HILLSBORO, OR 97124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gunther Documet**
**1313 NORTH CONRAD AVENUE**
**SARASOTA, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gurdeep Sohal**
**7668 Topaz Circle**
**Dublin, CA 94568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gurnoor Brar**
**39714 PLUMAS WAY**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Andrade**
**2513**
**#H**
**CONCORD, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Casillas**
**37751 Dixie Drive**
**Palmdale, CA 93550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Chavez**
**1450 REGANTI PL**
**#4**
**CONCORD, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo De Leon Aguilar**
**24515 SE ALEXANDER ST**
**HILLSBORO, OR 97123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Fabian**
**3726 Green ave**
**Los Alamitos, CA 90720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Flores**
**10011 Hammerly**
**Apt# 106**
**Houston, TX 77080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gustavo Gutierrez**
**4044 SAGINAW WAY**
**4044**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gustavo Henrique**<br>**1051 S.SANTA FE SPC.2**<br>**SPC.2**<br>**VISTA, CA 92083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gustavo Montano**<br>**446 N Wilson Ave**<br>**Pasadena, CA 91106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gustavo Ruiz**<br>**450 E. DAILY DR.**<br>**14**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gustavo Tenorio**<br>**1999 MOWRY AVE**<br>**F**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guy Cataldo**
**1141 S Vega Street**
**Alhambra, CA 91801**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.5580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guy charlestin**
**1017 SUMMER GLEN BLVD**
**802**
**NAPLES, FL 34142**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.5581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guy Lewis**
**29372 BATTERS BOX**
**LAKE ELSINORE, CA 92530**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.5582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gwen Balalio**
**PO Box  16003**
**IRVINE, CA 92623**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gweneth Caha**
**28 BALUSTRADE PLACE**
**FOOTHILL RANCH, CA 92610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GWINNETT COUNTY TAX**
**COMMISSION**
**PO BOX 372**
**LAWRENCEVILLE, GA 30046-0372**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ha Nguyen**
**2829 Glen Firth Dr**
**San Jose, CA 95133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hae Park**
**3314 Meline Field Dr**
**Spring, TX 77386**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Haeley Barnes**
**15405 LANSDOWNE RD.**
**#F**
**TUSTIN, CA 92782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Haeley Oliver**
**308 EAST ST**
**OREGON CITY, OR 97045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Haeley Silva**
**2001 RAMROD AVENUE**
**724**
**HENDERSON, NV 89014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hagan Steely**
**1750 SHILOH RD**
**1321**
**KENNESAW, GA 30144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hai Van**
**92 SIERRA GRANDE CT**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Haidi Campos**
**1744 APRICOT DR.**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hailee Acevedo**
**15832 E ALAMEDA PKWY**
**303**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hailey Giuffrida**
**9770 Park Terrace Drive**
**Apt#14**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**2.5595**

Priority creditor's name and mailing address

**Hailey Henderson**
**19020 NW 78 AVE**
**HIALEAH, FL 33015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5596**

Priority creditor's name and mailing address

**Hailey Martin**
**1446 S Cathay St**
**Aurora, CO 80017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5597**

Priority creditor's name and mailing address

**Hailey Maxwell**
**25535 THISTLEWAITE LN**
**SPRING, TX 77373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5598**

Priority creditor's name and mailing address

**Hailey Peterson**
**630 E GLOUCESTER ST**
**GLADSTONE, OR 97027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hailey Raso** | Check all that apply. | | |
| | **11465 E. Sebring Ave.** | ☐ Contingent | | |
| | **Mesa, AZ 85212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.92** | **$13.92** |
|---|---|---|---|---|
| | **Hailey Raso** | Check all that apply. | | |
| | **11465 E. Sebring Ave.** | ☐ Contingent | | |
| | **Mesa, AZ 85212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hailey Smith** | Check all that apply. | | |
| | **8770 E BAKER ST** | ☐ Contingent | | |
| | **TUCSON, AZ 85710** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Haleigh DHaiti** | Check all that apply. | | |
| | **2621 SHIRLEYS WAY** | ☐ Contingent | | |
| | **APT 102** | ☐ Unliquidated | | |
| | **LEESBURG, FL 34748** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Haleine St'louis
Po Box 120252
Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Haley Brezina
3277 W DANCER LN
SAN TAN VALLEY, AZ 85142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Haley Eames
209 BEL FOREST DR APT 1
1
BELLEAIR BLUFFS, FL 33770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.5606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Haley Flusche
2905 N NEBRASKA AVE
#2
TAMPA, FL 33602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.5607** | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Haley Matz**
**744 100TH AVE N**
**NAPLES, FL 34108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5608** | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Haley Montoya**
**2847 E MICHAEL DR**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5609** | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Haley Moody**
**11000 SW GAARDE ST**
**UNIT 2**
**PORTLAND, OR 97223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5610** | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Haley Romatko**
**3380 Tranquil Garden St**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.5611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Haley Rosenthal**
**11934 SE BECKMAN AVE**
**PORTLAND, OR 97222**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.5612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Haley Teel**
**17915 NE 23RD ST**
**VANCOUVER, WA 98684**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.5613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Halie Farley**
**17722 N 79TH AVE**
**2108**
**GLENDALE, AZ 85308**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.5614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Halley Ward**
**3 S ELM BRANCH PLACE**
**THE WOODLANDS, TX 77380**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

2.5615  Priority creditor's name and mailing address

**Hallie Baker**
**714 San Pasqual Valley Rd.**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5616  Priority creditor's name and mailing address

**Hamet Lopez**
**10626 DEMILO PLACE**
**208**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5617  Priority creditor's name and mailing address

**Hamid Loinab**
**383 GLENBRIAR  CIR**
**TRACY, CA 95377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5618  Priority creditor's name and mailing address

**Hamid Nematbakhsh**
**2360 RISING GLEN**
**105**
**CARLSBAD, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hamidullah Abas hamidi**
**1312 VERNA CIRCLE**
**CONCORD, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hamiz Ahmad**
**3537 SWEETGRASS AVE**
**SIMI VALLEY, CA 93065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hamza Sadiq**
**21791 LAKE VISTA DR**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hanane Khanati**
**1925 SOUTH VAUGHN WAY**
**412**
**AURORA, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Bagnell**
**1032 N ROSEMONT**
**TUCSON, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Benson**
**13003 AVENIDA DEL GENERAL**
**SAN DIEGO, CA 92129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Branigan**
**30528 CORSICA PLACE**
**CASTAIC, CA 91384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Carter**
**1609 SOUTH PITKIN STREET**
**AURORA, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Hannah Cole** | Check all that apply. | | | |
| | **2770 SW 198TH AVE** | ☐ Contingent | | | |
| | **ALOHA, OR 97003** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

---

| 2.5628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Hannah Gandoff** | Check all that apply. | | | |
| | **2118 SUN TREE DR** | ☐ Contingent | | | |
| | **CLEARWATER, FL 33763** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

---

| 2.5629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **HANNAH HIGDON** | Check all that apply. | | | |
| | **5703 WEST ASTER DRIVE** | ☐ Contingent | | | |
| | **GLENDALE, AZ 85304** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

---

| 2.5630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$155.87** | **$0.00** |
|---|---|---|---|---|---|
| | **Hannah Jiminez** | Check all that apply. | | | |
| | **6001 TOPKE PI NE 87109** | ☐ Contingent | | | |
| | **M 03** | ☐ Unliquidated | | | |
| | **ALBUQUERQUE, NM 87109** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| | | |
|---|---|---|
| 2.5631 | Priority creditor's name and mailing address<br>**Hannah Nordling**<br>**2928 DEERFOOT WAY**<br>**CASTLE ROCK, CO 80109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5632 | Priority creditor's name and mailing address<br>**Hannah Nyberg**<br>**1420 N CALIFORNIA AVE**<br>**#B**<br>**LA PUENTE, CA 91744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5633 | Priority creditor's name and mailing address<br>**Hannah Oakley**<br>**16274 VASQUEZ CYN RD 42**<br>**CANYON COUNTRY, CA 91351** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5634 | Priority creditor's name and mailing address<br>**Hannah Parker**<br>**7375 S. Alkire St. Apt#304**<br>**Littleton, CO 80127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Quattro**
**9447 SE 140TH PL**
**SUMMERFIELD, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Reis**
**3268 AVENIDA DE LOYOLA**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Rice**
**4776 E GUADALUPE RD**
**2061**
**GILBERT, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannah Russell**
**4439 WALNUT CREEK DRIVE NW**
**KENNESAW, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hannia cardona martinez**
**5330 MONTEREY HWY**
**APT G2**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hanniel Francois**
**12138 SW 250TH TERRACE**
**HOMESTEAD, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hans Laine**
**260 NE 27 AVE**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hans Tschirch**
**34603 Picket Post Dr**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harjit Kaur**
**521 HIGHLANDER AVE**
**LA HABRA, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harley Blankenship**
**16305 EAST ALAMEDA PLACE**
**303**
**AURORA, CO 80017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harley Hicks**
**4835 NW 189TH AVE**
**PORTLAND, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harmon Crowe**
**17322 BERNARDO OAKS DR**
**SAN DIEGO, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harmon Markos**
**18060 SW BARCELONA WAY**
**BEAVERTON, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harnak Johal**
**7777 VALLEY VIEW ST**
**C123**
**LA PALMA, CA 90623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harold Bias**
**3142 CENTER ST.**
**ARCADIA, CA 91006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harold Domingo**
**1235 Law St**
**San Diego, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harold fyffe**
**10123 GRAPE CT**
**THORNTON, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harold Huntley**
**3750 satellite blvd**
**duluth, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harold Mondragon**
**607 FENTON PL ALTAMONTE**
**SPRGS**
**301**
**ORLANDO, FL 32701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$881.55** | **$881.55** |
|---|---|---|---|---|

**HAROLD MONDRAGON**
**607 FENTON PL ALTAMONTE**
**SPRGS**
**301**
**ORLANDO, FL 32701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5655 | Priority creditor's name and mailing address<br>**Harold Sharp**<br>**12569 Indiana Woods Lane**<br>**Orlando, FL 32824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.5656 | Priority creditor's name and mailing address<br>**Harpinder Mangat**<br>**8865 LOS ALTOS DR**<br>**BUENA PARK, CA 90620** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.5657 | Priority creditor's name and mailing address<br>**Harrison Clark**<br>**1175 OLD HARRIS ROAD**<br>**1113**<br>**DALLAS, GA 30157** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.5658 | Priority creditor's name and mailing address<br>**HARRISON CO TAX**<br>**ADMINISTRATOR**<br>**PO BOX 708**<br>**111 SOUTH MAIN STREET**<br>**CYNTHIANA, KY 00041-0310** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harrison Irving**
**21932 BIRCHWOOD**
**MISSION VIEJO, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harrison Spencer**
**15598 SW WREN LN**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harry Rosas**
**300 NEWLAND ST**
**5**
**LOS ANGELES, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harsh Bahl**
**1223 W MCKINLEY AVE**
**#2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Haseen Sarpas**
**231 TOPEKA**
**IRVINE, CA 92604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Haslan Escariz**
**2606 West High Ave**
**Tampa, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Hasty Salehi**
**3204 RIVER GLORIOUS LANE**
**LAS VEGAS, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Hatiqe Berisha-rexhepi**
**3194 Antica St**
**Fort Myers, FL 33905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Havalin Nyivih**
**4412 GOLDEN GLEN DRIVE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**HAWAII STATE TAX COLLECTOR**
**P.O. BOX 3223**
**HONOLULU, HI 00096-8010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayden bashore**
**15567 E FORD CIR**
**C3**
**AURORA, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayden Bonebrake**
**4701 NE 130TH AVE**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayden Fleming**
**19704 S 191ST**
**QUEEN CREEK, AZ 85142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayden Huynh**
**10610 TENNETA DR**
**HOUSTON, TX 77099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayden Wright**
**8885 W Thunderbird Ave. #1031**
**Peoria, AZ 85381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayes Rodriguez**
**114 rivera ave**
**royal palm beach, FL 33411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Haylee Canfield**
**8471 SPIRIT VALE AVE**
**LAS VEGAS, NV 89117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayley Brewster**
**1501 E GRAND AVENUE**
**5324**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayley Calles**
**1132 PECOS WAY**
**SUNNYVALE, CA 94089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayley Conaway**
**250 W EL CAMINO REAL**
**6214**
**SUNNYVALE, CA 94087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hayley Thomas**
**8093 W. Ken Caryl Circle**
**Unit C**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hazel Dominguez vera**
**3272 COLUMN CT**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Chambers**
**1303 CONSTITUTION RD.**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Detrick**
**203 N FLORIDA ST**
**AMARILLO, TX 79106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Garcia**
**2505 Foothill Blvd**
**Spc 197**
**San Bernardino, CA 92410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Green**
**5636 Sheffield Greene Cil**
**Sarasota, FL 34235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Hayes**
**2675 MILLER AVE.**
**4**
**MOUNTAIN VIEW, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Hefner**
**1303 CONSTITUTION RD.**
**ATLANTA, GA 30316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Roach**
**5012 N Lockwood Ridge Rd**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Ruttan**
**3940 CARMELINA STREET**
**SAN BERNARDINO, CA 92407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heather Zinni**
**14493 EAST JEWELL AVE**
**101**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heber Bardales**
**1854 David Street**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Aguilar**
**31616 Hunter Ln**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Alcauter**
**2373 W Coronet Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Barragan**
**1949 CAPE HILDA PL**
**SAN JOSE, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Beltran**
**4618 E VINEYARD RD**
**PHOENIX, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hector Cabrera**
**201 1/2 E. CENTRAL AVE**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5696 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Hector Delarosa**
**2641 BARRY STREET**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5697 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Hector Diazleal**
**15598 SW Wren Ln**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5698 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Hector Grajeda**
**810 W.duarte Rd**
**#224**
**Monrovia, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

**2.5699** | Priority creditor's name and mailing address

**Hector Guide**
**6402 NORTH PACKWOOD**
**AVENUE**
**TAMPA, FL 33603**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5700** | Priority creditor's name and mailing address

**Hector Gutierrez**
**84471 AVENUE 51**
**APT D204**
**COACHELLA, CA 92236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5701** | Priority creditor's name and mailing address

**Hector Guzman**
**13916 LUBICAN ST**
**APT 5**
**BALDWIN PARK, CA 91706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5702** | Priority creditor's name and mailing address

**Hector Hernandez**
**6130 MONTEREY HWY**
**SPC 13**
**SAN JOSE, CA 95138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Jimenez**
**1517 W JEAN**
**TAMPA, FL 33604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Macz**
**135 SHADOW MOUNTAIN CT**
**5**
**PLEASANT HILL, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Melgoza**
**10171 PERDIDIO**
**ANAHEIM, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Muro**
**5033 Clairemont Blvd**
**#9**
**San Diego, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Orellana**
**1524 West 206th St**
**Apt 6**
**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Orellana**
**1042 Cabrillo Park Dr.**
**Bldg Cb**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Ortiz**
**16350 HARBOR BLVD**
**1003**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector padilla**
**595 COLUMBIA AVENUE**
**SUNNYVALE, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Prieto**
**789 TEJON AVE.**
**COLTON, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Ramos**
**34939 3RD AVE**
**LEESBURG, FL 34788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Ramos**
**853 FELICITA AVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Rico**
**8556 INDEPENDENCE AVE**
**103**
**CANOGA PARK, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.49** | **$0.00** |
|---|---|---|---|---|

**Hector Rodriguez**
**2000 E COMMONWEATH AVE**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5716 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Rodriguez**
**738 W 6TH AVE**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5717 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Rojas Perez**
**4874 TROJAN AVE**
**SAN DIEGO, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5718 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Rosales**
**231 W. Knepp**
**Apt.B**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Secola**
**4102 RIVER COVE DR**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Tena**
**267 STERLING SPRINGS LN**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hector Torres**
**900E DENNI ST**
**SPACE33**
**WILMINGTON, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heidi Bradley**
**11675 W BELFORT AVE**
**1619**
**HOUSTON, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Heidi Magnusson**
**1519 COROLLA COURT**
**REUNION, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5724 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Heleodoro Garcia**
**6405 N MANHATTAN**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5725 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Hema Luna**
**1753 W.glen Ave.**
**#1**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5726 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Hemilce Navarro**
**128 E Cambridge**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hemlata Mistry**
**12123 ALSTON DR**
**STAFFORD, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henassie Avila**
**9475 CYPRESS AVENUE**
**FONTANA, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hendrick Lopez**
**14015 East Montana Circle**
**Aurora, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Aguilar**
**5201 Navarro St**
**#15**
**Los Angeles, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Boswell**
**22796 SW LINCOLN ST**
**SHERWOOD, OR 97140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Canizalez**
**8781 Robles Dr**
**San Diego, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Huang**
**1759 BAYLOR ST**
**UNION CITY, CA 94587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Melchor**
**457 E 6TH DRIVE**
**2**
**MESA, AZ 85204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Ross**
**19501 VANOWEN ST.**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Sullivan**
**10167 SAILWINDS BLVD N**
**104**
**LARGO, FL 33773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Vargas**
**4518 FST**
**SAN DIEGO, CA 92102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry Velasquez**
**9244 Mast Blv.**
**Unity # 22**
**Santee, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.5739** Priority creditor's name and mailing address

**Herbert Kennedy**
**16913 NE 18TH ST**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **$0.00**

---

**2.5740** Priority creditor's name and mailing address

**HERBERT L. KENNEDY**
**16913 NE 18TH ST**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**$79.68**     **$79.68**

---

**2.5741** Priority creditor's name and mailing address

**Herendira Landa**
**1970 LATHAM ST**
**77**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **$0.00**

---

**2.5742** Priority creditor's name and mailing address

**Heriberto Hinojosa**
**511 EAST REED ST**
**#F**
**SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$56.18**    **$56.18** |
| | **Heriberto Hinojosa**<br>**511 EAST REED ST**<br>**#F**<br>**SAN JOSE, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Heriberto Martinez**<br>**11864 Idaho Ave**<br>**#1**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Herlinda Cortez**<br>**12063 Green Glade dr**<br>**Houston, TX 77099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Hermelinda Licerio**<br>**4383 Logan Ave**<br>**San Diego, CA 92113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hermenegildo Cardenes**
**2001 Dun Wood Diest.**
**Orlando, FL 32837**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.5748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Herminia Zarco**
**2512 E CORONA AVE**
**PHOENIX, AZ 85040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.5749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hernan Ramirez**
**2932 N. COTTONWOOD ST.**
**ORANGE, CA 92865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.5750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hernie Rodriguez**
**14309 DAKE LN**
**1401**
**TAMPA, FL 33613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| **2.5751** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Herode Fradeus**
**329 Sw 13th St**
**Dania, FL 33004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **2.5752** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75.05** | **$75.05** |
|---|---|---|---|---|

**Herode Fradeus**
**329 Sw 13th St**
**Dania, FL 33004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **2.5753** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Heroux Diane**
**9309 W CEDAR HILL CIR N**
**SUN CITY, AZ 85351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **2.5754** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilaria Ramirez**
**423 Shorewood Ln**
**San Jose, CA 95134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilary Castaneda**
**1631 Bayview Hits Dr.**
**#13**
**San Diego, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilda Abreu**
**472 BRIAR BAY CIRCLE**
**ORLANDO, FL 32825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilda Jaime**
**285 Montgomery St**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.96** | **$49.96** |
|---|---|---|---|---|

**Hilda Jaime**
**285 Montgomery St**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hilda Luna Santillan**<br>**715 W NORTHGATE LANE**<br>**APT 2**<br>**ANAHEIM, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$174.09** | **$174.09** |
|---|---|---|---|---|
| | **HILDA LUNA SANTILLAN**<br>**715 W NORTHGATE LANE**<br>**APT 2**<br>**ANAHEIM, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hilda Morales**<br>**9494 Caroll Canyon Rd**<br>**#85**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hilda Morales**<br>**1000 LAKE OF THE WOODS**<br>**206**<br>**FERN PARK, FL 32730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$929.26** | **$929.26** |
|---|---|---|---|---|
| | **HILDA MORALES** | Check all that apply. | | |
| | **9494 Caroll Canyon Rd** | ☐ Contingent | | |
| | **San Diego, CA 92126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hilda Mota** | Check all that apply. | | |
| | **2100 W Commonwealth Ave** | ☐ Contingent | | |
| | **Fullerton, CA 92833** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hilda Reyes** | Check all that apply. | | |
| | **5220 w. northern ave apt 1101** | ☐ Contingent | | |
| | **Glendale, AZ 85301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hildana Sirak** | Check all that apply. | | |
| | **1512 ALMADEN RD** | ☐ Contingent | | |
| | **303** | ☐ Unliquidated | | |
| | **SAN JOSE, CA 95125** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hillary Ma**
**110 DEERCHASE DR**
**CONROE, TX 77384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**HILLSBORO INCOME TAX**
**BUREAU**
**130 N HIGH STREET**
**HILLSBORO, OH 00045-1330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilton Kennedy**
**261 SAN JACINTO DR**
**SAN DIEGO, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hinginia Aldazaba**
**8366 Se Causey Ave**
**Apt 243**
**Happy Valley, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.5771**

Priority creditor's name and mailing address
**Hipolito Viveros**
**5624 N 63rd Ave**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5772**

Priority creditor's name and mailing address
**Hiram Sotelo**
**7101 N. 19th Ave.**
**#245**
**Phoenix, AZ 85021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5773**

Priority creditor's name and mailing address
**Hiwot Bahiru**
**6452 wedgeview dr**
**tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5774**

Priority creditor's name and mailing address
**Hoa-bradley Le**
**909 COPPERHEAD CT NE**
**ALBUQUERQUE, NM 87113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hoang Tran**
**310 BURNING TREE DR**
**SAN JOSE, CA 95119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Holdson Marcelin**
**18 NORTH TERRY AVE**
**ORLANDO, FL 32801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Holly Dunhardt**
**5733 HARDING ST**
**#3**
**HOLLYWOOD, FL 33021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Holly Lloyd**
**5333 BALTIMORE DRIVE**
**107**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Holly Montgomery**
**2508 S. ROWEN**
**MESA, AZ 85209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address                2.5780        **Unknown**    **$0.00**

**Holly Stephenson**
**4310 TOWERGATE DRIVE**
**SPRING, TX 77373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address                2.5781        **Unknown**    **$0.00**

**Homero Aguirre**
**625 N.NEWHAMPSHIRE AVE.**
**201**
**LOS ANGELES, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address                2.5782        **Unknown**    **$0.00**

**Homero Vega**
**807 W GRAND AVE**
**POMONA, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hong Thai** | Check all that apply. | | |
| | **561 LANFAIR CIR** | ☐ Contingent | | |
| | **SAN JOSE, CA 95136** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Honorina Anzures** | Check all that apply. | | |
| | **10038 Se 65th Ave** | ☐ Contingent | | |
| | **Milwaukie, OR 97222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.22** | **$0.22** |
|---|---|---|---|---|
| | **Honorina Anzures** | Check all that apply. | | |
| | **10038 Se 65th Ave** | ☐ Contingent | | |
| | **Milwaukie, OR 97222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hope Carr** | Check all that apply. | | |
| | **37 MONTECILO** | ☐ Contingent | | |
| | **FOOTHILL RANCH, CA 92610** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hope Woodward**
**12 SPINEL COURT**
**RANCHO SANTA MARAGRITA, CA 92688**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5788 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hortencia Rodriguez**
**12750 Jackson Hill Drive**
**El Cajon, CA 92021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5789 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hortense Cleveland**
**11269 SW 88 ST**
**J208**
**MIAMI, FL 33176**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5790 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Houston Phillip**
**1925 EDGECREST DR**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hristina Spasevska**
**4686 CENTRAL AVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HSAIO MEI CHANG**
**769 KYLE STREET**
**SAN JOSE, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hudson Limprevil-joseph**
**4020 Ne 15th Ave**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hugh Shotwell**
**4133 W. Shaw Butte Dr.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.31 | $413.31 |
|---|---|---|---|---|
| | **Hugh Shotwell**<br>**4133 W. Shaw Butte Dr.**<br>**Phoenix, AZ 85029** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Hugo Balbuena**<br>**619 S.FAIRMONT WAY**<br>**ORANGE, CA 92869** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Hugo Bautista**<br>**22938 Via Pimiento**<br>**Mission Viejo, CA 92691** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Hugo cipriano**<br>**7812 S 5 AVE  PHOENIX**<br>**PHOENIX, AZ 85041** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hugo mason**
**5650 lucky draw Ct**
**LAS VEGAS, NV 89122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hugo Mendoza**
**717 W 18th St**
**Apt B.**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hugo Montero**
**1303 TWILRIDGE PL**
**BRANDON, FL 33511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hugo Patino**
**2373 W CORONET AVE**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hugo Samano**
**1204 N Escondido Blvd**
**Escondido, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hugo Sanchez**
**2172 S Eaton St**
**Apt#9**
**Denver, CO 80227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$78.47** | **$78.47** |
|---|---|---|---|---|

**Hugo Sanchez**
**2172 S Eaton St**
**Apt#9**
**Denver, CO 80227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hugo Smith**
**3725 BARRINGTON DRIVE**
**CONCORD, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Humberta Hernandez**
**137 E. RODEO DR**
**TUCSON, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Humberto Cardona**
**5145 EDENVIEW DR**
**BB109**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**humberto castaneda**
**7722 RESEDA BLV**
**231**
**RESEDA, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Humberto Garcia**
**1000 E Bishop St**
**Unit F1**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5811 | Priority creditor's name and mailing address **Humberto Garcia** **14335 STARBUCK ST** **WHITTIER, CA 90605** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5812 | Priority creditor's name and mailing address **Humberto Gonzalez** **760 N 7TH STREET** **1105** **SAN JOSE, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5813 | Priority creditor's name and mailing address **Humberto Santiago Lopez** **5434 Ridgeway Ave** **Stockton, CA 95207** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5814 | Priority creditor's name and mailing address **Hung Nguyen** **375 S. 9TH STREET** **4588** **SAN JOSE, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hung Phan**
**170 CHATEAU LA SALLE**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hunter Adams**
**4864 S. HOLLAND ST**
**DENVER, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hunter Atwood**
**2750se49thave**
**Hillsboro, OR 97123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hunter Barbour**
**7901 E Bellview Ave**
**#470**
**Englewood, CO 80111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hunter Brock**<br>**12365 82nd Ln North**<br>**WEST PALM BEACH, FL 33412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hunter Cameron**<br>**13552 POPPY PLACE**<br>**CHINO, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hunter King**<br>**40920 NW MAPLE RIDGE RD**<br>**WOODLAND, WA 98674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hunter Pace**<br>**3501 NE 96th St.**<br>**Vancouver, WA 98665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hunter Starnes**
**13019 BETTY LN**
**STAFFORD, TX 77477**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hunter Webb**
**24363 Heron Lane**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Husain Baig**
**7269 COSENZA PL**
**RANCHO CUCAMONGA, CA 91701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Husna Rahmani**
**3825 EASTWOOD CIRCLE**
**SANTA CLARA, CA 95054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.39 | $39.39 |
|---|---|---|---|---|
| | **Hussein A. Ragab**<br>**4525 TWAIN AVE**<br>**18**<br>**SAN DIEGO, CA 92120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hussein Ragab**<br>**4525 TWAIN AVE**<br>**18**<br>**SAN DIEGO, CA 92120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Huyen Trinh**<br>**935 BRANHAM LN**<br>**#B**<br>**SAN JOSE, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Hyleen Renteria**<br>**926 JAMES PLACE**<br>**POMONA, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iain Hutchinson**
**11124 Vista Sorrento Parkway**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iamani Harris**
**8738 TIERRA VISTA CIRCLE**
**301**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ian Caudillo**
**17350 E TEMPLE AVE #61**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.34** | **$71.34** |
|---|---|---|---|---|

**IAN E. FOSTER**
**11401 TOPANGA CANYON BLVD**
**117**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ian Foster**
**11401 TOPANGA CANYON BLVD**
**117**
**CHATSWORTH, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ian Higgins-Spar**
**17961 LOS PESOS CIRCLE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ian Hilton**
**2927 MADISON ST**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ian Schuepbach**
**3807 PEPPERTREE LANE**
**1205**
**WILDWOOD, FL 34785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5839 | Priority creditor's name and mailing address<br>**Ian Yarbrough**<br>**2352 HERITAGE PARK CIRCLE**<br>**KENNESAW, GA 30144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5840 | Priority creditor's name and mailing address<br>**Icis Martin**<br>**16220 N 7TH STREET**<br>**2395**<br>**PHOENIX, AZ 85022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5841 | Priority creditor's name and mailing address<br>**Ida Moslehi**<br>**12782 Torrey Bluff Drive**<br>**San Diego, CA 92130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5842 | Priority creditor's name and mailing address<br>**Ida Mount**<br>**3616 E.LAMBRIGHT ST.**<br>**TAMPA, FL 33610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.01 | $249.01 |
|---|---|---|---|---|

**Ida S. Moslehi**
**12782 Torrey Bluff Drive**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IDAHO STATE TAX COMMISSION**
**P.O. BOX 76**
**BOISE, ID 00837-0776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Idanot Duprat**
**6615 Country Lake Rd**
**Cumming, GA 30041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.01 | $0.01 |
|---|---|---|---|---|

**Idanot Duprat**
**6615 Country Lake Rd**
**Cumming, GA 30041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ides Cortez De Ochoa**
**1127W 56ST**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idriss Mahamat**
**1607 W EL RIO DR**
**APT 216**
**TUCSON, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ieshia Alladin**
**15511 Township Glen Ln**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ignacia Nunez**
**1120 E Buoy Ave**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.5851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ignacio Cobian Jr.**
**19320 BECHARD AVE**
**CERRITOS, CA 90703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ignacio Garcia**
**7225 W Monterey Way**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ignacio Martinez**
**1306 S RENE DR**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ignacio Mendoza**
**642 JACKS CREEK RD**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.5855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Ignacio nunez III** | *Check all that apply.* | |
| | **1196 SUNRISE WY** | ☐ Contingent | |
| | **MILPITAS, CA 95035** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ☑ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Ignacio Ocampo Pantoja** | *Check all that apply.* | |
| | **21227 US 19 N** | ☐ Contingent | |
| | **123B** | ☐ Unliquidated | |
| | **CLEARWATER, FL 33765** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ☑ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Ignacio Rivera** | *Check all that apply.* | |
| | **2001 S HACIENDA BLVD** | ☐ Contingent | |
| | **19** | ☐ Unliquidated | |
| | **HACIENDA HEIGHTS, CA 91745** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ☑ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Ilaisaane Maafu** | *Check all that apply.* | |
| | **1621 RIDGE ROAD** | ☐ Contingent | |
| | **LARGO, FL 33778** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ☑ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ildifonzo Quiroz**<br>**749 East Julian St.**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ileana Rodriguez-Anzures**<br>**10038 SE 65TH AVE**<br>**10038**<br>**MILWAUKIE, OR 97222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ilene Brown**<br>**3400 S.W. 208 STREET**<br>**PEMBROKE PINES, FL 33029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Iles Julien**<br>**511 SW 7TH AVENUE**<br>**DELRAY BEACH, FL 33444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Iliana Alarcon**<br>**1390 ACAPULCO AVE.**<br>**SIMI VALLEY, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.5864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Iliana Leon**<br>**6103 N Glen ave**<br>**Tampa, FL 33614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.5865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Iliana Lopez**<br>**19108 WELLHAVEN ST.**<br>**CANYON COUNTRY, CA 91351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.5866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ilisha Williams**<br>**12020 N GESSNER RD**<br>**1102**<br>**HOUSTON, TX 77064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Illessa Hall**
**9885 SW SATTLER ST**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**PO BOX 19447**
**SPRINGFIELD, IL 62794-9447**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ilona Zdir**
**212 OMAHA WAY**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ilrick Fab**
**3183 Coral Ridge Drive**
**Coral Springs FL, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ilyne Ramirez**
**3325 HILL DRIVE NW**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Imaan Sheikh**
**10458 PANTHER TRACE**
**LITTLETON, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Imani jackson**
**875 CINNABAR ST**
**4403**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

| 2.5874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Imelda Pine**
**3670 GLENDON AVE**
**134**
**CULVER CITY, CA 90034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No (filled)
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**

Name

Case number (if known)   **20-02477-LA7**

---

| 2.5875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Imelda Serrano**
**2775 S. Federal Blvd**
**#207**
**Denver, CO 80236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Imelda Velasco**
**1512 Pass and Covina Rd.**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Imeldo Arteaga**
**2218 Broderick Ave**
**Duarte, CA 91010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Immacula Etienne**
**2040 42st**
**Naples, FL 34116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **INCOME TAX DIVISION**<br>**CITY OF AKRON**<br>**1 CASCADE PLAZA, 11TH FLOOR**<br>**AKRON, OH 00044-3080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Inderjit Sanghera**<br>**687 TIGERSEYE LOOP**<br>**SAN JOSE, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **India Ali**<br>**16565 E WESLEY AVE**<br>**AURORA, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **INDIANA DEPARTMENT OF**<br>**REVENUE**<br>**P.O. BOX 7221**<br>**INDIANAPOLIS, IN 46207-7221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Indira Hern?ndez**
**13949 Circa Crossing Dr**
**Apt 107**
**Lithia, FL 33547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Indira Salguero**
**9555 Reseda Blvd**
**Apt#207**
**Northridge, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**indiriyas cunningham**
**397 N MILL BROOK ST**
**AURORA, CO 80018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ingrid Artiga**
**6318 Shadow Tree Dr**
**Houston, TX 77035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.5887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ingrid Lewis**
**1925 Edgecrest Dr**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ingrid Vasquez Bravo**
**1826 5th street**
**SARASOTA, FL 34236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Inocel Liberice**
**1170 Nw 20th St**
**Fort Lauderdale, FL 33311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Inocencia Medina**
**3455 Avenue of the americas**
**APT 2001**
**Orlando, FL 32822**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ipsita Kotra**
**17321 EAGLE CANYON PL**
**SAN DIEGO, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irais Rios**
**9850 Rosemont Ave**
**#207**
**Lone Tree, CO 80124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iraiza Sanchez**
**1120 SE 208TH PL**
**GRESHAM, OR 97030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irene Acevedo**
**4726 ROSEBUD DR.**
**HOUSTON, TX 77053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.5895 | Priority creditor's name and mailing address<br>**Irene Conley**<br>**4889 NOAH RDG.**<br>**ACWORTH, GA 30101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5896 | Priority creditor's name and mailing address<br>**Irene Escueta**<br>**1155 Camellia Dr**<br>**Marietta, GA 30062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5897 | Priority creditor's name and mailing address<br>**Irene Leonflores**<br>**3431 43rd**<br>**1**<br>**San Diego, CA 92105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5898 | Priority creditor's name and mailing address<br>**Irene Martinez**<br>**963 WEST TENNYSON RD**<br>**APT 3**<br>**HAYWARD, CA 94544** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irene morales**
**3558 J STREET**
**#4**
**SANDIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irene Vasquez**
**3976 Waring Rd**
**#16**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irina Frolova**
**29503 TIMBER TRAIL STREET**
**SPRING, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iris Allen**
**21712 SEPTO ST**
**203**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iris Castro**
**5060 MILLENIA BLVD**
**103**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iris Del Cid Moreno**
**6318 Shadon Tree Dr**
**Houston, TX 77035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iris Dickens**
**12001 woodside ave #72**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iris gamboa**
**4521 E WESCOTT DR 85050**
**PHX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irizarry Yaidelice**
**7720 W. Mitchell Dr**
**Phoenix, AZ 85033**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irlanda Coronado**
**332 N DOBSON RD**
**19**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irlanda Lopez**
**3718 Brock Rd**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irma Catalan**
**2600 Fort Worth St.**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Irma Ceja** | Check all that apply. | | |
| | **3134 G ST** | ☐ Contingent | | |
| | **SAN DIEGO, CA 92102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.5912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Irma Gonzalez Villa** | Check all that apply. | | |
| | **1560 ADELAID ST** | ☐ Contingent | | |
| | **#5** | ☐ Unliquidated | | |
| | **CONCORD, CA 94520** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.5913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Irma Ibarra** | Check all that apply. | | |
| | **539 Hannah St** | ☐ Contingent | | |
| | **San Jose, CA 95126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.5914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Irma karina Ramirez** | Check all that apply. | | |
| | **4185 SANTA SUSANA WAY** | ☐ Contingent | | |
| | **SAN JOSE, CA 95111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irma Morales**
**5613 9TH AVENUE**
**FORT MYERS, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irma Saucedo**
**9203 HARNESS STREET**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irma Segura**
**1414 W. Lomita**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Irma Suarez**
**13625 REGENTVIEW AVE**
**BELLFLOWER, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5919** | Priority creditor's name and mailing address
**Irma Zarazua**
**245 WEST CHERRY AVE**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5920** | Priority creditor's name and mailing address
**Irma Zepeda**
**4050 W Franklin Ave**
**#201**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5921** | Priority creditor's name and mailing address
**Irvin Molina Lopez**
**370 54TH ST**
**SAN DIEGO, CA 92114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5922** | Priority creditor's name and mailing address
**Irving Johnson**
**1604 Sycamore Dr**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Irving Montes**
**3163 Shofner Place**
**San Jose, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.75 | $289.75 |
|---|---|---|---|---|

**ISAAC A.  ALFARO**
**735 W AVENUE J10**
**LANCASTER, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaac Alemngor**
**1201 Walnut Avenue**
**Apt #83**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaac Alfaro**
**735 W AVENUE J10**
**LANCASTER, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Bahe**
**4529 W Ocotillo Rd**
**Apt #202**
**Glendale, AZ 85301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Canales**
**608 Wickford Ave.**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Carter jr**
**1464 N YUCCA AVE**
**RIALTO, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Contreras**
**2544 TAMORA AVE**
**SOUTH EL MONTE, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac corrales**
**2250 ARBOUR WALK CIRCLE**
**NAPLES, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Escalante**
**4556 CORONADO HILLS WAY**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Flores**
**8658 CANDLEWOOD ST**
**CHINO, CA 91708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ISAAC GARCIA**
**8031 I76 SERVICE RD**
**HENDERSON, CO 80640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Gonzalez**
**2330 PLEASANT HILL RD**
**37**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Green**
**352 E. 139TH ST.**
**LOS ANGELES, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Lo**
**1299 QUAIL CREEK CIRCLE**
**SAN JOSE, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.21** | **$131.21** |
|---|---|---|---|---|

**Isaac Lo**
**1299 QUAIL CREEK CIRCLE**
**SAN JOSE, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.5939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Megaly**
**1188 S Orange Ave**
**#40**
**El Cajon, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Montoya**
**2853 KELVIN AVE**
**304**
**IRVINE, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Nace**
**274 G STREET**
**CHULA VISTA, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaac Nelson**
**16400 SHE SCORIA LN**
**DAMASCUS, OR 97089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isaac Rhoades**<br>**7292 E ALDERBERRY**<br>**TUCSON, AZ 85756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.5944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isaac Servius**<br>**5067 Adams Road**<br>**Delray Beach, FL 33484** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.5945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isaac Spencer**<br>**541 GILDA AVENUE**<br>**MARTINEZ, CA 94553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.5946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isaac Valdez**<br>**617 3RD AVE**<br>**#1**<br>**CHULA VISTA, CA 91910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.5947 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaac Vieira**
**7128 LA SARRA DR**
**LANCASTER, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5948 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaac Wolaver**
**9065 E EAGLE PL**
**TUCSON, AZ 85749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5949 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaak Askenaze**
**10755**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5950 | Priority creditor's name and mailing address | | **$172.43** | **$172.43** |
| --- | --- | --- | --- | --- |

**ISAAK J.  ASKENAZE**
**10755**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**
_____

| 2.5951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Isabel Carrillo**
**647 W. BARSTOW AVE**
**206**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Isabel Cox**
**249 EL BOSQUECILLO**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Isabel Danialian**
**613 N. DOHENY DR.**
**BEVERLY HILLS, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Isabel De Loera**
**7681 Hopi Rd**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.5955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabel Garcia**
**139 SPRING. CT**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabel Guerra**
**2121 E Grand Ave**
**Apt# G28**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabel Martinez**
**2432 Trace Rd**
**Spring Valley, CA 91978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabel Mendez**
**7328 RESTFUL SPRINGS CT**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Mendoza-sanchez**<br>**1500 W. Thornton PKY #381**<br>**thornton, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Ortega-Corretjer**<br>**6301 S WESTSHORE BLVD**<br>**1707 NORTH**<br>**TAMPA, FL 33616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Saavedra**<br>**1301 CATHERINE ST**<br>**203**<br>**ORLANDO, FL 32801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Santiago**<br>**32410 Jarden Ct**<br>**winchster, CA 92596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Snyder**<br>**30 GOLDEN SHADOW CIRCLE**<br>**THE WOODLANDS, TX 77381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Vargas**<br>**13058 SIXTH ST**<br>**CHINO, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **ISABEL VAZQUEZ-LOZANO**<br>**6201 E 62ND AVE.#6203**<br>**COMMERCE CITY, CO 80022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabel Ventura**<br>**9887 E. PEAKVIEW AVE**<br>**F8**<br>**ENGLEWOOD, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabel Verdusco**
**3340 Cabrillo Ave**
**Apt 1**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabela Fernandez**
**24 HIDDEN VALLEY DR.**
**LAWRENCEVILLE, GA 30044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabela Torgerson**
**1023 PECOS RIVER AVE**
**HENDERSON, NV 89002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabell Gil**
**3817 SOUTH LAKE DR**
**230**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5971** | Priority creditor's name and mailing address

**Isabella Benavides**
**6681 SW 137TH CT.**
**B**
**MIAMI, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5972** | Priority creditor's name and mailing address

**Isabella Cartaya**
**3906 FLOYD RD**
**TAMPA, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5973** | Priority creditor's name and mailing address

**Isabella castillo**
**4407 TYLER ST**
**HOLLYWOOD, FL 33021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5974** | Priority creditor's name and mailing address

**Isabella Estrada**
**4905 SAN TIMOTEO AVE**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.53 | $173.53 |
|---|---|---|---|---|
| | **Isabella Estrada** | Check all that apply. | | |
| | **4905 SAN TIMOTEO AVE** | ☐ Contingent | | |
| | **ALBUQUERQUE, NM 87114** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isabella Geraci** | Check all that apply. | | |
| | **4126 BRUNSWICK AVE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isabella Gonzalez** | Check all that apply. | | |
| | **2241 SW 180TH AVE** | ☐ Contingent | | |
| | **MIRAMAR, FL 33029** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isabella Herrick** | Check all that apply. | | |
| | **328 SYCAMORE COTTAGE CT** | ☐ Contingent | | |
| | **CAMARILLO, CA 93012** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabella Leos**
**36 E RODELL PL**
**ARCADIA, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.20** | **$99.20** |
|---|---|---|---|---|

**Isabella M. Herrick**
**328 SYCAMORE COTTAGE CT**
**CAMARILLO, CA 93012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabella Montillano**
**10208 CAMINO RUIZ**
**APT.150**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isabella Serrano**
**6611 NW WENMARIE DR**
**PORTLAND, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabella Starkey**<br>**4971 HILLCREST WAY**<br>**PLEASANTON, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabella Stevens-Ramirez**<br>**750 MENUAL BLVD NW**<br>**ALBUQUERQUE, NM 87107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$50.03** | **$50.03** |
|---|---|---|---|---|
| | **Isabella Stevens-Ramirez**<br>**750 MENUAL BLVD NW**<br>**ALBUQUERQUE, NM 87107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Isabelle Garcia**<br>**1713 Cedar Street**<br>**Apt. A**<br>**Alhambra, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.5987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isabelle Ramirez**
**356 Jerome Street**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5988 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Isabelle Wilkinson**
**11675 SW CLIFFORD ST**
**BEAVERTON, OR 97008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5989 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Isai Aguilar**
**7150 Cerritos Ave**
**#5**
**Stanton, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5990 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Isaiah Abron**
**2261 S MEMPHIS ST**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.5991** | Priority creditor's name and mailing address

**Isaiah Archie**
**2676 BRICKELL SQUARE**
**NONE**
**ATLANTA, GA 30341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5992** | Priority creditor's name and mailing address

**Isaiah Carter**
**4252 E. WOODLAWN AVE**
**#8**
**LOS ANGELES, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5993** | Priority creditor's name and mailing address

**Isaiah Coleman**
**529 S. 45TH STREET**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5994** | Priority creditor's name and mailing address

**Isaiah Depradine**
**12261 Fondren Rd**
**Houston, TX 77035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Isaiah Garcia**<br>**16675 SLATE DRIVE**<br>**1625**<br>**CHINO HILLS, CA 91709** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Gutierrez**
**2908 W NORWOOD PL**
**ALHAMBRA, CA 91803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Herrera**
**9778 Ogden Ct.**
**Thornton, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Howard**
**4161 RENNELLWOODWAY WAY**
**PLEASANTON, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.5999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Lozano Lozano**
**15955 SE SWIFT CT**
**CLACK, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6000 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Morales**
**2044 NE 20TH TERRACE**
**CAPE CORAL, FL 33909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6001 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Rickards**
**5316 MILLENIA BLVD**
**10415**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6002 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isaiah Smith**
**806 LESA GLEN PLACE**
**BRANDON, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.6003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaiah Stansbury**
**17725 Ne Baker Creek Rd**
**Brush Prairie, WA 98606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6004 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaiah Strickland**
**109 W PRINCE RD**
**D5**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6005 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Isaiah Trevino**
**1559 N AGUSTA AVENUE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6006 | Priority creditor's name and mailing address | | **$7.61** | **$7.61** |
| --- | --- | --- | --- | --- |

**Isaiah V.  Abron**
**2261 S MEMPHIS ST**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaias Mancilla**
**3750 CYPRESS AVENUE**
**2**
**EL MONTE, CA 91731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaias Reyes**
**25016 SANORIA ST**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaias Rojano**
**635 N. Virgil Ave**
**Los Angeles, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaic Bautista**
**235 Millar Ave**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.27 | $10.27 |
|---|---|---|---|---|
| | **Isaid D.  Garcia**<br>**2746 Via Tulipan**<br>**Carlsbad, CA 92010** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isaid Garcia**<br>**2746 Via Tulipan**<br>**Carlsbad, CA 92010** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isary Suri**<br>**668 Biarrtz Court**<br>**Orlando, FL 32809** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Isaura Escobar**<br>**20415 CATALINA ST**<br>**TORRANCE, CA 90502** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isena Saintphard**
**10828 ROYAL PALM BLVD**
**CORAL SPRINGS, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isenia Arvizu**
**1738 Elfin Forest Rd**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isiah Rucks**
**5361 N. Third St.**
**Apt D**
**Fresno, CA 93710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isibeala Moody**
**30177 HOLMBY COURT**
**CASTAIC, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isidro Ramirez**
**541 N EAST AVE**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isis Nosa**
**1930 Grand Park Drive**
**Missouri City, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Isis Thomas**
**12395 SE HUBBARD RD.**
**12395**
**CLACKAMS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Islannssagne Laurore**
**10922 Royal Palm Blvd**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Carmona**
**108 GIBSON AVENUE**
**BAY POINT, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Espinoza**
**1565 Mendocino Dr**
**Apt 166**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.92** | **$21.92** |
|---|---|---|---|---|

**ISMAEL J. CARMONA**
**108 GIBSON AVENUE**
**BAY POINT, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Resto Hernandez**
**8212 SANDY WOOD DR**
**SANFORD, FL 32771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Rodriguez**
**5017 1/2 HAYTER AVE.**
**LAKEWOOD, CA 90712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Torres**
**21227 Us Highway 19n**
**Apt 123 B.**
**Clearwater, FL 33765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismael Valente Labra**
**3723 E. HEATON AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ismiel Carrillo**
**459 LAUREL AVE**
**HAYWARD, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Alvarez Arriaga**
**8505 WADE ST**
**SAN DIEGO, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Araujo**
**2908 ALTA DR**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Caballero**
**8655 PITNER RD**
**84**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Garcia**
**22406 eleine ave**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Garcia**
**1416 BROCKTON AVE**
**4**
**LOS NGELES, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Ortega**
**5563 Rabadi Castle Ave Nw**
**Albuquerque, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel ortueta**
**6805 N 27TH AVE**
**202**
**PHOENIX, AZ 85017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Palacios**
**285 LORAINE DR**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Israel Perez**
**1307 WILCREST DRIVE**
**4204**
**HOUSTON, TX 77042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issaac Mead**
**10125 SE BOB SCHUMACHER RD**
**APT 412**
**HAPPY VALLEY, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issac Hernandez**
**866 PASEO TOSAMAR**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issac Hoang**
**29810 GENEVA DR**
**SPRING, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issac Rivas**
**8723 Landwood Dr**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issay Portela**
**4207 E. KINGS RD**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.31** | **$21.31** |
|---|---|---|---|---|

**Issei T. Vigo**
**438 JURUPA AVE.**
**REDLANDS, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Issei Vigo**
**438 JURUPA AVE.**
**REDLANDS, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ita Ginting - Hamilton**<br>**527 W FOOTHILL BLVD**<br>**14**<br>**MONROVIA, CA 91016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Itala Mendiola**<br>**1028 Snow Lane**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Itchaqueira Fontanez**<br>**130 ZENITH CIRCLE**<br>**FORT MYERS, FL 33913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ithzel Lara**<br>**428 N WANDA DR**<br>**FULLERTON, CA 92833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Itsvanina Morao**
**2155 Lake Baldwin Ln Uni 302**
**Orlando, FL 32814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Itzana Dieguez**
**902 N Hayden Rd #2**
**Scottsdale, AZ 85257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Itzel arroyo**
**1446 W UNION ST**
**SAN BERNARDINO, CA 92411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Itzel Luis Ordonez**
**2524 OAKLAND SPRING DR**
**SNELLVILLE, GA 30039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $45.42 | $45.42 |
|---|---|---|---|---|
| | **IVAN A.  ANGULO CALDERON**<br>**3220 VAN DYKE AVE**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.6056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ivan Aceves**<br>**9955 KEMPWOOD DR**<br>**415**<br>**HOUSTON, TX 77080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.6057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ivan Amezcua**<br>**195 AVON ST.**<br>**PITTSBURG, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.6058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ivan Angulo Calderon**<br>**3220 VAN DYKE AVE**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Campos**
**35995 Fremont Blvd, APT#29**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Carbarin**
**502 N MARGUERITA AVE**
**#4**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Chavez**
**6767 SE NEEDHAM ST**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Echegaray**
**13151 Yorba Ave.**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Escobedo Pinto**
**37508 LONG STREET**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Gomez Ayala**
**3332 DREW STREET**
**10**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan gonzalez**
**10335 W. Keene Ave**
**Denver, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Guerrero**
**4330 MARINE AVE**
**16**
**LAWNDALE, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Hernandez**
**320 South Midway Drive**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Jauregui**
**115 Kenbrook Cir.**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Martin**
**11631 SW183RD ST.**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan mendez**
**966 HELEN AVE**
**#6**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Nunez**
**8209 Nerisa Ct. Sw**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Rodriguez**
**18497 Sw 7th**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Rojas**
**6587 RANCHO DEL SOL WAY**
**17**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan simon**
**735 CONLON DR**
**NA**
**HEMET, CA 92545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivan Soto-Del Rio**
**7089 ARGYLE AVE**
**SAN BERNARDINO, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivann Garcia**
**351 Alamo Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivelyss Perez**
**1026 LOCUST AVE**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iven Martinez**
**667 HERMITAGE PL**
**SAN JOSE, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivette Ramos**
**10210 HEATHER HILL DR**
**HOUSTON, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivette Renteria**
**131 East 15th Ave**
**Apt E**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivette Rodriguez Ramirez**
**2018 SE 48TH AVE**
**HILLSBORO, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivone Liu**
**16179 CAYENNE RIDGE RD.**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | 2.6083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.6083** | Priority creditor's name and mailing address
**Ivonia Liberice**
**1720 N.w. 7th Terr.**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.6084** | Priority creditor's name and mailing address
**Ivonne Baez**
**54 Woodlawn Ave #204**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.6085** | Priority creditor's name and mailing address
**Ivonne Guagliardo**
**865 TURKEY DR**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

**2.6086** | Priority creditor's name and mailing address
**Ivonne Palma**
**4124 Broadway**
**San Diego, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ivory Vaca**
**6742 MARILYN DR**
**HUNTINGTON BEACH, CA 92647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iyanna Frierson**
**4381 CHESSMAN WAY**
**LAS VEGAS, NV 89147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Iyonna Dock**
**1615**
**2303**
**FEDERAL HEIGHTS, CO 80260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Izabel Aceves**
**47800 MADISON ST**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$150.34** | **$150.34** |
|---|---|---|---|---|
| | **IZABEL ACEVES**<br>**47800 MADISON ST**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ja'quel Dean**<br>**5344 MILLENIA BLVD**<br>**6203**<br>**ORLANDO, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaber Haddad**<br>**15800 Rex Ct**<br>**Canyon Country, CA 91387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jacayla Eaton**<br>**9322 SAPPHIREBERRY LANE**<br>**RIVERVIEW, FL 33578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

| 2.6095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

Priority creditor's name and mailing address
**Jace Lytle**
**444 Graves Avenue**
**Apt#35**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6096 |

Priority creditor's name and mailing address
**Jacey Leppanen**
**14000 CASCADE PARK DR**
**UNIT 32**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6097 |

Priority creditor's name and mailing address
**Jack Banovic**
**4118 Rolling Springs Dr**
**Tampa, FL 33624**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6098 |

Priority creditor's name and mailing address
**Jack Belveal**
**1611 ORCHARD WAY**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$341.41** | **$341.41** |
|---|---|---|---|---|
| | **Jack Belveal**<br>**1611 ORCHARD WAY**<br>**PLEASANTON, CA 94566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack Butler**<br>**311 SE 101ST AVE**<br>**VANCOUVER, WA 98664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack DeMeo**<br>**3949 LOS FELIZ BLVD**<br>**518**<br>**LOS ANGELES, CA 90027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack Nichols**<br>**13061 Wickshire Lane**<br>**Tustin, CA 92782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack Peterson**<br>**9963 WEST ARLINGTON AVE**<br>**LITTLETON, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$46.19** | **$46.19** |
|---|---|---|---|---|
| | **JACK R.  WESTBY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack Rellamas**<br>**37407 PARISH CIRCLE**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jack Seidle**<br>**9701 GALLEY COURT**<br>**FORT MYERS, FL 33919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6107 | Priority creditor's name and mailing address<br>**Jackeline Lee**<br>**1803 ANDREA DR**<br>**PALMDALE, CA 93551** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6108 | Priority creditor's name and mailing address<br>**Jackson Busch**<br>**195 ROAD 3 SOUTH**<br>**CARTERSVILLE, GA 30120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6109 | Priority creditor's name and mailing address<br>**Jackson Calvin**<br>**7528 GOVERN BLVD**<br>**ORLANDO, FL 32822** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6110 | Priority creditor's name and mailing address<br>**Jackson Forbes**<br>**11531 S DEER CREEK RD**<br>**LITTLETON, CO 80127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Gilliland**<br>**1233 WINDY BAY SHOAL**<br>**TARPON SPRINGS, FL 34689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Hayes**<br>**52 EVVIE CT.**<br>**HENDERSON, NV 89012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Klein**<br>**11289 TRADEWINDS BLVD**<br>**LARGO, FL 33773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Laine**<br>**260 Ne 27 St**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Pierre louis**<br>**2068 ILENE CT**<br>**#3**<br>**DELRAY BEACH, FL 33445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Rain**<br>**125 COZUMEL**<br>**LAGUNA BEACH, CA 92651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Tarr**<br>**1734 S CATHAY ST**<br>**AURORA, CO 80017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Woodard**<br>**17864 OLD WINEMASTER WAY**<br>**POWAY, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125.41** | **$125.41** |
|---|---|---|---|---|
| | **Jackson Woodard** | *Check all that apply.* | | |
| | **17864 OLD WINEMASTER WAY** | ☐ Contingent | | |
| | **POWAY, CA 92064** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaclyn Campbell** | *Check all that apply.* | | |
| | **10516 INDEPENDENCE AVENUE** | ☐ Contingent | | |
| | **CHATSWORTH, CA 91311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaclyn Street** | *Check all that apply.* | | |
| | **825 13th Ct Sw** | ☐ Contingent | | |
| | **Largo, FL 33770** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaclyn Vasquez** | *Check all that apply.* | | |
| | **5332 N. EL SOL AVE.** | ☐ Contingent | | |
| | **FRESNO, CA 93722** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaclyn Wain**
**683 1 St Court**
**Palm Harbor, FL 34684**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.51** | **$90.51** |
|---|---|---|---|---|

**Jacob A.  Arriola**
**801 N. LOARA ST.**
**181**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Adams**
**116 Lamplighter Road**
**Altamonte Springs, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Armstrong**
**27761 CAMINO SANTO DOMINGO**
**SAN JUAN CAPISTRANO, CA**
**92675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Arriola**
**801 N. LOARA ST.**
**181**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Barnhill**
**9804 SE KNIGHT ST**
**PORTLAND, OR 97266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Berumen**
**5923 MARSHWELL WAY**
**SAN JOSE, CA 95138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Blanco**
**245 WEST LORAINE STREET**
**116**
**GLENDALE, CA 91202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Broaddus**
**7540 DECATUR ST**
**WESTMINSTER, CO 80030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Bryant**
**10464 106TH AVE N**
**#7**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Bulaon**
**23615 WILMINGTON CT**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Butler**
**3831 E. 7th Street**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.6135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jacob Calixto**
**2304 WALNUT CANYON DR**
**KISSIMMEE, FL 34758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jacob Canale**
**223 SHENANDOAH DR.**
**MARTINEZ, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jacob Chacon**
**3148 DEARBORN AVE**
**PALMDALE, CA 93551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jacob Contreras**
**1008 BOBBY POLLARD AVE**
**NORTH LAS VEGAS, NV 89086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Diaz**
**16500 ARVID ST.**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Dreiband**
**1790 TALL PINES DR**
**LARGO, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Fanning**
**6468 W 84 AVE**
**ARVADA, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Fine**
**6071 HOWELL DRIVE**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Fisher**
**2114 E MOUNTAIN SKY COURT**
**PHOENIX, AZ 85048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Gildersleeve**
**4019 CARMEL VIEW RD**
**156**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$790.06** | **$790.06** |
|---|---|---|---|---|

**Jacob Gildersleeve**
**4019 CARMEL VIEW RD**
**156**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Goldberg**
**6910 Yolanda Ave**
**Reseda, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Griffeth**
**27940 Solamint Rd**
**Bldg 13 Apt 208**
**SANTA CLARITA, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Hausner**
**33 AUBRIETA**
**RANCHO SANTA MARGARITA, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Jamison**
**646 E. Jackson**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Koster**
**1543 GLORIETA ST**
**ALBUQUERQUE, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Lebron**
**24488 MOZER DR**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Lopez**
**21042 E ARROW HWY**
**130**
**COVINA, CA 91724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Manuel**
**1942 W. MERLIN**
**TUCSON, AZ 85713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Mcarthur**
**837 93rd**
**Apt B**
**Naples, FL 34108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Mckinley
7954 E Butte St
Mesa, AZ 85207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Mcleroy
6947 FARMALL WAY EASTVALE
EASTVALE, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob McNutt
10447 VIENNA ST
306
PARKER, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Mendez
10261 CALLE INDEPENDENCIA
FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Mendez**
**3975 N SEVENTH ST**
**FRESNO, CA 93726**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Merjil**
**2462 ROCHELLE**
**MONROVIA, CA 91016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Montiel-Hunt**
**21480 E VIA DEL PALO**
**QUEEN CREEK, AZ 85142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Novak**
**18807 E. Linvale Pl.**
**Aurora, CO 80013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.98** | **$185.98** |
|---|---|---|---|---|

**Jacob Novak**
**18807 E. Linvale Pl.**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Olney**
**13561 SHOSHONE ST**
**DENVER, CO 80234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Owens**
**8189 COLQUITT RD**
**#A**
**SANDY SPRINGS, GA 30328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Paik**
**7644 WATERBURY PL.**
**RANCHO CUCAMONGA, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Pinon**
**285 E MISSION ST**
**SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Proo**
**3743 W 177TH ST.**
**TORRANCE, CA 90504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Pustelnik**
**15892 WADSWORTH PLACE**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob soergel**
**10363 RED MT E**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Thomas**
**122 S Mission Drive**
**San Gabriel, CA 91776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Tran**
**84 BRIARWOOD**
**IRVINE, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Waters**
**4790 E. Dartmouth Ave**
**Denver, CO 80222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacob Wieck**
**82485 Miles Ave**
**Indio, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)  **20-02477-LA7**
_____

| 2.6175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacque Hetherington**
**5121 Ruby Sunset St**
**North Las Vegas, NV 89031**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Benton**
**229 courtyard blvd apt 208**
**Sun City Center, FL 33573**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Boecker**
**6474 ROYAL WOODS DR**
**FORT MYERS, FL 33908**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Chavez**
**17715 NW ANASTASIA DR**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address

**2.6179**

**Jacqueline Cila**
**3300 N 57TH AV**
**APT 74**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.6180**

**Jacqueline cordero**
**9551 NW 31ST PL**
**SUNRISE, FL 33351**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.6181**

**Jacqueline Coreas**
**617 ELAINE AVE**
**OCEANSIDE, CA 92057**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.6182**

**Jacqueline Estrada**
**2468 W Whittier Blvd**
**#3**
**La Habra, CA 90631**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**      **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Galdamez**
**18860 Whitney Pl**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Gil**
**5011 Axtell St**
**Los Angeles, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Jacques**
**1200 Sw 11th Avenue**
**Apt A**
**Deerfield Beach, FL 33441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Lopez**
**853 ORCHID CT**
**L**
**UPLAND, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jacqueline Martinez-Martinez**<br>**6328 ELTON AVE**<br>**LAS VEGAS, NV 89107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jacqueline Mateo**<br>**716 N Hobart Blvd**<br>**Los Angeles, CA 90029** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jacqueline Morales**<br>**137 E ACACIA ST**<br>**APT C**<br>**BREA, CA 92821** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jacqueline Nohl**<br>**13034 GARDNER DRIVE**<br>**ALPHARETTA, GA 30009** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.6191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Jacqueline Olague**
**9974 SAN FERNANDO RD**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Jacqueline Pastor**
**214 S SIERRA VISTA AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Jacqueline Pena**
**3738 IDAHO ST**
**BALDWIN PARK, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Jacqueline Porras Ramos**
**5100 E TROPICANA AVE**
**APT 23F**
**LAS VEGAS, NV 89122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.6195

Priority creditor's name and mailing address

**Jacqueline Rizzo**
**9727 SE 163RD STREET**
**SUMMERFIELD, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6196

Priority creditor's name and mailing address

**Jacqueline Rodriguez**
**6100 Marinette dr**
**B 301**
**HOUSTON, TX 77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6197

Priority creditor's name and mailing address

**Jacqueline Sanders**
**708 AVENIDA MAJORCA**
**#A**
**LAGUNA WOODS, CA 92637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6198

Priority creditor's name and mailing address

**Jacqueline Serna**
**4427 LOS SERRANOS BLVD**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Tellez**
**5619 Pga Boulevard**
**Apt 1211**
**Orlando, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Trahin**
**4007 W LYNWOOD ST PHOENIX**
**AZ**
**PHOENIX, AZ 85009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacquelyn Marquez**
**10748 FOOTHILL BLVD**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jacques Francois**
**12155 NE 6TH AVE**
**19**
**NORTH MIAMI, FL 33161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jacqui Ochoa**
**437 MAYAN DR**
**HENDERSON, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| 2.6204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jada Johnson**
**102 SOUTH D STREET**
**OXNARD, CA 93030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| 2.6205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jada Liddell**
**3750 SATELLITE BLVD**
**331**
**DULUTH, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| 2.6206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jada Mccall**
**2525 W. Anklam Rd**
**Apt 1319**
**Tucson, AZ 85745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jada Mendez-Scott**
**1753 HUDSON RIVER RD. NE**
**RIO RANCHO, NM 87144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jada Reid**
**201 PLAZA VERDE DR**
**1615**
**HOUSTON, TX 77038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jada washington**
**2390 NW 153ST**
**MIAMI, FL 33054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jade Contreras**
**671 EL CAMINO REAL**
**101**
**SANTA CLARA, CA 95050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jade Jefferies**<br>**2605 BENTLEY ROAD SE**<br>**APT # 3608**<br>**MARIETTA, GA 30067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$108.32** | **$108.32** |
|---|---|---|---|---|
| | **Jade Jefferies**<br>**2605 BENTLEY ROAD SE**<br>**APT # 3608**<br>**MARIETTA, GA 30067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaden Carter**<br>**4373 EAST WHEATON STREET**<br>**GILBERT, AZ 85295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaden Dessow**<br>**965 HELMSLEY COURT**<br>**205**<br>**LAKE MARY, FL 32746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaden Landis**
**9164 W PROGRESS AVE**
**LITTLETON, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaden Patterson**
**4916 NIMMO DR.**
**CHEYENNE, WY 82009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jadon Cotton**
**11525 CLEWS RANCH RD**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jadyn Wickerham**
**13196 SE 122ND AVE**
**G4**
**CLACKAMAS, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jae chang**<br>**17111 ALTADENA DR**<br>**#B**<br>**TUSTIN, CA 92780** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaedon Adan**
**15111 Red Sox Circle**
**Fontana, CA 92336**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaeger Stenchever**
**1151 TOOKES RD**
**TARPON SPRINGS, FL 34689**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaelyn Romero**
**20915 Serrano Creek Rd**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jaemon White**
**54380 AVENIDA VALLEJO**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**JAEN ESPARZA**
**54 SEASCAPE**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jaeric Aguirre**
**6936 OWENSMOUTH AVE**
**CANOGA PARK, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jahaira Cruz**
**4451CAMERON PRESERVE**
**202**
**Kissimmee, FL 34746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jahdon Young**
**809 BELLEAIR PLACE**
**809**
**CLEARWATER, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jahel Marin**
**866 Pacific Ave**
**San Jose, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jahlani Jones**
**1501 ANDERSON PL SE**
**ALBUQUERQUE, NM 87108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jahwah Smith**
**11024 SW 157 TERR**
**MIAMI, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jaiden Glover**
**1565 FLYNN ROAD**
**6202**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jailen Mouton**
**1040 COURT DRIVE APT.Q**
**1040**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**jaileny aybar**
**3453 DIANTHUS LANE**
**LAWRENCEVILLE, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jailyn Starks**
**13151 Yorba Ave.**
**#182**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.6235 Priority creditor's name and mailing address
**Jaime Alvarez**
**11637 ACACIA AVE**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.6236 Priority creditor's name and mailing address
**Jaime Alvarez**
**150 11TH AV SW**
**LARGO, FL 33770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

---

2.6237 Priority creditor's name and mailing address
**Jaime Audelo**
**1651 Wsaint John**
**Phoenix, AZ 85023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

---

2.6238 Priority creditor's name and mailing address
**Jaime Beltran**
**4133 JAMUL AVE**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Cardenas**
**2501 SAGE DR**
**KISSIMMEE, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Cota**
**137 W. Wedwick St**
**Tucson, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Davis**
**4834 SW OLESON RD**
**#A**
**PORTLAND, OR 97225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Garcia**
**1162 W Casa Grande Ave**
**Apt A**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6243** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jaime hays**
**12106 SE 72ND TERRACE RD**
**BELLEVIEW, FL 34420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6244** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jaime manriquez**
**45784 SUTTER CRECK**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6245** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.39** | **$184.39**

**Jaime manriquez**
**45784 SUTTER CRECK**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6246** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jaime Meneses**
**1701 E LA HABRA BLVD**
**27**
**LA HABRA, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

| 2.6247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Jaime Morales**
**128 West Valencia Dr.**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Jaime Ramirez**
**1122 TOPAZ AVE**
**SAN JOSE, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Jaime Rodriguez**
**364 WindCroft Circle NW**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Jaime Toscano**
**2554 CAMARA CICLE**
**#D**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Vera Cuadro**
**9055 ESTES ST**
**WESTMINSTER, CO 80021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaime Winston**
**4991 Mountain Springs Ln**
**Stone Mountain, GA 30083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaimie Smith**
**3136 CLAUDIA DRIVE**
**CONCORD, CA 94519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jairo Martinez Cornejo**
**124 EAST 103RD ST**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jairo Simental**
**9607 EDELWEISS STREET**
**RANCHO CUCAMONGA, CA 91730**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaisel Bollig**
**4160 SHAW BLVD**
**WESTMINSTER, CO 80031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaivion Lattimore**
**16532 E Iliff Pl**
**Aurora, CO 80013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.6258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaivon Simmons**
**105 E. OLIVE AVE**
**MONROVIA, CA 91016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jakaylah Williams**<br>**1222 NIKKI LANE**<br>**STAFFORD, TX 77477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jake Berman**<br>**13218 MARICOTTE PLACE**<br>**SAN DIEGO, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jake Johnson**<br>**5236 Guardian Peak St**<br>**Las Vegas, NV 89148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jakeila Young**<br>**2641 SHIRLEYS WAY**<br>**202**<br>**LEESBURG, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.6263

Priority creditor's name and mailing address
**Jakera Addison**
**430 SE 1ST AVE**
**DELRAY BEACH, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.6264

Priority creditor's name and mailing address
**Jakob Book**
**4311 Okeechobee Blvd**
**West Palm Beach, FL 33409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.6265

Priority creditor's name and mailing address
**Jalder Betanco Ortez**
**2616 W ORANGETHROPE AVE**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.6266

Priority creditor's name and mailing address
**Jaleel Jack**
**2430 MCKINLEY ST**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jalen Allen**
**621 FREEPORT LN**
**OXNARD, CA 93035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jalen Cunnningham**
**6249BELLOTA DR**
**D**
**LAS VEGAS, CA 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jalen Garcia**
**8108 NE 36TH CT**
**VANCOUVER, WA 98665**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jalen Kelly**
**1955 BELLS FERRY RD**
**4322**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6271 | Priority creditor's name and mailing address<br>**Jalen Williams**<br>**13404 HERITAGE WAY**<br>**636**<br>**TUSTIN, CA 92782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6272 | Priority creditor's name and mailing address<br>**Jamaal Idlette**<br>**854 Jarmilla Ln**<br>**Fort Myers, FL 33905** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6273 | Priority creditor's name and mailing address<br>**Jamaal reed**<br>**2238 WOODGLEN**<br>**MISSOURI CITY, TX 77489** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6274 | Priority creditor's name and mailing address<br>**Jamai Anderson**<br>**255 HONEYSUCKLE CIRCLE**<br>**BUILDING 1000 APT. 1010**<br>**LAWRENCEVILLE, GA 30046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6275 | Priority creditor's name and mailing address **Jamal Daud** **535 SOUTH MARKET STREET** **304** **SAN JOSE, CA 95311** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.6276 | Priority creditor's name and mailing address **Jamal Jones** **62126 DESERT AIR RD** **JOSHUA TREE, CA 92252** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.6277 | Priority creditor's name and mailing address **Jamal Price** **801 LOCUST PL NE** **2279** **ALBUEQUERQUE, NM 87102** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.6278 | Priority creditor's name and mailing address **Jamal Richards** **710 PEACHTREE ST NE** **125** **ATLANTA, GA 30308** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaman Beck**
**3320 SOUTH COBB DR #H42**
**SMYRNA, GA 30080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamara Luckett**
**1508 Hampton Rd**
**Leesburg, FL 34748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamarie Lopez**
**10545 JEPSON ST**
**ORLANDO, FL 32825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamell Flournah**
**8250 Pembroke Villas**
**Orlando, FL 32810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James ALLEN**
**1708 Springbrook trail**
**Smyrna, GA 30082**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.6284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Anderson**
**178 W BREEZY WAY**
**THE WOODLANDS, TX 77380**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.6285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Andonian**
**11974 Vara Pl**
**Granada Hills, CA 91344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.6286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Billinger**
**9350 UTICA**
**WESTMINSTER, CO 80031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James birkin**
**2741 ANDREO AVE**
**NONE**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Borchard**
**5424 CALAROSA RANCH RD**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Boyd**
**1308 Fair St Sw**
**Atlanta, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**james carrell**
**1019 EAST MISSION S**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Cassidy**
**6614 OSCEOLA LPOLK LN RD**
**DAVENPORT, FL 33896**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Chesnut**
**17441 TAM O SHANTER DR.**
**POWAY, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Contact**
**707 MORROCCO DR.**
**HENDERSON, NV 89002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Cox**
**824 Farm Creek Rd**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Cusack**
**13233 LUCKETT COURT**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Dale**
**5138 Don Pio Dr.**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Davis**
**12118 Caminito Campana**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Drisco**
**90 Rose Dr**
**Fruitland Park, FL 34731**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Driscoll**
**1026 S FORDHAM DR**
**TUCSON, AZ 85710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Edwards**
**760 BIRCH RIDGE DRIVE**
**ROSWELL, GA 30076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Engler**
**4486 ARCADIA DRIVE**
**NORCROSS, GA 30093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.51** | **$3.51** |
|---|---|---|---|---|

**James F.  Billinger**
**9350 UTICA**
**WESTMINSTER, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Ford**
**2911 N LOCKWOOD RIDGE RD**
**19**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James funkhauser**
**1577 ORO VISTA RD.**
**25**
**SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Gates**
**11340 Via Mari Cae CT**
**Clermont, FL 34711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Gross**
**62 Vista Del Rio**
**Boynton Beach, FL 33426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**james harris**
**6665 YOUNGFIELD CIRCLE**
**ARVADA, CO 80004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**James Hightower**
**4818 N. Tuttle Av.**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**James Hoisten**
**11606 FOREST WIND LANE**
**HOUSTON, TX 77066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**James Jones**
**3843 WESTWOOD BLVD**
**CULVER CITY, CA 90232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

| 2.6311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Kim**
**319 W. LAMBERT RD.**
**21**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Latta**
**11931 LAMBERT AVE**
**EL MONTE, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Leung**
**6414 CAMDEN AVE**
**NA**
**SAN JOSE, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.52** | **$175.52** |
|---|---|---|---|---|

**JAMES LEUNG**
**6414 CAMDEN AVE**
**NA**
**SAN JOSE, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Madrigal**
**2454 W 233rd St**
**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James McCoy**
**2681 SOUTH MAIN STREET**
**LOT 5**
**KENNESAW, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Miles**
**316 MANGO DR**
**DAVENPORT, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Munroe**
**10462 Shangri La Drive**
**Huntington Beach, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**james myers**
**13834 HOLCOMB RD**
**OREGON CITY, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6320 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Neils**
**808 SUNSET RIDGE DR**
**WASHOUGAL, WA 98671**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6321 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Newell**
**1737 BETHUNE COURT**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6322 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Nobile**
**627 PASEO LINDO**
**OXNARD, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Nunez**
**27 DONATELLO**
**ALISO VIEJO, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Pearson**
**54 SCHOOL ST**
**WHITE, GA 30184**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Ponce**
**3334 Maceo Street**
**Los Angeles, CA 90065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Powers**
**1577 ORO VISTA RD**
**25**
**SAN DIEGO, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Pratt**
**95 RENAISSANCE PKWY N.E**
**ATLANTA, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Robinson**
**149 SW 49TH ST.**
**CAPE CORAL, FL 33914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Smith**
**10104 rose petal place**
**Riverview, FL 33578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Smith**
**2416 FOOTHILL LN**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.6331 | Priority creditor's name and mailing address **James Smith** **2116 VALLEY OAKS DR** **SMYRNA, GA 30080** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6332 | Priority creditor's name and mailing address **James Sodek** **4914 Lowell Dr** **Immokalee, FL 34142** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6333 | Priority creditor's name and mailing address **James Soriano** **1209 AYALA DRIVE** **#6** **SUNNYVALE, CA 94086** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6334 | Priority creditor's name and mailing address **James Soyferman** **4617 GLENBROOKE DR** **SARASOTA, FL 34243** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **James Tetreault**<br>**3046 MONTICELLO PL.**<br>**302**<br>**ORLANDO, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **James Tillman**<br>**7961 GLADIOLUS DR**<br>**107**<br>**FORT MYERS, FL 33908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **James Velazquez**<br>**244 E 4**<br>**NATIONAL CITY, CA 91950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **James Waltjen**<br>**749 HOLBERTSON**<br>**SIMI VALLEY, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Weaver**
**6830 Champions Plaza Dr**
**#1021**
**HOUSTON, TX 77069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Williams**
**302 EAST OHIO AVE**
**TAMPA, FL 33603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Williams**
**3300 Broadway Apt 5**
**West Palm Beach, FL 33407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**James Windau**
**2901 Grand Blvd**
**Vancouver, WA 98661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

---

**2.6343** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jameson Dieusinor**
**304 Clemson Drive**
**Altamonte Springs, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6344** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jameson Kennedy**
**6147 S. FLOWER ST.**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6345** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jameson Knight**
**1315 Arlington Pl.**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6346** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jameson Lauvince**
**2616 LEGEND CT**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamicheal Johnson**
**21427 SLATE CROSSING LANE**
**KATY, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Arabit**
**10061 Bernice Circle**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Casas**
**15455 NE 6 AVE**
**C411**
**NORTH MIAMI BEACH, FL 33162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Howard**
**10414 Trotters Bay**
**San Antonio, TX 78254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Padilla**
**4400 PHILADELPHIA ST**
**SP 180**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Salazar**
**20113 NW 64 AVE**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Shelton**
**6904 NE 199th St.**
**Vancouver, WA 98686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie Stephens**
**1827 LIVINGSTONE ST**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamiee Coleman**
**6930 LENNOX AVE**
**12**
**VAN NUYS, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamiel gustafson**
**10009 DE SOTO AVE**
**232**
**CHATSWORTH, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamieson De Vera**
**4052 MALVA TERRACE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$69.66** | **$69.66** |
|---|---|---|---|---|

**Jamil E. Lawrence**
**NE 40TH ST 15907**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**

Name

Case number (if known)   **20-02477-LA7**

---

| 2.6359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jamil Lawrence**
**NE 40TH ST 15907**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jamila Chevez**
**932 Silver Lake Dr**
**Acworth, GA 30102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jamily HERNANDEZ**
**437 W ALMOND ST**
**COMPTON, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jaminh Serratos**
**1424 BERKELEY**
**#3**
**SANTA MONICA, CA 90404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamison Cooper**
**2692 E STEARNS STREET**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JaMonica Wright**
**1129 BENTLEY ROAD**
**1129**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamyia Stanley**
**501 ROBERTS DR**
**26**
**RIVERDALE, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jan Liwanag**
**19342 Balan Rd.**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.6367

Priority creditor's name and mailing address

**Janae Bellamy**
**12300 JEFFERSON CIR**
**199**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.6368

Priority creditor's name and mailing address

**Janae Williams**
**2310 GARFIELD ST**
**APT 1**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.6369

Priority creditor's name and mailing address

**Janay Minus**
**1060 OAK GROVE ROAD**
**28**
**CONCORD, CA 94518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

2.6370

Priority creditor's name and mailing address

**Janea Worm**
**1114 PINELLAS STREET**
**APT 4**
**CLEARWATER, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6371** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Janel Culbreath**
**4941 ALEXANDER DRIVE**
**OXNARD, CA 20603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6372** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Janel Valderas**
**917E MOBECK ST**
**#D**
**WEST COVINA, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6373** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Janelle Jaime**
**1268 WEST NELSON**
**FOWLER, CA 93625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6374** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Janelly Grimaldo**
**1010 WEST 15TH AVENUE**
**ESCONDIDO, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6375**

Priority creditor's name and mailing address

**Janessa Ramirez**
**43952 SOLA ST**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6376**

Priority creditor's name and mailing address

**Janet Bain**
**1798 Nw 55th Ave**
**Apt 202**
**Fort Lauderdale, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6377**

Priority creditor's name and mailing address

**Janet Bautista**
**225 N. Bewley St.**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6378**

Priority creditor's name and mailing address

**Janet Burney**
**8105 NE FOURTH PLAIN BLVD**
**APT. 301**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6379** | Priority creditor's name and mailing address

**Janet Duvall**
**1419 PRIMROSE ST**
**CONROE, TX 77385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6380** | Priority creditor's name and mailing address

**Janet Hernandez**
**79465 N. SUNRISE RIDGE**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6381** | Priority creditor's name and mailing address

**Janet Litt**
**1820 W 101ST AVE**
**THORNTON, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6382** | Priority creditor's name and mailing address

**Janet Martinez**
**8000 King st**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janet Mendoza**<br>**5917 LISKA LN**<br>**203**<br>**SAN JOSE, CA 95119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janet Olea**<br>**24839 Walnut St**<br>**Newhall, CA 91321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janet Olguin**<br>**1708 KISMET CIRCLE**<br>**LAS VEGAS, NV 89108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janet Romero**<br>**13714 OMEGA CIRCLE**<br>**LONE TREE, CO 80124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janet Santillan**
**5416 CASTILLO DE ROSAS**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janet Voorhees**
**9269 SE 197TH AVENUE**
**OCKLAWAHA, FL 32179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janetcilize Martinez**
**1712 N ALBANY AVE**
**A**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janeth Miranda**
**8000 king st**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janeth Salmeron**
**5630 Springhouse Dr.**
**Apt #19**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janett Morales**
**4498 Buford Hwy**
**Apt 309**
**Norcross, GA 30071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.83** | **$12.83** |
|---|---|---|---|---|

**Janett Morales**
**4498 Buford Hwy**
**Apt 309**
**Norcross, GA 30071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janette Light**
**6031 DIAL WAY**
**SAN JOSE, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janh Barrios**
**5542 Lehigh Ave**
**Apt 96**
**Orlando, FL 32807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janice Blank**
**11908 DOROTHY ST.**
**203**
**LOS ANGELES, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janice Felton**
**815 myrtle st**
**Apt 8-1**
**Roswell, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janice Park**
**13369 ENTREKEN AVE**
**SAN DIEGO, CA 92129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janine estrada**<br>**1420 E LA DENEY DR**<br>**ONTARIO, CA 91764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janine Prover**<br>**304 Veneto**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janis Mesadieu**<br>**8601 Nw 25 Court**<br>**Sunrise, FL 33322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Janis Serrano-Garces**<br>**74 CALLE CATALUNA**<br>**CAMARILLO, CA 93012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6403 | Priority creditor's name and mailing address<br>**Janis Vanduzer**<br>**2730 LINDA ST**<br>**SARASOTA, FL 34231** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6404 | Priority creditor's name and mailing address<br>**Janmikell Bastardo**<br>**5008 BANNING STREET**<br>**LEHIGH ACRES, FL 33971** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6405 | Priority creditor's name and mailing address<br>**Janna A.  Juarez**<br>**39150 SUNDALE DR**<br>**20**<br>**FREMONT, CA 94538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23.75** | **$23.75** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6406 | Priority creditor's name and mailing address<br>**Janna Juarez**<br>**39150 SUNDALE DR**<br>**20**<br>**FREMONT, CA 94538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janneth Morales**
**1109 S Garfield**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jannette Aguilera**
**3557 W 133 RD ST**
**HAWTHORNE, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jantse Estrada**
**208 E BASELINE RD**
**TEMPE, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Janysa Trujillo**
**5121 RUBY SUNSET ST**
**NORTH LAS VEGAS, NV 89031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaquan Macalou**
**2551 S OLATHE WAY**
**AURORA, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaquan Morgan**
**8200 Haven Ave 13-107**
**Cucamonga, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaquan Williams**
**515 SEASON PARKWAY**
**NORCROSS, GA 30093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaquelin martinez**
**7200 PINEMONT DR**
**2108**
**HOUSTON, TX 77040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaqueline Corleto**<br>**3825 W 139TH ST**<br>**HAWTHORNE, CA 90250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaqueline Leyva**<br>**460 E MISSION AVE**<br>**13**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaqueline Ocampo**<br>**10161 D ESTE DR**<br>**ANAHEIM, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jaqueline Ortiz**<br>**8278 Charlin Pkwy**<br>**Orlando, FL 32822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaquwaan Walker**
**2073 28TH ST**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jared bland**
**1550 TERRELL MILL RD**
**10N**
**MARIETTA, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jared Boulnois**
**6477 S CODY WAY**
**LITTLETON, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jared Broxton**
**5238 CLAIREMONT MESS BLVD**
**4**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6423**

Priority creditor's name and mailing address
**Jared Jones**
**826 NORTH PRIMROSE AVE**
**RIALTO, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6424**

Priority creditor's name and mailing address
**Jared Louissaint**
**120 LONGWOOD PL**
**DALLAS, GA 30132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6425**

Priority creditor's name and mailing address
**Jared Ramirez**
**12341 FLAGSTONE PL**
**GARDEN GROVE, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6426**

Priority creditor's name and mailing address
**Jared Robinette**
**9854 COSTA LAGO ST**
**SAN DIEGO, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jared Schoessow**
**17 CASA VERDE**
**FOOTHILL RANCH, CA 92610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jared Soto**
**11350 Markab Drive**
**San Diego, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jaren Kinard**
**7400 E. Golf links Rd**
**Apt #216**
**Tucson, AZ 85730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jarius Isaac**
**8409 Reseda Ave.**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarmain wilson**
**8631 SE. BYBEE BLVD**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarnelle Coleman**
**1115 Beechbend Drv**
**Missouri City, TX 77489**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaron Gonzales**
**3332 WYOMING BLVD NE**
**ALBUQUERQUE, NM 87111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarred Dusseau**
**41040 Indigo Way**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarred Rivera**
**4416 N CLARK AVE**
**9**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarred Spencer**
**15934 DARTON DRIVE**
**HOUSTON, TX 77053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarrick Stanton**
**30685 FM 2978**
**1346**
**MAGNOLIA, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jarrod Englander**
**2024 Nw 139 Terr**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.6439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jarvis Bethea
820 Canton Rd.
Apt 117
Marietta, GA 30060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jarvis Jackson
1595 GOODEN CROSSING
LARGO, FL 33778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jasiah James
3255 GREENWICH COURT
DULUTH, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jasim Ali
2349 E BONITA ST
GILBERT, AZ 85296**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Jasleen Kaur**
**17900 HIAWATHA ST.**
**114**
**NORTHRIDGE, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6444**   Priority creditor's name and mailing address

**Jasmic Holden**
**908 NEBRASKA ST**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:     **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6445**   Priority creditor's name and mailing address

**Jasmin Arias**
**4930 Sugar Grove Blvd.**
**#4204**
**Stafford, TX 77477**

As of the petition filing date, the claim is:     **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6446**   Priority creditor's name and mailing address

**Jasmin Cortez**
**1085 TASMAN DRIVE**
**358**
**SUNNYVALE, CA 94089**

As of the petition filing date, the claim is:     **Unknown**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmin Enriquez**
**1757 N LANDEN ST**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$604.65** | **$604.65** |
|---|---|---|---|---|

**JASMIN ENRIQUEZ**
**1757 N LANDEN ST**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmin Gallegos**
**5608 TYLER AVE.**
**ARCADIA, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmin Hernandez**
**207 MARIE DR**
**WEST PALM BEACH, FL 33415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmin martinez**<br>**8825 MENKAR RD**<br>**SAN DIEGO, CA 92126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Adams**<br>**853 TULANE COURT**<br>**MOUNTAIN VIEW, CA 94040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Agustin**<br>**932 S. CITRUS AVE**<br>**ESCONDIDO, CA 92027** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Albanes**<br>**1717 Cedar St**<br>**Apt C**<br>**Alhambra, CA 91801** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Austria**<br>**83735 Swinton Dr**<br>**Indio, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Ayo-Ajayi**<br>**2042 SW 148 AVE**<br>**MIRAMAR, FL 33027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Baes**<br>**6235 Comstock Ave**<br>**Apt 9**<br>**Whittier, CA 90601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Bailer**<br>**519 LOCHMERE AVE**<br>**LA PUENTE, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Cheong**
**37 TAVELLA PL.**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Etienne**
**5542 Arnold  Palmer DR**
**Apt 8211**
**Orlando, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Garcia**
**258 N Capitol Ave**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Gatlin**
**7302 ALABONSON RD**
**512**
**HOUSTON, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Jasmine Harrell** | Check all that apply. |
| **8470 CARSON PL UNIT 31** | ☐ Contingent |
| **RANCHO CUCAMONGA, CA 91730** | ☐ Unliquidated |
| | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Jasmine herrera** | Check all that apply. |
| **7911 SE KING RD** | ☐ Contingent |
| **31** | ☐ Unliquidated |
| **MILWAUKIE, OR 97222** | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Jasmine hudson** | Check all that apply. |
| **2731 DAWN STAR DR** | ☐ Contingent |
| **MISSOURI CITY, TX 77489** | ☐ Unliquidated |
| | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Jasmine Jovel** | Check all that apply. |
| **219 AZORES COURT** | ☐ Contingent |
| **BAY POINT, CA 94565** | ☐ Unliquidated |
| | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.6467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Lopez**<br>**80000 Avenue 48**<br>**#287**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Lorah**<br>**650 TEMPE CT**<br>**APT 1**<br>**PLEASENT HILL, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Loredo**<br>**5900 W TROPICANA AVE**<br>**TRLR 138**<br>**LAS VEGAS, NV 89103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Matsumoto**<br>**6373 BENNER COURT**<br>**PLEASANTON, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.6471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Melgoza**<br>**3339 Edgecreek Dr**<br>**Houston, TX 77066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Morales**<br>**11940 169TH ST**<br>**ARTESIA, CA 90701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Nava**<br>**1533 North Evergreen Ave**<br>**Apt 325**<br>**Los Angeles, CA 90033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jasmine Nolasco**<br>**641 E OLIVE AVE**<br>**#2**<br>**SUNNYVALE, CA 94086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine ortega**
**23250 ORANGE AVE**
**8**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Padilla**
**225 E 1ST AVE**
**LA HABRA, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Pannell**
**6437 SE CLATSOP ST**
**PORTLAND, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jasmine Rios**
**1096 E. GOSHEN**
**FRESNO, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6479**

Priority creditor's name and mailing address
**Jasmine Vega**
**15802 GATEBRIAR**
**MISSOURI CITY, TX 77489**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.6480**

Priority creditor's name and mailing address
**Jasmine Wills**
**2793 S OAKLAND FOREST DR 202**
**OAKLAND PARK, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.6481**

Priority creditor's name and mailing address
**Jason Abolencia Jr**
**1586 YOSEMITE DRIVE 206**
**LOS ANGELES, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.6482**

Priority creditor's name and mailing address
**Jason allred**
**235 RIVERSTONE COMMONS CIR**
**CANTON, GA 30114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **$0.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Alton**
**12040 SW BURLHEIGHTS ST**
**TIGARD, OR 97223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Aponte**
**17927 Ash Street**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Austin**
**1438 20TH STREET**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Bulahao**
**SW BURLWOOD LANE**
**BEAVERTON, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jason Byrne**
**440 HANNETT AVE. NE**
**ABQ, NM 87102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jason Chen**
**986 BRIDGEWOOD WAY**
**SUNNYVALE, CA 94089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jason Forestier**
**7071 LAKERIDGE CT**
**103**
**FORT MYERS, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jason Freeman**
**3824 E. MORLEOS ST.**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Gatti**
**1516 E SAINT JOHN RD**
**PHOENIX, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Goussarov**
**6511 SECREST CT**
**TAMPA, FL 33625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Henderson**
**4007 Cypress Lane**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Hernandez**
**9271 Kern Ave**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

| 2.6495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Jason Jewell**<br>**123SEMINOLEBLV**<br>**69**<br>**LARGO, FL 33778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Jason Jones**<br>**112 SPECTACULAR BID**<br>**PERRIS, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Jason Kovach**<br>**1816 S. PRUDENCE PL.**<br>**TUCSON, AZ 85710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Jason Kuznicki**<br>**12800 NE 4TH ST**<br>**LL 104**<br>**VANCOUVER, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Le**
**15712 GLEDHILL ST**
**NORTH HILLS, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Leasuasu**
**10866 POBLADO RD**
**1112**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Leimbach**
**150 N 14TH ST**
**SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason leon**
**1511 LONG POND DR**
**VALRICO, FL 33594**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jason Liu**
**455 ARMITOS PL**
**DIAMOND BAR, CA 91765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jason Livingston**
**9071 DALLAS STREET**
**B06**
**LA MESA, CA 94598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jason Luong**
**11310 CHERRYLEE DRIVE**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jason Metsala**
**10200 PARK MEADOWS DRIVE**
**3221**
**LITTLETON, CO 80124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Modesitt**
**6283 109TH TERRACE NORTH**
**PINELLAS PARK, FL 33782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Nava**
**46575 CLINTON ST**
**L126**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Ochoa**
**9340 FOOTHILL BLVD**
**18**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Parker**
**2626 E SILK OAK DR**
**TEMPE, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Severyno**
**635 LENWAY DR**
**635**
**ORLANDO, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Shokunbi**
**450 lilburn school rd**
**A5**
**lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Smith**
**11303 WILSHIRE BLVD**
**BLDG 116**
**LOS ANGELES, CA 90073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Soriano**
**4545 Pennwood Ave**
**APT 124**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Trejo**
**314 LA FRANCE AVE**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Van Duyne**
**1432 WARDMAN DRIVE**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Weese**
**20371 WYNFREED LANE**
**PORTER RANCH, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason Wong**
**15339 NW CASEY DR**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.6519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Jasper Ancheta**<br>**4644 FULLER STREET**<br>**SANTA CLARA, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Jasper Roybal**<br>**3001 S. Sheridan Blvd.**<br>**Denver, CO 80227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Jasvir Singh**<br>**11712 1/2 Artesia Blvd**<br>**Artesia, CA 90701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Jaswandee Mccoy**<br>**2212 32ND AVE EAST**<br>**E4**<br>**BRADENTON, FL 34208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jathon West**<br>**1504 FOLKESTONE STREET**<br>**SPRING CALLEY, CA 91977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jatziry Ortiz**<br>**4212 Altadena Ave**<br>**Apt 13**<br>**San Diego, CA 92115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Javarius Robinson**<br>**1071 DONEGAN RD**<br>**LARGO, FL 33771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65.55** | **$65.55** |
|---|---|---|---|---|
| | **Javier A. Salguero**<br>**4907 MERIDIAN ST.**<br>**LOS ANGELES, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Alejandro Montenegro**
**3126 CAMINO REAL DE NORTE**
**KISSIMMEE, FL 34744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Castro**
**3452 HASTY ST**
**SAN DIEGO, CA 92115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Cruz**
**235 57th st nw**
**Albuquerque, NM 87105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier De la Rosa**
**2613 MCINTOSH RD**
**SARASOTA, FL 34243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Diaz**
**2045 N. 81 Place**
**Scottsdale, AZ 85257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Enrique Montenegro**
**6838 AXIS WEST CIRCLE**
**2321**
**ORLANDO, FL 32821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Gonzalez**
**153 Red Rose CIR.**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Guiliano**
**15411 MIDCREST DRIVE**
**WHITTIER, CA 90604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Javier Liquet**<br>**913 E HUMPHREY ST**<br>**#B**<br>**TAMPA, FL 33604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Javier Lopez**<br>**416 palo alto st.**<br>**Mountain View, CA 94041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Javier Matute**<br>**4001 ROGERS STREET**<br>**LOS ANGELES, CA 90063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Javier Medrano**<br>**1753 1/2 N WESTERN AVE**<br>**LOS ANGELES, CA 90027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Mendoza**
**24818 ESHELMAN AVE.**
**21**
**LOMITA, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Mundo**
**4149 OLYMPIC ST**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Ramirez**
**1302 SOUTH SAN GABRIEL BLVD.**
**#B**
**SAN GABRIEL, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Rivas**
**1200 FAY BLVD.**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Rodriguez**
**5220 MISSION CARMEL LANE**
**206**
**LAS VEGAS, NV 89107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.6544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier rosales**
**1415 S STONEACRE**
**COMPTON, CA 90221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.6545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Salas**
**287 Kraemer Circle**
**Unit 710**
**Brea, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.6546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,466.89** | **$7,466.89** |
|---|---|---|---|---|

**JAVIER SALAS**
**287 Kraemer Circle**
**Unit 710**
**Brea, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Salguero**
**4907 MERIDIAN ST.**
**LOS ANGELES, CA 90042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Salmeron**
**1424 W 3RD ST**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Sanchez**
**246 SHOSHONE DR**
**SAN JOSE, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Javier Segura**
**5728 Bates ST**
**Apt 39**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.6551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Javier Serrano Avila** **24108 POPPYSTONE DR** **MORENO VALLEY, CA 92551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Javier Torres-Gacia** **12039 EDDLESTON DR** **NORTHRIDGE, CA 91326** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Javier Villasenor** **612 W HOUSTON AVE** **FULLERTON, CA 92832** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Javon Williams** **18929 TOMBALL PKWY** **204** **HOUSTON, TX 77070** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jax Longwell**
**2011 SOUTH JUNIPER ST.**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayashree Williams**
**2121 E GRAND AVE**
**U82**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayce Twitchell**
**6331 W Saddlehorn Rd**
**PHOENIX, AZ 85083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayda Cota**
**16250 HOMECOMING DR**
**1798**
**CHINO, CA 91780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayda Rivers**
**17306 SE 23RD WAY**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayde Allen Potter**
**5325 N CAMINO DE OESTE**
**TUCSON, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayden Mccurley**
**3126 CRESTMONT WAY**
**KENNESAW, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaydin Bowser**
**3724 East Paradise Lane**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayla Araujo**
**19633 NW 62 PL**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayla Blumenberg**
**3062 S BISCAY CIR**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaylen Lange**
**8573 Miguel Vista Place**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaylen Senters**
**1971 SUNSET VILLAGE CIRCLE**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6567** | Priority creditor's name and mailing address

**Jaylen Thomas**
**2558 LAKE DEBRA DR**
**17104**
**ORLANDO, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6568** | Priority creditor's name and mailing address

**Jaylin Blue**
**9760 Park Terrace Dr**
**#17**
**Santee, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6569** | Priority creditor's name and mailing address

**Jaylin Harriman**
**6716 SE MOLT STREET**
**MILWAUKIE, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6570** | Priority creditor's name and mailing address

**Jayme Perez**
**2729 VIA PASEO**
**#A**
**MONTEBELLO, CA 90640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jaymie Hampton**
**11802 N Armenia Ave**
**Tampa, FL 33612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayrali Morales**
**4889 Jordan Ave S**
**Lehigh Acres, FL 33976**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayshaun Walker**
**6823 HOCHAD DR**
**ORLANDO, FL 32819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayson carrasquillo**
**550 STAFFORD RUN ROAD**
**819**
**STAFFORD, TX 77477**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.6575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Jayson Rosete**
**1236 CALLE BONITA**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6576**

Priority creditor's name and mailing address

**Jayson Trierweiler**
**4855 Alondra Way**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6577**

Priority creditor's name and mailing address

**Jaythen Raguro**
**4982 ENSIGN ST**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6578**

Priority creditor's name and mailing address

**Jayzenette Morales**
**17249 W 7th St**
**Apt 2199**
**Phoenix, AZ 85022**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jayzyne Dipaolo**
**12603 Catamaran Pl**
**Tampa, FL 33618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Esquivel**
**8809 MAPLE ST**
**BELLFLOWER, CA 90702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Gomez**
**527 W 6th Ace**
**Escondido, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Hernandez**
**3661 PEACOCK CT**
**25**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Partida**
**26730 N. BROADWAY**
**ESCONDIDO, CA 92026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Prieto**
**5312 w calle maverick**
**Tucson, AZ 85741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Segura**
**17062 ALTADENA DR**
**APT B**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jazmin Valenzuela**
**1622 South 5th St**
**El Centro, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6587** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jazmine Lara**
**12616 TORREY BLUFF DRIVE**
**359**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6588** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jazmine Ruiz**
**256 JERICA LANE**
**DAVENPORT, FL 33897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6589** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jeamitza Santiago**
**2707 Charleston dr**
**Plant City, FL 33563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6590** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jean Cothiere**
**6680 NW 30TH ST**
**SUNRISE, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jean Elie Gabriel**
**8616 KNOTTINGHAM DR**
**KISSIMMEE, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.34** | **$20.34** |
|---|---|---|---|---|

**Jean Elie Gabriel**
**8616 KNOTTINGHAM DR**
**KISSIMMEE, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jean Fleuranvil**
**1072 Mentone Rd**
**Lantana, FL 33462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jean Fleurimond**
**19625 Nw 5th Ct**
**Miami, FL 33169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jean Mendoza**
**9812 REAGAND RD**
**211**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jean Morgan**
**17128 MATINAL RD**
**SAN DIEGO, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jean Onappeau**
**1443 Nw 4th St**
**Boynton Beach, FL 33435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jean Pety Victor**
**2235 DUNSFORD DRIVE**
**ORLANDO, FL 32808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jean Rene**<br>**3401 NW 3RD AVE**<br>**204**<br>**POMPANO BEACH, FL 33064** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jean Vertilhomme**<br>**8425 Windsor Drive**<br>**Hollywood, FL 33025** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jean-lyde steeven Charles**<br>**2770 NE 1ST TER**<br>**POMPANO BEACH, FL 33064** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **JeanEllen Trapani**<br>**410 ESTIL DR**<br>**NOKOMIS, FL 34275** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeanette Good**
**23701 S. Western Ave.**
**#99**
**Torrance, CA 90501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeanette Gordon**
**415 Mel Canyon Rd**
**Duarte, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeanette Monzon**
**12652 ADAMS ST**
**GARDEN GROVE, CA 92845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeanette Peltier**
**311 Monceaux Rd**
**West Palm Beach, FL 33405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jeanine Lark
779 New Liberty Way
Braselton, GA 30517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6608** Priority creditor's name and mailing address
**JEANINE NUNEZ-RODRIGUEZ
14856 LA CAPELLE RD.
LA MIRADA, CA 90638**

As of the petition filing date, the claim is:                **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6609** Priority creditor's name and mailing address
**Jeannette Pierre Louis
2068 ILENE CT
#3
DELRAY BEACH, FL 33445**

As of the petition filing date, the claim is:                **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6610** Priority creditor's name and mailing address
**JEANNETTE PIERRE LOUIS
2068 ILENE CT
#3
DELRAY BEACH, FL 33445**

As of the petition filing date, the claim is:                **$595.46**    **$595.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeannette Ramos**
**316 E Patrician Dr**
**Tempe, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeannie Walton**
**517 E LANCASTER BLVD**
**LANCASTER, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeannine Kosel**
**4605 BAKER CT NW**
**ALBUQUERQUE, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeansico Stjean**
**10828 Royal Palm Blvd**
**Coral Springs, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jedediah Duntz**
**9119 CENTRAL AVE NE**
**APARTMENT 25 A**
**ALBUQUERQUE, NM 87123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Beller**
**11259 SW ST MORITZ LP**
**204**
**WILSONVILLE, OR 97070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Clark**
**301 VINEYARD AVE**
**432**
**OXNARD, CA 93036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Fenelon**
**3032 Calvin Blvd**
**Fort Myers, FL 33901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Guidry**
**555 E Washington Ave**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Hernandez**
**7024 Ladrillo Street**
**San Diego, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeff Serafica**
**2138 E AIRE LIBRE AVE**
**PHOENIX, AZ 85022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,119.26** | **$0.00** |
|---|---|---|---|---|

**JEFFERSON COUNTY**
**TREASURER**
**100 JEFFERSON COUNTY PKWY**
**2520**
**GOLDEN, CO 80419-2520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jefferson Darrly**
**1405 MILFORD CHASE COURT SW**
**MARIETTA, GA 30008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffery Steadman**
**123 NORTH MADISON AVE**
**MONROVIA, CA 91016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Alvarenga**
**5666 MYRTLE AVE**
**LONG BEACH, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Anderson**
**3067 W COOLIDGE AVE**
**#2**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jeffrey Bythewood**
**2419 E. 18th Ave**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jeffrey Calderon**
**333000 MISSION BLVD**
**16**
**UNION CITY, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jeffrey Corbin**
**450 West Vermont Ave.**
**Unit 608**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jeffrey Culver**
**13317 Ne 38th Circle**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Henson**
**1843 ZEARING AVE. NW**
**ALBUQUERQUE, NM 87104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Kellner Jr**
**2100 W Commonwealth Ave.**
**Apt 2141**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Knox**
**5510 Brystone**
**Houston, TX 77041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Lofgren**
**13358 Roseberry Ave**
**Oregon City, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Murrell**
**3147 RABBIT CREEK DR.**
**LAS VEGAS, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Richey**
**1507 PARK MEADOWS DR.**
**#2**
**FT. MYERS, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Schulz**
**139 W. Sirius Ave.**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Scott**
**3172 Scranton St.**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Shaw**
**2164 CALAVERA PL**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey St Laurent**
**1941 Patriot Way**
**Saint Cloud, FL 34769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Tate**
**32108 ALVARADO BLVD**
**UNION CITY, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Wakefield**
**2160 S VAUGHN WAY 202C**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffry Robertson**
**12555 Sw 125 St**
**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6644 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffry Sanchez**
**7702 RIVERGATE DR**
**922**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6645 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeffurs Johnson**
**448 BERKSHIRE PLACE**
**FAIRBURN, GA 30213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6646 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeicol Macias**
**12770 RODEO SQUARE DR**
**1601**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6647** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jeifferson Feliciano**
**271 PICKETTS MILL RUN**
**ACWORTH, GA 30101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6648** | Priority creditor's name and mailing address | **Unknown** | **$0.00**

**Jeinny Lopez**
**11204 Ranchito St**
**El Monte, CA 91731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6649** | Priority creditor's name and mailing address | **Unknown** | **$0.00**

**Jemiah Warren**
**301 WELLS ST**
**4**
**IMMOKALEE, FL 34142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6650** | Priority creditor's name and mailing address | **Unknown** | **$0.00**

**Jene St Pierre**
**731 La Presa Dr**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeni Rosales**
**1415 N Apple St**
**Immokalee, FL 34142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenifer Chavez Ramirez**
**1032 SOUTH CONCORD ST**
**LOS ANGELES, CA 90023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenifer Rosas**
**10000 HAMMERLY BLV**
**392**
**HOUSTON, TX 77080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenifer Trinidad**
**2512 E CORONA AVE**
**PHOENIX, AZ 85040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6655 | Priority creditor's name and mailing address<br>**Jeniffer Lopez**<br>**724 W HERBERTS LN**<br>**COLTON, CA 92324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6656 | Priority creditor's name and mailing address<br>**Jeniffer Lopez**<br>**724 W HERBERTS LN**<br>**COLTON, CA 92324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$591.54** | **$591.54** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6657 | Priority creditor's name and mailing address<br>**Jeninzet Lopez**<br>**5337 REDWOOD ST.**<br>**SAN DIEGO, CA 92105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6658 | Priority creditor's name and mailing address<br>**Jenise Torres**<br>**371 MAGNOLIA AVE**<br>**MILLEDGEVILLE, GA 31061** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Atkins**
**1010 5TH ST W.**
**7B**
**PALMETTO, FL 34221**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.6660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Lawrence**
**10635 CLARKEVILLE WAY**
**PARKER, CO 80134**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.6661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Magnampo**
**4421 FAIRLANDS DR.**
**APT. 6**
**PLEASANTON, CA 94588**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.6662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Olmiala**
**2275 DENISE DR**
**SANTA CLARA, CA 95050**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Osborne**
**3287 LOMBARDY RD**
**PASADENA, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenna Quiambao**
**15404 HERON HIDEAWAY CIR**
**WINTER GARDEN, FL 34787**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenni Wiggins**
**15364 VIA LA GITANO**
**POWAY, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Aligam**
**3211 ARMSLEY DR**
**CHINO HILLS, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Banning**
**7566 Megan Elissa Lane**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer BLOUNT**
**1303 CONSTITUTION RD.**
**ATLANTA, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Bohamed**
**15243 HILLSDALE CT**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Bordeaux**
**11211 NE WEIDLER ST**
**#233**
**PORTLAND, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Carrillo**
**3065 W. Paul Ave**
**Fresno, CA 93711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Castro**
**1361 EL CAMINO REAL**
**308**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Cervantes**
**6144 N FAIRVALE DR**
**AZUSA, CA 91702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Cole**
**212 GREGORY LANE**
**26**
**PLEASANT HILL, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Contreras**
**499 N. FAIR OAKS AVE**
**10**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Cupp**
**14050 SW112TH AVE**
**33**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer de Lugo**
**19 HALCYON LANE**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Deck**
**1679 NW 44th Ave**
**Okeechobee, FL 34972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6679** | Priority creditor's name and mailing address

**Jennifer Deck**
**1679 NW 44th Ave**
**Okeechobee, FL 34972**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,389.37 | $1,389.37

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6680** | Priority creditor's name and mailing address

**Jennifer Diaz-Hundley**
**2715 RHOANOKE DR.**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6681** | Priority creditor's name and mailing address

**Jennifer Espinosa**
**4832 MAHOGANY VISTA LN**
**SAN DIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6682** | Priority creditor's name and mailing address

**Jennifer Ethier**
**551 West Greenwood Ave**
**Apt 12**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jennifer Evans**
**12221 WEST 2ND PLACE**
**12-205**
**LAKEWOOD, CO 80228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Goodman**
**2350 Pleasant Drive**
**Longwood, FL 32779**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Grabski**
**6706 Mossy Bluff CT**
**spring, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Gramajo**
**1071 WALNUT AVE**
**APT 15**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Gutierrez**<br>**915 W. 4TH AVE**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Hernandez**<br>**5400 BOBBY STREET**<br>**ORLANDO, FL 32807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Hinkes**<br>**8930 S.W. 125 Terrace**<br>**MIAMI, FL 33176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Holder**<br>**10693 E EXPOSITION AVE**<br>**E214**<br>**AURORA, CO 80012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Jackson**
**616 MEMORIAL HEIGHTS DR**
**APT.17305**
**HOUSTON, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Jaimes**
**669 JAMESTOWN BLVD**
**1060**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Kingston**
**7810 MALACHITE AVE**
**RANCHO CUCAMONGA, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Lopez**
**4205 Mowry Ave**
**Apt #73**
**Fremont, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6695 | Priority creditor's name and mailing address<br>**Jennifer Lopez**<br>**5416 MADISON ST**<br>**HOLLYWOOD, FL 33021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6696 | Priority creditor's name and mailing address<br>**Jennifer Lopez**<br>**5534 WOODLAND GLADE DR**<br>**HOUSTON, TX 77066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6697 | Priority creditor's name and mailing address<br>**Jennifer Loudermilk Dutton**<br>**4465 Donegal cir.**<br>**Lithia Springs, GA 30122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6698 | Priority creditor's name and mailing address<br>**JENNIFER M. MARTINEZ MILLAN**<br>**3645 LOGAN AVE**<br>**SAN DIEGO, CA 92113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$223.61** | **$223.61** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.6699

Priority creditor's name and mailing address

**Jennifer Macwan**
**3457 NOTRE DAME**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6700

Priority creditor's name and mailing address

**Jennifer Martinez**
**2403 BRODERICK AVE**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6701

Priority creditor's name and mailing address

**Jennifer Martinez Millan**
**3645 LOGAN AVE**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6702

Priority creditor's name and mailing address

**Jennifer Mendez Hernandez**
**16840 HURLEY ST.**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Miranda**
**3760 West 84th Ave**
**Apt 29**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Miranda Bustos**
**460 S 4TH STREET**
**18**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Montecinos**
**3465 CLAIREMONT MESA**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Mora**
**18320 COMPANARIO DRIVE**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6707** | Priority creditor's name and mailing address

**Jennifer Mullin**
**6092 MONTEREY HWY.**
**102**
**SAN JOSE, CA 95138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6708** | Priority creditor's name and mailing address

**Jennifer Nicolas**
**598 SW PHILADELPHIA WAY**
**BEAVERTON, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6709** | Priority creditor's name and mailing address

**Jennifer Norris**
**13003 AVENIDA DEL GENERAL**
**SAN DIEGO, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6710** | Priority creditor's name and mailing address

**Jennifer Northrup**
**1100 GARCIA S N**
**ALBUQUERQUE, NM 87112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$453.67** | **$453.67** |
|---|---|---|---|---|
| | **Jennifer P.  Pardo**<br>**7175 Via Corona**<br>**San Jose, CA 95139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Padilla**<br>**1315 H St**<br>**Union City, CA 94587** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Pardo**<br>**7175 Via Corona**<br>**San Jose, CA 95139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennifer Perez-Sanchez**<br>**4307 PRUDY LN.**<br>**B**<br>**WEST PALM BEACH, FL 33406** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.6715**

Priority creditor's name and mailing address
**Jennifer Resendiz**
**3185 IMPERIAL AVENUE**
**SAN DIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6716**

Priority creditor's name and mailing address
**Jennifer Salazar**
**83990 FIESTA ROAD**
**COACHELLA, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6717**

Priority creditor's name and mailing address
**Jennifer Sarrio**
**30204 N. Sunray Dr.**
**Queen Creek, AZ 85143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6718**

Priority creditor's name and mailing address
**Jennifer Stokes**
**22715 Emperial Valley Dr**
**Apt 805**
**HOUSTON, TX 77073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.6719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Stroud**
**500 PERIWINKLE CT**
**THOUSAND OAKS, CA 91360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6720 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Tuelles**
**1454 S Victoria Av 101**
**Oxnard, CA 93035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6721 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Valdez**
**4823 W Slauson Ave**
**Apt.10**
**Los Angeles, CA 90056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6722 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Jennifer Vargas**
**36316 Perkins St**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Venancio**
**1800 LAKE TRAFFORD RD**
**1800**
**IMMOKALEE, FL 34142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Williams**
**6201 E PIMA RD**
**56**
**TUCSON, AZ 85712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Willsey**
**4474 VALETA STREET**
**SAN DIEGO, CA 92107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Wright**
**3545 6TH AVE**
**SAN DIEGO, CA 92103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer Zichterman**
**8605 NE 86TH STREET**
**VANCOUVER, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenny Estrada**
**210 SW 65TH AVE**
**MIAMI, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenny Jaramillo**
**9096 WALKER ST**
**UNIT A**
**CYPRESS, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jenny Lopez**
**80000 AVE 48 SPACE 287**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jenny Tran**<br>**4418 48TH STREET**<br>**SAN DIEGO, CA 92115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennyfer Cruz**<br>**3778 VANDYKE AVE.**<br>**9**<br>**SAN DIEGO, CA 92105** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jennyfer Rivera Nieves**<br>**324 Puffer Ct**<br>**Poinciana, FL 34759** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jensen Cameron**<br>**10749 CHERRY HILL DR.**<br>**SAN DIEGO, CA 92130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$846.38** | **$846.38** |
|---|---|---|---|---|
| | **Jensen R.  Cameron** | Check all that apply. | | |
| | **10749 CHERRY HILL DR.** | ☐ Contingent | | |
| | **SAN DIEGO, CA 92130** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.6736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jentry Lewis** | Check all that apply. | | |
| | **11914 MADISON KENDALL LANE** | ☐ Contingent | | |
| | **HOUSTON, TX 77066** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.6737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jequan Young** | Check all that apply. | | |
| | **1408 CLUB LAKES PARKWAY** | ☐ Contingent | | |
| | **APT.1408** | ☐ Unliquidated | | |
| | **LAWERENCVILLE, GA 30044** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.6738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jeremi Cosby** | Check all that apply. | | |
| | **2275 PAULDO ST** | ☐ Contingent | | |
| | **FORT MYERS, FL 33916** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.6739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Jeremiah Bouie**
**5003 ELESE STREET**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Jeremiah Bridges**
**1352 RAINTREE BEND**
**304**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Jeremiah Buford-Suber**
**4926 WISHART BOULEVARD**
**TAMPA, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Jeremiah Butler**
**3831 E 7TH STREET**
**LONG BEACH, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah castaneda**
**28721 HABITAT WAY**
**TEMECULA, CA 92590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes
■ No

---

| 2.6744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Coleman**
**803 Sw 1st**
**Apt 803**
**Fort Lauderdale, FL 33304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes
■ No

---

| 2.6745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Davis**
**25425 SW LADD HILL RD.**
**PO BOX 254**
**SHERWOOD, OR 97140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes
■ No

---

| 2.6746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah hart**
**8976 SAGE DRIVE ALTA LOMA**
**ALTA LOMA, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes
■ No

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Jaehn**
**8729 GRAVES AVE**
**14K**
**SANTEE, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.6748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Moran-Fairchild**
**5281 RIVERDALE LANE**
**5281**
**THORNTON, CO 80229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.6749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Noble**
**4835 MANOR DRIVE**
**STONE MOUNTAIN, GA 30087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.6750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah ramos**
**108 CAMINO VALVERDE**
**CAMARILLO, CA 93012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Seay**
**7873 HALL AVE**
**EASTVALE, CA 92880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JEREMIAH THOMAS**
**810 14TH STREET**
**3**
**WEST PALM BEACH, FL 33401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Virgil**
**9079 Ithaca Way**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremiah Williams-Handley**
**6830 CHAMPIONS PLAZA DR.**
**HOUSTON, TX 77064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Bowler**
**235 W. BRANDON BLVD**
**SIT.147**
**BRANDON, FL 33511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.6756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Cook**
**5390 SE 28TH LN APT B**
**OCALA FL, FL 34480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.6757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy David Briones**
**3124 LINDELL RD.**
**LAS VEGAS, NV 89146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.6758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy DeGuzman**
**11109 MORNING CREEK DR S**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Dilli**
**11422 SOUTH MANDAN STREET**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Golowinski**
**22859 Sailfish Road**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Hendrix**
**446 E Crossbeam Circle**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Hernandez**
**200 KAYLA PLACE**
**BRENTWOOD, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Jalbuena**
**11547 Ostrom Ave**
**Granada Hills, CA 91344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jeremy jones**
**10609 SE 75TH AVE**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Lamar**
**10097 WHIPPOORWILL AVENUE**
**FOUNTAIN VALLEY, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Lewis**
**18941 E LOW DR**
**AURORA, CO 80015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Lleva**
**40211 ARROYO DRIVE**
**IRVINE, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Miranda**
**38679 MEMBERS CLUB DR**
**MURRIETA, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JEREMY OVERTON**
**2153 N Tenaya Way**
**#2143**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Sapien**
**2202 HAMAL**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

2.6771 | Priority creditor's name and mailing address
**Jeremy Tucker**
**9414 EL CAMINO AVE.**
**FOUNTAIN VALLEY, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6772 | Priority creditor's name and mailing address
**Jeremy Woolard**
**7950 E STELLA RD**
**G13**
**TUCSON, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6773 | Priority creditor's name and mailing address
**Jermaine Lowery**
**4308 N. Vornsand**
**Las Vegas, NV 89115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6774 | Priority creditor's name and mailing address
**jermaine ricketts**
**1680 SHERMAN STREES**
**DENVER, CO 80203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.6775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **$0.00** |
| | **Jermaine Rogers** | Check all that apply. | |
| | **111 VICTOR CIRCLE** | ☐ Contingent | |
| | **ATLANTA, GA 30314** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **$0.00** |
| | **Jermel Garvin** | Check all that apply. | |
| | **315 WALTON WAY SE** | ☐ Contingent | |
| | **315** | ☐ Unliquidated | |
| | **SMYRNA, GA 30082** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **$0.00** |
| | **Jermora Pearson** | Check all that apply. | |
| | **1508 Hampton Rd** | ☐ Contingent | |
| | **Leesburg, FL 34748** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **$0.00** |
| | **Jerome aragon** | Check all that apply. | |
| | **2740 BARCELONA PL SW** | ☐ Contingent | |
| | **ALBUQUERQUE, NM 87121** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jerome Childs**
**1602 NISSON RD APT Q17**
**Q17**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jerome Harris III**
**816 S BUNDY DRIVE**
**9**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jerome Joseph**
**260 SW 56 AVE BLD 9**
**206**
**MARGATE, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jerome Sabado**
**470 N WINCHESTER BLVD**
**301**
**SANTA CLARA, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeromy Estremera**
**2701 N Rainbow Blvd**
**#2044**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerone Hall**
**8601 BRIARHAVEN COURT**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerri Carter**
**110 CLUB LAKES PKWY**
**APT. 110**
**LAWRENCEVILLE, GA 30044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerrius jack**
**4072 Coleman Ave**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.6787** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jerrod vaughan**
**15074 E MEXICO DR**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6788** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jerrold Brenner**
**1735 Tiburon Ct.**
**Thousand Oaks, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6789** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jerry Glass**
**4510 PERALTA BLVD SUITE 1**
**FREMONT, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6790** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42.12** | **$42.12**

**Jerry R. Glass**
**4510 PERALTA BLVD SUITE 1**
**FREMONT, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.6791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jerry Reyes**
**16707 GARFIELD AVE.**
**1210**
**PARAMOUNT, CA 90723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jerry Schiffer**
**651 W 188th St**
**Apt 4J**
**New York, NY 10040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jerry Smith**
**984 S. Salem St.**
**Aurora, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**jerry vega**
**141 WEST ELM AVENUE**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerry Walker**
**1100 NORTH D STREET**
**SAN BERNARDINO, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerylin Romero**
**730 W 148TH STREET**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesenia Jaracuaro**
**115 JUNIPER STREET**
**#B**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesenia Pineda**
**4413 MERCURY AVE**
**71**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Jess Hinojosa**
**549 FANO ST**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6800 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jess Jimenez**
**3479 AGATE DR**
**4**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6801 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessamine Huerta**
**4359 MAYCREST AVE**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6802 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Abeyta**
**8290 FEDERAL BLVD**
**182**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6803 | Priority creditor's name and mailing address<br>**Jesse Barkley**<br>**1000 S.E. 160TH**<br>**K86**<br>**VANCOUVER, WA 98683** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6804 | Priority creditor's name and mailing address<br>**Jesse Cooper**<br>**7443 Kamwood St.**<br>**San Diego, CA 92126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6805 | Priority creditor's name and mailing address<br>**Jesse Cruz**<br>**1347 Susannah Blvd**<br>**Orlando, FL 32803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6806 | Priority creditor's name and mailing address<br>**Jesse Goldiano**<br>**741 Avenida Codorniz**<br>**San Marcos, CA 92069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.63** | **$40.63** |
|---|---|---|---|---|

**Jesse Goldiano**
**741 Avenida Codorniz**
**San Marcos, CA 92069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Gonzales**
**P.o.box 7010**
**Chula Vista, CA 91912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Harmon**
**1261 Shnoop Ct.**
**Lathrop, CA 95330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24.22** | **$24.22** |
|---|---|---|---|---|

**jesse J. palato**
**566 S SAND PEDRO STREET**
**503**
**LOS ANGELES, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Jacquez**
**9100 TEJON STREET**
**LOT 197**
**FEDERAL HEIGHTS, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Kraff**
**554 6TH STREET**
**APT 1**
**WASHOUGAL, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Mandyck**
**328 BIG SUR RIVERPLACE**
**OXNARD, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jesse palato**
**566 S SAND PEDRO STREET**
**503**
**LOS ANGELES, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6815**

Priority creditor's name and mailing address

**Jesse Sarrazin-cliff**
**28514 Sorano Cover**
**Trabuco Canyon, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6816**

Priority creditor's name and mailing address

**Jesse Tovar**
**329 S MANHATTAN**
**102**
**LOS ANGELES, CA 90020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6817**

Priority creditor's name and mailing address

**Jesse Vaz**
**7420 Douglas St**
**Hollywood, FL 33024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.6818**

Priority creditor's name and mailing address

**Jesse Vazquez**
**711 S 32ND**
**SANDIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesse Young**
**8655 GRAVES AVE**
**130**
**SANTEE, CA 92071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109.62** | **$109.62** |
|---|---|---|---|---|

**Jesse Young**
**8655 GRAVES AVE**
**130**
**SANTEE, CA 92071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessenia GUERRERO**
**2701 PASADENA BLVD.**
**501**
**PASADENA, TX 77502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.6822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessenia Marquez**
**2721 CABRILLO AVE APT B**
**#B**
**TORRANCE, CA 90501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica America Calderon**
**2566 OAK TRAIL S**
**106**
**CLEARWATER, FL 33764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Andrade**
**2513 CAMARA CIR**
**#H**
**CONCORD, CA 94520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Arroyo**
**278 W ARLINGTON ST**
**278**
**GLADSTONE, OR 97027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Avilez Cruz**
**1542 OLIVE CT**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

---

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Bazewicz**
**31177 Us Hw 19**
**Palm Harbor, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Bell**
**9152 LUCILLE LANE**
**CONROE, TX 77384**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Bermudez**
**37148 TOWERS WAY**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Boykin**
**1710 MARK LEE DR**
**AUSTELL, GA 30106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Brookes**
**11490 SE Sunnyside RD**
**#m32**
**Clackamas, OR 97015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica casillas**
**1548 ALMADEN EXPY**
**304**
**SAN JOSE, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Chalfin**
**10721 BAILE AVE**
**CHATSWORTH, CA 91311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Cruz**
**2637 Mayfair Ave**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

| 2.6835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|----------------------------------------------|--------------|-----------|

**Jessica Del Aguila**
**5849 Soter Lane**
**Windermere, FL 34786**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6836 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

**Jessica Edwards**
**501 ROBERTS DRIVE**
**APT 159**
**RIVERDALE, GA 30274**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6837 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

**Jessica Esaw**
**4720 48 TH ST W.**
**305**
**BRADENTON, FL 34210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6838 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

**Jessica Festag**
**2460 S Quebec**
**#301**
**Denver, CO 80231**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.6839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| | **Jessica French**<br>**16384 BRANCUSI LANE**<br>**CHINO HILLS, CA 91709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.6840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| | **Jessica Galvan**<br>**5734 Bates St**<br>**San Diego, CA 92115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.6841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| | **Jessica Griffith**<br>**420 SW 1ST STREET**<br>**BOYNTON BEACH, FL 33435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|
| 2.6842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| | **Jessica hanna**<br>**2924 SE TEAL DR**<br>**GRESHAM, OR 97080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

| | | |
|---|---|---|
| 2.6843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.6843** | Priority creditor's name and mailing address

**Jessica Hernandez**
**194 HERITAGE STREET**
**OCEANSIDE, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6844** | Priority creditor's name and mailing address

**Jessica Hernandez**
**260 N Midway Dr**
**Apt C-23**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6845** | Priority creditor's name and mailing address

**Jessica Howell**
**15019 Ne 50th St**
**Vancouver, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6846** | Priority creditor's name and mailing address

**Jessica Jacques**
**3600 NW 21ST STREET**
**APT 210**
**LAUDERDALE LAKES, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.6847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Lavargna**
**4915 HARRIS AVE**
**SARASOTA, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Le**
**38372 REDWOOD TERRACE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$180.14** | **$180.14** |
|---|---|---|---|---|

**Jessica Le**
**38372 REDWOOD TERRACE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica LeDay**
**7250 W GREENS RD**
**427**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Lewis**
**233 SABLE TRACE DRIVE**
**ACWORTH, GA 30102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Medina**
**7608 CORAL VINE**
**TAMPA, FL 33619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica medina ramirez**
**27 W 3RD ST**
**NATIONAL CITY, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Meneses**
**5815 AUTRY**
**LAKEWOOD, CA 90712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Muniz**
**970 BUNKER HILL RD**
**291**
**HOUSTON, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Murillo**
**4913 Axtell Street**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$278.24** | **$278.24** |
|---|---|---|---|---|

**JESSICA N.  FRENCH**
**16384 BRANCUSI LANE**
**CHINO HILLS, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Newman**
**28764 Argo Drive**
**Menifee, CA 92586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Jessica Nixon**
**2017 E. Lemon st**
**Apt #2**
**Tempe Az, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6860**

Priority creditor's name and mailing address

**Jessica Olson**
**21817 LANARK STREET**
**1**
**CANOGA PARK, CA 91304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6861**

Priority creditor's name and mailing address

**Jessica Ortiz**
**7002 w indian school rd**
**apt 2176**
**phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6862**

Priority creditor's name and mailing address

**Jessica Phan**
**2635 RIDGEVIEW DRIVE**
**SAN DIEGO, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Preciado**
**3347 Apache Ave**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Razo**
**1120 W 164TH ST**
**7**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Roch**
**28841 JAEGER DR.**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Rosas**
**471 N 9TH ST**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Rout
8003 Winter Gardens Blvd
#116
El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Salter
66 SW GREENRIDGE CT
LAKE OSWEGO, OR 97035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Segura Lara
1298 TRIPP AVE.
APT. 16
SAN JOSE, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Serrato
44540 Orchard Lane
Lancaster, CA 93534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jessica Smith**<br>**2004 SHADETREE LN**<br>**ESCONDIDO, CA 92029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jessica Smith Hopper**<br>**1818 9TH AVE E**<br>**20H**<br>**BRADENTON, FL 34208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jessica Sovey**<br>**11 E. MILLS DR. UNIT B**<br>**TUCSON, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jessica Suarez**<br>**5355 S RAINBOW BLVD**<br>**128**<br>**LAS VEGAS, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Taylor**
**210879 el rocio view**
**fountain, CO 80817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Trice**
**7570 COURTYARD RUN EAST**
**BOCA RATON, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Vasquez**
**4340 CLAIREMONT MESA BLVD**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica Vazquez**
**4342 W 132nd**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.6879 | Priority creditor's name and mailing address | | | | Unknown | $0.00 |
|--------|------|------|------|------|------|------|

**2.6879** Priority creditor's name and mailing address

**Jessica Walker**
**3358 Old Trail Ct**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.6880** Priority creditor's name and mailing address

**Jessica Way**
**11895 SW LINCOLN AVE**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.6881** Priority creditor's name and mailing address

**Jessica White**
**5720 28th Ave Drive East**
**Bradenton, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.6882** Priority creditor's name and mailing address

**Jessica Yanez**
**1808 Elmtree Ct**
**San Jose, CA 95131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Unknown** **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessie Franco**
**535 E Maude Ave**
**Apt 25**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessie Horn**
**43731 46TH ST. WEST**
**LANCASTER, CA 93536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessie Nieves perez**
**915 DARTMOUTH CT**
**PONCIANA, FL 34758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessie simpson**
**880 KINGSTON ST**
**AURORA, CO 80010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Jessy Gonzalez**
**46299 Arabia St**
**Apt B23**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Jessyka Hufford**
**2505 Foothill Blvd**
**Spc 197**
**San Bernardino, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Amador**
**3707 Poinciana Dr. #36**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Araiza**
**7878 Toledo St**
**Bay Lake, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Arellano-Cervantes**
**4921 W.66TH AVE**
**ARVADA, CO 80003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Arroyo**
**7051 Natal Dr**
**Apt 119**
**Westminster, CA 92683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Barajas**
**2773 Villa Monterey**
**San Jose, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Barajas**
**796 Minerva St**
**Hayward, CA 94544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.6895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Borja**<br>**405 S DEXTER ST**<br>**LA HABRA, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Campos**<br>**431 WEST 9TH STREET**<br>**PITTSBURG, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Castillo**<br>**1707 E Apache Blvd21**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65.97** | **$65.97** |
| | **Jesus E.  Reynaga**<br>**39 RANCHO DR**<br>**16**<br>**SAN JOSE, CA 95111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Espinal**
**11574 W MOHAVE ST**
**AVONDALE, AZ 85323**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Espinosa Garcia**
**2121 W ROYAL PALM RD**
**2116**
**PHOENIX, AZ 85021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus estrada**
**461 WILLIS AVE**
**SAN JOSE, CA 95126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus estrada**
**49848 AVENIDA DE PLATINA**
**COACHELLA, CA 92236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6903 | Priority creditor's name and mailing address<br>**Jesus Franco**<br>**23450 NEWHALL AVE SPACE95**<br>**NEWHALL, CA 91321** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6904 | Priority creditor's name and mailing address<br>**Jesus Gallegos**<br>**182 Merryweather Place**<br>**Conroe, TX 77384** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6905 | Priority creditor's name and mailing address<br>**Jesus Garcia**<br>**4711 N. Harrison Ave.**<br>**Fresno, CA 93704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6906 | Priority creditor's name and mailing address<br>**Jesus Garcia**<br>**11780 E INDIAN SCHOOL ROAD 30**<br>**SCOTTSDALE, AZ 85256** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.6907 | Priority creditor's name and mailing address<br>**Jesus garcia beltran**<br>**835 Grand Av**<br>**13**<br>**Spring Valley, CA 91977** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6908 | Priority creditor's name and mailing address<br>**Jesus Godinez Amezola**<br>**15160 MONTEREY ST**<br>**UNIT 7**<br>**MORGAN HILL, CA 95037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6909 | Priority creditor's name and mailing address<br>**jesus gonzalez**<br>**4210 YOUNG ST**<br>**338**<br>**PASADENA, TX 77504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6910 | Priority creditor's name and mailing address<br>**Jesus Guzman**<br>**3639 S.MORGANFIELD**<br>**WEST COVINA, CA 91792** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Hernandez Marcelo**
**448 N SAN PEDRO STREET**
**SAN JOSE, CA 95110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Jimenez**
**15710 COUNTRY LAKE DR**
**TAMPA, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Langarica**
**10523 Paramount Blvd**
**Apt B**
**Downey, CA 90241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Lara**
**1738 E CULVER ST**
**PHOENIX, AZ 85006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **2.6915** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Leonardo Trejo Sanchez**<br>**400 W. Baseline**<br>**Lot #10**<br>**Tempe, AZ 85283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6916** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Luna**<br>**7111 N. 75TH AVE.**<br>**GLENDALE, AZ 85303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6917** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Magana**<br>**14705 E DARTMOUTH AVE**<br>**AURORA, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6918** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Jesus Martinez**<br>**1604 ACACIA ST**<br>**ALHAMBRA, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Martinez Mendez**
**5218 N 18TH DRIVE**
**PHOENIX, AZ 85015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Mateo**
**1000 Se 160th Ave**
**Apt Pp333**
**Vancouver, WA 98684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Mendoza**
**8250 N 8th**
**Phoenix, AZ 85020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Montanez**
**2430 S HARCOURT AVE**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Nunez-guerrero**
**57 Jones St Nw**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus pacheco**
**2332 W GLENROSA AV**
**160**
**PHOENIX, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Perales**
**11306 AVON PLACE**
**HOUSTON, TX 77066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus quintero**
**15417 N29 TH ST**
**236**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6927**

Priority creditor's name and mailing address
**Jesus Quiroz-hernandez**
**68870 East Cord #38**
**Byers, CO 80103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6928**

Priority creditor's name and mailing address
**Jesus Ramirez**
**204 N Curtis #B**
**Alahambra, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6929**

Priority creditor's name and mailing address
**Jesus Ramos**
**6957 w missouri ave**
**glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6930**

Priority creditor's name and mailing address
**Jesus Reynaga**
**39 RANCHO DR**
**16**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

**2.6931** | Priority creditor's name and mailing address | | Unknown | $0.00
| **Jesus Rivero** | As of the petition filing date, the claim is: | |
| **6415 Camellia Garden Drive** | Check all that apply. | |
| **Apt 206** | ☐ Contingent | |
| **Orlando, FL 32822** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.6932** | Priority creditor's name and mailing address | | Unknown | $0.00
| **Jesus Rodriguez** | As of the petition filing date, the claim is: | |
| **12326 WARDMAN ST** | Check all that apply. | |
| **WHITTIER, CA 90602** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.6933** | Priority creditor's name and mailing address | | Unknown | $0.00
| **Jesus Roman** | As of the petition filing date, the claim is: | |
| **1920 BATSON AVE** | Check all that apply. | |
| **240** | ☐ Contingent | |
| **ROWLAND HEIGHTS, CA 91748** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.6934** | Priority creditor's name and mailing address | | Unknown | $0.00
| **Jesus Rosillo-moreno** | As of the petition filing date, the claim is: | |
| **2524 E Grandview Rd** | Check all that apply. | |
| **Phoenix, AZ 85032** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address
**Jesus Sahagun
446 DEODAR AVE
OXNARD, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6936  Priority creditor's name and mailing address
**Jesus Salazar
1840 W Orangethorpe Ave
APT 1
Fullerton, CA 92833**

As of the petition filing date, the claim is:        **Unknown      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6937  Priority creditor's name and mailing address
**Jesus Sanchez
9549 N 82ND AVE
PEORIA, AZ 85345**

As of the petition filing date, the claim is:        **Unknown      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6938  Priority creditor's name and mailing address
**Jesus Sandoval
1924 TRINITY AVE
WALNUT CREEK, CA 94596**

As of the petition filing date, the claim is:        **Unknown      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| 2.6939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Serena**
**2993 E NORTHDALE**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Serrano**
**2616 SANDALWOOD DR**
**EL CENTRO, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Sigala**
**311 Linda Way**
**Apt. 8**
**El Cajon, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jesus Topete**
**23571 LOS ADORNOS**
**ALISO VIEJO, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Trujillo**
**703 WORTHINGTON ST**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Urrutia**
**11866 STOCTON ST.**
**ADELANTO CA, CA 92301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Vargas-lobato**
**8525 SE ORCHARD LANE**
**96**
**HAPPY VALLEY, OR 97086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jesus Vasquez**
**4150 E TYSON ST**
**GILBERT, AZ 85295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.6947**

Priority creditor's name and mailing address
**Jesus Villa**
**3671 Highland Ave**
**San Diego, CA 92105**

As of the petition filing date, the claim is: **Unknown** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6948**

Priority creditor's name and mailing address
**Jesus Villa**
**3671 Highland Ave**
**San Diego, CA 92105**

As of the petition filing date, the claim is: **$12.32** **$12.32**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6949**

Priority creditor's name and mailing address
**Jesus Wong**
**1439 E. Maplegrove St**
**West Covina, CA 91792**

As of the petition filing date, the claim is: **Unknown** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6950**

Priority creditor's name and mailing address
**Jesus Yanez**
**330 N Juniper St. Apt# 4**
**Escondido, CA 92025**

As of the petition filing date, the claim is: **Unknown** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jewan thompson**
**530 STEPNEY ST.**
**#9**
**INGLEWOOD, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jewel Arevalo**
**409 MONTGOMERY ST.**
**#A**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jewel Flores**
**27820 ROSEMARY STREET**
**MURRIETA, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jewell Melton**
**17631 E EASTMAN PL**
**AURORA, CA 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.6955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeyleen Valladares**
**8372 JADE DR.**
**ALTA LOMA, CA 91701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jezahri Sumpter**
**4582 HASTINGS PL**
**LAKE OSWEGO, OR 97035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jhader Pena**
**7038 CONCHO STREET**
**7038**
**HOUSTON, TX 77074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jhameishia Stephens**
**9115 DREAM WAY**
**LARGO, FL 33773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jhamson Jean** | *Check all that apply.* |
|---|---|---|
| | **27 nw 46th ave** | ☐ Contingent |
| | **A104** | ☐ Unliquidated |
| | **LAUDERDALE LAKES, FL 33313** | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.6960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jhela Cole** | *Check all that apply.* |
|---|---|---|
| | **14900 E. ORANGELAKE BLVD.** | ☐ Contingent |
| | **391** | ☐ Unliquidated |
| | **KISSIMMEE, FL 34747** | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.6961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jhoanna Sison** | *Check all that apply.* |
|---|---|---|
| | **6212 Lavender Cloud Place** | ☐ Contingent |
| | **Las Vegas, NV 89122** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.6962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jhon Kelly Verneus** | *Check all that apply.* |
|---|---|---|
| | **1759 NW58TH AVE** | ☐ Contingent |
| | **1759** | ☐ Unliquidated |
| | **LAUDERHILL, FL 33313** | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jhonatan Burciaga**
**1480 HIGHLAND AVE**
**G209**
**FULLERTON, CA 92832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jhonni cabrera**
**2036 ALPINE RD**
**CLEARWATER, FL 33755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jhony Rodriguez Curbelo**
**7540 Sand Lake Pointe Loop**
**Apt 105**
**Orlando, FL 32809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jianela Raposo**
**601 Greenbriar Blvd.**
**Altamonte Springs, FL 32714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jianna Cila**
**12611 ne 99th st apt p99**
**Vancouver, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jie Wang**
**10955 CORTE MEJILLONES**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jill LaFontaine**
**7496 COURTYARD RUN EAST**
**BOCA RATON, FL 33433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.12** | **$205.12** |
|---|---|---|---|---|

**JILL LAFONTAINE**
**7496 COURTYARD RUN EAST**
**BOCA RATON, FL 33433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jill Regan**
**21315 TUPELO LANE**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jill Stafford**
**28061 PASEO ALDONZA**
**SAN JUAN CAPISTRANO, CA 92675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jillian Andrews**
**16314 Santa Cristobal St.**
**SAN DIEGO, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jillian Dolan**
**12934 Francine Terrace**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jillian Vargas**
**1512 8 W AVE**
**BRADENTON, FL 34205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jillian Wade**
**3303 Sandy Ridge Dr**
**Clearwater, FL 33761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jillian Zedaker**
**24575 TOWN CENTER DR APT**
**2306**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimena Castillo**
**732 PANHANDLE DR**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimena Chavez**
**3715 CHELTENHAM DR**
**PALM HARBOR, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimenna Garcia**
**1591 SIERRA MADRE DR**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmie Parker**
**7240 W MEXICO DR.**
**LAKEWOOD, CO 80232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmie stevens**
**9810 BAHIA RD**
**OCALA, FL 34472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmy Luong**
**8628 RENOWN DRIVE**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmy Pierre**
**4931 NW 6TH ST**
**DELRAY BEACH, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmy Sanders**
**4801 BAKER ROAD NW**
**1109**
**ACWORTH, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jimmy Tran**
**4031 ANASTASIA ST**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16.50** | **$16.50** |
|---|---|---|---|---|
| | **JIMMY V. LUONG**<br>**8628 RENOWN DRIVE**<br>**SAN DIEGO, CA 92119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jin Pak**<br>**633 Concerto Glen**<br>**Escondido, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jing Chan**<br>**2429 CASCADE COVE DR.**<br>**BUFORD, GA 30519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jiroo Guerrero**<br>**6490 CECILIA**<br>**BUENA PARK, CA 90620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.6991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jisela Martinez**<br>**1701 Rock springs dr**<br>**1075**<br>**Las Vegas, NV 89128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jiselle Davis**<br>**207 DIAMOND WAY**<br>**217**<br>**VISTA, CA 92083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jo-ann Henderson**<br>**22967 Greyhawk Road**<br>**Wildomar, CA 92595** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **JOAN CASTILLO SOLIS**<br>**650 1/2 GRISWOLD AVE.**<br>**SAN FERNANDO, CA 91340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joan Kollie**
**17045 MEDALLION AVE**
**19**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joan Leyva**
**35464 Collier Pl**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joana Olea**
**3422 W Carol Ave**
**Phoenix, AZ 85051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joana Qipro**
**1661 FORTUNE DRIVE**
**CLEARWATER, FL 33756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.6999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Chulvi Garcia**
**16106 ABERDEEN FOREST DRIVE**
**HOUSTON, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Gonzalez**
**6085 CAMINO SAN FERMIN**
**104**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Guerra Gonzalez**
**1750 Eagle Nest Way**
**Apt 311**
**Oceanside, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Ibarra**
**734 Fern St.**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Mata**
**24600 SPRUCE ST**
**NEWHALL, CA 91321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42.42** | **$42.42** |
|---|---|---|---|---|

**Joanna Mata**
**24600 SPRUCE ST**
**NEWHALL, CA 91321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joanna Montes**
**4260 EAST BLVD**
**3C**
**LOS ANGELES, CA 90066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JoAnna OConnell**
**1456 S. MACON ST.**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joanna Velasco**<br>**73355 Guadalupe**<br>**Apt. K**<br>**Palm Desert, CA 92260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joanne Chen**<br>**13545 SE GENOA DR.**<br>**CLACKAMAS, OR 97015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joanne Tran**<br>**14703 SE MARCI WAY**<br>**CLACKAMAS, OR 97015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joao Robinson**<br>**735 US HWY 441**<br>**120**<br>**LADY LAKE, FL 32159** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.7011** Priority creditor's name and mailing address
**Joaquin Taylor**
**964 E OLIVE AVE**
**MERCED, CA 95343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7012** Priority creditor's name and mailing address
**Jobany Delgadillo**
**245 JUNCTION AVE**
**LIVERMORE, CA 94551**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7013** Priority creditor's name and mailing address
**Joceline Coyt Salcedo**
**43922 E. Circle Dr.**
**Indio, CA 92201**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7014** Priority creditor's name and mailing address
**Joceline Renteria**
**1332 W 225TH ST**
**20**
**TORRANCE, CA 90501**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7015** Priority creditor's name and mailing address
**Jocelyn Bello**
**223 BELLAFONTE CT**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7016** Priority creditor's name and mailing address
**Jocelyn Bello**
**2174 BLACKBERRY CIRCLE**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7017** Priority creditor's name and mailing address
**Jocelyn Cedillo**
**28188 MOULTON PKWY**
**2716**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7018** Priority creditor's name and mailing address
**Jocelyn Deras**
**6031 IVAR AVE**
**TEMPLE CITY, CA 91780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.7019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

Priority creditor's name and mailing address:
**Jocelyn Franco**
**427 E 47TH ST**
**LOS ANGELES, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address 2.7020
**Jocelyn Gomez**
**904 North Olive**
**Anaheim, CA 92805**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address 2.7021
**Jocelyn Hernandez Villegas**
**37760 COLFAX CT**
**FREMONT, CA 94536**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address 2.7022
**Jocelyn I.  Bello**
**223 BELLAFONTE CT**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is: **$332.03** **$332.03**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Jacobo**
**2421 VALPARAISO ST**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Jean Pierre**
**1218 N F St**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Martinez**
**264 N. Sandalwood Ave.**
**Gemini**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Mcgowan**
**901 S KIRKMAN RD**
**APT 275**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Montes**
**592 JEFFERSON AVENUE**
**CHULA VISTA, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Pedroza**
**707 SW CONCORD WAY**
**BEAVERTON, OR 97006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Pportocarrero**
**442 S Kenmore Ave**
**#6**
**Los Angeles, CA 90020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Ramirez**
**4044 E SAGINAW WAY**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Rivera**
**430 North 9th St**
**San Jose, CA 95112**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jocelyn Vasquez**
**1377 N WARREN AVE**
**APT 7**
**LONG BEACH, CA 90813**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jochem Massalt**
**2169 WOODLEAF WAY**
**MOUNTAIN VIEW, CA 94040**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jodee Evans**
**8927 e ave t14**
**Littlerock, CA 93543**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7035 | Priority creditor's name and mailing address<br>**Jodee Smith**<br>**5986 Westgate Dr 104**<br>**Orlando, FL 32835** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7036 | Priority creditor's name and mailing address<br>**Jodie Copen**<br>**1071 Jaybee Ave**<br>**DAVENPORT, FL 33897** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7037 | Priority creditor's name and mailing address<br>**Jody L Clark**<br>**2051 Village Park Way**<br>**# 240**<br>**Encinitas, CA 92024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7038 | Priority creditor's name and mailing address<br>**Joe Alaniz**<br>**900 HENDERSON UNIT 9B**<br>**SUNNYVALE, CA 94086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joe castillo**
**4918 12TH ST W**
**BRADENTON, FL 34207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joe Day**
**421 NE 21ST PL**
**CANBY, OR 97013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joe Esparza**
**21028 E Duncan ST**
**Queen Creek, AZ 85142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joe flores**
**938 CRESTBROOK DR.**
**HOUSTON, TX 77038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$119.27** | **$119.27** |
|---|---|---|---|---|
| | **Joe flores** <br> **938 CRESTBROOK DR.** <br> **HOUSTON, TX 77038** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

| 2.7044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joe Sandoval** <br> **1936 CHARNWOOD AVE** <br> **ALHAMBRA, CA 91803** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

| 2.7045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joel Conklin** <br> **19602 N 32nd St** <br> **#35** <br> **Phoenix, AZ 85050** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

| 2.7046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joel Corado** <br> **23302 ORANGE AVENUE** <br> **#3** <br> **LAKE FOREST, CA 92630** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7047** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Joel Cotton**
**456 DOGWOOD COURT**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7048** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Joel Diaz**
**11 SILVER RUN**
**OCALA, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7049** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Joel Espinoza**
**1642 Domain Loop**
**Rio Rancho, NM 87124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7050** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Joel Garrett**
**162 S Locust St**
**Canby, OR 97013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joel Hernandez**
**1286 E LINCOLN AVE**
**ESCONDIDO, CA 92026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JOEL M GREENBERG  TAX**
**COLLECTOR**
**SEMINOLE COUNTY**
**PO BOX 630**
**SANFORD, FL 32772-0630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joel Merino**
**1701 E La Habra Blvd**
**Apt 24**
**La Habra, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joel Munoz**
**8515 HAMMERLY BLVD**
**170**
**HOUSTON, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Joel Navejas**
**3342 Bradburry Rd 40**
**Los Alamitos, CA 90720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7056
Priority creditor's name and mailing address
**Joel Nazer**
**109 2nd JPV Street**
**Winter Haven, FL 33880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7057
Priority creditor's name and mailing address
**Joel Oberto Aguero**
**1818 ANDREA PLACE**
**SARASOTA, FL 34235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7058
Priority creditor's name and mailing address
**Joel Ramirez**
**4434 Mentone St**
**San Diego, CA 92107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joel Romero**
**432 DOMINGUEZ WAY**
**#9**
**EL CAJON, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joel Sanchez**
**14335 Ella Blvd**
**1102**
**HOUSTON, TX 77014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joelimary Torres**
**1009 S. KIRKMAN RD**
**Apt. 58**
**ORLANDO, FL 32811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joenay Jennings**
**2600 N MILITARY TRAIL**
**1226**
**WEST PALM BEACH, FL 33409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7063** | Priority creditor's name and mailing address

**Joesph Esquibel**
**9010 Cottonwood Rd**
**Albuquerque, NM 87111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7064** | Priority creditor's name and mailing address

**Joey Englebright**
**4808 DOLIVA DR**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7065** | Priority creditor's name and mailing address

**Joey Llorin**
**4155 HATHAWAY ST.**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7066** | Priority creditor's name and mailing address

**Johan Herrera**
**4445 STEVENSON BLVD**
**55**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johan Osorio**
**15331 Sw 111 St**
**Miami, FL 33196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johana Brito-Mieses**
**2901 DONALD AVE S**
**LEHIGH ACRES, FL 33976**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johana Luis**
**1608 W 2ND ST**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johana Martinez**
**4137 SW 195TH TERRACE**
**MIRAMAR, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Johanna Herrera**
**797 TEAGUE TRAIL**
**8301**
**LADY LAKE, FL 32159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Johanna Salazar**
**21015 Claremore Ct**
**Katy, TX 77449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**John Baldwin**
**13480 SOUTH THORNTREE DR**
**804**
**HOUSTON, TX 77015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**John Booker**
**3355 MCDANIEL RD.**
**DULUTH, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Chavez**
**4633 MARINE AVE.**
**UNIT 245**
**LAWNDALE, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Chu**
**24392 CAVALINI**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Cobb**
**32302 ALIPAZ ST. SPC. 7**
**SAN JUAN CAPISTRANO, CA**
**92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Coventry**
**1201 SEMINOLE BLVD**
**16**
**LARGO, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Czarnecki**
**5210 S. FLOWER ST.**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

| 2.7080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Davis**
**2750 Wheatstone**
**#53**
**San Diego, CA 92111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

| 2.7081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Davis**
**16751 MAJESTIC PRINCE WAY**
**MORENO VALLEY, CA 92551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

| 2.7082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Denmark**
**5841 SWEET 41 ST**
**WEST PARK, FL 33023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

Debtor   **Garden Fresh Restaurants LLC**      Case number (if known)    **20-02477-LA7**

Name

| 2.7083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John DiMaria**
**261 FAIRGROUNDS ROAD**
**WEST PALM BEACH, FL 33411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Donis**
**11433 JERSEY STREET**
**THORNTON, CO 80233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Erickson**
**3578 BOUGAINVILLEA**
**WINTER PARK, FL 32792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Garner**
**2112 STRATFORD DR**
**SARASOTA, FL 34232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |                        |                  |

---

| 2.7087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$228.29** | **$228.29** |
|--------|----------------------------------------------|------------------------------------------------|-------------|-------------|

**JOHN GARNER**
**2112 STRATFORD DR**
**SARASOTA, FL 34232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**John Garon**
**7860 Valencia Court**
**Naples, FL 34113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**John Gigliotti**
**2674 Clear Crest Lane**
**Fallbrook, CA 92028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------|-------------|-----------|

**John Graham**
**1807 DIVISION AVENUE**
**103**
**WEST PALM BEACH, FL 33407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Hamilton**
**1155 Bright Glen Cir**
**Westlake, CA 91361**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Haywood**
**100 Park Plaza**
**Apt 3201**
**San Diego, CA 92101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Heffner**
**29836 69th St N**
**Clearwater, FL 33761**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.7094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Kang**
**13 HICKORY SHADOW DRIVE**
**HOUSTON, TX 77055**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.32 | $50.32 |
|---|---|---|---|---|
| | **John Kang** <br> **13 HICKORY SHADOW DRIVE** <br> **HOUSTON, TX 77055** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Keeting** <br> **12316 BRAMFIELD DR** <br> **RIVERVIEW, FL 33579** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Kenneth Soriano** <br> **49 TESSERA AVE.** <br> **FOOTHILL RANCH, CA 92610** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Lee** <br> **520 SOUTHERN BURNSIDE AVENUE** <br> **TOWER 43** <br> **LOS ANGELES, CA 90036** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Lee**
**3817 MUIRWOOD DR.**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Machamer**
**21432  LAKE FOREST DRIVE**
**#E**
**LAKE FOREST, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Machorro**
**9552 W. TROPICANA**
**1013**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Mares**
**8290 FEDERAL BLVD**
**156**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Minerva**
**1183 BLANC CT**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Minichiello**
**2871 SOUTH CONWAY RD.**
**230**
**ORLANDO, FL 32812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Moini**
**903 AMHERST AVENUE**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John O'connor**
**12514 Dover Dr**
**Montgomery, TX 77356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Patten**<br>**5016 BLACK AVE**<br>**PLEASANTON, CA 94566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Paul Marino**<br>**1736 Idaho Terrace**<br>**Orange Glen, CA 92027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Persons VII**<br>**891 GREEN LAWN AVE**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John robinson**<br>**2920 SANTA CRUZ AVE SE**<br>**ALBUQUERQUE, NM 87106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **John Rodriguez**<br>**218 E CHEVY CHASE DR**<br>**6**<br>**GLENDALE, CA 91205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.7112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **John Sanchez**<br>**22752 15th St**<br>**APT 3**<br>**Newhall, CA 91321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.7113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **John Schimpff**<br>**1130 REDWOOD ST**<br>**OXNARD, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.7114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **John Shoemaker**<br>**2876 Delrose Dr N**<br>**Lakeland, FL 33805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Shotwell**<br>**4133 W. Shaw Butte Dr.**<br>**Phoenix, AZ 85029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Smith**<br>**2424 S LAREDO ST**<br>**AURORA, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Tillman**<br>**2806 Antonio Ave**<br>**Clovis, CA 93611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **John Vargas**<br>**36316 Perkins St**<br>**Fremont, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Villarreal**
**6981 RODLING DR.**
**#D**
**SAN JOSE, CA 95138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Vindel-Thompson**
**8316 LINCOLN STREET**
**LEMON GROVE, CA 91945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.03** | **$1.03** |
|---|---|---|---|---|

**John Vo**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Wilcoxon**
**1517 E CAMPBELL AVE**
**GILBERT, AZ 85234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Wright**
**8717 E Portobello**
**Mesa, AZ 85212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Wykoff**
**6876 E. 45th Street**
**Tucson, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Zamora**
**4749 EL CARTERO WAY**
**LAS VEGAS, NV 89122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnathan Dessel**
**16507 DOVE CANYON RD.**
**5205**
**SAN DIEGO, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnathan Garcia**
**2452 CENTRAL AVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnathan Hartfield**
**6055 WEST PRENTICE AVENUE**
**LITTLETON, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnathan Tran**
**17887 Ash**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnathon Berumen**
**5923 MARSHWELL WAY**
**SAN JOSE, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7131**

Priority creditor's name and mailing address

**Johnathon Grable**
**212 S PATRICIA ST**
**WACO, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7132**

Priority creditor's name and mailing address

**Johnnetta Harris**
**9301 LILY BANK CT**
**WEST PALM BEACH, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7133**

Priority creditor's name and mailing address

**Johnnie ginnie**
**2125 DAVIE BLVD**
**209**
**FT LAUDERDALE, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7134**

Priority creditor's name and mailing address

**Johnnie Jacobs**
**3003 Gillespie Ave**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$182.88** | **$182.88** |
|---|---|---|---|---|
| | **JOHNNIE JACOBS** | Check all that apply. | | |
| | **3003 Gillespie Ave** | ☐ Contingent | | |
| | **Sarasota, FL 34234** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.7136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Johnny Beaver** | Check all that apply. | | |
| | **9475 SW 125TH AVE** | ☐ Contingent | | |
| | **57** | ☐ Unliquidated | | |
| | **BEAVERTON, OR 97008** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.7137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Johnny Butler** | Check all that apply. | | |
| | **142 DONOHOE ST E** | ☐ Contingent | | |
| | **PALO ALTO, CA 94383** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.7138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Johnny Calderon** | Check all that apply. | | |
| | **117A PALMYRA DR** | ☐ Contingent | | |
| | **10** | ☐ Unliquidated | | |
| | **VISTA, CA 92083** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnny Colunga**
**2315 S. Gardena St.**
**San Bernardino, CA 92408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnny De La Paz Castillo**
**1446 OAK TREE DR**
**HOUSTON, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.03** | **$89.03** |
|---|---|---|---|---|

**JOHNNY DE LA PAZ CASTILLO**
**1446 OAK TREE DR**
**HOUSTON, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnny Delgado**
**7862 PINCHOT CT**
**NONE**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address

**Johnny King**
**13650 FIDDLESTICKS BLVD**
**202-261**
**FT MYERS, FL 33912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7144    Priority creditor's name and mailing address

**Johnny Navarro**
**2143 W CHERRY AVE**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7145    Priority creditor's name and mailing address

**Johnny Orosco**
**45680 Sage St**
**Apt 2**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7146    Priority creditor's name and mailing address

**Johnny Ouelette**
**7887 E UHL ST**
**1404**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnny Salas**
**3750 FRANKLIN AVE**
**10**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnny Tamayo**
**1648 Ocala Ave**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johny Saint Hilaire**
**2555 Rose Ridge Cir**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joiel Serena Jr**
**3207 W SHIELDS AVE 124**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jolee Redfering**
**8537 109 WAY**
**SEMINOLE, FL 33772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jolene Holguin**
**4108 E Holland Ave**
**Fresno, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jomarie Vanderbyl**
**32031 VIA BONILLA**
**TEMECULA, CA 92592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$309.02** | **$309.02** |
|---|---|---|---|---|

**JOMARIE VANDERBYL**
**32031 VIA BONILLA**
**TEMECULA, CA 92592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

| 2.7155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jon Cerda**
**36440 GRACE TERRACE**
**FREMONT, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jon Chaney**
**3612 ARMSTRONG ST**
**SAN DIEGO, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonas Mendoza**
**517 S. Newhope**
**Apt22**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonas Morillon**
**1919 W Coronet Ave SPC1**
**Anaheim, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7159** | Priority creditor's name and mailing address

**Jonatha Neto**
**4453 Sw 11th Place**
**Deerfield Beach, FL 33442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown | $0.00

---

**2.7160** | Priority creditor's name and mailing address

**Jonathan A.  Valdez-flores**
**4300 NEWTON AVE**
**42**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

$575.96 | $575.96

---

**2.7161** | Priority creditor's name and mailing address

**Jonathan Angeles**
**3009 Evelyn Ave**
**Rosemead, CA 91770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown | $0.00

---

**2.7162** | Priority creditor's name and mailing address

**Jonathan Atwood Sr**
**12686 MEMORIAL WAY**
**3014**
**MORENO VALLEY, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown | $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7163** Priority creditor's name and mailing address

**Jonathan Aurelus**
**4648 MIDDLEBROOK ROAD**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7164** Priority creditor's name and mailing address

**Jonathan Avila**
**1905 Indrio Cir**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7165** Priority creditor's name and mailing address

**Jonathan Avila**
**1905 Indrio Cir**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7.86**    **$7.86**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7166** Priority creditor's name and mailing address

**Jonathan Bazan**
**15922 S. Myrtle Ave.**
**Apt.1**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jonathan Bernal**<br>**132 Rancho Drive**<br>**#270**<br>**San Jose, CA 95111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.7168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jonathan Brunker**<br>**8350 East Yale Ave**<br>**#b-306**<br>**Denver, CO 80231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.7169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jonathan calderon**<br>**45520 DEL REY AVE.**<br>**INDIO, CA 92201** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.7170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Jonathan Caycho**<br>**412 SUMMIT RIDGE PL**<br>**212**<br>**LONGWOOD, FL 32779** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Connor**
**2719 MOSS GROVE BLVD**
**ORLANDO, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Dardon**
**1601 N SABA ST**
**282**
**CHANDLER, AZ 85225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Davila**
**2942 CROOKED CREEK DR.**
**DIAMOND BAR, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Delgado**
**17210 MCFADDEN AVE**
**10D**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Denault**
**1744 pine ridge dr**
**Davenport, FL 33896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Doyle**
**2259 BLACK PINE RD**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Eakin**
**13462 DELPHI DR.**
**LONE TREE, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Garcia**
**313 W MAUDE**
**313**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

| 2.7179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jonathan Garcia**
**368 1/2 W PALMER AVE**
**GLENDALE, CA 91204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jonathan Gerome**
**310 FOWLES ST**
**OCEANSIDE, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jonathan gonzalez**
**9619 CECILWOOD DRIVE**
**SANTEE, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jonathan gonzalez ave**
**417 ALCAZAR**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Hernandez**
**2566 oak trail s**
**apt 106**
**Clearwater, FL 33764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Hiraldo**
**214 Moscato DR.**
**Davenport, FL 33897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Kennedy**
**12355 ANTOINE DRIVE**
**2614**
**HOUSTON, TX 77067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan King**
**915 29TH STREET**
**WEST PALM BEACH, FL 33401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Krotine**
**23 MOCCASIN TRAIL**
**TRABUCO CANYON, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7188 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Lamar**
**29919 Corte Castille**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7189 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Leiva**
**975 Civic Center Dr**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7190 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan lopez**
**12832 BIG SUR DR**
**TAMPA, FL 33625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

| 2.7191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Jonathan Maza-garcia**
**301 Acalanes Drive**
**Apt#19**
**Sunnyvale, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Jonathan Milligan**
**5737 COLLEGE AVE**
**13**
**SAN DIEGO, CA 92120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Jonathan Mukandila**
**2053 N Alvernon Way**
**Apt #6**
**Tucson, AZ 85712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Jonathan Nishimura**
**625 E Santa And Blvd**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.23** | **$23.23** |
|---|---|---|---|---|

**Jonathan O.  rosas**
**4050 WINLKER AVE**
**204**
**FORT MYERS, FL 33912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Oswaldo Delgado**
**Rincon**
**710 N 23rd St.**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Paz**
**7747 College Town Dr.**
**Apt 105**
**Sacramento, CA 95826**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Perez**
**1444 164th AVE**
**#807**
**SAN LEANDRO, CA 94578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jonathan Perez**
**7832 7TH ST**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7200** Priority creditor's name and mailing address
**Jonathan Pettersson**
**2587 PILOT KNOB DR.**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7201** Priority creditor's name and mailing address
**Jonathan Pittman**
**12490 134TH AV N**
**LARGO, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7202** Priority creditor's name and mailing address
**Jonathan Ramos**
**1121 DRUID RD E**
**19-12**
**CLEARWATER, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonathan Reyna**
**4222 BRUNSWICK AVE**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonathan Rivera**
**571 COLUMBIA AVE**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonathan Robinson**
**220 N. Greenfield  Rd**
**APT 41**
**Mesa, AZ 85205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jonathan Rodriguez**
**1333 E GRAND AVE**
**D203**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.7207 | Priority creditor's name and mailing address<br>**Jonathan Rodriguez**<br>**311 Highland cross drive**<br>**Sedona pointe  apt 2907**<br>**Houston, TX 77073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7208 | Priority creditor's name and mailing address<br>**Jonathan rosas**<br>**4050 WINLKER AVE**<br>**204**<br>**FORT MYERS, FL 33912** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7209 | Priority creditor's name and mailing address<br>**Jonathan Ruiz**<br>**4451 CAMERON PRESERVE**<br>**202**<br>**KISSIMMEE, FL 34746** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7210 | Priority creditor's name and mailing address<br>**Jonathan Saintil**<br>**1963 N CAHUENGA BLVD**<br>**HOLLYWOOD, CA 90068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|

| | Name | | |

| 2.7211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.24** | **$355.24** |
|---|---|---|---|---|
| | **JONATHAN SAINTIL** | ☐ Contingent | | |
| | **1963 N CAHUENGA BLVD** | ☐ Unliquidated | | |
| | **HOLLYWOOD, CA 90068** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jonathan Salgado** | ☐ Contingent | | |
| | **4735 A ST.** | ☐ Unliquidated | | |
| | **SAN DIEGO, CA 92102** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jonathan Salinas** | ☐ Contingent | | |
| | **1443 S 45TH ST.** | ☐ Unliquidated | | |
| | **202** | ☐ Disputed | | |
| | **SAN DIEGO, CA 92113** | | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jonathan Schilling** | ☐ Contingent | | |
| | **4500 E RAY RD** | ☐ Unliquidated | | |
| | **1038** | ☐ Disputed | | |
| | **GILBERT, AZ 85296** | | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Selle**
**19903 TERRI DRIVE**
**CANYON COUNTY, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Soto**
**11803 BERNARDO TERRACE**
**G208**
**SAN DIEGO, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Tao**
**6781 PASEO CATALINA**
**PLEASANTON, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Taylor**
**13700 SE 18TH ST**
**Apt.#5**
**VANCOUVER, WA 98683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Tooey**
**4828 PALM AIRE DR**
**SARASOTA, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Trusheim**
**22607 Sw Ulsky Rd**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Valdez-flores**
**4300 NEWTON AVE**
**42**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Valero**
**43367 Gadsden Ave**
**Apt 453**
**Lancaster, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Vargas**
**13362 WHITESAND DR**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Vega**
**3215 Valley Street**
**Carlsbad, CA 92008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonathan Velis**
**23647  GOLDEN SPRINGS DRIVE**
**9G**
**DIAMOND BAR, CA 91765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JONATHAN VERDIN**
**48 OXBOW CREEK LANE**
**LAGUNA HILLS, CA 92653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

Priority creditor's name and mailing address
**Jonathan Williams**
**5135 W MOUNTAIN ST.**
**A16**
**STONE MOUNTAIN, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address  **2.7228**
**Jonathan Wu**
**23535 PALOMINO DRIVE**
**370**
**DIAMOND BAR, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address  **2.7229**
**Jonathan Ybarra-marin**
**3033 EAST VALLEY BLVD**
**SPACE 139**
**WEST COVINA, CA 91792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Priority creditor's name and mailing address  **2.7230**
**Jonathon Rollo**
**17210 NW MESA VIEW LN**
**BEAVERTON, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jones Elijah**
**5555 ANTIONE DR**
**218**
**HOUSTON, TX 77091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonnatan Vergara**
**475 N MIDWAY DR APT 212**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonnathan gonzalez**
**10611 DIXIE DR**
**ANAHEIM, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jontarus Beckham**
**2170 BEECHER CIRCLE**
**ATLANTA, GA 30311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jontavious Young**
**119 W 25st**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jonthan Mojica**
**21275 BEECHWOOD WAY**
**LAKEFOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Anaya**
**30831 N KAREN AVE**
**SAN TAN VALLEY, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Barnett**
**29027 MIRADA CIRCULO**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7239** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Jordan Blevins**
**4871 GAMBIER STREET**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7240** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Jordan Boyd**
**4221 E PATRICK CT**
**GILBERT, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7241** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Jordan Campbell**
**19422 East Brunswick Dr**
**Aurora, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7242** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Jordan cassidy**
**6614 OSCEOLA POLK LINE RD**
**DAVENPORT, FL 33896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7243** | Priority creditor's name and mailing address

**Jordan Davis**
**19448 NW 14TH ST**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7244** | Priority creditor's name and mailing address

**Jordan dennis**
**3591 KELLOGG PLACE**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7245** | Priority creditor's name and mailing address

**Jordan Edouard**
**9251 SOUTHAMPTON PLACE**
**BOCA RATON, FL 33434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7246** | Priority creditor's name and mailing address

**Jordan Ellis**
**8125 MILLS**
**APT 8211**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Entrikin**
**19345 robin circle**
**unit 84**
**west linn, OR 97068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Erb**
**16242 N. 28TH PL**
**APT #2**
**PHOENIX, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Faria**
**1042 WEST MALIBU DRIVE**
**1042**
**TEMPE, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Gibson**
**8701 Nw 18th Street**
**Pembroke Pines, FL 33024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|---|
| | Name | | | |

| 2.7251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jordan Gilbert**
**1670 S FLOSSMOOR RD.**
**FORT MYERS, FL 33919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jordan Grammatas**
**1731 WHISPERING DRIVE WEST**
**LARGO, FL 33771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jordan Haner**
**1901 WEST JEAN ST**
**TAMPA, FL 33604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jordan Johnson**
**7042 NATAL DR**
**WESTMINSTER, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Lange**
**8573 MIGUEL VISTA PLACE**
**SAN DIEGO, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Linden**
**7427 Beacon Hill Loop**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Lockrem**
**716 S Lee Avenue**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Miller**
**231 SOUTH BAYVIEW**
**APT 4**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jordan Nomellini**
**1361 EL CAMINO REAL UNIT 426**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jordan Osborne**
**316 CRICHTON STREET**
**RUSKIN, FL 33570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jordan Rubenstein**
**12797 VIA TERCETO**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Jordan Semke-Gargano**
**2666 DEERFIELD CIR**
**MARIETTA, GA 30064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Teal**
**12008 TAMBOURINE DR**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordan Vasconcelos**
**2116 RED ROCK CT**
**93551**
**PALMDALE, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordania Jimenez**
**4620 Bristol Bay**
**Apt 303**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorden Bonwell**
**1405 NOIA AVENUE**
**ANTIOCH, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordie Nava**
**118 MUIRFIELD DR**
**118**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jordon eberhardt**
**16250 HOLLOW WOOD DR**
**HOUSTON, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordon Soto**
**6050 34TH STREET WEST**
**1001**
**BRADENTON, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordy Hernandez**
**8456 COLUMBUS AVE**
**#6**
**NORTH HILLS, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordyn Barrier**
**1081 EL CAMINO REAL**
**16**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jordyn Perry**
**11363 DRONFIELD TERRACE**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorell Deleon**
**10314 DARDEN ROAD**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Aguilar Camacho**
**1552 La Monarca Lane 106**
**Chula Vista, CA 91913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.7275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Jorge Aguilera**
**1323 Coolmont Dr.**
**Brandon, FL 33511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Jorge Alvarado**
**1905 W Las Palmoritas Dr**
**Apt F163**
**Phoenix, AZ 85021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Jorge Arreola**
**4797 LADNER ST**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Jorge Calderin**
**14504 Sw 280th St**
**APT 201**
**Homestead, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Carrizal**
**2213 Alabama St**
**#2**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Castro**
**441 SACRAMENTO AVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Cervantes**
**920 LAWRENCE ST**
**PLACENTIA, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Cubias**
**1029 E Brown Ave**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Jorge Diaz**
**8005 Hellman**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7284   Priority creditor's name and mailing address

**Jorge Garcia**
**33738 11th street**
**Union City, CA 95527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7285   Priority creditor's name and mailing address

**Jorge Garcia**
**360 NATURE DRIVE**
**UNIT B**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7286   Priority creditor's name and mailing address

**Jorge Gomez**
**116 SW 135AVE**
**MIAMI, FL 33184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Gonzalez**
**7100 San Ramon Rd**
**Apt 95**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Gonzalez**
**3334 E Southern Ave**
**#39**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Gonzalez Mota**
**8142 8th St.**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Hernandez Sarmiento**
**1535 S.sycamore Ave**
**#7**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jorge Herrera**<br>**916 Preakness Dr**<br>**#916**<br>**Alpharetta, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jorge Juarez**<br>**10402 Allen Dr**<br>**Garden Grove, CA 92840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$143.10** | **$143.10** |
|---|---|---|---|---|
| | **Jorge L. Garcia**<br>**33738 11th street**<br>**Union City, CA 95527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jorge Lopez**<br>**5516 W. Shangrila Rd**<br>**Glendale, AZ 85304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.7295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Jorge Macias**
**2059 N Madison Ave**
**Altadena, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Jorge Marquez**
**3560 Hispania Pl**
**Apt 222**
**Sarasota, FL 34232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Jorge Martinez**
**3325 BEE RIDGE RD**
**7A**
**SARASOTA, FL 34239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Jorge Marure**
**6631 Tait St**
**#2**
**San Diego, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Mendoza Galvan**
**2121 EAST GRAND AVE**
**H32**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Mesina**
**3581 Linnet Dr**
**Lake Elsinore, CA 92530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Molina Turcios**
**5626 OWENS DR**
**APT 103**
**PLEASANTON, CA 94588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Pagan**
**232 CANTERBURY CT**
**KISSIMMEE, FL 34758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jorge Perez**
**10070 GILBERT ST #96**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jorge Perez**
**511 SANDAL CT.**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jorge Ramos**
**1023 N Hudson Ave**
**Los Angeles, CA 90038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jorge Raya**
**6534 ORANGE AVE**
**LONG BEACH, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Reyes**
**906 S.sunshine Ave**
**Apt #6**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Rivera**
**1609 VIA OTANO**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Robles**
**4038 MARATHON ST**
**10**
**LOS ANGELES, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge rodriguez**
**740 POLO PARK BLVD**
**DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Salazar**
**1840 W ORANGETHORPE AVE**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Sanchez**
**43135 Gatewoow St**
**Fremont, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Tellez**
**3969 S QUEEN PALM DRIVE**
**TUCSON, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Valdovinos**
**1371 JEFFERSON AVE**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Valenzuela**
**358 ACACIA AVENUE**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Valle Espinosa**
**15229 1/2 NURMI ST**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Vargas**
**3648 DEL SOL BLVD**
**#H**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jorge Vazquez**
**1101 Arboleda Ct.**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Jorge Vega-santos**<br>**4358 Hopkins Lake Dr**<br>**Duluth, GA 30096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Jorge-luis Segovia**<br>**35469 Summerholly ln**<br>**Murrieta, CA 92563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Joscelin Vargas**<br>**8304 LOGAN HEIGHTS CIR**<br>**SANFORD, FL 32773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$116.84** **$116.84** |
| | **Jose A.  Aguilera**<br>**12764 E ASBURY CIR**<br>**203**<br>**AURORA, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Acevedo**
**18040 SW 11TH CT**
**PEMBROKE PINES, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Aguilera**
**12764 E ASBURY CIR**
**203**
**AURORA, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Almiralla**
**14076 Sw Downing Street**
**Beaverton, OR 97006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Alvarado**
**5038 S. Hardy Dr.**
**Apt #1119**
**Tempe, AZ 85282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.22** | **$8.22** |
|---|---|---|---|---|

**Jose Alvarado**
**5038 S. Hardy Dr.**
**Apt #1119**
**Tempe, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Alvarez**
**408 W 8th Ave**
**Escondido, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Anaya**
**3138 W 134TH PL**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Antonio Lopez Hernandez**
**1776 MONROE**
**APT. 3**
**SANTA CLARA, CA 95050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

| 2.7331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose Arzola**
**8264 Flanders Dr**
**Apt 3**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose Ascencio**
**25469 Borough Park**
**Apt 323**
**Spring, TX 77380**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose Ayala**
**976 VINERIDGE RUN**
**107**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose Banuelos**
**11022 W Hondo Prwy**
**#2**
**Temple City, CA 91780**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7335 | Priority creditor's name and mailing address<br>**Jose Baroza**<br>**1243 S 43rd St**<br>**San Diego, CA 92113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7336 | Priority creditor's name and mailing address<br>**Jose Belman**<br>**4476 LOS SERRANOS BLVD**<br>**CHINO HILLS, CA 91709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7337 | Priority creditor's name and mailing address<br>**jose beltran**<br>**9404 PACE AVE**<br>**9404**<br>**LOS ANGELES, CA 90002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7338 | Priority creditor's name and mailing address<br>**Jose Blaz**<br>**847 SCOTT LANE SW**<br>**MARIETTA, GA 30008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7339** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jose Bravo**
**7050 Black Mountain**
**San Diego, CA 92117**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.7340** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.47** | **$34.47**

**Jose C.  Patino**
**156 Villa Ave**
**Clovis, CA 93612**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.7341** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jose Cabrera**
**3733 Gatty St.**
**San Diego, CA 92154**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.7342** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Jose Calingo**
**933 AMELUXEN AVE**
**HACIENDA HEIGHTS, CA 91745**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Campech**
**523 FRESAM ST. SW**
**ALBUQUERQUE, NM 87121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose campos**
**704 MAYDEE ST**
**DUARTE, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Cano**
**553 BRANHAM LANE EST**
**1**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Cardenas**
**834 W DUARTE RD**
**21**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7347** | Priority creditor's name and mailing address

**Jose Carrillo**
**282 GREY GHOST AVE**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7348** | Priority creditor's name and mailing address

**Jose Carrillo**
**15639 E.eldorado Dr**
**Aurora, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7349** | Priority creditor's name and mailing address

**Jose Castillo**
**805 NAVIGATOR WAY**
**OXNARD, CA 93035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7350** | Priority creditor's name and mailing address

**Jose Ceja Navarro**
**1036 MOHR LANE**
**#C**
**CONCORD, CA 94518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Cervantes**
**1058 ADASON DRIVE**
**SAN LEANDRO, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Chagollan**
**5446 California Ave**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Chavez**
**1271 MONUMENT BLVD**
**82**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Chavez-herrera**
**11121 W Monterosa St**
**Phoenix, AZ 85037**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Chorro**
**5115 Claro Way.**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Conde**
**6300 West Lake Mead**
**Apt 2028**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Conejo**
**8901 BISSONNET ST**
**181**
**HOUSTON, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Correa**
**5596 KUMQUAT**
**WEST PALM BEACH, FL 33413**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Cortez**
**245 S Gilbert St**
**Apt C**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7360 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Costly**
**2852 Matera Dr**
**St Cloud, FL 34771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7361 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE COVARRUBIAS**
**2639 W Canyon AveApt 470**
**SAN DIEGO, CA 92123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7362 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Cubas**
**215 Nw 57th St**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.7363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose David Fernandez**
**651 JOHANNA AVE**
**SUNNYVALE, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose de Jesus Cortes de la Cruz**
**2784 Aldworth Dr**
**San Jose, CA 95148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose De La Cruz**
**1575 RIDENOUR PKWY NW**
**APT 924**
**KENNESAW, GA 30152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jose Del Carmen**
**453 CALERO AVENUE**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE DOMINGUEZ**
**945 NEWINGTON STREET**
**DUARTE, CA 91010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE DOMINGUEZ**
**7211 FENWAY AVE.**
**LAS VEGAS, NV 89147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Duque**
**11843 PLUMBROOK DR**
**HOUSTON, TX 77099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Duran**
**2442 E Tryon Ave**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Dutan**
**1111 Pine St**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Felix**
**1740 Kennesaw Due Road**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Flores**
**1672 GRAND AVENUE**
**FILLMORE, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Flores**
**729 W 24 TH ST**
**#5**
**SAN PEDRO, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Fragoso**
**Invalid Address**
**519 W Southern Manor**
**Tempe, AZ 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Fregoso**
**802 LELAND ST.**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Gaitan**
**20702 El Toro Road**
**Apt 438**
**Lake Forest, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Galarza**
**1515 E Katella Ave**
**Apt 2127**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Galarza Jr**
**4030 Franklin Ave**
**Apt 101**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Gamez**
**16311 LUZERNE DR**
**A**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose garay morales**
**37893 AVON ST**
**INDIO, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Gonzales**
**913 Mills St**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Gonzalez**
**887 Center Street**
**apt 4**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Gonzalez**
**3690 FLORA VISTA VISTA AVE**
**#3**
**SANTA CLARA, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Greth**
**2811NORTHCRAYCROFTRD**
**2811**
**TUCSON, AZ 85712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Guerrero**
**12302 MASTERS WAY**
**ALPHARETTA, GA 30005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Guevara**
**344 E Julian St**
**San Jose, CA 95112**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Guzman**
**60 SW 131ST AVE**
**BEAVERTON, OR 97005**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Hernandez**
**194 BENDORF DR.**
**SAN JOSE, CA 95111**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Hernandez**
**605 S Martin Luther King Jr Av**
**Unit 1**
**Clearwater, FL 33756**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Hernandez**
**1860BRADBURY AVE**
**DUARTE, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Hernandez**
**5145 Cold Springs Dr**
**Luxomni, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Hernandez**
**478 LISA ANN ST**
**BAY POINT, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Hernandez**
**917 Del Paso**
**Apt 413**
**Euless, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Herrera**
**2628 Tilton Ct**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Herrera**
**4707 E MCDOWELL RD**
**2141**
**PHOENIX, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Huante**
**10051 PARK MEADOWS DR #208**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE HUERTA**
**655 JEFFERY ST**
**BOCA RATON, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ibanez
3755 SIERRA MORENA
CARLSBAD, CA 92010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Jimenez
4449 N. CASEY AVE
FRESNO, CA 93723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Jimenez
301 ALCANES
59
SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Lara
51680 AVE CARRANZA
LA QUINTA, CA 92253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ledesma**
**5345 1/2 Oakland St**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Lemus Iii**
**2723 West State Street**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Loeza**
**1027 SOUTH 32ND ST.**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Lopez**
**942 E Weber Dr**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.7407

**Jose Lopez**
**9494 CARROLL CANYON RD,**
**Apt. 36**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.7408

**Jose Lopez Galicia**
**13970 SW 6TH AVE.**
**BEVAERTON, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.7409

**Jose Lopez Gutierrez**
**942 E WEBER DR**
**TEMPE, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

2.7410

**Jose Lozano Jr**
**18309 CAMINO BELLO**
**B**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Luis Lopez Diaz**
**9245 52ND ST N**
**PINELLAS PARK, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Luis Lopez Diaz**
**2690 DREW ST**
**APT 201**
**CLEARWATER, FL 33759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Luis Perez Diaz**
**7601 N 60TH AVE**
**GLENDALE, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Luna**
**310 NW 151ST STREET**
**VANCOUVER, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Macias**
**340 Evergreen Dr**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7416 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Macias**
**3211 Bee Ridge Rd.**
**Apt 49**
**Sarasota, FL 34239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7417 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Maduena**
**51155 EISENHOWER DR**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7418 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose magana**
**830 LADY BUG LN**
**SAN MARCOS, CA 92069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Jose Mangual** **10552 BASTILLE LANE** **APT. 203** **ORLANDO, FL 32836** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Jose Manuel Magana Sanchez** **526 3rd St** **San Jose, CA 95112** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Jose Marquez Jr** **2995 Mountain Ave** **11** **Del Rosa, CA 92404** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Jose Martinez** **190 Worthington Hill** **Roswell, GA 30076** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose martinez**
**P O BOX 725**
**TUSTIN, CA 92781**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Martinez**
**2217 LOS PADRES BLVD**
**1**
**SANTA CLARA, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Medrano**
**2912 Sw 15th Ave**
**Apt 2**
**Fort Lauderdale, FL 33315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Mendoza**
**4124 MIGUEL ST.**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.7427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Jose Montes Meza**<br>**3819 EAST AVE**<br>**60**<br>**LIVERMORE, CA 94550** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.7428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Jose Montoya**<br>**8997 Falcon Pointe Loop**<br>**Fort Myers, FL 33912** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.7429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Jose Mosqueda**<br>**1937 Village Wood Rd**<br>**Encinitas, CA 92024** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.7430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00** |
| | **Jose Munoz**<br>**316 Guanacaste Ct**<br>**San Jose, CA 95116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Nevarez**
**400 W Baseline Rd**
**#115**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Nicolas**
**2835 LEEWARD AVENUE**
**LOS ANGELES, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Noriega**
**229 WATERS LAKE DR**
**WOODSTOCK, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ocampo**
**18 The Trees Dr**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Olalde Avellaneda**
**8202 SHERIDAN BLVD APT.1904**
**1904**
**WESTMINSTER, CO 80003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Olvera**
**28188 MOUTON PKWY 1312**
**1312**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Ordonez**
**805 E TURNEY AVE**
**2**
**PHOENIX, AZ 85014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jose Orozco Munoz**
**3760 W. 84TH AVE #29**
**WESTMINSTER, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ortiz**
**1133 MARTEX DR**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ortiz Petit**
**1512 Arapahoe #2**
**Los Angeles, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Osorio Rios**
**969 MERCURY CIR**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose pacho**
**3723 W PALMAIRE AVE**
**PHOENIX, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Padilla**
**53940 EISENHOWER DR.**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Palencia**
**146 N. HELIOTROPE AVE APT A**
**#A**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Palma**
**9155 Pacific Ave**
**#233**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$579.37** | **$579.37** |
|---|---|---|---|---|

**JOSE PALMA**
**9155 Pacific Ave**
**#233**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Patino**
**156 Villa Ave**
**Clovis, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Pedraza Cruz**
**2716 Cypress Dr**
**Apt B**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Perez**
**191 East El Camino Real Spc**
**#147**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ponce Hernandez**
**8000 KING ST**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Portillo**
**3403 PALMER DR.**
**KISSMMEE, FL 34741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ramirez**
**3555 WARBURTON AVE**
**236**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ramos**
**7872 Franklin St**
**Buena Park, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rea**
**1212 S HIAWASSEE RD**
**534**
**ORLANDO, FL 32835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rebollar**
**1818 NORTH 80TH PLACE**
**SCOTTSDALE, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Renoj**
**3175 Wing St**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Renteria**
**1413 1/2 253RD ST**
**HARBOR CITY, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Renteria**
**100 ELLINWOOD DR**
**127D**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Reyes**
**3313 VINCENT DR**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rios**
**2080 ALUM ROCK AVE.**
**225**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rivera**
**42299 Barlow Drive**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.17** | **$54.17** |
|---|---|---|---|---|

**JOSE RIVERA**
**42299 Barlow Drive**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rocha Flores**
**909 AVENIDA DE SAN CLEMENTE**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rodriguez**
**7782 Samura Pl**
**# 10**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rodriguez**
**2290 College Ave**
**#A201**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rodriguez**
**2320 W WILLIAMSON AVE**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jose Romero**
**1345 S TOWNER ST**
**SANTA ANA, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7468 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Romero**
**2121 PECH**
**88**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7469 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Rosa Barrera**
**635 FRANCINE CT.**
**LA PUENTE, CA 91746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7470 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Ruvalcaba**
**535 Grapevine Rd**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jose Saldivar**<br>**29682 WINDWOOD CIRCLE**<br>**TEMECULA, CA 92591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jose Salgado**<br>**1101 Carey Dr Apt # 2**<br>**Concord, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jose Sanchez**<br>**4137 ALABAMA ST**<br>**#1**<br>**SAN DIEGO, CA 92104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jose sanchez**<br>**1440  E THOMAS RD**<br>**PHOENIX, AZ 85016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Sanchez**
**1920 ROWAN ST**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Sanchez**
**9616 Long Point Rd68**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Sanchez**
**1324 MICHIGAN AVE ALVISO CA**
**ALVISO, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Santiago**
**4113 Rolando Blvd**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Soria Jaquez**
**752 SPINDRIFT**
**SAN JOSE, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Tellez**
**4201 E Fourth Plain**
**Ap. #b24**
**Vancouver, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.02** | **$10.02** |
|---|---|---|---|---|

**Jose Trujillo**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Uraga**
**601 N KIRBY ST. SPC.250**
**HEMET, CA 92545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Valdes**
**1242 SHERMAN AVENUE**
**MONROVIA, CA 91016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**jose valdespino**
**2250 E WARD TERRACE**
**7**
**ANAHEIM, CA 92806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Valdez**
**7751 E. Appletree Dr**
**Tucson, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Valdez**
**2301 E FREMONT AVE**
**T 9**
**CENTENNIAL, CO 80122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Valle**
**19810 Crested Hill Ln**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7488 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE VASQUEZ**
**712 ORR AVE**
**NORTH LAS VEGAS, NV 89030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7489 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Vazquez**
**23797 NE HWY 314**
**SALT SPRINGS, FL 32134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7490 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose Vicente Bejarano Medrano**
**1240 MAJORIE PL**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7491**

Priority creditor's name and mailing address

**Jose Villalta**
**5363 EDNA**
**ST**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7492**

Priority creditor's name and mailing address

**Jose Yengle**
**2517 Britannia Rd**
**Sarasota, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7493**

Priority creditor's name and mailing address

**Jose-luis Alonso**
**3819 East Ave #60**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7494**

Priority creditor's name and mailing address

**Jose-Luis Barragan**
**2906 MOSS HOLLOW DR.**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose-luis Lopez**
**2690 Drew St.**
**Apt. #201**
**Clearwater, FL 33759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josefernando Macias**
**551 Discovery Ln**
**#134**
**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josefina Barron**
**1701 E La Habra Blvd**
**#24**
**La Habra, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josefina Cervantes Dominguez**
**560 AHWANEE AVE**
**24**
**SUNNYVALE, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josefina svihovec**
**1708 NORANDA DR**
**#3**
**SUNNYVALE, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josefina Torres**
**165 BLOSSOMHILL CT**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josel Ruiz**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseline Gawel**
**658 CARLA AVE**
**CHULA VISTA, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joselito Co**
**4049 Georgia Street**
**San Diego, CA 92103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseluis Chavez**
**1709 Ross Cir**
**Apt #2**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.25** | **$13.25** |
|---|---|---|---|---|

**Joseluis Chavez**
**1709 Ross Cir**
**Apt #2**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseluis Garcia**
**652 Imperial Hwy**
**Apt C**
**Fullerton, CA 92835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joselyn Baca**<br>**2413 HATTON CHASE LANE**<br>**KISSIMMEE, FL 34746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joselyne Williams**<br>**1401 E Santo Antonio Dr**<br>**242**<br>**Colton, CA 92324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$91.75** | **$91.75** |
|---|---|---|---|---|
| | **JOSELYNE WILLIAMS**<br>**1401 E Santo Antonio Dr**<br>**242**<br>**Colton, CA 92324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph abreu**<br>**1265 CALLE BONITA**<br>**CAMARILLO, CA 93012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Acuesta**
**1711 SCHILLING COURT**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Anesta**
**2181 N. BEVERLY GLEN BLVD**
**LOS ANGELES, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Arias**
**18265 ARIAL WAY**
**SANTA CLARITA, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Augustin**
**480 MC NAB RD**
**#7**
**POMPANO BEACH, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Bedoy**
**16125 Lofty Trail Dr**
**San Diego, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7516 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Benkert**
**409 OSITOS AVE**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7517 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Burns**
**1480 EAST MARSHALL BLVD**
**13**
**SAN BERNARDINO, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7518 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Calderon**
**106 Sand Pine Way**
**Royal Palm Beach, FL 33411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Joseph Carbajal**<br>**7957 W GILMORE AVE**<br>**LAS VEGAS, NV 89129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Joseph Casarez**<br>**44058 Fine St**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Joseph Cassidy**<br>**6614 OSCEOLA POLK LINE RD**<br>**DAVENPORT, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
| | **Joseph Choe**<br>**2905 MONTROSE AVE. 509**<br>**LA CRESCENTA, CA 91214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Corprew**
**3723 11ST NW**
**ALBUQUERQUE, NM 87107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Crimmins**
**11721 WHITTIER BLVD  371**
**WHITTIER, CA 90601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Emel-Nofziger**
**34004 N SANDSTONE DR**
**SAN TAN VALLEY, AZ 85143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Fursov**
**10433 SE QUAIL RIDGE DR**
**HAPPY VALLEY, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Garcia**<br>**366B Nature Ct**<br>**San Jose, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Gonzalez**<br>**464 GRAHAM AVE**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Grant**<br>**14105 NE 101ST ST**<br>**VANCOUVER, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Herrera**<br>**1288 SPARKMAN**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.67** | **$280.67** |
|---|---|---|---|---|
| | **JOSEPH HERRERA**<br>**1288 SPARKMAN**<br>**CAMARILLO, CA 93010** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Hill**<br>**17251 Tablero Pl**<br>**San Diego, CA 92127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joseph Iniguez**<br>**6314 W Onyx Ave**<br>**Glendale, AZ 85302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$674.35** | **$674.35** |
|---|---|---|---|---|
| | **JOSEPH J.  MENDOZA**<br>**900 E Brett St**<br>**Inglewood, CA 90302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Jackson**
**25750 COVALA CT.**
**VALENCIA, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Jean Dort**
**2226 FIESTA CT**
**ORLANDO, FL 32811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Jefferies**
**420 67TH ST**
**ALBUQUERQUE, NM 87121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Johnson**
**1007 APPLING AVE**
**PLACENTICA, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Kennedy**
**261 FAIRGROUNDS RD**
**WEST PALM BEACH, FL 33411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph King**
**259 E. 18 st. Unit B**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Lescano**
**MENDOTA CT 1631**
**WALNUT CREEK, CA 94597**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joseph Leyba**
**4366 VILLAGE DR**
**APT K**
**CHINO HILLS, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Louivain**
**2322 MCCLELLAN ST**
**36-2**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Magnole**
**460 NW 197TH AVE**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Marfoglia III**
**8704 RED RIO DR**
**203**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Marinas**
**3255 CAMBRIDGE DRIVE**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Marquez**
**1718 ALAMITAS AVENUE**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Marsden-Tapia**
**5544 BALBOA ARMS DR**
**F2**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Martinez**
**8227 ALHAMBRA AVE**
**#F**
**PARAMOUNT, CA 90723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Martinez**
**6880 GYPSUM CREEK DR**
**EASTVALE, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph McGinity**
**1 BASTIA**
**LAGUNA NIGUEL, CA 92677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.7552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Medina**
**659 MARYGOLD AVE**
**BLOOMINGTON, CA 92316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.7553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Mejia**
**142 SAN JOAQUIN CT**
**BAY POINT, CA 94565**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.7554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Mendoza**
**900 E Brett St**
**Inglewood, CA 90302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Joseph MIllar**<br>**18484 I-45**<br>**#228**<br>**Shenandoah, TX 77384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Joseph Molina**<br>**1439 STATE ST**<br>**ALVISO, CA 95002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Joseph Mueller**<br>**1551 ne 59th place**<br>**Fort Lauderdale, FL 33334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Joseph Mugabo**<br>**1502 S. Winmor Ave**<br>**Tucson, AZ 85713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Musial**
**373 N. WILMOT DR**
**521**
**TUCSON, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Joseph Noyes**
**6621 LAKESHORE LANE**
**913**
**FORT MYERS, FL 33912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Joseph Pittman**
**4287 CENTENNIAL TR.**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Joseph Pollard**
**331 SUMTER DRIVE**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Quintana**
**2446 ALLGEYER AV**
**EL MONTE, CA 91732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$527.60** | **$527.60** |
|---|---|---|---|---|

**JOSEPH R.  GONZALEZ**
**464 GRAHAM AVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Ragland**
**29896 HOWEL RD.**
**WALLER, TX 77484**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Roberson**
**1972 Lake Fountain Dr**
**Apt. 114**
**Orlando, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Romaniello**
**15351 East 1st Ave**
**Apt. #4104**
**Aurora, CO 80011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Ross**
**9587 Tropico Dr**
**La Mesa, CA 91941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11.87** | **$11.87** |
|---|---|---|---|---|

**Joseph Ross**
**9587 Tropico Dr**
**La Mesa, CA 91941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Sandoval**
**3944 NORTH BONITA**
**SPRING VALLEY, CA 91977**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Sheridan**
**16025 WALLACE STREET**
**UMATILLA, FL 32784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Thomas**
**3225 TRUXILLO**
**HOUSTON, TX 77004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Torres**
**23217 NE 29TH AVE**
**RIDGEFIELD, WA 98642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Trueba**
**140 TREE FERN CT.**
**CAMARILLO, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph vallee**
**2180 GULF GATE**
**SARASOTA, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Williams**
**45 CATHEDRAL HEIGHTS SW**
**CARTERSVILLE, GA 30120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Williams**
**3798 N. Ferndale Ave**
**San Bernardino, CA 92407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseph Yetter**
**139 RENAISSANCE PKWY**
**ATLANTA, GA 30308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josephina Olvera**
**1402 E MANLOVE ST**
**26**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josephine Ruiz-Nolasco**
**51510 AVENIDA MARTINEZ**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joseth Valdez**
**2024 LOCUST AVE.**
**#7**
**LONG BEACH, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josette Montes**
**2177 Wesleygrove Ave**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josette Seide**
**2428 STELLA STREET**
**FORT MYERS, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josh Alderson**
**4913 PLOMONDON ST**
**27**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josh Bogedain**
**16414 BONNEVILLE DR**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josh Lagal**
**1045 N Azusa Ave**
**#97**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.19 | $40.19 |
|---|---|---|---|---|

**Josh M. Mendoza**
**857 MICHIGAN BLVD**
**PASADENA, CA 91107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josh Mendoza**
**857 MICHIGAN BLVD**
**PASADENA, CA 91107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Acevedo Ortiz**
**14916 PINECREST RD**
**TAMPA, FL 33613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Alicea - Vazquez**
**2422 S.86TH ST.**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Baca**
**9251 Eagle Ranch Rd NW**
**Apt 232**
**ALBUQUERQUE, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.7592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Brockish**
**2206 S REVOLTA**
**MESA, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.7593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Brown**
**2040 South Longmore**
**#28**
**MESA, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.7594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$109.91** | **$109.91** |
|---|---|---|---|---|

**JOSHUA C.  BROWN**
**2040 South Longmore**
**#28**
**MESA, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7595 | Priority creditor's name and mailing address<br>**Joshua Carnes**<br>**327 South Corner st.**<br>**ANAHEIM, CA 92804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7596 | Priority creditor's name and mailing address<br>**Joshua Castorena**<br>**80000 AVE 48 SPACE 124**<br>**INDIO, CA 92201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7597 | Priority creditor's name and mailing address<br>**Joshua Chazen**<br>**879 WHIPPOORWILL DR**<br>**PALM HARBOR, FL 34683** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7598 | Priority creditor's name and mailing address<br>**Joshua Clark**<br>**131 Calla Ave**<br>**Imperial Beach, CA 91932** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Costa**
**7071 LAKERIDGE COURT**
**304**
**FORT MYERS, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Dahan**
**10179 LARWIN AVENUE**
**UNIT 5**
**CHATSWORTH, CA 91311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Dickens**
**7973 SOUTHEAST STEPHANIE**
**COURT**
**MILWAUKEE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Douglas**
**210 GOLDEN POND CT. 210**
**210**
**VALRICO, FL 33594**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.76 | $80.76 |
|---|---|---|---|---|

**JOSHUA E. ROTH**
**2449 W DUNKELD PL**
**305-2**
**DENVER, CO 80212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joshua Fuentes**
**5630 BIRCHMONT DR.**
**C**
**HOUSTON, TX 77091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joshua Gallipoli**
**12405 MANGAS TR NE**
**ALBUQUERQUE, NM 87111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joshua Garcia**
**17045 MEDALLION AVE**
**56**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Gardner**
**5500 MOUNTAIN VISTA ST**
**1026**
**HENDERSON, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Gatling**
**13050 DOTY AVE**
**25**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Golden**
**10733 CHERRY HILL DRIVE**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Harvey**
**4911 PARKHILL STREET**
**LAKE OSWEGO, OR 97035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Hendrix**
**209 Banyan CT**
**Winter Springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua henry**
**14788 SE GILESFORD ST**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Hoffmann**
**2045 E. Broadway Rd.**
**Apt 2037**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Hong**
**14791 BRAEBURN ROAD**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Howard**<br>**3019 CHURCH AVE**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Jacobson**<br>**1906 SE 114TH CT**<br>**A**<br>**VANCOUVER, WA 98664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Kassa**<br>**223 N Avenue 58**<br>**Apt 5**<br>**Los Angeles, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Killoran**<br>**6248 CAMINITO SALADO**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Kissner**
**797 TEAGUE TRL**
**9107**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Lee**
**4718 GARCIA AVE**
**SARASOTA, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Lind**
**2811 S REED ST**
**DENVER, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Manriquez**
**2225 MONTECLARO DR**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.7623 | Priority creditor's name and mailing address

**Joshua Mansfield**
**15050 MONTE VISTA AVE.**
**SPC 129**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **$0.00**

---

2.7624 | Priority creditor's name and mailing address

**Joshua Martinez**
**1013 DARTMOUTH DR**
**HOLIDAY, FL 34691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **$0.00**

---

2.7625 | Priority creditor's name and mailing address

**Joshua Mead**
**6022 W AVE J4**
**LANCASTER, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **$0.00**

---

2.7626 | Priority creditor's name and mailing address

**Joshua Mejia**
**5115 CLARO WAY**
**PALMDALE, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Mertesdorf**<br>**945 S ALLENDALE ST**<br>**SARASOTA, FL 34232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.01** | **$18.01** |
|---|---|---|---|---|
| | **Joshua Mertesdorf**<br>**945 S ALLENDALE ST**<br>**SARASOTA, FL 34232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Montero**<br>**4124 BIG VALLEY BLVD**<br>**KISSIMMEE, FL 34746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Morser**<br>**18216 Apple Rd**<br>**Fort Myers, FL 33967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Murrietta**
**3711 HELLMAN AVENUE**
**LOS ANGELES, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Patti**
**9451 LAKE MURRAY APARTMENT**
**B**
**SAN DIEGO, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Pulido**
**2611 MORRIS AVE**
**CLOVIS, CA 93611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Rabe**
**416 RUMSEY COURT**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.7635

**Joshua Rains**
**6633 OAKRIDGE RD**
**SAN DIEGO, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7636

**Joshua Ramos**
**108 Camino Valverde**
**Camarillo, CA 93012**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7637

**Joshua Reese**
**401 LONGLEAF CT**
**401**
**LAWRENCEVILLE, GA 30046**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7638

**Joshua Rentschler**
**5524 Arnold Palmer Dr**
**APT 1134**
**Orlando, FL 32811**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Rivera**<br>**9607 44TH ST CT E**<br>**PARRISH, FL 34219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Rivero**<br>**523 HILLARY CIRCLE**<br>**SUGAR LAND, TX 77498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Rodriguez**<br>**82808 AVE 44**<br>**#H**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$94.96** | **$94.96** |
|---|---|---|---|---|
| | **JOSHUA RODRIGUEZ**<br>**82808 AVE 44**<br>**#H**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7643** Priority creditor's name and mailing address

**JOSHUA ROTH**
**2449 W DUNKELD PL**
**305-2**
**DENVER, CO 80212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7644** Priority creditor's name and mailing address

**Joshua Ruiz**
**1901 N JONES BLVD**
**BUILDING A APT 2099**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7645** Priority creditor's name and mailing address

**Joshua Shin**
**3407 DEL ESTE WAY**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7646** Priority creditor's name and mailing address

**JOSHUA SHIN**
**3407 DEL ESTE WAY**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$375.75**    **$375.75**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Snide**
**6022 S TAFT ST**
**LITTLETON, CO 80127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.7648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Steele**
**139 RENAISSANCE PKWY NE**
**ATLANTA, GA 30308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.7649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Stupnik**
**23525 NORMANDIE AVENUE**
**HARBOR CITY, CA 90710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.7650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Taylor**
**2160 UNIVERSITY DR**
**A32**
**VISTA, CA 92083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Vaca**
**412 ELM ST**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Welborne**
**41805 KENDRA LN**
**WEIRSDALE, FL 32195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua West**
**225 VERMONT NE**
**#2**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joshua Wheeler**
**32750 Rovato St.**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Williams**<br>**2748 BLOUNT ST**<br>**EAST POINT GA, GA 30344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.7656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Williams**<br>**415 FERN GULLEY DR**<br>**SEFFNER, FL 33584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.7657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Joshua Yepiz**<br>**616 MORAGA DRIVE**<br>**LIVERMORE, CA 94550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.7658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Josiah Granderson**<br>**10306 Tablerock Dr**<br>**Houston, TX 77064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7659**

Priority creditor's name and mailing address

**Josiah Head**
**18920 S Ferguson Rd**
**Oregon City, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7660**

Priority creditor's name and mailing address

**Josiah Serrano**
**807 RENAISSANCE POINTE**
**203**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7661**

Priority creditor's name and mailing address

**Josias Gandara**
**652 GRENACHE AVE**
**MADERA, CA 93637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7662**

Priority creditor's name and mailing address

**Josie Lopez**
**18990 SW JOHNSON ST**
**UNIT 101**
**BEAVERTON, OR 97003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Joss Thomas**
**99 Chaumont Circle**
**Foothill Ranch, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7664 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Josselin Portillo**
**1802 E. Campobello Dr.**
**Lot# 108**
**Phoenix, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7665 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**JOSSIE PONCE CUMPIANO**
**9622 Montello Dr**
**ORLANDO, FL 32817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7666 | Priority creditor's name and mailing address | Unknown | $0.00 |
|---|---|---|---|

**Jossie Sanchez**
**2372 SEQUOIA WAY**
**DAVENPORT, FL 33896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.7667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jossue Iniguez**
**APT D**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Josue Cifuentes**
**69 El Camino Real**
**Port St. Lucie, FL 34952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Josue Fernandez**
**22672 Via Tercero**
**Mission Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Josue Lopez**
**16631 ALLIANCE AVE**
**#1**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Josue Salinas**
**6300 w tropcana**
**252**
**Las Vegas, NV 89103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joten Uruo**
**5515 NE 82AVE APT 56**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jourdan Curtina**
**4055 W ROSECRANS AVE.**
**#2**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovan Castillo-roman**
**1206 N 41st St**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovani Campos**
**35995 FREMONT BLVD**
**29**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovani Lopez**
**45906 Paradise Palm Lane**
**Indio, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovani Valdovinos**
**1650 PINE ST**
**M2**
**CONCORD, CA 94520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovanna Monreal**
**3323 CLAIREMONT DRIVE**
**#1**
**SAN DIEGO, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $25.57 | $25.57 |
|---|---|---|---|---|---|
| | **Jovanni E.  Fernandez**<br>**37157 ALEXANDER STREET**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.7680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | $0.00 |
|---|---|---|---|---|---|
| | **Jovanni Fernandez**<br>**37157 ALEXANDER STREET**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.7681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | $0.00 |
|---|---|---|---|---|---|
| | **Jovanny Hernandez**<br>**15570 E CENTER AVE**<br>**F-207**<br>**AURORA, CO 80017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.7682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | $0.00 |
|---|---|---|---|---|---|
| | **Jovany Diaz**<br>**12448 MONTARA DR.**<br>**LARGO, FL 33773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovany munoz**
**8202 SHERIDAN BLVD**
**2004**
**WESTMINSTER, CO 80003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.7684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jovany Segura**
**17062 ALTADENA DR**
**APT B**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Joyce Wasson**
**3328 WAX BERRY CT**
**WINDERMERE, FL 34786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jp Fortaleza Omandap**
**5969 LISKA LANE**
**110**
**SAN JOSE, CA 95119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juadalupe Martinez**
**920 N Iowa Ave**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juadez Glinton**
**1795 GREGG**
**SARASOTA, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Aguirre Covarrubias**
**2390 LUCRETIA AVE APT 711**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan alfaro gonzalez**
**8941 DUARTE ROAD**
**23**
**SAN GABRIEL, CA 91775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7691** | Priority creditor's name and mailing address

**Juan Anguiano**
**121271 ST.MARK STREET**
**GARDERN GROVE, CA 92845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7692** | Priority creditor's name and mailing address

**Juan Arambula**
**8725 W FLAMINGO RD**
**231**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7693** | Priority creditor's name and mailing address

**Juan Baltazar**
**446 N. Wilson Ave.**
**PASADENA, CA 91106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7694** | Priority creditor's name and mailing address

**Juan Banegas**
**1100 W ALONDRA BLVD**
**SPACE 26**
**COMPTON, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Becerra**<br>**18862 8th St**<br>**Bloomington, CA 92316** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$132.63** | **$132.63** |
|---|---|---|---|---|
| | **Juan C.  Rodriguez**<br>**128 W VALENCIA DR**<br>**FULLERTON, CA 92832** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Calderon Diaz**<br>**8721 IMPERIAL HWY**<br>**126**<br>**DOWNEY, CA 90242** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Camberos**<br>**1435 W 227 St**<br>**Torrance, CA 90501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan cano**
**17028 TORVEST CT**
**LAND O LAKES, FL 34638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Carlos**
**9029 E Talking Stick Way**
**Scottsdale, AZ 85250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Carlos Arcos Perez**
**166 Olympus Circle**
**Lonetree, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.7702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Carlos Elvira**
**4930 Sugar Grove Blvd.**
**#4204**
**Stafford, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Carlos Gaytan**
**Po Box 369 Pmb 856**
**Tecate, CA 91980**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Castaneda**
**1208 N SANTA FE**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Castillo**
**1417 FORD AVE**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Castro**
**4714 N. Habana Ave**
**#2209**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7707 | Priority creditor's name and mailing address<br>**Juan Chavez**<br>**1212 N. San Gabriel Ave.**<br>**Azusa, CA 91702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7708 | Priority creditor's name and mailing address<br>**Juan Chavez**<br>**6601 E Avalon Dr.**<br>**Unit 1**<br>**Scottsdale, AZ 85257** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7709 | Priority creditor's name and mailing address<br>**Juan Chun Perez**<br>**8890 SW CORAL ST.**<br>**TIGARD, OR 97223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7710 | Priority creditor's name and mailing address<br>**Juan Claudio**<br>**4927 N PINE HILLS ROAD**<br>**ORLANDO, FL 32808** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.7711 | Priority creditor's name and mailing address<br>**Juan Colmenero**<br>**4761 N 54th Ave**<br>**Phoenix, AZ 85031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7712 | Priority creditor's name and mailing address<br>**Juan Copete**<br>**3260 Cloverplace Dr**<br>**Palm Harbor, FL 34684** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7713 | Priority creditor's name and mailing address<br>**Juan Cruz**<br>**172 Francesca**<br>**Oceanside, CA 92057** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7714 | Priority creditor's name and mailing address<br>**Juan Delgado**<br>**4434 w 166th st**<br>**LAWNDALE, CA 90260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Dominguez Lopez**
**3770 W. 84TH AVE**
**25**
**WESTMINSTER, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Duran**
**27733 FELTS AVE**
**27733**
**BONITA SPRINGS, FL 34135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Elias**
**18733 Galeano St**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Escalante**
**575 OTAY LAKES ROAD**
**36**
**CHULA VISTA, CA 91913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Espinoza**<br>**2050 SICHEL ST**<br>**LOS ANGELES, CA 90031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan espinoza**<br>**6000 W SUNFOREST DS**<br>**911**<br>**HOUSTON, TX 77092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Estrada**<br>**23302 Orange Ave.**<br>**#3**<br>**Lake forest Ca., CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Gamio**<br>**246 Hart Dr.**<br>**#1504**<br>**El Cajon, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan garcia**
**3364 SANTA ANITA AVE**
**APT 8**
**EL MONTE, CA 91732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.7724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Guerra**
**1110 Harvest Ln**
**Vista, CA 92081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.7725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Gutierrez**
**716 ILLINOIS AVE**
**SAN JOSE, CA 95125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.7726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Guzman**
**921 Hollytree Place**
**Acworth, GA 30102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Juan Guzman**<br>**9219 S Calle Azteca**<br>**Tempe, AZ 85283** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Juan Hernandez**<br>**2516 W. VALENCIA DR.**<br>**NONE**<br>**FULLERTON, CA 92833** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Juan Herrera**<br>**1845 North Broadway**<br>**Escondido, CA 92026** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Juan Jerez-Tiburcio**<br>**17171 IMPERIAL PALM DR**<br>**APOPKA, FL 32712** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$104.10** | **$104.10** |
|---|---|---|---|---|
| | **Juan L.  Mccoy** | Check all that apply. | | |
| | **705 Dolores Dr. Nw** | ☐ Contingent | | |
| | **Albuquerque, NM 87105** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Lara** | Check all that apply. | | |
| | **174 E. Court St.** | ☐ Contingent | | |
| | **Apt C** | ☐ Unliquidated | | |
| | **San Bernardino, CA 92410** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Luna** | Check all that apply. | | |
| | **9806 Ne 19th St.** | ☐ Contingent | | |
| | **#14** | ☐ Unliquidated | | |
| | **Vancouver, WA 98665** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.44** | **$49.44** |
|---|---|---|---|---|
| | **Juan M.  martinez** | Check all that apply. | | |
| | **1462 STARDUST CT** | ☐ Contingent | | |
| | **SANTA CLARA, CA 95050** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Martinez
1462 STARDUST CT
SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Martinez
2926 W. ALICE AVE.
PHOENIX, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Martinez
8701 Ne 54th St.
Apt N15
Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan martinez muniz
401 GARONE ST
OXNARD, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Mccoy**
**705 Dolores Dr. Nw**
**Albuquerque, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Mendez**
**750 N 23 ST**
**8**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Morales**
**17359 E Warren Pl.dd-101**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan morales**
**1084 WENTWORTH ST**
**5**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7743** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Juan Moreno**
**4251 Layla Ct.**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7744** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Juan Nava**
**9299 Rifle st**
**Commerce City, CO 80022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7745** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Juan Navarrete**
**36188 Sandalwood St**
**Newark, CA 94560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7746** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Juan Orejel**
**9071 Dallas St**
**A-1**
**La Mesa, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Osorio**
**15331 SW 111 ST.**
**MIAMI, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Pegueros**
**2914 Main St.**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Posada**
**25162 CHARLINDA DR**
**M 205**
**MISSION VIEJO, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Ramirez**
**9503 NEUENS**
**#6**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Ramos Lepe**
**4455 NEWTON AVENUE**
**APT. A**
**NATIONAL CITY, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan rios**
**706 N POPLAR PL**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan rivera**
**345 E PRK AVE**
**APT 33**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rocha**
**4421 FAIRLANDS DR APT**
**#6**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rodriguez**
**128 W VALENCIA DR**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rodriguez**
**1321 N LAS PALMAS AVE**
**315**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rodriguez**
**10055 PARK MEADOWS DR**
**304**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rodriguez guerrero**
**985 BERMUDA DR**
**CONCORD, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Romero Raya**
**801 N Federal St Apt 1082**
**Chandler, AZ 85226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rosario**
**6008 Bent Pine Drive**
**Apt 2313**
**Orlando, FL 32822**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan saez**
**2950 ROYAL PALM AVE**
**102**
**FORT MYERS, FL 33901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Salmeron**
**5630 Springhouse Dr**
**Apt 19**
**Pleasanton, CA 94588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Scott**<br>**22 HEMLOCK WAY**<br>**OCALA, FL 34472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Silva**<br>**522 HICKORYWOOD AVENUE**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Torres Aguilar**<br>**17071 ALTADENA DR**<br>**D**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Juan Valdez**<br>**4722 Via Torino**<br>**Las Vegas, NV 89103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan-c Acosta-catalan**
**156 Doglas Rd W Apt F**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan-carlos Nava**
**17131 Lipan Dr**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Arias**
**3566 J Street**
**Apt # 1**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Calderon**
**50408 ANDREA LANE**
**COACHELLA, CA 92236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Cuevas Sanchez**
**2529 ALHAMBRA DR**
**APT. A**
**SANTA CLARA, CA 95051**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Mejia**
**1525 Armacost Ave**
**#2**
**Los Angeles, CA 90025**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Perez Pastor**
**390 Cecelia Way**
**Los Altos, CA 94022**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Suastegui**
**401 WEST AVE**
**#C**
**FULLERTON, CA 92832**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juana Valle**
**12 Hansen St**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juancarlos Flores**
**8658 CANDLEWOOD ST.**
**CHINO, CA 91708**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juanita Anahi Gomez**
**5040 CAMINO PYRENEES**
**101**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.7778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juanita Picazo**
**5305 Sheridan Blvd**
**Apt. 84**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7779** | Priority creditor's name and mailing address

**Jubel Decena**
**9315 N. Ashley St.**
**Tampa, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7780** | Priority creditor's name and mailing address

**Jubilee Pojas**
**18223 SOLEDAD CANYON RD**
**14**
**CANYON COUNTRY, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7781** | Priority creditor's name and mailing address

**Jude Cabral**
**9494 CARROLL CANYON RD.**
**#9**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7782** | Priority creditor's name and mailing address

**JUDE H.  KIZER**
**9997 85TH ST N**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43.08**    **$43.08**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jude Kizer**<br>**9997 85TH ST N**<br>**LARGO, FL 33773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Jude Stypa**<br>**9655 E. WASATCH PL.**<br>**TUCSON, AZ 85749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Judith Martinez**<br>**9624 SE 77TH AVE**<br>**MILWAUKIE, OR 97222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Judith Olvera**<br>**3601 W CATALINA DR**<br>**PHOENIX, AZ 85019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Judith Pierson**
**25356 COLE STREET**
**5**
**LOMA LINDA, CA 92354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Judith Rubio**
**433 SE 71ST PLACE**
**HILLSBORO, OR 97123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Jugal Naik**
**38648 SPETTI CT**
**FREMONT, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Julee Ferguson**
**26552 CARRETAS DRIVE**
**MISSION VIEJO, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7791**

Priority creditor's name and mailing address
**Julia Foster**
**2844 W FIREBROOK RD**
**TUCSON, AZ 85741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7792**

Priority creditor's name and mailing address
**Julia Garduno-Nunez**
**826 N CEDAR ST**
**ESCONDIDO, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7793**

Priority creditor's name and mailing address
**Julia Griffin**
**1847 BIG OAK AVENUE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7794**

Priority creditor's name and mailing address
**Julia Hernandez**
**6800 Old Mesa Dr Nw**
**Albuquerque, NM 87120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.7795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**2.7795**

Priority creditor's name and mailing address
**Julia Lucero**
**14945 CAMDEN**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7796**

Priority creditor's name and mailing address
**Julia Pena**
**11235 SHER LN**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7797**

Priority creditor's name and mailing address
**Julia perez**
**275 E FIRST ST**
**SAN JACINTO, CA 92583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.7798**

Priority creditor's name and mailing address
**Julia Rivers**
**11190 SE 30 AVE**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julia Salman**<br>**6063 Marian Avenue**<br>**Buena Park, CA 90620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julia Sipp**<br>**2406 Lemon Tree Ln**<br>**Orlando, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julia Torres**<br>**2207 Los padres blvd.**<br>**Apt. C**<br>**Santa Clara, CA 95050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julia Ulloa**<br>**820 S. FALCON ST.**<br>**B**<br>**ANAHEIM, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7803** | Priority creditor's name and mailing address

**Julia Van Oordt**
**28641 RANCHO DEL SOL**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7804** | Priority creditor's name and mailing address

**Julia Velasquez**
**8550 Commonwealth**
**Apt 208**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7805** | Priority creditor's name and mailing address

**Julia Veliz**
**11010 S MAIN ST**
**#4**
**LOS ANGELES, CA 90061**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7806** | Priority creditor's name and mailing address

**Julia Voytenko**
**8010 SE ASPEN SUMMIT DR**
**165**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julian Aguirre**
**4268 SANTA SUSANA WAY**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julian Corona**
**10671 HAVENWOOD DR**
**GARDEN GROVE, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julian Galvan**
**325 N GIBSON RD**
**1721**
**HENDERSON, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julian Lopez**
**4515 Arrowhead Ridge Dr SE**
**Apt. 571**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julian Martinez**<br>**4708 WHITE SANDERLING CT**<br>**TAMPA, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julian Ortiz**<br>**1800 W GRAMERCY**<br>**#7**<br>**ANAHIEM, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julian Reyes**<br>**925 MARTIN DRIVE**<br>**APT 12**<br>**ESCONDIDO, CA 92026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julian Santana**<br>**101 S LILLIE AVE**<br>**3**<br>**FULLERTON, CA 92831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.7815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|-----|-----|-----|-----|

**Julian Wilson**
**10705 CLIFF MOUNTIAN AVE**
**LAS VEGAS, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|-----|-----|-----|-----|

**Juliana Baggatta**
**2615 W POWHATAN AVE**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|-----|-----|-----|-----|

**Juliana Chalfin**
**10721 BAILE AVE.**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|-----|-----|-----|-----|

**Juliana Renteria**
**4469 VIA MARQUESA**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Juliana Salas**
**5100 E Tropicana Ave. Apt# 28F**
**Las Vegas, NV 89122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Juliana Talamo**
**12440 SW 96TH ST**
**MIAMI, FL 33186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Julianna Almaguer**
**3616 S Forecastle Ave.**
**West Covina, CA 91792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Julianna Diaz**
**10860 HERMOSA CT**
**NORTHGLENN, CO 80234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julianna Laney**
**8940 SW PACER DR**
**BEAVERTON, OR 97008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julianne Dinh**
**16352 SUNBURST ST**
**NORTH HILLS, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julianne Noone**
**98 ARCHER ST**
**315**
**SAN JOSE, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juliano Gilardoni**
**665 MARY EVELYN DR**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Julie Davis**
**139 RENAISSANCE PKWY**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**julie esmeralda**
**611 98TH AVE N NAPLES**
**NAPLES, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Julie Griffiths**
**302 DANLEY DR.**
**apt #1**
**FORT MYERS, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Julie Huynh**
**326 Southgate Ave**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Julie Subar**
**187 San Marino**
**#187**
**Irvine, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Julie Thompson**
**2751 E. TYLER ST.**
**CARSON, CA 90810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Julie Wolf**
**6471 Beachwood Ave**
**#200**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Julieanna Meza**
**1500 WEST 11TH AVE**
**APT.7**
**ESCONDIDO, CA 92029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julien Alarcon**
**7125 W WESTVIEW DR**
**PHOENIX, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julien Medina**
**8031 Holt St**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julienne Houle**
**14403 SALAMANCA DRIVE**
**WINTER GARDEN, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juliet Rubio**
**3524 E AVE R**
**93**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7839** Priority creditor's name and mailing address

**Julieta Choquevillca**
**5810 Kids Crossing Dr**
**Apt 209**
**Lithia, FL 33547**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.7840** Priority creditor's name and mailing address

**Julieta Romo**
**4849 HAYTER AVENUE**
**LAKEWOOD, CA 90712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.7841** Priority creditor's name and mailing address

**Juliette Madrid**
**1186 CRENSHAW BLVD**
**LOS ANGELES, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown** **$0.00**

---

**2.7842** Priority creditor's name and mailing address

**Juliette Madrid**
**1186 CRENSHAW BLVD**
**LOS ANGELES, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$225.53** **$225.53**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juliette Rushford**
**123 FAIRPLAY AVENUE**
**BROOMFIELD, CO 80020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Almoguer**
**4651 Sw Greensboro Way**
**Apt #71**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Arevalo**
**301 Acalanes Dr**
**Sunnyvale, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Cardenas**
**5448 Fitness Circle**
**Apt # 105**
**Orlando, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.7847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Cuellar**
**783 OAKLAWN AVE**
**APT A**
**CHULA VISTA, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Damian**
**51-695 AVENIDA VALLEJO**
**LA QUINTA, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Del Ray Arce**
**1357 LAKEVIEW RD**
**CLEARWATER, FL 33756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18.27** | **$18.27** |
|---|---|---|---|---|

**Julio Mendoza**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Montiel**
**3131 WEST OAKRIDGE RD**
**3-Oct**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Nieto**
**302 Cobia dr**
**Apt 10310**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Pereira**
**3006 Somerset Drive**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| 2.7854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Perez**
**1545 N. 6th Pl**
**Port Hueneme, CA 93041**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julio Ramirez**<br>**9440 N. 32nd Ave.**<br>**2101**<br>**Phoenix, AZ 85051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$280.32** | **$280.32** |
|---|---|---|---|---|
| | **Julio Ramirez**<br>**9440 N. 32nd Ave.**<br>**2101**<br>**Phoenix, AZ 85051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julio Recinos**<br>**11938 Phillippi Ave**<br>**San Fernando, CA 91340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Julio Ricardo**<br>**3910 THORN ST**<br>**SAN DIEGO, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Rivera**
**1517 W Sanbernardinoapt #capta**
**Apt #c**
**West Covina, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julio Rivera**
**1912 St Magnolia Ave**
**Sanford, FL 32771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julissa Chavez**
**3484 W POWERS AVE**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julissa Encarnacion**
**7854 Montara Ave**
**Rancho Cucamonga, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julissa Michel**
**550 FANOE RD**
**GONZALES, CA 93926**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julissa Vazquez**
**1916 EAST AVE R-11**
**PALMDALE, CA 93550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julius Graves**
**2539 SPRING CYPRESS ROAD**
**5306**
**SPRING, TX 77388**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julius Vann**
**3333 W THUNDERBIRD RD**
**2023A**
**PHOENIX, AZ 85053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

| 2.7867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Julouies Vasquez**
**8162 Canterbury Lake Blvd**
**Tampa, FL 33619**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7868 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Julus Augustin**
**621 Ne 37th St**
**Pompano Beach, FL 33064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7869 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Jun Choi**
**11921 Faye Ave**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7870 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Junie Jordonne**
**2181 NE 1st court**
**Building 24 Apt 202**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Junior MONCHERI**
**2947 GRAND AVE**
**FORT MYERS, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Junko Kojima**
**2449 MOHAWK ST**
**9**
**PASADENA, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jurnee Bedford**
**4800 S SPRINGS DR**
**CHANDLER, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justa Castillo**
**913 S Park**
**Apt G**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justice Dejesus**
**4807 WOODSLANDING LN**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justice North**
**17946 SE ADDIE**
**MILWAUKIE, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justice Tillman**
**1500 STONEHAVEN DR**
**1710-5**
**BOYNTON BEACH, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Archuleta**
**790 N LAUREL AVE**
**UPLAND, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Bassett**
**309 LINDA FLORA DR**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin cayetano**
**3537 CENTENNIAL DRIVE**
**ANTIOCH, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Choi**
**3314 Meline Fields Dr**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Cileus**
**465 Sw 2nd Ave.**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Clemente**
**11442 White Oak**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Collins**
**1420 four season blvd**
**Tampa, FL 33613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Daniels**
**15301 Woodruff Place**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Faulkner**
**3439 BIGELOW DR.**
**HOLIDAY, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Gal**
**2691 BITTERNUT CIR**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Ho**
**7722 PINEVILLE CIR**
**CASTRO VALLEY, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Leisher**
**9652 CREBS AVE**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Lin**
**923 GRAND CANYON**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Lobaugh**
**2407 W Greenway Rd**
**Tempe, WA 85282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Loera**
**18427 Studebaker Rd**
**APT 173**
**Cerritos, CA 90703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Long**
**14955 SE STANHOPE RD**
**CLACKAMAS, OR 97015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Menard**
**1200 SW 11TH AVE**
**Apt A**
**Deerfield Beach, FL 33441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.7895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Michael**
**2136 Woodland Blvd**
**Fort Myers, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Morian**
**2573 E SWEETWATER AVE**
**PHOENIX, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Olson**
**270 OLD HAMILTON ROAD**
**MARIETTA, GA 30064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Pool**
**551 E MENLO AVE**
**FRESNO, CA 93710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Simms**
**711 NE 192 AVE**
**PORTLAND, OR 97230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Sivits**
**14933 CINCHRING DR**
**POWAY, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin Steele**
**990 BLACKWOOD ST**
**ALTAMONTE SPRINGS, FL 32701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justin stroer**
**871 CITRUS RD**
**VENICE, FL 34293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Tanaka**<br>**9402 NE 102ND STREET**<br>**VANCOUVER, WA 98662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Tran**<br>**14703 SE MARCI WAY**<br>**CLACKAMAS, OR 97015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Warme**<br>**6749 W Oraibi Dr**<br>**PHOENIX, AZ 85308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Watson**<br>**954 HENDERSON AVE**<br>**SPACE 155**<br>**SUNNYVALE, CA 94086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Williams**<br>**15035 S 39TH PL**<br>**PHOENIX, AZ 85044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Wright**<br>**45 EAGLECREST DRIVE**<br>**APT 55**<br>**LAKE OSWEGO, OR 97035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justin Zuniga**<br>**19906 SATICOY ST.**<br>**CANOGA PARK, CA 91306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Justina Aguilar**<br>**17950 LASSEN ST**<br>**NORTHRIDGE, CA 91325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JUSTINA AVENDANO**
**4224 CIELO AVENUE**
**OCEANSIDE, CA 92056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justina Garcia Lorenzo**
**5720 EAST AVE**
**108**
**LIVERMORE, CA 94550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justine Lewis**
**POBOX 2531**
**FONTANA, CA 92334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Justine Richter**
**4581 N EMSERON**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justine Vanmaanen**
**1853 Lincoln Ave.**
**Santa Monica, CA 90405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jyaire Mayfield**
**17954RINALDI STREET**
**GRANADA HILLS, DE 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jylaena Sanchez**
**511 THOMAS AVE.**
**APT.3**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jyvens Amilcar**
**131 Sw 1st Ave**
**131sw 1st Ave**
**Boynton Beach, FL 33435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7919** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kaamia Singh**
**20190 VA GALILEO**
**PORTER RANCH, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7920** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kacie Chow**
**3650 HOLMES CIRCLE**
**HACIENDA HEIGHTS, CA 91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7921** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kacie Miller**
**1335 N FRESNO ST**
**#B**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7922** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kacy Shields**
**8095 SE 170TH AVE RD**
**OCKLAWAHA, FL 32179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kadarris Cloud**
**1110 THICKET WAY**
**DECATUR, GA 30035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kadarrius Stanford**
**287 Paulding Blvd**
**Dallas, GA 30157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kadijah sweet**
**2905 42ND ST SW**
**LEHIGH ACRES, FL 33976**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaeja Mitchell**
**6883 BEAR RIVER ROW**
**SAN DIEGO, CA 91329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.7927

**Kaela Sanchez**
**1750 ROCKVIEW WAY**
**POMONA, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7928

**Kaela Starr**
**1675 Walm Drive SE**
**Apt. 329**
**Salem, OR 97306**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7929

**Kaelen Dolan**
**12934 Francine Terrace**
**Poway, CA 92064**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.7930

**Kaesie Smart**
**3726 YUBA RIVER DR.**
**ONTARIO, CA 91761**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.55 | $57.55 |
|---|---|---|---|---|
| | **Kahlel M. Lundy** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.7932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kai Hamilton<br>311 SUNFLOWER<br>LAKE FOREST, CA 92630** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.7933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kai Langham<br>701 PLAYFUL MEADOWS CIRCLE<br>RIO RANCHO, NM 87144** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.7934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kai pak<br>4820 1/2 LONG BRANCH AVE<br>SAN DIEGO, CA 92107** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kai Sakata**
**80 AGAVE**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaia Mason**
**6092 SEVERIN DR LA MESA CA**
**SAN DIEGO, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**KAILA PENNYMAN**
**405 WYMORE RD**
**APT. 106**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kailee Troup**
**16762 S HILLOCKBURN RD**
**ESTACADA, OR 97023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7939 | Priority creditor's name and mailing address<br>**Kailey Proctor**<br>**4364 GOLDEN RING LN**<br>**LAS VEGAS, NV 89147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7940 | Priority creditor's name and mailing address<br>**Kairee Wade**<br>**5994 BRETTON WOODS DRI**<br>**LITHONIA, GA 30058** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7941 | Priority creditor's name and mailing address<br>**Kairy Villalobos**<br>**929 DAFFODIL WAY**<br>**SAN JOSE, CA 95117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7942 | Priority creditor's name and mailing address<br>**KAIRY VILLALOBOS**<br>**929 DAFFODIL WAY**<br>**SAN JOSE, CA 95117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$117.84** | **$117.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlin Cuervo**
**3001 W WARM SPRINGS**
**1524**
**HENDERSON, NV 89014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.97** | **$115.97** |
|---|---|---|---|---|

**Kaitlin M. Sorensen**
**3272 GENEVIEVE STREET NORTH**
**SAN BERNARDINO, CA 92405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlin Nugent**
**18409 SE 43RD LANE**
**VANCOUVER, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlin Sorensen**
**3272 GENEVIEVE STREET NORTH**
**SAN BERNARDINO, CA 92405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlyn Blau**
**37626 CHERRY DRIVE**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlyn Dameron**
**10470 E ROSE HILL ST.**
**VAIL, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlyn Gibson**
**27510 BERKSHIRE HILLS PL**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlyn Kazik**
**4548 via san marco**
**Las vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kaitlyn Lovejoy**<br>**4388 E Knox Rd**<br>**Gilbert, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kaitlyn Marrillia**<br>**13605 100TH PL N**<br>**SEMINOLE, FL 33776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kaitlyn Mckinney**<br>**4506 8th Ave E**<br>**Bradenton, FL 34208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kaitlyn Nunez**<br>**8034 E 2ND AVE**<br>**MESA, AZ 85208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.7955** | Priority creditor's name and mailing address

**KAITLYN OBRIEN**
**7960 PRESERVE CIR #611**
**NAPLES, FL 34119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7956** | Priority creditor's name and mailing address

**Kaitlyn Roy**
**2688 Whispering Dr S**
**Largo, FL 33771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7957** | Priority creditor's name and mailing address

**Kaitlyn Vercammen**
**6312 44TH AVE EAST**
**BRADENTON, FL 34203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.7958** | Priority creditor's name and mailing address

**Kaitlyn Wilyard**
**35151 ORCHID DR**
**WINCHESTER, CA 92596**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaitlynn Dillen**
**60 PALATINE**
**APT 228**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaito Sato**
**109 SEASPRAY SOUTH**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kalane Bessard**
**69 CAMELBACK COURT**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaleb Conti**
**12261 CARMEL VISTA RD.**
**177**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

| 2.7963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kaleb Martin**
**1446 S CATHAY ST**
**AURORA, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kaleb Palmer**
**4116 E MILKY WAY**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kaleb Rodriguez**
**1651 SOUTH DOBSON ROAD**
**362**
**MESA, AZ 85202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kalei Yoakum**
**449 W. 104th St. Figueroa**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kalen Hill**<br>**2424 HARCOURT**<br>**#3**<br>**LOS ANGELES, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kalene garcia**<br>**8205 N EL DORADO ST**<br>**STOCKTON, CA 95210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kaley Hernandez**<br>**4236 BROCKTON GREEN CT**<br>**LAS VEGAS, NV 89110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.7970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kali Baker**<br>**140 OLYMPUS CIRCLE**<br>**LONE TREE, CO 80124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7971**

Priority creditor's name and mailing address
**Kali Goldwater**
**881 SAN LUCAS AVE**
**MOUNTAIN VIEW, CA 94043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7972**

Priority creditor's name and mailing address
**KALI GOLDWATER**
**881 SAN LUCAS AVE**
**MOUNTAIN VIEW, CA 94043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$553.16**    **$553.16**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7973**

Priority creditor's name and mailing address
**Kalie Shirley**
**455 PETER PAN BLVD**
**DAVENPORT, FL 33837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.7974**

Priority creditor's name and mailing address
**Kalin Campbell**
**2269 S FLANDERS ST**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kalina King**<br>**600 STARKEY RD**<br>**914**<br>**LARGO, FL 33771** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kaliphe Brown**<br>**61T 4TH ST**<br>**HERMOSA BEACH, CA 90254** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kalista Hayes**<br>**10290 LARIAT DR**<br>**SANTEE, CA 92071** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kalvin Saelee**<br>**24661 AMADOR ST**<br>**10**<br>**HAYWARD, CA 94544** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Kalynda Miville**
**765 CHELSEA DR**
**DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.7980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Kalyssa Belveal**
**7717 SOUTH NEWLAND STREET**
**LITTLETON, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.7981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Kamari Brown**
**501 SE 123RD AVE**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.7982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Kameran Howard-Parrish**
**973 S POTOMAC WAY**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kameron Reed**
**2631 S FLANDERS CT**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kametraion King**
**3210 ZANDER DR**
**303**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamila Porter**
**4391 N Wolford Rd**
**Tucson, AZ 85749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamilah Pryor**
**22921 imperial valley drive**
**apt F204**
**HOUSTON, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.7987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamonte Roberts**
**26914 NORTH 54TH AVE**
**PHOENIX, AZ 85080**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamren Larson**
**12519 PITTSFIELD AVE**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamryn Bolick**
**1200 SW JAY CT.**
**BEAVERTON, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kamryn Smith**
**2734 ST. CHARLES STREET**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **kamuela-talo palakiko**<br>**7600 Weatherly Lane**<br>**Canyon, TX 79015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Kandie Gonzalez**<br>**16503 FERN HAVEN RD**<br>**HACIENDA HEIGHTS, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Kandis Gurule**<br>**18784 ALDERBURY DR.**<br>**ROWLAND HEIGHTS, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.7994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **$0.00** |
| | **Kaneza Ndizeye**<br>**6751**<br>**Western Indian School**<br>**Phoenix, AZ 85033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.7995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kanitra Little**
**2881 Rackcliff Rd**
**Atlanta, GA 30316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kanto Vigo**
**10435 Lindley Ave**
**#201**
**Northridge, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.62** | **$760.62** |
|---|---|---|---|---|

**Kanto Vigo**
**10435 Lindley Ave**
**#201**
**Northridge, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kara Eubanks**
**3434 MIDNIGHT MOON ST**
**LAS VEGAS, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.7999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.7999**

Priority creditor's name and mailing address

**Karch Koepnick**
**21292 CALLE BALSA**
**LAKE FOREST, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8000**

Priority creditor's name and mailing address

**Kareem Seymore**
**3960 jeffrey drive**
**college park, GA 30349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8001**

Priority creditor's name and mailing address

**Kareem Urquijo**
**1700 W PRINCE RD**
**1106**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8002**

Priority creditor's name and mailing address

**Karely Sanchez**
**46329 WILLOW LANE**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Acosta**
**1273 PEDRO ST.**
**APT.6**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Almazan**
**16445 FRANCISQUITO AVE.**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Andrade**
**5502 W. HEATHERBRAE DR.**
**PHOENIX, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Bell**
**8301 WILLOW PLACE**
**8327358767**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Brandon**
**4243 W Plantation St**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Dubon**
**25195 Luna Bonita Dr**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Favela**
**2940 LITTLE OAK WAY**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Garcia**
**835 Grand Ave. apt.13**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karen Garcia**<br>**2028 Waikiki Way**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karen Grant**<br>**4275 CASTLEBRIDGE LANE**<br>**1312**<br>**SARASOTA, FL 34238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karen Guevara**<br>**22915 MILLGATE DR.**<br>**SPRING, TX 77373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karen Guido**<br>**1241 N East**<br>**Spc #113**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.8015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Karen Gutierrez** | Check all that apply. | |
| | **13617 LUKAY ST** | ☐ Contingent | |
| | **WHITTIER, CA 90605** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Karen Long** | Check all that apply. | |
| | **5520 SUNSPRING CIRCLE** | ☐ Contingent | |
| | **SAN JOSE, CA 95138** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **karen lucero** | Check all that apply. | |
| | **7951 JUNE LAKE DR.** | ☐ Contingent | |
| | **SAN DIEGO, CA 92119** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Karen Martinez** | Check all that apply. | |
| | **3885 E. Tyler** | ☐ Contingent | |
| | **Fresno, CA 93702** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Nevarez**
**2100 W 100TH AVE**
**121**
**THORNTON, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Pacheco**
**1520 W.commonwealth Ave.**
**Apt. C**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Perez**
**2244 S SANTA FE AVE**
**C3**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Perez Melo**
**1181 PECOS WAY**
**SUNNYVALE, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Ramos**
**7002 Trail Valleyway**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Rosales**
**1541 LIVE OAK RD**
**141**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Ruiz**
**1384 Ivy Cir**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karen Sharpe**
**7138 STANLEY LANE**
**JONESBORO, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name | | |

---

| 2.8027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---------------------------------------------|-----------------------------------------------|-------------|-----------|

**Karen zaragoza**
**4230 W FIRST ST**
**201**
**SANTA ANA, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---------------------------------------------|-----------------------------------------------|-------------|-----------|

**Kariel Gonzalez**
**2818 W Robson St**
**Tampa, FL 33614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---------------------------------------------|-----------------------------------------------|-------------|-----------|

**Karin Rodriguez**
**1637 W 55TH ST**
**LOS ANGELES, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---------------------------------------------|-----------------------------------------------|-------------|-----------|

**Karina Bracero**
**1065 CHICO COURT**
**SUNNYVALE, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8031** | Priority creditor's name and mailing address

**Karina Cabrera Gil**
**755 E DUANE AVE**
**#E**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.8032** | Priority creditor's name and mailing address

**Karina Campos**
**132 Green Meadow Circle**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.8033** | Priority creditor's name and mailing address

**Karina Carrillo**
**2282 LUCRETIA AVE**
**4**
**SAN JOSE, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.8034** | Priority creditor's name and mailing address

**Karina Correa**
**755 W 18th St**
**#8a**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Estrada**
**1342 S YAMPA CT**
**AURORA, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$491.42** | **$491.42** |
|---|---|---|---|---|

**Karina G. Carrillo**
**2282 LUCRETIA AVE**
**4**
**SAN JOSE, CA 95122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Hernandez**
**4209 33RD ST**
**SAN DIEGO, CA 92104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Hernandez**
**43532 CLINTON ST.**
**347**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Hernandez**
**2928 ALTA DRIVE**
**NATIONAL CITY, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47.51** | **$47.51** |
|---|---|---|---|---|

**KARINA HERNANDEZ**
**4209 33RD ST**
**SAN DIEGO, CA 92104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Huerta**
**25773 PERLMAN PLACE**
**D**
**STEVENSON RANCH, CA 91381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Lopez**
**8809 4th St Nwspace**
**#20**
**Albuquerque, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Mendez**
**1330 S MOHAWK DR**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Radilla**
**1229 Scott Dr.**
**National City, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Rawlings**
**3630 ANDREWS DRIVE**
**#315**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karina Reyes Jahen**
**7451 Se 82nd Ave**
**Unit 40**
**Portland, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Karina Robles Medrano**
**635 Emory st**
**#7**
**IMPERIAL BEACH, CA 91932**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Karina Sanchez**
**555 W. RIO SALADO PKWY**
**#C**
**MESA, AZ 85201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Karina Sanchez**
**2546 E WALTANN LN**
**PHOENIX, AZ 85032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Karina Sandoval**
**666 SANDERS AVE**
**SAN JOSE, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karina Villalobos**<br>**7361 N SAN PABLO**<br>**FRESNO, CA 93650** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karissa Herbert**<br>**3454 FARIA ST.**<br>**CAMARILLO, CA 93010** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karl Depee**<br>**210 SE 12TH AVE**<br>**HILLSBORO, OR 97123** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karl Nilsson**<br>**7505 LANTERN RD**<br>**ALBUQUERQUE, NM 87109** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karl Yarabenetz**
**7221 Rosebriar**
**Las Vegas, NV 89131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Barragan**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Blinoff**
**13153 SUNNY LANE**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Chavez**
**179 Cedar Rd**
**Vista, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Esquivel Flores**
**633 E Central Ave**
**Santa Ana, CA 92707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla gomez**
**10448 STANFIELD CIRCLE**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Gomez**
**1730 MESA DRIVE**
**LANCASTER, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Gonzalez**
**1580 MENDOCINO DR.**
**Unit 70**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karla Herrera**<br>**27444 CAMDEN**<br>**APT 6E**<br>**MISSION VIEJO, CA 92692** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karla Laguna**<br>**11553 WINDCREST LANE**<br>**248**<br>**SAN DIEGO, CA 92128** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Karla Lepe**<br>**2115 WEST EDINGER**<br>**B**<br>**SANTA ANA, CA 92704** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.75** | **$50.75** |
|---|---|---|---|---|
| | **Karla Lepe**<br>**2115 WEST EDINGER**<br>**B**<br>**SANTA ANA, CA 92704** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Monreal**
**3323 CLAIREMONT DR**
**#1**
**SAN DIEGO, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Muro**
**6304 GUNDRY AVE**
**LONG BEACH, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Pentzke**
**1560 Calle De La Rosa**
**#105**
**Chula Vista, CA 91913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Quinonez**
**7943 w Mariposa Dr**
**Phoenix, AZ 85033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8071** | Priority creditor's name and mailing address

**Karla Richerd**
**511 SOUTH K ST**
**#1**
**OXNARD, CA 93030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8072** | Priority creditor's name and mailing address

**Karla Rojas**
**4917 Walden Circle**
**Orlando, FL 32811**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8073** | Priority creditor's name and mailing address

**Karla Soltero**
**5917 LISKA LN**
**203**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8074** | Priority creditor's name and mailing address

**Karla Torres**
**1021 BRADFORD AVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Vindel**
**4235 w 126th St**
**Apt 241**
**Hawthorne, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karla Viramontes**
**4626 COGSWELL RD**
**EL MONTE, CA 91732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karli Brower**
**11247 E Perterson Ave**
**Mesa, AZ 85212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karlina Beringer**
**4757 MIRA VISTA PLACE**
**CASTRO VALLEY, CA 94546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karlos Cardiel**
**1512 MAUREEN AVE**
**OCOEE, FL 34761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karly Haley**
**9155 VALJEAN AVE**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karly Means**
**3732 E COSTILLA AVE**
**CENTENNIAL, CO 80122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karlyn Watkins**
**6654 Jumilla Ave**
**Winnetka, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$83.20** | **$83.20** |
|---|---|---|---|---|

**Karlyn Watkins**
**6654 Jumilla Ave**
**Winnetka, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karol McClure**
**1303 CONSTITUTION RD**
**ATLANATA, GA 30316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karri Hunt**
**313 NE SEQUIOA CRT.**
**HILLSBORO, OR 97124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.24** | **$32.24** |
|---|---|---|---|---|

**Karri Hunt**
**313 NE SEQUIOA CRT.**
**HILLSBORO, OR 97124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karrina Ramon**
**1217 SW 22ND PLACE**
**CAPE CORAL, FL 33991**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karson Baxter**
**18495 E RANCH RD**
**QUEEN CREEK, AZ 85142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Karynn Capacete**
**12054 Caminito Campana**
**San Diego, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kasandra DeFreitas**
**303 1ST ST**
**108 N**
**BRADENTON, FL 34208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kasandra Macias**
**14117 INGLEWOOD AVE**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8092 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kasey Gilbert**
**67 EASTSHORE**
**IRVINE, CA 92604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8093 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kashta Dallas**
**1000 TERRAMONT DRIVE**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8094 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kassandra Andrade**
**4629 W 88TH AVE**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.8095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Kassandra Cabrera**
**3733 Gatty St**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8096 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Kassandra Diaz**
**21817 CAROL COURT**
**SANTA CLARITA, CA 91390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8097 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**KASSANDRA HAND**
**2650 FOUNTAIN VIEW CIRCLE**
**203**
**NAPLES, FL 34109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8098 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Kassandra Lancho**
**229 Longleaf Ct**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kassandra Rodriguez**
**16627 Daeza Dr**
**Kissimmee, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katarina La Spada**
**13039 Sandown Way**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katarina von Mecklenburg**
**23002 EDENTON PL**
**VALENCIA, CA 91354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kate Diem**
**4431 SHOREPOINTE WAY**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kate Herrera Hernandez**
**3811 FRANKLIN AVE.**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kate Thompson**
**424 N. LOCUST DR.**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelin Goldstraj**
**2540 Country Hills Rd.**
**711 Wagonwheel Circl**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelyn Anneshensley-Dumo**
**13114 SE 32ND CT**
**BELLEVIEW, FL 34420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8107** | Priority creditor's name and mailing address

**Katelyn AVALOS**
**4150 58TH STREET**
**SAN DIEGO, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8108** | Priority creditor's name and mailing address

**katelyn fogle**
**12077 NW WELSH DR**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8109** | Priority creditor's name and mailing address

**Katelyn Jackovich**
**14825 NE 10th Ave**
**North Miami, FL 33161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8110** | Priority creditor's name and mailing address

**Katelyn Klein**
**28 CHISHOLM TRAIL**
**TRABUCO CANYON, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelyn Larsen**
**1350 SAN BERNARDINO RD.**
**160**
**UPLAND, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelyn Nguyen**
**6762 STANFORD AVE.**
**GARDEN GROVE, CA 92845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelyn Pfeuffer**
**5077 SW CHILDS RD**
**LAKE OSWEGO, OR 97035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katelyn Spencer**
**15559 SW WREN LANE**
**BEAVERTON, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.8115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Katelynn Davisson**
**21897 SE EDWARD DR.**
**DAMASCUS, OR 97089**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Contingent
Unliquidated
Disputed

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No — ■ No
☐ Yes

---

| 2.8116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Katerin Martinez-Hernandez**
**1740 montecito cir**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.62** | **$580.62** |
|--------|--------|--------|--------|--------|

**KATHERIN M.  OVIEDO**
**2265 MONROE ST**
**#C**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**katherin oviedo**
**2265 MONROE ST**
**#C**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.8119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Katherin Perez Iriarte** | Check all that apply. | |
| | **4520 OAKCREEK ST** | ☐ Contingent | |
| | **302** | ☐ Unliquidated | |
| | **ORLANDO, FL 32835** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Katherine Arriola** | Check all that apply. | |
| | **18540 PRAIRIE ST** | ☐ Contingent | |
| | **103** | ☐ Unliquidated | |
| | **NORTHRIDGE, CA 91324** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Katherine Ballard** | Check all that apply. | |
| | **8905 OSO CORRIDOR PLACE** | ☐ Contingent | |
| | **ALBQUERQUE, NM 87117** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **Katherine Brana** | Check all that apply. | |
| | **13511 SW 82 ST** | ☐ Contingent | |
| | **MIAMI, FL 33183** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Ceron**
**20837 VERCELLI WAY**
**PORTER RANCH, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Clark**
**545 Woodsong Trail**
**Smyrna, GA 30082**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Culver**
**19274 EAST CARRIAGE WAY**
**QUEEN CREEK, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Distefano**
**22859 Sailfish Road**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Galdamez**
**306 CELLO ST**
**DAVENPORT, FL 33896**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.89** | **$98.89** |
|---|---|---|---|---|

**Katherine Galdamez**
**306 CELLO ST**
**DAVENPORT, FL 33896**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Gussman**
**1323 N Harvard Blvd**
**Apt 3**
**Los Angeles, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Guthrie**
**13726 UTOPIA ROAD**
**POWAY, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Gutierrez**
**39405 French Rd**
**Lady Lake, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Herrmann**
**11789 SE 55TH AVE**
**BELIVIEW, FL 34420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Jong**
**13311 DEER CANYON PLACE**
**SAN DIEGO, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katherine Rendon**
**3173 BANCROFT DR.**
**6**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.8135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Katherine Sanabria**
**4533 WEST FERN ST**
**TAMPA, FL 33614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Katherine Tarantik**
**4839 Silvermoss Drive**
**Sarasota, FL 34243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Katherine Thomas**
**2330 COCONUT LANE**
**MERRITT ISLAND, FL 32952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Katherine Villacorta-Poblet**
**2918 Acorn Oaks**
**Katy, TX 77493**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katherine Zhuo**<br>**4997 MANOR RIDGE LN**<br>**SAN DIEGO, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.8140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kathia Landaverde**<br>**1202 S Broadway St**<br>**Santa Ana, CA 92707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.8141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kathia Zamora**<br>**15436 FAYSMITH AVE.**<br>**GARDENA, CA 90249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.8142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kathleen Mccracken**<br>**11055 Indian Villiage Dr.**<br>**Alpharetta, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathleen Vo**
**16644 BUSHARD STREET**
**FOUNTAIN VALLEY, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathrine Aristil Maxena**
**4390 Nw 36 St**
**D315**
**LAUDERDALE LAKES, FL 33319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathrine Davis**
**843 SW 154 CT**
**MIAMI, FL 33194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathryn Brinkhuis**
**7452 W. CHENANGO PL**
**LITTLETON, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.8147

Priority creditor's name and mailing address

**Kathryn Hockin**
**12135 ADAMS STREET**
**THORNTON, CO 80241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8148

Priority creditor's name and mailing address

**Kathryn Martin**
**16505 NE 65TH CIRCLE**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8149

Priority creditor's name and mailing address

**Kathryn Neal**
**7611 STURGESS AVENUE**
**LA MESA, CA 91941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8150

Priority creditor's name and mailing address

**Kathryn Sjaastad**
**25372 S ESTER CT**
**ESTACADA, OR 97023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8151**

Priority creditor's name and mailing address

**Kathryn Ustick**
**501 SE 123RD AVE**
**K75**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8152**

Priority creditor's name and mailing address

**Kathy Cook**
**9601 LOMITA CT.**
**Apt 131**
**RANCHO CUCAMONGA, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8153**

Priority creditor's name and mailing address

**Kathy LIEU**
**10277 ARROW ROCK AVE**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8154**

Priority creditor's name and mailing address

**Kathy LIEU**
**10277 ARROW ROCK AVE**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**$117.25**  **$117.25**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathy Mercurio**
**1931 PEAR DR**
**CONCORD, CA 94518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8156 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathy Paloma**
**5141 W KESLER LN**
**CHANDLER, AZ 85226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8157 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathy Quach**
**5834 EMBEE DR.**
**NA**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8158 | Priority creditor's name and mailing address | | **$31.35** | **$31.35** |
|---|---|---|---|---|

**KATHY QUACH**
**5834 EMBEE DR.**
**NA**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathy Thorpe**
**20238 N 34th Pl**
**Phoenix, AZ 85050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kathy Vaughn**
**301 NORTH FORD AVE 128**
**128**
**FULLERTON, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katia Gutierrez Portieles**
**9522 CITRUS GLEN PLACE**
**TAMPA, FL 33618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katia Sanchez Munguia**
**4130 ALTADENA AVENUE**
**32**
**SAN DIEGO, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.8163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.8163**

Priority creditor's name and mailing address

**Katiana Scruggs**
**1321 W 25TH ST**
**RIVIERA BEACH, FL 33404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.8164**

Priority creditor's name and mailing address

**Katie Byrd**
**5141 NE 18TH AVE**
**FT LAUDERDALE, FL 33334**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.8165**

Priority creditor's name and mailing address

**Katie Chwastyk**
**5288 Iris Way**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.8166**

Priority creditor's name and mailing address

**Katie Delaney**
**27280 Wentworth Drive**
**Menifee, CA 92586**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katie Doberstein**
**8017 QUEBEC STREET**
**COMMERCE CITY, CO 80022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katie Fabrizio**
**10205 Stonehurst Drive, po BOX**
**232655 Encinitas 92023**
**Escondido, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katie Gifford**
**6555 2ND**
**ST LOUVIERS, CO 80131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katie LeFort**
**26829 HUNTER RIDGE DR**
**MENIFEE, CA 92584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katie Martinez**<br>**1032 GREENVALE DRIVE**<br>**CAMARILLO, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katie Ortiz-Juarez**<br>**1442 sandia st**<br>**Corona, CA 92882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katie Scott**<br>**33952 TEMECULA CREEK ROAD**<br>**TEMECULA, CA 92592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katiusca Guzman**<br>**6330 14th St W**<br>**Lot 15**<br>**Bradenton, FL 34207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katlin Schroeder**<br>**4390 SE 122ND AVE**<br>**F24**<br>**PORTLAND, OR 97236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katlyn Villalobos**<br>**866 MAGNOLIA AVE**<br>**#2**<br>**PASADENA, CA 91106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katreena Ferge**<br>**550 HERMITAGE CT.**<br>**SAN JOSE, CA 95134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Katrese Moise**<br>**3926 Magnolia Lake Ln**<br>**ORLANDO, FL 32810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8179 | Priority creditor's name and mailing address<br>**Katriana Johnson**<br>**9779 SAGO POINT DRIVE**<br>**LARGO, FL 33777** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8180 | Priority creditor's name and mailing address<br>**Katrina Cordova**<br>**2209 Mares Rd Sw**<br>**Albuquerque, NM 87105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8181 | Priority creditor's name and mailing address<br>**Katrina Fair**<br>**13075 ARBORWALK LANE**<br>**TUSTIN, CA 92782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8182 | Priority creditor's name and mailing address<br>**Katrina Gamez-Scriven**<br>**2078 SOUTH VAUGHN WAY**<br>**304**<br>**AURORA, CO 80014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katrina Hagerman**
**2103 PLACE REBECCA LN D8**
**HOUSTON, TX 77090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.48** | **$87.48** |
|---|---|---|---|---|

**KATRINA M.  FAIR**
**13075 ARBORWALK LANE**
**TUSTIN, CA 92782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katrina Oliver**
**1622 Gustavo St**
**El Cajon, CA 92019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katrina Owens**
**2384 21st**
**Sarasota, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katy Lancaster**
**2834 S. Extension RD**
**#1054**
**Mesa, AZ 85210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Katya Moreno**
**14524 Rockenbach St**
**Baldwin Park, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$218.00** | **$218.00** |
|---|---|---|---|---|

**KATYA MORENO**
**14524 Rockenbach St**
**Baldwin Park, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaya Moreno**
**6221 SEVERIN DR.**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayanna Livingood**
**801 SE 95th Ave**
**Vancouver, WA 98664**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaydence Whitworth**
**1744 W HIGHLAND**
**PHOENIX, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaye Harris**
**1576 S OWL DR**
**GILBERT, AZ 85296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayia Foster-Kraklio**
**7124 EAGLE CANYON RD NE**
**ALBUQUERQUE, NM 87113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla block**
**603 HOWELL COURT**
**DUNEDIN, FL 34698**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Bolanos**
**443 ADAMS AVE**
**ESCONDIDO, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Brown**
**2153 S. RAVEN CIR.**
**MESA, AZ 85209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Cameron**
**1802 NW OGDEN ST.**
**CAMAS, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Ellexson**
**548 W Mountain Sage Dr**
**Phoenix, AZ 85045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Eubanks**
**3434 MIDNIGHT MOON ST**
**LAS VEGAS, NV 89135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Faux**
**9155 N 82ND LANE**
**PEORIA, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Galassi**
**3563 GRANT ROAD**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Grab**
**386 APOLLO DRIVE**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Hannebohm**
**5853 E 24TH ST**
**TUCSON, AZ 85711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Jacobs**
**8477 BENJAMIN DR**
**HUNTINGTON BEACH, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Lee**
**2064 Owens Dr**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Libed**
**14471 LYNDON ST.**
**GARDEN GROVE, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Mann**
**1126 EAST 8TH PLACE**
**MESA, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla McClanahan**
**15130 NW 7TH ST**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayla Murphy**
**1916 NE 49TH ST**
**VANCOUVER, WA 98663**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**2.8211**

Priority creditor's name and mailing address

**Kayla Oaxaca**
**6880 GYPSUM CREEK DR**
**EASTVALE, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8212**

Priority creditor's name and mailing address

**Kayla Rangel- Salgado**
**514 36TH AVE E**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8213**

Priority creditor's name and mailing address

**Kayla Rivera**
**16352 WEDGEWORTH DR**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8214**

Priority creditor's name and mailing address

**Kayla Samartine**
**6181 INDIAN FOREST CIRCLE**
**LAKE WORTH, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Scognamillo**
**5561 MARSEILLES PORT LANE**
**BOYNTON BEACH, FL 33472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla smith**
**11919 FAWNVIEW DRIVE**
**HOUSTON, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Stubbs**
**1721 CYPRESS AVE**
**BELLEAIR BLUFFS, FL 33756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kayla Webber**
**2455 BELT BUCKLEY DR**
**HENDERSON, NV 89002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Kayla Williams**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8220    Priority creditor's name and mailing address
**Kayle Trujillo**
**8220 20th St**
**#5**
**Westminster, CA 92683**

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8221    Priority creditor's name and mailing address
**Kaylee Castro**
**TOWN SQUARE DR**
**3428**
**KENNESAW, GA 30144**

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8222    Priority creditor's name and mailing address
**Kaylee Jaehn**
**105 Parrot Lane**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaylee Sacco**
**2957 Maiden Ln**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaylee Sakay**
**18870 SW 29TH ST**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayleen Esquerra**
**940 W MONTEROSA ST**
**PHOENIX, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kayleen Oro**
**618 River Point Dr**
**Lott 22**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor　**Garden Fresh Restaurants LLC**

Name

Case number (if known)　**20-02477-LA7**

| 2.8227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kaylei Holeman**<br>**8714 E PORTOBELLO AVE**<br>**MESA, AZ 85212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kayleigh Hahn**<br>**2945 PADDINGTON WAY**<br>**KISSIMMEE, FL 34747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kayleigh Milam**<br>**1215 Birchstone Dr.**<br>**Missouri City, TX 77459** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kaylen Robinson**<br>**3210 WEST ADAMS BLVD**<br>**302**<br>**LOS ANGELES, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaylista Halliday**
**29471 CASTLE RD**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaytianna George**
**1103 PAMELA ST**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kaytlyn Dukart**
**2451 N. Rainbow Blvd.**
**Unit 1005**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keana Mills**
**3940 GOLDEN GLAZE ST**
**LAS VEGAS, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keandre brown**
**2046 NW 43RD TER**
**8**
**LAUDERHILL, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.8236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keanu Ripoll**
**508 BRISTOL DR**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.8237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keavon Redmond**
**2250 ELLISON LAKES DR NW**
**121**
**KENNESAW, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.8238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kebrina Castleberry**
**11641 128TH AVE N**
**LARGO, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kedra Harvey**
**1911 COCOANUT AVE**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keegan McNulty**
**7599 CAMERON CIR**
**FORT MYERS, FL 33912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keely Downey**
**2734 RAMOS COURT**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keiana Taylor**
**10502 FOUNTAIN LAKE**
**2131**
**STAFFORD, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Keila Zelaya**<br>**5060 SUMIT WOOD DR NW**<br>**KENNESAW, GA 30152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Keilin Madera-Maldonado**<br>**2601 NW 207 STREET**<br>**109**<br>**MIAMI GARDENS, FL 33056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Keily Tumielewicz**<br>**226 KEY LARGO AVE**<br>**DAVENPORT, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Keira Stakely**<br>**1074 CANTON PL**<br>**1516**<br>**KENNESAW, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.8247 | Priority creditor's name and mailing address<br>**Keisha Andreas**<br>**9661 EAST PINCHOT DR**<br>**SCOTTSDALE, AZ 85256** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8248 | Priority creditor's name and mailing address<br>**Keith Atencio**<br>**1552 APACHE DR UNIT B**<br>**CHULA VISTA, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8249 | Priority creditor's name and mailing address<br>**Keith Barnett**<br>**4630 LOMBARDY LANE**<br>**NAPLES, FL 34112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8250 | Priority creditor's name and mailing address<br>**Keith Jimmy**<br>**7500 MONTGOMERY BLVD NE**<br>**2014**<br>**ABQ, NM 87109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keith Kwarsick**
**5540 WEST 74TH AVENUE**
**ARVADA, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keith Lum You**
**3525 E HAMPTON CIRCLE**
**ALVA, FL 33920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keith Puryear**
**2317 James St**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keith scott**
**6830 DERBY AVE**
**FAIRBURN, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Keith Sparks**
**158 E 56TH ST.**
**LOS ANGELES, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keith Spike**
**2741 Lakeview Dr**
**Fort Myers, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelce Robinson**
**403 LONGMIRE RD**
**CONROE, TX 77304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keldrin Pope**
**11720 OBAN AVE**
**TAMPA, FL 33617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.8259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Kellen Madden**<br>**5582 JONQUIL CIR**<br>**305**<br>**NAPLES, FL 34109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Kelley Allen**<br>**1236 16ST**<br>**SARASOTA, FL 34236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Kelli Avera**<br>**11349 Avenida De Los Lobos**<br>**E**<br>**Rancho Bernardo, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **$0.00** |
| | **Kelly Ballast Sosa**<br>**1101 WESTBURY  POINTE DR.**<br>**APT 203**<br>**BRANDON, FL 33511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kelly Brunnett**
**23046 Stoneridge**
**Mission Viejo, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kelly Campbell**
**8759 JACKIE DR**
**SAN DIEGO, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kelly Concuan**
**4320 W 132 ST**
**C**
**HAWTHORNE, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kelly koller**
**610 99TH AVE N**
**NAPLES, FL 34108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8267** | Priority creditor's name and mailing address

**Kelly Pompermayer**
**7320 SW WILSON AVE**
**BEAVERTON, OR 97008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8268** | Priority creditor's name and mailing address

**Kelly Quiros-Munoz**
**11315 N 50th St Apt #3**
**Tampa, FL 33617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8269** | Priority creditor's name and mailing address

**Kelly R.  Concuan**
**4320 W 132 ST**
**C**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$121.78**   **$121.78**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8270** | Priority creditor's name and mailing address

**Kelly Rittenberg**
**1087 JAEGER ROAD**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelly Sandoval**
**1499 OLD MOUNTAIN AV.**
**SP59**
**SAN JACINTO, CA 92583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelly Swain**
**7071 LAKERIDGE COURT ROOM**
**133**
**FORT MYERS, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelly Vergara**
**202 E BASELINE RD**
**258**
**TEMPE, AZ 85283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelly Villalobos**
**79625 VISTA CORALINA LN**
**6-202**
**LA QUINTA, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|--------|--------|--------|
| | Name | | |

---

| 2.8275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelsey Franco**
**901 Nw 24th Ave**
**Battle Ground, WA 98604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No (filled)
☐ Yes

---

| 2.8276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelsey Johnson**
**143 Southern Rd**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No (filled)
☐ Yes

---

| 2.8277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelsi Herron**
**11235 LEE WAY**
**15106**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No (filled)
☐ Yes

---

| 2.8278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kelsie Ballard**
**7500 WEST CRIMSON SKY DRIVE**
**TUCSON, AZ 85743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No (filled)
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| 2.8279 | Priority creditor's name and mailing address<br>**Kembridge mcbride**<br>**5078 DONNELLWAY**<br>**DECATUR, GA 30035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8280 | Priority creditor's name and mailing address<br>**KEN BURTON JR - TAX**<br>**COLLECTOR**<br>**PO BOX 25300**<br>**BRADENTON, FL 34206-5300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8281 | Priority creditor's name and mailing address<br>**Kendal Griffin**<br>**5464 NW 1ST AVENUE**<br>**OAKLAND PARK, FL 33309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8282 | Priority creditor's name and mailing address<br>**Kendall Pickett**<br>**1445 STONELAKE COVE AVE**<br>**6108**<br>**HENDERSON, NV 89074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendall Wilkins**
**7801 Sangre De Cristo Rd**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendalyn Cox**
**652 MORAGA DRIVE**
**LIVERMORE, CA 94550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38.69** | **$38.69** |
|---|---|---|---|---|

**Kendalyn Cox**
**652 MORAGA DRIVE**
**LIVERMORE, CA 94550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendarious Anderson**
**1216GWINNETTSQUARECIRCLE**
**1216**
**DULUTH, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendra Dabney**
**3018 Falk rd**
**C**
**Vancouver, WA 98661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendralyn Aguilar**
**25 EAGLE PLUME**
**SAN FELIPE PUEBLO, NM 87001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kendrick Anderson**
**GWINNETT SQUARE CIRCLE**
**1216**
**DULUTH, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.57** | **$45.57** |
|---|---|---|---|---|

**Kendrick K.  Anderson**
**GWINNETT SQUARE CIRCLE**
**1216**
**DULUTH, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Kendrick Schneider**
**5375 WALNUT AVE**
**1079**
**CHINO, CA 91708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8292   Priority creditor's name and mailing address
**Kenia almeida**
**22112 SATICOY ST**
**CANOGA PARK, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8293   Priority creditor's name and mailing address
**Kenley Liu**
**3403 NEVADA AVE**
**EL MONTE, CA 91731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8294   Priority creditor's name and mailing address
**Kenna Flores**
**1322 LURLINE LANE**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kenna Wertheimer**
**135 ASHDALE AVE**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kennedy Dunbar**
**2620 N BERKELEY LAKE RD NW**
**338**
**DUNBAR, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kennedy Kleber**
**206 OLD OAK CIRCLE**
**PALM HARBOR, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kennedy Larson**
**12519 PITTSFIELD AVE**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kennedy Reed**<br>**13330 SE 97TH AVE**<br>**CLACKAMAS, OR 97015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Abarca**<br>**6715 Mission Club Blvd.**<br>**Apt 204**<br>**Orlando, FL 32821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Almaraz**<br>**3740 HAVASUFALLS ST NE**<br>**RIO RANCHO, NM 87144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth bedal**<br>**301ACALANES DR.**<br>**32**<br>**SUNNYVALE, CA 94087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kenneth Ceron**
**20837 VERCELLI WAY**
**PORTER RANCH, CA 91326**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.8304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kenneth Davis**
**6515 E 72nd St**
**Unit B**
**Paramount, CA 90723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.8305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kenneth de la rosa**
**6625 WILBUR AVE**
**UNIT 20**
**RESEDA, CA 91335**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.8306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kenneth Donaldson**
**1108 TUSKAWILLA DRIVE**
**2**
**CLEARWATER, FL 33756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Dozier**<br>**318 Heritage Club Circle**<br>**Dallas, GA 30132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Henderson**<br>**12819 LADY JANE CT**<br>**HOUSTON, TX 77044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Jordan**<br>**1071SHOREVIEW COURT**<br>**N**<br>**BAYPOINT, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$453.70** | **$453.70** |
|---|---|---|---|---|
| | **KENNETH M.  CERON**<br>**20837 VERCELLI WAY**<br>**PORTER RANCH, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.8311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kenneth Mann-Patterson**
**560 W MAGENA DR**
**SAN TAN VALLEY, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kenneth Mcmilliamjr**
**1909 coco meadow cir apt 103**
**Tampa, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kenneth Perez**
**941 W Maple**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kenneth Portillo**
**14903 CHADRON AVE**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Sorrells**<br>**8225 W MCDOWELL RD**<br>**202 BUILDING 7**<br>**PHOENIX, AZ 85035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Walther**<br>**98806 CHARREADAS**<br>**LAGUNA NIGUEL, CA 92677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenneth Wilson**<br>**1400 NE 127TH AVE**<br>**VANCOUVER, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kenney Pierre-louis**<br>**5008 ELESE ST**<br>**ORLANDO, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8319** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00**

**Kenny chanthavixay**
**3745 RIVIERA DR**
**3**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.8320** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00**

**Kenny Hoang**
**336 MONTECITO WAY**
**MILPITAS, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.8321** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00**

**Kenny ocampo**
**3170 ESTARA AVE**
**101**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.8322** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00**

**Kenny Sandoval**
**206 PENNSYLVANIA AVE NE**
**#5**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)  **20-02477-LA7**

| | | |
|---|---|---|
| 2.8323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.8323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8323**

Priority creditor's name and mailing address
**Kenny Tran**
**16172 KEATS CIRCLE**
**WESTMINSTER, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8324**

Priority creditor's name and mailing address
**Kenny Williams**
**8355 NW 32ND AVE**
**MIAMI, FL 33147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8325**

Priority creditor's name and mailing address
**Kenquieana Clark**
**815 WASHINGTON**
**D**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

**2.8326**

Priority creditor's name and mailing address
**Kentiera Canois**
**2310 LAKE IDA RD**
**DELRAY BEACH, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**  **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8327 | Priority creditor's name and mailing address<br>**KENTUCKY DEPARTMENT OF REVENUE**<br>**501 HIGH ST**<br>**FRANKFORT, KY 00040-6010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8328 | Priority creditor's name and mailing address<br>**KENYA GARCIA**<br>**3911 E MCKINLEY AVE**<br>**FRESNO, CA 93703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8329 | Priority creditor's name and mailing address<br>**Kenya Robinson**<br>**579 Paines Avenue**<br>**Atlanta, GA 30318** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8330 | Priority creditor's name and mailing address<br>**Keoni Hill**<br>**27468 Clarkson Court**<br>**Valencia, CA 91354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.14 | $113.14 |
|---|---|---|---|---|
| | **Keoni Hill** | *Check all that apply.* | | |
| | **27468 Clarkson Court** | ☐ Contingent | | |
| | **Valencia, CA 91354** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.8332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Kera Brown** | *Check all that apply.* | | |
| | **27 Noses Creek Rd** | ☐ Contingent | | |
| | **Marietta, GA 30064** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.8333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.17 | $23.17 |
|---|---|---|---|---|
| | **Kera Brown** | *Check all that apply.* | | |
| | **27 Noses Creek Rd** | ☐ Contingent | | |
| | **Marietta, GA 30064** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.8334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Keraun Bacon** | *Check all that apply.* | | |
| | **3445 21ST** | ☐ Contingent | | |
| | **A** | ☐ Unliquidated | | |
| | **HIGHLAND, CA 92346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8335** | Priority creditor's name and mailing address
**Keraun D.  Bacon**
**3445 21ST**
**A**
**HIGHLAND, CA 92346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.92 | $21.92

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8336** | Priority creditor's name and mailing address
**Keren Garcia**
**1007 N 7TH STREET**
**COLTON, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8337** | Priority creditor's name and mailing address
**Keri Keller**
**12892 RANCHERO WAY**
**GARDEN GROVE, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8338** | Priority creditor's name and mailing address
**Kerrie Johnson**
**2512 WEST NARANJA AVE**
**MESA, AZ 85202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor __**Garden Fresh Restaurants LLC**_____     Case number (if known) __**20-02477-LA7**_____
          Name

| 2.8339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8339**

Priority creditor's name and mailing address
**kerrigan quinones**
**12475 BODEGA WAY**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                               **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8340**

Priority creditor's name and mailing address
**Kerry Then**
**4545 SW 60TH AVE**
**OCALA, FL 34474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                               **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8341**

Priority creditor's name and mailing address
**Kershaw Bonhomme**
**610 NE 56TH COURT**
**OAKLAND PARK, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                               **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8342**

Priority creditor's name and mailing address
**Kesean Culclager**
**41591 CAROL COMM**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                               **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.27** | **$139.27** |
| | **Kesey M.  McHenry** **226 DIANNA DR.** **LONE TREE, CO 80124** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Kesey McHenry** **226 DIANNA DR.** **LONE TREE, CO 80124** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Keshawn Duffy** **4227 LARKIN ST** **SARASOTA, FL 34237** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Keshawn minor** **2804 QUEEN ALBERTA DR** **VALRICO, FL 33596** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keshawn Robinson-Bell**
**3508 NE 109TH AVE**
**B1**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keven Mukai**
**9370 Sw 8th St**
**Apt 311**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Aguilar**
**1161 Williamson Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Ahumada**
**1909 Huntington Dr**
**Unit D**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8351** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kevin Almaraz**
**3460 Halsted St**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8352** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kevin Andradez**
**3240 E. SOUTHERN AVE**
**38**
**PHOENIX, AZ 85040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8353** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kevin Arevalo - Fuentes**
**2964 CLIPPER CT**
**LAWRENCEVILLE, GA 30044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8354** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Kevin Ayers**
**131 EAST PAISLEY STREET**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

| 2.8355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**Kevin Butler**
**797 TEAGUE TRAIL**
**8306**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**Kevin Bythewood**
**2419 E 18th Ave**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**Kevin Carranza**
**5327 CERRITOS AVE**
**LONG BEACH, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**Kevin Combs**
**507 10TH AVE W**
**A3**
**PALMETTO, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Cristobal**<br>**430 EAST MAUDE AVE**<br>**8**<br>**SUNNYVALE, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Cruz**<br>**576 COLUMBIA AVE APT7**<br>**#7**<br>**SUNNYVALE, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin De Laine**<br>**5817 SAN VICENTE BLVD**<br>**LOS ANGELES, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin DeLuna**<br>**17063 HASTINGS CT.**<br>**PARKER, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8363** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**kevin desantos**
**14776 SW 10TH ST**
**PEMBROKE PINES, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8364** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Kevin Florian**
**1956 QUAIL RN**
**LAWRENCEVILLE, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8365** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Kevin Gao**
**19240 MEGLY CT.**
**LAKE OSWEGO, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8366** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Kevin Gonzalez**
**44502 Leona St.**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Kevin Gowing** <br> **1209 Navello Street** <br> **El Cajon, CA 92021** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Kevin Guillen** <br> **36433 EVENINGSIDE DR.** <br> **PALMDALE, CA 93552** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Kevin Gutierrez** <br> **44509 17TH STREET WEST** <br> **LANCASTER, CA 93534** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **$0.00** |
| | **Kevin Guzman** <br> **1602 PASEO LAGUNA SECO** <br> **7** <br> **LIVERMORE, CA 94550** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Hercules**
**2531 W HAYWARD AVE**
**#2**
**PHOENIX, AZ 85051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Holsapple**
**7415 COLIMA DRIVE**
**HOUSTON, TX 77083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Hurtado**
**42200 Moraga Rd**
**#37c**
**Temecula, CA 92591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Ibarra**
**5410 ALMONT ST**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

2.8375

**Kevin Jimenez**
**2712 KINSEY DR**
**KISSIMMEE, FL 34746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

2.8376

**Kevin Kearns**
**2746 W. 13TH AVENUE**
**DENVER, CO 80204**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

2.8377

**Kevin Lara**
**3146 S Main St Apt 24A**
**Santa Ana, CA 92707**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

2.8378

**Kevin Lavertu**
**1448 Holcomb place**
**Placentia, CA 92870**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 2095 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Maddox**
**2653 PROSPECT ST.**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Martindale**
**935 W 3rd Ave**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Martinez**
**2509 WAKULLA WAY**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Montes De Oca**
**24822 ALANWOOD ST**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Montoya**
**51 S 19TH ST APT 25**
**APT 25**
**SAN JOSE, CA 95116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Moreno**
**720 1/2 MAYFLOWER AVE**
**MONROVIA, CA 91016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Munoz**
**52531 AVENDIA NAVARRO**
**52531**
**LA QUINTA, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevin Nunez**
**27499 Bellogente**
**Mission Viejo, CA 92691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8387 | Priority creditor's name and mailing address<br>**Kevin Oschmann**<br>**12018 Warwick circle**<br>**Perish, FL 34219** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8388 | Priority creditor's name and mailing address<br>**Kevin Parker**<br>**10054 Los Ranchitos Rd**<br>**Lakeside, CA 92040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8389 | Priority creditor's name and mailing address<br>**Kevin Parsons**<br>**10900 SW 104TH ST**<br>**313**<br>**MIAMI, FL 33176** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8390 | Priority creditor's name and mailing address<br>**Kevin Rascon**<br>**1820 COLLINS AVE**<br>**LAS VEGAS, NV 89106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Rivas**<br>**PADDOCK BROOK LN**<br>**HOUSTON, TX 77038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Rodrguez**<br>**889 MOWRY AVE APT 181**<br>**181**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Salazar Santos**<br>**25469 Borough Park**<br>**#528**<br>**Spring, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kevin Siqueiros**<br>**606 ROYAL OAKS DRIVE**<br>**MONROVIA, CA 91016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.8395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kevin Soliz**
**924 S. Mariposa Ave**
**Apt 4**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kevin szalonek**
**216 SO. CITRUS AVE**
**345**
**WEST COVINA, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kevin Tang**
**1802 NW BELLAVISTA AVE**
**GRESHAM, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kevin Thomas**
**649 Jamestown Blvd**
**Altamonte, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kevin Tran**
**2506 E Mcarther Dr**
**Tempe, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Kevin Tuches**
**1487 ATLANTIC AVE**
**LONG BEACH, CA 90813**

| 2.8400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Kevin Vargas**
**558 South 5th Ave**
**Apt 301**
**La Puente, CA 91746**

| 2.8401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Kevin Velazquez**
**11525 CLEWS RANCH RD**
**SAN DIEGO, CA 11525**

| 2.8402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8403** Priority creditor's name and mailing address
**Kevin Velazquez**
**11525 CLEWS RANCH RD**
**SAN DIEGO, CA 11525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$271.47**    **$271.47**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8404** Priority creditor's name and mailing address
**Kevin Veliz**
**11988 York Ave**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8405** Priority creditor's name and mailing address
**Kevin Yu**
**12481 CAMINITO MIRA DEL MAR**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8406** Priority creditor's name and mailing address
**Kevin Zoto**
**2701 HARVEST DRIVE**
**SARASOTA, FL 34240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevon Christmas**
**1710 E 25TH AVE**
**#A**
**TAMPA, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kevonna Banks**
**585 5TH AVE SE**
**LARGO, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keyla Quiroz**
**16834 SARAHS PLACE**
**306**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Keymorria Bryant**
**3001 SE LAKE WEIR AVE**
**1214**
**OCALA, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.8411 | Priority creditor's name and mailing address<br>**Keyshon Williams**<br>**1060 S 3RD ST**<br>**261**<br>**SAN JOSE, CA 95112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8412 | Priority creditor's name and mailing address<br>**Keyssy Torrez**<br>**29360 DIXON STREET**<br>**#7**<br>**HAYWARD, CA 94544** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8413 | Priority creditor's name and mailing address<br>**Keza Mcclellan**<br>**2013 YUCCA DR**<br>**DECATUR, GA 30032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8414 | Priority creditor's name and mailing address<br>**Khadija Hassan**<br>**849 OSAGE STREET**<br>**SAN DIEGO, CA 92114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khalil Bronson**
**402 Lake Ridge Lane**
**Dunwoody, GA 30338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khanrad Williams**
**8717 ROCKINGHAM TERRACE**
**UNIT C.**
**KISSIMMEE, FL 34747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khara Waller**
**3790 UDALL ST**
**SAN DIEGO, CA 92107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khayrissa McClinton**
**1561 BOXWOOD TRACE NW**
**ACWORTH, GA 30102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khorshidcher Khosravi Sharifabad**
**16115 DEVONSHIRE STREET**
**GRANADA HILLS, CA 91344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Khrysti Hightower**
**26 N 5TH ST**
**APT A**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kiah Powell**
**1655 S ELM**
**517**
**CANBY, OR 97013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kian nazem**
**29402 CASTLE RD**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

---

| 2.8423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kiana Blake**
**10116 E. LOS LAGOS VISTA AVE**
**MESA, AZ 85209**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8424 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Kiana butler**
**9835 MIRA LEE WAY**
**31413**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8425 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Kiana Duran**
**1940 MOUNTAIN AVE**
**POMONA, CA 91767**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8426 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Kiana Grider**
**4375 Monte Verde**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.8427

Priority creditor's name and mailing address
**Kiana Matthew**
**11010 CRINKLEAWN DR**
**HOUSTON, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8428

Priority creditor's name and mailing address
**Kiana Miller**
**5263 RIVERDALE CT**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8429

Priority creditor's name and mailing address
**KIANA MILLER**
**5263 RIVERDALE CT**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$546.24**    **$546.24**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8430

Priority creditor's name and mailing address
**Kianna Sams**
**837 COVENTRY RD.**
**DAVENPORT, FL 33897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kiara Borrayo**<br>**230 N THOMPSON RD**<br>**APOPKA, FL 32703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kiara Cervantes**<br>**37425 ROCKWOOD DR**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$55.09** | **$55.09** |
|---|---|---|---|---|
| | **Kiara Cervantes**<br>**37425 ROCKWOOD DR**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kiara Halfacre**<br>**105 NORTH OAKLAND ST**<br>**LEESBURG, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kiara Leslie**
**381 S Salem St**
**Aurora, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kiara Meadows**
**3100 SWEET WATER DR**
**910**
**LAWRENCEVILLE, GA 30044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kiara Sanchez**
**13980 SE 66TH CT**
**SUMMERFIELD, FL 34491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kiara Scott**
**9534 BAHIA RD**
**OCALA, FL 34472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.8439

Priority creditor's name and mailing address

**Kiarra wilson**
**16519 NE 90TH CIRCLE**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.8440

Priority creditor's name and mailing address

**Kien Nguyen**
**12957 SW BLACK WALNUT ST**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.8441

Priority creditor's name and mailing address

**Kiera Sproat**
**44317 W. MARICOPA AVE.**
**MARICOPA, AZ 85138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.8442

Priority creditor's name and mailing address

**Kieran Holbrook**
**6376 S NEWLAND CT**
**LITTLETON, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kiereon Black**
**27609 VIRGIL HAWKINS CIR**
**UNIT 16**
**OKAHUMPKA, FL 34762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kierra Emrith**
**19270 SW 29TH CT**
**MIRAMAR, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kierra Nevels**
**3004 50TH AVENUE DR E**
**BRADENTON FL, FL 34203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kierrah Stanford**
**705 28TH STREET CIRCLE EAST**
**BRADENTON, FL 34208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kierstin Broaddus**
**7540 DECATUR ST**
**WESTMINSTER, CO 80030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kim Demetropoulos**
**11426 E Flower Ave**
**Mesa, AZ 85208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kim Nguyen**
**12551 Orrway Dr**
**Apt 3**
**Garden Grove, CA 92841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$303.98** | **$303.98** |
|---|---|---|---|---|

**Kim Nguyen**
**12551 Orrway Dr**
**Apt 3**
**Garden Grove, CA 92841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kim Van Exel**<br>**18425 SW Stepping Stone**<br>**Dr Unit 31**<br>**Beaverton, OR 97003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimber Carnahan**<br>**8002 E. 18th Pl.**<br>**Tucson, AZ 85710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Aguilar**<br>**1651 MITCHELL AVENUE**<br>**H3**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Alvarado**<br>**1720 Grafton St**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **2.8455** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kimberly Anaya**<br>**1119 E Garey Ave**<br>**#6**<br>**West Covina, CA 91790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.8456** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$62.16** | **$62.16** |
| | **Kimberly Anaya**<br>**1119 E Garey Ave**<br>**#6**<br>**West Covina, CA 91790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.8457** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kimberly Bolt**<br>**11900 102nd St**<br>**Largo, FL 33773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.8458** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Kimberly Brymer**<br>**27213 ELLISON WAY**<br>**VALENCIA, CA 91354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly Bunsee**
**4200 NW 3RD CT**
**103**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly Cooper**
**7153 N. 68TH DR.**
**GLENDALE, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly COSMANO**
**2001 RAMROD AVE.**
**2118**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly Dalton**
**228 MISSION DR**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Demille -Gray**
**21430 PLANE TREE DRIVE**
**201**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.8464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Dorsey**
**10000 HAMMERLY BLVD.**
**320**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.8465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly ENCINAS**
**34 EDGEBROOK DR**
**PHILLIPS RANCH, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.8466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Etoll**
**5815 E. Anderson Dr**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Fields**
**3612 ARMSTRONG ST**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Gonzalez**
**3184 CADILLAC DR**
**7**
**SAN JOSE, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Guerrero-Ruiz**
**2493 MARLENE WAY**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Hua Altamirano**
**1239 NORTH MAPLEWOOD**
**STREET**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Jackson**
**11122 SW 161 ST**
**MIAMI, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Jackson**
**9781 PYRIMAD COURT**
**2-107**
**ENGLEWOOD, CO 80112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Jaidane**
**402 New Park Drive**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Kidd**
**1615 WEST 85TH AVENUE**
**2-303**
**FEDERAL HEIGHTS, CO 80260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Kwan**
**11358 Madeira Street**
**Cypress, CA 90630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Lacsina**
**6000 MONTANO PLZ  DR NW #26F**
**ALBUQUERQUE, NM 87120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Lopez**
**7591 10TH ST**
**APT 30**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly McClurg**
**3849 S QUINTERO CIRCLE**
**AURORA, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Naranjo**<br>**2857 Comstock Street**<br>**San Diego, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Reed**<br>**7916 CANLEY AVE**<br>**LAS VEGAS, NV 89149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Robledo**<br>**674 W MAIN STREET**<br>**APPT C**<br>**TUSTIN, CA 92789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kimberly Sanchez Hernandez**<br>**640 J AVE**<br>**APT. 1**<br>**NATIONAL CITY, CA 91950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Valdez**
**13523 KORNBLUM AVE**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimberly Zuniga**
**240 ORTEGA AVE**
**14**
**MOUNTAIN VIEW, CA 94040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kimora Williams**
**1103 PAMELA STREET**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$355.75** | **$355.75** |
|---|---|---|---|---|

**Kinder I.  Spinks**
**2219 E CATHEDRAL ROCK DR**
**PHOENIX, AZ 85048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kinder Spinks**
**2219 E CATHEDRAL ROCK DR**
**PHOENIX, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kineisha Lyons**
**425 Taragon Way**
**#b S.w.**
**Atlanta, GA 30331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kinsey Barreto**
**1729 N 1st st**
**Apt 11202**
**San Jose, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kinson Julien**
**871NW6TH AVE**
**B3**
**POMPANO BEACH, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kiran Mehr**
**20300 VIA CELLINI**
**PORTER RANCH, CA 91326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kirk Diaz**
**28851 SILVERADO CANYON RD**
**SILVERADO, CA 92676**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kirk Gomes**
**3351hickory Wood Way**
**Tarpon Springs, FL 34688**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.15** | **$32.15** |
|---|---|---|---|---|

**Kirk Gomes**
**3351hickory Wood Way**
**Tarpon Springs, FL 34688**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kirsten Morales**
**3228 ZIA ST NE**
**RIO RANCHO, NM 87144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kisha Munoz**
**2315 VINCENT RD**
**ORLANDO, FL 32817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kittee Sophaphong**
**878 N MADISON AVE**
**LOS ANGELES, CA 90029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kivanna Fontilus**
**4540 NW 10TH PL ATP G-211**
**G-211**
**PLANTATION, FL 33313**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kjartan Ragnarsson**
**26 MONSTAD STREET**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Klara Lucero**
**989 Victoria St**
**apt E1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kobe Chambers**
**6241 Richmond Ave**
**Garden Grove, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kodi McMillion**
**7071 LAKERIDGE CT**
**243**
**FORT MYERS, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kody Deragon**
**9124 CAMPINA DRIVE**
**#C**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kody Graham**
**10232 HALAWA DR**
**HUNTINGTON BEACH, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Koleti Weil**
**3900 MOORPARK AVENUE**
**113**
**SAN JOSE, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.98** | **$76.98** |
|---|---|---|---|---|

**KOLETI WEIL**
**3900 MOORPARK AVENUE**
**113**
**SAN JOSE, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Korey St. Claire**
**1071 NE BRIERCREEK WAY 1113**
**BEAVERTON, OR 97006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kourtni Rohweder**
**1335 ROSEARDEN DRIVE**
**FOREST GROVE, OR 97116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.93** | **$72.93** |
|---|---|---|---|---|

**Kris Hall**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kris Long**
**8940 Reeves Ct**
**Rancho Cucamonga, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Krista Sisneros**
**7512 BRIANNE AVE NW**
**ALBUQUERQUE, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristal garcia**
**1615 W 85 AVE**
**104**
**FEDERAL HEIGHTS, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristal Mora**
**15592 TETLEY STREET**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristal Schlichting**
**13401 SE 19TH STREE**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

---

| 2.8515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristen Abel**
**9559 E LOS LAGOS VISTA AVE**
**MESA, AZ 85209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristen Davis**
**11914 BROOKHAVEN ST.**
**GARDEN GROVE, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristen Nolan**
**1620 DUBLIN RD.**
**DELTONA, FL 32738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristen Rodriguez**
**1301 W Hellman Ave**
**Alhambra, CA 91803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristen Vargas**
**52445 AVE MENDOZA**
**LA QUINTA, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristian Cabbagestalk**
**14062 E Iowa Dr**
**Aurora, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristian Nava**
**27956 TEAL**
**MISSION VIEJO, CA 92691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristian Soto**
**9100 TEJON ST LOT 232**
**FEDERAL HEIGTGS, CO 80260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristian Switalski**
**15815 S. Lakewood Prky W.#1090**
**Phoenix, AZ 85048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**KRISTIE MANUEL**
**20006 BLACKBIRD LN**
**CANYON COUNTRY, CA 91351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristin Carpenter**
**18106 Chieftain Ct**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristin Huynh**
**729 LAVA WAY**
**SAN JOSE, CA 95133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.8527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Kristin Keydoszius** **9961 E. Banister Dr** **Tucson, AZ 85730** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Kristin Mccoy** **17105 W Bernardo Dr** **#208** **Rancho Bernardo, CA 92127** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Kristina Dumas** **2052 Gold St.** **#139** **Alviso, CA 95002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **$0.00** |
| | **Kristina Kennedy** **3218 HARMONY HILL TRCE** **ACWORTH, GA 30144** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristina Macaluso**
**10580 CLEAR LAKE LOOP**
**170**
**FT MYERS, FL 33908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristina Marchesano**
**10040 Leavesly Trail**
**Santee, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristina Middleton**
**216 East 108 St**
**Los Angeles, CA 90061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kristina Montgomery**
**255 CHAPPEL RD NW**
**Atlanta, GA 30342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.8535 | Priority creditor's name and mailing address<br>**Kristina Toro**<br>**1957 SHAMROCK AVENUE**<br>**DUARTE, CA 91010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8536 | Priority creditor's name and mailing address<br>**Kristine A. Tuke**<br>**8659 RIVER HOMES LN**<br>**105**<br>**BONITA SPRINGS, FL 34135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9.52** | **$9.52** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8537 | Priority creditor's name and mailing address<br>**Kristine Anolin**<br>**29372 Bacon Ln**<br>**Highland, CA 92346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8538 | Priority creditor's name and mailing address<br>**Kristine Kalinowski**<br>**5863 Briarwood Ave**<br>**Sarasota, FL 34231** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.8539**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Kristine Tuke** **8659 RIVER HOMES LN** **105** **BONITA SPRINGS, FL 34135** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

**2.8540**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Kristoffer Cortes** **27719 STARDALE DR** **SANTA CLARITA, CA 91350** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

**2.8541**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Kristopher Greene** **51 Via Brida** **Rancho Santa Margarita, CA 92688** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

**2.8542**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Kristopher Gutierrez** **149 S NOBLE** **AZUSA, CA 91702** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.8543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristopher Hollingshead**
**7220 CENTRAL SE**
**2053**
**ALBUQUERQUE, NM 87108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristy Castillo**
**10400 SE COOK CT.**
**42**
**MILWAUKIE, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Kristyan Figueroa**
**53160 AVENIDA HERRERA**
**LA QUINTA, CA 92253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**kruti patel**
**10222 NEVADA AVE**
**CHATSWORTH, CA 91311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.74 | $34.74 |
|---|---|---|---|---|

**kruti patel**
**10222 NEVADA AVE**
**CHATSWORTH, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Krystal Cortez**
**4500 S. Monaco St. #218**
**Denver, CO 80237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Krystal Huynh**
**729 LAVA WAY**
**SAN JOSE, CA 95133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Krystal Jackson**
**3345 Country Club**
**Apt A**
**Norcross, GA 30092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Krystal Kotsakis**
**206 HOLMES LANE**
**OREGON CITY, OR 97045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.8552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$126.03** | **$126.03** |
|---|---|---|---|---|

**KRYSTAL L.  KOTSAKIS**
**206 HOLMES LANE**
**OREGON CITY, OR 97045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.8553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Krystal Redding**
**650 ROCKBOROUGH DRIVE**
**STONE MOUNTAIN, GA 30083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.8554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Krystal Wilson**
**11425 TIMBERLINE DR.**
**BEAVERTON, OR 97008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Krystyne Sok**
**5909 Ne 34th St**
**Vancouver, WA 98661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kryztle Gonzales**
**9820 Sydney Lane**
**Apt. 37112**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kuldeep Singh**
**7430 Kensington Drive**
**Buena Park, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kulwinder Kaur**
**66 CENTERSTONE CIR**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kurt Adams**
**8162 Lakeport Road**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kurt Hoerzing**
**267 ESMERALDO CT**
**SAN JOSE, CA 95116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kurtis Redman**
**2760 3rd St**
**La Verne, CA 91750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kuye Areda**
**360 MERIDIAN AVE**
**SAN JOSE, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.8563** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.38** | **$42.38**
--- | --- | --- | --- | ---

**Kyannah L.  Lemasters**
**16835 E HARVARD PL**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.8564** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Kyannah Lemasters**
**16835 E HARVARD PL**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.8565** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Kye Rhodes**
**4567 EAST YALE AVE**
**APT 206**
**DENVER, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.8566** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261.97** | **$261.97**

**Kye S.  Rhodes**
**4567 EAST YALE AVE**
**APT 206**
**DENVER, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyla Wisenbaugh**
**365 E EXETER ST.**
**GLADSTONE, OR 97027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Andersen**
**862 GRENOLA DR**
**CONCORD, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Bemiss**
**5802 E 32ND STREETSTREET**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Cauldren**
**839 Balboa Court**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **kyle dean**<br>**5891 PIERCE STREET**<br>**301**<br>**ARVADA, CO 80003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Labarbera**<br>**31177 Us Hwy 19 N 604**<br>**Palm Harbor, FL 34684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle McConnell**<br>**201 PINNACLE DR. SE**<br>**3422**<br>**RIO RANCHO, NM 87124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Merritt**<br>**10229 N 33RD AVE**<br>**156**<br>**PHOENIX, AZ 85051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.8575 | Priority creditor's name and mailing address<br>**Kyle Merritt**<br>**10229 N 33RD AVE**<br>**156**<br>**PHOENIX, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.28**     **$17.28** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8576 | Priority creditor's name and mailing address<br>**Kyle Munoz**<br>**102 WIMBLEDON LN**<br>**TRACY, CA 95376** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**     **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8577 | Priority creditor's name and mailing address<br>**Kyle Peck**<br>**109 HOULTON CT.**<br>**SAN JOSE, CA 95139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**     **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8578 | Priority creditor's name and mailing address<br>**Kyle peters**<br>**16830 BUCKEYE CIRCLE**<br>**FOUNTAIN VALLEY, CA 92708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**     **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Pierce**<br>**513 NORTH YALE AVENUE**<br>**FULLERTON, CA 92831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Richardson**<br>**1045 SYLVIA LANE**<br>**TAMPA, FL 33613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Stephenson**<br>**15301 SE 11TH CIR**<br>**#A**<br>**VANCOUVER, WA 98683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Kyle Stone**<br>**712 W 20TH STREET**<br>**VANCOUVER, WA 98660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Sue**
**VINERIDGERUN**
**203**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Tanaka**
**1312 E. 22nd St.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle Tarango**
**8561 STREAM STREET**
**ALBUQUERQUE, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyle young**
**4010 N LOIS AVE**
**4304**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.63 | $42.63 |
|---|---|---|---|---|

**KYLE YOUNG**
**4010 N LOIS AVE**
**4304**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyleb Rovira**
**420 SUMMIT RIDGE PL.**
**LONGWOOD, FL 32779**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyleen Thomas**
**4505 PALMYRA AVE NW**
**ALBUQUERQUE, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kylen Campbell**
**3231 LAS FALDAS DR**
**FULLERTON, CA 92835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8591** | Priority creditor's name and mailing address

**Kyler Dawkins**
**2512 HICKORY CT**
**CLEARWATER, FL 33761**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8592** | Priority creditor's name and mailing address

**Kyler Gallo**
**1810 Robinhood St**
**Sarasota, FL 34231**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8593** | Priority creditor's name and mailing address

**Kylie Payton**
**2525 EMERALD TREE LN**
**APOPKA, FL 32712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8594** | Priority creditor's name and mailing address

**Kylie Smith**
**7326 NORTHLEAF DR**
**HOUSTON, TX 77086**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kylie Wallace**
**5238 ARBOR VIEW LN**
**SUGAR HILL, GA 30518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyra Parker**
**28814 FOX CANYON**
**SPRING, TX 77386**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyrsa Hallum**
**10331 SE PARK MOUNTAON LANE**
**CLACKAMAS, OR 97015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$77.39** | **$77.39** |
|---|---|---|---|---|

**Kyrsa L.  Hallum**
**10331 SE PARK MOUNTAON LANE**
**CLACKAMAS, OR 97015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kyrstan Fairweather**
**848 LAKE HOLLOW BLVD.**
**MARIETTA, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Kywanda Stewart**
**201 SW WASHINGTON ST**
**ATLANTA, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LA COUNTY TAX COLLECTOR**
**TAX COLLECTOR**
**PO BOX 54970**
**LOS ANGELES, CA 90054-0970**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LA COUNTY TAX COLLECTOR**
**UNSECURED**
**P.O. BOX 54027**
**LOS ANGELES, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.8603 | Priority creditor's name and mailing address
**LA COUNTY TAX COLLECTOR SECURED**
**PO BOX 54018**
**LOS ANGELES, CA 90054-0018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8604 | Priority creditor's name and mailing address
**LaBrittania Robinson**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8605 | Priority creditor's name and mailing address
**Lacey Pasillas**
**12224 Summer Ave**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8606 | Priority creditor's name and mailing address
**Lachandra Leavell**
**43423 N. 16TH ST. W.**
**APT. 13**
**LANCASTER, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.63 | $27.63 |
|---|---|---|---|---|

**LACHANDRA LEAVELL**
**43423 N. 16TH ST. W.**
**APT. 13**
**LANCASTER, CA 93534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lacie smith**
**10513 variel ave**
**CHATSWORTH, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lacy Becker**
**7325 ELMWOOD CIRCLE**
**PLEASANTON, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ladaisha Bledsoe**
**912 STINSON 1/2 STREET**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ladarius Mcglown**
**6316 Old Lake Wilson Rd**
**Davenport, FL 33896**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.32** | **$56.32** |
|---|---|---|---|---|

**Ladarius Mcglown**
**6316 Old Lake Wilson Rd**
**Davenport, FL 33896**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ladonna jarmon**
**10535 MOORCREEK DR**
**HOUSTON, TX 77070**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laiba Muhammad**
**29211 LEGENDS BEAM DRIVE**
**SPRING, TX 77386**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laila Kalantari**
**1421 STILLCREEK AVE**
**HENDERSON, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laisa Ouriques**
**604 SW 180TH AVE.**
**PEMBROKE PINES, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LAKE COUNTY TAX COLLECTOR**
**PO BOX 327**
**TAVARES, FL 32778-0327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lakesha Alexander**
**21800 SCHOENBORN ST**
**126**
**CANOGA PARK, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lakeveau Cox**
**402 NW 20TH AVE**
**OCALA, FL 34475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lakina Charles**
**780 SONELEY COURT**
**MILTON, GA 30004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lakina Jackson**
**304 SANDY OAKS**
**301**
**LEESBURG, FL 34748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laleyshka Perez**
**91 SILVER PARK CIR.**
**KISSIMMEE, FL 34743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lalo Saavedra**
**16675 SLATE DRIVE**
**1625**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lam-haj Valson**
**1121 Willowood Lane Sw**
**Ben Hill, GA 30331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lamar Victor**
**17800 COLIMA RD**
**215**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lamiae saidi**
**14486 E HAWAII CIR**
**UNIT D**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lamont Evlien**
**2072 10th St**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LANCASTER CO. TAX**
**BUREAU-EIT**
**1845 WILLIAM PENN WAY, SUITE**
**1**
**LANCASTER, PA 00017-6010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lane Wilson**
**1442 TABER DR**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laneil Anderson**
**15148 E LOUISIANA DR**
**9114**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|--|------------------------|-------------------|
| | Name | | | |

---

| 2.8631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**Lani Conley**
**710 10TH ST SE**
**NAPLES, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----------------------------------|------------------------------------------------|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$22.46** | **$22.46** |
|--------|----------------------------------------------|------------------------------------------------------------------------|------------|------------|

**Lani Conley**
**710 10TH ST SE**
**NAPLES, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|----------------------------------|----------------------|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**Lanier DeRuso**
**18003 E FORD PL.**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----------------------------------|------------------------------------------------|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**Laniya Frazier**
**3430 Venture Parkway**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|----------------------------------|------------------------------------------------|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lanora Chavez**
**3351 Inland Empire Blvd.**
**Apt. 10l**
**Ontario, CA 91764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laquiesha Clark**
**1203 W 137TH ST**
**COMPTON, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lara Keefe**
**2318 OAKHURST CT**
**VALRICO, FL 33596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lara Lehman**
**5762 E. COOPER ST.**
**P. O. BOX 13445**
**TUCSON, AZ 85732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laratisha Johnson**
**809 19 ST**
**4**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Larenzo Thomas**
**1546 SHERMAN**
**A**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Larissa Verduzco**
**2441 PARK AVE**
**LONG BEACH, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Larissa Walton**
**12662 TOPAZ ST**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Larry Bacon**
**16867 KINGSBURY ST.**
**101**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Larry Boles**
**1760 W LAKE BRANTLEY RD**
**LONGWOOD, FL 32779**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Larry Navarrete**
**1316 W AMAHEIM STREET**
**HARBOR CITY, CA 90710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$9.60** | **$9.60** |
|---|---|---|---|---|---|

**Larry Navarrete**
**1316 W AMAHEIM STREET**
**HARBOR CITY, CA 90710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Larryza Askew**
**5715 5TH ST E**
**BRADENTON, FL 34203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

Priority creditor's name and mailing address
**2.8648**
**Laryssa medina**
**15200 SHADYBEND DR**
**3**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:                              **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

Priority creditor's name and mailing address
**2.8649**
**Lascary Lubin**
**3070 Sw 2nd St**
**Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:                              **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

Priority creditor's name and mailing address
**2.8650**
**Lashawnay Sayles**
**6784 Orange St.**
**East Highland, CA 92346**

As of the petition filing date, the claim is:                              **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lashay Sayles**
**7387 Lynwood Way**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.8652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Latasha Record**
**4617 NE ST. JOHNS RD**
**E115**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.8653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Latevi Lawson-Azianko**
**531 CHADBORN CT**
**LAWRENCEVILLE, GA 30045**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.8654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Latonya Henderson**
**1629 NE 16th Ave**
**OCALA, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Latoy Rowe** **4232CAPULET LN** **101** **FORT MYERS, FL 33916** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.8656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Latoya Hobbs** **16000 MATEO ST.** **2** **SAN LEANDRO, CA 94578** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.8657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Latoya Jackson** **302 EAST OHIO AVE** **TAMPA, FL 33603** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.8658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Latoya Jolly** **4320 Ne 11th Ter** **Pompano Beach, FL 33064** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.8659

Priority creditor's name and mailing address

**LaToya Phenix**
**1285 S CLOVERDALE**
**LOS ANGELES, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8660

Priority creditor's name and mailing address

**Latricia Hatney**
**419 HURRICANE SHOALS ROAD**
**E12**
**LAWRENCEVILLE, GA 30046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8661

Priority creditor's name and mailing address

**Laura Adorno**
**258 MARTINVALE LN**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8662

Priority creditor's name and mailing address

**Laura Berube**
**19 Almond Trail**
**Ocala, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.8663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|---|---|---|---|

**Laura Delpozo**
**14500 Sw 280 St**
**Apt 106**
**Homestead, FL 33032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|---|---|---|---|

**Laura Diaz**
**16912 S VERMONT AVE**
**UNIT A**
**GARDENA, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|---|---|---|---|

**Laura Escalera Garcia**
**1685 LEE DR**
**MOUNTAIN VIEW, CA 94040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|--------|---|---|---|---|

**Laura Herrera**
**11097 Ice Skate Pl**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.8667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Laura Juarez**
**5484 Reservoir Dr**
**Apt B43**
**San Diego, CA 92120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Laura Menichetti**
**81924 Avenida Alcalde**
**Indio, CA 92203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Laura Moiseoff**
**15051 RIDGEVIEW COURT**
**CHINO HILLS, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Laura Nava**
**25162 Charlinda Dr**
**205 M**
**Mission  Viejo, CA 92691**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Perez**
**3207 W SHIELDS AV**
**104**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Perez**
**1072 Stovall Ridgect**
**Lawrenceville, GA 30043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Prado**
**15501 PASADENA AVE**
**210**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.75** | **$52.75** |
|---|---|---|---|---|

**Laura R.  Sandusky**
**6384 Kaisha**
**Eastvale, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Rodriguez Esmerio**
**6121 Hazelhurst PL.**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Ruppert**
**9260 E Dolores St**
**Tucson, AZ 85730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Saccone**
**2427 Nielsen St.**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura salazar**
**1320 GESSNER RD**
**162**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Sandusky**
**6384 Kaisha**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Uribe**
**4569 S KIRKMAN RD**
**#9**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Vaquerano**
**167 LORRAINE AVE**
**PITTSBURG, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laura Vivar**
**23361 CAMINITO ANDRETA**
**LAGUNA HILLS, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **LAUREL BURNETT**<br>**729 GRAND RAPIDS BLVD**<br>**NAPLES, FL 34120** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **LAUREL COUNTY TAX**<br>**ADMNISTRATOR**<br>**PO BOX 650**<br>**LONDON, KY 00040-7430** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lauren Crews**<br>**760 WEST NEWENGLAND AVE**<br>**WINTER PARK, FL 32789** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lauren Dieterich**<br>**1221 Se Ellsworth Rd**<br>**Unit #k115**<br>**Vancouver, WA 98664** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Elliott-Haynes**
**11340 DONNINGTON DRIVE**
**DULUTH, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Gabbert**
**125-A CALLE DON FRANCISCO**
**BERNALILLO, NM 87004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Graves Bonilla**
**6564 WINONA CT**
**ARVADA, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Jordan**
**10844 VIA LAS MAYAS**
**APT. A**
**SAN DIEGO, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Jordan**
**2553 Lotus Hill Dr.**
**Las Vegas, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Kemp**
**15837 BAY VISTA DRIVE**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Manner**
**3910 james paul avenue**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauren Pendergraft**
**16120 STUEBNER AIRLINE RD.**
**209**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

| 2.8695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lauren Queen**<br>**8021 BEAVER LAKE DR**<br>**SAN DIEGO, CA 92119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lauren Sealock**<br>**4707 CITY VIEW DR**<br>**FOREST PARK, GA 30297** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lauren Zimmer**<br>**546 VIA FONTANA DRIVE**<br>**101**<br>**ALTAMONTE, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Laurent Cruz**<br>**3719 AMADOR CT**<br>**CHINO, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Laurenza Chacon**
**315 ASSOCIATED RD**
**1304**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauretha Knight**
**P.o. Box 915**
**Lake Hughes, CA 93532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauryn Brown**
**4915 WATERFORD WAY**
**ANTIOCH, CA 94531**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lauryn Dyer**
**2206 CLUB PLACE**
**2206**
**DULUTH, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lavh Ellis**
**4343 N. AUSTRALIAN AVE.**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lavita Sanon**
**321 NE 1ST COURT**
**102**
**HALLANDALE BEACH, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lawrence flanders**
**2905 LEXINGTON ST**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lawrence Fulmore**
**3133 GRANDIFLORA DR.**
**GREENACRES, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lawrence Taylor**
**8110 NW 21 ST**
**SUNRISE, FL 33322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lawrence Wilson**
**1418 Morrison Rd**
**Leesburg, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Layda Fuenmayor**
**14633 Par Club Cir**
**Tampa, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Layla Dominguez**
**1549 LEXINGTON CT.**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8711 | Priority creditor's name and mailing address<br>**Lazara Beltran**<br>**304 LIME TREE RD APT B**<br>**TAMPA, FL 33619** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8712 | Priority creditor's name and mailing address<br>**Lazara Beltran**<br>**304 LIME TREE RD APT B**<br>**TAMPA, FL 33619** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$147.69** | **$147.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8713 | Priority creditor's name and mailing address<br>**Lazara Guerrero**<br>**2720 INDIANA ST NE**<br>**ALBUQUERQUE, NM 87110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8714 | Priority creditor's name and mailing address<br>**Lazara Guerrero**<br>**2720 INDIANA ST NE**<br>**ALBUQUERQUE, NM 87110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31.21** | **$31.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lazaro Jimenez**<br>**707 S Dixie Ave**<br>**Fruitland Park, FL 34731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lazaro Miguel De Las Cagigas Mas**<br>**19934 Sw 123 Ave.**<br>**Miami, FL 33177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Camarena**<br>**4683 SHAW BLVD**<br>**WESTMINSTER, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Davis**<br>**6041 SW CANBY ST**<br>**PORTLAND, OR 97219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Hudson**<br>**23411 HIGHCREST RD**<br>**DANA POINT, CA 92629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Nipper**<br>**3309 27TH ST SW**<br>**LEHIGH ACRES, FL 33976** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Omps**<br>**8461 Faucet Avenue**<br>**Las Vegas, NV 89147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leah Pompa**<br>**1819 N GRAPE AVE**<br>**COMPTON, CA 90222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**LEAH SHEVYAKOV**
**82ND STREET**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Leah Skromme**
**3906 E TANGLEWOOD DR**
**PHOENIX, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Leah Stringer**
**14086 SW EAGLES VIEW DRIVE**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Leah Young**
**2102 D STREET**
**ANTIOCH, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leah-marie Maneely**
**1839 SW 4TH AVE**
**FORT LAUDERDALE, FL 33315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leandro Medina**
**4733 W WATERS AVE APT 1225**
**1225**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leanna Fleischman**
**1683 S BLACKHAWK WAY**
**UNIT E**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leanna Loprete**
**10494 SAN RAMON DRIVE**
**SAN DIEGO, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

2.8731 Priority creditor's name and mailing address
**Leces Petit**
**23 Pleasant Hill Inn**
**Tamarac, FL 33319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8732 Priority creditor's name and mailing address
**Leddjna Horat**
**5909 TRIPHAMMER RD**
**LAKE WORTH, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8733 Priority creditor's name and mailing address
**LEE COUNTY TAX COLLECTOR**
**P.O. BOX 1549**
**FORT MYERS, FL 33902-1549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.8734 Priority creditor's name and mailing address
**LEE COUNTY TAX COLLECTOR**
**PO BOX 1609**
**FORT MYERS, FL 33902-1609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Leeann DeCroo** | |
|---|---|---|
| | **819 SOUTH WHEELING STREET** | Check all that apply. |
| | **AURORA, CO 80012** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | | **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | | ☐ Yes |

| 2.8736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Leeann Koffman** | |
|---|---|---|
| | **1397 Mission Dr West** | Check all that apply. |
| | **Clearwater, FL 33759** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | | **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | | ☐ Yes |

| 2.8737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Leelie Diaz** | |
|---|---|---|
| | **3401 AZTEC RD NE** | Check all that apply. |
| | **D** | ☐ Contingent |
| | **ALBUQUERQUE, NM 87107** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | | **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | | ☐ Yes |

| 2.8738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Leema Sherzai** | |
|---|---|---|
| | **1 MONROE Street** | Check all that apply. |
| | **Apt 93** | ☐ Contingent |
| | **IRVINE, CA 92620** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | | **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | | ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$902.06** | **$902.06** |
|---|---|---|---|---|

2.8739 **Leema Sherzai**
**1 MONROE Street**
**Apt 93**
**IRVINE, CA 92620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$902.06    $902.06

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8740 Priority creditor's name and mailing address
**Leen elmomani**
**7448 CHAMANGE PLACE**
**BOCA RATON, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8741 Priority creditor's name and mailing address
**Leenardia Worthen**
**1223 PAMELA ST. APT.10**
**10**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8742 Priority creditor's name and mailing address
**Leidis Rojas**
**15290 Sw 301 St**
**Homestead, FL 33033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.8743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|---------------------------------------------|-------------|----------|

**Leighlani Sanchez**
**8112B OAK TRACE WAY**
**TAMPA, FL 33634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.8744    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    **Unknown**    **$0.00**

**Leilani Camacho**
**10202 FORUM PARK**
**68**
**HOUSTON, TX 77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.8745    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    **Unknown**    **$0.00**

**Leilanie Guiang**
**10460 MAYA LINDA ROAD**
**F111**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.8746    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    **Unknown**    **$0.00**

**Leisli Velasquez**
**11525 CLEWS RANCH RD**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Leland Bolden**<br>**1033 S LONGMORE ROAD**<br>**MESA, AZ 85202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Lemel Stephenson**<br>**2055 BARRET LAKE**<br>**KENNESAW, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Lena Roemer**<br>**590 Se 12th St**<br>**Apt 204**<br>**Dania Beach, FL 33004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Lenny Jaracuaro**<br>**201 E ACACIA ST**<br>**APT D**<br>**BREA, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leo Labossiere**<br>**10901 Verawood Dr**<br>**Riverview, FL 33579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leo Lippincott**<br>**18806 SHENANDOAH DR**<br>**OREGON CITY, OR 97045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leon Clifford**<br>**11791 128th Av N**<br>**Largo, FL 33778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leon Stephens**<br>**3310 KENTWOOD DR.**<br>**SPRING, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonard Broussard**
**2257 Ironton**
**Aurora, CO 80010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonard Munoz**
**1262 S. CRAYCROFT RD**
**E114**
**TUCSON, AZ 85711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonard Munoz**
**4114 N. 1st Ave**
**Tucson, AZ 85719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonard Shaw**
**641 105TH AVE**
**NAPLES, FL 34108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Leonardo Aranda**
**4484 LULLABY LN**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Leonardo Cruz**
**7861 COMPASS DRIVE**
**ORLANDO, FL 32810**

2.8760

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Leonardo Mateo**
**832 100TH AVE N.**
**NAPLES, FL 34108**

2.8761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Leonardo Retama**
**4431 MT. CASTLE AVE.**
**SAN DIEGO, CA 92117**

2.8762

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leonardo Rivera Tapia**<br>**2340 W 58TH AVE**<br>**DENVER, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leonardo Robortella**<br>**14800 DEL MORROW WAY**<br>**ORLANDO, FL 32824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leonardo Rodriguez**<br>**10200 N ARMENIA AVE**<br>**1304**<br>**TAMPA, FL 33612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leonardo Romo**<br>**143 CHALES ST**<br>**SUNNYVALE, CA 94086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leonardo Saravia**<br>**9810 HAMMOCKS BLVD**<br>**103**<br>**MIAMI, FL 33196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leonce Obei**<br>**1551 Ne Dr**<br>**Apt 126**<br>**Miami Gardens, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leondre Andrews**<br>**18969 Sw Wildcat Ln**<br>**Aloha, OR 97007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Leonel Espinoza**<br>**1484 MENDOCINO WAY**<br>**PERRIS, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonel Guzman**
**5100 E TROPICANA AVE**
**31B**
**LAS VEGAS, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.8772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonel Salazar**
**796 Minerva St**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.8773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonicia Cocolezi**
**319 Oxford St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.8774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leonid Vyazhanskiy**
**432 DOMINGUEZ WAY**
**19**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.8775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Leonila Castaneda**
**6460 Convoy Ct Space 269**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Leonila Palma**
**8215 n Oracle rd**
**APT# 191**
**Oro Valley, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Leonine Sampson**
**17950 LASSEN ST.**
**NORTHRIDGE, CA 91330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Leonor Ocegueda**
**4534 Yosemite Dr.**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.8779 | Priority creditor's name and mailing address
**Leonor Vasquez**
**2251 S. Memphis St**
**Aurora, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

2.8780 | Priority creditor's name and mailing address
**Leovia Spivey**
**10171 Kenilworthway**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

2.8781 | Priority creditor's name and mailing address
**Leovigilda Lopez**
**2926 W.ALICE AVE**
**PHOENIX, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

2.8782 | Priority creditor's name and mailing address
**Lerone Perry**
**4902 N MACDILL**
**1104**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leroy Romero**
**6738 HOOKER ST**
**DENVER, CO 80221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesbia Geraldine Sevilla**
**5471 VINELAND RD.**
**Apt #7304**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesili iongi**
**4820 SW 170TH AVE**
**BEAVERTON, OR 97078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.01** | **$0.01** |
|---|---|---|---|---|

**Lesley B.  Mason**
**1548 S CHRISTY LANE**
**LAS VEGAS, NV 89142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesley Chavez Cisneros**
**84152 AVE NERIUM**
**COACHELLA, CA 92236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesley Mason**
**1548 S CHRISTY LANE**
**LAS VEGAS, NV 89142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesley Ramirez**
**9366 E. FOOTHILL BLVD.**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesli Fernandez**
**2264 NEWQUIST CT**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.46 | $36.46 |
|---|---|---|---|---|
| | **LESLI FERNANDEZ** | *Check all that apply.* | | |
| | **2264 NEWQUIST CT** | ☐ Contingent | | |
| | **CAMARILLO, CA 93010** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.8792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leslie Avellaneda** | *Check all that apply.* | | |
| | **12807 Sunset Dune Dr** | ☐ Contingent | | |
| | **Houston, TX 77082** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.8793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leslie Becerra** | *Check all that apply.* | | |
| | **2028 HALLADAY ST** | ☐ Contingent | | |
| | **SANTA ANA, CA 92707** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.8794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Leslie Blandino** | *Check all that apply.* | | |
| | **477 E. HURSTVIEW AVE.** | ☐ Contingent | | |
| | **MONROVIA, CA 91016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)  **20-02477-LA7**

---

| 2.8795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Leslie Diaz**
**1150 E HERNDON AVE**
**136**
**FRESNO, CA 93720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Leslie Espinoza**
**9009 W VERNON AVE**
**PHOENIX, AZ 85037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Leslie Guillen**
**628 WEST 7TH AVE**
**ESCONDIDO CA, CA 92025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Leslie Ibuado**
**3402 WYOMING BLVD NE**
**06-303**
**ALBUQUERQUE, NM 87111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8799** Priority creditor's name and mailing address

**Leslie Jacques**
**5110 Sw 26th Ave**
**Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8800** Priority creditor's name and mailing address

**Leslie Jones**
**8380 ROSWELL ROAD**
**#E**
**SANDY SPRINGS, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8801** Priority creditor's name and mailing address

**Leslie Lomeli**
**2152 6TH ST**
**SARASOTA, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8802** Priority creditor's name and mailing address

**Leslie Mendoza**
**3811 TILSON LN**
**HOUSTON, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leslie Michi Quezada**
**2054 SW MERLO CT.**
**237**
**BEAVERTON, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leslie Paez**
**29536 CAMBRIDGE AVENUE**
**CASTAIC, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leslie Payne**
**4824 COLISEUM ST**
**#1**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leslie Perez**
**5339 KAHLUA**
**14**
**TEMPLE CITY, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leslie Sierra**
**1620 Edgewood Drive**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesly Gomez-Maldonado**
**4883 ROSWELL RD**
**D3**
**ATLANTA, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesly Jimenez**
**1539 1/2 CAMBRIA ST**
**LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lesly Paz**
**6201 CAPRINO AVE**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lessley Torres**
**3733 Gatty St**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lessli Maldonado**
**916 N FIG ST**
**G**
**ESCONDIDO, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lester Balaoing**
**10967 SWANSEA PL**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lester Ealey**
**4332 DEERBROOK WAY**
**LILBURN, GA 30047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lester Lewis**
**7155 PORTIA CT**
**LAS VEGAS, NV 89113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lester Riley**
**535 SEASONS PKWY**
**NORCROSS, GA 30093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leticia Acosta**
**4183 Highland**
**Apt 8**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leticia Cardenas**
**5620 NW 183RD AVE**
**APT. D**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.8819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Leticia Contreras**
**1342 S. Baker St.**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8820 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Leticia hernandez**
**1935 S BROADWAY**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8821 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Leticia Lopez**
**10313 Westminster Ave**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8822 | Priority creditor's name and mailing address | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Leticia Romero**
**20741 SAWGO DR**
**PERRIS, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | | As of the petition filing date, the claim is: |
|---|---|---|
| 2.8823 | Priority creditor's name and mailing address | Check all that apply. |
| | **Leticia Salazar** | ☐ Contingent |
| | **27899 IOWA STREET** | ☐ Unliquidated |
| | **BONITA SPRINGS, FL 34135** | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| | | As of the petition filing date, the claim is: |
|---|---|---|
| 2.8824 | Priority creditor's name and mailing address | Check all that apply. |
| | **Letus Gerome** | ☐ Contingent |
| | **5744 HARBOR CHASE CIR** | ☐ Unliquidated |
| | **APT 2** | ☐ Disputed |
| | **ORLANDO, FL 32839** | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**Unknown** — **$0.00**

| | | As of the petition filing date, the claim is: |
|---|---|---|
| 2.8825 | Priority creditor's name and mailing address | Check all that apply. |
| | **Levanial Hinson** | ☐ Contingent |
| | **2118 5th Street** | ☐ Unliquidated |
| | **SARASOTA, FL 34237** | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**Unknown** — **$0.00**

| | | As of the petition filing date, the claim is: |
|---|---|---|
| 2.8826 | Priority creditor's name and mailing address | Check all that apply. |
| | **Levi Barela** | ☐ Contingent |
| | **926 N. HARBOR BLVD** | ☐ Unliquidated |
| | **ANAHEIM, CA 92805** | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

**Unknown** — **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Levi Mccollum**
**3200 McLeod Dr. Apt. 151**
**Las Vegas, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Levi Smith**
**7732 HELLMAN AVE**
**RANCHO CUCAMONGA, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Levi Yi**
**7242 E. CALLE CUERNAVACA**
**TUCSON, AZ 85710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lewin Prehay**
**7930 FAIRCHILD AVE**
**WINNETKA, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lewis Dorceus**
**1215 Crossings Drive**
**Lithia Springs, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lewis Payne Jr**
**2230 CASCADE BLVD**
**207**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lewis Robertson**
**3684 S WINTER LN UNIT 101**
**GILBERT, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lexaira Avendano**
**823 40th st**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $153.79 | $153.79 |
|---|---|---|---|---|
| | **Lexaira Avendano**<br>**823 40th st**<br>**San Diego, CA 92102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lexis Rehme**<br>**42258 71ST W**<br>**LANCASTER, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $109.25 | $109.25 |
|---|---|---|---|---|
| | **Lexy M.  Padilla**<br>**4460 SHAW BLVD.**<br>**WESTMINSTER, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.8838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Lexy Padilla**<br>**4460 SHAW BLVD.**<br>**WESTMINSTER, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Leyana Smith**
**10990 E 16th Ave**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$58.69** | **$58.69** |
|---|---|---|---|---|

**Leyana Smith**
**10990 E 16th Ave**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lezea Brown**
**2153 S. RAVEN CIRCLE**
**MESA, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEZLI CAMACHO**
**23592 WINDSONG**
**50G**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LFUCG, DIVISION OF REVENUE**
**PO BOX 14058**
**LEXINGTON, KY 00040-5120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liam Clark**
**237 TIMBERLANE DR**
**PALM HARBOR, FL 34683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liam Griffin**
**513 MAGNOLIA AVENUE**
**PALM HARBOR, FL 34683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lianna Guerrero**
**149 RANDIA DRIVE**
**ORLANDO, FL 32807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Lianna Mah** |
|---|---|
| | **968 SW 199TH AVE** |
| | **BEAVERTON, OR 97006** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.8848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Liban Issak** |
|---|---|
| | **4743 E 2ND ST** |
| | **TUCSON, AZ 85711** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.8849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Libertad Ocasio** |
|---|---|
| | **431 EXECUTIVE CENTER DRIVE** |
| | **WEST PALM BEACH, FL 33401** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.8850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Librado Garcia** |
|---|---|
| | **11152 W Elm. Ln** |
| | **Avondale, AZ 85323** |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia Caro**
**3500 GRANADA AVE**
**126**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia haile**
**5450 DEMARCUS BLVD**
**441**
**DUBLIN, CA 94568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia Heredia**
**12931 CENTRAL NE**
**ALBUQUERQUE, NM 87123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia Jankly**
**2145 N GRAND OAKS AVE**
**ALTADENA, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia Rios**
**5711 CALMOR AVE**
**#2**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lidia Solano**
**13177 Tonopah St**
**Arleta, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilia Arredondo**
**6502 E GOLF LINKS RD**
**E220**
**TUCSON, AZ 85730**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilia Hernandez**
**5554 BILLINGS**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilia Ocampo**
**1101 S. Minnie St**
**#2**
**Santa Ana, CA 92701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilia Ortega**
**427 Balham Ave.**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilia Pena**
**10014 2nd St Nw**
**Spc #38**
**Albuquerque, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lilian Larbi**
**641 POTOMAC ST**
**APT B113**
**AURORA, CO 80011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $40.47 | $40.47 |
|---|---|---|---|---|---|
| | **Lilian N. Pinto**<br>**2504 SIENA WAY VALRICO FL**<br>**VALRICO, FL 33596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.8864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Lilian Pinto**<br>**2504 SIENA WAY VALRICO FL**<br>**VALRICO, FL 33596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.8865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Liliana Aguayo**<br>**2024 N 70ST**<br>**SCOTTSDALE, AZ 85257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.8866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | Unknown | $0.00 |
|---|---|---|---|---|---|
| | **Liliana espinoza**<br>**97 SANGER PL.**<br>**SAN YSIDRO, CA 92173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liliana Gomez**
**6212 BEADNELL WAY**
**2A**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liliana Llanos**
**7018 ALMENA STREET**
**ORLANDO, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liliana lopez**
**2851 S DECATUR BLVD APT 72**
**72**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liliana Monterroza**
**1058 ELKELTON BLVD**
**28**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liliana Patino**<br>**5104 DOMINICA DR**<br>**KISSIMMEE, FL 34746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liliana Rodriguez**<br>**2281 WYANDOT DR**<br>**DENVER, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liliana valle**<br>**547 ASTER STREET**<br>**547**<br>**ESCONDIDO, CA 92027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lillian Sanchez**<br>**932 Silver Lake Dr**<br>**Acworth, GA 30102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lillian Summers**
**1106 W. BELL RD**
**2154**
**PHOENIX, AZ 85023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lillie-ann Billinger**
**9350 UTICA ST**
**WESTMINSTER, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198.04** | **$198.04** |
|---|---|---|---|---|

**Lillyann M.  Uata**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lily Blanchard**
**1505 MARLBAROUGH AVE**
**LOS ALTOS, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

| 2.8879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Lily McVicker**
**1100 PLUM CREEK PKWY BLDG 1**
**202**
**CASTLE ROCK, CO 80104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Lily Ward**
**324 WYMORE ROAD**
**101**
**ALTAMONTE SPRINGS, FL 32714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Lily Whisnant**
**3203 Nebraska Ave.**
**Santa Monica, CA 90404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**linbania luz romero**
**2621 E KELTON LN**
**PHOENIX, AZ 85032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| | | | | |
|---|---|---|---|---|
| 2.8883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Linda Blackshaw** | Check all that apply. | | |
| | **7846 Primula Ln** | ☐ Contingent | | |
| | **New Port Richey, FL 34654** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| 2.8884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Linda Blitstein** | Check all that apply. | | |
| | **3632 S Perth Cir** | ☐ Contingent | | |
| | **#101** | ☐ Unliquidated | | |
| | **Aurora, CO 80013** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| 2.8885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Linda Dedios** | Check all that apply. | | |
| | **13130 Carriage Rd** | ☐ Contingent | | |
| | **Apt 33** | ☐ Unliquidated | | |
| | **Poway, CA 92064** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| 2.8886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Linda Duarte** | Check all that apply. | | |
| | **3982 STONERIDGE DR** | ☐ Contingent | | |
| | **8** | ☐ Unliquidated | | |
| | **PLESANTON, CA 94588** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linda Partida**
**3048 MELBOURNE DR**
**SAN DIEGO, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
�too No
☐ Yes

---

| 2.8888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Linda Partida**
**3048 MELBOURNE DR**
**SAN DIEGO, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linda Peinado**
**1851 N GREEN VALLEY PKWY**
**3722**
**LAS VEGAS, NV 89074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linda Rodriguez**
**18163 E BELLEWOOD DR**
**AURORA, CO 80015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Linda Seesman**
**381 GRANTHAM F**
**DEERFIELD BEACH, FL 33442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Linda Turner**
**130 NE 70 STREET**
**20**
**MIAMI, FL 33138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lindsay Stone**
**3932 JEWELL ST.**
**N102**
**SAN DIEGO, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lindsey Bryant**
**5649 E. Hawthorne St**
**Tucson, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Lindsey Mewborn**
**1229 45TH STREET**
**SARASOTA, FL 34234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lindsey Romero**
**9334 W Brown St**
**Peoria, AZ 85345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lindsey Tran**
**9708 GLANDON ST**
**BELLFLOWER, CA 90706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lindy Baca**
**1101 Dumont Blvd.**
**64**
**LAS VEGAS, NV 89169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lindy Girardelli**
**1351 CALAIS AVE**
**LIVERMORE, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LINH NGUYEN**
**6214 DRIFTER DR**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linh Tran**
**2646 Puccini Ave**
**San Jose, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lino Pena**
**4164 Portola Ave.**
**Los Angeles, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.8903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linsey Acosta**
**4105 SW 148 TERRACE**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linval Cohoone**
**2111 MAPLE AVE**
**SARASOTA, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Liona Jerselle Punzalan**
**31245 SAN ANDREAS DR**
**UNION CITY, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisa Butler**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lisa Cobern** | Check all that apply. | | |
| | **3358 OLD TRAIL COURT** | ☐ Contingent | | |
| | **KENNESAW, GA 30144** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lisa Corbett** | Check all that apply. | | |
| | **11942 Centralia Rd** | ☐ Contingent | | |
| | **Hawaiian Gardens, CA 90716** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lisa Ebner** | Check all that apply. | | |
| | **3728 Eagle St** | ☐ Contingent | | |
| | **San Diego, CA 92103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lisa FOSCHI** | Check all that apply. | | |
| | **9254 W MORROW DR** | ☐ Contingent | | |
| | **PEORIA, AZ 85382** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisa Gomez**
**342 ROOSEVELT STREET**
**CHULA VISTA, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisa Jimenez**
**5810 AMAYA DR**
**5D**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisa Montiel**
**1446 Morse St**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisa Patten**
**1515 W WETMORE ROAD**
**TUCSON, AZ 85705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.8915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Lisa Quincey**
**5545 MORRO WAY**
**F3**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Lisa Reed**
**2107 Ipsen Way**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Lisa Trujillo**
**1796 Belspring Ave**
**Deltona, FL 32725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Lisandra Rodriguez Fajardo**
**373 NOTRE DAME DR.**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8919**

Priority creditor's name and mailing address
**Lisbeth Echeverria**
**4201  SPRING ST**
**19**
**LA MESA, CA 91941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8920**

Priority creditor's name and mailing address
**Lisbeth Galvan**
**8730 LEMON AVE**
**LA MESA, CA 91941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8921**

Priority creditor's name and mailing address
**Lisbeth Lopez**
**132 San Angelo Ave**
**La Puente, CA 91746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8922**

Priority creditor's name and mailing address
**Lisbeth Urieta**
**230 Waldo Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisbey Valladares**
**3500 TANGLE BRUSH DR**
**177**
**THE WOODLANDS, TX 77381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lisematte Geffrard**
**3600 Nw 21st**
**Unit 103**
**Lauderdale Lakes, FL 33311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lissette Alers**
**4131 W colter street**
**Phoenix, AZ 85019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lissette Monroy**
**6121 DIAMOND ST**
**PALMDALE, CA 93552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8927**

Priority creditor's name and mailing address
**Lita Clairinvil**
**3402 RIVERSIDE DR**
**APT 1**
**CORAL SPRING, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8928**

Priority creditor's name and mailing address
**Litong Zeng**
**34643 GREENSTONE COMMON**
**FREMONT, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8929**

Priority creditor's name and mailing address
**Litza Quijano**
**3745 VALLEY BLVD SPACE 113**
**WALNUT, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8930**

Priority creditor's name and mailing address
**Litzi Cruz**
**4106 Lake Blvd**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.8931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Livier orozco**<br>**2945 DAMICO DR**<br>**SAN JOSE, CA 95148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liwen Zhao**<br>**9065 GOLD COAST DR**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liz Gomez**<br>**6713 KELLY ST**<br>**B**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Liza Kazin**<br>**14305 NE 40TH CIR**<br>**VANCOUVER, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.8935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**liza valdivia**
**5926 1/2 GOLDEN WEST AVE.**
**TEMPLE CITY, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**Liza Vin**
**5025 MONTVALE DR.**
**LITTLETON, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**Lizanne Iorio**
**14804 Avenue Of The Groves**
**Apt.11114**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|--------|----------------------------------------------|------------------------------------------------------------------------|-------------|-----------|

**LIZBETH GARCIA GONZALEZ**
**542 Ella Dr**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

| 2.8939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lizbeth Gonzales**
**304 N 4TH ST**
**APT C**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.8940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lizbeth Nava**
**1181 PECOS WAY**
**SUNNYAVLE, CA 94089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.8941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lizbeth Priego Uriostegui**
**429 CIVIC CENTER DR**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.8942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lizbeth Ramirez**
**245 MAGNOLIA AVE**
**92**
**MANTECA, CA 95337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lizbeth Reyes Andriano**
**7525 E GARFIELD ST**
**SCOTTSDALE, AZ 85257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lizbeth Ruiz-Jimenez**
**RANCHO DR**
**253A**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lizbeth Sanchez**
**1876 E HAYDEN LANE**
**103**
**TEMPE, AZ 85281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Lizbeth Sardina-baltazar**
**17036 SW ARBUTUS DR**
**BEAVERTON, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.8947** | Priority creditor's name and mailing address
**Lizet Barragan Lopez**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8948** | Priority creditor's name and mailing address
**Lizet Barragan Lopez**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$280.85** **$280.85**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8949** | Priority creditor's name and mailing address
**Lizet Lozano**
**14638 ELMCROFT AVE**
**NORWALK, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8950** | Priority creditor's name and mailing address
**Lizeth Cortez**
**914 W PONTIAC WAY**
**FRESNO, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.8951**

Priority creditor's name and mailing address

**Lizette Altamirano Cabrera**
**300 SMILAX RD**
**14**
**SAN MARCOS, CA 92069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8952**

Priority creditor's name and mailing address

**Lizette Cruz**
**5450 MONTEREY HWY SPC 150**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8953**

Priority creditor's name and mailing address

**Lizola Breazell**
**2654 TOY LANE**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8954**

Priority creditor's name and mailing address

**Lizvette Rodriguez**
**532 Michigan Ave**
**Apt 103**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**    Case number (if known)    **20-02477-LA7**

Name

| 2.8955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lloyd Pidich Jr**
**16052 DAWNVIEW DR**
**TAMPA, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lloyd Steele**
**1 Oak Ct**
**Ocala, FL 34472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lluvia Lizarraga**
**1439 W. Maplegrove**
**West Covina, CA 91792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lluvia Morales**
**13800 PARKCENTER LANE**
**610**
**TUSTIN, CA 92782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)  **20-02477-LA7**

---

| 2.8959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lluvia Rojas Garcia**
**814 San Petronio Ave.**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Loan Geraci**
**840 WILLIAMS WAY**
**2**
**MOUNTAIN VIEW, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Logan Asperin**
**340 COMMONS PARK DR**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Logan Cadle**
**1703 MAIN STREET**
**VALRICO, FL 33594**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Logan Ferrera**
**4220 E ORCHID LANE**
**GILBERT, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Logan Forde**
**444 S. MADRONA AVE**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Logan Haynie**
**439 E CAMINO NUBES BLANCAS**
**SAHUARITA, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Logan Lewis**
**6608 TIERRA VISTA AVE NW**
**ALBUQUERQUE, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

| 2.8967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Logan Mcnamara**<br>**2773 Merlin Way**<br>**Clearwater, FL 33761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Logan Robinson**<br>**1521 E WINDSOR RD GLENDALE**<br>**CA**<br>**12:00 AM**<br>**GLENDALE, CA 91205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Logan Wilson**<br>**14013 Ne 31st Ct**<br>**Vancouver, WA 98686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Logan Worrell**<br>**5600 Sw Florida St**<br>**Portland, OR 97219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Loikesha Chee**
**4211 East Bighorn Avenue**
**Phoenix, AZ 85044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lois Bishop**
**3929 W. INDIANOLA**
**PHOENIX, AZ 85014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lokinder Kaur**
**8192 CALIFORNIA ST.**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lona Dorcelus**
**9940E WATERMILL CIR**
**BOYNTON BEACH, FL 33437**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Long Duong** | Check all that apply. | | |
| | **530 FLORENTINE DR** | ☐ Contingent | | |
| | **SAN JOSE, CA 95123** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.8976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Long Nguyen** | Check all that apply. | | |
| | **510 SADDLEBROOK DR** | ☐ Contingent | | |
| | **330** | ☐ Unliquidated | | |
| | **SAN JOSE, CA 95136** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.8977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lonnie Rodrigues** | Check all that apply. | | |
| | **10 Baird Cir** | ☐ Contingent | | |
| | **Brentwood, CA 94513** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.8978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lopez Selvin** | Check all that apply. | | |
| | **1408 S WILTON PL** | ☐ Contingent | | |
| | **207** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90019** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lopez sergio**
**6204 NW 194TH ST**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Loraine maldonado**
**6957 Aloma Ave**
**Apt 104**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Loraine Saupan**
**4525 Torrey Pines Drive**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lordia Richemond**
**1155 Ne 137st**
**Apt 503**
**Miami, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lorena castro**
**417 W 1ST**
**OXNARD, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8984 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Lorena Dealba**
**7811 SECOND ST**
**2**
**STANTON, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8985 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Lorena Diaz**
**2600 Arville St F-5**
**Las Vegas, NV 89102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8986 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Lorena Escobedo**
**9417 W. Riverside Ave.**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**lorena garcia gonzalez**
**1160 WINTER WAY**
**PITTSBURG, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lorena Gaxiola**
**8613 E Thomas Rd**
**Scottsdale, AZ 85251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lorena Hermosillo**
**7083 CYPRESS POINT COURT**
**SAN JOSE, CA 95139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lorena Hernandez**
**153333 GUNDRY AVE**
**207**
**PARAMOUNT, CA 90723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.8991** Priority creditor's name and mailing address
**Lorena Pencak**
**85 Shasta St**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8992** Priority creditor's name and mailing address
**Lorena Reyna**
**171BRANHAM LANE SUITE 10 63**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8993** Priority creditor's name and mailing address
**Lorena Serrato**
**6216 s. 21st st.**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8994** Priority creditor's name and mailing address
**Lorenzo Almiralla**
**17007 SW Blanton St.**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$238.87** | **$238.87** |
|---|---|---|---|---|
| | **LORENZO L. RANKIN**<br>**15811 PASADENA**<br>**10**<br>**TUSTIN, CA 92780** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lorenzo Ortiz**<br>**1777 HESTER AVE**<br>**APT 13**<br>**SAN JOSE, CA 95128** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lorenzo RANKIN**<br>**15811 PASADENA**<br>**10**<br>**TUSTIN, CA 92780** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lorenzo Tupe**<br>**998 CRESTWOOD COURT**<br>**SUNNYVALE, CA 94089** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.8999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Lori bologna<br>8551 SOUTH SLOPE DRIVE<br>SANTEE, CA 92071 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$327.53** | **$327.53** |
|---|---|---|---|---|
| | **LORI BOLOGNA**<br>**8551 SOUTH SLOPE DRIVE**<br>**SANTEE, CA 92071** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lori Hall**<br>**29344 N Red Finch Drive**<br>**San Tan Valley, AZ 85143** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lori Mellman**<br>**4186 MOSS OAK PLACE**<br>**SARASOTA, FL 34231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|---|
| | Name | | | |

| 2.9003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lori Wise**
**8995 ROSWELL RD**
**SANDY SPRING, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Lorielyn Trinidad**
**447 N. Serrano Ave.**
**Los Angeles, CA 90004**

Priority creditor's name and mailing address — 2.9004

As of the petition filing date, the claim is: — Unknown — $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Lorrie Smith**
**27156 Marisa Dr**
**Canyon Country, CA 91387**

Priority creditor's name and mailing address — 2.9005

As of the petition filing date, the claim is: — Unknown — $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Loubens Pierrelouis**
**351 SW 64th Ave**
**Margate, FL 33068**

Priority creditor's name and mailing address — 2.9006

As of the petition filing date, the claim is: — Unknown — $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9007 | Priority creditor's name and mailing address<br>**Loudmie Lormejuste**<br>**6061 Bluestone**<br>**Lake Worth, FL 33463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9008 | Priority creditor's name and mailing address<br>**Louella Morton**<br>**2244 South Barcelona Street**<br>**Spring Valley, CA 91977** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9009 | Priority creditor's name and mailing address<br>**Louidor Charite**<br>**4700 Nw 4th Terrace**<br>**Pompano Beach, FL 33064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9010 | Priority creditor's name and mailing address<br>**Louima Dieunoussa**<br>**1870 Nw 58th Terr**<br>**Apt. 2**<br>**City Of Sunrise, FL 33313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louinor Augusma**
**6040 sasa Del Rey Circle**
**Orlando, FL 32809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louis Burgos**
**1110 E PHILADELPHIA STREET**
**1304**
**ONTARIO, CA 91761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louis Diaz**
**987 BURGOYNE ST**
**MOUNTAIN VIEW, CA 94043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louisa Rux**
**15868 S LORA CT.**
**OREGON CITY, OR 97045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

| 2.9015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Louise Barrientos**
**673 W 6TH ST**
**#D**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Louisiane Saint Julis**
**4473 17TH PLACE SW**
**NAPLES, FL 34116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**LOUISVILLE/JEFFERSON  REV**
**COM.**
**METRO REVENUE COMMISSION**
**P.O. BOX 35410**
**LOUISVILLE, KY 40232-5410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Louivens Narcisse**
**4710 N.E 2ND AVE**
**POMPANO BEACH, FL 33064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Loundia Clerjeune**
**5022 SAVANNAH RIVER WY**
**206**
**ORLANDO, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lourdes Colon**
**4915 TOWN N COUNTRY BLVD.**
**TAMPA, FL 33615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lourdes Ferrera**
**3434 WEST LITTLE YORK**
**2105**
**HOUSTON, TX 77091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lourdes Garcia Lopez**
**1500 ORANGE PLACE**
**20**
**ESCONDIDO, CA 92025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lourdes Negrete**
**17045 Medallion Ave**
**Apt 81**
**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louselie Alexis**
**4041 NE 2ND WAY**
**POMPANO BEACH, FL 33064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Loveleen Matharu**
**237 E MANCHESTER LN**
**SAN BERNARDINO, CA 92408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lovetee Sayon**
**3355 E Fort Lowell Rd**
**Apt 136**
**Tuscon, AZ 85716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luan Ta**
**510 SADDLEBROOK DR.**
**236**
**SAN JOSE, CA 95136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luc Pascal**
**2469 south orange blossom trai**
**ORLANDO, FL 32805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luca Delchop**
**3534 MANDEVILLE CANYON RD**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucas Bittencourt**
**1757 CHILEAN LN**
**WINTER PARK, FL 32792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucas Farno**
**14874 SW 39 CT**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucas Farno**
**14874 Sw 39 Ct**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucas Hermosilla**
**120 Belflor Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucas LEsperance**
**15110 SW Millikan Way**
**#1115**
**Beaverton, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lucero Cuevas**<br>**11500 1/2 Lambert Ave**<br>**El Monte, CA 91732** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.9036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lucia Estrada**<br>**230 WALDO**<br>**FULLERTON, CA 92833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.9037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lucia Mederos**<br>**5555 ROSWELL RD**<br>**Apt# H6**<br>**Atlanta, GA 30342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.9038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Lucia Salgado**<br>**25805 Via Lomas**<br>**#197**<br>**Laguna Hills, CA 92653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.9039** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Luciana Gutierrez**
**1531 S. Sycamore Ave**
**Apt. 5**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9040** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Luciana Morey**
**4917 BERRYMAN STREET**
**LEHIGH ACRES, FL 33971**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9041** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Luciano Castro**
**26311 Jackson Ave**
**SPC 22**
**Murrieta, CA 92563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9042** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Lucien Valmy**
**343  NW 4TH AVE**
**Apt 215**
**DEL RAY BEACH, FL 33444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|--|------------------------|-------------------|
| | Name | | | |

---

**2.9043** | Priority creditor's name and mailing address

**Lucila Pound**
**7609 HEATHERLY LANE**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9044** | Priority creditor's name and mailing address

**Lucilia Fornos**
**7336 SE 86TH AVE**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9045** | Priority creditor's name and mailing address

**Lucille Pidek**
**11463 W. Ida Avenue**
**Littleton, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9046** | Priority creditor's name and mailing address

**Lucius Sisemore**
**22 CASCADE SPRINGS PL**
**THE WOODLANDS, TX 77381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luckens Jean-louis**
**300 Georgia Ave**
**Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9048 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucknie Jean-baptiste**
**324 Sw 13th Street**
**Dania, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9049 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucrecia Garcia**
**6432 W. Verde Ln.**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9050 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucretia Dasilva**
**1921 Crown Park Dr**
**Valrico, FL 33594**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucretia Peterman**
**300 HOLLOWAY DRIVE**
**PLANTATION, FL 33317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucy lahey**
**1010EXPLORADOR CALLE**
**THORNTON, CO 80229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$346.73** | **$346.73** |
|---|---|---|---|---|

**LUCY M.  PUEBLA**
**36569 LEONE STREET**
**NA**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucy Puebla**
**36569 LEONE STREET**
**NA**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lucy rios**
**1251 CHRISTOBAL PRIVADA**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ludenie Celissaint**
**7220 FERRARA AVE**
**ORLANDO, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$19.43** | **$19.43** |
|---|---|---|---|---|

**Luis A.  Hernandez**
**5225 Trojan Av**
**#18**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Acosta**
**4455 Avenida Del Gado**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**luis ajtun ortiz**
**3555 WARBURTON AVE**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Alfaro**
**2520 RIALTO RD 89108**
**LAS VEGAS, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Almenara-smith**
**935 Galliton Way**
**Palm Harbor, FL 34684**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Anguiano**
**543 FIRLOCH AVE**
**APT.4**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Araujo**
**302 COBIA DR.**
**10209**
**KATY, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Arce**
**8100 S WESTERN AVE**
**11**
**LOS ANGELES, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Avina**
**17588**
**NA**
**SAN DIEGO, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Barcenas**
**16300 Nw 20th St**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Bermudez**
**2529 W GREEN ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Brambila**
**900 Henderson Av.**
**Spc.#10**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Cano**
**13901 Sayre St.**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Catalan**
**4483 Z ST**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Cruz**<br>**1475 S Michigan Ave**<br>**Clearwater, FL 33756** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.9072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Cruz Sagrero**<br>**726 N Inglewood Ave.**<br>**Unit 1**<br>**Inglewood, CA 90302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.9073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Del angel**<br>**9415 WESTHEIMER RD**<br>**102C**<br>**HOUSTON, TX 77063** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.9074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Delgado**<br>**14701 E COLFAX**<br>**E60**<br>**AURORA, CO 80011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Diaz**
**11111 Wentworth Place**
**Garden Grove, CA 92843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Enrique Lozano**
**394 E Penn St**
**Pasadena, CA 91104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Estrada**
**7172 REGIONAL ST**
**409**
**DUBLIN, CA 94568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Estrada**
**9121 KENWOOD DR.**
**24**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $52.75 | $52.75 |
|---|---|---|---|---|
| | **Luis F.  Garcia**<br>**1910 GRAPEFRUIT CT**<br>**171**<br>**SAN YSIDRO, CA 92173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Luis Favela**<br>**1038 MYRTLE STREET**<br>**SANTA ANA, CA 92703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Luis Flores**<br>**15701 WILLIAMS ST.**<br>**243**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Luis Garces**<br>**6762 NE 3rd Place**<br>**Ocala, FL 34470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Garcia**
**1910 GRAPEFRUIT CT**
**171**
**SAN YSIDRO, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Garcia**
**450 DOUGLAS AVE**
**143**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Garcia**
**83671 HOPI AVE**
**INDIO, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Gonzalez**
**1646 JADE AVE**
**CHULA VISTA, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Gonzalez**
**2119 W ST SOPHIA ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Gonzalez**
**4853 BURNS RD**
**149**
**LILBURN, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Gudino**
**1873 E.jay St.**
**Ontario, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Gutierrez**
**3279 EASY STREET**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9091** | Priority creditor's name and mailing address

**Luis Hau**
**666 BERNAL AVE APT 6**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9092** | Priority creditor's name and mailing address

**Luis Hernandez**
**5225 Trojan Av**
**#18**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9093** | Priority creditor's name and mailing address

**Luis Hernandez**
**6817 Bouganvilla Crescent Dr**
**Orlando, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9094** | Priority creditor's name and mailing address

**Luis Higareda**
**1575 E.17TH STREET**
**SANTA ANA, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$357.11** | **$357.11** |
|---|---|---|---|---|
| | **Luis J.  Rocha**<br>**626 RICHMAR AVE**<br>**APT 62**<br>**SAN MARCOS, CA 92069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.9096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Leyva**<br>**35464 COLLIER PL**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.9097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$136.02** | **$136.02** |
|---|---|---|---|---|
| | **LUIS LEYVA**<br>**35464 COLLIER PL**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.9098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Lopez**<br>**10030 Quivas St**<br>**Thornton, CO 80260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Lopez**
**11928 Reedy Creek Dr.**
**Apt. 202**
**Orlando, FL 32836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.55 | $101.55 |
|---|---|---|---|---|

**Luis M.  Catalan**
**4483 Z ST**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Marcial**
**16006 ALTA MESA DR**
**HOUSTON, TX 77083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Marrero**
**221 Cherokee Springs Way**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

| 2.9103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Martinez**
**10471 SANDERLING SHORES**
**DRIVE**
**106**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9104 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Mata Garcia**
**1845 North Broadway**
**Apt 130**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9105 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Luis Miguel Buenrostro Lopez**
**445 N 26st**
**#9**
**San Jose, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9106 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**luis miranda**
**8000 KING ST**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Miranda**
**28949 DUNE LANE**
**102**
**CANYON COUNTRY, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Morales**
**12547 ASHFORD RIVER**
**HOUSTON, TX 77072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Morales**
**6066 ROOSEVELT AVE**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Moreno Hernandez**
**5717 SMOKE RANCH RD**
**UNIT D**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Navarro**
**2143 W CHERRY AVE**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ocampo**
**2036 Alpine Rd**
**#66**
**Clearwater, FL 33755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$583.84** | **$583.84** |
|---|---|---|---|---|

**LUIS OCAMPO**
**2036 Alpine Rd**
**#66**
**Clearwater, FL 33755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ochoa**
**6907 Raton**
**Houston, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ornelas**
**41350 159TH ST E**
**LANCASTER, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Palma**
**3555 WARBURTON AVE**
**132**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Peacker**
**13121 Bolder Woods Cir**
**Orlando, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Perez**
**50190 Mazatlan Dr**
**Coachella, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Luis Perez**
**212 S Third Ave**
**Arcadia, CA 91006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Luis Perez**
**5812 LAKESIDE DR**
**LUTZ, FL 33558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Luis Pineiro**
**2512 W CHERRY ST**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Luis Plata**
**6169 Thorn St**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Puebla**
**7803 Social Cir**
**Apt A**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.9124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ramirez**
**1337 Pleasantridge Pl**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.9125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ramirez**
**4960 NORTHSIDE DR**
**ACWORTH, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.9126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ramos**
**2707 Charleston dr**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Rincon**
**920 Delaney Cir**
**Apt. 206**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Rocha**
**626 RICHMAR AVE**
**APT 62**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Rodriguez**
**13092 ALLARD AVE.**
**APT. C**
**GARDEN GROVE, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Rodriguez**
**889 MOWRY AVE**
**181**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Rojas**<br>**812 92ND AVEN**<br>**NAPLES, FL 34108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Roman**<br>**2801 North Bristol**<br>**Apt #92**<br>**Santa Ana, CA 92706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Roman**<br>**3342 E FILLMORE ST**<br>**PHOENIX, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Luis Ruiz**<br>**530 A ANNA DR**<br>**J**<br>**ANAHEIM, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Ruiz Villanueva**
**14680 SW 76TH AVE**
**95**
**TIGARD, OR 97224**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.9136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4.82** | **$4.82** |
|---|---|---|---|---|

**Luis saez**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.9137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Sanchez**
**17260 Euclid Street**
**#D**
**FOUNTAIN VALLEY, CA 92708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.9138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Sandigo**
**5619 PGA BLVD**
**1211**
**ORLANDO, FL 32839**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.64** | **$0.00** |
|---|---|---|---|---|

**Luis Santos Torres**
**11022 Lehman Rd**
**Lot #3**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Trujillo**
**1777 e lynwood dr**
**APT:I-104**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Trujillo Sanchez**
**4844 BERNAL AVE**
**#D**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luis Vargas**
**400 GREENFIELD DR**
**SPC 24**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.9143** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luisa Erdmann**
**857 CAMINITO ESTRELLA**
**CHULA VISTA, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.9144** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luisa Gonzalez Jacinto**
**8758 FRIANT STREET**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.9145** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luisa Lopez**
**27662ALISOCREEKRD**
**APPT 5113**
**ALISO VIEJO, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.9146** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luisa Martinez**
**3765 N. CAMPBELL**
**15**
**TUCSON, AZ 85719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9147** Priority creditor's name and mailing address

**Luisa Ruutel**
**15692 BERNARDO CENTER DR.**
**2305**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9148** Priority creditor's name and mailing address

**Luiz Betancurt**
**7340 CROWNWEST ST**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9149** Priority creditor's name and mailing address

**Luke Atwell**
**750 Via Pueblo**
**Unit 213**
**Riverside, CA 92507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9150** Priority creditor's name and mailing address

**Luke Heynen**
**6801 E. 9th Street**
**Long Beach, CA 90815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.9151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.9151** Priority creditor's name and mailing address
**Luke Kinney**
**2457 SLEEPY HOLLOW DRIVE**
**GLENDALE, CA 91206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9152** Priority creditor's name and mailing address
**Luke Mcmath**
**10122 2nd Street NW**
**Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9153** Priority creditor's name and mailing address
**Luke Potter**
**24139 DEL MONTE DR.**
**UNIT 266**
**VALENCIA, CA 91355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9154** Priority creditor's name and mailing address
**Luke Trusiak**
**3643 E ROSEMONTE DR.**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luke Whitehurst**
**2200 GLADYS STREET**
**2906**
**LARGO, FL 33774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.93** | **$48.93** |
|---|---|---|---|---|

**Luke Wulfensmith**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lulit Abdissa**
**1201 MAGNOLIA AVE**
**201**
**LOS ANGELES, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$199.56** | **$199.56** |
|---|---|---|---|---|

**LULIT M.  ABDISSA**
**1201 MAGNOLIA AVE**
**201**
**LOS ANGELES, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.9159 | Priority creditor's name and mailing address<br>**Lupe Staley**<br>**31060 HILLTOP DRIVE**<br>**VALLEY CENTER, CA 92082** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9160 | Priority creditor's name and mailing address<br>**Luz Bernal**<br>**8301 Willow Place Dr N**<br>**Apt 2402**<br>**Houston, TX 77070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9161 | Priority creditor's name and mailing address<br>**Luz Burciaga**<br>**1345 Cabrillo Park Drive**<br>**Apt # R 13**<br>**Santa Ana, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9162 | Priority creditor's name and mailing address<br>**Luz Conde**<br>**4443 Dubonnet Av**<br>**Rosemead, CA 91770** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luz Garcia**
**4914 Warnes Trail**
**Norcross, GA 30093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9164 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luz Johansen**
**6549 W. Smokyfalls way**
**Tucson, AZ 85757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9165 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luz Ortiz**
**7660 E Mckellipsrd53**
**Scottsdale, AZ 85257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9166 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Luz Quinones**
**1495 Arthur Neal Ct**
**Lemon Grove, CA 91945**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.9167**

Priority creditor's name and mailing address

**Luz Roberts**
**5102 BELLVALLE AVE.**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9168**

Priority creditor's name and mailing address

**Luz Rodriguez Polanco**
**364 WINDCROFT CR**
**ACWORTH, GA 30101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9169**

Priority creditor's name and mailing address

**Luz roman**
**WOODWINDS LANE**
**1601**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9170**

Priority creditor's name and mailing address

**Luz Trujillo**
**8851 N Oracle rd**
**Apt 210**
**Oro Valley, AZ 85704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9171**

Priority creditor's name and mailing address

**LuzDivina Gonzalez**
**513 MIGNOT LN**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9172**

Priority creditor's name and mailing address

**LuzMaria Melero**
**83 W SADDLE WAY**
**SAN TAN VALLEY, AZ 85143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9173**

Priority creditor's name and mailing address

**Lydia Hernandez**
**8243 GRAND AVE.**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9174**

Priority creditor's name and mailing address

**Lyla Foreste**
**13437 Gemma Road**
**Naples, FL 34113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lylah Torres**
**8519 OLD MEADOW LN**
**HOUSTON, TX 77064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lynail Sawyer**
**5654 HARDWOOD FOREST ST**
**HOUSTON, TX 77088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lynda-ariel Golatt**
**14304 Sw 109 Place**
**Miami, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lynette Cruz**
**621 LEMON AVE**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lynn Castillo Morales**
**5630 Ash St**
**Los Angeles, CA 90042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lyren Gutierrez**
**7344 RAILROAD CT**
**HIGHLAND, CA 92346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Lysandra Chun-Sajqui**
**8890 SW CORAL ST**
**TIGARD, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ma Rodriguez**
**5412 IMPERIAL AVE**
**#3**
**SAN DIEGO, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ma Zermeno**
**12610 W SURREY AVE**
**EL MIRAGE, AZ 85335**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ma. Guadalupe Garcia Valladolid**
**9595 PECOS ST #403**
**THORNTON, CO 80260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mabel Reyes**
**804 15 ST**
**WESTMINSTER, CA 92683**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$256.40** | **$256.40** |
|---|---|---|---|---|

**Mabel Reyes**
**804 15 ST**
**WESTMINSTER, CA 92683**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Macie Baniqued**
**6750 TULIP FALLS DRIVE**
**118**
**HENDERSON, NV 89011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Macie Blanchette**
**2966 FLETCHER PARKWAY**
**C**
**EL CAJON, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Macie Reynoso**
**10384 CALLE MADERO**
**FOUNTAIN VALLEY, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Macilia Nonot**
**3570 10TH AVE NE**
**3570**
**NAPLES, FL 34120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mackenzie Andrews**
**4845 S CATAWBA ST**
**AURORA, CO 80016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mackenzie Annis**
**1574 NW 85TH DR**
**CORAL SPRINGS, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MacKenzie Balcom**
**4010 E LANCASTER BLVD**
**LANCASTER, CA 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mackenzie Goffe**
**22 Creek Road**
**#34**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mackenzie OConnell-Owens**<br>**3427 PINE CONE CIR.**<br>**CLEARWATER, FL 33760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mackenzie Shea**<br>**5355 NW PASEO TERRACE**<br>**PORTLAND, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maddison Ruacho**<br>**306 VIEWPARK CIRCLE**<br>**SAN JOSE, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Madeline Bloom**<br>**1914 Kingston Dr**<br>**Escondido, CA 92027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.9199**

Priority creditor's name and mailing address

**Madeline Hartman**
**15213 Beam St.**
**Noblesville, IN 46060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown   $0.00**

---

**2.9200**

Priority creditor's name and mailing address

**Madeline Lopez**
**404 E. Mission Ave**
**Apt#3**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown   $0.00**

---

**2.9201**

Priority creditor's name and mailing address

**Madeline Lynch**
**307 S JOPLIN ST**
**206**
**AURORA, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown   $0.00**

---

**2.9202**

Priority creditor's name and mailing address

**Madeline McCarthy**
**3899 SE PIPERS DRIVE**
**HILLSBORO, OR 97123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown   $0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madelline Cristales**
**2553 W. Oakridge Rd**
**Apto 515 B**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madelynn Pettit**
**12183 W. STANFORD DR.**
**MORRISON, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madina NJINOH**
**1100 INDIAN TRL LILBURN RD NW**
**2622**
**NORCROSS, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madison Baines**
**6265 Canyon Bluff Court**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9207** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Madison Brown**
**17950 LASSEN ST.**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9208** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Madison Byrd**
**270 Ixora Drive**
**Palm Harbor, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9209** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Madison Byrd**
**270 IXORA DR**
**PALM HARBOR, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9210** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Madison Gaudioso**
**8754 BEACON STREET**
**FORT MYERS, FL 33907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madison Gibson**
**15019 NE 50TH ST**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madison Goad**
**13214 DON JULIAN AVE APT.A**
**#A**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madison Jones**
**11640 MAYFIELD AVE**
**201A**
**BRENTWOOD, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Madison Kalafus**
**2102 S MICCASIN TRAIL**
**GILBERT, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.9215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Madison Lundberg**
**1472 LA CULEBRA CIR**
**CAMARILLO, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Madison Parriott**
**175 Barcelona Street**
**Camarillo, CA 93010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Madison Roberts**
**79622 CARMEL VALLEY AVENUE**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Madison Shaw**
**4590 NW KAHNEETA DR**
**PORTLAND, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.9219**

Priority creditor's name and mailing address
**Madison Taylor**
**42100 Teatree Ct**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.9220**

Priority creditor's name and mailing address
**Madison Vinyard**
**12959 CAMBRIDGE CT.**
**CHINO, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.9221**

Priority creditor's name and mailing address
**Madison Wright**
**5317 SUMMERLIN RD**
**14**
**FORT MYERS, FL 33919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.9222**

Priority creditor's name and mailing address
**Maegan Bobb**
**3354 N SAFFRON ST**
**MESA, AZ 85215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Magali Barrios**<br>**760 E 9th St**<br>**Sp 87**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Magali Pierre**<br>**2801 NE 1ST TERR**<br>**POMPANO BEACH, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Magaly Lopez Gonzalez**<br>**18150 SW Rosa Rd.**<br>**Beaverton, OR 97078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Magda Gallaga**<br>**1830 PREMIER PL**<br>**A**<br>**CONCORD, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.9227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Magdalena Annis**<br>**950 ARCADIA AVE**<br>**13**<br>**VISTA, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Magdalena Reymundo**<br>**951 BLOOMFIELD AVENUE**<br>**SAN MARCOS, CA 92078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Magdalena Rodriguez**<br>**2400 East Lake Miramar Circle**<br>**Miramar, FL 33025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Magdalene Day**<br>**421 NE 21st Pl**<br>**Canby, OR 97013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Magdalene Martz**
**1310 LAKE CHARLES AVENUE**
**PORTER, IN 46304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Magerly Munoz**
**2529 WEST GREEN ST.**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maggie Trieu**
**4322 FANDON AVE**
**EL MONTE, CA 91732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maguire Turner**
**13525 PIPING ROCK LN**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mahdi Amiri**
**28012 WHITESTONE COURT**
**HAYWARD, CA 94542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.72** | **$185.72** |
|---|---|---|---|---|

**Mahdi Amiri**
**28012 WHITESTONE COURT**
**HAYWARD, CA 94542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mahdi Lahcen**
**5258 MILLENIA BLVD**
**205**
**ORLANDO, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mahee Wewaliyadda**
**31822 Tamarack Ct**
**#110**
**Temecula, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.9239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mahlet Kindie**
**14072 E IOWA DRIVE**
**717**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mahnoor Khan**
**3100 PARK AVE**
**15315**
**TUSTIN, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mai Dang**
**2142 WEST CHERRYWOOD LANE**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maia Jackson**
**2850 SADDLE BRONC CIRCLE**
**DOUGALSVILLE, GA 30135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maira Gijon**
**5192 LOMA VERDE AVE**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Majeda Ahmed**
**602 CALI CANASTA**
**SAN CLEMENTE, CA 92603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Major Coleman**
**7601 N. Hollywood Way**
**Apt. #304**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$618.60** | **$618.60** |
|---|---|---|---|---|

**MAJOR D.  COLEMAN**
**7601 N. Hollywood Way**
**Apt. #304**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Majorie voltaire**<br>**12 SOUTHERN CROSS CIRCLE**<br>**208**<br>**BOYNTON BEACH, FL 33436** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Makaila Orndorff**<br>**410 WILLIAMS DR**<br>**410**<br>**FRUITLAND PARK, FL 34731** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Makaiya Tillman**<br>**2925 MONUMENT BLVD APT 2**<br>**CONCORD, CA 94520** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81.44** | **$81.44** |
|---|---|---|---|---|
| | **Makana H.  Johnson**<br>**10928 Sw Oneida St**<br>**Tualatin, OR 97062** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9251 | Priority creditor's name and mailing address<br>**Makana Johnson**<br>**10928 Sw Oneida St**<br>**Tualatin, OR 97062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9252 | Priority creditor's name and mailing address<br>**Makayla Bryan**<br>**54 ARCHER GLEN AVE**<br>**HENDERSON, NV 89002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9253 | Priority creditor's name and mailing address<br>**Makayla Butler**<br>**5714 Se Popes Pl**<br>**Hillsboro, OR 97123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9254 | Priority creditor's name and mailing address<br>**Makayla Gryszkin**<br>**3320 S Irene Pl**<br>**Tucson, AZ 85730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Makenna cumberland**
**1531 BENDIX TERRACE**
**NORTH PORT, FL 34286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Makieya griffin**
**11410 NW 39TH ST**
**#3**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Makiya Valentine**
**11235 SUNBURST ST**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Makoto Osuna**
**33286 CALLE LANGARICA**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malachi Crittle**
**7250 W GREEN RD.**
**405**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malachi Delawder**
**18071 MAMMOTH CT.**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malaina Money**
**819 SOUTH ATLANTIC**
**BOULEVARD**
**ALHAMBRA, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malalah Abdolghoddos**
**14231 EAST IDAHO PLACE**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malayshia Rossie**
**778 NW 156 AVE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malayzha Worthen**
**208 DEBORAH AVE**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Malcolm Carr**
**MALCOLM**
**VANCOUVER, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maleighya Lewis**
**8001 West Tidwell Apt 805**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.9267** | Priority creditor's name and mailing address

**Maleighya Lewis**
**8001 West Tidwell Apt 805**
**Houston, TX 77040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.35    $27.35

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9268** | Priority creditor's name and mailing address

**Malia Collins**
**7425SW 5TH AVE**
**APT 1B**
**PORTLAND, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9269** | Priority creditor's name and mailing address

**Malik Lockett**
**850 WINDY HILL ROAD**
**SOUTHEAST**
**1161**
**SMYRNA, GA 30081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9270** | Priority creditor's name and mailing address

**Malik Summerville**
**949 S LONGMORE**
**135**
**MESA, AZ 85202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9271** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Malik Tarver**
**1281 BROCKETT RD**
**8E**
**CLARKSTON, GA 30021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9272** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mallory Oschner**
**200 Villa Verde Dr. Se**
**Albuquerque, NM 87124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9273** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Malu Oliveira**
**2933 BARNARD ST**
**SAN DIEGO, CA 92110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9274** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mamadou Ba**
**10210 SAN DIEGO MISSION RD**
**SAN DIEGO, CA 92108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mandy Covington**
**14090 E EVANS AVE**
**320**
**CENTENNIAL, CO 80014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manika Dulcio**
**1140 RIVER OVERLOOK COURT**
**LAWRENCEVILLE, GA 30043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manjeet Bhullar**
**521 HIGHLANDER AVE**
**LA HABRA, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mankanwar Nijjar**
**34321 Marjoram Loop**
**Union City, CA 94587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

| 2.9279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Aguilar**
**129 W. Guinida Ln.**
**#6**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$615.57** | **$615.57** |
|---|---|---|---|---|

**MANUEL AGUILAR**
**129 W. Guinida Ln.**
**#6**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Avalos**
**4320 WSAHINGTON ST NE**
**62**
**ALBQUERQUEQ, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Calderon**
**1002 N.MARIPOSA AVE.**
**#7**
**LOS ANGELES, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**MANUEL Cruz**
**6316 GATEWAY AVE**
**SARASOTA, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Manuel Cruz**
**2119 ALSACE AVE**
**#1**
**LOS ANGELES, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Manuel Feregrino**
**712 W BUIST AVE**
**PHOENIX, AZ 85041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Manuel Galvan**
**169 SE 6TH AVE**
**MLTON FREEWATER, OR 97862**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel gonzalez**
**324 S CALIFORNIA AVE**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel gonzalez**
**10335 W KEENE AVE**
**DENVER, CO 80235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Guerrero**
**24211 Angela St**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Lazo Mendoza**
**13661 ESTERO CIRCLE**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Lee**
**30041 TESSIER**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Lozano**
**1501 MONUMENT BLVD**
**Apt 7**
**Concord, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Montejo**
**9494 CARROLL CANYON RD**
**51**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Ramos**
**2029 BADGER GLEN**
**ESCONDIDO, CA 92029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Reyes**
**765 Spencer Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Rocha**
**760 santa barbara DR**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Rodriguez**
**5707 San Lorenzo**
**San Jose, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.41** | **$5.41** |
|---|---|---|---|---|

**Manuel Rodriguez**
**5707 San Lorenzo**
**San Jose, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Rojas**
**2130 S Santa Fe**
**#43**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Ruiz**
**1819 ASCOT CT**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Sanchez**
**4553 ELMO ST**
**LA, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Santiago-mateo**
**605 Victoria**
**Apt F202**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Sevilla**
**10435 W. Yuma St**
**Tolleson, AZ 85353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuel Siavichay**
**1111 Pine Street**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$695.17** | **$695.17** |
|---|---|---|---|---|

**Manuel Siavichay**
**1111 Pine Street**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Manuela Bonoso**
**2123 Lindley Lane**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9307** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Manuela Mauger**
**573 Los Vientos dr**
**Newbury Park, CA 91320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9308** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Manuela Montejo**
**9494 Carroll Cayon Rd**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9309** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Manuela Valdez**
**14045 Ierilyn Dr**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9310** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mar Leon**
**10141 Maya Linda Rd**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.9311** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00**

**Mara Chapin**
**6460 S HOYT ST**
**LITTLETON, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9312** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00**

**Maranda Jiles**
**901 PALMBROOK DR**
**5**
**REDLANDS, CA 92373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9313** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00**

**Maranda Weinmann**
**113 Shiloh Avenue**
**Lady Lake, FL 32159**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9314** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **$0.00**

**Marbella Jimenez**
**1825 E. Valley Parkway**
**Apt# 13**
**Escondido, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marbella Morales**
**1105 S Garfield Ave**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marbella Ramirez-vasquez**
**349 oconee lane**
**Lawrenceville, GA 30043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marbella Rodriguez**
**4142 MANHATTAN BEACH BLVD 1**
**LAWNDALE, CA 90260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marbella Sanchez**
**1470 E 50TH ST**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marc Allen**
**431 KENTMERE CT**
**MOUNTAIN VIEW, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marc berman**
**7159 VICTORIA LANE**
**NONE**
**UNIVERSITY PARK, FL 34201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marc Dorvilus**
**4994 Nw 6th Street**
**Delray Beach, FL 33445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marc Henrice**
**4375 SW 10th Place**
**Apt 205**
**Deerfield Beach, FL 33442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.9323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Marc Hunter** **302 E. Lester St** **Tucson, AZ 85705** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.21** **$82.21** |
| | **Marc I. berman** **7159 VICTORIA LANE** **UNIVERSITY PARK, FL 34201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Marc Santisteban** **3008 WEST HAYA STREET** **TAMPA, FL 33614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **$0.00** |
| | **Marcae Evans** **12563 E EXPOSITION DR** **AURORA, CO 80012** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9327** Priority creditor's name and mailing address

**Marcantony Covington**
**4706 ARBOR GATE DR**
**BRADENTON, FL 34203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.9328** Priority creditor's name and mailing address

**Marcel Coulanges**
**7807 Nw 40th Court**
**Pompano Beach, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.9329** Priority creditor's name and mailing address

**Marcela Pacheco**
**554 S CREST RD**
**ORANGE, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.9330** Priority creditor's name and mailing address

**Marcella Anderson**
**177 HIGGINS AVE**
**GRIDLEY, CA 95948**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9331** | Priority creditor's name and mailing address

**Marcella Goncalves**
**28122 Bobwhite Circle**
**40**
**Saugus, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9332** | Priority creditor's name and mailing address

**Marcella Stewart**
**8995 ROSWELL ROAD**
**SANDY SPRINGS, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9333** | Priority creditor's name and mailing address

**Marcella Stewart**
**8995 ROSWELL ROAD**
**SANDY SPRINGS, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$193.20** **$193.20**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9334** | Priority creditor's name and mailing address

**Marcelle Brooks**
**642 PALOMAR ST**
**406**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

| 2.9335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcelo Lopez**
**6631 Tait St.**
**#2**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marchella Dossantos**
**15028 Oak Lane**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcia Mendez**
**3904 Monja Cir**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcia Mendez Orantes**
**4236 BROCKTON GREEN CT**
**LAS VEGAS, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9339** | Priority creditor's name and mailing address

**Marcia Port**
**850 Sw 133 Terr**
**Apt B114**
**Pembroke Pines, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9340** | Priority creditor's name and mailing address

**Marcia Sofarelli**
**241 S Sturgeon St.**
**Montgomery City, MO 63361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9341** | Priority creditor's name and mailing address

**Marcin Krzyszczak**
**1046 CLUB SYLVAN DRIVE**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9342** | Priority creditor's name and mailing address

**Marcin W.  Krzyszczak**
**1046 CLUB SYLVAN DRIVE**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5.27**        **$5.27**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marcio Prata**<br>**5239 NE 16TH AVE**<br>**POMPANO BCH, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marckeisha Reid**<br>**123 N 61ST AVE**<br>**7**<br>**HOLLYWOOD, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco Antonio Enriquez**<br>**2801 N. ORACLE RD**<br>**520**<br>**TUCSON, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco Antonio lopez flores**<br>**1450 LEEWARD**<br>**818**<br>**SAN JOSE, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Marco Antonio Rodriguez**
**266 S 18th St**
**San Jose, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Marco Araiza**
**986 E STETSON AVE**
**986**
**HEMET, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Marco Cardenas**
**8730 Tierra Vista Circle**
**Apt 301**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Marco Castillo**
**10003 Autumn Harvest**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marco Herrera**
**959 S SOTO ST**
**3**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marco Leza**
**706 SHENANDOAH DR**
**THE WOODLANDS, TX 77381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marco mendoza**
**1901 E DON CARLOS**
**210**
**TEMPE, AZ 85281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marco Moran**
**2918 Acorn Oaks Drive**
**Katy, TX 77493**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco murillo**<br>**877 S RIFLE CT**<br>**AURORA, CO 80017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.9356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco Ortiz**<br>**2773 CYPRESS DR**<br>**B**<br>**CLEARWATER, FL 33763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.9357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco Velela**<br>**245 S Gilbert St**<br>**Apt C**<br>**Fullerton, CA 92833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.9358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marco Villegas**<br>**29106 Val Verde Rd**<br>**Castaic, CA 91384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcoantonio Guzman**
**3750 FRANKLIN AVE**
**10**
**FULLERTON, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos Benitez**
**1158 26TH ST**
**105**
**SANTA MONICA, CA 90403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos Burgueno**
**443 DEEP DELL RD.**
**#F**
**SAN DIEGO, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos Cruz Hernandez**
**1045 W WALNUT ST**
**SANTA ANA, CA 92703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos Rangel**
**47-470 Van Buren St**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos Reyes**
**2004 Bonita St**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcos-angelo Fimbres**
**1303 S VAN BUREN**
**1**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcus Benson**
**880 ROCK ST NW**
**APT C5**
**ATLANTA, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcus Herrera**
**9225 Stuart St**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcus Hill**
**15392 E LOUISIANA AVE**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcus Landers**
**621 Se 168th Ave**
**Apt#16**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marcus Laws**
**701 MT HOMER**
**EUSTIS, FL 32726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Marcus Lozano**<br>**6259 Cooper Ave**<br>**Fontana, CA 92336** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.9372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Marcus Rivera**<br>**2804 S MEADOWBROOK PL**<br>**ONTARIO, CA 91761** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.9373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **MARCUS SANTIAGO-TORRES**<br>**2698 PUCCINI AVENUE**<br>**SAN JOSE, CA 95122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

| 2.9374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Marcus Stuart**<br>**950 WEST SANDTOWN ROAD**<br>**MARIETTA, GA 30064** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marcus Tan**<br>**18574 WESSEX ST**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marcus UZ Lux**<br>**333 ANZA ST**<br>**4**<br>**EL CAJON, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marcus Victorino**<br>**7220 CENTRAL AVE SOUTHEAST**<br>**1144**<br>**ALBUQUERQUE, NM 87108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marcus Woolery**<br>**4428 Nantucket Cove**<br>**Stone Mountain, GA 30083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

---

| 2.9379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marcus Wright**
**3450 N STONE AVE**
**206**
**TUCSON, AZ 85705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margaret Carrico**
**2445 SW 18th Terrace**
**APT 710**
**Ft. Lauderdale, FL 33315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Alvarez**
**8553 Aura Ave**
**Northridge, CA 91324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Arambula**
**46575 CLINTON ST**
**L126**
**INDIO, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Margarita Arechiga Cervantez**
**522 10TH ST**
**IMPERIAL BEACH, CA 91932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Margarita Bravo**
**14811 NEWPORT AVE**
**#D**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Margarita Campos**
**145 Northwood Dr**
**Apt L1**
**Atlanta, GA 30342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**margarita garcia**
**10323 KLINGERMAN STREET**
**SOUTH EL MONTE, CA 91733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.9387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Garcia Cano**
**278 N WILSHIRE AVE**
**#C8**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Hernandez**
**228 CHAMBERS ST**
**APT B1**
**EL CAJON, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Palomares**
**3788 41 Street**
**Apt. #103**
**San Diego, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Margarita Ramos**
**1991 ANTLER DR**
**SAINT CLOUD, FL 34772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Margarita rivas**
**3731 LINCOLN CT.**
**3**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Margarita Zarut**
**10270 SW 35 TERRACE**
**MIAMI, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Margarito Ayala**
**4277 50st**
**# 106**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Margarito Maciel**
**3594 Darcy Ct Nw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9395 | Priority creditor's name and mailing address<br>**Margo Balvin**<br>**1231 S. SABLE BLVD.**<br>**AURORA, CO 80012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9396 | Priority creditor's name and mailing address<br>**Margo Balvin**<br>**1231 S. SABLE BLVD.**<br>**AURORA, CO 80012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.45** | **$63.45** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9397 | Priority creditor's name and mailing address<br>**Margretta De Leon**<br>**2472 COPPER SADDLE WAY**<br>**CHINO HILLS, CA 91709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9398 | Priority creditor's name and mailing address<br>**Maria  Guadalupe Perez Ochoa**<br>**8680 BEVERLY LANE**<br>**DUBLIN, CA 94568** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.9399** Priority creditor's name and mailing address

**Maria Abrego**
**4030 Franklin Ave**
**Apt 101**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9400** Priority creditor's name and mailing address

**Maria Aguilar**
**1758 W Neighbors**
**#3**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9401** Priority creditor's name and mailing address

**Maria Alamilla**
**715 E Street**
**Ramona, CA 92065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9402** Priority creditor's name and mailing address

**Maria Alcantara**
**12 RAMBLEWOOD TRL**
**LAWRENCEVILLE, GA 30043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Alfonso**<br>**6405 N MANHATTAN AVE**<br>**TAMPA, FL 33614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Altamirano**<br>**8183 CARNATION COURT**<br>**RIVERSIDE, CA 92503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Alvardo**<br>**5038 S. Hardy Dr.**<br>**Unit 1119**<br>**Tempe, AZ 85282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Amaya**<br>**1901 E Apache Blvd**<br>**apt 396**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.9407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Amaya**
**5815 W VISTA AVE**
**GLENDALE, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Anicete**
**10515 Glassborough Dr.**
**Orlando, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Antonio**
**1543 Armacost**
**#3**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria arango**
**328 WEITZEL ST APT 4**
**Oceanside, CA 92054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Araujo**
**2450 CENTRAL AVE**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9412 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Argote**
**712 S LOIS AVE**
**TAMPA, FL 33609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9413 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Avila**
**134 S. MAGNOLIA AV.**
**1-C**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9414 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Avila-Luna**
**2211 S Fairview St**
**Apt D**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

| 2.9415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Ayala**
**127 Rancho Dr.**
**# I**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.9416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Baeza**
**4171 42nd St**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.9417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Barrera**
**3713 Via de Anza**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.9418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Barrios**
**4813 W MLK JR BLV**
**#2**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Beltran**<br>**6084 Bent Pine Dr**<br>**Apt 2340**<br>**Orlando, FL 32822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$827.40** | **$827.40** |
|---|---|---|---|---|
| | **MARIA C. PORTILLO**<br>**4576 HAMILTON AVE**<br>**#1**<br>**SAN JOSE, CA 95130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Campos**<br>**1449 S. 45th St**<br>**#303**<br>**San Diego, CA 92113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Canchola**<br>**865 Elmwood St.**<br>**Colton, CA 92324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Carreno**
**1841 Kim Acres Ln**
**Dover, FL 33527**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Carrillo**
**2826 PADDOCK BROOK LN**
**HOUSTON, TX 77038**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Castillejo**
**10461 LONDONDERRY AVE.**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cervantes Villegas**
**553 Branham Ln East Apt. # 1**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cesena-Vasquez**
**205 E ACACIA ST**
**APT. A**
**BREA, CA 92821**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Chaidez**
**62900 LINCOLN AVE SP49**
**MECCA, CA 92254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Chamu**
**1500 Orange Pl 8**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Chao**
**22016 Lucy Court**
**Valencia, CA 91355**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Chavez**
**641 E OLIVE AVE**
**#2**
**SUNNYVALE CA, CA 94086**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.9432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Contreras**
**1870 Nebula dr 175**
**Las Vegas, NV 89115**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.9433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Coronado**
**1648 Ocala Ave**
**Chula Vista, CA 91911**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.9434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cristina uley ortiz**
**650 BRINK AVE**
**SARASOTA, FL 34237**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria cruz**
**465 SOUTH HENRY AVENUE**
**SAN JOSE, CA 95117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cruz**
**12 Sierra Linda Ct**
**Los Lunas, NM 87103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cruz-alarcon**
**1045 W Walnut St**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Cuellar**
**2727 E. University Drive**
**Lot 59**
**Tempe, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9439 | Priority creditor's name and mailing address<br>**Maria Cuevas**<br>**11500 1/2 Lambert Ave.**<br>**El Monte, CA 91732** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9440 | Priority creditor's name and mailing address<br>**Maria De Leon Alvarado**<br>**13406 S. Sable Ridge**<br>**Houston, TX 77014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9441 | Priority creditor's name and mailing address<br>**Maria De Loza**<br>**935 ISLAND AVE**<br>**#B**<br>**WILMINGTON, CA 90744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9442 | Priority creditor's name and mailing address<br>**Maria Deanda**<br>**7906 Cyd Dr,**<br>**Denver, CO 80221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor   **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

---

| 2.9443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Del Carmen Plasencia De Gonzalez**
**906 S Pioneer**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Del Carmen Toscano De Baron**
**1960 E GRANDE AVE.**
**16**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Del Rocio Gardeacardiel**
**818 PARAISO AVE.**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Del Rosario Silva**
**10240 Sylvandale Ave**
**San Jose, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Diaz Vargas**
**357 TULANE DRIVE**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9448 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Duarte-rojas**
**7502 W Clarenton Ave**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9449 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Endara**
**1523 NW 178TH WAY**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9450 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Enriquez**
**1501 Palos Verdes Drspc 42spcs**
**Spc 42**
**Harbor City, CA 90710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Escobar**
**125 JAY ST**
**4**
**LAKEWOOD, CO 80214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Escoto**
**10979 Martinique Way**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Espinosa**
**6817 Bouganvillea Crescent Dr.**
**Orlando, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Espinoza**
**3255 Hornet Ave**
**Clovis, CA 93611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9455** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria Esther Garcia**
**900 Henderson Ave**
**Spc. #10**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9456** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria Estrada**
**2018 S. Dunsmuir Ave**
**Los Angeles, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9457** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria Fernandez**
**148 W DANA ST**
**APT D**
**MOUNTAIN VIEW, CA 94041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9458** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria Fernandez**
**1962 Bellomy st**
**#5**
**Santa clara, CA 95050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Fernandez Nunez**
**11303 Newgate Ave.**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Figueroa**
**229 S BANDY AVE**
**APT 2**
**WEST COVINA, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Figueroa**
**8450 W. Charleston Blvd**
**Apt#2020**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Foerster**
**2850 E BONANZA APT 1101**
**1101**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria G Guzman De Pereida**<br>**810 NW ISLAND TERRACE**<br>**A4**<br>**BEAVERTON, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$49.94** | **$49.94** |
|---|---|---|---|---|
| | **Maria Galicia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Gamarra**<br>**27662 ALIS CREEK ROAD**<br>**10102**<br>**ALISO CREEK, CA 92656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Garcia**<br>**11002 Panicum Ct.**<br>**Houston, TX 77086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Garcia**
**636 REGENCY WAY**
**KISSIMMEE, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Gil Fuentes**
**540 STONEY POIN WAY**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Gonzalez**
**345 West El Norte Parkway**
**#179**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Gonzalez**
**4974 N. Fresno St.**
**Suite 346**
**Fresno, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Gonzalez**
**5123 Beverly Glen Village Lane**
**Norcross, GA 30092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.9472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Gutierrez**
**3661 PEACOCK CT 16**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.9473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Hamid**
**934 VENETO IRVINE CA 92614 934**
**IRVINE, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.9474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Hernandez**
**6997 Roswell Rd**
**Apt# C**
**Atlanta, GA 30328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Hernandez Valadez**
**2221 EAST 89TH AVE**
**THORNTON, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Herrera**
**2216 Shawnee Str.**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Hong**
**760 Lomita Blv**
**Space 102**
**Harbor City, CA 90710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Maria Hong**
**760 Lomita Blv**
**Space 102**
**Harbor City, CA 90710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Ibanez**
**123 AVENIDA DEL GADO**
**OCEANSIDE, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Jocson**
**10958 SCRIPPS RANCH**
**BOULEVARD**
**1F**
**SAN DIEGO, CA 92131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Katrina Salvador**
**23903 Del Monte Dr**
**Unit 59**
**Valencia, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Kong**
**400 Palm Cir. W**
**Apt. 107**
**Pembroke Pines, FL 33025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.9483** | Priority creditor's name and mailing address
**Maria Kraus**
**6500 S DAYTON ST #C302**
**CENTENNIAL, CO 80111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9484** | Priority creditor's name and mailing address
**Maria Krueger**
**18310 SE ABERNETHY LN.**
**APT.A**
**MILWAUKIE, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9485** | Priority creditor's name and mailing address
**Maria Landeros De Gomez**
**19010 CANYON SUMMIT**
**TRABUCO CANYON, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9486** | Priority creditor's name and mailing address
**Maria Ledezma**
**214 S 33RD ST**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Leon**
**1171 NW 15TH AVE**
**111**
**BOCA RATON, FL 33486**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Lopez**
**3729 NATIONAL AVE**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Lopez**
**2487 BELLAVISTA DR**
**VISTA, CA 92084**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Lopez-Ortiz**
**13970 SW 6TH ST**
**BEAVERTON, OR 97005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Lugardo Tlanepantla**
**24479 US HWY 19 N**
**LOT 826**
**CLEARWATER, FL 33763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Lupian**
**16635 Witzman Dr.**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Macedo**
**7276 PARK ST WESTMINSTER**
**7276**
**WESTMINSTER, CA 92683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Manzo**
**15194 Se 122nd Ave.**
**#97**
**Clackamas, OR 97015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Marban-hernandez**<br>**1910 S. Lowell Blvd.**<br>**Denver, CO 80219** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.9496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Mata**<br>**7931 DE SOTO AVE.**<br>**CANOGA PARK, CA 91304** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.9497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Materan**<br>**1458 NE 105TH WAY**<br>**12**<br>**HILLSBORO, OR 97006** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.9498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Mendoza**<br>**2018 Alpine Rd**<br>**Apt 54**<br>**Clearwater, FL 33755** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Mendoza**
**1770 N Green Valley pkwy**
**apt # 3311**
**Hendenson, NV 89074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Mendoza**
**526 MOUNT OLIVE DR**
**BRADBURY, CA 91008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Meraz**
**240 El Bosque St.**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$923.32** | **$923.32** |
|---|---|---|---|---|

**MARIA MERAZ**
**240 El Bosque St.**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Meza**
**422 w lookout ridge drive**
**Apt 203**
**washougal, WA 98671**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Montejo**
**9494 CARROLL CANYON RD**
**82**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Montiel**
**631 Ridgeway Ln**
**Apt O**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Mora**
**22640 Garzona Dr**
**118**
**Saugus, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.9507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Motta**
**1503 E Alabama St**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Munos Cabreja**
**130 RODNEY LN**
**TAMPA, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Navarrete**
**710 Herman Ave**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Maria Navarro**
**1226 W Woodcrest Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $149.53 | $149.53 |
|---|---|---|---|---|
| | **MARIA NAVARRO**<br>**1226 W Woodcrest Ave**<br>**Fullerton, CA 92833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Negrete**<br>**1091 ROEWILL DR**<br>**APT 8**<br>**SAN JOSE, CA 95117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Neri**<br>**6257 Eucalyptus Drive**<br>**Highland, CA 92346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Ocampo**<br>**21227 Us 19**<br>**apt 103B**<br>**Clearwater, FL 33765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

| 2.9515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Maria Ochoa**
**6406 La Mirada Ave**
**#4**
**Los Angeles, CA 90038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Maria Orfao Pereira**
**5520 Lakeside Drive**
**Unit 107**
**Margate, FL 33063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Maria Orozco**
**13858 SW 155TH CT**
**MIAMI, FL 33196**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Maria Orozco Avalos**
**400 W BAKER AVE**
**E4**
**FULLERTON, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

| 2.9519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Maria Orozco Rocha**
**131 S. PRITCHARD AVE**
**#4**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Maria Ortega**
**248 Alston Drive**
**Orlando, FL 32835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Maria Ortiz**
**10740 plantation dr**
**alpharetta, GA 30022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.09** | **$0.09** |
|--------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Maria Ortiz**
**10740 plantation dr**
**alpharetta, GA 30022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.9523** | Priority creditor's name and mailing address
**Maria Parker**
**3014 STAR ST**
**TAMPA, FL 33605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.9524** | Priority creditor's name and mailing address
**Maria Parra**
**1624 Peregrine Falcons Way**
**Orlando, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.9525** | Priority creditor's name and mailing address
**Maria Patino**
**821 S 1st Ave.**
**Phoenix, AZ 85003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.9526** | Priority creditor's name and mailing address
**Maria Paula borquez ruiz**
**1181 PECOS WAY**
**SUNNYVALE, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Pereira**<br>**8544 COMOLETTE STREET**<br>**DOWNEY, CA 90242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Perez**<br>**38050 11th Street E**<br>**Apt 29**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Perez**<br>**1933 ST LAWRENCE DR**<br>**LAS VEGAS, NV 89108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maria Portillo**<br>**4576 HAMILTON AVE**<br>**#1**<br>**SAN JOSE, CA 95130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Quezada**
**2517 Britannia Road**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Ramirezdeperez**
**24850 Hancock Ave**
**Apt #0202**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Reyes**
**40204 Village Rd**
**Apt 525**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.67** | **$70.67** |
|---|---|---|---|---|

**MARIA REYES**
**40204 Village Rd**
**Apt 525**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rico Duran**
**1900 LANAI AVE**
**SAN JOSE, CA 95122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rios**
**258 North Capital Ave**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rios Amaro**
**4717 Roswell Rd**
**Apt N-3**
**Atlanta, GA 30342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Robles**
**26 Birch Ln.**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rocha**
**6827 Winding Tracedrive**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.9540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rodrigues**
**2251 Caminito Pescado**
**#57**
**San Diego, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.9541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Rojas**
**2912 Bent Creek Dr N**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.9542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Romero**
**3900 W 5TH ST**
**D5**
**SANTA ANA, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9543 | Priority creditor's name and mailing address<br>**Maria Romo**<br>**2618 S GENESEE AVE**<br>**LOS ANGELES, CA 90016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9544 | Priority creditor's name and mailing address<br>**Maria Rosales**<br>**3735 Lindbergh St**<br>**San Diego, CA 92154** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9545 | Priority creditor's name and mailing address<br>**Maria Rumoroso**<br>**8975 S GESSNER ROAD**<br>**249**<br>**HOUSTON, TX 77074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9546 | Priority creditor's name and mailing address<br>**Maria Saenz**<br>**8601 ZUNI ST LOT 213**<br>**WESTMINSTER, CO 80260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.9547** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Maria Salazar**
**12213 W TARA LANE**
**ELMIRAGE, AZ 85335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.9548** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Maria Saldivar**
**411 E. 52nd Street**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.9549** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Maria Salinas**
**6300 W TROPICANA**
**#185**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.9550** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00**

**Maria Sanchez**
**10430 Wagner Way**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria santana**
**1170 N ESCONDIDO BLVD**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Santoyo**
**1530 W 227th St**
**#a**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Sassounian**
**752 Elmira St.**
**#1**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Siavichay**
**1111 PINE STREET**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Silva**
**5237 W Griffith Way**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Simiele**
**871 RAYSTON ST**
**DELTONA, FL 32725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Smith-lee**
**935 Galliton Way**
**Palm Harbor, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Sosa Flores**
**1945 BATSON AVE**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Tamayo**
**2552 E Richmond St**
**Ontario, CA 91761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Todorova**
**16219 S. 31ST WAY**
**PHOENIX, AZ 85048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria torres valencia**
**4930 SUGARGROVE BLVD**
**4204**
**STAFFORD, TX 77477**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Torres-Sultani**
**136 E AVE 41**
**#8**
**LOS ANGELES, CA 90041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)     **20-02477-LA7**

| | |
|---|---|
| 2.9563 Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| | |
|---|---|
| **Maria Trujillo de Rodriguez**<br>**121 N FLINT CIRCLE**<br>**MESA, AZ 85201** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**     **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9564 Priority creditor's name and mailing address

**Maria Valadez**
**15229 1/2 Nurmi St**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9565 Priority creditor's name and mailing address

**Maria Valdez**
**8465 W.benidorm Loop**
**Tucson, AZ 85757**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9566 Priority creditor's name and mailing address

**Maria Vega**
**3401 N. Walnut Rd. #71**
**Las Vegas, NV 89115**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Weston**
**1268 W ARROW HWY**
**59**
**UPLAND, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Yepez**
**1105 Thunder Canyonavenue**
**Henderson, NV 89012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Zambrano**
**4911 Palin Street**
**San Diego, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maria Zuniga**
**2648 Whisper Lakesclub Cir.**
**Orlando, FL 32837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9571** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria-angeles Gomes**
**8427 W. Glendale Ave. #166**
**Glendale, AZ 85305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9572** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria-e Benitez**
**27361 Sierra Hwy**
**Lot #135**
**Canyon Country, CA 91351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9573** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Maria-luisa Arellano**
**1924 ST. Lawrence Dr.**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9574** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mariad Quinones**
**1495 Arthur Neal Ct**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariadejesus Ochoa**
**5917 Liska Lane**
**Apt 203**
**San Jose, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariafernanda Garcia**
**825 E PALOMAR ST**
**1809**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariagracia Villasis**
**7604 NE 161ST CT**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Burciaga**
**1449 Saturn Ct**
**Milpitas, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.9579** Priority creditor's name and mailing address
**Mariah De La Cruz**
**38613 25TH ST. EAST**
**UNIT 1**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9580** Priority creditor's name and mailing address
**Mariah DeMers**
**4895 EAST RUSSELL ROAD**
**227**
**LAS VEGAS, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9581** Priority creditor's name and mailing address
**Mariah Evans**
**714 NW 208TH DRIVE**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9582** Priority creditor's name and mailing address
**Mariah Freeman**
**13606 CERISE AVE**
**APT. 19**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Galindo**
**2104 S EAGLE CT**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARIAH GIPSON**
**3568 PARK HILL CIR**
**LOGANVILLE, GA 30052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Lowery**
**1537 SAN PEDRO RD NW**
**RIO RANCHO, NM 87144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Manning**
**9121 Kenwood Dr #24**
**NONE**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Meza**
**1500 W. 11TH AVENUE**
**7**
**ESCONDIDO, CA 92029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Robles**
**4141 EAST HUBER CIRCLE**
**MESA, AZ 85205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Salazar**
**5901 S NIXON CT**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariah Seary**
**11300 121ST TERRACE NORTH**
**LARGO, FL 33778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | Unknown | $0.00 |
|---|---|---|---|---|

**2.9591** Priority creditor's name and mailing address
**Mariam Elghazali**
**1430 STARBUCK ST**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9592** Priority creditor's name and mailing address
**Mariam Lau**
**9025 Notchwood Ct**
**Orlando, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown   $0.00

---

**2.9593** Priority creditor's name and mailing address
**Mariame Kibul**
**315 CAPTAIN HOOK WAY**
**DAVENPORT, FL 33837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown   $0.00

---

**2.9594** Priority creditor's name and mailing address
**Mariamelida Martinez**
**Po Box 60204**
**Sunnyvale, CA 94088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown   $0.00

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marian Armenta**
**4366 w 142nd st**
**#A**
**hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marian Coppedge**
**300 Dorado Pl Se**
**Apt H7**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marian Rubio**
**224 N MARYLAND AVENUE**
**11**
**GLENDALE, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marian Windham**
**12041 SE OAK ST**
**PORTLAND, OR 97216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Alvarado**
**1301 MORNING VIEW DR**
**APT. 608**
**ESCONDIDO, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Benites**
**16320 SW VINCENT ST**
**BEAVERTON, OR 97078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Brito**
**10763 Hobbit Circle**
**Apt 104**
**Orlando, FL 32836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Dominguez Cortes**
**17409 Villa Corta St**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARIANA Escamilla**
**5225 OGDEN ST**
**SAN DIEGO, CA 92105**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Giron**
**1885 CALIFORNIA ST.**
**32**
**MOUNTAIN VIEW, CA 94041**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Gomez**
**5628 Brooklyn**
**Sarasota, FL 34231**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariana Lopez**
**1727 Avenida Alta Mira**
**Oceanside, CA 92056**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.9607** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**mariana pereyra**
**1708 N. RED CEDAR CIRCLE**
**THE WOODLANDS, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9608** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mariana Plazas**
**S 9219 S CALLE AZTECA**
**GUADALUPE, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9609** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marianna Aragus**
**1451 DURSO COURT**
**IMMOKALEE, FL 34142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9610** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marianne Sobush**
**1339 Alaska Ave**
**Palm Harbor, FL 34683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariano Campos Avalos**
**575 REMINTON DR.**
**11**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maribel Castillo-viera**
**3890 Greenway Dr apt 106**
**Sarasota, FL 34232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maribel Cervantes**
**142 N. THISTLE RD.**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maribel Cruz Rodriguez**
**1710 NE LAMBRIGHT ST**
**TAMPA, FL 33610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

**2.9615** | Priority creditor's name and mailing address

**Maribel Delgado**
**9503 Neuens Apt 6**
**Houston, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9616** | Priority creditor's name and mailing address

**Maribel Hernandez Tinoco**
**145 W EL NORTE PKWY**
**118**
**ESCONDIDO, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9617** | Priority creditor's name and mailing address

**Maribel Mendoza**
**3262 SILVER LAKE BLVD**
**LOS ANGELES, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9618** | Priority creditor's name and mailing address

**Maribel saavedra**
**8506 S HOOVER ST**
**LOS ANGELES, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricar Mikin**
**10690 Rancho Carmel Dr**
**San Diego, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricarmen Avellaneda**
**12807 Sunset Dune Dr**
**Houston, TX 77082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricela Howard**
**4225 N. 1st Ave**
**Apt 1814**
**Tucson, AZ 85719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricela Juarez**
**25469 BOROUGH PARK DRIVE**
**115**
**SPRING, TX 77380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricella Pajan**
**413 Arbor Pl NE**
**Albuquerque, NM 87107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MARICOPA COUNTY TREASURER**
**PO BOX 52133**
**PHOENIX, AZ 85072-2133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricris Angeles**
**9521 Vista Secunda**
**San Diego, CA 92129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricris Celosa**
**9074 Gramercy Drive**
**Apt 77**
**San Diego, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricruz Flores**
**1041 E. LEXINGTON AVENUE**
**APT 8**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maricruz Rodriguez**
**3612 West Oak Ave**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marie Lindor**
**3212 NW 84TH AVE APT 107**
**SUNRISE, FL 33351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marie Matelus**
**5756 KINGSGATE DR.**
**#B**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Marie Nelson** | As of the petition filing date, the claim is: |
| | **1320 Nw 113th Terr** | *Check all that apply.* |
| | **Miami, FL 33167** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marie Nicole Meus**
**7862 NW 44CT**
**CORAL SPRINGS, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marie Noel Pierre Louis**
**14 SOUTHERN CROSS CIR**
**101**
**BOYNTON BEACH, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marie Pardieu**
**1017 SUMMER GLEN BLVD**
**802**
**IMMOKALEE, FL 34142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marie Perin**<br>**6354mount Ainsworthy**<br>**San Diego, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10.49** | **$10.49** |
|---|---|---|---|---|
| | **Marie Perin**<br>**6354mount Ainsworthy**<br>**San Diego, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marie Rene**<br>**480 E Mcnab Road**<br>**Apartment 7**<br>**Pompano Beach, FL 33060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marie Sayon**<br>**2383 South Vaughn Way**<br>**APT# 304**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor    **Garden Fresh Restaurants LLC**

Name

Case number (if known)    **20-02477-LA7**

---

**2.9639** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00**
| **Marie Valentin** | Check all that apply. | | |
| **4591 18TH PL SW** | ☐ Contingent | | |
| **NAPLES, FL 34116** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.9640** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00**
| **Marie-ange Corvil** | Check all that apply. | | |
| **4001 NW 78TH Terrace** | ☐ Contingent | | |
| **Coral Springs, FL 33065** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.9641** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00**
| **Mariela de la fe** | Check all that apply. | | |
| **235 TARPON AVE** | ☐ Contingent | | |
| **SARASOTA, FL 34237** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.9642** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00**
| **Mariela Gomez** | Check all that apply. | | |
| **83697 Fujiyama Dr** | ☐ Contingent | | |
| **Indio, CA 92203** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.9643**

Priority creditor's name and mailing address
**Mariela Rivasplata**
**1133 MEADOW LANE**
**9**
**CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9644**

Priority creditor's name and mailing address
**Mariela Spencer**
**635 3RD ST SW**
**RIO RANCHO, NM 87124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9645**

Priority creditor's name and mailing address
**Mariela Vazquez**
**727 WEST AVENUE J-10**
**LANCASTER, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9646**

Priority creditor's name and mailing address
**Mariella Belloso**
**33307 4TH ST.**
**UNION CITY, CA 94587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marielva Izneth mendez sixto**
**410 BROOKS**
**#B**
**OCEANSIDE, CA 92054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marietou Ba**
**390 N. 1st St**
**Apt #13**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marietta Sese**
**157 Alta Street**
**Arcadia, CA 91006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marilou Padillo**
**137 ROSEMONT AVE**
**33**
**LOS ANGELES, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marilu Ureno**
**1405 W Dogwood Ave**
**Anaheim, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marilyn Rivas**
**15025 SATICOY ST**
**#4**
**VAN NUYS, CA 91405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marilynn Mena-Rodriguez**
**5338 E. ATCHISON STREET**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marina Araujo**
**1229 Scott Dr**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marina Dzyura**<br>**2970 ROXBURGH DR**<br>**ROSWELL, GA 30076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marina Saucillo**<br>**521 S Lyon St.**<br>**Unit 140**<br>**Santa Ana, CA 92701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marina-b Alvarez**<br>**6501 N 19th St**<br>**Tampa, FL 33610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Marinho Cardosodevilhen**<br>**10930 Sw 139 Avenue**<br>**Miami, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marino Arango**
**534 RICHMAR**
**A**
**SAN MARCOS, CA 92075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mario Almaguer Calixto**
**409 GERSHWIN DR**
**SARASOTA, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mario Alvarez**
**2010 SAN RAMON AVE**
**8**
**MOUNTAIN VIEW, CA 94043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mario Barillas**
**536 1/2 N HARVARD BLVD**
**LOS ANGELES, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Bernal Jurado**
**26533 CHRISHOLM CT**
**APT 1**
**HAYWARD, CA 94544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Brown**
**9806 OVERLOOK DR**
**TAMPA, FL 33617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Cerda**
**25836 VIA LOMAS**
**51**
**LAGUNA HILLS, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Delgado Reyes**
**4060 EUCLID AVE**
**24**
**SAN DIEGO, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Escobar**
**1415 W NORTH ST**
**317**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario espinoza**
**129 E 20TH ST**
**NATIONAL CITY, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Estrada**
**2918 N Eastern Ave**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Estrada**
**1710 E LINLCON AVE.**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Fuentes**
**1320 Pennsylvania ST NE**
**Apt #b**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario godinez**
**13016 7TH STREET**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario GONZALES III**
**8803 GLEN SHADOW DRIVE**
**HOUSTON, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Gonzalez**
**772 PALM ST**
**772**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.9675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$340.20** **$340.20** |
| | **MARIO GONZALEZ** <br> **772 PALM ST** <br> **772** <br> **SAN JOSE, CA 95110** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** **$0.00** |
| | **Mario Hester** <br> **2899 PANTHERSVILLE RD** <br> **DECATUR, GA 30034** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** **$0.00** |
| | **Mario Howard** <br> **8438 ARBOUR LAKE DR** <br> **APT.202** <br> **LEESBURG, FL 34788** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** **$0.00** |
| | **Mario Jaimes** <br> **285 Montgomery St** <br> **CHULA VISTA, CA 91911** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | |

Debtor    **Garden Fresh Restaurants LLC**
Name
Case number (if known)    **20-02477-LA7**

| 2.9679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Luis**
**1901 SIMPLICITY**
**1901**
**IRVINE, CA 92620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Matute**
**10565 BASTILLE LANE**
**P9-305**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Mendoza**
**580 AHWANEE AVE**
**43**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Ortiz**
**3408 W LA SALLE ST**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Petiote**
**2313 hunter st**
**Fort Myers, FL 33901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$95.47** | **$95.47** |
|---|---|---|---|---|

**Mario Provincia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Ramirez**
**3854 BRAKER DR**
**#2**
**SAN JOSE, CA 95117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mario Romano Robles**
**24922 MUIRLANDS BLVD**
**29**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.9687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mario Santiago**<br>**9252 Somerset Blvd Unit C**<br>**Bellflower, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mario Saravia**<br>**1548 W 59th St**<br>**Los Angeles, CA 90047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mario Vazquez**<br>**2508 CALMIA RD.**<br>**DUARTE, CA 91010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Marion Gates**<br>**15546  CALLE ASTURTAS**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisa Martinez**
**12341 Dovetree Ave**
**Rancho Cucamonga, CA 91739**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisbel Osorio**
**4410 N HALE AVE**
**43**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisela Gallardo**
**8403 NE St. Johns RD #27**
**Vancouver, WA 98665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisela Ochoa**
**7200 PINEMONT DR**
**403**
**HOUSTON, TX 77040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.9695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisol MORAGA**
**6802 N 67TH AVE**
**34105**
**GLENDALE, AZ 85301**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisol Perez**
**6622 W Pioneer st**
**Phoenix, AZ 85043**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisol Valenzuela**
**900 N Cypress Ave**
**Apt # 42**
**La Habra, CA 90631**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marisol Vargas**
**16812 SE STEPHENS ST**
**PORTLAND, OR 97233**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Aguilera**
**202 Vancouver Ave**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Jimenez**
**14441 NOVAK STREET**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Keesey**
**12202 TUNSTALL ST.**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Knoepke**
**210 Pine Ranch Rd**
**Osprey, FL 34229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Ochoa**
**1192 Mitchell Ave # 102**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Rodriguez**
**41410 JUNIPER ST.**
**APT. 623**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marissa Speckman**
**5243 N Fresno St**
**Apt#113**
**Fresno, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Avalos**
**345 Checkers Dr.**
**Apt 102**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Diaz**
**20041 Osterman Drive**
**APT D6**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Gonzalez**
**3600 West 84th ave Apt 145**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Morales**
**523 W UNIVERSITY DR**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Reyes**
**15758 SE HIGHWAY 224**
**102**
**DAMASCUS, OR 97089**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Ruiz**
**3210 W. 21st St**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maritza Sterling**
**756 DE JA TOBA RD**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marixa Gonzalez**
**611 98th Ave**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mariz Youssef**
**26035 BOUQUET CANYON**
**220**
**SANTA CLARITA, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

| 2.9715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Marjory Lopez**
**15721 COHASSET ST**
**LAKE BALBOA, CA 91406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Mark Baker**
**6460 CONVOY CT SPC 101**
**SAN DIEGO, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Mark Bravo**
**608 3/4 N.KINGSLEY DR.**
**3**
**LOS ANGELES, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|

**Mark Burdette**
**5337 GROVELAND DRIVE**
**NO. 1**
**SAN DIEGO, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$167.00** | **$167.00** |
|---|---|---|---|---|

**Mark D.  Holland**
**24432 RUE DE MONET**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75.58** | **$0.00** |
|---|---|---|---|---|

**mark del castillo ross**
**OBISPO LANE 16709**
**SAN DIEGO, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Doyle**
**14917 BELCOURT DRIVE**
**WHITTIER, CA 90604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Elston**
**241 29TH STREET**
**SAN DIEGO, CA 92102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.9723 | Priority creditor's name and mailing address<br>**Mark Galumette**<br>**5955 Nw 27th Place**<br>**Sunrise, FL 33313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.9724 | Priority creditor's name and mailing address<br>**Mark Hendrix**<br>**3959 PENSACOLA DR**<br>**LAKE WORTH, FL 33462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.9725 | Priority creditor's name and mailing address<br>**Mark Holland**<br>**24432 RUE DE MONET**<br>**LAGUNA NIGUEL, CA 92677** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.9726 | Priority creditor's name and mailing address<br>**Mark Howard**<br>**13529 KORNBLUM**<br>**236**<br>**HAWTHORNE, CA 90250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.88 | $92.88 |
|---|---|---|---|---|

**Mark Howard**
**13529 KORNBLUM**
**236**
**HAWTHORNE, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Innsy Rene**
**10310 FERN CT**
**PEMBROKE PINES, FL 33026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark jason bancolita**
**12439 SE ANDORRA AVE**
**HAPPY VALLEY, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Johnston**
**2948 S PALM GROVE AVE**
**LOS ANGELES, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.9731** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mark Manolovits**
**2311 Wilshire Ave**
**La Habra, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9732** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mark McBride**
**3837 OSAGE ST.**
**DENVER, CO 80211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9733** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mark Morris**
**311 Monceaux Road**
**West Palm Beach, FL 33405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9734** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mark Newsome**
**3805 CLOUDLAND DR**
**SMYRNA, GA 30082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Norris**
**12712 Dunes RD SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Osintsev**
**6916 SE QUEEN RD**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**mark rodriguez**
**1634 MEADOW GREEN DR**
**MISSOURI CITY, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Sanchez**
**225 RIO CHICO DR.**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known) **20-02477-LA7**

---

| 2.9739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mark Schultz**<br>**4877 Tarcoola Lane**<br>**Littleton, CO 80130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mark Smith**<br>**5102 NEW HAVEN ROAD**<br>**SAN DIEGO, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mark Titmas**<br>**12043 Stonegate Lane**<br>**Garden Grove, CA 92845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|
| | **Mark Trujillo**<br>**4101 Pecos**<br>**Denver, CO 80211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Walter**
**18910 SE 17TH ST.**
**VANCOUVER, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mark Wittenberg**
**7622 Katella Ave**
**242**
**Stanton, CA 90680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**markeese spence**
**11500 CLEWS RANCH RD**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Markeith Bennett**
**4329 E Tyson St.**
**Gilbert, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.9747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Markeith Wood**
**54 BIRCH RILL DR**
**ALPHARETTA, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Marko Del Rio**
**1333 RECHE CANYON RD.**
**COLTON, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Markquett Small**
**14819 HERITAGE WOOD DR.**
**HOUSTON, TX 77082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Markus Hernandez**
**305 LEWIS DR**
**LAVEEN, AZ 85339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlena Mirho**
**15210 BOONES WAY**
**LAKE OSWEGO, OR 97035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlene Barba Perez**
**13882 Clinton Street**
**Apt 18**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlene Escobar**
**1160 BRACE AVE**
**7**
**SAN JOSE, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlene Espinoza**
**2152 UNIVERSITY DR**
**C22**
**VISTA, CA 92083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 2.9755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

Priority creditor's name and mailing address
**Marlene Marin Ortega**
**303 E. MICHIGAN AV**
**PHOENIX, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9756 | Priority creditor's name and mailing address |  | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

Priority creditor's name and mailing address
**marlin de aleman**
**11819 FAIR POINT DR**
**HOUSTON, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9757 | Priority creditor's name and mailing address |  | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

Priority creditor's name and mailing address
**Marlon Castellanos**
**4325 DESCANSO AVE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9758 | Priority creditor's name and mailing address |  | **Unknown** | **$0.00** |
|--------|----------------------------------------------|--|-------------|-----------|

Priority creditor's name and mailing address
**Marlon Dossantos**
**15028 OAK LANE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlon Green**
**1500 AUSTIN ST**
**HOUSTON, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlon Morrison**
**1615 COBB PKWY N**
**C12**
**MARIETTA, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marlon Ojeda Vega**
**2750 mall dr apt 123**
**sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARLON PALENCIA**
**17 CHAMPION PL.**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marlon Triana**
**2911 W GREEN ST**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marquaise Lymus**
**422 CHATTAHOOCHEE CIRCLE**
**422**
**ROSWELL, GA 30342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Marquarius Oneal**
**6220 NORTH NEBRASKA AVENUE**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**marquas richie**
**1272 PENNSYLVANIA ST**
**DENVER, CO 80203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.9767** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marques Daniels**
**633 NATHAN STREET**
**ALBUQUERQUE, NM 87123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9768** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marquez Black**
**1403 KISSIMMEE CT**
**KISSIMMEE, FL 34759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9769** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marquez Savala**
**4101 PECOS ST**
**DENVER, CO 80211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9770** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marquez Tadeo**
**351 N. Silverbell rd apt V**
**Tucson, AZ 85745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 2.9771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Marquis Miller**
**4611 BLAKES RIDGE ST**
**FRESNO, TX 77545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Marquis Williams**
**5801 W LAKE MEAD BLVD**
**APT 2083**
**LAS VEGAS, NV 89108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Marsha McCullough**
**327 HWY 41 S.**
**16**
**INVERNESS, FL 34450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Marsha Simmons**
**3450 EVANS ROAD**
**APT. 138D**
**ATLANTA, GA 30341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marsha Stringer**
**8527 E SEABURY COURT**
**#2**
**TUCSON, AZ 86710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marshal Gay**
**2740 COCONUT BAY LANE**
**3B**
**SARASOTA, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marshall Cobb**
**4340 W. POINT LOMA BLVD.**
**#L**
**SAN DIEGO, CA 92107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marshall Lewis**
**28242 S SALO RD**
**MULINO, OR 97042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marshall thomas**
**10040 W CHEYENNE AVE**
**170-25**
**LAS VEGAS, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marta Fernandez**
**727 Stillview Circle**
**Brandon, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marta Jarjis**
**1733 WINGFOOT PL**
**EL CAJON, CA 92019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marta Perez**
**4450 W Via Sanrafael**
**Las Vegas, NV 89103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martese Cobb**
**6954 PICCADILLY**
**FORT MYERS, FL 33919**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Barajas**
**207 Otayvalley Rd**
**#c**
**Chula Vista, CA 91911**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Encalada**
**856 CRESSWOOD LANE**
**ALTAMONTE SPRINGS, FL 32701**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Garcia**
**5794 Southview Drive**
**San Jose, CA 95138**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

| 2.9787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$739.83** | **$739.83** |
|--------|--------|--------|--------|--------|
| | **MARTHA GARCIA** | Check all that apply. | | |
| | **5794 Southview Drive** | ☐ Contingent | | |
| | **San Jose, CA 95138** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No / ☐ Yes | | |

| 2.9788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|
| | **Martha Garcia Limon** | Check all that apply. | | |
| | **6308 Rancho Mission Rd 267** | ☐ Contingent | | |
| | **San Diego, CA 92108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No / ☐ Yes | | |

| 2.9789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|--------|--------|--------|--------|
| | **Martha Islas** | Check all that apply. | | |
| | **22711 14th St** | ☐ Contingent | | |
| | **Santa Clarita, CA 91321** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No / ☐ Yes | | |

| 2.9790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.73** | **$0.73** |
|--------|--------|--------|--------|--------|
| | **Martha Islas** | Check all that apply. | | |
| | **22711 14th St** | ☐ Contingent | | |
| | **Santa Clarita, CA 91321** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No / ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Kantun**
**1050 Whitney Ranch Dr.**
**Apt 2411**
**Henderson, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Mandujano**
**13180 E.kansas Dr**
**Apt G145**
**Aurora, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Melendrez**
**49620 Avenida De Oro**
**#3**
**Coachella, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martha Reyes Barrita**
**5601 N 47th Ave**
**Glendale, AZ 85301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name
Case number (if known) **20-02477-LA7**

---

| 2.9795 | Priority creditor's name and mailing address | | | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Martha Robles**
**1210 SOUTH TURQUOISE VISTA**
**Apt#648**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9796 | Priority creditor's name and mailing address | | | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Martha Sanchez**
**391 N Melrose Dr**
**Unit H**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9797 | Priority creditor's name and mailing address | | | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Martha Scott**
**33952 Temecula Creek Road**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9798 | Priority creditor's name and mailing address | | | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Martha sedano**
**1449SATURN CT.**
**MILPITAS, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| | **Martha Solorio** | Check all that apply. | | | |
| | **12811 GREENWOOD DR** | ☐ Contingent | | | |
| | **2003** | ☐ Unliquidated | | | |
| | **HOUSTON, TX 77066** | ☐ Disputed | | | |

| | Date or dates debt was incurred | Basis for the claim: | |
|---|---|---|---|
| | | **Employee Wage Claim** | |

| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

---

| 2.9800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| | **Martha Vara Vara** | Check all that apply. |
| | **5100 E TROPICANA AVE.** | ☐ Contingent |
| | **30B** | ☐ Unliquidated |
| | **LAS VEGAS, NV 89122** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| | **Martha Zuniga** | Check all that apply. |
| | **345 WYMORE RD** | ☐ Contingent |
| | **204** | ☐ Unliquidated |
| | **ALTAMONTE SPRINGS, FL 32714** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.9802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

| | **Martika Ramos** | Check all that apply. |
| | **3409 S RURAL RD** | ☐ Contingent |
| | **APT 128** | ☐ Unliquidated |
| | **TEMPE, AZ 85282** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

---

| 2.9803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Aleman**
**11819 Fairpoint Dr**
**Houston, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Aragon**
**95 W WINDSOR**
**TUCSON, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Armendariz**
**9850 FEDERAL BLVD 196**
**196**
**THORTON, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Avila**
**400 GREENFIELD DR**
**7**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Baker**<br>**625 VENEER DRIVE**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$72.30** | **$72.30** |
|---|---|---|---|---|
| | **Martin Baker**<br>**625 VENEER DRIVE**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Bilagody**<br>**820 LOUISIANA BLVD NE**<br>**712**<br>**ALBUQUERQUE, NM 87108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Chavez**<br>**487 Rancho Vista Rd**<br>**Vista, CA 92083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MARTIN ESTERAS** <br> **1510 W HERNDON AVE #103** <br> **FRESNO, CA 93711** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.9812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Garza** <br> **325 PINEWOOD DR** <br> **CONROE, TX 77385** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.9813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Heredia** <br> **81875 AVENUE 48** <br> **113** <br> **INDIO, CA 92201** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.9814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Mateo** <br> **717 Se 82nd Ave** <br> **Apt 264** <br> **Vancouver, WA 98684** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Muiruri** | *Check all that apply.* | | |
| | **17630 LAKEWOOD BLVD #49** | ☐ Contingent | | |
| | **BELLFLOWER, CA 90706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.9816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Perez** | *Check all that apply.* | | |
| | **2678 Moss Ave** | ☐ Contingent | | |
| | **Los Angeles, CA 90065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.9817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Rosquero** | *Check all that apply.* | | |
| | **200 Starcrest Dr** | ☐ Contingent | | |
| | **Apt 211** | ☐ Unliquidated | | |
| | **Clearwater, FL 33765** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.9818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Martin Sanchez Lara** | *Check all that apply.* | | |
| | **1307 East Merona Pl** | ☐ Contingent | | |
| | **Anaheim, CA 92805** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Tartaglio**
**1344 GRIFFIN RD**
**LEESBURG, FL 34748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Tinajero**
**53710 AVENIDA RAMIREZ**
**LAQUINTA, CA 92253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Vazquez**
**5400 E. WILLIAMS BLVD**
**11107**
**TUCSON, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martin Yepez Arredondo**
**1655 E SOUTHERN AVE**
**69**
**TEMPE, AZ 85282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martinez Devore**
**4650 E 29THST**
**122**
**TUCSON, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martrayvis Pate**
**621 PIEDMONT ST**
**ORLANDO, FL 32809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvens Strose**
**4009 Sw 52nd**
**Apt 205**
**Pembroke Park, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvin Lucero-Mendoza**
**1140 AYALA DR**
**#4**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvin Rosario**
**2318 GREENHOUSE PATIO DRIVE**
**KENNESAW, GA 30144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvin Salguero Elvira**
**3575 GRANADA AVE**
**#2**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvin Umanzor**
**1926 CHAPARRAL**
**HOUSTON, TX 77043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marvin Woods**
**1531 S FEDERAL HWY**
**APT 8**
**LAKE WORTH, FL 33460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$62.50** | **$62.50** |
|---|---|---|---|---|
| | **Marvin Woods**<br>**1531 S FEDERAL HWY**<br>**APT 8**<br>**LAKE WORTH, FL 33460** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mary Ann Suva**<br>**1825 La Fonte Dr**<br>**Brentwood, CA 94513** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MARY ARRANT**<br>**401 LONGWOOD LAKE MARY RD**<br>**LAKE MARY, FL 32746** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mary Baltes**<br>**12115 Darkwood Rd**<br>**San Diego, CA 92129** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Collantes**
**201 W BROADWAY**
**514**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Dodge**
**11721 Rocoso RD**
**LAKESIDE, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Galbis**
**3016 JACQUELINE DR**
**WEST COVINA, CA 91792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Harrison**
**9203 Estacia St.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Krull**
**18222 EAST BETHANY PLACE**
**AURORA, CO 80013**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Mendoza**
**575 S RENGSTORFF AVE**
**37**
**MOUNTAIN VIEW, CA 94040**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Ray**
**2851 Griffin Rd**
**Fort Lauderdale, FL 33312**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Seymour**
**5346 Carmen Ave**
**Sarasota, FL 34235**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary tucker**
**2757 CACTUS HILL PL**
**PALM HARBOR, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary Vasquez**
**4379 MOUNT HENRY AVE**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mary-ashley Tibbits**
**3550 OLD AIRPORT AVE**
**3204**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maryah Tatum**
**8927 E Ave. T-14**
**Littlerock, CA 93543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maryeliz Lorenzo**
**8441 NORTH HAVEN LANE UNIT A**
**FORT MYERS, FL 33919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maryemily Broman**
**24922 HIDDEN HILLS RD**
**J**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maryjane Vasquez**
**979 S OXFORD**
**107**
**LOS ANGELES, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maryssa Garay**
**5619 ALEXANDRIA AVE**
**CORONA, CA 92880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maryuri BARDALES CERRATO**
**1854 DAVID ST**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No ☐ Yes

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Maryzel Lorenzo**
**8441 N. Haven Lane**
**Unit A**
**Fort Myers, FL 33919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Mashebu Barrow**
**1271 WASHINGTON AVE**
**218**
**SAN LEANDRO, CA 94577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Mason Abbiate**
**9858 DEER TRAIL DRIVE**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Mason Craig**
**16908 NE 78TH WAY**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$121.91** | **$121.91** |
|---|---|---|---|---|---|

**Mason D.  Abbiate**
**9858 DEER TRAIL DRIVE**
**SAN DIEGO, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Mason Harding**
**907 ELM ST.**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Mason Miller**
**4435 ROMILY WAY**
**FREMONT, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.9859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Mason Penix** **11823 STONEHEDGE DR** **CONROE, TX 77303** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Mason Romeo** **24552 SUTTON LANE** **LAGUNA NIGUEL, CA 92677** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Mason Smead** **33691 CALLE MIRAMAR** **SAN JUAN CAPISTRANO, CA 92675** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Mason Sysomboune** **25100 VISTA MURRIETA 1225** **MURRIETA, CA 92562** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Masood Haq**
**28628 SUGAR PINE WAY**
**SANTA CLARITA, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Masoud Salehyazdani**
**963 TERA CT**
**WALNUT CREEK, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Masoud Salehyazdani**
**963 TERA CT**
**WALNUT CREEK, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Massina Walsh**
**250 SKYLINE DR**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9867 | Priority creditor's name and mailing address<br>**Mataio Rodriguez**<br>**1644 Sunhill Ct**<br>**Martinez, CA 94553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9868 | Priority creditor's name and mailing address<br>**Mateen Quddus**<br>**7428 HERRICKS LOOP**<br>**ORLANDO, FL 32835** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9869 | Priority creditor's name and mailing address<br>**Mateen Quddus**<br>**7428 HERRICKS LOOP**<br>**ORLANDO, FL 32835** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45.63** | **$45.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9870 | Priority creditor's name and mailing address<br>**Mateo Chavez**<br>**3305 Calle Cuervo**<br>**Apt #524**<br>**Albuquerque, NM 87114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mateo Ramirez**
**1129 LAKE BALDWIN LANE**
**312**
**ORLANDO, FL 32814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mathew Hawn**
**9885 FAIRWOOD ST**
**LITTLETON, CO 80125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mathew Lopez**
**7900 TOLEDO STREET**
**ORLANDO, FL 32822**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mathew Park**
**16 MURICA AISLE**
**IRVINE, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.9875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Mathew Young**
**27552 Wisconsin St**
**Bonita Springs, FL 34135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$168.04** | **$0.00** |
|--------|---|---|---|---|

**Mathias Mapramook**
**1528 Jellick Ave.**
**Rowland Heights, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|--------|---|---|---|---|

**Matias Edwards**
**6501 HERCUS CT**
**SAN JOSE, CA 95119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.55** | **$67.55** |
|--------|---|---|---|---|

**MATILDE ALVAREZ**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matilde Chun Sajqui**
**8890 SW. CORAL ST.**
**TIGARD, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matilde Diaz**
**39295 Camino Las Posita**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matin Rezaei Sadol**
**5201 SE JOHNSON CREEK BLVD**
**PORTLAND, OR 97222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matt Eras**
**5337 CEDAR LAKE ROAD**
**1124**
**BOYNTON BEACH, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Apodaca**
**1801 Britt St Ne**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Barrett**
**4200 Delamar Ave Ne**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Batson**
**36538 Mimosa Tree Rd**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew benson**
**16241 SUNNY MORNING COURT**
**CONROE, TX 77302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Bumpus**
**327 s corner st**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Chambers**
**10182 128TH TERRANCE N**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Coats**
**2075 Monte Vista Dr**
**Vista, CA 92084**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Cracchiolo**
**683 JAMESTOWN BLVD**
**2020**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Matthew Delgenio**
**3751 S. NELLIS BLVD.**
**53**
**LAS VEGAS, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Matthew DeNicola**
**151 N WEATHERSFIELD AVE**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Matthew Diepenhorst**
**29423 BROOKCHASE DR**
**SPRING, TX 77386**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Matthew Entrikin**
**4950 South East Casa Del Rey D**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Fagan**
**583 ROCKEFELLER**
**IRVINE, CA 92612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Faust**
**15408 SE OLDS DR**
**CLACKAMAS, OR 97015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Freeman**
**555 N. COMMONWEALTH AVE**
**FULLERTON, CA 92831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.77** | **$65.77** |
|---|---|---|---|---|

**MATTHEW FREEMAN**
**555 N. COMMONWEALTH AVE**
**FULLERTON, CA 92831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)   **20-02477-LA7**

| | |
|---|---|
| 2.9899 | Priority creditor's name and mailing address<br>**Matthew Gaborik**<br>**10847 102ND ST**<br>**LARGO, FL 33773** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   $0.00

---

| | |
|---|---|
| 2.9900 | Priority creditor's name and mailing address<br>**Matthew Gahan**<br>**8819 SE 120 PL**<br>**BELLEVIEW, FL 34420** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   $0.00

---

| | |
|---|---|
| 2.9901 | Priority creditor's name and mailing address<br>**Matthew Garcia**<br>**8304 VISTA SERENA LN**<br>**ALBUQUERQUE, NM 87121** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   $0.00

---

| | |
|---|---|
| 2.9902 | Priority creditor's name and mailing address<br>**Matthew Garcia**<br>**12777 7th St**<br>**Chino, CA 91710** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$119.76** | **$119.76** |
|---|---|---|---|---|---|
| | **Matthew Garcia** | *Check all that apply.* | | | |
| | **8304 VISTA SERENA LN** | ☐ Contingent | | | |
| | **ALBUQUERQUE, NM 87121** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| 2.9904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Matthew Goot** | *Check all that apply.* | | | |
| | **3245 Beneva Rd** | ☐ Contingent | | | |
| | **#101** | ☐ Unliquidated | | | |
| | **Sarasota, FL 34232** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| 2.9905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Matthew Gosparini** | *Check all that apply.* | | | |
| | **19017 MERION DR** | ☐ Contingent | | | |
| | **PORTER RANCH, CA 91326** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| 2.9906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Matthew Halpern** | *Check all that apply.* | | | |
| | **11455 Wistful Vista Way** | ☐ Contingent | | | |
| | **Porter Ranch, CA 91326** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Henshilwood**<br>**5532 PILOTS PLACE**<br>**NEW PORT RICHEY, FL 34652** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Hernandez**<br>**9748 Coalinga Ave**<br>**Montclair, CA 91763** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$78.68** | **$78.68** |
|---|---|---|---|---|
| | **Matthew J. Solis**<br>**1781 EL SERENO AVE**<br>**PASADENA, CA 91103** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Juarez**<br>**1332 CORVUS DR**<br>**OXNARD, CA 93041** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Logan**
**4408 E DESERT WILLOW RD**
**PHOENIX, AZ 85044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$144.44** | **$144.44** |
|---|---|---|---|---|

**Matthew Logan**
**4408 E DESERT WILLOW RD**
**PHOENIX, AZ 85044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Lopez**
**12442 GILBERT STREET**
**GARDEN GROVE, CA 92841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Luna**
**1652 W ALMACA CT**
**TUCSON, AZ 85746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Macfarlane**
**7556 BLUE MIST COURT**
**FONTANA, CA 92336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Marquez**
**1250 AMERICAN PACIFIC DRIVE**
**512**
**HENDERSON, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew McGuire**
**1369 RENAISSANCE PKWY**
**ATLANTA, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Meadows**
**1325 W Pico St**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Meyers** | Check all that apply. | | |
| | **83420 WEXFORD AVE.** | ☐ Contingent | | |
| | **INDIO, CA 92201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Misenheimer** | Check all that apply. | | |
| | **5255 N HILLBROOKE TRACE** | ☐ Contingent | | |
| | **JOHNS CREEK, GA 30005** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Montiel** | Check all that apply. | | |
| | **4281 E JASPER DR** | ☐ Contingent | | |
| | **GILBERT, AZ 85296** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Morris** | Check all that apply. | | |
| | **42780 WASHINGTON ST** | ☐ Contingent | | |
| | **28** | ☐ Unliquidated | | |
| | **BERMUDA DUNES, CA 92203** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.9923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Mullowney**<br>**7480 DAKIN STREET**<br>**308**<br>**DENVER, CO 80221** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Newman**<br>**1201 W GONZALEZ**<br>**44**<br>**OXNARD, CA 93036** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Ocegueda**<br>**10224 ANDASOL AVE.**<br>**NORTHRIDGE, CA 91325** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Olivares**<br>**6827 ELONA DR**<br>**ALBUQUERQUE, NM 87109** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.9927** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Matthew Parker**
**1420 E. Stearns Ave**
**La Habra, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9928** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Matthew Plaskon**
**28362 EVERGREEN LANE**
**SANTA CLARITA, CA 91390**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9929** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Matthew Rojas**
**7336 NAUTICAL STONE COURT**
**LAST VEGAS, NV 89149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9930** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Matthew Ronce**
**1713 JACARANDA**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Russell**
**6273 Lake Arrowhead Dr**
**8496 Chloe Ave**
**San Diego, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Russo**
**2855 E BLACKHAWK CT.**
**GILBERT, AZ 85298**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Santarello**
**1725 EAST WESTINGHOUSE ST**
**SAN DIEGO, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Scheidacker**
**MAHOGANY**
**825**
**DAVENPORT, FL 33897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Schrader**
**6221 NATALIE RD.**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Sileski**
**4004 CAROL DRIVE**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Skromme**
**3625 E BRIARWOOD TER**
**PHOENIX, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Solis**
**1781 EL SERENO AVE**
**PASADENA, CA 91103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Steele**<br>**5832 HUNTLEY AVE**<br>**GARDEN GROVE, CA 92845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Tan**<br>**18574 WESSEX ST.**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Torres**<br>**789 FELLER AVE**<br>**SAN JOSE, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Matthew Tse**<br>**16418 PADEMELON DR**<br>**SUGAR LAND, TX 77498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Veronesi**
**9026 Breland Dr**
**Tampa, FL 33626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Warden**
**10135 CAMINITO MULEGE**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Weaver**
**515 ARIANA CIRCLE**
**HUNTINGTON BEACH, CA 92648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthew Wood**
**12662 TOPAZ ST.**
**GARDEN GROVE, CA 92845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Matthias Pierre**
**1226 Lake High View Ln**
**Brandon, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maung Lwin**
**4589 Stone Lane**
**Stone Mountain, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maunuelson Jean Louis**
**13 KINGSMAN CIR**
**FORT MYERS, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mauribelys Machado**
**174 WATERFALL WAY**
**101**
**ALTAMONTE SPRING, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Adams**
**13128 DEBELL ST.**
**ARLETA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Alford**
**1369 Diamond Ave**
**Atlanta, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Daniels**
**12196 E EXPOSITION AVE**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Gasper**
**3072 WASHINGTON ROAD**
**L6**
**EAST POINT, GA 30344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.9955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Gross**
**470 N WINCHESTER BLVD**
**301**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maurice Jaymes Leon-zhao**
**1442 Tahoe st**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**maurillo albarran**
**4333 N 27TH AVE**
**241**
**PHOENIX, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mauro Cruz**
**5675 ROSWELL ROAD**
**6A**
**SANDY SPRINGS, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mauro Espinoza**
**508 E MISSION AVE**
**703**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Max Bressler**
**5045 CAMINO SAN FERMIN**
**150**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Max Dominguez**
**26921 FLO LANE**
**207**
**SANTA CLARITA, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Max Koroteyev**
**13729 SE CENTER ST**
**PORTLAND, OR 97236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Max Loney**<br>**315 VALLYWOOD DR**<br>**APT 207**<br>**THE WOODLANDS, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maxamillion Rhodes Cortez**<br>**2601 Aland St**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maxim Woo**<br>**929 SEENA AVENUE**<br>**LOS ALTOS, CA 94024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Maximiano Gallardo**<br>**80721 HIBISCUS LANE**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9967** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
Check all that apply.

**Maximiliano Geng**
**19521 SW 53RD STREET**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9968** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
Check all that apply.

**Maximillian Matey**
**7634 CORRINNE PLACE**
**SAN RAMON, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9969** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
Check all that apply.

**Maximus Marquez**
**10981 W COOPER DR**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9970** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**
Check all that apply.

**Maxine Ammondt**
**2624 Oneida Loop**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maxine Zang**
**3402 N. Country Club**
**apt.12**
**TUCSON, AZ 85716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maxis Mereus**
**8530 Gardinal Rd**
**Apt 5**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maxwell Moe**
**177 n hudson ave**
**unit 303**
**pasadena, CA 91101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maxwell Nield**
**777 NW 103RD TERRACE**
**203**
**PEMBROKE PINES, FL 33026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maxwell Thomas**
**17219 CRENSHAW BOULEVARD**
**TORRANCE, CA 90504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maya Alley**
**12725 SE HACIENDA DR**
**DAMASCUS, OR 97089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maya Koehler-Johnson**
**1001 S MARIANA ST**
**#4**
**TEMPE, AZ 85281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maya Lastarria**
**931 Macon Street**
**Aurora, CO 80010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor __**Garden Fresh Restaurants LLC**_____    Case number (if known) __**20-02477-LA7**__
               Name

| 2.9979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Maya Wernstrom**
**1040 SW 12 AVE**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayco Alvarez**
**2115 W BALL RD**
**C**
**ANAHEIM, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayden Hume**
**1302 SOUTH SALTAIR APT 2**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayela Castrejon**
**3650 WEST 84TH AVE**
**99**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mayela Vazquez**
**4056 Phoenix Way**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mayelin Umpierre**
**5910 Swoffield Dr**
**Orlando, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mayerli Torrez**
**29360 DIXON STREET**
**#7**
**HAYWARD, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mayerlin Silva**
**11735 TEMPEST HARBOR LOOP**
**VENICE, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

| 2.9987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maykayla Medrano-Beal**
**4322 S YANK ST**
**MORRISON, CO 80465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Maylene Sanchez**
**3106 NW 16TH PLACE**
**CAPE CORAL, FL 33993**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mayon Archuleta**
**17854 E Hawaii Pl**
**Aurora, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mayra Araniva**
**122 E. 94th St**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.9991** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mayra Bojorquez**
**82346 NANCY DRIVE**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.9992** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mayra Cervantes**
**84641 Guitron St**
**Coachella, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.9993** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mayra Diaz**
**1366 N Serrano Ave**
**APT 1**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.9994** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Mayra Gamboa**
**4051 W 106TH ST**
**INGLEWOOD, CA 90304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.9995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayra Gomez**
**5051 Orange Ave**
**Apt #6**
**San Diego, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.9996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayra Ibarra - Adame**
**9220 Grove St.**
**Westminster, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.9997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayra Medina**
**670 S. 8TH ST.**
**11**
**SAN JOSE, CA 95112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.9998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mayra Perez Simental**
**14218 FLAGSTAFF ST**
**LA PUENTE, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor **Garden Fresh Restaurants LLC**

Case number (if known) **20-02477-LA7**

Name

| | | |
|---|---|---|
| 2.9999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.9999**

Priority creditor's name and mailing address
**Mayra Virrey Garcia**
**1929 THE ALEMADA**
**#1**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10000**

Priority creditor's name and mailing address
**Mckay Siebold**
**160 NORTH CLUBLANDS CT**
**ALPHARETTA, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10001**

Priority creditor's name and mailing address
**Mckayla Henderson**
**11500 FALLINGSTAR CT**
**RANCHO CUCAMONGA, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10002**

Priority creditor's name and mailing address
**McKenna Mitcham**
**3011 GOLDEN OAK WAY**
**SPRING VALLEY, CA 91978**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1000 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1000 3 | Priority creditor's name and mailing address<br>**Mckenna Singleterry**<br>**1647 CALLE DE ROJA DR. SE**<br>**RIO RANCHO, NM 87124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1000 4 | Priority creditor's name and mailing address<br>**Mckenzee Simpson**<br>**6 FIR DRIVE TER**<br>**OCALA, FL 34472** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1000 5 | Priority creditor's name and mailing address<br>**Mckenzie Dehart**<br>**7329 Pierce Circle**<br>**Buena Park, CA 90620** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1000 6 | Priority creditor's name and mailing address<br>**Mckenzie Hardy**<br>**600 N PANTANO RD**<br>**1216**<br>**TUCSON, AZ 85710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.10007**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Mckenzie Henderson**<br>**555 SE 5th circle**<br>**Apt 2**<br>**Boynton Beach, FL 33435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.10008**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Mckinsey Sherwood-Vlacilek**<br>**26942 FALLING LEAF DR.**<br>**LAGUNA HILLS, CA 92653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.10009**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Md Islam**<br>**304 BALTIC SEA CT**<br>**PITTSBURGH, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.10010**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Meagan Arnerich**<br>**1800 S MAPLE ST**<br>**214**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1001 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Meagan Brown**
**26900 E COLFAX AVE**
**378**
**AURORA, CO 80018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1001 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Meagan Ricketts**
**28521 SHRIKE DR**
**LAGUNA NIGUEL, CA 92607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1001 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Meagan Turner**
**8305 WINDRUSH AVE**
**LAS VEGAS, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1001 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Meaghan Holt-Hillis**
**31842 OLD HICKORY RD**
**TRABUCO CANYON, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1001 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Addonizio** | Check all that apply. | | |
| **39628 Firethorn ct** | ☐ Contingent | | |
| **Murrieta, CA 92563** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1001 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Baker** | Check all that apply. | | |
| **3100 CHINO HILLS PARKWAY 1314** | ☐ Contingent | | |
| **CHINO HILLS, CA 91709** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1001 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Denny** | Check all that apply. | | |
| **19 CHESTNUT DR** | ☐ Contingent | | |
| **ALISO VIEJO, CA 92656** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1001 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Herman** | Check all that apply. | | |
| **5419 Lake Murray Blvd #16** | ☐ Contingent | | |
| **La Mesa, CA 91942** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.10019 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Hsu** | *Check all that apply.* | | |
| **811 MESITA PLACE** | ☐ Contingent | | |
| **FULLERTON, CA 92835** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.10020 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Irving** | *Check all that apply.* | | |
| **3308 HUDSON CT** | ☐ Contingent | | |
| **PLEASANTON, CA 94588** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.10021 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Jones** | *Check all that apply.* | | |
| **192 B Ravenwood Drive** | ☐ Contingent | | |
| **Rome, GA 30161** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.10022 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Megan Mckay** | *Check all that apply.* | | |
| **13884 W. 68th Dr.** | ☐ Contingent | | |
| **Arvada, CO 80004** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1002 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Mims**
**5106 SE PARK ST**
**MILWAUKIE, OR 97222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1002 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Nelson**
**854 S SAN MARCOS DR.**
**13D**
**APACHE JUNCTION, AZ 85120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1002 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Nguyen**
**8157 Columbus St**
**San Diego, CA 92126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1002 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Nielsen**
**5145 EDENVIEW DRIVE**
**BB212**
**SAN JOSE, CA 95111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1002 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Reilly**
**3031 Ne 21st Terrace**
**Apt #4**
**Fort Lauderdale, FL 33306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1002 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Row**
**7050 Primentel Lane**
**Carlsbad, CA 92009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1002 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Sparks**
**17631 Sw 18th St**
**Miramar, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1003 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Megan Wallig**
**677 ASCOT DRIVE**
**VISTA, CA 92083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1003 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Meghan Donaldson**
**9465 Adolphia Street**
**San Diego, CA 92129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1003 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$283.52** | **$283.52** |
|---|---|---|---|---|

**Meghan L. Donaldson**
**9465 Adolphia Street**
**San Diego, CA 92129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1003 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Meghan Shaw**
**14080 Se 41 Terrace**
**Summerfield, FL 34491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1003 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Meghann Stafford**
**11540 EAST PRONGHORN**
**AVENUE**
**MESA, AZ 85212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1003 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Mehgan Perine**<br>**6654 Eisenhower Ct**<br>**Chino, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1003 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Mehri agahalam**<br>**11817 MEMORIAL DR**<br>**HOUSTON, TX 77024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1003 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Mekonen Gidey**<br>**7532 FULTON ST**<br>**#5**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1003 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Melanie Brazil**<br>**3841 MIDWAY DRIVE**<br>**APT 203**<br>**SAN DIEGO, CA 92110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1003 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Melanie Cruz**
**40599 AMADOR DR**
**INDIO, CA 92203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Melanie Diaz**
**3002 WEBSTER**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Melanie Dore**
**11908 BERNARDO CENTER**
**COURT**
**SAN DIEGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Melanie Feder**
**3649 Emerald St**
**#204**
**Torrance, CA 90503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1004 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Garcia**
**1266 BARFORD AVENUE**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Guerrero**
**1707 SW 108th Ln**
**Apt-2**
**Ocala, FL 34476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.69** | **$48.69** |
|---|---|---|---|---|

**MELANIE L.  CRUZ**
**40599 AMADOR DR**
**INDIO, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Martinez**
**455 S. CHATHAM CIR.**
**APT D**
**ANAHEIM, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1004 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Messner**
**5126 E. Bellevue St**
**Unit #2105**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1004 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Sanchez**
**10011 HAMMERLY BLVD**
**117**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1004 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Smith**
**801 LOCUST PLACE NE**
**1288**
**ALBUQUERQUE, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1005 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melanie Steele**
**219 Skyline Dr**
**Lady Lake, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1005<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melesia Bautista**
**37079 POPLAR ST**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1005<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melida Rios**
**1 University Dr**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1005<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melienne Pierre**
**3740 Metro Pkwy**
**#1016**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1005<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melinda Diaz**
**4031 E. 27th St**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1005 5**

Priority creditor's name and mailing address

**Melinda Smith**
**8995 ROSWELL RD**
**5E**
**SANDY SPRING, GA 30350**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1005 6**

Priority creditor's name and mailing address

**Melinda Thompson**
**1991 SE 40TH STREET ROAD**
**APT B**
**OCALA, FL 34480**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1005 7**

Priority creditor's name and mailing address

**Melinna Alba**
**1777 ERIKA WAY**
**UPLAND, CA 91784**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1005 8**

Priority creditor's name and mailing address

**Melissa Bodtke**
**17 FAWN CREEK CT.**
**PLEASANT HILL, CA 94523**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1005 9 | Priority creditor's name and mailing address **Melissa Carapia** **33151 CHRISTINA DR** **DANA POINT, CA 92629** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.1006 0 | Priority creditor's name and mailing address **Melissa Carrasco** **44 EDWARDS AVENUE** **SAN JOSE, CA 95110** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.1006 1 | Priority creditor's name and mailing address **Melissa Cedillo** **3180 COWLEY WAY** **#4** **SAN DIEGO, CA 92117** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.1006 2 | Priority creditor's name and mailing address **Melissa Conde** **3004 BALDWIN AVE** **SARASOTA, FL 34232** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1006 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Melissa Corley** | Check all that apply. | | |
| | **2901 Sam Hicks Rd** | ☐ Contingent | | |
| | **Plant City, FL 33567** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1006 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Melissa Dos Santos** | Check all that apply. | | |
| | **15028 OAK LANE** | ☐ Contingent | | |
| | **CHINO HILLS, CA 91709** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1006 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Melissa Flores** | Check all that apply. | | |
| | **82060 Sonora ave #2** | ☐ Contingent | | |
| | **Indio, CA 92201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.1006 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Melissa Fortner** | Check all that apply. | | |
| | **6973 W Country Club Dr N #252** | ☐ Contingent | | |
| | **Sarasota, FL 34243** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1006 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Gaona**
**5080 MISTY CANAL PL**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1006 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Green**
**3828 E. Ft. Lowell Rd.**
**Apt 125**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1006 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Harmer**
**4506 S HIMALAYA CIR**
**AURORA, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1007 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MELISSA HENRY**
**2539 NORTH TUTTLE AVE.**
**SARASOTA, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1007 1**

Priority creditor's name and mailing address

**melissa hernandez**
**200 E AVE R**
**11207**
**PALMDALE, CA 93550**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1007 2**

Priority creditor's name and mailing address

**Melissa Hull**
**3960 Oaksclub Dr**
**# 310**
**Pompano Beach, FL 33069**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1007 3**

Priority creditor's name and mailing address

**Melissa Jensen**
**13826 S Meyers Rd**
**#2124**
**Oregon City, OR 97045**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1007 4**

Priority creditor's name and mailing address

**Melissa Johnson**
**2128 HARRISON STREET**
**SANTA CLARA, CA 95050**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1007 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

Priority creditor's name and mailing address
**Melissa Kustermann**
**1325 CLAY RD SW**
**MABLETON, GA 30126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1007 6**

Priority creditor's name and mailing address
**Melissa Lopez Godinez**
**3348 PERLITA AVE**
**LOS ANGELES, CA 90039**

Unknown    $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1007 7**

Priority creditor's name and mailing address
**Melissa Madrigal**
**4258 W. FIGARDEN DR.**
**220**
**FRESNO, CA 93722**

Unknown    $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1007 8**

Priority creditor's name and mailing address
**Melissa Mendoza**
**429 W. 18th Street**
**San Pedro, CA 90731**

Unknown    $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.10079**

Priority creditor's name and mailing address

**Melissa Mendoza**
**914 Marcia Ct**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10080**

Priority creditor's name and mailing address

**Melissa Miller**
**2425 Floyd St**
**Sarasota, FL 34239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10081**

Priority creditor's name and mailing address

**Melissa morales**
**5051 DAWNE ST**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10082**

Priority creditor's name and mailing address

**Melissa Moreno**
**14818 MARWOOD ST**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1008 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Melissa Quintanilla**<br>**16310 Garo St**<br>**Hacienda Heights, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1008 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Melissa Rosenburg**<br>**11823 NE Carl Road**<br>**12**<br>**Woodburn, OR 97071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1008 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Melissa Ruby**<br>**18855 Indian Springs**<br>**Lake Oswego, OR 97035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1008 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Melissa Salgado**<br>**2195 SANDELL TAIL**<br>**MARIETTA, GA 30008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1008 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Santos**
**4766 CLINTON ST**
**LOS ANGELES, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1008 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Seymour**
**14292 SOUTHWEST 114TH**
**AVENUE**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1008 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Sortillon**
**3648 WOOLWINE DR**
**LOS ANGELES, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1009 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melissa Stone**
**12 SE 4TH STREET**
**DANIA BEACH, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1009 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Meliza Sanchez**
**12667 Venice Blvd**
**#5**
**Los Angeles, CA 90066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melody Miller**
**3280 SW 170TH AVE**
**915**
**BEAVERTON, OR 97003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melody Silva**
**6087 Scheelite St**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melvin Bonet**
**11952 REEDY CREEK DR**
**ORLANDO, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1009 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melvin Davis**
**844 REDHART LN**
**ALPHARETTA, GA 30004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1009 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melvin Holmes Iii**
**1202 Tree Summit Parkway**
**Duluth, GA 30096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1009 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melvin Lemus**
**1437 S MINNIE ST**
**#7**
**SANTA ANA, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1009 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Melvin Polk**
**22422 BRIDGESTONE RIDGE DR**
**SPRING, TX 77388**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10099**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Melvin Velez** | *Check all that apply.* | | |
| **5005 OLD CHENEY HWY** | ☐ Contingent | | |
| **APT 3** | ☐ Unliquidated | | |
| **ORLANDO, FL 32807** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.101000**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Melvin Ward** | *Check all that apply.* | | |
| **4021 HAWTHORNE CIRCLE** | ☐ Contingent | | |
| **APT 3** | ☐ Unliquidated | | |
| **SMYRNA, GA 30080** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.101001**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Mendoza Bernadette** | *Check all that apply.* | | |
| **878 SOUTH 9TH ST.** | ☐ Contingent | | |
| **SAN JOSE, CA 95112** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.101002**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Meranda Ramsey** | *Check all that apply.* | | |
| **1000 AMERICAN PACIFIC DR** | ☐ Contingent | | |
| **321** | ☐ Unliquidated | | |
| **HENDERSON, NV 89074** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1010**
**3**

Priority creditor's name and mailing address

**Mercedes Espinoza**
**1441 ESTATE DR**
**#3**
**LA HABRA, CA 90631**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1010**
**4**

Priority creditor's name and mailing address

**Mercedes Gross**
**5763 W. MAPLEWOOD DR.**
**LITTLETON, CO 80123**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1010**
**5**

Priority creditor's name and mailing address

**Mercedes Hernandez Castro**
**3819 EAST AVE**
**60**
**LIVERMORE, CA 94550**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1010**
**6**

Priority creditor's name and mailing address

**Mercedes Musco**
**12854 112TH ST**
**LARGO, FL 33778**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.10107**

Priority creditor's name and mailing address

**Mercedes Nunnally**
**2302 E FORT LOWELL RD**
**2112**
**TUCSON, AZ 85719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10108**

Priority creditor's name and mailing address

**Mercedes Vega**
**6406 Hanley Rd.**
**Tampa, FL 33634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10109**

Priority creditor's name and mailing address

**Meredyth McGinnis**
**10543 ATWOOD CIRCLE**
**HIGHLANDS RANCH, CO 80130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10110**

Priority creditor's name and mailing address

**Mergim Rexhepi**
**3194 ANTICA STREET**
**FORT MYERS, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1011 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Merissa Coats**
**2175 Chulate Ct.**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1011 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Merita Shkurti**
**9075 Gaylord**
**#7**
**Houston, TX 77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1011 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Merna Abadir**
**19825 VIA OTT**
**NEW HALL, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1011 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Meroy Etse**
**511 2nd Av NE**
**Largo, FL 33770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1011 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Merriah Dejesus** | *Check all that apply.* | | |
| **9310 Konocti Street** | ☐ Contingent | | |
| **Rancho Cucamonga, CA 91730** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1011 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$638.98** | **$638.98** |
|---|---|---|---|
| **Merriah Dejesus** | *Check all that apply.* | | |
| **9310 Konocti Street** | ☐ Contingent | | |
| **Rancho Cucamonga, CA 91730** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1011 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Messiah Omenai** | *Check all that apply.* | | |
| **10047 PARK MEADOWS DR 17001** | ☐ Contingent | | |
| **LONE TREE, CO 80124** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1011 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Meyawn Williams** | *Check all that apply.* | | |
| **1254 7th Street** | ☐ Contingent | | |
| **WEST PALM BEACH, FL 33401** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1011 9 | Priority creditor's name and mailing address **Mi Kang** **11772 CARMEL CREEK RD** **304** **SAN DIEGO, CA 92130** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.1012 0 | Priority creditor's name and mailing address **Mi Phan** **420 N LOCUST** **FULLERTON, CA 92833** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.1012 1 | Priority creditor's name and mailing address **Mia Ayala** **22111 NEWPORT AVE** **33** **GRAND TERRACE, CA 92313** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.1012 2 | Priority creditor's name and mailing address **Mia Brown** **10516 LADERA DR.** **LONE TREE, CO 80124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1012 3**

Priority creditor's name and mailing address

**Mia Castille**
**10316 SE 38TH AVE**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1012 4**

Priority creditor's name and mailing address

**Mia Cornejo**
**3138 W. COLUMBINE DR.**
**PHOENIX, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1012 5**

Priority creditor's name and mailing address

**Mia Garay**
**12778 Central Ave**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1012 6**

Priority creditor's name and mailing address

**Mia Geissler**
**3987 MOUNT ABRAHAM AVE**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1012 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.88 | $220.88 |
|---|---|---|---|---|

**Mia M.  Geissler**
**3987 MOUNT ABRAHAM AVE**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1012 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mia Spinarski**
**24271 AVENIDA BREVE**
**#D**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1012 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miami Valenzuela**
**1000 APACHE BLVD**
**1228**
**TEMPE, AZ 85281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1013 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MIAMISBURG CITY INCOME TAX**
**TAX ADMINISTRATOR**
**10 NORTH FIRST STREET**
**MIAMISBURG, OH 00045-3420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1013 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mica Mills**
**1154 AVENIDA SOBRINA**
**OCEANSIDE, CA 92057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1013 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Micaela Borroel**
**166 EL BOSQUE**
**SAN JOSE, CA 95134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1013 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Micaelina Gutierrez**
**1380 Reeecest**
**San Bernardino, CA 92411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1013 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Micah Mendoza**
**6082 BLUE RIDGE DR**
**UNIT H**
**HIGHLANDS RANCH, CO 80130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1013 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Micah Shaw**
**11511 DEEP MEADOW DR**
**HOUSTON, TX 77064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1013 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$7.96** | **$7.96** |
|---|---|---|---|---|---|

**Micah Shaw**
**11511 DEEP MEADOW DR**
**HOUSTON, TX 77064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1013 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Micah Trevett-cary**
**3034 SE 73RD AVE**
**PORTLAND, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1013 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Micah Watson**
**2031 SAGEBRUSH CIRCLE**
**NAPLES, FL 34120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10139**

Priority creditor's name and mailing address

**Micaiah Wood**
**3743 E. LONGHORN DR.**
**GILBERT, AZ 85297**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10140**

Priority creditor's name and mailing address

**Michael A.  Gomez**
**15949 Downey Ave**
**Paramount, CA 90723**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$59.96**   **$59.96**

---

**2.10141**

Priority creditor's name and mailing address

**Michael Aleman**
**1738 CANYON DRIVE**
**15**
**LA, CA 90028**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10142**

Priority creditor's name and mailing address

**Michael Allen**
**14421 Garden Rd**
**Poway, CA 92064**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1014 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Alvarez** | Check all that apply. | | |
| **5636 4TH AVE** | ☐ Contingent | | |
| **FORT MYERS, FL 33907** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1014 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Bradford** | Check all that apply. | | |
| **90710 DABNEY DR.** | ☐ Contingent | | |
| **81** | ☐ Unliquidated | | |
| **SAN DIEGO, CA 92126** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1014 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Brinkmann** | Check all that apply. | | |
| **6106 Darby Way** | ☐ Contingent | | |
| **Spring, TX 77389** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1014 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Bryant** | Check all that apply. | | |
| **3403 YORK CREST DR** | ☐ Contingent | | |
| **101** | ☐ Unliquidated | | |
| **RIVERVIEW, FL 33578** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10147**

Priority creditor's name and mailing address

**Michael Burns**
**601 TELEGRAPH CANYON RD 217**
**CHULA VISTA, CA 91910**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10148**

Priority creditor's name and mailing address

**Michael Castro**
**2941 OCALA AVE**
**SAN JOSE, AR 95148**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10149**

Priority creditor's name and mailing address

**Michael Clark**
**2051 VILLAGE PARK WAY 240**
**ENCINITAS, CA 92024**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10150**

Priority creditor's name and mailing address

**Michael Conley**
**14151 Flower St. #6**
**Garden Grove, CA 92843**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1015**
**1**

Priority creditor's name and mailing address

**Michael Cooney**
**3211 1/2  EAST AVE. H-14**
**LANCASTER, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1015**
**2**

Priority creditor's name and mailing address

**Michael Dinwiddie**
**4581 RENAISSANCE DR APT 812**
**SAN JOSE, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1015**
**3**

Priority creditor's name and mailing address

**Michael Dorsey**
**2307 Fenton Parkway #107-245**
**San Diego, CA 92108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1015**
**4**

Priority creditor's name and mailing address

**Michael Doyle**
**10701 Ne 59th St**
**Apt N**
**Vancouver, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1015 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael DUDEMAINE**
**7111 QUEEN PALM CIRCLE**
**SARASOTA, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1015 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Dyer**
**1615 E. Silva St**
**Long Beach, CA 90807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1015 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Dyer**
**1615 Silva**
**Long Beach, CA 90807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1015 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Elrod**
**17942 SW 29TH LANE**
**MIRAMAR, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1015 9 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Escobar**
**20601 Schoenborn Street**
**Winnetka, CA 91306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 0 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Espinoza**
**1441 ESTATE DR.**
**#3**
**LA HABRA, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 1 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Estese**
**15254 WILSHIRE CIRCLE**
**PEMBROKE PINES, FL 33207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 2 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Fernandez**
**2710 W STATE ST**
**TAMPA, FL 33609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

| 2.1016<br>3 | Priority creditor's name and mailing address<br>**Michael Fields**<br>**8342 w edwards st**<br>**Peoria, AZ 85345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1016<br>4 | Priority creditor's name and mailing address<br>**Michael Flores**<br>**3701 Harding St.**<br>**Carlsbad, CA 92008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1016<br>5 | Priority creditor's name and mailing address<br>**Michael Flores-Venegas**<br>**3311 W DILL RD**<br>**ENGLEWOOD, CO 80110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1016<br>6 | Priority creditor's name and mailing address<br>**Michael forbes**<br>**9 WATER TRACE**<br>**PRIVIT**<br>**OCALA, FL 34472** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1016 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Furfaro**
**21972 s 203rd way**
**Queen Creek, AZ 85142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Gatewood**
**17211 W. SUGAR MEADOW DR.**
**HOUSTON, TX 77090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Goings**
**319 EAST CHURCH STREET**
**118**
**ORLANDO, FL 32801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1017 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Gomez**
**15949 Downey Ave**
**Paramount, CA 90723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1017<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Grippa**
**17053 NW 10TH WAY**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1017<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Halverson**
**6286 Se Lake Rd.**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1017<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Higgins**
**805 UTAH STREET**
**109**
**BOULDER CITY, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1017<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Hillas**
**1134 N CHESTER AVE**
**PASADENA, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1017 5**

Priority creditor's name and mailing address

**Michael Hisson**
**1630 E 14TH**
**DENVER, IL 80218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1017 6**

Priority creditor's name and mailing address

**Michael Jenkins**
**3364 FAIRWAY OAKS DRIVE**
**2A**
**LAWRENCEVILLE, GA 30044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1017 7**

Priority creditor's name and mailing address

**Michael Jensen**
**154 Th St**
**Summerfield, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1017 8**

Priority creditor's name and mailing address

**Michael Johanson**
**2775 W BALL RD**
**229**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1017 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Jones**
**15832 E ALAMEDA PKWY**
**APT 5-201**
**AURORA, CO 80017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1018 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Jones**
**40318 DONNA ANA RD**
**MAGNOLIA, TX 77354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1018 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Jordan**
**532 OAKWOOD DRIVE**
**C205**
**CASTLE ROCK, CO 80104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1018 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Kennedy**
**10777 Bendigo Cove**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1018 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Ketterer**
**12840 SEMINOLE BLVD**
**66**
**LARGO, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Kostis**
**13715 HALLIFORD DR**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Laforge**
**3327 E. Waverly St**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Landreth**
**1438 ARDMORE PL.**
**LIVERMORE, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1018 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Michael Larkin**<br>**6116 GALANTE PL.**<br>**SAN DIEGO, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1018 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Michael Lee**<br>**9430 Nw 3rd St**<br>**Pembroke Pines, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1018 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Michael Liston**<br>**553 E DUANE AVE**<br>**SUNNYVALE, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1019 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Michael Lombard**<br>**9021 Nw 13th Court**<br>**Coral Springs, FL 33071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1019
1**

Priority creditor's name and mailing address

**Michael malak**
**4956 KILKENNEY WAY**
**OLDSMAR, FL 34677**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1019
2**

Priority creditor's name and mailing address

**Michael Malone**
**3236 E Chandler Blvd**
**Unit #2038**
**Phoenix, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1019
3**

Priority creditor's name and mailing address

**Michael Marquez**
**516 CORTEJANA STREET**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1019
4**

Priority creditor's name and mailing address

**Michael Martinez**
**19216 Wadley Ave**
**Carson, CA 90746**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1019 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Martinez**
**16355 SISLEY DR**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1019 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Matey**
**7634 CORRINNE PLACE**
**SAN RAMON, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1019 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael McCormick**
**28751 WOODCOCK DR**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1019 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Mcmillan**
**4672 E 32nd St**
**Tucson, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1019 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael McMullen**
**201 PLAZA VERDE DRIVE**
**1615**
**HOUSTON, TX 77038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Mcneely**
**7019 Sendero Rd Nw**
**Albuquerque, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Montes**
**241 JOE PLACE**
**ESCONDIDO, CA 92027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Mortimer**
**3600 S. PIERCE ST.**
**7-102**
**LAKEWOOD, CO 80235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1020 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Nino**<br>**4386 S DEARBORN COURT**<br>**AURORA, CO 80015** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1020 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Nudelman**<br>**9959 E PEAKVIEW AVE APT L203**<br>**ENGLEWOOD, CO 80111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1020 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Ogas**<br>**902 W. Santa Rosa Street**<br>**Tucson, AZ 85706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1020 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Michael Ortiz**<br>**345 I STREET**<br>**14**<br>**CHULA VISTA, CA 91910** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1020 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Michael Ortiz** | ☐ Contingent | | |
| | **1220 S. BELHAVEN ST** | ☐ Unliquidated | | |
| | **239** | ☐ Disputed | | |
| | **ANAHEIM, CA 92806** | | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1020 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Michael Parker** | ☐ Contingent | | |
| | **4727 WARNER RD** | ☐ Unliquidated | | |
| | **APT 1062** | ☐ Disputed | | |
| | **PHOENIX, AZ 85044** | | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1020 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Michael Pena** | ☐ Contingent | | |
| | **9946 DEAN WOODS PLACE** | ☐ Unliquidated | | |
| | **ORLANDO, FL 32825** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1021 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Michael Penn** | ☐ Contingent | | |
| | **2311 50TH ST CIR E** | ☐ Unliquidated | | |
| | **PALMETTO, FL 34221** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1021 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Perez**
**46896 JEFFERSON ST**
**APT 15**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1021 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Phillips**
**219 GLADES CIRCLE**
**219**
**LARGO, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1021 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Planeils**
**28133 MEADBURY DR**
**SAUGUS, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1021 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Pomales**
**13820 S 44TH ST**
**1135**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1021 5**

Priority creditor's name and mailing address
**Michael Price**
**11860 129TH AVE NORTH**
**LARGO, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1021 6**

Priority creditor's name and mailing address
**MICHAEL R. ROBINSON**
**10244 ARROW ROUTE**
**206**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$314.54** | **$314.54**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1021 7**

Priority creditor's name and mailing address
**Michael Rhoades**
**14892 63rd Way N**
**Clearwater, FL 33760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1021 8**

Priority creditor's name and mailing address
**Michael Roberts**
**140 14TH ST.**
**116**
**RAMONA, CA 92065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1021<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael ROBINSON**
**10244 ARROW ROUTE**
**206**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1022<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Roleson**
**8102 ARTESIA BLVD**
**203**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1022<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Roman**
**1083 SHADOWRIDGE DRIVE #97**
**97**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1022<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michael Roqueta**
**5769 W PARR AVE**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1022 3**

Priority creditor's name and mailing address

**Michael Royal**
**1071 SHOREVIEW CT**
**BAYPOINT, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1022 4**

Priority creditor's name and mailing address

**Michael Ryan**
**17391 E MANSFIELD AVE**
**832L**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1022 5**

Priority creditor's name and mailing address

**Michael Sargent**
**4707 Berwick Dr.**
**San Diego, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1022 6**

Priority creditor's name and mailing address

**Michael Savage**
**1125 SHEPPARD DRIVE**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1022 7**

Priority creditor's name and mailing address

**Michael Scheidt**
**7645 SW BONITA RD.**
**13**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1022 8**

Priority creditor's name and mailing address

**Michael Schwanemann**
**11350 Squamish Rd**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1022 9**

Priority creditor's name and mailing address

**Michael Smith**
**6850 MISSION GORGE RD**
**SAN DIEGO, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1023 0**

Priority creditor's name and mailing address

**Michael Smith**
**10692 DABNEY DR.**
**103**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1023 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Michael Smith**
**1716 central ave**
**Sarasota, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1023 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Michael Sosa**
**80 DESCANSO DRIVE**
**SAN JOSE, CA 95134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1023 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Michael Stoner Jr**
**4329 E TYSON ST**
**GILBERT, AZ 85295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1023 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Michael Strickland**
**638 Ne 42nd Cir**
**Camas, WA 98607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1023 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Suniga**
**12700 Stafford rd.**
**#224**
**Stafford, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1023 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Svoboda**
**141 NE 175TH ST**
**NORTH MIAMI BEACH, FL 33162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1023 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**michael temple**
**2221 BANYAN WAY**
**ANTIOCH, CA 94509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1023 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Thomas**
**3255 Spanish Trail**
**Apt3**
**East Point, GA 30344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.10239 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Tickner**
**27545 VIRIDIAN ST**
**#1**
**MURRIETA, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10240 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Trofimov**
**1713 SE 2ND PLACE**
**BATTLE GROUND, WA 98604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10241 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Van Scoten**
**20105 SW KINNAMAN RD**
**ALOHA, OR 97078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10242 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michael Walsh**
**10265 Hazel St**
**Seminole, FL 33778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.10243**

Priority creditor's name and mailing address
**Michael Waterfield**
**1807 Montilla Dr.**
**Santee, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10244**

Priority creditor's name and mailing address
**Michael Wheeler**
**5105 NE 72ND AVE**
**67**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10245**

Priority creditor's name and mailing address
**Michael Whitehead**
**1950 ROCKMILL RD**
**222**
**ALPHARETTA, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10246**

Priority creditor's name and mailing address
**Michael Williams**
**711 19TH AVE WEST**
**BRADENTON, FL 34205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10247**

Priority creditor's name and mailing address

**Michael WIMMER**
**5377 ELM COURT**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10248**

Priority creditor's name and mailing address

**Michael Wolff**
**11110 APPLEGATE CIRCLE**
**NA**
**BOYNTON BEACH, FL 33437**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10249**

Priority creditor's name and mailing address

**Michael Ybarra**
**3651 N CEDAR AVE**
**E**
**FRESNO, CA 93726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10250**

Priority creditor's name and mailing address

**Michaela SHAFFER**
**5255 FERRARI AVE**
**AVE MARIA, FL 34142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

| 2.1025<br>1 | Priority creditor's name and mailing address<br>**Michaud White**<br>**16065 NW 21ST STREET**<br>**PEMBROKE PINES, FL 33028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1025<br>2 | Priority creditor's name and mailing address<br>**Micheal Sullivan**<br>**843 Audrey Court**<br>**Pleasant Hill, CA 94523** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1025<br>3 | Priority creditor's name and mailing address<br>**Michel C Gedeon**<br>**2128 sw 14th St**<br>**DELRAY  BEACH, FL 33445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1025<br>4 | Priority creditor's name and mailing address<br>**Michel Lopez**<br>**3417 CALTON ARMS CIR**<br>**59C**<br>**TAMPA, FL 33614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1025 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michel Lopez**
**840 ALICE AVE**
**8**
**MONTAIN VIEW, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1025 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michel Mitus**
**2205 Roosevelt St**
**Apt #4**
**Hollywood, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1025 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michelande Dugazon**
**7225 WOODRIDGE PARK DR**
**306 BLDG 8**
**ORLANDO, FL 32818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1025 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Michele Anderson**
**655 EHTEL**
**ATLANTA, GA 30314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1025 9 | Priority creditor's name and mailing address **Michele Correa** **12064 SAN RIO ST** **EL MONTE, CA 91732** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1026 0 | Priority creditor's name and mailing address **Michele Garcia** **1815 Platina Rd** **Albuquerque, NM 87124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1026 1 | Priority creditor's name and mailing address **Michele Lara** **2401 W. LA VERNE AVE** **SANTA ANA, CA 92704** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1026 2 | Priority creditor's name and mailing address **Michele Nance** **2567 SUMMIT COVE DRIVE** **DULUTH, GA 30097** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1026<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michele Patterson**
**32564 Quittrail Dr**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1026<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$98.98** | **$98.98** |
|---|---|---|---|---|

**MICHELLE A. CARTER**
**1175 MAGNOLIA AVENUE**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1026<br>5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MICHELLE CARTER**
**1175 MAGNOLIA AVENUE**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1026<br>6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle De La Rosa Lopez**
**5504 MONTEZUMA RD.**
**315**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1026 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michelle Delgadillo**
**15571 Binney St**
**Hacienda Heights, CA 91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michelle Diaz**
**220 N. Greenfield apt #41**
**Mesa, AZ 85205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michelle Duarte**
**5831CHRISTA CT**
**#B**
**LA MESA, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1027 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michelle Ecret**
**100 W Cn Rock Street**
**Vail, AZ 85641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1027 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1027 1 | Priority creditor's name and mailing address<br>**Michelle Eibl**<br>**1616 W Valencia**<br>**Fullerton, CA 92833** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1027 2 | Priority creditor's name and mailing address<br>**Michelle Flores**<br>**5923 MARSHWELL WAY**<br>**SAN JOSE, CA 95138** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1027 3 | Priority creditor's name and mailing address<br>**Michelle Garcia**<br>**1050 Rocksprings Rd**<br>**Apt 149**<br>**Escondido, CA 92026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1027 4 | Priority creditor's name and mailing address<br>**Michelle Grandstaff**<br>**10604 Se 11th Cir**<br>**Vancouver, WA 98664** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1027 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle Hamilton**
**3233 E BIRCH AVE**
**PARKER, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1027 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle Herd**
**3095 MONROE**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1027 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle Jumonville**
**3783 Blane Oaks Lane**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1027 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle Lacouette**
**909 S KNOTT AVE**
**97**
**ANAHEIM, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10279**

Priority creditor's name and mailing address

**Michelle Lee**
**13216 Ne Salmon Creek Ave.**
**Unit M2**
**Vancouver, WA 98686**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.10280**

Priority creditor's name and mailing address

**Michelle Llamas**
**1031 SANDSPRINGS DRIVE**
**LA PUENTE, CA 91747**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.10281**

Priority creditor's name and mailing address

**Michelle Lopez**
**1051 ROCK SPRINGS RD**
**142**
**ESCONDIDO, CA 92026**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.10282**

Priority creditor's name and mailing address

**Michelle Magallanes**
**2029 Harbor Blvd Apt 4**
**Costa Mesa, CA 92627**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1028 3 | | | | |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **michelle miclat** **435 W WINDSOR RD** **GLENDALE, CA 91204** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

| 2.1028 4 | | | | |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle miller** **1900 TAYLOR ST** **450** **HOLLYWOOD, FL 33020** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

| 2.1028 5 | | | | |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Moran** **9330 W. Coolidge St.** **Phoenix, AZ 85037** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

| 2.1028 6 | | | | |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Orea-Villafana** **12001 FOOTHILL BLVD Spc 52** **SYLMAR, CA 91342** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1028 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1028 7 | Priority creditor's name and mailing address<br>**Michelle Pacheco**<br>**1311 WASHINGTON PL**<br>**M4**<br>**SANTA ANA, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1028 8 | Priority creditor's name and mailing address<br>**Michelle Rocha**<br>**943 EAST AVENUE R**<br>**40**<br>**PALMDALE, CA 93550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1028 9 | Priority creditor's name and mailing address<br>**Michelle Swenor**<br>**16705BARNELL AVE**<br>**5**<br>**MORGAN HILL, CA 95037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1029 0 | Priority creditor's name and mailing address<br>**Michelle Villalobos**<br>**16955 SW 93RD ST**<br>**2-206**<br>**MIAMI, FL 33196** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1029**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Wilkes** | Check all that apply. | | |
| **4400 Yates Rd** | ☐ Contingent | | |
| **College Park, GA 30337** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1029**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Woolley** | Check all that apply. | | |
| **4543 1/2 Kansas Street** | ☐ Contingent | | |
| **San Diego, CA 92116** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1029**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Yazzie** | Check all that apply. | | |
| **12929 SKYVIEW AVE. NE** | ☐ Contingent | | |
| **ALBUQUERQUE, NM 87123** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1029**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Michelle Yutuc** | Check all that apply. | | |
| **5448 CAMINO DEVILLE** | ☐ Contingent | | |
| **CAMARILLO, CA 93012** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1029 5**

Priority creditor's name and mailing address

**Mickael Louissaint**
**303 CHIQUITA CT**
**KISSIMMEE, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1029 6**

Priority creditor's name and mailing address

**Mickus Anna**
**26253 Bonita Fairways Cir**
**Bonita Springs, FL 34135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1029 7**

Priority creditor's name and mailing address

**Mideline etienne**
**2040 42ND**
**NAPLES, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1029 8**

Priority creditor's name and mailing address

**Migdalia Gonzalez**
**521 PARKWOOD CT**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10299**

| | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
| **Mignon Smith** | *Check all that apply.* | | | |
| **44042 Palm Lane** | ☐ Contingent | | | |
| **Lancaster, CA 93535** | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.10300**

| | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$9.60** | **$9.60** |
| **Mignon Smith** | *Check all that apply.* | | | |
| **44042 Palm Lane** | ☐ Contingent | | | |
| **Lancaster, CA 93535** | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.10301**

| | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$141.43** | **$141.43** |
| **Miguel A.  Borvosa** | *Check all that apply.* | | | |
| **2692 NE HAMPTON CT** | ☐ Contingent | | | |
| **HILLSBORO, OR 97124** | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.10302**

| | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
| **Miguel Alicea Cruz** | *Check all that apply.* | | | |
| **18810 Brescia Ln** | ☐ Contingent | | | |
| **Katy, TX 77449** | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1030 3**

Priority creditor's name and mailing address

**Miguel Andres**
**427 kiawah River Dr**
**Oxnard, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1030 4**

Priority creditor's name and mailing address

**Miguel Barragan**
**4124 BROADWAY**
**SAN DIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1030 5**

Priority creditor's name and mailing address

**Miguel Batz**
**25469 Borough Park Dr**
**Apt# 226**
**Spring, TX 77380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1030 6**

Priority creditor's name and mailing address

**Miguel Bocanegra**
**1201 W Pkwy**
**Lot #298**
**Thornton, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1030 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Borvosa**
**2692 NE HAMPTON CT**
**HILLSBORO, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1030 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Cajacuri**
**4917 Walden Cir.**
**Orlando, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1030 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Cortez**
**138 8TH AVE SE**
**LARGO, FL 33771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1031 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Cruz-Ramirez**
**1137 NEVADA SKY ST**
**LAS VEGAS, NV 89128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1031**
**1**

Priority creditor's name and mailing address

**Miguel Diazleal**
**19260 SW PROSPECT ST.**
**BEAVERTON, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1031**
**2**

Priority creditor's name and mailing address

**Miguel Flores Roman**
**3111 N. Boulevard**
**Tampa, FL 33603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1031**
**3**

Priority creditor's name and mailing address

**Miguel Hernandez**
**448 DEL MAR CT**
**APT A**
**CHULA VISTA, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1031**
**4**

Priority creditor's name and mailing address

**Miguel Iribe**
**22513 BREAKWATER WAY**
**SAUGUS, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1031 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Jr. Useche**
**2613 SW 188TH AVE**
**MIRAMAR, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1031 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Machado**
**6501 N 19th St**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1031 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Mena**
**PO Box 80918**
**Phoenix, AZ 85060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1031 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Mondragon**
**569 W. Broadway**
**San Gabriel, CA 91776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.10319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Moreno-Diz**
**4251 LAYLA CT**
**SAN DIEGO, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Ortiz**
**29607 DEVERON**
**MAGNOLIA, TX 77354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Osorio**
**6648 MISSION CLUB BLVD 211**
**ORLANDO, FL 32821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Pena**
**1212 JAMAJO BLVD**
**ORLANDO, FL 32803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1032 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Perez**
**3319 Portola Ave**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Quiroz**
**11555 Sw Ridgecrest Dr**
**Beaverton, OR 97008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Ramirez**
**3211 Bee Ridge Rd**
**Apt.50**
**Sarasota, FL 32439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Rangel**
**34 North Harbison**
**National City, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1032 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Rodriguez**
**39248 US HIGHWAY 19 N**
**LOT 357**
**TARPON SPRINGS, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Rojas**
**687 SONOMA ST**
**SAN MARCOS, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Sanchez**
**2819 N MAIN ST.**
**APT 1**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miguel Santamaria**
**960 Estes St**
**#114**
**el cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1033 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Saravia**
**704 CAMELIA STREET**
**ESCONDIDO, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Sauceda**
**842 DIADEM DR**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Torres**
**573 TULANE DR**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Miguel Urquizo**
**112 SAHARA DR.**
**CONCORD, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1033 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Miguel Useche**
**2613 Sw 188ave**
**Hollywood, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Miguel Vazquez**
**901 S 6TH AVE SPACE 165**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Miguel Velazquez Campos**
**4033 VIA RIO AVE**
**OCEANSIDE, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Miguel Zetina**
**7595 21st**
**Apt D**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10339**

Priority creditor's name and mailing address

**Miguelangel Ramos**
**7872 FRANKLIN ST**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10340**

Priority creditor's name and mailing address

**Mikaela Champeau**
**1415 S VAUGHN CIR**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10341**

Priority creditor's name and mailing address

**Mikaila Vaughan**
**15074 EAST MEXICO DRIVE**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.10342**

Priority creditor's name and mailing address

**Mikayla Bates**
**200 Grape St**
**Vista, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1034 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mikayla Casey**
**655 PALO ALTO AVE**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1034 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mikayla Mckinley**
**5158 Ne 122nd**
**Oxford, FL 34484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1034 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mikayleigh Breese**
**984 S CHESHIRE LN**
**GILBERT, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1034 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mike Cervantes**
**6144 N. Fairvale Dr.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.10347**

Priority creditor's name and mailing address
**Mike Trujillo**
**5121 Ruby Sunset St**
**North Las Vegas, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10348**

Priority creditor's name and mailing address
**Mikel Hopkins**
**11216 CHICO AVE**
**POMONA, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10349**

Priority creditor's name and mailing address
**Mikyah Hamilton**
**2411 MARY SUE ST SW**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10350**

Priority creditor's name and mailing address
**Mila Quijano**
**10051 PARK MEADOWS DR**
**208**
**LONE TREE, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1035<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mila Saiz**<br>**1940 Atlanta Rd**<br>**Apt G-10**<br>**Smyrna, GA 30080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.1035<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Milady Moore**<br>**346 Remington Ridge**<br>**Houston, TX 77073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.1035<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Miladys Caamano**<br>**711 nw 19 ct**<br>**cape coral, FL 33993** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.1035<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Milagro Alvarado**<br>**60 Breaker Dr**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1035 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milagro Lopez**
**4353 SWIFT AVE.**
**SAN DIEGO, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1035 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milagros Majluf Martinez**
**1310 GESSNER RD**
**#1**
**HOUSTON, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1035 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milagros Martinez Meza**
**1310 Gessner Road**
**#1**
**Houston, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1035 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milan Petricevic**
**6736 OAKRIDGE RD**
**212**
**SAN DIEGO, CA 92120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1035 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milca Hernadez**
**1942 Calcrest**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1036 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.91** | **$279.91** |
|---|---|---|---|---|

**Milca Hernadez**
**1942 Calcrest**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1036 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mildred Rodriguez**
**16627 DAEZA DR**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1036 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Milea McGowan**
**7259 W.GREENS RD**
**1009**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1036 3**

Priority creditor's name and mailing address

**Mileena Rosaly**
**5221 N DIXIE HIGHWAY**
**B2**
**OAKLAND PARK, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036 4**

Priority creditor's name and mailing address

**Miles DAsto**
**20714 N. 38TH ST.**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036 5**

Priority creditor's name and mailing address

**Miles Gardner**
**6077 NATALIE RD**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036 6**

Priority creditor's name and mailing address

**Miles Jordan**
**1949 COMPASS FLOWER WAY**
**OCOEE, FL 34761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10367**

Priority creditor's name and mailing address

**Miles Sinclair**
**1377 OAKDALE AVE.**
**14**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10368**

Priority creditor's name and mailing address

**Mileyna Yoder**
**2911 BETTY DR**
**SARASOTA, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10369**

Priority creditor's name and mailing address

**Milhene Alexis**
**214 Sw 1st St**
**#7**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10370**

Priority creditor's name and mailing address

**Mille Lefkowitz**
**1 UNIVERSITY DRIVE**
**SANTA CRUZ VILLAGE**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1037<br>1 | Priority creditor's name and mailing address<br>**Miller Wendy**<br>**12528 TINSLEY TERRACE DR**<br>**150**<br>**TAMPA, FL 33612** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1037<br>2 | Priority creditor's name and mailing address<br>**Milton Pomales**<br>**108 south lake cortez dr**<br>**Apopka, FL 32703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1037<br>3 | Priority creditor's name and mailing address<br>**Min Soo Kang**<br>**354 Fallingstar**<br>**Irvine, CA 92614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1037<br>4 | Priority creditor's name and mailing address<br>**Min Soo Kang**<br>**354 Fallingstar**<br>**Irvine, CA 92614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$409.49** | **$409.49** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1037 5**

Priority creditor's name and mailing address

**Mina Ahmadirezai**
**16420 FITZPATRICK CT**
**UNIT 258**
**LA MIRADA, CA 90638**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1037 6**

Priority creditor's name and mailing address

**Mindy Escalona**
**31662 W NINE DR**
**LAGUNA NIGUEL, CA 92677**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1037 7**

Priority creditor's name and mailing address

**Mindy Hemperley**
**1207 PECOS PASS**
**RICHMOND, TX 77406**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1037 8**

Priority creditor's name and mailing address

**Minerva Hendrickson**
**8909 XAVIER STREET**
**WESTMINSTER, CO 80031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1037 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Minerva Salazar** |
| **4152 Creek Hollow Way** |
| **Duluth, GA 30096** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Mingtao Li** |
| **4058 FRANCISCO STREET** |
| **PLEASANTON, CA 94566** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **MINH DIEP** |
| **18 N. MARENGO AVE** |
| **E** |
| **ALHAMBRA, CA 91801** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| **Minh Pham** |
| **1470 TURNERS RIDGE DRIVE** |
| **NA** |
| **NORCROSS, GA 30093** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1038 3 | Priority creditor's name and mailing address **MINNESOTA DEPT. OF REVENUE P.O. BOX 64439 ST. PAUL, MN 05516-4439** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1038 4 | Priority creditor's name and mailing address **Mint Arella 4340 W. Point Loma Blvd unit L San Diego, CA 92107** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1038 5 | Priority creditor's name and mailing address **Miqueas Santibanez 10772 1/2 Oak St. Stanton, CA 90680** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1038 6 | Priority creditor's name and mailing address **Miquel Jones 1845 EVELYN AVE HENDERSON, NV 89011** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1038 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miracle Jarvis**
**5402 Se Malden St**
**Portland, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mirakel Kolbeck**
**8 WINDFLOWER**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miraldy Sanchez**
**2050 Ne Barberry Drive**
**Apt 16**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.84** | **$29.84** |
|---|---|---|---|---|

**Miranda A. Servin**
**1635 NEIL ARMSTRONG ST.**
**159**
**MONTEBELLO, CA 90640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1039 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miranda Hearn**
**1303 CONSTITUTION ROAD**
**ATLANTA, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miranda Martinez-orozco**
**157 DOVETAIL CT**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miranda Servin**
**1635 NEIL ARMSTRONG ST. 159**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Miranda Teel**
**4901 W. 93rd Ave.**
**Apt. 2227**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1039 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mirella Ortega**
**238 N 6TH ST**
**SAN JOSE, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mirella Porcella**
**2714 MONTICIELLO WAY**
**FLORIDA, FL 34741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mireya angeles**
**3249 EL SOBRANTE ST.**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1039 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mireya Sandoval**
**4250 N CHESTNUT**
**132**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10399**

Priority creditor's name and mailing address

**Mireyda Cruz**
**3499 N. BRAWLEY AVE**
**FRESNO, CA 97322**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.10400**

Priority creditor's name and mailing address

**Miriah Portillo**
**10631 S RACINE ST**
**COMMERCE CITY, CO 80022**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.10401**

Priority creditor's name and mailing address

**Miriam Castaneda Vazquez**
**7708 QUIVAS ST**
**DENVER, CO 80221**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.10402**

Priority creditor's name and mailing address

**Miriam Cisneros**
**531 Diamond Rd**
**Placentia, CA 92870**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1040 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Miriam Cruz Hernandez**<br>**4155 W POINT LOMA BLVD**<br>**210**<br>**SAN DIEGO, CA 92110** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1040 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Miriam De La Rosa**<br>**1629 S TOWNSEND ST**<br>**SANTA ANA, CA 92704** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1040 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Miriam Dominguez**<br>**2235 Comstock St**<br>**San Diego, CA 92111** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1040 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Miriam Garcia**<br>**7400 Bellerive dr.**<br>**#1706**<br>**Houston, TX 77036** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.10407**

Priority creditor's name and mailing address
**Miriam Pelayo**
**519 Sunnyside Ave**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10408**

Priority creditor's name and mailing address
**Miriam prado**
**17588 SAINT ANDREWS DR**
**POWAY, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10409**

Priority creditor's name and mailing address
**Miriam Rodriguez**
**9530 88th Way N**
**Seminole, FL 33777**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10410**

Priority creditor's name and mailing address
**Miriam Sanchez**
**1375 Davidson Ave**
**San Bernardino, CA 92411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1041 1 | Priority creditor's name and mailing address<br>**Mirian Aragon**<br>**16611 Montego Way**<br>**Tustin, CA 92780** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1041 2 | Priority creditor's name and mailing address<br>**Mirielys Martinez**<br>**2741 Derby Dr**<br>**Deltona, FL 32738** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1041 3 | Priority creditor's name and mailing address<br>**Mirielys Martinez**<br>**2741 Derby Dr**<br>**Deltona, FL 32738** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$396.83** | **$396.83** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1041 4 | Priority creditor's name and mailing address<br>**Mirlene Grigou**<br>**4541 Nw 3rd St**<br>**Fort Lauderdale, FL 33317** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1041 5**

Priority creditor's name and mailing address

**Mirna Lopez**
**4909 London Creek Pl**
**Kissimmee, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_Unknown_     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1041 6**

Priority creditor's name and mailing address

**Mirsada kukavica**
**2351 WILLIAM DRIVE**
**#4**
**SANTA CLARA, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_Unknown_     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1041 7**

Priority creditor's name and mailing address

**Misael Huerta Alegria**
**2814 E BEVERLY LN**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_Unknown_     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1041 8**

Priority creditor's name and mailing address

**Misael sanchez**
**420 SMILAX**
**82**
**SAN MARCOS, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_Unknown_     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10419**

Priority creditor's name and mailing address

**Misako Seater**
**26123 Bouquet Cyn**
**# 104**
**Santa Clarita, CA 91350**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10420**

Priority creditor's name and mailing address

**Mischelay Copeland**
**21 REDWOOD TRACK TRAIL**
**OCALA, FL 34472**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10421**

Priority creditor's name and mailing address

**Misleydis Valdes**
**132 RODNEY**
**TAMPA, FL 33615**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10422**

Priority creditor's name and mailing address

**MISSISSIPPI DEPARTMENT OF**
**REV**
**P.O. BOX 1033**
**JACKSON, MS 39215-1033**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1042 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **MISSOURI DIRECTOR OF REVENUE** | *Check all that apply.* | | |
| | **P.O. BOX 999** | ☐ Contingent | | |
| | **JEFFERSON CITY, MO 06510-8999** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.1042 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **MISSOURI STATE TREASURER UNCLAIMED PROPERTY DIVISION** | *Check all that apply.* | | |
| | **PO BOX 1272** | ☐ Contingent | | |
| | **JEFFERSON CITY, MO 65102-1272** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.1042 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mitchel Salita** | *Check all that apply.* | | |
| | **5005 HARTFORD PLACE** | ☐ Contingent | | |
| | **LAKE OSWEGO, OR 97035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1042 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Mitchell dimeglio** | *Check all that apply.* | | |
| | **827 98TH AVE NORTH 827** | ☐ Contingent | | |
| | **NAPLES, FL 34108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.10427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mitchell Flanigan**
**18 MESA CIRCLE**
**ALISO VIEJO, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mitchell Medina**
**1542 S. OWENS ST.**
**H247**
**LAKEWOOD, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mitchell Valencia**
**3600 BENTON STREET**
**31**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mitchelot Belizaire**
**5336 MILLENIA BLVD**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1043**
**1**

Priority creditor's name and mailing address

**Mithee Ramarapu**
**3131 HOMESTEAD RD**
**APT 16E**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1043**
**2**

Priority creditor's name and mailing address

**Modris Reinbergs**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$151.44**    **$151.44**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1043**
**3**

Priority creditor's name and mailing address

**Mohamad Moghrabi El Marini**
**195 West Central Avenue**
**#227**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1043**
**4**

Priority creditor's name and mailing address

**Mohammad Badram**
**28226 Infinity Circle**
**Santa Clarita, CA 91390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1043 5**

Priority creditor's name and mailing address
**Mohammad Madadkar**
**6681 TORENIA TRL**
**110**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1043 6**

Priority creditor's name and mailing address
**mohammed abdusalam**
**4068 S YOSEMITE ST**
**4068**
**DENVER, CO 80237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1043 7**

Priority creditor's name and mailing address
**mohammed M.  abdusalam**
**4068 S YOSEMITE ST**
**4068**
**DENVER, CO 80237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$77.43**     **$77.43**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1043 8**

Priority creditor's name and mailing address
**Mohammed Masum Hossain**
**330 Shore Road**
**Bay Point, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1043 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mohogany Snyder**
**415 40th St E**
**Palmetto, FL 34221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1044 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Moises Diaz**
**5321 Glenlivet Rd**
**Fort Myers, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1044 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Moises Pacheco**
**12823 BURBANK**
**6**
**NORTH HOLLYWOOD, CA 91607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1044 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Moises Pizarro**
**8661 Mac Alpine Rd**
**Garden Grove, CA 92841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1044 3**

Priority creditor's name and mailing address

**Moises Prado**
**4007 Carol Dr**
**Fullerton, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1044 4**

Priority creditor's name and mailing address

**Moises Rosas**
**1451 S VAUGHN CIR**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1044 5**

Priority creditor's name and mailing address

**Moises Salguero P**
**3435 Agate Dr. 4**
**Santa Clara, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1044 6**

Priority creditor's name and mailing address

**Mojgan Malekpour**
**1314 Valencia Loop**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10447**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Molika Uong**<br>**617 W WOODRUFF AVE**<br>**ARCADIA, CA 91007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10448**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Molly Dempsay**<br>**8101 N 107TH AVE**<br>**UNIT 42**<br>**PEORIA, AZ 85345** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10449**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Molly Dotson**<br>**12335 SE 126 CT**<br>**OCKLAWAHA, FL 32179** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10450**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Molly Rehl**<br>**11749 VIA SEFTON**<br>**EL CAJON, CA 92019** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.1045 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Molly Riley**
**200 BARBARA CT.**
**PLEASANT HILL, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1045 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mona Richardson**
**725 DALRYMPLE RD**
**4C**
**SANDY SPRINGS, GA 30328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1045 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Monica Bahena**
**11726 Marquardt Ave.**
**Whittier, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1045 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Monica Baxley**
**1039 N ALAMO**
**208**
**TUCSON, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1045 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Monica Carrillo** | *Check all that apply.* | | |
| **4871 Seascape Dr** | ☐ Contingent | | |
| **Oceanside, CA 92057** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1045 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Monica Chandra** | *Check all that apply.* | | |
| **45074 Corte Bravo** | ☐ Contingent | | |
| **Temecula, CA 92592** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1045 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Monica Dominguez** | *Check all that apply.* | | |
| **110 Headingly Nw** | ☐ Contingent | | |
| **Albuquerque, NM 87107** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1045 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Monica garcia** | *Check all that apply.* | | |
| **8811 HOOKER WAY** | ☐ Contingent | | |
| **WESTMINSTER, CO 80031** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10459**

Priority creditor's name and mailing address

**Monica Garcia Meza**
**10106 ENGLAND AVE**
**6**
**INGLEWOOD, CA 90303**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.10460**

Priority creditor's name and mailing address

**Monica Lockwood**
**1007 ABACO LANE**
**RIVIERA BEACH, FL 33414**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.10461**

Priority creditor's name and mailing address

**Monica Maya**
**3457 Belcroft Ave**
**Apt 3**
**El Monte, CA 91732**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.10462**

Priority creditor's name and mailing address

**Monica Ramirez**
**5332 Audubon Place**
**Norcross, GA 30093**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1046 3**

Priority creditor's name and mailing address

**Monica Ramirez**
**902 E. 43rd Street**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046 4**

Priority creditor's name and mailing address

**Monica Rodriguez**
**9679 OLD CASTLE ROAD**
**VALLEY CENTER, CA 92082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046 5**

Priority creditor's name and mailing address

**Monica Sanchez**
**13507 W 135TH ST**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046 6**

Priority creditor's name and mailing address

**Monica Sanchez**
**13507 W 135TH ST**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$106.55**    **$106.55**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1046 7**

Priority creditor's name and mailing address

**Monica Sandobal**
**8400 SW 133RD AVE RD**
**219**
**MIAMI, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046 8**

Priority creditor's name and mailing address

**Monica Sassounian**
**752 ELMIRA STREET**
**PASADENA, CA 91104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046 9**

Priority creditor's name and mailing address

**Monica Sassounian**
**752 ELMIRA STREET**
**PASADENA, CA 91104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$316.18**     **$316.18**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1047 0**

Priority creditor's name and mailing address

**Monica Torres**
**8519 OLD MEADOW LN**
**HOUSTON, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1047**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Monica Valdez**
**5800 Hammer Ave.**
**#581**
**Eastvale, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1047**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Monica Vasquez**
**3036 GRATTON WAY**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1047**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Monique Cardenas**
**12431 Oaks Ave**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1047**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Monique Gonzalez**
**4672 E THOMAS AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1047 5**

Priority creditor's name and mailing address

**Monique Laxton**
**800 East BOBIER DR.**
**Apt# C5**
**VISTA, CA 92084**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1047 6**

Priority creditor's name and mailing address

**Monique Mitchell**
**1211 East Ave R-7**
**Palmdale, CA 93550**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1047 7**

Priority creditor's name and mailing address

**MONROE CITY INCOME TAX**
**PO BOX 643981**
**CINCINNATI, OH 45264-3981**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.1047 8**

Priority creditor's name and mailing address

**Monserath sanchez**
**28842 N SILVER SADDLE CIRCLE**
**202**
**CANYON COUNTRY, CA 91387**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.10479**

Priority creditor's name and mailing address

**Monserrat Cedillo**
**4129 MARINE AVENUE**
**LAWNDALE, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10480**

Priority creditor's name and mailing address

**Monserrat Morales Lopez**
**18332 NW CHEMEKETA LN**
**313**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10481**

Priority creditor's name and mailing address

**Monserrat Munoz**
**1444 Canvas Dr Unit 5**
**Chula Vista, CA 91913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10482**

Priority creditor's name and mailing address

**Montana Coleman**
**2350 ASHTON DRIVE**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1048 3**

Priority creditor's name and mailing address

**Monte cano**
**39588 SABA COURT**
**MURRIETA, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1048 4**

Priority creditor's name and mailing address

**Montego Matousek**
**3263 S. HOLLAND WAY**
**LAKEWOOD, CO 80227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1048 5**

Priority creditor's name and mailing address

**MONTEGO MATOUSEK**
**3263 S. HOLLAND WAY**
**LAKEWOOD, CO 80227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$189.64**    **$189.64**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1048 6**

Priority creditor's name and mailing address

**Montserrat Tafolla**
**44935 Spearman Ave**
**Lancaster, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10487**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Morales Brayan**<br>**2324 CREST HAVEN AVE DR**<br>**LAS VEGAS, NV 89108** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10488**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Morgan Daniels**<br>**6045 SW 172ND AVE**<br>**BEAVERTON, OR 97007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10489**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Morgan Johnson**<br>**1604 Sycamore Dr Nw**<br>**Kennesaw, GA 30152** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.10490**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Morgan Marcue**<br>**13451 SAGEWOOD DR.**<br>**POWAY, CA 92064** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1049 1**

Priority creditor's name and mailing address

**Morgan Ringer**
**13408 SE 97TH AVE**
**13408**
**CLACKAMAS, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1049 2**

Priority creditor's name and mailing address

**Morgan Stowe**
**11821 N. 28th Dr.**
**Phoenix, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1049 3**

Priority creditor's name and mailing address

**Moriah Leyba**
**17432 CAMINITO CANASTO**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1049 4**

Priority creditor's name and mailing address

**Moses Arias**
**2115 Winwood St**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1049
5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Moses Mejia**
**44398 W. PALMEN DR.**
**MARICOPA, AZ 85138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1049
6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Mouloud Aliche**
**1150 VIRGINIA LANE**
**12**
**CONCORD, CA 94520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1049
7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Muang Saephanh**
**2807 COOLIDGE AVE**
**OAKLAND, CA 94601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1049
8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Mufashara Tanzum**
**5624 Granada Dr**
**Sarasota, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10499**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Muhammad Ahmed** | *Check all that apply.* | | |
| **2230 Cascades Blvd** | ☐ Contingent | | |
| **Apt 208** | ☐ Unliquidated | | |
| **Kissimmee, FL 34747** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | ☐ Yes | | |

---

**2.10500**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Muhammad Dirbas** | *Check all that apply.* | | |
| **21051SHERMAN DR** | ☐ Contingent | | |
| **CASTRO VALLEY, CA 94552** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | ☐ Yes | | |

---

**2.10501**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Mukti Verma** | *Check all that apply.* | | |
| **17315 Eagle Canyon Place** | ☐ Contingent | | |
| **San Diego, CA 92127** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | ☐ Yes | | |

---

**2.10502**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Muriel Schwartz** | *Check all that apply.* | | |
| **3023 BRANSBURY CT** | ☐ Contingent | | |
| **KISSIMMEE, FL 34747** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1050 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**My Tran**
**4722 College Ave**
**San Diego, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1050 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mya Favela**
**8470 N. SHERIDAN BLV.**
**C 213**
**WESTMINSTER, CO 80003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1050 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mya Velazquez**
**908 RUTHCREST AVE**
**LA PUENTE, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1050 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mya Webb**
**4901 SAN MATEO LANE**
**22**
**ALBUQUERQUE, NM 87109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1050 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myah Duncan**
**64 GUAVA PASS DR**
**OCKLAWAHA, FL 32179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1050 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mychaela Calica**
**3939 Monroe Ave.**
**Apt# 229**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1050 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.73** | **$150.73** |
|---|---|---|---|---|

**MYCHAELA L. CALICA**
**3939 Monroe Ave.**
**Apt# 229**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1051 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myles Adams**
**2500 N RAINBOW BLVD**
**2065**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1051 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myles Threatt**
**320 S PROSPECT AVE**
**13**
**REDONDO BEACH, CA 90277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myles Toto**
**4945 PALM HILL DRIVE**
**WEST PALM BEACH, FL 33415**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myrhiam Garcia**
**108 Princeton St**
**Las Vegas, NV 89107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Myriam Martinez**
**10707 JAMACHA BLVD.**
**SPRING VALLEY, CA 91978**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1051 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Myriam Meronuli**
**9360 Gettysburg Rd**
**Boca Raton, FL 33434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Myriam Siu**
**2642 Andros Lane**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Myrlaine Casseus**
**7505 WOODLAND CREEK LANE**
**LAKE WORTH, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1051 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**myrna almozara**
**6123 FOUNTAIN AVENUE**
**LOS ANGELES, CA 90028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10519**

Priority creditor's name and mailing address

**Mysti Sosa**
**1145 W Baseline Rd**
**Apt. 1096**
**TEMPE, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10520**

Priority creditor's name and mailing address

**Myzhae Byrd**
**3899 CAPE ROYAL AT**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10521**

Priority creditor's name and mailing address

**Nabil Young**
**7815 Latir Mesa NW**
**Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10522**

Priority creditor's name and mailing address

**Nacaree Jordan**
**2500 PLEASANT HILL RD**
**APT.428**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1052 3**

Priority creditor's name and mailing address

**Nacheley Jean Pierre**
**2115 LINTON BLVD**
**APRT 1**
**DELRAY, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1052 4**

Priority creditor's name and mailing address

**Nacia Edwards**
**1860 BRADLEY COURT**
**UNIT A**
**SAN BERNARDINO, CA 92411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1052 5**

Priority creditor's name and mailing address

**Nadege Georges**
**3211 N PINE HILLRD**
**ORLANDO, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1052 6**

Priority creditor's name and mailing address

**Nader Chtay**
**4811 TRUTLE BAY TR**
**BRADENTON, FL 34203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

**2.10527**

Priority creditor's name and mailing address

**Nader Hussein**
**24282 REYES ADOBE WAY**
**VALENCIA, CA 91354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10528**

Priority creditor's name and mailing address

**Nadi Camacho**
**5947 E. Chaucers Dr**
**Tucson, AZ 85756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10529**

Priority creditor's name and mailing address

**Nadia Rosas**
**1560 S ESCONDIDO BLVD.**
**208**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10530**

Priority creditor's name and mailing address

**Nadia Steele**
**6401 CAMINO VENTOSA**
**SAN CLEMENTE, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1053**
**1**

Priority creditor's name and mailing address

**Nadia Taghavi-dinani**
**16 AVENIDA REFLEXION**
**SAN CLEMENTE, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1053**
**2**

Priority creditor's name and mailing address

**Nadina Weatherson**
**875 W. Pecos Rd.**
**Apt. 2167**
**Chandler, AZ 85225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1053**
**3**

Priority creditor's name and mailing address

**Nadine Charles**
**1825 collier ave**
**Fort Myers, FL 33901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1053**
**4**

Priority creditor's name and mailing address

**Nadine Fernandez**
**13097 Via Antibes**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1053 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Naerya Orinion** **743 SPENCER AVE** **SAN JOSE, CA 95125** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1053 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Naethan Landrith** **1361 WEST 9TH AVENUE** **1311** **ESCONDIDO, CA 92029** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1053 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Nagely Munoz** **2529 WEST GREEN ST.** **TAMPA, FL 33607** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1053 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Nahir Rentas** **5316 MILLENIA BLVD** **10-208** **ORLANDO, FL 32839** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10539**

Priority creditor's name and mailing address

**Nahomy Cortes Zamora**
**27719 STARDALE DR**
**SANTA CLARITA, CA 91350**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10540**

Priority creditor's name and mailing address

**Nahuel Recalde**
**522N 19AVE**
**10**
**HOLLYWOOD, FL 33020**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10541**

Priority creditor's name and mailing address

**Naijayah Frederique**
**1541 NW 10 CIRCLE**
**45**
**POMPANO BEACH, FL 33069**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10542**

Priority creditor's name and mailing address

**Naila Vargas**
**851 1/2 Vine St**
**San Jose, CA 95110**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1054 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Nailea Gomez**<br>**5022 DAWNE ST**<br>**SAN DIEGO, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1054 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Naiomy Rentas**<br>**1337 Pleasant Ridge PL**<br>**Orlando, FL 32835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1054 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Najahan Khan**<br>**2258 Green Forrest Dr**<br>**Atlanta, GA 30032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1054 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Najee Norman**<br>**535 SHADY PINE WAY**<br>**A1**<br>**GREENACRES, FL 33415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1054 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.64 | $42.64 |
|---|---|---|---|---|

**Najee Norman**
**535 SHADY PINE WAY**
**A1**
**GREENACRES, FL 33415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1054 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Najir Scott**
**4790 SOUTH CLEVELAND**
**1906**
**FORT MYERS, FL 33907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1054 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nakeisha Thornton**
**1722 S. LEWIS RD**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1055 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.51 | $105.51 |
|---|---|---|---|---|

**NAKEISHA THORNTON**
**1722 S. LEWIS RD**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1055 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nallely Santibanez**
**2144 GREYSTONE TRL**
**ORLANDO, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1055 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancie Jean Pierre**
**490 miner road**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1055 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Castro**
**2137 Sugartree Drive**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1055 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Cervantes**
**6144 N. FAIRVALE DR**
**AZUSA, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1055
5**

Priority creditor's name and mailing address

**Nancy Cervantes
754 W ORANGETHORPE AVE
FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1055
6**

Priority creditor's name and mailing address

**Nancy Cubas-acosta
4630 Sw 34th Ave
Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1055
7**

Priority creditor's name and mailing address

**Nancy Espana
609 CERRO ST
ENCINITAS, CA 92024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1055
8**

Priority creditor's name and mailing address

**Nancy Ferreira
4002 E ROSEMONTE
PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        $0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1055 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Gonzalez**
**940 E Dragon Fly Rd**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Gudino**
**3190 Binghampton Ln**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Hernandez**
**342 N 8th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nancy Hooi**
**280 W CALIFORNIA AVE**
**#110**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1056 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nancy Jerez**<br>**3312 GRAND AVE**<br>**HUNTINGTON PARK, CA 90255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1056 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nancy Lahr**<br>**4051 CARAMBOLA CIR N**<br>**COCONUT CREEK, FL 33066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1056 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nancy Lopez**<br>**10767 Jamacha Blvd**<br>**#173**<br>**Spring Valley, CA 91978** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1056 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nancy Marquez Trejo**<br>**4345 Sw 165th Ave**<br>**Beaverton, OR 97078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name | | |

| 2.1056 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nancy Mendez**
**1374 Buena Vista Ave**
**Pomona, CA 91766**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nancy Millis-MacHaffie**
**9044 SW HILL ST**
**TIGARD, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nancy Moller**
**20041 OSTERMAN RD**
**APT K1**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1057 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nancy Obermeier**
**229 Longleaf Ct**
**Orlando, FL 32835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1057**
**1**

Priority creditor's name and mailing address

**Nancy Otero Ortiz**
**12373 CALLE ALBARA**
**#5**
**EL CAJON, CA 92019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1057**
**2**

Priority creditor's name and mailing address

**Nancy Ramos**
**1085 TASMAN DRIVE**
**SPACE 788**
**SUNNYVALE, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1057**
**3**

Priority creditor's name and mailing address

**Nancy Soto**
**1333 E Grand Ave**
**Apt C108**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1057**
**4**

Priority creditor's name and mailing address

**Nanu Kanneh**
**4434 W. CYPRESS VILLAS DR**
**SPRING, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1057 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Naomi Castillo** <br> **2504 W GRAND AVE** <br> **#E** <br> **ALHAMBRA, CA 91801** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1057 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Naomi Cornell** <br> **9822 QUAY WAY** <br> **WESTMINSTER, CO 80021** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1057 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Naomi Grice** <br> **5350 Jaime Ct** <br> **5350 Jaime Ct** <br> **Palmdale, CA 93551** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1057 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Naomi Rivas** <br> **904 W WALNUT AVE** <br> **MONROVIA, CA 91016** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.10579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Naomi Rux**<br>**15868 S LORA CT**<br>**OREGON CITY, OR 97045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Naomi Simmons**<br>**4123 WESTCHESTER CROSSING**<br>**ROSWELL, GA 30075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Naomi Tubbs**<br>**9749 Se 48th Ave**<br>**Milwaukie, OR 97222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Napoleon Samad**<br>**14570 Fox St.**<br>**Apt. 6**<br>**Mission Hills, CA 91345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1058 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **$0.00** |
| | **Narmin Rahman**<br>**403 MORGANS CREEK CT**<br>**KENNESAW, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1058 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **$0.00** |
| | **Nasmy Rodriguez**<br>**1026 S LORENA ST**<br>**LOS ANGELES, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1058 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **$0.00** |
| | **Natacha Casseus**<br>**507 NE 3rd Ave Apt N**<br>**Delray Beach, FL 33444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1058 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **$0.00** |
| | **Natacha Madere**<br>**1565 Quail Lake Dr**<br>**Apt# F309**<br>**West Palm Beach, FL 33409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1058 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natajia Small**
**14090 E EVANS AVE**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 8 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Natalee Causor**
**319 BURNING TREE DR**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 9 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Natalia Gonzalez**
**16509 Ingram Street**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1059 0 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Natalia Pacheco**
**30 Sedona Cove Drive**
**Apopka, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1059 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.1059 1**

Priority creditor's name and mailing address

**Natalia Villegas Munoz**
**3203 W tower ct**
**kissimmee, FL 34741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1059 2**

Priority creditor's name and mailing address

**Natalie Barajas**
**1221 Carlton Way**
**Venice, CA 90291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1059 3**

Priority creditor's name and mailing address

**Natalie Camacho**
**9550 LONGPOINT RD**
**170**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1059 4**

Priority creditor's name and mailing address

**Natalie Cardenales**
**4269 S SEMORAN APT 21**
**ORLANDO, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1059 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Carter Guetzala**
**1965 LA CORTA ST.**
**LEMON GROVE, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1059 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Cruz**
**4975 HANSEN AVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1059 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Donah**
**5005 BASIN ST NE**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1059 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Gonzalez Sanchez**
**3710 W Northern Ave**
**apt 302**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10599**

Priority creditor's name and mailing address
**Natalie Jewett**
**79613 CARMEL VALLEY AVE**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10600**

Priority creditor's name and mailing address
**Natalie Jones**
**8490 Dallas St**
**La Mesa, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10601**

Priority creditor's name and mailing address
**NATALIE JONES**
**8490 Dallas St**
**La Mesa, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,015.53**   **$1,015.53**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10602**

Priority creditor's name and mailing address
**Natalie L.  Barajas**
**1221 Carlton Way**
**Venice, CA 90291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10.97**   **$10.97**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1060 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Lahr**
**4301 E. Catalina Dr**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1060 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Lopez**
**10700 ACADEMY RD NE**
**1726**
**ALBUQUERQUE, NM 87111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1060 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Maldonado**
**1802 Winchester Ct**
**Saint Cloud, FL 34771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1060 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Migliaccio**
**15141 SE LA CRESCENTA WY**
**PORTLAND, OR 97267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1060 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Palma**
**460 E MISSION AVE**
**#4**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1060 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Salas**
**214 Lake Parsonsgreen**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1060 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Sanman**
**1107 Aloha**
**Arcata, CA 95521**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1061 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Natalie Soto**
**S STEWART**
**E 1009**
**MESA, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1061 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Torres**
**10408 CORNELIA CT SW**
**ALBUQUERQUE, NM 87121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1061 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Towey**
**29745 RAMSEY COURT**
**TEMECULA, CA 92591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1061 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Natalie Tran**
**1092 KITCHENER CIR**
**SAN JOSE, CA 95121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1061 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nataly Avila Flores**
**9402 CROOKED WOOD LN**
**HOUSTON, TX 77086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1061 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Natanael Sanchez**
**3108 LA PUENTE RD.**
**WEST COVINA, CA 91792**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1061 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Natasha Box**
**13022 Neddick Avenue**
**Poway, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1061 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Natasha Hilliker**
**6769 S INDEPENDENCE ST**
**LITTLETON, CO 80128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1061 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Natasha Sardi**
**10521 SW 158TH CT**
**306**
**MIAMI, FL 33196**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10619**

Priority creditor's name and mailing address

**Nateisha Earl**
**FAIRLOCK LANE**
**478**
**ATLANTA, GA 30331**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown      $0.00

---

**2.10620**

Priority creditor's name and mailing address

**Nathalia Castillo**
**2678 CAMPBELL RD**
**HOUSTON, TX 77080**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown      $0.00

---

**2.10621**

Priority creditor's name and mailing address

**Nathalie Camacho**
**45461 NEWTREE AVE**
**LANCASTER, CA 93534**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown      $0.00

---

**2.10622**

Priority creditor's name and mailing address

**Nathalie Garcia**
**244 East Ave P1**
**PALMDALE, CA 93550**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown      $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1062 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Nathalie Lizarraga**
**4102 45TH STREET**
**SAN DIEGO, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1062 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Nathalie Mena-Rodriguez**
**5338 E. ATCHISON STREET**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1062 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Nathalie Villavicencio**
**32300 CANYON VISTA RD**
**CATHEDRAL CITY, CA 92234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1062 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Nathaly Guerrero**
**16803 KILWINNING DR**
**HOUSTON, TX 77084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1062 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nathaly Hernandez**
**1535 W RENE DR**
**ANAHEIM, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1062 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.42** | **$360.42** |
|---|---|---|---|---|

**Nathaly Hernandez**
**1535 W RENE DR**
**ANAHEIM, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1062 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75.02** | **$75.02** |
|---|---|---|---|---|

**Nathan A.  Hallada**
**2410 S DEARBORN**
**2410**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1063 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nathan Athis**
**221 RIVER CHASE TRAIL**
**221**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1063 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**NATHAN BALDOVINOS LUCAS**
**13820 SW ELECTRIC ST**
**UNIT 17-E**
**BEAVERTON, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1063 2 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Nathan Bennett**
**80 South Broad St**
**Pawcatuck, CT 06379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1063 3 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Nathan Bowey**
**8916 SE LAFAYETTE ST**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1063 4 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Nathan Burroughs**
**1219 CAPISTRANO LANE**
**VISTA, CA 92081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1063 5**

Priority creditor's name and mailing address

**Nathan Cable**
**11175 El Nopal Dr**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1063 6**

Priority creditor's name and mailing address

**Nathan Conley**
**14151 Flower St. #6**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1063 7**

Priority creditor's name and mailing address

**Nathan Conner**
**256 CAMINO CORTINA**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1063 8**

Priority creditor's name and mailing address

**Nathan De Leon**
**13406 S SABLERIDGE LN**
**HOUSTON, TX 77014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10639**

Priority creditor's name and mailing address

**Nathan Hallada**
**2410 S DEARBORN**
**2410**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10640**

Priority creditor's name and mailing address

**Nathan Moesta**
**15452 VINCENNES ST**
**NORTH HILLS, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10641**

Priority creditor's name and mailing address

**Nathan Ndlovu**
**429 Cierra Oaks Cr**
**Lady Lake, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10642**

Priority creditor's name and mailing address

**Nathan Silva**
**8236 NOLA DR**
**DENVER, CO 80221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1064 3**

Priority creditor's name and mailing address

**Nathan Squires**
**1538 MCGREGOR RESERVE DR**
**FORT MYERS, FL 33901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1064 4**

Priority creditor's name and mailing address

**Nathan Van Buren**
**13051 BEECHTREE ST**
**LAKESIDE, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1064 5**

Priority creditor's name and mailing address

**Nathan Vazquez**
**30041 TESSIER**
**156**
**LAGUNA NIGUEL, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1064 6**

Priority creditor's name and mailing address

**Nathan Venegas**
**1045 N AZUSA AVE**
**105**
**COVINA, CA 91722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1064 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.57 | $241.57 |
|---|---|---|---|---|

**NATHAN W.  SQUIRES**
**1538 MCGREGOR RESERVE DR**
**FORT MYERS, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nathanael Luna**
**6704 Waxwing LN**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nathaniel Elebario**
**6612 Jade Park**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1065 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nathaniel Fernandez**
**503 OLYMPIC BOULEVARD**
**SANTA MONICA, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1065 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1065**
**1**

Priority creditor's name and mailing address

**Nathaniel freeman**
**2859 DIAMOND DRIVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1065**
**2**

Priority creditor's name and mailing address

**NATHANIEL FREEMAN**
**2859 DIAMOND DRIVE**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$449.52**    **$449.52**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1065**
**3**

Priority creditor's name and mailing address

**Nathaniel Gonzales**
**3955 VINEYARD AVE**
**93**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1065**
**4**

Priority creditor's name and mailing address

**Nathaniel Holcomb**
**4865 Redtop Drive Se**
**Acworth, GA 30102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|------------------------|-------------------|
| | Name | | | |

---

**2.1065 5**

Priority creditor's name and mailing address

**Nathaniel Kragen**
**3172 CAMDON CT**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1065 6**

Priority creditor's name and mailing address

**Nathaniel Milone**
**8502 E BAKER PL**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1065 7**

Priority creditor's name and mailing address

**Nathaniel Mocombe**
**749 Nw 5th St**
**Hallandale, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1065 8**

Priority creditor's name and mailing address

**Nathaniel Schilling**
**2220 E BEARDSLEY RD**
**1091**
**PHOENIX, AZ 85024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.10659**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nathian Soto**<br>**2822 WEST BROOK ST**<br>**SANTA ANA, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.10660**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Naweed Masoud**<br>**20 ALAMITOS**<br>**FOOTHILL RNCH, CA 92610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.10661**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nayeli Antunez**<br>**2229 Alice Rd.**<br>**Sarasota, FL 34231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.10662**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nayeli Gutierrez**<br>**1780 S Villas Ln**<br>**Chandler, AZ 85286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1066 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nayely Cruz**
**MAPLEWAY SAFETY HARBOR**
**194**
**CLEARWATER, FL 34695**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1066 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nayla Mota**
**38 FANO ST**
**B**
**ARCADIA, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1066 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.43** | **$50.43** |
|---|---|---|---|---|

**Nayla S.  Mota**
**38 FANO ST**
**B**
**ARCADIA, CA 91006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1066 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nayla Sanchez Moliner**
**8640 SE CAUSEY AVE**
**R302**
**HAPPY VALLEY, OR 97086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1066<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Naysoli Mejia**
**1100 CALANDA AVE**
**ORLANDO, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1066<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nayzeth Herrera**
**8525 SE ORCHARD LANE**
**UNIT 83**
**HAPPY VALLEY, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1066<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nazareth Ramos Lepe**
**4455 NEWTON AVENUE**
**#A**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1067<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nazeim Augustus**
**3325 HILL DR NW**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1067 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ndeah Dismuke**
**178 CASTLEAIR COURT**
**KENNESAW, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1067 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ndundi Richard**
**1721 Lily Valley Dr**
**LAWRENCEVILLE, GA 30045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1067 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NEBRASKA DEPT. OF REVENUE**
**P.O. BOX 98915**
**LINCOLN, NE 68509-8915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1067 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nehal ElMashak**
**2652 WHISPER LAKES CLUB CIR**
**ORLANDO, FL 32837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) **20-02477-LA7** |
| Name | |

**2.1067 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**NEILL SCHULTZ**
**26441 HILLHURST COURT**
**SUN CITY, CA 92586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1067 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Neisa rodriguez**
**6207 N LOIS AVE**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1067 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Neithan Contreras**
**81117 Alberta Ave**
**Indio, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1067 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19.18** | **$19.18** |
|---|---|---|---|

**Neithan Contreras**
**81117 Alberta Ave**
**Indio, CA 92201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10679**

Priority creditor's name and mailing address

**Nekisha Avery**
**2479 ABNER TERRENCE**
**237**
**ATLANTA, GA 30318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10680**

Priority creditor's name and mailing address

**Nelam Khan**
**1221 W 29TH ST.**
**109**
**LOS ANGELES, CA 90007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10681**

Priority creditor's name and mailing address

**Nelida Barragan**
**15330 LA ROCCA DR**
**MORGAN HILL, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10682**

Priority creditor's name and mailing address

**Nelie Vedrine**
**5232 Ne 4th Ter**
**Fort Lauderdale, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1068 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Neliza Becker**
**13162 SILVER BIRCH DR**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nellie Paing**
**30 Alexandria**
**Irvine, CA 92614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.10** | **$165.10** |
|---|---|---|---|---|

**Nellie Paing**
**30 Alexandria**
**Irvine, CA 92614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nelly Bolanos**
**569 EAST 11TH STREET**
**16**
**UPLAND, CA 91785**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.10687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nelly Guerrero**
**1320 E Crescent Av**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nelmaris Torres**
**1714 Freeman Dr**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nelson Diaz**
**2800 Grayton St**
**Deltona, FL 32738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Nelson Jumelles**
**1401 Sw 135th Terr**
**Pembroke Pines, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1069 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nelson Luna**
**4090 1/2 National Ave**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nelson Nunes**
**13140 San Felipe St**
**La Mirada, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nelson Rivera**
**8875 PEARLS STREET**
**804**
**THORNTON, CO 80229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nelson Sanchez**
**1451 S 45th ST. apt 304**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1069 5**

Priority creditor's name and mailing address

**Nely Garcia
751 W Channel Islands
#8
Oxnard, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1069 6**

Priority creditor's name and mailing address

**Nenette Zamora
328 1/2 S. 6th St
Alhambra, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1069 7**

Priority creditor's name and mailing address

**NEREYDA AGUIRRE
1105 E. AVE. Q4
623
PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1069 8**

Priority creditor's name and mailing address

**Nereyda Morales
3050 COBB PARKWAY
# 6321
KENNESAW, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10699**

Priority creditor's name and mailing address
**Nerlande Jean-baptiste**
**9360 Gettysburg Rd.**
**Boca Raton, FL 33434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10700**

Priority creditor's name and mailing address
**Nery Jimenez Cardenas**
**1850 BATSON AVE**
**232**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10701**

Priority creditor's name and mailing address
**Neshal Sharma**
**44 NEWHALL ST**
**HAYWARD, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10702**

Priority creditor's name and mailing address
**Nesma Elhawary**
**15101 FAIRFIELD RANCH RD**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1070 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nestor Narro**
**1158 SUNNYVALE SARATOGA RD**
**32**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nestor Perdomo**
**1566 WABASH ST**
**1566**
**ALVISO, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Netsanet Kassa**
**4796  Burns Rd NW**
**lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Neva Mitchell**
**2647 SHIRLEYS WAY**
**102**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1070 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NEVADA DEPARTMENT OF TAXATION**<br>**PO BOX 52609**<br>**PHOENIX, AZ 85072-2609** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.1070 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NEVADA DEPT OF TAXATION**<br>**STATE OF NEVADA**<br>**PO BOX 52609**<br>**PHOENIX, AZ 85072-2609** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.1070 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NEVADA DEPT OF TAXATION**<br>**PO BOX 52674**<br>**PHOENIX, AZ 85072-2674** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.1071 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NEVADA DEPT OF TAXATION**<br>**555 E. WASHINGTON AVE., #1300**<br>**LAS VEGAS, NV 89101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1071 1**

Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**PO BOX 51180**
**ATTN COMMERCE TAX**
**REMITTANCE**
**LOS ANGELES, CA 90051-5480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.1071 2**

Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**STATE OF NEVADA - SALES USE**
**PO BOX 7165**
**SAN FRANCISCO, CA 94120-7165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.1071 3**

Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**PO BOX 7165**
**SAN FRANCISCO, CA 94120-7165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.1071 4**

Priority creditor's name and mailing address

**NEVADA STATE TREASURER**
**PO BOX 844500**
**LOS ANGELES, CA 90084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1071 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1071 5 | Priority creditor's name and mailing address **Nevaeh Clements 617 SAN MARIO DR SOLANA BEACH, CA 92075** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1071 6 | Priority creditor's name and mailing address **NEW MEXICO TAX AND REV DEPT PO BOX 25128 SANTA FE, NM 87504-5128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1071 7 | Priority creditor's name and mailing address **NEW MEXICO TAXATION AND REV DEPT PO BOX 25128 SANTA FE, NM 87504-5128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1071 8 | Priority creditor's name and mailing address **Nezira trumic 22702 PACIFIC PARK DR K34 ALISO VIEJO, CA 92656** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10719**

Priority creditor's name and mailing address

**Ngan Ngo**
**227 HARRISON AVE #1**
**SAN JOSE, CA 95008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10720**

Priority creditor's name and mailing address

**Ngena Wilodnja**
**5110 E. BELLEVUE ST.**
**208**
**TUCSON, AZ 85712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10721**

Priority creditor's name and mailing address

**Ngu Phan**
**1317 W CASTLE AVE**
**ANAHEIM, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10722**

Priority creditor's name and mailing address

**Ngu Phan**
**1317 W CASTLE AVE**
**ANAHEIM, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$81.57**   **$81.57**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1072 3**

Priority creditor's name and mailing address

**Nia Carnegie**
**1321 LINCOLN CREST DRIVE**
**1321**
**AUSTELL, GA 30106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1072 4**

Priority creditor's name and mailing address

**Nia Marie Francis**
**6728 IXORA DRIVE**
**MIRAMAR, FL 33023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1072 5**

Priority creditor's name and mailing address

**Nia-marie Francis**
**6728 IXORA DRIVE**
**MIRAMAR, FL 33023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$66.17** | **$66.17**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1072 6**

Priority creditor's name and mailing address

**Nic Price**
**108 NE 6TH STREET**
**BATTLE GROUND, WA 98604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| Name | | |

---

**2.1072 7**

Priority creditor's name and mailing address
**Nic R.  Price**
**108 NE 6TH STREET**
**BATTLE GROUND, WA 98604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.42    $180.42

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1072 8**

Priority creditor's name and mailing address
**Nichlaus Navarro**
**811 E. Wetmore Rd**
**Apt 4107**
**Tucson, AZ 85719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1072 9**

Priority creditor's name and mailing address
**NICHOLAS A.  HENDERSON**
**4007 CYPRESS LANE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$315.42    $315.42

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1073 0**

Priority creditor's name and mailing address
**Nicholas Arango**
**1777 MITCHELL AVE**
**68**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1073 1 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Nicholas Arntsen**
**BEAVERTON**
**BEAVERTON, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1073 2 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Nicholas Barwick**
**407 CIERRA OAKS CIR.**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1073 3 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Nicholas Bodenstadt**
**5915 Ridgemoor Dr.**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1073 4 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**NICHOLAS BOYER**
**11540 HOMESTAKE PEAK**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1073 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Brinson**
**1135 OAKLAND LANE**
**B4**
**ATLANTA, GA 30310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Bustamante**
**9711 Carnation Avenue**
**Fountain Valley, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$355.24** | **$355.24** |
|---|---|---|---|---|

**Nicholas Byrd**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Cabuhat**
**1774 Wingfoot PO**
**El Cajon, CA 92019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10739**

Priority creditor's name and mailing address

**Nicholas Carrillo**
**15416 ARCHWOOD STREET**
**VAN NUYS, CA 91406**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10740**

Priority creditor's name and mailing address

**Nicholas Cerda**
**29529 Hubble Way**
**Murrieta, CA 92563**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10741**

Priority creditor's name and mailing address

**Nicholas Chaon-Alcantar**
**8335 W BUTLER DR**
**PEORIA, AZ 85345**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10742**

Priority creditor's name and mailing address

**Nicholas Clevidence**
**5322 SE FLAVEL DR.**
**2**
**PORTLAND, OR 97206**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1074 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Collins**
**4445 SW 194 CT**
**BEAVERTON, OR 97078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Dana**
**4768 L ST**
**WASHOUGAL, WA 98671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Doan**
**2601 W 16TH ST**
**SANTA ANA, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$141.20** | **$141.20** |
|---|---|---|---|---|

**Nicholas E. Webber**
**10833 NEW SALEM WAY**
**SAN DIEGO, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1074 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Egan**
**4004 CAROL DRIVE**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1074 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Fierro**
**611 W West Ave**
**Fullerton, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1074 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Fitzgerald**
**7533 Jasmine Blvd**
**port richey, FL 34668**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1075 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Gagnon**
**22946 Moonstone Ln**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1075 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.43 | $11.43 |
|---|---|---|---|---|
| | **Nicholas Gagnon** **22946 Moonstone Ln** **Lake Forest, CA 92630** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1075 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Nicholas Garcia** **3411 GRANDE VISTA PARKWAY 326** **RIVERSIDE, CA 92503** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1075 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Nicholas Gerberg** **18195 SW BUTTERNUT ST** **ALOHA, OR 97078** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1075 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Nicholas Gibson** **3249 TOURIGA DRIVE** **PLEASANTON, CA 94566** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1075 5**

Priority creditor's name and mailing address

**Nicholas Goodwin**
**525 Dotterel Rd 33d**
**Delray Beach, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown     $0.00

---

**2.1075 6**

Priority creditor's name and mailing address

**Nicholas Gurule**
**4636 VANDEVER AVE**
**SAN DIEGO, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown     $0.00

---

**2.1075 7**

Priority creditor's name and mailing address

**NICHOLAS HENDERSON**
**4007 CYPRESS LANE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown     $0.00

---

**2.1075 8**

Priority creditor's name and mailing address

**Nicholas Herrera**
**9225 Stuart St**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown     $0.00

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.10759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---------|---|---|---|---|

**Nicholas Johnston**
**543 JESSE JAMES DR**
**4082261084**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---------|---|---|---|---|

**Nicholas Kingston**
**31442 VALLEY RIDGE DR**
**RUNNING SPRINGS, CA 92382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---------|---|---|---|---|

**Nicholas Krietenstein**
**6942 W. LAREDO ST.**
**CHANDLER, AZ 85226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---------|---|---|---|---|

**Nicholas Laplante**
**7058 REED CT**
**ARVADA, CO 80003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1076 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Lochan**
**140 NW 207TH WAY**
**PEBROKE PINES, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1076 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Mathews**
**8236 Harrisburg Dr.**
**Fort Myers, FL 33967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1076 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Mendiola**
**821 LAKEMUIR DR.**
**SUNNYVALE, CA 94089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1076 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nicholas Morgenstern**
**530 SW 1ST STREET**
**BOYNTON BEACH, FL 33435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10767**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Nicholas Neal**
**18035 SOLEDAD CANYON RD**
**81**
**SANTA CLARITA, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10768**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Nicholas Nicolazzi**
**1121 Druid Rd E**
**Apt 604**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10769**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Nicholas Nunez**
**16139 LAQUINTA COURT**
**CHINOHILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10770**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Nicholas Probst**
**5401 S VIVIAN ST**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1077 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Provenzano**
**2346 4th Ave N**
**St. Petersburg, FL 33713**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1077 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$102.17** | **$102.17** |
|---|---|---|---|---|

**NICHOLAS R. PROBST**
**5401 S VIVIAN ST**
**LITTLETON, CO 80127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1077 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Riddle**
**140 W. FIRST ST.**
**22**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1077 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicholas Rinehart**
**975 DEL DIOS RD**
**212**
**ESCONDIDO, CA 92092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1077 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicholas Roh** | *Check all that apply.* | | |
| **555 Morning Dove Place** | ☐ Contingent | | |
| **Brea, CA 92823** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1077 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125.60** | **$125.60** |
|---|---|---|---|
| **Nicholas Roh** | *Check all that apply.* | | |
| **555 Morning Dove Place** | ☐ Contingent | | |
| **Brea, CA 92823** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1077 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicholas Severson** | *Check all that apply.* | | |
| **20582 SW TRAILSEND DR** | ☐ Contingent | | |
| **SHERWOOD, OR 97140** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1077 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicholas Starsmere** | *Check all that apply.* | | |
| **24418 HAMPTON DRIVE** | ☐ Contingent | | |
| **VALENCIA, CA 91355** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

**2.10779**

Priority creditor's name and mailing address

**Nicholas Torres**
**3401 West Le Roy Street**
**Tampa, FL 33607**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.10780**

Priority creditor's name and mailing address

**Nicholas Vaughn**
**8461 POLDER CIR**
**HUNTINGTON BEACH, CA 92647**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.10781**

Priority creditor's name and mailing address

**Nicholas Vitale**
**848 W. HUNTINGTON DRIVE 32**
**ARCADIA, CA 91007**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

**2.10782**

Priority creditor's name and mailing address

**Nicholas von Esch**
**14265 MERION CIR**
**VALLEY CENTER, CA 92082**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1078 3**

Priority creditor's name and mailing address

**Nicholas Webber**
**10833 NEW SALEM WAY**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1078 4**

Priority creditor's name and mailing address

**Nicholas Wolverton**
**3159 LAKEPOINT COURT**
**ACWORTH, GA 30102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1078 5**

Priority creditor's name and mailing address

**Nichole King**
**5205 W. Thunderbird Rd**
**Apt 2120**
**Glendale, AZ 85306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1078 6**

Priority creditor's name and mailing address

**Nichole Loughlin**
**14125 SW Cherryhill Dr**
**Beaverton, OR 97008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1078 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nick Alvarez**
**6043 HILLANDALE DR.**
**4**
**HIGHLAND PARK, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1078 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nick Bobeda**
**5691 Crestline Place**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1078 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nickalas Hammar**
**2429 CYCAD TREE ST**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1079 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nickisha Jenkins**
**2618 21ST AVE SW**
**LARGO, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1079 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicklas Martinson**
**2109 NE 151ST CT**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nickolas Adams**
**3523 E SHANNON STREET**
**GILBERT, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nickolas Newton**
**6507 S HARDY DR**
**211**
**TEMPE, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicky Chlumsky**
**5670 HARBORAGE DRIVE**
**FORT MYERS, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1079 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas Bailey**
**201 HONDO RD SW**
**RIO RANCHO, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas Burcham**
**332 LYTHAM GLEN**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas bustamante**
**6802 N. 67TH AVE.**
**34105**
**GLENDALE, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1079 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas Covarrubias**
**1693 OLEANDER AVENUE**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.10799**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Nicolas Del-carmen**
**1657 w.**
**cubbon  st**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108000**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Nicolas Diaz Macias**
**14503 ARBOR HILLS RD**
**TAMPA, FL 33625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108001**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.55 | $220.55 |
|---|---|---|---|

**Nicolas E.  Guimont**
**4771 E LAUREL AVE**
**GILBERT, AZ 85234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108002**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Nicolas Guimont**
**4771 E LAUREL AVE**
**GILBERT, AZ 85234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1080 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Nicolas Hice** **9016 SE SCOTTSTREE WAY** **9016** **CLACKAMAS, OR 97015** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 2.1080 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Nicolas Morales** **4625 Jamerson Pkwy** **Marietta, GA 30066** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 2.1080 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **Nicolas Siu** **45215 PICKFORD AVE** **LANCASTER, CA 93534** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 2.1080 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$140.94** | **$140.94** |
|---|---|---|---|---|---|
| | **Nicolas T.  Burcham** **332 LYTHAM GLEN** **ESCONDIDO, CA 92026** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1080 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas Tartaro**
**15831 HARVEST STREET**
**GRANADA HILLS, CA 91344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1080 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolas Widte**
**2087 Walden Park Dr.**
**Snellville, GA 30078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1080 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicolaza Munoz**
**8431 QUIGLEY ST.**
**WESTMINSTER, CO 80031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1081 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Bolar**
**303 S ROOP ST.**
**CARSON CITY, NV 89701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1081 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

| 2.1081 1 | Priority creditor's name and mailing address<br>**Nicole Bushnell**<br>**10395 Orozco Rd**<br>**SAN DIEGO, CA 92124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1081 2 | Priority creditor's name and mailing address<br>**Nicole Chetwood**<br>**13285 SW 107TH AVE**<br>**TIGARD, OR 97223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1081 3 | Priority creditor's name and mailing address<br>**Nicole Choi**<br>**3314 MELINE FIELDS DR**<br>**SPRING, TX 77386** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1081 4 | Priority creditor's name and mailing address<br>**Nicole Daley**<br>**37 NW  6TH AVE**<br>**DANIA BEACH, FL 33004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1081 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Delatorre**
**1643 N Stimson Ave**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1081 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole DeLuque**
**14071 SW 78 STREET**
**MIAMI, FL 33183**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1081 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Dieguez**
**3318 w 139th st**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1081 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Greenland**
**1810 UPPER GLENCOE AVE**
**SARASOTA, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.10819**

Priority creditor's name and mailing address

**Nicole Gurbach**
**22681 OAKGROVE**
**APARTMENT 511**
**ALISO VIEJO, CA 92656**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown        $0.00

---

**2.10820**

Priority creditor's name and mailing address

**Nicole Heads**
**16449 NELSON PARK DRIVE**
**B9 207B**
**CLERMONT, FL 34714**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown        $0.00

---

**2.10821**

Priority creditor's name and mailing address

**Nicole Hoops**
**2869 YORKTOWN STREET**
**SARASOTA, FL 34231**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown        $0.00

---

**2.10822**

Priority creditor's name and mailing address

**Nicole Lennie**
**17471 Sw 18th St**
**Hollywood, FL 33029**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown        $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1082 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Lopez**
**2715 E Mews RD**
**Gilbert, AZ 85298**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1082 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Marmolejos**
**282 Mcdonald Ave**
**San Jose, CA 95116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1082 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Naungayan**
**7921 DAHLIA CIRCLE**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1082 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nicole Orozco Valdez**
**2303 S VAUGHN WAY**
**102**
**AURORA, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10827**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Nicole Peters** | Check all that apply. | | |
| **385 BORREGO AVE** | ☐ Contingent | | |
| **OXNARD, CA 93033** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.10828**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Nicole Pomar** | Check all that apply. | | |
| **5401 SW 99 CT** | ☐ Contingent | | |
| **MIAMI, FL 33165** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.10829**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Nicole Price** | Check all that apply. | | |
| **1442 S LANSING ST** | ☐ Contingent | | |
| **AURORA, CO 80012** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.10830**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Nicole Reichling** | Check all that apply. | | |
| **2400 Old South Drive** | ☐ Contingent | | |
| **Apt #3703** | ☐ Unliquidated | | |
| **Richmond, TX 77406** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1083 1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicole Rojas-Perez**<br>**14660 SW 76TH AVE**<br>**81**<br>**TIGARD, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1083 2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicole Shafer**<br>**4913 Old Bradenton Rd**<br>**#106**<br>**Sarasota, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1083 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicole Steffey**<br>**16001 N. 25th St.**<br>**#128**<br>**Phoenix, AZ 85032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1083 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nicole Taylor**<br>**701 E APACHE BLVD**<br>**TEMPE, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1083 5**

Priority creditor's name and mailing address

**Nicole Verdugo**
**8220 Monterey Hwy**
**#13133**
**Coyote, CA 95013**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**　　**$0.00**

---

**2.1083 6**

Priority creditor's name and mailing address

**Nicole Wesley**
**7102 RITA AVE**
**33**
**LOS ANGELES, CA 90016**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**　　**$0.00**

---

**2.1083 7**

Priority creditor's name and mailing address

**Nicole Whelan**
**30554 SAN PASQUAL ROAD**
**TEMECULA, CA 92591**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**　　**$0.00**

---

**2.1083 8**

Priority creditor's name and mailing address

**Nicole White**
**21956 MARJORAM CT**
**SANTA CLARITA, CA 91350**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**　　**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1083 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nicole Williams** **1788 Hammock Blvd** **Coconut Creek, FL 33063** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1084 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nicolle Arroyo** **304 Ave. D** **#6** **Redondo Beach, CA 90277** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1084 1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nicolle Commeford** **9971 PALO ALTO ST.** **RANCHO CUCAMONGA, CA 91730** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1084 2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nicolle Laurent** **1530 Stone Haven** **Apt 3** **Boynton Beach, FL 33436** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1084 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nigel Robinson**
**15325 TREVISO ST**
**ORLANDO, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Niketa Macklin**
**5010 GROVE WEST BLVD**
**1605**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nikhil Mullapudi**
**1080 INVERNESS WAY**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$302.15** | **$302.15** |
|---|---|---|---|---|

**Nikhil Mullapudi**
**1080 INVERNESS WAY**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.1084 7 | Priority creditor's name and mailing address<br>**Nikita Pantelynko**<br>**8051 W CHARLESTON BOULEVARD 12**<br>**LAS VEGAS, NV 89117** | **Unknown**   **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1084 8 | Priority creditor's name and mailing address<br>**Nikki Khamsing**<br>**29187 WOODBINE LN**<br>**MENIFEE, CA 92584** | **Unknown**   **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1084 9 | Priority creditor's name and mailing address<br>**Nikki Khamsing**<br>**29187 WOODBINE LN**<br>**MENIFEE, CA 92584** | **$72.43**   **$72.43** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1085 0 | Priority creditor's name and mailing address<br>**Nikki Pearson**<br>**2972 14TH AVE SE**<br>**NAPLES, FL 34117** | **Unknown**   **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1085
1**

Priority creditor's name and mailing address

**Nikki Ying
5905 SANDSTONE AVE
SARASOTA, FL 34243**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1085
2**

Priority creditor's name and mailing address

**Nikko Hill
3131 HOMESTEAD RD
16 E
SANTA CLARA, CA 95051**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1085
3**

Priority creditor's name and mailing address

**Nikko Owens
4571 W 89th Way
Westminster, CO 80031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1085
4**

Priority creditor's name and mailing address

**Niko Falcon
3716 STANLEY BLVD
PLEASANTON
PLEASANTON, CA 94566**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1085 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nikolce Milevski**
**9492 Casoria Court. #201**
**Naples, FL 34113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1085 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nikole Bainum**
**32861 BUCCANEER ST**
**DANA POINT, CA 92629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1085 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**NILES CITY TAX**
**583 JOHNSON ROAD**
**GRASSFLAT, PA 00016-8390**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1085 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nina Wilk**
**12209 ARUCAUNA WAY**
**SAN DIEGO, CA 92129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10859**

Priority creditor's name and mailing address

**Ninette Michel**
**14540 BALDWIN AVE.**
**BALDWIN PARK, CA 91706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown** **$0.00**

---

**2.10860**

Priority creditor's name and mailing address

**Ninfa Haro**
**12101 DALE AVE**
**60**
**STANTON, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown** **$0.00**

---

**2.10861**

Priority creditor's name and mailing address

**Niquan Smith**
**824 EAST MAGNOLIA STREET**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown** **$0.00**

---

**2.10862**

Priority creditor's name and mailing address

**Niraj Patel**
**265 Kenbrook Cr.**
**San Jose, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown** **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1086 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nissa Gamez**
**3711 Hellman Ave.**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1086 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**No Name Given Cindyana**
**3201 YORBA LINDA BLVD**
**105**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1086 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.11** | **$74.11** |
|---|---|---|---|---|

**NOAH A.  MORRIS**
**991 BORANDA AVE**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1086 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Noah Calderon**
**15036 Oak Lane**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10867**

Priority creditor's name and mailing address

**Noah Comeaux**
**410 BLACK FEATHER LOOP 12**
**CASTLE ROCK, CO 80104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10868**

Priority creditor's name and mailing address

**Noah Couchman**
**3985 PARRON ST.**
**CAMARILLO, CA 93010**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10869**

Priority creditor's name and mailing address

**Noah Deragon**
**4341 SPRING STREET #6**
**LA MESA, CA 91941**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.10870**

Priority creditor's name and mailing address

**Noah Diaz**
**1510 Moston Drive**
**Spring, TX 77386**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1087 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Douge**
**801 WILDROSE DRIVR**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1087 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Fernandez**
**2951 E Ashlan Ave**
**Fresno, CA 93720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1087 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Hyland**
**6811 Ne 121st Ave**
**Apt Cc250**
**Vancouver, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1087 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Jackman**
**14262 SW FANNO CREEK CT.**
**TIGARD, OR 97224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1087 5**

Priority creditor's name and mailing address

**Noah Jacobs**
**95 N AVONLEA CIR**
**THE WOODLANDS, TX 77382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1087 6**

Priority creditor's name and mailing address

**Noah Lamb**
**4763 Yuma Ave**
**Apt. C**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1087 7**

Priority creditor's name and mailing address

**Noah Levrant**
**1158 PICKED PETAL CT**
**HENDERSON, NV 89074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1087 8**

Priority creditor's name and mailing address

**Noah Morris**
**991 BORANDA AVE**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1087 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Pfister**
**5628 RAINBOW CREST DR**
**AGOURA HILLS, CA 91301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noah Swindoll**
**4950 SOLOLA AVE**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.87 | $0.00 |
|---|---|---|---|---|

**Noam Texerman**
**6703 RANCHO LAKES COURT**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Noe Benitez**
**15508 Williams St**
**Apt D**
**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1088 3**

Priority creditor's name and mailing address

**Noe Carrilo**
**878 SOUTH 9TH ST.**
**HOUSE**
**SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1088 4**

Priority creditor's name and mailing address

**Noe Conde**
**47 ST.LUCIE AVE**
**Sarasota, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1088 5**

Priority creditor's name and mailing address

**Noe Jimenez**
**3610 LANDINGS WAY DR**
**108**
**TAMPA, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1088 6**

Priority creditor's name and mailing address

**Noe Perez**
**546 NORTH MELROSE DR**
**VISTA, CA 92083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1088 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1088 7 | Priority creditor's name and mailing address<br>**Noe Teofilo-Mejia**<br>**1576 Tilly Ave**<br>**Clearwater, FL 33576** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1088 8 | Priority creditor's name and mailing address<br>**Noel Cuellar**<br>**8703 MARLIN CT**<br>**TAMPA, FL 33634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1088 9 | Priority creditor's name and mailing address<br>**Noel Gomez**<br>**4205 W 3RD STREET**<br>**LOS ANGELES, CA 90020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1089 0 | Priority creditor's name and mailing address<br>**NOEL GOMEZ**<br>**4205 W 3RD STREET**<br>**LOS ANGELES, CA 90020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$328.21** | **$328.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1089
1**

Priority creditor's name and mailing address

**Noel Guzman
3502 CAYMAN CT APT 2905
KISSIMMEE, FL 34741**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1089
2**

Priority creditor's name and mailing address

**Noel Johnson
10580 CLEAR LOOP LAKE
170
FORT MYERS, FL 33908**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1089
3**

Priority creditor's name and mailing address

**Noel rivera
295 WYMORE RD
203
ALTAMONTE SPRINGS, FL 32714**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1089
4**

Priority creditor's name and mailing address

**Noel Sumayang
228 GREENWICH DR
PLEASANT HILL, CA 94523**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1089 5 | Priority creditor's name and mailing address<br>**Noel Villanueva**<br>**1441 MARJORIE AVE.**<br>**ESCONDIDO, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1089 6 | Priority creditor's name and mailing address<br>**NOEL VILLANUEVA**<br>**1441 MARJORIE AVE.**<br>**ESCONDIDO, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18.82** | **$18.82** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1089 7 | Priority creditor's name and mailing address<br>**Noelia Avalos**<br>**12216 CULVER BLVD**<br>**5**<br>**LOS ANGELES, CA 90066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1089 8 | Priority creditor's name and mailing address<br>**Noelia Corrales**<br>**44950vista Dunes Ln.**<br>**Apt. #58**<br>**La Quinta, CA 92253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1089 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Noelia Ioyola**
**5100 E TROPICANA AVE**
**31B**
**LAS VEGAS, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1090 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Noelle Cordero**
**1550 N LOCKWOOD RIDGE RD**
**109**
**SARASOTA, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1090 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Noelle Noyer**
**5996 college**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1090 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Noemi Delarosa**
**6504 Sandy Oaks Ln**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1090 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1090 3 | Priority creditor's name and mailing address<br>**Noemi Guzman**<br>**4472 E WOODWARD AVE APT 102**<br>**FRESNO, CA 93702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1090 4 | Priority creditor's name and mailing address<br>**Noemi Montes**<br>**2679 Loosmore Street**<br>**Los Angeles, CA 90065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1090 5 | Priority creditor's name and mailing address<br>**Noemi Romero**<br>**1301 E MOUNTAIN VIEW RD 206**<br>**PHOENIX, AZ 85020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1090 6 | Priority creditor's name and mailing address<br>**Noemi Travieso**<br>**4631 CASON COVE DRIVE 1628**<br>**ORLANDO, FL 32811** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1090 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Noemie Mesadieu**
**5931 Nw 19 Courtlauderhill**
**Fort Lauderdale, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1090 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Nohemi Bello**
**772 108th Ave N.**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1090 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Nolan Ayers**
**28062 VIRGINIA**
**MISSION VIEJO, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1091 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Nolan Cook**
**1310 Arlington Pl**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1091
1**

Priority creditor's name and mailing address

**Nolan Hales
2226 BRANCH HILL STREET
TAMPA, FL 33612**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1091
2**

Priority creditor's name and mailing address

**Nolan Swoboda
14261 Fernbrook Dr
Tustin, CA 92780**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1091
3**

Priority creditor's name and mailing address

**Nolan Wilyard
35151 ORCHID DR.
WINCHESTER, CA 92596**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1091
4**

Priority creditor's name and mailing address

**Nolan Wong
1940 Polk Court
Mountain View, CA 94040**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1091 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nolte Romain**
**131 Sw 1st Ave**
**Boynton Beach, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1091 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nolvia Vasquez**
**4835 KARING PL**
**PAMDALE, CA 93552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1091 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nongkran Sherry**
**33118 Meadow Side Ct**
**Leesburg, FL 34748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1091 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Nora Martinez**
**4401 MONTGOMERY NE**
**56**
**ALBUQUERQUE, NM 87109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1091 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nora Perez**
**18134 Sw 5th St**
**Pembroke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nora Ramirez**
**2913 Herrington Ave Apt. N**
**San Bernardino, CA 92405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nora Story**
**610 Nw 33rd Ave**
**Lauderhill, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nora Torres**
**6395 East 121st Drive**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1092 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norberto Herrera**
**1760 CAMPBELL RD**
**HOUSTON, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 4 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nordalie Louissaint**
**5634 Piney Ridge Drive**
**Orlando, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 5 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norieann Anit**
**27035 Mazuelo Court**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 6 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norma Amaro**
**4200 Blake Rd Sw**
**Space #210**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1092 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norma Azpeitia**
**2325 via santos**
**Apt L**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1092 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norma contreras de vargas**
**233 north conrad ave**
**SARASOTA, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1092 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norma Denton**
**306 Bromley Cross Dr**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1093 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norma Garcia**
**5100 E Tropicana av apt# 4E**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1093**
**1**

Priority creditor's name and mailing address

**Norma Guerrero**
**315 E La Jolla Dr**
**Tempe, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1093**
**2**

Priority creditor's name and mailing address

**Norma Gutierrez**
**350 S  WILLOW AVE**
**110**
**RIALTO, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1093**
**3**

Priority creditor's name and mailing address

**Norma Lopez**
**1222 CEDAR POST LANE #86**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1093**
**4**

Priority creditor's name and mailing address

**Norma Miron Sartorius**
**18555 Butterfield Blvd**
**Apt 1113**
**Morgan Hill, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1093 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.04 | $258.04 |
|---|---|---|---|
| **Norma Miron Sartorius**<br>**18555 Butterfield Blvd**<br>**Apt 1113**<br>**Morgan Hill, CA 95037** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1093 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Norma Nieves**<br>**8701 S BRAEWOOD BLVD**<br>**253**<br>**HOUSTON, TX 77031** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1093 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Norma Perez**<br>**9225 E Main**<br>**Apt.#17**<br>**Mesa, AZ 85207** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1093 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Normesha Williams**<br>**566 WEST COUNTY ROAD 462**<br>**WILDWOOD, FL 34785** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1093<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Norris Cooper**
**P375 58TH N**
**STPETERSBURG, FL 33779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1094<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |

**Norshan Zangana**
**17865 Sw Jay St.**
**Hillsboro, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1094<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |

**NORTH CAROLINA DEPT OF**
**REVENUE**
**PO BOX 25000**
**RALEIGH, NC 27640-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1094<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |

**Novalee Rittenberg**
**4138 VIOLET ST**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1094 3**

Priority creditor's name and mailing address

**Nozaire Joseph**
**1400 5TH AVE N**
**D12**
**NAPLES, FL 34102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1094 4**

Priority creditor's name and mailing address

**Null Shawman**
**10641 STELLING RD**
**CUPERTINO, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1094 5**

Priority creditor's name and mailing address

**nuong Tran**
**3028 REMINGTON CT**
**SAN JOSE, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1094 6**

Priority creditor's name and mailing address

**Nurhan Bas**
**14534 NW DELIA ST**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1094 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nurlinda Cedeno**<br>**10565 LA BASTLLA LANE**<br>**P9-305**<br>**ORLANDO, FL 32836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.1094 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nuvia Rodriguez**<br>**925 W 15th Ave**<br>**Escondido, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.1094 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Ny Le**<br>**2134 CRANDALL GARSTON ST. B**<br>**SAN DIGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.1095 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Nya Cuellar**<br>**16055 MAGNOLIA HILL ST**<br>**CLERMONT, FL 32703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1095 1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nydia Arana** <br> **1336 WAIKIKI WAY** <br> **TAMPA, FL 33619** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1095 2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nyiza Hodge** <br> **1128 EAST MAGNOLIA ST** <br> **LEESBURG, FL 34748** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1095 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nykeria Anderson** <br> **2150 UNITY AVE** <br> **FORT MYERS, FL 33901** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1095 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Nyla James** <br> **11012 NESBITT DRIVE** <br> **RANCHO CUCAMONGA, CA 91730** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1095 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **NYS EMPLOYMENT TAXES** | Check all that apply. | | |
| | **NYS TAX PROCESSING - NYS-45** | ☐ Contingent | | |
| | **33 LEWIS ROAD** | ☐ Unliquidated | | |
| | **BINGHAMTON, NY 13905-1040** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.1095 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Nysia Orsborn** | Check all that apply. | | |
| | **3095 E PAGE AVE** | ☐ Contingent | | |
| | **GILBERT, AZ 85234** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1095 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Oakland Butler** | Check all that apply. | | |
| | **1121 N. JOSHUA TREE LANE** | ☐ Contingent | | |
| | **GILBERT, AZ 85234** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1095 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Obdulio Soriano** | Check all that apply. | | |
| | **10226 Traylor Way** | ☐ Contingent | | |
| | **Garden Grove, CA 92843** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1095 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Obed Sandria**
**2503 PANAGARD DR**
**606**
**HOUSTON, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1096 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Obeid Hoseeini**
**14231 E IDAHO PL**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1096 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ocean Padilla**
**7170 S. PLATTE CANYON RD.**
**LITTLETON, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1096 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Octavio Casas**
**2250 MONROE ST**
**179**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1096 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Octavio Colin**
**42200 Moraga Rd**
**Apt 38D**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1096 4 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Octavio Gonzalez**
**15 W. Mountain View**
**#6**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1096 5 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Octavio Hernandez**
**1859 BRADBURY AVE**
**DUARTE, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1096 6 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Octavio Lozada**
**142 Esplanade**
**Apt 116**
**Orange, CA 92869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1096 7**

Priority creditor's name and mailing address

**Octavio Morales**
**1424 N. DONACY WAY**
**#4**
**ANAHEIM, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1096 8**

Priority creditor's name and mailing address

**Odalis Guerrero**
**646 GRAND FIR AVENUE**
**#2**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$237.22** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1096 9**

Priority creditor's name and mailing address

**Odalis Mendoza**
**6226 DON GASPAR AVE**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1097 0**

Priority creditor's name and mailing address

**Odalys Ambris**
**420 W 11TH AVE**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1097 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Odilio Baca**
**8915 Sw Commercial St**
**Unit 27**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1097 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Odyssey Hedke**
**19355 SW 65TH AVE**
**162**
**TUALATIN, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1097 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ofelia Antonio**
**3813 1/2 W 104TH STREET**
**INGLEWOOD, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1097 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ofelia Damian Marin**
**326 S EAST ST**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1097 5**

Priority creditor's name and mailing address
**OFELIA DAMIAN MARIN**
**326 S EAST ST**
**ANAHEIM, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$962.51**  **$962.51**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1097 6**

Priority creditor's name and mailing address
**Ofelia Navarrete**
**4462 Stoneyhaven Wy**
**San Jose, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1097 7**

Priority creditor's name and mailing address
**Ofelia Stumph**
**3581 Farquhar**
**#2**
**Los Alamitos, CA 90720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1097 8**

Priority creditor's name and mailing address
**Ofni Amumu**
**10638 SW CAPITOL HWY**
**19**
**PORTLAND, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10979**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

Priority creditor's name and mailing address
**Oganes Kuyumdzhyan**
**10729 NEW HAVEN ST**
**#1**
**SUN VALLEY, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10980**

Priority creditor's name and mailing address
**Ok Miller**
**4125 W. Point Loma Blvd**
**Apt 203**
**San Diego, CA 92110**

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10981**

Priority creditor's name and mailing address
**OKLAHOMA TAX COMMISSION**
**P.O. BOX 26860**
**OKLAHOMA CITY, OK 07312-6860**

As of the petition filing date, the claim is:      **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10982**

Priority creditor's name and mailing address
**Olando Norris**
**4361 Sw 52nd Ct**
**Fort Lauderdale, FL 33314**

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1098 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Olbodai Hickmond**
**1575 OAK DR**
**V-8**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1098 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Oldin Castillo**
**18025 E Galatea St**
**Azusa, CA 91702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1098 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Oleksandr Shcherbyna**
**2508 NE 138TH AVE**
**34**
**VANCOUVER, WA 98684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1098 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Olena Obukhova**
**1778 GILPIN STR**
**102**
**DENVER, CO 80218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.10987**

Priority creditor's name and mailing address
**Olga Capitan**
**4138 Van Dyke Ave**
**Apt#5**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10988**

Priority creditor's name and mailing address
**Olga Castillo**
**588 WEST PALM ST.**
**ALTADENA, CA 91001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10989**

Priority creditor's name and mailing address
**Olga Estrada**
**1445 W FLORIDA AVE**
**SPC 92**
**HEMET, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10990**

Priority creditor's name and mailing address
**Olga Garibay**
**1440 Reganti Pl 21**
**Concord, CA 94518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1099 1 | Priority creditor's name and mailing address **Olga Putuntica 132 Allison Avenue Davenport, FL 33897** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1099 2 | Priority creditor's name and mailing address **Oliver Castro 1135 W. NORTH ST. ANAHIEM, CA 92801** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1099 3 | Priority creditor's name and mailing address **Oliver Erickson 17648 SE PINE ST. PORTLAND, OR 97233** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1099 4 | Priority creditor's name and mailing address **OLIVER PANTALEON 402 63RD ST SPC.200 SPC.200 SAN DIEGO, CA 92114** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| | |
|---|---|
| Debtor | **Garden Fresh Restaurants LLC** |
| | Name |

Case number (if known)    **20-02477-LA7**

---

**2.1099 5**

Priority creditor's name and mailing address

**Oliver Recinos**
**17811 SE 24TH STREET**
**VANCOUVER, WA 98683**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1099 6**

Priority creditor's name and mailing address

**Oliver Sigala**
**915 RED GRANITE RD**
**CHULA VISTA, CA 91913**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1099 7**

Priority creditor's name and mailing address

**Oliver Tildesley**
**4336 MUIRWOOD DRIVE**
**PLEASANTON, CA 94588**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1099 8**

Priority creditor's name and mailing address

**Oliver Watkins**
**9840 S FLOWER CT**
**LITTLETON, CO 80127**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1099 9 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address
**Olivia Adwell**
**6204 CAMINO DE ROSA DR.**
**#3**
**LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 0 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address
**Olivia Bautista**
**1930 EARHART COURT**
**OXNARD, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 1 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address
**Olivia Chabolla**
**451 E 2nd Ave.**
**La Habra, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 2 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address
**Olivia Connolly**
**408 SANDPIPER LN**
**UNIT 102**
**CASSELBERRY, FL 32707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1100 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Olivia Corrales**
**11500 N Dale Mabry Hwy**
**Apt 412**
**Tampa, FL 33618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1100 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Olivia Davis**
**645 SUNRISE LAKE PLACE**
**HENDERSON, NV 89002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1100 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Olivia Decaro**
**2330 Masters Rd.?**
**Carlsbad, CA 92008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1100 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Olivia Dyer**
**13813 Cypress Village Circle**
**Tampa, FL 33618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11007**

Priority creditor's name and mailing address
**Olivia Gonzalez**
**9457 GRANDVIEW SPRING AVE**
**LAS VEGAS, NV 89166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11008**

Priority creditor's name and mailing address
**Olivia Jackson**
**305 AUTUMN BREEZE WAY**
**WINTER PARK, FL 32792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11009**

Priority creditor's name and mailing address
**Olivia Jones-Ballard**
**1060 BRENTWOOD WAY**
**#F**
**ATLANTA, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11010**

Priority creditor's name and mailing address
**Olivia Kam**
**29752 MELINDA ROAD**
**2118**
**RANCHO SANTA MARGARITA, CA**
**92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1101 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Olivia Kirkpatrick**
**5945 NELDA ST**
**1**
**SIMI VALLEY, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1101 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Olivia Naquin**
**2722 18TH ST.**
**SAN PABLO, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1101 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Olivia Ordonez**
**2404 E NUTWOOD AVE**
**E14**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1101 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Olivia Reich**
**31346 CORTE SONORA**
**TEMECULA, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1101 5**

Priority creditor's name and mailing address

**Olivia Sagan**
**5829 W ROXBURY PL**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1101 6**

Priority creditor's name and mailing address

**Olivia sampson**
**30925 CENTRAL PARK DR**
**MURRIETA, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1101 7**

Priority creditor's name and mailing address

**Olivia Sandoval**
**14654 Rayen St**
**Apt 3**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1101 8**

Priority creditor's name and mailing address

**Olivia Zamudio**
**720 Grissom St**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11019**

Priority creditor's name and mailing address

**Oluwademilade Akindele**
**1008 Glendora Dr**
**Oceanside, CA 92057**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.11020**

Priority creditor's name and mailing address

**Olvick Lousima**
**985 Roseway**
**Naples, FL 34104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.11021**

Priority creditor's name and mailing address

**Olympia Payne**
**5454 SOTH ZENO WAY**
**CENTENNIAL, CO 80015**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.11022**

Priority creditor's name and mailing address

**Olyvea Tolbert**
**2746 CAYDEN CREEK WAY**
**CONROE, TX 77304**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1102 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Omar Alvarez**<br>**207 OTAY VALLEY RD UNIT C**<br>**CHULA VISTA, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1102 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Omar Cobreros**<br>**8829 JUNIPER AVE**<br>**FONTANA, CA 92335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1102 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Omar Escobar**<br>**30001 GOLDEN LAUREN**<br>**257**<br>**LAGUNA NIGULE, CA 92677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1102 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Omar Estrada**<br>**1023 N. Hudson Ave**<br>**#2**<br>**Los Angeles, CA 90038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1102 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Omar Garcia**
**1684 Teresa Ave**
**Colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1102 8 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Omar Gutierrez**
**1046 REED TERRACE**
**3**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1102 9 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Omar Ibarra**
**326 SOUTH EAST ST**
**ANAHEIM, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1103 0 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Omar Irfan**
**1964 PLUMAS WAY**
**ORLANDO, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1103 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Omar Lopez**
**4729 Matney Ave**
**Long Beach, CA 90807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1103 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Omar Mateo**
**2002 PONDEROSA ST**
**230**
**SANTA AN, CA 92705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1103 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Omar Montejano**
**84513 LINDA AVENUE**
**COACHELLA, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1103 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Omar Montes Mendez**
**1047 E. SIERRA AVE**
**108**
**FRESNO, CA 93710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1103 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **$0.00** |
| | **Omar Nawar** **4055 CARMEL VIEW RD** **SAN DIEGO, CA 92130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1103 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.13**   **$436.13** |
| | **OMAR NAWAR** **4055 CARMEL VIEW RD** **SAN DIEGO, CA 92130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1103 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **$0.00** |
| | **Omar Ocampo** **7733 ALLANO WAY** **LAS VEGAS, NV 89128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1103 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **$0.00** |
| | **Omar Oronia** **2186 E 97TH ST** **LOS ANGELES, CA 90002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11039**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Omar Puente**
**8915 E GUADALUPE RD**
**1064**
**MESA, AZ 85212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11040**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Omar Trejo**
**16654 MONTEGO WAY**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11041**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Omari McClendon**
**1404 HIGH STREET**
**APARTMENT A**
**ALAMEDA, CA 94501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11042**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Omielda Daniel**
**2900 NW 56 AVE**
**Apt B201**
**Lauderhill, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1104 3**

Priority creditor's name and mailing address
**Onel Elie**
**1422 ne 34th st**
**Cape Coral, FL 33909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1104 4**

Priority creditor's name and mailing address
**Onice Deloa**
**9502 NE 73RD CIRCLE**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1104 5**

Priority creditor's name and mailing address
**Oralia Garcia**
**2050 Ne Barberry Drive**
**#16**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1104 6**

Priority creditor's name and mailing address
**ORANGE COUNTY TAX**
**COLLECTOR**
**PO BOX 545100**
**ORLANDO, FL 32854-5100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11047**

Priority creditor's name and mailing address

**OREGON DEPARTMENT OF REVENUE**
**PO BOX 14780**
**SALEM, OR 97309-0469**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.11048**

Priority creditor's name and mailing address

**OREGON DEPARTMENT OF REVENUE**
**PO BOX 14260**
**SALEM, OR 97309-5060**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.11049**

Priority creditor's name and mailing address

**OREGON DEPARTMENT OF REVENUE**
**PO BOX 14725**
**SALEM, OR 97309-5018**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.11050**

Priority creditor's name and mailing address

**OREGON DEPT OF REVENUE**
**PO BOX 14725**
**SALEM, OR 97301-2555**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1105**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Oriana Olmstead**
**6731 PAESE PLACE NW**
**ABQ, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1105**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Oriana Sanchez**
**5280 MILLENIA BLVD**
**APT 208**
**ORLANDO, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1105**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Orlando Avalos**
**3060 RICHLAND**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1105**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.21** | **$45.21** |
|---|---|---|---|

**Orlando Avalos**
**3060 RICHLAND**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1105 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Orlando Bonilla**
**9649 CEDAR GLEN PL**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Orlando De La Cueva**
**8111 Stanford Ave**
**#170**
**Garden Grove, CA 92841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Orlando Mendoza**
**3706 COCONINO CT**
**SAN DIEGO, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Orlando Peralta**
**8353 Rimridge Lane**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1105 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Orlando Plaza**
**2630 POTRERO AVE**
**EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Orlando Poveda**
**503 West Rd**
**Apt #43**
**Houston, TX 77038**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Orlando Ramirez**
**1033 SAPPHIRE LN**
**CORONA, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Orlene Pinto**
**6 PINE COURSE TRAIL**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1106 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ortevia Alcocer**
**13115 LE PARC**
**34**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Orville Fassett**
**5132 Ladera Cir**
**las Vegas, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osbelia Estrada**
**5215 Palos Verdes Dr**
**Sarasota, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1106 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Alvarado**
**1400 N 17th Ave**
**apt 2**
**Hollywood, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1106 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Alvarado-rua**
6308 Rancho Mission Rd.
#267
San Diego, CA 92108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1106 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Arellano**
2051 N. T0rrey pines Dr.1024 #
Las Vegas, NV 89108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1106 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Campos lagunas**
3750 CATALINA DR
CARLSBAD, CA 92010

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1107 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Chavez**
8888 CIRCLE DR
WESTMINSTER, CO 80031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1107 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Chavez**
**84-470 Avenue 54**
**Coachella, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1107 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Fresquez**
**5817 S. SIESTA LN**
**TEMPE, AZ 85283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1107 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Garcia**
**9448 SAN CARLOS STREET**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1107 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oscar Garcia Hernandez**
**1935 S BROADWAY**
**ESCONDIDO, CA 92025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1107 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Gutierrez**
**4045 47st**
**Apt 1**
**San Diego, CA 92105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1107 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Laguna**
**2506 MONA LEE LANE**
**HOUSTON, TX 77080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1107 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$213.73** | **$213.73** |
|---|---|---|---|---|

**Oscar Laguna**
**2506 MONA LEE LANE**
**HOUSTON, TX 77080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1107 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Lara**
**24521 Bendricon Lane**
**Lake Forest, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.11079**

Priority creditor's name and mailing address

**Oscar Lenis**
**28030 DOVEWOOD CT**
**304**
**BONITA SPRINGS, FL 34135**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.11080**

Priority creditor's name and mailing address

**Oscar Maye**
**2773 Cypress Drive**
**Apt. B**
**Clearwater, FL 33765**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.11081**

Priority creditor's name and mailing address

**Oscar Mejia**
**3025LUANA DR**
**OCEANSIDE, CA 92056**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.11082**

Priority creditor's name and mailing address

**Oscar Meza**
**341 E Vogel**
**#1**
**Phoenix, AZ 85020**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1108 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Munoz**
**551 N CITRUS AVE**
**ESCONDIDO, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1108 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Olivas**
**14427 S. Vermont**
**#180**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1108 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Penate**
**1535 West 37th Place**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1108 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Portillo**
**2230 LATHAM ST**
**138**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11087**

Priority creditor's name and mailing address

**Oscar Ramirez**
**10640 Colima Rd At.230**
**Whittier, CA 90604**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11088**

Priority creditor's name and mailing address

**Oscar Renteria Jimenez**
**1825 E. Valley Parkway**
**Apt #13**
**Escondido, CA 92027**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11089**

Priority creditor's name and mailing address

**Oscar Robles**
**3057 W COOLDIGE AVE**
**#3**
**ANAHEIM, CA 92801**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11090**

Priority creditor's name and mailing address

**Oscar Vazquez**
**11122 Pine Cone Lane**
**Houston, TX 77041**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1109<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Venegas**
**142 LANCER AVE**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1109<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$99.29** | **$99.29** |
|---|---|---|---|---|

**Oscar Venegas**
**142 LANCER AVE**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1109<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oscar Villela-reyes**
**16001 N 27th St**
**#11**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1109<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osdi Aguilar**
**169 S. BURLINGTON AVENUE**
**3**
**LOS ANGELES, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1109 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osman Monterroso**
**4706 W. 161ST**
**LAWNDALE, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1109 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17.24** | **$17.24** |
|---|---|---|---|---|

**Osmaneil Lopez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1109 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osneicy Cumare**
**5618 PGA BLVD**
**APT 1612**
**Orlando, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1109 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osnery Carrillo**
**5471 Vineland Rd.**
**Apt 7304**
**Orlando, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1109 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ospene Clair**
**709 Sw 6th Ave**
**Delray Beach, FL 33444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1110 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osvaldo Ortiz**
**6162 HOMEWOOD AVE**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1110 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osvaldo Pena**
**5508 CARROLLWOOD KEY DR**
**TAMPA, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1110 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Osvaldo Solis**
**7302 Ewell Way**
**Stanton, CA 90680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1110 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Oswaldo Nunez** **13400 BLANCO RD #806** **SAN ANTONIO, TX 78216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1110 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Otelia Anelion** **3701 Nw 3rd Ave** **Oakland Park, FL 33309** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1110 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Otilio Castro** **2435 SW** **74** **BEAVERTON, OR 97005** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1110 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ovary Ornis** **306 WYMORE RD** **102** **ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1110 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Owen Johnson**
**2617 COVE CAY DR. UNIT#211**
**CLEARWATER, FL 33760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1110 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Ozzy Bagno**
**8 MORELLO HEIGHTS DR**
**MARTINEZ, CA 94553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1110 9 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Pablo Alicea**
**2111 TETLEY CT**
**BRANDON, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1111 0 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Pablo Esteban Mateo**
**10205 SALUDA AVE**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1111 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pablo Mejia**
**11995 Peach Tree Rd.**
**Yucaipa, CA 92399**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1111 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pablo Munguia**
**2139 S Birch St**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1111 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.35** | **$72.35** |
|---|---|---|---|---|

**Pablo Munguia**
**2139 S Birch St**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1111 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pablo Ortiz**
**37 MULLER PL**
**SAN  JOSE, CA 91526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1111 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pablo Otero**
**4601 MONTANO RD**
**97**
**ALBUQUERQUE, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1111 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pablo Reyes Romero**
**4924 SE 113th AVE**
**PORTLAND, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1111 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paige Brooks**
**16751 SE 82ND DR**
**APT 406**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1111 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paige Christensen**
**8745 SW BEAVERTON HILLSDALE HY**
**10**
**PORTLAND, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1111 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paige Clemens**
**10137 VANALDEN AVE**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1112 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**PAIGE MOUZON**
**6508 LEXI LN**
**103**
**FAYETTEVILLE, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1112 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,065.73** | **$4,065.73** |
|---|---|---|---|---|

**PAIGE N. CLEMENS**
**10137 VANALDEN AVE**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1112 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paloma Avila**
**120 BACOPA PASS**
**DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1112 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paloma carrillo**
**7780 PARKWAY DR UNT 504**
**504**
**LA MESA, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1112 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pamela Beltran**
**611 W WEST AVE**
**FULLERTON, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1112 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pamela Gomez**
**3705 CAMPBELL RD TRLR 56**
**HOUSTON, TX 77080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1112 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pamela Tobar**
**2340 STACY DRIVE**
**DENVER, CO 80221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.11127**

| | |
|---|---|
| Priority creditor's name and mailing address<br>**Panagiotis Levendis**<br>**1112 S SAN JOSE**<br>**6-207**<br>**MESA, AZ 85202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11128**

| | |
|---|---|
| Priority creditor's name and mailing address<br>**Pang Inmany**<br>**5830 W. Belmont Ave.**<br>**Fresno, CA 93723** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11129**

| | |
|---|---|
| Priority creditor's name and mailing address<br>**Pang Inmany**<br>**5830 W. Belmont Ave.**<br>**Fresno, CA 93723** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$383.88**     **$383.88**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11130**

| | |
|---|---|
| Priority creditor's name and mailing address<br>**Paola Benitez**<br>**1500 W THONRTON PKWY 461**<br>**461**<br>**THORNTON, CO 80260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1113 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paola Garcia**
**9100 Judson St**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1113 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paola Garcia Ujaque**
**8725 TIERRA VISTA**
**301**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1113 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paola Salcedo**
**49660 CALLE OCASO**
**COACHELLA, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1113 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paola Sanchez**
**8707 BRUMMEL DR**
**HOUSTON, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1113 5**

Priority creditor's name and mailing address

**Paola Sanchez**
**1003 Charles Street**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1113 6**

Priority creditor's name and mailing address

**Paola Santiago**
**1192 Mitchell Ave**
**Apt 57**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1113 7**

Priority creditor's name and mailing address

**Paolo Giovanardi**
**3128 PENITENCIA CREEK RD**
**SAN JOSE, CA 95132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1113 8**

Priority creditor's name and mailing address

**Parcea Vosough**
**530 S GRETNA GREEN WAY**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11139**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Parivash Shahmohammadian**<br>**1302 S Saltair Ave**<br>**#2**<br>**Los Angeles, CA 90025** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.11140**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Parker Nessel**<br>**729 Sunflower Rd**<br>**Palm Harbor, FL 34683** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.11141**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.87** | **$8.87** |
|---|---|---|---|
| **PARKER S.  WILLIAMSON**<br>**6052 PASEO ENCANTADA**<br>**CAMARILLO, CA 93012** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.11142**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Parker Williamson**<br>**6052 PASEO ENCANTADA**<br>**CAMARILLO, CA 93012** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1114 3**

Priority creditor's name and mailing address

**Parrish Elmore**
**4755 YATESRD**
**F4**
**COLLEGE PARK, GA 30337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1114 4**

Priority creditor's name and mailing address

**Parys Orozco**
**20722 N 38TH ST.**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1114 5**

Priority creditor's name and mailing address

**Pascual Gonzalez**
**4781 Palm De Nova Ln**
**Fort Myers, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1114 6**

Priority creditor's name and mailing address

**Pascuala Mendoza Ramos**
**2420 IMPERIAL AVENUE**
**SAN DIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1114 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Patience Moore**
**3750 GOLDEN POND DR**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1114 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $787.79 | $787.79 |
|---|---|---|---|---|

**Patience Moore**
**3750 GOLDEN POND DR**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1114 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Patrice Dixon**
**1020 BIRCHWOOD CT**
**#1**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1115 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Patricia Aguilar**
**11226 Crystal Glen Blvd.**
**Orlando, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1115**
**1**

Priority creditor's name and mailing address

**Patricia Alvarez**
**9059 N 37TH DR.**
**PHOENIX, AZ 85051**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1115**
**2**

Priority creditor's name and mailing address

**Patricia Belkin**
**970 Quaye Lake Circle #101**
**Wellington, FL 33411**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1115**
**3**

Priority creditor's name and mailing address

**Patricia Belkin**
**970 Quaye Lake Circle #101**
**Wellington, FL 33411**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$35.67**    **$35.67**

---

**2.1115**
**4**

Priority creditor's name and mailing address

**Patricia Brandao**
**208 N CARONDELET ST.**
**LOS ANGELES, CA 90026**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1115
5**

Priority creditor's name and mailing address

**Patricia Byron
370 RODEO COURT
NA
SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1115
6**

Priority creditor's name and mailing address

**PATRICIA BYRON
370 RODEO COURT
SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31.62**    **$31.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1115
7**

Priority creditor's name and mailing address

**Patricia Clark
1840 NORTH JONES
LAS VEGAS, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1115
8**

Priority creditor's name and mailing address

**Patricia Conder
9555 E. Shiloh
Apt #2106
Tucson, AZ 85748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1115 9**

Priority creditor's name and mailing address
**PATRICIA CUBIAS**
**1029 E BROWN**
**FRESNO, CA 93704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1116 0**

Priority creditor's name and mailing address
**Patricia Fahs**
**20 Pine Radial**
**Ocala, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1116 1**

Priority creditor's name and mailing address
**Patricia Gil-camacho**
**3819 Seven Trees Blvd.**
**Apt 301**
**San Jose, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1116 2**

Priority creditor's name and mailing address
**Patricia Gomez**
**2099  S WINONA CT**
**DENVER, CO 80219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1116<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Gutierrez**
**9658 WESTMINSTER AVENUE 67**
**GARDEN GROVE, CA 92844**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1116<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Hernandez**
**236 GREAT YARMOUTH COURT**
**KISSIMMEE, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1116<br>5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Keller**
**1303 CONSTITUTION RD**
**ATLANTA, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1116<br>6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Mancuso**
**1777 FIFTH ST**
**LIVERMORE, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.11167**

Priority creditor's name and mailing address

**Patricia Marquez**
**25870 Union St.**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11168**

Priority creditor's name and mailing address

**Patricia Patino**
**2980 Huff Ave. Apt #1**
**San Jose, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11169**

Priority creditor's name and mailing address

**Patricia Ramos**
**2206 Amiee Ct F4**
**Tampa, FL 33613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11170**

Priority creditor's name and mailing address

**Patricia Salgado**
**3260 SPECTRUM**
**IRVINE, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1117 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**PATRICIA SAMEDI**
**614 61ST AVENUE TERRACE**
**EAST**
**BRADENTON, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1117 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Sandoval**
**2512 S SYCAMORE AVE**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1117 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Sierra**
**3100 Van Buren Blvd**
**#1222**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1117 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patricia Sifford**
**2816 Crescent PL**
**Miramar, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1117 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1117 5 | Priority creditor's name and mailing address<br>**Patricia Skala**<br>**3861 HERREN DR.**<br>**SMYRNA, GA 30082** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1117 6 | Priority creditor's name and mailing address<br>**Patricia Tapia**<br>**2340 west 58th ave**<br>**Denver, CO 80221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1117 7 | Priority creditor's name and mailing address<br>**Patricia Toro**<br>**4112 Mctavish place**<br>**Tampa, FL 33624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1117 8 | Priority creditor's name and mailing address<br>**Patricia Vazquez**<br>**1111 Pine Street**<br>**Altamonte Springs, FL 32714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1117
9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Patricia Velazquez**<br>**1810 cabrillo ave torrance ca**<br>**Torrance, CA 90501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1118
0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Patricia Zarate**<br>**3701 E Coronado Rd**<br>**Phoenix, AZ 85008** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1118
1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31.51** | **$31.51** |
|---|---|---|---|
| **Patrick B.  Donahue**<br>**7402 30TH AVE S**<br>**TAMPA, FL 33619** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1118
2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Patrick Bagwell**<br>**139 RENAISSANCE PKWY. NE**<br>**ATLANTA, GA 30308** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1118 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Bilotti**
**143 KATHRYN DRIVE**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Cobb**
**937 30TH AVE E**
**BRADENTON, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Donahue**
**7402 30TH AVE S**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Dorcilus**
**4061 NW 3RD TERRACE**
**POMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1118 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Lopez**
**4880 E 29TH ST**
**3101**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1118 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick mayo**
**11579 SW DAVIES RD**
**2910**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1118 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick McArdle**
**9553 CAMPBELL CIRCLE**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1119 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Patrick Mooney**
**400 S. Garfield Ave.**
**Apt. 6**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| 1 | **Patrick Parsons** | *Check all that apply.* | | |
| | **2396 Nw Schmidt Way** | ☐ Contingent | | |
| | **Apt 186** | ☐ Unliquidated | | |
| | **Beaverton, OR 97006** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,025.00** | **$1,025.00** |
|---|---|---|---|---|
| 2 | **Patrick Parsons** | *Check all that apply.* | | |
| | **2396 Nw Schmidt Way** | ☐ Contingent | | |
| | **Apt 186** | ☐ Unliquidated | | |
| | **Beaverton, OR 97006** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| 3 | **Patrick Petteway** | *Check all that apply.* | | |
| | **1033 SUMNER AVE** | ☐ Contingent | | |
| | **EL CAJON, CA 92021** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| 4 | **Patrick saiz** | *Check all that apply.* | | |
| | **4410 TEMECULA ST** | ☐ Contingent | | |
| | **#3** | ☐ Unliquidated | | |
| | **SAN DIEGO, CA 92107** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1119
5**

Priority creditor's name and mailing address

**Patrick Ziade
1532 COPPERFIELD DR
TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1119
6**

Priority creditor's name and mailing address

**PATSY HEFFEROSCEDA COUNTY TAX
2501 E IRLO BRONSON MEMORIAL
KISSIMMEE, FL 34742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.1119
7**

Priority creditor's name and mailing address

**Paul Alcocer
2257 NADULA DR.
HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1119
8**

Priority creditor's name and mailing address

**Paul Chermak
1021 WILSHIRE CIR
PEMBROKE PINES, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1119 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paul Gehring**
**1328 NE 1ST AVE**
**FORT LAUDERDALE, FL 33304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1120 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paul Gibbons**
**8508 Ivory Coast Dr.**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1120 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paul Guisti**
**701 Aspen Pk Loop**
**#3714**
**Henderson, NV 89011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1120 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paul Haney**
**13206 CORCORAN STREET**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1120 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paul Johnston**
**1979 SPRUCE ST**
**3C**
**LIVERMORE, CA 94551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1120 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paul Maurice**
**5879 nw 1st**
**OCALA, FL 34482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1120 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**PAUL MOREIRA**
**3655 E SAHARA AVE**
**2008**
**LAS VEGAS, NV 89104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1120 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Paul Nauta**
**42200**
**24G**
**TEMECULATEMECULA, CA 92591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11207**

Priority creditor's name and mailing address

**Paul Nauta**
**42200**
**24G**
**TEMECULATEMECULA, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.84 | $63.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11208**

Priority creditor's name and mailing address

**Paul Peterson**
**8125 City Lights Drive**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11209**

Priority creditor's name and mailing address

**Paul Shelburne**
**1446 Morse Dr.**
**San Bernardino, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11210**

Priority creditor's name and mailing address

**Paul Steptoe**
**684 OLD SAN FRANCISCO RD**
**Sunnyvale, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1121**
**1**

Priority creditor's name and mailing address

**Paul Thomas**
**3511 PAWLEYS LOOP S**
**ST CLOUD, FL 34769**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1121**
**2**

Priority creditor's name and mailing address

**Paul Trematerra**
**5268 CORAL CT**
**75**
**ORLANDO, FL 32811**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1121**
**3**

Priority creditor's name and mailing address

**Paul Tripet**
**301 N Ford Ave**
**Apt 325**
**Fullerton, CA 92832**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1121**
**4**

Priority creditor's name and mailing address

**Paul Venegas**
**200 JAMES STREET**
**Brandon, FL 33510**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1121 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paula Sanchez**
**2243 Sw 173 Ave**
**Miramar, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1121 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paula Smith**
**5434 Eagle Claw Drive**
**Port Orange, FL 32128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1121 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paula Tehuintle-Calihua**
**2492 Sharkey Rd**
**Apt. 204**
**Clearwater, FL 33765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1121 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paulina Cervantes**
**3565 OLD 41 HWY NW LOT C2**
**KENNESAW, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11219**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paulina Ramos**
**5550 CIVIC TER AVE**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.11220**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Paulina Ramos**
**260 W 8TH AVE**
**138**
**MESA, AZ 85210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.11221**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105.93** | **$105.93** |
|---|---|---|---|

**Paulina Ramos**
**5550 CIVIC TER AVE**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.11222**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Pauline Gonzalez**
**1223 FEDERAL AVE**
**414**
**LOS ANGELES, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1122 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pauline Schaefers**
**14236 EL PICO ST**
**WINTER GARDEN, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1122 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pauline Shumilov**
**11669 CHENAULT ST.**
**2**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1122 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pauline Young**
**3208 N Australian Av**
**West Palm Beach, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1122 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paulna Gustave**
**1796NW 55AVE**
**203**
**LAUDERHILL, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11227**

Priority creditor's name and mailing address
**Pavel Kovalev**
**12139 SE LEXINGTON ST.**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11228**

Priority creditor's name and mailing address
**Paxton Long**
**777 NW 103rd Terrace**
**#203**
**Pembroke Pines, FL 33028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11229**

Priority creditor's name and mailing address
**PAXTON R.  THOMAS**
**16614 NORWOOD DRIVE**
**TAMPA, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,179.08** | **$2,179.08**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11230**

Priority creditor's name and mailing address
**Paxton Thomas**
**16614 NORWOOD DRIVE**
**TAMPA, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1123<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paya Campbell**
**7865 CATALINA CIR.**
**TAMARAC, FL 33321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1123<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Paylyn Amerkhanian**
**1738 E WOODBURY RD**
**PASADENA, CA 91104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1123<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Payton ellzey**
**8749 W CORNELL AVE**
**12**
**LAKEWOOD, CO 80227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1123<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pedito Mallorca**
**405 RANCHO ARROYO PWY**
**APT 180**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1123<br>5 | Priority creditor's name and mailing address<br>**Pedro Aguilar**<br>**2207 LOS PADRES**<br>**B**<br>**SANTA CLARA, CA 95050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1123<br>6 | Priority creditor's name and mailing address<br>**Pedro Calderon**<br>**1667 1/2 WEST 2ND ST**<br>**LOS ANGELES, CA 90026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1123<br>7 | Priority creditor's name and mailing address<br>**Pedro Cardona**<br>**24766 BROADMORE AVE**<br>**HAYWARD, CA 94544** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1123<br>8 | Priority creditor's name and mailing address<br>**Pedro Cedillo**<br>**320 N.JUNIPER ST**<br>**1**<br>**ESCONDIDO, CA 92025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.11239**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Pedro Cruz-Toriello**<br>**900 CLINE PETTY WAY**<br>**LAWRENCEVILLE, GA 30043** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.11240**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Pedro Delgado**<br>**635 N Chippewa Ave**<br>**Apt 40**<br>**Anaheim, CA 92801** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.11241**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Pedro Escobar**<br>**11692 Old Oaks Ln**<br>**Conroe, TX 77385** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.11242**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Pedro evaristo**<br>**529 E INDIAN ROCK RD**<br>**VISTA, CA 92084** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1124 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.34 | $292.34 |
|---|---|---|---|---|

**PEDRO EVARISTO**
**529 E INDIAN ROCK RD**
**VISTA, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1124 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Garcia**
**4138 Kenyon Ave**
**Los Angeles, CA 90066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1124 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Garcia**
**20401 NAPA ST**
**WINNETKA, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1124 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Hernandez**
**1109 East 124th. Street**
**Apt B**
**Tampa, FL 33612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1124 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pedro Hernandez**
**126 S CORTEZ LN**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1124 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.54** | **$35.54** |
|---|---|---|---|---|

**PEDRO J. RIVERA**
**803 e okaloosa ave**
**tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1124 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pedro Jimenez**
**1449 Burton St**
**Linda Vista, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1125 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pedro Medina**
**13820 S. 44th St**
**Apt 1047**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1125 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Pedro Murguia Valle**
**12601 PIERCE ST .**
**220**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1125 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Palacios**
**250 N Cedar St**
**Apt C**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1125 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Perez**
**1019 North Park Lane**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1125 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pedro Renteria**
**1332 W 225th st**
**Apt.20**
**Torrance, CA 90501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1125<br>5 | Priority creditor's name and mailing address<br>**Pedro Rivera**<br>**803 e okaloosa ave**<br>**tampa, FL 33604** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1125<br>6 | Priority creditor's name and mailing address<br>**Pedro Rodriguez**<br>**655 Jeffery st**<br>**Apt 11**<br>**Boca Raton, FL 33487** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1125<br>7 | Priority creditor's name and mailing address<br>**Pedro Rodriguez**<br>**2601 North 36th St**<br>**Apt F105**<br>**Phoenix, AZ 85008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1125<br>8 | Priority creditor's name and mailing address<br>**Pedro Sanchez**<br>**5435 N Angus Ave**<br>**Apt #106**<br>**Fresno, CA 93710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11259**

Priority creditor's name and mailing address

**Pedro Santana**
**8021 N GMEZ AVE**
**TAMPA, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11260**

Priority creditor's name and mailing address

**Pedro Sierra**
**2535 QUAIL PARK TER**
**KISSIMMEE, FL 34743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11261**

Priority creditor's name and mailing address

**Pedro Utuy**
**600 S ALVARADO ST**
**409**
**LOS ANGELES, CA 90057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11262**

Priority creditor's name and mailing address

**Pedro Vazquez**
**1916 EAST AVE R-11**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1126 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,181.06 | $2,181.06 |
|---|---|---|---|
| **PEDRO VAZQUEZ**<br>**1916 EAST AVE R-11**<br>**PALMDALE, CA 93550** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1126 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Penelope Banos**<br>**3633 West Ball Road**<br>**Apt #106**<br>**Anaheim, CA 92804** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1126 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **PENNSYLVANIA DEPT OF REVENUE**<br>**PO BOX 280414**<br>**HARRISBURG, PA 17128** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**2.1126 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Perla Aguilar Lozano**<br>**32191 CARROLL AVE**<br>**HAYWARD, CA 94544** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.11267**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Perla Avellaneda-Palacios**<br>**7318 BELLE GLEN DR.**<br>**HOUSTON, TX 77072** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.11268**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Perla Barajas**<br>**1265 MONUMENT BLVD**<br>**APT 5**<br>**CONCORD, CA 94520** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.11269**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Perla Oviedo**<br>**81315 Green Ave**<br>**Indio, CA 92201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.11270**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Perla Salinas**<br>**6300 W. TROPICANA**<br>**252**<br>**LAS VEGAS, NV 89103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1127 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Perris Rowland**
**3052 S Laredo Circle**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1127 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Foster**
**10992 INDEPENDENCE CIRCLE WEST**
**PARKER, CO 80134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1127 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Jones**
**392 CHIMAJA RD.**
**CORRALES, NM 87048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1127 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Mallett**
**748 Lakebird Dr**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

| 2.1127 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Mateo**
**832 100TH AVE N**
**NAPLES, FL 34108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1127 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Morales**
**18822 Treviso Terrace LN.**
**Katy, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1127 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Newman**
**875 LIMA ST**
**AURORA, CO 80010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1127 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Peter Palacios Soto**
**8360 WINSTON RD**
**STANTON, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Peter Robles**
**7261 SUNBREEZE DR.**
**HUNTINGTON BEACH, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Peter Spoto**
**1090 SHAWNEE TRAIL**
**WINTER SPRINGS, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Peter Wallace**
**939 WEST SIMMONS STREET**
**TUCSON, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Petersen Foulke**
**6334 SE ALDER PL**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1128 3**

Priority creditor's name and mailing address

**Petrona Mendoza**
**4304 West 4th St**
**Apt 15**
**Los Angeles, CA 90020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1128 4**

Priority creditor's name and mailing address

**Petter Ortiz**
**9119 JAMACHA RD**
**208**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1128 5**

Priority creditor's name and mailing address

**Peymon Nasseri**
**5307 Sepulveda blvd.**
**#310**
**Sherman Oaks, CA 91411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1128 6**

Priority creditor's name and mailing address

**Peyton Behrends**
**3877 MIDWAY DR**
**202**
**SAN DIEGO, CA 92110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.11287**

Priority creditor's name and mailing address

**Phachanh Vorabouth**
**4644 North Fisher Street**
**Fresno, CA 93726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11288**

Priority creditor's name and mailing address

**Phara Sannon**
**337 LANTANA AVE**
**SARASOTA, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11289**

Priority creditor's name and mailing address

**Pharaoh Elaton**
**1104 SADDLEBACK RIDGE RD**
**APOPKA, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11290**

Priority creditor's name and mailing address

**Phayln Meehan**
**8687 FESTIVAL ST**
**CHINO, CA 91708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1129 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Phebee Vil**
**230 SW 14TH AVE**
**DELRAY BEACH, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pheleep Sidhom**
**62 Avenida Descanso**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pheonix Daniels**
**6581 Coffey Street**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Phern Wright**
**17630 NW CORNELL RD**
**4**
**BEAVERTON, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1129 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phil Garcia Lopez**
**6622 TAIT ST**
**SAN DIEGO, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phil Perry**
**1807 GREENVALLEY ROAD**
**LEESBURG, FL 34748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Philip Lam**
**11110 CONCERT STREET**
**EL MONTE, CA 91731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Philip Munoz**
**50077 W Papago Rd**
**Maricopa, AZ 85139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1129 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phillip Chelar**
**6436 W.82nd Dr.**
**Arvada, CO 80003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phillip Globke**
**2431 cypress creek pkwy**
**apt 1801**
**houston, TX 77068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phillip Kumitsonyo**
**2323 CURTIS STREET**
**DENVER, CO 80205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Phillip Maloney**
**22702 PACIFIC PARK DRIVE**
**P21**
**ALISO VIEJO, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1130 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Phillip Martinez** | *Check all that apply.* | | |
| **7788 APPLEWOOD LN** | ☐ Contingent | | |
| **WESTMINSTER, CO 80221** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1130 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Phillip Nguyen** | *Check all that apply.* | | |
| **608 TREES OF KENNESAW PKWY NW** | ☐ Contingent | | |
| **KENNESAW, GA 30152** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1130 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Phillip Ortega** | *Check all that apply.* | | |
| **2101 MARIPOSA STREET A** | ☐ Contingent | | |
| **OXNARD, CA 93036** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1130 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Phillip Taveras** | *Check all that apply.* | | |
| **6929 SEA CORAL DRIVE 116** | ☐ Contingent | | |
| **ORLANDO, FL 32821** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1130 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Phoo Way**
**542 POPPY HILL LANE**
**LAWRENCEVILLE, GA 30046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$236.43** | **$236.43** |
|---|---|---|---|---|

**Phyllis A.  wyatt**
**3125 W. CHENANGO AVE**
**LITTLETON, CO 80120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Phyllis wyatt**
**3125 W. CHENANGO AVE**
**LITTLETON, CO 80120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1131 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pierre Hogan**
**306 Oak Track Crse**
**Ocala, FL 34472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1131 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pierre Plump**
**2004 CLUBS LAKES PARKWAY**
**LAWRENCEVILLE, GA 30044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1131 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pierre Sulub**
**891 S. 3rd St**
**#7**
**San Jose, CA 95112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1131 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pilar De Jesus Rodriguez Reyes**
**11303 Wilshire Blvd**
**#116**
**Los Angeles, CA 90073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1131 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pilar Guzman**
**6018 Dranner Park Ln**
**Houston, TX 77086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1131 5**

Priority creditor's name and mailing address

**PIMA COUNTY TREASURER
115 NORTH CHURCH AVENUE
TUCSON, AZ 85701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1131 6**

Priority creditor's name and mailing address

**PIMA COUNTY TREASURER
240 N. STONE AVE
TUCSON, AZ 85701-1199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1131 7**

Priority creditor's name and mailing address

**PIQUA CITY INCOME TAX
PO BOX 1223
PIQUA, OH 45356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1131 8**

Priority creditor's name and mailing address

**Piterson Souffrant
1530 STONEHAVEN DR
#3
BOYNTON BEACH, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.11319**

Priority creditor's name and mailing address

**Pollete Hernandez**
**8020 FEDERAL BLVD**
**UNIT 5**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____    **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11320**

Priority creditor's name and mailing address

**Ponciano Jr Anclote**
**951 NUALA CT**
**CONCORD, CA 94518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____    **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11321**

Priority creditor's name and mailing address

**Porfirio Sanabria**
**18914 Delight St**
**Canyon Country, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____    **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11322**

Priority creditor's name and mailing address

**Porsha braxton**
**2303 GREENWOOD DR**
**CANTON, GA 30115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____    **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1132 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Powers Adrian**
**3832 W 89TH WAY**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1132 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pramendra Bairagi**
**2626 EAST SAGUARO PARK LANE**
**PHOENIX, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1132 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pranavkumar patel**
**1074 BONITA ST**
**APT 1074**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1132 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Prasanth Agastya**
**281 EL PORTAL WAY**
**SAN JOSE, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11327**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Preciosa Elizabeth Rivera** <br> **23450 NEWHALL AVENUE 64** <br> **NEWHALL, CA 91321** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

**2.11328**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Precious Thomas** <br> **221 UPPER RIVERDALE RD 4G** <br> **JONESBORO, GA 30236** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

**2.11329**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Prem Gulrajani** <br> **18109 HERBOLD STREET** <br> **NORTHRIDGE, CA 91325** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

**2.11330**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,566.71** | **$1,566.71** |
|---|---|---|---|
| **PREM GULRAJANI** <br> **18109 HERBOLD STREET** <br> **NORTHRIDGE, CA 91325** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1133 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Presli Davidson**
**38167 HASTINGS CT**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1133 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Preston Austin**
**8431 Crane Cr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1133 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Preston Blackmore**
**5579 S WINDERMERE**
**410**
**LITTLETON, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1133 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Preston Griffin**
**2070 62ND ST #1503**
**N CLEARWAER, FL 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1133 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Preston Montgomery**
**443 LINWOOD AVE**
**MONROVIA, CA 91016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1133 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Preston Saccone**
**323 Paloma Lane**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1133 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Prince Hiraldo**
**256 JERICA LANE**
**DAVENPORT, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1133 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Prince WASHINGTON JR**
**13110 CONSTITUTION AVE NE**
**120**
**ALBUQUERQUE, NM 87112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Priscilla Barber**
**6000 Hollister Street**
**Apt. 1501**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Priscilla Diaz**
**4520 BIRD FARM ROAD**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Priscilla Gonzalez**
**16921 Loukelton St**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Priscilla Gutierrez**
**1603 Kwis Ave.**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1134 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Priscilla Sedano**
**1601 TENAKA PLACE**
**225**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1134 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Prudencio Arellano**
**20031 CYPRESSWOOD ESTATES RUN**
**SPRING, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1134 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Qabzib Moua**
**1631 S HIGHLAND AVE**
**APT. O**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1134 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quaneesha Moye**
**3607 Bright Moon CT**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Quang Ngo**
**4829 GAMBIER ST**
**#2**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Quang Nguyen**
**10063 PARK MEADOWS DRIVE**
**310**
**LONE TREE, CO 80124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Quantrae Lee**
**2112 CRESTVIEWLANE**
**PITTSBURG, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Queionna Thomas**
**8412 N LOIS AVE**
**#A**
**TAMPA, FL 33614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1135 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quentin Jones**
**11321 CONSTITUTION**
**ALBUQUERQUE, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1135 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quentin Rainwater**
**86 KINGSGATE RD UNIT A101**
**LAKE OSWEGO, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1135 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quentin Rilenge**
**3107 45TH ST E**
**NA**
**BRADENTON, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1135 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quin Polley**
**4427 ALGERNON DR**
**SPRING, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1135 5**

Priority creditor's name and mailing address

**Quincey Garren**
**12049 W TANFORAN AVE**
**MORRISON, CO 80465**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1135 6**

Priority creditor's name and mailing address

**Quincy Blossom**
**4004 CAROL DR**
**FULLERTON, CA 92833**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1135 7**

Priority creditor's name and mailing address

**Quincy Spaulding**
**41 LUNETTE AVENUE**
**FOOTHILL RANCH, CA 92610**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1135 8**

Priority creditor's name and mailing address

**Quinnisha Cunningham**
**14999 SW ROYALTY PKWY**
**P32**
**TIGARD, OR 97224**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.11359**

Priority creditor's name and mailing address

**Quintavis Moye**
**2169 WIND GATE CT**
**LITHONIA, GA 30058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11360**

Priority creditor's name and mailing address

**Quintavis White**
**1209 WEATHERLY DR**
**STONE MOUNTAIN, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11361**

Priority creditor's name and mailing address

**Quinton Moorer**
**5801 NW 17 PLACE APT 4**
**LAUDERHILL, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11362**

Priority creditor's name and mailing address

**Quinton Opdyke Bisbee**
**499 N FAIR OAKS AVENUE**
**8**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1136 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quinton Williams**
**7119 PENDER WAY**
**ORLANDO, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 4 | Priority creditor's name and mailing address | | **$8.89** | **$8.89** |
|---|---|---|---|---|

**Quiriat Martinez Tong**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 5 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quitalig McSwain-Harris**
**21181 E. STIRRUP ST.**
**QUEEN CREEK, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 6 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Quynn Carver**
**8765 RIDEABOUT LANE**
**SAN DIEGO, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11367**

Priority creditor's name and mailing address

**Rachael Derr**
**9915 Caminito Cuadro**
**San Diego, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11368**

Priority creditor's name and mailing address

**Rachael Garrett**
**8106 Se Lake Rd**
**Milwaukie, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11369**

Priority creditor's name and mailing address

**Rachael Petty**
**18241 JAKES WAY**
**202**
**ANYON COUNTRY, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11370**

Priority creditor's name and mailing address

**Rachel Anaya**
**4343 N Longview Ave**
**Apt 109**
**Phoenix, AZ 85014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1137**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Rachel Atchison**
**8646 W TETON AVE**
**LITTLETON, CO 80128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1137**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Rachel Bijou**
**3637 BROADWAY**
**H3**
**MIAMI, FL 33901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1137**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Rachel Black**
**2205 Liberty Bell Place**
**Lawrenceville, GA 30043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1137**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Rachel Boccia Suarez**
**1357 LAKEVIEW**
**CLEARWATER, FL 33756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1137 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1137 5**

Priority creditor's name and mailing address

**Rachel Borley**
**7962 SE OTTY ST**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1137 6**

Priority creditor's name and mailing address

**Rachel Bradley**
**10001 DUNBAR LANE**
**12**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1137 7**

Priority creditor's name and mailing address

**Rachel Bradley**
**10001 DUNBAR LANE**
**12**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61.06**    **$61.06**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1137 8**

Priority creditor's name and mailing address

**Rachel Collins**
**445 Sandtrap Ln**
**Sugar Hill, GA 30518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1137<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Crespo**<br>**17850 SW 107 AV**<br>**22**<br>**MIAMI, FL 33157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1138<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Featherstone**<br>**4251 Stone Mountain Dr**<br>**Chino Hills, CA 91709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1138<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Gardenia Baldemeca**<br>**8435 Hydra Lane**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1138<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Howard**<br>**30875 GILMOUR ST**<br>**CASTAIC, CA 91384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1138 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.16 | $267.16 |
|---|---|---|---|---|
| | **RACHEL L. UNDERHILL** | *Check all that apply.* | | |
| | **11342 W COOPER DR** | ☐ Contingent | | |
| | **LITTLETON, CO 80127** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1138 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Meza** | *Check all that apply.* | | |
| | **4932 MERTEN AVE** | ☐ Contingent | | |
| | **CYPRESS, CA 90630** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1138 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Perry** | *Check all that apply.* | | |
| | **3503 E SANTA ANA** | ☐ Contingent | | |
| | **FRESNO, CA 93726** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1138 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rachel Ring** | *Check all that apply.* | | |
| | **237 S AVE 60** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1138 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rachel Sausa**
**7101 E TAMARA DR.**
**TUCSON, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1138 8 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Rachel Showalter**
**26 Fairlane Ave**
**Orlando, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1138 9 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Rachel Sing**
**1966 CABRILLO MESA CT.**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1139 0 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Rachel Turner**
**8305 Windrush Ave**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1139<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rachel Underhill**
**11342 W COOPER DR**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1139<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rachel Valenzuela**
**27237 CAMDEN PLACE**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1139<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rachele May**
**18332 NW CHEMEKETA LN**
**325**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1139<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rachelle Ceron**
**20837 VERCELLI WAY**
**PORTER RANCH, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1139 5 | Priority creditor's name and mailing address **Rachelle Q. Ceron** **20837 VERCELLI WAY** **PORTER RANCH, CA 91326** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$469.35** | **$469.35** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1139 6 | Priority creditor's name and mailing address **Racquel Bijou** **3677 BROADWAY** **H3** **FORT MYERS, FL 33901** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1139 7 | Priority creditor's name and mailing address **Raegan Denton** **4152 E BLUESAGE ROAD** **GILBERT, AZ 85297** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1139 8 | Priority creditor's name and mailing address **Raelynn Johnson** **8170 E. Helen St.** **Tucson, AZ 85715** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Raenie Delgehausen**
**2057 W AMY DR**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Raeven Placa**
**881 Sunningdale Dr**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Rafael Arias-andueza**
**3890 greenway dr apt 106**
**Sarasota, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Rafael Castillo Gasca**
**445 EAST MARCELLO AVE**
**TRACY, CA 95391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1140 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rafael Colon** | Check all that apply. | | |
| **6119 OAK CLUSTER CIR** | ☐ Contingent | | |
| **TAMPA, FL 33634** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1140 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rafael Colon** | Check all that apply. | | |
| **5316 MILLENIA BLVD** | ☐ Contingent | | |
| **10-208** | ☐ Unliquidated | | |
| **ORLANDO, FL 32839** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1140 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAFAEL CORDERO** | Check all that apply. | | |
| **11461 SW DAVIES RD** | ☐ Contingent | | |
| **BEAVERTON, OR 97007** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1140 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rafael Garcia** | Check all that apply. | | |
| **9975 Sw Walnut St** | ☐ Contingent | | |
| **#2** | ☐ Unliquidated | | |
| **Portland, OR 97223** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rafael Hernandez**<br>**4123 CHEVY CHASE**<br>**LA, CA 90039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$57.79** | **$57.79** |
|---|---|---|---|---|
| | **Rafael J.  Ortiz**<br>**86110 LAS FLORES AVE**<br>**COACHELLA, CA 92236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rafael Lugo**<br>**960 VALENCIA AVENUE**<br>**201**<br>**SAN BERNARDINO, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rafael Mainardis**<br>**4760 SOUTH WADSWORTH**<br>**BOULEVARD**<br>**E203**<br>**LITTLETON, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1141 1 | Priority creditor's name and mailing address **Rafael Maldonado** **555 S TENTH STREET** **18** **SAN JOSE, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1141 2 | Priority creditor's name and mailing address **Rafael Mendez** **1673 E Gail Dr** **Chandler, AZ 85225** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1141 3 | Priority creditor's name and mailing address **Rafael Navarro** **82786 CREST AVENUE** **INDIO, CA 92201** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1141 4 | Priority creditor's name and mailing address **Rafael Ochoa-romero** **832 w colorado blvd** **apt c** **monrovia, CA 91016** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1141 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rafael Ortiz**
86110 LAS FLORES AVE
COACHELLA, CA 92236

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1141 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rafael Pineda**
4038 Marathon St
#1
Los Angeles, CA 90029

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1141 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rafael Rodriguez**
38856 Rambler Ave
Palmdale, CA 93550

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1141 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rafael Serrano**
7013 HUDSON RIVER DR
TAMPA, FL 33619

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11419**

Priority creditor's name and mailing address
**Rafaela Hernandez**
**11726 MARQUARDT AVE**
**WHITTIER, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11420**

Priority creditor's name and mailing address
**Rahel shiferaw**
**6452 wedgeview dr**
**tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11421**

Priority creditor's name and mailing address
**Railyn Pentland**
**2064 SOUTH RICHFIELD ST**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11422**

Priority creditor's name and mailing address
**Rain Nelson**
**14705 E Dartmouth Ave**
**Aurora, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1142 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Raina Carter** **1068 Medical Center Drive** **San Bernardino, CA 92411** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1142 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.42** | **$21.42** |
|---|---|---|---|
| **Raina L. Carter** **1068 Medical Center Drive** **San Bernardino, CA 92411** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1142 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Raina Sparks** **12406 STILLWATER TERRACE DRIVE** **TAMPA, FL 33618** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1142 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Raiza Alas** **1876 Buckingham Rd** **Apt 4** **Los Angeles, CA 90019** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Rakeem jackson**
**1511 EAST KALEY ST**
**ORLANDO, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Rakim Faucette**
**42 Olive Dr**
**Ocala, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Ralf Reinier Ocampo**
**28188 MOULTON PARKWAY**
**715**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Ralph Mena**
**3030 N CASTRO AVE**
**7**
**TUCSON, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1143 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ralph Morales**<br>**3038 n Estrella**<br>**APT #F**<br>**Tucson, AZ 85705** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1143 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ralph Randolph**<br>**19441 e navarro dr**<br>**aurora, CO 80013** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1143 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ralph Vargas**<br>**1825 Robinhood St**<br>**Sarasota, FL 34231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1143 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Ramandeep Mangat**<br>**8865 LOS ALTOS DR**<br>**BUENA PARK, CA 90620** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1143 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.64 | $331.64 |
|---|---|---|---|---|
| | **RAMI A. JABER** | ☐ Contingent | | |
| | **2400 BARRETT CREEK BLVD** | ☐ Unliquidated | | |
| | **APT 806** | ☐ Disputed | | |
| | **MARIETTA, GA 30066** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1143 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rami Jaber** | ☐ Contingent | | |
| | **2400 BARRETT CREEK BLVD** | ☐ Unliquidated | | |
| | **APT 806** | ☐ Disputed | | |
| | **MARIETTA, GA 30066** | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1143 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Ramin Madadkar** | ☐ Contingent | | |
| | **6681 TORENIA TRL** | ☐ Unliquidated | | |
| | **110** | ☐ Disputed | | |
| | **SAN DIEGO, CA 92130** | | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1143 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Ramiro Duran** | ☐ Contingent | | |
| | **4853 E AVE R12** | ☐ Unliquidated | | |
| | **PALMDALE, CA 93552** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramiro Feria**
**1001 Seaside Daisy Ct**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.11440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramiro Galindo**
**23481 El Reposa**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.11441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramiro Padilla**
**530MEDANOS AVE**
**103**
**BAYPOINT, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.11442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramon Amaya**
**1985 WASHINGTON ST**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1144 3**

Priority creditor's name and mailing address

**Ramon Carvajal**
**744 CALLA DRIVE**
**#2**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1144 4**

Priority creditor's name and mailing address

**Ramon Cerda Sanchez**
**15910 Pasadena Avenue**
**Apt 26**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1144 5**

Priority creditor's name and mailing address

**Ramon Diaz**
**2101 Ne 68th**
**Apt201**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1144 6**

Priority creditor's name and mailing address

**Ramon Hermosillo**
**275 E FIRST STREET**
**SAN JACINTO, CA 92583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11447**

Priority creditor's name and mailing address

**Ramon Hernadez**
**875 CINNABAR ST.**
**1107**
**SAN JOSE, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11448**

Priority creditor's name and mailing address

**Ramon Hurtado**
**4002 E BELMONT**
**FRESNO, CA 93702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11449**

Priority creditor's name and mailing address

**Ramon Lozano**
**12557 WELLINGTON PARK**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11450**

Priority creditor's name and mailing address

**Ramon Padilla**
**1152 Jennifer Court**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1145 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramon Perez Vega**
**1606 OREGON AVE**
**SAINT CLOUD, FL 34769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramon Solorzano**
**4102 Vela Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramon Villalpando**
**1785 KAMMERER AVE**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ramona Bruster**
**369 McCook Drive NW**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1145 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ramona Chavez**
**1949 West Dr**
**Apt.#2**
**Vista, CA 92083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ramona Chavez**
**7425 9TH STREET**
**123**
**BUENA PARK, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ramona Rae**
**333 MIDWEST PKWY**
**SARASOTA, FL 34232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ramses Delossantos**
**319 Scott Ct**
**Palm Harbor, FL 34684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ramses Magana**
**14705 E DARTMOUTH AVE**
**AURORA, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ramy Sabbara**
**6000 EUCALYPTUS LN**
**VALLEY CENTER, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ramzes Volantin**
**2041 MILAGRO PL**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ramzi Yokhanna**
**2874 Westhaven Dr**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1146 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rana Mckibbin**
**7101 Lakeridge Ct.**
**Ft. Myers, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1146 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ranada Grayes**
**4458 4TH AVE**
**2C**
**LA MESA, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1146 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ranah Marriell Barriatos**
**123 E WINDSOR ROAD**
**APT. 31**
**GLENDALE, CA 91205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1146 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Randahl Drake**
**749 HOLBERTSON CT**
**SIMI VALLEY, CA 93065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Randaine Reid**
**2721 SAVANNAH DRIVE**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Randall Coppernoll**
**2017 PALO ALTO AVE**
**LADY LAKE, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Randall Sheldon**
**7560 Sw Bonita Rd.**
**Apt#32**
**Tigard, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RANDALL ZEIHER**
**182 MARAKESH DR**
**PACHECO, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1147 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randell Woodard**
**10200 NORTH ARMENIA AVENUE**
**3408**
**TAMPA, FL 33612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randi Topel**
**1614 PROMONTORY TERRACE**
**SAN RAMON, CA 94583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy Bondo**
**19899 E CASPIAN CIRCLE**
**AURORA, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy De La Rosa**
**3660 NEWTON AVENUE**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1147 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy Farrior**
**5616 8th St E**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy Pacheco Urieta**
**219 BACKS LN**
**APT. NUMBER A**
**PLACENTIA, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy Salazar**
**759 94th ave north naples**
**Naples, FL 34108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1147 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Randy Vinton**
**720 WOLFE RD**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Randy Vizcarra**
**3626 W COLTER ST**
**PHOENIX, AZ 85019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ranique Moodie**
**7696 ALICIA LANE**
**SARASOTA, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ranphy Alejandro**
**2660 S. STEWART ST.**
**KISSIMMEE, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.57** | **$102.57** |
|---|---|---|---|---|

**Raphael A.  Alejandro**
**1220 GEORGIA AVE**
**ST. CLOUD, FL 34769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1148 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raphael Alejandro**
**1220 GEORGIA ST**
**ST. CLOUD, FL 34769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1148 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raphy Velasquez**
**10911 Canyon Hill Lane**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1148 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raquel BRACHO**
**7101 SAND LAKE RESERVE DR**
**1102**
**ORLANDO, FL 32819**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1148 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raquel Brambila**
**3810 SACRAMENTO DR**
**LA MESA, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1148 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raquel Cortez**
**7499 Danbury way**
**Clearwater, FL 33764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raquel Esquivel**
**807 WINSTON PL**
**MOUNTAIN VIEW, CA 94043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raquel Garcia**
**1411 Monument Blvd**
**#a1**
**Concord, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1149 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raquel Gonzales**
**13560 Turtle Marsh Loop**
**#325**
**Orlando, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1149 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raquel Hawkins**
**2200 N Sherman Circle**
**Miramar, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raquel Mejia**
**21500 Lassen St Spc 9**
**Chatsworth, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raquel Zamott**
**1324 Waikiki Way**
**Tampa, FL 33619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rashad smith**
**1453 25TH STREET**
**SARASOTA, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1149 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Rashawn Jones**
**3355 GEORGE BUSBEE PKWY**
**808**
**KENNESAW, GA 30144**

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ratayvious Spencer**
**2580 NORTH BERKELEY LAKE RD**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ratnawati Widjaja**
**3201 Yorba Linda Blvd**
**#105**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Raudel tapia**
**44971 RUBIDOUX ST.**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Aldama**
**1294 Medley Ct**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Feregrino**
**443 E.first St.**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Gonzalez**
**7240 Canosa Ct**
**Westminster, CO 80030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Hernandez**
**2144 LYONS DR**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1150 3**

Priority creditor's name and mailing address

**Raul Martinez**
**911 A ST**
**FRESNO, CA 93706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1150 4**

Priority creditor's name and mailing address

**Raul Mayahernandez**
**24 silver Strand**
**Dana Point, CA 92629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1150 5**

Priority creditor's name and mailing address

**Raul Medina**
**1917 South Broadway #A**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1150 6**

Priority creditor's name and mailing address

**Raul Noriega**
**2266 Delos Street**
**San Diego, CA 92139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1150 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raul Olivera**
**6741 SW 20TH COURT**
**MIRAMAR, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raul Pantoja**
**5519 Jose Leon St**
**North Las Vegas, NV 89031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Raul Ramirez**
**2155 Wood St**
**#a9**
**Sarasota, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1151 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**raul ramirez**
**3555 WARBURTON AVE**
**SANTA CLARA, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1151 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Ramos**
**120 S HIGHLAND AVE**
**#G**
**PLACENTIA, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1151 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Rios**
**6431 N LEAD**
**FRESNO, CA 93711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1151 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raul Sanchez**
**7952 Moon Shadow Cir.**
**#1**
**Huntington Beach, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1151 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.24** | **$1,153.24** |
|---|---|---|---|---|

**RAUL SANCHEZ**
**7952 Moon Shadow Cir.**
**#1**
**Huntington Beach, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1151 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Raul Santos** | *Check all that apply.* |
| | **2530 BEAR VALLEY PKWY** | ☐ Contingent |
| | **UNIT 108** | ☐ Unliquidated |
| | **Escondido, CA 92027** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1151 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Raul Vazquez-soto** | *Check all that apply.* |
| | **3151 Soaring Guls Dr** | ☐ Contingent |
| | **#1097** | ☐ Unliquidated |
| | **Las Vegas, NV 89128** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1151 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Raul villegas rojano** | *Check all that apply.* |
| | **4546 55TH ST** | ☐ Contingent |
| | **SAN DIEGO, CA 92215** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1151 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Raunel Ponce-silva** | *Check all that apply.* |
| | **5516 W Shangri-la Rd** | ☐ Contingent |
| | **Glendale, AZ 85304** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1151 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ravello Montanez**
**25616 Lindenwood Way**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1152 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.06** | **$155.06** |
|---|---|---|---|---|

**Ravello Montanez**
**25616 Lindenwood Way**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1152 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raven Dean**
**22921 IMPERIAL VALLEY DR**
**E201**
**HOUSTON, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1152 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raven Riley**
**113 E 113TH PLACE**
**NORTHGLENN, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1152 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Raven Schwarzkopf-hamilton**
**21141 Canada**
**Apt 14p**
**Lake Forest, CA 92630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1152 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Raxel Gutierrez**
**2003 Balfour Cr**
**Tampa, FL 33619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1152 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ray Aubele**
**1421 Shannon**
**Upland, CA 91784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1152 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rayanna Ozbirn**
**6161 E. Pima Street**
**#2004**
**Tucson, AZ 85712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11527**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rayechelle Foster**
**3422 Thaxton se**
**apt 20**
**Albuquerque, NM 87106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11528**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rayka Khatibi**
**1302 S SALTAIR AVE**
**#2**
**LOS ANGELES, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11529**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rayleen Stacy**
**44321 NOLINA CIRLCE**
**LANCASTER, CA 93536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11530**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Raylene Garcia**
**1262 RIDERWOOD**
**HACIENDA HEIGHTS, CA 91745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1153 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Cabrera**
655 S. Mesa Dr #2016
Mesa, AZ 85210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Custodio**
P.O. Box 23120
Pleasant Hill, CA 94523

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Day**
4358 HEYER AVENUE
CASTRO VALLEY, CA 94546

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.69** | **$87.69** |
|---|---|---|---|---|

**Raymond Day**
4358 HEYER AVENUE
CASTRO VALLEY, CA 94546

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1153 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Feau**
**2203 Mclaughlin Ave**
**Apt 1**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Flynt**
**1401 Village Blvd**
**Apt 1917**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Foster**
**95 RENAISSANCE PARKWAY NE**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1153 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$60.91** | **$60.91** |
|---|---|---|---|---|

**RAYMOND G.  MORALES**
**7644 N FIGUEROA ST**
**LOS ANGELES, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.11539**

Priority creditor's name and mailing address

**Raymond Gantt**
**630 HOLLENBECK AVE**
**APT 1**
**SUNNYVALE, CA 94087**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.11540**

Priority creditor's name and mailing address

**Raymond Gonzalez**
**434 N Mcpherson St**
**La Habra, CA 90631**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.11541**

Priority creditor's name and mailing address

**Raymond Guerrero**
**36504 Summer Holly**
**Circle**
**Palmdale, CA 93550**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.11542**

Priority creditor's name and mailing address

**Raymond Lopez**
**234 E NORTH HILL DR**
**SPRING, TX 77373**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1154 3 | Priority creditor's name and mailing address<br>**Raymond Melendez**<br>**12302 LELAND AVE**<br>**WHITTIER, CA 90605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1154 4 | Priority creditor's name and mailing address<br>**RAYMOND MELENDEZ**<br>**12302 LELAND AVE**<br>**WHITTIER, CA 90605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,495.92** | **$1,495.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1154 5 | Priority creditor's name and mailing address<br>**Raymond Morales**<br>**7644 N FIGUEROA ST**<br>**LOS ANGELES, CA 90041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1154 6 | Priority creditor's name and mailing address<br>**Raymond Ortiz**<br>**314 WASHINGTON PALM LOOP**<br>**DAVENPORT, FL 33897** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Phillips**
**4615 EAST ORANGE DRIVE**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Rivera**
**12720 WITHERSPOON RD**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Rivera**
**12215 Colima Rd**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Raymond Sanchez**
**539 JACKIE DR**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1155 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Raymond Sandoval**<br>**9422 VALLEY VIEW ST**<br>**#A**<br>**CYPRESS, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1155 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Raymond Santos**<br>**727 RANLETT AVE**<br>**LA PUENTE, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1155 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Raymond Stevenson**<br>**355 Phippen Waiters Rd**<br>**Dania, FL 33004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1155 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Raymond Sturgeon Jr.**<br>**525 WEST 119TH STREET**<br>**LOS ANGELES, CA 90044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1155 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

| 2.1155 5 | Priority creditor's name and mailing address<br>**Raymond Trudell**<br>**1505 Ohio Ave**<br>**Dunedin, FL 34698** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1155 6 | Priority creditor's name and mailing address<br>**Raymundo Bravo**<br>**2175 MCLAUGHLIN AVE**<br>**3**<br>**SAN JOSE, CA 95122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1155 7 | Priority creditor's name and mailing address<br>**Raymundo Garcia Duarte**<br>**10229 LYNDALE AVE.**<br>**SAN JOSE, CA 95127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1155 8 | Priority creditor's name and mailing address<br>**Raymundo Garcia Lopez**<br>**10229 LYNDALE AVE**<br>**SAN JOSE, CA 95127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11559**

Priority creditor's name and mailing address

**Raymundo Munoz**
**82055 Santa Rosa Ave**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11560**

Priority creditor's name and mailing address

**Raymundo Sanchez**
**236 S CORONADO ST**
**308**
**LOS ANGELES, CA 90057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11561**

Priority creditor's name and mailing address

**Raymundo Vergara**
**10925 Sw Larch Ln**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11562**

Priority creditor's name and mailing address

**Raynold Anaction**
**1610 SW 67th Ave**
**North Lauderdale, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1156 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Realidy Esquivez**
**487 E AVE 28**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1156 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Realyn Nichols**
**5987 Chesbro Ave**
**San Jose, CA 95123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1156 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebeca Estrada**
**1905 NW 173 AVE**
**1503**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1156 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebeca Hernandez**
**10010 Greenfork Dr.**
**#912**
**Houston, TX 77036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1156 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rebeca Herrera**
**3559 EL SERENO AVE**
**202**
**LOS ANGELES, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1156 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rebecca Bakaloff**
**2406 NW 21ST TERRACE**
**BOYNTON BEACH, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1156 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rebecca Beltran**
**3213 45th Street**
**San Diego, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1157 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rebecca Brito**
**7027 Westwood Dr**
**Sarasota, FL 34241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Garden Fresh Restaurants LLC** |
| | Name |

Case number (if known)    **20-02477-LA7**

---

**2.1157**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rebecca Caballero-duenas** | Check all that apply. | | |
| **13842 Busby Circle** | ☐ Contingent | | |
| **Westminster, CA 92683** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1157**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rebecca Corona** | Check all that apply. | | |
| **1052 E 8TH AVE** | ☐ Contingent | | |
| **MESA, AZ 85204** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1157**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rebecca Madrigal** | Check all that apply. | | |
| **2061 White Alder Lane** | ☐ Contingent | | |
| **Vista, CA 92084** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1157**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rebecca Mahabir** | Check all that apply. | | |
| **3208 SABAL PALMS CT** | ☐ Contingent | | |
| **SUITE A** | ☐ Unliquidated | | |
| **KISSIMMEE, FL 34747** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1157 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebecca Navas**
**16082 SW 63RD TER**
**MIAMI, FL 33193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1157 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebecca Ochoa**
**5808 East Calle Guadalupe**
**Guadalupe, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1157 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebecca Salch**
**4409 Lugo Ave**
**Chino Hills, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1157 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebecca Sasnett**
**9030 E Holmes St**
**Tucson, AZ 85710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11579**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rebecca Thompson**
**19441 E NAVARRO DRIVE**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11580**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rebecca Velasquez**
**2892 N Grantland Ave**
**Fresno, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11581**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rebecka Tobin**
**3287 TIOGA RD**
**102**
**CONCORD, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11582**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rebeckah Guevara**
**2225 VIA TOMAS**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1158 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebekah Febo**
**1441 Brandywine Rd.**
**Apt 500d**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1158 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rebekah ROMAN**
**1722 XIMENO AVE**
**10**
**LONG BEACH, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1158 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reece Wimberly**
**1144 CORRIE LN**
**WALNUT CREEK, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1158 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reed Colgrove**
**8310 SW COLONY CREEK CT**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1158 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$678.60** | **$678.60** |
|---|---|---|---|---|
| | **Reed H.  Colgrove**<br>**8310 SW COLONY CREEK CT**<br>**TIGARD, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1158 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Refugio Lopez**<br>**7975 Se 92nd Ave**<br>**Apt 25**<br>**Portland, OR 97266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1158 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Regan Bradley**<br>**3009 EAST 9TH STREET**<br>**VANCOUVER, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1159 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Regan Rose**<br>**18214 E EL VIEJO DESIERTO**<br>**GOLD CANYON, AZ 85118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1159 1**

Priority creditor's name and mailing address
**Reganne Gagliardi**
**4215 E SANTA FE LN**
**GILBERT, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 2**

Priority creditor's name and mailing address
**Regina Anaya Ortega**
**120 S HIGHLAND AVE**
**#G**
**PLACENTIA, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 3**

Priority creditor's name and mailing address
**Regina Ezell**
**2139 W 129th**
**Gardena, CA 90249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 4**

Priority creditor's name and mailing address
**Regina Montano**
**3444 N E ST 20**
**SAN BERNARDINO, CA 92405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1159 5**

Priority creditor's name and mailing address

**Regina SANDRE**
**605 OAKS DR**
**1001**
**POMPANO BEACH, FL 33069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 6**

Priority creditor's name and mailing address

**Regina Stroh**
**9055 W Bellwood Pl**
**Littleton, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 7**

Priority creditor's name and mailing address

**Reginald English**
**3376 CHATSWORTH WAY**
**POWDER SPRINGS, GA 30127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1159 8**

Priority creditor's name and mailing address

**Reginald Houston**
**1512 8TH AVENUE W**
**BRADENTON, FL 34206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1159 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Hughes**
**5247 MILLENNIA BLVD**
**309**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Phillips**
**836 J STREET**
**LAS VEGAS, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Stallings**
**1274 Eason Street Nw**
**Atlanta, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Waller II**
**6767 Amherst St Unit A**
**Unit A**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1160 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Williams**
**816 AUTUMN VILLAGE COURT**
**816**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reginald Wilson**
**3008 Newtown Blvd**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rei Zhu**
**1301 W SHORB ST.**
**ALHAMBRA, CA 91803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reichel barrios**
**6560 CHANTRY ST**
**ORLANDO, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11607**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Reighn Carter**
**39 DOUBLE CREEK DR**
**CONROE, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11608**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Reina Barahona**
**1641 PINE STREET**
**#3**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11609**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rember Lopez**
**505 S BONNIE ST**
**205**
**LOS ANGELES, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11610**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Remie Nguyen**
**16248 Nw Canton St.**
**Apt. 308**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1161**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Remy Jean**<br>**6210 Sw 18th Place**<br>**Pompano Beach, FL 33068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1161**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Rena Castro**<br>**15112 GALE AVE**<br>**HACIENDA HEIGHTS, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1161**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Renae Tenorio**<br>**4655 W Mineral Drive**<br>**#728**<br>**Littleton, CO 80128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.1161**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Renald Fleurima**<br>**7518 SW 9TH STREET**<br>**NORTH LAUDERDALE, FL 33068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1161 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Renard Diggs**<br>**7820 PARADISE VALLEY ROAD**<br>**C**<br>**SAN DIEGO, CA 92139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

**2.1161 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Renato Alvarado**<br>**917 S Toland st**<br>**Santa Ana, CA 92704** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

**2.1161 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Renato Mendez**<br>**1060 South Idaho St.**<br>**Unit # 47**<br>**La Habra, CA 90631** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

**2.1161 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Renaud Jean**<br>**1331 Alho Dr**<br>**Lake Worth, FL 33462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11619**

Priority creditor's name and mailing address
**Rene Acosta**
**106 S. COUNTRY CLUB DR**
**116**
**MESA, AZ 85210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11620**

Priority creditor's name and mailing address
**Rene Balderas**
**2846 E. KATHLEEN RD**
**101**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11621**

Priority creditor's name and mailing address
**Rene Leanos**
**1227 W 5th Street**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11622**

Priority creditor's name and mailing address
**Rene Lopez**
**5726 1/2 Fountain Ave**
**Los Angeles, CA 90028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1162 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rene Montiel** **188 COLERIDGE GREEN** **FREMONT, CA 94538** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1162 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rene Ocampo** **1362 N Serrano** **Apt 1** **Los Angeles, CA 90027** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1162 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.23** | **$65.23** |
|---|---|---|---|
| **Rene Ocampo** **1362 N Serrano** **Apt 1** **Los Angeles, CA 90027** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1162 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rene Rios** **4918 12TH ST W** **BRADENTON, FL 34207** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11627**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rene Rivera** | *Check all that apply.* | | |
| **85286 CAIRO ST** | ☐ Contingent | | |
| **COACHELLA, CA 92236** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.11628**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rene Sazo** | *Check all that apply.* | | |
| **18872 E 22nd Drive** | ☐ Contingent | | |
| **Aurora, CO 80011** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.11629**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rene Tellez** | *Check all that apply.* | | |
| **3201 Mira Mesa Ave** | ☐ Contingent | | |
| **Oceanside, CA 92056** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.11630**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rene Tonelli** | *Check all that apply.* | | |
| **1865 AVOCADO DR.** | ☐ Contingent | | |
| **17** | ☐ Unliquidated | | |
| **VISTA, CA 92083** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1163 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renee Parra**
**2566 PILOT KNOB DR.**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1163 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renee Ramos**
**21622 MARGUERITE PKWY**
**496**
**MISSION VIEJO, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1163 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reneisha Hunt**
**3098 FLATER DRIVE**
**SAN JOSE, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1163 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renel Etienne**
**5561 NW 50TH AVE**
**COCONUT CREEK, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1163 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renel Pierre**
**10941 Winding Creek Lane**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1163 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renelia Bardales Roman**
**633 68TH ST APT1**
**SAN DIEGO, CA 92114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1163 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.10** | **$389.10** |
|---|---|---|---|---|

**RENELIA G.  BARDALES ROMAN**
**633 68TH ST APT1**
**SAN DIEGO, CA 92114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1163 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Renold Corvil**
**3890 RIVERSIDE DRIVE**
**#3**
**CORAL SPRINGS, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.11639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Reshad Ahmad Arash**<br>**41299 PASEO PADRE PKWY**<br>**334**<br>**FREMONT, CA 94539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Revoydia gray**<br>**19906 SONGLARK CIRCLE**<br>**HOUSTON, TX 77433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rex winney**<br>**4107 52ND ST. WEST**<br>**BRADENTON, FL 34209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rey Galvan**<br>**15854 BLACKHAWK ST**<br>**GRANADA HILLS, CA 91344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1164 3**

Priority creditor's name and mailing address

**Reyana Ortiz**
**42747 NEWPORT DR**
**FREMONT, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1164 4**

Priority creditor's name and mailing address

**Reyes Angela**
**232 Evergreen Parkway**
**Oceanside, CA 92054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1164 5**

Priority creditor's name and mailing address

**Reyes Pedraza**
**1536 S CONCORD WAY**
**#D**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1164 6**

Priority creditor's name and mailing address

**Reymundo Moreno**
**2149 W. TANGLEWOOD DR.**
**TUCSON, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Hernandez**
**1043 OAKLAWN AVE**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Lopez**
**13970 SW 6th st.**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Molina**
**9550 Longoint**
**#169**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Olivera**
**1505 C Lynne Renne Ct.**
**Modesto, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1165<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Ortega**
**1154 N CITRON ST**
**ANAHEIM, CA 92802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1165<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reyna Torres-Manzanares**
**2536 VIOLETA CIRCLE**
**RIO RANCHO, NM 87124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1165<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reynalda Hernandez**
**194 HERITAGE ST.**
**OCEANSIDE, CA 92058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1165<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Reynalda Mejia**
**636 Chicago Way**
**Dundee, FL 33838**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1165 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Reynaldo Beltran
15610 TUSTIN VILLAGE WAY 71
TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1165 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Reynaldo Codilla
990 Euclid Avenue
Camarillo, CA 93010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1165 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Reynaldo Lucero
47795 Dune Palms Rd
La Quinta, CA 92253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1165 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Rhea Sanders
925 ABRAHAM AVE
WEST PALM BEACH, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rhianna Gullo**
**6660 W Katie Ave**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rhiannon Kereluk**
**9248 E Duncan St**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rhiannon Mitchell**
**4037 N West Fernhill Circle**
**Tucson, AZ 85750**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**RHODE ISLAND DIV OF TAXATION**
**ONE CAPITOL HILL**
**PROVIDENCE, RI 2908-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11663**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rhonda Kellar**
**11356 Avenida Del Gato**
**Gato**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.11664**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Ricardo Alcala**
**716 Los Viejos SW**
**Albuquerque, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.11665**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Ricardo Barrera**
**1026 Ingraham St**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.11666**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Ricardo Cabrera**
**603 JOHANNA AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.11667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Calderon**
**991 HELEN AVENUE**
**2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Camacho**
**1827 CEDAR ST.**
**#B**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Campos**
**2713 Via Festivo**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Colon**
**940 EAST DRAGON FLY ROAD**
**SAN TAN VALLEY, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1167<br>1 | Priority creditor's name and mailing address<br>**Ricardo Dejesus**<br>**27107 Via La Mancha**<br>**Laguna Niguel, CA 92677** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1167<br>2 | Priority creditor's name and mailing address<br>**Ricardo Dime**<br>**238 BURNING TREE DRIVE**<br>**SAN JOSE, CA 95119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1167<br>3 | Priority creditor's name and mailing address<br>**Ricardo Estrada**<br>**1123 VIA MONTOYA**<br>**1123**<br>**CAMARILLO, CA 93010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1167<br>4 | Priority creditor's name and mailing address<br>**Ricardo Fernandez**<br>**6444 N  67TH AVE  APT 3138**<br>**GLENDALE, AZ 85301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1167 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Garcia**
**9709 BEAR LAKE RD**
**SEMINOLE COUNTY, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1167 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Garcia**
**6130 MONTEREY HWY.**
**SPACE 64**
**SAN JOSE, CA 95138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1167 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.17** | **$10.17** |
|---|---|---|---|---|

**RICARDO GARCIA**
**9709 BEAR LAKE RD**
**SEMINOLE COUNTY, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1167 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Gonzalez**
**33493 Hayloft St**
**Wildomar, CA 92595**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1167 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Guzman**
**1735 Brantley Rd`**
**Apt 307**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1168 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Hernanadez**
**4598 Houndshaven Wy**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1168 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$514.91** | **$514.91** |
|---|---|---|---|---|

**RICARDO HERNANADEZ**
**4598 Houndshaven Wy**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1168 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Hernandez**
**25610 POTRERO PARK DR**
**POTRERO, CA 91963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1168 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ricardo Ibarra**
**2221 ALHAMBRA AVE**
**UNIT 5**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1168 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ricardo Maldonado**
**1047 Bartlett Dr**
**Vista, CA 92084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1168 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ricardo Martinez**
**23215 MELINDA CT**
**MORENO VALLEY, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1168 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ricardo Martinez Diaz**
**2330 Walton Way**
**Escondido, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1168 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Ricardo Orduno**
**16161 Parkside Lane**
**Apt5**
**Huntington Beach, CA 92647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1168 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Ortega**
**1135 W. NORTH ST.**
**ANAHEIM, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1168 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Rodriguez**
**635 Stremma Rd**
**Largo, FL 33770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1169 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Rodriguez**
**3033 E 6TH ST.**
**D12**
**TUCSON, AZ 85716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1169 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Rubio**
**10510 Six Pines**
**Apt 8105**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1169 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Saldana**
**25815 Via Lomas**
**#201**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1169 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.70** | **$0.70** |
|---|---|---|---|---|

**Ricardo Saldana**
**25815 Via Lomas**
**#201**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1169 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ricardo Thompson**
**11300 66TH ST N**
**#414**
**LARGO, FL 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|--------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1169 5**

Priority creditor's name and mailing address
**Ricardo Vargas**
**1332 W 225TH STREET**
**TORRANCE, CA 90501**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1169 6**

Priority creditor's name and mailing address
**Ricardo Ypatzi**
**3518 DERBYHALL DR.**
**HOUSTON, TX 77066**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1169 7**

Priority creditor's name and mailing address
**Richard Alvarez**
**2115 W BALL RD**
**C**
**ANAHEIM, CA 92804**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1169 8**

Priority creditor's name and mailing address
**Richard Anderson**
**677 W. Juanita**
**Gilbert, AZ 85233**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1169 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Bakanen
700 NE 101 AVE APT 1E
PORTLAND, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1170 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Barrios
7800 RHEA AVE
RESEDA, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1170 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Becerra
1687 EAST 53 STREET
LONG BEACH, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1170 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Diaz
9900 ACACIA AVE.
64
GARDEN GROVE, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1170 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Richard Garcia** **11631 E. THRONWOOD DR** **SCOTTSDALE, AZ 85256** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1170 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Richard Geraldo** **4027 W232ND ST** **TORRANCE, CA 90505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1170 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Richard Gonzales** **33105 PINTO CT** **UNION CITY, CA 94587** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

**2.1170 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Richard Guzman** **2045 N. 81st Pl** **Scottsdale, AZ 85257** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1170<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Lewis
784 PORTSIDE PL
SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1170<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Li Pinto
669 JAMESTOWN BLVD
1060
ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1170<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Libed
14471 Lyndon St.
Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1171<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Lopez
18244 REGINA AVE
TORRANCE, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1171 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Marshall**
**440 STAMBRIDGE CT**
**JOHNS CREEK, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1171 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RICHARD MOJEAN**
**329 TOPAZ CT**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1171 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Nguyen**
**200 FORD ROAD SPC 186**
**SAN JOSE, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1171 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Richard Niccoli**
**5479 CENTRALIA ST**
**UNIT 17**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1171 5**

Priority creditor's name and mailing address

**Richard Pittsinger**
**39125 Gunsmoke Ct**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1171 6**

Priority creditor's name and mailing address

**Richard Richardson**
**1424 66TH ST N**
**52**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1171 7**

Priority creditor's name and mailing address

**Richard Rider**
**13893 Pinkard Way**
**#89**
**El Cajon, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1171 8**

Priority creditor's name and mailing address

**Richard Roberts**
**4201 BRYN MAWR**
**A304**
**ALBUQUERQUE, NM 87108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1171 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Richard Salazar**<br>**16916 S. VERMONT AVE**<br>**GARDENA, CA 90247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1172 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Richard Schock**<br>**3430 W Windrose Dr**<br>**Phoenix, AZ 85029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1172 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Richard Sutton**<br>**831 HERMAN AVENUE**<br>**ORLANDO, FL 32803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1172 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Richard tellez**<br>**429 LOMA HERMOSA DR NW**<br>**ABQ, NM 87105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1172 3**

Priority creditor's name and mailing address

**Richard Xie**
**5740 Fallenwood Lane**
**San Diego, CA 92121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1172 4**

Priority creditor's name and mailing address

**Richard Xie**
**5740 Fallenwood Lane**
**San Diego, CA 92121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$256.62**          **$256.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1172 5**

Priority creditor's name and mailing address

**Richard-ian Tandiama**
**16722 NORTH GLADE DR**
**HOUSTON, TX 77073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1172 6**

Priority creditor's name and mailing address

**Richardson Francois**
**4994 NW 6TH ST**
**DELRAY BEACH, FL 33445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.11727 | | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Richie Vazquez**
**9510 CHANDON DRIVE**
**9510 CHANDON DRIVE**
**ORLANDO F.L, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11728 | | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Richson Johnny**
**13935 SW GLASTONBURY LANE**
**241**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11729 | | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rick Carter**
**1358 Three Ranch Rd**
**Duarte, CA 91010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11730 | | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rick Kitada**
**2126 EADBURY AVENUE**
**ROWLAND HEIGHTS, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1173**
**1**

Priority creditor's name and mailing address

**Rick Spex**
**4358 N. 126TH ST.**
**SCOTTSDALE, AZ 85256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1173**
**2**

Priority creditor's name and mailing address

**Rick Valencia**
**18013 Devonshire St**
**#109**
**Northridge, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1173**
**3**

Priority creditor's name and mailing address

**Rickeya Williams**
**1814 GUINYARD WAY**
**ORLANDO, FL 32805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1173**
**4**

Priority creditor's name and mailing address

**Rickeyell Edward**
**2420 CENTENNIAL BLVD**
**LEESBURG, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1173 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1173 5**

Priority creditor's name and mailing address
**Ricki Williams**
**709 VENTURA DR.**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1173 6**

Priority creditor's name and mailing address
**Rickiea Daugherty**
**15482 Quiet Drive**
**Riverside, CA 92505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1173 7**

Priority creditor's name and mailing address
**Rickiea Daugherty**
**15482 Quiet Drive**
**Riverside, CA 92505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80.40**  **$80.40**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1173 8**

Priority creditor's name and mailing address
**Ricky Hurtod**
**3026 S Idalia St**
**Aurora, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11739**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ricoya Black**
**7995 E MISSISSIPPI AVE**
**K4**
**DENVER, CO 80247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11740**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ricthie Kapungwe**
**2162 reddy farm lane**
**grayson, GA 30017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11741**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rigoberto Equihua-del-toro**
**1534 W. Roger Rd**
**Tucson, AZ 85705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11742**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rigoberto Guzman**
**1440 MOWRY AVE**
**105**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
|        | Name                             |                        |                   |

---

| 2.1174<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rijkard Altidort**
**6737 DE SOTO AVENUE**
**108**
**CONAGA PARK, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1174<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rika Salvador**
**824 Creek Dr**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1174<br>5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rikko Morales**
**1829 AVACODO CT**
**1829**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1174<br>6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Riky Perez**
**1601 VINEBROOK TER**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.11747 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Riley Dayhuff**
**9060 TENNYSON ST**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11748 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Riley Maddex**
**3266 DEFOE COURT**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11749 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Rinnald Isaac**
**655 JEFFERY ST**
**1**
**BOCA RATON, FL 33487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11750 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Rion Clark**
**6105 N. 59TH AVE.**
**66**
**GLENDALE, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1175 | | |
|---|---|---|
| 1 | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rita CASILLAS**<br>**23767 VALLE DEL ORO**<br>**201**<br>**NEWHALL, CA 91321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1175 | | |
|---|---|---|
| 2 | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rita Ortiz**<br>**6250 Federal Blvd**<br>**#42**<br>**Denver, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1175 | | |
|---|---|---|
| 3 | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.42** | **$340.42** |
|---|---|---|---|
| **Rita P.  Sanchez**<br>**832 ESCUELA ST**<br>**SAN DIEGO, CA 92102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1175 | | |
|---|---|---|
| 4 | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Rita Reyhanian**<br>**10625 Petit Ave**<br>**Apt. #224**<br>**Granada Hills, CA 91344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1175 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rita Robinson**
**683 Garland Ave.**
**# 72**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1175 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rita Saabedra**
**2608 Michelle Ct #A**
**national city, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1175 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rita Sanchez**
**832 ESCUELA ST**
**SAN DIEGO, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1175 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rita Simon**
**20225 SE 157TH LANE**
**UMITILLA, FL 32784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1175 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ritchie Sigala**
**826 MONTVIEW DR.**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1176 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ritika Waknis**
**750 SYLVAN AVENUE**
**37**
**MOUNTAIN VIEW, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1176 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rito Macias**
**551 Discovery Lane**
**Unit 134**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1176 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rivera NELSON**
**626 WILLOWWOOD CT**
**ALTAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1176 3**

Priority creditor's name and mailing address

**RIVERSIDE COUNTY ASSESSOR
PO BOX 751
COUNTY ADMINISTRATIVE
CENTER
RIVERSIDE, CA 92502-0751**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**   **$0.00**

---

**2.1176 4**

Priority creditor's name and mailing address

**RIVERSIDE COUNTY ASSESSOR
PO BOX 751
COUNTY ADMINISTRATIVE
CENTER
RIVERSIDE, CA 92502**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**   **$0.00**

---

**2.1176 5**

Priority creditor's name and mailing address

**Riza Pettus
509 TARRSON BLVD
LADY LAKE, FL 32159**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1176 6**

Priority creditor's name and mailing address

**Robbie franco
704 ORANGE GROVE AVE
ALHAMBRA, CA 91803**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1176 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Robert Aguayo**
**324 W Citrus Edge St**
**Glendora, CA 91740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1176 8 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Robert Alcantar**
**73-601 Towne St.**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1176 9 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Robert Ames**
**2008 LAS ESTRELLAS CT**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1177 0 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Robert Avendano**
**81875 AVENUE 48**
**#1**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1177**
**1**

Priority creditor's name and mailing address

**Robert Baranic**
**3390 CAMINITO GANDARA**
**LA JOLLA, CA 92037**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1177**
**2**

Priority creditor's name and mailing address

**Robert Bejger**
**1707 COUGAR CREEK**
**CONROE, TX 77385**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1177**
**3**

Priority creditor's name and mailing address

**Robert Bell**
**8 WILLOWRUN**
**IRVINE, CA 92604**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **$0.00**

---

**2.1177**
**4**

Priority creditor's name and mailing address

**Robert Bolosh**
**111459 117TH AVE**
**LARGO, FL 33778**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1177 5**

Priority creditor's name and mailing address

**Robert Burdine**
**4380 PRATHER SON DR**
**LOGANVILLE, GA 30052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1177 6**

Priority creditor's name and mailing address

**Robert Calip**
**3013 El Porvenir Way**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1177 7**

Priority creditor's name and mailing address

**Robert Campbell**
**1102 S. Mariposa Avenue**
**Los Angeles, CA 90006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1177 8**

Priority creditor's name and mailing address

**Robert Chaney**
**1951 Central Florida Parkway**
**Orlando, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11779**

Priority creditor's name and mailing address

**Robert Cobene**
**1516 W 51 STREET**
**LOS ANGELES, CA 90062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11780**

Priority creditor's name and mailing address

**Robert Couture**
**1901 N WILMOT RD**
**1230**
**TUCSON, AZ 85712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11781**

Priority creditor's name and mailing address

**Robert Croskrey**
**7800 se sagert st**
**taulatin, OR 97062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.11782**

Priority creditor's name and mailing address

**Robert defrance**
**3625 E RAY RD**
**1073**
**PHOENIX, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1178 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.60 | $129.60 |
|---|---|---|---|
| **Robert defrance** | Check all that apply. | | |
| **3625 E RAY RD** | ☐ Contingent | | |
| **1073** | ☐ Unliquidated | | |
| **PHOENIX, AZ 85044** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1178 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Robert Dunton** | Check all that apply. | | |
| **1536 ROGERS AVE** | ☐ Contingent | | |
| **#B** | ☐ Unliquidated | | |
| **ATLANTA, GA 30310** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1178 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Robert Felix** | Check all that apply. | | |
| **6902 W HAZELWOOD ST** | ☐ Contingent | | |
| **PHOENIX, AZ 85033** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1178 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Robert Flynn** | Check all that apply. | | |
| **9736 W Baden Drive** | ☐ Contingent | | |
| **Littleton, CO 80127** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1178 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Foster**
**4066 E MELINDA LANE**
**PHOENIX, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1178 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Goodreau**
**178 MARGIE STREET**
**PALM HARBOR, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1178 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Hernandez**
**4610 EUBANK BLVD NE**
**806**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1179 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Kirk**
**1303 Starhaven St.**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1179<br>1 | Priority creditor's name and mailing address<br>**Robert leBlanc**<br>**4672 WEST POINT LOMA BLVD**<br>**F**<br>**SAN DIEGO, CA 92107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1179<br>2 | Priority creditor's name and mailing address<br>**Robert Lopez**<br>**11512 SCENIC DR.**<br>**WHITTIER, CA 90601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1179<br>3 | Priority creditor's name and mailing address<br>**Robert Machado**<br>**8911 PACIFIC AVE.**<br>**UNIT D**<br>**ANAHEIM, CA 92804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1179<br>4 | Priority creditor's name and mailing address<br>**ROBERT MARKS**<br>**4655 W MINERAL DR**<br>**734**<br>**LITTLETON, CO 80128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1179 5**

Priority creditor's name and mailing address

**Robert McGovern**
**1903 IVANHOE STREET**
**#B**
**SARASOTA, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1179 6**

Priority creditor's name and mailing address

**Robert Mendonca**
**COURTYARD RUN WEST**
**7764**
**BOCA RATON, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1179 7**

Priority creditor's name and mailing address

**Robert Miramontes**
**1172 BRYAN AVE APT D**
**#D**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1179 8**

Priority creditor's name and mailing address

**Robert Miranda**
**447 W MINARETS AVE**
**FRESNO, CA 93650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11799**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|
| **Robert Montoya**<br>**4101 PECOS**<br>**DENVER, CO 80211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11800**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|
| **Robert Nash**<br>**3729 CONVINGTON DR**<br>**HOLIDAY, FL 34691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11801**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|
| **Robert Orr**<br>**100 SE Olympia Dr**<br>**78**<br>**Vancouver, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11802**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | $0.00 |
|---|---|---|---|
| **Robert Ortiz**<br>**223 N WESTLAKE AVE**<br>**LA, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1180 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Pasquarelli**
**3624 VEGA CREEK DR**
**ST CLOUD, FL 34772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1180 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Peterson**
**102 N MEWS WOOD CT**
**THE WOODLANDS, TX 77381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1180 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Quintana**
**9920 W CAMELBACK**
**2115**
**PHOENIX, AZ 85037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1180 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Ramirez**
**1524 W 206th St**
**Apt 12**
**Torrance, CA 90501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11807**

Priority creditor's name and mailing address
**Robert Randolph**
**20715 Sw 114 Ct**
**Miami, FL 33189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.11808**

Priority creditor's name and mailing address
**Robert Saldana**
**622 WALL ST**
**A203**
**LOS ANGELES, CA 90014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.11809**

Priority creditor's name and mailing address
**Robert Saldana**
**622 WALL ST**
**A203**
**LOS ANGELES, CA 90014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$97.92**    **$97.92**

---

**2.11810**

Priority creditor's name and mailing address
**Robert Sanks**
**6209 RODGERS AVE**
**SARASOTA, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1181**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Robert Silvas**
**1688 DEWAYNE AVENUE**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1181**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Robert Smallwood**
**4425 N 76TH DR**
**PHOENIX, AZ 85033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1181**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Robert Starkweather**
**15628 BERNARDO CENTER DR.**
**2607**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1181**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Robert Thomas**
**115 Thurman Street**
**Apt 5**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1181 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Toriz**
**1307 S Oakhaven Dr**
**Anaheim, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1181 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Robert Toriz**
**1307 S Oakhaven Dr**
**Anaheim, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1181 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Towle Jr.**
**220 Acacia Ave.**
**Manteca, CA 95336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1181 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robert Verdugo**
**8220 Monterey Hwy #13133**
**Coyote, CA 95013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11819**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Robert Washington** <br> **13812 HEWES AVE** <br> **SANTA ANA, CA 92705** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.11820**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Robert White** <br> **309 N MOUNTAIN VIEW PL** <br> **FULLERTON, CA 92832** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.11821**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roberta Gosselin** <br> **1305 FRONT ST** <br> **NEEDLES, CA 92363** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.11822**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roberta Pulido** <br> **8707 Brummel Drive** <br> **Houston, TX 77099** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1182 3**

Priority creditor's name and mailing address

**Roberto Acero Cardona**
**505 32ND ST**
**SAN DIEGO, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1182 4**

Priority creditor's name and mailing address

**Roberto Addarich**
**375 PALM SPRINGS DR**
**306**
**ALTAMONTE SPRINGS, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1182 5**

Priority creditor's name and mailing address

**Roberto Alarcon**
**913 BING DR**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1182 6**

Priority creditor's name and mailing address

**Roberto Barragan**
**2945 DAMICO DRIVE**
**SAN JOSE, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11827**

Priority creditor's name and mailing address

**Roberto Benavides Galaviz**
**2236 DEOBORAH DR.**
**#B**
**SANTA CLARA, CA 95050**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11828**

Priority creditor's name and mailing address

**Roberto D.  Munguia**
**2708 N G**
**SAN BERNARDINO, CA 92408**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$20.10**   **$20.10**

---

**2.11829**

Priority creditor's name and mailing address

**Roberto Damian**
**1450 Riganti Pl**
**Apt 4**
**Concord, CA 94518**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11830**

Priority creditor's name and mailing address

**Roberto De La Maza**
**1726 GOTHAM ST**
**CHULA VISTA, CA 91913**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1183 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Roberto Flores**
**4625 Chapman**
**# 10**
**Orange, CA 92868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1183 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Roberto Gomez**
**1615 EAST 17TH**
**SANTA ANA, CA 92705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1183 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Roberto Gomez**
**11813 TELECHRON AVE**
**WHITTIER, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1183 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Roberto Irias**
**15002 SE 1ST**
**VANCOUVER, WA 98684**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11835**

Priority creditor's name and mailing address

**Roberto Mezquita**
**658 Guava St**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11836**

Priority creditor's name and mailing address

**Roberto Munguia**
**2708 N G**
**SAN BERNARDINO, CA 92408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11837**

Priority creditor's name and mailing address

**Roberto Olvera**
**3719 Kelton Dr**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11838**

Priority creditor's name and mailing address

**Roberto Ordaz**
**851 SHIRLEY AVE**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11839**

Priority creditor's name and mailing address

**Roberto Reyes**
**8218 S 7th St**
**#152**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11840**

Priority creditor's name and mailing address

**Roberto Reyes**
**2003 Bayview Heights Dr Spc 92**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11841**

Priority creditor's name and mailing address

**Roberto Salazar**
**16916 S Vermont Ave**
**Apt A**
**Gardena, CA 90247**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11842**

Priority creditor's name and mailing address

**Roberto Suarez**
**5787 College Ave**
**Apt 51**
**San Diego, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1184 3**

Priority creditor's name and mailing address
**Roberto Venegas**
**4314 Mariners Cove**
**# 301**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1184 4**

Priority creditor's name and mailing address
**Robin Connelly**
**7522 NEEDLE LEAF PL UNIT #A**
**TAMPA, FL 33617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1184 5**

Priority creditor's name and mailing address
**ROBIN D. NEUFFER**
**834 PROGRESS LANE**
**RAMONA, CA 92065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$478.65**     **$478.65**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1184 6**

Priority creditor's name and mailing address
**Robin Eldred**
**4849 Lorelei Ave**
**Long Beach, CA 90808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.11847**

Priority creditor's name and mailing address

**Robin Neuffer**
**834 PROGRESS LANE**
**RAMONA, CA 92065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11848**

Priority creditor's name and mailing address

**Robin Ronish**
**14090 EAST EVANS**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11849**

Priority creditor's name and mailing address

**Robin Tillman**
**2806 Antonio Ave.**
**Clovis, CA 93611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11850**

Priority creditor's name and mailing address

**Robin Williams**
**890 Mecca Dr**
**#7**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1185 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1185 1 | Priority creditor's name and mailing address **Robin Williams** 4300 18TH STREET E397 BRADENTON, FL 34205 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1185 2 | Priority creditor's name and mailing address **Robinson Muller** 612 E. Lexington Pl. Tempe, AZ 85281 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1185 3 | Priority creditor's name and mailing address **Robinzon B Figueroa Garcia** 1333 S Bundy Dr #5 Los Angeles, CA 90025 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1185 4 | Priority creditor's name and mailing address **Robinzon B Figueroa Garcia** 1333 S Bundy Dr #5 Los Angeles, CA 90025 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$67.20** | **$67.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1185 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robyn Dowell**
**8501 SE STEPHENS ST.**
**PORTLAND, OR 97216**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1185 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Robynn Stewart**
**330 Aylesbury Court**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1185 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rochenel Louissaint**
**5202 Green Blvd**
**#2402**
**Golden Gate, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1185 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rocio Castellanos**
**5100 E Tropicana Ave**
**apt# 4 E**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 2965 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1185 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.1185 9**

Priority creditor's name and mailing address
**Rocio Garcia**
**4463 MENTONE ST**
**5**
**SAN DIEGO, CA 92107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1186 0**

Priority creditor's name and mailing address
**Rocio Martinez**
**242 BUSH ST**
**1**
**MOUNTAIN VIEW, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1186 1**

Priority creditor's name and mailing address
**Rocio Ramirez**
**2885 Fairview Road**
**B-203**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1186 2**

Priority creditor's name and mailing address
**Rocio Ramirez**
**506 S Ave. A**
**Elgin, TX 78621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1186 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rocio Santoyo** **17632 JACQUELYN LN.** **APT. A** **HUNTINGTON BEACH, CA 92647** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1186 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rocky Dominguez** **709 W Ramona Rd** **Alhambra, CA 91803** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1186 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Roddy Canario** **1039 MALLETWOOD DR** **BRANDON, FL 33510** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1186 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677.76** | **$677.76** |
|---|---|---|---|---|
| | **RODDY E. CANARIO** **1039 MALLETWOOD DR** **BRANDON, FL 33510** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1186 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rodkeem Ellis**<br>**3451 EASTLAND**<br>**FORT MYERS, FL 33916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1186 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rodnel Jean**<br>**2900 NW 56TH AVE**<br>**Apt D201**<br>**LAUDERHILL, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1186 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$307.19** | **$307.19** |
|---|---|---|---|---|
| | **Rodney L.  Reese**<br>**14142 EAST COLORADO DR**<br>**APT 102**<br>**AURORA, CO 80012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1187 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rodney Lordeus**<br>**16198 Ne 9th Ave**<br>**North Miami, FL 33162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1187<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodney Reese**
**14142 EAST COLORADO DR**
**APT 102**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1187<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodolfo Correa**
**2393 BIGELOW AVE**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1187<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodolfo Munoz**
**40204 VILLAGE RD**
**525**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1187<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$119.62** | **$119.62** |
|---|---|---|---|---|

**Rodolfo Munoz**
**40204 VILLAGE RD**
**525**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1187<br>5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodolfo Rodillo**
**1602 NISSON ROAD**
**Z2**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1187<br>6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodrick Shand**
**220 NW 78 AVE**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1187<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodrigo Alvarez**
**17350 TEMPLE AVE**
**315**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1187<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodrigo Castillo**
**10276 Camino Ruiz**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11879**

Priority creditor's name and mailing address

**Rodrigo Castillo**
**10276 Camino Ruiz**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.21** | **$0.21**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11880**

Priority creditor's name and mailing address

**Rodrigo Fosadolopez**
**27150 Shadel Rd**
**Spc 167**
**Menifee, CA 92586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11881**

Priority creditor's name and mailing address

**Rodrigo Gonzalez**
**1929 PROSPECT ST**
**NATIONAL CITY, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11882**

Priority creditor's name and mailing address

**Rodrigo Morales**
**1395 Oak Dr**
**#12**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1188 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**rodrigo ramirez**
**355 BURTOM**
**236**
**SANTA CLARA, CA 95086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1188 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodrigo Rodriguez Rivas**
**2503 SHERLOCK DR.**
**SAN JOSE, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1188 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rodriguez Burke**
**5616 WALDENS FARM DR**
**POWDER SPRINGS, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1188 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rogelio Sanchez**
**2120 Ramrod Ave**
**#2211**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1188 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Roger Collins**
**17441 Sw 18th St**
**Hollywood, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1188 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Roger Simi**
**5425 E BROADWAY BLVD**
**119**
**TUCSON, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1188 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Roha Imran**
**8819 MENKAR ROAD**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1189 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Roisin Murtagh**
**814 E Mntn Sage Dr**
**Phoenix, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

---

**2.1189**
**1**

Priority creditor's name and mailing address

**Roland Hizey**
**13820 SOUTH 44TH STREET**
**1258**
**PHOENIX, AZ 85044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1189**
**2**

Priority creditor's name and mailing address

**Rolando Avellaneda**
**12807 SUNSET DUNE**
**HOUSTON, TX 77082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1189**
**3**

Priority creditor's name and mailing address

**Rolando Diaz**
**13505 W. OAKLAND RD.**
**VALLEY CENTER, CA 92082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1189**
**4**

Priority creditor's name and mailing address

**Rolando Pedrano**
**41 CHRISTOPHER CT**
**EL SOBRANTE, CA 94803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1189 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1189 5 | Priority creditor's name and mailing address **Rolando Rivera** **17217 N 17th Ave** **#48** **Phoenix, AZ 85023** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1189 6 | Priority creditor's name and mailing address **Rolando Sanchez** **6742 S ELMAN ST** **SAN DIEGO, CA 92111** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1189 7 | Priority creditor's name and mailing address **Rolando Tovar Jimenez** **2336 CALIFORNIA ST** **14** **MOUNTAIN VIEW, CA 94040** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1189 8 | Priority creditor's name and mailing address **Rolando Tzoc** **10225 Wortham blvd #6310** **Houston, TX 77065** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11899**

Priority creditor's name and mailing address
**Rolando Urena**
**505 N Clementine St.**
**Oceanside, CA 92054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.11900**

Priority creditor's name and mailing address
**Rolando Viera**
**3227 W PALMETTO ST**
**TAMPA, FL 33607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.11901**

Priority creditor's name and mailing address
**ROMAN ARREDONDO**
**3734 VIA BALDONA**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.11902**

Priority creditor's name and mailing address
**Roman Partlow**
**3918 BOB STREET**
**SAN DIEGO, CA 92110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1190 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Roman Renteria**
**3024 W. Diana Ave.**
**Phoenix, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1190 4 |

Priority creditor's name and mailing address

**Roman Rodriguez**
**214 W ALOMOS AVE**
**102B**
**CLOVIS, CA 93612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1190 5 |

Priority creditor's name and mailing address

**Roman Sanchez**
**17350 TEMPLE AVE**
**322**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1190 6 |

Priority creditor's name and mailing address

**Roman Valdez**
**5610 RIVER SOUND TERRACE**
**NONE**
**BRADENTON, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1190 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Romario Alvarez** **720 S. LYON** **327** **SANTA ANA, CA 92705** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1190 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.01** $1,100.01 |
| | **Romario Alvarez** **720 S. LYON** **327** **SANTA ANA, CA 92705** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1190 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Romel Macabulos** **8641 Andromeda Rd** **San Diego, CA 92126** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1191 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Romelis Cortez** **2230 Latham Street** **Mountain View, CA 94040** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1191**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Romeo Cane**
**2008 FLETCHER ST**
**7**
**HOUSTON, TX 77009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1191**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Ronald Bates**
**12615 BROOKGLADE**
**206**
**HOUSTON, TX 77099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1191**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Ronald Correa**
**3004 N Alma School Rd**
**Scottsdale, AZ 85256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1191**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Ronald Paquin**
**2733 CANDELARIA NW**
**ALBUQUERQUE, NM 87107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1191
5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Perez**<br>**3750 FRANKLIN AVE**<br>**10**<br>**FULLERTON, CA 92833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1191
6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Porties**<br>**2655 E DEER SPRINGS WY**<br>**APT 2148**<br>**NORTH LAS VEGAS, NV 89086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1191
7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Redding**<br>**837 JEFFRY DR.**<br>**PLEASANT HILL, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.1191
8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Schott**<br>**9537 GROVELAND ST**<br>**SEMINOLE, FL 33772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11919**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Todd**<br>**9850 FEDERAL BLVD**<br>**131**<br>**FEDERAL HEIGHTS, CO 80260** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11920**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Vargas**<br>**12711 BRANDFORD ST**<br>**F105**<br>**PACOIMA, CA 91331** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11921**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Walton**<br>**34 Hemlock Terrace Pass**<br>**Ocala, FL 34472** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.11922**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronald Yocum**<br>**4531 Pine St**<br>**Fruitland Park, FL 34731** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1192 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronaldo Antunez Flores** | Check all that apply. | | |
| **512 N ATLANTIC BLVD** | ☐ Contingent | | |
| **ALHAMBRA, CA 91801** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1192 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronaldo Bastro** | Check all that apply. | | |
| **26531 fresno dr** | ☐ Contingent | | |
| **mission viejo, CA 92691** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1192 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronaldo Castro** | Check all that apply. | | |
| **9502 N 15 AVE** | ☐ Contingent | | |
| **126** | ☐ Unliquidated | | |
| **PHOENIX, AZ 85021** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1192 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ronaldo Vicencio** | Check all that apply. | | |
| **10161 D ESTE DR** | ☐ Contingent | | |
| **ANAHEIM, CA 92804** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11927**

Priority creditor's name and mailing address

**Ronda Menifee**
**10155 BAMMEL N. HOUSTON RD.**
**507**
**HOUSTON, TX 77086**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11928**

Priority creditor's name and mailing address

**Rondeson Gustave**
**1012 NW 7th Street**
**Boynton Beach, FL 33426**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11929**

Priority creditor's name and mailing address

**Ronel Gutierrez**
**20144 Tuba St**
**Chatsworth, CA 91311**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11930**

Priority creditor's name and mailing address

**Roneshea Johnson**
**604 64TH AVE W**
**BRADENTON, FL 34207**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1193 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronghe Chen**
**1050 Kiely Blvd 3133**
**SANTA CLARA, CA 95055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Roni Romero**
**622 20TH LN E**
**PALMETTO, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronitta hewing**
**1325 MILLER AVE**
**NA**
**LAS VEGAS, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronni Kurzion**
**1697 COLUMBIA DRIVE**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1193 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronnie Joseph**
**1102 3 22ct**
**Hollywood, FL 33020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronnie Swift**
**14400 NEWPORT AVE**
**84**
**TUSTIN, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronnie Weis**
**6210 SW POMONA ST.**
**B27**
**PORTLAND, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1193 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ronnie Yaacoub**
**2542 NW 22ND AE**
**CAMAS, WA 98607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11939**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rony Ramirez**
**10233 MISSION GORGE RD**
**I206**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11940**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosa Alvarez**
**5902 University Ave**
**#1**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11941**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosa Arroyo**
**227 E. 49st**
**#7**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.11942**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosa Baltazar**
**15210 Los Robles Ave.**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1194 3**

Priority creditor's name and mailing address

**rosa Bautista**
**3899 CAPE ROYAL ST**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1194 4**

Priority creditor's name and mailing address

**Rosa Calderon**
**8321 Cypress Lake Dr**
**Fort Myers, FL 33919**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1194 5**

Priority creditor's name and mailing address

**Rosa Calderon**
**11735 N 19TH AVE**
**22**
**PHOENIX, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1194 6**

Priority creditor's name and mailing address

**Rosa Castaneda**
**4326 SIERRA VISTA DR.**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1194 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Castro**
**1255 CHALK ROCK DR**
**HOUSTON, TX 77067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1194 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Chaparro**
**1035 W. 1ST STREET**
**208**
**TEMPE, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1194 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Clark**
**1731 BIRCHWOOD CIR**
**#2**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1195 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Flores**
**2371 Ventura Bl**
**#41**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|-------------------|
| | Name | | |

---

**2.1195**
**1**

Priority creditor's name and mailing address

**Rosa Fuentes**
**1204 N.escondido Blvd**
**Apt B37**
**Escondido, CA 92026**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1195**
**2**

Priority creditor's name and mailing address

**Rosa Garcia**
**2901 Old Majestic St**
**Las Vegas, NV 89108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1195**
**3**

Priority creditor's name and mailing address

**Rosa Garcia**
**1228 CORTES DR**
**4**
**SUNNYVALE, CA 94086**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1195**
**4**

Priority creditor's name and mailing address

**Rosa Gomez**
**2942 CROOKED CREEK DR**
**DIAMOND BAR, CA 91765**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**            **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1195 5 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Rosa Gonzalez**
**10700 E DARTMOUTH AVE.**
**DD302**
**DENVER, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1195 6 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Rosa Gonzalez**
**4781 Plamde Nova Ln**
**Fort Myers, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1195 7 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Rosa Lawson**
**29026 Elm Wood**
**Shenandoah, TX 77381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1195 8 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Rosa Lazo**
**5488 MINDEN ST**
**HOUSTON, TX 77026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.11959**

Priority creditor's name and mailing address
**Rosa Luviano**
**1949 E Michigan Ave**
**Phoenix, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11960**

Priority creditor's name and mailing address
**Rosa Manriquez**
**6970-F GREGORICH DR.**
**SAN JOSE, CA 95138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11961**

Priority creditor's name and mailing address
**Rosa Martinez**
**13400 ELSWORTH ST**
**305**
**MORENO VALLEY, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11962**

Priority creditor's name and mailing address
**Rosa Mendez**
**11700 Reedy Creek Drive**
**Apt. 108**
**Orlando, FL 32836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1196 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Mendoza**
**1210 W St Andrew**
**Santa Ana, CA 92707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1196 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Meza Lopez**
**341 E VOGEL**
**1**
**PHOENIX, AZ 85020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1196 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Moreno**
**15112 VALI HAI**
**POWAY, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1196 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosa Navarro**
**245 JUNCTION AVE**
**LIVERMORE, CA 94551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11967**

Priority creditor's name and mailing address
**Rosa Nieves-Johnson**
**385 N 26TH ST APT 14**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11968**

Priority creditor's name and mailing address
**Rosa Nunez**
**Invalid Address**
**4136 Iowa St.**
**San Diego, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11969**

Priority creditor's name and mailing address
**Rosa Portillo**
**4300 W 167th St**
**5**
**Lawndale, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11970**

Priority creditor's name and mailing address
**Rosa Rodriguez**
**41879 Skywood Dr**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1197 1**

Priority creditor's name and mailing address
**Rosa Romero**
**325 W.7th Street**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1197 2**

Priority creditor's name and mailing address
**Rosa Sanchez**
**4151 Tiberon Dr**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1197 3**

Priority creditor's name and mailing address
**Rosa Schoster**
**6103 Forest Ridge Way**
**Winter Haven, FL 33881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1197 4**

Priority creditor's name and mailing address
**Rosa Teran**
**7293 W. Desert Cove**
**#90**
**Peoria, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1197 5**

Priority creditor's name and mailing address
**Rosa Thompson**
**4955 WALDEN CIR**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1197 6**

Priority creditor's name and mailing address
**Rosa Tolentino Cruz**
**643 Magnolia Ave**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1197 7**

Priority creditor's name and mailing address
**Rosa Toto lopez**
**2027 PUERTO LIMN CT**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1197 8**

Priority creditor's name and mailing address
**Rosa Vasquez**
**2814 E KATHLEEN RD**
**103**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1197 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rosa Velasquez**
**6643 Kelly St**
**San Diego, CA 92111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1198 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rosaalba Hernandez**
**9071 Dallas St. Apt. A1**
**La Mesa, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1198 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rosalba Duran**
**2442 E TRYON AVE**
**ANAHEIM, CA 92806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1198 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rosalba Elizarraraz**
**3575 J ST**
**SAN DIEGO, CA 92102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1198 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosalba Feria**
**1001 Seaside Daisy Ct**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1198 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosalia Arias**
**12914 CAMPBELL LANE**
**LARGO, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1198 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosalia Napoles**
**2750 MALL DR**
**123**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1198 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rosalia Negron**
**1514 CREEKBEND DR.**
**BRANDON, FL 33510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11987**

Priority creditor's name and mailing address

**Rosalina Poeung**
**1241 POPLAR DR**
**OAKLEY, CA 94561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11988**

Priority creditor's name and mailing address

**Rosalinda Castro**
**1255 CHALK ROCK DR**
**HOUSTON, TX 77067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11989**

Priority creditor's name and mailing address

**Rosalinda Delgadillo**
**1050 Lexington Ave**
**#3**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.11990**

Priority creditor's name and mailing address

**Rosalinda Medeles**
**19232 Stillmore St**
**Canyon Country, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1199 1**

Priority creditor's name and mailing address

**Rosalinda Rosario**
**10623 CLOUDVIE DRIVE**
**ORLANDO, FL 32825**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1199 2**

Priority creditor's name and mailing address

**Rosalio Bocanegra**
**14261 SHADY BROOK DR**
**TUSTIN, CA 92780**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1199 3**

Priority creditor's name and mailing address

**Rosangela Collado**
**432 Dominguez way**
**Apt# 9**
**El Cajon, CA 92021**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1199 4**

Priority creditor's name and mailing address

**Rosanne Bialecki-Zakrzewski**
**5379 LYONS RD**
**180**
**COCONUT CREEK, FL 33073**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11995**

Priority creditor's name and mailing address

**Rosario Bautista**
**39867 Fremont Blvd**
**# 804**
**Fremont, CA 94538**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11996**

Priority creditor's name and mailing address

**Rosario Garcia**
**6803 Embarcadero Lane**
**#240**
**Carlsbad, CA 92011**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11997**

Priority creditor's name and mailing address

**Rosario Garcia**
**9340 FOOTHILL BLVD SPC 18**
**RANCHO CUCAMONGA, CA 91730**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.11998**

Priority creditor's name and mailing address

**Rosario Gonzalez**
**2501 EL DORADO AVE**
**OXNARD, CA 93033**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.11999**

Priority creditor's name and mailing address

**Rosario Meza**
**710 E San Ysidro Blvd**
**#846**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12000**

Priority creditor's name and mailing address

**Rosaura Castro**
**32460 LAKE TEMESCAL**
**FREMONT, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12001**

Priority creditor's name and mailing address

**Rosavelia Lozano**
**6720 N. Habana Ave**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12002**

Priority creditor's name and mailing address

**Rose Bababet**
**3535 GLEN AVE**
**224**
**CARLSBAD, CA 92010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1200 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rose Gilet**
**1410 S 29th Ave**
**Hollywood, FL 33020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rose Lamy**
**8381 Nw 27th Pl**
**Sunrise, FL 33322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rose Marceau**
**727 Alden St E**
**Lehigh Acres, FL 33974**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rose Mary De La Rosa**
**1803 ECHO PARK AVE**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12007**

Priority creditor's name and mailing address
**Rosealia Boudreau**
**9079 ITHACA WAY**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12008**

Priority creditor's name and mailing address
**Roseanne Lara**
**2401 W. LA VERNE AVE.**
**SANTA ANA, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12009**

Priority creditor's name and mailing address
**Roselene Filosier**
**720 NE 30TH CT**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12010**

Priority creditor's name and mailing address
**Roselene Joseph**
**4130 Nw 21st Ave**
**Apt H201**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1201**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roseline Saint-Fleur**<br>**2900 NW 56 Ave**<br>**D201**<br>**LAUDERHILL, FL 33313** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1201**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roseline Selphin**<br>**371 Ne 31st**<br>**Pompano Beach, FL 33064** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1201**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roselore Estimecene**<br>**110 Nw 13th Ave**<br>**Delray Beach, FL 33444** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

**2.1201**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rosemarie Mendiola Peretto**<br>**4286 Palm Avenue**<br>**Unit 107**<br>**Bonita, CA 92154** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1201 5**

Priority creditor's name and mailing address

**Rosemary Delacruz**
**1728PATRICK PL**
**B**
**ALBUQUERQUE, NM 87107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1201 6**

Priority creditor's name and mailing address

**Rosemary Dinkha**
**440 TILLING WAY**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1201 7**

Priority creditor's name and mailing address

**Rosemonde Joseph**
**301 NE 30th court**
**Pompano Beach, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1201 8**

Priority creditor's name and mailing address

**Rosenda Ramirez**
**3661 SW 45TH AVE**
**D**
**OCALA, FL 34474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12019**

Priority creditor's name and mailing address

**Rosendo Leon-Quintero**
**7051 NIAGARA ST**
**COMMERCE CITY, CO 80022**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12020**

Priority creditor's name and mailing address

**Rosendo Rios**
**1119 W. Mission Ln.**
**Phoenix, AZ 85021**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12021**

Priority creditor's name and mailing address

**Rosetta Bain**
**1798 Nw 55th Ave**
**Apt 202**
**Lauderhill, FL 33313**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12022**

Priority creditor's name and mailing address

**Roshelle Valdez**
**7950 CALICO STREET**
**SAN DIEGO, CA 92126**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1202 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosilyn Rosillo**
**677 Arbour Way**
**Suwannee, GA 30043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1202 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosio Lopez**
**12230 Pacific Ave**
**#5**
**Los Angeles, CA 90066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1202 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosmary Canizalez**
**4725 CASON COVE DR**
**1402**
**ORLANDO, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1202 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Rosstin Cook**
**2004 Badger Glen**
**Escondido, CA 92029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12027**

Priority creditor's name and mailing address
**Rosstin W. Cook**
**2004 Badger Glen**
**Escondido, CA 92029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.67** | **$0.67**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12028**

Priority creditor's name and mailing address
**Roswita Wirgho**
**110 N San Marino Ave**
**LOS ANGELES, CA 91107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12029**

Priority creditor's name and mailing address
**Rothana Pho**
**10131 Larson Ave.**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12030**

Priority creditor's name and mailing address
**Rouby blanc**
**944 GRAND CAYMAN CT**
**ORLANDO, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1203 1 | Priority creditor's name and mailing address **Rouseah Vargas** **10810 109th Way** **Largo, FL 33778** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1203 2 | Priority creditor's name and mailing address **Rowena Filoteo** **2010 BAHIA DRIVE** **OXNARD, CA 93036** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1203 3 | Priority creditor's name and mailing address **Rowena L.  Filoteo** **2010 BAHIA DRIVE** **OXNARD, CA 93036** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$65.55** | **$65.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1203 4 | Priority creditor's name and mailing address **Rowena Rivera** **5427 Nomad Lane** **Chino Hills, CA 91709** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1203 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roxana Marquez** | Check all that apply. | | |
| **4401 LETOLAKES BLVD APT 206** | ☐ Contingent | | |
| **TAMPA, FL 33614** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1203 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roxana Salcedo** | Check all that apply. | | |
| **6927 Villa De Costa Dr** | ☐ Contingent | | |
| **Apt.301** | ☐ Unliquidated | | |
| **Orlando, FL 32821** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1203 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roxann Gutierrez** | Check all that apply. | | |
| **2923 N FISHER ST** | ☐ Contingent | | |
| **FRESNO, CA 93703** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1203 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Roxanne Sias** | Check all that apply. | | |
| **7081 N. Northlight Dr.** | ☐ Contingent | | |
| **TUCSON, AZ 85741** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12039**

Priority creditor's name and mailing address

**Roy Acevedo**
**4091 S BOSTON ST**
**DENVER, CO 80237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12040**

Priority creditor's name and mailing address

**roy davis**
**2701 N DIXIE HWY**
**WESTPALMBEACH, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12041**

Priority creditor's name and mailing address

**Roy Garcia**
**4637 34TH ST**
**216**
**SAN DIEGO, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12042**

Priority creditor's name and mailing address

**Roy Wren**
**8023 S EVERETT COURT**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1204 3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Royvi Calderon**
**1441 MARJORIE AVE**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1204 4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Roza Dakova**
**2380 Cardinal Drive**
**apt#4**
**San Diego, CA 92123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1204 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Rozeane Hunter**
**321 NE 13TH AVE**
**BOYNTON BEACH, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1204 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Ruben Astudillo Leon**
**185 WATERFALL WAY**
**102**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1204 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruben Banuelos**
**13815 FENTON AVENUE**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1204 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruben Carmona**
**20637 PARTHENIA**
**WINNETKA, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1204 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruben Chacon**
**HALEN AVE**
**APT. 2**
**SUNNYVALE, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1205 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruben De Leon**
**3312 COWLEY WAY #3**
**SAN DIEGO, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1205 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ruben Garcia**
**279 DOUGLAS DR**
**221**
**OCEANSIDE, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1205 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ruben Hernandez**
**1740 GALEWOOD CT**
**SAN JOSE, CA 95133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1205 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ruben Huezo Ortiz**
**73 HAYES AVE**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1205 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Ruben Limon-prado**
**200 FORD RD SPC.125**
**SAN JOSE, CA 95138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1205 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ruben Lizarde** **15210 ASHWOOD LN.** **CHINOHILLS, CA 91709** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1205 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ruben Luna** **510 Georgia Ave** **Altamonte Springs, FL 32714** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1205 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ruben Luna Maldonado** **3013 W LAS PALMARITAS DR** **PHOENIX, AZ 85051** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1205 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ruben Martinez** **3650 W. 84th Ave.** **Apt 120** **Westminster, CO 80031** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12059**

Priority creditor's name and mailing address

**Ruben Moses**
**14634 DAHLIA RIDGE**
**SANTA CLARITA, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12060**

Priority creditor's name and mailing address

**Ruben Perez**
**1005 W 2ND ST**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12061**

Priority creditor's name and mailing address

**Ruben Solano**
**8252 CALIFORNIA STREET H**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12062**

Priority creditor's name and mailing address

**Ruben Valdovinos**
**535 E. Indian Rock Rd**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1206 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ruben Vergara**
**38606 Sanborn Terrace**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1206 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rubi Zamora**
**1021 E.Lexington Ave.**
**#9**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1206 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rubicelia Arredondo Santoyo**
**1655 E SOUTHERN AVE**
**69**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1206 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rubidia Serrano Santos**
**1530 WEST 82ND STREET**
**LOS ANGELES, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12067**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Rubiel De La Rosa** <br> **5149 REEDER CIRCLE** <br> **LAS VEGAS, NV 89119** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.12068**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ruby Alvarez** <br> **6302 Comstock Ave** <br> **Apt C** <br> **Whittier, CA 90601** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.12069**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ruby Bolton** <br> **697 NW RUBUS LN** <br> **HILLSBORO, OR 97124** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.12070**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ruby Gomez** <br> **520 WINCHESTER DR** <br> **E201** <br> **OXNARD, CA 93030** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1207 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruby Saldana**
**205 TURF DRIVE**
**PLACENTIA, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1207 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruby Sanchez**
**1483 Judson Way**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1207 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruby Tejeda Galvan**
**203 CHARITY**
**SAN JOSE, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1207 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruby Telles**
**7 PEACOCK PL**
**LAKE OSWEGO, OR 97035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1207 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ruddy Cerrato**
**1901 SOUTH 2ND STREET**
**ALHAMBRA, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1207 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rudo Carpenter**
**1523 ROSWELL RD**
**503**
**MARIETTA, GA 30062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1207 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rudolfo Herrera**
**507 N OLIVE STREET**
**ANAHEIM, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1207 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rudy Lopez**
**9202 n 19 ave apt**
**235**
**PHOENIX, AZ 85021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1207 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Rudy Trujillo**
**9189 GALE BLVD**
**2131**
**THORNTON, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1208 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Rufael Zeleke**
**1174 ROYAL CREST DR.**
**SAN JOSE, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1208 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Rufino Hernandez Perez**
**1942 COULCREST**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1208 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Ruquaiyah Takhtawala**
**1930 BOLANOS AVE**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1208 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Rusaun Citizen**
**14004 DOTY AVE**
**APT 106**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1208 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Russel plumlee**
**14155 S BEAVERCREEK RD**
**238**
**OREGON CITY, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1208 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Russell Bradford**
**632 e 97th st**
**apt 4**
**Inglewood, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1208 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Russell cross**
**2312 LANE AVE**
**FORT MYERS, FL 33901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|--------|-----------------------------------|--------------------------|-------------------|
| | Name | | |

---

**2.12087**

Priority creditor's name and mailing address

**Russell Hurn**
**1281 GRAY ROCK DR**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12088**

Priority creditor's name and mailing address

**Russell Miller**
**1831 ARDITH DRIVE**
**PLEASANT HILL, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12089**

Priority creditor's name and mailing address

**RUSSELL VANMEER**
**2307 S MCCLINTOCK DR**
**#1**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12090**

Priority creditor's name and mailing address

**Russell Zayas**
**11415 HALLWOOD DR**
**EL MONTE, CA 91732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1209 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Rustum Rafols**
**27662**
**8105**
**ALISO VIEJO, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ruth Bien-aime Milcent**
**5976 ITHACA CIR WEST**
**LAKE WORTH, FL 33463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.49** | **$184.49** |
|---|---|---|---|---|

**Ruth E. Torres**
**55 PACIFICA AVENUE**
**78**
**BAY POINT, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ruth Espinoza**
**411 W Santa Ana Ave #3**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1209 5**

Priority creditor's name and mailing address

**Ruth Ilory-jean**
**601 NE 37 TH ST**
**Pompano Beach, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1209 6**

Priority creditor's name and mailing address

**Ruth Larios**
**10051 Aidgate Ave**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1209 7**

Priority creditor's name and mailing address

**RUTH LARIOS**
**10051 Aidgate Ave**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$978.43**   **$978.43**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1209 8**

Priority creditor's name and mailing address

**Ruth Prince**
**2559 W OAK RIDGE ROAD**
**704B**
**ORLANDO, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.12099**

Priority creditor's name and mailing address

**Ruth Sanchez**
**18416 N 16TH AVE**
**PHOENIX, AZ 85023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12100**

Priority creditor's name and mailing address

**Ruth Torres**
**55 PACIFICA AVENUE**
**78**
**BAY POINT, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12101**

Priority creditor's name and mailing address

**Ruven Valencia**
**1055 E EVELYN AVE**
**10**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12102**

Priority creditor's name and mailing address

**Ruvicela Pulido**
**2871 Janae Way**
**Hemet, CA 92545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1210 3**

Priority creditor's name and mailing address

**Ryan Bergstrom**
**1601 Nw 136th St**
**Vancouver, WA 98685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1210 4**

Priority creditor's name and mailing address

**Ryan Blume**
**1290 S POTOMAC ST**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1210 5**

Priority creditor's name and mailing address

**Ryan boggess**
**123 FAIRPLAY AVE**
**BROOMFIELD, CO 80020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1210 6**

Priority creditor's name and mailing address

**Ryan Boynton**
**2444 Grove View Ln**
**Palm Harbor, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.12107 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ryan Bullock** | *Check all that apply.* | | |
| | **10869 ZINFANDEL STREET** | ☐ Contingent | | |
| | **ALTA LOMA, CA 91737** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.12108 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ryan Centeno** | *Check all that apply.* | | |
| | **1050 S LONGMORE** | ☐ Contingent | | |
| | **365** | ☐ Unliquidated | | |
| | **MESA, AZ 85202** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.12109 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ryan Chu** | *Check all that apply.* | | |
| | **79535 DANDELION DR** | ☐ Contingent | | |
| | **LA QUINTA, CA 92253** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.12110 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Ryan Coates** | *Check all that apply.* | | |
| | **10201 MASON AVE** | ☐ Contingent | | |
| | **74** | ☐ Unliquidated | | |
| | **CHATSWORTH, CA 91311** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1211**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ryan Gillard**
**10474 Cheriot Ct**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1211**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ryan Gordon**
**1051 Lee Rd**
**24A**
**Orlando, FL 32810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1211**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ryan Gray**
**9382 W ARBOR PL**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1211**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Ryan Griffin**
**6266 W JEFFERSON AVE**
**DENVER, CO 80235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1211 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Guerra**
**2500 PRIMERO DRIVE**
**KISSIMMEE, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1211 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Guerrero**
**5795 PICASSO DR.**
**YORBA LINDA, CA 92997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1211 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Hargrove**
**2115 QUAIL VALLEY EAST**
**MISSOURI CITY, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1211 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Hayes**
**1738 S Mobile St**
**Aurora, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1211 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Hernandez**
**1808 S VEGA ST**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1212 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Lefever**
**17517 CAMINITO CANASTO**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1212 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Legaspi**
**5625 SANTA ANITA AVE**
**213**
**TEMPLE CITY, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1212 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Lozada**
**1250 7TH STREET**
**WEST PALM BEACH, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1212 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan luke**
**18314 SE ABERNETHY LN**
**APT B**
**PORTLAND, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1212 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Miller**
**1851**
**Lotus Ct**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1212 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Nguyen**
**10601 VANALDEN AVE**
**PORTER RANCH, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1212 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Palmer**
**2626 Joann Drive**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1212 7 | Priority creditor's name and mailing address<br>**Ryan Piekarz**<br>**4313 LANARK AVE**<br>**NORTH PORT, FL 34286** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1212 8 | Priority creditor's name and mailing address<br>**Ryan Pilkington**<br>**909 S Knott Ave.**<br>**Anaheim, CA 92804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1212 9 | Priority creditor's name and mailing address<br>**Ryan Powers**<br>**3512 Rio Robles Dr**<br>**Unit D**<br>**North LAS VEGAS, NV 89030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1213 0 | Priority creditor's name and mailing address<br>**Ryan Salter**<br>**2365 FULTON STREET**<br>**AURORA, CO 80010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1213 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Silva**
**369 MEADOW CT**
**BREA, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1213 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Steber**
**3491 TUCKS ROAD**
**BOYNTON BEACH, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1213 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.48** | **$330.48** |
|---|---|---|---|---|

**Ryan Steber**
**3491 TUCKS ROAD**
**BOYNTON BEACH, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1213 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ryan Van Zeben**
**2859 E BART ST**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1213 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1213 5 | Priority creditor's name and mailing address **Ryan Vargas** **6739 GIANT OAK LANE** **LOCKHART, FL 32810** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1213 6 | Priority creditor's name and mailing address **Ryan Viohl** **400 SUMMER WINDS DR SE** **RIO RANCHO, NM 87124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1213 7 | Priority creditor's name and mailing address **Ryan Wertepny** **1385 HARBOUR TOWN PL** **CHULA VISTA, CA 91915** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1213 8 | Priority creditor's name and mailing address **RYAN WHEELER** **5850 Sky pointe dr** **1008** **las vegas, NV 89130** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12139**

Priority creditor's name and mailing address
**Ryan Yates**
**2447 ELKINS WAY**
**SAN JOSE, CA 95121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12140**

Priority creditor's name and mailing address
**Ryder Lundquist**
**26 LANCEA PLACE**
**TUSTIN, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12141**

Priority creditor's name and mailing address
**RYDER LUNDQUIST**
**26 LANCEA PLACE**
**TUSTIN, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$420.78**     **$420.78**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12142**

Priority creditor's name and mailing address
**Rylee Marcotte**
**21243 BOTTLETREE LANE**
**201**
**SANTA CLARITA, CA 91354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1214 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**S.C. DEPARTMENT OF REVENUE**
**WITHHOLDING TAX**
**COLUMBIA, SC 00029-2144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1214 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Saad Abukhzam**
**5360 Oak Park Lane**
**#179**
**Oak Park, CA 91377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabas Delacruz**
**200 STARCREST DR #98**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabas Rocha**
**15560 TUSTIN VILLAGE WAY**
**81**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1214 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabastian Mattei**
**508 BRISTOL DRIVE**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabina Rocha**
**4035 CHAMOUNE AVE**
**SAN DIEGO, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabine El-Hajj**
**17263 SE BLACKBURN ST**
**DAMASCUS, OR 97089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1215 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabrina Barnett**
**4206 PECOS RIVER DR**
**SPRING, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1215 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabrina Estrada**
**13820 S 44TH STREET**
**1265**
**PHOENIX, AZ 85044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1215 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabrina Garcia**
**10922 CARMENITA RD.**
**WHITTIER, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1215 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabrina Griswold**
**5460 Rosetta Lane**
**Chino Hills, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1215 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sabrina Jordan**
**5354 Park Place Circle**
**Boca Raton, FL 33486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1215 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Maiava**
**8182 7TH ST**
**APT 14**
**BUENA PARK, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1215 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.92** | **$21.92** |
|---|---|---|---|---|

**Sabrina N.  Maiava**
**8182 7TH ST**
**APT 14**
**BUENA PARK, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1215 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Nava**
**7163 Calero Hills Ct.**
**San Jose, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1215 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Nhun**
**14111 NE 74TH ST**
**VANCOUVER, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1215 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.05** | **$0.05** |
|---|---|---|---|---|

**Sabrina Nhun**
**14111 NE 74TH ST**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Pacheco**
**8000 W CRESTLINE AVE**
**226**
**LITTLETON, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Padilla**
**7170 S. PLATTE CANYON RD**
**LITTLETON, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sabrina Rhodes**
**20041 OSTERMAN RD**
**APT E7**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1216 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Sabrina Saintoiry**
**657 CRANE DRIVE**
**KISSIMMEE, FL 34759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 4 | | Unknown | $0.00 |
|---|---|---|---|

Priority creditor's name and mailing address

**Sabrina Soto**
**1647 Primera St**
**Lemon Grove, CA 91945**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 5 | | Unknown | $0.00 |
|---|---|---|---|

Priority creditor's name and mailing address

**Sabrina Torres**
**7806 Sierra Ave**
**Apt 523**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1216 6 | | Unknown | $0.00 |
|---|---|---|---|

Priority creditor's name and mailing address

**Sabrina Vega**
**13526 Longfellow Ln**
**San Diego, CA 92129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1216 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.53** | **$21.53** |
|---|---|---|---|---|
| | **Sabrina Vixamar** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1216 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sabrina Wooldridge** **9139 Danube Lane** **San Diego, CA 92126** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1216 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sadaf Fana** **4338 SOLANO WAY** **UNION CITY, CA 94587** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1217 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sadia Tanzum** **3938 SOUTH SHADE AVENUE** **SARASOTA, FL 34231** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1217**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sadie Davis**
**7345 PINE HILLS WAY**
**LITTLETON, CO 80125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1217**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sadrack Gelumer**
**2828 LEON AVENUE**
**SARASOTA, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1217**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Saeed Manuel**
**1287 S. RIDGELEY DR.**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1217**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,455.58** | **$1,455.58** |
|---|---|---|---|

**SAEED MANUEL**
**1287 S. RIDGELEY DR.**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1217 5**

Priority creditor's name and mailing address

**Saeed Montoya**
**1984 Eadbury Ave**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1217 6**

Priority creditor's name and mailing address

**Safa Albahadl**
**13000 ROMA AVE**
**ALBUQUERQUE, NM 87123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1217 7**

Priority creditor's name and mailing address

**Sage Glaster**
**847 MAINSAIL CT**
**HENDERSON, NV 89002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1217 8**

Priority creditor's name and mailing address

**Sage Guillen**
**1200 S HIGHLAND AVE**
**APT 61**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.12179**

Priority creditor's name and mailing address

**Sage Lerch**
**4281 MEADOW WAY**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12180**

Priority creditor's name and mailing address

**Sagrario Garcia**
**907 W.17TH ST**
**209**
**LOS ANGELES, CA 90015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12181**

Priority creditor's name and mailing address

**Sahil Modi**
**3709 E DONALD DR.**
**PHOENIX, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12182**

Priority creditor's name and mailing address

**Sahra Sayed**
**1269 HAMAL**
**1269**
**IRVINE, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1218 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Saida Hassan**
**12681 EL CAMINO REAL**
**UNIT 1**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1218 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Saif Ghani**
**18574 LOCKSLEY STREET**
**SAN DIEGO, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1218 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sain Petiote**
**2835 Jackson St**
**Fort Myers, FL 33901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1218 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Saint Jean Pierrilus**
**604 NE 1ST AVE**
**POMPANO BEACH, FL 33060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1218 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saintamise Deshommes**<br>**4829 CEDAR VIEW RD**<br>**ORLANDO, FL 32808** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1218 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saket Arora**<br>**3917 LAGO DI GRATA CIR.**<br>**SAN DIEGO, CA 92130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1218 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sakkapas Nukulkarn**<br>**2400 SHADY WILLOW LANE**<br>**7 F**<br>**BRENTWOOD, CA 94513** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1219 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saleena Cabarloc**<br>**13001 BROWN AVE**<br>**SAN JOSE, CA 95111** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1219 1 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| **SALEM CITY INCOME TAX** **231 S. BROADWAY AVENUE** **SALEM, OH 00044-4600** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.1219 2 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| **Salia Eldridge** **808 FULTON ST.** **AURORA, CO 80010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.1219 3 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| **Salina Garza** **8770 NORWICH ST** **WESTMINSTER, CO 80031** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.1219 4 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| **Salma Rivera Tapia** **2340 W 58th Ave** **Denver, CO 80221** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1219 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

| 2.1219 5 | Priority creditor's name and mailing address<br>**Salomon Paniagua**<br>**P.O. Box 1274**<br>**Escondido, CA 92033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.1219 6 | Priority creditor's name and mailing address<br>**SALSABIL EMDAD**<br>**301 SOUTH IDAHO STREET**<br>**#5**<br>**LA HABRA, CA 90631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.1219 7 | Priority creditor's name and mailing address<br>**Salvador Barajas**<br>**14408 Chadron Ave**<br>**Hawthorne, CA 90250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.1219 8 | Priority creditor's name and mailing address<br>**Salvador Estrada**<br>**2050 RILEY COURT**<br>**31**<br>**CONCORD, CA 94520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12199**

Priority creditor's name and mailing address

**Salvador Gutierrez**
**1923 N SPRING**
**APT 102**
**MESA, AZ 85203**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12200**

Priority creditor's name and mailing address

**Salvador Olmos**
**3546 Eugene St**
**Fremont, CA 94538**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12201**

Priority creditor's name and mailing address

**Salvador Osuna Diaz**
**6300 W Lake Mead2028**
**Las Vegas, NV 89108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.12202**

Priority creditor's name and mailing address

**Salvador Ramirez**
**9007 Bubbling Wells Rd**
**Lakeside, CA 92040**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|---|
| | Name | | | |

| 2.1220 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Salvador salazar sanchez**
**1734 ANZA  PL**
**ESCONDIDO, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1220 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Salvador Sandigo**
**5619 PGA Blvd Apt. 1211**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1220 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Salvador Sandoval**
**4345 Ridgewood Dr.**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1220 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sam Grisham**
**9600 SW North Dakota St**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12207**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Sam Wright**
**206 NE 126TH AVE**
**F64**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.12208**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Samahi Nava**
**1332 W 225ST**
**15**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.12209**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Samantha Archey**
**4368 MOORE STREET**
**WHEAT RIDGE, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.12210**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Samantha Aspeytia**
**230 OXFORD ST**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1221 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SAMANTHA BANNING**
**5062 JONES DR.**
**LEHIGH ACRES, FL 33973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1221 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Bergland**
**10421 se cook ct apt 329**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1221 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Blossom**
**1785 saltaire place**
**unit 30**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1221 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Cabindol**
**11454 W ST JOHN RD**
**SURPRISE, AZ 85378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1221 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1221<br>5 | Priority creditor's name and mailing address<br><br>**Samantha Chavez**<br>**1350 San Bernardino Rd**<br>**#114**<br>**Upland, CA 91786** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1221<br>6 | Priority creditor's name and mailing address<br><br>**Samantha Chois**<br>**918 S WEBSTER AVE**<br>**APT 1**<br>**ANAHEIM, CA 92804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1221<br>7 | Priority creditor's name and mailing address<br><br>**Samantha costello**<br>**860 W 132ND AVE**<br>**130**<br>**WESTMINSTER, CO 80234** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1221<br>8 | Priority creditor's name and mailing address<br><br>**Samantha Diaz**<br>**16500 ARVID ST.**<br>**LA PUENTE, CA 91744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1221 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Dilling**
**3053 KELLOGG CREEK RD**
**ACWORTH, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1222 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Doroaml**
**19 MOON BEAM DR**
**19**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1222 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.45** | **$30.45** |
|---|---|---|---|---|

**Samantha E.  Aspeytia**
**230 OXFORD ST**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1222 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Eckenrode**
**1065 JODI RD**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.1222 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address

**Samantha Emerson**
**6965 E CALLE NEPTUNO**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1222 4

Priority creditor's name and mailing address

**Samantha Flores**
**404 W. Nevada St.**
**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1222 5

Priority creditor's name and mailing address

**Samantha Foley**
**2670 Flower Fields Way**
**Carlsbad, CA 92010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1222 6

Priority creditor's name and mailing address

**Samantha Fragulia**
**1132 Pecos Way**
**Sunnyvale, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.12227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samantha Fuentes**
**4203 W 154TH ST**
**LAWNDALE, CA 90260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samantha Henson**
**5917 14TH ST W LOT 321**
**BRADENTON, FL 34207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samantha Heyer**
**2498 E PARKVIEW DR**
**GILBERT, AZ 85295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samantha Houghton**
**2480 APPALOOSA TRAIL**
**PALM HARBOR, FL 34685**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1223 | | | | |
|---|---|---|---|---|
| **1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Samantha Hurtado** | *Check all that apply.* | | |
| | **1217 E WASHINGTON STREET** | ☐ Contingent | | |
| | **LONG BEACH, CA 90805** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes |

| 2.1223 | | | | |
|---|---|---|---|---|
| **2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Samantha Ibarra** | *Check all that apply.* | | |
| | **34052 DOHENY PARK RD** | ☐ Contingent | | |
| | **80** | ☐ Unliquidated | | |
| | **CAPISTRANO BEACH, CA 92624** | ☐ Disputed | | |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes |

| 2.1223 | | | | |
|---|---|---|---|---|
| **3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Samantha Johnson** | *Check all that apply.* | | |
| | **502 LAURIE LANE APT 1** | ☐ Contingent | | |
| | **LEESBURG, FL 34748** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes |

| 2.1223 | | | | |
|---|---|---|---|---|
| **4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Samantha Keeney** | *Check all that apply.* | | |
| | **4601 HOMESTEAD STREET** | ☐ Contingent | | |
| | **LITTLETON, CO 80123** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1223 5**

Priority creditor's name and mailing address
**SAMANTHA L.  BANNING**
**5062 JONES DR.**
**LEHIGH ACRES, FL 33973**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.22        $58.22

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1223 6**

Priority creditor's name and mailing address
**Samantha L.  Viveros**
**15652 WILLIAMS ST.**
**11R**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.93        $21.93

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1223 7**

Priority creditor's name and mailing address
**Samantha Loaisiga**
**9810 HAMMOCKS BLVD**
**103**
**MIAMI, FL 33196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1223 8**

Priority creditor's name and mailing address
**Samantha Ioaiza**
**825 DIAMOND DR**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12239**

Priority creditor's name and mailing address

**Samantha Lopez**
**2800 W 91ST AVE**
**FEDERAL HEIGHTS, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12240**

Priority creditor's name and mailing address

**Samantha Lougheed**
**10482 SE 101ST CT**
**BELLEVIEW, FL 34420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12241**

Priority creditor's name and mailing address

**Samantha McDonald**
**230 EAST DUNNE AVE**
**APT 912**
**MORGAN HILL, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12242**

Priority creditor's name and mailing address

**Samantha Miranda- De Leon**
**516 PERTH AVE.**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1224 3**

Priority creditor's name and mailing address

**Samantha Molina**
**9550 LONGPOINT RD**
**#169**
**HOUSTON, TX 77055**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1224 4**

Priority creditor's name and mailing address

**Samantha Palomino**
**17833 Nw 20 St**
**Pembroke Pines, FL 33029**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1224 5**

Priority creditor's name and mailing address

**Samantha Quaranta**
**626 ALCOTT AVE.**
**PLACENTIA, CA 92870**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1224 6**

Priority creditor's name and mailing address

**Samantha Richter**
**555 BOWERS BLVD**
**1028**
**HUNTSVILLE, TX 77340**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1224<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Rivera**
**3627 E PINE AVE**
**FRESNO, CA 93703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1224<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Rodarte**
**SW 65TH AVE**
**54**
**TUALTIN, OR 97062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1224<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Rodriguez**
**5155 N Fresno St**
**#183**
**Fresno, CA 93710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1225<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samantha Shockey**
**6614 OSCEOLA POLK LINE RD.**
**DAVENPORT, FL 33896**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1225 1**

Priority creditor's name and mailing address

**Samantha Smith**
**952 BURLINGTON AVE**
**VENTURA, CA 93004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1225 2**

Priority creditor's name and mailing address

**Samantha Straily**
**501 E. CLUSTER AVE.**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1225 3**

Priority creditor's name and mailing address

**Samantha Viveros**
**15652 WILLIAMS ST.**
**11R**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

**2.1225 4**

Priority creditor's name and mailing address

**Samara Carson**
**1087 JAEGER RD**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1225 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samara Marti**
**3506 MANGOTREE LANE**
**102B**
**TAMPA, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1225 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sameha Elamoudi**
**11901 BUTTERFIELD AVE**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1225 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samer Perez**
**2553 Loretta Circle**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1225 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sami Bisharat**
**1283 Jamacha Rd**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.1225 9 | Priority creditor's name and mailing address **Sami masoud** **680 W SAM HOUSTON PKWY S** **HOUSTON, TX 77042** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1226 0 | Priority creditor's name and mailing address **Samir Jordan** **5850 HOLLYWOOD BLVE** **LOS ANGLE, CA 90028** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1226 1 | Priority creditor's name and mailing address **Samira Hashimi** **2140 Polynesia Circle** **Henderson, NV 89074** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1226 2 | Priority creditor's name and mailing address **SAMMY HUBER** **10523 CAMINITO BAYWOOD** **SAN DIEGO, CA 92126** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1226 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samuel Barba**
**25307 FEIJOA AVE**
**LOMITA, CA 90717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1226 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samuel Boateng**
**18744 E BALTIC PL**
**817**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1226 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samuel Bojorquez**
**832 W CRESTWOOD ST**
**#2**
**SAN PEDRO, CA 90731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1226 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Samuel Brooks**
**3723 WOODCOCK DR**
**3723**
**HOLIDAY, FL 34650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12267**

Priority creditor's name and mailing address

**Samuel Carter**
**16865 HURON STREET**
**106**
**BROOMFIELD, CO 80023**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.12268**

Priority creditor's name and mailing address

**Samuel Chandler**
**2320 CITRUS HILL ROAD**
**PALM HARBOR, FL 34683**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.12269**

Priority creditor's name and mailing address

**Samuel Davila Brown**
**4951 E ILIFF AVE**
**4951**
**DENVER, CO 80222**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

**2.12270**

Priority creditor's name and mailing address

**Samuel Dawson**
**1780 GRAVES ROAD**
**APT 413**
**NORCROSS, GA 30093**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1227 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Samuel Doby**<br>**16253 WHITE OAKS DRIVE**<br>**LAKE OSWEGO, OR 97035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1227 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Samuel Duran**<br>**431 W 18TH ST**<br>**SAN PEDRO, CA 90731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1227 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$80.40** | **$80.40** |
|---|---|---|---|---|
| | **Samuel Duran**<br>**431 W 18TH ST**<br>**SAN PEDRO, CA 90731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1227 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Samuel Epps**<br>**1001 Louisiana Blvd NE**<br>**Apt 7**<br>**Albuquerque, NM 87110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1227 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Faso**
**2653 West Ave 32**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1227 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Garcia**
**87025 Church Street**
**D**
**Thermal, CA 92274**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1227 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Hearst**
**622 Sugarloaf Reserve Dr**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1227 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Hernandez**
**6618 WOODTHRUSH HILL**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12279**

Priority creditor's name and mailing address

**Samuel Holland**
**17977 ALMENDRO LANE**
**SAN DIEGO, CA 92127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12280**

Priority creditor's name and mailing address

**Samuel Isom**
**578 OFFSHORE POINT**
**SAN DIEGO, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12281**

Priority creditor's name and mailing address

**Samuel J. Sandoval**
**455 SOUTH CAPITOL AVE**
**SAN JOSE, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$605.93    $605.93

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12282**

Priority creditor's name and mailing address

**Samuel Jean**
**415 CHIPEWYAN DRIVE**
**LANTANA, FL 33462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1228 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Lauder**
**3758 EAST BETSY LANE**
**GILBERT, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1228 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Maldonado**
**16504 LAKE BRIGADOON CIR**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1228 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Matthews**
**4400 PHILADELPHIA**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1228 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Samuel Niakan**
**3921 GATE HOUSE LANE**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.12287**

Priority creditor's name and mailing address

**Samuel Pangle**
**3451 Tanglebrush Dr**
**#515**
**The Woodlands, TX 77381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12288**

Priority creditor's name and mailing address

**Samuel Rapisardo**
**1121 WILLIOW ST**
**DENVER, CO 80220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12289**

Priority creditor's name and mailing address

**Samuel Sandoval**
**455 SOUTH CAPITOL AVE**
**SAN JOSE, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12290**

Priority creditor's name and mailing address

**Samuel Shadel**
**23 ALBERON GARDENS WAY**
**HENDERSON, NV 89002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1229
1**

Priority creditor's name and mailing address

**Samuel Simmons
274 Garnet Way
Apt. C
Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1229
2**

Priority creditor's name and mailing address

**Samuel Stander
16027 GLEN HAVEN DR.
TAMPA, FL 33618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1229
3**

Priority creditor's name and mailing address

**Samuel Suarez
8714 ILDICA ST
UNIT 2
SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1229
4**

Priority creditor's name and mailing address

**Samyak Gunde
5428 Twilight Commons
Fremont, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1229 5**

Priority creditor's name and mailing address
**Samyak Gunde**
**5428 Twilight Commons**
**Fremont, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.08    $92.08

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1229 6**

Priority creditor's name and mailing address
**SAN DIEGO COUNTY TAX**
**COLLECTOR**
**PO BOX 129009**
**SAN DIEGO, CA 92112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1229 7**

Priority creditor's name and mailing address
**San Juana Juarez**
**1911 ROANWOOD**
**HOUSTON, TX 77090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1229 8**

Priority creditor's name and mailing address
**Sandeep Johal**
**7777 VALLEY VIEW ST**
**C123**
**LA PALMA, CA 90623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12299**

Priority creditor's name and mailing address

**Sandra Ah Nee**
**3019 CALICO STREET**
**SANTEE, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12300**

Priority creditor's name and mailing address

**Sandra Andrade**
**4629 W 88th Ave**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12301**

Priority creditor's name and mailing address

**Sandra Avila**
**2211 Fairview St**
**Apt #D**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12302**

Priority creditor's name and mailing address

**Sandra Baron**
**5772 Garden Grove Blvd**
**Space#87**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1230 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Cabrera Cruz**
**7211 FENWAY AVE.**
**LAS VEGAS, NV 89147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1230 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Coronado**
**11613 E Monterosa Dr**
**Scottsdale, AZ 85256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1230 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Cruz**
**4027 Fon Du Lac Av**
**San Diego, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1230 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110.14** | **$110.14** |
|---|---|---|---|---|

**Sandra E.  Perez**
**5221 W 4th St**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1230 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Escobar**
**4023 W 120th Street**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1230 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Escobedo**
**3867 CEDAR HAMMOCK TRIAL**
**ST. CLOUD, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1230 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra Figueroa**
**989 Victoria St.**
**Apt F 8**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1231 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sandra godoy**
**3391 ST MONROE**
**#3**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1231**
**1**

Priority creditor's name and mailing address
**Sandra Green**
**2141 23RD ST SW**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1231**
**2**

Priority creditor's name and mailing address
**Sandra Jahen**
**7451 Se 82nd Ave**
**Unit 40**
**Portland, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1231**
**3**

Priority creditor's name and mailing address
**Sandra Lloyd**
**11262 CALLE DARIO**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1231**
**4**

Priority creditor's name and mailing address
**Sandra Lopez**
**4420 Silver Birch Way**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1231 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Sandra Morales**
**10157 MASON DIXON CIRCLE**
**ORLANDO, FL 32921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1231 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Sandra Nunez De Reyes**
**749 LOS ARBOLITOS BLVD**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1231 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Sandra Ontiveros**
**2613 E Charleston Ave**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1231 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Sandra Pena**
**18615 VIDORA DR**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12319**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sandra Perez**<br>**5221 W 4th St**<br>**Santa Ana, CA 92703** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12320**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sandra Rumminger-aldridge**<br>**11572 Manzanita Road**<br>**Lakeside, CA 92040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12321**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sandra Valdes**<br>**7263 Somersworth Drive**<br>**Orlando, FL 32835** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12322**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sandra Valencia-Morales**<br>**8748 FERNDALE ST**<br>**SAN DIEGO, CA 92126** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1232 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1232 3 | Priority creditor's name and mailing address<br>**Sandy Aoyagi**<br>**506 Westgate Street**<br>**Pasadena, CA 91103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1232 4 | Priority creditor's name and mailing address<br>**Sandy Tran** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95.87** | **$95.87** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1232 5 | Priority creditor's name and mailing address<br>**SANTA CLARA COUNTY TAX COLLECTOR**<br>**70 W HEDDING ST**<br>**EAST WING 6TH FLOOR**<br>**SAN JOSE, CA 95110-1767** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.1232 6 | Priority creditor's name and mailing address<br>**Santa Hernandez**<br>**13685 Cynthia Ln**<br>**#2**<br>**Poway, CA 92064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.12327**

Priority creditor's name and mailing address

**Santiago Coello**
**6250 GRIFFIN RD**
**405**
**DAVIE, FL 33314**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.12328**

Priority creditor's name and mailing address

**Santiago Coha**
**18165 NW 89TH CT**
**HIALEAH, FL 33018**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.12329**

Priority creditor's name and mailing address

**Santiago Escobar**
**248 Alston Drive**
**Orlando, FL 32835**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.12330**

Priority creditor's name and mailing address

**Santiago Iapola**
**520 W RILLITO ST**
**LOT 19**
**TUCSON, AZ 85705**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1233**
**1**

Priority creditor's name and mailing address

**Santiago Osorio**
**3701 CARROLLWOOD PLACE CIRCLE**
**BUILDING 12 APARTMENT 105**
**TAMPA, FL 33624**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1233**
**2**

Priority creditor's name and mailing address

**Santiago Perez**
**PIERCE ST**
**209**
**PACOIMA, CA 91331**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☐ No
☐ Yes

**$185.51**    **$0.00**

---

**2.1233**
**3**

Priority creditor's name and mailing address

**Santiago Serrano**
**7719  DOWNING CRICLE**
**TAMPA, FL 33610**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1233**
**4**

Priority creditor's name and mailing address

**Santiana Aranda**
**6210 PALMA PL NW**
**ALBUQUERQUE, NM 87120**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1233 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Santino Gomez**<br>**3724 BERRY DR**<br>**STUDIO CITY, CA 91604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

**2.1233 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Santos Morgado**<br>**3318 W KATHLEEN ST**<br>**TAMPA, FL 33607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

**2.1233 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Saphire Shotwell**<br>**4133 W. Shaw Butte Dr.**<br>**Phoenix, AZ 85029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

**2.1233 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sara Alas**<br>**1876 BUCKINGHAM RD**<br>**#4**<br>**LOS ANGELES, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12339**

Priority creditor's name and mailing address

**Sara Baumberger**
**12091 117TH STREET**
**LARGO, FL 33708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12340**

Priority creditor's name and mailing address

**Sara Blandon**
**6332 NEWTOWN CIRCLE**
**B4**
**TAMPA, FL 33615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12341**

Priority creditor's name and mailing address

**Sara Carrillo**
**537 W. Center St**
**Apt D**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12342**

Priority creditor's name and mailing address

**Sara El Ouafi**
**337 ROCK CREEK WAY**
**PLEASANT HILL, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1234<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Gomez**
**906 Mosher Ln**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Halfman**
**4091 Central Ave**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234<br>5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Heiselt**
**14144 SE 118TH DR**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234<br>6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Heitman**
**40950 Cavalier Drive**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1234 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Kelly**
**8733 BIGFORD ST.**
**SPRING VALLEY, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Salinas**
**6918 NORTHLEAF DR**
**HOUSTON, TX 77086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sara Sunday**
**37508 Coventry st**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1235 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sarabjeet Cheema**
**6490 CRESENT AVE**
**23**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1235 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarabjit Lally**
**6651 HIGHLAND AVE**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1235 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364.10** | **$364.10** |
|---|---|---|---|---|

**SARABJIT S. LALLY**
**6651 HIGHLAND AVE**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1235 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Anguiano**
**1410 MARENGO CT**
**WEST COVINA, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1235 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Baublitz**
**230 SW 122ND TER**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1235 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Bayne**
**340 Sw Seminole Dr.**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1235 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Bell**
**302 E Lester**
**Tucson, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1235 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Birtley**
**11687 EROS RD**
**LEHIGH ACRES, FL 33971**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1235 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Bischoff**
**16518 Se 36th Circle**
**Vancouver, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1235 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sarah Black**
**150 E WARNER RD**
**84**
**GILBERT, AZ 85296**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1236 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sarah Boyd**
**4336 MUIRWOOD DR**
**PLEASANTON, CA 94588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1236 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sarah Echeverria**
**4828 LOGAN AVENUE**
**APT. 102**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1236 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sarah Empey**
**5622 Gristmill St**
**Bradenton, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1236 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Garcia**
**3901 Hanselman Rd**
**Victoria, TX 77901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1236 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Gillogly**
**8201 CIRCLE DRIVE**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1236 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Gravance**
**5347 EAST AVENUE R-11**
**PALMDALE, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1236 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Gregory**
**9221 Harvard Pl**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1236<br>7 | Priority creditor's name and mailing address<br>**Sarah Kerrigan**<br>**44410 VIA CORONADO**<br>**LA QUINTA, CA 92253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.1236<br>8 | Priority creditor's name and mailing address<br>**Sarah Kilby**<br>**219 Magnolia Circle**<br>**EUSTIS, FL 32726** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.1236<br>9 | Priority creditor's name and mailing address<br>**Sarah Liggett**<br>**6335 BEECH COURT**<br>**PLEASANTON, CA 94588** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.1237<br>0 | Priority creditor's name and mailing address<br>**Sarah Loveland**<br>**15712 LAKEWAY DRIVE**<br>**WILLIS, TX 77318** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1237 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Mele**
**13629 ESSENCE RD**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1237 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Moreno**
**770 E ROSE AVE**
**LA HABRA, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1237 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Oberg**
**8370 SE CAUSEY AVE APT 208**
**208**
**HAPPY VALLEY, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1237 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Roberts**
**5215 w Peoria AZ**
**244**
**GLENDALE, AZ 85302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1237 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sarah Robertson** **2219 N Rancho Dr** **R2186** **LAS VEGAS, NV 89130** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1237 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sarah Viders** **9467 SOUTHERN HILLS CIRCLE** **LONE TREE, CO 80124** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1237 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sarah Wheeler** **7230 SOUTH YARROW STREET** **LITTLETON, CO 80128** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1237 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sarah Zagaceta** **13103 Mulberry Park Dr** **Apt 8** **Orlando, FL 32821** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1237 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Zukowski**
**5456 E Grandview Rd**
**Scottsdale, AZ 85254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1238 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarahi Sosa**
**1725 Loretta St**
**Oceanside, CA 92068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1238 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarahy Martinez**
**449 Nth 4st**
**Apt#7**
**San Jose, CA 95112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1238 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarai Aguilar**
**3464 OAKWOOD DR**
**WIMAUMA, FL 33598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1238 3**

Priority creditor's name and mailing address

**Sarai Jinez
1620 ADELAIDE ST
APT 17
CONCORD, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1238 4**

Priority creditor's name and mailing address

**Sarai Lopez
2915 N COTTONWOOD ST UNIT 13
ORANGE, CA 92865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1238 5**

Priority creditor's name and mailing address

**Sarai Quiroz
749 E JULIAN ST
SAN JOSE, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1238 6**

Priority creditor's name and mailing address

**Saray Jimenez
2007 CLYDE AVE.
2
LOS ANGELES, CA 90016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12387**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Saretta Bowers**
**1460 GRUB STAKE CIR**
**HENDERSON, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12388**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sarina Lisle**
**834 E TERRACE AVE**
**FRESNO, CA 93704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12389**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sarmad Adelakun**
**607 Beechbend Dr**
**Missouri City, TX 77489**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12390**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sarmad Elias**
**1676 SUMMERTIME DR**
**EL CAJON, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1239<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Saron Gebreslassie**
**411S MARGURITA AVE**
**ALHAMBRA, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1239<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sasha Del Principe**
**5159 Muir Ave**
**San Diego, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1239<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sasha Villalobos**
**18151 VALLEY BLVD**
**SPACE 93**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1239<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Satish Pall**
**1174 JEWETT AVE**
**PITTSBURG, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1239 5**

Priority creditor's name and mailing address

**Saturnino Lopez**
**342 Juniper Ave**
**Apt 23**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1239 6**

Priority creditor's name and mailing address

**Satwinder Kaur**
**68 CENTER STONE CIR**
**BUENA PARK, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1239 7**

Priority creditor's name and mailing address

**SATWINDER KAUR**
**68 CENTER STONE CIR**
**BUENA PARK, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,012.77**   **$1,012.77**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1239 8**

Priority creditor's name and mailing address

**Saudy Estrada**
**6212 Beadnell way 2A**
**San Diego, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.12399**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saugia Knight**<br>**3003 Middleton Rd**<br>**#261**<br>**Atlanta, GA 30311** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12400**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saujas Sharma**<br>**12354 GRANDEE CT**<br>**SAN DIEGO, CA 92128** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12401**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saul Aguirre**<br>**32925 WILLARD STREET**<br>**PO BOX 495**<br>**WINCHESTER, CA 92596** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12402**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Saul Canela**<br>**295 C ST APT**<br>**109**<br>**CHULA VISTA, CA 91910** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1240 3**

Priority creditor's name and mailing address

**Saul Fernandez**
**1400 W Kamala St**
**Oxnard, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1240 4**

Priority creditor's name and mailing address

**Saul Garcia**
**23645 New England Dr**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1240 5**

Priority creditor's name and mailing address

**Saul Lopez Garcia**
**10502 CLAUSSEN ST**
**GARDEN GROVE, CA 92842**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1240 6**

Priority creditor's name and mailing address

**Saul Mendez**
**5529 COCHRAN ST**
**135**
**SIMI VALLEY, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1240 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1240<br>7 | Priority creditor's name and mailing address<br>**Saul Ramirez**<br>**9042 E  lehigh Avenue**<br>**Denver, CO 80237** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1240<br>8 | Priority creditor's name and mailing address<br>**Saul Reyes**<br>**10418 Mackenzie Dr**<br>**Houston, TX 77086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1240<br>9 | Priority creditor's name and mailing address<br>**Saul Rivera**<br>**1120 SE 208TH**<br>**GRESHAM, OR 97030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1241<br>0 | Priority creditor's name and mailing address<br>**Saul Sanchez**<br>**39150 Sundale Dr**<br>**#57**<br>**Fremont, CA 94538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1241**
**1**

Priority creditor's name and mailing address

**Saul Saucedo**
**4167 SAN BERNARDINO WAY**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1241**
**2**

Priority creditor's name and mailing address

**Saumya Singh**
**7812 BRYKERWOODS**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1241**
**3**

Priority creditor's name and mailing address

**Savannah Chavez**
**13110 CONSTITUTION AVE NE**
**407**
**ALBUQUERQUE, NM 87112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1241**
**4**

Priority creditor's name and mailing address

**Savannah Collins**
**12999 SARAH LANE**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1241 5 | Priority creditor's name and mailing address **Savannah Ewing** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$162.48** | **$162.48** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.1241 6 | Priority creditor's name and mailing address **Savannah Fessenden** **8821 Holly Ln** **Riverside, CA 92503** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.1241 7 | Priority creditor's name and mailing address **Savannah Hill** **5520 CHOLLAS STATION ROAD** **SAN DIEGO, CA 92105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.1241 8 | Priority creditor's name and mailing address **Savannah Keller** **17080 SE HWY 42** **WEIRSDALE, FL 32195** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12419**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Savannah Leedom**<br>**1 OLIVE LN**<br>**OCALA, FL 34472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12420**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Savannah Moreno**<br>**1438 MORGAN RD**<br>**SAN BERNARDINO, CA 92407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12421**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Savannah Ockenfels**<br>**3724 W. BLOOMFIELD RD.**<br>**PHOENIX, AZ 85029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12422**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Savannah Osborne**<br>**36125 CREIGHTON AVE**<br>**4303**<br>**MURRIETA, CA 92563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1242 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SAVANNAH STEPHENS**
**1361 CALABAZAS CT.**
**10**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1242 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Savannah Trueba**
**2691 E LANDEN S**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1242 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Savannah Ynzunza**
**4358 Los Serranos Blvd**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1242 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Savayreia Strain**
**4318 PAN AMERICAN**
**NORTHEAST**
**262**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1242 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sayde Cortez**
**261 N Clay Ave**
**Lady Lake, FL 32159**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Saydee Autry**
**20250 N 67th Ave**
**Apt 1112**
**Glendale, AZ 85308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Sayed Ashraf**
**1535 PARK LAWN RD**
**HACIENDA HEIGHTS, CA 91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1243 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Sayedah Mosavi**
**19720 VISTA HERMOSA DR.**
**WALNUT, CA 91789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1243 1 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**  $0.00 |
| | **SCHOOL DISTRICT INCOME TAX** | Check all that apply. | |
| | **P.O. BOX 182388** | ☐ Contingent | |
| | **COLUMBUS, OH 43218-2388** | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | | Basis for the claim: | |
| Last 4 digits of account number | | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | ■ No | |
| | | ☐ Yes | |

| 2.1243 2 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  $0.00 |
| | **Scott Allen** | Check all that apply. | |
| | **1100 KETNER ST** | ☐ Contingent | |
| | **1102** | ☐ Unliquidated | |
| | **DAVENPORT, FL 33897** | ☐ Disputed | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | ■ No | |
| | | ☐ Yes | |

| 2.1243 3 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  $0.00 |
| | **Scott Bartko** | Check all that apply. | |
| | **20336 ANITA AVE** | ☐ Contingent | |
| | **CASTRO VALLEY, CA 94546** | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | ■ No | |
| | | ☐ Yes | |

| 2.1243 4 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**  $0.00 |
| | **Scott Brockish** | Check all that apply. | |
| | **2206 S REVOLTA** | ☐ Contingent | |
| | **MESA, AZ 85209** | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | ■ No | |
| | | ☐ Yes | |

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1243 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Hessing**
**220 Cumming St**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1243 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Iaack**
**17508 SE 31ST CIRCLE**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1243 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Marrero**
**752 MANATEE BAY DR**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1243 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Nguyen**
**8157 Columbus Street**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1243 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Peno**
**8320 72nd st east**
**bradenton, FL 34201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1244 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Vessels**
**9369 APRICOT AVE**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1244 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.06** | **$9.06** |
|---|---|---|---|---|

**Scott W.  Gillaspy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1244 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott Wilson**
**5937 S BACKUS MALL**
**MESA, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1244 3**

Priority creditor's name and mailing address

**Sean Aucoin
46 WEST SAGE CREEK PLACE
THE WOODLANDS, TX 77382**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1244 4**

Priority creditor's name and mailing address

**Sean Black
10256 CAMINO RUIZ
187
SAN DIEGO, CA 92126**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1244 5**

Priority creditor's name and mailing address

**Sean Bounkhoune
910 HANSON AVENUE
CLOVIS, CA 93611**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1244 6**

Priority creditor's name and mailing address

**Sean Butier
28502 RANCHO GRANDE
LAGUNA NIGUEL, CA 92677**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1244 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sean Christie**<br>**8632 Winsome Way**<br>**Land O Lakes, FL 34637** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1244 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sean Crawford**<br>**2010 ROSWELL RD**<br>**25A2**<br>**MARIETTA, GA 11757** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1244 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sean Edwards**<br>**383 N WILMOT RD**<br>**28B**<br>**TUCSON, AZ 85711** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1245 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.17** | **$120.17** |
|---|---|---|---|---|
| | **Sean G. Hull** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1245 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Green**
**44935 SPEARMAN AVE**
**44935 SPEARMAN AVE**
**LANCASTER, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1245 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Harrigan**
**809 Leonard Road**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1245 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Hayden**
**955 HELENA DRIVE**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1245 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Herbert**
**10890 CALLE VERDE**
**153**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|-------------------------|------------------|
|        | Name |  |  |

---

| 2.1245 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|----------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Sean Housley**
**10200 Old Bammel North**
**Houston, TX 77086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1245 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|----------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**SEAN KEENAN**
**10881 FOX GLEN DR**
**BOCA RATON, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1245 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|----------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Sean Kilbourn**
**25650 INTERSTATE 45**
**706**
**SPRING, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1245 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|----------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Sean Lortz**
**8880 CYPRESS LAKE DR**
**FORT MYERS, FL 33919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12459**

Priority creditor's name and mailing address

**Sean McCarthy**
**9450 Gilman Drive**
**#35103**
**La Jolla, CA 92092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12460**

Priority creditor's name and mailing address

**Sean McCumiskey**
**1425 D STREET**
**GOLDEN, CO 80401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12461**

Priority creditor's name and mailing address

**Sean Mendoza**
**669 N. WILLOW AVE**
**LA PUENTE, CA 91746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12462**

Priority creditor's name and mailing address

**Sean Nguyen**
**797 FOXRIDGE WAY**
**SAN JOSE, CA 95133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1246 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Peters**
**16701 SW 140 AVE**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1246 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Quetell**
**274 MANGO DR**
**DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1246 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Richie**
**5400 MEMORIAL DRIVE**
**17-J**
**STONE MOUNTAIN, GA 30083**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1246 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Russell**
**8211 SAN ANGELO DRIVE**
**D9**
**HUNTINGTON BEACH, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1246 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sean Sullivan**
**7899 OWENS CT**
**ARVADA, CO 80005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sebastian Alas**
**1876 BUCKINGHAM RD**
**4**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sebastian Brito**
**15637 Loukelton St**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1247 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sebastian Ciampaglia**
**1674 CITRUS PKWY**
**CLERMONT, FL 34714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1247 1 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Sebastian Delgado**
**7562 10th St**
**Buena Park, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1247 2 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Sebastian Hurtado Hernandez**
**REAGAN ROAD**
**140**
**MIRA MESA, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$232.28**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1247 3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Sebastian Ledbetter**
**8546 SAN JACINTO CT**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1247 4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Sebastian Resendiz**
**283 1/2 35th Street**
**San Diego, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1247 5**

Priority creditor's name and mailing address

**Sebastian Rey**
**11002 HAMMERLY BLVD.**
**38**
**HOUSTON, TX 77043**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1247 6**

Priority creditor's name and mailing address

**Sebastian Valdovinos**
**12566 W MONROE ST**
**AVONDALE, AZ 85323**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1247 7**

Priority creditor's name and mailing address

**Segunda Gonzalez**
**14609 RATH STREET**
**LA PUENTE, CA 91744**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1247 8**

Priority creditor's name and mailing address

**Sejourlan Etienne**
**Po Box 8686**
**Naples, FL 34101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1247 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Selena Abbott**
**2098 SEMINOLE BLVD**
**5111**
**LARGO, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1248 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Selena Archuleta**
**3500 TYSON PLACE NE**
**D**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1248 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Selena Dahozy**
**Po. Box 66761**
**Albuquerque, NM 87193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1248 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.86** | **$208.86** |
|---|---|---|---|---|

**Selena J.  Archuleta**
**3500 TYSON PLACE NE**
**D**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1248 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Selena Morales** **26322 TOWNE CENTRE DRIVE 116** **FOOTHILL RANCH, CA 92610** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1248 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Selena Thomas** **12527RIDGEROAD** **LARGO, FL 33778** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1248 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Selene Garfias** **3696 N SEVETH ST** **FRESNO, CA 93726** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1248 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Selene Gomez** **5040 Camino Pyrenees** **#101** **San Diego, CA 92130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12487**

Priority creditor's name and mailing address

**Selene Villegas**
**3320 SANTA CLARA AVE**
**108**
**OXNARD, CA 93036**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12488**

Priority creditor's name and mailing address

**Selina Espinoza**
**1620 BUSH ST.**
**APT. D**
**OCEANSIDE, CA 92058**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12489**

Priority creditor's name and mailing address

**Selina Salas**
**1632 EAST AMAR RD**
**#B**
**WEST COVINA, CA 91792**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12490**

Priority creditor's name and mailing address

**Selina Villarreal**
**5019 ALEJANDRO WAY**
**NORTH LAS VEGAS, NV 89031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1249 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sencerea Williams**
**140 Turman Avenue**
**Atlanta, GA 30315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1249 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sendie Dor**
**1841 NW 2ND TERRACE**
**POMPANO BEACH, FL 33060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1249 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Seon Kim**
**1871 S CATHAY ST**
**AOROA, CO 80017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1249 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Seongjun Oh**
**13918 E MISSISSIPPI AVE**
**AURORA, CO 80012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1249 5**

Priority creditor's name and mailing address

**Serena Castro**
**6125 LAMBECK LANE**
**SAN JOSE, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1249 6**

Priority creditor's name and mailing address

**Serena Garcia**
**5345 W 66TH AVE**
**1C**
**ARVADA, CO 80003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1249 7**

Priority creditor's name and mailing address

**Serena Hernandez**
**1916 N SPURGEON ST**
**201**
**SANTA ANA, CA 92706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1249 8**

Priority creditor's name and mailing address

**Serena Iglesias**
**6226 WICHITA CT.**
**SAN JOSE, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1249 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Serenity Pitchford**
**318 S KINGSLEY DR**
**404**
**LOS ANGELES, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Serenity Sawyer**
**5654 HARDWOOD FORES**
**HOUSTON, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Serenity Stager**
**16457 FALLEN OAK ROAD**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Serenity Washington**
**9826 RUMBLING WOOD LN**
**HOUSTON, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1250 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Andrade**
**13553 Highwood Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Chavez**
**12560 Haster**
**# 63**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Gallegos**
**26920 N Bay Lane**
**Menifee, CA 92585**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Guevara**
**2493 Monticello Way**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12507**

Priority creditor's name and mailing address

**Sergio Guevara vanegas**
**2493 MONTICELLO  WAY**
**SANTA CLARA, CA 95051**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.12508**

Priority creditor's name and mailing address

**Sergio Guzman**
**33738 11th**
**Union City, CA 94587**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.12509**

Priority creditor's name and mailing address

**Sergio Jurado**
**5030 3/4 Hayter Ave**
**Lakewood, CA 90712**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**$171.04**          **$0.00**

---

**2.12510**

Priority creditor's name and mailing address

**Sergio Lopez**
**1749 N. SERRANO AVE**
**238**
**LOS ANGELES, CA 90027**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1251 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sergio Martinez**
**336 E ALLUVIAL AVE**
**317**
**FRESNO, CA 93720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sergio Otero**
**5613 HUNTINGTON DRIVE NORTH**
**5613**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sergio Perez**
**5037 Navarro St. Apt.27**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sergio Perez**
**21 Brisa Fresca**
**Rancho Santa Margarita, CA 92688**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1251 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Rivera**
**5600 CLEMSON ST**
**5600**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Rodriguez**
**626 Bison Ct**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Rosas**
**13202 El Moro Ave**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1251 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Ruiz**
**8140 Thames Blvd**
**Unit D**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1251 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Santos**
**6516 Toler Av.**
**Bell Garden, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1252 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Torres**
**1728 Flores Lane**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1252 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Vasquez Martinez**
**1000 NW 123 AVE**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1252 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sergio Velez**
**620 Imperial Hwy**
**#a**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.1252
3**

Priority creditor's name and mailing address

**Seriah Rodriguez
22339 EAST CREEKSIDE DRIVE
QUEEN CREEK, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1252
4**

Priority creditor's name and mailing address

**Serina Torres
2252 GOLD DUST TRL
HIGHLANDS RANCH, CO 80129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1252
5**

Priority creditor's name and mailing address

**Servilus Petit-frere
2908 Ne 8ter
Apt 203
Fort Lauderdale, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1252
6**

Priority creditor's name and mailing address

**Seth Choate
2598 SECRETARIAT DRIVE
PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7**
--- | --- | --- | ---
 | Name | |

---

**2.12527**

Priority creditor's name and mailing address

**Seth Puckrin**
**9019 MURANO MEWS CT.**
**KISSIMMEE, FL 34747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12528**

Priority creditor's name and mailing address

**Seth Ringler**
**6250 Wiles Rd**
**Apt 304**
**Parkland, FL 33067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12529**

Priority creditor's name and mailing address

**Seth Saville**
**1049 NINA DR**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12530**

Priority creditor's name and mailing address

**Seth Soakai**
**6666 W WASHINGTON AVE**
**405**
**LAS VEGAS, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1253 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Seth Tucker** | ☐ Contingent | | |
| | **4914 PACIFICA DR** | ☐ Unliquidated | | |
| | **SAN DIEGO, CA 92109** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.1253 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Seun Odusan** | ☐ Contingent | | |
| | **2095 RAPALLO** | ☐ Unliquidated | | |
| | **LIVERMORE, CA 94551** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.1253 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Seungmin Shim** | ☐ Contingent | | |
| | **5644 SAN ANTONIO ST** | ☐ Unliquidated | | |
| | **PLEASANTON, CA 94566** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.1253 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Seymore Wiliams** | ☐ Contingent | | |
| | **306 OAK TRACK LOOP** | ☐ Unliquidated | | |
| | **OCALA, FL 34472** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1253 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sha-tet Akpera**
**422 Skyridge Lane**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1253 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shabnam Kazimli**
**870 E EL CAMINO REAL**
**159**
**MOUNTAIN VIEW, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1253 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shaddrach McDermott**
**11243 BALSAM AVE**
**HESPERIA, CA 92345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1253 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shadrack Hawkins**
**17206 SW ARTESIAN DR**
**BEAVERTON, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.12539**

Priority creditor's name and mailing address

**Shaen Chandra**
**27865 MANDARIN AVE**
**HAYWARD, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12540**

Priority creditor's name and mailing address

**Shahed Sabri**
**2951 SATELLITE BLVD**
**APT 1302**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12541**

Priority creditor's name and mailing address

**Shahla Bayot**
**5408 W Becker Ln**
**Glendale, AZ 85304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12542**

Priority creditor's name and mailing address

**Shakiah zachery**
**1425 RIDENOUR BLVD**
**9004**
**KENNESAW, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1254 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shakira Kelly**
**1000 DULUTH HWY**
**APT. 1922**
**LAWRENCEVILLE, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1254 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shalini Rajapaksa**
**12349 215th**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1254 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shamar Hampton**
**14092 EAST IOWA DR**
**910**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1254 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shamar Martin**
**15865 AVENIDA VENUSTO**
**821**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1254<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shamine Singh**
**1327 S. Westchester Dr**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1254<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shamoya Shaw**
**4510 NW 36TH STREET**
**402**
**LAUDERDALE LAKES, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1254<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shamya Moore**
**3450 ROXBORO RD NE**
**3510**
**ATLANTA, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1255<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shanae Tenorio**
**4650 W Mineral Dr**
**# 1113**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1255 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1255 1 | Priority creditor's name and mailing address **Shandalee Butcher** **15900 ALICANTE RD** **#1** **LA MIRADA, CA 90638** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1255 2 | Priority creditor's name and mailing address **Shane Almonasi** **40579 163RD ST. EAST** **LANCASTER, CA 93535** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1255 3 | Priority creditor's name and mailing address **Shane Bingham** **1940 N. BOULDER HWY.** **49** **HENDERSON, NV 89011** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1255 4 | Priority creditor's name and mailing address **Shane Braun** **131 CLEARWATER LARGO RD** **LARGO, FL 33770** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1255 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shane Coley**
**3262 RACINE DR.**
**RIVERSIDE, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1255 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shane Dell Thompson**
**10215 BEECHNUT ST**
**HOUSTON, TX 77072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1255 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shane Jensen**
**7266 MOHAWK STREET**
**SAN DIEGO, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1255 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shane Morris**
**10840 LOS JARDINES**
**FOUNTAIN VALLEY, NV 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12559**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shane Tudela** | Check all that apply. | | |
| **1000 SE 160TH AVENUE** | ☐ Contingent | | |
| **HH277** | ☐ Unliquidated | | |
| **VANCOUVER, WA 98683** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.12560**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shaneria Crudup** | Check all that apply. | | |
| **1412 8TH ST.** | ☐ Contingent | | |
| **WEST PALM BEACH, FL 33401** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.12561**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shaneria Tomengo** | Check all that apply. | | |
| **2507 MESSINA AVE** | ☐ Contingent | | |
| **ORLANDO, FL 32811** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.12562**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shania Cherry** | Check all that apply. | | |
| **4300 18th st w** | ☐ Contingent | | |
| **APT B307** | ☐ Unliquidated | | |
| **BRADENTON, FL 34205** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1256 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Shania Snyder**
**81876 SHADY COURT**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1256 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shania Yazzie**
**8000 MONTGOMERY BLVD NE**
**ALBUQUERQUE, NM 87109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1256 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shaniece Flynn**
**11912 MANZANILLA LN**
**LOS ANGELES, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1256 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shanik Hernandez**
**6817 Bouganvillea Crescent Dr**
**Orlando, FL 32809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1256 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shanna Farmer**
**3170 WYNTREE DRIVE**
**NORCROSS, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1256 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Bailey**
**2350 HARLEM AVE. APT F**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1256 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Castillo**
**6309 NIGHTINGALE ST**
**18**
**VENTURA, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Flores**
**2301 S Congress Ave**
**1322**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1257**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Shannon Holbert**
**16268 NW 10 ST**
**PEMBROKE PINES, FL 33028**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1257**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.62** | **$45.62** |
|---|---|---|---|

**SHANNON HOLBERT**
**16268 NW 10 ST**
**PEMBROKE PINES, FL 33028**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1257**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Shannon King**
**308 Solar Wind St**
**Henderson, NV 89014**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1257**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Shannon Perry**
**16410 ARGENT RD**
**CHINO HILLS, CA 91709**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1257 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Raney**
**12616 SOUTH 40TH STREET**
**AHWATUKEE, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Senatore**
**706 N CHIPPEWA CIR**
**BOYNTON BEACH, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon Sharon**
**6000 Oakwind Drive**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shannon walker jr**
**26001 BUDDE ROAD**
**3204**
**SPRING, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.12579 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Shanquita Woody**
**5590 WAVERLY PARK DRIVE**
**ATLANTA, GA 30349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12580 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Shantell Grace**
**9797 COUNTY RD 235**
**WILDWOOD, FL 34785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12581 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Shantelle Ruppel**
**24323 JACKSON AVENUE**
**210**
**MURRIETA, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12582 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Shantierra Williams**
**8608 EAST OLD SPANISH TRAIL**
**84**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1258 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Shaomei Chen** **1758 SARDONYX CT** **LIVERMORE, CA 94550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1258 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Shaquilla Mcmath** **1146 Pin Oak Drive** **Apopka, FL 32703** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1258 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Shaquille Robinson** **12494 CREEKVIEW DRIVE** **SAN DIEGO, CA 92128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1258 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Sharalyn Smookler** **563 N MARIETTA PKWY NW** **MARIETTA, GA 30060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1258**
**7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sharay Mojica** **21275 BEECHWOOD WAY** **LAKE FOREST, CA 92630** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1258**
**8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sharice Carty** **601 NW 5TH ST** **BOYNTON BEACH, FL 33435** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1258**
**9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sharlene Khuu** **1377 S Akron Way** **Aurora, CO 80247** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1259**
**0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sharmaine June Ganan** **10491 BAYWOOD AVENUE** **SAN DIEGO, CA 92126** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1259 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Sharmela Shaw**
**4510 nw 36 st**
**402**
**Lauderdale lakes, FL 33319**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1259 2**

Priority creditor's name and mailing address

**Sharon Corado**
**571 South Coronado St**
**#420**
**Los Angeles, CA 90057**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1259 3**

Priority creditor's name and mailing address

**Sharon Corado**
**571 South Coronado St**
**#420**
**Los Angeles, CA 90057**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$43.84**          **$43.84**

---

**2.1259 4**

Priority creditor's name and mailing address

**Sharon James**
**1691 Haller Court**
**#4**
**Concord, CA 94520**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1259 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Sharon Mayorga**<br>**508 GULF AVE**<br>**28**<br>**WILMINGTON, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1259 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Shatia Anderson**<br>**1012 Fairmont St**<br>**Clearwater, FL 33755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1259 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Shatia Parsons**<br>**415 WATER ROAD**<br>**OCALA, FL 34472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1259 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Shaun Diggs**<br>**11559 84TH ST. CIRCLE E**<br>**PARRISH, FL 34219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12599**

Priority creditor's name and mailing address

**Shausta Guilbeaux**
**1806 WOOD ORCHARD DR**
**MISSOURI CITY, TX 77489**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.12600**

Priority creditor's name and mailing address

**Shawn Archie**
**734 JACK LONDON DR**
**VALLEJO, CA 94589**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.12601**

Priority creditor's name and mailing address

**Shawn Bacher**
**12840 SEMINOLE BLVD**
**APT.11**
**LARGO, FL 33778**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.12602**

Priority creditor's name and mailing address

**Shawn Garrette II**
**5002 TITAN WAY**
**DENVER, CO 80239**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1260 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Hanna**
**814 S. MAYFLOWER AVE.**
**A**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1260 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Holt**
**409 KINGSTON ST**
**AURORA, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1260 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Horvath**
**2588 Riverside Dr**
**Pompano Beach, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1260 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Hough**
**1752 Park Ave**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.12607**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Shawn Imperial**
**6714 BOOM TOWN DIVE**
**LAS VEGAS, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12608**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Shawn Jackson**
**9871 PYRIAMID COURT**
**2-107**
**ENGLEWOOD, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12609**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Shawn Quinn**
**1697 CORAL RIDGE DR.**
**1697**
**CORAL SPRINGS, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12610**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Shawn Smith**
**2315 La Solle St**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1261 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Stanley**
**2328 SAN LEANDRO BLVD**
**13102**
**SAN LEANDRO, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1261 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Thibodo**
**16017 Ne 10th Way**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1261 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Umoh**
**3625 E RAY ROAD**
**1125**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1261 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shawn Yazzie**
**12929 Skyview Ave. Ne**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1261 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shawna Brown** | Check all that apply. | | |
| **2747 N POINCIANA BLVD** | ☐ Contingent | | |
| **KISSIMMEE, FL 34746** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1261 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shawna Diep** | Check all that apply. | | |
| **18 N Marengo Ave** | ☐ Contingent | | |
| **Alhambra, CA 91801** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1261 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shawnta shepherd** | Check all that apply. | | |
| **319 W OAK ST** | ☐ Contingent | | |
| **STOCKTON, CA 95203** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1261 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shayla Dominguez** | Check all that apply. | | |
| **951 E. Greenwood Ave.** | ☐ Contingent | | |
| **Apt #n3** | ☐ Unliquidated | | |
| **La Habra, CA 90631** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.12619**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address

**Shayla Houston**
**1540 N LOCKWOOD RIDGE RD**
**221**
**SARASOTA, FL 34237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12620**

Priority creditor's name and mailing address

**Shaylin Murray**
**5210 East Hampton Ave**
**1216**
**Mesa, AZ 85206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12621**

Priority creditor's name and mailing address

**Shayna Anderson-Schmidt**
**80 S MARKET STREET**
**SAN JOSE, CA 95113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12622**

Priority creditor's name and mailing address

**Shayna Siegel**
**209 Navajo Springs**
**Diamond Bar, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1262 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sheana Shalvey**
**6202 HILLWOOD DRIVE**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1262 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sheeka Morris**
**1626 MOORE RD**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1262 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sheila Aponte**
**16424 N.29th St**
**Lot #36**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1262 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sheila Dominguez**
**434 W MISSION RD**
**211**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12627**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sheila Mateos**<br>**5129 IRVINGTON PL**<br>**LOS ANGELES, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12628**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sheila Perez**<br>**1107 SOUTH 41ST STREET**<br>**#2**<br>**SAN DIEGO, CA 92113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12629**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shekinah Hodge**<br>**1128 EAST MAGNOLIA ST**<br>**NONE**<br>**LEESBURG, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.12630**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shelby Briggs**<br>**3924 Abernathy Farm Way**<br>**Acworth, GA 30101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1263 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelby Eagen**
**5646 S LOCKWOOD RIDGE RD**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1263 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelby Ford**
**8239 COTTONWOOD AVE**
**28**
**FONTANA, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1263 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelby Gordon**
**2106 El Prado Ave.**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1263 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelby Gray**
**10300 GOLF COURSE RD NW**
**1112**
**ALBUQUERQUE, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1263 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shelby Teigeler** <br> **21841 EAST NASSAU PLACE** <br> **AURORA, CO 80018** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| 2.1263 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Sheli Yaskin** <br> **1547 Plateau Ave** <br> **Los Altos, CA 94024** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| 2.1263 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shelia Clark** <br> **1950 WILLOW TRAIL PKWY** <br> **NORCROSS, GA 30093** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| 2.1263 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Shelley Caraballo** <br> **2138 Walden Park Circle** <br> **Kissimmee, FL 34744** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12639**

Priority creditor's name and mailing address

**Shelley Newnam**
**1900 INDIGO PLACE**
**207**
**LAKE FOREST, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12640**

Priority creditor's name and mailing address

**Shelly Sallo**
**1441 Detroit Ave**
**Apt. 120**
**Concord, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12641**

Priority creditor's name and mailing address

**Shemar Polite**
**8201 BAHIA AVE**
**TAMPA, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12642**

Priority creditor's name and mailing address

**Sheneka Akins**
**2891 ADRIAN AVE**
**#E**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1264 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shenekwa McFarlande**
**5714 STONERIDGE COURT**
**ORLANDO, FL 32829**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1264 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Shequilla Sutton**
**1568 Mayflower Ave**
**Atlanta, GA 30311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1264 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sheri Fimbres**
**302 W VIRGINIA ST**
**TUCSON, AZ 85706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1264 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sherille Ayres**
**3903 Sherwood Ln**
**#14**
**Houston, TX 77092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.12647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sherina Holden**
**979 South Ivory Cir**
**Aurora, CO 80017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sherley Jean-Francois**
**733 BREAKERS AVENUE**
**FORT LAUDERDALE, FL 33304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sherley Mateo**
**5885 DHALIA DRIVE**
**207**
**ORLANDO, FL 32807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sherlyn Avila**
**7832 7TH**
**BUENA PARK, CA 90621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1265 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.1265 1

Priority creditor's name and mailing address

**Sherma Chavez**
**719 Sw 5th St**
**Apt 3**
**Dania, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1265 2

Priority creditor's name and mailing address

**Sherrell Baker**
**2714 NE 100TH ST**
**VANCOUVER, WA 98686**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1265 3

Priority creditor's name and mailing address

**Sherri-Lee Johnston**
**15088 HUNTINGTON GATE DRIVE**
**POWAY, CA 92064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1265 4

Priority creditor's name and mailing address

**Sherrick Butler**
**6936 Gregorich Dr**
**Unit C**
**San Jose, CA 95138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1265 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.39 | $0.00 |
|---|---|---|---|---|

**Sherrick Davis**
**3257 S PARKER RD**
**4606**
**DENVER, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1265 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sherrie Garcia**
**7211 Algonquain St**
**#201**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1265 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sherry Docekal**
**8995 ROSWELL RD.**
**SANDY SPRINGS, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1265 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sherry Juarez**
**14881 FERNVIEW ST**
**WHITTIER, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12659**

Priority creditor's name and mailing address

**Sheryl Danford**
**4320 WEST 149 TH STREET**
**LAWNDALE, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12660**

Priority creditor's name and mailing address

**Sheryle Ignacio**
**2900 PEAR ST**
**ANTIOCH, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12661**

Priority creditor's name and mailing address

**Sheyanne Kent**
**19810 Cypresswood Lake Dr**
**Spring, TX 77373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12662**

Priority creditor's name and mailing address

**Sheyla Castillo**
**1922 GLOSRIDGE**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.1266 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shiann Brumfield**
**5497 QUAILRIDGE DR**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1266 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shigheiro Guido**
**133 PORTOLA LN**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1266 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shikira Sands**
**4400 N.W. 14 CT**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1266 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shimeka Shavers**
**1485 COLLINGWOOD DR**
**1485**
**MARIETTA, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1266 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shirin Khedher**
**24918 OLD STONE WAY**
**STEVENSON RANCH, CA 91381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1266 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shirley Duong**
**336 Greendale Dr**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1266 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shirley Franklin**
**17595 Harbard**
**Suite C-217**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1267 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shmar Hudgens**
**1625 S MAPLE STREET**
**3**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1267 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shmayah Ritts**
**19252 HARLISS ST**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1267 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197.86** | **$197.86** |
|---|---|---|---|---|

**Shmayah Ritts**
**19252 HARLISS ST**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1267 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shoki Leffel**
**2304 SE 117TH AVENUE**
**PORTLAND, OR 97216**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1267 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shon Martin**
**15935 KIMBALL ST**
**LAKE OSWEGO, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1267 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Shontek Fann**
**1023 kingway drive**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1267 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Shoteria Dieudonne**
**4947 CAPE HATTERAS DRIVE**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1267 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Shpresa Mahmutaj**
**7203 Curtis Ave**
**#3b**
**Gulf Gate Estates, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1267 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Shyanne Brown**
**8031 WINTER GARDENS BLVD**
**19**
**LAKESIDE, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.12679**

Priority creditor's name and mailing address

**Shyanne Liesch**
**320 EAST MOHAVE ST.**
**1**
**TUCSON, AZ 85705**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12680**

Priority creditor's name and mailing address

**Shylakota Lephart**
**11217 Dean Street**
**Bonita Springs, FL 34135**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12681**

Priority creditor's name and mailing address

**Shyteyana Davis**
**1093 S Quintero St**
**Aurora, CO 80017**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

**2.12682**

Priority creditor's name and mailing address

**Sidney Greenamyer**
**16001 SW 2ND ST**
**SHERWOOD, OR 97140**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1268 3**

Priority creditor's name and mailing address
**Sidney lucas**
**50 NW 14TH AVE**
**DANIA, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1268 4**

Priority creditor's name and mailing address
**Sidney mendez**
**2882 GULF TO BAY BLVD**
**LOT 214**
**CLEARWATER, FL 33759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1268 5**

Priority creditor's name and mailing address
**Sidney mendez**
**2882 GULF TO BAY BLVD**
**LOT 214**
**CLEARWATER, FL 33759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| $150.79 | $150.79 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1268 6**

Priority creditor's name and mailing address
**Sidney Wright**
**1 UNIVERSITY DRIVE**
**SANTA ROSA BUILDING 196**
**CAMARILLO, CA 93012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12687**

Priority creditor's name and mailing address

**Sienna Tubbs**
**346 Sonora Dr.**
**Camarillo, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12688**

Priority creditor's name and mailing address

**Sierra Bell**
**10445 E PALLADIUM**
**MESA, AZ 85212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12689**

Priority creditor's name and mailing address

**Sierra Drewry**
**12743 LEYDEN STREET**
**UNIT F**
**THORNTON, CO 80602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12690**

Priority creditor's name and mailing address

**Sierra Kosel**
**4605 BAKER CT NW**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| **2.1269** **1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1269 1**

Priority creditor's name and mailing address
**Sierra Ortega-Santopietro**
**3775 WEST 100TH AVE**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1269 2**

Priority creditor's name and mailing address
**Sierra Pickett**
**9235 TIMBERLINE LANE**
**#E**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1269 3**

Priority creditor's name and mailing address
**SIERRA R.**
**ORTEGA-SANTOPIETRO**
**3775 WEST 100TH AVE**
**WESTMINSTER, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32.55**  **$32.55**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1269 4**

Priority creditor's name and mailing address
**Sierra Rios**
**1335 SOUTH BENTON STREET**
**LAKEWOOD, CO 80232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1269 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sierra Santa**
**15112 W Pima St**
**Gadsden, AZ 85336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1269 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sierra Siebert**
**598 E. WOODHAVEN LANE**
**FRESNO, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1269 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sierra Sweet**
**3626 E. LATHAM WAY**
**GILBERT, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1269 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sierra Warring**
**16574 SE SUN AVE**
**MILWAUKIE, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1269 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sierra Wheaton**<br>**442 Sievers Ave**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1270 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Siew Kong Wong**<br>**5500 NW 2ND AVE**<br>**APT 423**<br>**BOCA RATON, FL 33487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1270 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Silvana Ortiz**<br>**302 lime tree apt A**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1270 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Silvana Perez**<br>**7525 E COURTYARD RUN**<br>**BOCA RATON, FL 33433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1270 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvana Sevilla**
**710 W 18th St**
**Apt 51**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1270 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvano Saldana**
**1531 S Sycamore Ave**
**Apt #5**
**Los Angeles, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1270 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvestre Merlan**
**536 Malabar Drive**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1270 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$126.44** | **$126.44** |
|---|---|---|---|---|

**Silvestre Merlan**
**536 Malabar Drive**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1270 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvia Delgado**
**24 N ALDER DRIVE**
**ORLANDO, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1270 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvia Magana**
**1440 N 11TH ST**
**103**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1270 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvia Sanchez**
**21205 Saticoy Street**
**Apt 3**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1271 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Silvia Soto**
**3901 Montgomery Blvd Ne**
**Apt 1015**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|--------------------|-----------------------|-----------------|
| | Name | | |

---

**2.1271**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Simon Duvinage** | Check all that apply. | | |
| **4176 Misty Ridge** | ☐ Contingent | | |
| **San Diego, CA 92130** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1271**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Simon Evaristo** | Check all that apply. | | |
| **529 East Indian Rock Rd** | ☐ Contingent | | |
| **Vista, CA 92084** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1271**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Simran Bhullar** | Check all that apply. | | |
| **521 HIGHLANDER AVE** | ☐ Contingent | | |
| **LA HABRA, CA 90631** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1271**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sinai Forbes** | Check all that apply. | | |
| **7315 CANYON VIEW LANE** | ☐ Contingent | | |
| **LEMON GROVE, CA 91945** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1271 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sindia Carmona**
**5549 B St**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1271 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sindy Sermeno**
**10919 fondren rd.**
**APT 2602**
**HOUSTON, TX 77096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1271 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sira Diakite sira**
**2231 S VAUGHN WAY**
**APT 214 B**
**AURORA, CO 80014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1271 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sirons Tamizkar**
**38710 10th East 7**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1271 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1271 9 | Priority creditor's name and mailing address<br>**Siulanis Rosa Rivera**<br>**14916 PINECREST RD**<br>**TAMPA, FL 33613** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1272 0 | Priority creditor's name and mailing address<br>**Sivad Askew**<br>**431 NATALIE DR**<br>**LAWERENCEVILLE, GA 30043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1272 1 | Priority creditor's name and mailing address<br>**Sky Fowler**<br>**16611 DAEZA DRIVE**<br>**WINTER GARDEN, FL 34787** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1272 2 | Priority creditor's name and mailing address<br>**Sky Na**<br>**6273 Guyson Ct.**<br>**Pleasanton, CA 94588** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1272 3 | Priority creditor's name and mailing address **Sky Na** **6273 Guyson Ct.** **Pleasanton, CA 94588** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$40.19** | **$40.19** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1272 4 | Priority creditor's name and mailing address **Skyla Rodriguez** **1434 N. PLACER PL.** **ONTARIO, CA 91764** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1272 5 | Priority creditor's name and mailing address **Skylar Cummings** **2102 W DUNLAP AVE** **381** **PHOENIX, AZ 85021** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1272 6 | Priority creditor's name and mailing address **Skylar Jones** **1305 FRONT ST** **NEEDLES, CA 92363** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.12727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Skylar Me**
**1003 E HILL STREET**
**#6**
**LONG BEACH, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Skylar Norman**
**1606 ALDRICH WAY**
**SAN JOSE, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Skylar Schlutz**
**2657 STAR LAKE VIEW DR**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Skylar Schwalb**
**6844 GROVES STREET**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1273
1**

Priority creditor's name and mailing address

**Skyler burgers
9738 WILDHERD AVE
LAS VEGAS, NV 89149**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1273
2**

Priority creditor's name and mailing address

**Skyler Dlouhy
4619 NE 112TH AVENUE
A102
VANCOUVER, WA 98682**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1273
3**

Priority creditor's name and mailing address

**Skyler Elbaum
7225 S. Depew St.
Littleton, CO 80128**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1273
4**

Priority creditor's name and mailing address

**Skyler McMullen
8966 W ARBOR DR
LITTLETON, CO 80123**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1273 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Skyler Thompson**
**349 SUNCREST CIR**
**BREA, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1273 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Sneha Krishnan**
**1429 THATCHER STREET**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1273 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**snehal patel**
**1074 BONITA STREET**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1273 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Socorro Flores**
**1305 Gottage Pl**
**Brandon, FL 33510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

**2.1273 9**

Priority creditor's name and mailing address

**Socorro Maldonado Ruiz**
**1844 Goose Creek Pl**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1274 0**

Priority creditor's name and mailing address

**Socorro Montero**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.45**    **$14.45**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1274 1**

Priority creditor's name and mailing address

**Socrates Panganiban**
**823 MAYWOOD ST**
**ESCONDIDO, CA 92027**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1274 2**

Priority creditor's name and mailing address

**Sofia acevedo**
**4134 SIERRA VISTA DR**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1274 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Estrada**
**1023 N. Hudson Ave**
**Apt #2**
**Los Angeles, CA 90038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1274 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Lucio**
**914 BAYVIEW AVE**
**WILMINGTON, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1274 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Mier**
**11910 GOODALE AVE**
**FOUNTAIN VALLEY, CA 92708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1274 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Ramos**
**2128 W BROWNWOOD**
**2**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1274 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Romo**
**798 GLENSIDE**
**SAN JOSE, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1274 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Rosquero**
**400 Fairwood Ave**
**Apt 114**
**Clearwater, FL 33759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1274 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sofia Sein**
**3709 N 56TH ST TAMPA FL**
**TAMPA, FL 33619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1275 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Soheir Mohamed**
**2652 WHISPER LAKES CLUB CIR**
**ORLANDO, FL 32837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1275 1 | Priority creditor's name and mailing address<br>**Soila Rodriguez**<br>**2001 S HACIENDA BLVD #19**<br>**HACIENDA HEIGHTS, CA 91745** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1275 2 | Priority creditor's name and mailing address<br>**Solange Luna Vega**<br>**8703 ALBION CT**<br>**TAMPA, FL 33634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1275 3 | Priority creditor's name and mailing address<br>**Solangel Luna**<br>**46745 Monroe St**<br>**Indio, CA 92201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1275 4 | Priority creditor's name and mailing address<br>**Soledad Lerma Diaz**<br>**1451 4TH ST**<br>**SIMI VALLEY, CA 93065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1275 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Soledad Tejeda**
**804 N Angeleno Ave**
**Azusa, CA 91702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1275 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Solim Kodo Talibia**
**1205 Martins Chapel Lane**
**Lawrenceville, GA 30045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1275 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Solomon Whittaker**
**10442 LONDONDERRY AVE**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1275 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**solomone Nagalo**
**4623 ROTHBURY CMN**
**FREMONT, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1275 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sommer DeRose - Olvera**
**631 N LAS POSAS RD**
**210**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sommer Kitsuse**
**2816 WARREN WAY**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Somrudii Williams**
**2625 Davis Ave**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Soneil Anestal**
**1310 BANKS ROAD**
**103**
**MARGATE, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1276 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sonia Aguilar**
**5611 1/2 Huntington**
**Dr. N**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sonia Barrera de Joaquin**
**9530 SW GREENBURG RD**
**12**
**TIGARD, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sonia Blakely**
**11360 CITRUS DR**
**102**
**VENTURA, CA 93004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sonia Georgewill**
**5504 MOUNTAIN VIEW SUMMIT**
**STONE MOUNTAIN, GA 30087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1276 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Getz**
**3160 PASEO ROBLES**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Hernandez**
**11672 Carmenita Rd**
**Apt D**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Hernandez Garcia**
**2442 E Tryon Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1277 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Lopez**
**649 MAGNOLIA AVE**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1277**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sonia Perez** | Check all that apply. | | |
| **6715 AZUSA CT RIVERSIDE** | ☐ Contingent | | |
| **CA, CA 92509** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1277**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sonia Perez Morales** | Check all that apply. | | |
| **6750 Tulip Falls Dr.** | ☐ Contingent | | |
| **Unit 117** | ☐ Unliquidated | | |
| **Henderson, NV 89011** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1277**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sonia Pinto** | Check all that apply. | | |
| **669 Jamestown Blvd.** | ☐ Contingent | | |
| **Apt. 1060** | ☐ Unliquidated | | |
| **Altamonte Springs, FL 32714** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1277**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Sonia Ramos** | Check all that apply. | | |
| **2529 W GREEN ST** | ☐ Contingent | | |
| **TAMPA, FL 33607** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1277 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Reyes**
**1901 E Santa Ana St**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1277 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia Valencia**
**5500 MOUNTAIN VISTA ST.**
**1415**
**LAS VEGAS, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1277 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonia vasquez**
**9946 DEANWOODS PL**
**ORLANDO, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1277 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonny Garcia**
**1546 N. Roosevelt**
**Fresno, CA 93728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.12779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonny Rychtarik**
**1508 NE 98TH AVE**
**VANCOUVER, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonny Thompson**
**3833 Se 76th Ave**
**Portland, OR 97236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonnyvette Vargas**
**3561 Sw 177th Ave**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sonya Lopez**
**1256 BOYNTON ST. APT #1**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1278 3**

Priority creditor's name and mailing address

**Sophia Amado**
**3923 MADISON BEND**
**KENNESAW, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1278 4**

Priority creditor's name and mailing address

**Sophia Bauer**
**12685 CAMINO MIRA DEL MAR**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1278 5**

Priority creditor's name and mailing address

**Sophia Chen**
**11036 CORTE MAR DE DELFINAS**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1278 6**

Priority creditor's name and mailing address

**Sophia Chen**
**11036 CORTE MAR DE DELFINAS**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$312.87**        **$312.87**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12787**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Sophia Flores** <br> **2313 CARTLEN DR** <br> **PLACENTIA, CA 92870** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

---

**2.12788**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Sophia Hermosillo** <br> **316 E. Patrician Dr.** <br> **Tempe, AZ 85282** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

---

**2.12789**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Sophia Mowers** <br> **91 MARABOU PL.** <br> **THE WOODLANDS, TX 77380** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

---

**2.12790**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Sophia Ota** <br> **2434 NICOLAS DRIVE** <br> **FULLERTON, CA 92838** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1279 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$27.40** | **$27.40** |
|---|---|---|---|---|---|

**SOPHIA OTA**
**2434 NICOLAS DRIVE**
**FULLERTON, CA 92838**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.1279 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Sophia Shea**
**10903 SW HELENIUS ST**
**TUALATIN, OR 97062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.1279 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Sophia Sterling**
**1920 NW 60TH AVE**
**SUNRISE, FL 33313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.1279 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Sophia Wafa**
**1393 San Bernardino Rd**
**Unit C**
**Upland, CA 91786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.1279 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Sophie Sengstake**
**6479 SW BURLINGAME PL**
**PORTLAND, OR 97239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1279 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Sothary Chhoeum**
**6958 SE WILSHIRE ST**
**MILWAUKIE, OR 97267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1279 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Souheil Elzaim**
**20702 SPRINGLIGHT LN**
**SPRING, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1279 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Spencer Cormack**
**9683 SE 37TH AVE**
**MILWAUKIE, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.12799**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Spencer Hauf**<br>**1519 SADDLE COURT**<br>**PALM HARBOR, FL 34683** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.12800**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Spencer Hayes**<br>**10290 Lariat Dr**<br>**Santee, CA 92071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.12801**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Spencer Hillis**<br>**3627 W. ALTADENA AVE**<br>**PHOENIX, AZ 85029** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

**2.12802**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Spencer Keefe**<br>**8146 FAN PALM WAY**<br>**KISSIMMEE, FL 34747** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1280 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Spencer Mack**
**40712 La Salle Place**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1280 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Spencer Parker**
**1413 CONFEDERATE RD**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1280 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Spencer Yelton**
**8811 GRAND BAYOU CT**
**TAMPA, FL 33635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1280 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Spring Alaniz**
**836 W Terrace**
**Fresno, CA 93705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.1280 7**

Priority creditor's name and mailing address

**SPRING BRANCH ISD  TAX ASSESOR COLLECTOR
PO BOX 19037
HOUSTON, TX 77224-9037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1280 8**

Priority creditor's name and mailing address

**SPRINGDALE TAX COMMISSION
11700 SPRINGFIELD PIKE
SPRINGDALE, OH 00045-2460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1280 9**

Priority creditor's name and mailing address

**ST. BERNARD TAX DEPARTMENT
110 Washington Ave
St Bernard, OH 45217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1281 0**

Priority creditor's name and mailing address

**Stacey Olmstead
40244 RONAR ST
PALMDALE, CA 93591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1281 1 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Staci Grosekemper**
**1689 ARNHEIM COURT**
**EL CAJON, CA 92021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1281 2 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Stacie Marcus**
**330 Via Firenza Way**
**Fort Lauderdale, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1281 3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Stacy Ayala**
**81118 PINDO DR.**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1281 4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Stacy Campos-Torres**
**11645 SW TIGARD DR.**
**TIGARD, OR 97223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.1281** **5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stacy Davis**
**1283 SE 9 PL**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1281** **6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stacy Hill**
**118 Ocean Ave**
**PtPleasantBeach, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1281** **7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stacy Robinson**
**944 lake reddy ct**
**Grayson, GA 30017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1281** **8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stan Griffin**
**1677 SOUTH ESPANA WAY**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12819**

Priority creditor's name and mailing address

**Stancey Simpson**
**2411 WILLIAMS GRANT**
**SUGAR LAND, TX 77479**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.12820**

Priority creditor's name and mailing address

**Stanley Casseus**
**1359 Fairefax Circle East**
**Boynton Beach, FL 33436**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.12821**

Priority creditor's name and mailing address

**Stanley Jackson**
**3925 W CHERRY ST**
**TAMPA, FL 33607**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

**2.12822**

Priority creditor's name and mailing address

**Stanley Supreme**
**415 EXECUTIVE CENTER**
**AP T 202**
**WEST PALM BEACH, FL 33401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1282 3**

Priority creditor's name and mailing address

**Stanley Taylor
2315 Pershing St
Bld 2 Apt 3
Hollywood, FL 33020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1282 4**

Priority creditor's name and mailing address

**Starla Gura
121 SONJA CIRCLE
DAVENPORT, FL 33897**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1282 5**

Priority creditor's name and mailing address

**Starnieka Fisher
12633 Elton Street
Victorville, CA 92392**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1282 6**

Priority creditor's name and mailing address

**Starr Laneaux
13681 NEWPORT AVE SUITE 8
TUSTIN, CA 92780**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1282 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Starr White**
**2261 PINE AVE**
**1**
**LONG BEACH, CA 90806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1282 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**STATE COMPTROLLER**
**PO BOX 12247**
**INTEREST AND PENALTIES DEPT**
**AUSTIN, TX 78711-2247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1282 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
**PO BOX 1328**
**RANCHO CORDOVA, CA 95741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1283 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
**PO BOX 942867**
**SACRAMENTO, CA 94267**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1283
1**

Priority creditor's name and mailing address

**STATE OF DELAWARE
DIVISION OF REVENUE
P.O. BOX 8754
WILMINGTON, DE 00019-8990**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.1283
2**

Priority creditor's name and mailing address

**STATE OF MICHIGAN
MICHIGAN DEPT. OF TREASURY
DEPARTMENT 77003
DETROIT, MI 00048-2773**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.1283
3**

Priority creditor's name and mailing address

**STATE OF NEW MEXICO - TAX
DEPT
UNCLAIMED PROPERTY OFFICE
PO BOX 25123
SANTA FE, NM 87504-5123**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.1283
4**

Priority creditor's name and mailing address

**STATE OF WASHINGTON DEPT
REV
UNCLAIMED PROPERTY SECTION
PO BOX 34053
SEATTLE, WA 98124-1053**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1283 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**STATE TAX COMMISSIONER**
**STATE CAPITOL**
**600 E. BOULEVARD AVE, DEPT 127**
**BISMARCK, ND 05850-5599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1283 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Steeve Anaty**
**4796 NW 6CT**
**DELRAY BEACH, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1283 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stefani Hatfield**
**3644 CARIBOU CREEK CT.**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1283 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.43** | **$150.43** |
|---|---|---|---|---|

**Stefani Hatfield**
**3644 CARIBOU CREEK CT.**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.12839**

Priority creditor's name and mailing address

**Stefanie DOria**
**591 WATERFORD CIRCLE WEST**
**TARPON SPRINGS, FL 34688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12840**

Priority creditor's name and mailing address

**Stefanie Vasquez**
**3710 W. 84th Ave. Apt 60**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12841**

Priority creditor's name and mailing address

**Stefen Rasmuson**
**11323 PAUL BARWICK CT.**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12842**

Priority creditor's name and mailing address

**Stella Alfaro**
**24 N ALDER DR**
**ORLANDO, FL 32807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1284 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stella Combs**
**3819 42nd Ave W**
**Bradenton, FL 34207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1284 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stella Felice**
**2135 FRANKFORT STREET**
**SAN DIEGO, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1284 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephan Maldonado**
**3438 CHAPLET ST**
**SAN LEANDRO, CA 94577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1284 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephane Dassin**
**545 S Keller Rd**
**Apt 1121**
**Maitland, FL 32810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1284 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Alcauter**
**8750 ACADEMY DR.**
**#A**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1284 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Angelique Yokomichi**
**40125 LOS ALAMOS RD**
**B112**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1284 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Arinaga**
**309 S WILLARD AVE**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie austin**
**633 NATHAN ST**
**ABQ, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1285 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Bailey**
**2942 W COLUMBUS DR 109**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Banda**
**13877 Lettingwell**
**#8**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Bell**
**6880 GYPSUM CREEK DR**
**EASTVALE, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Bustillo**
**12625 SONORA RD**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1285 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Stephanie Cazares** | *Check all that apply.* | | |
| **260 N Midway Dr.** | ☐ Contingent | | |
| **Apt A6** | ☐ Unliquidated | | |
| **Escondido, CA 92027** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1285 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Stephanie Coffman** | *Check all that apply.* | | |
| **17460 SEAFORTH STREET** | ☐ Contingent | | |
| **HESPERIA, CA 92345** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1285 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Stephanie Connell** | *Check all that apply.* | | |
| **83 NIGHTINGALE** | ☐ Contingent | | |
| **ALISO VIEJO, CA 92656** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

**2.1285 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Stephanie Cruz** | *Check all that apply.* | | |
| **4698 TWINS HAVEN RD.** | ☐ Contingent | | |
| **OCEANSIDE, CA 92057** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1285 9**

Priority creditor's name and mailing address

**Stephanie Dela-torre**
**8497 Nw 15th Ct**
**Coral Springs, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1286 0**

Priority creditor's name and mailing address

**Stephanie Eckhardt**
**28623 AVOCADO PLACE**
**SANTA CLARITA, CA 91390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1286 1**

Priority creditor's name and mailing address

**Stephanie Espinoza**
**3050 ARMSTRONG**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1286 2**

Priority creditor's name and mailing address

**STEPHANIE ESPINOZA**
**3050 ARMSTRONG**
**SAN DIEGO, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.28**    **$75.28**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1286 3**

Priority creditor's name and mailing address

**Stephanie Figueroa**
**3507 TOMPKINS ST**
**SAN DIEGO, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1286 4**

Priority creditor's name and mailing address

**Stephanie Figueroa**
**27212 LAS NIEVES**
**MISSION VIEJO, CA 92691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1286 5**

Priority creditor's name and mailing address

**Stephanie Garcia-Onofre**
**14087 E JEWELL AVE**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1286 6**

Priority creditor's name and mailing address

**Stephanie Harrison**
**81279 GREEN AVENUE**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1286 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Hernandez**
**9550 Long Point Rd**
**#132**
**Houston, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1286 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Hinojosa**
**511 E Reed St APT F**
**San Jose, CA 95112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1286 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Huynh**
**16780 SANTA CORINA COURT**
**SAN DIEGO, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1287 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Itsell-shook**
**2115 W Del Oro Cir**
**Mesa, AZ 85202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1287 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Lapena**
**53505 Avenida Ramirez**
**La Quinta, CA 92247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1287 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Lozano**
**13151 YORBA AVE.**
**97**
**CHINO, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1287 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Lujan**
**957 APPLE LN**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1287 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephanie Merida**
**8146 WHITMORE STREET**
**ROSEMEAD, CA 91770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1287 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Stephanie Montes**<br>**2219 S. ORANGE GROVE AVE**<br>**ALHAMBRA, CA 91803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1287 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Stephanie nieves**<br>**38660 LEXINGTON STREET**<br>**469**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1287 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Stephanie Nunez**<br>**AVE 54TH**<br>**85755**<br>**THERMAL, CA 92274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1287 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Stephanie Ortega**<br>**36200 PARADISE RANCH RD**<br>**16**<br>**CASTAIC, CA 91384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1287 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Ortega**
**938 Ne 21st Ave**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1288 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Padilla**
**1315 H STREET**
**UNION CITY, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1288 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Perez**
**2295 N Tustin St**
**Apt #40**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1288 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephanie Perkins**
**11266 BOLTON AVE**
**ONTARIO, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1288 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Stephanie phan** **6127 PLAYFAIR WAY** **EASTVALE, CA 92880** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1288 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Stephanie Poston** **14400 NEWPORT AVE** **84** **TUSTIN, CA 92780** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1288 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Stephanie Ramirez** **519 SHADOW HILLS DR** **SAN MARCOS, CA 92069** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1288 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Stephanie Reinke** **23615 Dane Court** **Laguna Niguel, CA 92677** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1288 7**

Priority creditor's name and mailing address

**Stephanie Sanchez-Salgado**
**10444 VIRGINIA AVE**
**122**
**WHITTIER, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1288 8**

Priority creditor's name and mailing address

**Stephanie serrano**
**8101 LANGDON AVE**
**82**
**VAN NUYS, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1288 9**

Priority creditor's name and mailing address

**Stephanie Shay**
**4760 Carver Street**
**Lake Worth, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1289 0**

Priority creditor's name and mailing address

**Stephanie Sika**
**9901 E EVANS AVE**
**C26**
**DENVER, CO 80247**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1289 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,272.75 | $3,272.75 |
|---|---|---|---|---|

**Stephanie V. Padilla**
**1315 H STREET**
**UNION CITY, CA 94587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1289 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephany Mora**
**775 Pearson Road**
**Port Hueneme, CA 93041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1289 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephany Young**
**760 N JASMINE PL**
**TUCSON, AZ 85710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1289 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephen Austin Krull**
**18222 E BETHANY PLACE**
**AURORA, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1289 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Stephen Barrette**
**2208 CLEMATIS STREET**
**SARASOTA, FL 34239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1289 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Stephen Beagle**
**11255 SW GREENBURG RD**
**APT.16**
**PORTLAND, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1289 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Stephen Bennett**
**227 HARRISON AVE.**
**#1**
**CAMPBELL, CA 95008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1289 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Stephen Boyne**
**195 ADRIAN DR**
**STOCKBRIDGE, GA 30281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1289 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephen Cho**
**808 WAX MYRTLE LANE**
**HOUSTON, TX 77079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephen Gonzalez**
**3984 YELLOWSTONE CIRCLE**
**CHINO, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephen Johnson**
**15623 Camino Del Sol**
**Houston, TX 77083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stephen King**
**40920 NW Maple Ridge Rd**
**Woodland, WA 98674**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1290 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephen Perez**
**3750 Franklin Ave**
**Apt 10**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephen Rushford**
**123 FAIRPLAY AVE**
**BROOMFIELD, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.78** | **$28.78** |
|---|---|---|---|---|

**Stephen S.  McMillan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**stephen ultsch**
**2079 PINEHURST STREET**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1290 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephen Vavasseur**
**3319 Garrison St**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1290 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephen zegarra**
**1280 N.W. 154TH LANE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1290 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephon Zaczkiewicz**
**4436 N LAKEWOOD**
**#E**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1291 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Stephone Stanley**
**6500 ULMERTON RD**
**LARGO, FL 33711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1291 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sterling Reynolds**
**15191 SOUTHWEST 109TH AVE**
**K27**
**TIGARD, OR 97224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1291 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Steve Cisneros**
**836 Alturas Ave**
**# 40b**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1291 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Steve Kirkland**
**4373 11th Ave**
**St Petersburg, FL 33711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1291 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Steve Lopez**
**910 WEST WALNUT AVE**
**D**
**MONROVIA, CA 91016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1291 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steve muniz** | ☐ Contingent | | |
| **8811 HOOKER WAY** | ☐ Unliquidated | | |
| **WESTMINSTER, CO 80031** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1291 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steve Nava** | ☐ Contingent | | |
| **6789 BROOKLYN. AVE** | ☐ Unliquidated | | |
| **SAN DIEGO, CA 92114** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1291 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steve Santana** | ☐ Contingent | | |
| **14712 OLIVE ST UNIT 2** | ☐ Unliquidated | | |
| **UNIT 2** | ☐ Disputed | | |
| **BALDWIN PARK, CA 91706** | | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1291 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steve Soto** | ☐ Contingent | | |
| **6439 OLEA LN.** | ☐ Unliquidated | | |
| **301** | ☐ Disputed | | |
| **CARLSBAD, CA 92011** | | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1291 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Steve Stoner** | _Check all that apply._ |
| | **398 WIER RD** | ☐ Contingent |
| | **APT 8** | ☐ Unliquidated |
| | **SAN BERNARDINO, CA 92408** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.1292 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Steven Acevedo** | _Check all that apply._ |
| | **15721 PINTURA DR** | ☐ Contingent |
| | **HACIENDA HEIGHTS, CA 91745** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.1292 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Steven Almeida** | _Check all that apply._ |
| | **1703 SOUTH SYCAMORE AVE.** | ☐ Contingent |
| | **LOS ANGELES, CA 90019** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.1292 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Steven Asmar** | _Check all that apply._ |
| | **400 E 26TH** | ☐ Contingent |
| | **TUCSON, AZ 85713** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1292 3**

Priority creditor's name and mailing address

**Steven C.  Lucero**
**532 ALMOND AVE**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.10    $20.10

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1292 4**

Priority creditor's name and mailing address

**Steven Cardona**
**5466. IMPERIAL AVE.**
**B**
**SAN DIEGO, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1292 5**

Priority creditor's name and mailing address

**Steven Castro**
**18724 MANDAN ST**
**1210**
**SANTA CLARITA, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1292 6**

Priority creditor's name and mailing address

**Steven Christensen**
**1969 BRIAR CREEK PLACE**
**SARASOTA, FL 34235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1292 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Steven De La Fuente** **1740  VENTURA BLVD** **APT 1B** **CAMARILLO, CA 93010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1292 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Steven Del Cid** **2918 N EASTERN AVE** **12** **LOS ANGELES, CA 90032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1292 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Steven Denison** **38640 TYSON LANE** **FREMONT, CA 94536** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1293 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Steven Figueroa** **7900 WINTER SONG DRIVE** **ORLANDO, FL 32825** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1293<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Greenwood**
**2800 Herrington Wood Ct 11-202**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1293<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Jimenez**
**1213 3RD ST**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1293<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Larios-Ortega**
**5805 HARMON AVE**
**OAKLAND, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1293<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Lucero**
**532 ALMOND AVE**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1293 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steven OKelley**<br>**3375 W. OSWEGO**<br>**FRESNO, CA 93711** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1293 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.56** | **$153.56** |
|---|---|---|---|
| **Steven R.  Sotelo**<br>**5608 TYLER AVE.**<br>**ARCADIA, CA 91006** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1293 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steven Reyes**<br>**1124 METCALF PL**<br>**ESCONDIDO, CA 92026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1293 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Steven Richards**<br>**22411 Caminito Grande**<br>**Laguna Hills, CA 92653** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.12939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Sotelo**
**5608 TYLER AVE.**
**ARCADIA, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Szucs**
**704 NORTHSTAR ST.**
**LAS VEGAS, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Torres**
**7806 SIERRA AVE 523**
**FONTANA, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Steven Yang**
**1460 Coolidge Street**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1294 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stevenson Pierre**
**3310 Sw 1st Street**
**Deerfield Beach, FL 33442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1294 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**stevie rael**
**6500 MONTGOMERY BLVD NE**
**319**
**ALBUQUERQUE, NM 87109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1294 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Storm Gieringer**
**44998 PAWNEE DRIVE**
**FREMONT, CA 94539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1294 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Stuart Dorsey**
**3435 SHADY WOODS CIRCLE**
**LAWRENCEVILLE, GA 30044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12947**

Priority creditor's name and mailing address
**STUART P.  SANFORD**
**21951 Rimhurst Drive**
**Unit F**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$626.99**    **$626.99**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12948**

Priority creditor's name and mailing address
**Stuart Sanford**
**21951 Rimhurst Drive**
**Unit F**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12949**

Priority creditor's name and mailing address
**Sue Wampler**
**4116 CASTLBERRY RD**
**CUMMING, GA 30040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12950**

Priority creditor's name and mailing address
**Sukhdeep Singh**
**7430 KENSINGTON DR**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1295 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
| | **Sukhleen Kaur**<br>**7430 KENSINGTON DR**<br>**BUENA PARK, CA 90621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1295 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
| | **Sulema Sotolongo**<br>**4004 MERRYWEATHER DR**<br>**ORLANDO, FL 32812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1295 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
| | **Suli Palacios**<br>**2414 N. Tustin Ave**<br>**#o8**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1295 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
| | **Sumetra Wall**<br>**939 E AVENUE Q12**<br>**263B**<br>**PALMDALE, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1295 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Sumin Choi**
**31381 CASTAIC OAKS LN**
**CASTAIC, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1295 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Summer Corbeil-Carroll**
**3130 W Lambright St.**
**Tampa, FL 33614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1295 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Summer Dunn**
**9745 VILLA PACIFIC DR**
**HUNTINGTON BEACH, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1295 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Summer Hargett**
**3868 XENOPHON ST**
**SAN DIEGO, CA 92107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12959**

Priority creditor's name and mailing address

**Summer Lemke**
**9400 WEST BURGUNDY AVENUE**
**LITTLETON, CO 80123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12960**

Priority creditor's name and mailing address

**Summer M. Medina**
**15127 WALBROOK DRIVE**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62.36**      **$62.36**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12961**

Priority creditor's name and mailing address

**Summer Medina**
**15127 WALBROOK DRIVE**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12962**

Priority creditor's name and mailing address

**Summer Miranda**
**1303 W. 106th Street**
**Apt.7**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1296 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Summer Morris**<br>**4654 SHOOTING STAR WAY**<br>**CASTLE ROCK, CO 80109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1296 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Summer Smith**<br>**8995 ROSWELL RD**<br>**ATLANTA, GA 30350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1296 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sungchan Yoon**<br>**445 MERLOT AVE**<br>**SAN MARCOS, CA 92069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1296 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Sunni Arnold**<br>**6093 West 8th Ave.**<br>**Lakewood, CO 80214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1296 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Sunny Arnaud**
**2146 W CALLE CUSCO**
**TUCSON, AZ 85705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1296 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Susan Argueta**
**9607 EDELWEISS ST**
**RANCHO CUCAMONGA, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1296 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Susan Correia**
**11408 NE 43rd Ave**
**VANCOUVER, WA 98686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1297 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Susan Crosby**
**3525 OBERON AVENUE**
**BOYNTON BEACH, FL 33436**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1297**
**1**

Priority creditor's name and mailing address

**Susan Daugherty**
**152 BOONESRIDGE PKWY**
**ACWORTH, GA 30102**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1297**
**2**

Priority creditor's name and mailing address

**Susan Dennard**
**8405 Titkos Dr**
**Apt G03**
**Kissimmee, FL 34747**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1297**
**3**

Priority creditor's name and mailing address

**Susan Edwards**
**2151 CUMBERLAND PKWY SE**
**#804**
**ATLANTA, GA 30339**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1297**
**4**

Priority creditor's name and mailing address

**Susan Fabian**
**2711 Moss Oak Cr**
**Sarasota, FL 34231**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1297 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Susan Guerrero**<br>**9545 OTIS ST.**<br>**SOUTH GATE, CA 90280** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1297 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Susan Hammond**<br>**1827 SALEM RD**<br>**THOMSON, GA 30824** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1297 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Susan Hanson**<br>**41501 Cambridge Rd**<br>**Indio, CA 92203** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1297 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.71** | **$247.71** |
|---|---|---|---|
| **Susan N.  Wahl**<br>**13385 Roxton Circle**<br>**San Diego, CA 92130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.12979**

Priority creditor's name and mailing address
**Susan Parr**
**1879 HALCYON CT**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12980**

Priority creditor's name and mailing address
**Susan Pivaral Escobar**
**26025 Nirvana Lane**
**Santa Clarita, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12981**

Priority creditor's name and mailing address
**Susan Privette**
**1726 NORTH GOWER STREET**
**120**
**LOS ANGELES, CA 90028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12982**

Priority creditor's name and mailing address
**SUSAN R. HAMMOND**
**1827 SALEM RD**
**THOMSON, GA 30824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27.71** | **$27.71**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1298 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Susan Russell**
**5675 ASHTON LAKE DR**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1298 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Susan Thompson**
**4266 SOLOMON DR**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1298 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Susan Wahl**
**13385 Roxton Circle**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1298 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Susana Abrego Castro**
**4909 W joshua blvd.**
**2072**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1298 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Susana De Jesus**
**1231 Floating Fountain Circle**
**Apt. 201**
**Tampa, FL 33612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1298 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Susana Gonzalez**
**7111 n 75 ave glendale**
**bld# 14#1087**
**Glendale, AZ 85303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1298 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Susana Hernandez-machic**
**5722 1/2 Fountain Ave**
**Los Angeles, CA 90028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1299 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Susana Mabel roman**
**27116 CAMINO BARCELOS**
**LAGUNA NIGUEL, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1299 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Susana Martinez**
**3015 Adriatic Ave**
**Long Beach, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1299 2 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Susana Morones**
**2430 247th st**
**Lomita, CA 90717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1299 3 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Susana Rosales**
**217 LINDA CT.**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1299 4 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Susana Torres-brito**
**24938 Walnut St**
**Apt 31**
**Newhall, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1299 5**

Priority creditor's name and mailing address

**Susana Verdugo**
**1522 W DELVALE ST.**
**WEST COVINA, CA 91790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1299 6**

Priority creditor's name and mailing address

**Susannah Gallup**
**11229 CARMEL CREEK RD**
**3**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1299 7**

Priority creditor's name and mailing address

**Suseela Gupta**
**708 SO BARRINGTON AVE**
**209**
**LOS ANGELES, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1299 8**

Priority creditor's name and mailing address

**Suyeon Han**
**2132 CITTADIN DRIVE**
**FULLERTON, CA 92833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1299 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Suzana Valdovinos**
**43532 Clinton St Spc**
**#313**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Suzanne Brown**
**6769 S INDEPENDENCE ST**
**LITTLETON, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Svetlana Babii**
**WILKOW DR**
**309**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Svetlana Davis**
**6211 TRAILHEAD ROAD**
**HIGHLANDS RANCH, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1300 3 | | |
| --- | --- | --- |

Priority creditor's name and mailing address

**Sydney Blackmon**
**11727 N.MARIANNE**
**HOUSTON, TX 77071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1300 4 | | |
| --- | --- | --- |

Priority creditor's name and mailing address

**Sydney Hinman**
**3461 SW 170TH AVE**
**BEAVERTON, OR 97003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1300 5 | | |
| --- | --- | --- |

Priority creditor's name and mailing address

**Sydney Hu**
**17421 VINWOOD LANE**
**YORBA LINDA, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1300 6 | | |
| --- | --- | --- |

Priority creditor's name and mailing address

**Sydney Huang**
**11302 SE HILLTOP CT.**
**HAPPY VALLEY, OR 97086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1300 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sydney Lofton**
**2350 COBB PARKWAY SE**
**18F**
**SMYRNA, GA 30080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1300 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sydney Paul**
**5212 PACIFIC GROVE PL**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1300 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sydney Spates**
**7936 La Habra Cir**
**Buena Park, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1301 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sydney Stone**
**946 LITTLE CREEK RD**
**ORLANDO, FL 32825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1301 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sydney Thorburn**
**12932 Carmel Creek Rd**
**#55**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sylvia Coleman**
**1023 Pico Blvd**
**Santa Monica, CA 90405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sylvia Coreano**
**3337 Kimberly oaks dr**
**holiday, FL 34691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sylvia Kelly**
**924 Mee Ct.**
**Lake Worth, FL 33461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1301 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sylvia Lujan**
**1320 Wabash St**
**P.o.box 773**
**Alviso, CA 95002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1301 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sylviot Metayer**
**725 W Evanston Cir**
**Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1301 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**T'kia Mccowan**
**16220 N. 7th st #2263**
**Phoenix, AZ 85022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1301 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**T'nyka Mills**
**4350 Hopkins Run Drive**
**Duluth, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13019**

Priority creditor's name and mailing address

**Taalor Tickel**
**4360 W. AMHERST**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13020**

Priority creditor's name and mailing address

**TAALOR TICKEL**
**4360 W. AMHERST**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$110.43**    **$110.43**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13021**

Priority creditor's name and mailing address

**Tabitha Espinoza**
**625 W 1ST**
**260**
**TEMPE, AZ 85282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13022**

Priority creditor's name and mailing address

**Tabitha Gregory**
**10610 N. 30TH STREET**
**36C**
**TAMPA, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1302 3**

Priority creditor's name and mailing address

**Tabitha Smith**
**3090 PINEWALK DRIVE**
**ALPHARETTA, GA 30022**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1302 4**

Priority creditor's name and mailing address

**Tabitha Trevino**
**204 N Curtis Ave**
**Apt B**
**Alhambra, CA 91801**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1302 5**

Priority creditor's name and mailing address

**Tae KIM**
**28085 WHITES CANYON**
**95**
**CANYON COUNTRY, CA 91351**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1302 6**

Priority creditor's name and mailing address

**Taekyung Yi**
**13081 YOCKEY STREET**
**218**
**GARDEN GROVE, CA 92844**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1302 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taelor Hardy**
**600 N Pantano RD**
**APT #1216**
**TUCSON, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1302 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taeyler Fleming-Scott**
**201 NE 175TH AVE.**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1302 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taghrid Abu Khurma**
**872 Bettina Court**
**Bunker Hill Village, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1303 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tahsina Jacobs**
**4382 SATINWOOD DRIVE**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1303 1**

Priority creditor's name and mailing address

**Tais Manzano**
**11026 WEST HONDO PKWY.**
**4**
**TEMPLE CITY, CA 91780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1303 2**

Priority creditor's name and mailing address

**Taisha Campbell**
**154 Birch Rill Drive**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1303 3**

Priority creditor's name and mailing address

**Taiwan Gland**
**2070 62ND ST N**
**CLEARWATER, FL 33760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1303 4**

Priority creditor's name and mailing address

**Taizha Howell**
**2074 SW 158TH AVE**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1303 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Taj Harvin**<br>**16430 VIA QUEDO**<br>**DESERT HOT SPRINGS, CA 92240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1303 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tajjani McCloudy**<br>**1880 BRIARCLIFF CIR NE**<br>**A**<br>**ATLANTA, GA 30329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1303 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Takaji Booker**<br>**2501 ALTON PARKWAY**<br>**1206**<br>**IRVINE, CA 92606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1303 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Takeo Ward**<br>**2512 MARRON RD**<br>**203**<br>**CARLSBAD, CA 92010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1303 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Takeshi Carter**
**33306 Fox Road**
**Temecula, CA 92592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Takirra Anderson**
**2114 GREEN KNOLL**
**HOUSTON, TX 77067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Takoda Foster**
**1750 SHILOH RD**
**APT. 1321**
**KENNESAW, GA 30701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taleen Ourdukhanian**
**2011 N VERDUGO RD**
**#D**
**GLENDALE, CA 91208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1304 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Talia Martinez**
**7504 EXTER WAY TAMPA FL**
**33615**
**TAMPA, FL 33615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Taliyah Tony**
**370 NW 37TH ST**
**POMPANO BEACH, FL 33064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tamanno Abdolghoddos**
**14231 E IDAHO PL**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tamar Vazquez**
**7 VIA HACIENDA**
**RANCHO SANTA MARGARITA, CA**
**92688**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1304<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamara Dilley**
**3469 SE Pinetree Dr**
**Port Orchard, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamara Henderson**
**1651 South Juniper**
**#71**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamara Mosby**
**22 CEDAR TREE PASS**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1305<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamaria Jones**
**370 NW 37TH STREET**
**POMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1305 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tamboura Wasson**<br>**1401 N Hairston Rd**<br>**apt 15J**<br>**Stone Mountain, GA 30083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1305 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tami Petersen**<br>**1101 N RAINBOW BLVD**<br>**78**<br>**LAS VEGAS, NV 89108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1305 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tamia Devereaux**<br>**3098 FLATER DRIVE**<br>**SAN JOSE, CA 95148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1305 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tamia Mincey**<br>**2554 SW 118TH LANE**<br>**MIRAMAR, FL 33025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1305 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Tamiah Lindsey**
**1216 W 34TH ST**
**RIVIERA BEACH, FL 33404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1305 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18.63** | **$18.63** |
|---|---|---|---|---|

**Tamiah S.  Lindsey**
**1216 W 34TH ST**
**RIVIERA BEACH, FL 33404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1305 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamika Mcnair**
**980 E CHURCH ST**
**D-303**
**BARTOW, FL 33830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1305 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tamique Johnson**
**938 CHURCH ST SE**
**SMYRNA, GA 30080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1305 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tammie Jenkins** | *Check all that apply.* | | |
| **7127 FLAGSTONE PLACE** | ☐ Contingent | | |
| **404-287-7939** | ☐ Unliquidated | | |
| **UNION CITY, GA 30291** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1306 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tammy Gardenhire** | *Check all that apply.* | | |
| **10550 Western Ave** | ☐ Contingent | | |
| **# 116** | ☐ Unliquidated | | |
| **Stanton, CA 90680** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1306 1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,653.57** | **$1,653.57** |
|---|---|---|---|
| **TAMMY GARDENHIRE** | *Check all that apply.* | | |
| **10550 Western Ave** | ☐ Contingent | | |
| **# 116** | ☐ Unliquidated | | |
| **Stanton, CA 90680** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

**2.1306 2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|
| **TAMMY J MCRAE TAX ASSESSOR COLLECTOR** | *Check all that apply.* | | |
| **400 N SAN JACINTO ST** | ☐ Contingent | | |
| **CONROE, TX 77301** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1306 3**

Priority creditor's name and mailing address

**Tammy Lockhart**
**13527 Fawcett Dr**
**Houston, TX 77069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1306 4**

Priority creditor's name and mailing address

**Tammy O'Guinn**
**6087 Aquamarine Ave**
**Rancho Cucamonga, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1306 5**

Priority creditor's name and mailing address

**Tammy Ozturk**
**9701 Quakertown Ave**
**Chatsworth, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1306 6**

Priority creditor's name and mailing address

**Tammy Place**
**11183 W 103RD CIRCLE**
**WESTMINSTER, CO 80021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1306 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tammy Webb**
**1303 Constitution Rd.**
**Atlanta, GA 30316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1306 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tanea Reyes**
**1820 Green Ridge Rd**
**Tampa, FL 33619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1306 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tanery Flores**
**11700 Reedy Creek Drive**
**Apt.108**
**Orlando, FL 32836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1307 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tania Rodriguez**
**1021 NELSON PL**
**OXNARD, CA 93033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1307 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanisha Castillo**
**31790 US 19 N**
**APT 185**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1307 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanisha hicks**
**9266 TIMBERLINE LANE**
**D**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1307 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanisha Lewis**
**515 N. KENTER AVE.**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1307 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$68.51** | **$68.51** |
|---|---|---|---|---|

**Tanisha Lewis**
**515 N. KENTER AVE.**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1307 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanner Logan**
**5850 S POWER RD**
**1035**
**GILBERT, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1307 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanner Maqueda**
**15820 NE 42ND ST**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1307 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanner McDannel**
**275 NW LOST SPRINGS TERRACE**
**APT.308**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1307 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanner Morland**
**20992 AVENIDA AMAPOLA**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13079**

Priority creditor's name and mailing address

**Tanner Stephens**
**4316 SE PINEHURST AVE**
**PORTLAND, OR 97267**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13080**

Priority creditor's name and mailing address

**Tanner Thrall**
**1103 S. OLIVE**
**#B**
**ALHAMBRA, CA 91803**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13081**

Priority creditor's name and mailing address

**Tannica Bradley**
**610 COVENANT DR.**
**#B**
**BELLE GLADE, FL 33430**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13082**

Priority creditor's name and mailing address

**Tanniha Simeon**
**5247 N DIXIE HWY**
**A1**
**OAKLAND PARK, FL 33334**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1308 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanya Alatalo**
**1801 W 92ND AVE LOT 359**
**FEDERAL HEIGHTS, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1308 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanya Brophy**
**821 RYAN PL**
**100**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1308 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tanya Tapia**
**722 CARLITO RD. NE**
**ALBUQUERQUE, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1308 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taqia Miles**
**6627 TANGLEWOOD BAY DR.**
**1120**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1308 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Tara Brown**
**4608 CITRUS CIRCLE**
**D**
**TAMPA, FL 33617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1308 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Tara Gryszkin**
**3320 S Irene Pl**
**Tucson, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1308 9 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Tara Quinn**
**13 Destino Way**
**Mission Viejo, CA 92692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1309 0 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Tara Wagner**
**2518 5th Ct E**
**Ellenton, FL 34222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.1309**
**1**

Priority creditor's name and mailing address
**Tara Wright**
**545 CHELSEA DR**
**HENDERSON, NV 89014**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1309**
**2**

Priority creditor's name and mailing address
**Tarek Harry**
**1475 Club Dr**
**Tarpon Springs, FL 34689**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1309**
**3**

Priority creditor's name and mailing address
**Taren McMillan**
**1895 SKYWOOD ST**
**BREA, CA 92821**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

**2.1309**
**4**

Priority creditor's name and mailing address
**Tarina Williams**
**263 FAIRGROUNDS ROAD**
**WEST PALM BEACH, FL 33411**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown    $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1309 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tarunpreet Singh**
**3818 DARWIN DR.**
**28**
**FREMONT, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1309 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taryn Hilf**
**3100 SE 168TH AVE.**
**192**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1309 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tasian Small**
**13303 OAK ST**
**LARGO, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1309 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tatiana Ling**
**805 PLEASANTHILL RD**
**LILBURN, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1309 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tatiana Lopez**
**503 W CONFERENCE DRIVE**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1310 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tatiana Lopez**
**13005 OSBORNE ST.**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1310 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tatiana Salinas**
**3819 VINEYARD AVE**
**34**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1310 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tatiana Vila**
**9100 MILLS RD.**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.1310 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tatum Connor-Sullivan**<br>**737 SOUTH LEYDEN ST.**<br>**1**<br>**DENVER, CO 80224** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**2.1310 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tatyanna Rodriguez**<br>**1761 WARBURTON AVE**<br>**11**<br>**SANTA CLARA, CA 95050** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**2.1310 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Taurus Thomas**<br>**27506 NELSON ST.**<br>**SPRING, TX 77373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**2.1310 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tavias James**<br>**96 E HIGHLAND DR**<br>**CAMARILLO, CA 93010** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 2.1310 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tavion Hill**
**15711 WILLIAMS STREET**
**186**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1310 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tawana Grant**
**4821**
**Nature Trail**
**Austell, GA 30106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1310 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TAX ASSESSOR COLLECT**
**PO BOX 4622**
**HOUSTON, TX 77210-4622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1311 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TAX COLLECTOR BARBARA**
**FORD-COATES**
**BARBARA FORD - COATES**
**101 S WASHINGTON BLVD**
**SARASOTA, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1311 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.1311 1**

Priority creditor's name and mailing address

**TAX COLLECTOR PALM BEACH CNTY**
**PO BOX 3353**
**WEST PALM BEACH, FL 33402-3353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1311 2**

Priority creditor's name and mailing address

**TAX TRUST ACCOUNT**
**PO BOX 830725**
**BIRMINGHAM, AL 03528-3725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1311 3**

Priority creditor's name and mailing address

**TAXATION AND REVENUE DEPT**
**MANUEL LUJAN**
**1200 S ST FRANCIS DR**
**UNCLAIMED PROPERTY OFFICE**
**SANTA FE, NM 87501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1311 4**

Priority creditor's name and mailing address

**TAXATION AND REVENUE DPARTMENT**
**PO BOX 25128**
**SANTA FE, NM 87504-5128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1311 5 | Priority creditor's name and mailing address **Taya Stevens** **3877 SAN JUAN DR** **PITTSBURG, CA 94565** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1311 6 | Priority creditor's name and mailing address **Tayla Nash** **3729 COVINGTON DR** **HOLIDAY, FL 34691** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1311 7 | Priority creditor's name and mailing address **Tayler Commeford** **10974 MENLO CT** **RANCHO CUCAMONGA, CA 91701** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1311 8 | Priority creditor's name and mailing address **Taylon Tom** **18177 LAPIS LANE** **SAN BERNARDINO, CA 92407** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13119**

Priority creditor's name and mailing address

**Taylor Artz**
**290 BIRCH CREEK DR.**
**290**
**PLEASANTON, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13120**

Priority creditor's name and mailing address

**Taylor Ballard**
**54 LAUREL PASS**
**3**
**OCALA, FL 34480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13121**

Priority creditor's name and mailing address

**Taylor Butterfield**
**46079 HUNTER TRAIL**
**TEMECULA, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13122**

Priority creditor's name and mailing address

**Taylor Crato**
**320 EVERGLADES BLVD N**
**NAPLES, FL 34120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1312 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Taylor Hansen**
**14116 BIOLA AVE**
**LA MIRADA, CA 90638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1312 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Taylor Hendricks**
**13826 MEYERS RD**
**2107**
**OREGON CITY, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1312 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Taylor Hilton**
**26505 LUCINDA**
**MISSION VIEJO, CA 92691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1312 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Taylor Howard**
**30875 GILMOUR ST**
**CASTAIC, CA 91384**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13127**

Priority creditor's name and mailing address

**Taylor Jaworski**
**4925 THAMES LN**
**SARASOTA, FL 34238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13128**

Priority creditor's name and mailing address

**Taylor Luca**
**10543 Portofino DR. NW**
**Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13129**

Priority creditor's name and mailing address

**Taylor Manhard**
**2084 S STUART AVE**
**GILBERT, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13130**

Priority creditor's name and mailing address

**Taylor Mauk**
**555 N COMMONWEALTH AVE.**
**3152**
**FULLERTON, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1313<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Parris**
**14938 SW 139TH AVE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1313<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Pollard**
**18655 CAMINITO CANTILENA**
**202**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1313<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Rodwell**
**25455 VIA GRACIOSO**
**SANTA CLARITA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1313<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Skinner**
**7350 ALKIRE CT**
**ARVADA, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1313 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Tucker**
**1068 E Decatur Ave**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1313 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Taylor Turner**
**14455 SW BEEF BEND RD**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1313 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teagan Dolan**
**12934 Francine Terrace**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1313 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Techeler Servilus**
**2824 Nw 39 Ter Way**
**Apt 203**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1313<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teddy Velasquez**
**8651 QUIGLEY ST.**
**WESTMINSTER, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1314<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teena Fritts**
**136 Magnolia Ave**
**Ivey, GA 31031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1314<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teeren Dokka**
**1655 S Elm Street**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1314<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Telefor Leiva**
**440 ""b"" St**
**Fresno, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1314 3**

Priority creditor's name and mailing address

**Teodora Valdovinos Medina**
**1136 N Escondido Blvd**
**Apt 208**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1314 4**

Priority creditor's name and mailing address

**Teodulfo Jr. Sumayang**
**228 Greenwich Drive**
**Pleasant Hill, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1314 5**

Priority creditor's name and mailing address

**Teofila Guzman De Alvarez**
**4131 E Indian School Rd**
**#203**
**Phoenix, AZ 85018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1314 6**

Priority creditor's name and mailing address

**Teofilo Lizarraga**
**4552 Boundary Stret**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor  **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

**2.13147**

Priority creditor's name and mailing address

**Terell Rivera**
**4614 MIDDLEBROOK ROAD**
**#I**
**ORLANDO, FL 32811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13148**

Priority creditor's name and mailing address

**Tereman robertson**
**16921 E CHENANGO AVE**
**UNIT B**
**AURORA, CO 80015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13149**

Priority creditor's name and mailing address

**Terence Simmons**
**1550 SINBURN DR**
**CUMMING, GA 30040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13150**

Priority creditor's name and mailing address

**Terence Tarleton**
**1750 BRIARWOOD RD NE**
**EE07**
**BROOKHAVEN, GA 30329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1315**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Teresa Acosta**
**3220 C St**
**San Diego, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1315**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Teresa Aparicio**
**1801 Amboy Dr.**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1315**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Teresa Carroll**
**4713 E HILLSBOROUGH AVE**
**LOT 4**
**TAMPA, FL 33610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1315**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Teresa Chaidez**
**8044 3rd St**
**Paramount, CA 90723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1315 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teresa Clubb**
**9719 LOUISE WAY**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1315 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teresa Cruz**
**3201 Mira Mesa Ave**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1315 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teresa De Jesus Rivas DeLaCruz**
**3132 W Lindacita LN**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1315 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teresa Diaz**
**5245 MILLENIA BLVD**
**211**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.1315 9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Guzman**
**17070 E. Colima Rd.**
**#287**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1316 0** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$637.07** | **$637.07** |
|---|---|---|---|---|

**TERESA GUZMAN**
**17070 E. Colima Rd.**
**#287**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1316 1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Macias**
**340 Evergreen Dr**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1316 2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Maya**
**712 Riden Hour Crbld N**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1316 3**

Priority creditor's name and mailing address

**Teresa Morris**
**11969 SOUTH SAM HOUSTON PLWY**
**211**
**HOUSTON, TX 77063**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1316 4**

Priority creditor's name and mailing address

**Teresa Nordhausen**
**38182 HAMLIN ST**
**FREMONT, CA 94536**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1316 5**

Priority creditor's name and mailing address

**Teresa Perez**
**3029 Linda Dr**
**Oceanside, CA 92056**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1316 6**

Priority creditor's name and mailing address

**Teresa Perez**
**39 Rancho Drive**
**#10**
**San Jose, CA 95111**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1316 7**

Priority creditor's name and mailing address

**Teresa Perez**
**3029 Linda Dr**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9.60        $9.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1316 8**

Priority creditor's name and mailing address

**Teresa Rodriguez**
**1751  S MLK Jr Ave**
**Clearwater, FL 33755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1316 9**

Priority creditor's name and mailing address

**Teresa Segovia**
**3102 E PARADISE LN**
**APT113**
**PHOENIX, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1317 0**

Priority creditor's name and mailing address

**Teresa Snow**
**8406 SANTA FE SPRINGS RD**
**APT 8**
**WHITTIER, CA 90606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1317 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Telles**
**12205 PERRY ST.**
**LOT. 282**
**BROOMFIELD, CO 80020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1317 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Vazquez-Lozano**
**8661 CIRCLE DR**
**WESTMINSTER, CO 80031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1317 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresa Velasquez**
**129 Buffet Key**
**Boynton Beach, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1317 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Teresia Saqa**
**4623 ROTHBURY COMMON**
**FREMONT, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1317**
**5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Teresita Ramirez Quinonez**<br>**6100 Carmen Blvd.**<br>**Apt 1052**<br>**Las Vegas, NV 89108** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.1317**
**6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Teresita Soto**<br>**354 Avacado Street**<br>**Apt #12**<br>**Costa Mesa, CA 92627** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.1317**
**7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Teressa Romero**<br>**832 W Colorado Blvd apt c**<br>**Monrovia, CA 91016** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.1317**
**8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Teriane Santee**<br>**11900 BARWOOD BEND DR**<br>**158**<br>**HOUSTON, TX 77065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1317 9 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Terique Alleyne** **350 SE 129TH** **PORTLAND, OR 97233** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1318 0 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Terisa Allen** **419 DRAKE ST** **HENDERSON, NV 89015** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1318 1 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Terrail Boges** **2961 Foxglove Drive** **Marietta, GA 30064** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.1318 2 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Terrance Etheridge** **1512 BENITO AVE** **APT 9** **ALHAMBRA, CA 91803** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1318 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Terrell barron**
**6737 DE SOTO AVE**
**108**
**CANOGA PARK, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1318 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Terrell Battle**
**931 Cobb Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1318 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Terrell Rhody**
**1943 WOODLAND HILLS DR**
**MISSOURI CITY, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1318 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Terrence Hughes**
**11724 REEDY CREEK DR**
**112**
**ORLANDO, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1318 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terri Holsapple**
**7415 Colima Dr**
**Houston, TX 77083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1318 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terri Wells**
**4541 RENAISSANCE DR**
**433**
**SAN JOSE, CA 95134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1318 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terriana Williams**
**1205 Bluff Ave. N.**
**Las Vegas, NV 89030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1319 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terry Duenas**
**3606 5TH ST SW**
**LEHIGH ACRES, FL 33976**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1319 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1319 1**

Priority creditor's name and mailing address

**TERRY JENNINGS**
**2404 SE 161ST COURT**
**162**
**VANCOUVER, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1319 2**

Priority creditor's name and mailing address

**Terry Moore**
**1713 NORTHWOODS LAKE**
**COURT**
**DULUTH, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1319 3**

Priority creditor's name and mailing address

**Tess Ibbotson**
**3796 S GALAPAGO ST**
**ENGLEWOOD, CO 80110**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1319 4**

Priority creditor's name and mailing address

**Tessa klopp**
**12027 SE 31ST PLACE**
**8**
**MILWAUKIE, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|-------------------------|------------------|
|        | Name                             |                         |                  |

---

**2.1319 5**

Priority creditor's name and mailing address
**Tessa Rodgers**
**1775 VISTA WAY**
**EL CAJON, CA 92019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**       **$0.00**

---

**2.1319 6**

Priority creditor's name and mailing address
**Tessy Shively**
**4438 Vandever Ave**
**San Diego, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**       **$0.00**

---

**2.1319 7**

Priority creditor's name and mailing address
**Tevin Stewart**
**523 HURRICANE SHOALS RD NW**
**LAWRENCEVILLE, GA 30046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**       **$0.00**

---

**2.1319 8**

Priority creditor's name and mailing address
**TEXAS COMPTROLLER OF**
**PUBLIC ACCOUNTS**
**17777 CENTER COURT DR. N.**
**#700**
**CERRITOS, CA 90703-9356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**$0.00**       **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13199**

Priority creditor's name and mailing address

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**PO BOX 149348**
**AUSTIN, TX 78714-9348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13200**

Priority creditor's name and mailing address

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**PO BOX 12109**
**AUSTIN, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13201**

Priority creditor's name and mailing address

**TEXAS STATE COMPTROLLER UNCLAIMED PROPERTY DIVISION**
**PO BOX 12019**
**AUSTIN, TX 78711-2019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13202**

Priority creditor's name and mailing address

**Thalia Enriquez**
**23802 GOODFELLOW DR**
**SPRING, TX 77373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1320 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thalia Samuels** **2585 CHANTILLY DR** **ATLANTA, GA 30324** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1320 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thalia Torres** **789 FELLER AVE** **SAN JOSE, CA 95127** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1320 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thaumasina Evans** **4039 Alto St** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1320 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thaylia Freeman** **4 HEMLOCK COURT PASS** **OCALA, FL 34472** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1320 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thea Covino** **2147 BRANT ST** **SAN DIEGO, CA 92101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1320 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thelma Biami** **2601 W. Vereda Azul** **Tucson, AZ 85746** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1320 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Thelma Orozco** **4311 PERLITA AVE** **1** **LOS ANGELES, CA 90039** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1321 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Theodore Hutchison** **2307 NE 157TH AVE** **VANCOUVER, WA 98684** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1321 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theodore Milewski**
**5303 32 Ave E**
**Palmetto, FL 34221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theodore Ryan**
**3417 TYBURN STREET**
**LOS ANGELES, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theodore Woodliff**
**4225 FELTON STREET**
**6**
**SAN DIEGO, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theresa Carvalho**
**3115 FINNIAN WAY**
**132**
**DUBLIN, CA 94568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1321 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theresa Maris**
**215 S. VAN BUREN ST**
**PLACENTIA, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theresa Tran**
**375 SE 69TH AVE**
**HILLSBORO, OR 97123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thermidor Wilner**
**Po Box 62596**
**Fort Myers, FL 33906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Theron MAY**
**7238 E NATAL AVE**
**MESA, AZ 85209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.13219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thiago Valle**
**16015 Arbor View Blvd**
**#217**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thien Tran**
**13794 KERRY LANE**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thierry Delva**
**1750 N.E 4TH ST**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas Bliss**
**318 EAST DAKIN AVE.**
**6**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1322 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas Boyd**
**2337 CYPRESS AVENUE**
**LEMON GROVE, CA 91945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1322 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas Butterfield**
**7841 Xavier St.**
**Westminster, CO 80030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1322 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas Carpenter**
**9969 ACADEMY ST NW**
**ALBUQUERQUE, NM 87114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1322 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas Carr**
**10905 SW 142 LN.**
**MIAMI, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1322 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Chen**
**832 W. HUNTINGTON DR.**
**22**
**ARCADIA, CA 91007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1322 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Clark**
**2020 SCOTT ST**
**HOLLYWOOD, FL 33020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1322 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Floyd**
**14707 VICTORY BLVD**
**201**
**VAN NUYS, CA 91411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1323 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Gacusan**
**33709 MELLO WAY**
**FREMONT, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1323**
**1**

Priority creditor's name and mailing address

**Thomas Glatt**
**18284 FERNANDO WAY**
**SAN DIEGO, CA 92128**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1323**
**2**

Priority creditor's name and mailing address

**Thomas Groeling**
**7178 N. FRUIT AVE.**
**132**
**FRESNO, CA 93711**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1323**
**3**

Priority creditor's name and mailing address

**Thomas H.  Gacusan**
**33709 MELLO WAY**
**FREMONT, CA 94555**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$95.36**    **$95.36**

---

**2.1323**
**4**

Priority creditor's name and mailing address

**Thomas Halks**
**4435 SW 99TH AVE**
**UNIT A**
**BEAVERTON, OR 97005**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1323 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Heredia**
**906 North Fourth St**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1323 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Jefferies**
**22 FERMIN RD**
**ABQ, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1323 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas kendrick**
**629 NERITA STREET**
**4A**
**SANIBEL ISLAND, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1323 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Kregler**
**3875 CRESCENT COVE PLACE**
**TARPON SPRINGS, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13239**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.98 | $90.98 |
|---|---|---|---|
| **Thomas Kregler** **3875 CRESCENT COVE PLACE** **TARPON SPRINGS, FL 34688** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.13240**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Lunis** **405 Sw 76th Terrace** **Pompano Beach, FL 33068** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.13241**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Marez** **2239 E PARADISE LN** **PHOENIX, AZ 85022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.13242**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Martinez** **2801 Ocean Park Blvd.** **#339** **Santa Monica, CA 90405** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1324 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas McDonald**
**8 TAVELLA PLACE**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1324 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Merrick**
**20906 Jaffa Lane**
**Land O' Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1324 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Nava**
**17933 NW EVERGREEN PKWY**
**17999 NW EVERGREEN PKWY**
**BEAVERTON, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1324 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Thomas Perry**
**1279 LINDEN DR**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.13247**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Robie** | Check all that apply. | | |
| **2737 CARDWELL WAY** | ☐ Contingent | | |
| **SARASOTA, FL 34231** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.13248**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Smith** | Check all that apply. | | |
| **4120SW 149TH TERR** | ☐ Contingent | | |
| **MIRAMAR, FL 33027** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.13249**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **THOMAS STILLWELL** | Check all that apply. | | |
| **11297 WEST CRESTLINE PLACE** | ☐ Contingent | | |
| **LITTLETON, CO 80127** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.13250**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Thomas Williams** | Check all that apply. | | |
| **378 YONKERS AVENUE** | ☐ Contingent | | |
| **ATLANTA, GA 30036** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1325 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thornbrugh Riley**
**43875 Fern Ave**
**Lancaster, CA 93534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1325 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tia Payne**
**16770 SW 12TH STREET**
**SHERWOOD, OR 97140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1325 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tia Smith**
**425 S 9th St**
**Leesburg, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1325 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tian April**
**4120 E Placita Presilla**
**Tucson, AZ 85718**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1325 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.1325 5**

Priority creditor's name and mailing address

**Tiana Fongchoy
807 WINDRIDGE DR
SANDY SPRINGS, GA 30350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1325 6**

Priority creditor's name and mailing address

**Tiana Stephens
624 Se 131st Ct.
Vancouver, WA 98683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1325 7**

Priority creditor's name and mailing address

**Tianna Gonzalez
10124 Elmhurst Dr. NW
Albuquerque, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1325 8**

Priority creditor's name and mailing address

**Tiara Gronda
670 FOREST PEAK STREET
HENDERSON, NV 89011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.13259**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tiara Sloan** | Check all that apply. | | |
| **7625 N 19th Ave** | ☐ Contingent | | |
| **Apt #129** | ☐ Unliquidated | | |
| **Phoenix, AZ 85021** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.13260**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tiarra English** | Check all that apply. | | |
| **19800 N 7TH STREET** | ☐ Contingent | | |
| **PHOENIX, AZ 85024** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.13261**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tiberio Peralta** | Check all that apply. | | |
| **541 N EAST AVE** | ☐ Contingent | | |
| **Sarasota, FL 34237** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.13262**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ticora Hopkins** | Check all that apply. | | |
| **5920 OSUNA RD NE** | ☐ Contingent | | |
| **#P** | ☐ Unliquidated | | |
| **ALBURQUERQUE, NM 87109** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1326 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiera Chambliss**
**2212 SOUTH STREET**
**1**
**LEESBURG, FL 34747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1326 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tierra Harris**
**330 AMBER CT**
**104**
**UPLAND, CA 91785**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1326 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiffaney Anderson**
**7219 RAVENNA AVE**
**ORLANDO, FL 32819**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1326 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiffany balogh**
**2502 CHILK AVE**
**SARASOTA, FL 34204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13267**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tiffany Bratsch**
**800 KAY RD NE 2061**
**BRADENTON, FL 34212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13268**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tiffany Castro**
**1544.S.CALLE DEL MAR**
**A**
**ANAHEIM, CA 92802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13269**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tiffany Chambers**
**848 N MOLLISON AVE**
**F1**
**EL CAJON, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13270**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tiffany Giles**
**158 BENT OAK**
**ROYAL PALM BEACH, FL 33411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1327
1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tiffany Henderson**<br>**12790 SE 114Th St Rd**<br>**Ocklawaha, FL 32179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1327
2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tiffany Horne**<br>**1716CENTRAL AVE**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1327
3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tiffany Lofton**<br>**6335 Westbury Rd**<br>**Riverdale, GA 30274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1327
4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tiffany Lorde**<br>**421 JERNIGAN AVE**<br>**ORLANDO, FL 32805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1327 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiffany Mitchell**
**2400 CAMPBELLTON RD**
**L3**
**ATLANTA, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1327 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiffany Wedman**
**7475 Ridge Dr.**
**Gladstone, OR 97027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1327 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiffany Zapata**
**17040 WOODCREST**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1327 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiger Teague**
**3520 okeechobee st**
**NAPLES, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.13279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Timothy Anderson**
**15715 PONY PL**
**TAMPA, FL 33624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Timothy Carter**
**10482 112th Ave N**
**Largo, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Timothy FREEMAN**
**14411 KITTRIDGE STREET**
**150**
**VAN NUYS, CA 91405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Timothy Garner**
**2117 Citrus Blvd**
**Leesburg, FL 34748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1328**
**3**

Priority creditor's name and mailing address

**Timothy Jackson**
**316 PINE RIDGE CIRCLE**
**GREEN ACRES, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1328**
**4**

Priority creditor's name and mailing address

**Timothy Johnson**
**625 W. CALLE ARIZONA**
**TUCSON, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1328**
**5**

Priority creditor's name and mailing address

**Timothy Mora**
**555 Forest Lake Dr**
**555 Forest Lake Dr**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1328**
**6**

Priority creditor's name and mailing address

**Timothy Mose**
**1925 WOODLAND HILLS DR**
**MISSOURI CITY, TX 77489**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1328 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Ramirez**
**5607 N 14th Dr**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1328 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Rehm**
**25612 President Ave**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1328 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Rios**
**8114 NOBLE AVE**
**PANORAMA CITY, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1329 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Rittgers**
**7862 W. Irlo Bronson Hwy.**
**#403**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1329 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Roch**
**28841 JAEGER DR**
**LAGUNA NIGUEL, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Rutherford**
**6881 CAMPUS DR**
**A**
**BUENA PARK, CA 90621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Smith**
**5851 ANDERSON AVE SE**
**APT.7**
**ALBUQUERQUE, NM 87108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Timothy Zhang**
**6104 ALIDA ROW**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.1329 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Tina Adams**
**3834 Edna Pl**
**#6**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Tina Bevan**
**Po Box 46722**
**Tampa, FL 33646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Tina Chapman**
**4918 E. BARWICK DRIVE**
**CAVE CREEK, AZ 85331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Tina Tidball**
**4240 SW 177TH AVENUE**
**BEAVERTON, OR 97078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.13299**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tiona Gambler-wright**<br>**2533 SENNETT DRIVE**<br>**APT 202**<br>**LEESBURG, FL 34748** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.13300**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tirek Benjamin**<br>**9040 Cedar St**<br>**Bellflower, CA 90706** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.13301**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tisha Rasmussen**<br>**11881 SE SUMMER PL**<br>**CLACKAMAS, OR 97015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.13302**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tito Landaverde**<br>**3502 Pine Ridge**<br>**Houston, TX 77088** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 2.1330 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Titus Reid**
**520 CORTE GOLONDRINA**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1330 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tiveyawn Faumui**
**Invalid Address**
**2331 Denair Ave.**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1330 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tkcireduj Ganan**
**5048 MILLENIA BLVD**
**101**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1330 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tobias Middleton**
**1362 wolff St**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1330 7**

Priority creditor's name and mailing address

**Tobias Williams II**
**10819 MACKENZIE DR**
**HOUSTON, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1330 8**

Priority creditor's name and mailing address

**Toby Diehl**
**2840 WESTWOOD AVE.**
**SAN RAMON, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1330 9**

Priority creditor's name and mailing address

**Toby Fritz**
**294 Old Oak Cir**
**Palm Harbor, FL 34683**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1331 0**

Priority creditor's name and mailing address

**Toby Woodard**
**6901 Los Volcanes Rd NW**
**Appt # L201**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1331 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.46 | $274.46 |
|---|---|---|---|---|

**TOBY WOODARD**
**6901 Los Volcanes Rd NW**
**Appt # L201**
**Albuquerque, NM 87121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1331 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Toccara Glaspy**
**4800 N TAMIAMI TRAIL**
**SARASOTA, FL 34233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1331 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Todd Stewart**
**4957 DANA DR NE**
**KENNESAW, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1331 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tolufale Mckinnie**
**9132 Cambon Street**
**Spring Valley, CA 91977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1331 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Tom Tapia**<br>**345 PEARL DR. NE**<br>**RIO RANCHO, NM 87124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1331 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Tomas Acuna**<br>**3119 Carriage Dr**<br>**Palm Harbor, FL 34684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1331 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Tomas Torres**<br>**77 CLEAVELAND RD**<br>**PLEASANT HILL, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1331 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Tomasa Olvera**<br>**523 W University Dr**<br>**Mesa, AZ 85201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13319**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tomeika Ellis**
**4406 102ND ST W**
**BRADENTON, FL 34210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13320**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tommy Christensen**
**510 Fontanelle Ct**
**San Jose, CA 95119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13321**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tommy Dorzilme**
**9021 SW 4TH ST**
**BOCA RATON, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13322**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tommy Ford**
**2618 Gailwood Drive**
**New Port Richey, FL 34655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 2.1332 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tommy Gong**
**13628 MARTINIQUE DRIVE**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1332 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Toni John**
**40810 13TH STREET WEST**
**APT A**
**PALMDALE, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1332 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tony Andrade**
**830 East Washington Ave**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1332 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tonya Brown**
**5879 NW 1st Street**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1332 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Toraino Alexander**
**2221 SPRINGDALE CIRCLE**
**ATLANTA, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1332 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Tori Brown**
**14756 CAMINITO PORTO ALEGRE**
**DEL MAR, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1332 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Tori Reeves**
**4321 CEDAR GROVE ST**
**HOLIDAY, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1333 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Tori Thompson**
**18612 Manning Dr**
**#.**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1333<br>1 | Priority creditor's name and mailing address<br>**TORI THOMPSON**<br>**18612 Manning Dr**<br>**#.**<br>**Tustin, CA 92780** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$525.82** | **$525.82** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1333<br>2 | Priority creditor's name and mailing address<br>**Toribio Prieto**<br>**4531 Boylston St**<br>**San Diego, CA 92107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1333<br>3 | Priority creditor's name and mailing address<br>**Torion Brooks**<br>**1749 S BALBOA DR**<br>**GILBERT, AZ 85295** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1333<br>4 | Priority creditor's name and mailing address<br>**Torrance haden**<br>**7720 JAMES WAY**<br>**WESTMINSTER, CO 80030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1333 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.24 | $0.24 |
|---|---|---|---|
| **Torrance haden** | *Check all that apply.* | | |
| **7720 JAMES WAY** | ☐ Contingent | | |
| **WESTMINSTER, CO 80030** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1333 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Towanda Seymour** | *Check all that apply.* | | |
| **2607 50TH DRIVE EAST** | ☐ Contingent | | |
| **11-301** | ☐ Unliquidated | | |
| **BRADENTON, FL 34203** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1333 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tracey Taylor** | *Check all that apply.* | | |
| **107 EAST LEWIS STREET** | ☐ Contingent | | |
| **WILLIS, TX 77318** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1333 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **TRACIE EVERETT** | *Check all that apply.* | | |
| **912 1/2 STINSON ST** | ☐ Contingent | | |
| **LEESBURG, FL 34748** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1333<br>9 | Priority creditor's name and mailing address<br>**Tracy Lu**<br>**8684 Aquarius Drive**<br>**San Diego, CA 92126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1334<br>0 | Priority creditor's name and mailing address<br>**Tracy Revels**<br>**19713 E NAVARRO**<br>**AURORA, CO 80013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1334<br>1 | Priority creditor's name and mailing address<br>**Tracy Stough**<br>**622 SOUTH FEDERAL HWY.**<br>**#4**<br>**LAKE WORTH, FL 33460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1334<br>2 | Priority creditor's name and mailing address<br>**Tradell Steverson**<br>**2300 ROCK SPRINGS DR**<br>**2107**<br>**LAS VEGAS, NV 89128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------------------|------------|------------|
| | Name | | |

---

**2.1334 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Trang Le**
**16029 Nw Joscelyn St**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1334 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tranquil Milfort**
**729 NW 6TH ST APT 1**
**Hallandale, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1334 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Travion Brown**
**1401.S SANDY HOOK ST**
**WEST COVINA, CA 91790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1334 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Travious Samuel**
**13100 STONEFIELD DR**
**1610**
**HOUSTON, TX 77014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

**2.1334 7**

Priority creditor's name and mailing address
**TRAVIS BRIDGES**
**3513 FORESTDALE DR**
**ORLANDO, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1334 8**

Priority creditor's name and mailing address
**Travis Demelle**
**4730 Corwin Ct.**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1334 9**

Priority creditor's name and mailing address
**Travis Futcher**
**6400 CR 734**
**CENTER HILL, FL 33514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1335 0**

Priority creditor's name and mailing address
**Travis Herman**
**7639 SARANAC AVE**
**LA MESA, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1335 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Travis Holland**
**319 EAST CHURCH STREET**
**118**
**ORLANDO, FL 32801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1335 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Travis Johnson**
**8737 Wellesley Drive**
**Bld 9 Apt 303**
**Orlando, FL 32818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1335 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Travis Madden**
**14864 NE COUNTRYSIDE DR**
**AURORA, OR 97002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1335 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Travis Mathis**
**4416 Canal 9rd**
**West Palm Beach, FL 33406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1335 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Travis Paape**
**30345 BUCCANEER BAY UNIT B**
**MURRIETA, CA 92563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1335 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Travis Peck**
**8800 El Capitan Ave**
**Fountain Valley, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1335 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TREASURER CITY OF FLINT**
**PO Box 529**
**Eaton Rapids, MI 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1335 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TREASURER CITY OF GLASGOW**
**TREASURER CITY OF GLASGOW**
**PO BOX 278**
**GLASGOW, KY 42142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13359**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **TREASURER CITY OF HIGHLAND PARK**<br>**P.O. Box 239**<br>**Eaton Rapids, MI 48827** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

**2.13360**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **TREASURER OF STATE OF OHIO**<br>**P.O. BOX 444**<br>**COLUMBUS, OH 04321-6446** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

**2.13361**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **TREASURER OF VIRGINIA**<br>**CHILD SUPPORT**<br>**PO BOX 570**<br>**RICHMOND, VA 23218** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

**2.13362**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **TREASURER STATE OF IOWA**<br>**P.O. BOX 10411**<br>**DES MOINES, IA 00050-3060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1336 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**TREASURER, CITY OF DETROIT INCOME TAX - DEPARTMENT 131901**
**P.O.BOX 67000**
**DETROIT, MI 48267-1319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1336 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**TREASURER, CITY OF PONTIAC**
**P.O. BOX 530**
**EATON RAPIDS, MI 04882-7530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1336 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**TREASURER, FRANKLIN COUNTY**
**P.O. BOX 594**
**FRANKFORT, KY 00040-6020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1336 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**TREASURER, STATE OF MAINE- SIT**
**P.O. BOX 1065**
**AUGUSTA, ME 4332-1065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1336 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **TREASURER, STATE OF MAINE-SUI**<br>**P.O. BOX 1065**<br>**AUGUSTA, ME 4332-1065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.1336 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|
| **Treavor Champion**<br>**13741 CLINTON ST.**<br>**GARDEN GROVE, CA 92843** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1336 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|
| **Treazure Carr**<br>**16301 MEADOWHOUSE AVE 226**<br>**CHINO, CA 91708** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1337 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|
| **Tredarius Polley**<br>**4427 ALGERNON DR**<br>**SPRING, TX 77373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1337**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tremaine Jones** | Check all that apply. | | |
| **2835 NINA** | ☐ Contingent | | |
| **PASADENA, CA 91107** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1337**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tremarie Costa** | Check all that apply. | | |
| **1000 NE 13TH STREET** | ☐ Contingent | | |
| **CAPE CORAL, FL 33909** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1337**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Tremayne Grant** | Check all that apply. | | |
| **3205 Orange Center Blvd** | ☐ Contingent | | |
| **Apt 16** | ☐ Unliquidated | | |
| **Orlando, FL 32805** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1337**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Trent Charley** | Check all that apply. | | |
| **4815 RENO DRIVE** | ☐ Contingent | | |
| **SAN DIEGO, CA 92105** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1337 5**

Priority creditor's name and mailing address

**Trent Hunter**
**4901 GREEN RIVER RD**
**SPACE 153**
**CORONA, CA 92880**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1337 6**

Priority creditor's name and mailing address

**Trent McComb**
**6090 ALLBROOK CIR**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1337 7**

Priority creditor's name and mailing address

**Trent Mccomb**
**6090 ALLBROOK CIR**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$430.99** **$430.99**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1337 8**

Priority creditor's name and mailing address

**Trent Michel**
**10979 SKYWOOD DR**
**EL CAJON, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1337 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TRENTON CITY INCOME TAX**
**11 E STATE ST**
**TRENTON, OH 00045-0670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1338 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trenton Williams**
**2124 CULLIVAN STREET**
**LOS ANGELES, CA 90047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1338 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trevor Barnes**
**11549 S. WILTON PLACE**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1338 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trevor Begay**
**4909 COMANCHE RD NE**
**ALBUQUERQUE, NM 87110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1338 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Trevor Carter**<br>**5525 Hardy Ave**<br>**#304**<br>**San Diego, CA 92115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1338 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Trevor Lindsay III**<br>**18210 NW 16 ST**<br>**PEMBROKE PINES, FL 33029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1338 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Trevor Logan**<br>**1948 E HAMILTON PLACE**<br>**AURORA, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1338 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Trevor McDonald**<br>**1823 FIRESTONE DRIVE**<br>**SAN DIEGO, CA 92026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1338 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trevor Sweet**
**3132 DOMAIN CIRCLE**
**202**
**KISSIMMEE, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1338 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trevor Tierney**
**2131 W GREENHOLLOW DRIVE**
**PALM HARBOR, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1338 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trey Clark**
**12660 STAFFORD RD**
**431**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1339 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Trey Simpson**
**16107 E NASSAU DR**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.1339 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Treygan Olsen**
**8288 N. WILLOW VIEW DR.**
**TUCSON, AZ 85741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1339 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tricia Harris**
**14955 Avendia Venusto**
**Unit 42**
**San Diego, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1339 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tridney Askew**
**1927 Nw 2nd St**
**Apt-2**
**Ocala, FL 34475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1339 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Trinadad Munoz**
**1329 N WATLAND AVE**
**LOS ANGELES, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1339 5**

Priority creditor's name and mailing address

**Trinady Crabtree**
**7835 34TH CT E**
**SARASOTA, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1339 6**

Priority creditor's name and mailing address

**Trinh Luu**
**2545 COCONUT DRIVE**
**SAN JOSE, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1339 7**

Priority creditor's name and mailing address

**Trinh vu**
**365 SARATOGA AVE**
**#5**
**SANTA CLARA, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1339 8**

Priority creditor's name and mailing address

**Trinidad Escobar**
**4640 Bowman Blvd**
**Los Angeles, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1339 9**

Priority creditor's name and mailing address

**Trinitee Anderson**
**3909 W SPRUCE ST**
**TAMPA, FL 33607**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1340 0**

Priority creditor's name and mailing address

**Trinitee Clements**
**309 SOUTHEAST 21ST AVE**
**BOYNTON BEACH, FL 33435**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1340 1**

Priority creditor's name and mailing address

**Trinity Alvarado**
**535 BLACKBIRD DRIVE**
**VISTA, CA 92083**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

**2.1340 2**

Priority creditor's name and mailing address

**Trinity Kiang**
**Kiang 2620 Associated Road**
**A#100**
**Fullerton, CA 92835**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1340<br>3 | Priority creditor's name and mailing address<br>**Trinity Spencer**<br>**9070 SE 35TH CT**<br>**OCALA, FL 34480** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1340<br>4 | Priority creditor's name and mailing address<br>**Trionte Fillmore**<br>**1126 BOOTH CT**<br>**MARIETTA, GA 30008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1340<br>5 | Priority creditor's name and mailing address<br>**Trisha Banks**<br>**724 NANCY ST**<br>**ESCONDIDO, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1340<br>6 | Priority creditor's name and mailing address<br>**Trisha Jarrett**<br>**27 LITCHFIELD ST**<br>**CARTERSVILLE, GA 30120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1340 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Trishana Smith**
**3079 HIDDEN FOREST CT**
**APT # 3630**
**MARIETTA, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1340 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tristan Cany**
**3828 QUARTER MILE DRIVE**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1340 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tristan Fillback**
**309 NE 144TH STREET**
**VANCOUVER, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1341 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tristan Otero**
**825 MAHOGANY RIDGE DRIVE**
**DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1341
1**

Priority creditor's name and mailing address

**Tristen Shillady**
**1570 NAPOLI DRIVE WEST**
**SARASOTA, FL 34232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1341
2**

Priority creditor's name and mailing address

**Tristian Johnson**
**858 W 24TH ST**
**SAN BERNARDINO, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1341
3**

Priority creditor's name and mailing address

**Tristan Marquez**
**9340 COOL CREEK AVE**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1341
4**

Priority creditor's name and mailing address

**Tristin Blau**
**22900 OAK RIDGE DR**
**#3**
**SANTA CLARITA, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1341 5 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Tristyn Fogerty** | *Check all that apply.* | | |
| | **2977 Barnard Street** | ☐ Contingent | | |
| | **San Diego, CA 92110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1341 6 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Troy Allen** | *Check all that apply.* | | |
| | **8701 S BRAESWOOD BLVD** | ☐ Contingent | | |
| | **253** | ☐ Unliquidated | | |
| | **HOUSTON, TX 77031** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1341 7 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Troy Calloway** | *Check all that apply.* | | |
| | **9339 FOOTHILL BLVD** | ☐ Contingent | | |
| | **RANCHOCUCAMONGA, CA 91730** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1341 8 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Troy Cerbin** | *Check all that apply.* | | |
| | **1129 JESSIE RD** | ☐ Contingent | | |
| | **HENDERSON, NV 89002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

**2.13419**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **TROY CITY INCOME TAX**<br>**100 S. MARKET STREET**<br>**TROY, OH 00045-3730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.13420**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Troy Gramenz**<br>**8713 CORINTHIAN WAY**<br>**NEW PORT RICHEY, FL 34654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13421**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Troy Hernandez**<br>**1218 ECHELON AVE**<br>**LA PUENTE, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13422**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Troy Higgins**<br>**8410 N Sherman Circle**<br>**Apt 401**<br>**MIramar, FL 33025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1342 3**

Priority creditor's name and mailing address

**Troy Koehn**
**9730 MCLENNAN AVE**
**NORTHRIDGE, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1342 4**

Priority creditor's name and mailing address

**Troy Ling**
**805 PLEASANT HILL RD NW**
**UNIT 182**
**LILBURN, GA 30047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1342 5**

Priority creditor's name and mailing address

**Troy Maas**
**272 SANDCASTLE**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1342 6**

Priority creditor's name and mailing address

**Troy Ogborn**
**7126 W Walden Pl**
**Littleton, CO 80128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1342 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Troy Phelps**
**1911 Prairie Sage Trail**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1342 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Troy Sanders**
**13930 CHADRON AVE**
**309**
**HAWTHORNE, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1342 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Troy Wigand**
**9933 APPLE STREET**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1343 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**TUAN NGUYEN**
**1085 TASMAN DR SPC 310**
**SUNNYVALE, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1343 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tucker Lynn**
**9396 PRAIRIE VIEW DRIVE**
**HIGHLANDS RANCH, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1343 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tucker McEntyre**
**1585 KINGS RD**
**MARIETTA, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1343 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tupac Gutierrez**
**19043 HALSTED ST**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1343 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**TX STATE DISBURSEMENT UNIT**
**PO BOX 245993**
**SAN ANTONIO, TX 78224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1343 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ty Bailey** <br> **27275 PADDOCK DRIVE** <br> **BROOKSVILLE, FL 34602** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

---

**2.1343 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ty Jones** <br> **3753 DALTON AVENUE** <br> **LOS ANGELES, CA 90018** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

---

**2.1343 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ty Randall** <br> **5120 Masccaro Drive** <br> **Las Vegas, NV 89122** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

---

**2.1343 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tyler Bixler** <br> **6945 SW BAYLOR ST.** <br> **TIGARD, OR 97223** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13439**

Priority creditor's name and mailing address

**Tyler Carrizoza**
**8248 E COOPER PL**
**TUCSON, AZ 85710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13440**

Priority creditor's name and mailing address

**Tyler Cella**
**3220 S. Uravan Ct.**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13441**

Priority creditor's name and mailing address

**Tyler Chavez**
**6224 VICKI DRIVE**
**WHITTIER, CA 90606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13442**

Priority creditor's name and mailing address

**Tyler Collins**
**4504 JOE SANCHEZ ROAD**
**PLANT CITY, FL 33565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1344 3**

Priority creditor's name and mailing address

**Tyler Cordero**
**17871 SHADY VIEW DRIVE #601**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1344 4**

Priority creditor's name and mailing address

**Tyler edmiston**
**6255 VEEMAC AVE.**
**LA MESA, CA 91942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1344 5**

Priority creditor's name and mailing address

**Tyler Ferrell**
**892 OAK LEAF CT.**
**ALTAMONTE SPRINGS, FL 32118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1344 6**

Priority creditor's name and mailing address

**Tyler Finona**
**10756 Cobalt Ct**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13447**

Priority creditor's name and mailing address

**Tyler Fuller**
**6875 PEACHTREE DUNWOODY RD.**
**214**
**SANDY SPRINGS, GA 30328**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13448**

Priority creditor's name and mailing address

**Tyler Gallatin**
**9450 POINCIANA PLACE**
**202**
**DAVIE, FL 33324**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13449**

Priority creditor's name and mailing address

**Tyler Gengler**
**2565 E MORGAN COURT**
**GILBERT, AZ 85295**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.13450**

Priority creditor's name and mailing address

**Tyler Goldman**
**3704 141ST AVE N.**
**LARGO, FL 33771**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1345 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Gomez**
**1643 ZENOBIA ST**
**DENVER, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1345 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Gordon**
**201 S. KOLB RD.**
**245F**
**TUCSON, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1345 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Guzman**
**1374 HAMPTON DR**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1345 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Hays**
**13295 PEACOCK DRIVE**
**LONE TREE, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1345 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1345 5**

Priority creditor's name and mailing address

**Tyler Hersperger**
**11032 CLAUDE COURT**
**NORTHGLENN, CO 80233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1345 6**

Priority creditor's name and mailing address

**Tyler Hollingsworth**
**137 BUFFETT KEY**
**BOYNTON BEACH, FL 33426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1345 7**

Priority creditor's name and mailing address

**Tyler Hull**
**3301 Hazel Pl.**
**Westminster, CO 80031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1345 8**

Priority creditor's name and mailing address

**Tyler Hunsucker**
**1620 BARRUS AVE**
**PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.13459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tyler Johnson**
**4031 W TOBIRA DR**
**TUCSON, AZ 85741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tyler Kelly**
**11223 ENSBROOK**
**HOUSTON, TX 77099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tyler Kimbell**
**891 S PARADISE DR**
**GILBERT, AZ 85233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Tyler Laborde**
**6102 WALBRIDGE ST**
**ORLANDO, FL 32819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1346 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Lastarria**
**931 Macon Street**
**AURORA, CO 80010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1346 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler LeBow**
**28220 MATADOR PLACE**
**SANTA CLARITA, CA 91390**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1346 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Lopez**
**6114 HOMER COURT**
**PLEASANTON, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1346 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Maddox**
**4156 DREAM CATCHER DR**
**WOODSTOCK, GA 30189**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1346 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Tyler Maltby**
**14130 SOUTHWEST 105TH**
**AVENUE**
**#4**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1346 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Tyler Malvido**
**414 WOODEN DR.**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1346 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Tyler Matthews**
**8330 WIND WILLOW DR**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1347 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Tyler Medeiros**
**34530 COLVILLE PL**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 1 | Priority creditor's name and mailing address **Tyler Medeiros** **34530 COLVILLE PL** **FREMONT, CA 94555** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$227.93** | **$227.93** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 2 | Priority creditor's name and mailing address **Tyler Medina-Mendoza** **7504 S DEPEW ST** **LITTLETON, CO 80128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 3 | Priority creditor's name and mailing address **Tyler Prisco** **6441 Evans St** **Hollywood, FL 33024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 4 | Priority creditor's name and mailing address **Tyler Recca** **3921 N TYNDALL AVE** **#1** **TUCSON, AZ 85719** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Tyler Rhoades** **6061 N. CAMINO DONA SANTOS** **TUCSON, AZ 85741** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Tyler Rodgers** **22241 LANTANA CT** **CASTRO VALLEY, CA 94546** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Tyler Roy** **10316 111TH PLACE NORTH** **LARGO, FL 33773** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1347 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Tyler Smith** **3665 FOUNTAIN MIST DR** **APT 201** **Tampa, FL 33614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13479**

Priority creditor's name and mailing address

**Tyler Stefanik**
**10285 128TH TERRACE**
**LARGO, FL 33773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13480**

Priority creditor's name and mailing address

**Tyler Stewart**
**1456 BARCA STREET**
**CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13481**

Priority creditor's name and mailing address

**Tyler Sturges**
**4222 Larwin Ave**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13482**

Priority creditor's name and mailing address

**Tyler Wagner**
**931 Macon Street**
**Aurora, CO 80010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1348 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Weldon**
**11328 N 82ND AVE**
**PEORIA, AZ 85345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1348 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyler Whedbee**
**54 W SOUTHERN**
**MESA, AZ 85210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1348 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tylie Graves**
**14900 SE ASPEN WAY**
**CLACKAMAS, OR 97015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1348 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tylor Lyles**
**3777 WILLOW PASS RD**
**69**
**BAY POINT, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1348 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tylus WILLIAMSON-SAH**<br>**167 TALLEY DRIVE**<br>**PALM HARBOR, FL 34684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1348 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tynan Williams**<br>**1869 North Vulcan Drive**<br>**Encinitas, CA 92024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1348 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tyra Grover**<br>**14518 BENDING MAPLE DR**<br>**HOUSTON, TX 77069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1349 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Tyrece Jackson**<br>**3231 KEMPF ST**<br>**LEMON GROVE, CA 91945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1349 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyreek Collier**
**601 GWINNETT SQUARE CIRCLE**
**601**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyreese Tyler**
**2200 N TORREY PINES DR**
**1158**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyreese Wright**
**1341 MARY L**
**CLEARWATER, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyreke Lindauer**
**145 E 1ST AVE**
**DENVER, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1349 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1349 5 | Priority creditor's name and mailing address **Tyren Cosare** **NORTH FOURTH ST** **641** **SAN JOSE, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 6 | Priority creditor's name and mailing address **Tyren K.  Cosare** **NORTH FOURTH ST** **641** **SAN JOSE, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$24.67** | **$24.67** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 7 | Priority creditor's name and mailing address **Tyrese Benton** **1010 CROSBY ST** **LEESBURG, FL 34748** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 8 | Priority creditor's name and mailing address **Tyrik Gordon** **456 WINNERS CIRCLE** **LADY LAKE, FL 32159** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.1349<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyriq McCorvey**
**31 HEMLOCK TRACE**
**OCALA, FL 34472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1350<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$52.70** | **$52.70** |
|---|---|---|---|---|

**Tyriq McCorvey**
**31 HEMLOCK TRACE**
**OCALA, FL 34472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1350<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyriq Taylor**
**1500 DILPOMAT LANE NW**
**D**
**KENNESAW, GA 30144**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1350<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tyron Hanna**
**1300 CRESTWOOD COURT**
**SOUTH**
**1316**
**WEST PALM BEACH, FL 33311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1350 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1350 3 | Priority creditor's name and mailing address<br>**Tyrone Bulls**<br>**1045 Putnam Dr**<br>**Sarasota, FL 34234** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1350 4 | Priority creditor's name and mailing address<br>**Tyrone Edwards**<br>**4645 Holly Lake Drive**<br>**Lake Worth, FL 33463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1350 5 | Priority creditor's name and mailing address<br>**Tyrone Johnson jr**<br>**665 ASHFORD OAKS DR 102**<br>**ALTAMONTE SPRINGS, FL 32174** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1350 6 | Priority creditor's name and mailing address<br>**Tyrone Smith**<br>**1405 35 ST**<br>**ORLANDO, FL 32839** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13507**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tyronesha moncrease**<br>**1480 EAST MARSHALL BLVD**<br>**13**<br>**SAN BERNARDINO, CA 92404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13508**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tyrus Lattimore**<br>**1 Need update Address**<br>**Kissimmee, FL 34747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13509**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Tytiana hinks**<br>**1453 4TH AVE**<br>**419**<br>**SAN DIEGO, CA 92101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13510**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Ulises elizondo**<br>**1201 NW THORNTON PKWY #176**<br>**THORNTON, CO 80260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**2.1351**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ulises Ramirez** | Check all that apply. | | |
| **17703 KINGSRUN PL** | ☐ Contingent | | |
| **ROWLAND HEIGHTS, CA 91748** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1351**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ulises Viera** | Check all that apply. | | |
| **11550 WESTWOOD BLVD** | ☐ Contingent | | |
| **1226** | ☐ Unliquidated | | |
| **ORLANDO, FL 32821** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1351**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ulysses Baqai** | Check all that apply. | | |
| **19224 Sw 60th Ct** | ☐ Contingent | | |
| **Southwest Ranches, FL 33332** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.1351**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Ulysses Hernandez** | Check all that apply. | | |
| **561 MOZART CT** | ☐ Contingent | | |
| **SUNNYVALE, CA 94087** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1351 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Ulysses Mcclendon**
**1572 HARDEE ST**
**1C**
**ATLANTA, GA 30307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1351 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Ulysses Oso**
**727 SOUTHVIEW RD**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1351 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Ulysses Ramirez**
**3226 W 134TH PL**
**HAWTHORNE, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1351 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**UNION COUNTY TAX**
**ADMINISTRATOR**
**P.O. BOX 60**
**MORGANFIELD, KY 00042-4370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13519**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|
| **UNITED STATES TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>**CINCINNATI, OH 45999-0009** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.13520**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|
| **UNITED STATES TREASURY**<br>**PO BOX 219236**<br>**KANSAS CITY, MO 64121** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.13521**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,602.11** | **$0.00** |
|---|---|---|---|
| **UNITED STATES TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>**CINCINNATI**<br>**OH, 45999-0009** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.13522**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Uri Shakked**<br>**12483 CARMEL POINTE**<br>**SAN DIEGO, CA 92130** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1352 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Uriel Ayala**
**4277 50th Stree**
**#202**
**San Diego, CA 92115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1352 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Uriel Herrera**
**40777 Max Dr**
**Apt# 3**
**Fremont, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1352 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Uriel Macias**
**551 DISCOVERY LANE**
**134**
**BREA, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1352 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Usepe Carrasco**
**5634 Danny Ave.**
**Cypress, CA 90630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13527**

Priority creditor's name and mailing address
**UTAH STATE TAX COMMISSION**
**210 NORTH 1950 WEST**
**SALT LAKE CITY, UT 08413-4600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13528**

Priority creditor's name and mailing address
**UTAH STATE TREASURER**
**350 N STATE ST  STE 180**
**UNCLAIMED PROPERTY DIVISION**
**SALT LAKE CITY, UT 84114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13529**

Priority creditor's name and mailing address
**Uzziah Brown**
**3343 NW 4TH ST LOT 29**
**OCALA, FL 34475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13530**

Priority creditor's name and mailing address
**Vadsariya DILSADBAI**
**8614 SUNNY GALLOP DR**
**TOMBALL, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1353 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Val Windter**
**5237 FLEMING LN**
**NAPLES, FL 34113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Valarie Worthy**
**708 CREEKSIDE DR NW**
**KENNESAW, GA 30144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Valdemar Zendejas**
**1739 Arlene Way**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Valencia Graves**
**706 HOLLY AVENUE**
**OXNARD, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1353 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Valens Paulinyce**
**173 Compass Rose Drive**
**Groveland, FL 34736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Valentin Hernandez Ponce**
**922 Grand Plains Dr.**
**Houston, TX 77090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Valentin Refugio**
**3411 Drew St.**
**Apt. 3**
**Los Angeles, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Valentina Pascual**
**7302 Mesa College Drive**
**Apt 7**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1353 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Valentina Rodriguez** **4103 24TH ST W** **12** **BRADENTON, FL 34231** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1354 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$496.86** | **$496.86** |
|---|---|---|---|---|
| | **Valentina Rodriguez** **4103 24TH ST W** **12** **BRADENTON, FL 34231** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1354 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Valentine Matthew** **21503 Perrington CT** **Katy, TX 77450** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1354 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Valera Sneed** **12629 MUSTANG DRIVE** **POWAY, CA 92064** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1354 3**

Priority creditor's name and mailing address

**Valeria Antezana Garnica**
**6200 Raleigh St**
**429**
**Orlando, FL 32835**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1354 4**

Priority creditor's name and mailing address

**Valeria Arrata**
**2701 N Rainbow**
**apt.1117**
**Las Vegas, NV 89108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1354 5**

Priority creditor's name and mailing address

**Valeria Bautista**
**25927 Via Pera**
**Mission Viejo, CA 92691**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1354 6**

Priority creditor's name and mailing address

**Valeria Becerra Angulo**
**2117 EL SERENO AVE**
**ARCADIA, CA 91007**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1354 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Valeria Corona**
**7256 E. Mckinley St.**
**Scottsdale, AZ 85257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1354 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Valeria Galeano**
**4501 Oak Haven Dr**
**Apt 105**
**Orlando, FL 32839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1354 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Valeria Gutierrez**
**26356 VINTAGE WOODS RD**
**APT. 21C**
**LAKE FOREST, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1355 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Valeria Lozano**
**4707 Mascot Street**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1355
1**

Priority creditor's name and mailing address

**Valeria reynoso
3887 E INDIANAPOLIS
FRESNO, CA 93726**

| | | | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1355
2**

Priority creditor's name and mailing address

**Valeria Rivas Torres
234 AFTON SQ
106
ALTAMONTE SPRINGS, FL 32714**

| | | | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1355
3**

Priority creditor's name and mailing address

**Valerie Acosta
2414 SULLIVAN
2414
IRVINE, CA 92614**

| | | | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1355
4**

Priority creditor's name and mailing address

**Valerie Aguirre
125 Weisenberger
#16
Houston, TX 77022**

| | | | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1355 5**

Priority creditor's name and mailing address

**Valerie Castro**
**1361 EL CAMINO REAL**
**308**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1355 6**

Priority creditor's name and mailing address

**Valerie Cruz**
**227 HOLIDAY WAY**
**OCEANSIDE, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1355 7**

Priority creditor's name and mailing address

**Valerie Zimmerman**
**3483 Woodshade Drive**
**Loganville, GA 30052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1355 8**

Priority creditor's name and mailing address

**Van Nguyen**
**2601 Nuestra Castillo Ct**
**#3108**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1355 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Van Stewart**
**3416 E Jean street**
**Tampa, FL 33610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1356 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Vance Gilders**
**13425 MISTLETOE AVE**
**CHINO, CA 91710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1356 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.25 | $137.25 |
|---|---|---|---|---|

**Vance L.  Whitmore**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1356 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Vanesa Huinac**
**171 S Burlington Ave**
**Los Angeles, CA 90057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1356 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

2.1356
3

Priority creditor's name and mailing address

**Vanesa Sheffield**
**2617 E CAYUGA ST**
**TAMPA, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1356
4

Priority creditor's name and mailing address

**Vanesa Velarde**
**861 Woodlawn Ave**
**#d**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1356
5

Priority creditor's name and mailing address

**Vanessa Chavez**
**200 EAST COMMONWEALTH AVE**
**E**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1356
6

Priority creditor's name and mailing address

**Vanessa Cruz**
**2139 RIVERTREE CIRCLE**
**104**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1356 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Vanessa Escalera**
**2775 W BALL RD**
**APT 229**
**ANAHEIM, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1356 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vanessa espana**
**15557 RAYMOND AVE**
**FONTANA, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1356 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vanessa fox**
**12899 CENTRAL AVE. S.E.**
**B**
**ALBUQUERQUE, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1357 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vanessa Galvan Razo**
**6032 S 47TH ST**
**PHOENIX, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1357 1**

Priority creditor's name and mailing address

**Vanessa Garcia**
**1335 SW 173RD WAY**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1357 2**

Priority creditor's name and mailing address

**Vanessa Garcia Perez**
**17633 N 17 AVE**
**PHOENIX, AZ 85025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1357 3**

Priority creditor's name and mailing address

**Vanessa Germaine**
**19713 E NAVARRO PLACE**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1357 4**

Priority creditor's name and mailing address

**Vanessa Gil**
**3137 Bernadette Ln**
**Sarasota, FL 34234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1357 5**

Priority creditor's name and mailing address

**Vanessa Hernandez**
**5541 FERNWOOD DR**
**NEWARK, CA 94560**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.1357 6**

Priority creditor's name and mailing address

**VANESSA HERNANDEZ**
**2025 W TURNEY AVE**
**13**
**PHOENIX, AZ 85015**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.1357 7**

Priority creditor's name and mailing address

**Vanessa Herrera**
**4707 E McDowell Rd**
**2141**
**Phoenix, AZ 85008**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

**2.1357 8**

Priority creditor's name and mailing address

**Vanessa Hildago-nichols**
**8803 Circle Dr.**
**Westminster, CO 80031**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

Unknown          $0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.13579**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Ibarra**<br>**5410 Almont St.**<br>**Los Angeles, CA 90032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.13580**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Lizarraga**<br>**508 Tamarack Court**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.13581**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Lopez**<br>**1301 E Ventura Blvd**<br>**Oxnard, CA 93036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.13582**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Lozano**<br>**3015 DUNLIN LAKE WAY**<br>**LAWRENCEVILLE, GA 30044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1358 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Vanessa Macias**
**2441 DAPHNE PL**
**FULLERTON, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1358 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Vanessa Monrreal**
**402 BASETDALE AVE**
**LA PUENTE, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1358 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.12** | **$25.12** |
|---|---|---|---|

**Vanessa Monrreal**
**402 BASETDALE AVE**
**LA PUENTE, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1358 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Vanessa Montoya**
**286 W VIRGINIA ST**
**SAN JOSE, CA 95110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1358 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Vanessa Munoz** **37263 Ascella Lane** **Murrieta, CA 92563** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1358 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.27** | **$525.27** |
|---|---|---|---|---|

| | **Vanessa Munoz** **37263 Ascella Lane** **Murrieta, CA 92563** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1358 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **VANESSA NGUYEN** **25635 MOUNTAIN SPRINGS STREET** **MENIFEE, CA 92584** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.1359 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Vanessa Nguyen** **25248 BELMONT AVE** **HAYWARD, CA 94542** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.1359**
**1**

Priority creditor's name and mailing address

**VANESSA NGUYEN**
**25635 MOUNTAIN SPRINGS STREET**
**MENIFEE, CA 92584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9.60** **$9.60**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1359**
**2**

Priority creditor's name and mailing address

**Vanessa Quintanilla**
**3007 E Cecelia St**
**West Covina, CA 91792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1359**
**3**

Priority creditor's name and mailing address

**Vanessa Ramirez**
**420 SMILAX RD**
**122**
**SAN MARCOS, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1359**
**4**

Priority creditor's name and mailing address

**Vanessa Reyes**
**3173 Bancroft Dr Spc 7**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1359 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Robinson** | *Check all that apply.* | | |
| **81955 Hoover Ave** | ☐ Contingent | | |
| **APT 62** | ☐ Unliquidated | | |
| **Indio, CA 92201** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1359 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Sainz** | *Check all that apply.* | | |
| **2107 El Paseo Apt. B** | ☐ Contingent | | |
| **Alhambra, CA 91803** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1359 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Segura-lara** | *Check all that apply.* | | |
| **1298 Tripp Ave** | ☐ Contingent | | |
| **#16** | ☐ Unliquidated | | |
| **San Jose, CA 95116** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1359 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Vanessa Tiznado** | *Check all that apply.* | | |
| **12444 YORBA AVE** | ☐ Contingent | | |
| **CHINO, CA 91710** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.13599**

Priority creditor's name and mailing address

**Vanessa Tredo**
**3170 WILLOW TREE LANE**
**ESCONDIDO, CA 92027**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.13600**

Priority creditor's name and mailing address

**Vanessa Vega**
**37712 LUPINE STREET**
**PALMDALE, CA 93552**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.13601**

Priority creditor's name and mailing address

**Vanessa Ventura Rodriguez**
**39790 PINEDALE WAY**
**MURRIETA, CA 92562**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.13602**

Priority creditor's name and mailing address

**Vanoy Cannon**
**3734 S PANTANO RD**
**TUCSON, AZ 85730**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1360<br>3 | Priority creditor's name and mailing address<br>**VAUGHN A. LYDAY**<br>**16162 AVENIDA VENUSTO**<br>**#3**<br>**SAN DIEGO, CA 92128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116.85 | $116.85 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1360<br>4 | Priority creditor's name and mailing address<br>**Vaughn Lyday**<br>**16162 AVENIDA VENUSTO**<br>**#3**<br>**SAN DIEGO, CA 92128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1360<br>5 | Priority creditor's name and mailing address<br>**Veda Birch**<br>**4206 SHIELDS PLACE**<br>**SAN DIEGO, CA 92124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1360<br>6 | Priority creditor's name and mailing address<br>**Veleah Dooley**<br>**4725 SW 139TH AVE**<br>**#4**<br>**BEAVERTON, OR 97005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1360 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Velencia Harrison** **1708 LEAFHOPPER LN** **CONROE, TX 77301** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1360 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 $0.00 |
| | **VENTURA COUNTY TAX COLLECTOR SECURED PO BOX 51179 LOS ANGELES, CA 90051-5479** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1360 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Ventura Mejia** **600 S FORD AVE** **A** **FULLERTON, CA 92832** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1361 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| | **Vera Medina** **19320 Beachard ave** **Cerritos, CA 90703** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1361**
**1**

Priority creditor's name and mailing address

**Verlina PASCO**
**8832 WESTMORE ROAD**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1361**
**2**

Priority creditor's name and mailing address

**Verna Small**
**6730 N 23RD**
**2**
**PHOENIX, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1361**
**3**

Priority creditor's name and mailing address

**Verniece Roberts**
**16315 Se 92 Ave**
**Summerfield, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1361**
**4**

Priority creditor's name and mailing address

**Veronica Alemu**
**225 San Vicente Blvd**
**Santa Monica, CA 90402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1361 5**

Priority creditor's name and mailing address

**Veronica Arambula**
**4167 Loninie St.**
**Oceanside, CA 92056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1361 6**

Priority creditor's name and mailing address

**Veronica Arauz**
**7838 Gaston Dr.**
**San Diego, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1361 7**

Priority creditor's name and mailing address

**Veronica Banuelos**
**314 N. Louis St**
**Los Angeles, CA 90033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1361 8**

Priority creditor's name and mailing address

**Veronica Caberos**
**765 BARNES MILL TRACE**
**MARIETTA, GA 30062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.13619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Veronica Castro- Vargas** **375 CONESTOGA WAY** **2724** **HENDERSON, NV 89002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Veronica Duarte** **7381 Dale Court** **Westminster, CO 80030** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Veronica Escobar** **4901 SAN MATEO LN. NE** **5** **ALBUQUERQUE, NM 87109** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Veronica Gamboa** **1600 West Maple Avenue** **Apt 18** **Orange, CA 92868** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1362 3**

Priority creditor's name and mailing address

**Veronica Garcia**
**17111 ALTADENA DR**
**#C**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1362 4**

Priority creditor's name and mailing address

**Veronica Gonzalez**
**10476 S. VERMONT AVE.**
**LOS ANGELES, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1362 5**

Priority creditor's name and mailing address

**Veronica Grosso**
**Aspen Meadows Dr**
**Henderson, NV 89014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1362 6**

Priority creditor's name and mailing address

**Veronica Hernandez**
**1528 ALUM ROCK AVE**
**B**
**SAN JOSE, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13627**

Priority creditor's name and mailing address

**Veronica lopez de la cruz**
**14626 BLYTHE ST**
**5**
**PANORAMA, CA 91402**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.13628**

Priority creditor's name and mailing address

**Veronica Lucero**
**339 GROVE ST.**
**2**
**ALBUQUERQUE, NM 87108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.13629**

Priority creditor's name and mailing address

**Veronica Martinez de Pinillos**
**4862 BROOKBURN DRIVE**
**SAN DIEGO, CA 92130**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

**2.13630**

Priority creditor's name and mailing address

**Veronica Martinez Solis**
**1740 W. NEIGHBORS**
**#1**
**ANAHEIM, CA 92801**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1363 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Veronica Moreno**<br>**1494 Oro Vista Road**<br>**Apt 76**<br>**San Diego, CA 92154** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1363 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$130.55** | **$130.55** |
|---|---|---|---|---|
| | **Veronica Moreno**<br>**1494 Oro Vista Road**<br>**Apt 76**<br>**San Diego, CA 92154** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1363 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Veronica Ocampo**<br>**9425 San Francisco St.**<br>**Spring Valley, CA 91977** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1363 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Veronica Ortega**<br>**202 N Conrad Ave**<br>**Sarasota, FL 34237** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1363 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Veronica Pappenfus**
**10920 HIJOS WAY**
**SAN DIEGO, CA 92124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1363 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Veronica Reyes**
**3216 Annrae Street**
**San Diego, CA 92123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1363 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**VERONICA RUZO**
**3300 RODRICK CIR**
**3300**
**ORLANDO, FL 32824**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1363 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Veronica Sandez**
**554 STORK ST**
**#206**
**SAN DIEGO, CA 92114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1363 9**

Priority creditor's name and mailing address

**Veronica Torres**
**24938 Walnut St.**
**#4**
**Newhall, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1364 0**

Priority creditor's name and mailing address

**Veronica Torres**
**319 W Valencia Dr**
**Apt C**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1364 1**

Priority creditor's name and mailing address

**Vertrice Henderson**
**3731 LOWRY CT**
**3731**
**TAMPA, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1364 2**

Priority creditor's name and mailing address

**Vianette blancas**
**1580 MENDOCINO DR**
**UNIT 70**
**CHULA VISTA, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1364 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vianey Guevara**
**3175 WING ST**
**#9**
**SAN DIEGO, CA 92110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1364 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Viara Henry**
**12927 KORNBLUM AVE**
**#G**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1364 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vicente cabrera**
**603 JOHANNA AVE**
**SUNNYVALE, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1364 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vicente Fuentes Salazar**
**2904 NE 136TH AVE**
**VANCOUVER, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13647**

Priority creditor's name and mailing address

**Vicente Holguin**
**7935 LAYTON ST.**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13648**

Priority creditor's name and mailing address

**Vicente Lopez**
**954 HENDERSON AVE SPACE 13**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13649**

Priority creditor's name and mailing address

**Vicente Vega**
**12756 Ascort Dr**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13650**

Priority creditor's name and mailing address

**Vicki Mora-Gutierrez**
**3661 PEACOCK CT**
**16**
**SANTA CLARA, CA 95051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1365**
**1**

Priority creditor's name and mailing address

**Vicky Nguyen**
**18728 AMBROSE LANE**
**HUNTINGTON BEACH, CA 92648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1365**
**2**

Priority creditor's name and mailing address

**Victor A.  Gomez**
**81334 Thistle Way**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$149.26**   **$149.26**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1365**
**3**

Priority creditor's name and mailing address

**Victor Alcazar**
**5728 CHESTNUT AVENUE**
**LONG BEACH, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1365**
**4**

Priority creditor's name and mailing address

**Victor Alonso**
**12467 Central Ave**
**Chino, CA 91710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1365 5**

Priority creditor's name and mailing address

**Victor Alverto Navarro Ruiz**
**2950 GRENGUAY**
**164**
**PHOENIX A-Z, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1365 6**

Priority creditor's name and mailing address

**Victor Arreola**
**2806fairmount Av**
**#10**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1365 7**

Priority creditor's name and mailing address

**Victor Barajas**
**500 S JEFFERSON AVE**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1365 8**

Priority creditor's name and mailing address

**Victor Batista**
**8102 SHELDON RD**
**TAMPA, FL 33615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.13659**

Priority creditor's name and mailing address

**Victor Cabrera**
**150 W HILL AVE**
**125**
**FULLERTON, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13660**

Priority creditor's name and mailing address

**Victor Camacho**
**80-000 Ave 48**
**#201**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13661**

Priority creditor's name and mailing address

**Victor Castro**
**10261 West Lehigh ave**
**Lakewood, CO 80235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13662**

Priority creditor's name and mailing address

**Victor Centeno Flores**
**2050 Ne Barberry Dr**
**#16**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1366 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victor Diaz**
**1523 W DAKOTA AVE**
**FRESNO, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1366 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victor Dominguez**
**3675 CAMBRIDGE ST**
**118**
**LAS VEGAS, NV 89169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1366 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victor Fabian**
**15218 SUMMIT AVE**
**STE 300-120**
**FONTANA, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1366 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victor Fuentes Galindo**
**1274 WINDSOR DR.**
**SAN BERNARDINO, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**2.13667**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Victor Garcia**
**2700 E VALLEY PKWY**
**SP309**
**ESCONDIDO, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13668**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Victor Gaytan**
**7831 BELLE PARK**
**HOUSTON, TX 77072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13669**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Victor Gomez**
**81334 Thistle Way**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13670**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|

**Victor Guzman**
**2406 RAMONA DRIVE**
**SANTA ANA, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1367**
**1**

Priority creditor's name and mailing address

**Victor Jacinto**
**15811 PASADENA AVE.**
**69**
**TUSTIN, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1367**
**2**

Priority creditor's name and mailing address

**Victor Jaramillo**
**4706 W CAMBRIDGE AVE**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1367**
**3**

Priority creditor's name and mailing address

**Victor Jardon**
**1730 GARDEN DR**
**SAN BERNARDINO, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1367**
**4**

Priority creditor's name and mailing address

**Victor Lozano**
**7007 TRAIL VALLEY WAY**
**HOUSTON, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1367 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Victor Lugo Sierra** **3609 W SAVANNA** **213** **ANAHEIM, CA 92804** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1367 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.69** | **$62.69** |
|---|---|---|---|---|
| | **VICTOR LUGO SIERRA** **3609 W SAVANNA** **213** **ANAHEIM, CA 92804** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1367 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.92** | **$5.92** |
|---|---|---|---|---|
| | **Victor M.  Jardon** **1730 GARDEN DR** **SAN BERNARDINO, CA 92404** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1367 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Victor Maldonado** **317 W MAUDE AVE** **SUNNYVALE, CA 94085** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13679**

Priority creditor's name and mailing address

**Victor Manuel Cabrera Lopez**
**1267 W MCKINLEY AVE**
**#1**
**SUNNYVALE, CA 94086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13680**

Priority creditor's name and mailing address

**Victor Martinez**
**52130 Ave Villa**
**La Quinta, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13681**

Priority creditor's name and mailing address

**Victor Martinez**
**215 S VAN BUREN ST**
**PLACENTIA, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13682**

Priority creditor's name and mailing address

**Victor Mendoza**
**9812 REAGAN RD**
**211**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1368 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Merino-cruz**
**15847 Saticoy St**
**Apt 1**
**Van Nuys, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1368 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Miller**
**698 EAST DUANE AVEUNE**
**SUNNYVALE, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1368 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Montano**
**450 E 4th**
**Apt 433**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1368 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Morales**
**634 Romulo St**
**Los Angeles, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.13687**

Priority creditor's name and mailing address

**victor ortega**
**2031 HARLEY AVE**
**SARASOTA, FL 34235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13688**

Priority creditor's name and mailing address

**Victor Phan**
**8411 NEVA AVE**
**SAN DIEGO, CA 92123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13689**

Priority creditor's name and mailing address

**Victor Pryor**
**510 WEST 4TH PLAIN BLVD**
**VANCOUVER, WA 98660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13690**

Priority creditor's name and mailing address

**Victor Puentes**
**4572 EAST UNIVERSITY**
**A**
**FRESNO, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1369 1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Rodriguez** | Check all that apply. | | |
| **2850 S Federal Blvd** | ☐ Contingent | | |
| **#303** | ☐ Unliquidated | | |
| **Denver, CO 80236** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1369 2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Romero** | Check all that apply. | | |
| **6010 B N Himes Ave** | ☐ Contingent | | |
| **Tampa, FL 33614** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1369 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Ruiz** | Check all that apply. | | |
| **11306 SHARPVIEW** | ☐ Contingent | | |
| **HOUSTON, TX 77072** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1369 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Salas** | Check all that apply. | | |
| **230 W TRUSLOW AVE** | ☐ Contingent | | |
| **FULLERTON, CA 92832** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1369 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor sanchez**
**7861 1ST STREET #1**
**#1**
**STANTON, CA 90680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1369 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Solis**
**895 WYMORE ROAD**
**961**
**ALTAMONTE SPRINGS, FL 32714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1369 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Soto**
**6439 OLEA LN.**
**301**
**CARLSBAD, CA 92011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1369 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Victor Soto Jr.**
**6439 OLEA LANE**
**UNIT 301**
**CARLSBAD, CA 92011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                              |                        |                  |

---

**2.13699**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Valdivia**<br>**5154 LAVAL DR**<br>**ORLANDO, FL 32809** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13700**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Valencia**<br>**38923 2ND ST E**<br>**PALMDALE, CA 93550** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13701**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.65 | $50.65 |
|---|---|---|---|
| **Victor Valencia**<br>**38923 2ND ST E**<br>**PALMDALE, CA 93550** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13702**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Victor Vega**<br>**231 Sun Court South**<br>**Tampa, FL 33613** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1370 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victor Villasenor**
**5344 BOTANICAL AVE**
**LAS VEGAS, NV 89110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victor Zepeda**
**3458 SASSAFRAS DR**
**SAN JOSE, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Arguello Solorzano**
**19016 N 7th Dr**
**Phoenix, AZ 85027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Bortolin**
**5195 SW MENLO DRIVE**
**BEAVERTON, OR 97005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1370 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victoria Bradford**
**14888 SE 84TH TER**
**SUMMERFIELD, FL 34491**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victoria Bruschi**
**3296 Jamber Dr**
**Ocoee, FL 34761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victoria Cianci**
**11461 SE CASCADE VIEW CT**
**HAPPY VALLEY, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1371 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victoria Cook**
**16841 GOLD STAR CT.**
**CLERMONT, FL 34714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1371 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Victoria Diaz**
**4569 CLAIREMONT DR**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1371 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Victoria Doederlein**
**17755 ROSEDOWN PLACE**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1371 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Victoria Florez Hernandez**
**1010 SKIPJACK LN**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1371 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |

**Victoria Garcia**
**31600 HAPPY VALLEY DR.**
**DESERT HOT SPRINGS, CA 92241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1371 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Hendricks**
**7115 68TH DRIVE EAST**
**BRADENTON, FL 34203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1371 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Heredia**
**3481 Kearny Villa Lane**
**San Diego, CA 92123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1371 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Hernandez**
**12124 ST. ANDREWS PL**
**108**
**MIRAMAR, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1371 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Kirschnick**
**2048 S MACON WAY**
**AURORA, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1371 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Lerma**
**45084 PASEO SERENO**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1372 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Magaleas**
**2501 SAGE DR**
**KISSIMMEE, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1372 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Morgan**
**4121 KINGSHIP DR**
**ELLENWOOD, GA 30294**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1372 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Nowak**
**2055 BARRETT LAKES BLVD**
**714**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1372 3**

Priority creditor's name and mailing address

**Victoria Ortiz**
**1410 Sheryl Lane**
**National City, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1372 4**

Priority creditor's name and mailing address

**Victoria Reynoso**
**8272 AVENIDA VEJAR**
**RANCHO CUCAMONGA, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1372 5**

Priority creditor's name and mailing address

**Victoria Rodriguez**
**121 N ALDERWOOD ST**
**WINTER SPRINGS, FL 32708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1372 6**

Priority creditor's name and mailing address

**Victoria Shippley**
**7025 ZENOBIA ST.**
**WESTMINSTER, CO 80030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1372 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Victoria Solimine** <br>**2953 Laning Road** <br>**San Diego, CA 92106** | ☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br>☐ Yes | | |

---

**2.1372 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Victoria Talavera** <br>**2296 Millwood Ct** <br>**Duluth, GA 30096** | ☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br>☐ Yes | | |

---

**2.1372 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Victoria TUKUFU** <br>**875 PASTEL DR SW** <br>**MARIETTA, GA 30008** | ☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br>☐ Yes | | |

---

**2.1373 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Victoria Ulmos** <br>**13564 NW 7TH ST.** <br>**PEMBROKE PINES, FL 33029** | ☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No <br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1373 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Veronesi**
**4310 Fincastte Court**
**Tampa, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1373 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Villanueva**
**213 Downrigger Way**
**Sarasota, FL 34237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1373 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victorino Virgen**
**5815 W. Vista Ave.**
**Glendale, AZ 85301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1373 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vijaya Bathula**
**214 Compass**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1373 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Viktoria Cecena**
**2905 LITTLE LANE**
**LEMON GROVE, CA 91945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1373 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vimari Aponte**
**15601 N. 19th Ave**
**Lot 89**
**Phoenix, AZ 85023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1373 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vince Cabahug**
**141 Riverside Pl**
**Bay Point, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1373 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.05** | **$10.05** |
|---|---|---|---|---|

**Vince S.  Cabahug**
**141 Riverside Pl**
**Bay Point, CA 94565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13739**

Priority creditor's name and mailing address

**Vincent Briones**
**3124 LINDELL RD**
**LAS VEGAS, NV 89146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13740**

Priority creditor's name and mailing address

**Vincent Cavazos**
**1415 N Apple St**
**Immokalee, FL 34142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13741**

Priority creditor's name and mailing address

**Vincent concepcion jr**
**311 3/4 W 33RD STREET**
**311**
**LOS ANGELES, CA 90007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13742**

Priority creditor's name and mailing address

**Vincent DeMar**
**137 MIKAELA RD**
**CORRALES, NM 87048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|

Name

---

**2.1374 3**

Priority creditor's name and mailing address

**Vincent Enriquez**
**1420 E BASSETT WAY**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1374 4**

Priority creditor's name and mailing address

**Vincent Ford**
**6620 Estrella Ave**
**#1**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1374 5**

Priority creditor's name and mailing address

**Vincent Guerrero**
**10926 NEW SALEM CIRCLE**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1374 6**

Priority creditor's name and mailing address

**Vincent Hernandez**
**3961 EAST DOUGLAS LOOP**
**GILBERT, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13747**

Priority creditor's name and mailing address

**Vincent Ingrassia**
**12899 HARWICKLANE**
**SAN DIEGO, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13748**

Priority creditor's name and mailing address

**VINCENT J. RENGHINI**
**931 MOSSBRIDGE**
**CONCORD, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.75**    **$23.75**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13749**

Priority creditor's name and mailing address

**vincent ly**
**5147 MANXWOOD PL**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13750**

Priority creditor's name and mailing address

**Vincent Marcelli**
**10912 ZAFIRO STREET**
**ALBUQUERQUE, NM 87114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1375 1 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Vincent McGrew** **4087 MT. BROSS AVENUE** **SAN DIEGO, CA 92111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1375 2 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Vincent Mitchell** **156 NE 19TH AVE** **BOYNTON BEACH, FL 33435** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1375 3 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Vincent Nguyen** **5580 NW 127TH TERRACE** **PORTLAND, OR 97229** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1375 4 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Vincent Renghini** **931 MOSSBRIDGE** **CONCORD, CA 94523** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1375 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Rodgers**
**16001 Midlawn Pl**
**Tampa, FL 33624**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1375 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Romero**
**2562 S. WESTGATE AVENUE**
**LOS ANGELES, CA 90064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1375 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Sokhon**
**20 THUNDER HOLLOW PLC**
**THE WOODLANDS, TX 77381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1375 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Tellez**
**8430 DALLAS ST**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.13759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Tran**
**18192 HARTLUND LN**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Trejo**
**LEXINGTON ST**
**115**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent Williams**
**1651 JOSE LANE**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Viola Salazar**
**5901 S. Nixon Ct.**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1376 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.67 | $24.67 |
|---|---|---|---|---|
| | **VIOLET A. ROMAN** **4674 ALAMEDA DR.** **FREMONT, CA 94536** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1376 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Violet Parker** **17627 POMERADO RD** **35** **SAN DIEGO, CA 92128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1376 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Violet Roman** **4674 ALAMEDA DR.** **FREMONT, CA 94536** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1376 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Violeta Carranza** **7492 North Ave** **Lemon Grove, CA 91945** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1376<br>7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Violeta Guadalupe Aguilar Hernandez**
**3819 EAST AVE APT 60**
**60**
**LIVERMORE, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1376<br>8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virgina Villa**
**7421 4th st nw**
**Trailer 39**
**Los Ranchos, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1376<br>9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**VIRGINIA DPARTMENT OF TAXATION**
**P.O. BOX 27264**
**RICHMOND, VA 23261-7264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1377<br>0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virginia Hernandez**
**P.o. Box 3011**
**1505 Michigan Ave**
**Alviso, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1377 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virginia Hozian**
**1043 E AMBERWOOD DRIVE**
**PHOENIX, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1377 2 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virginia Hunter**
**3160 S MOBILE WAY**
**AURORA, CO 80013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1377 3 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virginia Lopez**
**52389 Tripoli Way**
**Coachella, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1377 4 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Virginia Magana**
**8100parkplaza**
**Apt151**
**Stanton, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1377 5**

Priority creditor's name and mailing address

**Virginia Salas**
**24725 PENNSYLVANIA AVE**
**A12**
**LOMITA, CA 90717**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1377 6**

Priority creditor's name and mailing address

**Virginia Salas**
**24725 PENNSYLVANIA AVE**
**A12**
**LOMITA, CA 90717**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$164.19**     **$164.19**

---

**2.1377 7**

Priority creditor's name and mailing address

**Viridiana Martinez Dominguez**
**836 W 10TH AVE**
**ESCONDIDO, CA 92025**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

**2.1377 8**

Priority creditor's name and mailing address

**Vivek Mavinahally**
**17730 SAN JOSE ST**
**GRANADA HILLS, CA 91344**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1377 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivian Antenucci**
**11000 62ND AVE N**
**109A**
**SEMINOLE, FL 33772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1378 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivian Bradford**
**11 SILVER RUN**
**OCALA, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1378 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivian Huang**
**13777 SW 32ND ST**
**MIRAMAR, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1378 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivian Ninh**
**4963 S ROSEMARY WAY**
**ONTARIO, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| **2.1378 3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivian Trejo**
**2064 Harbor View**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
☐ Contingent

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1378 4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivianna Montes**
**241 JOE PLACE**
**ESCONDIDO, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1378 5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vivien Coop**
**530 DISCOVERY LN**
**731**
**BREA, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.1378 6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$217.81** | **$217.81** |
|---|---|---|---|---|

**Vivien E.  Coop**
**530 DISCOVERY LN**
**731**
**BREA, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13787**

Priority creditor's name and mailing address

**Vladimir Escobar**
**806 S.broadway**
**Apt.5**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13788**

Priority creditor's name and mailing address

**Vladimir Horat**
**5909 TRIPHAMMER RD**
**LAKE WORTH, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13789**

Priority creditor's name and mailing address

**Vladimir Kazin**
**14305 NE 40TH CIR**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13790**

Priority creditor's name and mailing address

**Vonte Demby**
**1428 W 225 STREET**
**#4**
**TORRANCE, CA 90501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1379 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1379 1 | Priority creditor's name and mailing address **Vu Pham** 1291 Oxton Dr San Jose, CA 95121 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1379 2 | Priority creditor's name and mailing address **WAKE COUNTY REVENUE DEPARTMENT PO BOX 2719 RALEIGH, NC 27602-2719** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1379 3 | Priority creditor's name and mailing address **WAKE COUNTY REVENUE DEPARTMENT PO BOX 580084 CHARLOTTE, NC 28258-0084** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1379 4 | Priority creditor's name and mailing address **Walky Etienne** 2040 42ND ST NAPLES, FL 34116 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1379 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Walky Etienne**
**2040 42nd St**
**Naples, FL 34116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1379 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Walph Jean**
**65 Pecan Course Cir**
**Ocala, FL 34472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1379 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Walter Bozeman**
**322 Woods Landing Dr**
**Lady Lake, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1379 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Walter Foronda Gutierrez**
**50660 EISENHOWER DR**
**1624**
**LA QUINTA, CA 92253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13799**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| **Walter Harrigan** | ☐ Contingent | |
| **1600 NW 14TH CIRCLE** | ☐ Unliquidated | |
| **128** | ☐ Disputed | |
| **POMPANO BEACH, FL 33069** | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

---

**2.13800**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| **Walter Love** | ☐ Contingent | |
| **3317 CANAL STREET** | ☐ Unliquidated | |
| **FORT MYERS, FL 33916** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

---

**2.13801**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| **Walter Mejia** | ☐ Contingent | |
| **2630 W Segertrom Ave** | ☐ Unliquidated | |
| **Unit F** | ☐ Disputed | |
| **Santa Ana, CA 92704** | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

---

**2.13802**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** $0.00 |
| **Wanda Anderson** | ☐ Contingent | |
| **1223 NICHOLSON STREET** | ☐ Unliquidated | |
| **CLEARWATER, FL 33755** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| | | |
|---|---|---|
| 2.1380 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Wanda Cintron** **2212 Berry Dr** **Fort Myers, FL 33907** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

**Unknown**    **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.1380 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Wanda Gambaro** **5553 Myakka Street** **Intercession City, FL 33848** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

**Unknown**    **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.1380 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Wanda Rivera** **3065 GEORGE MASON AVE** **APT. C** **WINTERPARK, FL 32792** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

**Unknown**    **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.1380 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Wanda Santiago** **3332 WEST HEITER** **TAMPA, FL 33607** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

**Unknown**    **$0.00**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13807**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wandson Germinor**<br>**7086 Hyatt Ave**<br>**Lake Worth, FL 33462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.13808**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wandy gustave**<br>**1012 NW 7TH ST**<br>**BOYNTON BEACH, FL 33426** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.13809**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74.57** | **$74.57** |
|---|---|---|---|
| **WANDY GUSTAVE**<br>**1012 NW 7TH ST**<br>**BOYNTON BEACH, FL 33426** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.13810**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|
| **WAPAKONETA CITY INCOME TAX**<br>**P.O. BOX 269**<br>**WAPAKONETA, OH 00045-8950** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1381 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Waraporn Contact**
**707 Morrocco Dr.**
**Henderson, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1381 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Warren Boggess**
**11533 S.KIRKWOOD**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1381 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wasone McIntyre**
**3955 VINEYARD AVE**
**72**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1381 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wayne Burke**
**31841 Via Barraza**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1381 5**

Priority creditor's name and mailing address

**Weedney Marc**
**825 ALVIN AVE**
**LEHIGH ACERS, FL 33971**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1381 6**

Priority creditor's name and mailing address

**Wendy Barraza**
**544 W 9th St**
**#2**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1381 7**

Priority creditor's name and mailing address

**Wendy Benson**
**1837 S Pitkin Circle**
**Aurora, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1381 8**

Priority creditor's name and mailing address

**Wendy Echeverria**
**911 CEDAR AVE**
**LONG BEACH, CA 90813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1381 9 | Priority creditor's name and mailing address **Wendy Garcia** **5819 Fayette St** **Los Angeles, CA 90042** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1382 0 | Priority creditor's name and mailing address **Wendy Grubbs** **13313 Corte De Comares** **Rancho Bernardo, CA 92128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1382 1 | Priority creditor's name and mailing address **Wendy Gutierrez** **2003 balfour cr** **Tampa, FL 33619** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1382 2 | Priority creditor's name and mailing address **Wendy Landeros** **2608 MICHELLE COURT** **#B** **NATIONAL CITY, CA 91950** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1382 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wendy Manning** | Check all that apply. | | |
| **2615 NORTHVIEW DRIVE** | ☐ Contingent | | |
| **DECATUR, GA 30032** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1382 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wendy Massiah** | Check all that apply. | | |
| **576 Silver Course Circle** | ☐ Contingent | | |
| **Ocala, FL 34472** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1382 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wendy Medeiros** | Check all that apply. | | |
| **16867 Kingsbury St** | ☐ Contingent | | |
| **Apt 207** | ☐ Unliquidated | | |
| **Granada Hills, CA 91344** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1382 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Wendy Montano** | Check all that apply. | | |
| **4013 W. Navajo Dr.** | ☐ Contingent | | |
| **Phoenix, AZ 85051** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1382 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wendy Moran**
**1724 W Catalpa Ave**
**Apt # 121**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1382 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wendy paniagua**
**208 LAUREL RIDGE PASS**
**DAVENPORT, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1382 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wendy Perez**
**23592 WINDSONG**
**APT50G**
**ALISO VIEJO, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1383 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wendy Rodriguez**
**635 Stremma Rd**
**Largo, FL 33770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1383<br>1 | Priority creditor's name and mailing address<br>**Wendy Rosales**<br>**26322 TOWNE CENTRE DRIVE**<br>**828**<br>**FOOTHILL RANCH, CA 92610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1383<br>2 | Priority creditor's name and mailing address<br>**Wendy Valentin**<br>**4385 W. 135th St E**<br>**Hawthorne, CA 90250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1383<br>3 | Priority creditor's name and mailing address<br>**Wendy Y.  Rosales**<br>**26322 TOWNE CENTRE DRIVE**<br>**828**<br>**FOOTHILL RANCH, CA 92610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$111.84** | **$111.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1383<br>4 | Priority creditor's name and mailing address<br>**WESLEY GENEUS**<br>**91 RIVER DRIVE**<br>**NAPLES, FL 34112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1383 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Wesley Hunter** **9029 E Talking Stick Way** **Scottsdale, AZ 85250** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1383 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Wesley Little** **17432 Sw 18th St** **Miramar, FL 33029** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1383 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Wesley Murray** **1200 OAK AVE** **CARLSBAD, CA 92008** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1383 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Wesley Robles** **5324 ITHACA AVE** **#1** **LOS ANGELES, CA 90032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1383 9 | Priority creditor's name and mailing address **Wesley Sackett** **13401 SE 19th street** **Vancouver, WA 98683** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1384 0 | Priority creditor's name and mailing address **Wesley Sackett** **13401 SE 19th street** **Vancouver, WA 98683** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$32.78** | **$32.78** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1384 1 | Priority creditor's name and mailing address **Wesley Sisco** **1050 3RD STREET** **#G** **CLOVIS, CA 93612** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1384 2 | Priority creditor's name and mailing address **Wessley Peters** **12901 NE 28TH ST APT 25** **VANCOUVER, WA 98682** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1384<br>3 | Priority creditor's name and mailing address<br>**WEST CHESTER JEDD 1 INCOME TAX**<br>**701 WESSEL DRIVE**<br>**FAIRFIELD, OH 00045-0140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1384<br>4 | Priority creditor's name and mailing address<br>**WEST UNION INCOME TAX BUREAU**<br>**P.O. Box 556**<br>**West Union, OH 45693** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1384<br>5 | Priority creditor's name and mailing address<br>**Westly Shivers**<br>**149 STRATFORD DR**<br>**ATLANTA, GA 30311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1384<br>6 | Priority creditor's name and mailing address<br>**Whitney Simon**<br>**1555 MARTIN LUTHER KING JR. APT 107H**<br>**WEST PALM BEACH, FL 33404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1384 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Whitney Stumbo**
**5699 WESTWIND LN**
**SARASOTA, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1384 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Widelin Metelus**
**6301 N. Falls Circle**
**#407**
**Lauderhill, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1384 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wilerme Boisnote**
**8371 Nw 28 Street**
**Fort Lauderdale, FL 33322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1385 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wilfredo Aviles**
**1203 Smathers Avenue**
**Orlando, FL 32825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1385**
**1**

Priority creditor's name and mailing address

**Will Bond**
**15702 VIA CALANOVA**
**SAN DEIGO, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1385**
**2**

Priority creditor's name and mailing address

**Will Egan**
**2328 TUTTLE TERRACE**
**SARASOTA, FL 34239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1385**
**3**

Priority creditor's name and mailing address

**William Ayala**
**448 Orange Ave.**
**Apt #16**
**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1385**
**4**

Priority creditor's name and mailing address

**William Banos**
**8550 COMMONWEALTH AV.**
**208**
**BUENA PARK, CA 90621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1385 5**

Priority creditor's name and mailing address

**William Blair**
**26921 FORT APACHE CIR**
**LAKE FOREST, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1385 6**

Priority creditor's name and mailing address

**William Butler**
**10915 N 21ST**
**TAMPA, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1385 7**

Priority creditor's name and mailing address

**William Butler**
**10915 N 21ST**
**TAMPA, FL 33612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58.17**          **$58.17**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1385 8**

Priority creditor's name and mailing address

**William Cardenas**
**2501 SAGE DR**
**KISSIMMEE, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1385 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**William Daley**
**7037 Feather Wood Dr**
**Ruskin, FL 33573**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1386 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**William Daniels**
**11474 VISTA RIDGE**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1386 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**William Dvorak**
**1703 SE 144TH CT**
**VANCOUVER, WA 98683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1386 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**William Edwards**
**1234 FOREST AVE**
**PASADENA, CA 91103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1386 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Farmer**
**6191 CORTE PADRE**
**PLEASANTON, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Fay**
**1323 BUESCHER RD**
**HOUSTON, TX 77043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Gilpin**
**8428 E LOUIES**
**TUCSON, AZ 85730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Gorman**
**307 N Zamora Rd**
**Tijeras, NM 87059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1386 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **William Hamm** | *Check all that apply.* | | |
| **10932 KEY WEST AVE** | ☐ Contingent | | |
| **PORTER RANCH, CA 91326** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1386 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **William Harris** | *Check all that apply.* | | |
| **4900 N.tamiami Trail** | ☐ Contingent | | |
| **Sarasota, FL 34234** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1386 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **William Jimenez** | *Check all that apply.* | | |
| **2449 E. Roble Drive** | ☐ Contingent | | |
| **Kissimmee, FL 34746** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1387 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **William Jones** | *Check all that apply.* | | |
| **20690 E CANARY WAY** | ☐ Contingent | | |
| **QUEEN CREEK, AZ 85142** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1387**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**William Lang**
**7071 LAKERIDGE COURT**
**133**
**FORT MYERS, FL 33907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1387**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**William Lipps**
**1124 S. PRIMROSE AVE.**
**#A**
**MONROVIA, CA 91016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1387**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$202.37** | **$202.37** |
|---|---|---|---|

**William M.  Schugar**
**5345 GREEN WILLOW LANE**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1387**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**William Marquez**
**9621 Lower Azusa**
**Temple City, CA 91780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1387 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **William Mcclurg**<br>**5712 W Atlantic Pl.**<br>**Lakewood, CO 80227** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1387 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79.00** | **$79.00** |
|---|---|---|---|
| **William Mcclurg**<br>**5712 W Atlantic Pl.**<br>**Lakewood, CO 80227** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1387 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **William Mcgettigan**<br>**1261 Citrus Dr**<br>**Leesburg, FL 34788** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1387 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **William Medley**<br>**1502 E First Ave**<br>**Camas, WA 98607** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13879**

Priority creditor's name and mailing address

**William Morales**
**1424 N DONACY WAY**
**#4**
**ANAHEIM, CA 92805**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.13880**

Priority creditor's name and mailing address

**William Perdomo**
**1297 Balvaird Dr**
**Lawrenceville, GA 30045**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.13881**

Priority creditor's name and mailing address

**William Perryman-Ortiz**
**7626 ELMWOOD CT.**
**SAN BERNARDINO, CA 92410**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.13882**

Priority creditor's name and mailing address

**William Powell**
**12224 SE 101ST AVE.**
**BELLEVIEW, FL 34420**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1388
3**

Priority creditor's name and mailing address

**William Rice
951 W ORANGE GROVE RD
75101
TUCSON, AZ 85704**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1388
4**

Priority creditor's name and mailing address

**William Saunders
16143 SW 146TH AVE.
TIGARD, OR 97224**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1388
5**

Priority creditor's name and mailing address

**William Schugar
5345 GREEN WILLOW LANE
SAN DIEGO, CA 92130**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **$0.00**

---

**2.1388
6**

Priority creditor's name and mailing address

**William Sheehan
5517 Lime Ave
#2
Long Beach, CA 90805**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1388 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Stewart**
**24212 HOLLYOAK LN**
**A**
**ALISO VIEJO, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1388 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Sutton**
**3651 KINGSTON BLVD.**
**SARASOTA, FL 34238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1388 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William Waugh**
**2107 NORTH DIXIE HIGHWAY**
**WEST PALM BEACH, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1389 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Williams Sigala**
**5959 WEST GATE DRIVE**
**1525**
**ORLANDO, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1389 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Willians Madrid**
**10606 Heather Hill**
**Houston, TX 77086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1389 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Willie Caruthers**
**1500 HAMPTON RD**
**LEESBURG, FL 34748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1389 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Willie Davis**
**2240 KILMINGTON SQ**
**ALPHARETTA, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1389 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Willie Leiva**
**1154 N CITRON ST**
**ANAHEIM, CA 92802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1389 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Willie Mathews**
**6156 DAISY LEE AVE.**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1389 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Willie Oliver**
**10435 114TH TERRACE NORTH**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1389 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Willie Powell**
**11 Nw 32 Ave**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1389 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Willie sol**
**1600 FORSET LAKES CIRCLE**
**D**
**WEST PALM BEACH, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13899**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Willie White**<br>**302 Nw 31st St**<br>**Ocala, FL 34475** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13900**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Willio Cosmeus**<br>**807 Minnesota**<br>**Lantana, FL 33462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13901**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Willow McDonald-Meier**<br>**14470 E 13TH AVE. LOT B33**<br>**AURORA, CO 80011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.13902**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Willy Perez**<br>**14781 SW 9TH LANE**<br>**MIAMI, FL 33194** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1390 3**

Priority creditor's name and mailing address

**Wilma Squire**
**1646 KILEY COURT**
**LADY LAKE, FL 32159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1390 4**

Priority creditor's name and mailing address

**Wilmarie Bauza**
**5458 Third Ave**
**Fort Myers, FL 33907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1390 5**

Priority creditor's name and mailing address

**Wilmaro Gonzalez Vasquez**
**315 LOS ANGELS**
**SAN JOSE, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1390 6**

Priority creditor's name and mailing address

**Wilmond Exantus**
**733 VILLAGE SQUARE CIR**
**127**
**DELRAY BEACH, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1390 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Wilmor Miller**
**4996 SW OLESON RD**
**B**
**PORTLAND, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1390 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Wilna Eugene**
**4975 SW 5TH STREET**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1390 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Wilson Zhang**
**3938 GRAND CANYON CT.**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1391 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Wilton Mays**
**6804 WEST AVE L-10**
**LANCASTER, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1391 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Winavier Castillo**
**932 Silver LakeDr**
**Acworth, GA 30102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1391 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Winston Smith**
**3350 GRIFFITH PARK BLVD**
**29**
**LOS ANGELES, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1391 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**WISCONSIN DPARTMENT OF REVENUE**
**WISCONSIN DPARTMENT OF REVENUE**
**P.O. BOX 930931**
**MILWAUKEE, WI 05329-3931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1391 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wisline Emile**
**5744 ELLIS HOLLOW RD E.**
**LAKE WORTH, FL 33463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1391 5**

Priority creditor's name and mailing address
**WITHHOLDING TAX
KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 00066-6252**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**    **$0.00**

---

**2.1391 6**

Priority creditor's name and mailing address
**Wolf Richemond
1155 NE 137TH ST APT 503
Miami, FL 33161**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1391 7**

Priority creditor's name and mailing address
**Wyatt Stewart
8630 SW BARBUR BLVD.
3
TIGARD, OR 97223**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1391 8**

Priority creditor's name and mailing address
**Wylene Santos
7910 Withers Way
Corona, CA 92880**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13919**

Priority creditor's name and mailing address

**Xamira Colunge**
**19 JUNIPER DR**
**DAVENPORT, FL 33837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13920**

Priority creditor's name and mailing address

**Xavier Anaya**
**18934 TENDERFOOT TRAIL ROAD**
**SANTA CLARITA, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13921**

Priority creditor's name and mailing address

**Xavier Campos**
**1221 STICHMAN AVENUE**
**LA PUENTE, CA 91746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13922**

Priority creditor's name and mailing address

**Xavier Chapman**
**9552 W. Tropicana**
**Apt. 2105**
**Las vegas, NV 89147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1392 3**

Priority creditor's name and mailing address
**Xavier Frampton**
**14123 E MONTANA CIR**
**B**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1392 4**

Priority creditor's name and mailing address
**Xavier Gaskew**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7.27**          **$7.27**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1392 5**

Priority creditor's name and mailing address
**Xavier McCutcheon**
**11342 SUGAR BOWL DR.**
**TOMBALL, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1392 6**

Priority creditor's name and mailing address
**Xavier Medina**
**2093 NW 208TH AVE**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1392 7**

Priority creditor's name and mailing address

**Xavier Medina**
**2093 NW 208TH AVE**
**PEMBROKE PINES, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.98    $12.98

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1392 8**

Priority creditor's name and mailing address

**Xavier R.  Anaya**
**18934 TENDERFOOT TRAIL ROAD**
**SANTA CLARITA, CA 91321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.88    $76.88

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1392 9**

Priority creditor's name and mailing address

**Xavier Rodriguez**
**60 E ROSEMARY ST**
**344**
**SAN JOSE, CA 95111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1393 0**

Priority creditor's name and mailing address

**Xavier Thompson**
**1911 WESTMEAD DRIVE**
**2508**
**HOUSTON, TX 77077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1393 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| 2.1393 1 | Priority creditor's name and mailing address<br>**Ximena salazar**<br>**28173 LA GALLINA**<br>**LAGUNA NIGUEL, CA 92677** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1393 2 | Priority creditor's name and mailing address<br>**Xintia Hammond**<br>**12121 west Tara Lane**<br>**El Mirage, AZ 85335** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1393 3 | Priority creditor's name and mailing address<br>**Xiomara Guerrero De Castillo**<br>**9555 RESEDA BLVD**<br>**207**<br>**NORTHRIDGE, CA 91324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1393 4 | Priority creditor's name and mailing address<br>**Xiomara Moya**<br>**1062 N. ORANGE ST**<br>**APT 3**<br>**RIVERSIDE, CA 92501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1393 5**

Priority creditor's name and mailing address
**Xiomara O.  Guerrero De Castillo
9555 RESEDA BLVD
207
NORTHRIDGE, CA 91324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$78.48**     **$78.48**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1393 6**

Priority creditor's name and mailing address
**Xiomara Sanchez
29360 DIXON STREET
#7
HAYWARD, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1393 7**

Priority creditor's name and mailing address
**Xochil Flores
6444 N 67TH AVE  APT 3138
Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1393 8**

Priority creditor's name and mailing address
**Xochitl Barrera
39275 Liefer Road
Unit A
Temecula, CA 92591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13939**

Priority creditor's name and mailing address

**Xochitl Barrera**
**39275 Liefer Road**
**Unit A**
**Temecula, CA 92591**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.34    $57.34

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13940**

Priority creditor's name and mailing address

**Xochitl Gomez**
**18961 Valley Cir**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13941**

Priority creditor's name and mailing address

**Xochitl Pelagio**
**11146 w college dr**
**Phoenix, AZ 85037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13942**

Priority creditor's name and mailing address

**Xochitl Ruiz**
**5367 S FLOWING SPRING ST**
**LAS VEGAS, NV 89122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1394 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Xuan Vu**
**1179 ADENA WAY**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yabran Rahbani**
**10203 FORUM PARK**
**139**
**HOUSTON, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yacob Reyes**
**3634 CYPRESS MEADOWS RD.**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yaddiel Vega**
**5184 MILLENIA BLVD**
**305**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13947**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yadira De alba bueno**
**1622 PLAZA DEL AMO**
**TORRANCE, CA 90501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13948**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yadira Garcia**
**2014 1/2 SEAMAN AVENUE**
**SOUTH EL MONTE, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13949**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yadira Garcia**
**6405 N MANHATTAN**
**TAMPA, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13950**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yadira Gonzalez Pinales**
**250 Blossom Hill Rd**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1395 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yadira Munoz**
**2529 W Green St**
**Tampa, FL 33607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1395 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yadira Sanchez**
**21015 CLAREMORE CT**
**KATY, TX 77449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1395 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yadira Zambrana**
**1945 S Batson Ave.**
**Apt 113**
**Rowland Heights, CA 91748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1395 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yael Cordero**
**1513 E CAMPUS DRIVE**
**FULLERTON, CA 92834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1395 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Yahaira Buenrostro**<br>**81955 HOOVER AVE**<br>**117**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1395 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Yahaira Paz**<br>**2137 Sugartree Drive**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1395 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Yahaira Paz**<br>**2137 SUGARTREE DRIVE**<br>**PITTSBURG, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1395 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Yahya Mohamed**<br>**5420 E. BELLEVUE STREET**<br>**203**<br>**TUCSON, AZ 85712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1395 9**

Priority creditor's name and mailing address

**Yahya Mohamed**
**5420 E. BELLEVUE STREET**
**203**
**TUCSON, AZ 85712**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$239.46**    **$239.46**

---

**2.1396 0**

Priority creditor's name and mailing address

**Yair Valdovinos**
**1539 ELLIS ST APT 301**
**CONCORD, CA 94520**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1396 1**

Priority creditor's name and mailing address

**Yaire Gonzalez**
**1441 ELDER AVE**
**#N**
**SAN DIEGO, CA 92154**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.1396 2**

Priority creditor's name and mailing address

**Yajaira Mora Rivera**
**9750 Elderberry St.**
**Federal Heights, CO 80260**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wage Claim**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1396 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yaklin Malaver**
**1116 SAIL CREEK DRIVE**
**ORLANDO, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1396 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yalila Martinez**
**449 TYRELLA AVENUE**
**28**
**MOUNTAIN VIEW, CA 94043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1396 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yamaris Sifuentes Galarza**
**601 CLUB CIRCLE**
**LAKESHORE, FL 33854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1396 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yamila Lopez**
**27316 N. EVI LANE**
**103**
**SANTA CLARITA, CA 91387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13967**

Priority creditor's name and mailing address

**Yamilet Figueroa**
**1719 259TH ST.**
**APT.4**
**LOMITA, CA 90717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13968**

Priority creditor's name and mailing address

**Yamir Marquez camejo**
**5426 WINDBRUSH DR**
**TAMPA, FL 33625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13969**

Priority creditor's name and mailing address

**Yana Mindra**
**2833 SE 136TH PL**
**PORTLAND, OR 97236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13970**

Priority creditor's name and mailing address

**Yana Parker**
**2208 BENMORE ST**
**LAS VEGAS, NV 89156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1397 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yaneli Rodriguez**
**1801 GARVEY AVEUNE**
**APT. 331**
**ALHAMBRA, CA 91803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1397 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yanelli Flores**
**167 COLERIDGE GREEN**
**FREMONT, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1397 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yanelys Tamayo**
**2411 ST 76TH**
**TAMPA, FL 33619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1397 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yanet Duran**
**148 W VIRGINIA ST**
**5**
**SAN JOSE, CA 95110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1397 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Yanet Ramirez** | *Check all that apply.* | | |
| **3331 LANG RD** | ☐ Contingent | | |
| **HOUSTON, TX 77092** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1397 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Yanet Torres** | *Check all that apply.* | | |
| **550 Iris St** | ☐ Contingent | | |
| **Altamonte Springs, FL 32714** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1397 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Yanica Then** | *Check all that apply.* | | |
| **PO BOX 773106** | ☐ Contingent | | |
| **OCALA, FL 34477** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1397 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Yanina Alvaredo** | *Check all that apply.* | | |
| **2941 SW 23RD TERRACE** | ☐ Contingent | | |
| **FORT LAUDERDALE, FL 33312** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.13979**

Priority creditor's name and mailing address

**Yansel Rubio**
**11735 N 19AVE**
**A22**
**PHOENIX, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13980**

Priority creditor's name and mailing address

**Yareli Solano Jahen**
**7451 SE 82ND AVE UNIT 40**
**PORTLAND, OR 97266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13981**

Priority creditor's name and mailing address

**Yarely Ramirez Nevarez**
**3244 MARINER BAY ST.**
**LAS VEGAS, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13982**

Priority creditor's name and mailing address

**Yaretzy Silva**
**522 HICKORYWOOD AVE**
**ALTAMONTE SPRINGS, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1398 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yariani Melo
3043 Elbib Dr.
Saint Cloud, FL 34772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1398 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yarimar Morales
18822 Treviso Terrace LN
Katy, TX 77449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1398 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yaritza Alejandra Hernandez-lopez
92 N 6th St
Apt 2
San Jose, CA 95112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1398 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yashica Campbell
3174 Barrett Lakes Blvd
#321
Kennesaw, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1398 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**YASHIRA INGRAM
346 REMINGTON RIDGE DR
HOUSTON, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1398 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yashiralee Resto
605 BAILEY CIRCLE
DAVENPORT, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1398 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yasin Tuka
2000 E. ROGER RD
APT# F20
TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1399 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yasmar Feliciano
3020 SERENADE CT
ALPHARETTA, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1399
1**

Priority creditor's name and mailing address

**Yasmin Akter
3938 S Shade Ave
Sarasota, FL 34231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1399
2**

Priority creditor's name and mailing address

**Yasmin Santos
4766 Clinton St.
Los Angeles, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1399
3**

Priority creditor's name and mailing address

**Yassine Zirri
2001 N Deerpark Dr
Apt 699
Fullerton, CA 92831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**          **$0.00**

---

**2.1399
4**

Priority creditor's name and mailing address

**Yayra Montano
60 VIKING WAY
PITTSBURG, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**          **$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1399 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Yazmin Holmes**
**400 W. Baseline**
**Lot 10**
**Tempe, AZ 85283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1399 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Ydelie Pierre**
**3100 NW 42 AVE**
**402D**
**COCONUT CREEK, FL 33066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1399 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $83.13 | $83.13 |
|---|---|---|---|---|---|

**YEE N.  WONG FONG**
**411 MONTGOMERY ST**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1399 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | $0.00 |
|---|---|---|---|---|---|

**Yee Wong Fong**
**411 MONTGOMERY ST**
**CHULA VISTA, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1399 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yeghishe Simavonyan**
**12734 BRIARCREST PLACE**
**#2**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1400 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yehimy Palacios**
**4883 ROSWELL RD**
**O-9**
**SANDY SPRINGS, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1400 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yehudit julius**
**NORTH DALE MABRY HW**
**2901**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1400 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yelena Valentine**
**2717 E KINGS AVE**
**PHOENIX, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14003**

Priority creditor's name and mailing address

**Yendy Herrera**
**14680 SW 76TH AVE**
**96**
**TIGARD, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14004**

Priority creditor's name and mailing address

**Yenni Quezada**
**1550 S Santa Fe Ave**
**Apt#27**
**Vista, CA 92084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14005**

Priority creditor's name and mailing address

**Yensy Canales**
**3403 Legens Wild Dr**
**Spring, TX 77386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14006**

Priority creditor's name and mailing address

**Yesenia Figueroa**
**2282 Lucretia Ave Apt. #4**
**San Jose, CA 95122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1400 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yesenia Guerrero**
**37188 ELM ST**
**#6**
**NEWARK, CA 94560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1400 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yesenia Hernandez**
**3804 Hampton Dr**
**Pomona, CA 91766**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1400 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yesenia Martinez**
**123 STANFORD AVE**
**C**
**FULLERTON, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1401 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Yesenia Morales**
**340 Nw 158th Ave**
**Pembroke Pines, FL 33028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1401 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yesenia Ortiz**
**10000 HAMMERLY BLVD APT 123**
**APT 123**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1401 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yesenia Pliego**
**540 Aster St**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1401 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yesenia Ramos**
**79903 BREWOOD WAY**
**INDIO, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1401 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yesenia Rodriguez**
**1114 N Avalon Blvd**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1401 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Yesenia Roman**
**600 SW 2 AVE**
**APT 140**
**BOCA RATON, FL 33432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1401 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Yesenia Salinas**
**954 HENDERSON AVE**
**103**
**SUNNYVALE, CA 94087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1401 7 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Yesenia Tejeda**
**2140 W CANTON ST.**
**LONG BEACH, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1401 8 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Yesenia Zambrano**
**930 W. CAMILE ST.**
**SANTA ANA, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.14019 | Priority creditor's name and mailing address<br>**Yesica Camacho**<br>**23592 WINDSONG**<br>**ALISO VIEJO, CA 92656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14020 | Priority creditor's name and mailing address<br>**Yesica Gomez**<br>**1058 18n Oxford Ave**<br>**Los Angeles, CA 90029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14021 | Priority creditor's name and mailing address<br>**Yesica Ramirez**<br>**8266 FOX STREET**<br>**DENVER, CO 80221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14022 | Priority creditor's name and mailing address<br>**Yesica Ramirez**<br>**8266 FOX STREET**<br>**DENVER, CO 80221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$381.64** | **$381.64** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1402 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yessenia beltran**
**509 BRAND LN**
**71**
**STAFFORD, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1402 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yessica Moreno-cortes**
**472 MADERA AVE**
**APT 1**
**Sunnyvale, CA 94086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1402 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**YESSSICA SANCHEZ**
**10754 EAST AVENUE R2**
**LITTLEROCK, CA 93543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1402 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93.46** | **$93.46** |
|---|---|---|---|---|

**YESSSICA SANCHEZ**
**10754 EAST AVENUE R2**
**LITTLEROCK, CA 93543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1402 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.1402 7 | Priority creditor's name and mailing address<br>**Yhocelin Castro**<br>**364 Windcroft Cir NW**<br>**Acworth, GA 30101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1402 8 | Priority creditor's name and mailing address<br>**Ying Cheung**<br>**621 MARINE VIEW AVE**<br>**DEL MAR, CA 92014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1402 9 | Priority creditor's name and mailing address<br>**Ying Cheung**<br>**621 MARINE VIEW AVE**<br>**DEL MAR, CA 92014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$116.72** | **$116.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1403 0 | Priority creditor's name and mailing address<br>**Yingdi Lei**<br>**151 S Queenscliff Cir**<br>**The Woodlands, TX 77382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1403 1**

Priority creditor's name and mailing address

**Yndira Pinero**
**3126 CAMINO REAL DR NORTH**
**KISSIMMEE, FL 34744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 2**

Priority creditor's name and mailing address

**Yoan giraldo**
**1835 N  51ST ST**
**109**
**PHOENIX, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 3**

Priority creditor's name and mailing address

**Yoanny Perojo**
**2919 TANBARK CT**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 4**

Priority creditor's name and mailing address

**Yoanny Perojo**
**2919 TANBARK CT**
**Tampa, FL 33610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16.13**   **$16.13**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1403 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1403 5**

Priority creditor's name and mailing address

**Yobani saldana
BRADFORD
830
CAMARILLO, CA 93010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 6**

Priority creditor's name and mailing address

**Yobannis Silva Suarez
3938 MESA AVE
SARASOTA, FL 34233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 7**

Priority creditor's name and mailing address

**Yocelyn Valenzuela
949 S. Longmore
Apt 148
Mesa, AZ 85202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1403 8**

Priority creditor's name and mailing address

**Yoel Morejon
21362 Sw 125 Path
Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.14039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yohalmo Rivera**
**504 S BONNIE BRAE**
**LOS ANGELES, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yohan Lopez**
**1101 E Ventura Blvd Spc 187**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yojani Hernandez**
**5220 Lake Underhill Rd**
**Orlando, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yolanda Cervantes**
**3565 OLD 41 HWY NW LOT C2**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1404 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Yolanda Gomez**
**6721 GREENYARD DR**
**HOUSTON, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1404 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Yolanda Iniguez**
**20019 SATICOY ST**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1404 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Yolanda Macias**
**2171 Wood Street**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1404 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|

**Yolanda Morales**
**13946 Caminata Breve**
**Rancho Bernardo, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1404 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yolanda Olivarez**
**4013 BLALOCK RD**
**HOUSTON, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1404 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yolanda Orozco Marquez**
**964 GRANBY ST.**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1404 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yolanda Peral**
**110 Nw Henry Dr**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1405 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yolanda Peralta**
**119s.pritchar**
**#5**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1405 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Yolanda Ramirez**
**4424 29th St SW**
**Lehigh Acres, FL 33973**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1405 2 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Yolanda Sanchez**
**8858 Winona Ct.**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1405 3 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Yolanda Slaughter**
**4084 CARRIAGE HOUSE CT**
**APT G**
**EAST POINT, GA 30344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1405 4 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Yolanda Torres de Rodriguez**
**1480 SUNDOWN LN**
**SAN JOSE, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**2.14055**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Yolanda zamora**
**PO Box 532308**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14056**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Yolande Delicier Fevrier**
**1018 SOUTH B STREET**
**LAKE WORTH, FL 33460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14057**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Yolette Destine**
**3600 RIVESIDE DRIVE**
**CORAL SPRING, FL 33065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14058**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Yolimar Colon**
**2422 PALM CREEK AVE**
**ORLANDO, FL 32812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

---

**2.14059**

Priority creditor's name and mailing address
**Yomalier Seijo**
**4628 LINGUSTRUM WAY**
**ORLANDO, FL 32839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14060**

Priority creditor's name and mailing address
**Yonathan Yitref**
**11611 MAC MURRAY ST**
**GARDEN GROVE, CA 92841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14061**

Priority creditor's name and mailing address
**Yordanys Loucraft Dominguez**
**4150 BEE RIDGE RD**
**308**
**SARASOTA, FL 34233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14062**

Priority creditor's name and mailing address
**YORK ADAMS TAX BUREAU**
**1405 NORTH DUKE STREET**
**P.O. BOX 15627**
**YORK, PA 00017-4050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1406 3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**YORK ADAMS TAX BUREAU**
**P.O. BOX 15627**
**YORK, PA 00017-4050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1406 4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**YORK ADAMS TAX BUREAU - EIT**
**P.O. BOX 15627**
**YORK, PA 00017-4050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1406 5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**YORK ADAMS TAX BUREAU - LST**
**1405 NORTH DUKE STREET**
**P.O. BOX 15627**
**YORK, PA 00017-4050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1406 6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Yosef Asgesdome**
**Home Address**
**4292 45th St.**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1406 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.49 | $10.49 |
|---|---|---|---|---|
| | **Yosef Asgesdome**<br>**4292 45th St.**<br>**San Diego, CA 92115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1406 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yoshira Merida**<br>**27662 ALISO CREEK RD**<br>**5113**<br>**ALISO VIEJO, CA 92656** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1406 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yosvani valdivia**<br>**6800 NW 39TH AVE**<br>**LOT 33**<br>**COCONUT CREEK, FL 33073** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1407 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Youssef Rami**<br>**1415 W OAK ST**<br>**420413**<br>**KISSIMMEE, FL 34741** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1407 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yovana Martinez**
**687 ROYALTY COURT**
**KISSIMMEE, FL 34758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1407 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ysemene Estime**
**7801 NW 44TH CT**
**2**
**CORAL SPRINGS, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1407 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ysrael Nolasco**
**1010 S BARNETT ST**
**ANAHEIM, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1407 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yuan Ying Shen Lu**
**209 S ALMANSOR**
**B4**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1407 5**

Priority creditor's name and mailing address

**Yuan Ying Shen Lu**
**209 S ALMANSOR**
**B4**
**ALHAMBRA, CA 91801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34.67** | **$34.67**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1407 6**

Priority creditor's name and mailing address

**Yucely Gastelum-Lopez**
**83450 CORTE PRESIDENTE**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1407 7**

Priority creditor's name and mailing address

**Yuhua Chen**
**10281 Sterling Blvd**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1407 8**

Priority creditor's name and mailing address

**YUHUA CHEN**
**10281 Sterling Blvd**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$253.80** | **$253.80**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14079**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yujia Ge**
**10651 VILLAGE HAVEN TRAIL**
**108**
**SAN DIEGO, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14080**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yuliana Tafolla**
**391 HURLEY DR**
**HAYWARD, CA 94544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14081**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yulissa Salas**
**3264 DURANT ST**
**SAN DIEGO, CA 92113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14082**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Yumila Moreno Guimara**
**15660 SW 82ND CIRCLE LANE**
**63**
**MIAMI, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1408 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

| | **Yun Hong**<br>**535 ELKWOOD CT.**<br>**BREA, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1408 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

| | **Yuneli Baez**<br>**80649 Jasmine Lane**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1408 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

| | **Yunior Martinez**<br>**2606 Westhigh Ave**<br>**Tampa, FL 33614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.1408 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

| | **Yurbi valenzuela**<br>**27 E CORONA AVE**<br>**229**<br>**PHOENIX, AZ 85040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1408 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yuri banuelos**
**5339 N ROSEMEAD BLVD**
**14**
**SAN GABRIEL, CA 91776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1408 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$229.26** | **$229.26** |
|---|---|---|---|---|

**YURI BANUELOS**
**5339 N ROSEMEAD BLVD**
**14**
**SAN GABRIEL, CA 91776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1408 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yuri Castro**
**919 CLARK WAY**
**PALO ALTO, CA 94304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1409 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yuri Guzman**
**111 N Mariposa Ave**
**Apt #12**
**Los Angeles, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1409
1**

Priority creditor's name and mailing address

**Yuridia Loeza
6025 W Hubbell St
Phoenix, AZ 85035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1409
2**

Priority creditor's name and mailing address

**Yusuf Baker
5680 Deerfield Road
ORLANDO, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1409
3**

Priority creditor's name and mailing address

**Yuveth Aguilar
1552 LA MONARCA LANE
106
CHULA VISTA, CA 91913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1409
4**

Priority creditor's name and mailing address

**Yvana Simeon
1245 Ne 135 Terr.
Miami, FL 33161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|---|
| | Name | | | |

| 2.1409 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yvanette Joseph**<br>**7801 44th Court**<br>**Apt 2**<br>**Coral Springs, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1409 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yvanna Rochin**<br>**6460 CONVOY CT SPC 159**<br>**SAN DIEGO, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1409 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yvena Elie**<br>**4868 Cason Cove Dr**<br>**Apt 204**<br>**Orlando, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1409 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Yvette Borjas**<br>**1520 Bluffside Drive**<br>**#1**<br>**Chula Vista, CA 91915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14099**

Priority creditor's name and mailing address
**Yvonne Swindle**
**6960 BELLUNO PLACE**
**RANCHO CUCAMONGA, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14100**

Priority creditor's name and mailing address
**Yvonne Yanis**
**11048 Burnet Avenue**
**Mission Hills, CA 91345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14101**

Priority creditor's name and mailing address
**Yvrose Volcy**
**P.o. Box 4536**
**Boynton Beach, FL 33424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14102**

Priority creditor's name and mailing address
**Zabain Caple**
**1000 45TH STREET**
**WEST PALM BEACH, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

| 2.1410 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Zacchaeah Williams**<br>**6090 SMITH RD**<br>**DENVER, CO 80216** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1410 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Zach Nelson**<br>**9259 MADRAS CT**<br>**HIGHLANDS RANCH, CO 80130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1410 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Zach Polzel**<br>**368 NE 12TH AVE CANBY OR**<br>**97013**<br>**CANBY, OR 97013** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| 2.1410 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

| | **Zachary Arco**<br>**6537 AUTUMN WOODS BLVD.**<br>**NAPLES, FL 34109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.14107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Zachary Baker**<br>**1235 E 14th St**<br>**Tucson, AZ 85719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Zachary Bethel**<br>**2795 MARSH DR.**<br>**SAN RAMON, CA 94583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Zachary Busse**<br>**15273 MATURIN DRIVE 29**<br>**SAN DIEGO, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Zachary Donche**<br>**18 DERECHO RD**<br>**LAS LUNES, NM 87031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**2.1411**
**1**

Priority creditor's name and mailing address

**Zachary Fogle**
**12077 NW WELSH DR**
**PORTLAND, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1411**
**2**

Priority creditor's name and mailing address

**Zachary Garrison**
**747 HERITAGE LANE**
**A**
**LARGO, FL 33770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1411**
**3**

Priority creditor's name and mailing address

**Zachary Geers**
**1206 N VENTURA ST**
**ANAHEIM, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1411**
**4**

Priority creditor's name and mailing address

**Zachary Guillot**
**10231 Pinewood Avenue**
**Apartment #16**
**Tujunga, CA 91042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1411 5 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Haux** | Check all that apply. | | |
| **9106 WHITE ALDER COURT** | ☐ Contingent | | |
| **SAN DIEGO, CA 92127** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1411 6 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Heineman** | Check all that apply. | | |
| **2845 SE 62 AVE** | ☐ Contingent | | |
| **PORTLAND, OR 97206** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1411 7 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Johnson** | Check all that apply. | | |
| **4551 Lakewood Blvd** | ☐ Contingent | | |
| **Lakewood, CA 90712** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1411 8 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Kerr** | Check all that apply. | | |
| **908 SYCAMORE LANE** | ☐ Contingent | | |
| **ALTAMONTE SPRINGS, FL 32714** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.14119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary lopez**
**5021 san mateo lane**
**Albuquerque, NM 87109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.14120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Martin**
**7804 W COAL MINE PL**
**LITTLETON, CO 80128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.14121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Mattson**
**9113 Kent Street**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.14122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Perez**
**1213 W GAGE AVE**
**FULLERTON, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1412 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Pillai**
**14703 CROYDON PL**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Posselt**
**10411 E. Plata Ave.**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.24** | **$28.24** |
|---|---|---|---|---|

**Zachary Posselt**
**10411 E. Plata Ave.**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zachary Ramirez**
**2947 E BEARDSLEY ROAD**
**PHOENIX, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1412 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary scoby** **1521 E WINDSOR** **12A** **GLENDALE, CA 91502** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1412 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Trudell** **1505 Ohio Ave** **Dunedin, FL 34698** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1412 9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Turnbull** **3205 SE 13TH AVE** **PORTLAND, OR 97202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

**2.1413 0**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zachary Wise** **31177 US HWY 19 N** **APT 602** **PALM HARBOR, FL 34684** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1413 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zachary Wood**
**423 E COUNTY LINE ROAD**
**LUTZ, FL 33549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1413 2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zachary Woodruff**
**24214 Red Sky Drive**
**Spring, TX 77373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1413 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zachary Young**
**17185 SAN MATEO ST**
**#L**
**FOUNTAIN VALLEY, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1413 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zachery Reale**
**5350 E DEER VALLEY DR 4260**
**4260**
**PHOENIX, AZ 85054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1413 5**

Priority creditor's name and mailing address
**Zackery Shapiro**
**8211 Nw 91st Ave**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1413 6**

Priority creditor's name and mailing address
**Zahira Amezcua**
**13809 Calle Bueno Ganar**
**Jamul, CA 91935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1413 7**

Priority creditor's name and mailing address
**Zahra moini**
**4464 COMANCHE WAY**
**PLEASANTON, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1413 8**

Priority creditor's name and mailing address
**Zahtaya Gautier**
**2275 HAWKS BLUFF TRAIL**
**LAWRENCEVILLE, GA 30044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14139**

Priority creditor's name and mailing address
**Zaid Abuajamieh**
**1424 S GARZA ST**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14140**

Priority creditor's name and mailing address
**Zaid Abuajamieh**
**1424 S GARZA ST**
**ANAHEIM, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.80**          **$20.80**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14141**

Priority creditor's name and mailing address
**Zaid Mendez**
**6721 E. 38th St**
**Tucson, AZ 85730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14142**

Priority creditor's name and mailing address
**Zaira Tadeo**
**18335 MALDEN ST.**
**14**
**NORTHRIDGE, CA 91325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

---

**2.1414 3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Zakary Priestly**<br>**4314 CEDAR GROVE ST**<br>**HOLIDAY, FL 34691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1414 4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Zakir Babacarkhial**<br>**3056 SURRY PL**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1414 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Zakreigh Baker**<br>**327 S CORNER ST**<br>**ANAHEIM, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.1414 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|
| **Zakyra Barrett**<br>**477 West Lookout Ridge Drive**<br>**Washougal, WA 98671** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1414 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zane McDaniel**
**13557 SE MOUNTAIN CREST DR**
**HAPPY VALLEY, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zania Gebre-Hiwet**
**315 WHITWORTH DR SW**
**ATLANTA, GA 30331**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zantel Bluehouse**
**1020 Winter Park**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1415 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zara Khan**
**982 OURAY STREET**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1415<br>1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zaul Montanez**
**734 E HEDGES AVE.**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1415<br>2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zayra Aguilar**
**4586 39TH STREET**
**SAAN DIEGO, CA 92116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1415<br>3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zeinab Atarian**
**1302 s saltair Ave apt 2**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1415<br>4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Zeke Hammond**
**428 3290 Bermuda Island**
**NAPLES, FL 32109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1415 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zelia Montez** <br> **1771 HERMES ST** <br> **SAN DIEGO, CA 92154** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1415 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zella Stevenson** <br> **1207 TUCSON** <br> **SUNNYVALE, CA 94089** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1415 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zenon Perez** <br> **2775 W BALL RD** <br> **# 229** <br> **ANAHEIM, CA 92804** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1415 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zhane Hill** <br> **21251 San Simeon Way** <br> **North Miami Beach, FL 33179** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14159**

Priority creditor's name and mailing address

**Zhanya Johnson**
**924 GARNER ROAD**
**LILBURN, GA 30047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.14160**

Priority creditor's name and mailing address

**Ziad Alrifai**
**2019 NORSE DRIVE**
**43**
**PLEASANT HILL, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.14161**

Priority creditor's name and mailing address

**Zian King**
**14220 SE 61ST CT**
**SUMMERFIELD, FL 34491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.14162**

Priority creditor's name and mailing address

**Ziarina Lebrun**
**510 East Mcnab Rd**
**Apt 7**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 2.1416 3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ziegfried albano**
**10205 LURLINE AVE UNIT D**
**CHATSWORTH, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1416 4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zihao Fu**
**1564 QUEBEC CT**
**4**
**SUNNYVALE, CA 94087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1416 5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zikyata Maceus**
**4371 WINTERS CHAPEL ROAD**
**815**
**DORAVILLE, GA 30360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1416 6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$222.88** | **$0.00** |
|---|---|---|---|---|

**Zinu kebitew**
**3200 PAYNE AVE SANJOSE**
**SAN JOSE, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 2.1416 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zipporah Johnson**
**290 SAINT SIMONS CV**
**LAWRENCVILLE, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1416 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zitlaly Lopez**
**16653 TOWNHOUSE DRIVE**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1416 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zixin XU**
**37043 ELM ST**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1417 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ziyaun Taylor-Davis**
**519 EAST MORGAN STREET**
**TARPON SPRINGS, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1417**
**1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Zobeyr AbdolGhoddos**
**14231 E IDAHO PL**
**AURORA, CO 80012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1417**
**2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Zoe Drew**
**2108 CLUB PACIFIC WAY**
**LAS VEGAS, NV 89128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1417**
**3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Zoe Renee Greenland**
**1026 E SPENCE AVE**
**106**
**TEMPE, AZ 85002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1417**
**4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|

**Zoe Whelan**
**809 HOPKINS WAY**
**PLEASANTON, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.1417 5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zoey Macklin** <br> **11946 W. BRANDT PL.** <br> **LITTLETON, CO 80127** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1417 6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zoie Davis** <br> **1125 GRAYSTONE CROSSING** <br> **ALPHARETTA, GA 30005** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1417 7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.82** | **$142.82** |
|---|---|---|---|
| **Zoie L.  Davis** <br> **1125 GRAYSTONE CROSSING** <br> **ALPHARETTA, GA 30005** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

**2.1417 8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **Zoila Garcia** <br> **3301 W 104th St** <br> **#3** <br> **Inglewood, CA 90303** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Employee Wage Claim** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**2.14179**

Priority creditor's name and mailing address

**Zoilo Garcia**
**1401 orca court**
**Ruskin, FL 33570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14180**

Priority creditor's name and mailing address

**Zoraida Robles**
**14607 AVENIDA DE PALMA**
**WINTER GARDEN, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14181**

Priority creditor's name and mailing address

**Zoraida Romero**
**1535 W San Carlos St**
**Apt 212**
**San Jose, CA 95126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14182**

Priority creditor's name and mailing address

**Zovek Grant**
**8417 N ARMENIA**
**603**
**TAMPA, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name |  |  |

---

**2.1418 3**

Priority creditor's name and mailing address

**Zuleica Bazan**
**15922 S. Myrtle Avenue**
**Apt. 1**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1418 4**

Priority creditor's name and mailing address

**Zulian Salazar**
**4617 TWINING ST**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1418 5**

Priority creditor's name and mailing address

**Zulma Cancel**
**143 Grande Valencia Dr**
**Apt 208**
**Orlando, FL 32825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1418 6**

Priority creditor's name and mailing address

**Zulma Mota**
**821 Billow Drive**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1418 7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zulma Ramirez**
**25476 5th St**
**Apt#9**
**San Bernardino, CA 92410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1418 8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.60** | **$9.60** |
|---|---|---|---|---|

**Zulma Ramirez**
**25476 5th St**
**Apt#9**
**San Bernardino, CA 92410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1418 9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zuriel Trejo**
**821 W. Colgate Dr.**
**Tempe, AZ 85283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1419 0 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zyia Moore**
**5619 LEGACY CRESCENT PLACE**
**UNIT 101**
**RIVERVIEW, FL 33578**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wage Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 2.1419 1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zynell Perkins**
**4111 CASCADE FALLS DR**
**SARASOTA, FL 34243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,183.64** |
|---|---|---|---|

**1040 GRANT ROAD ASSOCIATES III**
**PO BOX 7365**
**C/O CROSSPOINT REALTY SERVICES**
**SAN FRANCISCO, CA 94120-7365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1099 PRO INC**
**23901 CALABASAS ROAD #2080**
**CALABASAS, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,250.00** |
|---|---|---|---|

**12085 BRANDFORD STREET PROJECT**
**9803 SAN FERNANDO ROAD**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,977.70** |
|---|---|---|---|

**1756 INC**
**13826 NW 22ND CT**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,955.40** |
|---|---|---|---|

**1756 INC**
**13826 NW 22ND CT**
**SUNRISE**
**FL, 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,272.55 |
|---|---|---|---|

**1902 N DALE MABRY LLC**
**10225 ULMERTON RD STE 12A**
**LARGO, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Rent_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**1ST MECHANICAL SERVICES INC**
**303 CURIE DRIVE**
**ALPHARETTA, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.24 |
|---|---|---|---|

**2019 HOOD TO COAST FUNDRAISING TEAM**
**1245 HARVARD AVE**
**C/O MORGAN POWER**
**GLADSTONE**
**OR, 97027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**2020 CLASS COUNCIL**
**101 S SECOND ST**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**22035**
**9238 PINEY CREEK RD**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,955.50 |
|---|---|---|---|

**2230 W LINCOLN LLC**
**PO BOX 8021**
**LAGUNA HILLS, CA 92654-8021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Rent_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.98 |
|---|---|---|---|

**31111 US HIGHWAY 19 LLC**
**705 N HOWARD AVE**
**TAMPA, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Rent_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3M**
PO BOX 844127
DALLAS, TX 75284-4127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3M**
2807 PAYSHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3M**
File #53056
Los Angelos, CA 90074-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.41 |
|---|---|---|---|

**3M**  Gb06380
Po Box 844127
Dallas, TX 75284-4127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/4040, 3/5/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,430.73 |
|---|---|---|---|

**4994 STT LLC**
PO BOX 823201
PHILADELPHIA, PA 19182-3201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**4994 STT LLC**
7978 COOPER CREEK BLVD
UNIVERSITY PARK, FL 34201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**5 STAR REFRIGERATION & AIR CONDITIONING**
23091 CORTEZ BLVD
BROOKSVILLE, FL 34601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address<br>**548 GROUP INC**<br>**555 NORTH EL CAMINO REAL**<br>**#A299**<br>**SAN CLEMENTE, CA 92672**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address<br>**67 LINHAVEN**<br>**1344 STANFORD**<br>**IRVINE, CA 92612**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.22 | Nonpriority creditor's name and mailing address<br>**67 LINHAVEN**<br>**1344 STANFORD**<br>**IRVINE**<br>**CA, 92612**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $48.26 |
| 3.23 | Nonpriority creditor's name and mailing address<br>**711 PRINT ENTERPRISES INC**<br>**3517 MAINSTREET  STE 303**<br>**CHULA VISTA, CA 91911**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.24 | Nonpriority creditor's name and mailing address<br>**95 ORRPT LLC**<br>**PO BOX 823201**<br>**PHILADELPHIA, PA 19182-3201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**   Rent<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $520.20 |
| 3.25 | Nonpriority creditor's name and mailing address<br>**95 ORRPT LLC**<br>**7978 COOPER CREEK BLVD**<br>**UNIVERSITY PARK, FL 34201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.26 | Nonpriority creditor's name and mailing address<br>**A 1 STRIPING INC**<br>**3302 E PENNSYLVANIA**<br>**TUCSON, AZ 85714**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A D MAL INC**
**16731 WESTFIELD LANE**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A G S HOTEL RENOVATION CORPORATION**
**1628 W 139TH ST**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A PLUS ADVENTIST CHILDRENS CENTER**
**234 N ISABEL ST**
**GLENDALE, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A ZEREGAS SONS INC**
**PO BOX 36341**
**NEWARK, NJ 07188-6341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**A&B CARPET CLEANING INC**
**6536 FULTON AVE**
**VAN NUYS, CA 91401-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,465.60 |
|---|---|---|---|

**A. Zerega'S Sons, Inc.**
**Po Box 36341**
**Newark**
**NJ, 07188-6341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AAA BACKFLOW TESTING & REPAIR LLC**
**PO BOX 9344**
**SURPRISE, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAA CUTTING BOARD SPECIALIST OF NV**
PO BOX 230217
LAS VEGAS, NV 89105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAA ELECTRICAL AND COMMUNICATINS INC**
25007 ANZA DR
VALENCIA, CA 91355

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAA FIRST AID SUPPLIES**
3245 UNIVERSITY AVE 1 - 348
SAN DIEGO, CA 92104-2009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAJAA LLC**
**BASTA SOLUTIONS**
36625 US HIGHWAY 19 N
PALM HARBOR, FL 34684

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON DEAN**
8030 LA MESA BLVD STE 141
LA MESA, CA 91942

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABC LOCKSMITHS INC**
9584 FOOTHILL BLVD
RANCHO CUCAMONGA, CA 91730

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,878.34 |
|---|---|---|---|

**ABCWUA**
PO BOX 27226
ALBUQUERQUE, NM 87125-7226

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABIDING HOPE PRESCHOOL**
**ERIN FISHER**
**6337 S ROBB WAY**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABINGTON TWP TREASURER**
**1176 OLD YORK ROAD**
**ABINGTON, PA 00019-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.53 |
|---|---|---|---|

**ABM EQUIPMENT COMPANY INC**
**800 NE TENNEY RD STE 110-204**
**VANCOUVER, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABOUT BLIND CLEANING INC**
**PO BOX 44216**
**PHOENIX, AZ 85016-4216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABRACADABRA CARPET AND TILE**
**CLEANING LLC**
**6345 BUCKAROO AVE**
**LAS VEGAS, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,138.22 |
|---|---|---|---|

**ABRAHAM ORTEGA**
**5069 UNIVERSITY AVE APT 3**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABRAMSON LEVIN AND GINDI LLP**
**3580 WILSHIRE BLVD STE 1260**
**LOS ANGELES, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,207.00** |
|---|---|---|---|

**AC WARNACK**
**AND THE AC WARNACK TRUST**
**PO BOX 1409**
**LANCASTER, CA 93584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ACADEMY AWNING INC**
**1501 BEACH ST**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,689.75** |
|---|---|---|---|

**ACADEMY LOCKSMITH INC**
**4887 EAST LA PALMA AVE #701**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,078.97** |
|---|---|---|---|

**ACADEMY LOCKSMITH INC**
**4887 EAST LA PALMA AVE #701**
**ANAHEIM**
**CA, 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Academy Locksmith Inc.**
**4887 East La Palma Ave #701**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ACADEMY OF THE CANYONS**
**26455 ROCKWELL CANYON**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ACC CURE5FQD6V**
**21 BELLEVUE DRIVE**
**TREASURE ISLAND, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ACCELERATED ELEMENTARY AND SECONDARY SCH**
5245 N CAMINO DE OESTE
TUCSON, AZ 85745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ACCESSIBLE SYSTEMS CONSULTING CORP**
3011 GROTTO WALK
ELLICOTT CITY, MD 21042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.61 |
|---|---|---|---|

**ACCOUNTING SOCIETY**
2938 SUSSEX LANE  APT5
LOS ANGELES
CA, 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $675.00 |
|---|---|---|---|

**ACE KLEEN WINDOW INC**
PO BOX 91282
HENDERSON
NV, 89009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Ace Landskeeping**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ACE MART RESTAURANT SUPPLY CO**
PO BOX 974297
DALLAS, TX 75397-4297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $467.12 |
|---|---|---|---|

**Acme United Corporation**
Po Box 347808
Pittsburg
PA, 15250-4808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACS ARCHITECTURAL CONSTRUCTION SERVICES**
**101 SHIPYARD WAY  STE B**
**NEWPORT BEACH, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACS SUPPORT STOP 5050**
**PO BOX 219236**
**KANSAS CITY, MO 64121-9236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACTIV KNOWLEDGE LLC**
**22431 ANTONIO PKWY**
**B160-859**
**RANCHO SANTA MARGARITA, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACU NETWORK AMERICA**
**15 S MALORY AVE**
**BATAZIA, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADAM AZAI**
**13545 ZINNIA HILLS PL  APT 98**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADAM GILLL**
**1426 AVOLENCIA DR**
**FULLERTON, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,466.66 |
|---|---|---|---|

**ADAMS COUNTY TREASURER**
**PO BOX 869**
**BRIGHTON, CO 80601-0869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2020

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADAN DASSOW**
**PO BOX 35032**
**ELMWOOD PARK, IL 90707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADEBOLA ADEBOYEJO**
**4342 NESTLE AVE CYPRESS**
**CYPRESS, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADECCO USA INC**
**DEPT LA 21403**
**PASADENA, CA 91185-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADMINISTRACION PARA EL SUSTENTO DE**
**MENOR**
**PO BOX 71442**
**SAN JUAN, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADMINISTRATR UNEMPLOYMENT COMP**
**EMPLOYMENT SECURITY DIVISION**
**PO BOX 2940**
**HARTFORD, CT 6104-2940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADOLFO GARCIA RAMIREZ**
**2275 SABRINA WAY**
**TRACY, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADOLPH AND ROSE LEVIS JCC**
**9801 DONNA KLEIN BLVD**
**BOCA RATON, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.76** | Nonpriority creditor's name and mailing address
**ADRIANA ASCENCIO**
3221 NATIONAL CITY BLVD  SP 22
NATIONAL CITY, CA 91950

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.77** | Nonpriority creditor's name and mailing address
**ADRIENNE WEISS CORPORATION**
875 N MICHIGAN AVE STE 2717
CHICAGO, IL 60611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.78** | Nonpriority creditor's name and mailing address
**ADV PTSA**
1060 KEENE RD
DUNEDIN, FL 34698

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.79** | Nonpriority creditor's name and mailing address
**ADVANCE IMAGING SUPPLY INC**
14560 FRIAR ST
VAN NUYS, CA 91411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.80** | Nonpriority creditor's name and mailing address
**ADVANCED COMMUNICATIONS SYSTEMS**
3312 PURER ROAD
ESCONDIDO
CA, 92029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$451.54**

---

**3.81** | Nonpriority creditor's name and mailing address
**ADVANCED DOCUMENT SYSTEMS**
701 E GARDENA BLVD
GARDENA, CA 90248

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.82** | Nonpriority creditor's name and mailing address
**ADVANCED POWER TECHNOLOGIES**
DEPT 751
PO BOX 220
BETTENDORF, IA 52722-0004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ADVANTAGE CHEMICAL LLC**<br>**27375 VIA INDUSTRIA**<br>**TEMECULA, CA 92590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,311.00 |
|---|---|---|---|
| | **Afc Trading & Wholesale, Inc**<br>**4738 Valley Blvd.**<br>**Los Angeles, CA 90032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/14/2020 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AFCO**<br>**DEPT 0809**<br>**PO BOX 120809**<br>**DALLAS, TX 75312-0809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,547.00 |
|---|---|---|---|
| | **AFFINITY BUILDING SOLUTIONS INC**<br>**2702 HILLGROVE DR**<br>**DACULA, GA 30018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AFFORDABLE SIGNAGE OF COLORADO**<br>**LLC**<br>**3568 PEORIA ST STE 606**<br>**AURORA, CO 80010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AFRAM V NAHID** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AFSP OREGON CHAPTER**<br>**8557 SW PINEBROOK ST**<br>**TIGARD, OR 97224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AGAPE INTERNATIONAL MISSIONS
13010 PASEO LUCIDO
ATTN KASA MELE
SAN DIEGO, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AGAVE DOGS RESCUE
PO BOX 453
BEAVERCREEK, OR 97004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AGL RESOURCES
1844 FERRY ROAD
ATTN REMITTANCE
NAPERVILLE, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AGUA HEDIONDA LAGOON FOUNDATIO
1580 CANNON RD
CARLSBAD, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AHS ASB
180 CAMPUS DRIVE
ARCADIA, CA 91007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.68

AHS BPO
32776 CLEAR LAKE ST
FREMONT
CA, 94555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AHS CONSTITUTION TEAM
180 CAMPUS DRIVE
ARCADIA, CA 91007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHS LINK CREW**
**180 CAMPUS DRIVE**
**LINK CREW**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHS THEATER BOOSTERS**
**101 S 2ND ST**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHWATUKEE LITTLE LEAGUE**
**PO BOX 50697**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHWATUKEE SOFTBALL**
**521 E BROOKWOOD CT**
**PHOENIX, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDS WALK LA**
**5555 MELROSE AVE ZUKOR BLDG**
**TEAM PARAMOUNT AIDS WALK 2018**
**LOS ANGELES, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AILEEN LOPEZ**
**3011 E 4TH ST  APT 1**
**LONG BEACH, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIM INTEGRATED COMMUNICATIONS INC**
**169 DEL MAR SHORES TERRACE**
**SOLANA BEACH, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.65 |
|---|---|---|---|

**AIR AD PROMOTIONS INC**
**PO BOX 202066**
**ARLINGTON, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**AIR AD PROMOTIONS INC**
**PO BOX 202066**
**ARLINGTON**
**TX, 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.93 |
|---|---|---|---|

**AIRTECH HEATING & AIR CONDITIONING**
**5466 E LAMONA AVE STE 101**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.00 |
|---|---|---|---|

**AIRTECH HEATING & AIR CONDITIONING**
**5466 E LAMONA AVE STE 101**
**FRESNO**
**CA, 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIRTIGHT INDUSTRIES INC**
**PO BOX 939**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJGA**
**1980 SPORTS CLUB DRIVE**
**BRASELTON, GA 30517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,136.00 |
|---|---|---|---|

**AK VALENCIA HOLDINGS LLC**
**PO BOX 847134**
**ACCT #4125957084**
**LOS ANGELES, CA 90084-7134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

AK VALENCIA HOLDINGS LLC
24303 TOWN CENTER DRIVE, #160
VALENCIA, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

AK VALENCIA HOLDINGS LLC
21500 BISCAYNE BLVD STE 700
AVENTURA, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ALABAMA DEPARTMENT OF LABOR
UNEMPLOYMNT COMPENSATION AGNCY
649 MONROE ST.  ROOM 4207
MONTGOMERY, AL 36131-4220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ALAMEDA COUNTY ENVIRONMENTAL
HEALTH DEPT
1131 HARBOR BAY PRKY
ALAMEDA, CA 94502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,325.00**

ALAMEDA COUNTY ENVIRONMENTAL
HEALTH DEPT
1131 HARBOR BAY PRKY
ALAMEDA
CA, 94502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ALAMEDA COUNTY RECORDER
1106 MADISON STREET
OAKLAND, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ALAMEDA COUNTY WATER DISTRICT
PO BOX 101837
PASADENA, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALAMEDA ELEMENTARY PTSA**
**10120 4TH ST NW**
**ALBUQUERQUE, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALAN DOE**
**6142 W SCHOOL**
**CHICAGO, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALAN TOBIA**
**3309 MONTELENA CT**
**MODELSTO, CA 95355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALAN WAX**
**9023 SOUTH SACRAMENTO AVE**
**EVERGREEN PARK, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALASKA DEPT OF LABOR & WORKFOR**
**CASHIERS**
**P.O. BOX 115506**
**JUNEAU, AK 99811-5506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALBA BARRIOS**
**5305 CARLIN ST  #1**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALBERT C BRUNELLE**
**639 VISTA BONITA**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
ALBION SC  GIULIANA BALISTRERI
1857 MENDOTA ST
SAN DIEGO, CA 92106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
ALCOHOLIC BEVERAGE CONTROL
3927 LENNANE DRIVE #100
SACRAMENTO, CA 95834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
ALDEA PARENTS GROUP
15639 N 40TH ST
PHOENIX, AZ 85032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
ALDERSGATE CHILDRENS CENTER
1201 IRVINE BLVD
TUSTIN, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
Alegacy Foodservice Products
12683 Corral Place
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
ALEGACY FOODSERVICE PRODUCTS
12683 CORRAL PLACE
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$729.12**
Alegacy Foodservice Products
12683 Corral Place
Santa Fe Springs
CA, 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEIA BRICKER**
13660 SE 108TH COURT RD
OKLAWAHA, FL 32179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEIGHA WHITAKER**
10001 COORS BYPASS NW  #911
ALBUQUERQUE, NM 87114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRO ANDRADE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER HARRIS**
693 GARFIELD AVE
EL CAJON, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER JIMENEZ**
4688 HELPERT CT
PLEASANTON, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER KILIANNAN**
385 WEYMOUTH PL
LAGUNA BEACH, CA 92651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER STEIN**
7706 CAFFEY LANE
SAN DIEGO, CA 92126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXANDRA RAZO**
**31166 CAMINO VERDE**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXANDRIA ROMERO**
**289 WARREN ST S  #2**
**MONMOUTH, OR 97361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXI FODDEN**
**17313 BIRCHWOOD LANE**
**FORT MYERS, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXIS DOMINGO**
**908 W 41ST DR**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXIS EUBANKS**
**2824 SE MALCOLM ST**
**MILWAUKE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXIS ORTIZ**
**1212 LA CHARLES DR N E**
**ALBUQUERQUE, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ALEXIS TRIPPON**
**745 CAMELOT LANE**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALFONSO DUARTE**
**6616 CENTRAL AVE SW**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALFRED CRUZ**
**1829 E WORKMAN AVE**
**WEST COVINA, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALHAMBRA HIGH SCHOOL C/O 2021**
**101 SOUTH 2ND STREET**
**ALHAMBRA, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,666.67**

**ALHAMBRA PLAZA BUILDING**
**PARTNERSHIP**
**3015 NORTH OCEAN BLVD #110**
**C/O SAVELLE INVESTMENT DYNAMIC**
**FORT LAUDERDALE, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALHS DANCE BOOSTERS**
**8880 BASELINE RD**
**RANCHO CUCAMONGA, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALICIA BROGON**
**3561 MOUNT CLAIRE CIRCLE**
**NORTHPORT, FL 34287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALICIA SMITH**
**389 E HAROLD DR**
**SAN TAN VALLEY, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALISE ARATO**<br>**4287 CAMPBELL DR**<br>**LOS ANGELES, CA 90066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALISON SERVICE COMPANY INC**<br>**PO BOX 402992**<br>**HESPERIA, CA 92340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALISSA RINK**<br>**3127 BAYBERRY WAY**<br>**POMPANO, FL 33063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALK TECHNOLOGIES INC**<br>**PO BOX 204769**<br>**DALLAS, TX 75320-4769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alk Technologies, Inc**<br>**1 Independence Way Ste 400**<br>**Princeton, NJ 08540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALL AMERICAN DETAIL INC**<br>**851 OAKWOOD DRIVE**<br>**TARPON SPRINGS, FL 34689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ALL AMERICAN PUBLISHING LC**<br>**PO BOX 100**<br>**CALDWELL, ID 83606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.160**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALL AMERICAN RESTAURANT SERVICES INC**<br>**7850 NW 62ND STREET**<br>**MIAMI, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALLAYAH EVERAGE JOHNSON**<br>**6100 FLOR DE MAYO PL NW**<br>**ALBUQUERQUE, NM 87120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALLBRIGHT MANAGEMENT PROFESSIONALS INC**<br>**7818 PROFESSIONAL PLACE**<br>**TAMPA, FL 33637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALLEGHENY TOWNSHIP**<br>**ALLEGHENY TOWNSHIP MUN. BLDG.**<br>**3131 COLONIAL DRIVE**<br>**DUNCANSVILLE, PA 16635-8022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALLEGIS GROUP HOLDINGS INC**<br>**3689 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Allen'S Blueberry Freezer Inc.**<br>**P .O. Box 536**<br>**Ellsworth, ME 04605-0536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ALLENS BLUEBERRY FREEZER INC**<br>**244 MAIN STREET**<br>**ELLSWORTH, ME 04605-0536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLIANCE REFRIGERATION COMPANY INC**
**100 FRONTIER WAY**
**BENSENVILLE, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON R EMROLL**
**2047 SPRINGSIDE DR**
**NAPERVILLE, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLSTAR ELECTRIC**
**PO BOX 2549**
**GOLDENROD, FL 32733-2549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALMA MONTOYA**
**6552 ALTA DR**
**LAS VEGAS, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALMARK FOODS**
**PO BOX 5263**
**GAINESVILLE, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALPHA EPSILON DELTA**
**14341 RIATA ST**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALPHA PHI GAMMA**
**5097 ALUMNI PL**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALPHA PHI OMEGA    LAMBDA MU**
**6043 TEMPLE CITY BLVD**
**TEMPLE CITY, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALPHA TAU DELTA OF CSULA**
**540 N18TH ST**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALS LOCKSMITH SERVICE INC**
**1911 W BROADWAY STE 6**
**MESA, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALTA DENA DAIRY**
**DEPT 2363**
**LOS ANGELES, CA 90084-2363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALTA DENA DAIRY**
**PO BOX 31001-2833**
**PASADENA, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALTA MURRIETA PTA**
**39475 WHITEWOOD RD**
**MURRIETA, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALTADE A PTSO**
**14620 S DESERT FOOTHILLS PKWY**
**PHOENIX, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALTAMONTE SPRINGS POLICE DEP**
**225 NEWBURYPORT AVE**
**ALTAMONTE SPRINGS, FL 32701-3697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALVARO QUINTANAR**
**160 AVENIDA DELGADO**
**OCEANSIDE, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALVERTIS HATTLEY**
**856 SCOTT LANE**
**MARIETTA, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALYSSA CORMIER**
**3920 GALLANT FOX CT**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALYSSA GUTIERREZ**
**955 W DEVONSHIRE AVE A**
**HEMET, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALYSSA LAIRD**
**699 N VULCAN AVE # 22**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALZHEIMERS ASSOCIATION**
**550 W. ALLUVIAL STE 106 106**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALZHEIMERS ASSOCIATION DSW**
**1159 N CRAYCROFT RD**
**TUCSON, AZ 85712**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AM PM DOOR SERVICE**
**273 GLENWOOD DRIVE**
**LAKELAND, FL 33805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMADOR VALLEY ATHLETIC BOOSTER**
**3810 VINEYARD AVENUE  APT A**
**PLEASANTON, CA 94566**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA ALLEN**
**443 FAIRLOCK LAND NW**
**ATLANTA, GA 30331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA CUOZZO DEWAAY**
**2068 AVENIDA VISTA DELMONTE**
**UNIT 2**
**SIMI VALLEY, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA DE LA TORRE**
**22091 BROKEN BOW DR**
**LAKE FOREST, CA 92630**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARIAH KESTEL**
**1616 LAKE DRIVE**
**CARDIFF BY THE SEA, CA 92007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

AMAZING ODOR CONTROL OF DORAL LLC
7947 NW 188TH ST
HIALEAH, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

AMBIUS LLC
PO BOX 14086
READING, PA 19612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

AMELIA EARHART ELEMENTARY PTO
45250 DUNE PALMS ROAD
INDIO, CA 92201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,216.00**

Amercare
Po Box 645300
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/21/2020_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

AMERCARE
PO BOX 645300
CINCINNATI, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.53**

America'S Finest Bar Supply
Po Box 3494
San Diego, CA 92163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/27/2020_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,916.00**

AMERICAN BANKERS INSURANCE CO
PO BOX 731178
DALLAS, TX 75373-1178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,767.00**

**AMERICAN BANKERS INSURANCE CO**
**11222 QUAIL ROOST DRIVE**
**MIAMI**
**FL, 33157-2244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN BEVERAGE SYSTEMS**
**PO BOX 63008**
**PHOENIX, AZ 85082-3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN CANCER ASSOCIATION**
**6165 S RAINBOW BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN CANCER SOCIETY**
**4102 DAKOTA PLACE**
**PALM BEACH GARDENS, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN CANCER SOCIETY**
**2255 S ONEIDA ST**
**DENVER, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN CANCER SOCIETY**
**1255 HARBOR RIDGE DRIVE**
**POINCIANA, FL 34729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN CANCER SOCIETY**
**6102 LAFAYETTE AVE**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN CANCER SOCIETY**
**2222 W. SHAW  SUITE 201**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN CANCER SOCIETY**
**7800 FREESTYLE LANE**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN CANCER SOCIETY**
**PO BOX 1171**
**YORBA LINDA, CA 92885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**AMERICAN CANCER SOCIETY**
**4102 DAKOTA PLACE**
**PALM BEACH GARDENS**
**FL, 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 0001**
**LOS ANGELES, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN HIGH SCHOOL**
**36300 FREMONT BLVD**
**C/O JEANNE BURCH**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN HOTEL SERVICES CORP**
**1044 SOARING EAGLE LANE**
**KISSIMMEE, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES HOSPITAL**
**501 ST JUDE PLACE**
**MEMPHIS, TN 38105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN LEBANESE SYRIAN ASSOCIATED CHAR**
**1501 W CLEVELAND ST STE 230**
**ATTN ESTEBAN VIDAL**
**TAMPA, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861.94 |
|---|---|---|---|

**American Metalcraft Inc.**
**Po Box 6244**
**Coral Springs, IL 60197-6244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN RED CROSS**
**13269 COPPERWIND LANE**
**SAN DIEGO, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN RESTAURANT ASSOC INC**
**PO BOX 51482**
**SARASOTA, FL 34232-0332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN ROLAND FOOD CORP**
**71 WEST 23RD STREET 15TH FL**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN SCALE**
**8590 W 14TH AVE**
**LAKEWOOD, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERICAN SERVICE INDUSTRIES LLC**
**7016 C 2ND ST NW**
**PO BOX 10595**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERICAN YOUTH SOCCER**
**ORGANIZATION**
**PO BOX 1277**
**BONITA, CA 91908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERICAS BEVERAGES MANAGEMENT GP**
**PO BOX 277237**
**ATLANTA, GA 30384-7237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERICAS FINEST BAR SUPPLY**
**PO BOX 3494**
**SAN DIEGO, CA 92163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERIFACTORS FINANCIAL GROUP LLC**
**PO BOX 628328**
**ORLANDO, FL 32862**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,333.00**

**AMERIFOODS ATLANTA LLC**
**300 BLACK BELT WORLD DR**
**C/O CRD OF AMERICA**
**KNIGHTDALE, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERIPARK**
**6081 CENTER DRIVE STE #121**
**LOS ANGELES, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.12 |
|---|---|---|---|

**AMERIPRIDE SERVICES INC**
**PO BOX 1147**
**BEMIDJI, MN 56619-1147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.07 |
|---|---|---|---|

**AMES CHILD CARE CENTER**
**MAIL STOP 270 1  BLDNG N27**
**MOFFETT FIELD**
**CA, 94035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**AMICORP ENTERPRISES INC**
**PO BOX 609**
**HURRICANE, UT 84737-0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMPCO PARKING**
**11911 SAN VINCENTE BLVD**
**ATTN PARKING OFFICE LEVEL A**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANA DE LA TORRE**
**1521 S DIAMOND ST**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANA JAVIER**
**6122 CURRY FORD RD**
**ORLANDO, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANASTACIO VALENCIA**
**5201 S 12TH WAY**
**PHOENIX, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANASTASIA VELA**
**18255 BERMUDA ST**
**NORTHRIDGE, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANAVERDE HILLS SCHOOL PTSA**
**2902 GREENBRIER ST**
**PALMDALE CALIFORNIA, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDENES LANDSCAPING LLC**
**PO BOX 503045**
**SAN DIEGO, CA 92150-3045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDERSON LOCK AND SAFE LLC**
**6146 NORTH 35TH AVE  #101**
**PHOENIX, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRA & BOBBY PRICE**
**3016 POLANSKI DRIVE**
**WAKE FOREST, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA MIRANDA**
**9406 CAMELIA CREST LN**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.84 |
|---|---|---|---|

**ANDREW BEAUCHEMIN**
**3444 PLACITA DE LAS CASAS SE**
**RIO RANCHO**
**NM, 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW FIGUEROA**
**1019 N PARK LN**
**APT 1019**
**ALPHARETTA, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.05 |
|---|---|---|---|

**ANDREW MILLER**
**1643 N MARKDALE**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/16/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW NOSLER**
**2125 FRANKLIN BLVD**
**EUGENE, OR 97403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW SANTER**
**5269 FELICIA STREET**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.75 |
|---|---|---|---|

**ANDREWS ELECTRICAL INC**
**5617 E HILLERY DR**
**SCOTTSDALE**
**AZ, 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,196.95 |
|---|---|---|---|

**ANDREWS REFRIGERATION INC**
**5617 E HILLERY DR**
**SCOTTSDALE, AZ 85254-2449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,602.80 |
|---|---|---|---|

**ANDREWS SERVICES INC**
**5617 E HILLERY DR**
**SCOTTSDALE, AZ 85254-2449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA NICOLL**
**928 CURRIN PERRY ROAD**
**ZEBULON, NC 27597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELES LUIS**
**633 GRAND FIR AVE #2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELICA SEGOVIA**
**7524 2ND ST**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.13 |
|---|---|---|---|

**ANGELINA NAVA**
**1265 ROSEGATE BLVD**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANHS DANCE TEAM BOOSTERS**
**28845 VIA DE LUNA**
**LAGUNA NIGUEL, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.54 |
|---|---|---|---|

**ANIMIS FOUNDATION**
**8251 SW 27TH AVENUE**
**OCALA**
**FL, 34476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANN Lombardo**
**8131 WENLOCK CIR**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANN MARIA
82212 SIERRA AVE
INDIO, CA 92201-4167

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANN RUDD
521 SPRUCE MEADOWS LANE
WILLOW SPRING, NC 27592

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANNE HURIA
2684 RAE CT
PALM HARBOR, FL 34684

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANNETTE JOHSON INC
46 INDIAN HILLS DRIVE
CIRCLE PINES, MN 55014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANNUNCIATION CATHOLIC SCHOOL
32648 NORTH CAVE CREEK RD
CAVE CREEK, AZ 85331

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

ANTELOPE VALLEY SYMPHONY ORCH AND
MSTR C
45841 PICADILLY ST
LANCASTER, CA 93534

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$657.29**

ANTHONY BERARD
192 NW 118TH DRIVE
CORAL SPRINGS, FL 33071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY COOK**
**2400 WINGREN RD  APT 2125**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY GIANNESE**
**5900 N MASON AVE**
**CHICAGO, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MORALES**
**244 N KENMORE AVEC**
**LOS ANGELES, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINETTE WALKER**
**2875 CALIFORNIA ST   APT 6**
**BERKELEY, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTONIO RESENDIZ**
**3361 LAKEVIEW DR**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTWAN CRIST**
**903 MEDINA DR**
**ARLINGTON, TX 76017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANYTIME PLUMBING INC**
**4690 W POST RD #130**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ANYTIME SIGN** | ☐ Contingent | |
| | **1055 BAY BLVD STE H** | ☐ Unliquidated | |
| | **CHULA VISTA, CA 91911** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **AON CONSULTING INC** | ☐ Contingent | |
| | **29695 NETWORK PLACE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **APE PTA** | ☐ Contingent | |
| | **4819 SUMMER LAKES** | ☐ Unliquidated | |
| | **MISSOURI CITY, TX 77459** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,552.83** |
| | **APOLLO DRAIN AND ROOTER SERVICE INC** | ☐ Contingent | |
| | **853 NE HARLOW RD** | ☐ Unliquidated | |
| | **TROUTDALE, OR 97060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **APOSTLES LUTHERAN SCHOOL** | ☐ Contingent | |
| | **5828 SANTA TERESA BLVD** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,793.54** |
| | **APS** | ☐ Contingent | |
| | **PO BOX 60015** | ☐ Unliquidated | |
| | **PRESCOTT, AZ 86304-6015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Utilities_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **APSGC INC** | ☐ Contingent | |
| | **3525 DEL MAR HEIGHTS ROAD #922** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92130** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AR OFFICE OF CHILD SUPPORT
ENFORCEMENT
PO BOX 8125
LITTLE ROCK, AR 72203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
1057 SOLUTIONS CENTER
CHICAGO, IL 60677-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
PO BOX 828441
PHILADELPHIA, PA 19182-8441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
PO BOX 0903
CAROL STREAM, IL 60132-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
CAREER APPAREL
PO BOX 894704
LOS ANGELES, CA 90189-4704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
22512 NETWORK PLACE
CHICAGO, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,704.24 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES
22808 NETWORK PLACE
CHICAGO, IL 60673-1228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,134.40 |
| | **ARAMARK UNIFORM SERVICES**<br>**1057 SOLUTIONS CENTER**<br>**CHICAGO**<br>**IL, 60677-1000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $839.00 |
| | **Arbon Equipment Corporation**<br>**25464 Network Place**<br>**Chicago, IL 60673-1254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ARC PROPERTIES OPERATING**<br>**PARTNERSHIP LP**<br>**ID PT4508**<br>**PO BOX 840990**<br>**DALLAS, TX 75284-0990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ARC Window Cleaning**<br>**1616 S MAYFLOWER AVE UNIT E**<br>**Monrovia, CA 91016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ARCADIA COMMUNITY CHURCH**<br>**PRESCHOOL**<br>**121 ALICE ST**<br>**ARCADIA, CA 91006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **ARCADIA FALSE ALARM REDUCTION**<br>**PROGRAM**<br>**FILE 749188**<br>**LOS ANGELES, CA 90074-9188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213.35 |
| | **ARCADIA HIGH SCHOOL**<br>**180 CAMPUS DRIVE**<br>**ARCADIA**<br>**CA, 91007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.61**

**ARCADIAS BEST FOUNDATION**
**403 WEST NORMAN AVE**
**ARCADIA**
**CA, 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARCHER DANIELS MIDLAND COMPANY**
**PO BOX 80002**
**CITY OF INDUSTRY, CA 91716-8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARCHIE L CLARK**
**25157 SPRINGBROOK WAY**
**MENIFEE, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARCO IRIS SCHOOL**
**6107 SW MURRAY BLVD  #104**
**BEAVERTON, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARCTIC REFRIGERATION INC**
**1300 GALAXY WAY STE 7**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARDENT MILLS LLC**
**PO BOX 419204**
**BOSTON, MA 02241-9204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ARDENWALD PTO**
**8950 SE 36TH AVE**
**MILWAUKIE, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.300** | Nonpriority creditor's name and mailing address

ARDENWOOD ELEMENTARY PTA
33955 EMILIA LANE
FREMONT, CA 94555

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.301** | Nonpriority creditor's name and mailing address

ARELI NAVARRO
128 E CAMBRIDGE ST
LONG BEACH
CA, 90805

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,204.57

---

**3.302** | Nonpriority creditor's name and mailing address

ARES MANAGEMENT
2000 AVE OF THE STARS 12TH FL
LOS ANGELES, CA 90067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.303** | Nonpriority creditor's name and mailing address

ARIZONA COLLEGE PREP ACADEMY
3434 EAST BROADWAY
TUCSON, AZ 85716

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.304** | Nonpriority creditor's name and mailing address

ARIZONA CUTLERY
12620 N CAVE CREEK RDSTE #4
PHOENIX, AZ 85022

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$331.50

---

**3.305** | Nonpriority creditor's name and mailing address

ARIZONA JOBS DAUGHTERS
65710 E DESERT TRAIL DR
TUCSON, AZ 85739

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.306** | Nonpriority creditor's name and mailing address

ARIZONA ROSE ARTS ORGANIZATON
8480 N FIRETHORN AVE
TUCSON, AZ 85742

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Arizonora Landesign LLC** <br> **4529 W KEIM DRIVE** <br> **Glendale, AZ 85301** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ARLINGTON PTA** <br> **17800 VAN NESS AVE** <br> **TORRANCE, CA 90504** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ARMANDO CASTRO** <br> **5706 BATES ST** <br> **#10** <br> **SAN DIEGO, CA 92115** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ARMANDO ESTRADA** <br> **655 CADMAN ST.** <br> **SAN DIEGO, CA 92114** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ARMANINO FOODS** <br> **30588 SAN ANTONIO STREET** <br> **HAYWARD, CA 94544** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$825.00** |
|---|---|---|---|
| | **ARMOR PLUMBING & BOILER CO** <br> **330 E CHILTON DRIVE** <br> **CHANDLER, AZ 85225** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ARNOLD ELEMENTARY PTA** <br> **4100 W 227TH STREET** <br> **TORRANCE, CA 90505** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 3593 of 4240**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARNOLD ENGSTROM**
**5043 ARROYO CHAMISA RD NE**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARNOLD G FISCHER**
**PO BOX 126308**
**C/O TRILOGY REAL ESTATE MGMT**
**SAN DIEGO, CA 92112-6308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARROW SHEET METAL WORKS INC**
**2710 NORTH 36TH STREET**
**TAMPA, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARROYO DEL OSO PTA**
**6504 HARPER DR NE**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.37 |
|---|---|---|---|

**ARROYO HIGH SCHOOL**
**4921 CEDAR AVE**
**EL MONTE, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARROYO SECO ASB**
**27171 VISTA DEL GADO DR**
**SANTA CLARITA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ART LIEBERMAN**
**5812 N BEAVER LANE**
**RALEIGH, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
Arthur Schuman West
Po Box 84-78190
Los Angeles, CA 90084-8190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ARTHUR SCHUMAN WEST
PO BOX 823243
PHILADELPHIA, PA 19182-3243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ARTURO LOPEZ GUILLEN
194 PREDA STREET
SAN LEANDRO, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ARTURO NEGRETE
2051 VILLAGE PARKWAY
ENCINITAS, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ARTURO ROMO
2618 S GENESEE AVE
LOS ANGELES, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ASB
11224 DANBURY ST
ARCADIA, CA 91006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
ASCENSION LUTHERAN PRESCHOOL
26231 SILVER SPUR ROAD
C/O MAUREEN MORRISON
ROLLING HILLS ESTATES, CA 90275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASCENSION LUTHERAN SCHOOL**
**17910 PRAIRIE AVE**
**TORRANCE, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASCENSION PARISH**
**11292 CLAIREMONT MESA BLVD**
**SAN DIEGO, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHI KANSAL**
**13892 DODDER CT**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEE DRIVER**
**2017 LOTUS BLOSSOM CT**
**LAS VEGAS, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY D AGOSTINO**
**436 BEAUMONT GLEN**
**#252**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY MEDRANO**
**1905 SIERRA LEONE AVE  APT A**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLIE TUTTLE**
**12700 STAFFORD RD  APT 224**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASHONTI TURNER**
**210 SE 148TH AVE**
**VANCOUVER, WA 98684**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASHUNTA JOHNSON**
**5254 SMOKEMONT DR**
**STONE MOUNTAIN, GA 30088**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASSET MANAGEMENT TECHNOLOGIES**
**17039 KENTON DRIVE STE 200**
**CORNELIUS, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASSISTANCE LEAGUE OF NO COAST**
**5124 FROST AVENUE**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASSISTANCE LEAGUE OF TUCSON INC**
**1307 N ALVERNON**
**TUCSON, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,815.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-----------|

**ASSOCIATED ENVIRONMENTAL**
**LANDSCAPE**
**PO BOX 968**
**ROSWELL, GA 30077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-------|

**ASSOCIATED STUDENTS OF SDSU**
**5500 CAMPANILE DRIVE**
**SAN DIEGO, CA 92182**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASSOCIATION OF CHINESE STUDENT**
**2600 NUTWOOD AVENUE SUITE 8**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310.72 |
|---|---|---|---|

**ASSURANCE FACILITY MANAGEMENT**
**PO BOX 654**
**BURLESON, TX 76097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASTRO BUILDING SERVICES INC**
**2810 FRANK SCOTT PKWY STE 812**
**BELLEVILLE, IL 62223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.82 |
|---|---|---|---|

**ASU TUCSON STUDENT COUNCIL**
**340 N COMMERCE PARK LOOP STE**
**TUCSON**
**AZ, 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 105262**
**ATLANTA, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5025**
**CAROL STREAM, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5083**
**CAROL STREAM, IL 60197-5083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 5080
CAROL STREAM, IL 60197-5080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 740144
ATLANTA, GA 30374-0144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 105068
ATLANTA, GA 30348-5068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 105068
ATLANTA, GA 30348-5068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 105414
ATLANTA, GA 30348-5414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 5019
CAROL STREAM, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AT&T**
PO BOX 650661
DALLAS, TX 75265-0661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5001**
**CAROL STREAM, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,011.65 |
|---|---|---|---|

**Atalanta Corporation**
**Po Box 74008466**
**Chicago, IL 60674-8466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ATG WOODWORKING LLC**
**201 MESQUITE BRIAR TRL**
**HUTTO, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ATLANTA NORTH SCHOOL**
**5123 CHAMBLEE DUNWOODY RD**
**C/O RENE LONGORIA**
**DUNWOODY, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,505.50 |
|---|---|---|---|

**Atlantic Logistics Management**
**6350 Lake Oconee Pkwy Suite 102 Box 22**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ATLAS SIGN INDUSTRIES OF FL LLC**
**1077 W BLUE HERON BLVD**
**WEST PALM BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,637.00 |
|---|---|---|---|

**Attune Foods, Llc**
**Post Holdings, Inc**
**26744 Network Place**
**Chicago, IL 60673-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/21/2020

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.363**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AURORA QUEST K-8 PTA**<br>**17315 E 2ND AVE**<br>**AURORA, CO 80011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.364**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.74 |
|---|---|---|
| **AURORA WATER**<br>**PO BOX 719117**<br>**DENVER, CO 80271-9117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Utilities__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.365**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AUSTIN STIVERS**<br>**17842 THEODORA DR**<br>**TUSTIN, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.366**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AUTISM SOCIETY OF GREATER ORLANDO**<br>**1650 SAND LAKE RD  STE 240**<br>**ORLANDO, FL 32809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.367**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AUTISM SPEAKS**<br>**PO BOX 199**<br>**ROCKY HILL, NJ 08553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AUTOANYTHING**<br>**6602 CONVOY CT  200**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **AUTOMATIC DATA PROCESSING INC**<br>**PO BOX 89-4188**<br>**LOS ANGELES, CA 90189-4188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVENUES SLS INC**
**28415 INDUSTRY DRIVE  #502**
**AVENUES SUPPORTED LIVING SERVI**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVENUES SUPPORTED LIVING SERVICES**
**28415 INDUSTRY DRIVE #502**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVERUS SOUTHEAST LLC**
**3851 CLEARVIEW COURT**
**GURNEE, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVERUS SOUTHEAST LLC**
**1800 NATIONS DRIVE STE 215**
**GURNEE, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVHS**
**5588 GLLENROCK AVE  APT 406**
**ATTN RENEE XUE**
**LOS ANGELES, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVHS CLASS OF 2022**
**1155 SANTA RITA RD**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVHS SWIM TEAM**
**2637 STARLING COURT**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
AVIANA GLOBAL TECHNOLOGIES INC
915 W IMPERIAL HWY #100
BREA, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
AVION GRAPHICS
27192 BURBANK
FOOTHILL RANCH, CA 92610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
AVIS BUDGET GROUP LLC
7876 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
AVOCADO ELEMENTARY SCHOOL PTA
3845 AVOCADO SCHOOL ROAD
LA MESA, CA 91941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$834.47**
AVRA HARROLD
29063 BOULDER CREST WAY
MENIFEE, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2020, 3/16/2020

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.31**
AW BILLING SERVICES LLC
4431 NORTH DIXIE HWY
BOCA RATON, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
AWNING DETAILERS INC
PO BOX 1236
ANTIOCH, CA 94509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AYDIA JOHNSON**
**15000 S SPANGLER RD**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AYSO REGION 285**
**10158 ARROW ROCK AVE**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AYSO REGION 341 INC**
**PO BOX 712933**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.03

**AYSO REGION 795**
**10201 LASAINE AVE**
**NORTHRIDGE**
**CA, 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AZ CHILD SUPPORT RECOVERY UNIT**
**PO BOX 36626**
**PHOENIX, AZ 85067-6626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00

**AZ DOR**
**PO BOX 29070**
**PHOENIX**
**AZ, 85038-9070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AZ SUPPORT PAYMENT CLEARINGHOUSE**
**PO BOX 52107**
**PHOENIX, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZTEC PLUMBING LLC**
**PO BOX 17049**
**TUCSON, AZ 85731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B AND C FURNITURE SOLUTIONS INC**
**1060 J STREET**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B AND J REFRIGERATION INC**
**422 S OLSEN AVE**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B&G Foods, Inc**
**PO Box 405354**
**Atlanta, GA 30384-5354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.86 |
|---|---|---|---|

**BAADA**
**PO BOX 210451**
**SAN FRANCISCO**
**CA, 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BABA NANAK FOODS INC**
**PO BOX 10098**
**SAN BERNARDINO, CA 92423-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BACHRODT PTA**
**102 SONORA AVENUE**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.398**  Nonpriority creditor's name and mailing address

**Back to Perfection**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.399**  Nonpriority creditor's name and mailing address

**BACKFLOW TECH  INC**
**610 GARRISON ST UNIT W**
**LAKEWOOD, CO 80215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.400**  Nonpriority creditor's name and mailing address

**BACKUPIFY INC**
**PO BOX 21465**
**NEW YORK, NY 10087-1465**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.401**  Nonpriority creditor's name and mailing address

**Badia Spices, Inc.**
**Po Box 226497**
**Doral, FL 33222-6497**

Date(s) debt was incurred  2/28/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$13,186.66**

---

**3.402**  Nonpriority creditor's name and mailing address

**BAKER AND HOSTETLER LLP**
**PO BOX 70189**
**CLEVELAND, OH 44190-0189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.403**  Nonpriority creditor's name and mailing address

**BAKER COMMODITIES  INC**
**PO BOX 6518**
**PHOENIX, AZ 85005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.404**  Nonpriority creditor's name and mailing address

**BALBOA SPIRIT CLUB**
**17020 LABRADOR STREET**
**NORTHRIDGE**
**CA, 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$148.09**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BALCO HOLDINGS  INC**
PO BOX 7137
SAN FRANCISCO, CA 94120-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BALLOON DISTRACTIONS INC**
280 W OSCEOLA ST
CLERMONT, FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARBARA BIVENS**
616 BIRCH CIRCLE
CARY, NC 27511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARBARA CROSBY**
44490 LEONA COURT
TEMECULA, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARBARA JACHIMAK**
2408 CEDAR STREET
ROLLING MEADOWS, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARE ASSOCIATES INTERNATIONAL INC**
3702 PENDER DR  STE 305
FAIRFAX, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bare International**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,305.90 |
|---|---|---|---|

**Bargreen Ellingson**
**Foodservice Supply & Design**
**LOCKBOX #310055 - PO Box 94328**
**Seattle, WA 98124-6628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bari Olive Oil Comapny**
**40063 Road 56**
**Dinuba, CA 93618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARILLA AMERICA INC**
**1200 LAKESIDE DRIVE #150**
**BANNOCKBURN, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARKER ELEMENTARY SCHOOL**
**12565 SPRINGDALE ST**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARNARD PTA**
**2445 FOGG ST**
**5TH GRADE CHINA TRIP**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARONY OF DRAGONS MIST SCA INC**
**PO BOX 1471**
**HILLSBORO, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARRINGTON PLACE ELEMENTARY**
**2100 SQUIRE DOBBINS DR**
**SUGAR LAND, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BART CROXFORD**
**1475 MUMS CIRCLE**
**SANDY, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BASIC ACADEMY BAND**
**400 PALO VERDE DR**
**BASIC ACADEMY BAND**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BASIC HIGH SCHOOL**
**400 PALO VERDE DR**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BASIS MESA BOOSTERS**
**5010 S EASTMARK PKWY**
**MESA, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BASIS SCOTTSDALE PRIMARY BOOSTER**
**16747 E PARKVIEW AVE  STE 1**
**FOUNTAIN HILLS, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay Alarm Company**
**Balco Holdings, Inc**
**5130 Commercial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAY AREA PREGNANCY CENTER**
**2380 DREW STREET SUITE # 6**
**CLEARWATER, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay State**
100 CONGRESS ST 2ND FL
Quincy, MA 02169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Quinoa_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,440.00 |
|---|---|---|---|

**Bay State Milling Co.**
100 Congress St-2nd Fl
Quincy, MA 02169-0948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/18/2020, 2/25/2020, 3/3/2020, 3/10/2020_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAY VALLEY FOODS LLC**
21077 NETWORK PLACE
CHICAGO, IL 60673-1210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BBI MARKETING INC**
5021 W RIO VISTA AVE
TAMPA, FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BBROWARD COUNTY REVENUE**
115 S ANDREWS AVE RM A-100
FORT LAUDERDALE, FL 33301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.02 |
|---|---|---|---|

**BBYO J F K AZA 456**
5870 W OLYMPIC BLVD
LOS ANGELES
CA, 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BCTCB - EIT**
1301 12TH STREET
SUITE 103
ALTOONA, PA 00016-6010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,807.50 |
|---|---|---|---|

**BDO USA LLP**
**PO BOX 677973**
**DALLAS**
**TX, 75267-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,383.00 |
|---|---|---|---|

**BEAR NECESSITY LLC**
**12285 S ORANGE BLOSSON TRAIL**
**C/O 1ST NATIONAL BANK OSCEOLA**
**PHILLIP J**
**ORLANDO, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAUFORT COUNTY FAMILY COURT**
**PO DRAWER 1124**
**BEAUFORT, SC 29901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAUMONT ELEMENTARY**
**550 BEAUMONT DR**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAVERTON CIVIC THEATRE**
**PO BOX 454**
**ATTN MELISSA RILEY**
**BEAVERTON, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAZLEY USA SERVICES INC**
**30 BATTERSON PARK RD**
**FARMINGTON, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BECKFORD CHARTER PTA**
**19130 TULSA ST**
**NORTHRIDGE, CA 91426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.440** | Nonpriority creditor's name and mailing address

**BECKMAN HIGH SUPER BOOSTERS**
**10 CALAIS**
**BECKMAN VOCAL ARTS BOOSTERS**
**IRVINE, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.441** | Nonpriority creditor's name and mailing address

**BECKY NOEL**
**6861 SOUTH SPRINGBOOK WAY**
**SALT LAKE CITY, UT 84121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.442** | Nonpriority creditor's name and mailing address

**BEECHWOOD SCHOOL PTSA**
**780 BEECHWOOD AVENUE**
**FULLERTON, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443** | Nonpriority creditor's name and mailing address

**BELCO ELECTRIC INC**
**3118 MARJAN DR**
**ATLANTA, GA 30340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,855.39**

---

**3.444** | Nonpriority creditor's name and mailing address

**BELEN MARQUEZ**
**84495 CHRISTINA RD**
**COACHELLA, CA 92236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.445** | Nonpriority creditor's name and mailing address

**BELFOR USA GROUP INC**
**2300 FOURTH ST**
**TUCKER, GA 30084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.446** | Nonpriority creditor's name and mailing address

**BELL PTA**
**12345 SPRINGDALE ST**
**GARDEN GROVE**
**CA, 92845**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$62.42**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BELLSOUTH**
**PO BOX 105262**
**ATLANTA, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BELLWETHER FOOD GROUP INC**
**9 RIVER ROAD**
**TOPSFIELD, MA 01983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.33 |
|---|---|---|---|

**BELRON LLC**
**7300 VISCAYA CIRCLE**
**MARGATE**
**FL, 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BELTRAM FOOD SERVICE SUPPLY**
**PO BOX 844620 DEPT 101**
**BOSTON, MA 02284-4620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.34 |
|---|---|---|---|

**BEN GAMLA CHARTER SCHOOL**
**8600 JOG ROAD**
**BOYNTON BEACH**
**FL, 33472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENCHLEY WEINBERGER PTA**
**6269 TWIN LAKE DR**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENEDICTO TRINIDAD III**
**564 HASTINGS DR**
**BENICIA, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENRICH SERVICE COMPANY INC**
**3190 AIRPORT LOOP DR STE G**
**COSTA MESA, CA 92626-3403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERGESON PTA**
**25302 RANCHO NIGUEL RD DRAMA**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERKHEIMER ASSOCIATES**
**PO BOX 25132**
**LEHIGH VALLEY, PA 00018-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERKHEIMER ASSOCIATES**
**PO BOX 25156**
**LEHIGH VALLEY, PA 00018-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERKS COUNTY EIT BUREAU**
**920 VAN REED ROAD**
**WYOMISSING, PA 19610-1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berlin Packaging Llc**
**36690 Treasury Center**
**Chicago, IL 60694-6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERLYNN DURHAM**
**15614 SE MEADOWLARK LN**
**MILWAUKIE, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERNAL HSA**
**6610 SAN IGNACIO AVE**
**SAN JOSE, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERNARDO HEIGHTS EDUCATION FOU**
**12990 PASEO LUCIDO**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

**BEST MANUFACTURERS INC**
**PO BOX 20091**
**PORTLAND**
**OR, 97294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BETH SHIR SHALOM**
**1827 CALIFORNIA AVE**
**SANTA MONICA, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BETHANY CHRISTIAN ACADEMY**
**13431 EDWARDS STREET**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BETHANY LUTHERAN CHURCH**
**4644 CLARK AVENUE**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEVERLY CONROY**
**207 MARRIAN DR**
**CLAYTON, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEVERLY FOSTER**
**COACHING CONSULTING TRAINING**
**410 BANTON AVENUE**
**EUGENE, OR 97404-1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEYOND TRUST CORPORATION**
**PO BOX 734433**
**DALLAS, TX 75373-4433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHS BAND BOOSTERS**
**PO BOX 2194**
**BELLEVIEW, FL 34421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**BIANCA ALANIS**
**5217 JEWEL CANYON DR**
**LAS VEGAS, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA VAZQUEZ**
**817 N JACKSON ST**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bickel'S Snack Foods, Inc.**
**P.O. Box 334**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.75 |
|---|---|---|---|

**BIG APPLE WINDOW CLEANING INC**
**23165 COCONUT SHORES DR**
**BONITA SPRINGS, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199,175.50** |
|---|---|---|---|

**BILLUPS INC**
**PO BOX 22012**
**NEW YORK, NY 10087-2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BIOLA CKI**
**23130 INGOMAR ST**
**WEST HILLS, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.82** |
|---|---|---|---|

**BIOLOGICAL SCIENCES STUDENT**
**COUNCIL**
**2951 MUIR TRAIL DR**
**FULLERTON**
**CA, 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BISCAYNE ENGINEERING INC**
**529 W FLAGLER ST**
**MIAMI, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BISHOP CONTRACTING INC**
**850 S BOULDR HIGHWAY  #190**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BIT BUCKETS ROBOTICS TEAM**
**7538 EAST CAMINO AMISTOSO**
**TUCSON, AZ 85750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.20** |
|---|---|---|---|

**BJH INSTRUMENTAL MUSIC BOOSTER**
**528 S WALNUT AVE**
**BREA**
**CA, 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.55 |
|---|---|---|---|

**BLACKHAWK NETWORK INC**
**WELLS FARGO BANK**
**PO BOX 932859**
**ATLANTA, GA 31193**

Date(s) debt was incurred  3/3/2020, 3/10/2020, 3/17/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLACKLINE SYSTEMS INC**
**DEPT LA 23816**
**PASADENA, CA 91185-3816**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLACOW BOOSTER CLUB**
**40404 SUNDALE DR**
**FREMONT, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLANCA CONTRERAS**
**336 SARA LN NW  APT 12**
**ALBURUERQUE, NM 87114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**BLAS CARPET CLEANING LLC**
**3180 PARKER DR**
**CUMMING, GA 30041**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blommer Chocolate Company Of California**
**PO BOX 848153**
**Los Angeles, CA 90084-8153**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLOMMER CHOCOLATE COMPANY OF CALIFORNIA**
**BIN 175**
**MILWAUKEE, WI 53288**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLOMMER CHOCOLATE COMPANY OF CALIFORNIA**
**39857 TREASURY CENTER**
**CHICAGO, IL 60694-9800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLOMMER CHOCOLATE COMPANY OF CALIFORNIA**
**PO BOX 848153**
**LOS ANGELES, CA 90084-8153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,820.00 |
|---|---|---|---|

**Blue Coupe Partners Inc.**
**In A Nutshell**
**753 MONTAGUE STREET**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLUE DOT SAFES**
**2707 N GAREY AVE**
**POMONA, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOB BLACKMAN**
**2944 SHADY DRIVE**
**JACKSONVILLE, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOBBY BUSH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOBBY TRULLINGER**
**6621 WILD HORSE ROAD**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOHSABC**
**789 WILDCAT WAY**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOHSBAND BOOSTER**
**PO BOX 1645**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bollard Design**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BONITA VISTA CLUB BLUE**
**PO BOX 210302**
**BONITA VISTA CLUB BLUE**
**CHULA VISTA, CA 91921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOOTS AND BOWS SQUARE DANCE CLUB**
**347 26TH ST**
**HERMOSA BEACH, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BORJA BIGERIEGO**
**13941 CAPEWOOD LN**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boss Consulting**
**644 Hermosa Ave.**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.503** | Nonpriority creditor's name and mailing address

**BOSTONIA LANGUAGE ACADEMY PTA**
**1390 BROADWAY**
**EL CAJON, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.504** | Nonpriority creditor's name and mailing address

**BOULDER CITY HIGH SCHOOL**
**1101 5TH STREET**
**BOULDER CITY, NV 89005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.505** | Nonpriority creditor's name and mailing address

**BOULDER FALLS INC**
**15504 NE 62ND ST**
**VANCOUVER, WA 98682**

Date(s) debt was incurred  3/1/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$487.80**

---

**3.506** | Nonpriority creditor's name and mailing address

**BOUNDLESS NETWORK INC**
**DEPT 3186**
**PO BOX 123186**
**DALLAS, TX 75312-3186**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,868.69**

---

**3.507** | Nonpriority creditor's name and mailing address

**BOUNDLESS NETWORK INC**
**DEPT 3186**
**PO BOX 123186**
**DALLAS**
**TX, 75312-3186**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,030.22**

---

**3.508** | Nonpriority creditor's name and mailing address

**BOX INC**
**DEPT 34666**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509** | Nonpriority creditor's name and mailing address

**BOY SCOUT TROOP 654**
**15546 POMERADO RD**
**POWAY, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOY SCOUT TROOP 998**
**7645 DESERTWOOD LN**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOY SCOUTS TROOP 132**
**38798 ALTURA STREET**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOYNTON BEACH LITTLE LEAGUE INC**
**300 W WOOLBRIGHT RD**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOYS AND GIRLS CLUBS OF OCEANSIDE**
**401 COUNTRY CLUB LANE**
**OCEANSIDE, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.59 |
|---|---|---|---|

**BOYS AND GIRLS CLUBS OF TUSTIN**
**580 W 6TH STREET**
**TUSTIN**
**CA, 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOYS SCOUT TROOP 442**
**20774 NW 3 RD COURT**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BPE PTA**
**PO BOX 3295**
**BPE PTA**
**SUGAR LAND, TX 77487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BPTAF**
**1752 HORNBLEND ST**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,858.85 |
|---|---|---|---|

**BR HOLDINGS OF SOUTH FLORIDA**
**33306 NW 29TH AVE**
**BOCA RATON**
**FL, 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRADFORD CITY HALL**
**24 KENNEDY STREET**
**PO BOX 15**
**BRADFORD, PA 00016-7010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRADLEY LEWTON**
**7600 WINDSWEPT ST**
**LAS VEGAS, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.84 |
|---|---|---|---|

**BRADOAKS PTA**
**930 E LEMON AVE**
**MONROVIA**
**CA, 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**BRAND IQ**
**1915 HYPERION AVE**
**LOS ANGELES**
**CA, 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRAND PROGRAMMING NETWORK LLC**
**PO BOX 74008223**
**CHICAGO, IL 60674-8223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.524** | Nonpriority creditor's name and mailing address
**BRANDI RAMUNDO**
**30 W 115 WHITNEY ROAD**
**WEST CHICAGO, IL 60185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525** | Nonpriority creditor's name and mailing address
**BRANDI SCARAMELLA**
**2076 SEQUOIA CREST**
**VISTA, CA 92081**

Date(s) debt was incurred  3/17/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$358.19

---

**3.526** | Nonpriority creditor's name and mailing address
**BRANDON BORSO**
**6065 PASEO CARRETA**
**CARLSBAD, CA 92009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527** | Nonpriority creditor's name and mailing address
**BRANDON BROWN**
**4585 OHIO ST  APT 3**
**SAN DIEGO, CA 92116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528** | Nonpriority creditor's name and mailing address
**BRANDON CROSSING LTD**
**10055 ADAMO DRIVE**
**TAMPA, FL 33619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

$472.92

---

**3.529** | Nonpriority creditor's name and mailing address
**BRANDY ENTERPRISES INC**
**11811 UPHAM STREET #C2**
**BROOMFIELD, CO 80020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.530** | Nonpriority creditor's name and mailing address
**BRCHS DRAMA**
**1501 NW 15TH CT**
**BOCA RATON, FL 33486**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRE CA OFFICE OWNER LLC**
**3100 BRISTOL ST SUITE 200**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRE CA OFFICE OWNER LLC**
**BLDG ID#18670**
**PO BOX 209259**
**AUSTIN, TX 78720-9259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRE PTO**
**6125 RIVER CLUB BLVD**
**BRADENTON, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BREA OLIN S AQUATICS BOOSTER C**
**540 S MADRONA AVE**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDA INESTROZA**
**112 E HAMMOND ST**
**PASADENA, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDAN WHITE**
**139 PARK ST  APT D**
**SAN RAFAEL, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDEN BILBAO**
**14270 PARKSIDE CT**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENNEN HAGIO**
**28960 VIA NORTE**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BREWER CONSULTING INC**
**26023 JEFFERSON AVE STE D**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BREWLOGIC INC**
**179 FRANKLIN ST**
**STE 5B**
**NEW YORK, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN HINTON**
**1911 PRAIRIE SAGE TRAIL**
**OCOEE, FL 34961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN HUNTER**
**5020 BELLE CHASE CIRCLE**
**TAMPA, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN KROLL**
**449 SWALLOW CT**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN L LOY**
**2048 THIBODO ROAD**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN SINCLAIR**
**14692 NW CORNELL RD  117**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIANNA COTE**
**16547 SW WHITETAIL LN**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIDDLEWOOD FACILITY SERVICES INC**
**11947 VALLEY VIEW ST #6029**
**GARDEN GROVE, CA 92846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIDGEPREP ACADEMY**
**1400 N 46TH AVE**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIDGETTE MORALES**
**1840 20TH AVE NE**
**NAPLES, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIDGETTE ONAN**
**1575 OAK DR  APT V-8**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIEF FTC**
**39655 TRINITY WAY  1106**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIER FTC**
**39201 SUNDALE DR**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIGGS EQUIPMENT INC**
**LOCK BOX 841272**
**DALLAS, TX 75284-1272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bright Harvest Sweet Potato Co**
**Po Box 83066**
**Chicago, IL 60691-3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIGHT HARVEST SWEET POTATO CO**
**PO BOX 528**
**CLARKSVILLE, AR 72830-0528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.55 |
|---|---|---|---|

**BRINETEK SALT DELIVERY LLC**
**PO BOX 9203**
**MESA, AZ 85214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brinks POS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRITTANY HARRIS**
**4021 MISSISSIPPI ST 9**
**SAN DIEGO, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROADMOR PTA**
**311 E AEPLI DR**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROADSTROKE INC**
**820 W 2ND ST N**
**WICHITA, KS 67203-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRODSKY AND SMITH LLC**
**TWO BALA PLAZA  STE 510**
**BALA CYNWYD, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,283.75 |
|---|---|---|---|

**Bron Tapes Of San Diego, Inc.**
**P.O. Box 5304**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRONCO YOUTH BASKETBALL INC**
**13711 STONEY GATE PLACE**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRONCO YOUTH FOOTBALL**
**PO BOX 27776**
**SAN DIEGO, CA 92198-1776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKVALE PTA**
**3400 NICOLET AVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROTTAO INVESTMENTS JACKSONVILLE LLC**
**JACKSONVILLE LLC**
**2 SOUTH BISCAYNE BLVD. 38TH FLOOR**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROTTAO INVESTMENTS JACKSONVILLE LLC**
**6220 S ORANGE BLOSSOM TRL**
**STE 600**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWNS GREEN THUMB**
**PO BOX 837**
**MANHATTAN BEACH, CA 90267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRUCE VICKERS**
**P.O. BOX 422105**
**OSCEOLA COUNTY TAX COLLECTOR**
**KISSIMMEE, FL 34742-2105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bruno Scheidt, Inc.**
**Dba American Roland Food Corp.**
**71 WEST 23RD STREET 15TH FL**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.99 |
|---|---|---|---|

**BRYAN BUTTERSTEIN**
**2550 LANDSDOWNE DR**
**CANTON, GA 30115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**BRYAN G AMDOR**
**2749 VISTA UMBROSA**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/13/2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BSA**
**17513 TEAL STONE COURT**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BSA TROOP 295**
**6616 ROCKGLE AVE**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BSA TROOP 800**
**1185 FOXBORO AVENUE**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BSA TROOP 975**
**6686 ARCHWOOD AVE**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.76 |
|---|---|---|---|

**BSA TROOP 975**
**6686 ARCHWOOD AVE**
**SAN DIEGO**
**CA, 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BSA VENTURE CREW 624**
**9938 SW 224TH STREET APT 207**
**CUTLER BAY, FL 33190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUCHANAN MIDDLE SCHOOL PTSA**
**1001 W BEARSS AVE**
**TAMPA, FL 33613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bueno Foods**
P.O.Box  293
Albuquerque, NM 87103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BULLSEYE TELECOM**
PO BOX 6558
CAROL STREAM, IL 60197-6558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,914.60 |
|---|---|---|---|

**Bunge Oils, Inc**
PO Box 842453
Boston
MA, 02284-2453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.66 |
|---|---|---|---|

**Bunn-O-Matic Corporation**
24315 Network Place
Chicago
IL, 60673-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.70 |
|---|---|---|---|

**BUNNOMATIC CORPORATION**
24315 NETWORK PLACE
CHICAGO, IL 60673-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.75 |
|---|---|---|---|

**BUNNOMATIC CORPORATION**
24315 NETWORK PLACE
CHICAGO
IL, 60673-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BURCH CORPORATION**
PO BOX 610566
BIRMINGHAM, AL 35261-0566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,972.25 |
|---|---|---|---|

**BURGUNDY BEAR LTD**
**5955 CORONADO LANE**
**PLEASANTON, CA 94588**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Rent_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BURNETT SCHOOL PTA**
**400 FANYON ST**
**MILPITAS, CA 95035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BURSEY AND ASSOCIATES PC**
**6740 N ORACLE RD**
**SUITE 151**
**TUCSON, AZ 85704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUTLER HEATING AND AC INC**
**3035 ANDERSON SNOW RD**
**SPRING HILL, FL 34609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BYASSEE EQUIPMENT INC**
**1939 E WASHINGTON**
**PHOENIX, AZ 85034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C T CORPORATION**
**120 SOUTH CENTRAL AVE**
**CLAYTON, MO 63105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C T CORPORATION**
**PO BOX 4349**
**CAROL STREAM, IL 60197-4349**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)   **20-02477-LA7**

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C&F ELECTRIC  INC**
**1660 NW 65TH AVE STE 5**
**PLANTATION, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CABRILLO ELEMENTARY SCHOOL**
**3120 TALBOT ST**
**SAN DIEGO, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CACH LLC**
**PO BOX 26968**
**TEMPE, AZ 85285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CACTUS MAT MFG CO**
**930 W TENTH STREET**
**AZUSA, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,146.20 |
|---|---|---|---|

**Cactus Mat Mfg. Co.**
**930 W. Tenth Street**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CADE KROK**
**23306 BUCKLAND LN**
**LAKE FORREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CADENCE BAND BOOSTERS**
**225 GRAND CADENCE DR**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAIR SFBA**
**3160 DE LA CRUZ BLVD 110**
**SANTA CLARA, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAJON HIGH SCHOOL**
**1200 WEST HILL DRIVE**
**SAN BERNARDINO, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL HIGH INTERACT CLUB**
**9870 BROADMOOR DR**
**SAN RAMON, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL HIGH INTERACT CLUB**
**3363 ASHBOURNE CIRCLE**
**CAL HIGH INTERACT CLUB**
**SAN RAMON, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL HIGHS PENCILS OF PROMISE**
**9962 WINDSOR WAY**
**SAN RAMON, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,222.59 |
|---|---|---|---|

**CAL PACIFIC FACILITY SOLUTIONS LLC**
**1051 SITE DR  #229**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL PACIFIC SPECIALTIY FOODS LLC**
**PO BOX 49368**
**SAN JOSE, CA 95161-9368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal Pacific Specialtiy Foods, LLC**
**PO BOX 49368**
**San Jose, CA 95161-9368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL STATE LA  SNA**
**5154 STATE UNIVERSITY DR**
**STUDENT NURSES ASSOCIATION**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAL WEST SERVICE INC**
**6401 GOLDEN GATE DR**
**DUBLIN, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALAVERA HILLS ELEMENTARY PTA**
**4100 TAMARACK BLVD**
**CARLSBAD, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALDWELL COUNTY TREASURY**
**100 E MARKET**
**COURTHOUSE ROOM 2**
**PRINCETON, KY 00042-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALEB HAWKINS**
**3009 N MASSACHUSETTS AVE**
**TAMPA, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALI COAST ELITE BOOSTER CLUB**
**3075 L ST**
**SAN DIEGO, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALI NEV HA DISTRICT OF KIWANI**
**8360 RED OAK STREET 201**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.22 |
|---|---|---|---|

**CALIFORNIA SCHOOL FOR THE DEAF**
**39505 GALLAUDET DR APT 357**
**FREMONT**
**CA, 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,246.05 |
|---|---|---|---|

**CALIFORNIA WATER SERVICE**
**PO BOX 4500**
**WHITTIER, CA 90607-4500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Utilities_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Callaway Blue Springs Water**
**3120 Georgia Highway 116**
**Hamilton, GA 31811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALLAWAY BLUE SPRINGS WATER**
**3120 GEORGIA HIGHWAY 116**
**HAMILTON, GA 31811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALMIL PLASTIC PRODUCTS INC**
**PO BOX 511422**
**LOS ANGELES, CA 90051-7977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALOB ROSS**
**3820 40TH ST**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALVARY CHAPEL CHRISTIAN SCHOOL**
**8725 E SPEEDWAY BLVD**
**TUCSON, AZ 85710**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALVARY CHRISTIAN ACADEMY**
**1771 E PALOMAR ST**
**ATTN CHRISTINE HIPOLITO**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.00 |
|---|---|---|---|

**CAMBRO MANUFACTURING COMPA**
**PO BOX 2000**
**HUNTINGTON BEACH, CA 92647-2000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,485.74 |
|---|---|---|---|

**Cambro Manufacturing Company**
**Po Box #2000**
**Huntington Beach, CA 92647-2000**

Date(s) debt was incurred  3/9/2020
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,496.43 |
|---|---|---|---|

**CAMDEN HOUSE  LLC**
**1420 MIRAVALLE AVE**
**C/O MARK MILLET**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAMERON CLARK**
**2069 NW 12TH ST**
**GRESHAM, OR 97030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Clark Chambliss**
**22745 Van Buren St.**
**Grand Terrace, CA 92313**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMERON MCDONALD**<br>**29599 YORKTOWN RD**<br>**MURRIETA, CA 92563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMINO**<br>**5345 AVENIDA ALMENDROS**<br>**SAN JOSE, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMINO GROVE PTA**<br>**1517 LOGANRITA AVE**<br>**ARCADIA, CA 91006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.49 |
|---|---|---|---|
| | **CAMINO PARENT GROUP**<br>**5345 AVENIDA ALMENDROS**<br>**SAN JOSE**<br>**CA, 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPBELL COUNTY FISCAL COURT**<br>**PO BOX 645245**<br>**CINCINNATI, OH 45264-5245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPUS BOX MEDIA LLC**<br>**912 113TH STREET**<br>**ARLINGTON, TX 76011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPUS CHURCH OF CHRIST**<br>**614 RIVER OAK LOOP**<br>**LAWRENCEVILLE, GA 30044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CANDELARIA CAZARES**
**4262 CENTRAL AVE  APT 316**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**CANDICE DE LANIS**
**148 VITALE AVE**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CANYON THEATRE GUILD**
**24242 MAIN STREET**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.09**

**CANYON VIEW PTO**
**9225 ADOLPHIA ST**
**SAN DIEGO**
**CA, 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CANYONCREST ACADEMY FOUNDATION**
**5951 VILLAGE LOOP ROAD**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,901.66**

**CAPITOL NEWS COMPANY LLC**
**1000 WILSON BLVD  STE 2700**
**ARLINGTON**
**VA, 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CAPTIVATION BOOSTER CLUB**
**1550 W HORIZON RIDGE PKWY**
**STE R34**
**HENDERSON, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARDINAL INTERNATIONAL III LLC**
**PO BOX 32100**
**NEW YORK, NY 10087-2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARDLYTICS INC**
**75 REMITTANCE DR  DEPT 3247**
**CHICAGO, IL 60675-3247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAREN ESTRADA**
**4250 PARKS AVE  #13**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARGILL INC**
**PO BOX 198323**
**ATLANTA, GA 30384-8323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARGILL INC**
**PO BOX 100336**
**PASADENA, CA 91189-0336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARGILL INC**
**PO BOX 749481**
**LOS ANGELES, CA 90074-9481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,177.38 |
|---|---|---|---|

**Cargill Inc.**
**Po Box 749481**
**LOS ANGELES, CA 90074-9481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2020, 3/10/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,239.40**

Cargill Inc.
Po Box 749481
LOS ANGELES
CA, 90074-9481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CARL KLEIN
23579 KAREN PLACE
MURRIETA, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CARL STEIN
4108 MORGANFIELD CT
PLEASANTON, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CARLA ALVAREZ
8517 NANCY DR
INDIO, CA 92201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,778.72**

Carlisle Foodservice Products
22926 Network Place
Chicago, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2020

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$399.67**

CARLISLE FOODSERVICE PRODUCTS
22926 NETWORK PLACE
CHICAGO, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,302.15**

Carlisle Foodservice Products
22926 Network Place
Chicago
IL, 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CARLOS ENRIQUE GARCIA JR**
**1250 GREENFIELD DR**
**EL CAJON, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,690.43

**CARLOS GONZALEZ**
**1116 SAIL CREEK DR**
**ORLANDO, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CARLOS HILDALGO**
**2900 S GREENVILLE ST UNIT I**
**FOUNTAIN VALLEY, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00

**CARLOS RAMOS**
**4111 N 5TH WAY**
**RIDGEFIELD, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00

**CARLOS RAMOS**
**4111 N 5TH WAY**
**RIDGEFIELD**
**WA, 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CARLOS SILVA**
**2827 MICHIGAN AVE**
**BOYLE HEIGHTS, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CARLSBAD HS BAND BOOSTERS**
**1311 CASSINS STREET**
**CARLSBAD, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARLYLE/CYPRESS WEST 7TH LLC**
**2425 E CAMELBACK ROAD STE 750**
**C/O VESTAR PROPERTY MANAGEMENT**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARMAN GIRARD ASSOCIATES INC**
**3157 PRESIDENTIAL DR  STE 200**
**ATLANTA, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARMEL CREEK PTO**
**12962 CARMEL CREEK RD # 135**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.20 |
|---|---|---|---|

**CARMEL CREEK PTO**
**12962 CARMEL CREEK RD # 135**
**SAN DIEGO**
**CA, 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARMELA CIRCELL**
**8668 IBIS COVE CURCLE**
**NAPLES, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAROL A CLEMENS**
**485 BEAUMONT DR**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAROL TOBIN**
**1603 MARTHA DR**
**ELGIN, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.28 |
|---|---|---|---|

**Carolina Handling Llc**
Po Box 890352
Charlotte, NC 28289-0352

Date(s) debt was incurred _2/26/2020, 2/27/2020, 3/17/2020_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROLINA HANDLING LLC**
3101 PIPER LANE
CHARLOTTE, NC 28208

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROLINA PADILLA**
9417 INDIANA AVE
RIVERSIDE, CA 92503

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROLYN CLARK ELEMENTARY**
3701 RUE MIRASSOU
SAN JOSE, CA 95148

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROLYN SPOTO**
PO BOX 11702
TAMPA, FL 33680-1702

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARRIE CHUNG**
13 FEATHERWOOD
IRVINE, CA 92612

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARRIE SURRATT PCC CTOP FORT BEND COUNTY**
PO BOX 1028
PAYMENT PROCESSING DEPT
SUGARLAND, TX 77487-1028

Date(s) debt was incurred _ _

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARROLLWOOD AREA BUSINESS ASSOCIATION INC**
**13014 NORTH DALE MABRY HWY #33**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARROLLWOOD VILLAGE SWIM TEAM**
**13985 CLUBHOUSE DRIVE**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARSON CITY SHERIFFS OFFICE**
**911 E MUSSER ST**
**ATTN: CIVIL DIVISION**
**CARSON CITY, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARWISE MIDDLE PERFORMING ARTS**
**3301 BENTLEY DR**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASANDRA PRICE BOSS CONSULTING LLC**
**644 HERMOSA AVE**
**HERMOSA BEACH, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASCO EQUIPMENT CORPORATION**
**4141 FLAT ROCK DRIVE**
**RIVERSIDE, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASEY EATON**
**821 SE 104TH AVE**
**VANCOUVER, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.685**

**Nonpriority creditor's name and mailing address**

CASHCO FINANCIAL SERVICES INC
18673 SW TV HWY
ALOHA, OR 97006

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.686**

**Nonpriority creditor's name and mailing address**

CASHIER - CDFA/MDFS
DEPT OF FOOD & AGRICULTURE
PO BOX 942872
SACRAMENTO, CA 94271-2872

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.687**

**Nonpriority creditor's name and mailing address**

CASHIER TEXAS WORKFORCE COMM
TEXAS WORKFORCE COMMISSION
P.O. BOX 149037
AUSTIN, TX 78714-9037

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.688**

**Nonpriority creditor's name and mailing address**

CASHSTAR INC
DEPT CH 19898
PALATINE, IL 60055-9898

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.689**

**Nonpriority creditor's name and mailing address**

CASILLAS PTA
1130 E J STREET
CHULA VISTA, CA 91910

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.690**

**Nonpriority creditor's name and mailing address**

CASITA CENTER PTA
260 CEDAR RD
VISTA, CA 92083

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.691**

**Nonpriority creditor's name and mailing address**

CASSANDRA REANO
22803 RIO CLARA DRIVE
VALENCIA, CA 91354

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASTLE ACCESS INC**
**PO BOX 93984**
**LAS VEGAS, NV 89193-3984**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,221.81 |
|---|---|---|---|

**Castle Importing Inc.**
**14550 Miller Ave.**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/11/2020, 3/12/2020

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,818.14 |
|---|---|---|---|

**Castle Importing Inc.**
**14550 Miller Ave.**
**Fontana**
**CA, 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CATHERINE STRAIN**
**2831 BRADS WAY**
**MIDLOTHIAN, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CATHY L WAYLETT**
**PO BOX 749**
**LIBBY, MT 59923-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CATHY MURPHY**
**105 N MCLEAN CT**
**CARY, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CBS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CCA ASB**
**5951 VILLAGE CENTER LOOP RD**
**CCA FINANCE OFFICE**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CCA ASB CLASS OF 2019**
**3915 CAMINITO DEL MAR SURF**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CCA ASB SWIM AND DIVE**
**5951 VILLAGE CENTER LOOP RD**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CCA FOUNDATION**
**5951 E VILLAGE CENTER LOOP RD**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.05 |
|---|---|---|---|

**CCA FOUNDATION**
**5951 E VILLAGE CENTER LOOP RD**
**SAN DIEGO**
**CA, 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CCH INCORPORATED**
**PO BOX 4307**
**CAROL STREAM, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**CCI INDUSTRIES  INC**
**COOL CURTAIN**
**350-A FISCHER AVENUE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/10/2020

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
--- 

**3.706**

Nonpriority creditor's name and mailing address

**Cci Industries  Inc.**
**Cool Curtain**
**350-A FISCHER AVENUE**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.707**

Nonpriority creditor's name and mailing address

**CCPAA INC**
**3051 EL CAJON BLVD**
**SAN DIEGO, CA 92014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708**

Nonpriority creditor's name and mailing address

**CCTB - EIT**
**21 WATERFORD DRIVE, SUITE 201**
**MECHANICSBURG, PA 00017-0500**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.709**

Nonpriority creditor's name and mailing address

**CCTB - LST**
**21 WATERFORD DRIVE, SUITE 201**
**MECHANICSBURG, PA 00017-0500**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.710**

Nonpriority creditor's name and mailing address

**CCTB EMPLOYER ACCOUNTS**
**21 WATERFORD DRIVE, SUITE 201**
**MECHANICSBURG, PA 00017-0500**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.711**

Nonpriority creditor's name and mailing address

**CDTFA**
**15015 AVENUE OF SCIENCE**
**STE 200**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.712**

Nonpriority creditor's name and mailing address

**CEDAR MILL CHRIST PRESCHOOL**
**12755 NW DOGWOOD STREET**
**PORTLAND, OR 97229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.713** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CEDAR MILL ELEMENTARY PTC
10265 NW CORNELL ROAD
PORTLAND, OR 97229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CELEBRATION KIDS
1101 ARROYO VERDE RD.
COME HELP SUPPORT
SOUTH PASADENA, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CELESTE SUTHERLAND
29615 BINEFIELD ST
SPRING, TX 77386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CENDY CEBALLOS
62 E FLORAL AVE
ARCADIA, CA 91006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CENTENNIAL CENTER LLC
SIGNATURE BANK
PO BOX 11411
NEWARK, NJ 07101-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CENTENNIAL MIDDLE SCHOOL PTO
13808 S. 36TH STREET
PHOENIX, AZ 85044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,479.42**

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210-4981

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.720**

Nonpriority creditor's name and mailing address
**CENTIMARK CORPORATION**
**PO BOX 536254**
**PITTSBURGH, PA 15253-5904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.721**

Nonpriority creditor's name and mailing address
**CENTRAL CALIFORNIA SPCA**
**1477 S PROSPECT AVE**
**FRESNO, CA 93706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.722**

Nonpriority creditor's name and mailing address
**CENTRAL FILIPINO SDA CHURCH**
**777 COLORADO BLVD**
**LOS ANGELES, CA 90041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.723**

Nonpriority creditor's name and mailing address
**CENTRAL FLORIDA SWE**
**2246 HOLLY RIDGE DR**
**OCOEE, FL 34761-5628**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.724**

Nonpriority creditor's name and mailing address
**CENTRAL FLORIDA SWE**
**PO BOX 940903**
**MAITLAND**
**FL, 32794**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$30.48**

---

**3.725**

Nonpriority creditor's name and mailing address
**CENTRAL VALLEY SDA CHURCH**
**5924 W SAN GABRIEL AVENUE**
**FRESNO, CA 93722**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.726**

Nonpriority creditor's name and mailing address
**CENTROL JV LLC**
**CENTRO IA SOUTHFIELD PLAZA LLC**
**PO BOX 713451**
**CINCINNATI, OH 45271**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURION FOUNDATION**<br>**6949 GENESEE AVE**<br>**SAN DIEGO, CA 92122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURION FOUNDATION BOYS LAX**<br>**5016 VIA CINTA**<br>**SAN DIEGO, CA 92122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURY HIGH SCHOOL HEALTH SERVICE**<br>**CLUB**<br>**2000 SE CENTURY BLVD**<br>**C/O RACHELLE CARNES**<br>**HILLSBORO, OR 97123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURY LINK**<br>**P.O. BOX 1319**<br>**CHARLOTTE, NC 28201-1319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURY LINK**<br>**PO BOX 96064**<br>**CHARLOTTE, NC 28296-0064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURY LINK**<br>**PO BOX 29040**<br>**PHOENIX, AZ 85038-9040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.56 |
|---|---|---|---|
| | **CERRITOS PTO**<br>**14620 S DESERT FOOTHILLS PARKW**<br>**PHOENIX**<br>**AZ, 85048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CESAR DONIVAN**
**1515 ROBBIE JEAN PL**
**EL CAJON, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.90 |
|---|---|---|---|

**CESAR FLORES**
**1004 RANDON DYER RD**
**ROSENBERG, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/24/2020_

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CESAR NINO**
**482 W SANYSIDRO  1364**
**SAN YSIDRO, CA 92173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CFCY**
**14598 VIA BERGAMO**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,522.00 |
|---|---|---|---|

**CFP FIRE PROTECTION INC**
**153 TECHNOLOGY DRIVE #200**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,168.02 |
|---|---|---|---|

**CFS Brands / San Jamar**
**22926 Network Place**
**Chicago, IL 60673-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _3/4/2020, 3/6/2020_

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.28 |
|---|---|---|---|

**CFS Brands / San Jamar**
**22926 Network Place**
**Chicago**
**IL, 60673-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,986.16 |
|---|---|---|---|

**CGP MAINTENANCE & CONSTRUCTION SERVICES**
**8614 SIESTA ROAD**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CH BELT & BELT ASSOCIATES INC**
**20532 EL TORO ROAD SUITE 103**
**MISSION VIEJO, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CH BELT & BELT ASSOCIATES INC**
**26473 RANCHO PARKWAY SOUTH**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CH GUENTHER & SONS INC**
**PO BOX 840441**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHALLENGE DAIRY PRODUCTS**
**3510 HANCOCK STREET**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHALLENGE DAIRY PRODUCTS**
**PO BOX 742266**
**LOS ANGELES, CA 90074-2266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,111.71 |
|---|---|---|---|

**Challenge Dairy Products, Inc.**
**Po Box 742266**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/19/2020, 2/26/2020, 3/4/2020, 3/11/2020**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|-------------------------|------------------|
| | Name | | |

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHALLENGE FC GILBERT**
**8910 E PLANA AVE**
**MESA, AZ 85212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHALLENGER MS**
**10810 PARKDALE AVE**
**SAN DIEGO, CA 92126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHAMBERS MECHANICAL INC**
**14600 E 34TH PLACE UNIT A**
**AURORA, CO 80011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHAMELEON BEVERAGE COMPANY INC**
**6444 26TH STREET**
**COMMERCE, CA 90040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHANDLER SIGNS**
**1335 PARK CENTER DRIVE, UNIT C**
**VISTA, CA 92081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHANDLER SIGNS**
**CHANDLER SIGNS HOLDINGS LLC**
**3201 MANOR WAY**
**DALLAS, TX 75235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.754** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHAPARRAL BOYS LACROSSE**
**11703 WHOOPING CRANE DRIVE**
**PARKER, CO 80134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPARRAL HEAT  PTO**
**CHAPARRAL ELEMENTARY**
**4849 BIRD FARM ROAD**
**CHINO HILLS, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPARRAL HIGH SCHOOL ED FOUND**
**27215 NICOLAS RD**
**TEMECULA, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.22 |
|---|---|---|---|

**CHAPMAN APPLIANCE SERVICE INC**
**1784 SAN DIEGO AVE**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,049.97 |
|---|---|---|---|

**CHAPMAN APPLIANCE SERVICE INC**
**1784 SAN DIEGO AVE**
**SAN DIEGO**
**CA, 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPTER DV P E O**
**15844 S 12TH WAY**
**PHOENIX, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPTER KB PEO HUNTINGTON BEACH**
**CA**
**6121 HAMSHIRE DR**
**HUNTINGTON BEACH, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLES HELMERS PTA**
**27300 GRANDVIEW AVE**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES L GEANURACOS**
**GENERAL WELDING SERVICES**
**800 S SOUTHLAKE DRIVE**
**HOLLYWOOD, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES W THOMAS**
**PO BOX 31149**
**PINELLAS COUNTY TAX COLLECTOR**
**TAMPA, FL 33631-3149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEESE MERCHANTS**
**1301 SCHIFERI ROAD**
**BARTLETT, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEF WORKS INC**
**12325 KERRAN ST**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEFS TOYS**
**PO BOX 8445**
**FOUNTAIN VALLEY, CA 92728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEHALEM PTO**
**15555 SW DAVIS RD**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHELNEY CAMERON**
**401 BOYD DR #5201**
**GRAPEVINE, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHELSEA CANES**
**794 PICADOR BLVD**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.13
**CHEMXWORKS INC**
**8340 CAMINO SANTA FE**
**STE D**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHERYL R. CAPELA**
**13 SOUTH MAIN STREET**
**UNION CITY, PA 00016-4380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHESTERTON ELEMENTARY PTA**
**7335 WHEATLEY STREET**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHET F HARRITT STEAM SCHOOL**
**8120 ARLETTE STREET**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHEYENNE MILLSAP**
**17513 VACAS CIRCLE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CHI RO ENTERPRISES INC**
**1727 E SPRINGFIELD AVE**
**SPOKANE, WA 99202-3849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540.13 |
|---|---|---|---|
| | **Chicago Metallic Bakeware**<br>**6637 Reliable Pkwy**<br>**Chicago, IL 60686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/3/2020 | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.27 |
|---|---|---|---|
| | **CHICAGO METALLIC BAKEWARE**<br>**6637 RELIABLE PKWY**<br>**CHICAGO, IL 60686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHILL MASTERS INC**<br>**PO BOX 41025**<br>**MESA, AZ 85274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHILL TECH REFRIGERATION LLC**<br>**2010 E UNIVERSITY DR  #10**<br>**TEMPE, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHINA DINNER LIMITED PARTNERSH**<br>**511 EAST JOHN CARPENTER FRWY S**<br>**C/O WINDSTAR DEVELOPMENT CORP**<br>**IRVING, TX 75062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHLOE B DAW**<br>**6800 N STONECREST CT**<br>**PEORIA, IL 61615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHRIS CAMEZ**<br>**12042 SYLVAN RD**<br>**FOUNTAIN VALLEY, CA 92708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIS MANDRELL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIS MICHAEL AVILA**
**PO BOX 2191**
**MISSION VIEJO, CA 92690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIS PASCENTE**
**14 WINTHROP COURT**
**DOWNERS GROVE, IL 60516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.38 |
|---|---|---|---|

**CHRIS ROMO**
**6278 S. NIAGARA CT**
**CENTENNIAL**
**CO, 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIS SCOTT**
**2592 HOLLISTER ST**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIS TARBUSH**
**81 STROUD DR**
**MABLETON, GA 30126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRIST CHURCH PRESCHOOL**
**10021 W SAMPLE ROAD**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.790** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRIST LUTHERAN CHURCH AND SCHOOL**
**820 W IMPERIAL HWY**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRIST THE CORNERSTONE**
**9028 WESTMORE ROAD**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRISTA MCAULIFFE ELEMENTARY**
**SCHOOL**
**3701 KELTON DRIVE**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRISTEN CINARDI**
**2073 INGEMUNSON LN**
**YORKVILLE, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRISTI PRIEWE**
**9411 PLACITA EUNICE**
**TUCSON, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CHRISTIAN CREATIVE LEARNING AC**
**2920 MAIN STREET**
**LEMON GROVE, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.69

**CHRISTIAN VIGILANCE CHURCH**
**11350 LITTLE DIPPER ST**
**MIRA LOMA**
**CA, 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINA L FRADLEY**<br>**23188 MCNAMEE AVE**<br>**PORT CHARLOTTE, FL 33980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINA LYNCH**<br>**580 CARLISLE AVE**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.32 |
|---|---|---|---|
| | **CHRISTINA SANDS**<br>**3103 S BRISTOL  #291**<br>**SANTA ANA, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINA VALVANO**<br>**1255 NW 102 WAY**<br>**CORAL SPRINGS, FL 33071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINA VAZQUEZ JUAREZ**<br>**444 ANITA ST  #117**<br>**CHULA VISTA, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINE FLORO**<br>**505 N LAKESHORE DR**<br>**CHICAGO, IL 60611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTINE PHARO**<br>**PO BOX 917**<br>**MONTE RIO, CA 95462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTIS ADVANCED DANCE** <br> **1691 PICKET FENCE DR** <br> **CHULA VISTA, CA 91915** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTOPHER CASTILLO** <br> **44531 TABLER ST** <br> **LANCASTER, CA 93535** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTOPHER JORDAN** <br> **5354 PARK PLACE CIRCLE** <br> **BOCA RATON, FL 33486** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,435.10 |
|---|---|---|---|
| | **CHRISTOPHER VERONESI** <br> **9026 BRELAND DRIVE** <br> **TAMPA, FL 33626** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _3/11/2020, 3/16, 2020_ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHRISTOPHER WILLIAM DEPIERRE** <br> **465 WATTS RD** <br> **HIRAM, GA 30141** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHS BAND BOOSTERS** <br> **6201 S PIERCE ST** <br> **LITTLETON, CO 80123** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CHS BASEBALL BOOSTER ASSOC IN** <br> **PO BOX 1824** <br> **CANYON COUNTRY, CA 91386** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHS FOUNDATION GIRLS SOCCER**
**4150 UTE DRIVE**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHS SPEECH AND DEBATE BOOSTERS**
**2352 HOSP WAY 346**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHUBB & SON**
**A DIVISION OF FEDERAL INS CO**
**PO BOX 7247 - 7345**
**PHILADELPHIA, PA 19170-7345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHURCH OF THE PAINTED HILLS**
**3295 W SPEEDWAY**
**C/O EVERY DOLLAR FEEDS KIDS**
**TUCSON, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHURCH ON THE DRIVE**
**1914 EDGEWATER DR**
**ORLANDO, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHURCHILL MANUFACTURING LLC**
**2076 SUNNYDALE BLVD**
**CLEARWATER, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHYNNA PADILLA**
**3310 S OAK ST**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CIBOLA HS VOLLEYBALL**
**1510 ELLISON DR NW**
**ALBUQUERQUE, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CIENNA DHEILLY**
**451 DUNSMORE COURT**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CIGNA HEALTH AND LIFE INSURANCE**
**COMAPNY**
**900 COTTAGE GROVE ROAD**
**HARTFORD, CT 06152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CINDY HUTCHINSON**
**4829 BOOKELIA CIRCLE**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.46 |
|---|---|---|---|

**CINTAS CORPORATION NO 2**
**PO BOX 631025**
**CINCINNATI, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CINTAS CORPORATION NO2**
**4601 CREEKSTONE DRIVE STE 200**
**DURHAM, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CINTAS FIRST AID & SAFETY**
**1825 WEST PARKSIDE LANE**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.825** Nonpriority creditor's name and mailing address

**CINTAS FIRST AID & SAFETY**
**PO BOX 636525**
**CINCINNATI, OH 45263-6525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.826** Nonpriority creditor's name and mailing address

**CINTHIA HEVER**
**416 FIREFLY ROAD**
**HOLLY SPRINGS, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.827** Nonpriority creditor's name and mailing address

**CIPCF**
**5178 MOWRY AVE., #2120**
**FREMONT**
**CA, 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$51.00

---

**3.828** Nonpriority creditor's name and mailing address

**CIRCLE PRESCHOOL**
**500 FARRAGUT CIRCLE**
**CIRCLE PRESCHOOL**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.829** Nonpriority creditor's name and mailing address

**CITICASTERS CO INC**
**FILE # 56107**
**LOS ANGELES, CA 90074-6107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$33,854.08

---

**3.830** Nonpriority creditor's name and mailing address

**CITY AND COUNTY OF DENVER**
**14800 FRYE ROAD**
**LOCKBOX #174401, TX1-0029**
**FORT WORTH, TX 00076-1550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831** Nonpriority creditor's name and mailing address

**CITY OF ALBUQUERQUE**
**PO BOX 25700**
**ALBUQUERQUE, NM 87125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) **20-02477-LA7** |
| Name | |

**3.832**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF ALBUQUERQUE**<br>**PO BOX 27780**<br>**ALBUQUERQUE, NM 87125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.833**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF ALHAMBRA**<br>**FINANCE DEPARTMENT**<br>**111 SOUTH FIRST STREET**<br>**ALHAMBRA, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.834**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF ALHAMBRA**<br>**DIRECTOR OF FINANCE**<br>**111 SOUTH FIRST STREET**<br>**ALHAMBRA, CA 91802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.835**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,289.16 |
|---|---|---|
| **CITY OF ALHAMBRA UTILITIES DIVISION**<br>**PO BOX 6304**<br>**ALHAMBRA, CA 91801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/18/2020 | Basis for the claim:  Utilities | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.836**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF ALPHARETTA**<br>**PO BOX 349**<br>**ALPHARETTA, GA 30009-0349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.837**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF ALPHARETTA**<br>**2 PARK PLAZA**<br>**FALSE ALARM PAYMENT**<br>**ALPHARETTA, GA 30009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.838**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,162.01 |
|---|---|---|
| **CITY OF ALTAMONTE SPRINGS**<br>**225 NEWBURYPORT AVE**<br>**ALTAMONTE SPRINGS, FL 32701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Utilities | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|-------------------------|------------------|
| | Name | | |

---

**3.839** | Nonpriority creditor's name and mailing address

**CITY OF ARCADIA**
**ARCAIDA CITY HALL**
**240 W HUNTINGTON DR**
**ARCAIDA, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address

**CITY OF ARCADIA**
**240 WEST HUNTINGTON DRIVE**
**ARCADIA, CA 91066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $1,908.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address

**CITY OF ARCADIA PUBLIC WORKS**
**DEPARTMENT**
**11800 GOLDRING ROAD**
**ARCADIA, CA 91066-6021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address

**CITY OF ASHLAND OPT LICENS FEE**
**DIV OF OCCUPATIONAL LICENSEFEE**
**P.O. BOX 1839**
**ASHLAND, KY 41105-1839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.843** | Nonpriority creditor's name and mailing address

**CITY OF ATLANTA**
**PO BOX 105275**
**ATLANTA, GA 30348-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $5,176.93

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address

**CITY OF AUBURN AL**
**144 TICHENOR AVENUE**
**SUITE 6**
**AUBURN, AL 00036-8300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | Nonpriority creditor's name and mailing address

**CITY OF AURORA**
**PO BOX 913200**
**DENVER, CO 80291-3200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BATTLE CREEK**
**PO BOX 1657**
**BATTLE CREEK, MI 49016-1657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,776.65 |
|---|---|---|---|

**CITY OF BEAVERTON**
**PO BOX 3188**
**PORTLAND, OR 97208-3188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BEAVERTON**
**PO BOX 4755**
**ATTN ALARM UNIT**
**BEAVERTON, OR 97076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BELLEFOUNTAINE**
**135 N DETROIT STREET**
**BELLEFOUNTAINE, OH 00043-3110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BELLEVUE**
**PO BOX 635285**
**CINCINNATI, OH 45263-5285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BEREA**
**212 CHESTNUT STREET**
**BEREA, KY 00040-4030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BESSEMER**
**1806 3RD AVENUE**
**BESSEMER, AL 00035-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF BIRMINGHAM**
**PO BOX 830638**
**BIRMINGHAM, AL 03528-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF BOCA RATON**
**PO BOX 31042**
**UTILITIES PROCESSING CENTER**
**TAMPA, FL 33631-3042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF BOWLING GREEN**
**CITY OF BOWLING GREEN**
**PO BOX 643791**
**CINCINNATI, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF BOYNTON BEACH**
**P.O. BOX 310**
**FIRE INSPECTION FEES ATTN: CASHIERS**
**BOYNTON BEACH, FL 33425-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF BOYNTON BEACH**
**ALARM PERMIT # 15427**
**PO BOX 310**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00

**CITY OF BOYNTON BEACH**
**P.O. BOX 310**
**FIRE INSPECTION FEES ATTN: CASHIERS**
**BOYNTON BEACH**
**FL, 33425-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,511.52

**CITY OF BREA**
**PO BOX 2237**
**BREA, CA 92822-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY OF BREA
FIRE PREVENTION DIVISION
1 CIVIC CENTER CIRCLE
BREA, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY OF CAMARILLO
601 CARMEN DR
ATTN CASHIER
CAMARILLO, CA 93010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,684.08

CITY OF CAMARILLO
PO BOX 37
CAMARILLO, CA 93011-0037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,634.58

CITY OF CARLSBAD
PO BOX 9009
CARLSBAD, CA 92018-9009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY OF CARLSBAD
1635 FARADAY AVENUE
CARLSBAD, CA 92008-7314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY OF CARLSBAD
FALSE ALARM SYSTEM
1635 FARADAY AVE
CARLSBAD, CA 92008-7314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY OF CHARLESTON
915 QUARRIER STREET SUITE 4
CHARLESTON, WV 00025-3010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CHINO HILLS**
**8839 N CEDAR AVE #212**
**FRESNO, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CHULA VISTA**
**FINANCE DEPARTMENT**
**276 FOURTH AVENUE**
**CHULA VISTA, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CHULA VISTA**
**PO BOX 7549**
**CHULA VISTA, CA 91912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CHULA VISTA ALARMS**
**PO BOX 142588**
**IRVING, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CINCINNATI**
**PO BOX 634580**
**CINCINNATI, OH 45263-4580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.63 |
|---|---|---|---|

**CITY OF CLEARWATER**
**PO BOX 30020**
**TAMPA, FL 33630-3020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2020

Basis for the claim:  Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CORAL SPRINGS POLICE**
**DEPARTMENT**
**2801 CORAL SPRINGS DR**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF CYNTHIANA
LICENSE FEE DIVISION
P.O. BOX 67
CYNTHIANA, KY 00041-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF DUBLIN
PO Box 9062
Dublin, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF ELIZABETHTOWN
P.O. BOX 550
ELIZABETHTOWN, KY 00042-7020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF ENGLEWOOD
ENGLEWOOD UTILITIES DEPT
1000 ENGLEWOOD PARKWAY
ENGLEWOOD, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF ESCONDIDO
PO BOX 1783
ESCONDIDO, CA 92033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF ESCONDIDO
201 N BROADWAY
ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**CITY OF FAIRFIELD, ALABAMA
4701 GARY AVENUE
P.O. DRAWER 437
FAIRFIELD, AL 00035-0640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FLORENCE**<br>**P.O. BOX 1357**<br>**FLORENCE, KY 41022-1357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FORT LAUDERDALE**<br>**TREASURY-FIRE INSPECTIONS**<br>**PO BOX 31687**<br>**TAMPA, FL 33631-3687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FORT LAUDERDALE**<br>**TREASURY DIVISION**<br>**100 NORTH ANDREWS AVENUE**<br>**FORT LAUDERDALE, FL 33301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FORT LAUDERDALE**<br>**TREASURY-ALARM SERVICE**<br>**PO BOX 31687**<br>**TAMPA, FL 33631-3687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FOUNTAIN VALLEY**<br>**PO BOX 8030**<br>**ATTN WATER BILLING**<br>**FOUNTAIN VALLEY, CA 92728-8030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FOUNTAIN VALLEY**<br>**8839 N CEDAR AVE STE 212**<br>**FRESNO, CA 93720-1832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CITY OF FOUNTAIN VALLEY**<br>**10200 SLATER AVE**<br>**FOUNTAIN VALLEY, CA 92708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF FOUNTAIN VALLEY**
PO BOX 512505
LOS ANGELES, CA 90051-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.00 |
|---|---|---|---|

**CITY OF FOUNTAIN VALLEY**
PO BOX 8030
ATTN WATER BILLING
FOUNTAIN VALLEY
CA, 92728-8030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF FRANKLIN KY**
CITY OF FRANKLIN KY
PO BOX 2805
FRANKLIN, KY 42135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF FREMONT**
PO BOX 5006
FREMONT, CA 94537-5006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,044.90 |
|---|---|---|---|

**CITY OF FRESNO**
PO BOX 2069
FRESNO, CA 93718-2069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF FRESNO**
2600 FRESNO STREET - 3RD FLOOR
FRESNO, CA 93721-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF FRESNO**
PO BOX 45017
FRESNO, CA 93718-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.895** | Nonpriority creditor's name and mailing address
**CITY OF FRESNO POLICE DEPARTMENT**
PO BOX 289
C/O CAPITAL BILLING SERVICES
FRESNO, CA 93708

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.896** | Nonpriority creditor's name and mailing address
**CITY OF FULLERTON**
PO BOX 7190
PASADENA, CA 91109-7190

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897** | Nonpriority creditor's name and mailing address
**CITY OF FULLERTON**
**ALARM PERMITS SERVICES**
303 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.898** | Nonpriority creditor's name and mailing address
**CITY OF FULLERTON**
303 WEST COMMONWEALTH AVE
FULLERTON, CA 92832

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.899** | Nonpriority creditor's name and mailing address
**CITY OF GARDEN GROVE**
11222 ACACIA PARKWAY
PO BOX 3070
GARDEN GROVE, CA 92842

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.900** | Nonpriority creditor's name and mailing address
**CITY OF GARDEN GROVE**
PO BOX 3070
GARDEN GROVE, CA 92842

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.901** | Nonpriority creditor's name and mailing address
**CITY OF GARDEN GROVE**
11222 ACACIA PARKWAY
PO BOX 3070
GARDEN GROVE
CA, 92842

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,119.17

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF GILBERT**
**90 EAST CIVIC CENTER DRIVE**
**GILBERT, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF GREENVILLE**
**MUNICIPAL BUILDING**
**100 PUBLIC SQUARE**
**GREENVILLE, OH 00045-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HEDWIG VILLAGE**
**955 PINEY POINT ROAD**
**HEDWIG VILLAGE, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HEDWIG VILLAGE**
**OFFICE OF THE FIRE MARSHAL**
**901 CORBINDALE**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HENDERSON**
**240 WATER STREET**
**HENDERSON, NV 89009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HENDERSON**
**FINANCE DEPARTMENT**
**PO BOX 95050**
**HENDERSON, NV 89009-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HENDERSON**
**P.O. BOX 671**
**HENDERSON, KY 04241-9671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HENDERSON FIRE DEPT
BUILDING & FIRE SAFETY DEPT
PO BOX 95050
HENDERSON, NV 89009-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.91 |
|---|---|---|---|

**CITY OF HOLLYWOOD
PO BOX 229187
UTILITY BILLING PROCESSING CTR
HOLLYWOOD, CA 33022-9787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOLLYWOOD
TREASURY DIV./COLLECTIONS
2600 HOLLYWOOD BLVD. ROOM 103
HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOLLYWOOD
ALARM PAYMENT CENTER
PO BOX 229187
HOLLYWOOD, FL 33022-9187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOLLYWOOD
TREASURY DIVISION
2600 HOLLYWOOD BLVD ROOM 103
HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOLLYWOOD
FALSE ALARM PROGRAM
PO BOX 229045
HOLLYWOOD, FL 33022-9045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOPKINSVILLE
715 SOUTH VIRGINIA STREET
P.O. BOX 707
HOPKINSVILLE, KY 04224-1707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOUSTON**
**PO BOX 203887**
**HOUSTON, TX 77216-3887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOUSTON**
**SOLID WASTE MANAGEMENT DEPT**
**PO BOX 1562**
**HOUSTON, TX 77251-1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOUSTON**
**FIRE DEPARTMENT**
**PO BOX 3625**
**HOUSTON, TX 77253-3625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOUSTON FIRE DEPT**
**HOUSTON FIRE DEPT PERMITS**
**PO BOX 3625**
**HOUSTON, TX 77253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HOUSTON SIGN ADMIN**
**PO BOX 2688**
**HOUSTON, TX 77252-2688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,882.05 |
|---|---|---|---|

**CITY OF HOUSTON WATER DEPARTMENT**
**PO BOX 1560**
**HOUSTON, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Utilities_

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.26 |
|---|---|---|---|

**CITY OF HOUSTON WATER DEPARTMENT**
**PO BOX 1560**
**HOUSTON**
**TX, 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF HUNTINGTON**
**CITY OF HUNTINGTON**
**PO BOX 1659**
**HUNTINGTON, WV 25717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF IRVINE**
**PO BOX 19575**
**IRVINE, CA 92623-9575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**CITY OF IRVINE**
**PO BOX 19575**
**IRVINE**
**CA, 92623-9575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF JEFFERSONTOWN**
**PO BOX 991458**
**ATTN: REVENUE DEPARTMENT**
**JEFFERSONTOWN, KY 40269-1458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LA MESA**
**8130 ALLISON AVE**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LA QUINTA**
**78-495 CALLE TAMPICO**
**LA QUINTA, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LAKEWOOD**
**PO BOX 1038**
**LAKEWOOD, CA 90714-1038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LAKEWOOD**
**BUSINESS LICENSE**
**PO BOX 220**
**LAKEWOOD, CA 90714-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LANSING TREASURER**
**P.O. BOX 19219**
**LANSING, MI 00048-9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LARGO**
**PO BOX 296**
**LARGO, FL 33779-0296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LAS VEGAS**
**DEPT. OF FINANCE & BUSINESS**
**P.O BOX 52583**
**PHOENIX, AZ 85072-2583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LAS VEGAS**
**DEPARTMENT OF PLANNING**
**PO BOX 748018**
**LOS ANGELES, CA 90074-8018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LEBANON**
**50 SOUTH BROADWAY**
**LEBANON, OH 00045-0360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LEEDS**
**1040 PARK DRIVE**
**LEEDS, AL 00035-0940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LEITCHFIELD**
P.O. BOX 398
LEITCHFIELD, KY 00042-7550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LITTLETON**
PO BOX 1258
ENGLEWOOD, CO 80150-1258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LONE TREE**
PO BOX 17987
DENVER, CO 80217-0987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LONGWOOD**
175 W WARREN AVE
LONGWOOD, FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
DEPARTMENT OF PUBLIC WORKS
2714 MEDIA CENTER DRIVE ATTN:
BHUPENDRA
LOS ANGELES, CA 90065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
OFFICE OF FINANCE
FILE 57063
LOS ANGELES, CA 90074-7063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
PO BOX 51112
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
**PO BOX 30749**
**PUBLIC WORKS SANITATION**
**LOS ANGELES, CA 90030-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
**FALSE ALARMS**
**PO BOX 30879**
**LOS ANGELES, CA 90030-0879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
**OFFICE OF FINANCE**
**PO BOX 513996**
**LOS ANGELES, CA 90051-3996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LOS ANGELES**
**DEPT OF BUILDING & SAFETY**
**PO BOX 514260**
**LOS ANGELES, CA 90051-4260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF MADISONVILLE KY**
**P.O. BOX 1270**
**MADISONVILLE, KY 00042-4310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF MASON**
**6000 MASON MONTGOMERY ROAD**
**MASON, OH 00045-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF MAYSVILLE**
**216 BRIDGE STREET**
**MAYSVILLE, KY 00041-0560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF MOUNTAIN VIEW** | ☐ Contingent |
| **PO BOX 742282** | ☐ Unliquidated |
| **LOS ANGELES, CA 90074-2282** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF MOUNTAIN VIEW** | ☐ Contingent |
| **500 CASTRO STREET** | ☐ Unliquidated |
| **PO BOX 7540** | ☐ Disputed |
| **MOUNTAIN VIEW, CA 94039-7540** | |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF MT. WASHINGTON** | ☐ Contingent |
| **P.O. BOX 285** | ☐ Unliquidated |
| **MT. WASHINGTON, KY 00040-0470** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF NEWPORT** | ☐ Contingent |
| **DEPT OF FINANCE LICENSE DIVSN** | ☐ Unliquidated |
| **P.O. BOX 1090** | ☐ Disputed |
| **NEWPORT, KY 41071-1090** | |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF NORWOOD** | ☐ Contingent |
| **4645 MONTGOMERY** | ☐ Unliquidated |
| **NORWOOD, OH 00045-2120** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.956** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF OAK GROVE** | ☐ Contingent |
| **P.O. BOX 250** | ☐ Unliquidated |
| **OAK GROVE, KY 00042-2620** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **CITY OF ORLANDO** | ☐ Contingent |
| **400 SO ORANGE AVE** | ☐ Unliquidated |
| **ORLANDO, FL 32802** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.958** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF ORLANDO POLICE DEPT**
**FISCAL MANAGEMENT**
**PO BOX 913**
**ORLANDO, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.959** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PADUCAH**
**PO BOX 2697**
**PADUCAH, KY 42002-2697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.960** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PALMDALE**
**CODE ENFORCEMENT DIVISION**
**38250 SIERRA HIGHWAY**
**PALMDALE, CA 93550-4798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PALMDALE**
**38250 SIERRA HIGHWAY**
**PALMDALE, CA 93550-4609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PARKERSBURG**
**PO BOX 1627**
**PARKERSBURG, WV 26102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PASADENA**
**175 GARFIELD AVENUE**
**PASADENA, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.964** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CITY OF PASADENA**
**221 E WALNUT ST. SUITE 199**
**PASADENA, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PASADENA**
**ENVIRONMENTAL HEALTH DIVISION**
**1845 N FAIR OAKS AVE RM 1200**
**PASADENA, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PASADENA**
**100 N GARFIELD AVE #N106**
**PASADENA, CA 91109-7215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,866.74**

**CITY OF PEMBROKE PINES**
**PO BOX 269005**
**PEMBROKE PINES, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PEMBROKE PINES**
**601 CITY CENTER WAY**
**3 RD FLOOR A/R**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PEMBROKE PINES**
**601 CITY CENTER WAY**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PEMBROKE PINES**
**601 CITY CENTER WAY**
**4TH FLOOR - SUITE #413**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CITY OF PEMBROKE PINES**
**10100 PINES BOULEVARD**
**4TH FLOOR AR**
**PEMBROKE PINES, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,759.24 |
|---|---|---|---|

**CITY OF PEORIA**
PO BOX 80031
PRESCOTT, AZ 86304-8031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PEORIA**
8401 WEST MONROE STREET
ROOM 210
PEORIA, AZ 85345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PEORIA**
8401 W MONROE ST
ATTN MAR PROCESSING
PEORIA, AZ 85345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**CITY OF PEORIA ALARM PROGRAM**
PO BOX 143337
IRVING, TX 75014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PERRYSBURG**
PO BOX 490
PERRYSBURG, OH 04355-2490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PHILADELPHIA**
PO BOX 8040
PHILADELPHIA, PA 19105-8040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,077.92 |
|---|---|---|---|

**CITY OF PHOENIX**
PO BOX 29100
PHOENIX, AZ 85038-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PHOENIX**
**PO BOX 29115**
**ALARM UNIT**
**PHOENIX, AZ 85038-9115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PHOENIX ALARM PERMIT**
**RENEWALS**
**PO BOX 29117**
**PHOENIX, AZ 85038-9117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PITTSBURGH-EXPENSE**
**414 GRANT STREET STE 224**
**PITTSBURGH, PA 15219-2476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PLEASANT HILL**
**BUSINESS LICENSE DEPT**
**100 GREGORY LANE**
**PLEASANT HILL, CA 94523-3323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,863.38 |
|---|---|---|---|

**CITY OF PLEASANTON**
**PO BOX 101732**
**PASADENA, CA 91189-1732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PLEASANTON**
**PO BOX 520**
**PLEASANTON, CA 94566-0520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF PRINCETON**
**206 E. MARKET STREET**
**PRINCETON, KY 00042-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RADCLIFF**
P.O. DRAWER 519
RADCLIFF, KY 04015-9519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RAINBOW**
3700 RAINBOW DRIVE
RAINBOW CITY, AL 35906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RANCHO CUCAMONGA**
PO BOX 807
FINANCE DEPARTMENT
RANCHO CUCAMONGA, CA 91729-0807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RANCHO CUCAMONGA**
10500 CIVIC CENTER DRIVE
RANCHO CUCAMONGA, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RICHMOND**
P.O. BOX 1268
RICHMOND, KY 00404-7668

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RIVERSIDE**
FIRE PREVENTION
CITY HALL - 3RD FLOOR 3900 MAIN
STREET
RIVERSIDE, CA 92522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CITY OF RIVERSIDE**
FINANCE DEPARTMENT
3900 MAIN STREET
RIVERSIDE, CA 92522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF RUSSELLVILLE**
**P.O. BOX 247**
**RUSSELL SPRINGS, KY 00042-6420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF SAN BERNARDINO**
**PO BOX 1318**
**BUSINESS REGISTRATION**
**SAN BERNARDINO, CA 92402-1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF SAN BERNARDINO ALARM**
**PROGRAM**
**PO BOX 140576**
**IRVING, TX 75014-0576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF SAN JOSE**
**200 E SANTA CLARA ST 13TH FL**
**SAN JOSE, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF SAN JOSE FIRE DEPARTMENT**
**BUREAU OF FIRE PREVENT #34347**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF SANDY SPRINGS**
**7840 ROSWELL RD**
**BLDG 500**
**SANDY SPRINGS, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,161.24 |
|---|---|---|---|

**CITY OF SANDY SPRINGS**
**7840 ROSWELL RD**
**BLDG 500**
**SANDY SPRINGS**
**GA, 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SANTA CLARITA**<br>**24303 TOWN CENTER DR  STE 150**<br>**SANTA CLARITA, CA 91355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SHARONVILLE**<br>**11641 CHESTER ROAD**<br>**SHARONVILLE, OH 00045-2460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SHEPHERDSVILLE**<br>**P.O. BOX 400**<br>**SHEPHERDSVILLE, KY 00040-1650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SHIVELY**<br>**3920 DIXIE HIGHWAY**<br>**SHIVELY, KY 00040-2160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SIDNEY**<br>**201 WEST POPLAR**<br>**SIDNEY, OH 45365-2720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF SPRINGFIELD**<br>**PO BOX 5200**<br>**SPRINGFIELD, OH 45501-5200** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF ST. MATTHEWS**<br>**3940 GRANDVIEW AVENUE**<br>**LOUISVILLE, KY 00040-2070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**CITY OF STAFFORD**
**2610 S MAIN**
**STAFFORD, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**CITY OF SUNNYVALE**
**P.O. BOX 3707**
**ATTN: ALARM**
**SUNNYVALE, CA 94088-3707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**CITY OF SUNNYVALE**
**DEPARTMENT OF FINANCE**
**PO BOX 3707**
**SUNNYVALE, CA 94088-3707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**CITY OF SUNNYVALE  UTILITIES**
**PO BOX 4000**
**SUNNYVALE, CA 94088-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,766.69**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**CITY OF TAMPA**
**CASHIERING - POLICE**
**2105 N NEBRASKA AVE**
**TAMPA, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**CITY OF TAMPA**
**ORACLE LOCKBOX**
**PO BOX 23328**
**TAMPA, FL 33623-3328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**CITY OF TAMPA UTILITIES**
**PO BOX 30191**
**TAMPA, FL 33630-3191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,929.19**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.101 4**

**Nonpriority creditor's name and mailing address**
**CITY OF TEMECULA**
**41000 MAIN STREET**
**ATTN: BUSINESS LICENSE**
**TEMECULA, CA 92590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**
**CITY OF TEMECULA**
**PO BOX 9033**
**ATTN BUS LICENSE DEPT**
**TEMECULA, CA 92589-9033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**
**CITY OF TEMPE**
**31 E. 5TH ST., GARDEN LEVEL**
**TEMPE, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**
**CITY OF TEMPE**
**PO BOX 90049**
**POLICE DEPARTMENT ALARM UNIT**
**PRESCOTT, AZ 86304-9049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
**CITY OF TEMPE CUSTOMER SERVICE**
**PO BOX 90050**
**PRESCOTT, AZ 86304-9050**

Date(s) debt was incurred  **3/22/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,085.42**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
**CITY OF TIGARD**
**PO BOX 3129**
**PORTLAND, OR 97208-3129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,373.71**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
**CITY OF TIGARD**
**13125 SW HALL BLVD**
**ATTN BUSINESS LICENSE**
**TIGARD, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.102**
**1**

Nonpriority creditor's name and mailing address

**CITY OF TORRANCE**
**BUSINESS LICENSE DIVISION**
**3031 TORRANCE BLVD**
**TORRANCE, CA 90503-5015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102**
**2**

Nonpriority creditor's name and mailing address

**CITY OF TORRANCE**
**BUSINESS LICENSE DIVISION**
**3031 TORRANCE BLVD**
**TORRANCE**
**CA, 90503-5015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

**3.102**
**3**

Nonpriority creditor's name and mailing address

**CITY OF TORRANCE UTILITIES**
**PO BOX 845629**
**LOS ANGELES, CA 90084-5629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102**
**4**

Nonpriority creditor's name and mailing address

**CITY OF TORRANCE UTILITIES**
**PO BOX 845629**
**LOS ANGELES**
**CA, 90084-5629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$368.00**

---

**3.102**
**5**

Nonpriority creditor's name and mailing address

**CITY OF TROTWOOD**
**P.O. BOX 633408**
**CINCINNATI, OH 45263-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102**
**6**

Nonpriority creditor's name and mailing address

**CITY OF TUCSON**
**PO BOX 52771**
**PHOENIX, AZ 85072-2771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,044.34**

---

**3.102**
**7**

Nonpriority creditor's name and mailing address

**CITY OF TUCSON**
**LICENSE SECTION**
**255 W ALAMEDA**
**TUCSON, AZ 85701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
CITY OF TUCSON
IMPOUND LOBBY - ALARM
1310 W MIRACLE MILE
TUCSON, AZ 85705

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
CITY OF TUCSON
ANNUAL REGULATION BILL
PO BOX 27320
TUCSON, AZ 85726

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
CITY OF TUSKEGEE
PO BOX 830687
TUSKEGEE, AL 36083

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
CITY OF TUSTIN
ACCOUNTS RECEIVABLE
300 CENTENNIAL WAY
TUSTIN, CA 92780

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
CITY OF TUSTIN
TUSTIN POLICE DEPT - ALARMS
300 CENTENNIAL WAY
TUSTIN, CA 92780

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
CITY OF TUSTIN
300 CENTENNIAL WAY
TUSTIN, CA 92780

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
CITY OF TUSTIN FALSE ALARM
REDUCTION PRO
PO BOX 142105
IRVING, TX 75014

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.103 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF URBANA**<br>**205 S MAIN STREET**<br>**URBANA, OH 00043-0780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF VANCOUVER**<br>**PO BOX 35195**<br>**SEATTLE, WA 98124-5195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|
| **CITY OF VANCOUVER**<br>**PO BOX 8995**<br>**VANCOUVER, WA 98668-8995** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF VANDALIA**<br>**P.O. BOX 727**<br>**VANDALIA, OH 00045-3770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|
| **CITY OF VISTA**<br>**PO BOX 460219**<br>**C/O MUNICIPAL ALARM TRACKING**<br>**ESCONDIDO, CA 92046-0219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/2/2020 | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF VISTA**<br>**200 CIVIC CENTER DRIVE**<br>**VISTA, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CITY OF WEST CARROLLTON**<br>**P.O. BOX 10**<br>**WEST CARROLLTON, OH 00045-4490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.104 2**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**PO BOX 30000**
**TAMPA, FL 33630-3000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$2,689.90

---

**3.104 3**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**PO BOX 3366**
**PARKS AND REC 3RD FLOOR**
**WEST PALM BEACH, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 4**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**CONSTRUCTION SERVICES DEP**
**PO BOX 3147**
**WEST PALM BEACH, FL 33402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 5**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**DEVELOPMENT SERVICES DEPT**
**401 CLEMATIS ST**
**WEST PALM BEACH, CA 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 6**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**POLICE ALARM SERVICES**
**PO BOX 22088**
**TAMPA, FL 33622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**FIRE INSPECTION BUREAU**
**P.O. BOX 3366**
**WEST PALM BEACH, FL 33402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
**CITY OF WEST PALM BEACH**
**PO BOX 3147**
**WEST PALM BEACH, FL 33402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1049**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY OF WEST PALM BEACH**<br>**POLICE DEPT ALARM DIVISION**<br>**PO BOX 1390**<br>**WEST PALM BEACH, FL 33402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1050**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY OF WESTMINSTER**<br>**PO BOX 782498**<br>**WICHITA, KS 67278-2498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1051**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,178.71 |
|---|---|---|
| **CITY OF WESTMINSTER**<br>**PO BOX 17040**<br>**DENVER, CO 80217-0040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Utilities__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1052**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY OF WILMINGTON**<br>**LOUIS L. REDDING CITY/COUNTY**<br>**800 FRENCH STREET, 6TH FLOOR**<br>**WILMINGTON, DE 19801-3537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1053**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY OF WINCHESTER**<br>**CITY OF WINCHESTER**<br>**P.O. BOX 4135**<br>**WINCHESTER, KY 00040-3920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1054**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY OF XENIA**<br>**P.O. BOX 490**<br>**XENIA, OH 04538-5490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1055**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CITY TREASURER**<br>**PO BOX 129039**<br>**SAN DIEGO, CA 92112-9039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.105<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY TREASURER**
**SDPD LICENSING DETAIL MS-735**
**PO BOX 121431**
**SAN DIEGO, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY TREASURER**
**PO BOX 121536**
**SAN DIEGO, CA 92112-1536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,020.19 |
|---|---|---|---|

**CITY TREASURER**
**PO BOX 129020**
**SAN DIEGO, CA 92112-9020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clabber Girl Baking Company**
**P.O. Box 150**
**Terre Haute, IN 47808-0150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLACKAMAS COUNTY CCSO ALARM**
**PERMITS**
**2223 KAEN RD**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLACKAMAS COUNTY COMMUNITY HEA**
**HEALTH DIVISION**
**2051 KAEN RD #367**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,249.77 |
|---|---|---|---|

**CLACKAMAS RIVER WATER**
**PO BOX 3277**
**PORTLAND, OR 97208-3277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
**CLAIRE CUNNINGHAM**
**6265 N 31ST PLACE**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**CLAIREMONT HAWKS 12U**
**PO BOX 17861**
**SAN DIEGO**
**CA, 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$43.10**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**CLAIREMONT HAWKS YOUTH FOOTBAL**
**PO BOX 17861**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
**CLAIREMONT HIGH SCHOOL GIRLS**
**SOCCER**
**4150 UTE DR**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**CLARENCE J VENNE LLC**
**PO BOX 506**
**LEVITTOWN, PA 19055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**CLARISSA GARCIA VILLASENOR**
**3074 N CORNELIA AVE**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**CLARK COUNTY ASSESSOR**
**PO BOX 551401**
**LAS VEGAS, NV 89155-1401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,818.88**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**CLARK COUNTY CLERK**
**PO BOX 551604**
**LAS VEGAS, NV 39161-7012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**CLARK COUNTY DEPT OF BUS LIC**
**500 S GRAND CENTRAL PKWY 3RD F**
**PO BOX 551810**
**LAS VEGAS, NV 89106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**CLARK COUNTY HEALTH DEPT**
**PO BOX 9825**
**VANCOUVER, WA 98666-8825**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**CLARK COUNTY LEGAL NEWS**
**PO BOX 2527**
**SANTA FE, NM 87504-2527**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**CLARK PUBLIC UTILITIES**
**PO BOX 8989**
**VANCOUVER, WA 98668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$3,382.75

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**CLARK SERVICE GROUP INC**
**2551 HORSESHOE RD**
**LANCASTER, PA 17601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$30,230.99

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**CLARK SERVICE GROUP INC**
**2551 HORSESHOE RD**
**LANCASTER**
**PA, 17601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$422.10

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.107 7**

Nonpriority creditor's name and mailing address
**CLASS OF 2019**
**403 WEST NORMAN AVE**
**ARCADIA, CA 91007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.107 8**

Nonpriority creditor's name and mailing address
**CLASS OF 2019**
**403 WEST NORMAN AVE**
**ARCADIA**
**CA, 91007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$57.18**

---

**3.107 9**

Nonpriority creditor's name and mailing address
**CLASS OF 2021**
**101 S 2ND ST**
**CLASS OF 2021**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.108 0**

Nonpriority creditor's name and mailing address
**CLASS OF 2022**
**8151 VILLAGE PARKWAY**
**DUBLIN, CA 94568**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.108 1**

Nonpriority creditor's name and mailing address
**CLASS OF 2022**
**8151 VILLAGE PARKWAY**
**DUBLIN**
**CA, 94568**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$50.04**

---

**3.108 2**

Nonpriority creditor's name and mailing address
**CLASSICAL CONVERSATIONS INC**
**255 AIR TOOL DR**
**SOUTHERN PINES, NC 28387-3433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.108 3**

Nonpriority creditor's name and mailing address
**CLAUDIA JIMENEZ ROSALES**
**1349 BELLINGHAM DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
**CLAYWELL PTA**
**4500 NORTHDALE BLVD**
**TAMPA, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
**Clean Tech Building Services**
**12900 Garden Grove Blvd #145**
**Garden Grove, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
**CLEAN TECH BUILDING SERVICES**
**12900 GARDEN GROVE BLVD #145**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 7**

**Nonpriority creditor's name and mailing address**
**CLEAR CHANNEL OUTDOOR HOLDINGS INC**
**PO BOX 402379**
**ATLANTA, GA 30384-2379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
**CLEAR IMAGE ENTERPRISES INC**
**PO BOX 966**
**MURRIETA, CA 92564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
**Clearwater Fine Foods Usa Inc**
**Po Box 12416**
**Newark, NJ 07101-3516**

Date(s) debt was incurred  2/28/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$83,680.80

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
**CLEARWATER FINE FOODS USA INC**
**PO BOX 12416**
**NEWARK, NJ 07101-3516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.109**
**1**

**Nonpriority creditor's name and mailing address**
**CLEARWATER FINE FOODS USA INC**
**757 BEDFORD HIGHWAY**
**BEDFORD, NS B4A 3Z7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**2**

**Nonpriority creditor's name and mailing address**
**CLERK OF THE COMBINED COURT**
**100 JEFFERSON COUNTY PARKWAY**
**ATTN ACCOUNTING**
**GOLDEN, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**3**

**Nonpriority creditor's name and mailing address**
**CLERK OF THE COMBINED COURT**
**CLERK OF THE DISTRICT COURT**
**520 W COLFAX AVE RM 135**
**DENVER, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**4**

**Nonpriority creditor's name and mailing address**
**CLERK OF THE COMBINED COURT**
**PO BOX 2980**
**COLORADO SPRINGS, CO 80901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**
**CLERK OF THE COMBINED COURT**
**270 S TEJON ST**
**COLORADO SPRINGS, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**
**CLEVELAND DANCE TEAM**
**3520 SE CRYSTAL SPRINGS**
**PORTLAND, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109**
**7**

**Nonpriority creditor's name and mailing address**
**CLEVELAND PTA**
**4760 HACKETT AVE**
**LAKEWOOD, CA 90713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1098**

Nonpriority creditor's name and mailing address
**CLIFFORD M COLES FOOD SAFETY CONSULTING**
**819 APPLE HILL DRIVE**
**BRENTWOOD, CA 94513-2606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1099**

Nonpriority creditor's name and mailing address
**CLIFFORD STREET MATH AND TECHNOLOGY MAGN**
**2150 DUANE STREET**
**LOS ANGELES**
**CA, 90039**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$74.51**

---

**3.1100**

Nonpriority creditor's name and mailing address
**CLIMA TECH LLC**
**1820 TOWN AND COUNTRY DR**
**NORCO, CA 92860-3616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,958.52**

---

**3.1101**

Nonpriority creditor's name and mailing address
**CLINES WELDING AND FABRICAITON INC**
**41 VETERANS MEMORIAL HWY**
**MABLETON, GA 30126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.1102**

Nonpriority creditor's name and mailing address
**CLINT SNIDER**
**4110 VILLAGE DR APT 3**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred  3/12/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$383.64**

---

**3.1103**

Nonpriority creditor's name and mailing address
**CLM MIDWEST**
**2655 ERIE STREET**
**RIVER GROVE, IL 60171**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1104**

Nonpriority creditor's name and mailing address
**CLOUGHERTY PACKING LLC**
**PO BOX 101120**
**PASADENA, CA 91189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.110
5**

**Nonpriority creditor's name and mailing address**

**CLOVIS WEST FOUNDATION XC**
**1070 E TEAGUE**
**FRESNO, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
6**

**Nonpriority creditor's name and mailing address**

**CLPF - CLAIREMONT MESA LP**
**PO BOX 101705**
**PASADENA, CA 91189-1705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,342.55**

---

**3.110
7**

**Nonpriority creditor's name and mailing address**

**CLUB OC VOLLEYBALL**
**11782 ONYX STREE**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
8**

**Nonpriority creditor's name and mailing address**

**CMI EQUIPMENT AND ENGINEERING CO**
**INC**
**41663 170 ST**
**GLENCO, MN 55336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
9**

**Nonpriority creditor's name and mailing address**

**CNC HOLDINGS LLC**
**6471 S TOURNAMENT LN**
**ATTN STEVE COCKRELL**
**CHANDLER, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,000.00**

---

**3.111
0**

**Nonpriority creditor's name and mailing address**

**CNH KEY CLUB**
**1809 SPRINGSONG DR**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
1**

**Nonpriority creditor's name and mailing address**

**CNL INCOME FEC TUCSON LLC**
**221 EAST WETMORE ROAD**
**C/O FUNTASTICKS**
**TUCSON, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.111
2**

**Nonpriority creditor's name and mailing address**

**CO FAMILY SUPPORT REGISTRY**
**PO BOX 2171**
**DENVER, CO 80201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
3**

**Nonpriority creditor's name and mailing address**

**COACHELLA VALLEY WATER DISTRICT**
**PO BOX 5000**
**COACHELLA, CA 92236-5000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$876.35**

---

**3.111
4**

**Nonpriority creditor's name and mailing address**

**COAST TO COAST COMPUTER PRODUC**
**4277 VALLEY FAIR STREET**
**SIMI VALLEY, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
5**

**Nonpriority creditor's name and mailing address**

**COAST WORKPLACE SOLUTIONS LLC**
**2829 RUCKER AVE**
**EVERETT, WA 98201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
6**

**Nonpriority creditor's name and mailing address**

**COASTAL ACADEMY HIGH SCHOOL**
**4183 AVENIDA DE LA PLATA**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
7**

**Nonpriority creditor's name and mailing address**

**COASTAL MARKETING GROUP**
**590 ALLVIEW TERRACE STE A**
**LAGUNA BEACH, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

**Coastal Marketing Group, Inc**
**590 Allview Terrace Suite A**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **3/11/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,979.20**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
**COASTLINE COOLING LLC**
**7697 SW ELLIPSE WAY**
**STUART, FL 34997**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
**COASTLINE ELECTRIC COMPANY INC**
**3729 CREEKMONT DR**
**HOUSTON, TX 77091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
**COBB COUNTY BUSINESS LICENSE**
**PO BOX 649**
**MARIETTA, GA 30061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
**COBB COUNTY WATER SYSTEM**
**PO BOX 480400**
**CHARLOTTE, NC 28258-0440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,926.56**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
**COBB EMC**
**PO BOX 105082**
**ATLANTA, GA 30348-5082**

Date(s) debt was incurred  **3/4/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,624.14**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
**COBB PUBLIC HEALTH**
**1650 COUNTY SERVICES PRKW SW**
**MARIETTA, GA 30008-4010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
**COBRA BAND BOOSTERS**
**7949 W DREYFUS DR**
**PEORIA, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**COCA COLA (MINUTE MAID)**
**PO BOX 101086**
**ATLANTA, GA 30392**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**COCA COLA (MINUTE MAID)**
**PO BOX 951073**
**DALLAS, TX 75395-1073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**COCA COLA BOTTLERS SALES &**
**SERVICES COMP**
**BANK OF AMERICA**
**PO BOX 402702**
**ATLANTA, GA 30384-2702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**COCA COLA USA**
**PO BOX 101086**
**ATLANTA, GA 30392**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**COCA COLA USA**
**PO BOX 102703**
**ATLANTA, GA 30368**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**COCA COLA USA**
**PO BOX 951073**
**DALLAS, TX 75395-1073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 2**

**Nonpriority creditor's name and mailing address**

**COCA-COLA BOTTLING CO**
**PO BOX 102190**
**68 ANNEX**
**ATLANTA, GA 30368**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**COCA-COLA BOTTLING CO**
**PO BOX 740214**
**LOS ANGELES, CA 90074-0214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**COCA-COLA NORTH AMERICA**
**PO BOX 102703**
**ATLANTA, GA 30368-2703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**CODING THE FUTURE**
**11890 SPRINGSIDE ROAD**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**CODY FOSTER**
**2003 E 151ST AVE**
**LUTZ, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**COHNREZNICK LLP**
**1301 AVENUE OF THE AMERICAS**
**7TH FL**
**NEW YORK, NY 10019-6032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**COLD TECH REFRIGERATION INC**
**PO BOX 33686**
**LAS VEGAS, NV 89133-3686**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$670.25**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**COLES CHRISTIAN**
**10679 SPRINGFIELD DR**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
**COLLABORATIVE PATHWAYS**
**3434 E BROADWAY**
**TUCSON, AZ 85716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
**COLLEGE OF NURSING**
**1305 N MARTIN AVE**
**ATTN CANDY MARTINEZ**
**TUCSON, AZ 85721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**
**COLLEGE OF THE CANYONS FOUNDATION**
**26455 ROCKWELL CANYON RD**
**SANTA CLARITA, CA 91355**

Date(s) debt was incurred  2/27/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$38.26**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**
**COLLIER COUNTY LODGE 38 FRATERNAL ORDER**
**2805 HORSESHOE DR S #5**
**NAPLES, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**
**COLLIER COUNTY SHERIFFS OFFICE**
**3319 TAMIAMI TRAIL EAST**
**FALSE ALARM BUREAU**
**NAPLES, FL 34112-4901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
**COLLINS PLUMBING**
**3050 S 25TH AVE STE A**
**BROADVIEW, IL 60155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
**COLOR WORKS DESIGN LLC**
**2043 MAIDEN LN**
**WENATCHEE**
**WA, 98801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$468.75**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**COLORADO COMMERCIAL REFRIGERATION**
**12449 MEAD WAY**
**LITTLETON, CO 80125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**COLORADO DEPT OF LABOR AND EMPLOYMENT**
**633 17TH ST  STE 500**
**VISION OF OIL AND PUBLIC SFTY BOILER SEC**
**DENVER, CO 80202-3610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**COLORADO DEPT OF TREASURY**
**UNCLAIMED PROPERTY DIVISION**
**1580 LOGAN ST #500**
**DENVER, CO 80203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**COLORADO STATE TREASURER**
**DIV OF EMPLOYMENT AND TRAINING**
**P.O. BOX 956**
**DENVER, CO 08020-1956**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**COLOROW ELEMENTARY PTA**
**6317 S ESTES ST**
**LITTLETON, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**COLUMBIAN FOUNDATION**
**8002 TOPAZ LAKE AVE**
**KNIGHTS OF COLUMBUS COUNCIL 88**
**SAN DIEGO, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**COLUMBIAN FOUNDATION**
**40817 CRESTON STREET**
**KNIGHTS OF COLUMBUS COIT COUNC**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

**COLUMBINE KNOLLS SWIM TEAM**
**6191 WEST PLYMOUTH DR**
**LITTLETON, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

**COLUMBUS TUSTIN PTO**
**17952 BENETA WAY**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**COMET LOANS**
**PO BOX 667**
**BLANDING, UT 84511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**COMLETRIC INC**
**PO BOX 5929**
**CONCORD, CA 94524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,681.59**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL APPLIANCE SERVICE**
**8416 LAUREL FAIR CIRCLE #114**
**TAMPA, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL CUSTOM SEATING &**
**UPHOLSTERY**
**12601 WESTERN AVENUE**
**GARDEN GROVE, CA 92841**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL FIRE LLC**
**2465 SAINT JOHNS BLUFF RD S**
**JACKSONVILLE, FL 33246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,620.98**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL LIGHTING COMPANY**
**PO BOX 270651**
**TAMPA, FL 33688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL MAINTENANCE SYSTEMS INC**
**PO BOX 2190**
**SANTA BARBARA, CA 93120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$574.56**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL REPAIR SERVICE LLC**
**6738 E BROADWAY BLVD**
**TUCSON, AZ 85710-2807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL SEATING SPECIALISTS**
**481 LAURELWOOD RD**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**COMMERCIAL WATER TREATMENT CORP**
**4345 WAGON TRAIL AVE**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**COMMLOG LLC**
**33 N PARSELL STE B**
**MESA, AZ 85203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$375.59**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**COMMONWEALTH OF MASSACHUSETTS**
**ONE ASHBURTON PLACE 12TH FLOOR**
**STATE TREAS OFFICE UNCLAIMED**
**PROPERTY DI**
**BOSTON, MA 02108-1608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**COMMUNITY MINISTRY OF SW DENVER**
**1755 S ZUNI ST**
**DENVER, CO 80223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**COMMUNITY MONTESSORI**
**1441 MONTIEL RD  SUITE 143**
**ELEMENT EDUCATION**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**COMPETITIVE CREATIONS LLC**
**4301 W WILLIAM CANNON**
**STE B-150 #120**
**AUSTIN, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**COMPLETE OFFICE**
**PO BOX 707**
**POWAY, CA 92074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**COMPLETE OFFICE**
**PO BOX 4318**
**CERRITOS, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$48.52**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**COMPLETE WATER SYSTEM**
**3358 SW 49TH WAY BAY1**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.117 4 | **Nonpriority creditor's name and mailing address**<br>**COMPONENT DESIGN NW INC**<br>**PO BOX 10947**<br>**PORTLAND, OR 97296-0947** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 5 | **Nonpriority creditor's name and mailing address**<br>**COMPONENT HARDWARE GROUP**<br>**PO BOX 789482**<br>**PHILADELPHIA, PA 19178-9482** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 6 | **Nonpriority creditor's name and mailing address**<br>**CONAGRA FOODS INC**<br>**PO BOX 100300**<br>**PASADENA, CA 91189-0300** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 7 | **Nonpriority creditor's name and mailing address**<br>**CONAGRA FOODS INC**<br>**PO BOX 417193**<br>**BOSTON, MA 02241-7193** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 8 | **Nonpriority creditor's name and mailing address**<br>**CONAGRA FOODS INC**<br>**FILE 56929**<br>**LOS ANGELES, CA 90074-6929** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 9 | **Nonpriority creditor's name and mailing address**<br>**Conagra Foods Sales, Llc**<br>**12132 Collections Center Drive**<br>**Chicago, IL 60693** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,339.08** |
|---|---|---|---|
| | Date(s) debt was incurred  **3/9/2020** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 0 | **Nonpriority creditor's name and mailing address**<br>**CONCENTRA MEDICAL CENTERS**<br>**OCCUPATIONAL HEALTH CENTERS OF**<br>**THE SOUTHWEST, P.C. PO BOX 9009**<br>**BROOMFIELD, CO 80021** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**CONCEPTS INC**
**PO BOX 345**
**AVONDALE ESTATES, GA 30002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**CONCORD ASSEMBLY #15**
**721 STONE HARBOUR DR**
**PITTSBURG**
**CA, 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.68**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**CONCUR TECHNOLOGIES INC**
**62157 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,755.00**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**CONGREGATION ANSHEI ISRAEL**
**5550 E 5TH ST**
**TUCSON**
**AZ, 85711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$29.64**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**CONGREGATION B NAI ISRAEL**
**4401 INDIAN SCHOOL RD NE**
**ALBUQUERQUE, NM 87110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**CONGREGATION B NAI TZEDEK**
**9669 TALBERT AVE**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**CONGREGATION BETH SHALOM**
**5303 WINTERS CHAPEL RD**
**DUNWOODY, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.118 8**

**Nonpriority creditor's name and mailing address**

**CONGREGATION BNAI TORAH**
**3990 W 74TH AVE**
**WESTMINSTER, CO 80030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

**CONGREGATION ETZ CHAIM**
**1190 INDIAN HILLS PKWY**
**ATTN STEVEN RESNICK**
**MARIETTA, GA 30068**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

**CONGREGATION HAVURIM**
**35889 DEVONSHIRE LN**
**WILDOMAR, CA 92595**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

**CONGREGATION NER TAMID**
**55 N  VALLE VERDE**
**HENDERSON, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**

**CONGREGATION OHEV SHALOM USY**
**613 CONCOURSE PKWY S**
**MAITLAND, FL 32571**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

**CONGREGATION SHIR CHADASH**
**6440 DEL AMO BLVD**
**LAKEWOOD, CA 90713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**CONNIE CONTRERAS**
**19615 NORFOLK RIDGEWAY**
**RICHMOND, TX 77407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.119 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CONNIE DAIDONE**
**6232 GREENVIEW CIRCLE 66**
**SARASOTA, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CONNIE RUSSELL CONSULTING LLC**
**1102 PRICILLA LANE**
**CINCINNATI, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CONNIE WIENCEK**
**8788 BRITT CT**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Consolidated Fire Protection**
**CFP Fire Protection Inc.**
**153 Technology Drive #200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CONSTANT CONTACT INC**
**17 BATTERY PLACE 11TH FLOOR**
**NEW YORK, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,647.63** |
|---|---|---|---|

**CONSTELLATION NEWENERGY INC**
**PO BOX 4640**
**CAROL STREAM, IL 60197-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CONTRA COSTA**
**ENVIRONMENTAL HEALTH DIVISION**
**2120 DIAMOND BLVD. SUITE #200**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**CONTRA COSTA
ENVIRONMENTAL HEALTH
50 DOUGLAS DR #320C
MARTINEZ, CA 94553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**CONTRA COSTA COUNTY CLERK
PO BOX 350
MARTINEZ, CA 94553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**CONTRA COSTA COUNTY CLERK
1035 MARKET STREET #500
THE RECORDER- ATTN FBN FILING
SAN FRANCISCO, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**CONTRA COSTA HEALTH SERVICES
4585 PACHECO BLVD STE 100
HAZARDOUS MATERIALS PROGRAMS
MARTINEZ, CA 94553-2233**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**CONTRA COSTA WATER DISTRICT
1331 CONCORD AVE
PO BOX H2O
CONCORD, CA 94524-2099**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$1,979.79**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**CONTROL PROGRESS
31111 US HIGHWAY 19 NORTH
PALM HARBOR, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**CONWAY ELEMENTARY PTA
GABY GOMEZ
1325 CONWAY DRIVE
ESCONDIDO, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1209**

Nonpriority creditor's name and mailing address
**CONWAY TILE CO INC**
**5401 EAST 29TH STREET**
**TUCSON, AZ 85711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1210**

Nonpriority creditor's name and mailing address
**Cookie Kingdom Inc**
**1201 E Walnut Street**
**Oglesby, IL 61348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1211**

Nonpriority creditor's name and mailing address
**COOKIE KINGDOM INC**
**1201 E WALNUT STREET**
**OGLESBY, IL 61348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1212**

Nonpriority creditor's name and mailing address
**COOL AIR HOUSTON HVACR**
**MECHANICAL SERVICES LLC**
**1110 PENNSYLVANIA**
**SOUTH HOUSTON, TX 77587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1213**

Nonpriority creditor's name and mailing address
**COOL SEAL GASKETS OF CENTRAL**
**FLORIDA LLC**
**PO BOX 160985**
**ALTAMONTE SPRINGS, FL 32716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$315.42**

---

**3.1214**

Nonpriority creditor's name and mailing address
**COOL TEMP INC**
**10165 SW COMMERCE CIRCLE STE C**
**WILSONVILLE, OR 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1215**

Nonpriority creditor's name and mailing address
**Cooper-Atkins Corporation**
**29193 Network Place**
**Chicago, IL 60673-1291**

Date(s) debt was incurred _3/5/2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,134.72**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**COOPER-ATKINS CORPORATION**
**29193 NETWORK PLACE**
**CHICAGO, IL 60673-1291**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**COORDINATED SYSTEMS AND SUPPLIES INC**
**PO BOX 58**
**WICHITA, KS 67201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**COPLEY-AKRON JEDD**
**1 CASCADE PLAZA, 11TH FLOOR**
**C/O AKRON CITY TAX**
**AKRON, OH 00044-3080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**COR-O-VAN RECORDS MANAGEMENT**
**PO BOX 842638**
**LOS ANGELES, CA 90084-2638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,184.72**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**CORAL GLADES CLASS OF 2022**
**2700 SPORTSPLEX DR**
**CORAL GLADES HIGH SCHOOL**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**CORAL GLADES KEY CLUB**
**2700 SPORTSPLEX DR**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**CORAL SPRINGS CHARTER SCHOOL**
**3205 N UNIVERSITY DR**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.122 3**

**Nonpriority creditor's name and mailing address**
**CORAL SPRINGS CHARTER SCHOOL**
**3205 N UNIVERSITY DR**
**CORAL SPRINGS**
**FL, 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$35.24

---

**3.122 4**

**Nonpriority creditor's name and mailing address**
**CORAL SPRINGS IMPROVEMENT DISTRICT**
**10300 NW 11TH MANOR**
**CORAL SPRINGS, FL 33071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

$1,839.06

---

**3.122 5**

**Nonpriority creditor's name and mailing address**
**CORAL SPRINGS IMPROVEMENT DISTRICT**
**10300 NW 11TH MANOR**
**CORAL SPRINGS**
**FL, 33071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.122 6**

**Nonpriority creditor's name and mailing address**
**CORAL SPRINGS POLICE DEPT**
**2801 CORAL SPRINGS DR**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122 7**

**Nonpriority creditor's name and mailing address**
**CORAL SPRINGS POLICE DEPT**
**2801 CORAL SPRINGS DR**
**CORAL SPRINGS**
**FL, 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.122 8**

**Nonpriority creditor's name and mailing address**
**CORE MECHANICAL LLC**
**PO BOX 132584**
**SPRING, TX 77393**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$19,447.38

---

**3.122 9**

**Nonpriority creditor's name and mailing address**
**CORE MECHANICAL LLC**
**PO BOX 132584**
**SPRING**
**TX, 77393**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,290.50

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.123 0**

Nonpriority creditor's name and mailing address
**CORETEX USA INC**
**15110 AVENUE OF SCIENCE**
**STE 100**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$760.00**

---

**3.123 1**

Nonpriority creditor's name and mailing address
**CORNELIO RAMOS**
**6057 N POLK AVE**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 2**

Nonpriority creditor's name and mailing address
**CORPORATE CENTER AT CORNELL OAKS ASSOCIA**
**15455 NW GREENBRIER PKWY**
**STE 245 C/O JONES LANG LA SALLE**
**BEAVERTON, OR 97006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 3**

Nonpriority creditor's name and mailing address
**CORPUS CHRISTI**
**3550 E KNOX RD**
**CORPUS CHRISTI ST GERARD CIRCL**
**PHOENIX, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 4**

Nonpriority creditor's name and mailing address
**CORRY LOCAL SERVICES TAX**
**100 S. CENTER STREET**
**CORRY, PA 00016-4070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 5**

Nonpriority creditor's name and mailing address
**CORRY REID**
**2 MONTGOMERY**
**MISSION VIEJO, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.123 6**

Nonpriority creditor's name and mailing address
**CORTNEY JHS**
**5301 E HACIENDA AVE**
**LAS VEGAS, NV 89122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**CORTNEY JHS**
**5301 E HACIENDA AVE**
**LAS VEGAS**
**NV, 89122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$51.28**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**CORWIN BEVERAGE**
**219 S TIMM ROAD**
**RIDGEFIELD, WA 98642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,463.66**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**COSTCO**
**7803 OTHELLO AVE**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**COSTCO WHOLESALE CORPORATION**
**999 LAKE DRIVE**
**ATTN: REAL ESTATE ACCOUNTING**
**ISSAQUAH, WA 98027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent 

Is the claim subject to offset? ■ No ☐ Yes

**$30,465.33**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**COSTCO WHOLESALE MEMBERSHIP**
**PO BOX 34783**
**SEATTLE, WA 98124-1783**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
**COTTONWOOD SCHOOL CSPA**
**3896 CORRALES ROAD**
**CORRALES, NM 87048**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
**Country Coffee Co, Inc.**
**Distant Lands Coffe Roasters**
**25185 Network Place**
**Chicago, IL 60673-1185**

Date(s) debt was incurred  2/17/2020, 2/24/2020 

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$20,563.20**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
**COUNTRY SPRINGS ELEMENTARY PFA**
**14145 VILLAGE CENTER DR**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
**COUNTRYSIDE JUNIOR COUGARS**
**PO BOX 16934**
**CLEARWATER, FL 33766**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
**County Fair Food Products**
**P O Box 220**
**Farmington, CA 95230**

Date(s) debt was incurred  2/26/2020, 3/11/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32,361.60**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**
**COUNTY FAIR FOOD PRODUCTS**
**PO BOX 220**
**FARMINGTON, CA 95230**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**
**County Fair Food Products**
**P O Box 220**
**Farmington**
**CA, 95230**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,964.80**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**
**COUNTY OF ALAMEDA**
**ENVIRONMENTAL HEALTH**
**PO BOX N**
**ALAMEDA, CA 94501-0108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**
**COUNTY OF LOS ANGELES**
**ENVIRONMENTAL HEALTH DIVISION**
**5050 COMMERCE DRIVE**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.125**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF LOS ANGELES** | ☐ Contingent | |
| **DEPARTMENT OF PUBLIC HEALTH** | ☐ Unliquidated | |
| **PO BOX 54978** | ☐ Disputed | |
| **LOS ANGELES, CA 90054-0978** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF LOS ANGELES** | ☐ Contingent | |
| **DEPT OF PUBLIC HEALTH** | ☐ Unliquidated | |
| **PO BOX 54978** | ☐ Disputed | |
| **LOS ANGELES, CA 90054-0978** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF ORANGE** | ☐ Contingent | |
| **12 CIVIC CENTER PLAZA** | ☐ Unliquidated | |
| **SANTA ANA, CA 92701** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF ORANGE** | ☐ Contingent | |
| **PO BOX 4005** | ☐ Unliquidated | |
| **SANTA ANA, CA 92702-4005** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF RIVERSIDE DEPARTMENT** | ☐ Contingent | |
| **PO BOX 7909** | ☐ Unliquidated | |
| **DEPT OF ENVIRONMENTAL HEALTH** | ☐ Disputed | |
| **RIVERSIDE, CA 92513-7909** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **COUNTY OF SAN BERNARDINO** | ☐ Contingent | |
| **351 N MOUNTAIN VIEW AVE** | ☐ Unliquidated | |
| **SAN BERNARDINO, CA 92415-0010** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$704.00** |
|---|---|---|
| **COUNTY OF SAN BERNARDINO** | ☐ Contingent | |
| **DEPT OF PUBLIC HEALTH** | ☐ Unliquidated | |
| **385 N ARROWHEAD AVE 2ND FLOOR** | ☐ Disputed | |
| **SAN BERNARDINO, CA 92415-0160** | | |
| **Date(s) debt was incurred  3/3/2020** | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1258**

**Nonpriority creditor's name and mailing address**

**COUNTY OF SAN DIEGO**
**PO BOX 129261**
**DEPT OF ENVIRONMENTAL HEALTH**
**SAN DIEGO, CA 92112-9261**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1259**

**Nonpriority creditor's name and mailing address**

**COUNTY OF SANTA CLARA**
**1555 BERGER DR #300**
**SAN JOSE, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1260**

**Nonpriority creditor's name and mailing address**

**COUNTY OF SANTA CLARA**
**ENVIRONMENTAL HEALTH**
**1555 BERGER DR #300**
**SAN JOSE, CA 95112-2716**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1261**

**Nonpriority creditor's name and mailing address**

**COURREGES ELEMENTARY**
**18313 SANTA CARLOTTA**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1262**

**Nonpriority creditor's name and mailing address**

**COURT MARIAN  1669**
**5838 HAYTER AVE**
**LAKEWOOD, CA 90712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1263**

**Nonpriority creditor's name and mailing address**

**COURTNEY BOOHER**
**606 BILTMORE WAY**
**SAINT PETERS, MO 63376-2399**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1264**

**Nonpriority creditor's name and mailing address**

**COURTNEY SESSLER**
**17802 NESS DR 101**
**CANYON COUNTRY, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| | |
|---|---|
| **3.126 5** | |

**Nonpriority creditor's name and mailing address**
**COX COMMUNICATIONS**
**PO BOX 53214**
**PHOENIX, AZ 85072-3214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.126 6** | |

**Nonpriority creditor's name and mailing address**
**COX COMMUNICATIONS**
**PO BOX 79171**
**PHOENIX, AZ 85062-9171**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.126 7** | |

**Nonpriority creditor's name and mailing address**
**COYLE REPRODUCTIONS INC**
**2850 ORBITER ST**
**BREA, CA 92821**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.126 8** | |

**Nonpriority creditor's name and mailing address**
**COZZINI BROTHERS INC**
**350 HOWARD AVE**
**DES PLAINES, IL 60018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,337.79**

---

| | |
|---|---|
| **3.126 9** | |

**Nonpriority creditor's name and mailing address**
**COZZINI BROTHERS INC**
**350 HOWARD AVE**
**DES PLAINES**
**IL, 60060**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$858.97**

---

| | |
|---|---|
| **3.127 0** | |

**Nonpriority creditor's name and mailing address**
**CPMS PTSA**
**10269 MADRID WAY**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.127 1** | |

**Nonpriority creditor's name and mailing address**
**CPP VIETNAMESE STUDENTS ASSOC**
**13876 DAWSON ST**
**CAL POLY POMONAS VIETNAMESE ST**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**CR3 CAPITAL LLC**
**13355 NOEL ROAD  STE 310**
**DALLAS, TX 75241**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**CR3 PARTNERS LLC**
**13355 NOEL ROAD STE 310**
**DALLAS, TX 75240-1565**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**CRAFT CONSTRUCTION COMPANY INC**
**2306 LOSEE RD**
**NORTH LAS VEGAS, NV 89030**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
**CRAIG BROWN**
**18369 GRENACHE ROSE WAY**
**RAMONA, CA 92065**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,625.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
**CRAIG FENNEMORE PC**
**2394 E CAMELBACK RD  #600**
**PHOENIX, AZ 85016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
**CRAIG FITZGERALD**
**1423 PINE GLEN LN**
**APT C3**
**TARPON SPRINGS, FL 34688**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
**CRAIN ENTERTAINMENT INC**
**PO BOX 562**
**TANGERINE, FL 32777**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.1279**

**Nonpriority creditor's name and mailing address**
CRCI LLC
7456 WASHINGTON AVE S
EDEN PRAIRE, MN 55344

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1280**

**Nonpriority creditor's name and mailing address**
CREATIVE CONSTRUCTION AND
FACILITIES COR
742 CHARCOT AVE
SAN JOSE, CA 95131

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,454.00**

---

**3.1281**

**Nonpriority creditor's name and mailing address**
CREATIVE CONSTRUCTION AND
FACILITIES COR
742 CHARCOT AVE
SAN JOSE
CA, 95131

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.1282**

**Nonpriority creditor's name and mailing address**
CREATIVE STAGES OF SAN DIEGO
2653 ARIANE DR
SAN DIEGO, CA 92117

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1283**

**Nonpriority creditor's name and mailing address**
CREDIT SERVICE COMPANY INC
JUDICIAL COLLECTORS
PO BOX 1120
COLORADO SPRINGS, CO 80901

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1284**

**Nonpriority creditor's name and mailing address**
CREST ELEMENTARY PTA
2000 SUNCREST BLVD
CREST ELEMENTARY SCHOOL
EL CAJON, CA 92021

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1285**

**Nonpriority creditor's name and mailing address**
Crestone Group, Llc
5927 Farnsworth Ct
Carlsbad, CA 92008

Date(s) debt was incurred  2/18/2020, 3/2/2020
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,951.20**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
**CRFO**
**9652 W EDENBURG PL**
**LITTLETON, CO 80127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**
**CRISTIAN ARRIAGA**
**4421 E VILLAGE RD**
**LONG BEACH**
**CA, 90808**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9.17**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**
**CRISTIAN ENCINAS**
**25750 COVALA CT**
**SANTA CLARITA, CA 91355**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**
**CRM SWITCH LLC**
**1005 NORTHGATE DRIVE #145**
**SAN RAFAEL, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**
**CRM SWITCH LLC**
**101 LUCAS VALLEY ROAD STE 249**
**SAN RAFAEL, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**
**CROHNS AND COLITIS FOUNDATION**
**800 MAINBERRY DRIVE APT 602**
**MADERA**
**CA, 93637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.42**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**
**Crown Brands LLC**
**CLP Foodservice Distribution, Inc**
**PO Box 205579**
**Dallas, TX 75320-5579**

Date(s) debt was incurred  3/3/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.50**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.129
3**

**Nonpriority creditor's name and mailing address**

**Crown Brands LLC
CLP Foodservice Distribution, Inc
PO Box 205579
Dallas
TX, 75320-5579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.129
4**

**Nonpriority creditor's name and mailing address**

**CROWN POINTE ACADEMY
2900 W 86TH AVE
WESTMINSTER, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129
5**

**Nonpriority creditor's name and mailing address**

**CRP CYPRESS WEST 7TH
COMMERCIAL LP
C/O JP MORGAN CHASE & CO PO BOX
29650 DE
PHOENIX, AZ 85038-9650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

**CRUNCHTIME INFORMATION SYSTEMS
129 PORTLAND STREET
BOSTON, MA 02114**

Date(s) debt was incurred  **3/9/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$77,901.98**

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

**CRYSTAL GREENS LANDSCAPE INC
PO BOX 568
CLACKAMAS, OR 97015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.129
8**

**Nonpriority creditor's name and mailing address**

**CRYSTAL LAKES ELEMNTARY PTA
6050 GATEWAY BLVD
BOYNTON BEACH, FL 33472**

Date(s) debt was incurred  **3/4/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$245.64**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1299**

Nonpriority creditor's name and mailing address
**CRYSTAL WATERS GIRL SCOUTS**
**371 BAILEY COURT**
**PALM HARBOR, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1300**

Nonpriority creditor's name and mailing address
**CS COUMMINTY DAY SCHOOL**
**3266 NW 99TH WAY**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1301**

Nonpriority creditor's name and mailing address
**CSEA CHAPTER #412**
**6578 SANTA TERESA BLVD**
**SAN JOSE, CA 95119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1302**

Nonpriority creditor's name and mailing address
**CSF PHILANTHROPIC FOUNDATION**
**555 N COMMONWEALTH AVE**
**4195C**
**FULLERTON**
**CA, 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$63.34

---

**3.1303**

Nonpriority creditor's name and mailing address
**CSMOMS**
**10353 NW 54TH PLACE**
**CORAL SPRINGS, FL 33076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1304**

Nonpriority creditor's name and mailing address
**CSPA ARTHUR LUCERO**
**3896 CORRALES RD**
**CORRALES, NM 87048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
**CSRA KOMAR DESERT CENTERDST**
**41 CORPORATE PARK, SUITE 230**
**C/O PACIFIC COAST COMMERCIAL REAL ESTATE**
**IRVINE, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$16,563.72**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
**CSRA KOMAR DESERT CENTERDST**
**3151 AIRWAY AVE #G-3**
**ATTN PROPERTY MANAGER**
**COSTA MESA, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**
**CSUCI**
**ONE UNIVERSITY DRIVE ASI STE**
**CAMARILLO, CA 93012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**
**CSUF PHILANTHROPIC FOUNDATION**
**200 EAST CHAPMAN AVENUE APT 2**
**PLACENTIA, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**
**CSUF TAU THETA PI**
**11691 JERRY LN**
**GARDEN GROVE**
**CA, 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$52.86**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**
**CSUF VSA**
**14412 LAKE ST**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**
**CSULA SBN CLASS OF 2021**
**1419 N CALIFORNIA AVE**
**LA PUENTE, CA 91744**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.131<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$117,202.80** |
|---|---|---|---|
| | **Cti-Ssi Food Services, Llc**<br>**dba CTI FOODS**<br>**P.O. Box 654030**<br>**Dallas, TX 75265-4030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _3/9/2020_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CTS CAPITAL ADVISROS LLC**<br>**7315 WISCONSIN AVE STE 500**<br>**BETHESDA, MD 20814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CUB SCOUT PACK 121 OLD TIMERS CLUB**<br>**502 WICKLIFFE DR.**<br>**PASADENA, CA 91104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CUB SCOUT PACK 1701**<br>**78886 AVE 41**<br>**BERMUDA DUNES, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CUB SCOUT PACK 817**<br>**1760 SW 69TH AVE**<br>**JENNIFER TORLONE**<br>**PLANTATION, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CUB SCOUT PACK 851**<br>**3621 EMERALD ST  29**<br>**TORRANCE, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CUCAMONGA VALLEY WATER DISTRICT**<br>**PO BOX 51788**<br>**LOS ANGELES, CA 90051-6088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.1319**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CUP4CUP LLC**<br>**6540 WASHINGTON STREET**<br>**YOUNTVILLE, CA 94559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1320**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CURIE ELEMENTARY PTA**<br>**4080 GOVERNOR DRIVE**<br>**SAN DIEGO, CA 92122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1321**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CURRENT ELECTRIC**<br>**26804 VISTA TERRACE**<br>**LAKE FOREST, CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1322**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CUSHMAN & WAKEFIELD OF AZ**<br>**UPTOWN PLAZA ASSOCIATES LLC**<br>**PO BOX 63304**<br>**PHOENIX, AZ 85082-3304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1323**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CUSSD**<br>**2208 PASADENA CT #7**<br>**CHULA VISTA, CA 91915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1324**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CUSTOM BUSINESS SOLUTIONS INC**<br>**12 MORGAN**<br>**IRVINE, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.1325**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **CUSTOM CULINARY INC**<br>**PO BOX 205922**<br>**DALLAS, TX 75320-5922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Custom Culinary, Inc.**
**Po Box 205922**
**Dallas, TX 75320-5922**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**CUSTOM GASKETS NW**
**PO BOX 111734**
**TACOMA, WA 98411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**CUSTOM PAINTING INC**
**97 RICKENBACKER CIRCLE**
**LIVERMORE, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**CUSTOM SPECIALTIES**
**3233 25TH STREET**
**METAIRIE, LA 70002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**CVMS PTSA**
**3800 MYKONOS LANE**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**CVST**
**13985 CLUBHOUSE DRIVE**
**TAMPA, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**CYNDEE EAVES**
**3660 E BRIDGEPORT PKWY**
**GILBERT, AZ 85295**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CYNDI CIARDULLO**
**12 CUL DE SAC**
**CHICAGO, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CYNTHIA ACEVES**
**7286 W DOVEWOOD LANE**
**FRESNO, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CYPRESS CREEK ASSOCIATES LP**
**PRICE LEGACY CORP.**
**POST OFFICE BOX 5020**
**NEW HYDE PARK, NY 11042-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,263.48 |
|---|---|---|---|

**CYPRESS CREEK ASSOCIATES LP**
**PO BOX 62045**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CYPRESS DOOR**
**ROBERT SANTOS**
**6751 NW 22 TERRACE**
**FORT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CYPRESS HIGH SCHOOL GIRLS**
**VOLLEYBALL**
**9704 LIPARI CIR**
**CYPRESS, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.28 |
|---|---|---|---|

**CYSTIC FIBROSIS FOUNDATION  OR**
**9727 SW TERWILLIGER**
**PORTLAND**
**OR, 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CYT SAN DIEGO**
**1545 PIONEER WAY**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**D & R WOODS ENTERPRISE CORP**
**PO BOX 712**
**FONTANA, CA 92334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**D A D ASPHALT INC**
**PO BOX 506**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,786.80** |
|---|---|---|---|

**D A HAYES**
**10290 LARIAT DRIVE**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$484.00** |
|---|---|---|---|

**D AND S AUTOMATICS INC**
**23900 W INDUSTRIAL DR S UNIT 1**
**PLAINFIELD, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**D AND S COMMERCIAL COOKING**
**EQUIPMENT SER**
**PO BOX 78445**
**CORONA, CA 92877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.86** |
|---|---|---|---|

**DA ISLAND WAY**
**3494 CLAYTON ROAD**
**CONCORD**
**CA, 94519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.134 7**

**Nonpriority creditor's name and mailing address**
**DAISY BRANDS INC**
**PO BOX 671078**
**DALLAS, TX 75267-1078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**
**Daisy Brands, Inc.**
**Po Box 675058**
**Dallas, TX 75267-5058**

Date(s) debt was incurred  3/12/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,495.00**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**
**Daisy Brands, Inc.**
**Po Box 675058**
**Dallas**
**TX, 75267-5058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,034.10**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**
**DAISY FERIA**
**2523 GREEN HILL WAY**
**VISTA, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
**DAISY REYES**
**2003 BAYVIEW HEIGHTS DR SPC 92**
**SAN DIEGO, CA 92105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**
**DAMARIS SANTIAGO**
**1411 MONUMENT BLVD**
**APT #A1**
**CONCORD, CA 94520**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
**DAN DROBNIC**
**1132 CURTISS ST**
**DOWNERS GROVE, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,151.48** |
|---|---|---|---|

**DAN HOLTZMAN**
**159 E MANCHESTER AVE**
**LOS ANGELES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANASH LLC**
**35 CROOKED HILL ROAD #202**
**COMMACK, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANI BATAQ**
**1000 ESTES ST**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANIA BARAJAS ALEMAN**
**4459 HOME AVE #5**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANIEL ARVAYO**
**805 S SYCAMORE ST  #238**
**MESA, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANIEL FROELICH**
**7 SCARBOROUGH DR**
**LAKE OSWEGO, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DANIEL HERNANDEZ**
**4659 BONNIE DR**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

**3.136**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **DANIEL ROBERTSON**<br>**5001 BIRCHLEAF DRIVE**<br>**RALEIGH, NC 27606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,910.33 |
|---|---|---|
| **DANIEL SMITH**<br>**425 SANIBELLE CIRCLE #129**<br>**C/O JOYCE PENNINGTON**<br>**CHULA VISTA, CA 91910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Rent | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **DANIEL THOMPSON**<br>**1751 W CITRACADO PWY  179**<br>**ESCONDIDO, CA 92029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.80 |
|---|---|---|
| **DANIEL TUTTLE**<br>**913 W TIMBERLAND TRAIL**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.91 |
|---|---|---|
| **DANIEL TUTTLE**<br>**913 W TIMBERLAND TRAIL**<br>**ALTAMONTE SPRINGS**<br>**FL, 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **DANIEL WORDELMAN**<br>**1538 TAVERN RD  STE 22**<br>**ALPINE, CA 91901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **DANIELS MEATS**<br>**POBOX 936**<br>**PICO RIVERA, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DANOR VIENNA LLC**
**PO BOX 957238**
**DULUTH, GA 30095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DANTHONY WOODS**
**17560 SW SARALA ST**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DARBY AVENUE ELEMENTARY PTA**
**10818 DARBY AVENUE**
**PORTER RANCH, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DARICE GALAN**
**2418 E EL SEGUNDO BLVD APT 203**
**COMPTON, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DARLING ESPINOZA**
**3057 ROADRUNNER RD**
**SAN MARCOS, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DARLING RESTAURANT SERVICES**
**PO BOX 552210**
**DETROIT, MI 48255-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DATA MANAGEMENT INC**
**1 TIME CLOCK DRIVE**
**SAN ANGELO, TX 76904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**DATABASE MARKETING GROUP INC**
**5 PETERS CANYON ROAD #150**
**IRVINE, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**DAUN GRACE**
**3615 VISTA BELLA UNIT #40**
**OCEANSIDE, CA 92057-7014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**DAVE COMPTONS PRESSURE WASHING**
**11190 ROZ WAY**
**OXFORD, FL 34484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**DAVE WILLIAMS PLUMBING AND**
**ELECTRICAL IN**
**75-140 ST CHARLES PLACE  STE C**
**PALM DESERT, CA 92211**

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$785.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**DAVENPORT LIONS CLUB**
**PO BOX 205**
**DAVENPORT, FL 33836**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**DAVID BEAUCHANE**
**3333 CORTE ESPLENDOR**
**CARLSBAD, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**DAVID C ALLEN**
**1835A S CENTRE CITY PRKY #235**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**DAVID DOUGLAS ARTHUR ACADEMY**
**13717 SE DIVISION ST**
**PORTLAND, OR 97236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**DAVID GONDA**
**12857 SHADOWLINE ST**
**POWAY, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**DAVID IXTA**
**3852 SANTA CLARA WAY**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**DAVID JIMENEZ**
**250 S ROSE DR    #136**
**PLACENTIA, CA 92670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**DAVID LONG AND ASSOCIATES INC**
**312 CROWATAN RD**
**CASTLE HAYNE, NC 28429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**DAVID M COX PTA**
**280 CLARK DRIVE**
**HENDERSON, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**DAVID P NELSON ENTERPRISES LTD**
**BESTECH MECHANICAL**
**207 COMMERCE DR STE 401**
**DALLAS, GA 30132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1389**

**Nonpriority creditor's name and mailing address**

**DAVID PIWONKA CYPRESS FAIRBANKS**
**JSD TAS**
**PO BOX 203908**
**HOUSTON, TX 77216-3908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1390**

**Nonpriority creditor's name and mailing address**

**DAVID ROJAS**
**FLEX 520**
**5343 S CASSIA WAY**
**TUCSON, AZ 85706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1391**

**Nonpriority creditor's name and mailing address**

**DAVID STRAUB**
**2629 HANOVER ROAD**
**COLUMBIA, IL 62236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1392**

**Nonpriority creditor's name and mailing address**

**DAVID THIESSEN**
**21339 BEAVER CREEK RD**
**OREGON CITY, OR 97045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1393**

**Nonpriority creditor's name and mailing address**

**DAVIS GEORGIA LLC**
**3235 ROSWELL ROAD #616**
**ATLANTA, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1394**

**Nonpriority creditor's name and mailing address**

**DAVISON AND MOORE LLC**
**1567 SUNLAND LN**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1395**

**Nonpriority creditor's name and mailing address**

**DAVRICK DANIEL**
**7057 TALON BAY DR**
**NORTH PORT, FL 34287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
**Daxwell LLC**
**2825 Wilcrest Dr #500**
**Houston, TX 77042**

Date(s) debt was incurred _2/17/2020_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,028.50**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**
**DAYANARA REYES**
**351 THE BLVD**
**NEWNAN, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
**DAYESI GARCIA**
**311 E 122ND AVE**
**TAMPA, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**
**Daymark Food Safety Systems**
**12836 South Dixie Hwy.**
**Bowling Green**
**OH, 43402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,706.26**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**
**DCDOES**
**OFFICE OF UNEMPLOYMENT COMP**
**P.O. BOX 96664**
**WASHINGTON, DC 20090-6664**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
**DCPS PAINTING LLC**
**550 W 62ND AVE**
**DENVER, CO 80216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**
**DDR CORP**
**PO BOX 73362**
**CLEVELAND, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116.08 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SER**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,979.14 |
|---|---|---|---|

**De Lage Landen Financial Ser.**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.70 |
|---|---|---|---|

**DE VORE**
**5211 VENICE BLVD**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANA BRANAM**
**114 ALI LANE**
**JACKSBORO, TN 37757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEBBI ANDERSON**
**1293 S GRACE WAY**
**LAYTON, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEBBIE LEIFER**
**4880 LOWER ROSWELL RD #165-335**
**MARIETTA, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEBRA KAPLAN**
**54 CHARLES STREET**
**COUNCIL BLUFFS, IA 51503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.141<br>0 | Nonpriority creditor's name and mailing address<br>**Decas Cranberry Products, Inc**<br>**4 Old Forge Drive**<br>**Carver, MA 02330** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,235.50 |
|---|---|---|---|
| | Date(s) debt was incurred  3/12/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>1 | Nonpriority creditor's name and mailing address<br>**DEL AMO ASSOCIATESLLC**<br>**PO BOX 4795**<br>**C/O FREMONT BANK**<br>**HAYWARD, CA 94540-4795** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,620.53 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>2 | Nonpriority creditor's name and mailing address<br>**DEL CERRO BAPTIST CHURCH**<br>**5512 PENNSYLVANIA LN**<br>**DCBC ACTEENS FUNDRAISER**<br>**LA MESA, CA 91942** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>3 | Nonpriority creditor's name and mailing address<br>**DEL MONTE FOODS INC**<br>**7775 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-7007** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>4 | Nonpriority creditor's name and mailing address<br>**DEL NORTE HS GIRLS SOCCER**<br>**PO BOX 94661**<br>**ALBUQUERQUE, NM 87199** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>5 | Nonpriority creditor's name and mailing address<br>**DEL SOL ACADEMY**<br>**3100 E PATRICK LANE**<br>**LAS VEGAS, NV 89120** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141<br>6 | Nonpriority creditor's name and mailing address<br>**DEL VALLE TOT LOT**<br>**5050 CLARK AVE**<br>**LAKEWOOD, CA 90712** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
**DELFIN DESIGN AND MANUFACTURING INC**
**15672 PRODUCER LANE**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$187.26

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
**DELOITTE TRANSACTIONS &**
**BUSINESS ANALYTICS LLP**
**PO BOX 840728**
**DALLAS, TX 75284**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 9**

**Nonpriority creditor's name and mailing address**
**DELTA EPSILON MU**
**105 STANFORD COURT**
**IRVINE, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 0**

**Nonpriority creditor's name and mailing address**
**DELTA EPSILON MU**
**AARON DENG**
**4455 VISION DRIVE APT #2**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 1**

**Nonpriority creditor's name and mailing address**
**DELTA EPSILON MU**
**105 STANFORD COURT**
**IRVINE**
**CA, 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$180.48

---

**3.142 2**

**Nonpriority creditor's name and mailing address**
**DELTA EPSILON MU INC**
**900 UNIVERSITY AVE HUB 229**
**RIVERSIDE, CA 92507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 3**

**Nonpriority creditor's name and mailing address**
**DELTA EPSILON MU INC**
**900 UNIVERSITY AVE HUB 229**
**RIVERSIDE**
**CA, 92507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$70.10

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 3.142 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DELTA TECH SERVICES INC**
**3525 DELTA DR**
**ST GABRIEL, LA 70776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DEMOLAY BROOMFIELD COLORADO**
**10505 FRANKLIN WAY**
**NORTHGLENN, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DENISE WILSON**
**11108 MORNING DOVE RD**
**LAKESIDE, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DENNIS G VESSELS**
**9684 FOOTHILL BLVD**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DENNIS HARDY**
**3918 E BLUE SAGE RD**
**GILBERT, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DENNIS MARTINEZ**
**8642 W KATHLEEN RD**
**PEORIA, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DENNISTON BENT**
**16343 SW 30TH ST**
**HOLLYWOOD, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
**DENVER BABBITT**
**3709 NE 152ND COURT**
**VANCOUVER, WA 98682**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**
**DENVER COUNTY COURT**
**1437 BANNOCK ST  RM 135**
**DENVER, CO 80202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 3**

**Nonpriority creditor's name and mailing address**
**DENVER WATER**
**PO BOX 173343**
**DENVER, CO 80217-3343**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$815.37**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**
**DEON THOMAS**
**2010 LOS TRANCOS  APT D**
**IRVINE, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**
**DEPARTMENT OF AGRICULTURE**
**405 SOUTH 21ST STREET**
**SPARKS, NV 89431**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**
**DEPARTMENT OF CONSUMER & BUSINESS**
**SERVIC**
**PO BOX 14610**
**SALEM, OR 97309-0445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**
**DEPARTMENT OF CONSUMER AFFAIRS**
**PO BOX 942501**
**SACRAMENTO, CA 94258-0501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

---

**3.143 8**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF FINANCIAL SER**
**BUREAU OF UNCLAIMED PROPERTY**
**PO BOX 6350**
**TALLAHASSEE, FL 32314-6350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.143 9**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF INDUSTRIAL RELATIONS**
**PO BOX 516547**
**CAL OSHA PENALTIES**
**LOS ANGELES, CA 90051-0595**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.144 0**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF LABOR**
**FINANCE OFFICE - BOILER INSP**
**PO BOX 628**
**DENVER, CO 80201-0628**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.144 1**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF MOTOR VEHICLES**
**PO BOX 825339**
**SACRAMENTO, CA 94232-5339**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$14.00**

---

**3.144 2**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF MOTOR VEHICLES**
**Po Box 825339**
**Sacramento**
**CA, 94232-5339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$16.00**

---

**3.144 3**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF REGIONAL PLANNING**
**320 WEST TEMPLE STREET**
**LOS ANGELES, CA 90012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.144 4**

Nonpriority creditor's name and mailing address
**DEPARTMENT OF STATE**
**PO BOX 1300**
**ATTN FICTITIOUS NAME REGIST**
**TALLAHASSEE, FL 32302-1300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1445**

**Nonpriority creditor's name and mailing address**

**DEPARTMENT OF STATE TREASURER**
**UNCLAIMED PROPERTY PROGRAM**
**3200 ATLANTIC AVE**
**RALEIGH, NC 27604-1668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1446**

**Nonpriority creditor's name and mailing address**

**DEPT OF FINANCE AND ADMIN**
**P.O. BOX 9941**
**LITTLE ROCK, AR 72203-9941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1447**

**Nonpriority creditor's name and mailing address**

**DEPT OF LABOR & INDUSTRIES**
**BOILERPRESSURE VESSEL SECTION**
**PO BOX 44410**
**OLYMPIA, WA 98504-4410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1448**

**Nonpriority creditor's name and mailing address**

**DEPT OF LABOR AND INDUSTRIES**
**PO BOX 24106**
**SEATTLE, WA 98124-6524**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**DEPT OF LABOR AND INDUSTRIES**
**PO BOX 34022**
**SEATTLE, WA 98124-1022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**DEPT OF WORKFORCE DEVELOPMENT**
**PO BOX 7054**
**INDIANAPOLIS, IN 46207-7054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**DERITO TALKING STICK SOUTH LLC**
**PO BOX 845539**
**LOS ANGELES, CA 90084-5539**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,334.34**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.145 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DERITO TALKING STICK SOUTH LLC**
**3200 E CAMELBACK ROAD #175**
**ATTN MS DANIELLE WHITE**
**PHOENIX, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Deroyal Textiles**
**Deroyal Industries/Credit Dept**
**MSC 30316 - PO Box 415000**
**Nashville, TN 37241-0316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DEROYAL TEXTILES**
**P.O. BOX 1015**
**POWELL, TN 37849**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DEROYAL TEXTILES**
**MCS 30316**
**PO BOX 415000**
**NASHVILLE, TN 37241-0316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DEROYAL TEXTILES**
**DEROYAL INDUSTRIES CREDIT DEPT**
**MSC 30316 PO BOX 415000**
**NASHVILLE, TN 37241-0316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Deruosi Nut**
**The Deruosi Group, Llc**
**25055 Arthur Rd**
**`, CA 95320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DESERT BOIILERS AND CONTROLS INC**
**305 WEST SAINT LOUIS AVE**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.145 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DESERT RIDGE RATTLERS** <br> **4128 E TOPEKA DR** <br> **PHOENIX, AZ 85050** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DETEMPLE COMPANY INC** <br> **5636 NE HASSALO STREET** <br> **PORTLAND, OR 97213** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DETF** <br> **P.O. BOX 41780** <br> **PHILADELPHIA, PA 19101-1780** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DEVIN BUSEY** <br> **10520 SW 130TH AVE** <br> **BEAVERTON, OR 97008** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DEVIN FROST** <br> **19565 RINALDI ST  APT 18** <br> **PORTER RANCH, CA 91326** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DEVLIN POWER WASHING INC** <br> **5304 PINEVIEW WAY** <br> **APOPKA, FL 32703** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **DEVON ELZY** <br> **2124 N SANTA FE AVE  APT 7** <br> **COMPTON, CA 90222** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1466**

**Nonpriority creditor's name and mailing address**
**DEWEY SERVICES INC**
**PO BOX 7114**
**PASADENA, CA 91109-7214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1467**

**Nonpriority creditor's name and mailing address**
**DFE INVESTMENTS LLC**
**400 S RAMPART BLVD STE 220**
**C/O NORTHCAP**
**LAS VEGAS, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,964.40**

---

**3.1468**

**Nonpriority creditor's name and mailing address**
**DFS FLOORING INC**
**15651 SATICOY STREET**
**VAN NUYS, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1469**

**Nonpriority creditor's name and mailing address**
**DHG 1125 LLC**
**6400 POWERS FERRY RD STE 350**
**C/O D AND G DEVELOPMENT SVCS**
**ATLANTA, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,636.00**

---

**3.1470**

**Nonpriority creditor's name and mailing address**
**DHSS CONTROLLERS OFFICE**
**DHSS CONTROLLERS OFFICE**
**RALEIGH, NC 27699**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1471**

**Nonpriority creditor's name and mailing address**
**DIAMOND BAR HIGH ROBOTICS**
**21400 PATHFINDER RD**
**DIAMOND BAR, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1472**

**Nonpriority creditor's name and mailing address**
**DIAMOND BAR HIGH SCHOOL**
**21400 PATHFINDER ROAD**
**DIAMOND BAR, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.147 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND BAR HIGH SCHOOL ORCHESTRA**<br>**326 GOLDERNROD DR**<br>**WALNUT, CA 91789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND BAR HS KEY CLUB**<br>**ORGANIZATION**<br>**21400 PATHFINDER ROAD**<br>**DIAMOND BAR, CA 91765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND CLUB**<br>**11425 W I70 FRONTAGE RD**<br>**WHEAT RIDGE, CO 80033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND CRYSTAL**<br>**PO BOX 100178**<br>**PASADENA, CA 91189-0178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND CRYSTAL**<br>**23013 NETWORK PLACE**<br>**CHICAGO, IL 60673-1230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Diamond Crystal Brands**<br>**Po Box 100178**<br>**Pasadena, CA 91189-0178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIAMOND SHARP**<br>**4559 B STREET**<br>**STOCKTON, CA 95206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.148 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIAMOND SHARP**
**4559 B STREET**
**STOCKTON, CA 95206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$667.00

---

| 3.148 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIAMOND SHARP**
**4559 B STREET**
**STOCKTON**
**CA, 95206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$33.00

---

| 3.148 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIAMOND SHARP CUTLERY SERVICE INC**
**7431 MISSION GORGE RD**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$365.00

---

| 3.148 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIAMOND SHARP CUTLERY SERVICE INC**
**7431 MISSION GORGE RD**
**SAN DIEGO**
**CA, 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$19.00

---

| 3.148 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIANA ANTUNEZ**
**202 FLEETWOOD COURT**
**ARLINGTON, TX 76014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.148 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIANA GREER**
**1240 S CHARLOTTE AVE**
**SAN GABRIEL, CA 91776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.148 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DIANA LOPEZ**
**4541 EMERALD VISTA F 335**
**LAKE WORTH, FL 33461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1487**

**Nonpriority creditor's name and mailing address**

**DIANA PEREZ**
**317 E FOSTER DR**
**ARLINGTON HEIGHTS, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1488**

**Nonpriority creditor's name and mailing address**

**DIANA SUJANTO**
**5037 FABERGE PL**
**INVESTOR'S CLUB**
**SARASOTA, FL 34233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1489**

**Nonpriority creditor's name and mailing address**

**DIANE L FIGG**
**314 PORTER AVE**
**SCOTTDALE, PA 15683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**DIANE M HENDRICKS ENTERPRISES INC**
**1128 BEVIILLE RD**
**DAYTONA BEACH, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**DIANE MURPHY**
**9053 LANTERN DR**
**LAKE WORTH, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**DIANE PLAMONDON WERMULLER**
**1929 ERIN AVE**
**UPLAND, CA 91784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**DIANE WEIHRAUCH**
**19 STEINGERG CIRCLE**
**MILLSTADT, IL 62260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.149 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**DIANNA GARCIA**
**3802 ROSECRANS ST  UNIT 357**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.149 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**DIGIROLMO AND ASSOCIATES INC**
**11260 NW 33RD ST**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.149 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**DILLON TARRY**
**9701 QUAKERTOWN AVE**
**LOS ANGELES, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.149 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Dinova**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.149 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**DIRCTOR OF EMPLOYMENT SECURITY**
**33 S. STATE STREET**
**CHICAGO, IL 00060-6030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.149 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Direct Pack, Inc. (Pmc Global)**
**P.O. Box 918818**
**Denver, CO 80291-8818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.150 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**DIRECTOR OF FINANCE, FRANKFORT**
**MUNICIPAL BUILDING**
**P.O. BOX 697**
**FRANKFORT, KY 00040-6020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.150 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.99 |
|---|---|---|---|

**Directv**
Acct #036869851
PO BOX 105249
Atlanta, GA 30348-5249

Date(s) debt was incurred  3/2/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIRECTV**
PO BOX 105249
ATLANTA, GA 30348-5249

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $251.75 |
|---|---|---|---|

**DISCOVERY PTC**
1100 CAMINO BISCAY
CHULA VISA
CA, 91910

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Displas2Go**
George Patton Associates Inc
55 Broadcommon Road
Bristol, RI 02809

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIV OF EMPLOYMENT SECURITY**
DIVISION OF EMPLOYMNT SECURITY
P.O. BOX 26504
RALEIGH, NC 27611-6504

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIV OF UNEMPLOYMENT INSURANCE**
PO BOX 2003
FRANKFORT, KY 40602-2003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIVERSIFIED BUSINESS SOLUTIONS**
9771 CLAIRMONT MESA BLVD STE A
SAN DIEGO, CA 92124

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150 8**

Nonpriority creditor's name and mailing address
**DIVIDEND TRUST REIT SUB INC**
**PO BOX 734208**
**CHICAGO, IL 60673-4208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$22,548.42

---

**3.150 9**

Nonpriority creditor's name and mailing address
**DIVISION 30 NORTH KEY CLUB**
**2250 SHAPIRO STREET**
**FULLERTON**
**CA, 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$23.62

---

**3.151 0**

Nonpriority creditor's name and mailing address
**DIVISION OF CHILD SUPPORT**
**ENFORCEMENT**
**PO BOX 708**
**RECOVERY UNIT**
**RICHMOND, VA 23218**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$47.07

---

**3.151 1**

Nonpriority creditor's name and mailing address
**DIVISION OF HOTELS & REST**
**2601 BLAIR STONE ROAD**
**TALLAHASSEE, FL 32399-0783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.151 2**

Nonpriority creditor's name and mailing address
**DIVISION OF HOTELS AND REST**
**PO BOX 6300**
**TALLAHASSEE, FL 32314-6300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.151 3**

Nonpriority creditor's name and mailing address
**DK CONNECTIONS LLC**
**100 N. LA CIENEGA BLVD**
**MAILBOX 26 C/O SP PLUS/ PARKING**
**OFFICE**
**LOS ANGELES, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.151 4 | **Nonpriority creditor's name and mailing address** **DK CONNECTIONS LLC** **PO BOX 844981** **LOS ANGELES, CA 90084-4981** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Rent** Is the claim subject to offset? ■ No ☐ Yes | **$54,752.78** |
|---|---|---|---|

| 3.151 5 | **Nonpriority creditor's name and mailing address** **DLA PIPER US LLP** **PARALEGAL, CHRISTINA DUENAS** **401 B STREET, SUITE 1700** **SAN DIEGO, CA 92101** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.151 6 | **Nonpriority creditor's name and mailing address** **DLA PIPER US LLP** **PO BOX 75190** **BALTIMORE, MD 21275** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,026.00** |

| 3.151 7 | **Nonpriority creditor's name and mailing address** **DLI PTO** **2030 UNIVERSITY DR** **VISTA, CA 92081** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.151 8 | **Nonpriority creditor's name and mailing address** **DLI PTO** **2030 UNIVERSITY DR** **VISTA** **CA, 92081** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$208.51** |

| 3.151 9 | **Nonpriority creditor's name and mailing address** **DMAC BOOSTER CLUB** **4400 BRIERCREST AVE** **LAKEWOOD, CA 90713** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.152 0 | **Nonpriority creditor's name and mailing address** **DME ELECTRIC LLC** **DOWNTOWN METRO ELECTRIC** **2635 W 8TH AVE** **DENVER, CO 80204** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.152 1**

**Nonpriority creditor's name and mailing address**
**DMS BUILDING MAINTENANCE INC**
**1060 RICHFIELD RD**
**PLACENTIA, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**
**DOLORES I KALLAS**
**350 CIMARRON RD E**
**LOMBARD, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**
**DOMINGO CONTRERAS**
**DOMINGO CONTRERAS**
**19615 NORFOLK RIDGE WAY**
**RICHMOND, TX 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,855.13**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**
**DOMINGO CONTRERAS**
**DOMINGO CONTRERAS**
**19615 NORFOLK RIDGE WAY**
**RICHMOND**
**TX, 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,338.89**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**
**DOMINIC SCHWANEMANN**
**11350 SQUAMISH ROAD**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**
**DOMINIC SUDO HOOPER**
**1230 FINCH PL**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**
**DOMINIC TATHAM**
**3714 CARMEL VIEW RD**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1528**

**Nonpriority creditor's name and mailing address**

**DON KENT**
**RIVERSIDE COUNTY TREASURER**
**PO BOX 12005**
**RIVERSIDE, CA 92502-2205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1529**

**Nonpriority creditor's name and mailing address**

**DONALD BREEN**
**PO BOX 1705**
**RANCHO SANTE FE, CA 92067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1530**

**Nonpriority creditor's name and mailing address**

**DONNA BALL**
**1472 CORNERSTONE DRIVE**
**SOUTH JORDAN, UT 84095**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1531**

**Nonpriority creditor's name and mailing address**

**DONNA LAW FIRM PC**
**7601 FRANCE AVENUS SOUTH #350**
**MINNEAPOLIS, MN 55435**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1532**

**Nonpriority creditor's name and mailing address**

**DORAL ACADEMY SADDLE PTSO**
**9625 W SADDLE AVE**
**LAS VEGAS, NV 89147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1533**

**Nonpriority creditor's name and mailing address**

**DORIS MILLER ELEMENTARY PTA**
**4343 SHIELDS STREET**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1534**

**Nonpriority creditor's name and mailing address**

**DOROTHY MCLAUGHLIN**
**874 HEX HIGHWAY**
**HAMBURG, PA 00019-5260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.153 5**

**Nonpriority creditor's name and mailing address**
**DORTHY GIBBONS**
**8741 E ROUNDTREE AVE**
**CENTENNIAL, CO 80111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**
**DOS CAMINOS SCH PTA**
**3635 APPIAN WAY**
**CAMARILLO, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**
**Dot Foods Inc.**
**#774529**
**4529 Solutions Center**
**Chicago, IL 60677-4005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**
**DOUG BELDEN**
**PO BOX 30012**
**TAMPA, FL 33630-3012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**
**DOUGHERTY PFC**
**DOUGHERTY PFC**
**5301 HIBERNIA DR**
**DUBLIN, CA 94568**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**
**DOUGLASS MCCRACKEN**
**11159 PEAGASUS AVE**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**
**DOVELL WINDOW CLEANING COMPANY INC**
**PO BOX 142232**
**GAINSVILLE, FL 32614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.154 2**

**Nonpriority creditor's name and mailing address**
**DOWNTOWN DISCOUNT PRODUCE INC**
**DOWNTOWN PRODUCE MARKET & MORE**
**7856 ELLIS ROAD**
**MELBOURNE, FL 03290-4111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**
**Dps Beverages, Inc.**
**American Beverages Management**
**Po Box 277237**
**Atlanta, GA 30384-7237**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 4**

**Nonpriority creditor's name and mailing address**
**DR PEPPER/SEVEN UP INC**
**PO BOX 409501**
**ATLANTA, GA 30384-9501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**
**DR PEPPER/SEVEN UP INC**
**PO BOX 951138**
**DALLAS, TX 75395-1138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**
**DR PEPPER/SEVEN UP INC**
**12733 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**
**Dr Pepper/Seven Up, Inc.**
**Po Box 409501**
**Atlanta, GA 30384-9501**

Date(s) debt was incurred  2/17/2020, 2/24/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,568.00**

---

**3.154 8**

**Nonpriority creditor's name and mailing address**
**Dr Pepper/Seven Up, Inc.**
**Po Box 409501**
**Atlanta, GA 30384-9501**

Date(s) debt was incurred  2/26/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,762.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1549**

**Nonpriority creditor's name and mailing address**

**Dr. Praeger's Sensible Foods, Inc**
**5 Boumar Place**
**Elmwood Park, NJ 07407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1550**

**Nonpriority creditor's name and mailing address**

**DRAGONBOAT RACING ASSN GRP OF**
**NEVADA**
**PO BOX 90715**
**HENDERSON, NV 89009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1551**

**Nonpriority creditor's name and mailing address**

**DRAIN SPECIALTIES**
**THOMAS J CONLON**
**10796 CHARBONO TERRACE**
**SAN DIEGO**
**CA, 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$112.67**

---

**3.1552**

**Nonpriority creditor's name and mailing address**

**DREAMBOX CREATIONS INC**
**556 N DIAMOND BAR BLVD**
**DIAMOND BAR, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1553**

**Nonpriority creditor's name and mailing address**

**DREW BEINHAKER ESQ**
**3475 SHERIDAN ST  STE 305**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1554**

**Nonpriority creditor's name and mailing address**

**Dri Mark Products, Inc.**
**999 S. Oyster Bay Rd Suite 312**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1555**

**Nonpriority creditor's name and mailing address**

**DRI TECH CORP**
**5340 W ROBINDALE RD**
**LAS VEGAS, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.155 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DRIP COMMUNICATIONS LLC**
**6831 EDGEWARE DR  STE 1106**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DRY CREEK ELEMENTARY PTO**
**7686 E HINDALE AVE**
**C/O KARRIE GILBERT**
**CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ds Services Of America, Inc.**
**Crystal Springs**
**PO BOX 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DS WATERS OF AMERICA INC**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DSAC**
**3325 ZOO DRIVE**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUAL LANGUAGE INSTITUTE PTO**
**2030 UNIVERSITY DRIVE**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUANE TRADING CO INC**
**909 E DUANE AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**DUBLIN 4 H CLUB**
**7400 HIGHLAND OAKS DR**
**PLEASANTON, CA 94588**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**DUCF**
**DIV OF UNEMPLOYMENT INSURANCE**
**P.O. BOX 41785**
**PHILADELPHIA, PA 19101-1785**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**DUCK DELIVERY PRODUCE INC**
**8448 NE 33RD DR STE 100**
**PORTLAND, OR 97211**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**DUESENBERG INVESTMENT CO**
**WHOLESALE LOCKBOX #511302**
**LOS ANGELES, CA 90051-7857**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$38,446.41**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**DUESENBERG INVESTMENT CO**
**TOPA MANAGEMENT COMPANY**
**1800 AVENUE OF THE STARS #1400**
**LOS ANGELES, CA 90067**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$30,262.28**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**DUN & BRADSTREET**
**103 JKF PARKWAY**
**SHORT HILLS, NJ 07078**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**DUNBAR BANKPAK**
**PO BOX 333**
**BALTIMORE, MD 21203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Dunbar Security Products, Inc**
**8525 Kelso Drive, Suite L**
**Baltimore, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**DUNHAM PTO**
**9850 E 29TH STREET**
**TUCSON, AZ 85748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**DUNIA CHAMNES**
**4211 HARTWOOD LN**
**TAMPA, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**DUSTIN CORDOVA**
**615 MAYBRITT CIRCLE**
**SAN MARCOS, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**DUSTIN ELKINS**
**9509 NE 11TH WAY**
**VANCOUVER, WA 98664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**DUSTIN J DONALDSON**
**7327 FOXBLOOM DRIVE**
**PORT RICHEY, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,320.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DVHS BADMINTON**
**10550 ALBION ROAD**
**SAN RAMON, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DVHS CSF**
**DOUGHERTY VALLEY HIGH SCHOOL**
**10550 ALBION RD**
**SAN RAMON, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DVHS GIRL UP**
**2203 AMARYLLIS CIRCLE**
**SAN RAMON, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DVHS ROTARY INTERACT CLUB**
**1927 LAMBETH WAY**
**SAN RAMON, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DWD-UI**
**DIV OF UNEMPLOYMENT INSURANCE**
**PO BOX 78960**
**MILWAUKEE, WI 05327-8960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYLAN BURKE**
**6363 CIBOLA RD**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EAGLE RIDGE PTSA**
**19801 N 13TH STREET**
**PHOENIX, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**EAGLE TRADING INTERNATIONAL CORP**
**6255 W HOWARD ST**
**NILES, IL 60714**

Date(s) debt was incurred  3/3/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$3,445.11

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**EAGLE TRADING INTERNATIONAL CORP**
**6255 W HOWARD ST**
**NILES**
**IL, 60714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$17,907.26

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**EAST LAKE COMMUNITY LIBRARY**
**4125 EAST LAKE ROAD**
**PALM HARBOR, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**EAST ORANGE COUNTY WATER DISTRICT**
**185 N MCPHERSON RD**
**ORANGE, CA 92869**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**EAST VALLEY JEWISH DAY SCHOOL**
**3400 NORTH DOBSON ROAD**
**CHANDLER, AZ 85224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**EAST VALLEY YOUTH SYMPHONY**
**PO BOX 1195**
**HIGLEY, AZ 85236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**EASTIN PTC**
**5522 ALVELAIS DR**
**UNION CITY, CA 94587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.159 | | | |
|---|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.42** |

**EASTIN PTC**
**5522 ALVELAIS DR**
**UNION CITY**
**CA, 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EASTSIDE BLIND BOWLERS**
**16544 SE MILL STREET**
**PORTLAND, OR 97233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EATEM CORPORATION**
**1829 GALLAGHER DR**
**VINELAND, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eatem Foods Co**
**1829 Gallagher Dr**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EBUILDING SERVICE LLC**
**2871 N SPEER BOULEVARD**
**DENVER, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ECINITY INC**
**11390 W OLYMPIC BLVD #450**
**LOS ANGELES, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,481.13** |

**Ecolab Food Safety Solutions**
**24198  Network Place**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2020, 2/28/2020, 3/3/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1598**

**Nonpriority creditor's name and mailing address**
**ECOLAB FOOD SAFETY SPECIALTIES INC**
**24198  NETWORK PLACE**
**CHICAGO, IL 60673-1241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,224.44**

---

**3.1599**

**Nonpriority creditor's name and mailing address**
**ECOLAB FOOD SAFETY SPECIALTIES INC**
**24198  NETWORK PLACE**
**CHICAGO**
**IL, 60673-1241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$211.98**

---

**3.1600**

**Nonpriority creditor's name and mailing address**
**ECOLAB INC**
**PO BOX 70343**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,636.04**

---

**3.1601**

**Nonpriority creditor's name and mailing address**
**ECOLAB INC**
**PO BOX 70343**
**CHICAGO**
**IL, 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,631.37**

---

**3.1602**

**Nonpriority creditor's name and mailing address**
**Ecolab Incorported**
**P.O. Box 100512**
**Pasadena, CA 91189-0512**

Date(s) debt was incurred  2/18/2020, 2/21/2020, 2/25/2020, 3/3/2020, 3/4/2020, 3/11/2020, 3/19/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$116,313.91**

---

**3.1603**

**Nonpriority creditor's name and mailing address**
**ECOLAB PEST CONTROL**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$35,738.21**

---

**3.1604**

**Nonpriority creditor's name and mailing address**
**ECOTRAK FACILITIES MANAGEMENT INC**
**1630 S SUNKIST ST  STE R**
**ANAHEIM, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDD**
**590 W ALLUVIAL STE 110**
**FRESNO, CA 73711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDGARDO RAMOS**
**395 ANNS WAY**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDHS TENNIS BOOSTERS**
**358 VESUVIUS DR**
**BREA, CA 92823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDISON BOYS VOLLEYBALL**
**20302 RAVENWOOD LANE**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDMUND RUSINEK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO PINEDO**
**2547 S SPALDING AVE**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD A HARRIS**
**415 BARLOW COURT**
**ALPHARETTA, GA 30022-6636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EDWARD BOUGHAN**
**3930 GOODWIN AVE**
**SIMI VALLEY, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EDWARD DON & COMPANY**
**2562 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EDWIN GEISSLER**
**1138 MERRITT LANE**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EDWIN PENALOZA**
**917 SIERRA VISTA AVE**
**APT J**
**MT VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,031.48** |
|---|---|---|---|

**EEC ACQUISITION LLC**
**PO BOX 74008980**
**CHICAGO, IL 60674-8980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,643.97** |
|---|---|---|---|

**EEC ACQUISITION LLC**
**PO BOX 74008980**
**CHICAGO**
**IL, 60674-8980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EEE SOLUTIONS INC**
**9306 AUDUBON RD**
**LAKESIDE, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1619**

Nonpriority creditor's name and mailing address

**EFREN RIOS VERDUGO**
**ARIZONORA LANDESIGN LLC**
**4529 W KEIM DRIVE**
**GLENDALE, AZ 85301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.1620**

Nonpriority creditor's name and mailing address

**EFREN RIOS VERDUGO**
**ARIZONORA LANDESIGN LLC**
**4529 W KEIM DRIVE**
**GLENDALE**
**AZ, 85301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.1621**

Nonpriority creditor's name and mailing address

**EHS BEST BUDDIES**
**1535 NORTH BROADWAY**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1622**

Nonpriority creditor's name and mailing address

**EHS CHOIR BOOSTER**
**1309 NE 125TH AVE**
**VANCOUVER, WA 98684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1623**

Nonpriority creditor's name and mailing address

**EILEEN CONNERS SCHOOL PTO**
**3810 SHADOW PEAK ST**
**LAS VEGAS, NV 89129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1624**

Nonpriority creditor's name and mailing address

**EJAY CAMAQUIN**
**7471 UNIVERSITY AVE  #102**
**LA MESA, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1625**

Nonpriority creditor's name and mailing address

**EJD ENTERPRISES**
**11383 NEWPORT DRIVE**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**EL CAJON WESLEYAN CHURCH**
**1500 E LEXINGTON AVE**
**EL CAJON, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 7**

**Nonpriority creditor's name and mailing address**

**EL CAMINO YMCA**
**2400 GRANT RD**
**MOUNTAIN VIEW**
**CA, 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$86.60**

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

**EL SERENO MS SRLA**
**2839 N EASTERN AVE**
**LOS ANGELES, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$198.27**

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

**ELAINE ANNETTE WESTMORELAND**
**725 FOREST LANE DRIVE**
**CONROE, TX 77302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 0**

**Nonpriority creditor's name and mailing address**

**ELAINE WISBY**
**2401 W ORANGEWOOD E**
**PHOENIX, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 1**

**Nonpriority creditor's name and mailing address**

**ELECTRO FREEZE DISTOF TX INC**
**435 W FORK DRIVE**
**ARLINGTON, TX 76012**

Date(s) debt was incurred  2/26/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$663.83**

---

**3.163 2**

**Nonpriority creditor's name and mailing address**

**ELECTRO FREEZE DISTOF TX INC**
**435 W FORK DRIVE**
**ARLINGTON**
**TX, 76012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$73.14**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELECTRO FREEZE DISTRIBUTORS OF FLORIDA I**
2335 COMMERCE POINT DR #140
LAKELAND, FL 33801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELECTRO FREEZE OF NOR CAL**
4330 PINELL STREET
SACRAMENTO, CA 95838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELECTROFREEZE MIAMI LLC**
16200 NW 59TH AVE STE 103
MIAMI LAKES, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEGANCE UPHOLSTERY INC**
620 MAGNOLIA AVE UNIT H
ONTARIO, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEMENT EDUCATION -CMCS SANTEE**
9580 CARLTON HILLS BLVD
SANTEE, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEMENTARY INSTITUTE OF SCIENC**
6230 DEL CERRO BLVD
SAN DIEGO, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELENA PAYNE**
2921 CARRIAGE MEADOWS DR
WAKE FOREST, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**ELEVATE ELEMENTARY SCHOOL**
**2285 MURRAY RIDGE RD**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**ELIAS COLON**
**3625 WINKLER AVE  APT 211**
**FORT MYERS, FL 33916**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**ELISA NELSON ELEMENTARY PTA**
**415 15TH STREET**
**PALM HARBOR, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

**ELISEO REATEGUI**
**2127 OLYMPIC PARKWAY  1006-363**
**CHULA VISTA, CA 91915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**ELISON CAMAQUIN**
**5040 COMANCHE DR   APT 42**
**LA MESA**
**CA, 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14.66**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**ELITE FORCE 8U TRAVEL BASEBALL TEAM**
**1382 NW 104TH DRIVE**
**CORAL SPRINGS, FL 33071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**ELITE VIPERS BOOSTER CLUB**
**6560 SPENCER ST  A2**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.164 7**

**Nonpriority creditor's name and mailing address**
**ELITEHEALTHCARE TRAINING LLC**
**1780 SW 127TH TERR**
**MIRAMAR, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
**ELIZABETH CURTIS**
**PO BOX 27031**
**SANTA ANA**
**CA, 92799**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25.85**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**
**ELIZABETH KOEHLER**
**9946 BONBAY WALK**
**AFTON, MO 63123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**
**ELIZABETH SALAZAR**
**10815 SHEPHERD FALLS LANE**
**HOUSTON, TX 77075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**
**ELIZABETH SANDOVAL**
**10300 GOLF COURSE RD  NW #801**
**ALBUQUERQUE, NM 87114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 2**

**Nonpriority creditor's name and mailing address**
**ELIZABETHS FOOD CO**
**2041 E DEL AMO BLVD**
**RANCHO DOMINGUEZ, CA 90220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 3**

**Nonpriority creditor's name and mailing address**
**ELKTON NUTRITION INC**
**2228 CANYON DR**
**COLTON, CA 92324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

**ELLESSE PIPER**
**14426 DUNNET AVE**
**LA MIRADA, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

**ELLIS QUENGA**
**1449 CAMINITO SARDINIA UNIT #3**
**CHULA VISTA, CA 91915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**ELMA FERNANDEZ**
**1179 OCELLOP AVE**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**ELSA VENEGAS**
**3651 MUIRWOOD DR**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**ELSINORE HIGH SCHOOL**
**21800 CANYON DR**
**ATTN LINDA JOHNSON**
**WILDOMAR, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**ELVIRIA C LABARRE**
**65 CALUMET AVE**
**PONCE INLET, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**ELYSE ROSENBLUM**
**88 PUESTO RD**
**RANCHO MISSION VIEJO, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.166 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EM GRIMMER ELEMENTARY SCHOOL**
**43030 NEWPORT DRIVE**
**EM GRIMMER ELEMENTARY SCHOOL**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EMERSON PARKSIDE ACADEMY PTA**
**2625 JOSIE AVE**
**LONG BEACH, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EMERY E A G L E S HSO**
**8600 SOMERSET STREET**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EMERY PARK PTA**
**2821 W COMMONWEALTH AVE**
**EMERY PARK PTA**
**ALHAMBRA, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,089.03** |
|---|---|---|---|

**EMIC PROPERTIES**
**PO BOX 1326**
**SAUSALITO, CA 94966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EMILY BRADY**
**2905 S BRENTWOOD BLVD**
**ST LOUIS, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EMILY WEINBERG**
**10555 MATINAL CIR**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

**3.1668**

Nonpriority creditor's name and mailing address
**EMMA LANDERS**
**6590 S TABOR ST**
**LITTLETON, CO 80127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1669**

Nonpriority creditor's name and mailing address
**EMMANUEL VELASQUEZ**
**2739 ULRIC ST**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1670**

Nonpriority creditor's name and mailing address
**EMMAUS LUTHERAN SCHOOL**
**840 SO ALMANSOR ST**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1671**

Nonpriority creditor's name and mailing address
**EMPEROR PTA**
**6415 N MUSCATEL AVE**
**SAN GABRIEL, CA 91775**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1672**

Nonpriority creditor's name and mailing address
**Empire Distributors**
**E.J.D. Enterprises**
**11383 Newport Drive**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$10,422.60

---

**3.1673**

Nonpriority creditor's name and mailing address
**EMPLOYMENT SCREENING SERVICES INC**
**DEPT K**
**PO BOX 830520**
**BIRMINGHAM, AL 35283**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$705.10

---

**3.1674**

Nonpriority creditor's name and mailing address
**EMPLOYMENT SECURITY DIVISION**
**500 E. THIRD STREET**
**CARSON CITY, NV 00897-1330**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.167 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENCHANTED MESA SHOW CHORUS**
**1036 VERMONT ST NE**
**ENCHANTED MESA SHOW CHORUS**
**ALBUQUERQUE, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.63 |
|---|---|---|---|

**ENCORE ONE LLC**
**11311 HAMPSHIRE AVE S**
**BLOOMINGTON, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENCORE PLASTICS**
**PO BOX 3208**
**HUNTINGTON BEACH, CA 92605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENCORE SWIM**
**728 CHOCTAW DR**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENDERS 6TH GRADE BOOSTERS**
**12302 SPRINGDALE ST**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**ENGIE INSIGHT SERVICES INC**
**1313 N ATLANTIC STE 5000**
**SPOKANE**
**WA, 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENID VALENZUELA**
**7065 SARANAC ST**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENRIQUE ENRIQUEZ**
**233 ZENITH**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENRIQUE MARTINEZ**
**1400 W KAMALA ST**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENTERGY**
**PO BOX 8104**
**BATON ROUGE, LA 70891-8104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,589.30 |
|---|---|---|---|

**ENTERPRISE HOLDINGS INC**
**PO BOX 402383**
**ATLANTA, GA 30384-2383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,489.54 |
|---|---|---|---|

**ENVIRONMENTAL BIOTECH OF THE**
**ROCKIES INC**
**PO BOX 271356**
**LITTLETON, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,528.56 |
|---|---|---|---|

**ENVIRONMENTAL BIOTECH OF THE**
**ROCKIES INC**
**PO BOX 271356**
**LITTLETON**
**CO, 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENVIRONMENTAL HEALTH DIVISION**
**800 S VICTORIA AVE**
**VENTURA, CA 93009-1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1689**

**Nonpriority creditor's name and mailing address**

**ENVYSION INC**
**PO BOX 46138**
**HOUSTON**
**TX, 77210-6138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$135.31**

---

**3.1690**

**Nonpriority creditor's name and mailing address**

**EPILEPSY FOUNDATION SAN DIEGO**
**2055 EL CAJON**
**SAN DIEGO, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1691**

**Nonpriority creditor's name and mailing address**

**EPIQ SYSTEMS ACQUISITION INC**
**777 THIRD AVE 12TH FLOOR**
**NEW YORK, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1692**

**Nonpriority creditor's name and mailing address**

**ERENDIRA MOSQUEDA**
**223 GUAVA AVE CV**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1693**

**Nonpriority creditor's name and mailing address**

**ERIC J STENTA**
**6282 SIERRA SIENA RD**
**IRVINE, CA 92603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1694**

**Nonpriority creditor's name and mailing address**

**ERIC SCHMIDT**
**241 COUNTRYHAVEN RD**
**ENCINITAS, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1695**

**Nonpriority creditor's name and mailing address**

**ERICA BRAZELL**
**2708 VIA PLATO**
**CARLSBAD, CA 92010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.169 6**

**Nonpriority creditor's name and mailing address**
**ERICK CORVIL**
**4001 NW 78TH TERR  APT A**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.169 7**

**Nonpriority creditor's name and mailing address**
**ERICK NAVARRO**
**2085 NEWTON AVE  APT 132**
**SAN DIEGO, CA 92113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.169 8**

**Nonpriority creditor's name and mailing address**
**ERIK THOMPSON**
**7 PANDALE**
**FOOTHILL RANCH, CA 92610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.169 9**

**Nonpriority creditor's name and mailing address**
**ERIKA LEWIS**
**5700 GARNET MEADOW ROAD**
**KNIGHTDALE, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.170 0**

**Nonpriority creditor's name and mailing address**
**ERIKA RAMOS**
**1378 JOLIET ST**
**EL CAJON, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.170 1**

**Nonpriority creditor's name and mailing address**
**ERNEST BURNS**
**521 TAYLOR AVE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.170 2**

**Nonpriority creditor's name and mailing address**
**ERNEST F MARIANI COMPANY**
**573 W 2890 S**
**SALT LAKE CITY, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.170 3**

**Nonpriority creditor's name and mailing address**
**ERNST & YOUNG**
**PO BOX 640385**
**PITTSBURGH, PA 15264-0382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 4**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO ADVENTIST ACADEMY**
**1301 DEODAR**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO CHRISTIAN SCHOOL**
**923 IDAHO AVE**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO DEMOCRATIC CLUB**
**2576 HAMLIN COURT**
**ESCONDIDO, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO FIRE DEPARTMENT**
**1163 N CENTRE CITY PARKWAY**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO HIGH SCHOOL**
**ESCONDIDO HIGH SCHOOL**
**1535 N BROADWAY**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**
**ESHAJN PETERSEN**
**3884 MOUNTAIN VIEW RD**
**KENNESAW, GA 30152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.171 0**

**Nonpriority creditor's name and mailing address**
**ESMERALDA CONTRERAS**
**26551 ROBIN WAY #1**
**BONITA SPRINGS, FL 34135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**
**Essity Professionals Hygiene**
**North America Llc**
**PO BOX 3493**
**Carol Stream, IL 60132-3493**

Date(s) debt was incurred  2/17/2020, 2/24/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$47,351.20**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**
**Estate Scape Services**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**
**EUGALDO BENITEZ**
**84 GLOSTER RD**
**LAWRENCEVILLE, GA 30044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**
**EVAN COMER**
**8450 MONTE VISTA ST**
**RANCHO CUCAMONGA, CA 91701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**
**EVAN MCGUIRE**
**2515 LONGMONT RD**
**VISTA, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**
**EVERBRITE WEST LLC**
**FLUORESCO SERVICES LLC**
**5505 S NOGALES HWY**
**TUCSON, AZ 85706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.171 7**

**Nonpriority creditor's name and mailing address**
**EVERSOFT INC**
**PO BOX 92769**
**LONG BEACH, CA 90809**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.171 8**

**Nonpriority creditor's name and mailing address**
**EVO DOOR AND WINDOW LLC**
**6250 N MILITARY TRAIL STE 204**
**WEST PALM BEACH, FL 33407**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,381.25**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**
**EXCEL CONSTRUCITON SERVICES INC**
**1950 RAYMER AVE**
**FULLERTON, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**
**EXCEL MECHANICAL SYSTEMS INC**
**2761 W OXFORD AVE UNIT 6**
**SHERIDAN, CO 80110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,658.13**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**
**EXTRA SPACE STORAGE INC**
**4801 SAN MATEO BLVD NE**
**ALBUQUERQUE, NM 87109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**
**Fabri-Kal Corporation**
**22978 Network Place**
**Chicago, IL 60673-1229**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**
**FABRI-KAL CORPORATION**
**600 PLASTICS PLACE**
**KALAMAZOO, MI 49001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.172
4**

Nonpriority creditor's name and mailing address

**FACCHINO LABARBERA BERNAL PLAZA LLC**
**873 BLOSSOM HILL ROAD**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$20,900.08

---

**3.172
5**

Nonpriority creditor's name and mailing address

**FACE PAINTING PLUS MORE INC**
**2311 CENTER STONE LN**
**RIVIERA BEACH, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172
6**

Nonpriority creditor's name and mailing address

**FACILITY SOLUTIONS GROUP LLC**
**4401 WESTGATE BLVD STE 310**
**AUSTIN, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$849.04

---

**3.172
7**

Nonpriority creditor's name and mailing address

**FACILITY SOLUTIONS GROUP LLC**
**4401 WESTGATE BLVD STE 310**
**AUSTIN**
**TX, 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$616.15

---

**3.172
8**

Nonpriority creditor's name and mailing address

**FACILITY SOLUTIONS INC**
**19015 E 14 MILE RD**
**CLINTON TOWNSHIP, MI 48035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$29,207.57

---

**3.172
9**

Nonpriority creditor's name and mailing address

**FACTORY FAST PITCH**
**2860 GLEN CANYON CIRCLE**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173
0**

Nonpriority creditor's name and mailing address

**FALCON COVE MIDDLE SCHOOL**
**4251 BONAVENTURE BLVD**
**WESTON, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FALCONS BASEBALL BOOSTER CLUB INC**
**PO BOX 824621**
**PEMBROKE PINES, FL 33082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAMILY PROMISE OF SOUTH PALM B**
**840 GEORGE BUSH BLVD BLDG D**
**DELRAY BEACH, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARAH MILITELLO**
**15857 LEMARSH ST**
**NORTH HILLS, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FASSV**
**1522 LEWISTON DRIVE**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.15 |
|---|---|---|---|

**FAST DOLPHINS**
**4642 SIERRAWOOD LANE**
**PLEASANTON**
**CA, 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FASTMED URGENT CARE PC**
**935 SHOTWELL RD  STE 108**
**CLAYTON, NC 27520-5598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fastsigns - 40811**
**Viswam Bala Enterprises, Inc**
**440 Ernest W. Barret Pkwy**
**SUITE 33**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.173 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FASTSIGNS MORENO VALLEY**
**23209 SUNNYMEAD BLVD**
**MORENO VALLEY, CA 92553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FATHER GREG BOYLE**
**130 BRUNO W BRUNO ST**
**LOS ANGELES, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FATIMA ESCOBEDO**
**3016 30TH ST SW**
**LEHIGH ACRES, FL 33976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FATIMA JANET SANTIAGO GARCIA**
**7501 BRISA DEL MAR AVE**
**UNIT 251**
**LAS VEGAS, NV 89179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAUSTO LUNA**
**1191 GRAYSON PKWY**
**GRAYSON, GA 30017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAY GALLOWAY PTA**
**697 COASTAL LAGOON ST**
**HENDERSON, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.42 |
|---|---|---|---|

**FBM GALAXY INC**
**PO BOX 744398**
**ATLANTA, GA 30374-4398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FCPS**
**PO BOX 55570**
**LEXINGTON, KY 40555-5570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FCS INC**
**3813-126TH AVE N #13**
**CLEARWATER, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,427.36 |
|---|---|---|---|

**FEA SERVICE LLC**
**1800 E MIRALOMA AVE STE H**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,908.88 |
|---|---|---|---|

**FEA SERVICE LLC**
**1800 E MIRALOMA AVE STE H**
**PLACENTIA**
**CA, 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FEDERAL EXPRESS CORP**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FEDERAL EXPRESS CORP**
**P.O. BOX 1140**
**MEMPHIS, TN 38101-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FEDERAL EXPRESS CORP**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.175 2**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS CORP**
**PO BOX 406708**
**ATLANTA, GA 30384-6708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 3**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS CORP**
**4103 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 4**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS CORP**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

Date(s) debt was incurred  3/13/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$117.14**

---

**3.175 5**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS CORP**
**PO BOX 7221**
**PASADENA, CA 91109-7321**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,441.23**

---

**3.175 6**

**Nonpriority creditor's name and mailing address**
**Federal Express Corp.**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  3/6/2020, 3/13/2020, 3/20/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,390.57**

---

**3.175 7**

**Nonpriority creditor's name and mailing address**
**Federal Express Corp.**
**P.O. Box 7221**
**Pasadena**
**CA, 91109-7321**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$309.93**

---

**3.175 8**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS INC**
**INFOSYNC ACCOUNT**
**WICHITA, KS**

Date(s) debt was incurred  3/12/2020, 3/19/2020, 3/26/2020, 4/2/2020, 4/9/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,608.77**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**FEDERAL EXPRESS INC**
**INFOSYNC ACCOUNT**
**WICHITA**
**KS, 00000-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,539.51**

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**FEDERAL HEATH SIGN CO LLC**
**DEPT 41283**
**PO BOX 650823**
**DALLAS, TX 75265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**FEDERAL REALTY INVESTMENT TRUST**
**PO BOX 8500-9320**
**C/O FEDERAL REALTY - #194 -194**
**PHILADELPHIA, PA 19178-9320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$24,505.28**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**FEDERIGHI DESIGN LLC**
**3423 REGATTA BLVD**
**RICHMOND, CA 94804-4594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Fedex Freight**
**Dept LA PO Box 21415**
**Pasadena, CA 91185-1415**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Fedex Kinko'S**
**Customer Administrative Ser.**
**P.O. BOX 672085**
**Dallas, TX 75267-2085**

Date(s) debt was incurred __2/24/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,271.83**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**FEEDING AMERICA INC**
**35 E WACKER DR**
**CHICAGO, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.176 6**

Nonpriority creditor's name and mailing address
**FELICIA KAOHN**
**14871 VAN GUARD LANE**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.176 7**

Nonpriority creditor's name and mailing address
**FELIX RESTREPO**
**7173 REGINA WAY**
**ORLANDO, FL 32819**

Date(s) debt was incurred  3/17/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.176 8**

Nonpriority creditor's name and mailing address
**FERN ELEMENTARY PTA**
**1314 FERN AVE**
**TORRANCE**
**CA, 90503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$92.26**

---

**3.176 9**

Nonpriority creditor's name and mailing address
**FERNALD CENTER EDMUND HUANG**
**101 BELLAGIO DR**
**ERIKA VASQUEZ**
**LOS ANGELES, CA 90095**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 0**

Nonpriority creditor's name and mailing address
**FERNANDO CERON**
**1353 S MAPLE ST 14**
**ESCONDIDO,, CA 92025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 1**

Nonpriority creditor's name and mailing address
**FFCC  RBHS FAH IN MEMO**
**16266 AVENIDA VENUSTO #E**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 2**

Nonpriority creditor's name and mailing address
**FHE PTA**
**2330 CENTER PLACE**
**EL CAJON, CA 92020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**FHS BAND BOOSTER CLUB**
**1279 SUNNYVALE SARATOGA RD**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**FIELD PTA**
**4375 BANNOCK AVE**
**FIELD ELEMENTARY SCHOOL**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**
**FIESTA MART LLC**
**5235 KATY FREEWAY**
**HOUSTON, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**
**Fiesta Pacific Products**
**1488 Corporate Center Dr**
**San Diego, CA 92154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**
**FIL AM CULTURAL ORGANIZATION**
**PO BOX 6276**
**OCEANSIDE, CA 92052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**
**FIL AM CULTURAL ORGANIZATION**
**PO BOX 6276**
**OCEANSIDE**
**CA, 92052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82.04**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**
**FINANCE OFFICER WARREN CO SCHOOLS**
**WARREN CO SCHOOLS OCCUP TAX**
**PO BOX 890947**
**CHARLOTTE, NC 28289**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FINANCIAL INFORMATION TECHNOLOGIES INC**<br>**7702 WOODLAND CENTER BLVD #50**<br>**TAMPA, FL 33614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FINDLEY PTO**<br>**3851 NW BANFF DRIVE**<br>**PORTLAND, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIRE ALARM SPECIALISTS INC**<br>**4945 SW 74TH COURT**<br>**MIAMI, FL 33155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,309.28 |
|---|---|---|---|
| | **FIRE KING COMMERCIAL SERVICES LLC**<br>**2789 SOLUTION CENTER**<br>**CHICAGO**<br>**IL, 60677-2007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIRE KING SECURITY PRODUCTS**<br>**101 SECURITY PARKWAY**<br>**NEW ALBANY, IN 47150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIRE MASTER**<br>**DEPT 1019**<br>**PO BOX 121019**<br>**DALLAS, TX 75312-1019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **FIRE SERVICE PLUS INC**<br>**4525 INDUSTRIAL ST UNIT 3D**<br>**SIMI VALLEY, CA 93063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**FIRE SYSTEM SOLUTIONS INC**
**4277 W RICHERT 103**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Fireside Natural Gas LLC**
**2655 Dalles Hwy Ste 210**
**Marietta, GA 30064**

Date(s) debt was incurred  3/26/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$119.10**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**FIRESIDE NATURAL GAS LLC**
**2655 DALLAS HWY STE 210**
**MARIETTA, GA 30064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$2,173.46**

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**FIRST ADVANTAGE BACKTRACK REPORTS LLC**
**PO BOX 277689**
**ATLANTA, GA 30384-7689**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**First Advantage Ohs**
**Po Box 404064**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**FIRST ADVANTAGE OHS**
**PO BOX 404064**
**ATLANTA, GA 30384**

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$539.86**

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**FIRST CITY PAINTING INC**
**18460 S HOLLY LANE**
**OREGON CITY, OR 97045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.179 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FIRST INSURANCE FUNDING CORP**
**POBOX 7000**
**CAROL STREAM, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FIRST LUTHERAN SCHOOL**
**1300 E COLORADO ST**
**GLENDALE, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Source Llc**
**Po Box 515717**
**Los Angeles, CA 90051-5717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FIRST SOURCE LLC**
**8825 MERCURY LANE**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FIRST UU CHURCH OF SAN DIEGO**
**4190 FRONT STREET**
**ATTN CHURCH ADMIN**
**SAN DIEGO, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fish Window**
**Kevin Paige Enterprises**
**6107 SW MURRAY BLVD 217**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,280.00 |
|---|---|---|---|

**FISHBOWL INC**
**PO BOX 740513**
**ATLANTA, GA 30374-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
**FITZ INTERMEDIATE**
**FITZ INTERMEDIATE**
**4600 W MCFADDEN STREET**
**SANTA ANA, CA 92714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**
**Five Star Refrigeration**
**23091 Cortez Blvd.**
**Brooksville, FL 34601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
**FL DEPT OF EDUCATION**
**PO BOX 865435**
**WAGE GARNISHMENT UNIT**
**ORLANDO, FL 32886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
**FLAMINGO POINTE PARTNERS LLC**
**9516 W FLAMINGO ROAD #300**
**LAS VEGAS, NV 89147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
**FLEISHMAN HILLARD INC**
**PO BOX 771733**
**ST LOUIS, MO 63177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
**FLETCHER AYCOCK**
**5829 ARROWOOD LANE**
**RALEIGH, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**
**FLETCHER HILLS ELEMENTARY PTA**
**2330 CENTER PLACE**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.180 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FLETCHER HILLS KIWANIS CLUB**<br>**1334 SWALLOW DRIVE**<br>**EL CAJON, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.180 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,372.00 |
|---|---|---|
| **FLOORMAX DIRECT LLC**<br>**7701 DERRY ST**<br>**HARRISBURG, PA 17111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Floors Galore**<br>**4201 W Sailboat Drive**<br>**Hollywood, FL 33026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FLORDIA INTERNATIONAL UNIVERSITY**<br>**BOARD O**<br>**11200 SW 8TH ST CSC319**<br>**MIAMI, FL 33199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FLORENCE BIXBY ELEMENTARY**<br>**5251 E STEARNS ST**<br>**LONG BEACH, CA 90815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.16 |
|---|---|---|
| **FLORIDA CITY GAS**<br>**PO BOX 5410**<br>**CAROL STREAM, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FLORIDA CUTLERY & FOOD EQUIPMENT**<br>**PO BOX 741535**<br>**ORANGE CITY, FL 32774-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.181 5**

Nonpriority creditor's name and mailing address
**FLORIDA DEPARTMENT OF STATE**
**2661 EXECUTIVE CENTER CIRCLE**
**TALLAHASSEE, FL 32301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 6**

Nonpriority creditor's name and mailing address
**FLORIDA DEPT OF AGRICULTURE**
**PO BOX 6720**
**TALLAHASSEE, FL 32314-6720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 7**

Nonpriority creditor's name and mailing address
**FLORIDA DEPT OF FINANCIAL SVCS DIV OF ST**
**PO BOX 6100**
**REVENUE PROCESSING SECT BOILER**
**TALLAHASSEE, FL 32314-6100**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.181 8**

Nonpriority creditor's name and mailing address
**FLORIDA DREAM CENTER**
**4017 56TH AVE N**
**ST PETERSBURG, FL 33714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 9**

Nonpriority creditor's name and mailing address
**FLORIDA NATURAL GAS**
**PO BOX 934726**
**ATLANTA, GA 31193-4726**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 0**

Nonpriority creditor's name and mailing address
**FLORIDA PUBLIC UTILITIES**
**PO BOX 2137**
**SALISBURY, MD 21802-2137**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,426.90**

---

**3.182 1**

Nonpriority creditor's name and mailing address
**FLORIDA PUBLIC UTILITIES**
**PO BOX 2137**
**SALISBURY**
**MD, 21802-2137**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$380.38**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLORIDA SAFE & LOCK CO**
**2209 SPRING LAKE CIRCLE**
**SAINT CLOUD, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLORIDA SOFT WATER**
**3899 MANNIX DRIVE #425**
**NAPLES, FL 34114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLORIDA STATE DISBURSEMENT UNIT**
**PO BOX 8500**
**TALLAHASSE, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.08 |
|---|---|---|---|

**FLORIDA STATE DISBURSEMENT UNIT**
**PO BOX 8500**
**TALLAHASSE**
**FL, 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,713.64 |
|---|---|---|---|

**FLOYD C BERNARD JR**
**3910 CHAPMAN STREET #A**
**C/O TBRE INC**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLUID INTEGRITY LLC**
**7205 GILPIN WAY UNIT#130**
**DENVER, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.00 |
|---|---|---|---|

**Fluke Electronics Corporation**
**7272 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/18/2020__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.1829**

Nonpriority creditor's name and mailing address
**FLYING HILLS PTO**
**1251 FINCH ST**
**EL CAJON, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1830**

Nonpriority creditor's name and mailing address
**FMW GROUP INC**
**PO BOX 1264**
**LOOMIS, CA 95650**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1831**

Nonpriority creditor's name and mailing address
**FOH Inc**
**Front of the House**
**9315 Park Drive**
**Miami Shores, FL 33138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1832**

Nonpriority creditor's name and mailing address
**FOOD FOR LIFE NETWORK INC**
**3801 BISCAYNE BLVD STE 220**
**MIAMI, FL 33137**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1833**

Nonpriority creditor's name and mailing address
**FOOD SERVICE INDUSTRY**
**CONSULTANTS INC**
**1465 KELLY JOHNSON BLVD #200**
**COLORADO SPRINGS, CO 80920**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1834**

Nonpriority creditor's name and mailing address
**FOOD SERVICE PARTS**
**PO BOX 845749**
**LOS ANGELES, CA 90084-5749**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1835**

Nonpriority creditor's name and mailing address
**FOOD SERVICE PARTS**
**11958 MONARCH ST**
**GARDEN GROVE, CA 92841**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----|-----|-----|
| | Name | | |

---

**3.1836**

**Nonpriority creditor's name and mailing address**
**FOOTHILL ATHLETIC BOOSTER**
**4375 FOOTHILL RD**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1837**

**Nonpriority creditor's name and mailing address**
**FOOTHILL BUSINES ASSOCIATION**
**PO BOX 512989**
**C/O MERIT PAROPERTY MANAGEMENT**
**LOS ANGELES, CA 90051-0989**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$130.62**

---

**3.1838**

**Nonpriority creditor's name and mailing address**
**FOOTHILL HIGH SCHOOL**
**4375 FOOTHILL ROAD**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1839**

**Nonpriority creditor's name and mailing address**
**FOOTHILL LOCK AND KEY INC**
**1761 E WASHINGTON BLVD**
**PASADENA, CA 91104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1840**

**Nonpriority creditor's name and mailing address**
**FOOTHILL/PACIFIC TOWNE CTR IV**
**PO BOX 3060**
**NEWPORT BEACH, CA 92658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,696.00**

---

**3.1841**

**Nonpriority creditor's name and mailing address**
**FOOTHILLS CHRISTIAN MIDDLE SCHOOL**
**850 CYPRESS LANE  SUITE C**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1842**

**Nonpriority creditor's name and mailing address**
**FOREST HIGH SCHOOL CHORUS BOOSTER INC**
**5000 SE MARICAMP RD**
**OCALA, FL 34480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOREST LAKE ACADEMY**
**500 EDUCATION LOOP N/A**
**APOPKA, FL 32703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FORMAN INDUSTRIES INC**
**3150 BERDENTOWN AVE**
**OLD BRIDGE, NJ 08857**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FORMERIO SANDOVAL**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,044.18 |
|---|---|---|---|

**FORT BEND CO WCID #2**
**PO BOX 1107**
**HOUSTON, TX 77251**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,196.35 |
|---|---|---|---|

**FORT BEND CO WCID #2**
**PO BOX 1107**
**HOUSTON**
**TX, 77251**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FORTUN FOODS INC**
**6513 132ND AVE NE #394**
**KIRKLAND, WA 98033**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,036.00 |
|---|---|---|---|

**Forward Packaging**
**5431 Avenida Encinas, Ste F**
**Carlsbad, CA 92008**

Date(s) debt was incurred __2/20/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FORWARD PACKAGING**
5431 AVENIDA ENCINAS STE F
CARLSBAD, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUNDATION FOR FIGHTING BLINDNESS**
12405 ROYAL PLUMB BLVD
CORAL SPRINGS, FL 33065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUNTAIN VALLEY HIGH SCHOOL GIRLS BOOSTE**
17816 BUSHARD STREET
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUNTAIN VALLEY POLICE DEPT**
10200 SLATER AVENUE
ATTN ALARM PERMITS
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUNTAIN VALLEY VIRTUAL ENTERPRISE**
17816 BUSHARD
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUNTAIN VALLEY WOMANS CLUB**
18030 BROOKHURST ST   403
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOUR LEAF MANAGEMENT SOLUTIONS**
4708 BANTRY ROAD
GROVETOWN, GA 30813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.75 |
|---|---|---|---|

**FOX GLASS SC  INC**
**1035 TIFFORD LANE**
**OSTEEN, FL 32764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.00 |
|---|---|---|---|

**FOX GLASS SC  INC**
**1035 TIFFORD LANE**
**OSTEEN**
**FL, 32764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FOX ROTHSCHILD LLP**
**2000 MARKET STREET 20TH FLOOR**
**PHILADELPHIA, PA 19103-3222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,437.16 |
|---|---|---|---|

**FPL**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,393.15 |
|---|---|---|---|

**FRANCISCAN AAH**
**5901 W CENTURY BLVD #700**
**LOS ANGELES, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO J MARTINEZ**
**2711 MERCED AVE**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO MARTINEZ**
**11374 BALD EAGLE LANE**
**DESERT HOT SPRINGS, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.186 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCISCO VALDOVINOS**
**1762 PASEO LAGUNASECO #151**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANK QUIROZ**
**3565 PASEO DE LOS CALIFORNIANO**
**#250**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $730.34 |
|---|---|---|---|

**FRANKLIN MACHINE PRODUCTS**
**PO BOX 74007311**
**CHICAGO, IL 60674-7311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31.31 |
|---|---|---|---|

**FRANKLIN MACHINE PRODUCTS**
**PO BOX 74007311**
**CHICAGO**
**IL, 60674-7311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRATERNAL ORDER OF EAGLES**
**1627 JADE AVE**
**FRATERNAL ORDER OF EAGLES**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FREMONT FIRE PREVENTION**
**3300 CAPITOL AVE  BLDG A**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FREMONT PARENTS NURSERY SCHOOL**
**4200 ALDER AVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FREMONT POLICE DEPT**
**2000 STEVENSON BLVD**
**PO BOX 5007 ATTN ALARM OFFICER**
**FREMONT, CA 94537-5007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FRENCH AMERICAN SCHOOL**
**1522 LEWISTON DRIVE**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FRESH WATER INC**
**PO BOX 800850**
**SANTA CLARTA, CA 91380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FRESH-G RESTAURANT CORP**
**946 GREAT PLAIN AVE #142**
**NEEDHAM, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**FRESNO COUNTY SHERIFF OFFICE**
**PO BOX 45025**
**FRESNO**
**CA, 93718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FRESNO FIRE DEPARTMENT**
**PO BOX 16190**
**PHOENIX, AZ 85011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Freund Container**
**36690 Treasury Center**
**Chicago, IL 60694-6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.187 8**

**Nonpriority creditor's name and mailing address**

**FRI GROVE PTO**
**14355 SW 20TH ST**
**BEAVERTON, OR 97008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.187 9**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF BRENTWOOD SCIENCE**
**740 GRETNA GREEN WAY**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF BROADWAY**
**1015 LINCOLN BOULEVARD**
**VENICE, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.188 1**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF CASTLE HEIGHTS**
**1836 S ROBERSTON BLVD**
**LOS ANGELES, CA 90035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF CPJMA**
**4033 INGRAHAM ST**
**SAN DIEGO, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF ERICSON FOUNDATION**
**6755 MIRA MESA BLVD 123**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF FRANKLIN**
**1910 N COMMONWEALTH AVENUE**
**LOS ANGELES, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF GINGERBREAD**
**PO BOX 520**
**PLEASANTON, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF MORRIS**
**9952 GRAHAM STREET**
**FRIENDS OF MORRIS**
**CYPRESS, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 7**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF RICHLAND**
**910 BORDEN RD**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 8**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF SILVER GATE**
**1499 VENICE ST**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 9**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF THE FOUNTAIN VALLEY**
**10459 SALINAS RIVER CIR**
**FOUNTAIN VALLEY**
**CA, 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$65.63**

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF UPLAND CHORAL BOOST**
**1338 GROVE AVE**
**UPLAND, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

**FRIENDS OF VOCAL MUSIC**
**19 IRON BARK WAY**
**IRVINE, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.189 2**

**Nonpriority creditor's name and mailing address**
**FRIGI-TEMP FRIGERATION INC**
**112 - B WHEATON AVE**
**YOUNGSVILLE, NC 27596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 3**

**Nonpriority creditor's name and mailing address**
**FRIT ESCONDIDO PROMENADE LLC**
**PO BOX 848706**
**C/O FEDERAL REALTY INVESTMENT**
**LOS ANGELES, CA 90084-8706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$19,538.23**

---

**3.189 4**

**Nonpriority creditor's name and mailing address**
**FRONT LINE SALES INC**
**PO BOX 670**
**LA VERNE, CA 91750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$283.93**

---

**3.189 5**

**Nonpriority creditor's name and mailing address**
**FRONTERA STUDIOS LLC**
**26895 ALISO CREEK ROAD**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**
**FRONTIER LIGHTING  INC**
**2090 PALMETTO STREET**
**CLEARWATER, FL 33765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$60.14**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**
**FRUCHTHENDLER PTA**
**7470 E CLOUD RD**
**C/O JANELLE PERRY**
**TUCSON, AZ 85750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**
**FRUIT FILLINGS INC**
**2531 EAST EDGAR**
**FRESNO, CA 93706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1899**

Nonpriority creditor's name and mailing address
**FRYBERGER ELEMENTARY SCHOOL PTA**
**6952 HOOD DR**
**WESTMINSTER, CA 92683**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1900**

Nonpriority creditor's name and mailing address
**FRYSC**
**369 S ACACIA AVE**
**FULLERTON, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1901**

Nonpriority creditor's name and mailing address
**FSE INC**
**3039 HOOVER AVE**
**NATIONAL CITY, CA 91950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1902**

Nonpriority creditor's name and mailing address
**FSG**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1903**

Nonpriority creditor's name and mailing address
**FUHS DBC**
**201 E CHAPMAN AVE**
**FULLERTON, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1904**

Nonpriority creditor's name and mailing address
**FULTON COUNTY HEALTH DEPT**
**10 PARK PL SOUTH SE**
**ATTN ENVIRONMENTAL HEALTH**
**ATLANTA, GA 30303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1905**

Nonpriority creditor's name and mailing address
**FULTON COUNTY WATER AND SEWER**
**PO BOX 105300**
**ATLANTA, GA 30348-5300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.01**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.190 6**

**Nonpriority creditor's name and mailing address**
**FULTON COUNTY/PUBLIC WORKS**
**11575 MAXWELL RD**
**ATTN ADMINISTRATION**
**ALPHARETTA**
**GA, 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**
**FUNDRACER LLC**
**640 W 1100 S STE 4**
**OGDEN, UT 84404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**
**FURMAN FOODS INC**
**PO BOX 12956**
**PHILADELPHIA, PA 19176-0956**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**
**Furmano Foods, Inc**
**P.O. Box 12956**
**Philadelphia, PA 19176-0956**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 0**

**Nonpriority creditor's name and mailing address**
**FV KIWANIS**
**1301 S SHAWNEE DR**
**SANTA ANA**
**CA, 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$61.19**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**
**FV KIWINS**
**10658 LA BAHIA AVE**
**FOUNTAIN VLY, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 2**

**Nonpriority creditor's name and mailing address**
**FVHS CSF**
**17816 BUSHARD STREET**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.191 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**FVHS FOOTBALL BOOSTERS**
**17816 BUSHARD ST**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.191 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**FVHS NATIONAL HONOR SOCIETY**
**8899 CANARY AVE**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred  2/24/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$21.66**

---

| 3.191 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G&I VII PEMBROKE RETAIL LLC**
**PO BOX 865155**
**ORLANDO, FL 32886-5155**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.191 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G.E.T. Enterprises Inc.**
**7401 Security Way, Suite 200**
**Jersey Village, TX 77040**

Date(s) debt was incurred  3/9/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,874.40**

---

| 3.191 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G1 ROBOTICS**
**13561 YORBA ST**
**SANTA ANA, CA 92705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.191 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G4S Secure Solutions (Usa) Inc**
**P.O. Box 277469**
**Atlanta, GA 30384-7469**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.191 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G4S SECURE SOLUTIONS (USA) INC**
**PO BOX 277469**
**ATLANTA, GA 30384-7469**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**GA FAMILY SUPPORT REGISTRY**
**PO BOX 1800**
**CARROLLTON, GA 30112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

**GA FAMILY SUPPORT REGISTRY**
**PO BOX 2459**
**REPLACEMENT CHECK**
**CARROLLTON, GA 30112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**GA FAMILY SUPPORT REGISTRY**
**PO BOX 1800**
**CARROLLTON**
**GA, 30112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$661.30**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**GABRIEL ALVAREZ**
**15817 NW ATHENS DR**
**#283**
**PORTLAND, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

**GABRIEL ORTIZ**
**3037 N STONE AVE**
**TUCSON, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**GABRIELLE RHODEN**
**743 NW 208TH TERRACE**
**PEMBROKE PINES, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**GAIL VANDON**
**1475 POPLAR CT**
**LOMBARD, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|---|---|---|---|
| | Name | | |

**3.192 7**

**Nonpriority creditor's name and mailing address**
**GALLERIA CORPORATE CENTRE MAIENTENANCE D**
**10845 GRIFFITH PEAK DR STE 100**
**LAS VEGAS, NV 89135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$3,665.34**

---

**3.192 8**

**Nonpriority creditor's name and mailing address**
**GAMUT SYSTEMS & SOLUTIONS**
**PO BOX 562357**
**CHARLOTTE, NC 28256**

Date(s) debt was incurred  **2/17/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$294.25**

---

**3.192 9**

**Nonpriority creditor's name and mailing address**
**GARDA CL TECHNICAL SERVICES**
**2000 NW CORPORATE BOULEVARD**
**BOCA RATON, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 0**

**Nonpriority creditor's name and mailing address**
**GARDA CL WEST INC**
**3209 MOMENTUM PLACE**
**CHICAGO, IL 60689-5332**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**
**GARDEN FRESH HOLDING LLC**
**1000 WILSON BLVD STE 2700**
**ARLINGTON, VA 22209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**
**GARDEN GROVE FIRE DEPARTMENT**
**11301 ACACIA PARKWAY**
**GARDEN GROVE, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**
**Gardener'S Supply Company**
**Innavative Gardening Solutions**
**128 Intervale Rd**
**Burlington, UT 05401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

**GARDNER FAMILY CARE CORP**
**2766 COUNTRYWALK CIRCLE**
**SAN JOSE, CA 95132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

**GARRISON JONES PTA**
**1986 GOLFVIEW DR**
**GARRISON JONES ELEMENTARY**
**DUNEDIN, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**GARY KING**
**4630 LANDROVER CREST DRIVE**
**RALEIGH, NC 27616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**GAS SOUTH**
**PO BOX 530552**
**ATLANTA, GA 30353-0552**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$10,487.69**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**GASKET GUY INC**
**4712 ADMIRALTY WAY #735**
**MARINA DEL REY, CA 90292**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**GASKET GUY LLC**
**2578 OLD ROCKBRIDGE ROAD**
**NORCROSS, GA 30071**

Date(s) debt was incurred __2/17/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,013.84**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**GASKET GUY OF SOUTHWEST FL LLC**
**2890 TERN RD**
**VENICE, FL 34293**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**GASKETS ROCK LLC**
**409  PARKWAY VIEW DRIVE**
**PITTSBURGH, PA 15205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**GATEWAY VIRGINIA PROPERTIES**
**FLIE #54506**
**C/O MERIDIAN RETAIL CENTER**
**LOS ANGELES, CA 90074-4506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

**GAVIN HEILLY**
**451 DUNSMOURE COURT**
**ENCINITAS, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**GBEF GIRLS WATER POLO**
**11395 PENANOVA ST**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**GCMC AUXILIARY**
**13681 DOCTORS WAY**
**FORT MYERS, FL 33912**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**GCS SERVICE  INC**
**24673 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**GEIWELL JOHN QUIAMBAO**
**7609 HEATHERLY LN**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1948**

Nonpriority creditor's name and mailing address
**GELVIN PRODROMITS**
**511 N PINELLAS AVE**
**TARPON SPRINGS, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1949**

Nonpriority creditor's name and mailing address
**GEMA QUEVEDO**
**109 HIGHLAND AVE**
**LEHIGH ACRES, FL 33936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1950**

Nonpriority creditor's name and mailing address
**GEMA RENTERIA**
**4640 E VAN BUREN AVE**
**LAS VEGAS, NV 89110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1951**

Nonpriority creditor's name and mailing address
**GEMINI CRICKETS FAMILIES OF**
**MULTIPLES**
**1307 GLEN DELL DRIVE**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1952**

Nonpriority creditor's name and mailing address
**GEMMA GALLEGOS**
**26920 N BAY LANE**
**MENIFEE, CA 92585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1953**

Nonpriority creditor's name and mailing address
**GENE SOVA JR RN**
**PO BOX 11231**
**DURHAM, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1954**

Nonpriority creditor's name and mailing address
**GENERAL AIR COMPRESSORS INC**
**1230 N BLUE GUM ST**
**ANAHEIM, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1955**

Nonpriority creditor's name and mailing address

**General Mills, Inc.**
**C/O Tax Department**
**PO Box 1113**
**Minneapolis, MN 55440-1113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1956**

Nonpriority creditor's name and mailing address

**GENERAL PARTS CORPORATE DISPATCH**
**ENCORE ONE LLC**
**11311 HAMPSHIRE AVE S**
**BLOOMINGTON**
**MN, 55438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,937.98**

---

**3.1957**

Nonpriority creditor's name and mailing address

**GENERAL PATTON MEMORIAL MUSEUM**
**62510 CHIRIACO ROAD**
**CHIRIACO SUMMIT, CA 92201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1958**

Nonpriority creditor's name and mailing address

**GENERATION UNITED NATIONS UNM**
**STUDENT ACTIVITIES BOX #208**
**ALBUQUERQUE**
**NM, 87131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28.36**

---

**3.1959**

Nonpriority creditor's name and mailing address

**GENESIS FLOOR CARE OF COLORADO LLC**
**1201 MIRAMONTE ST**
**BROOMFIELD, CO 80020-1835**

Date(s) debt was incurred  3/17/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$579.00**

---

**3.1960**

Nonpriority creditor's name and mailing address

**GENTLY HUGGED**
**13330 PASEO DEL VERANO NORTE #**
**SAN DIEGO**
**CA, 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$35.58**

---

**3.1961**

Nonpriority creditor's name and mailing address

**GEORGE MARK CHILDRENS HOUSE**
**2121 GEORGE MARK LN**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**GEORGE MCCULLEN**
**1409 FAIRWAY RIDGE DR**
**RALEIGH, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**GEORGE NEWTON BENNETT III**
**2300 W INA RD #1108**
**TUCSON, AZ 85741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

**GEORGE PATTON ASSOCIATES INC**
**55 BROADCOMMON ROAD**
**BRISTOL, RI 02809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**GEORGE PATTON ELEMENTARY PTA**
**6861 SANTA RITA AVE.**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**GEORGE RODRIGUEZ**
**200 ORCHARD PLACE  #250**
**OXNARD, CA 93036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**GEORGE W LIDDICOAT**
**CHARLES SCHWAB & CO INC**
**AS DOCUMENT CONTROL PO BOX 982600**
**EL PASO, TX 79998-2600**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**GEORGE-THOMAS ENTERPRISES**
**14531 DELANO STREET**
**VAN NUYS, CA 91411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rent_

Is the claim subject to offset? ■ No ☐ Yes

**$23,400.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.1969**

**Nonpriority creditor's name and mailing address**

**GEORGIA DEPARTMENT OF LABOR**
**SAFETY ENGINEERING**
**PO BOX 935467**
**ATLANTA, GA 31193-5467**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1970**

**Nonpriority creditor's name and mailing address**

**GEORGIA DEPARTMENT OF LABOR**
**P.O. BOX 740234**
**ATLANTA, GA 03037-4234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1971**

**Nonpriority creditor's name and mailing address**

**GEORGIA DEPT OF AGRICULTURE**
**PO BOX 742548**
**ATLANTA, GA 30374-2105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1972**

**Nonpriority creditor's name and mailing address**

**GEORGIA DEPT OF AGRICULTURE**
**19 MARTIN LUTHER KING JR DR SW**
**ATLANTA, GA 30334-4201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1973**

**Nonpriority creditor's name and mailing address**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$10,012.72**

---

**3.1974**

**Nonpriority creditor's name and mailing address**

**GEORGINA AGUILAR**
**1225 N BROADWAY #6**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1975**

**Nonpriority creditor's name and mailing address**

**GEOVANY MORAN**
**5421 S NORMANDIE**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.197 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GERALD GUEVARA VILLEDA**
**2508 BORCHARD AVE**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GESSNER PRODUCTS CO INC**
**PO BOX 389**
**AMBLER, PA 19002-0389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gessner Products Co. Inc.**
**P.O. Box 389**
**Ambler, PA 19002-0389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GET ENTERPRISES INC**
**7401 SECURITY WAY**
**SUITE 200**
**JERSEY VILLAGE, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GFRC DIST - EAST COAST**
**1325 CHASTAIN ROAD STE 300**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GFRC DIST - WEST COAST**
**6800 SYCAMORE CANYON BOULEVARD**
**RIVERSIDE, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GFWC MIRA MESA WOMENS CLUB**
**8869 SHAULA WAY**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.198 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GGP/HOMART II LLC**
SDS - 12 - 3092
PO BOX 86
MINNEAPOLIS, MN 55486-3092

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GGPLP REAL ESTATE INC**
SDS - 12 - 3053
PO BOX 86
MINNEAPOLIS, MN 55486-3053

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
| --- | --- | --- | --- |

**GHA TECHNOLOGIES INC**
DEPT 2090
PO BOX 29661
PHOENIX, AZ 85038-9661

Date(s) debt was incurred  2/19/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GHHS GIRLS BASKETBALL**
1719 E MADISON AVE
EL CAJON, CA 92019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GHS BOYS SOCCER**
10233  MSN GORGE RD APT B212
SANTEE, CA 92071

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GHSIMB**
PO BOX 341335
TANPA, FL 33694

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**GILBERT ELECTRIC CO INC**
1760 E PACE COURT
TUCSON, AZ 85719

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**GILBERT LOPEZ**
**AND FLORIDA HOMES LLC**
**224 DUNBRIDGE DR**
**PALM HARBOR, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**GILBERT PARK ELEMENTARY PTA**
**13132 SE RAMONA ST**
**PORTLAND**
**OR, 97236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$35.71**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

**GILBERT PRICE**
**5165 STONCHAVAN VIEW**
**CUMMINGS, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

**GILBERTO AHUATZI**
**2178 PLACENTIA AVE  APT F**
**COSTA MESA, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

**GINA MARRON**
**391 N MELROSE DR  #H**
**VISTA, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

**GINNY RICHARDS**
**4827 W 139TH STREET**
**HAWTHRONE, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**GIRL SCOUTS OF SE FLORIDA**
**6944 LAKE WORTH RD**
**LAKE WORTH, FL 33467**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.199 7**

**Nonpriority creditor's name and mailing address**
**GIRL SCOUTS OF SOUTHERN AZ**
**4300 E BROADWAY BLVD**
**TUCSON, AZ 85711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.199 8**

**Nonpriority creditor's name and mailing address**
**GIRLS FASTPITCH OF OCEANSIDE**
**PO BOX 6650**
**OCEANSIDE, CA 92052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.199 9**

**Nonpriority creditor's name and mailing address**
**GIRLS WATER POLO BOOSTER**
**6949 GENESSE AVE**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.200 0**

**Nonpriority creditor's name and mailing address**
**GIVEX USA CORPORATION**
**1341 ESTES STREET**
**GURNEE, IL 60031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**
**GLADES MIDDLE PTSA**
**16700 SW 48 CT**
**MIRAMAR, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**
**GLADSTONE PARK SDA CHURCH**
**8378 SE CASON RD**
**ATTN MEL HICKMAN**
**GLADSTONE, OR 97017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**
**GLADSTONE YMCA**
**17395 WEBSTER ROAD**
**GLADSTONE, OR 97027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.200 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLADYS CAMPOS**<br>**954 HENDERSON AV 99**<br>**SUNNYVALE, CA 94086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLEN A WILSON HIGH SCHOOL**<br>**16455 E WEDGEWORTH DR**<br>**HACIENDA HEIGHTS, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLEN E MURDOCK PTA**<br>**4354 CONRAD DR**<br>**LA MESA, CA 91941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLENDA GLACKIN**<br>**29799 CALLE TOMAS**<br>**SUN CITY, CA 92586** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLENDA SCHACHINGER** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLENMOOR ELEMENTARY SCHOOL**<br>**4620 MATTOS DRIVE**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.201 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **GLOBAL AUTISM PROJECT**<br>**16770 NW SANDELIE CT**<br>**BEAVERTON, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.201**
**1**

**Nonpriority creditor's name and mailing address**
**GLOBAL BRIGADES INC**
**9253 REGENTS RD A110**
**LA JOLLA, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.201**
**2**

**Nonpriority creditor's name and mailing address**
**GLOBAL COOL LLC**
**502 CHANEY ST  STE F**
**LAKE ELSINORE, CA 92530**

Date(s) debt was incurred  **2/17/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$468.73**

---

**3.201**
**3**

**Nonpriority creditor's name and mailing address**
**GLOBAL EQUIPMENT COMPANY**
**29833 NETWORK PLACE**
**CHICAGO, IL 60673-1298**

Date(s) debt was incurred  **12/24/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$305.29**

---

**3.201**
**4**

**Nonpriority creditor's name and mailing address**
**GLOBAL MEDIA SYSTEMS INC**
**30252 TOMAS STE 200**
**RANCHO SANTA MARGARITA, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.201**
**5**

**Nonpriority creditor's name and mailing address**
**GLOBAL SENSORS LLC**
**PO BOX 750**
**BELMONT, NC 28012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.201**
**6**

**Nonpriority creditor's name and mailing address**
**GLOBE FOOD EQUIPMENT**
**PO BOX 636190**
**CINCINNATI, OH 45263-6190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.201**
**7**

**Nonpriority creditor's name and mailing address**
**GLORIA HOLLAND**
**13821 SOUTH MALLORD DR**
**PLAIN FIELD, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2018**

**Nonpriority creditor's name and mailing address**
**GLORIA WILHELM**
**1047 LEOVILLE**
**BOURBONNAIS, IL 60914**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2019**

**Nonpriority creditor's name and mailing address**
**GLUTEN FREE FOODS MFG LLC**
**5010 EUCALYPTUS AVE**
**CHINO, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2020**

**Nonpriority creditor's name and mailing address**
**GLW ENTERPRISES INC**
**SERVPRO SANTA CLARITA VALLEY**
**LANCASTER PALMDALE ACTON 29059 THE OLD R**
**SANTA CLARITA, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2021**

**Nonpriority creditor's name and mailing address**
**GM DEALS INC**
**3018 DURFEE AVE STE E**
**EL MONTE, CA 91732**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2022**

**Nonpriority creditor's name and mailing address**
**GMS PTSA**
**45125 VIA DEL CORONADO**
**TEMECULA, CA 92592**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2023**

**Nonpriority creditor's name and mailing address**
**GOJI CREATIVE LLC**
**668 N COAST HWY**
**LAGUNA BEACH, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2024**

**Nonpriority creditor's name and mailing address**
**GOLD COAST BAKING CO INC**
**FILE 2217**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-2217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.202 5**

**Nonpriority creditor's name and mailing address**
**Gold Coast Baking Co. Inc.**
**1590 E. St. Gertrude Place**
**Santa Ana, CA 92705-5310**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,469.70

---

**3.202 6**

**Nonpriority creditor's name and mailing address**
**GOLD COAST INGREDIENTS INC**
**PO BOX 911612**
**LOS ANGELES, CA 90091**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.202 7**

**Nonpriority creditor's name and mailing address**
**GOLD COAST PACKING**
**PO BOX 1023**
**SANTA MARIA, CA 93456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.202 8**

**Nonpriority creditor's name and mailing address**
**GOLD MEDALLION AWARDS INC**
**7529 CONVOY CT**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.202 9**

**Nonpriority creditor's name and mailing address**
**GOLD STAR PUMPING**
**10001 N SILVERBELL**
**TUCSON, AZ 85743**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.203 0**

**Nonpriority creditor's name and mailing address**
**GOLDEN HILL PTA**
**732 BARRIS DR**
**SAN JOSE, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.203 1**

**Nonpriority creditor's name and mailing address**
**GOLDEN LUCK INC**
**104 HARBOR DRIVE**
**JERSEY CITY, NJ 07305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.203 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GOLDEN SPECIALTY FOODS LLC** <br> **14605 BEST AVE** <br> **NORWALK, CA 90650** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GOLDEN STAR ASSEMBLY 257** <br> **508 AVALON DR** <br> **VISTA, CA 92084** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GOLDEN STATE BALLET AND PILATES** <br> **6338 RIVERDALE STREET** <br> **SAN DIEGO, CA 92120** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,355.90 |
|---|---|---|---|
| | **GOLDEN WAY MECHANICAL INC** <br> **6333 S SANTE FE DR  STE C** <br> **LITTLETON, CO 80120** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GOLDEN WEST SALES** <br> **16730 GRIDLEY ROAD** <br> **CERRITOS, CA 90703-1730** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,500.00 |
|---|---|---|---|
| | **Golden West Trading** <br> **Us Bank Lockbox** <br> **PO BOX 511541** <br> **Los Angeles, CA 90051** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  3/2/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GOOD SHEPHERD CATHOLIC SCHOOL** <br> **8160 GOLD COAST DRIVE** <br> **SAN DIEGO, CA 92126** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.203 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GOOD SHEPHERD CHILDREN CENTER**
**400 W DUARTE RD**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GOOD SHEPHERD MONTESSORI SCHOOL**
**805 SE ELLSWORTH RD**
**VANCOUVER, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GOURMET FRESH PASTA**
**950 NORTH FAIR OAKS AVE**
**PASADENA, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.53 |
|---|---|---|---|

**GOVDOCS**
**VB BOX 167**
**PO BOX 9202**
**MINNEAPOLIS, MN 55480-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2020

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE CHEN  2002**
**13019 CARITA COVE**
**SA DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE CHRISTIAN SCHOOL**
**4545 MYRA AVE**
**CYPRESS, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE CHRISTIAN SCHOOLS**
**26052 TRABUCO RD**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE LUTHERAN SCHOOL**
**5172 MCFADDEN AVENUE**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE LUTHERAN SCHOOL PTL**
**856 W NEWGROVE ST**
**LANCASTER, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE MARGARET CAROLL DREWS**
**MARGEE DREWS DESIGN**
**3334 E COAST HWY #122**
**CORONA DEL MAR, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAHAM MS PROGRAMMERS**
**1135 BORANDA AVE**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANADA HILLS CHARTER ROBOTICS**
**10535 ZELZAH AVE**
**GRANADA HILLS, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,635.88 |
|---|---|---|---|

**GRANADA SHOPPES ASSOC LTD**
**703 WATERFORD WAY #800**
**C/O COURTELIS COMPANY**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAND RAPIDS CITY TREASURER**
**GRAND RAPIDS INCOME TAX DEPT**
**PO BOX 347**
**GRAND RAPIDS, MI 00049-5010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.205 3**

**Nonpriority creditor's name and mailing address**
**GRAND SLAM CLUB**
**2999 BRANDON CIRCLE**
**CARLSBAD, CA 92010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 4**

**Nonpriority creditor's name and mailing address**
**GRANDE AIRE BONITA LLC**
**PO BOX 2729**
**BONITA SPRINGS, FL 34133**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 5**

**Nonpriority creditor's name and mailing address**
**GRANITE HILLS HIGH SCHOOL CLASS OF 2020**
**1719 E MADISON AVE**
**EL CAJON, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**
**GRANT RANCH SCHOOL**
**5400 S JAY CIRCLE**
**LITTLETON, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**
**GRANT THORNTON LLP**
**PO BOX 51552**
**LOS ANGELES, CA 90051-5852**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 8**

**Nonpriority creditor's name and mailing address**
**GRANT WATER AND SANITATION DISTRICT**
**PO BOX 1239**
**EVERGREEN, CO 80437**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.205 9**

**Nonpriority creditor's name and mailing address**
**GREAT OAKS WATER CO**
**PO BOX 23490**
**SAN JOSE, CA 95153**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,683.47**

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

**3.206 0**

Nonpriority creditor's name and mailing address
**GREATER ORLANDO AVIATION AUTHORITY**
**C/O THE SEMBLER COMPANY PO BOX 41847**
**ST. PETERSBURG, FL 33743**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$10,319.48

---

**3.206 1**

Nonpriority creditor's name and mailing address
**GREATER ORLANDO AVIATION AUTHORITY**
**ONE JEFF FUQUA BLVD**
**ORLANDO, FL 32827-4399**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206 2**

Nonpriority creditor's name and mailing address
**GREEN GRASS LAWN SERVICES III INC**
**17066 NW 56 CT**
**MIAMI, FL 33055**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206 3**

Nonpriority creditor's name and mailing address
**GREEN TOUCH HOME SERVICES INC**
**8997 FALCON POINTE LOOP**
**FT MYERS, FL 33912**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.206 4**

Nonpriority creditor's name and mailing address
**GREEN VALLEY HIGH SCHOOL**
**460 ARROYO GRANDE BLVD**
**HENDERSON, NV 89014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206 5**

Nonpriority creditor's name and mailing address
**GREEN VALLEY SWIM TEAM**
**10739 LOS JARDINES W**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206 6**

Nonpriority creditor's name and mailing address
**GREENWOOD LAND COMPANY II LLC**
**12727 SOUTH FORT STREET**
**DRAPER, UT 84020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.206 7**

**Nonpriority creditor's name and mailing address**
**GREENWOOD VILLAGE**
**PO BOX 4837**
**GREENWOOD VILLAGE, CO 80155-4837**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**
**GREGG ANDERSON ACADEMYS**
**40447 COLINA CT**
**PALMDALE, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 9**

**Nonpriority creditor's name and mailing address**
**GREGORIO PEREZ**
**1168 E LUGONIA AVE  APT D**
**REDLANDS, CA 92374**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 0**

**Nonpriority creditor's name and mailing address**
**GRIDLEY MIDDLE SCHOOL PTSA**
**350 S HARRISON RD**
**TUCSON, AZ 85748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**
**GRIFFIN INDUSTRIES INC**
**PO BOX 530401**
**ATLANTA, GA 30353-0401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**
**GRIFFITH FOODS INC**
**PO BOX 205915**
**DALLAS, TX 75320-5915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**
**Griffith Laboratories Usa, Inc**
**Griffith Foods Inc.**
**Po Box 205915**
**Dallas, TX 75320-5915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.207 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,088.20** |
|---|---|---|---|

**Grindmaster Corporation**
**PO Box 3288**
**Carol Stream, IL 60132-3288**

Date(s) debt was incurred  2/18/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GROSSMONT HEALTH OCCUPATION CE**
**9368 OAKBOURNE RD**
**GHOC VN CLASS 65**
**SANTEE, CA 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.09** |
|---|---|---|---|

**GROSSMONT HIGH SCHOOL CHEER**
**2173 VALLEY MILL RD**
**EL CAJON**
**CA, 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GROSSMONT MIDDLE COLLEGE HIGH**
**8800 GROSSMONT COLLEGE DRIVE**
**EL CAJON, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$791.30** |
|---|---|---|---|

**GROUP KIRKMAN LLC**
**2300 NW CORPORATE BLVD #141**
**ATTN FRED CHIKOVSKY**
**BOCA RATON, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$384.67** |
|---|---|---|---|

**GRUMPY OLD GUY CONSTRUCTION**
**COMPANY LLC**
**4399 LANDOVER BLVD**
**SPRING HILL**
**FL, 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GSGLA TROOP 16245**
**4023 TRACY STREET**
**LOS ANGELES, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
          Name                                                    Case number (if known)    **20-02477-LA7**

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GSHS ATHLETIC BOOSTER CLUB**
**3105 MAPLERIDGE DR**
**LUTZ, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GSHSWOBC**
**2627 CORDOBA RANCH BLVD**
**LUTZ, FL 33559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GUADALUPE MALDONADO DE DURAN**
**18391 BANYAN AVE**
**RIALTO, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GUADALUPE CORTES**
**1407 W 7TH ST**
**SANTA ANA, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GUAJOME PARK ACADEMY**
**2000 NORTH SANTA FE ST**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GUARDIAN - ALTERNATE FUNDED**
**PO BOX 824395**
**PHILADELPHIA, PA 19182-4395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GUILLERMO A BARBA**
**641 E SAN YSIDRO BLVD #B3222**
**SAN YSIDRO, CA 92173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.208 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUITTARD CHOCOLATE COMPANY**
**DEPT 34305**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GULF COAST PUBLISHING COMPANY INC**
**11470 OAKHURST RD**
**LARGO, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GULF MECHANICAL INC**
**PO BOX 1716**
**PALM HARBOR, FL 34682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.56 |
|---|---|---|---|

**GURSTEL LAW FIRM**
**9320 E RAINTREE DR**
**SCOTTSDALE**
**AZ, 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUY MARAI**
**1330 S MAYFLOWER AVE UNIT K**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,486.42 |
|---|---|---|---|

**GWINNETT CO WATER RESOURCES**
**PO BOX 71225**
**CHARLOTTE, NC 28272-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GWINNETT COUNTY**
**ENVIRONMENTAL HEALTH**
**455 GRAYSON HIGHWAY SUITE 600**
**LAWRENCEVILLE, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.209 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GWINNETT COUNTY GEORGIA**
**REVENUE AND LICENSE ADMIN**
**PO BOX 1045**
**LAWRENCEVILLE, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GWINNETT COUNTY POLICE DEPT**
**TREASURY DIVISION**
**75 LANGLEY DRIVE**
**LAWRENCEVILLE, GA 30046-6900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GWINNETT COUNTY POLICE DEPT**
**PO BOX 602**
**LAWRENCEVILLE, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GWINNETT PLACE ASSOCIATES LP**
**ONE MARITIME PLAZA #2100**
**C/O FARALLON CAPITAL MGMT LP**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAB-EIT**
**PO BOX 25132**
**LEHIGH VALLEY, PA 00018-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAB-LST**
**PO BOX 25156**
**LEHIGH VALLEY, PA 00018-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hach Environmental**
**Hach Company**
**2207 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.210 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HACK COMPANY** | ☐ Contingent | |
| | **2207 COLLECTIONS CENTER DRIVE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAE LEE** | ☐ Contingent | |
| | **1134 SE 72ND AVE** | ☐ Unliquidated | |
| | **HILLSBORO, OR 97123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAGAR RESTAURANT EQUIPMENT SERVICE INC** | ☐ Contingent | |
| | **6200 NW 2ND STREET** | ☐ Unliquidated | |
| | **OKLAHOMA CITY, OK 73127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAGE PTA** | ☐ Contingent | |
| | **9750 GALVIN AVE** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAIG FIRE & SECURITY** | ☐ Contingent | |
| | **5601 N POWERLINE ROAD STE 303** | ☐ Unliquidated | |
| | **FORT LAUDERDALE, FL 33309** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAILEY FINCH** | ☐ Contingent | |
| | **275 TUNGSTEN ST** | ☐ Unliquidated | |
| | **HENDERSON, NV 89015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAMIZ AHMAD** | ☐ Contingent | |
| | **3537 SWEETGRASS AVE** | ☐ Unliquidated | |
| | **SIMI VALLEY, CA 93065** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2109**

**Nonpriority creditor's name and mailing address**

HAMMER MONTESSORI FOUNDATION
1610 BIRD AVENUE
SAN JOSE, CA 95125

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2110**

**Nonpriority creditor's name and mailing address**

HAMZA SADIQ
21791 LAKE VISTA DR
LAKE FOREST, CA 92630

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2111**

**Nonpriority creditor's name and mailing address**

Handgards, Inc.
Po Box 95139
Chicago, IL 60694

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$924.21**

---

**3.2112**

**Nonpriority creditor's name and mailing address**

HANDS ON IMPROVEMENTS
2816 E ROBIN LN
PHOENIX, AZ 85050

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,035.00**

---

**3.2113**

**Nonpriority creditor's name and mailing address**

HANH CHAU
PO BOX 18423
SAN JOSE, CA 95158

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2114**

**Nonpriority creditor's name and mailing address**

HANNALEI PTA
120 HANNALEI DR
VISTA
CA, 92083

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$142.83**

---

**3.2115**

**Nonpriority creditor's name and mailing address**

HANS TSCHIRCH
34603 PICKET POST DR
QUEEN CREEK, AZ 85142

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.211 6**

**Nonpriority creditor's name and mailing address**
**HANTOVER INC**
**PO BOX 410646**
**KANSAS CITY, MO 64141-0646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.211 7**

**Nonpriority creditor's name and mailing address**
**HANTOVER INC**
**PO BOX 776916**
**CHICAGO, IL 60677-6916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.211 8**

**Nonpriority creditor's name and mailing address**
**HANTOVER INC**
**PO BOX 410646**
**KANSAS CITY**
**MO, 64141-0646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$132.64**

---

**3.211 9**

**Nonpriority creditor's name and mailing address**
**Hantover Inc.**
**P.O. Box 83152**
**Chicago, IL 60691-0152**

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$636.63**

---

**3.212 0**

**Nonpriority creditor's name and mailing address**
**Hantover Inc.**
**P.O. Box 83152**
**Chicago**
**IL, 60691-0152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$909.09**

---

**3.212 1**

**Nonpriority creditor's name and mailing address**
**HARIRAM MANI**
**437 MANCHESTER PARK LN**
**MORRISVILLE, NC 27560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.212 2**

**Nonpriority creditor's name and mailing address**
**HARMONIUM INC**
**3341 BROWNING ST**
**SD, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.212 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARPER LAW PLC**
**350 N GILBERT RD  STE 204**
**GILBERT, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARRIS COUNTY TOLL ROAD**
**AUTHORITY**
**PO BOX 4440 DEPT 02**
**HOUSTON, TX 77210-4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARRIS COUNTY TOLL ROAD**
**330 MEADOWFERN DRIVE**
**ACCT#295074**
**HOUSTON, TX 77067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARRISON TOWNSHIP**
**PO BOX 376**
**NATRONA HEIGHTS, PA 15065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.78 |
|---|---|---|---|

**HARSH BAHL**
**1223 W MCKINLEY AVE #2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2020

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARSHIL MODY**
**2034 SUNSET MEADOW DR**
**CLEARWATER, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HART WILLOW CREEK LLCHCM LLC**
**ONE PARKWIEW PLAZA 9TH FLOOR**
**C/O MID-AMERICA ASST MGMT**
**OAKBROOK TERRACE, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.213
0**

**Nonpriority creditor's name and mailing address**

**HARTFORD LIFE AND ACCIDENT INSURANCE COM**
**PO BOX 660916**
**DALLAS, TX 75266-0916**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
1**

**Nonpriority creditor's name and mailing address**

**HARVARD CARD SYSTEMS**
**111 N BALDWIN PARK BLVD**
**CITY OF INDUSTRY, CA 91746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
2**

**Nonpriority creditor's name and mailing address**

**HARVEST PARK MIDDLE SCHOOL**
**4900 VALLEY AVE**
**PLEASANTON, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
3**

**Nonpriority creditor's name and mailing address**

**HAVEN TOTES INC**
**7103 S KOLB RD**
**TUCSON, AZ 85710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
4**

**Nonpriority creditor's name and mailing address**

**HAWKINS ELECTRICAL SERVICE CO INC**
**3000 S WYANDOT**
**ENGLEWOOD, CO 80110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
5**

**Nonpriority creditor's name and mailing address**

**HAWTHORNE SEMINAR FOUNDATION**
**PO BOX 17834**
**SAN DIEGO, CA 92177**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213
6**

**Nonpriority creditor's name and mailing address**

**HAYDEN HUYNH**
**10610 TENNETA DR**
**HOUSTON, TX 77099**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.213 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,541.48 |
|---|---|---|---|
| | **HAYES ELECTRICAL SERVICE** | ☐ Contingent | |
| | **2446 KELLY AVE** | ☐ Unliquidated | |
| | **RAMONA, CA 92065** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $476.92 |
|---|---|---|---|
| | **HAYES ELECTRICAL SERVICE** | ☐ Contingent | |
| | **2446 KELLY AVE** | ☐ Unliquidated | |
| | **RAMONA** | ☐ Disputed | |
| | **CA, 92065** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.48 |
|---|---|---|---|
| | **HAYES HOME AND SCHOOL CLUB** | ☐ Contingent | |
| | **5035 POSTON DR** | ☐ Unliquidated | |
| | **SAN JOSE** | ☐ Disputed | |
| | **CA, 95136** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $127.65 |
|---|---|---|---|
| | **HB HOST LIONS** | ☐ Contingent | |
| | **17040 SAN BRUNO ST APT D18** | ☐ Unliquidated | |
| | **FOUNTAIN VALLEY** | ☐ Disputed | |
| | **CA, 92708** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.58 |
|---|---|---|---|
| | **HBHS BASEBALL BOOSTER INC** | ☐ Contingent | |
| | **7381 COHO DR UNIT 203** | ☐ Unliquidated | |
| | **HUNTINGTON BEACH** | ☐ Disputed | |
| | **CA, 92648** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **HEAD LANCASTER CHARTER SCHOOL** | ☐ Contingent | |
| | **254 EAST AVE K** | ☐ Unliquidated | |
| | **ATTN LYNN BOOT** | ☐ Disputed | |
| | **LANCASTER, CA 93535** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $755.12 |
|---|---|---|---|
| | **HEADS UP LANDSCAPE CONTRACTORS LLC** | ☐ Contingent | |
| | **PO BOX 208151** | ☐ Unliquidated | |
| | **DALLAS, TX 75320-8151** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**HEALTHEQUITY INC**
**15 WEST SCENIC STE 100**
**DRAPER, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Healthpro Brands**
**Po Box 867**
**Mason, OH 45040**

Date(s) debt was incurred  **3/5/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,785.50**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**HEALTHPRO BRANDS**
**PO BOX 867**
**MASON, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**HEALTHY DINING**
**8745 AERO DR STE 306**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**HEARTLAND SWIM ASSOCIATION**
**PO BOX 12936**
**EL CAJON, CA 92022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

**HEATHER RUTTAN**
**3940 CARMELINA ST**
**SAN BERNARDINO, CA 92407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

**HEATHER WEINER**
**1535 N BROADWAY**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.215**
**1**

**Nonpriority creditor's name and mailing address**
**HECSD**
**13885 EL CAMINO REAL**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.215**
**2**

**Nonpriority creditor's name and mailing address**
**HECTOR BARRIENTOS BENITEZ**
**4023 W 120TH ST**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.215**
**3**

**Nonpriority creditor's name and mailing address**
**HECTOR TREMINIO**
**5 COVE WAY**
**WEST PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.215**
**4**

**Nonpriority creditor's name and mailing address**
**HEDENKAMP ELEMENTARY PTA**
**930 E PALOMAR ST**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.215**
**5**

**Nonpriority creditor's name and mailing address**
**HEDMARK II  LLC**
**TRIAD BANK**
**ATTN TAMARA REED 10375 CLAYTON ROAD**
**SAINT LOUIS, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.215**
**6**

**Nonpriority creditor's name and mailing address**
**HEDMARK III LP**
**10375 CLAYTON RD**
**ATTN TAMARA REED TRIAD BANK**
**SAINT LOUIS, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Rent_

Is the claim subject to offset? ■ No   ☐ Yes

**$24,208.69**

---

**3.215**
**7**

**Nonpriority creditor's name and mailing address**
**HEIDI COTE**
**16547 SW WHITETAIL LN**
**BEAVERTON, OR 97007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.215 8**

Nonpriority creditor's name and mailing address

**HEIDI LESTER**
**9681 RED PONY LN**
**EL CAJON, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215 9**

Nonpriority creditor's name and mailing address

**HEIDY SOSA**
**4227 LOWELL AVE**
**LOS ANGELES, CA 90032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.216 0**

Nonpriority creditor's name and mailing address

**HEIGHTS KEY LOCK AND SAFE INC**
**PO BOX 80202**
**ALBUQUERQUE, NM 87198-0202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.216 1**

Nonpriority creditor's name and mailing address

**HELENE STOLL**
**5324 GRANADA HILLS DRIVE**
**RALEIGH, NC 27613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.216 2**

Nonpriority creditor's name and mailing address

**HELIX SPEECH**
**7323 UNIVERSITY AVE**
**LA MESA, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.216 3**

Nonpriority creditor's name and mailing address

**HELIX WATER DISTRICT**
**PO BOX 513597**
**LOS ANGELES, CA 90051-3597**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,886.23**

---

**3.216 4**

Nonpriority creditor's name and mailing address

**HENDRIK BLOCK**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HENRY C LEVY**
**1221 OAK STREET**
**TAX COLLECTOR  ALAMEDA COUNTY**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.41** |
|---|---|---|---|

**HENRY CANIZALEZ**
**8781 ROBLES DR**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2020, 3/16/2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HENRY HU**
**15 WHISPERING PINE**
**IRVINE, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HENSLEY & COMPANY**
**4201 N 45TH AVE**
**PHOENIX, AZ 85031-2109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Heritage Bag Company**
**P.O. Box 639083**
**Cincinnati, OH 45263-9083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HERITAGE BAG COMPANY**
**PO BOX 639083**
**CINCINNATI, OH 45263-9083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HERITAGE CHRISTIAN SCHOOL**
**22081 HIDALGO**
**MISSION VIEJO, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.217
2**

Nonpriority creditor's name and mailing address

**HERITAGE PALLETS INC
358 OLD TENNESSEE HWY
WHITE, GA 30184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
3**

Nonpriority creditor's name and mailing address

**Heritage Pallets, Inc.
358 Old Tennessee Hwy
White, GA 30184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
4**

Nonpriority creditor's name and mailing address

**HERMITAGE CAT SHELTER
PO BOX 13508
TUCSON, AZ 85732**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
5**

Nonpriority creditor's name and mailing address

**HERMOSA DRIVE ELEMENTARY PTA
400 E HERMOSA DR
FULLERTON, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
6**

Nonpriority creditor's name and mailing address

**Hershey Chocolate U.S.A.
Po Box 848516
Dallas, TX 75284-8516**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
7**

Nonpriority creditor's name and mailing address

**HERSHEY CHOCOLATE USA
PO BOX 848516
DALLAS, TX 75284-8516**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.217
8**

Nonpriority creditor's name and mailing address

**HERZMAN NIECES EXEMPT TRUST
HERZMAN TRUST
PO BOX 3129
SAN DIEGO, CA 92163-1129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,971.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.217 9**

**Nonpriority creditor's name and mailing address**

**HH PROMENADE PARTNERSLLC**
**PO BOX 845311**
**LOS ANGELES, CA 90084-5311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**HIA**
**3909 E EBANO STREET**
**HIGLEY HIGH SCHOOL BAND**
**GILBERT, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**HICKMAN ELEMENTARY SCHOOL**
**10850 MONTONGO ST**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Hickman's Egg Ranch, Inc.**
**6515 South Jackrabbit Trail**
**Buckeye, AZ 85326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**HICKMANS EGG RANCHINC**
**6515 SOUTH JACKRABBIT TRAIL**
**BUCKEYE, AZ 85326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**HIDDEN TRAILS PTA**
**2250 RIDGEVIEW DR**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**HIGH PEAKS WATER SERVICES**
**1127 EAST INDIAN SCHOOL ROAD**
**PHOENIX, AZ 85011-7150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.218 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIGH PERFORMANCE MOVEMENT LLC**
**2207 GARNET AVE  STE M**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIGH TECH HIGH**
**2861 WOMBLE RD**
**SAN DIEGO, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.61 |
|---|---|---|---|

**HIGH TECH HIGH**
**2861 WOMBLE RD**
**SAN DIEGO**
**CA, 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIGH TECH HIGH FOUNDATION**
**5587 GALA AVE**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.48 |
|---|---|---|---|

**HIGH TECH HIGH FOUNDATION**
**5587 GALA AVE**
**SAN DIEGO**
**CA, 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIGH TECH HIGH ROBOTICS**
**2861 WOMBLE RD**
**SAN DIEGO, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIGHLAND DIRECT PROPERTY LLC**
**1130 LAKE COOK ROAD #280**
**C/O HORIZON MANAGEMENT**
**BUFFALO GROVE, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

| 3.219 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGHLAND LAKES ELEMENTARY PTA**
3332 WESTCOTT DR
PALM HARBOR, FL 34684

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.219 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGHLAND LAKES ELEMENTARY PTA**
3332 WESTCOTT DR
PALM HARBOR
FL, 34684

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$54.96**

---

| 3.219 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGHLANDS ELEMENTARY PFO**
27332 CATALA AVE
SANTA CLARITA, CA 91350

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.219 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGHLANDS ELEMENTARY PFO**
27332 CATALA AVE
SANTA CLARITA
CA, 91350

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$163.08**

---

| 3.219 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGHLIGHTS ELECTRICAL**
PO BOX 840375
HOUSTON, TX 77284

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,473.97**

---

| 3.219 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGLEY HIGH BASEBALL BOOSTERS**
3317 S HIGLEY RD STE 114-188
GILBERT, AZ 85297

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.219 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIGLEY HIGH BASEBALL BOOSTERS**
3317 S HIGLEY RD STE 114-188
GILBERT
AZ, 85297

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$19.10**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2200**

Nonpriority creditor's name and mailing address

**HIGLEY TRADITIONAL ACADEMY PTO**
**3391 EAST VEST AVENUE**
**GILBERT, AZ 85295**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2201**

Nonpriority creditor's name and mailing address

**HILARIO CENTENO**
**239 DEL PRADO DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2202**

Nonpriority creditor's name and mailing address

**HILCO REAL ESTATE LLC**
**5 REVERE DRIVE**
**NORTHBROOK, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2203**

Nonpriority creditor's name and mailing address

**HILL COUNTRY DAIRIES INC**
**912 KRAMER LANE**
**AUSTIN, TX 78758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,380.75**

---

**3.2204**

Nonpriority creditor's name and mailing address

**HILL COUNTRY DAIRIES INC**
**912 KRAMER LANE**
**AUSTIN**
**TX, 78758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,337.05**

---

**3.2205**

Nonpriority creditor's name and mailing address

**HILLARY JOY TAYLOR DELSALTO**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2206**

Nonpriority creditor's name and mailing address

**HILLCREST MIDDLE SCHOOL PTSA**
**22833 N 71ST AVE**
**GLENDALE, AZ 85310**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.220 7**

**Nonpriority creditor's name and mailing address**

**HILLER & ASSOCIATES**
**12345 UNIVERSITY AVE STE 305**
**DES MOINES, IA 80325-8245**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

**HILLMAN MEMORIAL SCHOLARSHIP**
**40645 FREMONT BLVD., SUITE #3**
**FREMONT, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

**HILLSBORO CHAMBER OF COMMERCE**
**5193 NE ELAM YOUNG PKWY STE A**
**HILLSBORO, OR 97124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

**HILLSBORO HIGH SCHOOL**
**3285 SE ROOD BRIDGE RD**
**HILLSBORO, OR 97123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

**HILLSBOROUGH COUNTY**
**OFFICE OF THE FIRE MARSHAL**
**PO BOX 310398**
**TAMPA, FL 33680-0398**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

**HILLSBOROUGH COUNTY BOARD OF**
**COUNTY COMM**
**601 E KENNEDY BLVD 18TH FLR**
**CONSUMER AND VETERANS SERVICES**
**TAMPA, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.221 3**

**Nonpriority creditor's name and mailing address**
**HILLSBOROUGH COUNTY BOARD OF COUNTY COMM**
**3629 QUEEN PALM DR**
**CODE ENFORCEMENT DEPARTMENT**
**TAMPA, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 4**

**Nonpriority creditor's name and mailing address**
**HILLSBOROUGH COUNTY PUBLIC UTILITIES**
**PO BOX 342456**
**TAMPA, FL 33694-2456**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,769.14**

---

**3.221 5**

**Nonpriority creditor's name and mailing address**
**HILLTOP MIDDLE PTSO**
**44 EAST J ST**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**
**HILLTOP REFRIGERATION INC**
**1215 KLEPPE LANE #1**
**SPARKS, NV 89431**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**
**HIMA**
**PO BOX 547**
**LA MESA, CA 91944**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**
**HIPOLITO VIVEROS**
**5624 N 63RD AVE**
**GLENDALE, AZ 85301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**
**Hire Dynamics Holding Corp**
**Hire Dynamics, LLC**
**PO Box 116452**
**Atlanta, GA 30368-6452**

Date(s) debt was incurred __3/6/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$232.12**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2220**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.30 |
|---|---|---|
| **Hire Dynamics Holding Corp**<br>**Hire Dynamics, LLC**<br>**PO Box 116452**<br>**Atlanta**<br>**GA, 30368-6452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2221**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HIRERIGHTINC**<br>**PO BOX 847891**<br>**DALLAS, TX 75284-7891** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2222**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HIWOT BAHIRU**<br>**6452 WEDGE VIEW DR**<br>**TUCKER, GA 30084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HOBART CORPORATION**<br>**ITW FOOD EQUIPMENT GROUP LLC**<br>**PO BOX 2517**<br>**CAROL STREAM, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HOLLY AVENUE PTA**<br>**360 W W DUARTE RD**<br>**HOLLY AVE ELEMENTARY PTA**<br>**ARCADIA, CA 91007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HOLLYDALE COMMUNITY CHURCH**<br>**6215 FAUST AVE**<br>**LAKEWOOD, CA 90713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HOLY SPIRIT CHURCH**<br>**17270 WARD ST.**<br>**HOLY SPIRIT CHURCH**<br>**FOUNTAIN VALLEY, CA 92708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.222 7**

**Nonpriority creditor's name and mailing address**

**HOLY TRINITY CATHOLIC SCHOOL**
**13755 SW WALKER RD**
**BEAVERTON, OR 97005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

**HOLY TRINITY SCHOOL**
**3716 BOYCE AVE**
**LOS ANGELES, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

**HOOD TO COAST**
**1245 HARVARD AVE**
**C/O MORGAN POWER**
**GLADSTONE**
**OR, 97027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.31**

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**HOPE ELEMENTARY SCHOOL**
**3010 TAMARACK AVE**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**HOPKINS COUNTY OCCUPATIONAL TAX**
**HOPKINS COUNTY FISCAL COURT**
**PO BOX 690**
**MADISONVILLE, KY 42431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 2**

**Nonpriority creditor's name and mailing address**

**HOPPE PROPERTIES LLC**
**8070 LA JOLLA SHORES DRIVE**
**#610**
**LA JOLLA, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$12,620.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| 3 | **HORNER ASB**<br>**HORNER JUNIOR HIGH**<br>**41365 CHAPEL WAY**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| 4 | **HORTENCIA RODRIGUEZ**<br>**12750 JACKSON HILL DR**<br>**EL CAJON, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$201.00** |
|---|---|---|---|
| 5 | **HOSA AMA**<br>**22328 S MAIN ST**<br>**ATTN MR BURGER HOSA SPONSOR**<br>**CARSON**<br>**CA, 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| 6 | **HOSPITAL CORPSMAN BALL COMMITTEE**<br>**34800 BOB WILSON DRIVE**<br>**SAN DIEGO, CA 92134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.95** |
|---|---|---|---|
| 7 | **HOSPITAL CORPSMAN BALL COMMITTEE**<br>**34800 BOB WILSON DRIVE**<br>**SAN DIEGO**<br>**CA, 92134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$665.02** |
|---|---|---|---|
| 8 | **HOSPITALITY RESOURCE SUPPLY**<br>**499 N ST RD 434 #1005**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$318.33** |
|---|---|---|---|
| 9 | **HOSPITALITY RESOURCE SUPPLY**<br>**499 N ST RD 434 #1005**<br>**ALTAMONTE SPRINGS**<br>**FL, 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.224 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,350.00** |
| **HOSPITALITY SERVICES INC** | ☐ Contingent | |
| **2010 W PARKSIDE LN STE #144** | ☐ Unliquidated | |
| **PHOENIX, AZ 85027** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$825.00** |
| **HOSPITALITY SERVICES INC** | ☐ Contingent | |
| **2010 W PARKSIDE LN STE #144** | ☐ Unliquidated | |
| **PHOENIX** | ☐ Disputed | |
| **AZ, 85027** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$136.68** |
| **HOSPITALITY SERVICES, INC.** | ☐ Contingent | |
| **2010 W PARKSIDE LN STE #144** | ☐ Unliquidated | |
| **PHOENIX** | ☐ Disputed | |
| **AZ, 85027** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HOUSE FOODS AMERICAN CORP** | ☐ Contingent | |
| **7351 ORANGEWOOD AVE** | ☐ Unliquidated | |
| **GARDEN GROVE, CA 92841** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HOUSTON ARMOUR INC** | ☐ Contingent | |
| **2569 IRIS DR  STE D** | ☐ Unliquidated | |
| **CONYERS, GA 30013** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HOUSTON CENTRAL SDA CHURCH** | ☐ Contingent | |
| **9425 WEST SAM HOUSTON PARKWAY** | ☐ Unliquidated | |
| **HOUSTON, TX 77064** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HOUSTON FOOD BANK** | ☐ Contingent | |
| **535 PORTWALL STREET** | ☐ Unliquidated | |
| **HOUSTON, TX 77029** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.224 7**

**Nonpriority creditor's name and mailing address**

**HOUSTON HEALTH & HUMAN SERVICE**
**DEPT OF HEALTH & HUMAN SERVICE**
**PO BOX 300008**
**HOUSTON, TX 77230-0008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 8**

**Nonpriority creditor's name and mailing address**

**HOWARD LEVITAN**
**1601 S DE ANZA BLVD  STE 150**
**C/O REFERRAL REALTY**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 9**

**Nonpriority creditor's name and mailing address**

**HPP SERVICES LLC**
**PO BOX 2163**
**TOMBALL, TX 77377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

**HTHNCS FILMS FOR GOOD**
**2861 WOMBLE RD**
**SAN DIEGO, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

**Hubert Company**
**25401 Network Place**
**Chicago, IL 60673-1254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225 2**

**Nonpriority creditor's name and mailing address**

**HUBERT COMPANY**
**25401 NETWORK PLACE**
**CHICAGO, IL 60673-1254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

**HUDDLE TICKETS LLC**
**6445 SHILOH RD STE B**
**ALPHARETTA, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------------|---------|---------|
| | Name | | |

---

**3.225 4**

Nonpriority creditor's name and mailing address
**HUGO REID ELEMENTARY PTSA**
**1000 HUGO REID DRIVE**
**ARCADIA, CA 91007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 5**

Nonpriority creditor's name and mailing address
**HUMBERTO CASTILLO**
**1546 MUREKINSON ST**
**LOS ANGELES, CA 90033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 6**

Nonpriority creditor's name and mailing address
**HUNTER DAVISSON INC**
**1800 SE PERSHING ST**
**PORTLAND, OR 97202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$14,464.82

---

**3.225 7**

Nonpriority creditor's name and mailing address
**HUNTER GAMBRELL**
**1855 MAXWELL ROAD**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 8**

Nonpriority creditor's name and mailing address
**HUSD ECDC PTO**
**1100 S RECKER RD**
**GILBERT, AZ 85296**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 9**

Nonpriority creditor's name and mailing address
**HYDE PARK MIDDLE SCHOOL BAND**
**900 HINSON ST**
**LAS VEGAS, NV 89107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 0**

Nonpriority creditor's name and mailing address
**HYDRO DYNAMICS**
**1151 BIRCH AVE**
**CLOVIS, CA 93611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.226 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HYGIENE SERVICES OF CENTRAL FLORIDA**<br>**PO BOX 12350**<br>**CHARLOTTE, NC 28220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HYGOLET INC**<br>**349 SE 2 AVE**<br>**DEERFIELD BEACH, FL 33441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hygolet Inc.**<br>**349 Se 2 Avenue**<br>**Deerfield Beach, FL 33441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **IDAHO DOL**<br>**ACCOUNTING BUREAU**<br>**317 WEST MAIN ST.**<br>**BOISE, ID 08373-5610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,998.08** |
|---|---|---|---|
| | **IGS ENERGY**<br>**PO BOX 936613**<br>**ATLANTA, GA 31193-6613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **IHIGH VIRTUAL ACADEMY ASB**<br>**3939 CONDE ST**<br>**SAN DIEGO, CA 92100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.226 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **IHS FRIENDS OF VOCAL MUSIC**<br>**4321 WALNUT AVENUE**<br>**IRVINE, CA 92620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.226 8**

Nonpriority creditor's name and mailing address
**Ikea**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.226 9**

Nonpriority creditor's name and mailing address
**IL STATE DISBURSEMENT UNIT**
**PO BOX 5400**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.227 0**

Nonpriority creditor's name and mailing address
**ILLINOIS STATE TREASURER**
**UNCLAIMED PROPERTY DIVISION**
**PO BOX 19496**
**SPRINGFIELD, IL 62794-9496**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.227 1**

Nonpriority creditor's name and mailing address
**ILLINOIS WHOLESALE CASH REGIST**
**2790 PINNACLE DRIVE**
**ELGIN, IL 60124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,069.59**

---

**3.227 2**

Nonpriority creditor's name and mailing address
**ILLINOIS WHOLESALE CASH REGIST**
**2790 PINNACLE DRIVE**
**ELGIN**
**IL, 60124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

**3.227 3**

Nonpriority creditor's name and mailing address
**IMAGERY MARKETING INC**
**PO BOX 105**
**GOLF**
**IL, 60029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$817.86**

---

**3.227 4**

Nonpriority creditor's name and mailing address
**Imagery Marketing Inc.**
**PO Box 105**
**Golf, IL 60029**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$34,542.50**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.227 5**

**Nonpriority creditor's name and mailing address**

**IMLAY PTA**
**5900 SE LOIS ST**
**HILSBORO, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,712.57**

---

**3.227 6**

**Nonpriority creditor's name and mailing address**

**IMPERIAL IRRIGATION DISTRICT**
**PO BOX 937**
**333 EAST BARIONI BLVD**
**IMPERIAL, CA 92251-0937**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,436.75**

---

**3.227 7**

**Nonpriority creditor's name and mailing address**

**In a Nut Shell**
**753 Montague Street**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 8**

**Nonpriority creditor's name and mailing address**

**IN MOTION INC**
**6116 INNOVATION WAY**
**CARLSBAD, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 9**

**Nonpriority creditor's name and mailing address**

**IN SYNC COMPUTER SOLUTIONS INC**
**23272 MILL CREEK ROAD DR**
**STE 110**
**LAGUNA HILLS, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 0**

**Nonpriority creditor's name and mailing address**

**INCOMM DIGITAL SOLUTIONS**
**111 SW 5TH AVE #900**
**PORTLAND, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 1**

**Nonpriority creditor's name and mailing address**

**INDIGO PROGRAM**
**530 GETTYSBURG DRIVE**
**SAN JOSE**
**CA, 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$217.08**

---

Debtor  **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**INDUSTRIAL ELECTRIC SERVICE**
PO BOX 3929
HUNTINGTON BEACH, CA 92605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$605.00** |
|---|---|---|---|

**INDUSTRIAL MAINTENANCE EQUIPMENT SERVICE**
8780 19TH ST  335
ALTA LOMA, CA 91701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,047.00** |
|---|---|---|---|

**INDUSTRIAL MAINTENANCE EQUIPMENT SERVICE**
8780 19TH ST  335
ALTA LOMA
CA, 91701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**INFINITY AIR CONDITIONING AND ELECTRICAL**
5027 IRWINDALE AVE
IRWINDALE, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**INFINITY ASSEMBLY**
28902 CURLEW LANE
LAGUNA NIGUEL, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**INFINITY ASSEMBLY  IORG**
27 SANTA AGATHA
RANCHO SANTA MARGARITA, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**INFOSYNC SERVICES**
1938 N WOODLAWN
WICHITA, KS 67208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

**INLAND VALLEY DSA**
**11069 KENYON WAY**
**IVDSA BUDDY WALK TEAM**
**RANCHO CUCAMONGA, CA 91701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

**INNOVASAFE INC**
**PO BOX 800256**
**VALENCIA, CA 91380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**INSCCU**
**PO BOX 6219**
**INDIANAPOLIS, IN 46206-6219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**INSIGHT LEADERSHIP LLC**
**3983 MONROE STREET**
**EUGENE, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

**INSTITUTE FOR PUBLIC STRATEGIES INC**
**2615 CAMINO DEL RIO SOUTH**
**STE 300**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**INTEGRATED OFFICE TECHNOLOGY**
**12150 MORA DR STE 2**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**INTEGRITY CLEANING SERVICE LLC**
**PO BOX 931325**
**NORCROSS, GA 30003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.229 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Interace**
3773 Corporate Center Drive
Earth City, MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,148.24 |
|---|---|---|---|

**INTERFACE SECURITY SYSTEMS HOLDINGS INC**
8339 SOLUTIONS CENTER
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,448.07 |
|---|---|---|---|

**INTERFACE SECURITY SYSTEMS HOLDINGS INC**
8339 SOLUTIONS CENTER
CHICAGO
IL, 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
PO BOX 24017
FRESNO, CA 93779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNATIONAL SCHOOL OF TUCSON**
1701 E SENECA ST
TUCSON, AZ 85719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNATIONAL SOCIETY FOR AUTI**
3275 W HILLSBORO BLVD STE 110
DEERFILED BEACH, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNATIONAL TABLEWARE INC**
300 PHILLIPS AVE
TOLEDO, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.230 3**

**Nonpriority creditor's name and mailing address**
**International Tableware, Inc**
**300 Phillips Avenue**
**Toledo, OH 43612**

Date(s) debt was incurred  2/14/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,551.80**

---

**3.230 4**

**Nonpriority creditor's name and mailing address**
**INTERNATIONAL TELEMATICS CORP**
**ONE BRIDGE PLAZA NORTH STE 100**
**FORT LEE, NJ 07024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 5**

**Nonpriority creditor's name and mailing address**
**INTERNATIONAL TRADE IMPACT**
**PO BOX 57079**
**PHILADELPHIA, PA 19111-7079**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 6**

**Nonpriority creditor's name and mailing address**
**Interstate Battery System**
**Of Southern California, Inc**
**INTERSTATE ALL BATTERY CENTER - PO Box 1**
**San Bernardino, CA 92423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**
**Interstate Meat Co. Inc.**
**DBA Sterling Pacific Meat Co.**
**6114 Scott Way**
**Commerce, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
**Interstate Meat Co. Inc.**
**DBA Sterling Pacific Meat Co.**
**6114 Scott Way**
**Commerce**
**CA, 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$34,880.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.2309**

**Nonpriority creditor's name and mailing address**

**INVALID VENDOR IN BOH FILE**
**CORRECT V# OR SET UP NEW**
**XXXXX, XX**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2310**

**Nonpriority creditor's name and mailing address**

**INVEN TRUST PROPERTIES CORP**
**PO BOX 677813**
**DEPT 44751 C/O PEMBROOKE PINES**
**DALLAS, TX 75267-7813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$2,085.34**

---

**3.2311**

**Nonpriority creditor's name and mailing address**

**INVEN TRUST PROPERTIES CORP**
**PEMBROKE PINES LLC**
**2809 BUTTERFIELD ROAD**
**OAK BROOK, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2312**

**Nonpriority creditor's name and mailing address**

**INVESTMENT RETRIEVERS**
**PO BOX 4733**
**EL DORADO HILLS, CA 95762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2313**

**Nonpriority creditor's name and mailing address**

**IOWA WORKFORCE DEVELOPMENT**
**TAX SECTION**
**1000 EAST GRAND AVE.**
**DES MOINES, IA 05031-9209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2314**

**Nonpriority creditor's name and mailing address**

**IRVINE HIGH SCH JR CLASS COUNCIL**
**159 ROSE ARCH**
**IRVINE, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2315**

**Nonpriority creditor's name and mailing address**

**IRVINE HIGH SCH NAT HONOR SOC**
**159 ROSE ARCH**
**IRVINE, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.231 6**

**Nonpriority creditor's name and mailing address**
**IRVINE HIGH SCH NAT HONOR SOC**
**159 ROSE ARCH**
**IRVINE**
**CA, 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$241.11**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**
**IRVINE HIGH SCHOOL**
**4321 WALNUT AVE**
**IRVINE ROBOTICS 7230**
**IRVINE, CA 92604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**
**IRVINE RANCH WATER DISTRICT**
**PO BOX 51403**
**LOS ANGELES, CA 90051-5703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,819.32**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**
**IRVINE UNIFIED SCHOOL DISTRICT**
**126 LACEFLOWER**
**C/O ALEX WILLIAMS**
**IRVINE, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**
**IRVING ROSETE**
**8062 LARSON AVE #D**
**GARDEN GROVE, CA 92844**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**
**IRVINGTON CLASS OF 2018**
**41800 BLACOW RD**
**FREMONT, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**
**IRVINGTON HIGH SCHOOL**
**41800 BLACOW RD**
**FREMONT, CA 94539**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.232 3**

**Nonpriority creditor's name and mailing address**
**IRVINGTON HIGH SCHOOL ASG**
**39440 DRAGONFLY ST**
**NEWARK, CA 94560**

Date(s) debt was incurred  3/5/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$126.38**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**
**IRVINGTON HIGH WATERPOLO TEAM**
**41800 BLACOW RD**
**FREMONT, CA 94538**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**
**IRVINGTON HS WATER POLO**
**91 DELTA GREEN**
**FREMONT, CA 94538**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**
**ISAAC VIEIRA**
**7128 LA SARRA DR**
**LANCASTER, CA 93536**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.232 7**

**Nonpriority creditor's name and mailing address**
**ISABEL MARTINEZ**
**2432 TRACE RD**
**SPRING VALLEY, CA 91978**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.232 8**

**Nonpriority creditor's name and mailing address**
**ISABELLA GERACI**
**4126 BRUNSWICK AVE**
**LOS ANGELES, CA 90039**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.232 9**

**Nonpriority creditor's name and mailing address**
**ISAEL TEXIDOR**
**613 ALPINE ST**
**ALTAMONTE SPRINGS, FL 32701**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2330**

Nonpriority creditor's name and mailing address
**ISAIAS LOPEZ**
**4766 LIMERICK AVE**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2331**

Nonpriority creditor's name and mailing address
**ISQL SYSTEMS**
**A D MAL INC**
**16731 WESTFIELD LANE**
**HUNTINGTON BEACH**
**CA, 92649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.2332**

Nonpriority creditor's name and mailing address
**ISRAEL ORTEGA**
**5563 RABADI CASTLE AVE NW**
**ALBUQUERQUE, NM 87114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2333**

Nonpriority creditor's name and mailing address
**Iti Tropicals, Inc.**
**Po Box 57079**
**Philadelphia, PA 19111-7079**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2334**

Nonpriority creditor's name and mailing address
**ITZEL VARGAS**
**475 VINEYARD PL**
**PASADENA, CA 91107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2335**

Nonpriority creditor's name and mailing address
**IVAN W RUSSELL**
**PO BOX 11623**
**ALBUQUERQUE, NM 87192**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$755.12**

---

**3.2336**

Nonpriority creditor's name and mailing address
**IVANN GARCIA**
**351 ALAMO WAY**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.2337**

**Nonpriority creditor's name and mailing address**
**IVETTE RENTERIA**
**3564 WINDRIFT WAY APT 245**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2338**

**Nonpriority creditor's name and mailing address**
**IVETTE RENTERIA**
**3564 WINDRIFT WAY APT 245**
**OCEANSIDE**
**CA, 92056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$53.81**

---

**3.2339**

**Nonpriority creditor's name and mailing address**
**IVY GONG**
**2310 FULTON ST  #202**
**BERKELEY, CA 94704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2340**

**Nonpriority creditor's name and mailing address**
**J ALAB BREAZEALE**
**5304 DENMEAD WAY**
**RALEIGH, NC 27613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2341**

**Nonpriority creditor's name and mailing address**
**J J JINKLEHEIMER AND COMPANY**
**2705 E GRAND RIVER AVE**
**HOWELL, MI 48843**

Date(s) debt was incurred  3/16/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$403.51**

---

**3.2342**

**Nonpriority creditor's name and mailing address**
**J MARLAN WALKER ELEMENTARY**
**SCHOOL**
**850 SCHOLAR STREET**
**J MARLAN WALKER ELEMENTARY SCH**
**HENDERSON, NV 89002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2343**

**Nonpriority creditor's name and mailing address**
**J W PLUMBING CO**
**5829 RODMAN STREET**
**HOLLYWOOD, FL 33029**

Date(s) debt was incurred  2/22/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,268.70**

---

Debtor    **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 3.234 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **J&A Pallets Accessory, Inc**<br>**6607 Doolittle Ave**<br>**Riverside, CA 92503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **J-C MARKETS INC**<br>**6716 N CEDAR AVE #209**<br>**FRESNO, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **J.P. HARRIS ASSOCIATES, LLC**<br>**P.O. BOX 226**<br>**MECHANICSBURG, PA 00017-0550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JACEY HINES-LEONARDO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JACK BANOVIC**<br>**4118 ROLLING SPRINGS DR**<br>**TAMPA, FL 33624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JACK GERALD INC**<br>**55 SOWELL STREET**<br>**MT PLEASANT, SC 29464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.235 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JACKIE BOEGEL**<br>**1008 POWELL DR**<br>**RALEIGH, NC 27606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.235**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,142.00 |
|---|---|---|
| **JACKSON ELECTRIC MEMBERSHIP CORPORATION**<br>**PO BOX 100**<br>**JEFFERSON, GA 30549-0100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Utilities__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.85 |
|---|---|---|
| **JACOB GOLD AND ASSOCIATES INC**<br>**TROOP 131**<br>**14850 N SCOTTSDALE ROAD #255**<br>**SCOTTSDALE**<br>**AZ, 85254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JACOB LOMBARDO**<br>**5006 WELLWORTH PT**<br>**SAN DIEGO, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JACQUELINE BENTON**<br>**229 COURTYARD BLVD APT 208**<br>**SUN CITY CENTER, FL 33573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JACQUELYN MARQUEZ**<br>**10748 FOOTHILL BLVD**<br>**SYLMAR, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAGADEESH KOTHURI**<br>**4192 MILFORD LANE**<br>**AURORA, IL 60504-2107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAMES BUNYARD**<br>**3815 LARIAT PL**<br>**FULLERTON, CA 92835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.235 8**

Nonpriority creditor's name and mailing address
**JAMES C LERY**
**6372 LAKE DORA AVE**
**SAN DIEGO, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235 9**

Nonpriority creditor's name and mailing address
**JAMES C WALLACE III**
**5370 OAKDALE ROAD**
**SMYRNA, GA 30082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$4,834.01**

---

**3.236 0**

Nonpriority creditor's name and mailing address
**JAMES C WALLACE JR**
**5370 OAKDALE ROAD**
**SMYRNA, GA 30082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$14,502.01**

---

**3.236 1**

Nonpriority creditor's name and mailing address
**JAMES CLOYD**
**4110 SE HAWTHORNE BLVD #946**
**PORTLAND, OR 97214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 2**

Nonpriority creditor's name and mailing address
**JAMES DAVILA**
**5883 TALAVERA ST**
**ORLANDO, FL 32807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 3**

Nonpriority creditor's name and mailing address
**JAMES DAVIS**
**12118 CAMINITO CAMPANA**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 4**

Nonpriority creditor's name and mailing address
**JAMES EDWARDS**
**760 BIRCH RIDGE DR**
**ROSWELL, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.236 5**

**Nonpriority creditor's name and mailing address**
**JAMES EVERHART**
**816 FINNBAR DR**
**CARY, NC 27519**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**
**JAMES FOSTER PTA PRESENTS**
**22500 PAMPLICO DR**
**SANTA CLARITA, CA 91350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**
**JAMES H BRONSON**
**46-293 WILLOW LN**
**INDIO, CA 92201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**
**JAMES HIGHFILL**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 9**

**Nonpriority creditor's name and mailing address**
**JAMES MADISON ELEMENTARY PTO**
**80 845 AVE 46**
**INDIO, CA 92201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 0**

**Nonpriority creditor's name and mailing address**
**JAMES PONCE**
**3334 MACEO STREET**
**LOS ANGELES, CA 90065**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**
**JAMES SMITH**
**10104 ROSE PETAL PL**
**RIVERVIEW, FL 33578**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.237 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES W MCMILLEN**<br>**2036 SE MARLEN DR**<br>**GRANTS PASS, OR 97527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,431.36 |
|---|---|---|
| **JAMESON KNIGHT**<br>**1315 ARLINGTON PL**<br>**EL CAJON, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/16/2020 | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.08 |
|---|---|---|
| **JAMESON MANAGEMENT INC**<br>**836 W WASHINGTON AVE**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.73 |
|---|---|---|
| **JAMESON MANAGEMENT INC**<br>**836 W WASHINGTON AVE**<br>**ESCONDIDO**<br>**CA, 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMIE DOWNEY**<br>**11041 MORNING CREEK DR SOUTH**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMILA CHAVEZ**<br>**932 SILVER LAKE DR**<br>**ACWORTH, GA 30102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JANA PERRY**<br>**4455 WEST MORROW DR**<br>**GLENDALE, AZ 85308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2379**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JANETH SALMERON**<br>**5630 SPRINGHOUSE DR  APT 19**<br>**PLEASANTON, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2380**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JARED SOTO**<br>**11350 MARKAB DR**<br>**SAN DIEGO, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2381**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAREK RIVERA**<br>**3683 PATRICK CT**<br>**PALM HARBOR, FL 34684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2382**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JARYN WILKINSON**<br>**2713 JEWELL DR**<br>**ARLINGTON, TX 76016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2383**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JASMINE MAGANA**<br>**625 S BALCOM AVE**<br>**FULLERTON, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2384**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JASON P STOCKING**<br>**304 INDIANA ST SE**<br>**ALBUQUERQUE, NM 87108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2385**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JASON VAN DUYNE**<br>**1432 WARDMAN DR**<br>**BREA, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.238 6**

Nonpriority creditor's name and mailing address

**JAYLEN LANGE**
**8573 MIGUEL VISTA PL**
**SAN DIEGO, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.238 7**

Nonpriority creditor's name and mailing address

**JAYLIN BLUE**
**9760 PARK TERRACE DR  #17**
**SANTEE, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.238 8**

Nonpriority creditor's name and mailing address

**JAYS SHARPENING**
**4310 W TOMPKINS AVE**
**LAS VEGAS, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$235.91**

---

**3.238 9**

Nonpriority creditor's name and mailing address

**JAYSON HOFF**
**15610 FREEMAN AVE**
**LAWNDALE, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.239 0**

Nonpriority creditor's name and mailing address

**JB PASSMORE INC**
**6575 W LOOP S STE 500**
**BELLAIRE, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,195.70**

---

**3.239 1**

Nonpriority creditor's name and mailing address

**JB PASSMORE INC**
**6575 W LOOP S STE 500**
**BELLAIRE**
**TX, 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$849.76**

---

**3.239 2**

Nonpriority creditor's name and mailing address

**JC FOODSERVICE INC**
**829 MONTEREY PASS RD**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$82,514.56**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.239 3**

**Nonpriority creditor's name and mailing address**
**JCS ICE PTO**
**777 SANTA FE DR**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 4**

**Nonpriority creditor's name and mailing address**
**JCS PLC PTO**
**539 ENCINITAS BLVD**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 5**

**Nonpriority creditor's name and mailing address**
**JDE CONSTRUCTION INC**
**1632 E BURNETT STREET**
**SIGNAL HILL, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$699.80**

---

**3.239 6**

**Nonpriority creditor's name and mailing address**
**JDR PROPERTY CORPORATION**
**4040 ED DRIVE SUITE 201**
**C/O CENTREX PROPERTIES INC**
**RALEIGH, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 7**

**Nonpriority creditor's name and mailing address**
**JEANNINE KOSEL**
**4605 BAKER CT NW**
**ALBUQUERQUE, NM 87114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**
**JEFF HERNANDEZ**
**7024 LADRILLO STREET**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 9**

**Nonpriority creditor's name and mailing address**
**JEFFERSON PTA**
**3922 GARFIELD ST**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2400**

**Nonpriority creditor's name and mailing address**
**JEFFERY D FARNO**
**14874 SW 39TH CT**
**MIRAMAR, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2401**

**Nonpriority creditor's name and mailing address**
**JEFFREY CORBIN**
**450 W VERMONT AVE**
**UNIT 608**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2402**

**Nonpriority creditor's name and mailing address**
**JEFFREY N CARL**
**355 BEACON RIDGE LN**
**WALNUT CREEK, CA 94597**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2403**

**Nonpriority creditor's name and mailing address**
**JEFFREY S ZIMBAUER**
**3495 NOTRE DAME DR**
**SANTA CLARA, CA 95051-1413**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2404**

**Nonpriority creditor's name and mailing address**
**JEINNY LOPEZ**
**11204 RANCHITO ST**
**EL MONTE, CA 91731**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2405**

**Nonpriority creditor's name and mailing address**
**JEINNY LOPEZ**
**11204 RANCHITO ST**
**EL MONTE**
**CA, 91731**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$161.72**

---

**3.2406**

**Nonpriority creditor's name and mailing address**
**JENNA VAN OMMEREN**
**5632 SAN CARLOS WAY**
**PLEASANTON, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.240 7**

**Nonpriority creditor's name and mailing address**

**JENNIFER ANN CHASSER**
**209 HENDRIX RD**
**WEST HENRIETTA, NY 14586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

**JENNIFER BANNING**
**7566 MEGAN ELISSA LANE**
**ORLANDO, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

**JENNIFER MIRANDA**
**3760 WEST 84TH AVE  APT 29**
**WESTMINSTER, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

**JENNIFER ROCKWOOD**
**8876 SW ASH MEADOWS CIRCLE #23**
**WILSONVILLE, OR 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

**JENNIFER SALSIBURG ANGELTOW**
**FLOORS GALORE AND MORE**
**4201 W SAILBOAT DR**
**COOPER CITY, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 2**

**Nonpriority creditor's name and mailing address**

**JENNIFER WRIGHT**
**3545 6TH AVE**
**SAN DIEGO, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 3**

**Nonpriority creditor's name and mailing address**

**JENSEN CAMERON**
**401 BOYD DR  #5201**
**GRAPEVINE, CA 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.241 4**

Nonpriority creditor's name and mailing address

**JENSON REFRIGERATION INC**
**PO BOX 57544**
**MURRAY, UT 84157**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.241 5**

Nonpriority creditor's name and mailing address

**JERI BURROUGHS**
**4746 FACULTY AVE**
**LONG BEACH, CA 90808**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.241 6**

Nonpriority creditor's name and mailing address

**JERRY BRENNER**
**1735 TIBURON CT**
**THOUSAND OAKS, CA 91362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.241 7**

Nonpriority creditor's name and mailing address

**JERRY LESMEISTER**
**4405 GREY HAVEN**
**SAINT LOUIS, MO 63128-3781**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.241 8**

Nonpriority creditor's name and mailing address

**JESHUA DIGRAVIO**
**110 MATISSE CIR**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.241 9**

Nonpriority creditor's name and mailing address

**JESSICA CARR**
**7515 FOX HOLLOW DR**
**PORT RICHEY, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.242 0**

Nonpriority creditor's name and mailing address

**JESSICA HOWELL**
**15019 NE 50TH ST**
**VANCOUVER, WA 98682**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.242<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JESSICA NEWMAN**
**28764 ARGO DRIVE**
**MENIFEE, CA 92586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JESSICA SERRATO**
**44540 ORCHARD LANE**
**LANCASTER, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JESSICA VELCICH**
**20439 CATALPA CT**
**CREST HILL, IL 60403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
|---|---|---|---|

**JESUS RAMIREZ MENDEZ**
**PO BOX 1311**
**SELMA, CA 93662-1311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JESUS RAMOS**
**4324 N 87TH AVE**
**PHOENIX, AZ 85037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JEVANNA GERRARD**
**2636 GRAND AVE  APT 326**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**JEVANNA GERRARD**
**2636 GRAND AVE  APT 326**
**SAN DIEGO**
**CA, 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.242 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jewel Apple Llc**<br>**601 N 1St Street**<br>**Yakima, WA 98902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JFC INTERNATIONAL INC**<br>**9693 DISTRIBUTION AVE**<br>**SAN DIEGO, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JFC INTERNATIONAL INC**<br>**PO BOX 875349**<br>**LOS ANGELES, CA 90087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JFC International, Inc**<br>**701 E. Slauson Ave**<br>**Los Angeles, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JHAMIR JENKINS**<br>**501 W PALM STREET**<br>**ALTADENA, CA 91001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JHON CORBETT**<br>**46 FAIRWAY CRESCENT**<br>**AMHERSTBURG, ON N9V 3T6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.48 |
|---|---|---|---|
| | **JILL STAFFORD**<br>**28061 PASEO ALDONZA**<br>**SAN JUAN CAPISTRANO, CA 92675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.243<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JIM DIXON**<br>**8004 MAUNA LOA DRIVE**<br>**ALBUQUERQUE, NM 87120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jim Lery** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JJ HENSLEY HOLDINGS LLC**<br>**PO BOX 12350**<br>**CHARLOTTE, NC 28220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JJ KELLER**<br>**PO BOX 6609**<br>**CAROL STREAM, IL 60197-6609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JJ KELLER**<br>**PO BOX 548**<br>**NEENAH, WI 54957-0548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.244<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,162.26 |
|---|---|---|---|
| | **JKJ FAIRVIEW LLC**<br>**2999 BOWERY LANE**<br>**SAN JOSE, CA 95135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.244<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JM ENTERPRISES LLC**<br>**175 LIVELY BLVD**<br>**ELK GROVE VILLAGE, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.244 2**

**Nonpriority creditor's name and mailing address**
**JOANA OLEA**
**3422 W CAROL AVE**
**PHOENIX, AZ 85051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 3**

**Nonpriority creditor's name and mailing address**
**JOB SERVICE NORTH DAKOTA**
**P.O. BOX 5507**
**BISMARCK, ND 58506-5507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 4**

**Nonpriority creditor's name and mailing address**
**JOBS DAUGHTER BETHEL  25**
**3590 N COUNTRY CLUB RD**
**JOBS DAUGHTERS INTERNATIONAL B**
**TUCSON, AZ 85716**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 5**

**Nonpriority creditor's name and mailing address**
**JOCELYN MARTINEZ**
**264 N SANDALWOOD AVE GEMINI**
**LA PUENTE, CA 91744**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 6**

**Nonpriority creditor's name and mailing address**
**JOE CO**
**4049 GEORGIA ST**
**SAN DIEGO, CA 92103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**
**JOE PITTMAN**
**4287 CENTENNIAL TR**
**DULUTH, GA 30096**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**
**JOEL ESPINOZA**
**1642 DOMAIN LOOP**
**RIO RANCHO, NM 87124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2449**

**Nonpriority creditor's name and mailing address**

**JOHN  SCHAEFER**
**326 MYRTLE DR**
**ARROYO GRANDE, CA 93420**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2450**

**Nonpriority creditor's name and mailing address**

**JOHN BRUNT**
**1478 EAST 6030 S**
**SALT LAKE CITY, UT 84121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2451**

**Nonpriority creditor's name and mailing address**

**JOHN CAUFIELD**
**622 SW 9TH AVE  APT 2A**
**PORTLAND, OR 97205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2452**

**Nonpriority creditor's name and mailing address**

**John Davis**
**2750 Wheatstone #53**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2453**

**Nonpriority creditor's name and mailing address**

**JOHN DONIS**
**11433 JERSEY STREET**
**THORNTON, CO 80233**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2454**

**Nonpriority creditor's name and mailing address**

**JOHN DOOLEY PTA**
**1940 CHICKASAW DR**
**HENDERSON, NV 89002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2455**

**Nonpriority creditor's name and mailing address**

**JOHN DOOLEY PTA**
**1940 CHICKASAW DR**
**HENDERSON**
**NV, 89002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$65.95**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.245 6**

Nonpriority creditor's name and mailing address
**JOHN F KENNEDY HIGH SCHOOL**
**39999 BLACOW ROAD**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.245 7**

Nonpriority creditor's name and mailing address
**JOHN GOMES PTA**
**555 LEMOS LN**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.245 8**

Nonpriority creditor's name and mailing address
**JOHN HAMILTON**
**43058 41ST ST W**
**LANCASTER, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.245 9**

Nonpriority creditor's name and mailing address
**JOHN HAYWOOD**
**100 PARK PLAZA APT 3201**
**SAN DIEGO, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.246 0**

Nonpriority creditor's name and mailing address
**JOHN KNOX PRESBYTERIAN CHURCH**
**7421 AMARILLO ROAD**
**DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.246 1**

Nonpriority creditor's name and mailing address
**JOHN LUND**
**474 BEARCAT DR**
**SALT LAKE CITY, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.246 2**

Nonpriority creditor's name and mailing address
**JOHN MALCOM ELEMENTARY SCHOOL**
**27 BAWLEY ST**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.246 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHN MARLAS** <br> **3334 AUSTIN AVE** <br> **SIMI VALLEY, CA 93063** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHN SVOBODA STUDIOS INC** <br> **15 RANCHO CIRCLE** <br> **LAKE FOREST, CA 92630** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHNNY WONG** <br> **2012 ROLAND Glen RD** <br> **CARY, NC 27519** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Johnson Control Security Solutions Llc** <br> **PO BOX 371994** <br> **Pittsburgh, PA 15252** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHNSON COUNTY KEY SERVICEINC** <br> **7216 WEST 75TH STREET** <br> **OVERLAND PARK, KS 66204** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHNSON LANDSCAPES CONSTRUCTION INC** <br> **653 S MELROSE STREET** <br> **PLACENTIA, CA 92870** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.40** |
|---|---|---|---|
| | **JON URWILER** <br> **745 N GILBERT RD  STE 124 #166** <br> **GILBERT, AZ 85234** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2470**

**Nonpriority creditor's name and mailing address**     **$0.00**

**JONAH SAMONTE**
**8181 JADE COAST RD**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2471**

**Nonpriority creditor's name and mailing address**     **$0.00**

**JONAS SALK PTA**
**7825 FLANDERS DR**
**SAN DIEGO, CA 92126**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2472**

**Nonpriority creditor's name and mailing address**     **$125.47**

**JONAS SALK PTA**
**7825 FLANDERS DR**
**SAN DIEGO**
**CA, 92126**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2473**

**Nonpriority creditor's name and mailing address**     **$0.00**

**JONATHAN ANGELES**
**3009 EVELYN AVE**
**ROSEMEAD, CA 91770**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2474**

**Nonpriority creditor's name and mailing address**     **$0.00**

**JONATHAN LUNA**
**152 W 15TH AVE**
**ESCONDIDO, CA 92025**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2475**

**Nonpriority creditor's name and mailing address**     **$0.00**

**JONATHAN REIMANN**
**1616 S MAYFLOWER AVE UNIT E**
**MONROVIA, CA 91016**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2476**

**Nonpriority creditor's name and mailing address**     **$10,858.50**

**JONATHAN RICHER**
**3803 OCEANIC DR STE 203**
**OCEANSIDE, CA 92056**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/13/2020

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**JONATHAN VALERO**
**43367 GADSDEN AVE    APT 453**
**LANCASTER, CA 93534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**JORDAN CISNEROZ**
**3916 EAU CLAIR AVE**
**CERES, CA 95307**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**JORDAN KOPP**
**5395 EAST FOREST STREET**
**APACHE JUNCTION, AZ 85119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

**JORDAN MANUFACTURING INC**
**JORDAN UPHOLSTERY**
**PO BOX 44**
**PHILOMATH, OR 97370**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 1**

**Nonpriority creditor's name and mailing address**

**JORGE ALVARADO**
**1905 W LAS PALMORITAS DR**
**APT 2008**
**SAN JOSE, CA 92127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**JORGE CHAVEZ**
**8322 SYLVAN WOODS DRIVE**
**SARASOTA, FL 34243**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Jorge Mesina**
**3581 Linnet Drive**
**Lake Elsinor, CA 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Garden Fresh Restaurants LLC | Case number (if known) | 20-02477-LA7 |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**JORGE MESINA**
**3581 Linnet Drive**
**Lake Elsinor**
**CA, 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$121.34**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**JORGE RIVERA**
**1260 AGNEW ST**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**JOSE ANTONIO VARGAS PTA**
**220 N WHISMAN RD**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**JOSE ANTONIO VARGAS YMCA**
**2400 GRANT RD**
**MOUNTAIN VIEW, CA 94040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**JOSE ANTONIO VARGAS YMCA**
**2400 GRANT RD**
**MOUNTAIN VIEW**
**CA, 94040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$76.50**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**JOSE BANUELOS**
**PO BOX 5242**
**EL MONTE, CA 91734**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

**JOSE BANUELOS**
**11022 W HONDO PRWY #2**
**TEMPLE CITY, CA 91780**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.249 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE CASTILLO**<br>**805 NAVIGATOR WAY**<br>**OXNARD, CA 93035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE CHAVEZ HERRERA**<br>**11121 W MONTEROSA ST**<br>**PHOENIX, AZ 85037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE COVARRUBIAS**<br>**8837 JADE COAST DR**<br>**SAN DIEGO, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE ESPINOZA**<br>**2709 BREEZY LANE**<br>**CASTLE ROCK, CO 80109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE FRANCO VARELA**<br>**5551 BLACKWELDER ST**<br>**LOS ANGELES, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE FUENTES**<br>**12055 SW WHYWORRY LN  APT 4**<br>**BEAVERTON, OR 97008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.249 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **JOSE MIGUEL GONZALEZ**<br>**1156 AUGUSTA PL**<br>**CHULA VISTA, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.2498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE MONTOYA**
**8997 FALCON POINTE LOOP**
**FORT MYERS, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE ROCHA**
**909 AVENIDA DE SAN CLEMENTE**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH DIAZ**
**131 N COFFMAN ST**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$111.22** |
|---|---|---|---|

**JOSEPH DIAZ**
**131 N COFFMAN ST**
**ANAHEIM**
**CA, 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH MELLO**
**7311 NICARAGUA CIRCLE**
**BUENA PARK, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH MUELLER**
**190 MANOR BLVD  #1013**
**NAPLES, FL 34104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH TAITINGFONG**
**13658 ESTERO CIRCLE**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.250 5**

**Nonpriority creditor's name and mailing address**
**JOSHUA CLARK**
**131 CALLA AVE**
**IMPERIAL BEACH, CA 91932**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**
**JOSHUA GALLIPOLI**
**12405 MANGAS TRAIL NE**
**ALBUQUERQUE, NM 87111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**
**JOSHUA GARAY**
**2510 W WARNER AVE**
**SANTA ANA, CA 92704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**
**JOSHUA TAYLOR**
**14212 SW 112TH AVE APT D8**
**TIGARD, OR 97224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**
**JOSUE HERRERA**
**3233 EAST AVE S 1**
**PALMDALE, CA 93550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.251 0**

**Nonpriority creditor's name and mailing address**
**JOY CONE CO**
**JOY LOCKBOX**
**PO BOX 71972**
**CHICAGO, IL 60694-1972**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**
**Joy Cone Co.**
**Joy Lockbox**
**PO BOX 71972**
**Chicago, IL 60694-1972**

Date(s) debt was incurred  3/13/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$77,481.30**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.251 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JPT MARCHING BAND AND COLOR GUARD** | ☐ Contingent | |
| | **934 N UNIVERSITY DRIVE STE 427** | ☐ Unliquidated | |
| | **CORAL SPRINGS, FL 33071** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.251 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN ALVAREZ RAMIREZ** | ☐ Contingent | |
| | **405 N LA REINA ST** | ☐ Unliquidated | |
| | **ANAHEIM, CA 92801** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN CAMBEROS** | ☐ Contingent | |
| | **1435 1/2 W 227TH ST** | ☐ Unliquidated | |
| | **TORRANCE, CA 90501** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN CHAVEZ** | ☐ Contingent | |
| | **6601 E AVALON DR  #1** | ☐ Unliquidated | |
| | **SCOTTSDALE, AZ 85251** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN COPETE** | ☐ Contingent | |
| | **3260 CLOVERPLACE DR** | ☐ Unliquidated | |
| | **PALM HARBOR, FL 34684** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN MARTINEZ** | ☐ Contingent | |
| | **3149 ADELINA AVE** | ☐ Unliquidated | |
| | **NORCO, CA 92860** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JUAN MORENO** | ☐ Contingent | |
| | **44058 FINE STREET** | ☐ Unliquidated | |
| | **LANCASTER, CA 93536** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2519**

Nonpriority creditor's name and mailing address

**JUAN NAVARETTE**
**36188 SANDALWOOD ST**
**NEWARK, CA 94560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2520**

Nonpriority creditor's name and mailing address

**JULEE FERGUSON**
**26552 CARRETAS DRIVE**
**MISSION VIEJO, CA 92691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2521**

Nonpriority creditor's name and mailing address

**JULIA SMALL**
**4504 ILLINOIS ST**
**SAN DIEGO, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2522**

Nonpriority creditor's name and mailing address

**JULIANNA LANEY**
**8940 SW PACER DR**
**BEAVERTON, OR 97008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2523**

Nonpriority creditor's name and mailing address

**JULIO A MARTIN FAMILY TRUST**
**2657 OMAHA AVE**
**CLOVIS, CA 93619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

$13,478.37

---

**3.2524**

Nonpriority creditor's name and mailing address

**JUN ATOL CHOI**
**11921 FAYE AVE**
**GARDEN GROVE, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2525**

Nonpriority creditor's name and mailing address

**JUSTIN COBE**
**470 CROSS ROAD**
**GURNEE, IL 60031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.252 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTIN WARREN BRODIE**
**1220 W ALAMEDA DR #119**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JVHS BOPO**
**7600 SOLOMON STREET**
**JERSEY VILLAGE, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**K AND R LLC**
**4833 FRONT ST  B102**
**CASTLE ROCK, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**K JOHNSON PARTNERS LP**
**PO BOX 231400**
**ENCINITAS, CA 92023-1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**K LEE**
**5166 HOOK HOLLOW CIR**
**ORLANDO, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**K2 ELECTRIC INC**
**4038 E SUPERIOR AVE #102**
**PHOENIX, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAI SAKATA**
**80 AGAVE**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.253
3**

**Nonpriority creditor's name and mailing address**

**KAIDEN KURIAN
715 W OCEAN AVE
LANTANA, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
4**

**Nonpriority creditor's name and mailing address**

**KALVIN SAELEE
24661 AMADOR ST #10
HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
5**

**Nonpriority creditor's name and mailing address**

**KAMILA PORTER
4391 N WOLFORD RD
TUCSON, AZ 85749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
6**

**Nonpriority creditor's name and mailing address**

**KAMRAN AND COMPANY INC
411 E MONTECITO ST
SANTA BARBARA, CA 93101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$23,158.19**

---

**3.253
7**

**Nonpriority creditor's name and mailing address**

**KANSAS EMPLOYMENT SECURITY FND
PO BOX 400
TOPEKA, KS 06660-1400**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
8**

**Nonpriority creditor's name and mailing address**

**KANSAS STATE TREASURER
UNCLAIMED PROPERTY
900 SW JACKSON ST #201
TOPEKA, KS 66612-1235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
9**

**Nonpriority creditor's name and mailing address**

**KANTO VIGO
10435 LINDLEY AVE  #201
NORTHRIDGE, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2540**

**Nonpriority creditor's name and mailing address**
**KAPJOO KIM**
**PO BOX 26669**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2541**

**Nonpriority creditor's name and mailing address**
**KAREN BROWNER**
**3431 HIGH BLUFF DR**
**DALLAS, TX 75234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2542**

**Nonpriority creditor's name and mailing address**
**KAREN GARCIA**
**835 GRAND AVE  APT 13**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2543**

**Nonpriority creditor's name and mailing address**
**KAREN M. LITTLE**
**20 WAYNE AVENUE**
**HANOVER, PA 00017-3310**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2544**

**Nonpriority creditor's name and mailing address**
**KAREN PACHECO**
**1520 W COMMONWEALTH AVE APT C**
**ALHAMBRA, CA 91803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2545**

**Nonpriority creditor's name and mailing address**
**KAREN RAMOS**
**7002 TRAIL VALLEYWAY**
**HOUSTON, TX 77086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2546**

**Nonpriority creditor's name and mailing address**
**KARIEL GONZALEZ**
**2818 W ROBSON ST**
**TAMPA, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.254 7**

**Nonpriority creditor's name and mailing address**
**KARIN RODRIGUEZ**
**1637 W 55TH ST**
**LOS ANGELES, CA 90062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**
**KARLA KILLEEN**
**261 VIA DEL CERRITO**
**ENCINITAS, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**
**KARLA QUEZADA**
**21622 MARGUERITE PKWY**
**APT 353**
**MISSION VIEJO, CA 92692**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**
**KARLYN WATKINS**
**6654 JUMILLA AVE**
**WINNETKA, CA 91306**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 1**

**Nonpriority creditor's name and mailing address**
**KARYNN CAPACETE**
**12054 CAMINITO CAMPANA**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 2**

**Nonpriority creditor's name and mailing address**
**KASHIA**
**PO BOX 637**
**BLANDING, UT 84511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**
**KASSANDRA SALAZAR**
**13850 CHERVIL CT**
**MORENO VALLEY, CA 92553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.255 4**

**Nonpriority creditor's name and mailing address**

**KATHEL LUNDY**
**1134 MIRA MAR AVENUE APT 2**
**LONG BEACH, CA 90804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

**KATHERINE GUTIERREZ**
**39405 FRENCH ROAD**
**LADYLAKE, FL 32159**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

**KATHERINE TARANTIK**
**4839 SILVERMOSS DR**
**SARASOTA, FL 34243-5159**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**

**KATHRYN FRANKLIN**
**2720 TWIN BROOKS DRIVE**
**DALLAS, TX 75252**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**

**KATHRYN HUGHES PTA**
**4949 CALLE DE ESCUELA**
**SANTA CLARA, CA 95054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255 9**

**Nonpriority creditor's name and mailing address**

**KATHRYN HUGHES PTA**
**4949 CALLE DE ESCUELA**
**SANTA CLARA**
**CA, 95054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$91.14**

---

**3.256 0**

**Nonpriority creditor's name and mailing address**

**KATHRYN LIMAS**
**32750 RANCHO AMERICANA PLACE**
**ACTON, CA 93510**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.256 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN PFISTER**
**166 ELSA JANE LANE**
**PITTSBORO, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN ROSE**
**6120 CHARLEY COTE**
**RALEIGH, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHY METCALF**
**11540 CHIMNEY ROCK  #221**
**HOUSTON, TX 77035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATIE CARDENAS**
**1609 SOUTH WADE AVE**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAVITA PATEL**
**1236 9TH STREET**
**MANHATTAN BEACH, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAYANNA LIVINGOOD**
**5013 NE 128TH CT**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAYLAN BAILEY**
**15360 E CENTER AVE**
**APT M203**
**AURORA, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.256 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYREN SAUNDERS**
**201 HILLARD COURT**
**WILMINGTON, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,897.11** |
|---|---|---|---|

**KAZARS ELECTRIC INC**
**10600 LAND O LAKES BLVD**
**LAND O LAKES, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,330.00** |
|---|---|---|---|

**KC POWER CLEAN INC**
**2500 E IMPERIAL HWY STE 201 #3**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KCMO CITY TREASURER**
**P O BOX 843326**
**KANSAS CITY, MO 64184-3326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,223.00** |
|---|---|---|---|

**KCS SERVICES INC**
**PO BOX 280217**
**LAKEWOOD, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KD SERVICE GROUP LLC**
**3820 REVERE STREET STE C&D**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KEANAN GAHM**
**9238 PINEY CREEK RD**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**KEANE DEQUIROZ**
**1818 WEST ADAMS ST**
**SANTA ANA, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**KEITH LUM YOU**
**3525 E HAMPTON CIRCLE**
**ALVA, FL 33920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**KEITH SHAPIRO**
**1044 WEST BALMORAL AVE**
**APT 5C**
**CHICAGO, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**KELLER AND HECKMAN LLP**
**1001 G STREET NW STE 500W**
**WASHINGTON, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**KELLEY DRYE & WARREN LLP**
**101 PARK AVE**
**NEW YORK, NY 10178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**KELLY BERNACKI**
**3345 KIRCHOFF ROAD UNIT 5C**
**ROLLING MEADOWS, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**KELLY ELEMENTARY PTA**
**4885 KELLY DRIVE**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.258 2**

Nonpriority creditor's name and mailing address
**KELLY RITTENBERG**
**1087 JAEGER RD**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 3**

Nonpriority creditor's name and mailing address
**KELLY SEGRA**
**1751 WEST CITRICADO PKWY**
**SPACE #223**
**ESCONDIDO, CA 92029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 4**

Nonpriority creditor's name and mailing address
**KELO INVESTMENTS LLC**
**2300 NW 71ST PL**
**GAINESVILLE, FL 32653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$156.36**

---

**3.258 5**

Nonpriority creditor's name and mailing address
**KELO INVESTMENTS LLC**
**2300 NW 71ST PL**
**GAINESVILLE**
**FL, 32653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$462.37**

---

**3.258 6**

Nonpriority creditor's name and mailing address
**KELSEY FRANCO**
**901 NW 24TH AVE**
**BATTLE GROUND, WA 98604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$92.98**

---

**3.258 7**

Nonpriority creditor's name and mailing address
**KELSEY JOHNSON**
**143 SOUTHERN RD**
**EL CAJON, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 8**

Nonpriority creditor's name and mailing address
**KELSEY REEL**
**40480 WINDSOR RD**
**TEMECULA, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.258 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,855.42 |
|---|---|---|---|
| | **KELTON PROPERTIES** <br> **PO BOX 4005** <br> **2716 OCEAN PARK BLVD #3006** <br> **SANTA MONICA, CA 90405-5207** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Rent ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KEN SANTOLLA** <br> **3548 HAWKWOOD RD** <br> **DIAMOND BAR, CA 91765** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,345.57 |
|---|---|---|---|
| | **Ken's Foods** <br> **Po Box 6197** <br> **Boston, MA 02212-6197** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  1/28/2020, 3/12/2020 | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kendal Frozen Fruits, Inc.** <br> **130 Newport Center Drive, Suite 105** <br> **Newport Beach, CA 92660** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kendall Electrical** <br> **1200 Williams Drive, Ste 1202** <br> **Marietta, GA 30066** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KENDRA MOORE** <br> **922 GROVE STREET** <br> **DEKALB, IL 60115** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KENNEDY PTA** <br> **35430 BLACKBURN DR** <br> **NEWARK, CA 94560** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.259 6**

**Nonpriority creditor's name and mailing address**
**KENNESAW STATE UNIVERSITY**
**395 COBB AVE NW  MD 0507**
**KENNESAW, GA 30144-5591**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 7**

**Nonpriority creditor's name and mailing address**
**KENNETH CORTES PAGAN**
**222 N HIAWASSEE RD  #20**
**ORLANDO, FL 32835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 8**

**Nonpriority creditor's name and mailing address**
**KENS FOODS**
**PO BOX 6197**
**BOSTON, MA 02212-6197**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 9**

**Nonpriority creditor's name and mailing address**
**Kent Precision Foods Group Inc**
**26948 Network Place**
**Chicago, IL 60673-1269**

Date(s) debt was incurred  2/17/2020, 2/21/2020, 3/6/2020, 3/10/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$117,101.60

---

**3.260 0**

**Nonpriority creditor's name and mailing address**
**Kent Precision Foods Group Inc**
**26948 Network Place**
**Chicago**
**IL, 60673-1269**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$25,104.80

---

**3.260 1**

**Nonpriority creditor's name and mailing address**
**KENTON  COUNTY FISCAL COURT**
**303 COURT STREET**
**ROOM 311**
**COVINGTON, KY 00041-0110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.260 2**

**Nonpriority creditor's name and mailing address**
**KENTUCKY CHILD SUPPORT**
**ENFORCEMENT**
**PO BOX 14059**
**LEXINGTON, KY 40512-4059**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Garden Fresh Restaurants LLC__      Case number (if known) __20-02477-LA7__
Name

| | |
|---|---|
| 3.260 3 | **Nonpriority creditor's name and mailing address** **KERI HWANG** **17917 PUEBLO VISTA LANE** **SAN DIEGO, CA 92127** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 4 | **Nonpriority creditor's name and mailing address** **Kerry's Print Shop, Inc.** **3969 South Main Street # 140** **Acworth, GA 30101** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 5 | **Nonpriority creditor's name and mailing address** **KERWIN PLUMBING AND HEATING INC** **PO BOX 1176** **BROOMFIELD, CO 80038-1176** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 6 | **Nonpriority creditor's name and mailing address** **KEUKA FOOTWEAR INC** **7201 SOLUTIONS CENTER** **CHICAGO, IL 60677** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 7 | **Nonpriority creditor's name and mailing address** **KEVAN LANGLEY** **2387 CHATHAM ST** **EL CAJON, CA 92020** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 8 | **Nonpriority creditor's name and mailing address** **KEVIN A SHUTTLEWORTH** **2934 N SAYRE** **CHICAGO, IL 60634** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.260 9 | **Nonpriority creditor's name and mailing address** **KEVIN DONOVAN** **PACIFIC BACKFLOW TESTING** **16105 PAYTON** **IRVINE, CA 92620** |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2610**

**Nonpriority creditor's name and mailing address**

**KEVIN ENRIQUEZ**
**30 MICHAEL GROVE**
**BOZEMAN, MT 59718**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2611**

**Nonpriority creditor's name and mailing address**

**KEVIN GERALD INVESTIMENT COMPANY INC**
**15260 VENTURA BLVD  STE 1200**
**SHERMAN OAKS, CA 91403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2612**

**Nonpriority creditor's name and mailing address**

**KEVIN GOWING**
**1209 NAVELLO STREET**
**EL CAJON, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2613**

**Nonpriority creditor's name and mailing address**

**KEVIN LAIRD**
**107 ALDER LANE**
**CARY, NC 27518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2614**

**Nonpriority creditor's name and mailing address**

**KEVIN LAVERTU**
**6910 GALATINA PLACE**
**RANCHO CUCAMONGA, CA 91701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2615**

**Nonpriority creditor's name and mailing address**

**KEVIN LEE**
**3308 N STREET**
**VANCOUVER, WA 98663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2616**

**Nonpriority creditor's name and mailing address**

**KEVIN MARTINDALE**
**935 W 3RD AVE**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$46.93**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.261 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN MICHAEL WITCOMBE**
**PO BOX 4597**
**CLEARWATER, FL 33758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**KEVIN PAIGE ENTERPRISES LLC**
**6107 SW MURRAY BLVD 217**
**BEAVERTON, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.08 |
|---|---|---|---|

**KEY CLUB DIVISION 4 EAST**
**16282 E MAIN ST APT 19A**
**TUSTIN**
**CA, 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.92 |
|---|---|---|---|

**KEYSTON BROS INC**
**9669 AERO DRIVE**
**SAN DIEGO, CA 92123-1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/21/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEYSTONE COLLECTION GROUP- EIT**
**PO BOX 559**
**IRWIN, PA 00015-6420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEYSTONE COLLECTION GROUP- LST**
**PO BOX 559**
**IRWIN, PA 00015-6420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,203.00 |
|---|---|---|---|

**KGC LP**
**CALIFORNIA BANK & TRUST**
**5500 GROSSMONT CENTER DR #408**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.262 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIARA JONES** **148 CHRISTEN WAY** **SAN MARCOS, CA 92069** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIDDIES KORNER LLC** **12334 OAK KNOLL RD** **POWAY, CA 92064** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIECKHAFER SCHIFFER & CO LLP** **6201 OAK CANYON DRIVE #200** **IRVINE, CA 92618** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KILEY AND SONS INC** **PO BOX 782** **LADY LAKE, FL 32158-0782** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,909.02** |
|---|---|---|---|
| | **KIM BIG 2 JV LP** **PO BOX 62045** **NEWARK, NJ 07101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIM FALGUNI PATEL** **3071 SEAFIELD CT** **SAN JOSE, CA 95148** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIM REED** **9716 CANLEY AVE** **LAS VEGAS, NV 89149** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Garden Fresh Restaurants LLC**

Name

Case number (if known) **20-02477-LA7**

---

**3.263**
**1**

**Nonpriority creditor's name and mailing address**
**KIMBERLY ANAYA**
**1119 E GAREY AVE #6**
**WEST COVINA, CA 91790**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
**2**

**Nonpriority creditor's name and mailing address**
**KIMBERLY S ZUPFER**
**6789 JAPATUL VISTA LANE**
**ALPINE, CA 91901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
**3**

**Nonpriority creditor's name and mailing address**
**KIMCO REALTY CORPORATION**
**PO BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$25,789.54

---

**3.263**
**4**

**Nonpriority creditor's name and mailing address**
**KINETICO INCORPORATED**
**10845 KINSMAN ROAD**
**NEWBURY, OH 44065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
**5**

**Nonpriority creditor's name and mailing address**
**KINGS POINT IN TAMARAC INC**
**7620 NOB HILL RD**
**TAMARAC, FL 33321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
**6**

**Nonpriority creditor's name and mailing address**
**KINO LEARNING CENTER**
**6625 NORTH FIRST AVE.**
**TUCSON, AZ 85718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
**7**

**Nonpriority creditor's name and mailing address**
**KINSEY BARRETO**
**1729 N 1ST ST APT 11202**
**SAN JOSE, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**KIRSTEN CREER**
**1700 LIBRA ST**
**NEWBERG, OR 97132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**KISSEL LANDSCAPING &**
**11639 ROCK LAKE TERRACE**
**BOYNTON BEACH, FL 33473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**KISSEL LANDSCAPING &**
**11639 ROCK LAKE TERRACE**
**BOYNTON BEACH**
**FL, 33473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**KIVA ELEMENTARY PTO**
**3932 NORTH 87TH STREET**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

**KIWANIS CLUB OF SUNRISE VISTA**
**PO BOX 142**
**VISTA, CA 92085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

**KIWANIS DIVISION 10**
**300 COLORADO BLVD**
**ATTN JESSICA GOEIJ**
**PASADENA, CA 91105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

**KJP ORANGE PARK LLC**
**PO BOX 231400**
**ENCINITAS, CA 92023-1400**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KLEE TUCHIN BOGDANOFF & STERN STERN** | ☐ Contingent | |
| | **1999 AVENUE OF THE STARS 39TH** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90067** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KNIFE GUYS** | ☐ Contingent | |
| | **3412 STANFORD DR NE** | ☐ Unliquidated | |
| | **ALBUQUERQUE, NM 87107** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83.69** |
|---|---|---|---|
| | **KNIGHT FIELD HOCKEY CLUB** | ☐ Contingent | |
| | **1454 GOLDEN SUNSET DR** | ☐ Unliquidated | |
| | **SAN MARCOS** | ☐ Disputed | |
| | **CA, 92078** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KNIGHTS OF COLUMBUS #13111** | ☐ Contingent | |
| | **51 MARKETPLACE** | ☐ Unliquidated | |
| | **IRVINE, CA 92602** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KNOB HILL ELEMENTARY PTO** | ☐ Contingent | |
| | **1825 KNOB HILL RD** | ☐ Unliquidated | |
| | **SAN MARCOS, CA 92069** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KNOPKE COMPANY LLC** | ☐ Contingent | |
| | **PO BOX 1612** | ☐ Unliquidated | |
| | **DES MOINES, IA 50306-1612** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KNOWRESOLVE** | ☐ Contingent | |
| | **PO BOX 380435** | ☐ Unliquidated | |
| | **CLINTON TOWNSHIP, MI 48038** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.265 2**

**Nonpriority creditor's name and mailing address**
**KNOX COLOR GUARD BOOSTER CLUB**
**203 BLUE RIDGE DR**
**SHENANDOAH, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 3**

**Nonpriority creditor's name and mailing address**
**KOACH GLASS INC**
**4560 N PALMETTO AVE**
**WINTER PARK, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 4**

**Nonpriority creditor's name and mailing address**
**KODAWEST**
**7350 GOLFCREST PLACE #3023**
**C/O LYNNETTE MILLER**
**SAN DIEGO, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 5**

**Nonpriority creditor's name and mailing address**
**KODNER WATKINS KLOECKER LC**
**7800 FORSYTH BLVD STE 700**
**ST LOUIS, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 6**

**Nonpriority creditor's name and mailing address**
**KOL AMI SISTERHOOD**
**3919 MORAN ROAD**
**TAMPA, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 7**

**Nonpriority creditor's name and mailing address**
**KOLB PFC**
**3150 PALERMO DRIVE KOLBPFC.OR**
**DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.265 8**

**Nonpriority creditor's name and mailing address**
**KOMEN 3 DAY FOR THE CURE**
**34635 W ECLIPSE RD**
**ATTN TANYA ALVARADO**
**STANFIELD, AZ 85172**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2659**

**Nonpriority creditor's name and mailing address**
**KRAFT KLUB INC**
**4671 STATE STREET**
**MONTCLAIR, CA 91763**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2660**

**Nonpriority creditor's name and mailing address**
**KRAUSZ PUENTE LLC**
**PO BOX 10**
**ARCADIA MANAGEMENT GROUP**
**SCOTTSDALE, AZ 85252**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$14,454.89**

---

**3.2661**

**Nonpriority creditor's name and mailing address**
**KRISTEN TENANTY**
**3920 TWIGGS ST**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2662**

**Nonpriority creditor's name and mailing address**
**KRISTIN CARPENTER**
**18106 CHIEFTAIN CT**
**SAN DIEGO, CA 92127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$183.93**

---

**3.2663**

**Nonpriority creditor's name and mailing address**
**KRISTIN MCCOY**
**17105 W BERNARDO DR #208**
**RANCHO BERNARDO, CA 92127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2664**

**Nonpriority creditor's name and mailing address**
**KRISTINA MARCHESANO**
**10040 LEAVESLY TRAIL**
**SANTEE, CA 92071**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2665**

**Nonpriority creditor's name and mailing address**
**KRISTINA RAMIREZ**
**8312 BELLHAVEN ST**
**LA PALMA, CA 90623**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.266 6**

**Nonpriority creditor's name and mailing address**
**KRUEGER COMMUNICATIONS LLC**
**1222 PRESTON WAY**
**VENICE, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.266 7**

**Nonpriority creditor's name and mailing address**
**KRUEGER COMMUNICATIONS LLC**
**4223 GLENCOE AVE STE #C100**
**MARINA DEL REY, CA 90292**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**
**KRUTI PATEL**
**10222 NEVADA AVE**
**CHATSWORTH, CA 91311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**
**KRYSTYNE SOK**
**5909 NE 34TH ST**
**VANCOUVER, WA 98661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 0**

**Nonpriority creditor's name and mailing address**
**KTF INC**
**30650 RANCHO CALIFORNIA RD**
**STE D406-61**
**TEMECULA, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.267 1**

**Nonpriority creditor's name and mailing address**
**KUHLMANN ENTERPRISES INC**
**PO BOX 41400**
**PHOENIX, AZ 85080-1400**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$40.60**

---

**3.267 2**

**Nonpriority creditor's name and mailing address**
**KUMEYAAY ELEMENTARY FOUNDATION**
**6475 ANTIGUA BLVD**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.267 3**

**Nonpriority creditor's name and mailing address**
**KURDIAN PLUMBING INC**
**3135 VERDUGO RD**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$970.00**

---

**3.267 4**

**Nonpriority creditor's name and mailing address**
**KYLE CAULDREN**
**839 BALBOA COURT**
**SAN DIEGO, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 5**

**Nonpriority creditor's name and mailing address**
**KYLIE HAWLEY**
**10417 BYRUM WOODS DR**
**RALEIGH, NC 27613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 6**

**Nonpriority creditor's name and mailing address**
**KYRENE DEL NORTE PTO**
**1331 E REDFIELD RD**
**TEMPE, AZ 85283**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 7**

**Nonpriority creditor's name and mailing address**
**L+ L PRINTERS CARLSBAD LLC**
**6200 YARROW DRIVE**
**CARLSBAD, CA 92011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 8**

**Nonpriority creditor's name and mailing address**
**LA COLONIA COMMUNITY FOUNDATIO**
**816 JUANITA STREET**
**SOLANA BEACH, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267 9**

**Nonpriority creditor's name and mailing address**
**LA COUNTY CLERK**
**PO BOX 1208**
**NORWALK, CA 90651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

| | | |
|---|---|---|
| 3.268 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA COUNTY SUPERIOR COURT**
**111 NORTH HILL STREET RM 113**
**LOS ANGELES, CA 90012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA MEGA MUNDIAL LLC**
**4500 SATELLITE BLVD  STE 2120**
**DULUTH, GA 30096**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA MESA ARTS ACADEMY PTSA**
**4200 PARKS AVENUE**
**LA MESA, CA 91941**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 3 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA MIRADA ACADEMY PTO**
**3697 LA MIRADA**
**SAN MARCOS, CA 92078**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA PALOMA ACADEMY LAKESIDE**
**8140 E GOLF LINKS**
**TUCSON, AZ 85730**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA QUINTA HIGH SCHOOL**
**DARLENE DO**
**10332 FINCHLEY AVENUE**
**WESTMINSTER, CA 92683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LA QUINTA HIGH SCHOOL WRESTLING**
**79255 WESTWARD HO DRIVE**
**LA QUINTA, CA 92253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.268 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LA QUINTA KEY CLUB**
**9634 NEWFAME CIR**
**FOUNTAIN VALLEY**
**CA, 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6.03

---

| 3.268 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LA QUINTA NHS**
**15152 SPAR ST**
**GARDEN GROVE**
**CA, 92843**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$24.07

---

| 3.268 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LADS N LASSIES SQUARE DANCE CLUB**
**17101 LANARK ST**
**LAKE BALBOA, CA 91406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.269 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LADY MARINER BASKETBALL BOOSTER**
**PO BOX 6041**
**GARDEN GROVE, CA 92846**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.269 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAGUNA NIGUEL JR ACADEMY**
**29702 KENSINGTON DR**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.269 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAKE MAGDALENE ELEMENTARY PTA**
**2002 PINE LAKE DR**
**TAMPA, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.269 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAKE OSWEGO HIGH SCHOOL**
**2501 COUNTRY CLUB RD**
**LAKE OSWEGO, OR 97034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.269 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.59 |
|---|---|---|---|

**LAKER CLUB**
**1592 BAY VIEW LANE**
**LAKE OSWEGO**
**OR, 97034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKEWOOD HIGH SCHOOL**
**4400 BRIERCREST AVE**
**LAKEWOOD, CA 90713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKISHA BRANNON**
**10657 CAMINITO ALVAREZ**
**SAN DIEGO, CA 92126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAMBDA THETA NU SORORITY INC**
**560 S FERNWOOD ST APT 10**
**WEST COVINA, CA 91791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43.72 |
|---|---|---|---|

**LAMBDA THETA NU SORORITY INC**
**560 S FERNWOOD ST APT 10**
**WEST COVINA**
**CA, 91791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANAIR GROUP LLC**
**330 N BRAND BLVD  STE 600**
**GLENDALE, CA 91203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $896.37 |
|---|---|---|---|

**LAND SERVICES LANDSCAPE**
**901 BROWN ROAD**
**FREMONT, CA 94539**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.270 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$630.00** |
|---|---|---|---|
| | **LAND SERVICES LANDSCAPE**<br>**901 BROWN ROAD**<br>**FREMONT**<br>**CA, 94539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LANDELS PTA**<br>**115 W DANA ST**<br>**MOUNTAIN VIEW, CA 94041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LANDGRAPHICS**<br>**5752 KEARNY VILLA RD**<br>**SAN DIEGO, CA 92123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LANDINGS OF SARASOTA FLORIDA**<br>**17800 LAUREL PARK DRIVE NORTH**<br>**LIVONIA, MI 48152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$834.00** |
|---|---|---|---|
| | **LANDTAMERS LLC**<br>**PO BOX 18095**<br>**TUCSON, AZ 85731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,087.60** |
|---|---|---|---|
| | **Lantmannen Unibake**<br>**Dept. CH 19161**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/12/2020** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LANTMANNEN UNIBAKE**<br>**5007 LINCOLN AVE STE 300**<br>**LISLE, IL 60532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2708**

**Nonpriority creditor's name and mailing address**

**LARA KEEFE**
**2318 OAKHURST CT**
**VALRICO, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.2709**

**Nonpriority creditor's name and mailing address**

**LAREDO MIDDLE SCHOOL PTCO**
**5000 S LAREDO STREET**
**LAREDO MIDDLE SCHOOL**
**AURORA, CO 80015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.2710**

**Nonpriority creditor's name and mailing address**

**LARGO POLICE DEPARTMENT-RECORD**
**201 HIGHLAND AVE NORTHBLDG #2**
**LARGO, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.2711**

**Nonpriority creditor's name and mailing address**

**LARRY BURKLEY**
**8 SAINT MARTIN**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.2712**

**Nonpriority creditor's name and mailing address**

**LARRY MARTINEZ**
**4263 NORDICA ST**
**SAN DIEGO, CA 92113**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.2713**

**Nonpriority creditor's name and mailing address**

**LAS COLINAS COMPANY**
**600 S JEFFERSON STE M**
**PLACENTIA, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$5,256.98**

---

**3.2714**

**Nonpriority creditor's name and mailing address**

**LAS COLINAS COMPANY**
**600 S JEFFERSON STE M**
**PLACENTIA**
**CA, 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$630.61**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-------------------------------------|------------------------|------------------|
|        | Name | | |

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

**LAS VEGAS 9 IORG**
**7800 BLUSHING DEN**
**LAS VEGAS, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

**LAS VEGAS FIRE & RESCUE**
**FINANCE 4TH FLOOR**
**495 S MAIN ST**
**LAS VEGAS, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**

**LAS VEGAS FIRE & RESCUE**
**DEPT OF FINANCE & BUS SERVICES**
**PO BOX 748027**
**LOS ANGELES, CA 90074-8027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**

**LAS VEGAS QUALITY WATER WORKS INC**
**4345 WAGON TRAIL AVE**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

**LAST MINUTE INC**
**10330 SW 42 TERRACE**
**MIAMI, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272 0**

**Nonpriority creditor's name and mailing address**

**LAURA BERUBE**
**19 ALMOND TRAIL**
**OCALA, FL 34472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**

**LAURA KHATIBZADEH**
**402 ALLENHURST PL**
**CARY, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAURA RUPPERT**
**9260 E DOLORES ST**
**TUCSON, AZ 85730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAURA SACCONE**
**2427 NIELSEN ST**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAURELWOOD PRESCHOOL**
**963 LORNE WAY**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAUREN KIEWRA**
**210 COATBRIDGE CIRCLE**
**CARY, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAURIE WILLIAMS**
**1963 VISCOUNTI COVE**
**SANDY, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVENDER HEALTH CARE OF FLORIDA**
**LLLP**
**2901 SOUTH TAMIAMI TRAIL**
**SARASOTA, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVI INDUSTRIES**
**27810 AVENUE HOPKINS**
**C/O ACCOUNTS RECEIVABLE**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|-------------------------|-------------------|
| | Name | | |

---

**3.2729**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF AARON B BOOTH**
**1055 WEST 7TH STREET  STE 2800**
**LOS ANGELES, CA 90017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2730**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF JOSEPH R MANNING JR APC**
**4667 MACARTHUR BLVD  STE 150**
**CLIENT TRUST ACCOUNT**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2731**

**Nonpriority creditor's name and mailing address**
**LAWRENCE RAIFORD**
**1017 EXETER A**
**BOCA RATON, FL 33434**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2732**

**Nonpriority creditor's name and mailing address**
**LAZ KARP ASSOCIATES LLC**
**100 N LA CIENEGA BLVD**
**C/O PARKING OFFICE**
**LOS ANGELES, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$774.60**

---

**3.2733**

**Nonpriority creditor's name and mailing address**
**LBCC PNK**
**4901 EAST CARSON STREET**
**LONG BEACH, CA 90808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2734**

**Nonpriority creditor's name and mailing address**
**LDN CONSULTING INC**
**42428 CHISOLM TRAIL**
**MURRIETA, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2735**

**Nonpriority creditor's name and mailing address**
**Le Creuset Of America, Inc.**
**P.O. Box 277408**
**Atlanta, GA 30384-7408**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.273 6**

**Nonpriority creditor's name and mailing address**
**LEA A AND A ENTERPRISES INC**
**2152 NE 162ND ST**
**N MIAMI BEACH, FL 33162**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.273 7**

**Nonpriority creditor's name and mailing address**
**LEARNING AND FAMILIES INC**
**5317 FRUITVILLE RD**
**SARASOTA**
**FL, 34232**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$20.31

---

**3.273 8**

**Nonpriority creditor's name and mailing address**
**LEE AND JEAN BARHAM**
**5317 MITCHELL TOWN RD**
**YOUNGSVILLE, NC 27596**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.273 9**

**Nonpriority creditor's name and mailing address**
**LEE COUNTY SHERIFFS OFFICE FALSE**
**ALARM R**
**14750 SIX MILE CYPRESS PARKWAY**
**FORT MYERS, FL 33912**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.274 0**

**Nonpriority creditor's name and mailing address**
**LEE COUNTY UTILITIES**
**PO BOX 60045**
**PRESCOTT, AZ 86304-6045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

$1,603.18

---

**3.274 1**

**Nonpriority creditor's name and mailing address**
**Lee Kum Kee (Usa) Inc**
**14841 Don Julian Road**
**City Of Industry, CA 91746**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.274 2**

**Nonpriority creditor's name and mailing address**
**LEE KUM KEE (USA) INC**
**169 Stewart Ave**
**Brooklyn, NY 11237**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.274 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEE KUM KEE (USA) INC**
**14841 DON JULIAN ROAD**
**CITY OF INDUSTRY, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$842.93** |
|---|---|---|---|

**LEGACY AIR INC**
**3529 E WOOD ST**
**PHOENIX, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEGACY CHURCH**
**9019 PARK PLAZA DRIVE SUITE CC**
**LA MESA, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEGAL TAX SERVICE, INC.**
**P.O. BOX 10060**
**PITTSBURGH, PA 15236-6060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEISURE WORLD COMMUNITY**
**ASSOCIATION INC**
**908 S POWER RD**
**MESA, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEMON AVE ELEMENTARY PTA**
**8787 LEMON AVE**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LENNING GOMEZ**
**706 SE COTTAGE COURT**
**LEES SUMMIT, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.275 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LENNOX INDUSTRIES INC**
**PO BOX 910549**
**DALLAS, TX 75391-0549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LENOVO UNITED STATES INC**
**PO BOX 643055**
**PITTSBURGH, PA 15264-3055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LENOX BOOSTER CLUB**
**21200 NW ROCK CREEK BLVD**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEO G MAREK**
**11727 29TH STREET**
**SANTA FE, TX 77510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,307.87 |
|---|---|---|---|

**LEO LABOSSIERE**
**10901 VERAWOOD DR**
**RIVERVIEW, FL 33579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEO PALLASCH**
**110 HINKLE LN**
**SCHAUMBURG, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEPRINO FOODS COMPANY**
**LOCK BOX 774484**
**4484 SOLUTIONS CENTER**
**CHICAGO, IL 60677-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.275 7**

**Nonpriority creditor's name and mailing address**

**Lesaffre Yeast Corporation**
**Department 59932**
**Milwaukee, WI 53259-0932**

Date(s) debt was incurred  2/26/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,859.20

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

**LESLEY CASSATTA**
**1716 W 59TH ST**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

**LESLIE CASTELLANOS**
**2101 ALEXANDER ST**
**OXNARD, CA 93033**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.276 0**

**Nonpriority creditor's name and mailing address**

**LESLIE DORHAM**
**PO BOX 490032**
**LAWRENCEVILLE, GA 30049**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.276 1**

**Nonpriority creditor's name and mailing address**

**LEUKEMIA AND LYMPHOMA SOCIETY**
**101 MONTGOMERY ST STE 750**
**STRATFORD SCHOOL**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.276 2**

**Nonpriority creditor's name and mailing address**

**LEUKEMIA AND LYMPHOMA SOCIETY**
**5740 S EASTERN AVE STE 245**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred  3/7/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$70.19

---

**3.276 3**

**Nonpriority creditor's name and mailing address**

**LEVEL 3 COMMUNICATIONS LLC**
**PO BOX 910182**
**DENVER, CO 80291-0182**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.276 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **LEVIS JCC** | ☐ Contingent | |
| **9801 DONNA KLEIN BLVD** | ☐ Unliquidated | |
| **BOCA RATON, FL 33428** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **LEVON AT CAMARILLO** | ☐ Contingent | |
| **200 EAST CARRILLO STREET STE 2** | ☐ Unliquidated | |
| **SANTA BARBARA, CA 93101** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.61** |
|---|---|---|
| **LEWIS MIDDLE SCHOOL FOUNDATION** | ☐ Contingent | |
| **5170 GREENBRIER AVE** | ☐ Unliquidated | |
| **LEWIS MIDDLE SCHOOL FOUNDATION** | ☐ Disputed | |
| **SAN DIEGO** | | |
| **CA, 92120** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **LEWKOWITZ LAW OFFICE PLC** | ☐ Contingent | |
| **2600 N CENTRAL AVE #1775** | ☐ Unliquidated | |
| **PHOENIX, AZ 85004** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.09** |
|---|---|---|
| **LIADO** | ☐ Contingent | |
| **PO BOX 7487** | ☐ Unliquidated | |
| **CLEARWATER, FL 33758** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.21** |
|---|---|---|
| **LIADO** | ☐ Contingent | |
| **PO BOX 7487** | ☐ Unliquidated | |
| **CLEARWATER** | ☐ Disputed | |
| **FL, 33758** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,703.73** |
|---|---|---|
| **LIAZON CORPORATION** | ☐ Contingent | |
| **PO BOX 8000** | ☐ Unliquidated | |
| **DEPARTMENT 428** | ☐ Disputed | |
| **BUFFALO, NY 14267** | | |
| Date(s) debt was incurred __3/13/2020__ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.277 1**

**Nonpriority creditor's name and mailing address**
**LIBERTY POWER HOLDINGS**
**25901 NETWORK PL**
**CHICAGO, IL 60673-1259**

Date(s) debt was incurred **3/9/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$4,247.89

---

**3.277 2**

**Nonpriority creditor's name and mailing address**
**Liberty Property Limited**
**P.O. Box 828438**
**Philadelphia, PA 19182-8438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 3**

**Nonpriority creditor's name and mailing address**
**LIBERTY PROPERTY LIMITED**
**PO BOX 828438**
**PHILADELPHIA, PA 19182-8438**

Date(s) debt was incurred **3/12/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$3,450.37

---

**3.277 4**

**Nonpriority creditor's name and mailing address**
**LIDIETH VIQUEZ GONZALEZ**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 5**

**Nonpriority creditor's name and mailing address**
**LIFEHOUSE PRESCHOOL**
**18355 ROSCOE BLVD**
**NORTHRIDGE, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 6**

**Nonpriority creditor's name and mailing address**
**LIFESAFETY MANAGEMENT INC**
**2017 CORPORATE DR**
**BOYNTON BEACH, FL 33426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 7**

**Nonpriority creditor's name and mailing address**
**LIFEWAY CHURCH**
**1120 HIGHLAND DRIVE**
**VISTA, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2778**

Nonpriority creditor's name and mailing address
**LIFT STATIONS R US**
**5511 NW 37TH AVE**
**MIAMI, FL 33142**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2779**

Nonpriority creditor's name and mailing address
**LIGHT BULBS UNLIMITED**
**1100 W FAIRBANKS AVE**
**WINTER PARK, FL 32789**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2780**

Nonpriority creditor's name and mailing address
**LIGHT BULBS UNLIMITED**
**6203-B W SAND LAKE RD**
**ORLANDO, FL 32819**

Date(s) debt was incurred  1/6/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$614.01**

---

**3.2781**

Nonpriority creditor's name and mailing address
**LIGHT BULBS UNLIMITED**
**4275 W OKEECHOBEE BLVD**
**WEST PALM BEACH, FL 33409**

Date(s) debt was incurred  2/10/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$81.32**

---

**3.2782**

Nonpriority creditor's name and mailing address
**LIGHT CAMERA DISCOVR**
**325 E SOUTHERN AVE 106**
**TEMPE, AZ 85282**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2783**

Nonpriority creditor's name and mailing address
**LIGHTHOUSE PRESCHOOL**
**838 N. EUCLID ST.**
**FULLERTON, CA 92832**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2784**

Nonpriority creditor's name and mailing address
**LILY CHAVARRIA**
**7219 HOUSMAN APT A**
**HOUSTON, TX 77055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.278 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lime Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,304.74** |
|---|---|---|---|

**LIMESTONE SWEET LLC**
**200 S BISCAYNE BLVD 7TH FL**
**MIAMI, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LINDA BOOKER**
**6005 SUNSET LAKE ROAD**
**FUQUAY VARINA, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LINDA VISTA ADVENTIST ELEMENT**
**5050 PERRY WAY**
**OXNARD, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LINDSAY STONE**
**3932 JEWELL ST N120**
**SAN DIEGO, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LINDSEY BRYANT**
**5649 E HAWTHORNE ST**
**TUCSON, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.21** |
|---|---|---|---|

**LINDSEY LYSTAD**
**753 SALVESON RD**
**BREA**
**CA, 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.279 2**

**Nonpriority creditor's name and mailing address**

**LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS**
**PO BOX 733372**
**DALLAS, TX 75373-3372**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,291.19**

---

**3.279 3**

**Nonpriority creditor's name and mailing address**

**LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS**
**PO BOX 733372**
**DALLAS**
**TX, 75373-3372**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.54**

---

**3.279 4**

**Nonpriority creditor's name and mailing address**

**LISA JOHNSON**
**340 W 32ND ST APT 314**
**YUMA, AZ 85364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279 5**

**Nonpriority creditor's name and mailing address**

**LISA KRASINSKI**
**4209 LA PASIDA LANE**
**NEW PORT RICHEY, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279 6**

**Nonpriority creditor's name and mailing address**

**LISA LANNIELLO**
**4249 GOLF CLUB LN**
**TAMPA, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279 7**

**Nonpriority creditor's name and mailing address**

**LITTLE SUNSHINE HOUSE - LINDEN**
**525 E 7TH ST**
**LONG BEACH, CA 90802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279 8**

**Nonpriority creditor's name and mailing address**

**LITTLER MENDELSON PC**
**PO BOX 45547**
**SAN FRANCISCO, CA 94145-0547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2799**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.85 |
|---|---|---|
| **LIVELY DISTRIBUTING INC**<br>**2633 W CYPRESS ST**<br>**PHOENIX, AZ 85009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2800**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.63 |
|---|---|---|
| **LIVELY DISTRIBUTING INC**<br>**2633 W CYPRESS ST**<br>**PHOENIX**<br>**AZ, 85009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2801**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LIVESHOPPER LLC**<br>**129 E CRAWFORD STREET**<br>**FINDLAY, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2802**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LIWEN ZHAO**<br>**10296 CAMINO RUIZ  APT 11**<br>**SAN DIEGO, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2803**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LLOYD MOSLEY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2804**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LMACC**<br>**4203 SPRING GARDENS RD**<br>**LA MESA, CA 91941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2805**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.55 |
|---|---|---|
| **LMS BBC**<br>**10100 VARIEL AVE**<br>**CHATSWORTH**<br>**CA, 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.280 6**

**Nonpriority creditor's name and mailing address**
**LOCKTON COMPANIES**
**PO BOX 802707**
**C/O COMMERCE BANK**
**KANSAS CITY, MO 64180-2707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.280 7**

**Nonpriority creditor's name and mailing address**
**LOGAN CO TREASURER OCCUPATIONA**
**P.O. BOX 236**
**RUSSELLVILLE, KY 04227-6236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.280 8**

**Nonpriority creditor's name and mailing address**
**Lollicup Usa Inc.**
**6185 Kimball Ave**
**Chino, CA 91708**

Date(s) debt was incurred  2/18/2020, 2/24/2020, 3/2/2020, 3/9/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$16,479.50**

---

**3.280 9**

**Nonpriority creditor's name and mailing address**
**LOMA ELEMENTARY PTA**
**10355 LOMA LANE**
**SPRING VALLEY, CA 91978**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.281 0**

**Nonpriority creditor's name and mailing address**
**LOMA LINDA ACADEMY**
**10656 ANDERSON ST**
**LOMA LINDA, CA 92354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.281 1**

**Nonpriority creditor's name and mailing address**
**LOMA PORTAL FOUNDATION**
**3341 BROWNING ST**
**SAN DIEGO, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.281 2**

**Nonpriority creditor's name and mailing address**
**LOMA RIDGE ELEMENTARY PTA**
**500 TOMATO SPRINGS**
**IVINE, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.281 3**

**Nonpriority creditor's name and mailing address**
**LOMARENA ELEMENTARY PTA**
**25100 EARHART**
**LAGUNA HILLS, CA 92653**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 4**

**Nonpriority creditor's name and mailing address**
**LOMELIS AND ASSOCIATES INC**
**26162 COTTONWOOD ST**
**MURRIETA, CA 92563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**
**LONDON LOS ANGELES LLC**
**840 APOLLO ST  STE 100**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**
**LONE TREE ELEMENTARY PTO**
**9375 HERITAGE HILLS CIR**
**LONE TREE**
**CO, 80124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13.25**

---

**3.281 7**

**Nonpriority creditor's name and mailing address**
**LONG BEACH EMBLEM CLUB**
**PO BOX 15208**
**LONG BEACH, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**
**Long Range Systems, Inc.**
**Po Box 671111**
**Dallas**
**TX, 75267-1111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,249.21**

---

**3.281 9**

**Nonpriority creditor's name and mailing address**
**LONNIE RODRIGUES**
**10 BAIRD CIR**
**BRENTWOOD, CA 94513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOPEZ CARPET CARE INC**
**19108 WELLHAVEN ST**
**CANYON COUNTRY, ECA 91351-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.50 |
|---|---|---|---|

**LORAN ARLO MOULTON**
**2411 ALPINE MEADOWS AVENUE**
**HENDERSON, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2020

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LORETA JARASIUS**
**2040 MIDDLETON DRIVE**
**WHEATON, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LORRIE SMITH**
**27156 MARISA DR**
**CANYON COUNTRY, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOS ALTOS PARENT PRESCHOOL**
**LOS ALTOS PARENT PRESCHOOL**
**201 COVINGTON ROAD**
**LOS ALTOS, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOS AMIGOS ELEMENTARY SCHOOL**
**8498 NINTH STREET**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOS ANGELES COUNTY DEPARTMENT OF**
**PUBLIC**
**CASHIERS UNIT**
**PO BOX 1460**
**ALHAMBRA, CA 91802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2827**

**Nonpriority creditor's name and mailing address**
**LOS ANGELES COUNTY SHERIFF DEPARTMENT**
**PO BOX 843580**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2828**

**Nonpriority creditor's name and mailing address**
**LOS ANGELES COUNTY WATERWORKS DISTRICTS**
**PO BOX 512150**
**LOS ANGELES, CA 90051-0150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,345.49**

---

**3.2829**

**Nonpriority creditor's name and mailing address**
**LOS ANGELES DEPARTMENT OF WATER**
**PO BOX 30808**
**LOS ANGELES, CA 90030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$29,299.33**

---

**3.2830**

**Nonpriority creditor's name and mailing address**
**LOS ANGELES PLUMBING AND BACKFLOW TESTIN**
**12698 SCHABARUM AVE**
**IRWINDALE, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2831**

**Nonpriority creditor's name and mailing address**
**LOS FELIZ CHARTER SCHOOL**
**2709 MEDIA CENTER DRIVE**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2832**

**Nonpriority creditor's name and mailing address**
**LOS PASEOS AQUATIC CLUB**
**7047 VIA RAMADA**
**SAN JOSE, CA 95139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2833**

**Nonpriority creditor's name and mailing address**
**LOS PE ASQUITOS ELEMENTARY PTA**
**14125 CUCA ST**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.283 4**

**Nonpriority creditor's name and mailing address**
**LOUISIANA WORKFORCE COMMISSION**
**1001 N. 23RD STREET**
**PO BOX 94050**
**BATON ROUGE, LA 70804-9050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283 5**

**Nonpriority creditor's name and mailing address**
**LOWER MERION TOWNSHIP**
**TOWNSHIP MANAGER**
**75 EAST LANCASTER AVE**
**ARDMORE, PA 00019-0030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**
**LOZANO PLUMBING SERIVCES INC**
**PO BOX 53137**
**RIVERSIDE, CA 92517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,374.75**

---

**3.283 7**

**Nonpriority creditor's name and mailing address**
**LOZANO PLUMBING SERIVCES INC**
**PO BOX 53137**
**RIVERSIDE**
**CA, 92517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,393.33**

---

**3.283 8**

**Nonpriority creditor's name and mailing address**
**Lozano Plumbing Services Inc**
**Dba Plumbing Master**
**PO BOX 53137**
**Riverside, CA 92517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283 9**

**Nonpriority creditor's name and mailing address**
**LPF SAN JOSE RETAIL INC**
**25184 NETWORK PLACE**
**CHICAGO, IL 60673-1251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,315.91**

---

**3.284 0**

**Nonpriority creditor's name and mailing address**
**LPHSC**
**121 AVENIDA GRANDE**
**SAN JOSE, CA 95139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.284 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$159.67** |
|---|---|---|---|
| | **LPHSC** **121 AVENIDA GRANDE** **SAN JOSE** **CA, 95139** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LQHS GUARD FRIENDS OF MUSIC** **9421 ENGLAND AVE** **WESTMINSTER, CA 92683** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LR GREEN EDUCATIONAL FOUNDATION** **3115 LAS PALMAS AVENUE** **ESCONDIDO, CA 92025** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.25** |
|---|---|---|---|
| | **LSG PTA** **2855 CO RD 95** **C/O LAKE ST GEORGE ELEMENTARY** **PALM HARBOR** **FL, 34684** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Luberski, Inc** **Dba Hidden Villa Ranch** **PO Box 34001** **Fullerton, CA 92834-9401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCY LUQUIN** **2414 S LOWELL** **SANTA ANA, CA 92707** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCY WHITE** **3315 MCGRAW ST** **SAN DIEGO, CA 92117** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2848**

**Nonpriority creditor's name and mailing address**
**LUIS ALBERTO HERNANDEZ**
**8858 OLIVE LN  APT 7**
**SANTEE, CA 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2849**

**Nonpriority creditor's name and mailing address**
**LUIS ANTONIO CRUZ SAGRERO**
**3146 S HALM AVE  APT 4**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2850**

**Nonpriority creditor's name and mailing address**
**LUIS MATA GARCIA**
**1845 N BROADWAY  APT 130**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2851**

**Nonpriority creditor's name and mailing address**
**LUIS TRUJILLO**
**985 W 14TH ST**
**SAN BERNARDINO, CA 92411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2852**

**Nonpriority creditor's name and mailing address**
**LUKE DUERR**
**4532 CAMPOBELLA STREET**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2853**

**Nonpriority creditor's name and mailing address**
**LUKE ZIMMERMAN**
**3153 GREEN MOUNTAIN CIRCLE**
**PARKER, CO 80138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2854**

**Nonpriority creditor's name and mailing address**
**LUMMIS ELEMENTARY PTA**
**9000 HILLPOINTE RD**
**LAS VEGAS, NV 89134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.285 5**

**Nonpriority creditor's name and mailing address**
**LUPE STALEY**
**31060 HILLTOP DR**
**VALLEY CENTER, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$727.83**

---

**3.285 6**

**Nonpriority creditor's name and mailing address**
**LUPRESN 3 LLC**
**3400 FOURTH STREET NORTH**
**C/O WHITNEY NATIONAL BANK**
**ST PETERSBURG, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$18,637.50**

---

**3.285 7**

**Nonpriority creditor's name and mailing address**
**LYCRA PALOMARES**
**562 N CLEMSON DR**
**ANAHEIM, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285 8**

**Nonpriority creditor's name and mailing address**
**LYDIKSEN PFC**
**7700 HIGHLAND OAKS DR**
**PLEASANTON, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285 9**

**Nonpriority creditor's name and mailing address**
**LYLYBETH BONILLA**
**13324 JEFFERSON AVE**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.286 0**

**Nonpriority creditor's name and mailing address**
**LYNN CASTILLO MORALES**
**5630 ASH ST**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.286 1**

**Nonpriority creditor's name and mailing address**
**LYNSI HILL**
**8527 E SEABURY CT #2**
**TUCSON, AZ 85710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.286 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LYONS-MAGNUS**
**PO BOX 30023**
**OMAHA, NE 68103-1123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.15** |
|---|---|---|---|

**LYTX INC**
**PO BOX 849972**
**LOS ANGELES, CA 90084-9972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**M MINT**
**4340 W POINT LOMA BLVD**
**UNIT L**
**SAN DIEGO, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**M&G GROUP ENTERPRISE INC**
**3680 W RENO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MA DIV OF UNEMPLOYMENT ASSISTN**
**19 STANIFORD ST.**
**BOSTON, MA 2114-0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MACARTHER PTA**
**6011 CENTRAILIA ST**
**LAKEWOOD, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MACARTHUR ELEMENTARY PTA**
**6007 DEERFORD ST**
**LAKEWOOD, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2869**

Nonpriority creditor's name and mailing address

**MACKENZIE GRAVILLE**
**2551 BEACON HILL DR**
**WEST LINN, OR 97068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2870**

Nonpriority creditor's name and mailing address

**MACMILLAN SCHOLZ AND MARKS**
**900 SW FIFTH AVE   STE 1800**
**PORTLAND, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2871**

Nonpriority creditor's name and mailing address

**MACS TREE SERVICE INC**
**20995 ALAMEDA DEL MONTE**
**WILDOMAR, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2872**

Nonpriority creditor's name and mailing address

**MADEIRA BEACH FUNDAMENTAL SCHO**
**591 TOM STUART CAUSEWAY**
**MADEIRA BEACHH, FL 33708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2873**

Nonpriority creditor's name and mailing address

**MADISON BYRD**
**270 IXORA DR**
**PALM HARBOR, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2874**

Nonpriority creditor's name and mailing address

**MADISON HIGH SCHOOL ASB**
**4833 DOLIVA DR**
**SAN DIEGO, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2875**

Nonpriority creditor's name and mailing address

**MAGEE ODYSSEY PARENT BOOSTER**
**8300 E SPEEDWAY BLVD**
**ODYSSEY OF THE MIND**
**TUCSON, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.287 6**

Nonpriority creditor's name and mailing address

**MAGEL AIR CONDITIONING AND REFRIGERATION**
**4339 CORPORATE CENTER DR**
**NORTH LAS VEGAS, NV 89030**

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$645.00**

---

**3.287 7**

Nonpriority creditor's name and mailing address

**MAGNOLIA EDUCATIONAL AND RESEARCH FOUNDA**
**6525 ESTRELLA AVENUE**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.287 8**

Nonpriority creditor's name and mailing address

**MAGNOLIA SCIENCE ACADEMY**
**6525 ESTRELLA AVE**
**SAN DIEGO**
**CA, 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$198.85**

---

**3.287 9**

Nonpriority creditor's name and mailing address

**MAGNUS MOBILITY**
**2805 BARRANCA PARKWAY**
**IRVINE**
**CA, 92606-5114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$493.43**

---

**3.288 0**

Nonpriority creditor's name and mailing address

**MAIN STREET HOTELS  LLC**
**400 SPECTRUM CENTER DR STE1200**
**IRVINE, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$18,823.47**

---

**3.288 1**

Nonpriority creditor's name and mailing address

**MAINTENX INTERNATIONAL SERVICE MANAGEMENT GROUP INC**
**PO BOX 21288**
**TAMPA, FL 33622**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.288 2**

Nonpriority creditor's name and mailing address

**MAINTEX INC**
**13300 E NELSON AVE**
**CITY OF INDUSTRY, CA 91744-7115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 3961 of 4240

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.288 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAISON GUTIERREZ**
**17160 POBLADO WAY**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAKE-A-WISH OCIE**
**3230 EL CAMINO REAL #100**
**IRVINE, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAKENNA CUMBERLAND**
**1531 BENDIX TERRACE**
**NORHT PORT, FL 34286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAKING STRIDES AGAINST BREAST**
**1346 W MAXZIM AVE**
**FULLERTON, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALONEY ELEMENTARY PTA**
**38700 LOGAN DR.**
**MALONEY ELEMENTARY PTA**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAMADOU BA**
**10210 SAN DIEGO MISSION RD**
**SAN DIEGO, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MANATEE CHAMBER OF COMMERCE**
**PO BOX 321**
**BRADENTON, FL 34206-0321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2890**

Nonpriority creditor's name and mailing address

**MANATEE COUNTY SHERIFFS OFFICE**
**600 301 BLVD WEST  #202**
**FALSE ALARM REDUCTION UNIT**
**BRADENTON, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2891**

Nonpriority creditor's name and mailing address

**MANKUTA GALLAGHER AND ASSOCIATES INC**
**8201 N UNIVERSITY DR  STE 201**
**FORT LAUDERDALE, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2892**

Nonpriority creditor's name and mailing address

**MANLEYS BOILER LLC**
**7931 WHITAKER ST**
**BUENA PARK, CA 90621-2932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,910.89**

---

**3.2893**

Nonpriority creditor's name and mailing address

**MANNINGTON MILLS INC**
**PO BOX 96261**
**FILE #96261**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2894**

Nonpriority creditor's name and mailing address

**MAR-CO EQUIPMENT COMPANY**
**130 ATLANTIC ST**
**POMONA, CA 91768**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2895**

Nonpriority creditor's name and mailing address

**MARCELLA GONCALVES**
**28122 BOBWHITE CIR  #40**
**SAUGUS, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2896**

Nonpriority creditor's name and mailing address

**MARCH OF DIMES**
**350 N GLENDALE AVE B #518**
**GLENDALE**
**CA, 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$132.42**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2897**

**Nonpriority creditor's name and mailing address**

**MARCUS HERRERA**
**9225 STUART ST**
**WESTMINSTER, CO 80031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2898**

**Nonpriority creditor's name and mailing address**

**MARCUS INGRAM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2899**

**Nonpriority creditor's name and mailing address**

**MARCUS RIVERA**
**2804 S MEADOWBROOK PL**
**ONTARIO, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2900**

**Nonpriority creditor's name and mailing address**

**MARGALIE JEAN NOEL JEAN**
**2189 CATHERINE DR  APT 3**
**DELRAY BEACH, FL 33445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2901**

**Nonpriority creditor's name and mailing address**

**Margarito Maciel**
**3594 Darcy Ct**
**Kennesaw, GA 30144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2902**

**Nonpriority creditor's name and mailing address**

**MARGATE ELEMENTARY PTA**
**6300 NW 18TH ST**
**MARGATE**
**FL, 33063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$111.62**

---

**3.2903**

**Nonpriority creditor's name and mailing address**

**MARGUERITA PTA**
**1603 MARGUERITA AVE**
**ALHAMBRA, CA 91803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.290 4 | **Nonpriority creditor's name and mailing address** **MARIA ANDRADE** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 5 | **Nonpriority creditor's name and mailing address** **MARIA ANNA ASCIUTTO** **5587 GALA AVE** **SAN DIEGO, CA 92120** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 6 | **Nonpriority creditor's name and mailing address** **MARIA ARAUJO** **2450 CENTRAL AVE** **SPRING VALLEY, CA 91977** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 7 | **Nonpriority creditor's name and mailing address** **MARIA BAEZA** **4171 42ND ST** **SAN DIEGO, CA 92105** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 8 | **Nonpriority creditor's name and mailing address** **MARIA CUEVAS** **11500 1/2 LAMBERT AVE** **EL MONTE, CA 91732** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 9 | **Nonpriority creditor's name and mailing address** **MARIA ELENA RIVERA** **1027 EMERALD AVE STE A16** **MODESTO, CA 95351** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 0 | **Nonpriority creditor's name and mailing address** **MARIA GALICIA** **10206 OAK GLEN AVE** **MONTCLAIR, CA 91763** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.291**
**1**

**Nonpriority creditor's name and mailing address**
**MARIA VILLEGAS**
**6410 BEADNELL WAY #1K**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**2**

**Nonpriority creditor's name and mailing address**
**MARIANA LOPEZ**
**1727 AVENDAALTOMIRA**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**3**

**Nonpriority creditor's name and mailing address**
**MARIANNE DALZELL**
**300 PROMENADE BLVD  UNITE 2120**
**LAS VEGAS, NV 89107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**4**

**Nonpriority creditor's name and mailing address**
**MARICELA HOWARD**
**4225 N 1ST AVE  APT 1814**
**TUCSON, AZ 85719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**5**

**Nonpriority creditor's name and mailing address**
**MARICOPA COUNTY ENVIRONMENTAL**
**SERVICES D**
**1001 NORTH CENTRAL AVE #100**
**PHOENIX, AZ 85004-1936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**6**

**Nonpriority creditor's name and mailing address**
**MARIE ANGE CORVIL**
**4001 NW 78TH TERRACE**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**
**7**

**Nonpriority creditor's name and mailing address**
**MARIE CURIE ELEMENTARY SCHOOL**
**4510 BANNOCK AVE**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.291 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARINA ARAUJO**
**1229 SCOTT DR**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARINE CORPS COMMUNITY SERVICES**
**2273 ELROD AVE**
**SAN DIEGO, CA 92145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIO CARTER**
**16458 BOLSA CHICA ST #145**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIO GALVEZ**
**710 SALEM ST**
**GLENDALE, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIO VAZQUEZ**
**4203 N VERRADO WAY APT 201**
**BUCKEYE, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marisa Foods**
**1401 Santa Fe Avenue**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.08 |
|---|---|---|---|

**MARITZA AVALOS**
**504 S KING RD**
**SAN JOSE**
**CA, 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2925**

Nonpriority creditor's name and mailing address
**MARK A LEACHMAN PC**
**PO BOX 1060**
**BROOMFIELD, CO 80038**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2926**

Nonpriority creditor's name and mailing address
**MARK C POPE ASSOCIATES INC**
**4910 MARTIN COURT**
**SMYRNA, GA 30082**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2927**

Nonpriority creditor's name and mailing address
**MARK DIBBLE**
**4734 STANHOPE DRIVE**
**ST LOUIS, MO 63128**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2928**

Nonpriority creditor's name and mailing address
**MARK JAMES**
**PO BOX 1025**
**CARY, NC 27512-1025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2929**

Nonpriority creditor's name and mailing address
**MARK KEPPEL CROSS COUNTRY TEAM**
**410 N LINCOLN AVE UNIT C**
**MONTEREY PARK**
**CA, 91755**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$128.74**

---

**3.2930**

Nonpriority creditor's name and mailing address
**MARK KEPPEL HIGH SCHOOL**
**3121 W MONTEZUMA AVE**
**ALHAMBRA, CA 91803**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2931**

Nonpriority creditor's name and mailing address
**MARK KEPPEL HIGH SCHOOL**
**8134 EMERSON PLACE**
**ROSEMEAD, CA 91770**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.293 2**

**Nonpriority creditor's name and mailing address**
**MARK KEPPEL HIGH SCHOOL**
**1707 GARVEY AVE  APT 14**
**ALHAMBRA, CA 91803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 3**

**Nonpriority creditor's name and mailing address**
**MARK KEPPEL IMB**
**501 E HELLMAN AVE**
**MARK KEPPEL HIGH SCHOOL BAND**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 4**

**Nonpriority creditor's name and mailing address**
**MARK KITCHEN EQUIPMENT SERINC**
**212 MONTEREY PASS RD #B**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,429.45**

---

**3.293 5**

**Nonpriority creditor's name and mailing address**
**MARK MANOLOVITS**
**2311 WILSHIRE AVE**
**LA HABRA, CA 90631**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 6**

**Nonpriority creditor's name and mailing address**
**MARK WITTENBERG**
**7622 KATELLA AVE  #242**
**STANTON, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 7**

**Nonpriority creditor's name and mailing address**
**MARKMONITOR  INC**
**PO BOX 3775**
**CAROL STREAM, IL 60132-3775**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$674.00**

---

**3.293 8**

**Nonpriority creditor's name and mailing address**
**MARLENE GUTHERY**
**10039  52ND ST**
**TEMPLE TERRACE, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.293 9**

**Nonpriority creditor's name and mailing address**
**MARSTON MIDDLE SCHOOL CJSF**
**MARSTON MIDDLE SCHOOL**
**3799 CLAIREMONT DR**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 0**

**Nonpriority creditor's name and mailing address**
**MARSTON MIDDLE SCHOOL PTSA**
**3799 CLAIREMONT DR**
**SAN DIEGO**
**CA, 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$211.51**

---

**3.294 1**

**Nonpriority creditor's name and mailing address**
**MARTHA MELENDREZ**
**51305 AVENIDA VALLEJO**
**LA QUINTA, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 2**

**Nonpriority creditor's name and mailing address**
**MARTHA SCOTT**
**33952 TEMECULA CREEK RD**
**TEMECULA, CA 92592**

Date(s) debt was incurred  **3/11/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.53**

---

**3.294 3**

**Nonpriority creditor's name and mailing address**
**MARTIN BROTHERS CONSULTING SERVICE**
**INC**
**926 AZALEA**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 4**

**Nonpriority creditor's name and mailing address**
**MARTIN MURPHY HOME AND SCHOOL CL**
**141 AVENIDA ESPANA**
**SAN JOSE, CA 95139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 5**

**Nonpriority creditor's name and mailing address**
**MARTIN RECRUITING PARTNERS LLC**
**3105 CREEKSIDE VILLAGE DRIVE**
**SUITE 804**
**KENNESAW**
**GA, 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.294 6**

Nonpriority creditor's name and mailing address
**MARUCCI PATRIOTS WEST**
**52088 AMARONE CIRCLE**
**COACHELLA, CA 92236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 7**

Nonpriority creditor's name and mailing address
**MARVIN ELEMENTARY PTF**
**5720 BRUNSWICK AVE**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 8**

Nonpriority creditor's name and mailing address
**MARVIN LOPEZ**
**4200 E FRONTAGE RD**
**ROLLING MEADOWS, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 9**

Nonpriority creditor's name and mailing address
**MARY ALEXANDER**
**374 OSGOOD ROAD**
**SANFORD, NC 27330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295 0**

Nonpriority creditor's name and mailing address
**MARY DODGE**
**11721 ROCOSO RD**
**LAKESIDE, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295 1**

Nonpriority creditor's name and mailing address
**MARY JO LIDDICOAT SURVIVORS**
**TRUST #1375-5897**
**CHARLES SCHWAB AND CO INC. PO BOX**
**982600**
**EL PASO, TX 79998-2600**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295 2**

Nonpriority creditor's name and mailing address
**MARY MACATANGAY**
**911 VENTURA AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.295 3**

Nonpriority creditor's name and mailing address
**MARY WILLIAMS**
**300 NORTH 41ST STREET**
**BELLEVILLE, IL 62226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 4**

Nonpriority creditor's name and mailing address
**MARYAH TATUM**
**8927 E AVE T 14**
**LITTLEROCK, CA 93543**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 5**

Nonpriority creditor's name and mailing address
**MARYANNE ONDEK**
**6585 WILLOWBANK PLACE SW**
**OCEAN ISLE BEACH, NC 28469-7323**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 6**

Nonpriority creditor's name and mailing address
**MARYLAND UNEMP INSURANCE FUND**
**P.O. BOX 17291**
**BALTIMORE, MD 02129-7365**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 7**

Nonpriority creditor's name and mailing address
**MASON CLASSICAL ACADEMY**
**3073 S HORSESHOE DR SUITE 104**
**NAPLES, FL 34104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 8**

Nonpriority creditor's name and mailing address
**MASON ELEMENTARY PTA**
**10340 SAN RAMON DR.**
**C/O JESSICA STONE**
**SAN DIEGO**
**CA, 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$88.87**

---

**3.295 9**

Nonpriority creditor's name and mailing address
**MASON JENKINS**
**631 ALMOND AVE APT 9**
**LONG BEACH, CA 90802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.296 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MASOUMEH GHELICHKHANI**
**2015 S FINLEY RD  APT 711**
**LOMBARD, IL 60148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.296 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Massglass And Door Facilities Maintenanc**
**Massglass & Door Service**
**PO Box 2999**
**Phoenix, AZ 85062-2999**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.296 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MASSGLASS AND DOOR FACILITIES**
**MAINTENANC**
**275 E HILLCREST DR #200**
**THOUSAND OAKS, CA 91360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,976.04

---

| 3.296 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MASUDA MIDDLE PTSO**
**TREASURER**
**17415 LOS JARDINAS WEST**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.296 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MATILDE DIAZ**
**39295 CAMINO LAS POSITA**
**MURRIETA, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.296 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MATTHEW CALICCHIA**
**118 S VISTA BONITA AVE**
**GLENDORA, CA 91741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.296 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MATTHEW ENTRIKIN**
**4950 SOUTH EAST CASA DEL REY D**
**MILWAUKIE, OR 97222**

Date(s) debt was incurred  3/16/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,457.71

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.296 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW KOHUT**
**108 WEST CAMDEN FOREST DRIVE**
**CARY, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.22 |
|---|---|---|---|

**MATTOS ELEMENTARY SCHOOL**
**37944 FARWELL DR**
**FREMONT**
**CA, 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTOS PTA**
**5207 EGGERS DRIVE**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAUREEN REPLOGLE**
**1204 E 30TH AVE #47**
**SPOKANE, WA 99203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAURICE ADAMS**
**13128 DEBELL ST**
**ARLETA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAURICE JAYMES OGUO LEON ZHAO**
**241 W RINCON ST   APT 306**
**CORONA, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXWELL CHASE TECHNOLOGIES**
**125 WESTLAKE PKWY SW STE 100**
**ATLANTA, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.297 4**

Nonpriority creditor's name and mailing address

**MAXWELL MOE**
**177 N HUDSON AVE UNIT 303**
**PASEDENA, CA 91101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 5**

Nonpriority creditor's name and mailing address

**MAXX AND ME PET RESCUE**
**12157 W LINEBAUGH AVE 181**
**TAMPA, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 6**

Nonpriority creditor's name and mailing address

**MAYDWELL MASCOTS INC**
**222 ISLINGTON AVE UNIT #10**
**ETOBICOKE, ON M8V 3W7**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 7**

Nonpriority creditor's name and mailing address

**MAYDWELL MASCOTS INC**
**222 ISLINGTON AVE UNIT #10**
**ETOBICOKE**
**ON, M8V 3W7**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.297 8**

Nonpriority creditor's name and mailing address

**MAYFIELD CITY CLERK**
**211 E. BROADWAY**
**MAYFIELD, KY 00042-0660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 9**

Nonpriority creditor's name and mailing address

**Mayfield Dairy Farms Llc**
**Parmalat New Atlanata Dairies**
**Po Box 933321**
**Atlanta, GA 31193-3321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.298 0**

Nonpriority creditor's name and mailing address

**MAYFIELD DAIRY FARMS LLC**
**PO BOX 7247-6625**
**PHILADELPHIA, PA 19170-6625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 1 | **MAYFIELD DAIRY FARMS LLC**<br>**PO BOX 933321**<br>**ATLANTA, GA 31193-3321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 2 | **MAYFLOWER PRESCHOOL**<br>**4111 KATELLA AVE**<br>**LOS ALAMITOS, CA 90720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3 | **MCAF GIRLS LACROSSE TEAM**<br>**9550 CARMEL MTN ROAD**<br>**SAN DIEGO, CA 92129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 4 | **McCormick & Company, Inc.**<br>**24 Schilling Road, Suite 1**<br>**Hunt Valley, MD 21031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,893.25 |
|---|---|---|---|
| 5 | **MCD-RC CA-AMERIGE LLC**<br>**PO BOX 676481**<br>**DALLAS, TX 75267-6481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 6 | **MCDC**<br>**17534 MATINAL ROAD**<br>**SAN DIEGO, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 7 | **MCGRATH SERVICE CORP**<br>**1106 SECIND ST  #830**<br>**ENCINITAS, CA 92024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.2988**

**Nonpriority creditor's name and mailing address**

**Mcilhenny Company**
**E Mcilhenny's Son Corporation**
**P.O.Box 679507**
**Dallas, TX 75267-9507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2989**

**Nonpriority creditor's name and mailing address**

**MCILHENNY COMPANY  (BROMAR**
**POBOX 974546**
**DALLAS, TX 75397-4546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2990**

**Nonpriority creditor's name and mailing address**

**MCMASTER CARR SUPPLY COMPANY INC**
**PO BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2991**

**Nonpriority creditor's name and mailing address**

**MCMASTER-CARR SUPPLY CO**
**600 N COUNTY LINE RD**
**ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2992**

**Nonpriority creditor's name and mailing address**

**MD NOW MEDICAL CENTERS**
**2007 PALM BEACH LAKES BLVD**
**WEST PALM BEACH, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2993**

**Nonpriority creditor's name and mailing address**

**MEADOW PARK MIDDLE SCHOOL PTO**
**14100 SW DOWNING ST**
**BEAVERTON, OR 97006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2994**

**Nonpriority creditor's name and mailing address**

**MEALS ON WHEELS INDUSTRY INC**
**PO BOX 3293**
**CITY OF INDUSTRY, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
|        | Name |  |  |

---

**3.299 5**

**Nonpriority creditor's name and mailing address**
**MEALS ON WHEELS OF WEST LA**
**PO BOX 241576**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 6**

**Nonpriority creditor's name and mailing address**
**MECHANICAL SYSTEMS INC**
**420 MARTINEZ LANE NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,619.57**

---

**3.299 7**

**Nonpriority creditor's name and mailing address**
**MECHANICAL SYSTEMS INC**
**420 MARTINEZ LANE NE**
**ALBUQUERQUE**
**NM, 87107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,186.66**

---

**3.299 8**

**Nonpriority creditor's name and mailing address**
**MEDIA DESIGN GROUP LLC**
**1964 WESTWOOD BLVD STE 350**
**LOS ANGELES**
**CA, 90025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$115,544.00**

---

**3.299 9**

**Nonpriority creditor's name and mailing address**
**Medical Guardian**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 0**

**Nonpriority creditor's name and mailing address**
**MEDOSWEET FARMS INC**
**PO BOX 749**
**KENT**
**WA, 98035-0749**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$660.67**

---

**3.300 1**

**Nonpriority creditor's name and mailing address**
**MEDOSWEET FARMS OF OREGON**
**PO BOX 749**
**KENT, WA 98035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$4,644.84**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.300 2**

**Nonpriority creditor's name and mailing address**

**MEGAN HERMAN**
**5419 LAKE MURRAY BLVD**
**#16**
**LA MESA, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 3**

**Nonpriority creditor's name and mailing address**

**MEGAN RICKETTS**
**28521 SHRIKE DR**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 4**

**Nonpriority creditor's name and mailing address**

**MEGAN WALLIG**
**677 ASCOT DR**
**VISTA, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 5**

**Nonpriority creditor's name and mailing address**

**MEIKLEJOHN ELEMENTARY PTA**
**13405 W 83RD PLACE**
**ARVADA, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 6**

**Nonpriority creditor's name and mailing address**

**MELANIE MESSNER**
**5126 E BELLEVUE ST  UNIT 2105**
**TUCSON, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 7**

**Nonpriority creditor's name and mailing address**

**MELISSA BROWN**
**8510 HENDERSON RD**
**VENTURA, CA 93004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 8**

**Nonpriority creditor's name and mailing address**

**MELISSA J DAVEY CHAPTER 13 TRUSTEE**
**260 PEACHTREE ST**
**SUITE 200**
**ATLANTA, GA 30303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3009**

**Nonpriority creditor's name and mailing address**

**MELISSA JENSEN**
**13826 S MEYERS RD**
**#2124**
**OREGON CITY, OR 97045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3010**

**Nonpriority creditor's name and mailing address**

**MELROSE ELEMENTARY PTO**
**731 N DETROIT ST**
**LOS ANGELES**
**CA, 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$339.13**

---

**3.3011**

**Nonpriority creditor's name and mailing address**

**MEMO**
**13022 CIRCULO DE ZAPATA**
**FOUNTAIN VALLEY**
**CA, 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$168.08**

---

**3.3012**

**Nonpriority creditor's name and mailing address**

**MEMORIAL VILLAGES WATER AUTHORITY**
**8955 GAYLORD DR**
**HOUSTON, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,577.85**

---

**3.3013**

**Nonpriority creditor's name and mailing address**

**MERCEDES PROFESSIONAL CLEANING**
**SVCS OF S**
**PO BOX 17376**
**WEST PALM BEACH, FL 33416**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3014**

**Nonpriority creditor's name and mailing address**

**Merchant Centric**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3015**

**Nonpriority creditor's name and mailing address**

**Mericle Mechanical, Inc.**
**1664 Sierra Madre Circle**
**Placentia, CA 92870**

Date(s) debt was incurred __2/21/2020, 3/11/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,416.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.301 6**

**Nonpriority creditor's name and mailing address**

**MERIT SERVICES INC**
**7908 BENCHMARK DR**
**FLOWERY BRANCH, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 7**

**Nonpriority creditor's name and mailing address**

**MERITECH SYSTEMS LLC**
**720 CORPORATE CIR STE K**
**GOLDEN, CO 80401**

Date(s) debt was incurred  3/5/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,233.88**

---

**3.301 8**

**Nonpriority creditor's name and mailing address**

**MERRIAH DEJESUS**
**9310 KONOCTI STREET**
**RANCHO COCAMONGA**
**CA, 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,579.06**

---

**3.301 9**

**Nonpriority creditor's name and mailing address**

**MERRILL COMMUNICATIONS LLC**
**PO BOX 74007252**
**CHICAGO, IL 60674-7252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 0**

**Nonpriority creditor's name and mailing address**

**MESA MECHANICAL INC**
**3514 PINEMONT**
**HOUSTON, TX 77018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 1**

**Nonpriority creditor's name and mailing address**

**MESA STARLIGHT #16**
**960 W KNOWLES CIR**
**MESA, AZ 85210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 2**

**Nonpriority creditor's name and mailing address**

**MESA VERDE PTSA**
**8375 ENTREKEN WAY**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Garden Fresh Restaurants LLC**
Name

Case number (if known)  **20-02477-LA7**

---

| 3.302 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**METAL MASTERS MECHANICAL LLC**
**3808 E MADISON ST**
**PHOENIX, AZ 85034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.302 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**METRO FIRE & SAFTEY INC**
**2733 VIA ORANGE WAY STE 103**
**SPRING VALLEY, CA 91978**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.302 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**METZ AND HARRISON LLP**
**139 RICHMOND ST**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.302 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**METZGER COMMUNITY PRESCHOOL**
**9055 SW LOCUST ST**
**TIGARD, OR 97223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.302 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**METZGER COMMUNITY PRESCHOOL**
**9055 SW LOCUST ST**
**TIGARD**
**OR, 97223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$76.94

---

| 3.302 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MEWE INC**
**630 15TH AVE**
**SAN FRANCISCO, CA 94118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.302 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MEYER MONTESSORI PTO**
**2615 S DORSEY LN**
**TEMPE, AZ 85282**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.3030**

**Nonpriority creditor's name and mailing address**
**MGFA**
**355 LEXINGTON AVE 15TH FL**
**NEW YORK, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3031**

**Nonpriority creditor's name and mailing address**
**MI STATE DISBURSEMENT UNIT**
**PO BOX 30350**
**LANSING, MI 48909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3032**

**Nonpriority creditor's name and mailing address**
**MI STATE DISBURSEMENT UNIT**
**PO BOX 30350**
**LANSING**
**MI, 48909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.66**

---

**3.3033**

**Nonpriority creditor's name and mailing address**
**MIAMI - DADE COUNTY**
**TAX COLLECTOR**
**200 NW 2 AVENUE**
**MIAMI, FL 33128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3034**

**Nonpriority creditor's name and mailing address**
**MIAMI DADE CNTY DEPT OF REGULATORY**
**AND E**
**701 NW 1ST COURT 3RD FLOOR**
**MIAMI, FL 33136**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3035**

**Nonpriority creditor's name and mailing address**
**MIAMI DADE COUNTY CLERK**
**111 NW 1ST ST STE 1750**
**CODE ENFORCEMENT**
**MIAMI, FL 33128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3036**

**Nonpriority creditor's name and mailing address**
**MIAMI-DADE COUNTY**
**200 NW 2ND AVE**
**MIAMI, FL 33128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.303 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MIAMI-DADE FIRE RESCUE DEPT**
**FINANCE BUREAU**
**9300 NW 41ST STREET**
**MIAMI, FL 33178-2424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MIAMI-DADE POLICE DEPT**
**9105 NW 25TH STREET #1119**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICAH GATLEY**
**14925 S JORDAN RD**
**MULINO, OR 97042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL AYALA**
**15217 OLIVE ST**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL BENTSON**
**365 CONESTOGA WAY**
**SAN JOSE, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL BRINKMANN**
**6106 DARBY WAY**
**SPRING, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL CASTANO**
**513 6TH AVE NE  APT C**
**LARGO, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.304 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL DOYLE**
**10701 NE 59TH ST**
**VANCOUVER, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL ELROD**
**17942 SW 29TH LN**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL FIDDES**
**10454 SW KENT ST**
**TIGARD, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL FURFARO**
**19112 E KINGBIRD DR**
**QUEEN CREEK, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL INGLE**
**13520 LOS OLIVOS AVE**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,957.73** |
|---|---|---|---|

**MICHAEL J HISER**
**PO BOX 2416**
**SOUTH PORTLAND, ME 04116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,986.00** |
|---|---|---|---|

**MICHAEL J KASTNER**
**11935 WATERMARK WAY**
**PARKLAND, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.305 1**

**Nonpriority creditor's name and mailing address**

**MICHAEL MALONE**
**3236 E CHANDLER BLVD**
**UNIT 2038**
**PHOENIX, AZ 85048**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,257.82**

---

**3.305 2**

**Nonpriority creditor's name and mailing address**

**MICHAEL OCONNELL**
**1469 ZEPOL RD  APT 107**
**SANTA FE, NM 87507**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 3**

**Nonpriority creditor's name and mailing address**

**MICHAEL ROMAN**
**1083 SHADOWRIDGE DR #97**
**VISTA, CA 92081**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 4**

**Nonpriority creditor's name and mailing address**

**MICHAEL SCHWANEMANN**
**11350 SQUAMISH RD**
**SAN DIEGO, CA 92126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL T FOWLER**
**4816 JHONSON POND ROAD**
**APEX, NC 27539-8686**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

**MICHELLE ALLENDE**
**434 E 79TH STREET**
**LOS ANGELES, CA 90003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**MICHELLE GARCIA**
**39150 SUNDALE DR  APT 11**
**FREMONT, CA 94538**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3058**

**Nonpriority creditor's name and mailing address**
**MICHELLE HIGHFILL**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3059**

**Nonpriority creditor's name and mailing address**
**MICHELLE LEE**
**13216 NE SALMON CREEK AVE.**
**UNIT M2**
**VANCOUVER, WA 98686**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3060**

**Nonpriority creditor's name and mailing address**
**MICHELLE OWINGS**
**22124 HALLDALE AVE**
**TORRANCE, CA 90501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3061**

**Nonpriority creditor's name and mailing address**
**MICHELLE PHAN**
**8572 HEMLOCK WAY**
**BUENA PARK, CA 90620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3062**

**Nonpriority creditor's name and mailing address**
**MICHELLE STUBBLEFIELD**
**201 CALLE LA GRANADA UNIT C**
**CAMARILLO, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3063**

**Nonpriority creditor's name and mailing address**
**MICHELLE WOOLLEY**
**4543 1/2 KANSAS ST**
**SAN DIEGO, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$243.80

---

**3.3064**

**Nonpriority creditor's name and mailing address**
**MICHELLE YVONNE MOODY**
**147 E ORANGE GROVE BLVD #7**
**PASADENA, CA 91103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.306 5**

**Nonpriority creditor's name and mailing address**
**MICHIGAN TURKEY PRODUCERS LLC**
**1100 HALL STREET SW**
**GRAND RAPIDS, MI 49503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 6**

**Nonpriority creditor's name and mailing address**
**Michigan Turkey Producers, Llc**
**Dept 4016**
**PO BOX 30516**
**Lansing, MI 48909-8016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 7**

**Nonpriority creditor's name and mailing address**
**MIDLAND CREDIT MANAGEMENT INC**
**PO BOX 2121**
**WARREN, MI 48090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 8**

**Nonpriority creditor's name and mailing address**
**MIFFCO TAX SERVICE, INC.**
**139 WEST MARKET STREET**
**PO BOX 746**
**LEWISTOWN, PA 00017-0440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 9**

**Nonpriority creditor's name and mailing address**
**MIGUEL ANDRES**
**427 KIAWAH RIVER DR**
**OXNARD, CA 93036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 0**

**Nonpriority creditor's name and mailing address**
**MIGUEL CAJACURI**
**4917 WALDEN CIR**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 1**

**Nonpriority creditor's name and mailing address**
**MIGUEL GUZMAN**
**312 S 33RD ST**
**SAN DIEGO, CA 92113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 3.307 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MIGUEL MENA**
**3201 N 39TH ST**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MIKE COOPER**
**13221 NEDDICK AVE**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MIKE DAUIRRO**
**17811 BIGELOW PARK**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MIKE MALONE**
**1762 W THUNDERHILL DR**
**PHOENIX, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.25** |
|---|---|---|---|

**MIKE TRUJILLO**
**5121 RUBY SUNSET ST**
**NORTH LAS VEGAS, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MILAGRITOS PENA**
**4715 TRENTAN ST**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MILE HIGH ACADEMY**
**1733 DAD CLARK DR**
**HIGHLANDS RANCH, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.3079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILLENNIUM PALLETS LLC**<br>**6016 N MAIN STREET**<br>**ACWORTH, GA 30101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Millennium Pallets, Llc**<br>**6016 N. Main Street**<br>**Acworth, GA 30101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3081 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILLER ELEMENTARY PTA**<br>**10188 GLENNON ST**<br>**SAN DIEGO, CA 92124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3082 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILLIMAN**<br>**4370 LA JOLLA VILLAGE DRIVE**<br>**SUITE 700**<br>**SAN DIEGO, CA 92122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3083 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILLIMAN**<br>**251 SOUTH LAKE AVE STE 910**<br>**PASADENA, CA 91101-3022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3084 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILLPLAIN ELE PTO**<br>**400 SE 164TH AVE**<br>**VANCOUVER, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3085 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MILTON POMALES**<br>**108 SOUTH LAKE CORTEZ DR**<br>**APOPKA, FL 32703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|--------------|---|------------|---------------|
| | Name | | | |

---

**3.308 6**

**Nonpriority creditor's name and mailing address**

**MIMI KANG**
**3908 CREEKSIDE LN**
**CARROLLTON, TX 75010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 7**

**Nonpriority creditor's name and mailing address**

**MINARET ACADEMY PTO**
**1220 N STATE COLLEGE BLVD**
**ANAHEIM, CA 92806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 8**

**Nonpriority creditor's name and mailing address**

**MINGFEI JENG**
**11318 SE LUDLOW CT**
**HAPPY VALLEY, OR 97086-8796**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 9**

**Nonpriority creditor's name and mailing address**

**MINNIS CHAPEL INC**
**526 E 4TH BOX 34**
**SAINT JOHN, KS 67576**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.309 0**

**Nonpriority creditor's name and mailing address**

**MINT ARELLA**
**4340 W POINT LOMA BLVD UNIT L**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.309 1**

**Nonpriority creditor's name and mailing address**

**MIRA MESA HIGH SCHOOL BAND AND COLOR GUA**
**8703 OCTANS ST**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.309 2**

**Nonpriority creditor's name and mailing address**

**MIRA MESA HS FOUNDATION**
**10510 MARAUDER WAY J FO**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.309 3**

**Nonpriority creditor's name and mailing address**
**MIRA MESA INSTRUMENTAL MUSIC BOOSTERS**
**10606 CAMINO RUIZ  STE 111**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 4**

**Nonpriority creditor's name and mailing address**
**MIRA MESA SHOPPING CENTER WEST**
**8294 MIRA MESA BLVD**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$18,643.34**

---

**3.309 5**

**Nonpriority creditor's name and mailing address**
**MIRADA PTO**
**5500 W GALVESTON ST**
**CHANDLER, AZ 85226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 6**

**Nonpriority creditor's name and mailing address**
**MIRAMONTE CHRISTIAN SCHOOL**
**1175 ALTAMEAD DRIVE**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 7**

**Nonpriority creditor's name and mailing address**
**MISSION FOODS SOUTHERN CALIFOR**
**PO BOX 843793**
**DALLAS, TX 75284-3793**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 8**

**Nonpriority creditor's name and mailing address**
**MISSION LANDSCAPE SERVICES INC**
**PO BOX 15026**
**SANTA ANA, CA 92735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$566.00**

---

**3.309 9**

**Nonpriority creditor's name and mailing address**
**MISSISSIPPI DEPT OF EMPLOY SEC**
**PO BOX 22781**
**JACKSON, MS 39225-2781**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.310 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MISSOURI DIV OF EMPLOY SECURIT**
**P.O. BOX 888**
**JEFFERSON CITY, MO 06510-2888**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MITCH CHARTER SCHOOL PSO**
**PO BOX 1971**
**MITCH CHARTER SCHOOL PSO**
**TUALATIN, OR 97062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MITHU MASWOOD**
**PO BOX 2268**
**OCEANSIDE, CA 92051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MITSUI**
**PO BOX 7247-6455**
**PHILADELPHIA, PA 19170-6455**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MITSY SALAZAR**
**25304 VIA ARTINA**
**VALENCIA, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mizkan Americas, Inc.**
**Nakano Foods Inc**
**27772 Network Place**
**Chicago, IL 60673-1277**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.310 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MJ CEFARATT**
**7595 DEHESA CT**
**CARLSBAD, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.310 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MJS ELECTRIC INC**
**319 W LONE CACTUS DR STE A**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MKHS CSF**
**501 E HELLMAN AVE**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MKHS MATH CLUB**
**501 EAST HELLMAN AVE**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MMHS**
**10167 ARROW ROCK AVE**
**C/O 2022 PBO**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MMHS CLASS OF 2019**
**10510 MARAUDER WAY**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MMHS FOUNDATION INC**
**10606 CAMINO RUIZ #8 PMB 264**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MO FAMILY SUPPORT PAYMENT CENTER**
**PO BOX 109001**
**JEFFERSON CITY, MO 65110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.311 4**

**Nonpriority creditor's name and mailing address**

**MOBILE BUSINESS APPLICATION**
**8595 FERNDALE STREET**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 5**

**Nonpriority creditor's name and mailing address**

**Mobile Fleet Wash**
**Po Box 3312**
**La Habra, CA 90631**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.311 6**

**Nonpriority creditor's name and mailing address**

**MOBILE FLEET WASH**
**PO BOX 3312**
**LA HABRA, CA 90631**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$444.00**

---

**3.311 7**

**Nonpriority creditor's name and mailing address**

**MOHAMMED HOSSAIN**
**330 SHORE RD**
**BAY POINT, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 8**

**Nonpriority creditor's name and mailing address**

**MOJGAN MALEKPOUR**
**1314 VALENCIA LOOP**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 9**

**Nonpriority creditor's name and mailing address**

**MOLLY MULLANY**
**PO BOX 51898**
**ALBUQUERQUE, NM 87181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 0**

**Nonpriority creditor's name and mailing address**

**MOLLY REHL**
**11749 VIA SEFTON**
**EL CAJON, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.312 1**

**Nonpriority creditor's name and mailing address**
**MOMENTFEED INC**
**1540 2ND ST STE 302**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**
**MOMS CLUB OF MISSION VIEJO**
**26642 PORTALES LN**
**MISSION VIEJO, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**
**MOMS CLUB OF SUNNYVALE**
**PO BOX 2641**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**
**MOMS CLUB SE GILBERT**
**820 S ROANOKE ST**
**GILBERT, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**
**MONARCH SCHOOL PROJECTS**
**1625 NEWTON AVE**
**SAN DIEGO, CA 92113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**
**MONDELEZ GLOBAL LLC**
**PO BOX 101204**
**PASADENA, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**
**Mondelez Global, Llc**
**Po Box 101204**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3128**

**Nonpriority creditor's name and mailing address**

**MONICA MAYA**
**3457 BELCROFT AVE APT 3**
**EL MONTE, CA 91732**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3129**

**Nonpriority creditor's name and mailing address**

**MONICA MELCHOR**
**1008 W ROBIDOUX ST**
**WILMINGTON, CA 90744**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3130**

**Nonpriority creditor's name and mailing address**

**MONIQUE LAXTON**
**800 EAST BOBIER DR**
**APT C5**
**VISTA, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3131**

**Nonpriority creditor's name and mailing address**

**MONROE PTA**
**123 N MYRTLE AVE APT C**
**MONROE PTA**
**MONROVIA, CA 91016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3132**

**Nonpriority creditor's name and mailing address**

**MONTANA CSED SDU**
**PO BOX 8001**
**WAGE WITHHOLDING UNIT**
**HELENA, MT 59604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3133**

**Nonpriority creditor's name and mailing address**

**MONTE VISTA ELEMENTARY PTA**
**37420 VIA MIRA MOSA**
**MURRIETA, CA 92563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3134**

**Nonpriority creditor's name and mailing address**

**MONTESSORI PEAKS ACADEMY**
**9904 W CAPRI AVE**
**LITTLETON, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.313 5**

**Nonpriority creditor's name and mailing address**
**MONTESSORI SCHOOL OF SAN MARCO**
**800 W MISSION RD**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.313 6**

**Nonpriority creditor's name and mailing address**
**MONTGOMERY COUNTY ALARM DETAIL**
**PO BOX 2178**
**CONROE, TX 77305-2178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.313 7**

**Nonpriority creditor's name and mailing address**
**MONTGOMERY COUNTY HEALTH DEPT**
**501 N THOMPSON #100**
**CONROE, TX 77301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.313 8**

**Nonpriority creditor's name and mailing address**
**MONTSERRAT TAFOLLA**
**44935 SPEARMAN AVE**
**LANCASTER, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.313 9**

**Nonpriority creditor's name and mailing address**
**Mood Music**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.314 0**

**Nonpriority creditor's name and mailing address**
**MOON VALLEY HIGH SCHOOL**
**3625 W CACTUS RD**
**PHOENIX, AZ 85029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.314 1**

**Nonpriority creditor's name and mailing address**
**MOPS AT PHUMC**
**1453 BLUE MARLIN BLVD**
**HOLIDAY, FL 34691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.314 2**

**Nonpriority creditor's name and mailing address**

**MOPS AT PHUMC**
**1453 BLUE MARLIN BLVD**
**HOLIDAY**
**FL, 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7.97

---

**3.314 3**

**Nonpriority creditor's name and mailing address**

**MORGAN LEWIS & BOCKIUS**
**1701 MARKET STREET**
**PHILADELPHIA, PA 19103-2921**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.314 4**

**Nonpriority creditor's name and mailing address**

**MORGUARD BOYNTON TOWN CENTER**
**PO BOX 919141**
**ATTN ERIN HOWARD**
**DALLAS, TX 75391-9141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

$16,021.32

---

**3.314 5**

**Nonpriority creditor's name and mailing address**

**MORROW-MEADOWS CORPORATION**
**CHERRY CITY ELECTRIC**
**1596 22ND STREET SE**
**SALEM, OR 97302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**MORSE PTA**
**431 MORSE AVE**
**PLACENTIA, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**MORTENSEN & SONS CARPET**
**6398 DOUGHERTY ROAD #33**
**DUBLIN, CA 94568**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,280.00

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**MOULTON NIGUEL WATER**
**PO BOX 30203**
**LAGUNA NIGUEL, CA 92607-0203**

Date(s) debt was incurred  3/2/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

$826.72

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3149**

**Nonpriority creditor's name and mailing address**
**MOUNT FRANKLIN FOODS LLC**
**PO BOX 677609**
**DALLAS, TX 75267-7609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3150**

**Nonpriority creditor's name and mailing address**
**Mount Franklin Foods, Llc**
**P.O. Box 677609**
**Dallas, TX 75267-7609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3151**

**Nonpriority creditor's name and mailing address**
**MOUNTAIN VIEW POLICE DEPT**
**PO BOX 742282**
**LOS ANGELES, CA 90074-2282**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3152**

**Nonpriority creditor's name and mailing address**
**MOUNTAIN VISTA HIGH SCHOOL**
**10710 AMESBURY WAY**
**HIGHLANDS RANCH, CO 80126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3153**

**Nonpriority creditor's name and mailing address**
**MR RICHARD WONG**
**36300 FREMONT BLVD**
**FREMONT, CA 94536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3154**

**Nonpriority creditor's name and mailing address**
**MRSO SCIENCE BOOSTERS INC**
**16060 MESA ROBLES DRIVE**
**MESA ROBLES SCHOOL**
**HACIENDA HEIGHTS, CA 91745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.3155**

**Nonpriority creditor's name and mailing address**
**MS CHILD SUPPORT**
**PO BOX 23094**
**JACKSON, MS 39225**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.315 6**

**Nonpriority creditor's name and mailing address**
**MS ENTERPRISES**
**12752 WOODLAWN**
**TUSTIN, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315 7**

**Nonpriority creditor's name and mailing address**
**MSJ WATER POLO**
**42749 BARON STREET**
**URMI MUSTAFI**
**FREMONT, CA 94539**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315 8**

**Nonpriority creditor's name and mailing address**
**MT CARMEL ATHLETIC FOUNDATION**
**3132 3RD AVE #101**
**SAN DIEGO, CA 92103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315 9**

**Nonpriority creditor's name and mailing address**
**MT EVEREST ACADEMY**
**4350 MT EVEREST BOULEVARD**
**SAN DIEGO**
**CA, 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$77.37

---

**3.316 0**

**Nonpriority creditor's name and mailing address**
**MT HELIX ACADEMY**
**5955 SEVERIN DRIVE**
**LA MESA, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.316 1**

**Nonpriority creditor's name and mailing address**
**MT LEBANON LST**
**LOCAL SERVICES TAX**
**710 WASHINGTON ROAD**
**PITTSBURGH, PA 15228-2018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.316 2**

**Nonpriority creditor's name and mailing address**
**MT ZION LUTHERAN CHURCH**
**8902 W DEER VALLEY RD**
**PEORIA, AZ 85382**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.316 3**

**Nonpriority creditor's name and mailing address**
**MTS SEATING INC**
**7100 INDUSTRIAL DR**
**TEMPERANCE, MI 48182**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$23,590.78

---

**3.316 4**

**Nonpriority creditor's name and mailing address**
**MTS SEATING INC**
**7100 INDUSTRIAL DR**
**TEMPERANCE**
**MI, 48182**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$5,251.52

---

**3.316 5**

**Nonpriority creditor's name and mailing address**
**MULTIPLE SCLEROSIS SOCIETY**
**30 I STREET**
**CHULA VISTA**
**CA, 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$47.03

---

**3.316 6**

**Nonpriority creditor's name and mailing address**
**MUNICIPALITY OF BETHEL PARK**
**7100 BAPTIST ROAD**
**BETHEL PARK, PA 15102-3908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.316 7**

**Nonpriority creditor's name and mailing address**
**MUNISERVICES, LLC**
**190 N EVERGREEN AVE**
**STE 205**
**WOODBURY, NJ 8096-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.316 8**

**Nonpriority creditor's name and mailing address**
**MURAOKA ELEMENTARY**
**1644 SANTA ALEXIA AVE**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.316 9**

**Nonpriority creditor's name and mailing address**
**MURDOCK ELEMENTARY SCHOOL PTA**
**4354 CONRAD DR**
**LA MESA, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.317 0**

**Nonpriority creditor's name and mailing address**
**MURRAY MANOR PTA**
**7825 HIGHGATE LN**
**LA MESA, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.317 1**

**Nonpriority creditor's name and mailing address**
**MUSEFFECT**
**929 N CURSON AVE  #6 WEST**
**HOLLYWOOD, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.317 2**

**Nonpriority creditor's name and mailing address**
**MUTUAL DISTRIBUTING COMPANY**
**2233 CAPITAL BLVD**
**RALEIGH, NC 27604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.317 3**

**Nonpriority creditor's name and mailing address**
**MUWA LLC**
**19370 COLLINS AVE CU1**
**C/O LUMER PROPERTY MANAGEMENT**
**SUNNY ISLES BEACH, FL 33160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,964.61**

---

**3.317 4**

**Nonpriority creditor's name and mailing address**
**MUZAK LLC**
**PO BOX 71070**
**CHARLOTTE, NC 28272-1070**

Date(s) debt was incurred **3/1/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,230.16**

---

**3.317 5**

**Nonpriority creditor's name and mailing address**
**MVPARTNERS**
**PO BOX 1440**
**ATTN CONTROLLER**
**COSTA MESA, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.317 6**

**Nonpriority creditor's name and mailing address**
**MVSA**
**41700 DENISE STREET**
**FREMONT, CA 94539**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.317 7**

Nonpriority creditor's name and mailing address

**MY GROUT GUYZ INC**
**135 E ST CHARLES RD  C-1**
**CAROL STREAM**
**IL, 60188**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$3,734.20

---

**3.317 8**

Nonpriority creditor's name and mailing address

**MYNDBEND MULTIMEDIA INC**
**PO BOX 7423**
**NEW YORK, NY 10116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.317 9**

Nonpriority creditor's name and mailing address

**MYRHIAM GARCIA**
**108 PRINCETON ST**
**LAS VEGAS, NV 80107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.318 0**

Nonpriority creditor's name and mailing address

**N C B NORTH COUNTY BEVERAGE**
**SERVICE INC**
**839 S MELROSE DR**
**VISTA**
**CA, 92081-7401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$503.26

---

**3.318 1**

Nonpriority creditor's name and mailing address

**NABIL YOUNG**
**4321 MONTGOMERY BLVD NE  #375**
**ALBUQUERQUE, NM 87109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.318 2**

Nonpriority creditor's name and mailing address

**NADIA ELLIS**
**1350 MORNINGVIEW DR #189**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.318 3**

Nonpriority creditor's name and mailing address

**NADIA TAGHAVI DINANI**
**28012 LORETHA LANE**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) **20-02477-LA7** |
| Name | |

**3.318 4**

Nonpriority creditor's name and mailing address
**NADINE BASMA**
**16566 PINE AVE**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 5**

Nonpriority creditor's name and mailing address
**NAKANO FOODS INC**
**27772 NETWORK PLACE**
**CHICAGO, IL 60673-1277**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 6**

Nonpriority creditor's name and mailing address
**NALEEN SHORT**
**180 CYPRESS ST**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 7**

Nonpriority creditor's name and mailing address
**NANCY GONZALEZ**
**940 E DRAGON FLY RD**
**SAN TAN VALLEY, AZ 85209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 8**

Nonpriority creditor's name and mailing address
**NANCY HECTOR**
**11724 RAVEN RIDGE RD**
**RALEIGH, NC 27614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 9**

Nonpriority creditor's name and mailing address
**NANCY JIH**
**6260 SQUIRE LANE**
**WILLBROOK, IL 60527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 0**

Nonpriority creditor's name and mailing address
**NANCY LOWELL**
**1524 VIRGINIA ST**
**DOWNERS GROVE, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.319**
**1**

**Nonpriority creditor's name and mailing address**
**NAOMI BERKOWITZ**
**82-500 US HIGHWAY 111 STE 10B**
**INDIO**
**CA, 92201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.319**
**2**

**Nonpriority creditor's name and mailing address**
**NATALIA PACHECO**
**30 SEDONA COVE DR**
**APOPKA, FL 32703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,400.38

---

**3.319**
**3**

**Nonpriority creditor's name and mailing address**
**NATALIE GONZALEZ**
**1527 MAXWELL LANE**
**VISTA, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319**
**4**

**Nonpriority creditor's name and mailing address**
**NATALIE LAHR**
**4301 E CATALINA DR**
**PHOENIX, AZ 85018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319**
**5**

**Nonpriority creditor's name and mailing address**
**NATHALIE GARCIA**
**244 E AVE P1**
**PALMDALE, CA 93550**

Date(s) debt was incurred  3/17/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$101.20

---

**3.319**
**6**

**Nonpriority creditor's name and mailing address**
**NATHAN BURROUGHS**
**1219 CAPISTRANO LANE**
**VISTA, CA 92081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319**
**7**

**Nonpriority creditor's name and mailing address**
**NATIONAL DATA LABEL CORP**
**301 ARTHUR COURT**
**BENSENVILLE, IL 60106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.319 8**

**Nonpriority creditor's name and mailing address**
**NATIONAL FROZEN FOODS CORP**
**PO BOX 912967**
**DENVER, CO 80291-2967**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319 9**

**Nonpriority creditor's name and mailing address**
**National Frozen Foods Corp.**
**Po Box 9366**
**Seattle, WA 98109**

Date(s) debt was incurred  3/3/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,397.00**

---

**3.320 0**

**Nonpriority creditor's name and mailing address**
**NATIONAL HONORS SOCIETY**
**17816 BUSHARD**
**NATIONAL HONORS SOCIETY**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.320 1**

**Nonpriority creditor's name and mailing address**
**NATIONAL MS SOCIETY**
**1923 ELM RIDGE DRIVE**
**VISTA**
**CA, 92081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$39.86**

---

**3.320 2**

**Nonpriority creditor's name and mailing address**
**NATIONAL PAYMENT SOLUTIONS**
**5650 WHITESBILL RD STE 210**
**COLUMBUS, GA 31904**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
**NATIONAL RETAIL TENANTS ASSOC**
**60 SHAKER ROAD**
**EAST LONGMEADOW, MA 01028-2760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.320 4**

**Nonpriority creditor's name and mailing address**
**National Sugar Marketing, Llc**
**Po Box 83257**
**Chicago, IL 60691-0257**

Date(s) debt was incurred  3/11/2020, 3/2/2020, 3/9/2020, 3/13/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$63,601.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.320 5 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL TOLLS**<br>**NATIONAL PO BOX 403328**<br>**ATLANTA, GA 30384-3328** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 6 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL TOLLS**<br>**NATIONALCAR TOLLS**<br>**PO BOX 30**<br>**ROSLYN HEIGHTS, NY 11577** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 7 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL UNIVERSITY**<br>**5245 PACIFIC CONCOURSE DR 10**<br>**LOS ANGELES, CA 90045** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 8 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL WHOLESALE SUPPLY INC**<br>**P.O. BOX 54007**<br>**DALLAS, TX 75354** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 9 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL WHOLESALE SUPPLY INC**<br>**1972 CALIFORNIA CROSSING**<br>**DALLAS, TX 75220** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$809.84** |
|---|---|---|---|
| | Date(s) debt was incurred  3/4/2020 | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 0 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL WHOLESALE SUPPLY INC**<br>**P.O. BOX 54007**<br>**DALLAS**<br>**TX, 75354** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,361.68** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 1 | **Nonpriority creditor's name and mailing address**<br>**NATIONWIDE SECURITY AND BUILDING**<br>**SVCS LL**<br>**17319 SAN PEDRO AVE**<br>**STE 500**<br>**SAN ANTONIO, TX 78232** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.321 2**

**Nonpriority creditor's name and mailing address**
**NATRA US INC**
**2535 CAMINO DEL RIO SOUTH STE**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.321 3**

**Nonpriority creditor's name and mailing address**
**NATURAL AMERICAN FOODS INC**
**PO BOX 842115**
**BOSTON, MA 02284-2115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.321 4**

**Nonpriority creditor's name and mailing address**
**Natural American Foods, Inc.**
**Sweet Harvest Foods**
**PO BOX 95073**
**Chicago, IL 60694-5073**

Date(s) debt was incurred  3/9/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,842.80**

---

**3.321 5**

**Nonpriority creditor's name and mailing address**
**NATURALS BASEBALL CLUB**
**40843 FLAGSTONE ST**
**PALMDALE, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.321 6**

**Nonpriority creditor's name and mailing address**
**NAVAJO GIRLS FASTPITCH**
**6334 LAKE DORA**
**SAN DIEGO**
**CA, 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$194.32**

---

**3.321 7**

**Nonpriority creditor's name and mailing address**
**NAVEX GLOBAL INC**
**PO BOX 60941**
**CHARLOTTE, NC 28260-0941**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.321 8**

**Nonpriority creditor's name and mailing address**
**NAVGEET SANDHU**
**763 N GENEVA AVE**
**ELMHURST, IL 60126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3219**

**Nonpriority creditor's name and mailing address**

**NAZARETH SCHOOL**
**10728 SAN DIEGO MISSION RD**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.3220**

**Nonpriority creditor's name and mailing address**

**NC CHILD SUPPORT COLLECTIONS**
**PO BOX 900012**
**RALEIGH**
**NC, 27675**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$597.22**

---

**3.3221**

**Nonpriority creditor's name and mailing address**

**NC MATRIX**
**904 IRON HORSE CT**
**SAN MARCOS**
**CA, 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$78.93**

---

**3.3222**

**Nonpriority creditor's name and mailing address**

**NCB NORTH COUNTY BEVERAGE INC**
**839 S MELROSE DR**
**VISTA, CA 92081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.3223**

**Nonpriority creditor's name and mailing address**

**NCDOR**
**P.O. BOX 25000**
**RALEIGH, NC 00276-4045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.3224**

**Nonpriority creditor's name and mailing address**

**NCEF**
**PO BOX 595**
**CLACKAMAS, OR 97015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.3225**

**Nonpriority creditor's name and mailing address**

**NEBRASKA U.C. FUND**
**UNEMPLOYMENT INSURANCE TAX**
**P.O. BOX 94600**
**LINCOLN, NE 68509-4600**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**
Name

Case number (if known) **20-02477-LA7**

---

| 3.322 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139.99** |
| **NEDLO B GURULE** | ☐ Contingent | |
| **530 IVORY RD** | ☐ Unliquidated | |
| **RIO RANCHO, NM 87124** | ☐ Disputed | |
| Date(s) debt was incurred _3/9/2020_ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.322 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Neil Jones** | ☐ Contingent | |
| **PO Box 842476** | ☐ Unliquidated | |
| **Dallas, TX 75284** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Tomato Products_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.322 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **NEILL SCHULTZ** | ☐ Contingent | |
| **26441 HILLHURST CT** | ☐ Unliquidated | |
| **SUN CITY, CA 92586** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.322 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **NELLIE M STALLINGS** | ☐ Contingent | |
| **1105 BELFRY DRIVE** | ☐ Unliquidated | |
| **KNIGHTDALE, NC 27545** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.323 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **NELMAR SECURITY PACKAGING SYSTEMS INC** | ☐ Contingent | |
| **3100 RUE DES BATISSEURS** | ☐ Unliquidated | |
| **TERREBONNE, QU J6Y 0A2** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.323 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **NELSON NUNES** | ☐ Contingent | |
| **13140 SAN FELIPE ST** | ☐ Unliquidated | |
| **LA MIRADA, CA 90638** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.323 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,383.14** |
| **NEMCO FOOD EQUIPMENT DIVIS** | ☐ Contingent | |
| **PO BOX 305** | ☐ Unliquidated | |
| **HICKSVILLE, OH 43526** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.323 3**

**Nonpriority creditor's name and mailing address**

**NEMCO FOOD EQUIPMENT DIVIS**
**P.O. Box 305**
**Hicksville**
**OH, 43526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$956.41**

---

**3.323 4**

**Nonpriority creditor's name and mailing address**

**NEOGEN CORPORATION**
**25153 NETWORK PLACE**
**CHICAGO, IL 60673-1251**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 5**

**Nonpriority creditor's name and mailing address**

**NESTLE USA INC**
**PO BOX 3637**
**BOSTON, MA 02241-3637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 6**

**Nonpriority creditor's name and mailing address**

**NESTLE WATERS NORTH AMERICA**
**PO BOX 856158**
**LOUISVILLE, KY 40285-6158**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 7**

**Nonpriority creditor's name and mailing address**

**NET LEASE FUNDING 2005 LP**
**ID 065592**
**DEPT 880044 PO BOX 29650**
**PHOENIX, AZ 85038-9650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$13,898.10**

---

**3.323 8**

**Nonpriority creditor's name and mailing address**

**NEVADA EMPLOYMENT SECURITY DIV**
**500 E. THIRD ST.**
**CARSON CITY, NV 00897-1330**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 9**

**Nonpriority creditor's name and mailing address**

**NEVADA UNCLAIMED PROPERTY**
**555 E WASHINGTON AVE #4200**
**LAS VEGAS, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3240**

**Nonpriority creditor's name and mailing address**
**NEW AGE INDUSTRIAL**
**16788 US HWY 36**
**NORTON, KS 67654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3241**

**Nonpriority creditor's name and mailing address**
**NEW BRENMAN VILLAGE**
**106 E SPRING STREET**
**C/O CITY OF ST MARY'S**
**SAINT MARY'S, OH 00045-8850**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3242**

**Nonpriority creditor's name and mailing address**
**NEW HOPE CHURCH**
**10330 CARMEL MOUNTAIN RD**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3243**

**Nonpriority creditor's name and mailing address**
**NEW HORIZONS SCHOOL**
**2550 PERALTA BLVD**
**FREMONT, CA 94536**

Date(s) debt was incurred  3/11/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$115.87**

---

**3.3244**

**Nonpriority creditor's name and mailing address**
**NEW MEXICO DEPT WKFCE SOLUTION**
**P.O. BOX 2281**
**ALBUQUERQUE, NM 87103-2281**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3245**

**Nonpriority creditor's name and mailing address**
**NEW MEXICO SECRETARY OF STATE**
**325 DON GASPAR STE 300**
**SANTA FE, NM 87501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3246**

**Nonpriority creditor's name and mailing address**
**NEXSEN PRUET LLC**
**PO DRAWER 2426**
**COLUMBIA, SC 29202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.324 7 | Nonpriority creditor's name and mailing address **NEXT PRO LLC** PO BOX 423363 KISSAMMEE, FL 34742 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $53.76 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 8 | Nonpriority creditor's name and mailing address **NEXT PRO LLC** PO BOX 423363 KISSAMMEE FL, 34742 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $26.88 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 9 | Nonpriority creditor's name and mailing address **NEXTCARE ARIZONA LLC** PO BOX 207950 DALLAS, TX 75320-7950 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 0 | Nonpriority creditor's name and mailing address **NEXTIVA INC** PO BOX 207330 DALLAS, TX 75320-7330 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $7,931.69 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 1 | Nonpriority creditor's name and mailing address **NFFC B09BLK** 2679 PIANTINO CIRCLE SAN DIEGO, CA 92108 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 2 | Nonpriority creditor's name and mailing address **NICHIMO INTERNATIONAL INC** 3245 146TH SE SUITE 220 ATTN KAORI KODERA BELLEVUE, WA 98007 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 3 | Nonpriority creditor's name and mailing address **NICHOLAS BUSTAMANTE** 9711 CARNATION AVE FOUNTAIN VALLEY, CA 92708 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.325**
**4**

**Nonpriority creditor's name and mailing address**
**NICHOLAS FITZGERALD**
**12301 LITTLE ROAD**
**HUDSON, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325**
**5**

**Nonpriority creditor's name and mailing address**
**NICHOLAS VON ESCH**
**14265 MERION CIR**
**VALLEY CENTER, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325**
**6**

**Nonpriority creditor's name and mailing address**
**NICK BOBEDA**
**5691 CRESTLINE PLACE**
**RANCHO CUCAMONGA, CA 91739**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325**
**7**

**Nonpriority creditor's name and mailing address**
**NICK PROVENZANO**
**733 TOMOKA DR**
**PALM HARBOR**
**FL, 34643**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$113.35**

---

**3.325**
**8**

**Nonpriority creditor's name and mailing address**
**NICOLE BUSHNELL**
**5151 ABUELA DR**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325**
**9**

**Nonpriority creditor's name and mailing address**
**NICOLE REICHLING**
**2400 OLD SOUTH DR  APT 3703**
**RICHMOND, TX 77406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326**
**0**

**Nonpriority creditor's name and mailing address**
**NICOLE SPERO**
**105 BEGONIA TRAIL**
**HOLLY SPRINGS, NC 27540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.326 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICOLE WILLIAMS**
**1550 NW 14TH APT 609**
**PORTLAND, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NIKISHA REYES - GRANGE**
**204 26TH AVE E UNIT A**
**SEATTLE, WA 98112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NIKKI BEHNAM**
**12 SANTA MARIA**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NIKKI KHAMSING**
**29187 WOODBINE LN**
**MENIFEE, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NIKKI MANGIAPANE**
**10534 KERRIGAN CT**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NILESH ASHER**
**204 SUFFOLK GREEN LN**
**MORRISVILLE, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nilfisk Inc.**
**Dept. 3251**
**PO BOX 123251**
**Dallas, TX 75312-3251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3268**

**Nonpriority creditor's name and mailing address**

**NINTH DIST OF CALIF CONGRESS OF PARENTS**
**6401 LINDA VISTA ROAD  ANNEX A**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3269**

**Nonpriority creditor's name and mailing address**

**NJ MALIN AND ASSOCIATES LLC**
**PO BOX 843860**
**DALLAS, TX 75284-3860**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$149.38**

---

**3.3270**

**Nonpriority creditor's name and mailing address**

**NM CHILD SUPPORT SDU**
**PO BOX 25109**
**ALBUQUERQUE, NM 87125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3271**

**Nonpriority creditor's name and mailing address**

**NOAH BELCIK**
**17577 ERIN CT**
**LAKE OSWEGO, OR 97035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3272**

**Nonpriority creditor's name and mailing address**

**NOBEL MIDDLE SCHOOL PTSA**
**9950 TAMPA AVE**
**NORTHRIDGE, CA 91324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3273**

**Nonpriority creditor's name and mailing address**

**NORTH BROADWAY PTA**
**2301 NORTH BROADWAY**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3274**

**Nonpriority creditor's name and mailing address**

**NORTH CLACKAMAS COC CHAMBER OF COMMERCE**
**8305 SE MONTEREY AVE STE 104**
**HAPPY VALLEY, OR 97086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.327 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH CLACKAMAS SOCCER CLUB**
**PO BOX 68884**
**OAK GROVE, OR 97268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH COAST CHURCH**
**2405 NORTH SANTA FE**
**JR HIGH MINISTRY C/O JAN HUDSON**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH COAST CHURCH**
**2405 NORTH SANTA FE**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**NORTH COLLIER FIRE CONTROL**
**6495 TAYLOR ROAD**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH COUNTY ACADEMY OF DANCE**
**ASSOCIATIO**
**5256 S MISSION ROAD SUITE 806**
**BONSALL, CA 92003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH FAYETTE TOWNSHIP**
**400 N. BRANCH ROAD**
**OAKDALE, PA 00015-0710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORTH HIGH SCHOOL**
**3620  W 182ND ST**
**TORRANCE, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|-------------------------|------------------|
| | Name | | |

---

**3.328 2**

**Nonpriority creditor's name and mailing address**
**NORTH TERRACE PTO**
**141 SANTA RPSA DR**
**OCEANSIDE, CA 92058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 3**

**Nonpriority creditor's name and mailing address**
**NORTH TEXAS MOUNTAIN VALLEY WATER CORP S**
**2109 LUNA RD #100**
**CARROLITON, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 4**

**Nonpriority creditor's name and mailing address**
**NORTHERN SAFETY CO INC**
**PO BOX 4250**
**UTICA, NY 13504-4250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 5**

**Nonpriority creditor's name and mailing address**
**NORTHGLENN UNITED METHODIST CHURCH**
**1605 W 106TH AVE**
**NORTHGLENN, CO 80260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 6**

**Nonpriority creditor's name and mailing address**
**NORTHLAND ALUMINUM PRODUCTS INC**
**NW 8657**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-8657**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 7**

**Nonpriority creditor's name and mailing address**
**NORTHMINSTER PRESCHOOL**
**4324 CLAIREMONT MESA BLVD**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.328 8**

**Nonpriority creditor's name and mailing address**
**NORTHRIDGE UNITED METHODIST CHURCH**
**9650 RESEDA BLVD**
**NORTHRIDGE, CA 91324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.328 9**

**Nonpriority creditor's name and mailing address**
**NORTHWEST NATURAL GAS COMPANY INC**
**220 NW 2ND AVE**
**PORTLAND, OR 97209**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 0**

**Nonpriority creditor's name and mailing address**
**NORWOOD ELEMENTARY PTA**
**19810 NW 14TH COURT**
**MIAMI GARDENS, FL 33169**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 1**

**Nonpriority creditor's name and mailing address**
**NOT FOR SALE CAMPAIGN**
**2218 PINECREST COURT**
**FULLERTON**
**CA, 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$64.54**

---

**3.329 2**

**Nonpriority creditor's name and mailing address**
**NOTTS FOREST F C NFFC**
**PO BOX 22755**
**SAN DIEGO, CA 92191**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 3**

**Nonpriority creditor's name and mailing address**
**Novolex Shields, Llc**
**PO Box 639421**
**Cincinnati, OH 45263**

Date(s) debt was incurred _2/20/2020, 3/2/2020_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$23,663.25**

---

**3.329 4**

**Nonpriority creditor's name and mailing address**
**Novolex Shields, Llc**
**PO Box 639421**
**Cincinnati**
**OH, 45263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$20,462.40**

---

**3.329 5**

**Nonpriority creditor's name and mailing address**
**NOVON COMPANY**
**PO BOX 1690**
**PLEASANTON, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.329 6**

**Nonpriority creditor's name and mailing address**
**NTL BRANDS LTD**
**3901 PIPESTONE RD**
**DALLAS, TX 75212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 7**

**Nonpriority creditor's name and mailing address**
**NTL-Brands, LTD.**
**formerly New Thermoserv, LTD.**
**PO Box 671316**
**Dallas, TX 75267-1316**

Date(s) debt was incurred  3/3/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$619.92**

---

**3.329 8**

**Nonpriority creditor's name and mailing address**
**NUCO2**
**PO BOX 417902**
**BOSTON, MA 02241-7902**

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$361.55**

---

**3.329 9**

**Nonpriority creditor's name and mailing address**
**NULITE INC**
**PO BOX 1017**
**POWAY, CA 92074-1017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330 0**

**Nonpriority creditor's name and mailing address**
**NUTMEG INDUSTRIES INC**
**12101 MADERA WAY**
**RIVERSIDE, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,227.53**

---

**3.330 1**

**Nonpriority creditor's name and mailing address**
**NV ENERGY**
**PO BOX 30150**
**RENO, NV 89520-3150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$10,222.64**

---

**3.330 2**

**Nonpriority creditor's name and mailing address**
**NV SCADU**
**PO BOX 98950**
**LAS VEGAS, NV 89193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.330 3**

**Nonpriority creditor's name and mailing address**
**NW NATURAL**
**PO BOX 6017**
**PORTLAND, OR 97228-6017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$6,682.01**

---

**3.330 4**

**Nonpriority creditor's name and mailing address**
**NYS CHILD SUPPORT**
**PO BOX 15363**
**ALBANY, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330 5**

**Nonpriority creditor's name and mailing address**
**OAK SPRINGS NURSERY INC**
**PO BOX 922906**
**SYLMAR, CA 91392-2906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.330 6**

**Nonpriority creditor's name and mailing address**
**OAK VALLEY MUSIC BOOSTERS**
**16055 WINECREEK RD MUSIC DEPT**
**SAN DIEGO, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330 7**

**Nonpriority creditor's name and mailing address**
**OAKRIDGE WESLEYAN CHURCH**
**10735 125TH AVE**
**LARGO, FL 33778**

Date(s) debt was incurred __3/1/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$88.74**

---

**3.330 8**

**Nonpriority creditor's name and mailing address**
**OAKWOOD PLAZA LP**
**PO BOX 62045**
**NEWARD, NJ 07101**

Date(s) debt was incurred __3/10/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$88.74**

---

**3.330 9**

**Nonpriority creditor's name and mailing address**
**OCASA PTSA**
**29292 CROWN VALLEY PKWY**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.331 0**

**Nonpriority creditor's name and mailing address**

**OCCUPANCY COST AUDIT GROUP INC**
**27442 PORTOLA PARKWAY #170**
**FOOTHILL RANCH, CA 92610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.331 1**

**Nonpriority creditor's name and mailing address**

**Occupational Health Centers**
**Concentra Medical Centers**
**Of California, A Medical Corp**
**Po Box 3700**
**Rancho Cucamonga, CA 91729-3700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.331 2**

**Nonpriority creditor's name and mailing address**

**Occupational Health Centers**
**Concentra Medical Centers**
**Of Georgia, P.C.**
**PO BOX 82730**
**Hapeville, GA 30354-0730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.331 3**

**Nonpriority creditor's name and mailing address**

**OCCUPATIONAL HEALTH CENTERS OF**
**CALIFORNI**
**PO BOX 3700**
**RANCHO CUCAMONGA, CA 91729-3700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.331 4**

**Nonpriority creditor's name and mailing address**

**OCCUPATIONAL HEALTH CENTERS OF**
**GEORGIA P**
**PO BOX 82730**
**HAPEVILLE, GA 30354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.331 5**

**Nonpriority creditor's name and mailing address**

**OCCUPATIONAL HEALTH CENTERS OF**
**THE SOUTH**
**PO BOX 9009**
**BLOOMFIELD, CO 80021-9009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.331 6**

**Nonpriority creditor's name and mailing address**
**OCCUPATIONAL HEALTH CENTERS OF THE SOUTH**
**1818 E SKY HARBOR CIR  STE 150**
**PHOENIX, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.331 7**

**Nonpriority creditor's name and mailing address**
**OCCUPATIONAL HEALTH CENTERS OF THE SOUTH**
**PO BOX 9005**
**ADDISON, TX 75001-9005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.331 8**

**Nonpriority creditor's name and mailing address**
**OCEAN AIR PTA**
**11444 CANTER HEIGHTS DRIVE**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.331 9**

**Nonpriority creditor's name and mailing address**
**OCEAN BEACH ELEMENTARY PTA**
**4741 SANTA MONICA AVE**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.332 0**

**Nonpriority creditor's name and mailing address**
**Ocean Spray Cranberries, Inc**
**PO BOX 223049**
**Pittsburgh, PA 15251-2049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.332 1**

**Nonpriority creditor's name and mailing address**
**OCLAIRE63@GMAIL.COM**
**16905 TACOPA COURT**
**TAMPA**
**FL, 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$59.08

---

**3.332 2**

**Nonpriority creditor's name and mailing address**
**ODESSA CHRISTIAN SCHOOL**
**19521 MICHIGAN AVE**
**ODESSA, FL 33556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.332 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Odot/Mctd**
**3930 Fairview Industrial Dr Se**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 70001**
**LOS ANGELES, CA 90074-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 29248**
**PHOENIX, AZ 85038-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 70025**
**LOS ANGELES, CA 90074-0025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OH CHILD SUPPORT PAYMENT CENTRAL**
**PO BOX 182394**
**COLUMBUS, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OHIO DEPT OF JOB & FAMILY SVCE**
**BUREAU OF UC TAX**
**PO BOX 182413**
**COLUMBUS, OH 43218-2413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OKLAHOMA EMPLYMNT SECURITY COM**
**WILL ROGERS MEMORIAL OFFICE BD**
**P.O. BOX 52004**
**OKLAHOMA CITY, OK 73152-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3330**

Nonpriority creditor's name and mailing address
**OLD DOMINION WOOD PRODUCTS**
**800 CRADDOCK STREET**
**LYNCHBURG, VA 24501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3331**

Nonpriority creditor's name and mailing address
**OLD SCHOOL PLUMBING AND BOILER INC**
**2296 W SKYLINE LN**
**QUEEN CREEK, AZ 85142**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3332**

Nonpriority creditor's name and mailing address
**OLD TOWN ACADEMY**
**2120 SAN DIEGO AVE**
**C/O GAIL WARRICK**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3333**

Nonpriority creditor's name and mailing address
**OLD WEST CHAPTER OES**
**19310 AVENUE OF THE OAKS**
**NEWHALL, CA 91321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3334**

Nonpriority creditor's name and mailing address
**OLECTRIC LLC**
**3937 E DULCIANA AVE**
**MESA, AZ 85206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

**3.3335**

Nonpriority creditor's name and mailing address
**OLECTRIC LLC**
**3937 E DULCIANA AVE**
**MESA**
**AZ, 85206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.3336**

Nonpriority creditor's name and mailing address
**OLEN COMMERCIAL REALTY CORP**
**UNIT Q**
**PO BOX 51915**
**LOS ANGELES, CA 90051-6215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Garden Fresh Restaurants LLC**_____        Case number (if known) ___**20-02477-LA7**___
      Name

| | | |
|---|---|---|
| **3.333**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**OLEN COMMERCIAL REALTY CORP**<br>**7 CORPORATE PLAZA**<br>**NEWPORT BEACH, CA 92660** | **$18,010.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Rent__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.333**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**OLGA PUTUNTICA**<br>**132 ALLISON AVE**<br>**DAVENPORT, FL 33897** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.333**<br>**9** | **Nonpriority creditor's name and mailing address**<br>**OLINDA PTO**<br>**3145 E BIRCH ST**<br>**BREA, CA 92821** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.334**<br>**0** | **Nonpriority creditor's name and mailing address**<br>**OLIVIA ACOSTA**<br>**1151 WALNUT AVENUE 84**<br>**TUSTIN, CA 92780** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.334**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**OMAR CECILIO ZAMORA**<br>**8373 BROADWAY**<br>**LEMON GROVE, CA 91945** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.334**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**OMEGA PHI ALPHA**<br>**MEMORIAL UNION  3RD FLOOR**<br>**TEMPE, AZ 85281** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.334**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**OMEGA PHI ALPHA**<br>**MEMORIAL UNION  3RD FLOOR**<br>**TEMPE**<br>**AZ, 85281** | **$50.59** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

| | |
|---|---|
| **3.334 4** | |

**Nonpriority creditor's name and mailing address**

**OMICRON ADK**
**10060 E GRAY HAWK DR**
**TUCSON, AZ 85730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.334 5** | |

**Nonpriority creditor's name and mailing address**

**OMICRON ADK**
**10060 E GRAY HAWK DR**
**TUCSON**
**AZ, 85730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$84.14**

---

| | |
|---|---|
| **3.334 6** | |

**Nonpriority creditor's name and mailing address**

**Omya Specialty Materials**
**Po Box 200222**
**Pittsburgh, PA 15251-0222**

Date(s) debt was incurred  3/11/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$8,850.00**

---

| | |
|---|---|
| **3.334 7** | |

**Nonpriority creditor's name and mailing address**

**OMYA SPECIALTY MATERIALS**
**PO BOX 200222**
**PITTSBURGH, PA 15251-0222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.334 8** | |

**Nonpriority creditor's name and mailing address**

**ONE STEP BEYOND INC**
**9299 W OLIVE AVENUE STE 311**
**PEORIA, AZ 85345**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.334 9** | |

**Nonpriority creditor's name and mailing address**

**ONEIDA FOODSERVICE**
**23752 NETWORK PLACE**
**CHICAGO, IL 60673-1237**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.335 0** | |

**Nonpriority creditor's name and mailing address**

**ONEIDA FOODSERVICE**
**75 REMITTANCE DR STE 6152**
**CHICAGO, IL 60675-6152**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

**3.335**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ONESIGHT** | ☐ Contingent | |
| **2747 GULF TO BAY BLVD** | ☐ Unliquidated | |
| **ONESIGHT** | ☐ Disputed | |
| **CLEARWATER, FL 33759** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPEN TEXT INC** | ☐ Contingent | |
| **24685 NETWORK PLACE** | ☐ Unliquidated | |
| **C/O JP MORGAN** | ☐ Disputed | |
| **CHICAGO, IL 60673-1246** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPERATION SHOEBOX USA** | ☐ Contingent | |
| **8360 E HIGHWAY 25** | ☐ Unliquidated | |
| **BELLEVIEW, FL 34420** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPERATION SMILE** | ☐ Contingent | |
| **507 S EUCLID ST  SPC 170** | ☐ Unliquidated | |
| **SANTA ANA, CA 92704** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPINIONS LTD** | ☐ Contingent | |
| **33 RIVER STREET STE 2** | ☐ Unliquidated | |
| **CHAGRIN FALLS, OH 44022** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPTIMIST CLUB OF HILLSBORO** | ☐ Contingent | |
| **16805 NW PEBBLE BEACH WAY** | ☐ Unliquidated | |
| **BEAVERTON, OR 97006** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.335**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **OPTIMIST CLUB OF WEST PEMBROKE** | ☐ Contingent | |
| **6123 SW 191 AVENUE** | ☐ Unliquidated | |
| **PEMBROKE PINES, FL 33332** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3358**

**Nonpriority creditor's name and mailing address**

**OR DEPT OF JUSTICE**
**CHILD SUPPORT**
**PO BOX 14506**
**SALEM, OR 97309**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3359**

**Nonpriority creditor's name and mailing address**

**ORACLE AMERICA INC**
**PO BOX 44471**
**SAN FRANCISCO, CA 94144**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3360**

**Nonpriority creditor's name and mailing address**

**ORANGE COUNTY FIRE AUTHORITY**
**PO BOX 51985**
**IRVINE, CA 92619-1985**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3361**

**Nonpriority creditor's name and mailing address**

**ORANGE COUNTY HEALTH CARE AGEN**
**ENVIRONMENTAL HEALTH**
**1241 EAST DYER ROAD SUITE 120**
**SANTA ANA, CA 92705-5611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3362**

**Nonpriority creditor's name and mailing address**

**ORANGE COUNTY SHERIFFS OFFICE**
**909 N MAIN STREET  STE 2**
**SANTA ANA, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3363**

**Nonpriority creditor's name and mailing address**

**ORANGE COUNTY SHERIFFS OFFICE**
**909 N MAIN STREET  STE 2**
**SANTA ANA**
**CA, 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.3364**

**Nonpriority creditor's name and mailing address**

**ORANGE GLEN BAND ASSOCIATION**
**2550 EAST VALLEY PKWY SPC 15**
**ESCONDIDO, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.336 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ORANGEWOOD ACADEMY**
**13732 CLINTON STREET**
**GARDEN GROVE, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ORE-CAL CORP**
**PO BOX#21832**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OREGON CITY EVANGELICAL CHURCH**
**1024 LINN AVE**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OREGON HUMANE SOCIETY**
**13565 S UNION HALL RD**
**CANBY, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Oregon Potato Company**
**Willmette Valley Fruit Company**
**Po Box 3372**
**Pasco, WA 99302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ORIGINAL PRACTICE SHAKESPEARE**
**7415 SW 17TH DRIVE**
**ORIGINAL PRACTICE SHAKESPEARE**
**PORTLAND, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Orkin Pest Control**
**Po Box 7161**
**Pasadena, CA 91109-7161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.337 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORKIN PEST CONTROL**
**12710 MAGNOLIA AVE**
**RIVERSIDE, CA 92503-4620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.98** |
|---|---|---|---|

**ORLANDO CENTRAL FLORIDA STC**
**6138 MARGIE CT**
**ORLANDO**
**FL, 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORLANDO COMMERCIAL SOLUTIONS LLC**
**2525 W END DR**
**ST CLOUD, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORLANDO POLICE DEPARTMENT**
**1250 W S ST**
**ALARM COORDINATOR**
**ORLANDO, FL 32805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORLANDO SPORTSPLEX LTD**
**8701 MAITLAND SUMMIT BLVD**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,245.30** |
|---|---|---|---|

**ORLANDO UTILITIES COMMISSION**
**PO BOX 31329**
**TAMPA, FL 33631-3329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,243.54** |
|---|---|---|---|

**ORLANDO UTILITIES COMMISSION**
**PO BOX 31329**
**TAMPA**
**FL, 33631-3329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3379**

**Nonpriority creditor's name and mailing address**
**ORNUA (WISCONSIN) INGREDIENTS LLC AMERICA**
**N7630 CTY HWY BB**
**HILBERT, WI 54129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3380**

**Nonpriority creditor's name and mailing address**
**Ornua Ingredients North America**
**N7630 CTY HWY BB**
**Hilbert, WI 54129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3381**

**Nonpriority creditor's name and mailing address**
**OSCAR CARDENAS JR**
**PO BOX 2126**
**IMPERIAL BEACH, CA 91933**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.3382**

**Nonpriority creditor's name and mailing address**
**OSCAR CHAVEZ**
**53135 AVENIDA JUAREZ**
**LA QUINTA, CA 92253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3383**

**Nonpriority creditor's name and mailing address**
**OSCAR PORRON VAZQUEZ**
**13522 PARTRIDGE ST**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred  2/26/2020, 3/1/2020, 3/6/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$10,100.00

---

**3.3384**

**Nonpriority creditor's name and mailing address**
**OT CHATSWORTH TEXAS LLC**
**11440 SAN VICENTE BLVD**
**SUITE 200 C/O WESTWOOD FINANCIAL CORP**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3385**

**Nonpriority creditor's name and mailing address**
**OT SGA**
**874 AMERICAN PACIFIC DR**
**HENDERSON, NV 89014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.338 6**

Nonpriority creditor's name and mailing address
**OTAY RANCH ACADEMY OF THE ARTS**
**1615 MATER DEI DR**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 7**

Nonpriority creditor's name and mailing address
**OTAY WATER DISTRICT**
**PO BOX 51375**
**LOS ANGELES, CA 90051-5675**

Date(s) debt was incurred  3/12/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$3,326.02**

---

**3.338 8**

Nonpriority creditor's name and mailing address
**OUR LADY OF GRACE CATHOLIC SCHOOL**
**2766 NAVAJO RD**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 9**

Nonpriority creditor's name and mailing address
**OUSSOREN EPPEL CORP**
**PO BOX 231666**
**ENCINITAS, CA 92023-1666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339 0**

Nonpriority creditor's name and mailing address
**OUSSOREN EPPEL CORP.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339 1**

Nonpriority creditor's name and mailing address
**OUTFRONT MEDIA LLC**
**PO BOX 33074**
**NEWARK, NJ 07188-0074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339 2**

Nonpriority creditor's name and mailing address
**OUTLOOK MEDIA INC**
**1226 MOUNT VERNON ST**
**ORLANDO, FL 32803**

Date(s) debt was incurred  3/16/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.339
3**

**Nonpriority creditor's name and mailing address**

**OUTLOOK MEDIA INC
1226 MOUNT VERNON ST
ORLANDO
FL, 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$900.00**

---

**3.339
4**

**Nonpriority creditor's name and mailing address**

**OUTSOURCING SOLUTIONS GROUP
630 N CENTRAL EXPRESSWAY STE A
PLANO, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.339
5**

**Nonpriority creditor's name and mailing address**

**OVERLAYANALYTICS LLC
13355 NOEL RD  STE 310
DALLAS
TX, 75240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.339
6**

**Nonpriority creditor's name and mailing address**

**OWENSBORO KY-OCCUPAT TAX ADMIN
PO BOX 10008
OWENSBORO, KY 42302-9008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.339
7**

**Nonpriority creditor's name and mailing address**

**OXNARD UNION HIGH SCHOOL DISTR
1101 E VENTURA BLVD SPC 187
OXNARD, CA 93036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.339
8**

**Nonpriority creditor's name and mailing address**

**OZONA ELEMENTARY SCHOOL PTA
601 TAMPA RD
PALM HARBOR, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.339
9**

**Nonpriority creditor's name and mailing address**

**P E O CHAPTER UV
11302 GRASSY TRAIL DR
C/O KATHY STEELE
SAN DIEGO, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.340**
**0**

Nonpriority creditor's name and mailing address
**PACIFIC BUSINESS CAPITAL CORP**
**PO BOX 19067**
**IRVINE, CA 92623**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$760.00**

---

**3.340**
**1**

Nonpriority creditor's name and mailing address
**Pacific Cheese**
**Po Box 1017360**
**Pasadena, CA 91189-1736**

Date(s) debt was incurred  3/9/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$52,676.42**

---

**3.340**
**2**

Nonpriority creditor's name and mailing address
**PACIFIC GOLD AGRICULTURE LLC**
**PO BOX 29**
**COLUSA, CA 95932**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340**
**3**

Nonpriority creditor's name and mailing address
**PACIFIC LANDSCAPE MANAGEMENT**
**21555 NW AMBERWOOD DR**
**HILLSBORO, OR 97124**

Date(s) debt was incurred  3/1/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.340**
**4**

Nonpriority creditor's name and mailing address
**PACIFIC PREMIER RETAIL TRUST LLC**
**PO BOX 849464**
**LOS ANGELES, CA 90084-9464**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$23,399.88**

---

**3.340**
**5**

Nonpriority creditor's name and mailing address
**PACIFIC REALTY ASSOCIATES LP**
**UNIT 64**
**PO BOX 4900**
**PORTLAND, OR 97208-4900**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$17,084.00**

---

**3.340**
**6**

Nonpriority creditor's name and mailing address
**PACIFIC REPAIR SERVICE INT L INC**
**1666 N MAGNOLIA AVE**
**EL CAJON, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.340 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC TENT AND AWNING**
7295 N PALM BLUFFS AVE
FRESNO, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC WATER SYSTEMS**
PO BOX 3258
SAN JOSE, CA 95156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFICA BAND AND AUX CORP**
12812 VALLEY VIEW ST  12
GARDEN GROVE, CA 92845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFICA BOYS SOCCER BOOSTER**
PO BOX 5782
GARDEN GROVE, CA 92846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.17 |
|---|---|---|---|

**PACIFICA CHORAL BOOSTERS**
PO BOX 6314
GARDEN GROVE
CA, 92845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFICA CHORUS BOOSTER**
12695 SAINT MARK ST
GARDEN GROVE, CA 92845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFICA HIGH SCHOOL DRUM LINE**
13380 EL DORADO DR 195G
SEAL BEACH, CA 90740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.341 4**

**Nonpriority creditor's name and mailing address**

**PACIFICA HIGH SCHOOL PTSA**
**6851 LAMPSON AVE**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341 5**

**Nonpriority creditor's name and mailing address**

**PACK 167**
**12997 IMPALA COURT**
**C/O LINH TERRY**
**GARDEN GROVE, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341 6**

**Nonpriority creditor's name and mailing address**

**PACK A DRUM INC**
**862 HAWKSBILL IS DR**
**SATELLITE BEACH, FL 32937**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341 7**

**Nonpriority creditor's name and mailing address**

**PACKCO INC**
**PO BOX 2294**
**LAKE OZARK, MO 65049**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$938.00**

---

**3.341 8**

**Nonpriority creditor's name and mailing address**

**PACKCO INC**
**PO BOX 2294**
**LAKE OZARK**
**MO, 65049**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$822.06**

---

**3.341 9**

**Nonpriority creditor's name and mailing address**

**PACSD INC**
**PO BOX 130362**
**CARLSBAD, CA 92013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 0**

**Nonpriority creditor's name and mailing address**

**PADRES PEDAL THE CAUSE**
**9715 BUSINESS PARK AVE**
**SAN DIEGO, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.342<br>1 | **Nonpriority creditor's name and mailing address**<br>**PAGES 2 STAGES INC**<br>**10647 SW 76 TERRACE**<br>**MIAMI, FL 33173** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>2 | **Nonpriority creditor's name and mailing address**<br>**PAIGE CLEMENS**<br>**10137 VANALDEN AVE**<br>**NORTHRIDGE, CA 91324** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>3 | **Nonpriority creditor's name and mailing address**<br>**PAKWOOD PTSO INC**<br>**12900 N 71ST AVE**<br>**PEORIA, AZ 85381** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>4 | **Nonpriority creditor's name and mailing address**<br>**PALM BEACH COUNTY**<br>**BOARD OF COUNTY COMMISSIONER**<br>**PO BOX 3977**<br>**WEST PALM BEACH, FL 33402** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>5 | **Nonpriority creditor's name and mailing address**<br>**PALM BEACH COUNTY SHERIFFS OFF**<br>**PO BOX 24681**<br>**WEST PALM BEACH, FL 33416-4681** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>6 | **Nonpriority creditor's name and mailing address**<br>**PALM HARBOR UMC**<br>**1551 BELCHER ROAD**<br>**PALM HARBOR, FL 34683** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342<br>7 | **Nonpriority creditor's name and mailing address**<br>**PALOMA ELEMENTARY PTO**<br>**660 CAMINO MAGNIFICO**<br>**SAN MARCOS, CA 92069** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3428**

Nonpriority creditor's name and mailing address
**PALOMA PTO**
**660 CAMINO MAGNIFICO**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3429**

Nonpriority creditor's name and mailing address
**PAMELA BAUTISTA**
**1102 DEARBORN CIR**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3430**

Nonpriority creditor's name and mailing address
**PANDAPARTNERS  OURCOMMUNITYSCH**
**10045 JUMILLA AVE**
**CHATSWORTH, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3431**

Nonpriority creditor's name and mailing address
**PANG INMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3432**

Nonpriority creditor's name and mailing address
**PAPE MATERIAL HANDLING**
**PO BOX 60008**
**CITY OF INDUSTRY**
**CA, 91716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$778.03**

---

**3.3433**

Nonpriority creditor's name and mailing address
**Pape Material Handling Exchange**
**P.O. BOX 35144 #5077**
**Seattle, WA 98124-5144**

Date(s) debt was incurred  3/9/2020, 3/10/2020, 3/11/2020, 3/15/2020, 3/18/2020, 3/29/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,679.80**

---

**3.3434**

Nonpriority creditor's name and mailing address
**Pape Material Handling Exchange**
**P.O. BOX 35144 #5077**
**Seattle**
**WA, 98124-5144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$444.75**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**PAPER RECYCLING AND SHREDDING SPECIALIST**
**PO BOX 3074**
**SAN DIMAS, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Par Brinks POS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**PAR-WAY GROUP INC**
**7964 SOLUTIONS CENTER DR**
**CHICAGO, IL 60677-7009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**PARAMOUNT TECHNOLOGY SOLUTIONS LLC**
**63 EMERALD STREET STE 442**
**KEENE, NH 03431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**PARAMOUNT URGENT CARE**
**805 E COUNTY ROAD 466**
**LADY LAKE, FL 32159**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**PARENT TEACHERENRICHMENT GROUP**
**2300 BELCHER ROAD SOUTH**
**LARGO, FL 33771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**PARENTS AND TEACHERS MCKINLEY**
**1500 NW 185TH AVE**
**BEAVERTON, OR 97006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.344 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.16** |
|---|---|---|---|---|

**PARENTS AND TEACHERS MCKINLEY**
**1500 NW 185TH AVE**
**BEAVERTON**
**OR, 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARENTS AND TEACHERS OF BARNES**
**13730 WALKER ROAD**
**BEAVERTON, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARENTS BOOSTER NETWORK PPHS**
**5000 SW 207TH TERRACE**
**C/O GRASY NORIEGA**
**PEMBROKE PINES, FL 33332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARENTS OF MONROVIA PACK 66**
**931 WEST WALNUT AVE**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARK PASEO NORTHSTARS**
**7 KARA WEST**
**IRVINE, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARK SCHOOL ELEMENTARY**
**301 N MARENGO AVE**
**ALHAMBRA, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PARK SIDE PRESCHOOL**
**35450 NEWARK BLVD**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3449**

**Nonpriority creditor's name and mailing address**
**PARKVIEW ELEMENTARY PTA**
**575 JUNIPER ST**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3450**

**Nonpriority creditor's name and mailing address**
**PARKWAY MIDDLE SCHOOL**
**9009 PARK PLAZA DR**
**LA MESA, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3451**

**Nonpriority creditor's name and mailing address**
**PARTECH INC**
**8383 SENECA TURNPIKE #2**
**NEW HARTFORD, NY 13413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3452**

**Nonpriority creditor's name and mailing address**
**Parts Town LLC**
**27787 Network Place**
**Chicago, IL 60673-1277**

Date(s) debt was incurred  2/14/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$746.32**

---

**3.3453**

**Nonpriority creditor's name and mailing address**
**PARTS TOWN LLC**
**27787 NETWORK PLACE**
**CHICAGO, IL 60673-1277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,613.18**

---

**3.3454**

**Nonpriority creditor's name and mailing address**
**PARTS TOWN LLC**
**27787 Network Place**
**Chicago**
**IL, 60673-1277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$295.95**

---

**3.3455**

**Nonpriority creditor's name and mailing address**
**PASEO VERDE PTSO**
**7880 W GREENWAY RX**
**PASEO VERDE ELEMENTARY PTSO**
**PEORIA, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Garden Fresh Restaurants LLC**
Name

Case number (if known)    **20-02477-LA7**

---

| 3.345 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASS AT UCI**
**25 VIA LUCCA  APT J235**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASSPORT FOOD GROUP LLC**
**2539 E PHILADEPHIA ST**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Passport Foods (SVC), LLC fka SCI ABC, L**
**Po Box 840788**
**Los Angeles, CA 90084-0788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASSPORT FOODS LLC**
**2000 AVE OF THE STARS**
**STE 810 N**
**LOS ANGELES, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,123.00 |
|---|---|---|---|

**Pasta Piccinini, Inc**
**950 N. Fair Oaks Avenue**
**Pasadena**
**CA, 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAT HOULIHAN**
**537 NORTH TYLER ROAD**
**SAINT CHARLES, IL 60174-2335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRICE WHITE**
**9512 APPLEVALLEY LANE**
**JACKSONVILLE, FL 32222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICIA FREEMAN**
**812 MILL GREENS COURT**
**RALEIGH, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK CHRISTY**
**3226 TRAFALGAR RD**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK HENRY CLASS OF 2022**
**6702 WANDERMERE DR**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK HENRY FOOTBALL BOOSTER**
**5173 WARING RD #549**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK HENRY FOUNDATION**
**2968 GLENFLORA AVE**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK HENRY FOUNDATION CROSS**
**7416 BARKER WAY**
**PATRICK HENRY FOUNDATION**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PATRICK HENRY HIGH FOUNDATION**
**6702 WANDERMERE DRIVE**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3470**

**Nonpriority creditor's name and mailing address**
**PATRICK PARSONS**
**2396 NW SCHMIDT WAY APT 186**
**BEAVERTON**
**OR, 97006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11.83

---

**3.3471**

**Nonpriority creditor's name and mailing address**
**PAUL GUISTI**
**701 ASPEN PK LOOK # 3714**
**HENDERSON, NV 89011**

Date(s) debt was incurred  3/12/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3.75

---

**3.3472**

**Nonpriority creditor's name and mailing address**
**PAUL SHELBURNE**
**1446 MORSE DR**
**SAN BERNARDINO, CA 92404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3473**

**Nonpriority creditor's name and mailing address**
**PAUL STEPTOE**
**PO BOX 70051**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3474**

**Nonpriority creditor's name and mailing address**
**PAULA WATTS PHOTOGRAPHY**
**3603 BANCROFT STREET**
**SAN DIEGO, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3475**

**Nonpriority creditor's name and mailing address**
**PAVAN KUMAR KARNAM**
**5315 CAMBRIDGESHIRE LOOP**
**CARY, NC 27519**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3476**

**Nonpriority creditor's name and mailing address**
**Paymentech**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.347 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAYTRONIX SYSTEMS INC**
**80 BRIDGE ST**
**NEWTON, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PC HYLAND**
**850 TEAGUE TRAIL #1976**
**LADY LAKE, FL 32158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.00 |
|---|---|---|---|

**PEACHSTATE ROOFING INC**
**1655 SPECTRUM DR**
**LAWRENCEVILLE, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2020

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEDRO P GONZALEZ**
**MARIACHI REAL DE SAN DIEGO**
**1784 HAMPTON COURT**
**BONITA, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEDRO RODRIGUEZ**
**655 JEFFERY ST APT 11**
**BOCA RATON, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEGGIE MILLER**
**16011 SADLESTRING DR**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,804.00 |
|---|---|---|---|

**Peking Noodle**
**1514 N. San Fernando Road**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2020

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.348 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,984.29 |
|---|---|---|---|

**PELICAN AIRE INC**
**11620 54TH ST N**
**CLEARWATER, FL 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.95 |
|---|---|---|---|

**PELICAN AIRE INC**
**11620 54TH ST N**
**CLEARWATER**
**FL, 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PEMBROKE PINES FARP**
**PO BOX 24620**
**WEST PALM BEACH, FL 33416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PENNSYLVANIA UC FUND**
**DEPARTMENT OF LABOR & INDUSTRY**
**P.O. BOX 60848**
**HARRISBURG, PA 00017-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PEORIA POLICE DEPT - ALARM**
**8351 WEST CINNABAR AVE**
**PEORIA, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peppers Unlimited Inc.**
**1375 Avenue S Suite # 300**
**Grand Prairie, TX 75050-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,375.00 |
|---|---|---|---|

**PEPPERTREE SOFTWARE INC**
**1027 IRIS CT**
**CARLSBAD, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.349**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,750.00** |
|---|---|---|
| **PEPPERTREE SOFTWARE INC**<br>**1027 IRIS CT**<br>**CARLSBAD**<br>**CA, 92011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **PEPSICO INC**<br>**PO BOX 644943**<br>**PITTSBURGH, PA 15264-4943** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **PEPSICO INC**<br>**PO BOX 75948**<br>**A DIVISION OF PEPSICO INC**<br>**CHICAGO, IL 60675-5948** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,001.00** |
|---|---|---|
| **Pepsico, Inc**<br>**Po Box 644943**<br>**Pittsburgh, PA 15264-4943** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/21/2020, 2/28/2020, 3/6/2020, 3/10/2020, 3/14/2020** | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,870.76** |
|---|---|---|
| **Pepsico, Inc**<br>**75 Remittance Dr., Suite 1884**<br>**CHICAGO, IL 60675-1884** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/19/2020, 2/26/2020, 2/28/2020, 3/4/2020, 3/11/2020** | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.50** |
|---|---|---|
| **PERFECT CONNECTIONS ELECTRICAL**<br>**CONTRACTOR LLC**<br>**2523 RETUNDA PKWY**<br>**CAPE CORAL, FL 33904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.349**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **PERFORMANCE AIR MECHANICAL IN**<br>**3720 PARK CENTRAL BLVD NORTH**<br>**POMPANO BEACH, FL 33067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.349 8 | Nonpriority creditor's name and mailing address<br>**PERPETUAL CAPITAL LLC**<br>**1000 WILSON BLVD STE 2700**<br>**ARLINGTON, VA 22209**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.349 9 | Nonpriority creditor's name and mailing address<br>**Perricone**<br>**550 B Street**<br>**Beaumont, CA 92223**<br><br>Date(s) debt was incurred  2/25/2020, 3/10/2020<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,076.00** |
| 3.350 0 | Nonpriority creditor's name and mailing address<br>**Perrin Bernard Supowitz, LLC**<br>**Individual Foodservice**<br>**5496 Lindbergh Lane**<br>**Bell, CA 90201**<br><br>Date(s) debt was incurred  3/4/2020, 3/11/2020,<br>3/12/2020<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,194.64** |
| 3.350 1 | Nonpriority creditor's name and mailing address<br>**Perrin Bernard Supowitz, LLC**<br>**Individual Foodservice**<br>**5496 Lindbergh Lane**<br>**Bell**<br>**CA, 90201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,285.20** |
| 3.350 2 | Nonpriority creditor's name and mailing address<br>**PERSHING MS MUSIC CLUB**<br>**8204 SAN CARLOS DRIVE**<br>**SAN DIEGO, CA 92119**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.350 3 | Nonpriority creditor's name and mailing address<br>**PET PRESCRIPTION TEAM**<br>**1920 DEHESA RD**<br>**EL CAJON, CA 92019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.350 4**

Nonpriority creditor's name and mailing address
**PETE MONISMITH PC INC**
**3945 FORBES AVE STE 175**
**PITTSBURGH, PA 15213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350 5**

Nonpriority creditor's name and mailing address
**PEYMON NASSERI**
**7123 ETIWANDA AVE #3**
**RESEDA, CA 91335**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350 6**

Nonpriority creditor's name and mailing address
**PF MAJOR INC**
**GENERAL PARTNER SPLW PROP**
**PO BOX 967**
**PALOS VERDES, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$6,617.00**

---

**3.350 7**

Nonpriority creditor's name and mailing address
**PF MAJOR INC**
**GENERAL PARTNER**
**SPGG PROPERTIES LTD PO BOX 967**
**PALOS VERDES, CA 90274-0967**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$6,017.00**

---

**3.350 8**

Nonpriority creditor's name and mailing address
**PG AND E**
**BOX 997300**
**SACRAMENTO, CA 95899-7300**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$61,764.87**

---

**3.350 9**

Nonpriority creditor's name and mailing address
**PGE**
**PO BOX 4438**
**PORTLAND, OR 97208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$9,403.41**

---

**3.351 0**

Nonpriority creditor's name and mailing address
**PHHS AVID CLUB**
**6702 WINDERMERE DRIVE**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PHHS FOUNDATION**
**8723 NAVAJO RD#2**
**SAN DIEGO, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PHHS RED CROSS**
**1377 PIEDMONT RD**
**SAN JOSE, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PHILANTHROPIC EDUCATION ORG**
**1203 E GENEVA DR**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$635.05** |
|---|---|---|---|

**PHILLIP RAMOS UPHOLSTERY INC**
**3835 ELM ST  UNIT F**
**DENVER, CO 80207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PHILLIP TAVERAS**
**6929 SEA CORAL DR 116**
**ORLANDO, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$602.00** |
|---|---|---|---|

**PHILLYS STEAK SANDWICHES**
**2771 N H ST**
**SAN BERNARDINO**
**CA, 92405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PHS BAND BOOSTERS**
**PO BOX 6292**
**GARDEN GROVE, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3518**

Nonpriority creditor's name and mailing address
**PHS QUARTERBACK CLUB**
**PO Box 5422**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3519**

Nonpriority creditor's name and mailing address
**PHYLLIS GILLIS**
**6539 W AVE L-12 UNIT A**
**LANCASTER, CA 93536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3520**

Nonpriority creditor's name and mailing address
**PI DELTA CHAPTER OF THETA TAU**
**31 BOMBAY**
**IRVINE, CA 92620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3521**

Nonpriority creditor's name and mailing address
**PIAZZA RETAIL  LLC**
**5850 CANOGA AVE #650**
**C/O NEWMARK MERRILL COMPANIES**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,375.98**

---

**3.3522**

Nonpriority creditor's name and mailing address
**PIEDMONT HILLS HIGH CSF CLUB**
**3534 PINE CREEK DRIVE**
**SAN JOSE**
**CA, 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$97.82**

---

**3.3523**

Nonpriority creditor's name and mailing address
**PIEDMONT HILLS KEY CLUB**
**2778 BABE RUTH DR**
**MEGAN LUONG**
**SAN JOSE**
**CA, 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$74.44**

---

**3.3524**

Nonpriority creditor's name and mailing address
**PIEDMONT HILLS PARENT BOOSTER**
**1377 PIEDMONT ROAD**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.352<br>5 | Nonpriority creditor's name and mailing address<br>**PILGRIM LUTHERAN CHURCH**<br>**5650 SW HALL BLVD**<br>**BEAVERTON, OR 97005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352<br>6 | Nonpriority creditor's name and mailing address<br>**PILIPINO CULTURAL NIGHT**<br>**10137 1/2 MAPLE ST**<br>**BELLFLOWER, CA 90706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352<br>7 | Nonpriority creditor's name and mailing address<br>**PILLSBURY WINTHROP HAW PITTMAN LLP**<br>**PO BOX 601240**<br>**CHARLOTTE, NC 28260-1240** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352<br>8 | Nonpriority creditor's name and mailing address<br>**PIMA COUNTY HEALTH DEPARTMENT**<br>**CONSUMER HEALTH & FOOD SAFETY**<br>**ABRAMS PUBLIC HEALTH CENTER 3950 S**<br>**COUNT**<br>**TUCSON**<br>**AZ, 85714** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$855.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352<br>9 | Nonpriority creditor's name and mailing address<br>**PINECREST CADENCE ORCHESTRA**<br>**225 GRAND CADENCE DR**<br>**HENDERSON, NV 89015** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.353<br>0 | Nonpriority creditor's name and mailing address<br>**PINELLAS COUNTY UTILITIES**<br>**PO BOX 1780**<br>**CLEARWATER, FL 33757-1780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,041.86** |
|---|---|---|---|
| | Date(s) debt was incurred __3/17/2020__ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.353<br>1 | Nonpriority creditor's name and mailing address<br>**Pinnacle Landscape**<br>**2200 S Fairview Street**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.353 2 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PIONEER ELEMENTARY SCHOOL PTC**
**32737 BEL AIRE STREET**
**UNION CITY, CA 94587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.353 3 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PIONEER HIGH SCHOOL EDUCATION**
**FOUNDATION**
**1141 ZINFANDEL WAY**
**SAN JOSE, CA 95120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.353 4 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PIONEER PLUMBING**
**1312 E WIEDING RD**
**TUCSON, AZ 85706**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.353 5 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PIONEER PTSO**
**1535 N GREENFIELD RD**
**GILBERT**
**AZ, 85234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$66.14**

---

| 3.353 6 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PIPER PRODUCTS INC**
**PO BOX 734559**
**CHICAGI, IL 60673-4559**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.353 7 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES GLOBAL FINANCIAL**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

Date(s) debt was incurred __2/26/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$81.24**

---

| 3.353 8 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**PLACENTIA BOOSTER CLUB**
**5330 PASEO CALIENTE**
**YORBA LINDA, CA 92887**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.353 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLACERITA FOUNDATION**
**24628 VARESE CT**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLACERITA JR HIGH SCHOOL**
**25015 NEWHALL AVE**
**NEWHALL, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLATO ACADEMY PINELLAS PARK PT**
**9200 49TH STREET NORTH**
**PINELLAS PARK, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLAVAN PTO**
**9675 WARNER AVE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLEASANT HILL ADVENTIST ACADEMY**
**796 GRAYSON RD**
**ATTN MUSIC**
**PLEASANT HILL, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLEASANT HILL POLICE DEPT**
**PO BOX 6112**
**FALSE ALARM REDUCTION PROGRAM**
**CONCORD, CA 94524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.354 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLEASANTON PARTNERSHIPS**
**IN EDUCATION**
**333 DIVISION STREET**
**PLEASONTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.354 6**

**Nonpriority creditor's name and mailing address**
**PLHS PA CROSS COUNTRY**
**3686 CURTIS ST.**
**SAN DIEGO, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 7**

**Nonpriority creditor's name and mailing address**
**PLHS PA WRESTLING BOOSTERS**
**5252 BALBOA ARMS UNIT 234**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 8**

**Nonpriority creditor's name and mailing address**
**PLHS PA XC**
**3686 CURTIS ST**
**C/O KATE HARRIS**
**SAN DIEGO, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 9**

**Nonpriority creditor's name and mailing address**
**PLHS POINTER ASSOCIATION**
**3812 BERNICE DRIVE**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 0**

**Nonpriority creditor's name and mailing address**
**PMAM Corporation**
**COBB COUNTY ALARM PROGRAM**
**PO Box 743626**
**Atlanta, GA 30374-3626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**
**PNM**
**PO BOX 27900**
**ALBUQUEREQUE, NM 87125-7900**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$7,746.84**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**
**POINCIANA PTO**
**1203 N SEACREST BLVD**
**BOYNTON BEACH, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.355 3**

**Nonpriority creditor's name and mailing address**
**POINT LOMA CORONADO STAR CLUB**
**4123 VIA EL BARDO**
**SAN YSIDRO, CA 92173**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 4**

**Nonpriority creditor's name and mailing address**
**POLESTAR LLC**
**5989 E GRANT RD**
**TUCSON, AZ 85712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 5**

**Nonpriority creditor's name and mailing address**
**POLTON ELEMENTARY SCHOOL PTCO**
**2985 SOUTH OAKLAND STREET**
**POLTON COMMUNITY ELEMENTARY SC**
**AURORA, CO 80014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 6**

**Nonpriority creditor's name and mailing address**
**PONDEROSA PTSA**
**804 PONDEROSA AVE**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 7**

**Nonpriority creditor's name and mailing address**
**PORTLAND MECHANICAL**
**CONSTRUCTION INC**
**2000 SE HANA HARVESTER DR**
**MILWAUKIE, OR 97222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 8**

**Nonpriority creditor's name and mailing address**
**POST HOLDINGS INC**
**26744 NETWORK PLACE**
**CHICAGO, IL 60673-1267**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 9**

**Nonpriority creditor's name and mailing address**
**POWAY HIGH GYMNASTICS**
**12881 INDIAN TRAIL RD**
**POWAY, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.356 0 | **Nonpriority creditor's name and mailing address** **POWAY HIGH SCHOOL CHORAL BOOSTER** 15500 ESPOLA RD POWAY, CA 92064 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 1 | **Nonpriority creditor's name and mailing address** **POWAY HIGH SCHOOL MUSIC BOOSTER** PO BOX 1376 POWAY, CA 92074 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 2 | **Nonpriority creditor's name and mailing address** **POWAY POLO CLUB** 14325 MIDLAND RD POWAY, CA 92064 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 3 | **Nonpriority creditor's name and mailing address** **POWAY UNIFIED SCHOOL DISTRICT** 13010 PASEO LUCIDO SAN DIEGO, CA 92128 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 4 | **Nonpriority creditor's name and mailing address** **POWER & RAY LLC** PO BOX 60051 CITY OF INDUSTRY, CA 91716 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,639.63** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 5 | **Nonpriority creditor's name and mailing address** **POWER SURGE CHAVEZ** 9959 AZUAGA STREET I102 SAN DIEGO, CA 92129 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 6 | **Nonpriority creditor's name and mailing address** **PPCES WEST PTA** 1680 SW 184 AVE PEMBROKE PINES, FL 33029 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.356 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PRATT CORRUGATED HOLDINGS INC**
**PRATT ROBERT MANN PACKING LLC**
**DEPT #34379 PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PRE DENTAL SOCIETY AT UCI**
**330 BRONZE**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,765.00**

**PRECISE LAWN SERVICES LLC**
**3807 SOUTHVIEW DR**
**BRANDON, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.00**

**Precision Roller**
**Kuhlmann Enterprises**
**P.O. Box 41400**
**Phoenix, AZ 95080-1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$342.00**

**Precision Roller**
**Kuhlmann Enterprises**
**P.O. Box 41400**
**Phoenix**
**AZ, 95080-1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,899.96**

**PREMIER PRODUCE CENTRAL FLORIDA**
**LLC**
**640 DISTRIBUTION DR**
**MELBOURNE, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PREMIUM STATIONERS INC**
**13841 ROSWELL AVE STE J**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.357 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PREPASS**
**PO BOX 52774**
**PHOENIX, AZ 85072-2774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.357 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PREVENT LIFE SAFETY SERVICES INC**
**1410 STEALTH STREET**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.357 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PREVOST CONSTRUCTION INC**
**400 S SIERRA AVE STE 201**
**SOLANA BEACH, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.357 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PRF**
**5969 CATTLERIDGE BLVD STE 100**
**PARKINSON PLACE ATTN JEN**
**RIESENBERGER**
**SARASOTA, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.357 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,021.19** |
|---|---|---|---|

**PRII ROLLING OAKS COMMONS FLA**
**PO BOX 11939**
**C/O CITY NATIONAL BANK**
**MIAMI, FL 33101-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.357 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PRIMARY COLOR**
**265 BRIGGS AVE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.358 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PRINKA AGGARWAL**
**2400 S MANITOBA DR**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.358 1**

**Nonpriority creditor's name and mailing address**
**PRISCILLA LEON**
**15615 OLIVA AVE**
**PARAMOUNT, CA 90723**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 2**

**Nonpriority creditor's name and mailing address**
**PRISCILLA MORALES**
**10708 OLD RIVER SCHOOL RD**
**DOWNEY, CA 90241**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 3**

**Nonpriority creditor's name and mailing address**
**PRISK PTA**
**2375 FANWOOD AVE**
**LONGBEACH, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 4**

**Nonpriority creditor's name and mailing address**
**PRO HANDYMAN CORP**
**4710 W DEWEY DR #100**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 5**

**Nonpriority creditor's name and mailing address**
**PRO KIDS**
**821 DOUGLAS DR**
**OCEANSIDE, CA 92058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**
**PRO TECH RESTAURANT SERVICE IN**
**PO BOX 60232**
**FORT MYERS, FL 33906-6232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 7**

**Nonpriority creditor's name and mailing address**
**PRO-AIR MECHANICAL**
**285 NORTH US HWY 17-92**
**LONGWOOD, FL 32750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,478.82**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.358 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,287.92 |
|---|---|---|---|

**PRO-AIR MECHANICAL**
**285 NORTH US HWY 17-92**
**LONGWOOD**
**FL, 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,838.02 |
|---|---|---|---|

**PROCESS INC**
**16766 BERNARDO CENTER DRIVE ST**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,329.40 |
|---|---|---|---|

**PROCESS INC**
**16766 BERNARDO CENTER DRIVE ST**
**SAN DIEGO**
**CA, 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,740.80 |
|---|---|---|---|

**Process Inc.**
**16766 Bernardo Center Drive Suite 208**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRODUCE ALLIANCE LLC**
**PO BOX 66452**
**CHICAGO, IL 60666-0452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRODUCERS MEAT & PROVISION CO**
**7651 ST ANDREWS AVE**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRODUCTIVITY ASSOCIATES INC**
**5625 RUFFIN ROAD STE 220**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3595**

**Nonpriority creditor's name and mailing address**

**PROF VENT CLEANING INC**
30250 12TH ST
NUEVO, CA 92567

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3596**

**Nonpriority creditor's name and mailing address**

**PROFESSIONAL DISPOSABLES INTERNATIONAL INC**
75 REMITTANCE DR SUITE 3256
CHICAGO, IL 60675-3256

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3597**

**Nonpriority creditor's name and mailing address**

**PROFESSIONAL VENT CLEANING INC**
30250 12TH ST
NUEVO, CA 92567

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3598**

**Nonpriority creditor's name and mailing address**

**PROFILE SYSTEMS LLC**
1000 E 80TH PLACE 777 SOUTH
MERRILLVILLE, IN 46410

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3599**

**Nonpriority creditor's name and mailing address**

**PROFIT MAKER FOOD SYSTEMS INC**
42285 OSGOOD RD  UNIT F
FREMONT, CA 94539

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3600**

**Nonpriority creditor's name and mailing address**

**PROGRESSIVE FLOORING SERVICES INC**
100 HERITAGE DR
ETNA, OH 43062

Date(s) debt was incurred  3/19/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.3601**

**Nonpriority creditor's name and mailing address**

**PROLINE VACTOR SERVICES INC**
PO BOX 541149
LAKE WORTH, FL 33454

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.360 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,095.00** |
|---|---|---|---|

**PROSHINE GLOBAL**
**9447 PENNYWOOD RD**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PROVEN SOLUTIONS INC**
**PO BOX 101708**
**PASADENA, CA 91189-1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PROVIDENCE CANCER INSTITUTE**
**18330 S WALDOW RD**
**OREGON CITY, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$729.43** |
|---|---|---|---|

**PROVIDENT LIFE & ACCIDENT INS**
**PO BOX 740592**
**ATLANTA**
**GA, 30374-0592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,763.65** |
|---|---|---|---|

**PRTC LP**
**1990 S BUNDY DRIVE STE 500**
**C/O SHAPELL PROPERTIES INC ATTN**
**DENISE M**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PRUDENTIAL OVERALL SUPPLY**
**PO BOX 11210**
**SANTA ANA, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PT LOMA CORONADO EASTERN STAR**
**3018 44TH STREET  APT 3**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3609**

**Nonpriority creditor's name and mailing address**
PTA SILVER PALMS ELEMENTARY
1576 SW 151 AVE
PEMBROKE PINES, FL 33027

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3610**

**Nonpriority creditor's name and mailing address**
PTO OF FOUNTAIN VALLEY
17615 LOS JARDINES EAST
FOUNTAIN VALLEY, CA 92708

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3611**

**Nonpriority creditor's name and mailing address**
PTO PLATO ACADEMY PH INC
1601 CURLEW ROAD
PALM HARBOR, FL 34683

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3612**

**Nonpriority creditor's name and mailing address**
PUBLIC HEALTH INITIATIVE
PUBLIC HEALTH INITIATIVE
5500 CAMPANILE DR
SAN DIEGO, CA 92115

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3613**

**Nonpriority creditor's name and mailing address**
PUEBLO PTO
6320 N 82ND STREET
SCOTTSDALE, AZ 85250

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3614**

**Nonpriority creditor's name and mailing address**
PUR PLUMBING INC
PO BOX 40
PORT RICHEY, FL 34673

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,667.39

---

**3.3615**

**Nonpriority creditor's name and mailing address**
PURATOS BAKERY SUPPLY INC
11167 WHITE BIRCH
RANCHO CUCAMONGA, CA 91730

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.361 6**

**Nonpriority creditor's name and mailing address**
**Puratos Bakery Supply Inc.**
**Lockbox # 399206**
**PO Box 399206**
**San Francisco, CA 94139-9206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 7**

**Nonpriority creditor's name and mailing address**
**PVSEA PTA**
**700 TEMPLE AVE**
**CAMARILLO, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 8**

**Nonpriority creditor's name and mailing address**
**PWCCS**
**3290 S TOWER RD**
**AURORA, CO 80013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**
**PYRAMID WATER SYSTEMS INC**
**6991 WEST 117 AVE**
**BROOMFIELD, CO 80020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 0**

**Nonpriority creditor's name and mailing address**
**QF & V LLC**
**QUALITY FRUIT & VEG CO**
**10 ZANE GREY**
**EL PASO, TX 79906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,128.79**

---

**3.362 1**

**Nonpriority creditor's name and mailing address**
**QF & V LLC**
**QUALITY FRUIT & VEG CO**
**10 ZANE GREY**
**EL PASO**
**TX, 79906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,717.29**

---

**3.362 2**

**Nonpriority creditor's name and mailing address**
**QUALITY CANDY COMPANY LLC**
**3535 EXECUTIVE TERMINAL DRIVE**
**HENDERSON, NV 89052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.362 3**

Nonpriority creditor's name and mailing address

**QUALITY PLUS CLEANING SYSTEMS INC**
**PO BOX 2526**
**FORT LAUDERDALE**
**FL, 33303-2526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$3,094.25

---

**3.362 4**

Nonpriority creditor's name and mailing address

**QUALITY SOLUTIONS INC**
**128 N FIRST STREET**
**COLWICH, KS 67030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.362 5**

Nonpriority creditor's name and mailing address

**QUANTUM ACADEMY PTA**
**420 N FALCONER RD**
**ESCONDIDO, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.362 6**

Nonpriority creditor's name and mailing address

**QUANTUM ACADEMY PTA**
**420 N FALCONER RD**
**ESCONDIDO**
**CA, 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$57.91

---

**3.362 7**

Nonpriority creditor's name and mailing address

**QUARTZ HILL AYSO REGION 638**
**41520 44TH ST WEST**
**LANCASTER, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.362 8**

Nonpriority creditor's name and mailing address

**QUARTZ HILL HIGH SCHOOL**
**6040 W AVENUE L**
**LANCASTER, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.362 9**

Nonpriority creditor's name and mailing address

**QUEST ACADEMY**
**4025 N RANCHO DR**
**LAS VEGAS, NV 08913**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**QUYNN CARVER**
**8765 RIDEABOUT LANE**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 1**

**Nonpriority creditor's name and mailing address**

**R & S MECHANICAL LLC**
**2664 TIMBER DR STE 323**
**GARNER, NC 27529**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 2**

**Nonpriority creditor's name and mailing address**

**R POWER INDUSTRIES INC**
**7704 TRINITY BLVD**
**FORT WORTH, TX 76118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**

**R&B WHOLESALE DIST INC**
**2350 S MILLIKEN AVE**
**ONTARIO, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 4**

**Nonpriority creditor's name and mailing address**

**R&R INDUSTRIES  INC**
**204 AVENIDA FABRICANTE**
**SAN CLEMENTE, CA 92672-7538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

**RA JEFFERYS DISTRIBUTING COMPANY**
**LLC**
**420 CIVIC BLVD**
**RALEIGH, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.363 6**

**Nonpriority creditor's name and mailing address**

**RACHAEL DERR**
**9915 CAMINITO CUADRO**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.363 7**

Nonpriority creditor's name and mailing address
**RACHEL BUSH**
**829 14TH STREET**
**LAFAYETTE, OR 97127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 8**

Nonpriority creditor's name and mailing address
**RACHEL GUTTRY**
**1001 OCALA RD  APT 369**
**TALLAHASSEE, FL 32304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 9**

Nonpriority creditor's name and mailing address
**RACHEL JACOBSON**
**1418 VENICE BLVD #303**
**VENICE, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 0**

Nonpriority creditor's name and mailing address
**RACHEL SILVA**
**8065 PASEO ARRAYAN**
**CARLSBAD, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 1**

Nonpriority creditor's name and mailing address
**RACHELLE CERON**
**20837 VERCELLI WAY**
**POTTER RANCH, CA 91326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 2**

Nonpriority creditor's name and mailing address
**Rack Men Equipment Company,Inc**
**102 Pyron Court Ne**
**Cartersville, GA 30121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 3**

Nonpriority creditor's name and mailing address
**RAFAEL OCHOA ROMERO**
**832 W COLORADO BLVD  APT C**
**MONROVIA, CA 91016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.364 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$96,245.00** |
| **RAINDROP AGENCY INC** | ☐ Contingent | | |
| **1501 INDIA ST STE 103 PMB #113** | ☐ Unliquidated | | |
| **SAN DIEGO, CA 92101** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.364 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Rainsweet Inc.** | ☐ Contingent | | |
| **Po Box 7079** | ☐ Unliquidated | | |
| **Salem, OR 97303** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.364 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **RAKESHA A HILLS** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.364 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **RALPH HOFFMAN** | ☐ Contingent | | |
| **12315 JOLIET RD** | ☐ Unliquidated | | |
| **NEWARK, IL 60541-9583** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.364 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **RALPH WEIL** | ☐ Contingent | | |
| **7725 SW 149TH AVE** | ☐ Unliquidated | | |
| **BEAVERTON, OR 97007** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.364 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **RAMAN VENTURES LLC** | ☐ Contingent | | |
| **4410 LONGSHORE WAY** | ☐ Unliquidated | | |
| **SAN DIEGO, CA 92130** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.365 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$24,302.69** |
| **RAMCO REFRIGERATION & AIR  INC** | ☐ Contingent | | |
| **3921 E MIRALOMA AVE** | ☐ Unliquidated | | |
| **ANAHEIM, CA 92806-6201** | ☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.365 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77,532.16** |
|---|---|---|---|

**RAMCO REFRIGERATION & AIR  INC**
3921 E MIRALOMA AVE
ANAHEIM
CA, 92806-6201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RAMON CANCEL**
1039 DARLING CT
KISSIMMEE, FL 34758

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RAMON LOZA**
1864 VIRGINIA AVE
SAN JOSE, CA 95122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RAMON PADILLA**
1152 JENNIFER COURT
ESCONDIDO, CA 92026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RAMON SOLORZANO**
4102 VELA WAY
OCEANSIDE, CA 92057

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47.42** |
|---|---|---|---|

**RAMONA BULLDOGS 12U**
18755 RANGELAND RD
RAMONA
CA, 92065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RAMONA QUINTANILLA**
3850 OHIO AVE
ST CHERLES, IL 60174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3658**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **RAMSAY SIGNS INC**<br>**9160 SE 74TH STREET**<br>**PORTLAND, OR 97206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3659**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.59 |
|---|---|---|
| **RANCH VISTA PTA**<br>**3610 W ESTATES LN UNIT B**<br>**ROLLING HILLS ESTATES**<br>**CA, 90274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3660**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **RANCHO BERNARDO  VETERANS**<br>**MEMORIAL ASSOC**<br>**2471 OAK CANYON PLACE**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3661**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **RANCHO BERNARDO POP WARNER**<br>**PO BOX 27676**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3662**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.43 |
|---|---|---|
| **RANCHO CALIFORNIA WATER DISTRICT**<br>**PO BOX 512687**<br>**LOS ANGELES, CA 90051-0687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3663**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **RANDY AND WENDY JUDD**<br>**2478 RIDGEBROOK PLACE**<br>**THOUSDAND OAKS, CA 91362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3664**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **RAPID KOOL COIL INC**<br>**5027 IRWINDLE AVE**<br>**IRWINDALE, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.366 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RAPID7 LLC**
**PO BOX 347377**
**PITTSBURGH, PA 15251-4377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RASHAD CROSDALE**
**4728 SW LURADEL ST #2**
**PORTLAND, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RAY CHANCE**
**3512 PLANET DR**
**RALEIGH, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RAYAN ALYONIS**
**21 CLAY**
**IRVINE, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RAYMOND HANDLING CONSULTANTS LLC**
**PO BOX 865491**
**ORLANDO, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$644.00** |
|---|---|---|---|

**RAYMOND HANDLING SOLUTIONS INC**
**FILE 1700**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Raymond Handling Solutions,Inc**
**File 1700**
**1801 W. OLYMPIC BLVD**
**Pasadena, CA 91199-1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2020**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.367 2**

**Nonpriority creditor's name and mailing address**
**RAYMOND LEASING CORP**
**PO BOX 301590**
**ACCOUNTS RECEIVABLE**
**DALLAS, TX 75303-1590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,484.86**

---

**3.367 3**

**Nonpriority creditor's name and mailing address**
**Raymond Leasing Corporation**
**Po Box 301590**
**Dallas, TX 75303-1590**

Date(s) debt was incurred  3/2/2020, 3/9/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,547.87**

---

**3.367 4**

**Nonpriority creditor's name and mailing address**
**RAYMOND ROMERO**
**8672 OASIS AVE**
**WESTMINSTER, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 5**

**Nonpriority creditor's name and mailing address**
**RAYMUNDO JUNIO**
**8080 BAUSER AVENUE**
**ROSEVILLE, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 6**

**Nonpriority creditor's name and mailing address**
**RBCPC**
**17010 POMERADO RD**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 7**

**Nonpriority creditor's name and mailing address**
**RBHS FIGHT AGAINT HUNGER CLUB**
**16266 AVENIDA VENUSTO #E**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 8**

**Nonpriority creditor's name and mailing address**
**RBHS FOOTBALL  GRID IRON CLUB**
**13010 PASEO LUCIDO**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3679**

**Nonpriority creditor's name and mailing address**

**RBV RANCH HANDS**
**1601 LONGHORN DR**
**RANCH BUENA VISTA  HIGH SCHOOL**
**VISTA, CA 92081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3680**

**Nonpriority creditor's name and mailing address**

**RC STORE MAINTENANCE INC**
**569 BATEMAN CIRCLE**
**CORONA, CA 92880**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3681**

**Nonpriority creditor's name and mailing address**

**RCBLV ST FRANCIS OF ASSISI**
**2300 SUNRIDGE HEIGHTS PKWY**
**HENDERSON, NV 89052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3682**

**Nonpriority creditor's name and mailing address**

**RCS MECHANICAL SERVICES**
**4161 INGOT STREET**
**FREMONT, CA 94538**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$33,131.01**

---

**3.3683**

**Nonpriority creditor's name and mailing address**

**REACH PROS INC**
**31365 OAK CREST DR STE 100**
**WESTLAKE VILLAGE, CA 91361**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3684**

**Nonpriority creditor's name and mailing address**

**REALTY INCOME ILLINOIS**
**PO BOX 842428**
**LOS ANGELES, CA 90084-2428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3685**

**Nonpriority creditor's name and mailing address**

**REBECCA CASTILLO**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.368 6**

Nonpriority creditor's name and mailing address
**REBECCA MADRIGAL**
**2061 WHITE ALDER LANE**
**VISTA, CA 92084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.368 7**

Nonpriority creditor's name and mailing address
**REBEKA CHRISTA**
**10 HUFF DR APT 326**
**ELLIJAY, GA 30540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.368 8**

Nonpriority creditor's name and mailing address
**RED SECURITY GROUP LLC**
**2213 ARTESIA BLVD**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.368 9**

Nonpriority creditor's name and mailing address
**REECO PROPERTIES LLLP**
**PO BOX 640**
**WINTER PARK, FL 32790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,444.16**

---

**3.369 0**

Nonpriority creditor's name and mailing address
**REED RESTAURANT REPAIR INC**
**11130 GRAY STREET**
**WESTMINSTER, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,222.41**

---

**3.369 1**

Nonpriority creditor's name and mailing address
**REED RESTAURANT REPAIR INC**
**11130 GRAY STREET**
**WESTMINSTER**
**CO, 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$738.50**

---

**3.369 2**

Nonpriority creditor's name and mailing address
**REEDY CREEK IMPROVEMENT DISTRICT**
**PO BOX 30000**
**UTILITY DIVISION**
**ORLANDO, FL 32891-8132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,538.75**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.369
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **REFRIGIWEAR INC**<br>**PO BOX 39**<br>**DAHLONEGA, GA 30533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|
| **REGAL CARPET CLEANING INC**<br>**621 W LESTER STREET**<br>**TUCSON, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,315.71 |
|---|---|---|
| **REGENCY ENTERPRISES INC**<br>**PO BOX 102193**<br>**PASADENA, CA 91189-2193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.96 |
|---|---|---|
| **REGENCY ENTERPRISES INC**<br>**PO BOX 102193**<br>**PASADENA**<br>**CA, 91189-2193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **REGENT OHARE LLC**<br>**PO BOX 88602**<br>**C/O NAI HIFFMAN ASSET MANAGEMENT LLC**<br>**CHICAGO, IL 60680-1602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **REHRIG PACIFIC COMPANY**<br>**PO BOX 514457**<br>**LOS ANGELES, CA 90051-4457** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RELAY FOR LIFE**<br>**3500 PRUNERIDGE AVE**<br>**SANTA CLARA, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3700**

**Nonpriority creditor's name and mailing address**

**RELAY FOR LIFE OF FRESNO**
**1384 W TENAYA WAY**
**FRESNO, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3701**

**Nonpriority creditor's name and mailing address**

**RELIABLE GASKETS LLC**
**18543 YORBA LINDA BLVD #163**
**YORBA LINDA, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3702**

**Nonpriority creditor's name and mailing address**

**RELIABLE GASKETS LLC**
**18543 YORBA LINDA BLVD #163**
**YORBA LINDA**
**CA, 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,097.20**

---

**3.3703**

**Nonpriority creditor's name and mailing address**

**RELIABLE REFRIGERATION SERVICE**
**913 E JUANITA AVE #1**
**MESA, AZ 85204-6622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3704**

**Nonpriority creditor's name and mailing address**

**RELIANT ELECTRICAL SERVICE INC**
**650 N ROSE DR #405**
**PLACENTIA**
**CA, 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$987.00**

---

**3.3705**

**Nonpriority creditor's name and mailing address**

**Rembrandt Enterprises Inc**
**Rembrandt Foods**
**Dept CH 16962**
**Palatine, IL 60055-6962**

Date(s) debt was incurred  3/4/2020, 3/9/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30,415.20**

---

**3.3706**

**Nonpriority creditor's name and mailing address**

**RENE LOPEZ**
**5726 1/2 FOUNTAIN AVE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.370.7**

**Nonpriority creditor's name and mailing address**
**RENE MONTIEL**
**188 COLERIDGE GREEN**
**FREMONT, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370.8**

**Nonpriority creditor's name and mailing address**
**RENN UPHOLSTERY**
**1155 BARSTOW**
**CLOVIS, CA 93612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370.9**

**Nonpriority creditor's name and mailing address**
**RENTAL CONCEPTS INC**
**6450 ROCKSIDE WOODS BLVD**
**STE 250**
**CLEVELAND, OH 44131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371.0**

**Nonpriority creditor's name and mailing address**
**Rental Concepts, Inc**
**Fleet Response**
**6450 Rockside Woods Blvd. Suite 250**
**Cleveland, OH 44131**

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$519.08**

---

**3.371.1**

**Nonpriority creditor's name and mailing address**
**RENU BUILDING MAINTENANCE INC**
**543 COUNTRY CLUB DR STE B305**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371.2**

**Nonpriority creditor's name and mailing address**
**REPROMAGIC**
**8585 MIRAMAR PLACE**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371.3**

**Nonpriority creditor's name and mailing address**
**Republic Bag Inc.**
**P O Box 827627**
**Philadelphia, PA 19182-7627**

Date(s) debt was incurred  2/14/2020, 3/6/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,470.52**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.371 4 | **Nonpriority creditor's name and mailing address**<br>**RESISTERHOOD LA INC**<br>**12244 RIVERSIDE DR #206**<br>**VALLEY VILLAGE, CA 91607**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.371 5 | **Nonpriority creditor's name and mailing address**<br>**RESOLUTION SERVICES LLC**<br>**212 NORTHRIDGE DR**<br>**ACWORTH, GA 30101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,728.65** |

| 3.371 6 | **Nonpriority creditor's name and mailing address**<br>**RESOURCES INVESTMENTS ADVISORS LLC**<br>**4860 COLLEGE BLVD  STE 100**<br>**OVERLAND PARK, KS 66211**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.371 7 | **Nonpriority creditor's name and mailing address**<br>**Restaurant Dynamics**<br>**P.O. Box 1133**<br>**Auburn, GA 30011**<br><br>Date(s) debt was incurred  2/17/2020<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$495.00** |

| 3.371 8 | **Nonpriority creditor's name and mailing address**<br>**RESTAURANT DYNAMICS**<br>**PO BOX 1133**<br>**AUBURN, GA 30011**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,331.72** |

| 3.371 9 | **Nonpriority creditor's name and mailing address**<br>**RESTAURANT DYNAMICS**<br>**P.O. Box 1133**<br>**Auburn**<br>**GA, 30011**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,976.93** |

| 3.372 0 | **Nonpriority creditor's name and mailing address**<br>**RESTAURANT EQUIPMENT SERVICE GROUP LLC**<br>**FOOD SERVICE**<br>**27766 NETWORK PLACE**<br>**CHICAGO, IL 60673-1277**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.372
1**

**Nonpriority creditor's name and mailing address**
**RESTAURANT MANAGEMENT CAREERS**
**5500 E ATHERTON #226**
**LONG BEACH, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372
2**

**Nonpriority creditor's name and mailing address**
**RESTOR TO NU LLC**
**120 S HOUGHTON RD  STE 138-272**
**TUCSON, AZ 85748-6731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$570.00**

---

**3.372
3**

**Nonpriority creditor's name and mailing address**
**RESURGENT HEALTH & MEDICAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,219.33**

---

**3.372
4**

**Nonpriority creditor's name and mailing address**
**REX PUTNAM YOUTH CHEER**
**8611 SE FRONTIER CT**
**CLACKAMAS, OR 97015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372
5**

**Nonpriority creditor's name and mailing address**
**RFG CONSTRUCTION INC**
**14354 CARMENITA RD**
**NORWALK, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,607.50**

---

**3.372
6**

**Nonpriority creditor's name and mailing address**
**RICARDO CAMPOS**
**2713 VIA FESTIVO**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372
7**

**Nonpriority creditor's name and mailing address**
**RICARDO HERNANDEZ**
**4598 HOUNDSHAVEN WY**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.372
8**

Nonpriority creditor's name and mailing address

**Rich Products Corporation**
**Po Box 98333**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372
9**

Nonpriority creditor's name and mailing address

**RICHARD ALVAREZ**
**1318 HOPE DR #103**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.373
0**

Nonpriority creditor's name and mailing address

**RICHARD ANDERSON**
**677 W JUANITA**
**GILBERT, AZ 85233**

Date(s) debt was incurred  **3/16/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$61.53

---

**3.373
1**

Nonpriority creditor's name and mailing address

**RICHARD BARRIOS**
**7800 REHA AVE**
**RESEDA, CA 91335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.373
2**

Nonpriority creditor's name and mailing address

**RICHARD G THOMSON**
**5204 CASSANDRA LANE**
**SAN DIEGO, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.373
3**

Nonpriority creditor's name and mailing address

**RICHARD H BRYAN PTA**
**8050 CIELO VISTA AVE**
**LAS VEGAS, NV 89128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.373
4**

Nonpriority creditor's name and mailing address

**RICHARD J ANNEN ESQ**
**926 TINGLEY LANE**
**SAN DIEGO, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICHARD MARQUEZ**<br>**2946 TYBURN ST**<br>**LOS ANGELES, CA 90039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICHARD NAVAREZ**<br>**2962 LOWELL AVE**<br>**LOS ANGELES, CA 90032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.373 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICHARDS LAYTON & FINGER PA**<br>**ONE RODNEY SQUARE**<br>**920 NORTH KING ST**<br>**WILMINGTON, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.373 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Richer Design & Fabrication**<br>**3803 Oceanic Dr. #203**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.373 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICHLAND COUNTY FAMILY COURT**<br>**PO BOX 192**<br>**COLUMBIA, SC 29202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.374 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICHMORE HOLDINGS**<br>**418 S 9TH AVE**<br>**CITY OF INDUSTRY, CA 91746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.374 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **RICK VAN WARNER**<br>**620 PINETREE ROAD STE 1**<br>**WINTER PARK, FL 32789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.374 2**

**Nonpriority creditor's name and mailing address**
**RICZA VASQUEZ**
**4522 1/4 WILLOW BROOK AVE  #7**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 3**

**Nonpriority creditor's name and mailing address**
**RIDGECREST PTA**
**1901 119TH ST N**
**LARGO, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 4**

**Nonpriority creditor's name and mailing address**
**RIET**
**EMPLOYER TAX SECTION**
**ONE CAPITOL HILL - STE 36**
**PROVIDENCE, RI 2908-0**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 5**

**Nonpriority creditor's name and mailing address**
**RILEY PTA**
**3319 SANDWOOD ST**
**LAKEWOOD, CA 90712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 6**

**Nonpriority creditor's name and mailing address**
**RINALDI PRINTING COMPANY INC**
**4514 ADAMO DR**
**TAMPA, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 7**

**Nonpriority creditor's name and mailing address**
**RINCON PTSA**
**925 LEHNER AVE**
**ESCONDIDO, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 8**

**Nonpriority creditor's name and mailing address**
**RINCON UNIVERSITY GIRLS BASKETBALL**
**421 N ARACADIA RD**
**ATTN COACH DARRYL CARLSON**
**TUCSON, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3749**

Nonpriority creditor's name and mailing address
**RINNAI AMERICA CORP**
**103 INTERNATIONAL DR**
**PEACHTREE CITY, GA 30269**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.3750**

Nonpriority creditor's name and mailing address
**RISING STAR BOOSTER**
**5633 E WARDLOW RD**
**LONG BEACH, CA 90808**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3751**

Nonpriority creditor's name and mailing address
**RITA**
**PO BOX 94736**
**CLEVELAND, OH 00044-1010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3752**

Nonpriority creditor's name and mailing address
**RITA LEDESMA HOME & SCHOOL CLUB**
**1001 SCHOOLHOUSE RD**
**SAN JOSE, CA 95138**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3753**

Nonpriority creditor's name and mailing address
**RITA ROBINSON**
**683 GARLAND AVE  #72**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3754**

Nonpriority creditor's name and mailing address
**RIVERGATE ADVENTIST ELEMENTARY**
**1505 RIVERGATE SCHOOL RD**
**GLADSTONE, OR 97027**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3755**

Nonpriority creditor's name and mailing address
**RIVERSIDE GASKETGUY INC**
**PO BOX 892341**
**TEMECULA, CA 92589-2341**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.375 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,364.84 |
|---|---|---|
| **Riverside Public Utilities** | ☐ Contingent | |
| **City Of Riverside Public Util.** | ☐ Unliquidated | |
| **3900 MAIN STREET** | ☐ Disputed | |
| **Riverside** | | |
| **CA, 92522-0144** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RIYA PLAKKAL** | ☐ Contingent | |
| **2256 BRIARHILL DR** | ☐ Unliquidated | |
| **NAPERVILLE, IL 60565** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|
| **RNOT LLC** | ☐ Contingent | |
| **301 CONGRESS  STE 700** | ☐ Unliquidated | |
| **AUSTIN, TX 78701** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROBERT ARRIOLA** | ☐ Contingent | |
| **5118 SERENO DR** | ☐ Unliquidated | |
| **TEMPLE CITY, CA 91780** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROBERT BELL** | ☐ Contingent | |
| **2751 S OCEAN DR  STE 1605-S** | ☐ Unliquidated | |
| **HOLLYWOOD, FL 33019** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.28 |
|---|---|---|
| **ROBERT CROSKREY** | ☐ Contingent | |
| **6580 SW 203RD AVE** | ☐ Unliquidated | |
| **ALOHA** | ☐ Disputed | |
| **OR, 97078** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROBERT E GARDNER** | ☐ Contingent | |
| **8503 W CATHERINE AVE** | ☐ Unliquidated | |
| **CHICAGO, IL 60656** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.376 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT GREGORY KELLER**<br>**12373 FAIRWAY POINTE ROW**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.07** |
|---|---|---|
| **ROBERT KIRK**<br>**1303 STARHAVEN**<br>**DUARTE, CA 91010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT ORR**<br>**107 NE 148TH AVE**<br>**VANCOUVER, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT SUAREZ**<br>**5787 COLLEGE AVE  APT 51**<br>**SAN DIEGO, CA 92120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT SWEATT**<br>**2205 TAMMI COURT**<br>**TRACY, CA 95377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT TOWLE**<br>**220 ACACIA AVE**<br>**MANTECA, CA 95336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.376 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **ROBERT VULAJ**<br>**4770 DORINDA RD**<br>**YORBA LINDA, CA 92887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3770**

**Nonpriority creditor's name and mailing address**

**ROBERTS & NORTON INC**
**RBN DESIGN INC**
**5090 SHOREHAM PLACE STE 100**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3771**

**Nonpriority creditor's name and mailing address**

**ROCKY DOMINGUEZ**
**709 W RAMONA RD**
**ALHAMBRA**
**CA, 91803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$38.14**

---

**3.3772**

**Nonpriority creditor's name and mailing address**

**ROCKY MTN POWER**
**PO BOX 26000**
**PORTLAND, OR 97256-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3773**

**Nonpriority creditor's name and mailing address**

**RODOLFO CORREA**
**2393 BIGELOW AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred  3/17/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$427.80**

---

**3.3774**

**Nonpriority creditor's name and mailing address**

**RODRIGO RAMIREZ LOPEZ**
**1209 S SYCAMORE ST**
**SANTA ANA, CA 92707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3775**

**Nonpriority creditor's name and mailing address**

**ROGER COLLINS**
**17441 SW 18TH ST**
**HOLLYWOOD, FL 33029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3776**

**Nonpriority creditor's name and mailing address**

**ROGERS ELECTRIC SERVICE**
**CORPORATION**
**2050 MARCONIA DRIVE STE 100**
**ALPHARETTA, GA 30005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.377 7**

Nonpriority creditor's name and mailing address
**ROLANDO RIVERA**
**17217 N 17TH AVE #48**
**PHOENIX, AZ 85023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.377 8**

Nonpriority creditor's name and mailing address
**ROLLING HILLS ELEMENTARY SCHOOL**
**15255 PENASQUITOS DR**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.377 9**

Nonpriority creditor's name and mailing address
**RONALD W KENNEDY**
**13520 BRETT HARTE DR**
**LAKESIDE, CA 92040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 0**

Nonpriority creditor's name and mailing address
**RONALD W PRENTICE JR**
**4505 JOE COTTON DR**
**KNIGHTDALE, NC 27545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 1**

Nonpriority creditor's name and mailing address
**RONDA PATANE**
**4647 DEMARET DR**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 2**

Nonpriority creditor's name and mailing address
**ROOFCONNECT LOGISTICS INC**
**PO BOX 908**
**SHERIDAN, AR 72150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 3**

Nonpriority creditor's name and mailing address
**ROSA CORDOVA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.378 4**

**Nonpriority creditor's name and mailing address**
**ROSA FLORES**
**2371 VENTURA BL  #41**
**OXNARD, CA 93036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.378 5**

**Nonpriority creditor's name and mailing address**
**ROSA MARTINEZ VALEZQUEZ**
**3017 W PARK ROW BLVD**
**CORSICANA, TX 75110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.378 6**

**Nonpriority creditor's name and mailing address**
**ROSA NUNEZ**
**4136 IOWA ST**
**SAN DIEGO, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.378 7**

**Nonpriority creditor's name and mailing address**
**ROSAURA CORRALES**
**2888 IRIS AVE #73**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.378 8**

**Nonpriority creditor's name and mailing address**
**ROSE PAVING COMPANY**
**7300 W 100TH PLACE**
**BRIDGEVIEW, IL 60455**

Date(s) debt was incurred  2/27/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,850.00**

---

**3.378 9**

**Nonpriority creditor's name and mailing address**
**ROSELIA DIAZ**
**7008 PARLIAMENT DR**
**TAMPA, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.379 0**

**Nonpriority creditor's name and mailing address**
**ROSEMAN UNIVERSITY OF HEALTH**
**SCIENCE**
**GERIANNE FERRER**
**11 SUNSET WAY**
**HENDERSON, NV 89014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

**3.379 1**

**Nonpriority creditor's name and mailing address**
**ROSEMARY LUGO**
**2735 CONNETICUT AVE**
**STOCKTON, CA 95206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 2**

**Nonpriority creditor's name and mailing address**
**ROSEN JCC**
**11184 S APOPKA VINELAND RD**
**ORLANDO, FL 32836**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 3**

**Nonpriority creditor's name and mailing address**
**ROSEWOOD AVENUE ELEMENTARY**
**503 N CROFT**
**WEST HOLLYWOOD, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 4**

**Nonpriority creditor's name and mailing address**
**ROSIE JACKSON**
**1040 N 100 E**
**MONROE, UT 84754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 5**

**Nonpriority creditor's name and mailing address**
**ROSINA FOOD PRODUCTS INC**
**PO BOX 74008147**
**CHICAGO, IL 60674-8147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 6**

**Nonpriority creditor's name and mailing address**
**ROTH BROS INC**
**3847 CRUM ROAD**
**YOUNGSTOWN, OH 44515**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 7**

**Nonpriority creditor's name and mailing address**
**ROTO-ROOTER**
**PO BOX 101592**
**CAPE CORAL, FL 33904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3798**

Nonpriority creditor's name and mailing address
**ROUBIN ASSOCIATES LLC**
**8550 LEE HIGHWAY  STE 700**
**FAIRFAX**
**VA, 22031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$26,497.88**

---

**3.3799**

Nonpriority creditor's name and mailing address
**ROVERS RETREAT DOG RESCUE**
**3639 MIDWAY DR #B358**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3800**

Nonpriority creditor's name and mailing address
**ROWE PTA**
**3606 SE LAKE RD**
**MILWAUKIE**
**OR, 97222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$21.51**

---

**3.3801**

Nonpriority creditor's name and mailing address
**ROWLAND ASB**
**1833 NOGALES ST**
**C/O JONATHAN HWANG**
**ROWLAND HEIGHTS**
**CA, 91748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$25.71**

---

**3.3802**

Nonpriority creditor's name and mailing address
**ROWLAND WATER DISTRICT**
**PO BOX 513225**
**LOS ANGELES, CA 90051-3325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,083.70**

---

**3.3803**

Nonpriority creditor's name and mailing address
**ROXANA PALMA**
**1205 N CAHUENGA BLVD #2**
**LOS ANGELES, CA 90038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3804**

Nonpriority creditor's name and mailing address
**ROY SANCHEZ**
**15806 LANDMARK DR APT 7**
**WHITTIER, CA 90604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3805**

**Nonpriority creditor's name and mailing address**
**ROY YIUN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3806**

**Nonpriority creditor's name and mailing address**
**ROYAL COMMERCIAL EQUIP LTD**
**9525 NE COLFAX ST**
**PORTLAND, OR 97220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3807**

**Nonpriority creditor's name and mailing address**
**ROYAL FLUSH PLUMBING INC**
**2330 HEWATT RD**
**SNELLVILLE, GA 30039**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3808**

**Nonpriority creditor's name and mailing address**
**RRAM SERVICES**
**160 DRY CREEK ROAD**
**SEDONA, AZ 86336**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3809**

**Nonpriority creditor's name and mailing address**
**RSD PTA 5TH GRADE COMMITTEE**
**12151 CALLE ALBARA**
**EL CAJON, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3810**

**Nonpriority creditor's name and mailing address**
**RSL AZ SOUTH 01 GIRLS SCHORR**
**14420 S 8TH ST**
**PHOENIX, AZ 85048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3811**

**Nonpriority creditor's name and mailing address**
**RUBBERMAID INC**
**75 REMITTANCE DR STE 1167**
**CHICAGO, IL 60675-1167**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.381 2 | Nonpriority creditor's name and mailing address<br>**RUBY ALVAREZ**<br>**9302 COMSTOCK AVE  APT C**<br>**WHITTIER, CA 90601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 3 | Nonpriority creditor's name and mailing address<br>**RUBY SANCHEZ**<br>**1483 JUDSON WAY**<br>**CHULA VISTA, CA 91911** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 4 | Nonpriority creditor's name and mailing address<br>**RUDOLPH AVILA**<br>**6 MARIN RD**<br>**FARIFAX, CA 94930** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 5 | Nonpriority creditor's name and mailing address<br>**RUDY EXELROD ZIEFF & LOWE LLP**<br>**351 CALIFORNIA ST STE 700**<br>**SAN FRANCISCO, CA 94104** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 6 | Nonpriority creditor's name and mailing address<br>**RUPRECHT COMPANY**<br>**1301 ALLANSON ROAD**<br>**MUNOLELEIN, IL 60060** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 7 | Nonpriority creditor's name and mailing address<br>**RUSH 03 GIRLS**<br>**242 LYNWOOD DR SE**<br>**RIO RANCHO**<br>**NM, 87124** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10.39** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 8 | Nonpriority creditor's name and mailing address<br>**RUTH KANTROWITZ**<br>**10419 N RIVER LAKE DR**<br>**MEQUON, WI 53092** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.381 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RYAN GILLARD** | ☐ Contingent | |
| | **10474 CHERIOT CT** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RYAN PTA** | ☐ Contingent | |
| | **5851 W 118TH CIRCLE** | ☐ Unliquidated | |
| | **WESTMINSTER, CO 80020** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.00 |
|---|---|---|---|
| | **RYANS PRESSURE WASHING INC** | ☐ Contingent | |
| | **PO BOX 152603** | ☐ Unliquidated | |
| | **CAPE CORAL, FL 33915** | ☐ Disputed | |
| | Date(s) debt was incurred  3/6/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RYDER TRUCK RENTAL INC** | ☐ Contingent | |
| | **PO BOX 402366** | ☐ Unliquidated | |
| | **ATLANTA, GA 30384-2366** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,689.42 |
|---|---|---|---|
| | **RYDER TRUCK RENTAL INC** | ☐ Contingent | |
| | **LOCKBOX FILE 56347** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-6347** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RYDER TRUCK RENTAL INC** | ☐ Contingent | |
| | **PO BOX 96723** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,688.95 |
|---|---|---|---|
| | **RYDER TRUCK RENTAL INC** | ☐ Contingent | |
| | **PO BOX 402366** | ☐ Unliquidated | |
| | **ATLANTA** | ☐ Disputed | |
| | **GA, 30384-2366** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.382 6**

Nonpriority creditor's name and mailing address

**Ryder Truck Rental Inc.**
**Po Box 402366**
**Atlanta, GA 30384-2366**

Date(s) debt was incurred  3/9/2020, 3/16/2020, 3/23/2020, 3/30/2020, 4/3/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$41,628.21**

---

**3.382 7**

Nonpriority creditor's name and mailing address

**Ryder Truck Rental Inc.**
**LockBox File 56347**
**Los Angeles, CA 90074-6347**

Date(s) debt was incurred  3/9/2020, 3/16/2020, 3/23/2020, 3/30/2020, 4/3/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$72,924.55**

---

**3.382 8**

Nonpriority creditor's name and mailing address

**Ryder Truck Rental Inc.**
**Po Box 402366**
**Atlanta**
**GA, 30384-2366**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$103,099.59**

---

**3.382 9**

Nonpriority creditor's name and mailing address

**Rydesmart**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 0**

Nonpriority creditor's name and mailing address

**S&S BAKERY**
**2545 BRITANNIA BLVD**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 1**

Nonpriority creditor's name and mailing address

**SA ANASTASIA LLC**
**4030 BIRCH STREET STE 100**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$30,090.65**

---

**3.383 2**

Nonpriority creditor's name and mailing address

**SAAD SHAMOON**
**933 PEACH AVE APT 25**
**EL CAJON, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.383 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SABRINA CASTRO**
**32594 SPUN COTTON DR**
**WINCHESTER, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SACBC TROOP 20**
**32975 ALVARADO NILES ROAD**
**UNION CITY, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SACRED HEART SCHOOL**
**625 W KETTERING ST**
**LANCASTER, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SADA SYSTEMS INC**
**5250 LANKERSHIM BLVD #620**
**NORTH HOLLYWOOD, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SADLER ROOFING INC**
**2369 N BATAVIA ST**
**ORANGE, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.33 |
|---|---|---|---|

**SAF-GARD SAFETY SHOE CO**
**PO BOX 10379**
**GREENSBORO, NC 27404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.68 |
|---|---|---|---|

**SAF-GARD SAFETY SHOE CO**
**PO BOX 10379**
**GREENSBORO**
**NC, 27404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.384 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **SAFE & SECURE LOCKSMITH SERVICE 26019 JEFFERSON AVE STE F TEMECULA, CA 92562** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **SAFEGUARD BUSINESS SYSTEMS INC PO BOX 645624 CINCINNATI, OH 45264-5624** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **SAGE ACADEMY CHARTER SCHOOL 10220 N 25TH AVE PHOENIX, AZ 85021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,272.08** |
| | **SAGENET LLC PO BOX 843553 KANSAS CITY, MO 64184-3553** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.57** |
| | **SAGUARO #48 OES 6738 E TOPKE STREET TUCSON AZ, 85715** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **SAHUARO HIGH SCHOOL CROSS COUNTRY TEAM 9310 E HOLMES ST TUCSON, AZ 85710** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.92** |
| | **SAINT JUDE CATHOLIC SCHOOL 21689 TOLEDO RD BOCA RATON FL, 33433** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.384 7**

**Nonpriority creditor's name and mailing address**

**SAKAMOTO PTO**
**6280 SHADELANDS DR**
**SCHOOL DINING 4 DOLLARS**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.384 8**

**Nonpriority creditor's name and mailing address**

**SAKKAPAS NUKULKARN**
**2400 SHADY WILLOW LANE 7 F**
**BRENTWOOD, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.384 9**

**Nonpriority creditor's name and mailing address**

**SALLY MERCADO**
**1921 SAGE COURT APT C**
**MODESTO, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.385 0**

**Nonpriority creditor's name and mailing address**

**SALT RIVER PIMA-MARICOPA**
**COMMUNITY REGULATORY AGENCY**
**8840 E. CHAPARRAL ROAD, #165**
**SCOTTSDALE, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.385 1**

**Nonpriority creditor's name and mailing address**

**SALT RIVER PIMA-MARICOPA**
**INDIAN COMMUNITY**
**PO BOX 29844**
**PHOENIX, AZ 85038-9844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.385 2**

**Nonpriority creditor's name and mailing address**

**SALT RIVER PIMA-MARICOPA**
**10005 E OSBORN ROAD**
**INDIAN COMMUNITY**
**SCOTTSDALE, AZ 85256-8722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.385 3**

**Nonpriority creditor's name and mailing address**

**SALT RIVER WILD HORSE MANAGEME**
**4610 N 68TH ST**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|---|------------------------|-------------------|
| | Name | | | |

---

**3.385 4**

**Nonpriority creditor's name and mailing address**

**SALTWORKS INC**
**16240 WOODINVILLE-REDMOND RD N**
**WOODINVILLE, WA 98072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 5**

**Nonpriority creditor's name and mailing address**

**SALVATION ARMY  HOME LEAGUE**
**PO BOX 6000**
**GLENDALE, AZ 85312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 6**

**Nonpriority creditor's name and mailing address**

**SALZER INDUSTRIES LLC**
**5113 PACIFIC HWY E  #13**
**FIFE, WA 98424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,679.30**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**

**SAM H T CHEN FOUNDATION**
**1095 DUNFORD WAY**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**

**SAMANTHA BASCOM**
**542 S WEST ST**
**ANAHEIM, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**

**SAMANTHA FRAGULIA**
**1132 PECOS WAY**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386 0**

**Nonpriority creditor's name and mailing address**

**SAMAR HAYAT**
**166 PAVILION PARK**
**IRVINE, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.386 1**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMARITAN FUNERAL HOME**
**1505 E MCDOWELL ROAD**
**PHOENIX, AZ 85006**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 2**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMARITANS PURSE**
**801 BAMBOO RD**
**PO BOX 3000**
**BOONE, NC 28607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 3**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMUEL BOJORQUEZ**
**832 W CRESTWOOD ST  #2**
**SAN PEDRO, CA 90731**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 4**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMUEL EVER**
**6569 TUMBLEWEED RIDGE LANE UNI**
**HENDERSON, NV 89011**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 5**

**Nonpriority creditor's name and mailing address**                   $98.89

**SAMUEL NIAKAN**
**3921 GATE HOUSE LN**
**DULUTH**
**GA, 30096**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 6**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMUEL PERRY**
**14775 AVENIDA ANITA**
**CHINO HILLS, CA 91709**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386 7**

**Nonpriority creditor's name and mailing address**                   $0.00

**SAMUEL SMITH**
**2737 CALLE LUNA**
**CHINO HILLS, CA 91709**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3868**

**Nonpriority creditor's name and mailing address**
**SAN BERNARDINO CITY FIRE DEPT**
**FIRE SAFETY INSPECTION**
**200 EAST THIRD STREET**
**SAN BERNARDINO, CA 92410**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3869**

**Nonpriority creditor's name and mailing address**
**SAN BERNARDINO COUNTY**
**TREASURER - TAX COLLECTOR**
**268 W HOSPITALITY LANE 1ST FL**
**SAN BERNARDINO, CA 92415-0360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3870**

**Nonpriority creditor's name and mailing address**
**SAN BERNARDINO COUNTY FIRE**
**PROTECTION DI**
**157 W  FIFTH ST 2ND FL**
**SAN BERNARDINO, CA 92415**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3871**

**Nonpriority creditor's name and mailing address**
**SAN BERNARDINO MUNICIPAL**
**DEPARTMENT**
**PO BOX 710**
**SAN BERNARDINO, CA 92402-0710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3872**

**Nonpriority creditor's name and mailing address**
**SAN CARLOS LITTLE LEAGUE**
**7224 ARPEGE RD**
**SAN DIEGO, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3873**

**Nonpriority creditor's name and mailing address**
**SAN CARLOS PATRIOTS JPW CHEER**
**1050 RIPPEY ST.**
**EL CAJON, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3874**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO COOPERATIVE CHARTER**
**7260 LINDA VISTA RD**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.387 5**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO COUNTY RECORDER**
**PO BOX 121750**
**SAN DIEGO, CA 92112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.387 6**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO COUNTY SHERIFF**
**325 S MELROSE DR STE 2400**
**VISTA, CA 92081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.387 7**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO FIRE AND RESCUE**
**600 B ST  STE 1300**
**SAN DIEGO, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.387 8**

**Nonpriority creditor's name and mailing address**
**San Diego Florist Supplies, Inc**
**2550 El Cajon Blvd.**
**San Diego**
**CA, 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$941.72**

---

**3.387 9**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO GAS AND ELECTRIC**
**PO BOX 25111**
**SANTA ANA, CA 92799-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$105,864.01**

---

**3.388 0**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO GAS AND ELECTRIC**
**PO BOX 25111**
**SANTA ANA**
**CA, 92799-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,467.63**

---

**3.388 1**

**Nonpriority creditor's name and mailing address**
**SAN DIEGO GLOBAL VISION ACADEMY**
**3430 SCHOOL ST**
**SAN DIEGO**
**CA, 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$174.81**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.388 2**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO ICE COMPANY INC**
**3412 KURTZ ST**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 3**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO POLICE DEPARTMENT**
**PERMITS & LICENSING MS 735**
**PO BOX 121431**
**SAN DIEGO, CA 92112**

Date(s) debt was incurred  2/26/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.388 4**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO POLICE DEPARTMENT**
**PERMITS & LICENSING MS 735**
**PO BOX 121431**
**SAN DIEGO**
**CA, 92112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.388 5**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO SCALE COMPANY**
**4510 FEDERAL BLVD**
**SAN DIEGO, CA 92102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 6**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO SUPERIOR COURT**
**338 VIA VERA CRUZ, SUITE 101**
**SAN MARCOS, CA 92069-2693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 7**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO SUPERIOR COURT**
**8950 CLAIREMONT MESA BLVD.**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 8**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO SUPERIOR COURT**
**325 S MELROSE DR STE 350**
**VISTA, CA 92081-6670**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3889**

**Nonpriority creditor's name and mailing address**
**SAN GABRIEL MISSION ELEMENTARY**
**416 S MISSION DR**
**SAN GABRIEL, CA 91776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3890**

**Nonpriority creditor's name and mailing address**
**SAN JAMAR INC**
**29346 NETWORK PLACE**
**CHICAGO, IL 60673-1293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3891**

**Nonpriority creditor's name and mailing address**
**SAN JOSE WATER COMPANY**
**110 W TAYLOR ST**
**SAN JOSE, CA 95110-2131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

$152.46

---

**3.3892**

**Nonpriority creditor's name and mailing address**
**SAN MARCOS HIGH SCHOOL -ASB**
**1615 SAN MARCOS BLVD.**
**SAN MARCOS, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3893**

**Nonpriority creditor's name and mailing address**
**SAN MARINO HIGH SCHOOL**
**2701 HUNTINGTON DRIVE**
**SAN MARINO, CA 91108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3894**

**Nonpriority creditor's name and mailing address**
**SAN MIGUEL ELEMENTARY**
**7059 SAN MIGUEL AVE**
**LEMON GROVE**
**CA, 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$44.14

---

**3.3895**

**Nonpriority creditor's name and mailing address**
**SAN RAFAEL PARISH OF SAN DIEGO**
**17252 BERNARDO CENTER DR.**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3896**

Nonpriority creditor's name and mailing address

**SANDELMAN & ASSOCIATES INC**
**5540 BELLEVUE AVE**
**LA JOLLA, CA 92037-7626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3897**

Nonpriority creditor's name and mailing address

**SANDRA B ABSTON ELEMENTARY**
**9950 W. TOMPKINS AVENUE**
**LAS VEGAS, NV 89147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3898**

Nonpriority creditor's name and mailing address

**SANDRA FIGUEROA**
**989 VICTORIA ST.**
**APT F 8**
**COSTA MESA, CA 92627**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3899**

Nonpriority creditor's name and mailing address

**SANDRA MONTERROSA**
**629 N HARBOR BLVD**
**ANAHEIM, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3900**

Nonpriority creditor's name and mailing address

**SANDY RUMMINGER ALDRIDGE**
**11572 MANZANITA RD**
**LAKESIDE, CA 92040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3901**

Nonpriority creditor's name and mailing address

**SANDY SPRINGS FALSE ALARM**
**REDUCTION PROGRAM**
**PO BOX 102117**
**ATLANTA, GA 30368-2117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.3902**

Nonpriority creditor's name and mailing address

**SANDY TRAN**
**9634 NEWFAME CIR**
**FOUNTAIN VALLEY, CA 92708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.390 3**

**Nonpriority creditor's name and mailing address**
**SANTA CLARITA COURTHOUSE**
**PO BOX 60516**
**LOS ANGELES, CA 90060-0516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 4**

**Nonpriority creditor's name and mailing address**
**SANTA CLARITA ELEMENTARY PTC**
**27177 SECO CANYON ROAD**
**SANTA CLARITA, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 5**

**Nonpriority creditor's name and mailing address**
**SANTA TERESA HOME AND SCHOOL ASSOC**
**6200 ENCINAL DR**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 6**

**Nonpriority creditor's name and mailing address**
**SANTA TERESA SEA OTTERS SWIM TEAM**
**286 SORRENTO WAY**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 7**

**Nonpriority creditor's name and mailing address**
**SANTANA GIRLS VOLLEYBALL**
**9915 N MAGNOLIA AVE**
**SANTEE, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 8**

**Nonpriority creditor's name and mailing address**
**SANTEE ASA**
**5504 CLARET ST**
**SANTEE, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390 9**

**Nonpriority creditor's name and mailing address**
**SANTEE RAVENS**
**PO BOX 710271**
**SANTEE**
**CA, 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$62.28**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3910**

**Nonpriority creditor's name and mailing address**

**SAPUTO CHEESE USA INC**
**25 TRI-STATE**
**INTNTL. OFFICE CENTER. STE 250**
**LINCOLNSHIRE, IL 60069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3911**

**Nonpriority creditor's name and mailing address**

**SAPUTO CHEESE USA INC**
**ONE OVERLOOK POINT STE 300**
**LINCOLNSHIRE, IL 60069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3912**

**Nonpriority creditor's name and mailing address**

**Saputo Cheese Usa Inc.**
**File 56152**
**Los Angeles**
**CA, 90074-6152**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$28,213.92**

---

**3.3913**

**Nonpriority creditor's name and mailing address**

**SARAH GLODSMITH - GROVER**
**1007 HILTS AVE**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3914**

**Nonpriority creditor's name and mailing address**

**SARAH MORENO**
**7671 EMERAL AVE**
**FONTANA, CA 92336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3915**

**Nonpriority creditor's name and mailing address**

**SARAH ROLAND**
**1366 FIREWEED DR NE**
**RIO RANCHO, NM 87144-6259**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3916**

**Nonpriority creditor's name and mailing address**

**SARAH VIDERS**
**9467 SOUTHERN HILLS CIRCLE**
**LONE TREE, CO 80124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.391 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARASOTA COUNTY FIRE DEPARTMENT**
**1001 SARASOTA CTR BLVD**
**C/O SARASOTA CNTY GOVERNMENT**
**OFFICE OF F**
**SARASOTA, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,952.93 |
|---|---|---|---|

**SARASOTA COUNTY PUBLIC UTILITIES**
**DEPT**
**PO BOX 31320**
**TAMPA, FL 33631-3320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARTARTIA MIDDLE SCHOOL**
**8125 HOMEWARD WAY**
**SUGARLAND, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SASSOS BOOSTER CLUB**
**7465 W SUNSET RD STE 700**
**LAS VEGAS, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SATORI SCHOOL**
**3801 N 1ST AVE**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAUGUS HIGH SCHOOL ASB**
**28322 HULSEY COURT**
**SANTA CLARITA, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SBAC DST**
**PO BOX 82-3404**
**PEMBROKE PINES, FL 33082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.392 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SC DEL SOL**
**18777 N 32ND STREET**
**PHOENIX, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SC DEPT OF EMPLOY AND WORKFORC**
**P.O. BOX 7103**
**ATTN:  CONTRIBUTION SECTION**
**COLUMBIA, SC 29202-7103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SCA TISSUE NORTH AMERICA LLC**
**PO BOX 3493**
**CAROL STREAM, IL 60132-3493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SCC DTAC**
**DEPARTMENT OF TAX AND COLLECTI**
**PO BOX 60530**
**CITY OF INDUSTRY, CA 91716-0530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scenic Fruit Co.**
**7510 Se Altman Rd**
**Gresham, OR 97080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SCG RIVER PARK BUSINESS CENTER LP**
**PO BOX 847551**
**DALLAS, TX 75284-7551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,860.43** |
|---|---|---|---|

**SCHMIDT SUNSHINE INC**
**PO BOX 546**
**MORRISON, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.393 1**

**Nonpriority creditor's name and mailing address**
**SCHOENMANN PRODUCE CO INC**
**6950 NEUHAUS ST**
**HOUSTON, TX 77061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$52,265.89**

---

**3.393 2**

**Nonpriority creditor's name and mailing address**
**SCHOENMANN PRODUCE CO INC**
**6950 NEUHAUS ST**
**HOUSTON**
**TX, 77061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,745.79**

---

**3.393 3**

**Nonpriority creditor's name and mailing address**
**SCHOOL BOARD OF**
**ORANGE COUNTY FLORIDA**
**445 WEST AMELIA STREET**
**ORLANDO, FL 32801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.393 4**

**Nonpriority creditor's name and mailing address**
**Schreiber Foods International**
**600 E Crescent Ave #103**
**Upper Saddle River, NJ 07458**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.393 5**

**Nonpriority creditor's name and mailing address**
**SCHS ASB  CROSS COUNTRY**
**3900 CANNON RD**
**CARLSBAD**
**CA, 92010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$64.15**

---

**3.393 6**

**Nonpriority creditor's name and mailing address**
**SCHULTE ROTH & ZABEL**
**919 THIRD AVE**
**NEW YORK, NY 10022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.393 7**

**Nonpriority creditor's name and mailing address**
**SCHWARZKOPF ELEMENTARY**
**18333 CALUSA TRACE BLVD**
**LUTZ, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.393 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOTT BARTKO**
**20336 ANITA AVE**
**CASTRO VALLEY, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOTT GOLDSMITH PHOTOGRAPHY**
**47 N HARRISON AVE**
**PITTSBURGH, PA 15202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOUTING BSA TROOP 2**
**27050 RIO PECOS DRIVE**
**VALENCIA, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCRIPPS MONTESSORI SCHOOL**
**9939 OLD GROVE RD**
**SAN DIEGO, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCRIPPS RANCH HIGH SCHOOL**
**10755 SCRIPPS POWAY PARKWAY**
**BOX 258**
**SAN DIEGO, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.86 |
|---|---|---|---|

**SDSU AMBASSADORS**
**5500 CAMPINILE DRIVE**
**SAN DIEGO**
**CA, 92182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.37 |
|---|---|---|---|

**SE LV YOUNG LIFE**
**1044 KENNEBUNK CIRCLE**
**HENDERSON**
**NV, 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.16 |
|---|---|---|---|

**SE VALLEY YOUTH FOOTBALL INC**
**4802 E RAY RD   SUITE 23**
**JPW TITANS**
**PHOENIX**
**AZ, 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEA BREEZE FOODS**
**8597 SPECTRUM LN**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEADRA KELLERMAN**
**28304 CROOKED OAK LANE**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352.58 |
|---|---|---|---|

**SEAN CHRISTIE**
**8632 WINSOME WAY**
**LAND O LAKES, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2020**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN PETERSON**
**547 E GRANDVIEW AVE**
**SIERRA MADRE, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SECRETARY OF STATE**
**STATE OF ARIZONA**
**1700 W WASHINGTON STREET FL 7**
**PHOENIX, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SECURITY NOW USA LLC**
**1603 CAPITAL AVE #310 A626**
**CHEYNNE, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.395 2**

**Nonpriority creditor's name and mailing address**
**SECURITY PLUMBING & HEATING INC**
**5980 W 59TH AVE**
**ARVADA, CO 80003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 3**

**Nonpriority creditor's name and mailing address**
**SECURITY SERVICES OF TAMPA**
**AFFORDABLE LOCK AND SECURITY S**
**PO BOX 31261**
**TAMPA, FL 33631-3261**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 4**

**Nonpriority creditor's name and mailing address**
**SEDGWICK CLAIMS MGMT SERVICES**
**PO BOX 204036**
**DALLAS, TX 75320-4036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 5**

**Nonpriority creditor's name and mailing address**
**SEGUNDA GONZALEZ**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 6**

**Nonpriority creditor's name and mailing address**
**SELECTRESOURCES INTERNATIONAL INC**
**10940 WILSHIRE BLVD  STE 925**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 7**

**Nonpriority creditor's name and mailing address**
**SELF OPPORTUNITY INC**
**PO BOX 292788**
**LEWISVILLE, TX 75029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 8**

**Nonpriority creditor's name and mailing address**
**SELIG PARKING INC**
**1100 SPRING ST NW STE 800**
**ATLANTA**
**GA, 30309**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.3959**

**Nonpriority creditor's name and mailing address**
**SELMA BARTLETT ELEMENTARY SCHOOL GARDEN**
**1961 WIGWAM PKWY**
**HENDERSON, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3960**

**Nonpriority creditor's name and mailing address**
**Seneca Foods Corporation**
**P.O. Box 99930**
**Chicago, IL 60696**

Date(s) debt was incurred  3/11/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$21,538.44

---

**3.3961**

**Nonpriority creditor's name and mailing address**
**Seneca Foods Corporation**
**P.O. Box 99930**
**Chicago**
**IL, 60696**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$17,628.32

---

**3.3962**

**Nonpriority creditor's name and mailing address**
**SENOR MIST LLC**
**1515 W DEER VALLEY RD  #B104**
**PHOENIX, AZ 85027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3963**

**Nonpriority creditor's name and mailing address**
**SENSE350 INC**
**3710 S ROBERTSON BLVD  STE 220**
**CULVER CITY, CA 90232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3964**

**Nonpriority creditor's name and mailing address**
**SENTRE INC**
**225 BROADWAY STE 2075**
**SAN DIEGO, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3965**

**Nonpriority creditor's name and mailing address**
**SEQUOIA PTA**
**5900 IROQUOIS ROAD**
**WESTMINSTER, CA 92683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.396 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERGIO CARBAJAL**
**4580 S TOPAZ STREET**
**LAS VEGAS, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERGIO GALLEGOS**
**26920 N BAY LANE**
**MENIFEE, CA 92585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERGIO GUZMAN**
**1701 ROCK SPRINGS DR APT 2127**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERGIO PEREZ**
**21 BRISA FRESCA**
**RANCHO SANTA MARGARITA, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERRA GIRLS SOCCER**
**P O BOX 420482**
**SAN DIEGO,, CA 92142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$543.14** |
|---|---|---|---|

**SERVER PRODUCTS**
**3601 PLEASANT HILL ROAD**
**RICHFIELD, WI 53076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Service Channel**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.397 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERVICE IDEAS INC**
NW 5876
PO BOX 1450
MINNEAPOLIS, MN 55485-5876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Service Ideas, Inc.**
Nw 5876
PO BOX 1450
Minneapolis, MN 55485-5876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERVICE MANAGEMENT GROUP INC**
1737 MCGEE ST
KANSAS CITY, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,041.25** |
|---|---|---|---|

**SERVICE SOLUTIONS GROUP**
5256 EISENHOWER AVE
ALEXANDRIA, VA 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.37** |
|---|---|---|---|

**SERVICE SOLUTIONS GROUP**
5256 EISENHOWER AVE
ALEXANDRIA
VA, 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,562.50** |
|---|---|---|---|

**SERVICECHANNELCOM INC**
PO BOX 392642
PITTSBURGH, PA 15251-9642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SERVICECHECK INC**
PO BOX 101373
ATLANTA, GA 30392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.398 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SET HIGH**
**3540 AERO DRIVE**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SEV YOUTH FOOTBALL**
**43900 WEST SCENIC DRIVE**
**MARICOPA, AZ 85139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SEW BE IT UPHOLSTERY INC**
**3695 S HIGHLAND DR #15**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SF VALLEY FILIPINO SDA CHURCH**
**18208 LOS ALIMOS ST**
**NORTHRIDGE, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAILESH DAMANIA**
**24606 VIA CARISSA**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shamrock Foods Company**
**P.O. Box 52420**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.57 |
|---|---|---|---|

**Shannon Gilbert**
**6000 Oakwind Drive**
**Powder Springs**
**GA, 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.398 7**

**Nonpriority creditor's name and mailing address**
**SHAPPELL SOCAL RENTAL**
**1990 S. BUNDY DRIVE, SUITE 500**
**ATTN DENISE MEDINA**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

$11,668.03

---

**3.398 8**

**Nonpriority creditor's name and mailing address**
**SHAPPELL SOCAL RENTAL**
**PROPERTIES LLC**
**PO BOX 15777**
**BEVERLY HILLS, CA 90209-1777**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398 9**

**Nonpriority creditor's name and mailing address**
**SHARP PINELLAS COUNTY SHERIFFS**
**OFFICE**
**PO DRAWER 2500**
**LARGO, FL 33779**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 0**

**Nonpriority creditor's name and mailing address**
**SHAWN HORVATH**
**2588 RIVERSIDE DR**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 1**

**Nonpriority creditor's name and mailing address**
**SHEARERS FOODS BURLINGTON LLC**
**PO BOX 776167**
**CHICAGO, IL 60677-6167**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 2**

**Nonpriority creditor's name and mailing address**
**SHEER ENTERPRISES  INC**
**6250 N MILITARY TRAIL #204**
**WEST PALM BEACH, FL 33407**

Date(s) debt was incurred  2/16/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,062.66

---

**3.399 3**

**Nonpriority creditor's name and mailing address**
**SHEILA BAKER**
**39W213 HILLTOP**
**ST CHARLES, IL 60175**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.399 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELBA JONES**
**1377 WHITE LEVEL RD**
**LOUISBURG, NC 27549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLY ROSS**
**929 9TH AVE APT 1321**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLY SALLO**
**1441 DETROIT AVE APT 120**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHERRY ARMSTRONG**
**5405 HUNTINGWOOD DRIVE**
**RALEIGH, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHI INTERNATIONAL CORP**
**PO BOX 952121**
**DALLAS, TX 75395-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.83** |
|---|---|---|---|

**SHIELD SECURITY SYSTEMS LLC**
**7456 W 5TH AVE**
**LAKEWOOD**
**CO, 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHIELDS BAG & PRINTING CO**
**PO BOX 9848**
**YAKIMA, WA 98909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.400 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIGENOBU KAKU**
**3605 LONG BEACH BLVD #220**
**LONG BEACH, CA 90807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,479.00 |
|---|---|---|---|

**SHIH PROPERTIES INC**
**1245 E LAS TUNAS DRIVE**
**SAN GABRIEL, CA 91776-1703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIMEKA SHAVERS**
**10435 LINDLEY AVE #201**
**NORTHRIDGE, CA 91326**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIN KANG**
**13261 ST ANDREWS DR  #M7-151-I**
**SEAL BEACH, CA 90740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIP**
**2023 NORTH GREENGROVE STREET**
**C/O MARK RICHARD BURKE**
**ORANGE, CA 92865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIP AMERICAN FAMILY HOUSING**
**15161 JACKSON ST**
**MIDWAY CITY, CA 92655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIRLEY DUONG**
**336 GREENDALE DR**
**LA PUENTE, CA 91746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.400
8**

Nonpriority creditor's name and mailing address

**SHIRLEY GRIFFEY BARR
834 HEATHER COURT
HOUSTON, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
9**

Nonpriority creditor's name and mailing address

**SHOES FOR CREWS  INC
P.O. BOX 504634
ST. LOUIS, MO 75284-4634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401
0**

Nonpriority creditor's name and mailing address

**SHOES FOR CREWS  INC
PO BOX 734176
CHICAGO, IL 60673-4176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,692.15**

---

**3.401
1**

Nonpriority creditor's name and mailing address

**Shoes For Crews  Inc.
PO Box 734176
Chicago, IL 60673-4176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401
2**

Nonpriority creditor's name and mailing address

**SHOES FOR CREWS INC
1400 CENTREPARK BLVD #310
WEST PALM BEACH, FL 33401-7403**

Date(s) debt was incurred  2/17/2020, 2/21/2020,
2/28/2020, 3/3/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$69,136.00**

---

**3.401
3**

Nonpriority creditor's name and mailing address

**SHOP SWEET LULU
214 ONTARIO ST
FRANKFORT, IL 60423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401
4**

Nonpriority creditor's name and mailing address

**SHRED-IT US JV LLC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288**

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$416.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.401 5 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **SIDELINE APPAREL INC** | ☐ Contingent | | |
| | **6314 98TH ST E** | ☐ Unliquidated | | |
| | **BRADENTON, FL 34202** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.401 6 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$24,557.00** |
| | **SIDNEY FAMILY LIMITED PARTNERSHIP** | ☐ Contingent | | |
| | **220 30TH STREET** | ☐ Unliquidated | | |
| | **MANHATTAN BEACH, CA 90266** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Rent | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.401 7 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **SIERRA HILLBILLIES** | ☐ Contingent | | |
| | **24148 DALGO DRIVE** | ☐ Unliquidated | | |
| | **VALENCIA, CA 91355** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.401 8 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **SIGMA ALPHA IOTA** | ☐ Contingent | | |
| | **3779 E 11TH ST 203** | ☐ Unliquidated | | |
| | **LONG BEACH, CA 90804** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.401 9 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$1,244.68** |
| | **SIGNA DIGITAL SOLUTIONS INC** | ☐ Contingent | | |
| | **8525 CAMINO SANTA FE** | ☐ Unliquidated | | |
| | **STE H** | ☐ Disputed | | |
| | **SAN DIEGO, CA 92121** | | | |
| | Date(s) debt was incurred  3/9/2020 | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.402 0 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$451.29** |
| | Signa Digital Solutions, Inc | ☐ Contingent | | |
| | 8525 Camino Santa Fe Suite H | ☐ Unliquidated | | |
| | San Diego, CA 92121 | ☐ Disputed | | |
| | Date(s) debt was incurred  3/16/2020 | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.402 1 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$408.33** |
| | Signa Digital Solutions, Inc | ☐ Contingent | | |
| | 8525 Camino Santa Fe Suite H | ☐ Unliquidated | | |
| | San Diego | ☐ Disputed | | |
| | CA, 92121 | | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.402 2 | **Nonpriority creditor's name and mailing address**<br>**SIGNAGE SOLUTIONS INC**<br>**2231 S DUPONT DR**<br>**ANAHEIM, CA 92806** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,723.17** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 3 | **Nonpriority creditor's name and mailing address**<br>**SIGNATURE MAIDS LLC**<br>**10404 W SR84 STE 106**<br>**DAVIE, FL 33324** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 4 | **Nonpriority creditor's name and mailing address**<br>**SILLIKER INC**<br>**PO BOX 206972**<br>**DALLAS, TX 75320-6972** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,127.24** |
|---|---|---|---|
| | Date(s) debt was incurred  2/29/2020 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 5 | **Nonpriority creditor's name and mailing address**<br>**SILVER CREEK HIGH SCHOOL**<br>**3434 SILVER CREEK RD**<br>**SAN JOSE**<br>**CA, 95121** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.83** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 6 | **Nonpriority creditor's name and mailing address**<br>**SILVER LINING AMENITIES**<br>**22994 EL TORO RD STE 101**<br>**LAKE FOREST, CA 92630** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 7 | **Nonpriority creditor's name and mailing address**<br>**Silver Lining Amenities, Inc**<br>**PO Box 102318**<br>**Pasadena, CA 91189-2318** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,897.57** |
|---|---|---|---|
| | Date(s) debt was incurred  2/24/2020, 3/9/2020 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 8 | **Nonpriority creditor's name and mailing address**<br>**SILVER PROPERTY SOLUTIONS INC**<br>**2010 LADY AVE**<br>**OCOEE, FL 34761** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,897.65** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4029**

**Nonpriority creditor's name and mailing address**
**SILVER STATE PLUMBING LLC**
**4535 COPPER SAGE STREET**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,050.30

---

**3.4030**

**Nonpriority creditor's name and mailing address**
**SILVERADO ROOTER AND PLUMBING INC**
**1208 W ROGER RD**
**TUCSON, AZ 85718**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4031**

**Nonpriority creditor's name and mailing address**
**SILVERCREST ADVERTISING INC**
**6818 CHISHOLM AVE**
**VAN NUYS, CA 91406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4032**

**Nonpriority creditor's name and mailing address**
**SILVERLAKES ELEMENTARY PTSA**
**2300 SW 173RD AVENUE**
**MIRAMAR, FL 33029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4033**

**Nonpriority creditor's name and mailing address**
**SILVERSTATE REFRIGERATION & HVAC LLC**
**4535 COPPER SAGE ST**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,348.51

---

**3.4034**

**Nonpriority creditor's name and mailing address**
**SILVIA SANCHEZ**
**20446 SATICOY ST  APT 14**
**WINNETKA**
**CA, 91306**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$23.22

---

**3.4035**

**Nonpriority creditor's name and mailing address**
**SIMON ROOFING AND SHEET METAL**
**PO BOX 951109**
**CLEVELAND, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.403 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIMPLEXGRINNELL**
**DEPT CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIMPSON COUNTY KY**
**PO BOX 242**
**FRANKLIN, KY 42135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SISTERHOOD OF TEMPLE BETH OHR**
**9812 SANTA GERTRUDES AVE**
**WHITTIER, CA 90603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SKIM ANALYTICAL INC**
**111 RIVER STREET  STE 1200**
**HOBOKEN, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SKYLIGHT CORP**
**PO BOX 2136**
**AUSTIN, TX 78768-2136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SKYLINE SCHOOL PTA**
**11536 NW SKYLINE BLVD.**
**PORTLAND, OR 97231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.00 |
|---|---|---|---|

**SKYLINE WINDOW CLEANING**
**1329 N 29TH AVE STE A-3**
**PHOENIX, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.404 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SKYLINE WINDOW CLEANING**<br>**1329 N 29TH AVE STE A-3**<br>**PHOENIX**<br>**AZ, 85009** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,365.00** |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SKYTEK BUILDING SERVICES LLC**<br>**2755 E GANLEY ROAD STE 101**<br>**TUCSON, AZ 85706** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$380.00** |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SKYTEK BUILDING SERVICES LLC**<br>**2755 E GANLEY ROAD STE 101**<br>**TUCSON**<br>**AZ, 85706** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SLHS GAPP**<br>**9300 W 104TH AVE**<br>**WESTMINSTER, CO 80021** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SLM WASTE AND RECYCLING SERVICES**<br>**INC**<br>**PO BOX 782678**<br>**PHILADELPHIA, PA 19178-2678** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84,338.53** |
| Date(s) debt was incurred  3/1/2020 | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SMART CITY**<br>**PO BOX 733082**<br>**DALLAS, TX 75373-3082** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __ | **Basis for the claim:**  Utilities | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**SMARTSHEET INC**<br>**DEPT 3421**<br>**PO BOX 123421**<br>**DALLAS, TX 75312-3421** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4050**

**Nonpriority creditor's name and mailing address**
SMG

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4051**

**Nonpriority creditor's name and mailing address**
Smithfield
Po Box 74008622
Chicago, IL 60674-8622

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4052**

**Nonpriority creditor's name and mailing address**
SNAGAJOBCOM INC
32978 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4053**

**Nonpriority creditor's name and mailing address**
SOBRATO MURPHY MUSIC ASS
PO BOX 1198
MORGAN HILL
CA, 95038

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$56.09**

---

**3.4054**

**Nonpriority creditor's name and mailing address**
SOCAL GASKET GUY LLC
3460 MARRON RD  STE 103-345
OCEANSIDE, CA 92056

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4055**

**Nonpriority creditor's name and mailing address**
SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,451.11**

---

**3.4056**

**Nonpriority creditor's name and mailing address**
SOCALGAS
PO BOX C
MONTEREY PARK
CA, 91756-5111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$517.56**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.405 7**

**Nonpriority creditor's name and mailing address**
**SOCCER CLUB OF OCEANSIDE**
**2214 EL MONTE DR**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 8**

**Nonpriority creditor's name and mailing address**
**SOCIETY OF WOMEN ENGINEERS**
**1250 N BELLFLOWER BLVD MAE**
**LONG BEACH**
**CA, 90840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24.71**

---

**3.405 9**

**Nonpriority creditor's name and mailing address**
**SOJOURNER PTA**
**11909 SE LINWOOD AVE**
**MILWAUKIE**
**OR, 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$130.06**

---

**3.406 0**

**Nonpriority creditor's name and mailing address**
**SOLANA BEACH SCHOOL FOUNDATION**
**13605 PACIFIC HGHLNDS RCH PKWY**
**SOLANO RANCH**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 1**

**Nonpriority creditor's name and mailing address**
**SOLUTIONS FOR CHANGE**
**895 VIA LA VENTA**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 2**

**Nonpriority creditor's name and mailing address**
**SOMERSET LOSEE ACADEMY**
**4650 LOSEE ROAD**
**SOMERSET LOSEE PTO**
**NORTH LAS VEGAS, NV 89081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 3**

**Nonpriority creditor's name and mailing address**
**SONEXIS TECHNOLOGY INC**
**2420 MOSSIDE BLVD**
**MONROEVILLE, PA 15146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.406 4**

**Nonpriority creditor's name and mailing address**

**SONI PLAZA ASSOCIATES LLC**
**830 TRUMAN AVE**
**KEY WEST, FL 33040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.406 5**

**Nonpriority creditor's name and mailing address**

**SONORAN SCIENCE ACADEMY CRUSH**
**2325 W SUNSET ROAD**
**TUCSON, AZ 85741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.406 6**

**Nonpriority creditor's name and mailing address**

**SONORAN SCIENCE ACADEMY EAST PTO**
**7450 E STELLA RD**
**TUCSON, AZ 85730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.406 7**

**Nonpriority creditor's name and mailing address**

**SONYA LOPEZ**
**1256 BOYNTON ST APT 1**
**GLENDALE, CA 91205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.406 8**

**Nonpriority creditor's name and mailing address**

**SOPHIE PIRES**
**268 MONTANA WAY**
**LOS OSOS, CA 93408**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.406 9**

**Nonpriority creditor's name and mailing address**

**Soup Bases Loaded**
**2355 E Francis St**
**Ontario, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.407 0**

**Nonpriority creditor's name and mailing address**

**SOUPLANTATION CK #822**
**1850 RAYMER AVENUE BLDG #4**
**FULLERTON, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.407 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH BAY JUNIOR ACADEMY**
**4400 DELAMO BLVD**
**TORRANCE, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH DAKOTA UNEMP INSURANCE D**
**P.O. BOX 4730**
**ABERDEEN, SD 57402-4730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH EAST CUTLERY**
**407 EAST PROSPECT ROAD UNIT 4**
**OAKLAND PARK, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH LAKE AVE INVESTORS**
**251 S LAKE AVE STE 100**
**PASADENA, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH LAKE AVE INVESTORS**
**PO BOX 748163**
**C/O PM REALTY GROUP**
**LOS ANGELES, CA 90074-8163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH LAKE AVE INVESTORS**
**251 SOUTH LAKE AVENUE**
**P1 PARKING OFFICE**
**PASADENA, CA 91101-3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTH OCEANSIDE ELEMENTARY PTO**
**1806 S HORNE ST**
**OCEANSDIE, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.407 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTHEASTERN MILLS INC**
PO BOX 743056
ATLANTA, GA 30374-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,750.00 |
|---|---|---|---|

**Southeastern Mills, Inc**
Po Box 743056
Atlanta
GA, 30374-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,414.72 |
|---|---|---|---|

**Southeastern Paper Group**
Po Box 890671
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2020, 2/25/2020, 3/4/2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTHERN ARIZONA VIA DE CRISTO**
PO BOX 18349
TUCSON, AZ 85731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,634.90 |
|---|---|---|---|

**SOUTHERN CALIFORNIA EDISON**
PO BOX 300
ROSEMEAD, CA 91772-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Utilities

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTHERN CALIFORNIA EDISON**
PO BOX 600
ROSEMEAD, CA 91771-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOUTHERN CALIFORNIA SECURITY CENTERS INC**
16711 PARKSIDE AVE
CERRITOS, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.408 5**

**Nonpriority creditor's name and mailing address**

**SOUTHERN CALIFORNIA TIGERS YOUTH CLUB**
**2318 W 180 ST**
**TORRANCE, CA 90504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 6**

**Nonpriority creditor's name and mailing address**

**SOUTHERN FOODS GROUP**
**PO BOX 746496**
**ATLANTA, GA 30374-6496**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,414.43**

---

**3.408 7**

**Nonpriority creditor's name and mailing address**

**SOUTHERN FOODS GROUP**
**PO BOX 746496**
**ATLANTA**
**GA, 30374-6496**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$538.61**

---

**3.408 8**

**Nonpriority creditor's name and mailing address**

**SOUTHERN NEVADA REGIONAL**
**PO BOX 845688**
**LOS ANGELES, CA 90084-5688**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 9**

**Nonpriority creditor's name and mailing address**

**Southern Sweepers & Scrubbers, Inc.**
**609A Valleydale Terrace**
**Birmingham, AL 35244**

Date(s) debt was incurred  3/10/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.409 0**

**Nonpriority creditor's name and mailing address**

**SOUTHERN TIMING LLC**
**8131 VINELAND AVE #322**
**ORLANDO, FL 32821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.409 1**

**Nonpriority creditor's name and mailing address**

**SOUTHWASTE DISPOSAL LLC**
**PO BOX 53988**
**LAFAYETTE, LA 70505-3988**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Garden Fresh Restaurants LLC**                         Case number (if known)    **20-02477-LA7**
         Name

---

| 3.409 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST BUSINESS SOLUTIONS**
**1204 BLOOMSBURY MANOR DR**
**DURHAM, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST CREATIONS LANDSCAPING**
**AND MAIN**
**5609 EDITH BLVD NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST GAS CORPORATION**
**PO BOX 24531**
**OAKLAND, CA 94623-1531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$8,592.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST HIGH FOLKLORICO CLUB**
**1685 HOLLISTER ST**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST LOCK & SAFE**
**3255 S WADSWORTH BLVD UNIT D**
**LAKEWOOD, CO 80227**

Date(s) debt was incurred  _2/24/2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWEST OUTDOOR COOLING  INC**
**428 EAST THUNDERBIRD RD #335**
**PHOENIX, AZ 85022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SOUTHWESTERN COMMUNITY COLLEGE**
**3988 IOWA STREET APT 10**
**SAN DIEGO, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4099**

**Nonpriority creditor's name and mailing address**
**SOUTHWESTERN COMMUNITY COLLEGE**
**50 BISHOP ST**
**C/O MARISOL PINA**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4100**

**Nonpriority creditor's name and mailing address**
**SOVOS COMPLIANCE LLC**
**PO BOX 347977**
**PITTSBURGH, PA 15251-4977**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4101**

**Nonpriority creditor's name and mailing address**
**SP PLUS CORPORATION**
**DO NO USE**
**USE DKCONN**
**ST. LOUIS, MO 63179-0402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4102**

**Nonpriority creditor's name and mailing address**
**SPALTECH GENERAL SERVICES**
**SPALTECH GS**
**3608 RONDA DE LECHUSAS NW**
**ALBUQUERQUE, NM 87120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,471.32**

---

**3.4103**

**Nonpriority creditor's name and mailing address**
**Sparkletts**
**DS Waters Of America, Inc**
**Po Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred  **3/11/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$27.00**

---

**3.4104**

**Nonpriority creditor's name and mailing address**
**SPCA LA**
**5026 W JEFFERSON BLVD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4105**

**Nonpriority creditor's name and mailing address**
**SPECIAL OLYMPICS NTHRN CALIFORNIA**
**3480 BUSKIRK AVE #340**
**PLEASANT HILL, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.410 6**

Nonpriority creditor's name and mailing address
**SPECIAL T WATER SYSTEMS INC**
**PO BOX 165**
**WHITTIER, CA 90608-0165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,069.00

---

**3.410 7**

Nonpriority creditor's name and mailing address
**Spellbound Development Group, Inc**
**P.O. Box 1639**
**Newport Beach, CA 92659**

Date(s) debt was incurred _3/9/2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,794.07

---

**3.410 8**

Nonpriority creditor's name and mailing address
**Spellbound Development Group, Inc**
**P.O. Box 1639**
**Newport Beach**
**CA, 92659**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,208.51

---

**3.410 9**

Nonpriority creditor's name and mailing address
**SPENCER HAYES**
**10290 LARIAT DR**
**SANTEE, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 0**

Nonpriority creditor's name and mailing address
**SPENCER MACK**
**40712 LA SALLE PL**
**MURRIETA, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 1**

Nonpriority creditor's name and mailing address
**SPHEAR INVESTMENTS LLC**
**200 EAST CARRILLO STREET #200**
**SANTA BARBARA, CA 93101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Rent_

Is the claim subject to offset? ■ No ☐ Yes

$16,458.00

---

**3.411 2**

Nonpriority creditor's name and mailing address
**SPHS MUSIC BOOSTERS  INC**
**PO BOX 3523**
**SOUTH PASADENA, CA 91031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.411**
**3**

**Nonpriority creditor's name and mailing address**

**SPILL MAGIC  INC**
**630 YOUNG STREET**
**SANTA ANA, CA 92705-5633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**4**

**Nonpriority creditor's name and mailing address**

**SPIRIT ENTERPRISES OF OREGON INC**
**PO BOX 33157**
**PORTLAND, OR 97292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**5**

**Nonpriority creditor's name and mailing address**

**SPIRIT THERAPIES**
**9140 W LA MADRE WAY**
**LAS VEGAS, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**6**

**Nonpriority creditor's name and mailing address**

**SPLASHTOP INC**
**1054 S DE ANZA BLVD  STE 200**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**7**

**Nonpriority creditor's name and mailing address**

**SPRING ALANIZ**
**836 W TERRACE**
**FRESNO, CA 93705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**8**

**Nonpriority creditor's name and mailing address**

**SPRING VALLEY KIWANIS FOUNDATION**
**PO BOX 367**
**SPRING VALLEY, CA 91976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**9**

**Nonpriority creditor's name and mailing address**

**SPRINGS CHARTER**
**42145 LYNDIE LANE**
**TEMECULA, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.412 0**

**Nonpriority creditor's name and mailing address**
**SPRINT**
**PO BOX 4181**
**CAROL STREAM, IL 60197-4181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 1**

**Nonpriority creditor's name and mailing address**
**SRK LADY LAKE OP5 LLC**
**SRK LADY LAKE 21 ASSOCIATES,LL**
**P.O. BOX 713426**
**CINCINNATI, OH 45271-3426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 2**

**Nonpriority creditor's name and mailing address**
**SRK LADY LAKE OP5 LLC**
**4053 MAPLE RD STE 200**
**AMHERST, NY 14226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$15,234.84

---

**3.412 3**

**Nonpriority creditor's name and mailing address**
**SRP**
**PO BOX 80062**
**PRESCOTT, AZ 86304-8062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$11,699.92

---

**3.412 4**

**Nonpriority creditor's name and mailing address**
**SRRPC**
**9915 MAGNOLIA AVE**
**SANTEE**
**CA, 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$9.35

---

**3.412 5**

**Nonpriority creditor's name and mailing address**
**SRTMS PTO**
**10253 PRINCIPE PL**
**CAMARILLO, CA 93012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 6**

**Nonpriority creditor's name and mailing address**
**SSA TUCSON**
**2325 W SUNSET RD**
**TUCSON, AZ 85741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.412 7**

**Nonpriority creditor's name and mailing address**
**SSD ALARM SYSTEMS**
**1740 N LEMON STREET**
**ANAHEIM, CA 92801-1007**

Date(s) debt was incurred  _2/27/2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$222.68**

---

**3.412 8**

**Nonpriority creditor's name and mailing address**
**SSD ALARM SYSTEMS**
**1740 N LEMON STREET**
**ANAHEIM**
**CA, 92801-1007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$854.94**

---

**3.412 9**

**Nonpriority creditor's name and mailing address**
**SSMS MUSIC BOOSTER**
**3980 NW 114TH AVE**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 0**

**Nonpriority creditor's name and mailing address**
**ST  LEO THE GREAT SCHOOL**
**1051 WEST SAN FERNANDO ST**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 1**

**Nonpriority creditor's name and mailing address**
**ST ANDREWS PRESBYTERIAN CHURCH**
**705 MICHIGAN BLVD**
**DUNEDIN, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 2**

**Nonpriority creditor's name and mailing address**
**ST ANNE OF GRACE EPISCOPAL CHU**
**6650 113TH ST**
**SEMINOLE, FL 33772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 3**

**Nonpriority creditor's name and mailing address**
**ST BARBARA SCHOOL**
**5306 W MCFADDEN AVE**
**SANTA ANA, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.413 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST ELIZABETH ANN SETON**
**1807 PUEBLO VISTA DR**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST FAUSTINA CATHOLIC CHURCH**
**1714 US HIGHWAY 27  STE 23**
**CLERMONT, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST FRANCIS DE SALES CATHOLIC SCHOOL**
**8100 ROOS RD**
**HOUSTON, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST FRANCIS DE SALES YOUTH**
**1375 S CAMINO SECO**
**TUCSON, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST FRANCIS SCHOOL OF VISTA**
**525 W VISTA WAY**
**VISTA, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST GABRIELS CATHOLIC CHURCH**
**13887 DEERGRASS COURT**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST GERALD CIRCLE**
**14431 S 35TH ST**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.414 1**

**Nonpriority creditor's name and mailing address**
**ST JOHN THE BAPTIST SCHOOL**
**10956 SE 25TH AVE**
**MILWAUKIE, OR 97222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 2**

**Nonpriority creditor's name and mailing address**
**ST JOSEPH OF CUPERTINO SCHOOL**
**10120 N  DE ANZA BLVD**
**CUPERTINO, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 3**

**Nonpriority creditor's name and mailing address**
**ST JOSEPH ROMAN CATHOLIC PRSH**
**215 S CRAYCROFT RD**
**ST JOSEPHS CATHOLIC SCHOOL**
**TUCSON, AZ 85711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 4**

**Nonpriority creditor's name and mailing address**
**ST LAWRENCE ELEM & MID SCHOOL**
**1977 ST LAWRENCE DRIVE**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 5**

**Nonpriority creditor's name and mailing address**
**ST MARK PARISH**
**3141 W 96TH AVE**
**WESTMINS, CO 80031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 6**

**Nonpriority creditor's name and mailing address**
**ST MARY MAGDALEN SCHOOL**
**2534 VENTURA BLVD**
**ATTN BARBARA PIWOWARSKI**
**CAMARILLO, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.414 7**

**Nonpriority creditor's name and mailing address**
**ST MARY STAR OF THE SEA SCHOOL**
**515 WISCONSIN AVENUE**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.414 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ST PANCRATIUS SCHOOL**
**3601 ST PANCRATIUS PL**
**LAKEWOOD, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ST PAUL ACYO JRS**
**3767 N FIRST ST**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.22** |
|---|---|---|---|

**ST RAYMOND SCHOOL**
**11557 SHANNON AVE**
**DUBLIN**
**CA, 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ST THOMAS AQUINAS SCHOOL**
**1100 HOOD RD SE**
**RIO RANCHO, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STACEY OLMSTEAD**
**40244 RONAR ST**
**PALMDALE, CA 93591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STACY ABRAMS**
**2111 BRYAN AVE**
**TUSTIN, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STAFFORD POLICE DEPARTMENT**
**ALARM PERMIT APPLICATION**
**2610 SOUTH MAIN STREET**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 4143 of 4240

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.415 5**

**Nonpriority creditor's name and mailing address**
**STANDARD RESTAURANT EQUIPMENT**
P.O. BOX 65189
SALT LAKE CITY, UT 84165

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415 6**

**Nonpriority creditor's name and mailing address**
**STANDARD RESTAURANT EQUIPMENT**
879 S 4400 W
SALT LAKE CITY, UT 84104

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415 7**

**Nonpriority creditor's name and mailing address**
**STANDLEY LAKE MUSIC BOOSTERS**
9300 W 104TH AVENUE
WESTMINSTER, CO 80021

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415 8**

**Nonpriority creditor's name and mailing address**
**STANLEY ACCESS TECHNOLOGIES LLC**
PO BOX 0371595
PITTSBURGH, PA 15251-7595

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415 9**

**Nonpriority creditor's name and mailing address**
**STANLEY MIDDLE SCHOOL PTSA**
**STANLEY MIDDLE SCHOOL PTSA**
6298 RADCLIFFE DRIVE
SAN DIEGO, CA 92122

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.416 0**

**Nonpriority creditor's name and mailing address**
**STAR CHASERS 4 H HORSE CLUB**
17746 S CANTER LANE
OREGON CITY, OR 97045

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.416 1**

**Nonpriority creditor's name and mailing address**
**STAR FINANCIAL I LLC**
8000 MARYLAND AVE STE 100
ATTN RUTH STONE THE BUSINESS BANK
OF ST
CLAYTON, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,667.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.416 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STARK ELECTRIC INC**
**1340 S STOCKER DR**
**TUCSON, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.416 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STARLITE ACQUISITION INC**
**PO BOX 1087**
**SHEBOYGAN, WI 53082-1087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,359.23**

---

| 3.416 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STARLITE ACQUISITION INC**
**PO BOX 1087**
**SHEBOYGAN**
**WI, 53082-1087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,646.29**

---

| 3.416 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STARTS PACIFIC INC**
**1219 EL PRADO AVE**
**TORRANCE, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,167.34**

---

| 3.416 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STATCO ENGINEERING**
**7595 REYNOLDS CIRCLE**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.416 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STATE OF CALIFORNIA**
**UNCLAIMED PROPERTY DIVISION**
**PO BOX 942850**
**SACRAMENTO, CA 94250-5873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.416 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STATE OF CALIFORNIA**
**UNCLAIMED PROPERTY DIVISION**
**PO BOX 942850**
**SACRAMENTO**
**CA, 94250-5873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,779.17**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4169**

**Nonpriority creditor's name and mailing address**

**STATE OF NEVADA - OSHA COMPLIANCE SECTION**
**1301 N GREEN VALLEY PKWY #160**
**HENDERSON, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4170**

**Nonpriority creditor's name and mailing address**

**STATE OF NEW JERSEY**
**P.O. BOX 632**
**TRENTON, NJ 8649-632**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4171**

**Nonpriority creditor's name and mailing address**

**STATE OF NH - UC**
**P.O. BOX 2058**
**ATTN: CASHIER**
**CONCORD, NH 3302-2058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4172**

**Nonpriority creditor's name and mailing address**

**STATE OF WASHINGINGTON BUS LICENSING SVC**
**PO BOX 9034**
**OLYMPIA, WA 98507-9034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4173**

**Nonpriority creditor's name and mailing address**

**STEELESCAPES INC**
**PO BOX 14149**
**PINEDALE, CA 93650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.4174**

**Nonpriority creditor's name and mailing address**

**STEFANIA CAMPOS**
**2542 ELDA STREET**
**DUARTE, CA 91010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4175**

**Nonpriority creditor's name and mailing address**

**STEINBRENNER ATHLETIC BOOSTER**
**3105 MAPLERIDGE DR**
**C/O KRISTYN FADA**
**LUTZ, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.417 6**

**Nonpriority creditor's name and mailing address**
**STEINBRENNER BAND BOOSTERS**
**5512 REFLECTIONS BLVD**
**LUTZ, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 7**

**Nonpriority creditor's name and mailing address**
**STELLAR LOYALTY INC**
**72 W ADAMS ST STE 800**
**CHICAGO**
**IL, 60603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 8**

**Nonpriority creditor's name and mailing address**
**STEPHANE DASSIN**
**5860 NW 19TH ST  APT B**
**FORT LAUDERDALE, FL 33313**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 9**

**Nonpriority creditor's name and mailing address**
**STEPHANIE CRUZ**
**4698 TWINS HAVEN RD**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 0**

**Nonpriority creditor's name and mailing address**
**STEPHANIE HUYNH COREY**
**4102 MARLBOROUGH AVE #106**
**SAN DIEGO, CA 92105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 1**

**Nonpriority creditor's name and mailing address**
**STEPHANIE ORTEGA**
**938 NE 21ST AVE**
**HILLSBORO, OR 97124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 2**

**Nonpriority creditor's name and mailing address**
**STEPHANIE PARK**
**1405 JAMES M WOOD   APT 509**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.418 3**

**Nonpriority creditor's name and mailing address**

**STEPHEN BENNETT**
**749 SUNFLOWER DR**
**PALM HARBOR, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.418 4**

**Nonpriority creditor's name and mailing address**

**STEVE SUTHERLIN**
**107 CHALLENGE ROAD**
**RALEIGH, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.418 5**

**Nonpriority creditor's name and mailing address**

**STEVEN M LAND**
**736 E STOKES AVE**
**DRAPER, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.418 6**

**Nonpriority creditor's name and mailing address**

**STIRLING ELEMENTARY PTA**
**5500 STIRLING ROAD**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.418 7**

**Nonpriority creditor's name and mailing address**

**STOCKLMEIR PTA**
**592 DUNHOLME WAY**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred  2/25/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$73.93**

---

**3.418 8**

**Nonpriority creditor's name and mailing address**

**STOCKMAN LANDSCAPE & GROUNDS**
**MAINTENANCE**
**PO BOX 07507**
**FORT MYERS, FL 33919-0507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.418 9**

**Nonpriority creditor's name and mailing address**

**Stone Mountain Pecan**
**1781 Hwy 78**
**Monroe, GA 30655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4190**

**Nonpriority creditor's name and mailing address**
**STONY CREEK PTO**
**7203 S EVERETT ST**
**LITTLETON, CO 80128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4191**

**Nonpriority creditor's name and mailing address**
**STOSH INC**
**2230 AMAPOLA COURT STE 6**
**TORRANCE, CA 90501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4192**

**Nonpriority creditor's name and mailing address**
**STRANDWOOD ELEMENTARY PTA**
**416 GLADYS DR**
**ATTN ROBBIN COLLINS TREASURER**
**PLEASANT HILL, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4193**

**Nonpriority creditor's name and mailing address**
**Stratas Foods LLC**
**7130 Goodlett Farms Parkway, STE 200**
**Cordova, TN 38016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4194**

**Nonpriority creditor's name and mailing address**
**STRATAS FOODS LLC**
**PO BOX 2477**
**DEPT 2477**
**BIRMINGHAM, AL 35246-2477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4195**

**Nonpriority creditor's name and mailing address**
**STRATFORD SCHOOL**
**5301 CURTIS STREET**
**FREMONT**
**CA, 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$310.89**

---

**3.4196**

**Nonpriority creditor's name and mailing address**
**SUAREZ CONTRACTING INC**
**12165 MADERA WAY**
**RIVERSIDE, CA 92503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.419 7**

**Nonpriority creditor's name and mailing address**

**SUE GOODWIN**
**PO BOX 533**
**ROLESVILLE, NC 27571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.419 8**

**Nonpriority creditor's name and mailing address**

**Sugar Foods Corporation**
**24799 Network Place**
**Chicago, IL 60673-1247**

Date(s) debt was incurred  **3/9/2020, 3/12/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,335.00**

---

**3.419 9**

**Nonpriority creditor's name and mailing address**

**SUM1 EFFICIENT AIR CONDITIONING &**
**HEATIN**
**16306 GENTLE SLOPE LANE**
**HOUSTON, TX 77044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.420 0**

**Nonpriority creditor's name and mailing address**

**SUMMER CORBEIL CARROL**
**3130 W LAMBRIGHT ST**
**TAMPA, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.420 1**

**Nonpriority creditor's name and mailing address**

**SUMMER FREDRICKSON**
**10692 WALNUT ST**
**LOS ALAMITOS, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.420 2**

**Nonpriority creditor's name and mailing address**

**SUN STATE MARKING CORP**
**41830 NOEL CIRCLE**
**TEMECULA**
**CA, 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$646.67**

---

**3.420 3**

**Nonpriority creditor's name and mailing address**

**SUNCOAST WATER INC**
**3851 62ND AVE NORTH STE F**
**PINELLAS PARK, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.420 4**

**Nonpriority creditor's name and mailing address**

**SUNFLOWER PLANTATION LLC**
**772 CAPILANO COURT**
**CASTLE ROCK, CO 80108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$18,348.70

---

**3.420 5**

**Nonpriority creditor's name and mailing address**

**SunGold Foods Inc**
**PO Box 1187**
**Fargo**
**ND, 58107-1187**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$32,800.00

---

**3.420 6**

**Nonpriority creditor's name and mailing address**

**SUNMASTER PRODUCTS INC**
**276 TRADE ST**
**SAN MARCOS, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420 7**

**Nonpriority creditor's name and mailing address**

**SUNNY FLORIDA DAIRY INC**
**2209 N 40TH STREET**
**TAMPA, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420 8**

**Nonpriority creditor's name and mailing address**

**SUNNYBROOK LLC-CTA**
**PO BOX 60041**
**DEPT 200**
**CITY OF INDUSTRY, CA 91716-0041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$15,470.71

---

**3.420 9**

**Nonpriority creditor's name and mailing address**

**SUNNYKAY & COMPANY LLC**
**1430 NORTH RIVERSIDE CIR**
**ATLANTA, GA 30328**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 0**

**Nonpriority creditor's name and mailing address**

**SUNNYKAY AND COMPANY LLC**
**PO BOX 720377**
**ATLANTA, GA 30358**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$21,000.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.421 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SUNOPTA GRAINS AND FOODS INC**<br>**7301 OHMS LANE STE 600**<br>**EDINA, MN 55439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sunopta Grains And Foods, Inc**<br>**Po Box 74008363**<br>**Chicago, IL 60674-8363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sunora Food Ltd**<br>**#205,4616 Valiant Drive N.W.**<br>**Calgary, Alberta T3A 0X9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SUNPASS**<br>**PO BOX 880049**<br>**BOCA RATON, FL 33488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SUNPENTOWN INTERNATIONAL INC**<br>**18249 VALLEY BLVD.**<br>**CITY OF INDUSTRY, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SUNPENTOWN INTERNATIONAL INC**<br>**14625 CLARK AVE**<br>**CITY OF INDUSTRY, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,236.80 |
|---|---|---|---|
| | **Sunrise Growers, Inc.**<br>**Po Box 74008362**<br>**Chicago, IL 60674-8362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/21/2020, 3/9/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4218**

Nonpriority creditor's name and mailing address

**SUNSET LANE ELEMENTARY PTA**
**2470 COVENTRY CIR**
**FULLERTON, CA 92833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4219**

Nonpriority creditor's name and mailing address

**SUNWEST ALL SERVICE INC**
**3945 TOLLHOUSE DR STE 901**
**NAPLES, FL 34114**

Date(s) debt was incurred __10/30/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$427.50**

---

**3.4220**

Nonpriority creditor's name and mailing address

**SUPERCLEAN SERVICE COMPANY INC**
**PO BOX 551802**
**DALLAS, TX 75355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4221**

Nonpriority creditor's name and mailing address

**Superior Paper & Plastics, Inc**
**1930 E. 65Th Street**
**Los Angeles, CA 90001-2111**

Date(s) debt was incurred __2/10/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$129.96**

---

**3.4222**

Nonpriority creditor's name and mailing address

**SUPERIOR PLUMBING SERVICE INC**
**3991 ROYAL DRIVE**
**KENNESAW, GA 30144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4223**

Nonpriority creditor's name and mailing address

**SUPERIOR PRESS**
**9440 NORWALK BLVD**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$551.07**

---

**3.4224**

Nonpriority creditor's name and mailing address

**SUPERIOR SERVICE CORP**
**1006 E SOUTH STREET**
**ANAHEIM, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.422 5**

**Nonpriority creditor's name and mailing address**
**SUPERSHUTTLE**
**TRANSDEV ON DEMAND**
**32331 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0323**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 6**

**Nonpriority creditor's name and mailing address**
**SUPRAJA BUDIDEDU**
**1726 PERSHORE DR**
**APEX, NC 27502**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 7**

**Nonpriority creditor's name and mailing address**
**SUREPLAN USA INC**
**5350 KEYSTONE COURT**
**ROLLING MEADOWS, IL 60008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 8**

**Nonpriority creditor's name and mailing address**
**SUSAN G KOMEN 3 DAY 60 MILE WALK**
**FOR BRE**
**782 S BAHAMA DR**
**GILBERT, AZ 85296**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 9**

**Nonpriority creditor's name and mailing address**
**SUSAN LAVORGNA ELEMENTARY PTA**
**31777 ALGARVE**
**WINCHESTER, CA 92596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 0**

**Nonpriority creditor's name and mailing address**
**SUSANA HERNANDEZ MACHIC**
**5722 1/2 FOUNTAIN AVE**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 1**

**Nonpriority creditor's name and mailing address**
**SUSANA TORRES BRITO**
**24938 WALNUT ST  APT 31**
**NEWHALL, CA 91321**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.423 2**

**Nonpriority creditor's name and mailing address**

**SUSTAINABLE SUPPLY LLC**
**8810 B W 116TH CIR**
**BROOMFIELD**
**CO, 80021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$43,041.51**

---

**3.423 3**

**Nonpriority creditor's name and mailing address**

**SUTHERLAND ELEMENTARY SCHOOL**
**3150 N BELCHER RD**
**PALM HARBOR, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 4**

**Nonpriority creditor's name and mailing address**

**SUZUKI TALENT EDUCATION OF FL**
**6208 BAYSIDE KEY DR**
**TAMPA, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 5**

**Nonpriority creditor's name and mailing address**

**SVF HOLDING REAL ESTATE INVESTMENT TRUST**
**FILE 1502**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-1502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 6**

**Nonpriority creditor's name and mailing address**

**Sweetner Products Company**
**Po Box 516572**
**Los Angeles, CA 90051-0597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 7**

**Nonpriority creditor's name and mailing address**

**SWS PTA**
**10129 AUSTIN DRIVE**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423 8**

**Nonpriority creditor's name and mailing address**

**SYCAMORE BUSINESS PARK LLC**
**PO BOX 6181**
**HICKSVILLE, NY 11802-6181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$43,650.32**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.423 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SYCAMORE TOWNSHIP CENTRAL JEDZ** | ☐ Contingent | |
| | **7141 MIAMI AVENUE** | ☐ Unliquidated | |
| | **CINCINNATI, OH 00045-2430** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SYCAMORE TWNSHP SOUTHWEST JEDZ** | ☐ Contingent | |
| | **7149 RIDGE ROAD** | ☐ Unliquidated | |
| | **CINCINNATI, OH 00045-2370** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SYDNEY THORBURN** | ☐ Contingent | |
| | **12932 CARMEL CREEK RD** | ☐ Unliquidated | |
| | **#55** | ☐ Disputed | |
| | **SAN DIEGO, CA 92130** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SYSCO - SAN DIEGO** | ☐ Contingent | |
| | **15750 MERIDIAN PARKWAY** | ☐ Unliquidated | |
| | **RIVERSIDE, CA 92518** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sysco Atlanta** | ☐ Contingent | |
| | **Po Box 490379** | ☐ Unliquidated | |
| | **College Park, GA 30349** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sysco Riverside Inc** | ☐ Contingent | |
| | **15750 Meridian Parkway** | ☐ Unliquidated | |
| | **Riverside, CA 92518** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SYSCO USA I INC** | ☐ Contingent | |
| | **SYSCO HOUSTON** | ☐ Unliquidated | |
| | **1390 ENCLAVE PKWY** | ☐ Disputed | |
| | **HOUSTON, TX 77077** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.424 6**

**Nonpriority creditor's name and mailing address**
**SYSCO USA INC**
**SYSCO ARIZONA**
**611 SO 80TH AVE**
**TOLLESON, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 7**

**Nonpriority creditor's name and mailing address**
**SZE NGA WONG**
**5215 FIORE TERRACE C206**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 8**

**Nonpriority creditor's name and mailing address**
**T C AIRTECH INC**
**19877 MADDELENA CIR**
**ESTERO**
**FL, 33967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$482.26**

---

**3.424 9**

**Nonpriority creditor's name and mailing address**
**T G LEE DAIRY**
**PO BOX 746108**
**ATLANTA, GA 30374-6108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,115.60**

---

**3.425 0**

**Nonpriority creditor's name and mailing address**
**T H E LEADERSHIP ACADEMY**
**1550 TEMPLE HEIGHTS DR**
**OCEANSIDE**
**CA, 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$120.80**

---

**3.425 1**

**Nonpriority creditor's name and mailing address**
**Tablecraft Products , Inc**
**P.O. Box 7691**
**Carol Stream, IL 60197-7691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 2**

**Nonpriority creditor's name and mailing address**
**TABOR ENGINEERING ARCHITECHURAL**
**CONSULTA**
**2671 CROW CANYON ROAD**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.425**
**3**

**Nonpriority creditor's name and mailing address**
**TACFA**
**PO BOX 145**
**TUSTIN, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**
**4**

**Nonpriority creditor's name and mailing address**
**TAE WON KIM**
**28085 WHITES CANYON 95**
**CANYON COUNTRY, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**
**5**

**Nonpriority creditor's name and mailing address**
**TAGEX SALES LLC**
**121 SULLYS TRAIL STE 8**
**PITTSFORD, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**
**6**

**Nonpriority creditor's name and mailing address**
**TAI HARTLEY**
**1501 SOUTH D STREET**
**OXNARD, CA 93033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**
**7**

**Nonpriority creditor's name and mailing address**
**TAIWANESE AMERICAN CITIZENS**
**6407 W 84TH ST**
**LOS ANGELES, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**
**8**

**Nonpriority creditor's name and mailing address**
**TAKESHI CARTER**
**33306 FOX ROAD**
**TEMECULA, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$29.15

---

**3.425**
**9**

**Nonpriority creditor's name and mailing address**
**TAKO TYKO SIGN & LIGHTING SER**
**5010 VENICE BLVD**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.426 0**

Nonpriority creditor's name and mailing address
**TALENTREEF INC**
**PO BOX 7410017**
**CHICAGO, IL 60674-7410**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,810.00

**3.426 1**

Nonpriority creditor's name and mailing address
**TAMARA HENDERSON**
**1651 SOUTH JUNIPER  #71**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.426 2**

Nonpriority creditor's name and mailing address
**TAMARA WILLINGHAM**
**840 DEL NORTE ST**
**DENVER, CO 80221**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.426 3**

Nonpriority creditor's name and mailing address
**TAMMY O GUINN**
**6087 AQUAMARINE AVE**
**RANCHO CUCAMONGA, CA 91701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.426 4**

Nonpriority creditor's name and mailing address
**Tampico Spice Co. Inc.**
**P.O. Box 01229**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.426 5**

Nonpriority creditor's name and mailing address
**TANIS GUERRERO**
**PO BOX 464**
**RANCHO CUCAMONGA, CA 91729**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,150.00

**3.426 6**

Nonpriority creditor's name and mailing address
**TARA BEAM**
**4395 GLEN ST**
**RIVERSIDE, CA 92509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4267**

**Nonpriority creditor's name and mailing address**
**TARA GRYSZKIN**
**4722 N PASEO SONOYTA**
**TUCSON, AZ 85750**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4268**

**Nonpriority creditor's name and mailing address**
**TARA MARULLO**
**6028 TOWNCENTER CIRCLE**
**NAPLES, FL 34119**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4269**

**Nonpriority creditor's name and mailing address**
**TAREN MCMILLAN**
**1895 WEST SKYWOOD ST**
**BREA, CA 92821**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4270**

**Nonpriority creditor's name and mailing address**
**TATUM CLIFTON**
**328 CHAPALITA DR**
**ENCINITAS, CA 92024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4271**

**Nonpriority creditor's name and mailing address**
**TAU SIGMA DELTA**
**3116 VIA LASTRE**
**C/O MARIA MERCADO**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4272**

**Nonpriority creditor's name and mailing address**
**TAVARES HIGH SCHOOL  HOSA**
**603 N NEW HAMPSHIRE AVE**
**TAVARES, FL 32778**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4273**

**Nonpriority creditor's name and mailing address**
**TAYLOR BOWEN**
**10605 BASIE WAY**
**RANCHO CORDOVA, CA 95610**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.427**
**4**

**Nonpriority creditor's name and mailing address**

**TAYLOR FREEZER SALES COMPANY OF GEORGIA**
**PO BOX 2130**
**CUMMING, GA 30028-2130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**5**

**Nonpriority creditor's name and mailing address**

**TAYLOR FREEZERS**
**6825 E WASHINGTON BLVD**
**CITY OF COMMERCE, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$284.76**

---

**3.427**
**6**

**Nonpriority creditor's name and mailing address**

**TAYLOR JOHNSON**
**582 N LA NAE CIRCLE**
**ORANGE, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**7**

**Nonpriority creditor's name and mailing address**

**TAYLOR PTA**
**410 SAUTNER DRIVE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**8**

**Nonpriority creditor's name and mailing address**

**TBTST PSO**
**5700 NW 94TH AVE**
**TAMARAC, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**9**

**Nonpriority creditor's name and mailing address**

**TC EQUITY INVESTMENTS LLC**
**16190 S GOLDEN ROAD**
**GOLDEN, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**0**

**Nonpriority creditor's name and mailing address**

**TCALL**
**PO BOX 584**
**TEMPLE CITY, CA 91780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.428 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,965.24 |
|---|---|---|---|

**TCAM CORE PROPERTY FUND OPERATING LP**
**DEPT AT 40096**
**ATLANTA, GA 31192-0096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TCDS PTSA**
**9239 E WRIGHTSTOWN RD**
**TUCSON, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TCG SERVICES LLC**
**145 N MAIN**
**EL DORADO, KS 67042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TCNLL**
**PO BOX 1111**
**TEMPLE CITY, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEAGAN DOLAN**
**12934 FRANCINE TERRACE**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEASDALE FOODS INC**
**PO BOX 515555**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,461.44 |
|---|---|---|---|

**Teasdale Foods, Inc**
**PO Box 775508**
**Chicago, IL 90677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/27/2020, 3/3/2020__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4288**

**Nonpriority creditor's name and mailing address**
**TEATRO VISION**
**PO BOX 28367**
**SAN JOSE, CA 95159**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4289**

**Nonpriority creditor's name and mailing address**
**TECHNICAL AIR SERVICE CORP**
**511 EAST PROSPECT RD**
**OAKLAND PARK, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,173.69**

---

**3.4290**

**Nonpriority creditor's name and mailing address**
**TECHNOLOGY UNLIMITED INC**
**6802 SOUTH 220TH ST**
**KENT, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4291**

**Nonpriority creditor's name and mailing address**
**TECO PEOPLES GAS**
**PO BOX 31318**
**TAMPA, FL 33631-3318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$17,341.80**

---

**3.4292**

**Nonpriority creditor's name and mailing address**
**TEG STAFFING INC**
**PO BOX 843209**
**LOS ANGELES, CA 90084-3209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4293**

**Nonpriority creditor's name and mailing address**
**TEH TUNG CORP**
**12110 ALTAMAR PLACE**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4294**

**Nonpriority creditor's name and mailing address**
**TELECO INC**
**P.O. BOX 11364**
**COLUMBIA, SC 29211-1364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.429 5**

**Nonpriority creditor's name and mailing address**
**TELECO INC**
**430 WOODRUFF RD STE 300**
**GREENVILLE, SC 29607-3462**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429 6**

**Nonpriority creditor's name and mailing address**
**TELESIS PTO**
**2800 E HOLLINGWORTH ST**
**TELESIS ACADEMY PTO**
**WEST COVINA**
**CA, 91792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $50.45
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429 7**

**Nonpriority creditor's name and mailing address**
**TEMECULA TOWNE CENTER ASSOC LP**
**PO BOX 72022**
**CLEVELAND, OH 44192-0022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $932.66
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429 8**

**Nonpriority creditor's name and mailing address**
**TEMECULA VALLEY CHARTER SCHOOL**
**35755 ABELIA STREET**
**WINCHESTER, CA 92596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429 9**

**Nonpriority creditor's name and mailing address**
**TEMPE CC HUI LLC**
**25122 E HIGHLAND AVE   STE 450**
**PHOENIX, AZ 85016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $9,134.37
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430 0**

**Nonpriority creditor's name and mailing address**
**TEMPE CITY CENTER LP**
**2122 EAST HIGHLAND AVE #400**
**C/O P&P TEMPE CITY CNTR GPLLC ATTN DARYL**
**PHOENIX, AZ 85016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.430**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPE POLICE DEPARTMENT**<br>**PO BOX 29615**<br>**PHOENIX, AZ 85038-9615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE ADAT SHALOM**<br>**15905 POMERADO RD**<br>**POWAY, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE BETH DAVID EARLY CHILDHOOD**<br>**CENTER**<br>**6100 HEFLEY STREET**<br>**WESTMINSTER, CA 92683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE BETH TORAH SHAARY TZED**<br>**5700 NW 94TH AVE**<br>**TAMARAC, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE CHAI EARLY CHILDHOOD**<br>**4645 E MARILYN ROAD**<br>**PHOENIX, AZ 85032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE CITY HIGH SCHOOL**<br>**9501 LEMON AVE**<br>**TEMPLE CITY, CA 91780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TEMPLE ISRAEL**<br>**269 LOMA AVE**<br>**LONG BEACH, CA 90803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.430 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEN MILE RANGE PROPERTIES LLC**
**1776 RINGLING BLVD**
**ATTN PAUL E OLSEN**
**SARASOTA, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TENNANT SALES AND SERVICE COMPANY**
**PO BOX 71414**
**CHICAGO, IL 60694-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERESIA SAQA**
**4623 ROTHBURY COMMON**
**FREMONT, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERMINIX PROCESSING CENTER**
**PO BOX 802155**
**CHICAGO, IL 60680-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRA NOVA**
**10351 NW THOMPSON RD**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRAMAR RETAIL CENTERS LLC**
**PO BOX 843002**
**LOS ANGELES, CA 90084-3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRANCE K JOHNSON**
**PO BOX 231400**
**ENCINTAS, CA 92023-1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.431 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,030.01** |
|---|---|---|
| **TERRE SOLUTIONS** | ☐ Contingent | |
| **3746 ZACHARY ST** | ☐ Unliquidated | |
| **NEW PORT RICHEY, FL 34655** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.431 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **TERRI ROGELSTAD** | ☐ Contingent | |
| **1310 PASEO LUCIDO** | ☐ Unliquidated | |
| **C/O RANCHO BERNARDO HIGH SCHL** | ☐ Disputed | |
| **SAN DIEGO, CA 92128** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.431 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **TERRY BUDD** | ☐ Contingent | |
| **10168 MARCELLA COURT** | ☐ Unliquidated | |
| **SANTEE, CA 92071** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.431 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **TERRY TROUT SR** | ☐ Contingent | |
| **2457 N BUNDY DR #101** | ☐ Unliquidated | |
| **FRESNO, CA 93737** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.431 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **TES FOUNDATION** | ☐ Contingent | |
| **5450 LA CUENTA DRIVE** | ☐ Unliquidated | |
| **TIERRASANTA ELEMENTARY SCHOOL** | ☐ Disputed | |
| **SAN DIEGO, CA 92124** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **TESORO TECHNOLOGIES INC** | ☐ Contingent | |
| **805-60 WYNDHAM ST S** | ☐ Unliquidated | |
| **GUELPH, ONTARIO M1E 7H7** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,112.50** |
|---|---|---|
| **TEVORA BUSINESS SOLUTIONS INC** | ☐ Contingent | |
| **17875 VON KARMAN AVE  STE 100** | ☐ Unliquidated | |
| **IRVINE, CA 92614** | ☐ Disputed | |
| Date(s) debt was incurred _2/20/2020_ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.432 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TEXAS ANIMAL SOCIETY** **PO BOX 130448** **SPRING, TX 77398** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TEXAS BASKET COMPANY INC** **PO BOX 1110** **JACKSONVILLE, TX 75766** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TEXAS DEPARTMENT OF STATE** **HEALTH SERVICES** **PO BOX 12008** **AUSTIN, TX 78711** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TF Industries** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **THE ALS ASSOCIATION GREATER SA** **9929 HIBERT STREET SUITE A** **WALK TO DEFEAT ALS 2018** **SAN DIEGO, CA 92131** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **THE ALS ASSOCIATION ROCKY MTN** **10855 DOVER ST SUITE 500** **WESTMINSTER, CO 80021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **THE ARC OF VENTURA COUNTY** **5103 WALKER ST** **VENTURA, CA 93003** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4329**

Nonpriority creditor's name and mailing address
**THE AVODA PROJECT**
**26731 DUBLIN WOODS CIR STE 2**
**BONITA SPRINGS, FL 34135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4330**

Nonpriority creditor's name and mailing address
**THE BORGEN PROJECT CONNIE LOO**
**1416 NW 46TH STREET SUITE 105**
**SEATTLE, WA 98107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4331**

Nonpriority creditor's name and mailing address
**THE CENTURY CLUB OF SAN DIEGO**
**9404 GENESEE AVE STE 310**
**LA JOLLA, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4332**

Nonpriority creditor's name and mailing address
**THE CENTURY CLUB OF SAN DIEGO**
**6155 CORNERSTONE COURT E #100**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4333**

Nonpriority creditor's name and mailing address
**THE CHILD DAY SCHOOLS**
**883 ROSE AVE**
**PLEASANTON, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4334**

Nonpriority creditor's name and mailing address
**THE CHILD LANGUAGE CENTER INC**
**202 E SPEEDWAY**
**TUCSON, AZ 85705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4335**

Nonpriority creditor's name and mailing address
**THE COCA-COLA COMPANY**
**ONE COCA-COLA PLAZA NW**
**ATLANTA, GA 30313**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.433 6 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **THE CRAMER KRASSELT CO INC** | ☐ Contingent | | |
| | **39012 TREASURY CENTER** | ☐ Unliquidated | | |
| | **CHICAGO, IL 60694-9000** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.433 7 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **THE DERUOSI GROUP LLC** | ☐ Contingent | | |
| | **25055 ARTHUR RD** | ☐ Unliquidated | | |
| | **ESCALON, CA 95320** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.433 8 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$14,756.00** |
| | **The Garlic Company** | ☐ Contingent | | |
| | **18602 Zerker Road** | ☐ Unliquidated | | |
| | **Shafter, CA 93263** | ☐ Disputed | | |
| | Date(s) debt was incurred  2/14/2020, 2/18/2020, 3/4/2020 | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.433 9 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **THE GREATER BRANDON CHAMBER OF COMMERCE** | ☐ Contingent | | |
| | **330 PAULS DRIVE  STE 100** | ☐ Unliquidated | | |
| | **BRANDON, FL 33511** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.434 0 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$140.00** |
| | **THE GREEN EXPERTS LLC** | ☐ Contingent | | |
| | **PO BOX 9318** | ☐ Unliquidated | | |
| | **CORAL SPRINGS, FL 33075-9318** | ☐ Disputed | | |
| | Date(s) debt was incurred  3/2/2020 | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.434 1 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$32.28** |
| | **THE HICKMAN NEST** | ☐ Contingent | | |
| | **10850 MONTONGO STREET** | ☐ Unliquidated | | |
| | **SAN DIEGO** | ☐ Disputed | | |
| | **CA, 92126** | | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.434 2 | | | | |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| | **THE HOME DEPOT RECEIVABLES** | ☐ Contingent | | |
| | **400 WHITE CLAY CENTER DR** | ☐ Unliquidated | | |
| | **ATTN LOCKBOX 7491** | ☐ Disputed | | |
| | **NEWARK, DE 19711** | | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.434 3**

**Nonpriority creditor's name and mailing address**

**THE ICEE COMPANY**
**PO BOX 515723**
**LOS ANGELES, CA 90051-5203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,575.64**

---

**3.434 4**

**Nonpriority creditor's name and mailing address**

**THE JOURNEY BEGINS**
**6438 YORK BLVD**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.434 5**

**Nonpriority creditor's name and mailing address**

**THE LEADERSHIP ACADEMY PTA**
**1550 TEMPLE HEIGHTS DR**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.434 6**

**Nonpriority creditor's name and mailing address**

**THE MARFAN FOUNDATION INC.**
**22 MANHASSET AVENUE**
**PORT WASHINGTOM, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.434 7**

**Nonpriority creditor's name and mailing address**

**THE MULTIPLE SCLEROSIS SOCIETY**
**6520 N ANDREWS AVE**
**FORT LAUDERDALE, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.434 8**

**Nonpriority creditor's name and mailing address**

**THE NATIONAL SOCIETY OF COLLEGIATE SCHOL**
**5645 PACIFIC BLVD**
**PALMS OF BOCA DEL MAR APT 2804**
**BOCA RATON**
**FL, 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

**3.434 9**

**Nonpriority creditor's name and mailing address**

**The Neil Jones Food Company**
**P.O. Box 842476**
**Dallas, TX 75284-2476**

Date(s) debt was incurred  **3/10/2020, 3/11/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,114.80**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.435 0**

**Nonpriority creditor's name and mailing address**

**THE OASIS SANCTUARY**
**PO BOX 2166**
**SCOTTSDALE, AZ 85252**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 1**

**Nonpriority creditor's name and mailing address**

**The Original Chefs Premium Llc**
**21031 Ventura Blvd Suite 701**
**Woodland Hills, CA 91364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 2**

**Nonpriority creditor's name and mailing address**

**THE ORIGINAL CHEFS PREMIUM LLC**
**21031 VENTURA BLVD STE 508**
**WOODLAND HILLS, CA 91364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 3**

**Nonpriority creditor's name and mailing address**

**THE PAPE GROUP INC**
**PO BOX 35144 #5077**
**SEATTLE, WA 98124-5144**

Date(s) debt was incurred  3/15/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.435 4**

**Nonpriority creditor's name and mailing address**

**THE PLANNING & ZONING**
**RESOURCE COMPANY LLC**
**1300 S MERIDIAN AVE STE400**
**OKLAHOMA CITY, OK 73108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 5**

**Nonpriority creditor's name and mailing address**

**The Price is Right**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 6**

**Nonpriority creditor's name and mailing address**

**The Republic Of Tea**
**P.O. Box 843410**
**Kansas City, MO 64184-3410**

Date(s) debt was incurred  2/19/2020, 2/28/2020, 3/2/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$11,699.07**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.435 7 | **Nonpriority creditor's name and mailing address**<br>**THE RESTAURANT GUYS LLC**<br>**2550 SANDY PLAINS RD**<br>**STE 225-164**<br>**MARIETTA, GA 30066**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.435 8 | **Nonpriority creditor's name and mailing address**<br>**THE ROMAN CATHOLIC BISHOP OF LAS VEGAS A**<br>**1111 N MICHAEL WAY**<br>**LAS VEGAS, NV 89108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.435 9 | **Nonpriority creditor's name and mailing address**<br>**THE SMITHFIELD PACKING CO INC**<br>**PO BOX 198198**<br>**ATLANTA, GA 30384-8198**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.436 0 | **Nonpriority creditor's name and mailing address**<br>**THE STERITECH GROUP INC**<br>**PO BOX 472127**<br>**CHARLOTTE, NC 28247-2127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.436 1 | **Nonpriority creditor's name and mailing address**<br>**THE SWEENEY LAW FIRM**<br>**15233 VENTURA BLVD STE 500**<br>**SHERMAN OAKS, CA 91403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.436 2 | **Nonpriority creditor's name and mailing address**<br>**THE TRAVELERS INDEMNITY COMPANY INC**<br>**PO BOX 660317**<br>**DALLAS, TX 75266-0317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.436 3 | **Nonpriority creditor's name and mailing address**<br>**THE VILLAGES OPERATING COMPANY INC**<br>**3619 KIESSEL RD**<br>**THE VILLAGES, FL 32163**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.436 4**

Nonpriority creditor's name and mailing address

**THE WINDOW CREW INC**
**332 S FILLMORE AVE**
**KIRWOOD, MO 63122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.436 5**

Nonpriority creditor's name and mailing address

**THEODORE MILEWSKI**
**5303 32 AVE E**
**PALMETTO, FL 34221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.436 6**

Nonpriority creditor's name and mailing address

**THERESA HESSLING CHARTER SCHOOL**
**7260 LINDA VISTA RD**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.436 7**

Nonpriority creditor's name and mailing address

**THERMOWORKS INC**
**741 E UTAH VALLEY DR**
**AMERICAN FORK, UT 84003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.436 8**

Nonpriority creditor's name and mailing address

**THESPIAN PIRATES CLUB**
**25200 SW 118 AVE**
**PRINCETON, FL 33032**

Date(s) debt was incurred **3/11/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$105.08**

---

**3.436 9**

Nonpriority creditor's name and mailing address

**THETA TAU AT UCSD**
**17010 SILVER CREST DR**
**SAN DIEGO, CA 92127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 0**

Nonpriority creditor's name and mailing address

**THETA TAU EPSILON DELTA**
**7856 CAMINO AGUILA**
**SAN DIEGO**
**CA, 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9.35**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.437**
**1**

Nonpriority creditor's name and mailing address
**THEUERKAUF AFTERSCHOOL  YMCA**
**2400 GRANT ROAD**
**YMCA CAMPAIGN**
**MOUNTAIN VIEW, CA 94040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.437**
**2**

Nonpriority creditor's name and mailing address
**THINK UTILITY SERVICES INC**
**PO BOX 17389**
**CLEARWATER, FL 33762-0389**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$854.37**

---

**3.437**
**3**

Nonpriority creditor's name and mailing address
**THOMAS A GRAHAM**
**14017 PAINTED DESERT ROAD**
**POWAY, CA 92064**

Date(s) debt was incurred  **3/16/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,460.00**

---

**3.437**
**4**

Nonpriority creditor's name and mailing address
**THOMAS CLANCY**
**13728 LINDAMERE LANE**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.437**
**5**

Nonpriority creditor's name and mailing address
**THOMAS HALKS**
**4435 SW 99TH AVE  UNIT A**
**BEAVERTON, OR 97005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.437**
**6**

Nonpriority creditor's name and mailing address
**THOMAS J CONLON**
**10796 CHARBONO TERRACE**
**SAN DIEGO, CA 92131**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$45.40**

---

**3.437**
**7**

Nonpriority creditor's name and mailing address
**THOMAS WINERY PLAZA LLC**
**23 CORPORATE PLAZA DR  STE 247**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,318.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.4378**

Nonpriority creditor's name and mailing address
**THOMPSON MIDDLE SCHOOL CHOIR**
**24040 HAYES AVE**
**MURRIETA, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4379**

Nonpriority creditor's name and mailing address
**THOMPSONS REFRIGERATION LLC**
**PO BOX 751690**
**LAS VEGAS, NV 89136**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4380**

Nonpriority creditor's name and mailing address
**THOROUGH MAINTENANCE INC**
**PO BOX 710305**
**SAN DIEGO, CA 92171-0305**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4381**

Nonpriority creditor's name and mailing address
**THOSE LEFT BEHIND FOUNDATION**
**10040 W CHEYENNE AVE 17**
**LAS VEGAS, NV 89129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4382**

Nonpriority creditor's name and mailing address
**THUNDERBIRD CHRISTIAN ELEMENTARY**
**7440 E SUTTON DRIVE**
**SCOTTSDALE, AZ 85254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4383**

Nonpriority creditor's name and mailing address
**Thunderscape Services**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4384**

Nonpriority creditor's name and mailing address
**THURAI SINGHAM PONNUDURAI**
**PO BOX 7054**
**ROCKY MOUNT, NC 27804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.438 5**

**Nonpriority creditor's name and mailing address**
**TIANNA GONZALEZ**
**10124 ELMHURST DR. NW**
**ALBUQUERQUE, NM 87114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 6**

**Nonpriority creditor's name and mailing address**
**TIERRA BONITA EDUCATIONAL FOUN**
**14678 TIERRA BONITA ROAD**
**POWAY, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 7**

**Nonpriority creditor's name and mailing address**
**TIFFANY HENDERSON**
**12790 SE 114TH ST RD**
**OCKLAWAHA, FL 32179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 8**

**Nonpriority creditor's name and mailing address**
**TIFFANY TRIEU**
**38 BUTLER ST**
**IRVINE, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 9**

**Nonpriority creditor's name and mailing address**
**TIFFANY VAUGH**
**3647 CRESTHILL DRIVE**
**FLOWERY BRANCH, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 0**

**Nonpriority creditor's name and mailing address**
**TIGARD POLICE DEPARTMENT**
**13125 SW HALL BLVD**
**TIGARD, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 1**

**Nonpriority creditor's name and mailing address**
**TIGARD TUALATIN SCHOOL DISTRICT**
**9000 SW DURHAM RD**
**TIGARD, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.439 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,203.95 |
|---|---|---|
| **TIGER NATURAL GAS INC**<br>**DEPARTMENT 2192**<br>**TULSA, OK 74182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Utilities__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TIM BARHAM**<br>**4759 MILL VILLAGE RD**<br>**RALEIGH, NC 27612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|
| **TIM P GLENN**<br>**1467 BRITTMOORE RD**<br>**HOUSTON, TX 77043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Rent__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TIPP CITY**<br>**DEPARTMENT OF TAXATION**<br>**260 S. GARBER DRIVE**<br>**TIPP CITY, OH 45371-3116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TIPPER TIE INC**<br>**12767 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TITAN MARTIN INC**<br>**224 GLASGOW CT**<br>**DAVENPORT, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.439 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TITAN TILE INC**<br>**5038-B RUFFNER ST**<br>**SAN DIEGO, CA 92111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4399**

Nonpriority creditor's name and mailing address
**TLC Marketing**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4400**

Nonpriority creditor's name and mailing address
**TLC PLUMBING & UTILITY**
**5000 EDITH NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4401**

Nonpriority creditor's name and mailing address
**TMC THE MAINTENANCE COMPANY LLC**
**14812 W MAUI LANE**
**SURPRISE, AZ 85379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$516.26**

---

**3.4402**

Nonpriority creditor's name and mailing address
**TMT PRODUCTIONS LLC**
**375 W I ST**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4403**

Nonpriority creditor's name and mailing address
**TN CHILD SUPPORT STATE**
**DISBURSEMENT UNIT**
**PO BOX 305200**
**NASHVILLE**
**TN, 37229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$361.84**

---

**3.4404**

Nonpriority creditor's name and mailing address
**TN DEPT OF LABOR & WRKFRCE DEV**
**EMPLOYER ACCOUNTS OPERATIONS**
**P.O. BOX 101**
**NASHVILLE, TN 03720-2101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4405**

Nonpriority creditor's name and mailing address
**TODD BALDWIN**
**GENERAL DELIVERY**
**LAS VEGAS, NV 89165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.440 6**

**Nonpriority creditor's name and mailing address**
**TOHO WATER AUTHORITY**
**PO BOX 30527**
**TAMPA, FL 33630-3527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$2,495.04

---

**3.440 7**

**Nonpriority creditor's name and mailing address**
**TOM FIGIEL**
**1190 COLONY LANE**
**ROSELLE, IL 60172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.440 8**

**Nonpriority creditor's name and mailing address**
**TOM LE**
**PO BOX 671072**
**DALLAS, TX 75367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.440 9**

**Nonpriority creditor's name and mailing address**
**TONI SCHOWEN**
**12141 BROOKS RIVER DR**
**ARLINGTON, TN 38002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 0**

**Nonpriority creditor's name and mailing address**
**TONY LEUNG**
**21720 VILLA OAKS LANE**
**SARATOGA, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 1**

**Nonpriority creditor's name and mailing address**
**TOP OF THE LADDER PAINTING INC**
**2368 CHEETHAM HILL BLVD**
**LOXAHATCHEE, FL 33470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 2**

**Nonpriority creditor's name and mailing address**
**TOPPERCREST**
**2801 PALAMORE DR**
**TAMPA, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.441 3**

**Nonpriority creditor's name and mailing address**

**TORRANCE HIGH SCHOOL**
**2200 W CARSON ST**
**TORRANCE**
**CA, 90501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$49.77

---

**3.441 4**

**Nonpriority creditor's name and mailing address**

**TORRANCE LOCK AND KEY INC**
**2421 TORRANCE BLVD**
**TORRANCE, CA 90501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 5**

**Nonpriority creditor's name and mailing address**

**TORRANCE ROSE FLOAT ASSOCIATION**
**3031 TORRANCE BLVD**
**TORRANCE, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 6**

**Nonpriority creditor's name and mailing address**

**TORRES LANDSCAPING**
**32945 KEVIN PL**
**LAKE ELSINORE, CA 92530**

Date(s) debt was incurred  2/28/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$610.00

---

**3.441 7**

**Nonpriority creditor's name and mailing address**

**TORREY HILLS ELEMENTARY PTA**
**10830 CALLE MAR DE MARIPOSA**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 8**

**Nonpriority creditor's name and mailing address**

**TOSHIBA BUSINESS SOLUTIONS-GA**
**6025 THE CORNERS PARKWAY**
**STE 207**
**NORCROSS, GA 30092**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441 9**

**Nonpriority creditor's name and mailing address**

**TOSHIBA BUSINESS SOLUTIONS-GA**
**1 GLENLAKE PARKWAY STE 1300**
**ATLANTA, GA 30328**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4420**

**Nonpriority creditor's name and mailing address**
**TOTAL CLEAN INC**
**PO BOX 5891**
**SALEM, OR 97304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4421**

**Nonpriority creditor's name and mailing address**
**TOTAL POWER ELECTRIC INC**
**1330 W INDUSTRIAL AVE**
**UNIT #107**
**BOYNTON BEACH, FL 33426**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,841.50**

---

**3.4422**

**Nonpriority creditor's name and mailing address**
**TOTAL QUALITY LOGISTICS**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4423**

**Nonpriority creditor's name and mailing address**
**TOTAL REFRIGERATION GASKETS**
**2205 PLATINUM ROAD**
**APOPKA, FL 32703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4424**

**Nonpriority creditor's name and mailing address**
**TOTAL SWEETENERS INC**
**PO BOX 80047**
**CITY OF INDUSTRY, CA 91716-8047**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4425**

**Nonpriority creditor's name and mailing address**
**TOUCHPOINT PROJECT MGMT**
**CONSULTING INC**
**13874 BELVEDERE DR**
**POWAY, CA 92064**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4426**

**Nonpriority creditor's name and mailing address**
**TOURO UNIVERSITY NEVADA**
**985 WIGWAM PKWY UNIT 1020**
**HENDERSON, NV 89014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.442 7**

**Nonpriority creditor's name and mailing address**
**TOURO UNIVERSITY NEVADA**
**985 WIGWAM PKWY UNIT 1020**
**HENDERSON**
**NV, 89014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$29.11

---

**3.442 8**

**Nonpriority creditor's name and mailing address**
**TOWN OF GILBERT UTILITY DEPT**
**PO BOX 52653**
**PHOENIX, AZ 85072-2653**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$580.32

---

**3.442 9**

**Nonpriority creditor's name and mailing address**
**TOWN OF LADY LAKE**
**409 FENNELL BLVD**
**LADY LAKE, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 0**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF FALLS**
**188 LINCOLN HIGHWAY, SUITE 100**
**FAIRLESS HILLS, PA 00019-0300**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 1**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF ROBINSON**
**102 RAHWAY ROAD**
**MCMURRAY, PA 00015-3170**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 2**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF SCOTT**
**7100 BAPTIST ROAD**
**BETHEL PARK, PA 15102-3908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 3**

**Nonpriority creditor's name and mailing address**
**TP FOUNDATION PUBLICATIONS ACC**
**3710 DEL MAR HEIGHTS RD**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.443 4**

**Nonpriority creditor's name and mailing address**
**TPF EQUITY REIT OPERATING**
**PARTNERSHIP LP**
**INVESTORS LLC**
**2425 E CAMELBACK ROAD STE 750**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

$43,743.96

---

**3.443 5**

**Nonpriority creditor's name and mailing address**
**TPHS BEST BUDDIES**
**4065 CARMEL BROOKS WAY**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.443 6**

**Nonpriority creditor's name and mailing address**
**TRACI ROWLETT**
**6325 N HAMBURG ROAD**
**OLDENBURG, IN 47036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.443 7**

**Nonpriority creditor's name and mailing address**
**TRACIE CHEAVES**
**1071 HIGHLAND ST**
**SARASOTA, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.443 8**

**Nonpriority creditor's name and mailing address**
**TRACK SHACK FITNESS CLUB INC**
**1013 MONTANA ST**
**ORLANDO, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.443 9**

**Nonpriority creditor's name and mailing address**
**TRAVELERS**
**91287 COLLECTIONS CENTER DR**
**C/O BANK OF AMERICA**
**CHICAGO, IL 60693-1287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$277,873.59

---

**3.444 0**

**Nonpriority creditor's name and mailing address**
**TREDYFFRIN TOWNSHIP**
**1100 DUPORTAIL ROAD**
**BERWYN, PA 00019-3120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|--------|------|------|------|
| | Name | | |

---

**3.444**
**1**

**Nonpriority creditor's name and mailing address**
**TREMONTE PROPERTIES LLC**
**7108 N FRESNO STREET #370**
**C/O NORTHSTAR MANAGEMENT INC**
**FRESNO, CA 93720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$811.97**

---

**3.444**
**2**

**Nonpriority creditor's name and mailing address**
**TREVOR BARNES**
**11549 S WILTON PLACE**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$28.76**

---

**3.444**
**3**

**Nonpriority creditor's name and mailing address**
**TREYGAN OLSEN**
**8288 N WILLOW VIEW DR**
**TUCSON, AZ 85741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.444**
**4**

**Nonpriority creditor's name and mailing address**
**TRI AMERICA FOUNDATION**
**1271 COMMONS CT**
**CLERMONT, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.444**
**5**

**Nonpriority creditor's name and mailing address**
**TRI COUNTY HEALTH DEPARTMENT**
**6162 S WILLOW DR #100**
**GREENWOOD VILLAGE, CO 80111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.444**
**6**

**Nonpriority creditor's name and mailing address**
**TRI-CITY CHRISTIAN SCHOOL**
**302 N EMERALD DR**
**VISTA, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.444**
**7**

**Nonpriority creditor's name and mailing address**
**TRI-TECH HEATING INC**
**6603 NE 137TH AVE**
**VANCOUVER, WA 98682**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4448**

**Nonpriority creditor's name and mailing address**
**TRIANGLE KNIFE LLC**
**7431 MISSION GORGE RD**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4449**

**Nonpriority creditor's name and mailing address**
**TRIBUNE PUBLISHING COMPANY LLC**
**PO BOX 740665**
**LOS ANGELES, CA 90074-0665**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4450**

**Nonpriority creditor's name and mailing address**
**TRICIA HARRIS**
**18720 CAMINITO CANTILINA**
**UNIT 181**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4451**

**Nonpriority creditor's name and mailing address**
**TRIDENT TECHNOLOIES INC**
**15045 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred  3/2/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$657.07**

---

**3.4452**

**Nonpriority creditor's name and mailing address**
**Trinidad Benham Corporation**
**3091 Solution Center**
**Chicago, IL 60677-3000**

Date(s) debt was incurred  2/28/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$983.00**

---

**3.4453**

**Nonpriority creditor's name and mailing address**
**TRINIDAD ESCOBAR**
**4640 BOWMAN BLVD**
**LOS ANGESES, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4454**

**Nonpriority creditor's name and mailing address**
**TRINITY**
**1225 HOPYARD ROAD**
**PLEASANTON, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.445 5**

**Nonpriority creditor's name and mailing address**
**TRINITY FRESH**
**9381 E STOCKTON BLVD STE 200**
**ELK GROVE, CA 95624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 6**

**Nonpriority creditor's name and mailing address**
**TRINITY LUTHERAN SCHOOL**
**400 N SWINTON AVE**
**DELRAY BEACH, FL 33444**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 7**

**Nonpriority creditor's name and mailing address**
**TRIPLE B CORPORATION**
**PO BOX 24606**
**SEATTLE, WA 98124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,781.42**

---

**3.445 8**

**Nonpriority creditor's name and mailing address**
**TRISHA BANKS**
**724 NANCY ST**
**ESCONDIDO, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 9**

**Nonpriority creditor's name and mailing address**
**TRISHA PFLANTZ**
**431 WESTGATE AVE**
**ST LOUIS, MO 63130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446 0**

**Nonpriority creditor's name and mailing address**
**TRISTAN FILLBACK**
**309 NE 144TH ST**
**VANCOUVER, WA 98685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446 1**

**Nonpriority creditor's name and mailing address**
**TRIUMPH DISPLAY GROUP LLC**
**7025 CR 46 A  STE 1071#421**
**LAKE MARY, FL 32746-4753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.446 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TROOP 131** **14850 N SCOTTSDALE ROAD #255** **SCOTTSDALE, AZ 85254** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TROOP 294** **1148 W GIACONDA WAY** **TUCSON, AZ 85704** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TROOP 362** **10728 PUEBLA DR.** **LA MESA, CA 91941** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,435.15** |
|---|---|---|---|
| | **TRS FEC III LLC** **420 S ORANGE AVE STE 270** **ORLANDO, FL 32801** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TRS FEC III LLC** **2180 CENTRAL FLORIDA PARKWAY S** **ORLANDO, FL 32837** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139.86** |
|---|---|---|---|
| | **True Natural Gas** **Sedc - Acct #33344509001** **PO BOX 530812** **Atalanta** **GA, 30353-0812** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TRUGREEN CHEMLAWN** **PO BOX 78031** **PHOENIX, AZ 85062-8031** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.446 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRUST PROPERTY SECTION**
**UNCLAIMED PROPERTY - UNIT 18**
**775 SUMMER STREET NE #100**
**SALEM, OR 97301-1279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TSYAS LIVERPOOL SOCCER GIRLS**
**728 CHARLOTTE AVE**
**TARPON SPRINGS, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUALATIN HILLS SWIM CLUB INC**
**16055 SW WALKER RD  PMB 152**
**BEAVERTON, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUALATIN VALLEY WATER DISTRICT**
**PO BOX 8996**
**VANCOUVER, WA 98668-8996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,704.39 |
|---|---|---|---|

**TUCCORI HOLDING CO LP**
**806 MANDANA BLVD**
**C/O DANIEL DEL GRANDE**
**OAKLAND, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUCCORI HOLDING CO LP**
**930 DWIGHT WAY STE 10A**
**BERKELEY, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $791.80 |
|---|---|---|---|

**TUCS EQUIPMENT INC**
**775 COUNTRY ROAD 18 SOUTH**
**PRINCETON**
**MN, 55371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4476**

**Nonpriority creditor's name and mailing address**
**TUCSON COMMUNITY SCHOOL**
**2109 E HEDRICK DR**
**TUCSON COMMUNITY SCHOOL**
**TUCSON, AZ 85719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4477**

**Nonpriority creditor's name and mailing address**
**TUCSON ELECTRIC POWER COMPANY**
**PO BOX 80077**
**PRESCOTT, AZ 86304-8077**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,079.34**

---

**3.4478**

**Nonpriority creditor's name and mailing address**
**TUCSON PARKS FOUNDATION**
**900 S RANDOLPH WAY**
**TUCSON, AZ 08571-6583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4479**

**Nonpriority creditor's name and mailing address**
**TUCSON POLICE DEPT**
**1310 W MIRACLE MILE**
**ATTN ALARM REGISTRATION**
**TUCSON, AZ 85705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4480**

**Nonpriority creditor's name and mailing address**
**TUCSON REGIONAL BALLET**
**2100 N WILMOT AVE  STE 32**
**TUCSON, AZ 85712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4481**

**Nonpriority creditor's name and mailing address**
**TUNDRA SPECIALITIES**
**PO BOX 74007307**
**CHICAGO, IL 60674-7307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,831.00**

---

**3.4482**

**Nonpriority creditor's name and mailing address**
**TUNDRA SPECIALITIES**
**PO BOX 20670**
**BOULDER**
**CO, 80308-3670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$72.07**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.448 3**

**Nonpriority creditor's name and mailing address**
**TURQUOISE TRAIL ELECTRIC & PLUMBING LLC**
**PO BOX 70**
**CEDAR CREST, NM 87008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 4**

**Nonpriority creditor's name and mailing address**
**TURTLE ROCK ELEMENTARY PTA**
**5151 ALMAFI DRIVE**
**IRVINE, CA 92603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 5**

**Nonpriority creditor's name and mailing address**
**TUSTIN GIRLS SOFTBALL**
**2471 AQUASANTA**
**TUSTIN, CA 92782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 6**

**Nonpriority creditor's name and mailing address**
**TUSTIN PLAZA CENTER LP**
**PO BOX 1299**
**LAKE FOREST, CA 92609-1299**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$23,240.57**

---

**3.448 7**

**Nonpriority creditor's name and mailing address**
**TUXTON CHINA INC**
**21011 COMMERCE POINT DRIVE**
**WALNUT, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 8**

**Nonpriority creditor's name and mailing address**
**TVSON SPRING OF 2020**
**151 N 8TH ST**
**SAN JOSE**
**CA, 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73.26**

---

**3.448 9**

**Nonpriority creditor's name and mailing address**
**TWC SERVICES INC**
**5553 W. WATERS AVE #311**
**TAMPA, FL 33634-1210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.449 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **5601 NW 9TH AVENUE, STE 100** | ☐ Unliquidated | |
| | **FT LAUDERDALE, FL 33309** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **150 MARITIME DRIVE** | ☐ Unliquidated | |
| | **SANFORD, FL 32771** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **13937 LYNMAR BLVD** | ☐ Unliquidated | |
| | **TAMPA, FL 33626** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **1340 DISCOVERY INDUSTRIAL CT** | ☐ Unliquidated | |
| | **MABLETON, GA 30126** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **2200 NW 15 AVENUE** | ☐ Unliquidated | |
| | **POMPANO BEACH, FL 33069** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **3923 ST JOHNS PARKWAY** | ☐ Unliquidated | |
| | **SANFORD, FL 32771** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TWC SERVICES INC** | ☐ Contingent | |
| | **PO BOX 1612** | ☐ Unliquidated | |
| | **DES MOINES, IA 50306-1612** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.449 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TWO ROADS FOUNDATION**
**6980 PIERCE ST**
**ARVADA, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$864.81** |
|---|---|---|---|

**TX CHILD SUPPORT**
**PO BOX 659791**
**SAN ANTONIO**
**TX, 78265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.73** |
|---|---|---|---|

**TYCO FIRE AND SECURITY US MGMT INC**
**PO BOX 371994**
**PITTSBURGH, PA 15252-1994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724.00** |
|---|---|---|---|

**Tyco Integrated Security**
**P.O. Box 371994**
**Pittsburgh, PA 15250-7994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/2019

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLER CLEMENTS**
**5122 MANCHESTER CT #107**
**PALM HARBOR, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLER SMITH**
**3665 FOUNTAIN MIST DR APT 201**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLER YOUNG**
**2063 1/2 SANTA ROSA AVE**
**ALTA DENA, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.450 4**

Nonpriority creditor's name and mailing address

**TYNAN WILLLIAMS**
**1869 N VULCAN AVE**
**ENCINITAS, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.450 5**

Nonpriority creditor's name and mailing address

**U B KLEM FURNITURE CO INC**
**3861 E SCHNELLVILLE RD**
**ST ANTHONY, IN 47575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.450 6**

Nonpriority creditor's name and mailing address

**U.S. Healthworks Medical Group**
**P.O. Box 50042**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.450 7**

Nonpriority creditor's name and mailing address

**UC REGENTS**
**9500 GILMAN DRIVE DEPT 0348**
**LA JOLLA, CA 92093**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.450 8**

Nonpriority creditor's name and mailing address

**UCHS CLASS OF 2018**
**UNIVERSITY CITY HIGH SCHOOL**
**6949 GENESEE AVE**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.450 9**

Nonpriority creditor's name and mailing address

**UCHS HOSA**
**6949 GENESEE AVENUE**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.451 0**

Nonpriority creditor's name and mailing address

**UCI DRAGON BOAT**
**14 BIRDSONG**
**IRVINE, CA 92604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.451 1**

Nonpriority creditor's name and mailing address

**UCI FOUNDATION**
**G308 STUDENT CENTER**
**IRVINE, CA 92697**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 2**

Nonpriority creditor's name and mailing address

**UCLA ANDERSON SCHOOL OF MGMT**
**110 WESTWOOD PLAZA SUIT D201**
**ATTN JOAQUIN SANDOVAL - AMRP**
**LOS ANGELES, CA 90095-1481**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 3**

Nonpriority creditor's name and mailing address

**UCLA WOMENS ULTIMATE B TEAM**
**415 GAYLEY AVE G202**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 4**

Nonpriority creditor's name and mailing address

**UCSD AMERICAN MEDICAL STUDENT**
**ASSOC**
**9450 GILMAN DRIVE 65499**
**LA JOLLA**
**CA, 92092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.19**

---

**3.451 5**

Nonpriority creditor's name and mailing address

**UCSD CIRCLE K**
**9115 JUDICIAL DR #4329**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 6**

Nonpriority creditor's name and mailing address

**UCSD GLOBAL MEDICAL BRIGADES**
**7853 CAMINO TRANQUILO**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 7**

Nonpriority creditor's name and mailing address

**UCSD SIGMA OMICRON PI**
**4157 CAMINO TICINO**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4518**

**Nonpriority creditor's name and mailing address**

**UHS CHORAL BOOSTERS**
**1338 GROVE AVE**
**UPLAND, CA 91786**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4519**

**Nonpriority creditor's name and mailing address**

**UHS ORCHESTRA BOOSTERS**
**4771 CAMPUS DRIVE**
**IRVINE, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4520**

**Nonpriority creditor's name and mailing address**

**UL Everclean**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4521**

**Nonpriority creditor's name and mailing address**

**UL LLC**
**75 REMITTANCE DR STE 1524**
**CHICAGO**
**IL, 60675-1524**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$6,650.00**

---

**3.4522**

**Nonpriority creditor's name and mailing address**

**ULINE SHIPPING SUPPLY**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,329.45**

---

**3.4523**

**Nonpriority creditor's name and mailing address**

**ULIS NEWTON PTA**
**571 GREENWAY RD**
**HENDERSON, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4524**

**Nonpriority creditor's name and mailing address**

**ULTRA CHEM INC**
**PO BOX 14608**
**LENEXA, KS 66285**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.452 5**

**Nonpriority creditor's name and mailing address**

**UNDERGROUND VAULTS AND STORAGE INC**
**PO BOX 1723**
**HUTCHINSON, KS 67504-1723**

Date(s) debt was incurred _2/29/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7.65

---

**3.452 6**

**Nonpriority creditor's name and mailing address**

**UNEMPLOYMENT INSURANCE AGENCY**
**P.O. BOX 33598**
**DETROIT, MI 48232-5598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452 7**

**Nonpriority creditor's name and mailing address**

**UNEMPLYMNT INSURANCE MINNESOTA**
**1ST NATIONAL BANK BUILDING**
**332 MINNESOTA STREET SUITE E20**
**ST PAUL, MN 55101-1351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452 8**

**Nonpriority creditor's name and mailing address**

**UNICEF**
**10550 ALBION RD**
**UNICEF**
**SAN RAMON, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452 9**

**Nonpriority creditor's name and mailing address**

**UNILEVER BESTFOODS**
**PO BOX 92188**
**CHICAGO, IL 60675-2188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453 0**

**Nonpriority creditor's name and mailing address**

**UNILEVER BESTFOODS**
**88069 EXPEDITE WAY**
**CHICAGO, IL 60695-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453 1**

**Nonpriority creditor's name and mailing address**

**Uniliver Foodsolutions**
**88069 Expedite Way**
**Chicago, IL 60695-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.453 2**

**Nonpriority creditor's name and mailing address**

**UNION SENIOR PARENT ASSOCIATIO**
**19215 SE 34TH ST #106-172**
**CAMAS, WA 98607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.453 3**

**Nonpriority creditor's name and mailing address**

**UNITED METHODIST CHURCH VISTA**
**490 SOUTH MELROSE DRIVE**
**C/O TOM HUMPHREY**
**VISTA**
**CA, 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.61**

---

**3.453 4**

**Nonpriority creditor's name and mailing address**

**UNITED RENTALS**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.453 5**

**Nonpriority creditor's name and mailing address**

**UNITED SCIENCES CLUB**
**501 E HELLMAN AVE**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.453 6**

**Nonpriority creditor's name and mailing address**

**UNITED SOURCE PACKAGING LLC**
**5018 NW 141ST STREET**
**VANCOUVER, WA 98685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.453 7**

**Nonpriority creditor's name and mailing address**

**UNITED STATES POSTAL SERVICE**
**CORPORATE HILLS STATION**
**9350 CORPORATE HILLS DR**
**WICHITA, KS 67207-9997**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.453 8**

**Nonpriority creditor's name and mailing address**

**UNITED STATES POSTAL SERVICE**
**INFOSYNC POC ACCOUNT #6679636**
**WICHITA, KS**

Date(s) debt was incurred  3/13/2020, 3/20/2020, 3/27/2020, 4/3/2020, 4/10/2020, 4/17/2020, 4/24/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$489.65**

---

**3.453 9**

**Nonpriority creditor's name and mailing address**

**UNITED STATES POSTAL SERVICE**
**POSTAGE - BY - PHONE**
**PO BOX 894766**
**LOS ANGELES, CA 90189-4766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.454 0**

**Nonpriority creditor's name and mailing address**

**UNITED STATES POSTAL SERVICE**
**CORPORATE HILLS STATION**
**9350 CORPORATE HILLS DR**
**WICHITA**
**KS, 67207-9997**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$659.45**

---

**3.454 1**

**Nonpriority creditor's name and mailing address**

**UNITY WAY CHURCH WOU**
**171 UNITY WAY**
**UNITY WAY CHURCH**
**VISTA**
**CA, 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$33.18**

---

**3.454 2**

**Nonpriority creditor's name and mailing address**

**UNIV OF TAMPA ALPHA PSI OMEGA**
**401 W KENNEDY BLVD**
**UT BOX 02898**
**TAMPA, FL 33606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.454 3**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL PLASTICS LLC**
**4508 S 28TH ST**
**OMAHA, NE 68107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.454 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIVERSITY CITY LITTLE LEAGUE**
**PO BOX 22511**
**SAN DIEGO, CA 92192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIVERSITY PREPARATION CENTER**
**1099 BEDFORD DR**
**C/O SAMMI STEWART**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIVERSITY PREPARATORY ACADEMY**
**2315 CANOAS GARDEN AVENUE**
**SAN JOSE, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNRAVEL PEDIATRIC CANCER**
**PO BOX 2206**
**GILROY, CA 95021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,221.22** |
|---|---|---|---|

**UNUM LIFE INSURANCE**
**2211 CONGRESS ST**
**PORTLAND, ME 04122-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPPER DARBY TOWNSHIP**
**RM. 102 MUNICIPAL BUILDING**
**100 GARRETT ROAD**
**UPPER DARBY, PA 00019-0820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPPER MERION TOWNSHIP**
**OPT TAX COLLECTOR**
**175 VALLEY FORGE ROAD**
**KING OF PRUSSIA, PA 00019-4060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.455<br>1 | **Nonpriority creditor's name and mailing address**<br>**UPPER MORELAND TOWNSHIP**<br>**BUSINESS TAX OFFICE**<br>**117 PARK AVENUE**<br>**WILLOW GROVE, PA 00019-0900** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>2 | **Nonpriority creditor's name and mailing address**<br>**Ups Freight**<br>**Po Box 650690**<br>**Dallas, TX 75265-0690** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>3 | **Nonpriority creditor's name and mailing address**<br>**URGENT MEDICAL CENTER**<br>**9430 NE VANCOUVER MALL DR**<br>**VANCOUVER, WA 98662** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>4 | **Nonpriority creditor's name and mailing address**<br>**URSCHEL LABORATORIES INC**<br>**75 REMITTANCE DR DEPT 1657**<br>**CHICAGO, IL 60675-1657** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>5 | **Nonpriority creditor's name and mailing address**<br>**URSCHEL LABORATORIES INC**<br>**75 REMITTANCE DR DEPT 1657**<br>**CHICAGO**<br>**IL, 60675-1657** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$620.19** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>6 | **Nonpriority creditor's name and mailing address**<br>**US BANK**<br>**PO BOX 979101**<br>**ST LOUIS, MO 63197-9000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455<br>7 | **Nonpriority creditor's name and mailing address**<br>**US BANK NATIONAL ASSOCIATION**<br>**1310 MADRID STREET**<br>**MARSHALL, MN 56258** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor **Garden Fresh Restaurants LLC** | Case number (if known) **20-02477-LA7** |
| Name | |

---

**3.4558**

**Nonpriority creditor's name and mailing address**
**US DEPARTMENT OF EDUCATION**
PO BOX 790356
ST LOUIS, MO 63179

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4559**

**Nonpriority creditor's name and mailing address**
**US DEPARTMENT OF EDUCATION**
PO BOX 790356
ST LOUIS
MO, 63179

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$206.28**

---

**3.4560**

**Nonpriority creditor's name and mailing address**
**US DEPT HH SCMS**
DEPT OF HEALTH & HUMAN SERVICE
CENTERS FOR MEDICARE & MEDICAL 7500
SECU
BALTIMORE, MD 21244

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4561**

**Nonpriority creditor's name and mailing address**
**US HEALTHWORKS MEDICAL GROUP**
PO BOX 50042
LOS ANGELES, CA 90074

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4562**

**Nonpriority creditor's name and mailing address**
**US HEALTHWORKS MEDICAL GROUP OF
FLORIDA**
PO BOX 404473
ATLANTA, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4563**

**Nonpriority creditor's name and mailing address**
**US HEALTHWORKS MEDICAL GROUP OF
TEXAS IN**
PO BOX 404974
ATLANTA, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4564**

**Nonpriority creditor's name and mailing address**
**US PERMA INC**
1696 ROGERS AVE
SAN JOSE, CA 95112

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.456 5**

**Nonpriority creditor's name and mailing address**
**USA CONSTRUCTION AND PROJECT MGMT EXCH L**
**3111 MONROE RD  STE 200**
**CHARLOTTE, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.456 6**

**Nonpriority creditor's name and mailing address**
**USA IMAGING INC**
**12923-D POMERADO ROAD**
**POWAY, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.456 7**

**Nonpriority creditor's name and mailing address**
**UT CHILD SUPPORT SERVICES**
**PO BOX 45011**
**SALT LAKE CITY, UT 84145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.456 8**

**Nonpriority creditor's name and mailing address**
**UTAH DEPT OF WORKFORCE SERVICE**
**140 EAST 300 SOUTH**
**P.O. BOX 45233**
**SALT LAKE CITY, UT 08414-5233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.456 9**

**Nonpriority creditor's name and mailing address**
**VALASSIS DIRECT MAIL INC**
**90469 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.457 0**

**Nonpriority creditor's name and mailing address**
**VALENCIA CF FLORIDA INC**
**1530 SW 193RD TER**
**PEMBROKE PINES, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.457 1**

**Nonpriority creditor's name and mailing address**
**VALENCIA ELEMENTARY PTA**
**25661 PASEO DE VALENCIA**
**VALENCIA ELEMENTARY SCHOOL**
**LAGUNA HILLS, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.457 2**

**Nonpriority creditor's name and mailing address**

**VALENCIA HILLS HOA**
**24060 OALK VALE DR**
**VALENCIA, CA 91355**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 3**

**Nonpriority creditor's name and mailing address**

**VALENS PAULINYCE**
**173 COMPASS ROSE DR**
**GROVELAND, FL 34736**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 4**

**Nonpriority creditor's name and mailing address**

**VALENTINE MATTHEW**
**21503 PERRINGTON CT**
**KATY, TX 77450**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 5**

**Nonpriority creditor's name and mailing address**

**VALERIE IRELAND**
**819 SW LIBERTY BELL DR**
**BEAVERTON, OR 97006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 6**

**Nonpriority creditor's name and mailing address**

**VALERIE SAUNDERS**
**1578 OLIVE AVE**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 7**

**Nonpriority creditor's name and mailing address**

**VALHALLA THEATRE ARTS DEPT**
**1725 HILLSDALE RD**
**EL CAJON, CA 92019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.457 8**

**Nonpriority creditor's name and mailing address**

**VALIENTENO PACELY**
**12 E BONITA RD**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4579**

**Nonpriority creditor's name and mailing address**
**VALLEJO MILL PTA**
**38569 CANYON HEIGHTS DR**
**FREMONT, CA 94536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4580**

**Nonpriority creditor's name and mailing address**
**VALLEY OF THE SUN WALDORF EDUC**
**6210 S 28TH ST**
**PHOENIX, AZ 85042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4581**

**Nonpriority creditor's name and mailing address**
**VALRICO RAMS YOUTH SPORTS INC**
**PO BOX 2278**
**VALRICO**
**FL, 33595**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9.74**

---

**3.4582**

**Nonpriority creditor's name and mailing address**
**VALTENTIN REFUGIO**
**3411 DREW ST**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4583**

**Nonpriority creditor's name and mailing address**
**VALUE SOURCE GRP INC**
**44 WATER LILY WAY**
**COTO DE CAZA, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,972.53**

---

**3.4584**

**Nonpriority creditor's name and mailing address**
**VALVISTA NORTH LLC**
**4770 CAMPUS DRIVE #220**
**ATTN WILLIAM C VALAIKA**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$10,464.28**

---

**3.4585**

**Nonpriority creditor's name and mailing address**
**VANDERVORT INC**
**1320 S PRIEST DRIVE  STE 104**
**TEMPE, AZ 85281**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.458 6**

**Nonpriority creditor's name and mailing address**

**VANESSA GONZALEZ**
**19311 SAFFRON DR**
**MORGAN HILL**
**CA, 95037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.458 7**

**Nonpriority creditor's name and mailing address**

**VANESSA LIZARRAGA**
**508 TAMARACK COURT**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 8**

**Nonpriority creditor's name and mailing address**

**VANESSA REYES**
**3173 BANCROFT DR  SPC 7**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 9**

**Nonpriority creditor's name and mailing address**

**VARITECH COMMERCIAL SERVICE**
**1646 S RESEARCH LOOP STE #110**
**TUCSON, AZ 85710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459 0**

**Nonpriority creditor's name and mailing address**

**VARSITY BRANDS HOLDING CO INC**
**PO BOX 535816**
**GRAND PRAIRIE, TX 75053**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459 1**

**Nonpriority creditor's name and mailing address**

**VEEH PTA**
**1701 SAN JUAN STREET**
**TUSTIN, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459 2**

**Nonpriority creditor's name and mailing address**

**VEGETARIAN TODAY**
**PO BOX 37303**
**BOONE, IA 50037-0303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

| 3.459 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VEHICLE REGISTRATION COLLECTIONS**
**FRANCHISE TAX BOARD**
**PO BOX 419001**
**RANCHO CORDOVA, CA 95741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VELOCITY TECHNOLOGY SOLUTIONS**
**3567 MOMENTUM PLACE**
**CHICAGO, IL 60689-5335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENABLE LLP**
**PO BOX 62727**
**BALTIMORE, MD 21264-2727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,287.16** |
|---|---|---|---|

**Ventura Foods Llc**
**26259 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2020, 3/12/2020

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VERIFONE INC**
**LOCKBOX 774060**
**4060 SOLUTIONS CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VERITY ACADEMY EAST BAY**
**PO BOX 2386**
**LIVERMORE, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VERIZON WIRELESS**
**PO BOX 660108**
**DALLAS, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4600**

**Nonpriority creditor's name and mailing address**
**VERNON TOWNSHIP SUPERVISORS**
**LORI E. SWAVEY**
**16678 MCMATH AVENUE**
**MEADVILLE, PA 00016-3350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4601**

**Nonpriority creditor's name and mailing address**
**VERONICA FRANCO**
**547 VAN HOUTEN AVE**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4602**

**Nonpriority creditor's name and mailing address**
**VERONICA J SANCHEZ**
**3214 WINLOW ST**
**SAN DIEGO, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4603**

**Nonpriority creditor's name and mailing address**
**VERONICA PAPPENFUS**
**10920 HIJOS WAY**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4604**

**Nonpriority creditor's name and mailing address**
**VERONICA SANCHEZ**
**4113 ROLANDO BLVD**
**SAN DIEGO, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4605**

**Nonpriority creditor's name and mailing address**
**VERSATILE INC**
**6336 N ORACLE RD #326/253**
**TUCSON, AZ 85704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4606**

**Nonpriority creditor's name and mailing address**
**VERTEX COATINGS INC**
**1291 W STATE ST**
**ONTARIO, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,300.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.460 7**

Nonpriority creditor's name and mailing address
**VESTAR BEST IN THE WEST PROPERTY LLC**
**PO BOX 60051**
**CITY OF INDUSTRY, CA 91716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$13,607.23**

---

**3.460 8**

Nonpriority creditor's name and mailing address
**VESTAR BOWLES CROSSING LLC**
**PO BOX 60051**
**C/O VESTAR PROPERTY MANAGEMENT**
**CITY OF INDUSTRY, CA 91716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$9,150.58**

---

**3.460 9**

Nonpriority creditor's name and mailing address
**VESTAR BOWLES CROSSING LLC**
**2425 EAST CAMELBACK ROAD STE 7**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 0**

Nonpriority creditor's name and mailing address
**VESTAR DRM - OPCO LLC**
**DEPT 880116**
**PO BOX 29650**
**PHOENIX, AZ 85038-9650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$17,919.60**

---

**3.461 1**

Nonpriority creditor's name and mailing address
**VETERANS EMPLOYMENT COMMITTEE**
**84372 PO BOX**
**SAN DIEGO, CA 92138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 2**

Nonpriority creditor's name and mailing address
**VHA COMMUNITY FOUNDATION INC**
**1104 MAIN STREET**
**LADY LAKE, FL 32159**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 3**

Nonpriority creditor's name and mailing address
**VIA INC**
**1600 UTICA AVE S**
**STE 750**
**MINNEAPOLIS, MN 55416-3676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.461 4**

**Nonpriority creditor's name and mailing address**
**VICTOR ALONSO**
**12467 CENTRAL AVE**
**CHINO, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 5**

**Nonpriority creditor's name and mailing address**
**VICTOR ELEMENTARY PTA**
**4820 SPENCER ST**
**TORRANCE, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 6**

**Nonpriority creditor's name and mailing address**
**VICTOR MANUEL CABRERA LOPEZ**
**1267 W MCKINLEY AVE #1**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 7**

**Nonpriority creditor's name and mailing address**
**VICTOR MOLOKWU**
**2132 SUMMIT AVE**
**ALTADENA, CA 91001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 8**

**Nonpriority creditor's name and mailing address**
**Victor Packing, Inc**
**11687 Road 27 1/2**
**Madera**
**CA, 93637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,789.00**

---

**3.461 9**

**Nonpriority creditor's name and mailing address**
**VICTOR PHAN**
**8411 NEVA AVE**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$961.80**

---

**3.462 0**

**Nonpriority creditor's name and mailing address**
**Vienna Beef Ltd**
**8033 Solutions Center**
**Chicago, IL 60677-8000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.462 1**

**Nonpriority creditor's name and mailing address**
**VIETNAMESE STUDENT ASSOCIATION**
**325 W SANTA FE AVE**
**PLACENTIA**
**CA, 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$52.93

---

**3.462 2**

**Nonpriority creditor's name and mailing address**
**VIEW ACRES PTO**
**4828 SE VIEW ACRES RD**
**MILWAUKIE, OR 97267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462 3**

**Nonpriority creditor's name and mailing address**
**VIKTORIA CECENA**
**2905 LITTLE LANE**
**LEMON GROVE, CA 91945**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462 4**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF COLUMBIANA**
**28 WEST FRIEND STREET**
**COLUMBIANA, OH 00044-4080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462 5**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF EVENDALE**
**10500 READING ROAD**
**EVENDALE, OH 45241-2574**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462 6**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF FAIRFAX**
**TAX DEPARTMENT**
**5903 HAWTHORNE AVE**
**CINCINNATI, OH 45227-3630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462 7**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF LINCOLN HEIGHTS**
**1201 STEFFEN AVE**
**ATTN: CARNELL MATHEWS TAX COMM**
**LINCOLN HEIGHTS, OH 00045-2150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4628**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF MOUNT ORAB**
P.O. Box 268
Mount Orab, OH 45154

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4629**

**Nonpriority creditor's name and mailing address**
**VINCE SENIOR**
PO BOX 21057
ALBUQUERQUE, NM 87154

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4630**

**Nonpriority creditor's name and mailing address**
**VINCENT FORD**
6620 ESTRELLA AVE  #1
LOS ANGELES, CA 90044

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4631**

**Nonpriority creditor's name and mailing address**
**VINSON & ELKINS LLP**
1001 FANNIN STREET STE 2500
HOUSTON, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4632**

**Nonpriority creditor's name and mailing address**
**VIRGINIA EMPLOYMENT COMMISSION**
P.O. BOX 1358
RICHMOND, VA 23218-1358

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4633**

**Nonpriority creditor's name and mailing address**
**VIRNA DAMOCLES**
5115 KESTER AVE  UNIT 11
SHERMAN OAKS, CA 91403

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4634**

**Nonpriority creditor's name and mailing address**
**VISION SERVICE PLAN**
PO BOX 45210
SAN FRANCISCO, CA 94145-5210

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.463 5**

Nonpriority creditor's name and mailing address
**VISTA ACADEMY FOUNDATION**
**600 N SANTA FE AVE**
**VISTA, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.463 6**

Nonpriority creditor's name and mailing address
**VISTA GRANDE FOUNDATION**
**5606 ANTIGUA BLVD**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.463 7**

Nonpriority creditor's name and mailing address
**VISTA IRRIGATION DISTRICT**
**1391 ENGINEER ST**
**VISTA, CA 92081-8840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,178.06**

---

**3.463 8**

Nonpriority creditor's name and mailing address
**VISTA MAGNET MIDDLE SCHOOL**
**151 CIVIC CENTER DR**
**VISTA, CA 92084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.463 9**

Nonpriority creditor's name and mailing address
**Vita Pakt Citrus Products**
**Po Box 309**
**Covina, CA 91723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.464 0**

Nonpriority creditor's name and mailing address
**VIVIANA CONTRERAS**
**14308 ANOLA STREET**
**WHITTIER, CA 90604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.464 1**

Nonpriority creditor's name and mailing address
**VIVO GROUP INC**
**9455 RIDGEHAVEN CT STE 200**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.464 2 | **Nonpriority creditor's name and mailing address**<br>**VLADIMIR ROUDE**<br>**10291 BOCA SPRINGS DR**<br>**BOCA RATON, FL 33428**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,288.09** |

| 3.464 3 | **Nonpriority creditor's name and mailing address**<br>**VOLLEYBALL ACADEMY OF AMERICA**<br>**1807 SANTA RITA ROAD H 20**<br>**PLEASANTON, CA 94566**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.464 4 | **Nonpriority creditor's name and mailing address**<br>**Vollrath Company Inc**<br>**75 Remittance Drive Suite 3022**<br>**Chicago, IL 60675-3022**<br><br>Date(s) debt was incurred  2/27/2020<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,141.32** |

| 3.464 5 | **Nonpriority creditor's name and mailing address**<br>**VOLLRATH COMPANY INC**<br>**75 REMITTANCE DR STE 3022**<br>**CHICAGO, IL 60675-3022**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$65.23** |

| 3.464 6 | **Nonpriority creditor's name and mailing address**<br>**VOLLRATH COMPANY INC**<br>**75 Remittance Drive Suite 3022**<br>**Chicago**<br>**IL, 60675-3022**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16,076.32** |

| 3.464 7 | **Nonpriority creditor's name and mailing address**<br>**VORTEX INDUSTRIES INC**<br>**1801 W OLYMPIC BLVD**<br>**PASADENA, CA 91199-1095**<br><br>Date(s) debt was incurred  3/6/2020<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$694.73** |

| 3.464 8 | **Nonpriority creditor's name and mailing address**<br>**VORTEX INDUSTRIES INC**<br>**FILE 1095**<br>**1801 W OLYMPIC BLVD**<br>**PASADENA, CA 91199-1095**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4649**

**Nonpriority creditor's name and mailing address**
**VSAA PTSA**
**3101 MAIN STREET**
**VANCOUVER, WA 98663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4650**

**Nonpriority creditor's name and mailing address**
**WA ST EMPLOYMENT SECURITY DEPT**
**P.O. BOX 34729**
**SEATTLE, WA 98124-1729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4651**

**Nonpriority creditor's name and mailing address**
**WA STATE SUPPORT REGISTRY**
**PO BOX 45868**
**OLYMPIA, WA 98504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4652**

**Nonpriority creditor's name and mailing address**
**WADE BROXTON**
**17420 CEDERWOOD LOOP**
**LUTZ, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4653**

**Nonpriority creditor's name and mailing address**
**WAGEWORKS INC**
**PO BOX 45772**
**SAN FRANCISCO, CA 94145-0772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4654**

**Nonpriority creditor's name and mailing address**
**WALDIN/DICK/WR-I FLA**
**PO BOX 823201**
**PHILADELPHIA, PA 19182-3201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

**$16,179.73**

---

**3.4655**

**Nonpriority creditor's name and mailing address**
**WALTER KNIGHT**
**727 W WASHINGTON ST**
**ORLANDO, FL 32805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4656**

**Nonpriority creditor's name and mailing address**
**WALTERIA ACADEMIC ALLIANCE**
**24456 MADISON STREET**
**TORRANCE, CA 90505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4657**

**Nonpriority creditor's name and mailing address**
**WALTON SIMI INVESTORS VI LLC**
**PO BOX 749659**
**C/O W/A SVT HOLDINGS VI LLC**
**LOS ANGELES, CA 90074-9659**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4658**

**Nonpriority creditor's name and mailing address**
**WANFENG ZHOU**
**15 GONSALVES CT**
**ALAMEDA, CA 94502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4659**

**Nonpriority creditor's name and mailing address**
**WANGENHEIM MIDDLE SCHOOL PTSA**
**9230 GOLD COAST DR**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4660**

**Nonpriority creditor's name and mailing address**
**WARD TRADITIONAL ACADEMY**
**1965 EAST HERMOSA DR**
**TEMPE, AZ 85282**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4661**

**Nonpriority creditor's name and mailing address**
**WARRIORS ON WATER INC**
**PO BOX 540132**
**ORLANDO**
**FL, 32854-0132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.4662**

**Nonpriority creditor's name and mailing address**
**WARWICK TOWNSHIP**
**315 CLAY RD.**
**P.O. BOX 308**
**LITITZ, PA 01754-3308**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.466 3**

**Nonpriority creditor's name and mailing address**

**WASHINGTON COUNTY**
**PROPERTY TAX PAYMENT CENTER**
**PO BOX 3587**
**PORTLAND, OR 97208-3587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.466 4**

**Nonpriority creditor's name and mailing address**

**WASHINGTON COUTY HEALTH**
**155 NORTH FIRST AVE MS - 5**
**HILLSBORO, OR 97124-3072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.466 5**

**Nonpriority creditor's name and mailing address**

**WASHINGTON HIGH SCHOOL**
**4540 MEYER PARK CIRCLE**
**FREMONT, CA 94536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.466 6**

**Nonpriority creditor's name and mailing address**

**WATER & AIR WORKS**
**3110 NE MINNEHAHA ST UNIT B**
**VANCOUVER, WA 98663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.466 7**

**Nonpriority creditor's name and mailing address**

**WATER ENVIRONMENT SERVICES**
**PO BOX 6940**
**PORTLAND, OR 97228-6940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,987.70**

---

**3.466 8**

**Nonpriority creditor's name and mailing address**

**WATER TREATMANT WAREHOUSE INC**
**PO BOX 701002**
**ST CLOUD, FL 34770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.466 9**

**Nonpriority creditor's name and mailing address**

**WATERHOUSE INVESTMENTS LLC**
**PO BOX 3488**
**WELLS FARGO ACCT # 0002000660283414**
**PORTLAND, OR 97208-3488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$20,585.02**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.467 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Waxie Sanitary Supply**
P.O. Box 748802
Los Angeles, CA 90074-8802

Date(s) debt was incurred  2/28/2020, 3/6/2020, 3/11/2020, 3/13/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$20,053.79

---

| 3.467 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WAXIES ENTERPRISES INC**
PO BOX 748802
LOS ANGELES, CA 90074-8802

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.467 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WAYNE BURKE**
31841 VIA BARRAZA
TEMECULA, CA 92592

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.467 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WCPRT COLONIAL PROMENADE LLC**
PO BOX 41847
C/O THE SEMBLER COMPANY
ST PETERSBURG, FL 33743-1847

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.467 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WCY MUSIC BOOSTER CLUB**
901 NW 129 AVENUE
PEMBROKE PINES, FL 33028

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.467 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WEBB MASON INC**
10830 GILROY RD
HUNT VALLEY, MD 21031

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.467 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WEGEFORTH PTA**
3443 EDIWHAR AVE
SAN DIEGO, CA 92123

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.467 7**

**Nonpriority creditor's name and mailing address**
**WEINGARTEN REALTY INVESTORS**
**PO BOX 301074**
**0328-001 LGARDFR01**
**DALLAS, TX 75303-1074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$21,087.01

---

**3.467 8**

**Nonpriority creditor's name and mailing address**
**WEINGARTEN REALTY INVESTORS**
**PO BOX 301074**
**DALLAS, TX 75303-1074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$23,854.98

---

**3.467 9**

**Nonpriority creditor's name and mailing address**
**WEINGARTEN REALTY INVESTORS**
**PO BOX 924133**
**HOUSTON, TX 77292**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.468 0**

**Nonpriority creditor's name and mailing address**
**WEISS LAW GROUP PA**
**5531 N UNIVERSITY DR #103**
**CLIENT TRUST ACCOUNT JASON S WEISS**
**CORAL SPRINGS, FL 33067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.468 1**

**Nonpriority creditor's name and mailing address**
**Well Luck Co., Inc.**
**Golden Luck Inc.**
**104 Harbor Drive**
**Jersey City, NJ 07305**

Date(s) debt was incurred __3/4/2020, 3/11/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$5,445.00

---

**3.468 2**

**Nonpriority creditor's name and mailing address**
**WELLDONE RESTAURANT CONCEPTS INC**
**653 MILFORD ST**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.468 3**

**Nonpriority creditor's name and mailing address**
**WELLS FARGO BANK**
**DEPT 1494**
**DENVER, CO 80291-1494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.468 4**

**Nonpriority creditor's name and mailing address**

**WELLS FARGO INSTITUTIONAL RETIREMENT AND TRUST**
**PO BOX 563957**
**CHARLOTTE, NC 28256-3957**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 5**

**Nonpriority creditor's name and mailing address**

**WENDY FRANCO**
**6129 36TH LN E**
**BRADENTON, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 6**

**Nonpriority creditor's name and mailing address**

**WENDY GARCIA**
**5819 FAYETTE ST**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 7**

**Nonpriority creditor's name and mailing address**

**WENDY GRUBBS**
**13313 CORTE DE COMARES**
**RANCHO BERNARDO, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 8**

**Nonpriority creditor's name and mailing address**

**WEST BERNARDO CORPORATE LLC**
**PO BOX 124546**
**SAN DIEGO, CA 92112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$43,129.99**

---

**3.468 9**

**Nonpriority creditor's name and mailing address**

**WEST BROWARD HIGH SCHOOL BAND**
**DEAN CALMER**
**500 NW 209 AVENUE**
**PEMBROKE PINES, FL 33029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469 0**

**Nonpriority creditor's name and mailing address**

**WEST COAST CARPET CARE AND MORE LLC**
**4882 E SANTA ANA**
**FRESNO, CA 93726**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$354.25**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.469
1**

Nonpriority creditor's name and mailing address
**WEST COAST CONSTRUCTION SERVICES INC**
**9021 RANCHO PARK COURT**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
2**

Nonpriority creditor's name and mailing address
**WEST COAST GASKETS**
**10741 SHERMAN WAY #3**
**SUN VALLEY, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$823.57

---

**3.469
3**

Nonpriority creditor's name and mailing address
**WEST COAST PROPERTY MAINTENANCE INC**
**PO BOX 1883**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
4**

Nonpriority creditor's name and mailing address
**WEST CTA STUDENT COUNCIL**
**11945 W CHARLESTON BLVD**
**LAS VEGAS, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
5**

Nonpriority creditor's name and mailing address
**WEST GROVE GIRLS SOFTBALL LEAGUE**
**PO BOX 5242**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
6**

Nonpriority creditor's name and mailing address
**WEST HIGH ASB**
**20401 VICTOR ST**
**TORRANCE, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
7**

Nonpriority creditor's name and mailing address
**WEST HIGH SCHOOL CLASS OF 2020**
**19520 MILDRED AVENUE**
**TORRANCE, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4698**

**Nonpriority creditor's name and mailing address**
**WEST HILLS CLASS OF 2021**
**8756 MAST BLVD**
**SANTEE, CA 92071**

Date(s) debt was incurred **3/6/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$94.42

---

**3.4699**

**Nonpriority creditor's name and mailing address**
**WEST HILLS GIRLS WATER POLO**
**8756 MAST BLVD**
**SANTEE**
**CA, 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$35.51

---

**3.4700**

**Nonpriority creditor's name and mailing address**
**WEST RANCH ASB**
**26255 W VALENCIA BLVD**
**VALENCIA, CA 91381**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.4701**

**Nonpriority creditor's name and mailing address**
**WEST SIDE TREMBLE CLEF**
**17407 N THOROUGHBRED DR**
**SURPRISE, AZ 85374**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.4702**

**Nonpriority creditor's name and mailing address**
**WEST TORRANCE ROBOTICS**
**20401 VICTOR ST**
**TORRANCE**
**CA, 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$58.25

---

**3.4703**

**Nonpriority creditor's name and mailing address**
**WESTERN COMMERCIAL SERVICES LLC**
**2311 INDUSTRIAL RD**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.4704**

**Nonpriority creditor's name and mailing address**
**Western Municipal Water Dist**
**Po Box 7000**
**Artesia, CA 90702-7000**

Date(s) debt was incurred **3/10/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$1,163.88

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.470 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,388.69 |
|---|---|---|---|

**WESTLAND FINANCIAL I LLC**
**10375 CLAYTON RD**
**ATTN TAMARA REED TRIAD BANK**
**SAINT LOUIS, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Westminster Cracker Company**
**1 Scale Ave,  Ste 81 Bldg 14**
**Rutland, VT 05701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTMINSTER NURSERY SCHOOL**
**13660 UNIVERSITY ST**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTSIDE WATER CONDITIONING**
**MERCED COUNTY INC**
**45 WEST G STREET**
**LOS BANOS, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.64 |
|---|---|---|---|

**WESTVIEW BAND AND AUXILIARY**
**3300 NW 185TH AVE**
**PMB 251**
**PORTLAND**
**OR, 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTVIEW HIGH SCHOOL**
**13500 CAMINO DEL SUR**
**SAN DIEGO, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTVIEW HIGH SCHOOL BAND**
**3300 NW 185TH AVE PMB 251**
**PORTLAND, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.471 2**

**Nonpriority creditor's name and mailing address**
**WESTVIEW HIGH SCHOOL UNICEF**
**8220 BEACONS CT**
**SAN DIEGO**
**CA, 92129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$8.83**

---

**3.471 3**

**Nonpriority creditor's name and mailing address**
**WESTWOOD ELEMENTARY**
**17449 MATINAL RD**
**RANCHO BERNARDO, CA 92127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.471 4**

**Nonpriority creditor's name and mailing address**
**WESTWOOD PROPERTY FUND LLC**
**5500 GREENVILLE AVE STE 602**
**DALLAS, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.471 5**

**Nonpriority creditor's name and mailing address**
**WEX BANK**
**PO BOX 6293**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.471 6**

**Nonpriority creditor's name and mailing address**
**WGGYB**
**PO BOX 5094**
**GARDEN GROVE, CA 92845**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.471 7**

**Nonpriority creditor's name and mailing address**
**WHALEY FOODSERVICE REPAIRS**
**PO BOX 890771**
**C/O BB&T**
**CHARLOTTE, NC 28289**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.471 8**

**Nonpriority creditor's name and mailing address**
**WHITNEY JONES**
**8921 AZTEC RD NE**
**ALBUQUERQUE, NM 87111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4719**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WHS ASB CLASS OF 2021**<br>**38442 FREMONT BLVD**<br>**FREMONT, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4720**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WICHITA WATER CONDITIONING INC**<br>**7205 GILPIN WAY #130**<br>**DENVER, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4721**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,285.60 |
|---|---|---|
| **WIEDENBACH-BROWN**<br>**2975 WESTCHESTER AVE STE 203**<br>**PURCHASE, NY 10577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4722**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILCOX HIGH SCHOOL**<br>**3250 MONROE ST**<br>**SANTA CLARA, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4723**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILDCAT MOUNTAIN ELEMENTARY**<br>**6585 LIONSHEAD PARKWAY**<br>**WILDCAT MOUNTAIN ELEM PTO**<br>**LITTLETON, CO 80124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4724**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILKINSON PTA**<br>**2575 ED KHARBAT DRIVE**<br>**CONROE, TX 77301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4725**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILLAMETTE VALLEY FRUIT CO**<br>**PO BOX 206211**<br>**DALLAS, TX 75320-6211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.472 6**

**Nonpriority creditor's name and mailing address**

**WILLI SALGADO**
**7150 CERITOS AVE**
**STANTON, CA 90680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 7**

**Nonpriority creditor's name and mailing address**

**WILLIAM B ANDERSON**
**1000 ALAN SHEPARD**
**LAS VEGAS, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 8**

**Nonpriority creditor's name and mailing address**

**WILLIAM GUAN**
**565 MAR VISTA DR**
**VISTA, CA 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 9**

**Nonpriority creditor's name and mailing address**

**WILLIAM H STANDLEY MIDDLE PTSA**
**PO BOX 22594**
**SAN DIEGO, CA 92192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 0**

**Nonpriority creditor's name and mailing address**

**WILLIAM LOWERY**
**12472 CARMEL CAPE**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 1**

**Nonpriority creditor's name and mailing address**

**WILLIAM MARTZ**
**19210 LAHEY STREET UNIT #1**
**PORTER RANCH, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 2**

**Nonpriority creditor's name and mailing address**

**WILLIAM MICHAEL KNIEVEL**
**177 LONDON TOWNE DRIVE**
**PITTSBURGH, PA 15226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.473 | | | |
|---|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIAM N JONES
AND BETTY K JONES
5604 CASTLEBROOK DRIVE
RALEIGH, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIAM PERDOMO
1297 BALVAIRD DR
LAWRENCEVILLE, GA 30045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIAMS MECHANICAL INC
3903 SMITH AVE
EVERETT, WA 98201-4549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIANS MADRID
10606 HEATHER HILL
HOUSTON, TX 77806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIS OF MARYLAND INC
PO BOX 13784
NEWARK, NJ 07188-0784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIS TOWERS WATSON NORTHEAST INC
PO BOX 4557
NEW YORK, NY 10249-4557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | | | |
|---|---|---|---|
| 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186,285.00** |

**WILLIS TOWERS WATSON SOUTHEAST INC
29982 NETWORK PLACE
CHICAGO, IL 60673-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.474 0 | | | | | **$410.42** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Willow Specialties**
**34 Clinton Street**
**Batavia, NY 14020-2821**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 1 | | | | | **$0.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILSHIRE CREST PTA**
**5241 W OLYMPIC BLVD**
**LOS ANGELES, CA 90036**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 2 | | | | | **$5,400.51** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILSON ENTERPRISES**
**120 WEST 39TH STREET**
**VANCOUVER, WA 98660-1956**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 3 | | | | | **$0.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WIM CLUB**
**16455 WEGDEWORTH DR**
**WILSON HS ATTN RICH TORRES**
**HACIENDA HEIGHTS, CA 91745**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 4 | | | | | **$0.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WINCO INDUSTRIES CO**
**14950 VALLEY VIEW AVE**
**LA MIRADA, CA 90638**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 5 | | | | | **$213.16** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Winco Industries Co.**
**65 Industrial Road**
**Lodi, NJ 07644**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 6 | | | | | **$154.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WISEMEN SEEKING INC**
**190 W RAFFERTY GARDENS AVE**
**UNIT 10**
**LITTLETON**
**CO, 80120**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.474 7**

**Nonpriority creditor's name and mailing address**
**Wjb Packaging Sales, Inc**
**26871 Hobie Circle #B5**
**Murrieta, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 8**

**Nonpriority creditor's name and mailing address**
**WJPA**
**PO BOX 7580**
**SPRING, TX 77387-7580**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,790.80**

---

**3.474 9**

**Nonpriority creditor's name and mailing address**
**WJPA**
**PO BOX 7580**
**SPRING**
**TX, 77387-7580**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,087.32**

---

**3.475 0**

**Nonpriority creditor's name and mailing address**
**WLCC**
**PO BOX 170**
**PROVO, UT 84603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.475 1**

**Nonpriority creditor's name and mailing address**
**WMMBB**
**8282 NORTH MOBLEY RD**
**ODESSA, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.475 2**

**Nonpriority creditor's name and mailing address**
**Wna City Of Industry**
**Waddington North America, Inc**
**PO Box 639592**
**Cincinnati, OH 45263-9592**

Date(s) debt was incurred __3/5/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,454.40**

---

**3.475 3**

**Nonpriority creditor's name and mailing address**
**WNA COMET WEST**
**DEPT 771823**
**PO BOX 77000**
**DETROIT, MI 48277-1823**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.475 4 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOLF CANYON ELEMENTARY SCHOOL**
**1950 WOLF CANYON LOOP**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.475 5 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOLFF HORTICULTURE INC**
**9602 SANTIAGO BLVD**
**VILLA PARK, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.475 6 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOMEN OF UNITY**
**171 UNITY WAY**
**VISTA, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.475 7 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOMENS CLUB OF FVC**
**101 W RIVER RD  UNIT 231**
**TUCSON, AZ 85704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.475 8 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOODLAND FOODS**
**PO BOX 71852**
**CHICAGO, IL 90694-1852**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.475 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOODLANDS METRO CENTER MUD**
**PO BOX 7829**
**THE WOODLANDS, TX 77387-7829**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| 3.476 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WOOLY INC**
**10213 S CALLA LILY WAY**
**SANDY, UT 84092**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.476**
**1**

**Nonpriority creditor's name and mailing address**
**WORD OF LIFE CHRISTIAN ACADEMY**
**3520 N  BUFFALO DRIVE**
**LAS VEGAS, NV 89129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**2**

**Nonpriority creditor's name and mailing address**
**WORKFORCE WEST VIRGINIA**
**CONTRIBUTION ACCOUNTING**
**P.O. BOX 106**
**CHARLESTON, WV 02532-1106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**3**

**Nonpriority creditor's name and mailing address**
**WORKWAY INC**
**5151 BELT LINE RD STE 430**
**DALLAS, TX 75254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**4**

**Nonpriority creditor's name and mailing address**
**WORLD OMNI FINANCIAL CORP**
**3120 RIDER TRAIL SOUTH**
**EARTH CITY, MO 63045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**5**

**Nonpriority creditor's name and mailing address**
**WPROMOTE LLC**
**PO BOX 1559**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**6**

**Nonpriority creditor's name and mailing address**
**WPROMOTE LLC**
**2100 E GRAND AVE STE 100**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476**
**7**

**Nonpriority creditor's name and mailing address**
**WRI WEST GATE SOUTH LP**
**PO BOX 924133**
**HOUSTON, TX 77292-4133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$24,337.58**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4768**

**Nonpriority creditor's name and mailing address**

**WW GRAINGER INC**
**DEPT 853914778**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4769**

**Nonpriority creditor's name and mailing address**

**WW GRAINGER INC**
**DEPT 859543605**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4770**

**Nonpriority creditor's name and mailing address**

**WW GRAINGER INC**
**DEPT 852085224**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4771**

**Nonpriority creditor's name and mailing address**

**WWOW THE WORLD**
**171 W AVENTINO AVE**
**MOUNTAIN HOUSE**
**CA, 95391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$132.70**

---

**3.4772**

**Nonpriority creditor's name and mailing address**

**WWS**
**PO BOX 669400**
**POMPANO BEACH, FL 33066-9400**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.64**

---

**3.4773**

**Nonpriority creditor's name and mailing address**

**WYATT WESTIN**
**7501 175TH STREET**
**TINLEY PARK, IL 60477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4774**

**Nonpriority creditor's name and mailing address**

**XANDRIA JONES**
**4023 KENNETT PIKE  611**
**WILMINGTON, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

**3.477 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **XAVIER CORTEZ**<br>**40809 SUNDALE DRIVE**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.477 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,692.85 |
|---|---|---|
| **XCEL ENERGY**<br>**PO BOX 9477**<br>**MINNEAPOLIS, MN 55484-9477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Utilities__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.477 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|
| **XL LANDSCAPE DEVELOPMENT LLC**<br>**4460 RIVIERA RIDGE AVE**<br>**LAS VEGAS, NV 89115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.477 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **XOCHITL BARRERA**<br>**39275 LIEFER RD**<br>**TEMECULA, CA 92591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.477 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **XPEDIENT COMMUNICATIONS INC**<br>**5490 COMPLEX ST #603**<br>**SAN DIEGO, CA 92123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.478 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **XPEDITE SYSTEMS LLC**<br>**29084 NETWORK PLACE**<br>**CHICAGO, IL 60673-1290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.478 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **XTREME STEAM CLEAN**<br>**1622 S SALIDA WAY**<br>**AURORA, CO 80017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.478 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,968.85 |
|---|---|---|
| **YACOEL INVESTMENTS LLC**<br>**PROPERTY #741M**<br>**5850 CANOGA AVE #650**<br>**WOODLAND HILLS, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,960.00 |
|---|---|---|
| **YAYAKK INC**<br>**2526 QUME DR STE 25**<br>**SAN JOSE, CA 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **YCIS**<br>**310 EASY ST**<br>**MOUNTAIN VIEW, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **YELP INC**<br>**PO BOX 204393**<br>**DALLAS, TX 75320-4393** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **YMCA OF SILICON VALLEY**<br>**2400 GRANT ROAD**<br>**MOUNTAIN VIEW, CA 94040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.21 |
|---|---|---|
| **YMCA OF SILICON VALLEY**<br>**1501 OAK AVE**<br>**LOS ALTOS**<br>**CA, 94024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **YOCELYN VALENZUELA**<br>**949 S. LONGMORE  APT 148**<br>**MESA, AZ 85202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

| 3.478 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOLANDA GARCIA NUNEZ**
**762 CRYSTAL CREEK RD**
**PERRIS, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOLANDA RAMIREZ**
**214 IDLEVIEW AVE**
**LEHIGH ACRES, FL 33936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOOKIMSAN LLC**
**831 SAN CLEMENTE**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOST METAL FAB INC**
**21000 CORSAIR BLVD**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOTAM BEN - CHAIM**
**29498 MILLER RD STE B**
**VALLEY CENTER, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOUNG CONAWAY STARGATT & TAYLOR**
**LLP**
**RODNEY SQUARE NOTH**
**1000 NORTH KING STREET**
**WILMINGTON, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOUNG ELECTRIC SIGN COMPANY**
**1443 S CUCAMONGA AVE**
**ONTARIO, CA 91761-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4796**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**PO BOX 98575**
**LAS VEGAS, NV 89193**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4797**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**PO BOX 390126**
**DENVER, CO 80239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4798**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**PO BOX 112260**
**TACOMA, WA 98411-2260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4799**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**P.O. BOX 112230**
**TACOMA, WA 98411-2230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4800**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**PO BOX 112350**
**TACOMA, WA 98411-2350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4801**

Nonpriority creditor's name and mailing address
**YOUNG ELECTRIC SIGN COMPANY**
**PO BOX 11676**
**TACOMA, WA 98411-6676**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4802**

Nonpriority creditor's name and mailing address
**YOUR ENVIRONMENTAL SOLUTION**
**2211 SECOND AVE NM**
**CULLMAN, AL 35058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$424.00**

---

Debtor    **Garden Fresh Restaurants LLC**
_____
Name

Case number (if known)    **20-02477-LA7**

---

**3.480 3**

**Nonpriority creditor's name and mailing address**
**YOUR ENVIRONMENTS SOLUTION IC**
**428 5TH STREET**
**ORLANDO, FL 32824**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,343.35

---

**3.480 4**

**Nonpriority creditor's name and mailing address**
**YOUTH FOR CHRIST SAN DIEGO**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$85.19

---

**3.480 5**

**Nonpriority creditor's name and mailing address**
**YOUTH SCIENCE CENTER**
**17063 WEDGE WORTH DR**
**HACIENDA HTS, CA 91745**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.480 6**

**Nonpriority creditor's name and mailing address**
**YOUTH SOFTBALL ASSOCIATION OF**
**3721 NW 109TH AVE**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.480 7**

**Nonpriority creditor's name and mailing address**
**YVONNE COLON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.480 8**

**Nonpriority creditor's name and mailing address**
**YWAM LAS VEGAS CORRYNNE BELYEW**
**7108 W BROWN ST**
**PEORIA, AZ 85345**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.480 9**

**Nonpriority creditor's name and mailing address**
**ZAHIRA AMEZCUA**
**13809 CALLE BUENO GANAR**
**JAMUL, CA 91935**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.4810**

**Nonpriority creditor's name and mailing address**
ZAYO GROUP HOLDINGS INC
PO BOX 952136
DALLAS, TX 75395-2136

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4811**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL COMPANY
PO BOX 22
FAIR OAKS, CA 95628

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4812**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL SERVICE CO
PO BOX 610878
SAN JOSE, CA 95161-0878

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4813**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL SERVICE CO
PO BOX 781525
INDIANAPOLIS, IN 46278-8525

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4814**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL SERVICE CO
PO BOX 781534
INDIANAPOLIS, IN 46278-8534

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4815**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL SERVICE CO
P.O. BOX 781592
INDIANAPOLIS, IN 46278-8592

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4816**

**Nonpriority creditor's name and mailing address**
ZEE MEDICAL SERVICE CO
PO BOX 204683
DALLAS, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|
| | Name | | |

---

**3.481 7**

**Nonpriority creditor's name and mailing address**
**ZEE MEDICAL SERVICE CO**
**4221 W. SIERRA MADRE SUITE 104**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 8**

**Nonpriority creditor's name and mailing address**
**ZELLWOOD STATION RED CAPS**
**4005 MYRTLE OAK COURT**
**ZELLWOOD**
**FL, 32798**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.481 9**

**Nonpriority creditor's name and mailing address**
**ZENDESK INC**
**DEPT CH 19895**
**PALATINE**
**IL, 60055-9895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$142.53**

---

**3.482 0**

**Nonpriority creditor's name and mailing address**
**ZIGGURAT CHILD DEVELOPMENT CEN**
**26895 ALISO CREEK ROAD #B570**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.482 1**

**Nonpriority creditor's name and mailing address**
**ZIMMERMAN PROPERTIES INC**
**2150 E HIGHLAND AVE #207**
**C/O CUTLER COMMERCIAL**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,411.77**

---

**3.482 2**

**Nonpriority creditor's name and mailing address**
**ZION LIVING WORD**
**10815 DELCO AVE**
**CHATSWORTH, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.482 3**

**Nonpriority creditor's name and mailing address**
**ZOOM VIDEO COMMUNICATIONS**
**PO BOX 398843**
**SAN FRANCISCO, CA 94139-8843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Garden Fresh Restaurants LLC** | | Case number (if known) | **20-02477-LA7** |
|---|---|---|---|---|
| | Name | | | |

| 3.482 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$197.04** |
|---|---|---|---|

**ZOSIMA BISARRA**
**28210 GUILFORD LN**
**SANTA CLARITA**
**CA, 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZURICH NORTH AMERICA**
**8734 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 185,982.97 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,795,176.25 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 8,981,159.22 |

**Fill in this information to identify the case:**

Debtor name **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease - Mountain View**<br><br>**1040 Grant Road Associates III**<br>**c/o Crosspoint Realty Services, Inc. Attn: Propert**<br>**260 California St.**<br>**4th Fl.**<br>**San Francisco, CA 94111** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease - Alpharetta**<br><br>**12085 Brandford Street Project**<br>**Attn: Harold Istrin**<br>**9803 San Fernando Rd.**<br>**Pacoima, CA 91331** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease - Houston**<br><br>**1467 Brittmoore LLC**<br>**561 Virginia Dr**<br>**Winter Park, FL 32789** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease - Houston**<br><br>**1467 Brittmoore LLC**<br>**Attn: Tim Glenn**<br>**1467 Brittmoore Rd.**<br>**Houston, TX 77043** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Altamonte Springs** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **1756, Inc.**<br>**13826 N.W. 22nd Ct.**<br>**Sunrise, FL 33323** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Tampa** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **1902 N Dale Mabry LLC**<br>**Attn: Ben Mallah**<br>**10225 Ulmerton Rd.**<br>**Ste. 12A**<br>**Largo, FL 33771** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - San Bernardino** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **2230 W. Lincoln, LLC**<br>**PO Box 8021**<br>**Laguna Hills, CA 92654-8021** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Palmdale** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A.C. Warnack and the A.C. Warnack Trust**<br>**P.O. Box 1409**<br>**Lancaster, CA 93584-1409** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Valencia** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AKF3 Valencia, LLC**<br>**c/o Adler Kawa Real Estate Services, LLC**<br>**21500 Biscayne Blvd.**<br>**Ste. 700**<br>**Adventura, FL 33180** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Albuquerque I (CK813)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Amicorp Enterprises, Inc.**<br>**Attn: Daniel V. Titcomb**<br>**PO Box 609**<br>**Hurricane, UT 84737-0609** |

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Albuquerque I (CK813)** | |
|---|---|---|---|
| | State the term remaining | | **Amicorp Enterprises, Inc.** |
| | List the contract number of any government contract | | **Hexon Self-Storage, LLC**<br>**4801 San Mateo Blvd. NE**<br>**Albuquerque, NM 87109** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Uniforms** | |
|---|---|---|---|
| | State the term remaining | | **Aramark Uniform** |
| | List the contract number of any government contract | | **115 North First Street**<br>**Burbank, CA 91502** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Pembroke Pines** | |
|---|---|---|---|
| | State the term remaining | | **Bear Necessity LLC** |
| | List the contract number of any government contract | | **Attn: Barry Simmons**<br>**1330 Nepture Ave.**<br>**Leucadia, CA 92024** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Pleasanton** | |
|---|---|---|---|
| | State the term remaining | | **Burgundy Bear, Ltd.** |
| | List the contract number of any government contract | | **5955 Coronado Ln.**<br>**Pleasanton, CA 94588** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Fountain Valley** | |
|---|---|---|---|
| | State the term remaining | | **Camden House, LLC** |
| | List the contract number of any government contract | | **1420 Miravale Ave.**<br>**Los Altos, CA 94024** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Del Mar** | **Carmel Valley Partners I**<br>**c/o Baldwin Company Attn: Commercial Development D**<br>**11975 El Camino Real**<br>**Ste. 200**<br>**San Diego, CA 92130** |
|---|---|---|---|

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Del Mar** | |
|---|---|---|---|
| | State the term remaining | | **Carmel Valley Partners I**<br>**Piazza Retail, LLC c/o Newmark Merrill**<br>**18801 Ventura Blvd.**<br>**Ste. 300** |
| | List the contract number of any government contract | _____ | **Tarzana, CA 91356** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | |
|---|---|---|---|
| | State the term remaining | | **Carolina Handling**<br>**3101 PIPER LANE** |
| | List the contract number of any government contract | _____ | **CHARLOTTE, NC 28208** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Carrollwood** | |
|---|---|---|---|
| | State the term remaining | | **Cloverleaf Tampa, LLC and SWT Tampa, LLC**<br>**James  Wallace, Jr.  Cloverleaf Tampa, LLC**<br>**5370 Oakdale Rd.** |
| | List the contract number of any government contract | _____ | **Smyrna, GA 30082** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Carrollwood** | |
|---|---|---|---|
| | State the term remaining | | **Cloverleaf Tampa, LLC and SWT Tampa, LLC**<br>**James  Wallace III  SWT Tampa, LLC**<br>**5370 Oakdale Rd.** |
| | List the contract number of any government contract | _____ | **Smyrna, GA 30082** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Kearny Mesa** | |
|---|---|---|---|
| | State the term remaining | | **CLPF - Clairemont Mesa, L.P.**<br>**c/o Clarion Partners, LLC Attn: Retail Asset Manag**<br>**601 South Figueroa**<br>**Ste. 3400** |
| | List the contract number of any government contract | _____ | **Los Angeles, CA 90017** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Vancouver (CK810)** | |
|---|---|---|---|
| | State the term remaining | | **CNC Holdings, LLC** |
| | List the contract number of any government contract | | **1007 NW 2nd Ave.**<br>**Battle Ground, WA 98604** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Vancouver (CK810)** | |
|---|---|---|---|
| | State the term remaining | | **CNC Holdings, LLC**<br>**Attn: Steven  Cockrell** |
| | List the contract number of any government contract | | **1007 NW 2nd Ave.**<br>**Battle Ground, WA 98604** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Coinspect**<br>**MEWE INC** |
| | List the contract number of any government contract | | **630 15TH AVE**<br>**SAN FRANCISCO, CA 94118** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Sunnyvale** | |
|---|---|---|---|
| | State the term remaining | | **Costco Wholesale Corporation**<br>**Attn: Legal Dept.** |
| | List the contract number of any government contract | | **999 Lake Dr.**<br>**Issaquah, WA 98027** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - La Quinta** | |
|---|---|---|---|
| | State the term remaining | | **CSRA Komar Desert Center, DST**<br>**c/o Pacific Coast Commercial Real Estate** |
| | List the contract number of any government contract | | **41 Corporate Park**<br>**Ste. 230**<br>**Irvine, CA 92606** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Ft. Lauderdale** | |
|---|---|---|---|
| | State the term remaining | | **Cypress Creek Associates Limited Partner**<br>**PO Box 5020** |
| | List the contract number of any | | **New Hyde Park, NY 11042** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Torrance | |
|---|---|---|---|
| | State the term remaining | | **Del Amo Associates, LLC**<br>**Eric  Sahn**<br>**60 South Market St #1120**<br>**San Jose, CA 95113** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Scottsdale (CK804) | |
|---|---|---|---|
| | State the term remaining | | **Derito Talking Stick South, LLC**<br>**Attn: Charles R. Carlise**<br>**3200 East Camelback**<br>**Ste. 175**<br>**Phoenix, AZ 85018** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Las Vegas - West Flamingo | |
|---|---|---|---|
| | State the term remaining | | **DFE Investments, LLC**<br>**400 S. Rampart Blvd.**<br>**Ste. 220**<br>**Las Vegas, NV 89145** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Barrett | |
|---|---|---|---|
| | State the term remaining | | **DGH 1125, LLC**<br>**Attn: Jon  Gallant  DGH 1125, LLC c/o D&G Developm**<br>**6400 Powers Ferry Rd.**<br>**Ste. 350**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Beverly Connection | |
|---|---|---|---|
| | State the term remaining | | **DK Connections, LLC**<br>**150 East 58th St.**<br>**39th Fl**<br>**New York, NY 10155** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Beverly Connection | **DK Connections, LLC**<br>**The Beverly Connection, Ltd. c/o Fifty-Fivecal Cor**<br>**1460 Westwood Blvd. #300**<br>**Los Angeles, CA 90024** |
|---|---|---|---|

Debtor 1    **Garden Fresh Restaurants LLC**
    First Name            Middle Name          Last Name

Case number *(if known)*    **20-02477-LA7**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Purchasing - food** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dr Pepper/.Snapple**<br>**PO BOX 409501**<br>**ATLANTA, GA 30384-9501** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Ahwatukee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DT Ahwatukee Foothills LLC**<br>**Attn: Senior Executive Vice President - Leasing**<br>**3300 Enterprise Pkwy.**<br>**Beachwood, OH 44122** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Brentwood** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Duesenberg Investment Company, LLC**<br>**c/o Topa Management Company Attn: President**<br>**1900 Avenue of the Stars #425**<br>**Los Angeles, CA 90067-4126** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Dish/Water** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ecolab**<br>**PO BOX 100512**<br>**PASADENA, CA 91189-0512** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Stafford** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **EMIC Properties**<br>**3020 Bridgeway Blvd. NC**<br>**Ste. 107**<br>**Sausalito, CA 94965** |

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Cameras** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Envysion**<br>**PO BOX 46138**<br>**HOUSTON, TX 77210-6138** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - San Jose (CK819)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Facchino La Barbera Bernal Plaza, LLC**<br>**873 Blossom Hill Rd.**<br>**San Jose, CA 95123** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Boca Raton (CK812)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **FR Florida, Inc.**<br>**c/o Federal Realty Investment Trust Attn: Legal De**<br>**1626 East Jefferson St.**<br>**Rockville, MD 20852** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Atwater Village** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Franciscan AAH, LLC**<br>**c/o The Festival Companies**<br>**5901 W Century Blvd.**<br>**Ste. 700**<br>**Los Angeles, CA 90045** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Escondido, CA** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frit Escondido Promenade, LLC**<br>**Attn: Sharon Byrd**<br>**1626 East Jefferson St.**<br>**Rockville, MD 20852-4041** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Armored** | |
| | State the term remaining | | |
| | List the contract number of any | | **Garda**<br>**2000 NW CORPORATE BOULEVARD**<br>**BOCA RATON, FL 33431** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Lease - La Mesa (CK801) | |
|---|---|---|---|
| | State the term remaining | | George-Thomas Enterprises, LLC<br>Tom  Herron<br>14531 Delano St<br>Van Nuys, CA 91411 |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Naples, FL | |
|---|---|---|---|
| | State the term remaining | | Granada Shoppes Associates, Ltd.<br>Attn: Management<br>703 Waterford Way<br>Ste. 800<br>Miami, FL 33126 |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Orlando II | |
|---|---|---|---|
| | State the term remaining | | Greater Orlando Aviation Authority<br>c/o The Sembler Company<br>5858 Central Ave.<br>St. Petersburg, FL 33707 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Gwinnett | |
|---|---|---|---|
| | State the term remaining | | Gwinnett Place Associates, L.P.<br>Attn: Chan  Ho  c/o CRD of America<br>300 Black Belt World Dr.<br>Knightdale, NC 27454 |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Houston II | |
|---|---|---|---|
| | State the term remaining | | Hedmark III, LP<br>Attn: David  Mars<br>PO Box 44033<br>St. Louis, MO 63144 |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Lone Tree | Herzman Trust/HNET Investments LLC<br>Attn: Christine  Cunning<br>Po Box 3129<br>San Diego, CA 92163-1129 |
|---|---|---|---|

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page  9 of 25 |
|---|---|---|

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number (*if known*) | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Fullerton** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Holtzman Enterprises, LLC**<br>**159 E. Manchester Ave**<br>**Los Angeles, CA 90003** |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Aurora, CO** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hoppe Properties, LLC**<br>**8070 La Jolla Shores Dr.**<br>**PMB 610**<br>**La Jolla, CA 92037** |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Tucson II** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JKJ Fairview, LLC**<br>**Attn: Jason Kim**<br>**2999 Bowery Ln.**<br>**San Jose, CA 95135** |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Fresno II** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Julio A. Martin Family Trust dated 12/5/**<br>**Attn: Art Martin**<br>**2657 Omaha Ave.**<br>**Clovis, CA 93619** |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Temecula** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **KGC Limited Partnership**<br>**Attn: Gloria Harpenau**<br>**654 La Cresta Blvd.**<br>**El Cajon, CA 92021** |

---

| Debtor 1 | **Garden Fresh Restaurants LLC** | | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Soft Water** | |
|---|---|---|---|
| | State the term remaining | | **Kinetico Water Systems** |
| | List the contract number of any government contract | | **10845 KINSMAN ROAD**<br>**NEWBURY, OH 44065** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - City of Industry** | |
|---|---|---|---|
| | State the term remaining | | **Krausz Puente, LLC** |
| | List the contract number of any government contract | | **PO Box 10**<br>**Scottsdale, AZ 85252** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Distribution - East Coast** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Property Limited Partnership** |
| | List the contract number of any government contract | | **One Glenlake Pkwy.**<br>**Ste. 700**<br>**Atlanta, GA 30328** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Orlando I (CK817)** | |
|---|---|---|---|
| | State the term remaining | | **Limestone Sweet, LLC**<br>**Attn: Fred  Chikovsky  Group Kirkman, LLC** |
| | List the contract number of any government contract | | **2300 NW Corporate Blvd.**<br>**Ste. 141**<br>**Boca Raton, FL 33431** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Orlando I (CK817)** | |
|---|---|---|---|
| | State the term remaining | | **Limestone Sweet, LLC**<br>**c/o Orion Investment & Management** |
| | List the contract number of any government contract | | **200 S. Biscayne Blvd.**<br>**7th Fl.**<br>**Miami, FL 33131** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Grease Traps** | |
|---|---|---|---|
| | State the term remaining | | **Liquid Environmental** |
| | List the contract number of any | | **PO BOX 733372**<br>**DALLAS, TX 75373-3372** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Garden Fresh Restaurants LLC**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-02477-LA7**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - San Jose Downtown** | |
|---|---|---|---|
| | State the term remaining | | **LPF San Jose Retail, Inc.** |
| | List the contract number of any government contract | | **Attn: Asset Manager**<br>**333 West Wacker Dr.**<br>**Ste. 2300**<br>**Chicago, IL 60606** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Palm Harbor (CK803)** | |
|---|---|---|---|
| | State the term remaining | | **Lupresan 3, LLC** |
| | List the contract number of any government contract | | **2112 16th St. North**<br>**St. Petersburg, FL 33704** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **GPS** | |
|---|---|---|---|
| | State the term remaining | | **Lytx** |
| | List the contract number of any government contract | | **PO BOX 849972**<br>**LOS ANGELES, CA 90084-9972** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Lakewood** | |
|---|---|---|---|
| | State the term remaining | | **Macerich Lakewood LP** |
| | List the contract number of any government contract | | **c/o Macerich Property Management Company Attn: Leg**<br>**401 Wilshire Blvd. Ste 700**<br>**Santa Monica, CA 90401** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Irvine** | |
|---|---|---|---|
| | State the term remaining | | **Main Street Hotels, LLC** |
| | List the contract number of any government contract | | **400 Spectrum Center Dr.**<br>**Ste. 1200**<br>**Irvine, CA 92618** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Fullerton** | **MCD-RC CA-Amerige, LLC**<br>**One Independent Dr.**<br>**Ste. 114**<br>**Jacksonville, FL 32202-5019** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract     _____

---

**2.68.**  State what the contract or
lease is for and the nature of
the debtor's interest    **Lease - Point Loma**

    State the term remaining                  **Midway Towne Center LLC**
                                   **3910 Chapman St.**
    List the contract number of any      **Ste. A**
       government contract               **San Diego, CA 92110**

---

**2.69.**  State what the contract or
lease is for and the nature of
the debtor's interest    **Lease - Mira Mesa**

    State the term remaining                  **Mira Mesa Shopping Center-West, LLC**
                                 **Furstien  Brett**
    List the contract number of any      **8294 Mira Mesa Blvd.**
       government contract               **San Diego, CA 92126**

---

**2.70.**  State what the contract or
lease is for and the nature of
the debtor's interest    **Lease - Boynton Beach**

    State the term remaining                  **Morguard Boynton Town Center, Inc.**
                                 **c/o Morguard Management Company Inc. Attn: Lease A**
    List the contract number of any      **551 S. Powerline Rd.**
       government contract               **Pompano Beach, FL 33069**

---

**2.71.**  State what the contract or
lease is for and the nature of
the debtor's interest    **Lease - West Palm Beach**

    State the term remaining                  **MUWA, LLC**
                                   **c/o Lumer Property Management**
    List the contract number of any      **19370 Collins Ave.**
       government contract               **CU 1**
                                   **Sunny Isles Beach, FL 33160**

---

**2.72.**  State what the contract or
lease is for and the nature of
the debtor's interest    **Purchasing**

    State the term remaining                  **NUCO2**
                                   **PO BOX 417902**
    List the contract number of any      **BOSTON, MA 02241-7902**
       government contract

---

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Hollywood** | |
|---|---|---|---|
| | State the term remaining | | **Oakwood Plaza Limited Partnership** |
| | List the contract number of any government contract | | **PO Box 5020** **New Hyde Park, NY 11042** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Brea** | |
|---|---|---|---|
| | State the term remaining | | **Olen Pointe Brea Corp.** **Bret  Van Nortwick** |
| | List the contract number of any government contract | | **Three Pointe Dr. # 109** **Brea, CA 92821** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Tigard** | |
|---|---|---|---|
| | State the term remaining | | **Pacific Realty Associates, L.P.** **15350 S.W. Sequoia Pkwy.** |
| | List the contract number of any government contract | | **Ste. 300** **Portland, OR 97224** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pape Material** |
| | List the contract number of any government contract | | **PO BOX 35144 #5077** **SEATTLE, WA 98124-5144** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Purchasing** | |
|---|---|---|---|
| | State the term remaining | | **Pepsi Co** |
| | List the contract number of any government contract | | **PO BOX 644943** **PITTSBURGH, PA 15264-4943** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes** **PO BOX 371887** |
| | List the contract number of any | | **PITTSBURGH, PA 15250-7887** |

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Carlsbad** | |
|---|---|---|---|
| | State the term remaining | | **PK I North County Plaza LP** |
| | List the contract number of any government contract | | **1621-B South Melrose Dr.**<br>**Vista, CA 92081** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Pleasant Hill** | |
|---|---|---|---|
| | State the term remaining | | **Pleasant Hill Crescent Drive Investors L**<br>**c/o Vestar Property Management** |
| | List the contract number of any government contract | | **43440 Boscell Rd.**<br>**Fremont, CA 94538** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Arrowhead** | |
|---|---|---|---|
| | State the term remaining | | **PLH Holdings, LLC, Series 1**<br>**Attn: Karen  Hiser** |
| | List the contract number of any government contract | | **PO Box 2416**<br>**So. Portland, ME 04116** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Arrowhead** | |
|---|---|---|---|
| | State the term remaining | | **PLH Holdings, LLC, Series 1**<br>**Attn: Mike  Hiser** |
| | List the contract number of any government contract | | **PO Box 2416**<br>**So. Portland, ME 04116** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Gilbert** | |
|---|---|---|---|
| | State the term remaining | | **Power & Ray, LLC**<br>**c/o Vestar Development Co.  Attn: President** |
| | List the contract number of any government contract | | **2425 East Camelback Rd.**<br>**Ste. 750**<br>**Phoenix, AZ 00085-0016** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Kissimmee** | **PRII Rolling Oaks Commons FLA, LLC**<br>**c/o Southeast Centers**<br>**1541 Sunset Dr**<br>**Coral Gables, FL 33143** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Northridge** |
|---|---|---|
| | State the term remaining | **PRTC, L.P.** |
| | List the contract number of any government contract | **1990 S. Bundy Dr.**<br>**Ste. 500**<br>**Los Angeles, CA 00090-0025** |

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** |
|---|---|---|
| | State the term remaining | **Raymond Handling** |
| | List the contract number of any government contract | **FILE 1700**<br>**1801 W OLYMPIC BLVD**<br>**PASADENA, CA 91199-1700** |

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Orlando CK HUB** |
|---|---|---|
| | State the term remaining | **Reeco Properties LLLP** |
| | List the contract number of any government contract | **PO Box 640**<br>**Winter Park, FL 32790** |

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Ft. Myers** |
|---|---|---|
| | State the term remaining | **Roubin Associates, LLC** |
| | List the contract number of any government contract | **8550 Lee Hwy**<br>**Ste. 700**<br>**Fairfax, VA 22031** |

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Trucks** |
|---|---|---|
| | State the term remaining | **Ryder** |
| | List the contract number of any government contract | **PO BOX 402366**<br>**ATLANTA, GA 30384-2366** |

---

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **IT**

State the term remaining

List the contract number of any government contract

> Sagenet
> PO BOX 843553
> KANSAS CITY, MO 64184-3553

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Lease - Brandon**

State the term remaining

List the contract number of any government contract

> Schmidt Sunshine, Inc.
> Attn: Robert E. Schmidt, Jr
> 2226 State Rd. 580
> Clearwater, FL 33763-1838

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Lease - Laguna Niguel**

State the term remaining

List the contract number of any government contract

> Shapell Properties, Inc.
> Attn: Legal Dept.
> 1990 S. Bundy Dr.
> Ste. 500
> Los Angeles, CA 90025

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Lease - Arcadia**

State the term remaining

List the contract number of any government contract

> Shigenobu Kaku and Hikaru Kaku
> 3605 Long Beach Blvd
> Ste. 220
> Long Beach, CA 90807

---

**2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Lease - Lake Forest**

State the term remaining

List the contract number of any government contract

> SHIH Properties Incorporated
> 1245 E. Las Tunas Dr.
> San Gabriel, CA 91776-1703

---

**2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Lease - Westminster (CK808)**

State the term remaining

List the contract number of any

> Shih Properties Incorporated
> 1245 East Las Tunas Dr
> San Gabriel, CA 91776

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Shred it** |
| | List the contract number of any government contract | | **28883 NETWORK PLACE**<br>**CHICAGO, IL 60673-1288** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Woodlands** | |
|---|---|---|---|
| | State the term remaining | | **SHS Fairbanks Group LLC**<br>**Attn: Sid Savelle c/o Savelle Investment Dynamics**<br>**3015 North Ocean Blvd.**<br>**Ste. 110** |
| | List the contract number of any government contract | | **Fort Lauderdale, FL 33308** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Mission Gorge** | |
|---|---|---|---|
| | State the term remaining | | **Sidney Family Limited Partnership** |
| | List the contract number of any government contract | | **220 30th St.**<br>**Manhattan Beach, CA 92066** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers** | |
|---|---|---|---|
| | State the term remaining | | **Signa Digital Solutions**<br>**8525 CAMINO SANTA FE** |
| | List the contract number of any government contract | | **STE H**<br>**SAN DIEGO, CA 92121** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Garden Grove** | |
|---|---|---|---|
| | State the term remaining | | **SPGG Properties, Ltd.**<br>**Domain Corporation** |
| | List the contract number of any government contract | | **2716 Ocean Park Blvd. #3006**<br>**Santa Monica, CA 90405-5207** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Garden Grove** | |
|---|---|---|---|
| | | | **SPGG Properties, Ltd.**<br>**PO Box 967**<br>**Palos Verdes Estates, CA 90274-0967** |

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract
_____

---

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Camarillo** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract
_____

**Sphear Investments, LLC**
**Attn: Amy K. Jones  c/o Investec Management Corp.**
**200 East Carrillo St.**
**Ste. 200**
**Santa Barbara, CA 93101**

---

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Lady Lake** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract
_____

**SRK Lady Lake OP5, LLC**
**c/o Benchmark Management**
**4053 Maple Rd.**
**Ste. 200**
**Amherst, NY 14226**

---

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Phoenix - Metro Center** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract
_____

**Star Financial I, LLC**
**Attn: Jon Mars**
**677 Craig Rd.**
**Suite 215**
**St. Louis, MO 63141**

---

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Lake Buena Vista** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract
_____

**State of Florida Department of Transport**
**c/o TCAM Core Property Fund Attn: Asset Management**
**8500 Andrew Carnegie Blvd.**
**3rd Fl.**
**Charlotte, NC 28262**

---

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Rancho Bernardo** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract
_____

**Sunflower Plantation, LLC**
**Attn: Dave Goodrich**
**7772 Capilano Ct**
**Castle Rock, CO 80108**

---

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Rancho Bernardo** |
|---|---|---|
| | State the term remaining | **Sunflower Plantation, LLC**<br>**Park Terrace Partners**<br>**11939 Rancho Bernardo Rd.**<br>**Ste. 200**<br>**San Diego, CA 92128** |
| | List the contract number of any government contract | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Clackamas** |
|---|---|---|
| | State the term remaining | **Sunnybrook, LLC**<br>**c/o Coffman Excavation**<br>**13014 Clackamas River Dr.**<br>**Oregon City, OR 97045** |
| | List the contract number of any government contract | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Perimeter (CK806)** |
|---|---|---|
| | State the term remaining | **Sunnykay & Company, LLC**<br>**PO Box 720377**<br>**Atlanta, GA 30358** |
| | List the contract number of any government contract | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Distribution - West Coast** |
|---|---|---|
| | State the term remaining | **Sycamore Business Park, LLC**<br>**c/o IDS Real Estate Group**<br>**2915 Red Hill Ave**<br>**Ste. F200**<br>**Costa Mesa, CA 92626** |
| | List the contract number of any government contract | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Tempe** |
|---|---|---|
| | State the term remaining | **Tempe CC HUI, LLC**<br>**Stephanie  Davidson  Tempe CC HUI, LLC c/o Arizona**<br>**2122 East Highland Ave.**<br>**Ste. 450**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Sarasota (CK818)** |
|---|---|---|
| | State the term remaining | **Ten Mile Range Properties, LLC and Saras**<br>**PO Box 823201**<br>**Philadelphia, PA 19182-3201** |
| | List the contract number of any | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | 20-02477-LA7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Alhambra | |
|---|---|---|---|
| | State the term remaining | | The Price REIT, Inc. |
| | List the contract number of any government contract | | 3333 New Hyde Park Rd. Ste. 100 New Hyde Park, NY 11042-0020 |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Albuquerque II | |
|---|---|---|---|
| | State the term remaining | | The Smith 1982 Trust and The Malashock 1 Attn: Joyce Pennington Smith |
| | List the contract number of any government contract | | 425 Sanibelle Circle #129 Chula Vista, CA 91910 |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Rancho Cucamonga | |
|---|---|---|---|
| | State the term remaining | | Thomas Winery Plaza Property Owner, LLC c/o KMS Properties, Inc. |
| | List the contract number of any government contract | | 23 Corporate Plaza Dr. #247 Newport Beach, CA 92660 |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Tucson I - (1) | |
|---|---|---|---|
| | State the term remaining | | TRS FEC III, LLC Attn: John Hyltin 2180 Central Florida Pkwy. |
| | List the contract number of any government contract | | Ste. A7 Orlando, FL 32837 |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Houston I (CK807) | |
|---|---|---|---|
| | State the term remaining | | Tuccori Holdings Co. LP Attn: Daniel Del Grande |
| | List the contract number of any government contract | | 806 Mandana Blvd. Oakland, CA 94610 |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Tustin | |
|---|---|---|---|
| | | | Tustin Plaza Center, LP PO Box 1299 Lake Forest, CA 92609-1299 |

Debtor 1  **Garden Fresh Restaurants LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-02477-LA7**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Vista** | |
|---|---|---|---|
| | State the term remaining | | **Valvista North, LLC** |
| | List the contract number of any government contract | | **4470 Campus Dr. Ste. 220 Newport Beach, CA 92660** |

---

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Las Vegas (CK816)** | |
|---|---|---|---|
| | State the term remaining | | **Vestar Best In The West Property LLC** |
| | List the contract number of any government contract | | **2425 E Camelback Rd. Ste. 750 Phoenix, AZ 85016** |

---

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Littleton** | |
|---|---|---|---|
| | State the term remaining | | **Vestar Bowles Crossing, LLC** |
| | List the contract number of any government contract | | **8750 North Central Expy Ste. 800 Phoenix, AZ 85016** |

---

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Littleton** | |
|---|---|---|---|
| | State the term remaining | | **Vestar Bowles Crossing, LLC Attn: Stacie  Crown** |
| | List the contract number of any government contract | | **2425 East Camelback Rd. Ste. 750 Phoenix, AZ 85016** |

---

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Desert Ridge** | |
|---|---|---|---|
| | State the term remaining | | **Vestar DRM-OPCO, L.L.C.** |
| | List the contract number of any government contract | | **2425 East Camelback Rd. Ste. 750 Phoenix, AZ 85016** |

---

| Debtor 1 | **Garden Fresh Restaurants LLC** | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Bradenton** | |
|---|---|---|---|
| | State the term remaining | | **Walden Avenue-Blend-All Hotel Developmen**<br>**Attn: Legal Dept.**<br>**7978 Cooper Creek Blvd.**<br>**Ste. 100**<br>**University Park, FL 34201** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Bradenton** | |
|---|---|---|---|
| | State the term remaining | | **Walden Avenue-Blend-All Hotel Developmen**<br>**c/o Benderson Development Company, Inc.**<br>**8441 Cooper Creek Blvd.**<br>**University Park, FL 34201** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Beaverton** | |
|---|---|---|---|
| | State the term remaining | | **Waterhouse Investments, LLC**<br>**Attn: Harlan Dismuke**<br>**1650 Ala Moana Blvd**<br>**#2701**<br>**Honolulu, HI 96815** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Beaverton** | |
|---|---|---|---|
| | State the term remaining | | **Waterhouse Investments, LLC**<br>**Attn: Judith Dismuke**<br>**1650 Ala Moana Blvd**<br>**#2701**<br>**Honolulu, HI 96815** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Largo** | |
|---|---|---|---|
| | State the term remaining | | **Weingarten Realty Investors**<br>**Attn: Cindy Clothier**<br>**2600 Citadel Plaza Dr.**<br>**Houston, TX 77008** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Miami Kendall** | |
|---|---|---|---|
| | State the term remaining | | **Weingarten Realty Investors**<br>**Gina Hurst Regional Property Manager**<br>**8268 Mills Drive**<br>**Miami, FL 33183** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Garden Fresh Restaurants LLC**                          Case number *(if known)*   **20-02477-LA7**
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Largo | |
| | State the term remaining | | **Weingarten Realty Investors**<br>**PO Box 924133**<br>**Houston, TX 77292-4133** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Henderson | |
| | State the term remaining | | **Westland Financial I, LLC**<br>**Attn: David  Mars**<br>**PO Box 44033**<br>**St. Louis, MO 63144** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Fremont | |
| | State the term remaining | | **WRI West Gate South L.P.**<br>**PO Box 924133**<br>**Houston, TX 77292-4133** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Chula Vista | |
| | State the term remaining | | **Yacoel Investments, LLC**<br>**Attn: Yacoel  Claude  c/o Yacoel Properties I, LLC**<br>**2801 West Coast Hwy.**<br>**Ste. 380**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Chino Hills | |
| | State the term remaining | | **YAH Investments, LLC**<br>**Attn: Emad  Bolous**<br>**8700 Warner Ave.**<br>**Ste. 265**<br>**Fountain Valley, CA 92708** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Scottsdale HUB | **Zimmerman Properties, Inc.**<br>**2150 East Highland Ave.**<br>**Ste. 207**<br>**Phoenix, AZ 85016** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Garden Fresh Restaurants LLC | | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract          _____

**Fill in this information to identify the case:**

Debtor name    **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Apollo Investment Corporation | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Ares Capital Corporation | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus ASRS Holdings LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus ASRS Funding LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Levered Loan Opp. | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus N-1 Funding LLC | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus NJ Credit Opp. Fund L | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Onshore II CLO LLC | ■ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Onshore II CLO-2 LLC | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | GFRC Holdings LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | GF SNS Holdings LLC | ■ D __2.28__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Apollo Investment Corporation | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Ares Capital Corporation | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus ASRS Holdings LLC | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus ASRS Funding LLC | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.15 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Levered Loan Opp. | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.16 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus N-1 Funding LLC | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.17 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus NJ Credit Opp. Fund L | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.18 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Onshore II CLO LLC | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.19 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | Cerberus Onshore II CLO-2 LLC | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.20 | GFRC Promotions LLC | 15822 Bernardo Center Drive, S San Diego, CA 92127 | GF SNS Holdings LLC | ■ D __2.28__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Fill in this information to identify the case: |
| --- |

Debtor name **Garden Fresh Restaurants LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) **20-02477-LA7**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$51,531,569.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$250,585,918.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$246,740,825.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Garden Fresh Restaurants LLC** | | Case number *(if known)* **20-02477-LA7** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached.** | | **See Attached.** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Salaries** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached.** | | **See Attached.** | Salaries |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **NAHID AFRAM V. GARDEN FRESH RESTAURANTS LLC 20SMSC00803** | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Santa Monica Courthouse 1725 Main Street, Room 102 Santa Monica, CA 90401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **MARIA ANDRADE and ALEJANDRO ANDRADE as parents and next friends of CA., a minor child, Pltfs. vs. GARDEN FRESH RESTAURANTS, LLC, etc., Dft 502019CA013022000MB** | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Palm Beach County Circuit Court, FL 205 N Dixie Hwy West Palm Beach, FL 33401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Garden Fresh Restaurants LLC**                                    Case number *(if known)* **20-02477-LA7**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **HENDRIK BLOCK, PLTF. VS. GARDEN FRESH RESTAURANTS LLC, ETC., ET AL., DFTS**<br>**Case # 120CV00156LJOSAB** | **Denial of access under ADA** | **Eastern District of California U.S. Dist**<br>**2500 Tulare Street**<br>**Three Rivers, CA 93271** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **BOBBY BUSH, ETC., PLTF. vs. GARDEN FRESH RESTAURANTS, ETC. ET AL., DFTS.**<br>**19STCV22438** | **Employee Litigation - Wrongful Termination** | **Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **REBECCA CASTILLO, Pltf. vs. GARDEN FRESH RESTAURANTS**<br>**KC069981** | **Denial of access under ADA** | **Pomona Courthouse**<br>**400 Civic Center Plaza**<br>**Pomona, CA 91766** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **YVONNE COLON, PLTF. vs. GARDEN FRESH RESTAURANTS, LLC, ETC., ET AL., DFTS**<br>**CV2019008560** | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Superior Court of Arizona**<br>**202 W Jefferson St**<br>**Phoenix, AZ 85003** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **ROSA CORDOVA., etc., Pltf. vs. GARDEN FRESH RESTAURANTS LLC., ETC., ET AL., DFTS.**<br>**19STCV44733** | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Spring Street Courthouse**<br>**312 N. Spring Street**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **OUSSOREN EPPEL CORP., ETC., PLTF/PETITIONER VS. GARDEN FRESH RESTAURANTS, LLC., DFT/RESPONDENT**<br>**37202000005731CUBCNC** | **Breach of contract** | **North County Regional Center**<br>**325 South Melrose Drive**<br>**Vista, CA 92081** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.9. | **SEGUNDA GONZALEZ ET AL. VS. GARDEN FRESH RESTAURANTS, LLC**<br>**19STCV38893** | **Wage payment and related claims** | **Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **RAKESHA A. HILLS, PLTF. VS. GARDEN FRESH RESTAURANTS LLC, ET AL**<br>**Unknown** | **Vehicle accident/personal injury** | **Florida Circuit Court 17th Judicial Circ**<br>**201 S.E. 6th Street**<br>**Fort Lauderdale, FL 33301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **JACEY HINES-LEONARDO, PLTF. vs. GARDEN FRESH RESTAURANTS, LLC, ET AL.**<br>**19STCV27868** | **Personal Injury** | **Los Angeles County Superior Court**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **MARCUS INGRAM, ETC., PLTF. vs. GARDEN FRESH RESTAURANTS**<br>**119CV5339** | **ADA Access** | **US District Court Northern Georgia**<br>**2211 United States Courthouse**<br>**75 Ted Turner Drive, SW**<br>**Atlanta, GA 30303** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | **LLOYD MOSLEY, PLTF. vs. GARDEN FRESH RESTAURANTS LLC, ET AL., DFTS**<br>20SMCV00016 | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Santa Monica Courthouse 1725 Main Street, Room 102 Santa Monica, CA 90401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **EDMUND RUSINEK, PLTF. VS. GARDEN FRESH RESTAURANTS, LLC, ETC**<br>20STCV09412 | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Los Angeles County Superior Court 111 N. Hill Street Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **FORMERIO SANDOVAL V. GARDEN FRESH RESTAURANTS LLC**<br>37201900028387CUPLNC | **Product Liability/Personal injury** | **Superior Court of California, San Diego North County Regional Center 325 South Melrose Dr Vista, CA 92081** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **GLENDA SCHACHINGER, Etc., Pltf. vs. GARDEN FRESH RESTAURANTS, LLC,**<br>CV2020052052 | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Superior Court for Arizona Maricopa County 202 W Jefferson Street Phoenix, AZ 85003** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **LIDIETH VIQUEZ GONZALEZ, PLTF. VS. GARDEN FRESH RESTAURANTS LLC**<br>CACE20000557 | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Broward County Circuit Court, FL 201 S.E. 6th Street Fort Lauderdale, FL 33301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **ROY YIUN V. GARDEN FRESH RESTAURANTS LLC**<br>2:20 cv 00864 | **ADA Public Accommodation** | **US District Court, Central district 255 East Temple Street, Suite 180 Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **PANG INMANY V. GARDEN FRESH RESTAURANTS LLC**<br>19CECG04337 | **Employee discrimination** | **Superior Court of California, Fresno 1130 O Street Fresno, CA 93721** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **HILLARY JOY TAYLOR DELSALTO, PLTF. VS. GARDEN FRESH RESTAURANTS LLC**<br>CACE18012123DIVISION14 | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Broward County Circuit Court 201 S.E. 6th Street Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.21. | **JAMES HIGHFILL AND MICHELLE HIGHFILL, PLTFS. V. GARDEN FRESH RESTAURANTS LLC**<br>56201800512062CUPOVTA | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Superior Court of California, Ventura 800 South Victoria Ave Ventura, CA 93009** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.22. | **CHRIS MANDRELL V. GARDEN FRESH RESTAURANTS LLC**<br>37201900023311CUPOCT | **Personal Injury - Failure to Maintain Premises in a Safe Condition** | **Superior Court of California, San Diego 330 W. Broadway San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|

☑ None

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Feeding America Inc.**<br>**35 E Wacker Dr.**<br>**Chicago, IL 60601** | **Cash** | **11/26/19** | **$8,572.07** |
| | Recipients relationship to debtor | | | |
| 9.2. | **PIH Health**<br>**12401 Washington Blvd.**<br>**Whittier, CA 90602** | **79 cases of Clorox Healthcare**<br>**Bleachwipes #35309** | **03/21/2020** | **$5,530.19** |
| | Recipients relationship to debtor | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sullivan Hill Rez & Engel**<br>**600 B Street**<br>**Suite 1700**<br>**San Diego, CA 92101** | **Attorney Fees ($15,000) Attorney Costs ($350)** | **May 13, 200** | **$15,350.00** |
| | Email or website address<br>**rudolph@sullivanhill.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Garden Fresh Restaurants LLC**                              Case number *(if known)*  **20-02477-LA7**

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **15822 Bernardo Center Drive, Suite C**<br>**San Diego, CA 92127** | **March 2017 - Present** |
| 14.2. | **See Attached** | **Opening date on attachment - March 2020** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Souplantation/Sweet Tomatoes 401(k) Savings Plan** | EIN:  **33-0498455** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |

Has the plan been terminated?

☑ No
☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Scottsdale HUB<br>331 South River Drive Suite 10<br>Tempe, AZ 85281 | Store Management for Store #35 Scottsdale | Overflow of Food | ☐ No<br>☑ Yes |
| Orlando CK HUB<br>120 West Compton Ave.<br>Orlando, FL 32806 | Store Management for Store #72 Orlando & 817 Orlando CK | Overflow of Food | ☐ No<br>☑ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various Employees | WageWorks Flexible Spending Account | See Attached. | Unknown |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **Garden Fresh Restaurants LLC** | Case number *(if known)* | **20-02477-LA7** |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Sweet Tomatoes 8405 Mills Drive # 203 Miami, FL 33183** | **Miami-Dade DERM 701 NW First Court Miami, FL 33136** | **Permit violation regarding non-compliant grease trap** | **May 10, 2018** |

**Also see attached.**

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **GFRC Promotions LLC 15822 Bernardo Center Drive Suite C San Diego, CA 92127** | **Manages gift card sales and retains all gift card liabilities separate from Garden Fresh Restaurants LLC.** | EIN: **81-5042517** From-To **02/01/2017 - Current** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **Garden Fresh Restaurants LLC**                    Case number *(if known)*   **20-02477-LA7**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **InfoSync Services** **1938 N Woodlawn** **Wichita, KS 67208** | **01/03/2018 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **BDO USA LLP** **PO Box 677973** **Dallas, TX 75267** | **02/01/2017 to Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Donald Breen** **PO Box 1705** **Rancho Santa Fe, CA 92067** | |
| 26c.2. | **Michael Dorsey** **2307 Fenton Parkway #107-245** **San Diego, CA 92108** | |
| 26c.3. | **InfoSync Services** **1938 N Woodlawn** **Wichita, KS 67208** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **See attached.** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | | **12/31/2019** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Michael Dorsey** **2307 Fenton Parkway #107-245** **San Diego, CA 92108** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Garden Fresh Restaurants LLC**                                                  Case number (if known)  **20-02477-LA7**

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GFRC Holdings LLC | 15822 Bernardo Center Dr. Suite C San Diego, CA 92127 | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Haywood | 15822 Bernardo Center Drive, Suite C San Diego, CA 92127 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Breen | 15822 Bernardo Center Drive, Suite C San Diego, CA 92127 | CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Allbritton | 15822 Bernardo Center Drive, Suite C San Diego, CA 92127 | Executive Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Duncan Evans | 15822 Bernardo Center Drive, Suite C San Diego, CA 92127 | Exeutive VP C Holdings LLC | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joanne Ochsman | 1000 Wilson Blvd, Suite 2700 Arlington, VA 22209 | Executive Vice President | 8/2/17 - 3/25/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Erin Donofrio | 1000 Wilson Blvd, Suite 2700 Arlington, VA 22209 | Executive Vice President | 8/2/17 - 4/2/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marc Gilbreth | 1000 Wilson Blvd, Suite 2700 Arlington, VA 22209 | Executive Vice President | 08/02/17 - 01/31/20 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor **Garden Fresh Restaurants LLC** _____

Case number *(if known)* **20-02477-LA7** _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2020** _____

**/s/ John Haywood** _____
Signature of individual signing on behalf of the debtor

**John Haywood** _____
Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| TOTAL POWER ELECTRIC INC | 1330 W INDUSTRIAL AVE | BOYNTON BEACH | FL | 33426 | Other Operating | 6,857.00 |
| Long Range Systems, Inc. | Po Box 671111 | Dallas | TX | 75267- | Other Operating | 6,914.78 |
| MECHANICAL SYSTEMS INC | 420 MARTINEZ LANE NE | ALBUQUERQUE | NM | 87107 | | 6,969.67 |
| ENGIE INSIGHT SERVICES INC | 1313 N ATLANTIC STE 5000 | SPOKANE | WA | 99201 | Other Operating | 7,000.00 |
| JACK GERALD INC | 55 SOWELL STREET | MT PLEASANT | SC | 29464 | Other Operating | 7,000.00 |
| ULINE SHIPPING SUPPLY | PO BOX 88741 | CHICAGO | IL | 60680-1741 | | 7,087.07 |
| CITY OF TAMPA UTILITIES | PO BOX 30191 | TAMPA | FL | 33630- | Utilities | 7,212.43 |
| Hire Dynamics Holding Corp | Hire Dynamics, LLC | Atlanta | GA | 30368- | Other Operating | 7,248.46 |
| IMPERIAL IRRIGATION DISTRICT | PO BOX 937 | IMPERIAL | CA | 92251- | Utilities | 7,315.51 |
| STARLITE ACQUISITION INC | PO BOX 1087 | SHEBOYGAN | WI | 53082-1087 | | 7,346.29 |
| COUNTY OF SAN DIEGO | PO BOX 129261 | SAN DIEGO | CA | 92112- | Other Operating | 7,413.00 |
| SILVER STATE PLUMBING LLC | 4535 COPPER SAGE STREET | LAS VEGAS | NV | 89115 | Other Operating | 7,443.39 |
| WELLS FARGO INSTITUTIONAL | RETIREMENT AND TRUST | CHARLOTTE | NC | 28256- | Other Operating | 7,525.16 |
| Sysco Riverside Inc | 15750 Meridian Parkway | Riverside | CA | 92518 | Food | 7,566.70 |
| B&G Foods, Inc | PO Box 405354 | Atlanta | GA | 30384- | Food | 7,576.64 |
| DELTA TECH SERVICES INC | 3525 DELTA DR | ST GABRIEL | LA | 70776 | Other Operating | 7,599.29 |
| J J JINKLEHEIMER AND COMPANY | 2705 E GRAND RIVER AVE | HOWELL | MI | 48843 | Other Operating | 7,683.44 |
| Lesaffre Yeast Corporation | Department 59932 | Milwaukee | WI | 53259- | Food | 7,718.40 |
| PNM | PO BOX 27900 | ALBUQUEREQUE | NM | 87125- | Utilities | 7,764.17 |
| TIGER NATURAL GAS INC | DEPARTMENT 2192 | TULSA | OK | 74182 | Utilities | 7,776.61 |
| DANIEL SMITH | 425 SANIBELLE CIRCLE #129 | CHULA VISTA | CA | 91910 | Rent | 7,910.33 |
| NEXTIVA INC | PO BOX 207330 | DALLAS | TX | 75320- | Other Operating | 7,914.69 |
| Cargill Inc. | Po Box 749481 | LOS ANGELES | CA | 90074- | Food | 7,928.52 |
| NW NATURAL | PO BOX 6017 | PORTLAND | OR | 97228- | Utilities | 8,014.31 |
| JOHN SCHAEFER | 326 MYRTLE DR | ARROYO GRANDE | CA | 93420 | Other Operating | 8,250.00 |
| FEDERAL EXPRESS INC | INFOSYNC ACCOUNT | WICHITA | KS | 00000- | Other Operating | 8,258.09 |
| AMERIFOODS ATLANTA LLC | 300 BLACK BELT WORLD DR | KNIGHTDALE | NC | 27545 | Rent | 8,333.00 |
| ENVYSION INC | PO BOX 46138 | HOUSTON | TX | 77210-6138 | | 8,458.89 |
| Perricone | 550 B Street | Beaumont | CA | 92223 | Food | 8,460.00 |
| Natural American Foods, Inc. | Sweet Harvest Foods | Chicago | IL | 60694 | Food | 8,554.22 |
| WPROMOTE LLC | PO BOX 1559 | EL SEGUNDO | CA | 90245 | Other Operating | 8,576.32 |
| ATLAS SIGN INDUSTRIES OF FL LLC | 1077 W BLUE HERON BLVD | WEST PALM BEACH | FL | 33404 | 2nd amendment Remodel | 8,723.72 |
| MASSGLASS AND DOOR FACILITIES MAINTENANC | 275 E HILLCREST DR #200 | THOUSAND OAKS | CA | 91360 | Other Operating | 8,735.62 |
| Southeastern Mills, Inc | Po Box 743056 | Atlanta | GA | 30374- | Food | 8,750.00 |
| DOMINGO CONTRERAS | 19615 NORFOLK RIDGE WAY | RICHMOND | TX | 77407 | Other Operating | 8,866.74 |
| TERRE SOLUTIONS | 3746 ZACHARY ST | NEW PORT RICHEY | FL | 34655 | | 8,877.65 |
| Shearer's Foods, LLC | Po Box 776167 | Chicago | IL | 60677- | Food | 8,917.13 |
| CITY OF FULLERTON | PO BOX 7190 | PASADENA | CA | 91109- | Utilities | 8,941.46 |
| MEDOSWEET FARMS INC | PO BOX 749 | KENT | WA | 98035-0749 | | 8,974.06 |
| AMICORP ENTERPRISES INC | PO BOX 609 | HURRICANE | UT | 84737- | Rent | 9,000.00 |
| NV ENERGY | PO BOX 30150 | RENO | NV | 89520- | Utilities | 9,051.12 |
| TEMPE CC HUI LLC | 25122 E HIGHLAND AVE  STE 45( | PHOENIX | AZ | 85016 | Rent | 9,134.37 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| VESTAR BOWLES CROSSING LLC | PO BOX 60051 | CITY OF INDUSTRY | CA | 91716 | Rent | 9,150.58 |
| CAL PACIFIC FACILITY SOLUTIONS LLC | 1051 SITE DR #229 | BREA | CA | 92821 | Other Operating | 9,166.66 |
| NATIONAL WHOLESALE SUPPLY INC | 1972 CALIFORNIA CROSSING | DALLAS | TX | 75220 | | 9,428.64 |
| TRS FEC III LLC | 420 S ORANGE AVE STE 270 | ORLANDO | FL | 32801 | Rent | 9,435.15 |
| KAMRAN AND COMPANY INC | 411 E MONTECITO ST | SANTA BARBARA | CA | 93101 | Other Operating | 9,641.75 |
| Victoria Pacific Trading Corp | 12780 Schabarum Ave | Irwindale, CA 91706 | CA | 91706 | Food | 9,802.10 |
| HILL COUNTRY DAIRIES INC | 912 KRAMER LANE | AUSTIN | TX | 78758 | | 9,813.66 |
| CITY OF SUNNYVALE UTILITIES | PO BOX 4000 | SUNNYVALE | CA | 94088- | Utilities | 9,838.84 |
| LIBERTY POWER HOLDINGS | 25901 NETWORK PL | CHICAGO | IL | 60673- | Utilities | 10,155.08 |
| GREATER ORLANDO AVIATION | AUTHORITY | ST. PETERSBURG | FL | 33743 | Rent | 10,319.48 |
| Cambro Manufacturing Company | Po Box #2000 | Huntington Beach | CA | 92647- | Other Operating | 10,331.70 |
| DERITO TALKING STICK SOUTH LLC | PO BOX 845539 | LOS ANGELES | CA | 90084- | Rent | 10,334.34 |
| CITY TREASURER | CITY OF SAN DIEGO | SAN DIEGO | CA | 92112- | Other Operating | 10,448.98 |
| YAYAKK INC | 2526 QUME DR STE 25 | SAN JOSE | CA | 95131 | Other Operating | 10,460.50 |
| YOUR ENVIRONMENTS SOLUTION IC | 428 5TH STREET | ORLANDO | FL | 32824 | Other Operating | 10,501.32 |
| CFP FIRE PROTECTION INC | 153 TECHNOLOGY DRIVE #200 | IRVINE | CA | 92618 | Capital Spending | 10,517.50 |
| PRO-AIR MECHANICAL | 285 NORTH US HWY 17-92 | LONGWOOD | FL | 32750 | | 10,616.20 |
| KELTON PROPERTIES | PO BOX 4005 | SANTA MONICA | CA | 90405- | Rent | 10,855.42 |
| Trinidad Benham Corporation | 3091 Solution Center | Chicago | IL | 60677 | Food | 10,874.08 |
| 2230 W LINCOLN LLC | PO BOX 8021 | LAGUNA HILLS | CA | 92654- | Rent | 10,955.50 |
| YACOEL INVESTMENTS LLC | PROPERTY #741M | WOODLAND HILLS | CA | 91367 | Rent | 10,968.85 |
| CNC HOLDINGS LLC | 6471 S TOURNAMENT LN | CHANDLER | AZ | 85249 | Rent | 11,000.00 |
| OUSSOREN EPPEL CORP | PO BOX 231666 | ENCINITAS | CA | 92023- | Other Operating | 11,000.00 |
| APS | PO BOX 60015 | PRESCOTT | AZ | 86304- | Utilities | 11,185.32 |
| SOUTHWEST GAS CORPORATION | PO BOX 24531 | OAKLAND | CA | 94623- | Utilities | 11,217.85 |
| HUDDLE TICKETS LLC | 6445 SHILOH RD STE B | ALPHARETTA | GA | 30005 | Other Operating | 11,500.00 |
| GAS SOUTH | PO BOX 530552 | ATLANTA | GA | 30353- | Utilities | 11,825.65 |
| GRANT WATER AND SANITATION DISTRICT | PO BOX 1239 | EVERGREEN | CO | 80437 | Utilities | 11,828.94 |
| NUCO2 | PO BOX 417902 | BOSTON | MA | 02241- | Other Operating | 11,903.08 |
| SOUTHERN FOODS GROUP | PO BOX 746496 | ATLANTA | GA | 30374-6496 | | 12,577.01 |
| HOPPE PROPERTIES LLC | 8070 LA JOLLA SHORES DRIVE | LA JOLLA | CA | 92037 | Rent | 12,620.00 |
| PF MAJOR INC | GENERAL PARTNER | PALOS VERDES | CA | 90274- | Rent | 12,634.00 |
| OCEAN SPRAY CRANBERRIES. INC. | PO BOX 223049 | Pittsburgh | PA | 15251- | Food | 12,696.02 |
| VALVISTA NORTH LLC | 4770 CAMPUS DRIVE #220 | NEWPORT BEACH | CA | 92660 | Utilities | 12,741.95 |
| FEA SERVICE LLC | 1800 E MIRALOMA AVE STE H | PLACENTIA | CA | 92870 | | 12,749.87 |
| Chicago Metallic Bakeware | P.O. Box 100512 | Pasadena | CA | 91189- | Other Operating | 13,001.98 |
| PRII ROLLING OAKS COMMONS FLA | PO BOX 11939 | MIAMI | FL | 33101- | Rent | 13,021.19 |
| GEORGIA POWER | 96 ANNEX | ATLANTA | GA | 30396- | Utilities | 13,050.54 |
| Griffith Laboratories Usa, Inc | Griffith Foods Inc. | Dallas | TX | 75320- | Food | 13,141.66 |
| MTS SEATING INC | 7100 INDUSTRIAL DR | TEMPERANCE | MI | 48182 | Capital Spending | 13,191.44 |
| PGE | PO BOX 4438 | PORTLAND | OR | 97208 | Utilities | 13,248.00 |
| JULIO A MARTIN FAMILY TRUST | 2657 OMAHA AVE | CLOVIS | CA | 93619 | Rent | 13,478.37 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| T G LEE DAIRY | PO BOX 746108 | ATLANTA | GA | 30374-6108 | | 13,555.35 |
| VESTAR BEST IN THE WEST PROPERTY LLC | PO BOX 60051 | CITY OF INDUSTRY | CA | 91716 | Rent | 13,607.23 |
| NET LEASE FUNDING 2005 LP | ID 065592 | PHOENIX | AZ | 85038- | Rent | 13,898.10 |
| Marisa Foods | 1401 Santa Fe Avenue | Long Beach | CA | 90813 | Food | 13,936.25 |
| Waxie Sanitary Supply | P.O. Box 748802 | Los Angeles | CA | 90074- | Other Operating | 13,966.41 |
| UL LLC | 75 REMITTANCE DR STE 1524 | CHICAGO | IL | 60675-1524 | | 14,060.00 |
| SRP | PO BOX 80062 | PRESCOTT | AZ | 86304- | Utilities | 14,074.23 |
| AC WARNACK | AND THE AC WARNACK TRUST | LANCASTER | CA | 93584 | Rent | 14,207.00 |
| TUCSON ELECTRIC POWER COMPANY | PO BOX 80077 | PRESCOTT | AZ | 86304- | Utilities | 14,252.74 |
| KRAUSZ PUENTE LLC | PO BOX 10 | SCOTTSDALE | AZ | 85252 | Rent | 14,454.89 |
| JAMES C WALLACE JR | 5370 OAKDALE ROAD | SMYRNA | GA | 30082 | Rent | 14,502.01 |
| Badia Spices, Inc. | Po Box 226497 | Doral | FL | 33222- | Food | 14,550.68 |
| Vienna Beef Ltd | 8033 Solutions Center | Chicago | IL | 60677- | Food | 14,809.68 |
| Directv | Acct #036869851 | Atlanta | GA | 30348- | Food | 14,968.80 |
| OVERLAYANALYTICS LLC | 13355 NOEL RD  STE 310 | DALLAS | TX | 75240 | | 15,000.00 |
| SERVICECHANNELCOM INC | PO BOX 392642 | PITTSBURGH | PA | 15251- | Other Operating | 15,125.00 |
| 12085 BRANDFORD STREET PROJECT | 9803 SAN FERNANDO ROAD | PACOIMA | CA | 91331 | Rent | 15,250.00 |
| SUNNYBROOK LLC-CTA | PO BOX 60041 | CITY OF INDUSTRY | CA | 91716- | Rent | 15,470.71 |
| TALENTREEF INC | PO BOX 7410017 | CHICAGO | IL | 60674- | Other Operating | 15,620.00 |
| POWER & RAY LLC | PO BOX 60051 | CITY OF INDUSTRY | CA | 91716 | Rent | 15,639.63 |
| D AND S COMMERCIAL COOKING EQUIPMENT SE | PO BOX 78445 | CORONA | CA | 92877 | Capital Spending | 15,751.23 |
| RESTAURANT DYNAMICS | PO BOX 1133 | AUBURN | GA | 30011 | | 15,951.64 |
| Blue Coupe Partners Inc. | In A Nutshell | San Leandro | CA | 94577 | Food | 15,960.00 |
| MORGUARD BOYNTON TOWN CENTER | PO BOX 919141 | DALLAS | TX | 75391- | Rent | 16,021.32 |
| SPHEAR INVESTMENTS LLC | 200 EAST CARRILLO STREET #200 | SANTA BARBARA | CA | 93101 | Rent | 16,458.00 |
| XCEL ENERGY | PO BOX 9477 | MINNEAPOLIS | MN | 55484- | Utilities | 16,530.11 |
| CSRA KOMAR DESERT CENTERDST | 41 CORPORATE PARK, SUITE 230 | IRVINE | CA | 92606 | Rent | 16,563.72 |
| ALHAMBRA PLAZA BUILDING PARTNERSHIP | 3015 NORTH OCEAN BLVD #110 | FORT LAUDERDALE | FL | 33308 | Rent | 16,666.67 |
| LIBERTY PROPERTY LIMITED | PO BOX 828438 | PHILADELPHIA | PA | 19182- | Rent | 16,687.50 |
| HUNTER DAVISSON INC | 1800 SE PERSHING ST | PORTLAND | OR | 97202 | Capital Spending | 16,845.56 |
| WALDIN/DICK/WR-I FLA | PO BOX 823201 | PHILADELPHIA | PA | 19182- | Utilities | 16,879.73 |
| SOCALGAS | PO BOX C | MONTEREY PARK | CA | 91756- | Utilities | 16,923.19 |
| 1756 INC | 13826 NW 22ND CT | SUNRISE | FL | 33323 | Rent | 16,977.70 |
| PACIFIC REALTY ASSOCIATES LP | UNIT 64 | PORTLAND | OR | 97208- | Rent | 17,084.00 |
| EMIC PROPERTIES | PO BOX 1326 | SAUSALITO | CA | 94966 | Rent | 17,089.03 |
| THOMAS WINERY PLAZA LLC | 23 CORPORATE PLAZA DR  STE 24 | NEWPORT BEACH | CA | 92660 | Rent | 17,318.00 |
| PELICAN AIRE INC | 11620 54TH ST N | CLEARWATER | FL | 33760 | | 17,349.10 |
| Carlisle Foodservice Products | 22926 Network Place | Chicago | IL | 60673- | Other Operating | 17,423.95 |
| MEWE INC | 630 15TH AVE | SAN FRANCISCO | CA | 94118 | Other Operating | 17,460.00 |
| OAKWOOD PLAZA LP | PO BOX 62045 | NEWARD | NJ | 7101 | Rent | 17,461.62 |
| PRTC LP | 1990 S BUNDY DRIVE STE 500 | LOS ANGELES | CA | 90025 | Rent | 17,763.65 |
| MCD-RC CA-AMERIGE LLC | PO BOX 676481 | DALLAS | TX | 75267- | Rent | 17,893.25 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| VESTAR DRM - OPCO LLC | DEPT 880116 | PHOENIX | AZ | 85038- | Rent | 17,919.60 |
| MUWA LLC | 19370 COLLINS AVE CU1 | SUNNY ISLES BEACH | FL | 33160 | Rent | 17,964.61 |
| AMERICAN BANKERS INSURANCE CO | PO BOX 63008 | PHOENIX | AZ | 85082- | Ins Prem/Claims | 17,992.00 |
| EEC ACQUISITION LLC | PO BOX 74008980 | CHICAGO | IL | 60674-8980 | | 17,995.10 |
| Lollicup Usa Inc. | 6185 Kimball Ave | Chino | CA | 91708 | Other Operating | 18,009.25 |
| OLEN COMMERCIAL REALTY CORP | 7 CORPORATE PLAZA | NEWPORT BEACH | CA | 92660 | Rent | 18,010.00 |
| JKJ FAIRVIEW LLC | 2999 BOWERY LANE | SAN JOSE | CA | 95135 | Rent | 18,162.26 |
| SRK LADY LAKE OP5 LLC | 4053 MAPLE RD STE 200 | AMHERST | NY | 14226 | Rent | 18,230.39 |
| SUNFLOWER PLANTATION LLC | 772 CAPILANO COURT | CASTLE ROCK | CO | 80108 | Rent | 18,348.70 |
| SILVERCREST ADVERTISING INC | 6818 CHISHOLM AVE | VAN NUYS | CA | 91406 | Other Operating | 18,480.02 |
| TECO PEOPLES GAS | PO BOX 31318 | TAMPA | FL | 33631- | Utilities | 18,492.90 |
| DFE INVESTMENTS LLC | 400 S RAMPART BLVD STE 220 | LAS VEGAS | NV | 89145 | Utilities | 18,612.34 |
| LUPRESN 3 LLC | 3400 FOURTH STREET NORTH | ST PETERSBURG | FL | 33704 | Rent | 18,637.50 |
| MIRA MESA SHOPPING CENTER WEST | 8294 MIRA MESA BLVD | SAN DIEGO | CA | 92126 | Rent | 18,643.34 |
| STAR FINANCIAL I LLC | 8000 MARYLAND AVE STE 100 | CLAYTON | MO | 63105 | Rent | 18,667.00 |
| MAIN STREET HOTELS  LLC | 400 SPECTRUM CENTER DR STE1 | IRVINE | CA | 92618 | Rent | 18,823.47 |
| Omya Specialty Materials | Po Box 200222 | Pittsburgh | PA | 15251- | Food | 18,953.75 |
| TOP OF THE LADDER PAINTING INC | 2368 CHEETHAM HILL BLVD | LOXAHATCHEE | FL | 33470 | 2nd amendment Remodel | 19,105.00 |
| SHAPPELL SOCAL RENTAL | 1990 S. BUNDY DRIVE, SUITE 500 | LOS ANGELES | CA | 90025 | Rent | 19,257.28 |
| BEAR NECESSITY LLC | 12285 S ORANGE BLOSSOM TRAI | ORLANDO | FL | 32837 | Rent | 19,383.00 |
| CORE MECHANICAL LLC | PO BOX 132584 | SPRING | TX | 77393 | | 19,448.54 |
| FRIT ESCONDIDO PROMENADE LLC | PO BOX 848706 | LOS ANGELES | CA | 90084- | Rent | 19,538.23 |
| FLOYD C BERNARD JR | C/O TBRE INC | CA | | 92110 | | 19,713.64 |
| RCS MECHANICAL SERVICES | 4161 INGOT STREET | FREMONT | CA | 94538 | Capital Spending | 19,782.93 |
| CITICASTERS CO INC | FILE # 56107 | LOS ANGELES | CA | 90074- | Other Operating | 19,900.00 |
| OUTSOURCING SOLUTIONS GROUP | 630 N CENTRAL EXPRESSWAY ST | PLANO | TX | 75074 | Other Operating | 20,200.00 |
| Chef Works, Inc | 12325 Karren St | Poway | IL | 92064 | Other Operating | 20,281.88 |
| VLADIMIR ROUDE | 10291 BOCA SPRINGS DR | BOCA RATON | FL | 33428 | Other Operating | 20,504.60 |
| BARE ASSOCIATES INTERNATIONAL INC | 3702 PENDER DR  STE 305 | FAIRFAX | VA | 22030 | Other Operating | 20,572.76 |
| WATERHOUSE INVESTMENTS LLC | PO BOX 3488 | PORTLAND | OR | 97208- | Rent | 20,585.02 |
| DHG 1125 LLC | 6400 POWERS FERRY RD STE 350 | ATLANTA | GA | 30339 | Rent | 20,636.00 |
| FACCHINO LABARBERA BERNAL PLAZA LLC | 873 BLOSSOM HILL ROAD | SAN JOSE | CA | 95123 | Rent | 20,900.08 |
| HERZMAN NIECES EXEMPT TRUST | HERZMAN TRUST | SAN DIEGO | CA | 92163- | Rent | 20,971.00 |
| BOUNDLESS NETWORK INC | DEPT 3186 | DALLAS | TX | 75312-3186 | | 20,991.85 |
| SUNNYKAY AND COMPANY LLC | PO BOX 720377 | ATLANTA | GA | 30358 | Rent | 21,000.00 |
| KGC LP | CALIFORNIA BANK & TRUST | LA MESA | CA | 91942 | Rent | 21,203.00 |
| Country Coffee Co, Inc. | Distant Lands Coffe Roasters | Chicago | IL | 60673- | Food | 21,266.10 |
| 1902 N DALE MABRY LLC | 10225 ULMERTON RD STE 12A | LARGO | FL | 33771 | Rent | 21,272.55 |
| SHOES FOR CREWS  INC | PO BOX 734176 | CHICAGO | IL | 60673-4176 | | 21,320.64 |
| RAPID7 LLC | PO BOX 347377 | PITTSBURGH | PA | 15251- | Other Operating | 21,414.55 |
| The Garlic Company | 18602 Zerker Road | Shafter | CA | 93263 | Food | 21,700.00 |
| ORLANDO UTILITIES COMMISSION | PO BOX 31329 | TAMPA | FL | 33631-3329 | | 21,790.10 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| First Source Llc | Po Box 515717 | Los Angeles | CA | 90051- Food | | 21,840.00 |
| Bay State Milling Co. | 100 Congress St-2Nd Fl | Quincy | MA | 02169- Food | | 21,905.00 |
| CYPRESS CREEK ASSOCIATES LP | PO BOX 62045 | NEWARK | NJ | 7101 Rent | | 22,263.48 |
| 4994 STT LLC | PO BOX 823201 | PHILADELPHIA | PA | 19182- Rent | | 22,430.73 |
| DIVIDEND TRUST REIT SUB INC | PO BOX 734208 | CHICAGO | IL | 60673- Rent | | 22,548.42 |
| KIM BIG 2 JV LP | PO BOX 62045 | NEWARK | NJ | 7101 Rent | | 22,909.02 |
| GRANADA SHOPPES ASSOC LTD | 703 WATERFORD WAY #800 | MIAMI | FL | 33126 Utilities | | 23,117.37 |
| TUSTIN PLAZA CENTER LP | PO BOX 1299 | LAKE FOREST | CA | 92609- Rent | | 23,240.57 |
| PACIFIC PREMIER RETAIL TRUST LLC | PO BOX 849464 | LOS ANGELES | CA | 90084- Rent | | 23,399.88 |
| GEORGE-THOMAS ENTERPRISES | 14531 DELANO STREET | VAN NUYS | CA | 91411 Rent | | 23,400.00 |
| CGP MAINTENANCE & CONSTRUCTION SERVICES | 8614 SIESTA ROAD | SANTEE | CA | 92071 Other Operating | | 23,411.51 |
| Sysco Atlanta | Po Box 490379 | College Park | GA | 30349 Food | | 23,841.75 |
| SCHMIDT SUNSHINE INC | PO BOX 546 | MORRISON | CO | 80465 Rent | | 23,860.43 |
| WRI WEST GATE SOUTH LP | PO BOX 890771 | CHARLOTTE | NC | 28289 Utilities | | 24,115.08 |
| HEDMARK III LP | 10375 CLAYTON RD | SAINT LOUIS | MO | 63131 Rent | | 24,208.69 |
| LIMESTONE SWEET LLC | 200 S BISCAYNE BLVD 7TH FL | MIAMI | FL | 33313 Rent | | 24,304.74 |
| PIAZZA RETAIL  LLC | 5850 CANOGA AVE #650 | WOODLAND HILLS | CA | 91367 Rent | | 24,375.98 |
| WESTLAND FINANCIAL I LLC | 10375 CLAYTON RD | SAINT LOUIS | MO | 63131 Rent | | 24,388.69 |
| Direct Pack, Inc. (Pmc Global) | P.O. Box 918818 | Denver | CO | 80291- Other Operating | | 24,400.00 |
| FEDERAL EXPRESS CORP | PO BOX 7221 | PASADENA | CA | 91109- Other Operating | | 24,425.91 |
| Novolex Shields, Llc | PO Box 639421 | Cincinnati | OH | 45263 Other Operating | | 24,445.83 |
| FEDERAL REALTY INVESTMENT TRUST | PO BOX 8500-9320 | PHILADELPHIA | PA | 19178- Rent | | 24,505.28 |
| 1040 GRANT ROAD ASSOCIATES III | PO BOX 7365 | SAN FRANCISCO | CA | 94120- Utilities | | 24,519.08 |
| SIDNEY FAMILY LIMITED PARTNERSHIP | 220 30TH STREET | MANHATTAN BEACH | CA | 90266 Rent | | 24,557.00 |
| IGS ENERGY | PO BOX 936613 | ATLANTA | GA | 31193- Utilities | | 24,671.96 |
| TUCCORI HOLDING CO LP | 806 MANDANA BLVD | OAKLAND | CA | 94610 Rent | | 24,704.39 |
| GARDA CL WEST INC | 3209 MOMENTUM PLACE | CHICAGO | IL | 60689- Other Operating | | 24,732.71 |
| PEPPERTREE SOFTWARE INC | 1027 IRIS CT | CARLSBAD | CA | 92011 Other Operating | | 25,250.00 |
| LPF SAN JOSE RETAIL INC | 25184 NETWORK PLACE | CHICAGO | IL | 60673- Rent | | 25,315.91 |
| FRANCISCAN AAH | 5901 W CENTURY BLVD #700 | LOS ANGELES | CA | 90045 Rent | | 25,393.15 |
| KIMCO REALTY CORPORATION | PO BOX 62045 | NEWARK | NJ | 7101 Rent | | 25,789.54 |
| LAS COLINAS COMPANY | 600 S JEFFERSON STE M | PLACENTIA | CA | 92870 | | 25,805.41 |
| QF & V LLC | QUALITY FRUIT & VEG CO | EL PASO | TX | 79906 | | 25,900.45 |
| AK VALENCIA HOLDINGS LLC | PO BOX 847134 | LOS ANGELES | CA | 90084- Other Operating | | 25,936.00 |
| MICHAEL J HISER | PO BOX 2416 | SOUTH PORTLAND | ME | 4116 Rent | | 25,957.73 |
| U B KLEM FURNITURE CO INC | 3861 E SCHNELLVILLE RD | ST ANTHONY | IN | 47575 Capital Spending | | 25,962.67 |
| Dr Pepper/Seven Up, Inc. | Po Box 409501 | Atlanta | GA | 30384- Food | | 26,092.00 |
| FISHBOWL INC | PO BOX 740513 | ATLANTA | GA | 30374- Other Operating | | 26,280.00 |
| Crestone Group, Llc | 5927 Farnsworth Ct | Carlsbad | CA | 92008 Food | | 26,486.20 |
| ROUBIN ASSOCIATES LLC | 8550 LEE HIGHWAY  STE 700 | FAIRFAX | VA | 22031 Rent | | 26,497.88 |
| STARTS PACIFIC INC | 1219 EL PRADO AVE | TORRANCE | CA | 90501 Rent | | 27,167.34 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| Blommer Chocolate Company Of California | | | | | | |
| | PO BOX 848153 | Los Angeles | CA | 90084- | Food | 27,720.00 |
| Rembrandt Enterprises Inc | Rembrandt Foods | Palatine | IL | 60055- | Food | 28,183.80 |
| LOZANO PLUMBING SERIVCES INC | PO BOX 53137 | RIVERSIDE | CA | 92517 | | 28,215.93 |
| CAMDEN HOUSE  LLC | 1420 MIRAVALLE AVE | LOS ALTOS | CA | 94024 | Rent | 28,496.43 |
| DAYMARK FOOD SAFETY SYSTEMS | 12836 South Dixie Hwy. | Bowling Green | OH | 43402 | Other Operating | 29,021.39 |
| Refrigiwear Inc | Po Box 402366 | Atlanta | GA | 30384- | Ryder | 29,108.79 |
| Dot Foods Inc. | #774529 | Chicago | IL | 60677- | Food | 29,521.29 |
| Victor Packing, Inc | 11687 Road 27 1/2 | Madera | CA | 93637 | Food | 29,791.91 |
| Pasta Piccinini, Inc | 950 N. Fair Oaks Avenue | Pasadena | CA | 91103 | Food | 29,963.47 |
| SA ANASTASIA LLC | 4030 BIRCH STREET STE 100 | NEWPORT BEACH | CA | 92660 | Rent | 30,090.65 |
| COSTCO WHOLESALE CORPORATION | 999 LAKE DRIVE | ISSAQUAH | WA | 98027 | Rent | 30,465.33 |
| BURGUNDY BEAR LTD | 5955 CORONADO LANE | PLEASANTON | CA | 94588 | Rent | 30,972.25 |
| DAN HOLTZMAN | 159 E MANCHESTER AVE | LOS ANGELES | CA | 90003 | Rent | 31,151.48 |
| GOLDEN WAY MECHANICAL INC | 6333 S SANTE FE DR  STE C | LITTLETON | CO | 80120 | | 31,297.45 |
| Handgards, Inc. | Po Box 95139 | Chicago | IL | 60694 | Other Operating | 31,300.84 |
| Riverside Public Utilities | City Of Riverside Public Util. | Riverside | CA | 92522- | Utilities | 31,684.58 |
| DUKE ENERGY | PO BOX 1004 | CHARLOTTE | NC | 28201 | Utilities | 32,110.26 |
| SHIH PROPERTIES INC | 1245 E LAS TUNAS DRIVE | SAN GABRIEL | CA | 91776- | Rent | 32,479.00 |
| LOS ANGELES DEPARTMENT OF WATER | PO BOX 30808 | LOS ANGELES | CA | 90030 | Utilities | 32,688.14 |
| SunGold Foods Inc | PO Box 1187 | Fargo | ND | 58107- | Food | 32,800.00 |
| County Fair Food Products | P O Box 220 | Farmington | CA | 95230 | Food | 32,854.35 |
| COMPLETE OFFICE | PO BOX 4318 | CERRITOS | CA | 90703 | Other Operating | 32,892.82 |
| Cup4Cup LLC | 6540 Washington Street | Yountville | CA | 94559 | Food | 33,048.00 |
| MERRILL COMMUNICATIONS LLC | PO BOX 74007252 | CHICAGO | IL | 60674- | Debt Issuance Cost | 34,234.75 |
| CLPF - CLAIREMONT MESA LP | PO BOX 101705 | PASADENA | CA | 91189- | Rent | 34,342.55 |
| Scenic Fruit Co. | 7510 Se Altman Rd | Gresham | OR | 97080 | Food | 34,545.00 |
| DEL AMO ASSOCIATESLLC | PO BOX 4795 | HAYWARD | CA | 94540- | Rent | 34,620.53 |
| LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS I | PO BOX 733372 | DALLAS | TX | 75373-3372 | | 34,862.73 |
| BRAND IQ LLC | 1915 HYPERION AVE | LOS ANGELES | CA | 90027 | Other Operating | 35,000.00 |
| Conagra Foods Sales, Llc | 12132 Collections Center Drive | Chicago | IL | 60693 | Food | 35,178.20 |
| INTERFACE SECURITY SYSTEMS HOLDINGS INC | 8339 SOLUTIONS CENTER | CHICAGO | IL | 60677 | | 35,261.48 |
| ECOLAB PEST CONTROL | 26252 NETWORK PLACE | CHICAGO | IL | 60673- | Other Operating | 35,534.04 |
| Sunopta Grains And Foods, Inc | Po Box 74008363 | Chicago | IL | 60674- | Food | 35,673.00 |
| TECHNICAL AIR SERVICE CORP | 511 EAST PROSPECT RD | OAKLAND PARK | FL | 33334 | Other Operating | 37,441.58 |
| Sugar Foods Corporation | 24799 Network Place | Chicago | IL | 60673- | Food | 37,837.80 |
| Silver Lining Amenities, Inc | PO Box 102318 | Pasadena | CA | 91189- | Other Operating | 38,699.90 |
| EAGLE TRADING INTERNATIONAL CORP | 6255 W HOWARD ST | NILES | IL | 60714 | Capital Spending | 39,859.25 |
| Amercare | Po Box 645300 | Cincinnati | OH | 45264 | Other Operating | 40,075.22 |
| FRESHPOINT DENVER | PO BOX 815219 | DALLAS | TX | 75381 | | 40,315.12 |
| FEDERAL HEATH SIGN CO LLC | DEPT 41283 | DALLAS | TX | 75265 | 2nd amendment Remodel | 40,717.99 |
| BDO USA LLP | PO BOX 677973 | DALLAS | TX | 75267-7973 | | 41,807.50 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| DUESENBERG INVESTMENT CO | WHOLESALE LOCKBOX #511302 | LOS ANGELES | CA | 90051- | Utilities | 42,108.05 |
| WEST BERNARDO CORPORATE LLC | PO BOX 124546 | SAN DIEGO | CA | 92112 | Rent | 43,129.99 |
| The Republic Of Tea | P.O. Box 843410 | Kansas City | MO | 64184- | Food | 43,131.45 |
| SYCAMORE BUSINESS PARK LLC | PO BOX 6181 | HICKSVILLE | NY | 11802- | Rent | 43,650.32 |
| TPF EQUITY REIT OPERATING PARTNERSHIP LP | INVESTORS LLC | PHOENIX | AZ | 85016 | Rent | 43,743.96 |
| Passport Foods (SVC), LLC fka SCI ABC, LLC | Po Box 840788 | Los Angeles | CA | 90084- | Food | 44,054.60 |
| WEINGARTEN REALTY INVESTORS | PO BOX 301074 | DALLAS | TX | 75303- | Rent | 44,941.99 |
| ARAMARK UNIFORM SERVICES | 22808 NETWORK PLACE | CHICAGO | IL | 60673-1228 | | 46,895.50 |
| National Sugar Marketing, Llc | Po Box 83257 | Chicago | IL | 60691- | Food | 46,942.36 |
| Golden West Trading | Us Bank Lockbox | Los Angeles | CA | 90051 | Food | 47,000.00 |
| Dr. Praeger's Sensible Foods, Inc | 5 Boumar Place | Elmwood Park | NJ | 7407 | Food | 47,623.80 |
| Essity Professionals Hygiene | North America Llc | Carol Stream | IL | 60132- | Other Operating | 47,760.65 |
| The Neil Jones Food Company | P.O. Box 842476 | Dallas | TX | 75284- | Food | 49,143.69 |
| CAPITOL NEWS COMPANY LLC | 30252 TOMAS STE 200 | RANCHO SANTA MARGARIT | CA | 92688 | Other Operating | 49,975.38 |
| Daisy Brands, Inc. | Po Box 675058 | Dallas | TX | 75267- | Food | 50,652.45 |
| FRESHPOINT ATLANTA | 1200 OAKLEY INDUSTRIAL BLVD | FAIRBURN | GA | 30213 | | 50,941.85 |
| Bunge Oils, Inc | PO Box 842453 | Boston | MA | 02284- | Food | 52,060.80 |
| Diamond Crystal Brands | Po Box 100178 | Pasadena | CA | 91189- | Food | 52,273.49 |
| PROCESS INC | 16766 BERNARDO CENTER DRIVI | SAN DIEGO | CA | 92128 | | 52,704.81 |
| DK CONNECTIONS LLC | PO BOX 844981 | LOS ANGELES | CA | 90084- | Other Operating | 55,255.78 |
| RFG CONSTRUCTION INC | 14354 CARMENITA RD | NORWALK | CA | 90650 | Other Operating | 57,760.78 |
| SUSTAINABLE SUPPLY LLC | 8810 B W 116TH CIR | BROOMFIELD | CO | 80021 | 2nd amendment Remodel | 58,263.66 |
| ECOLAB INC | PO BOX 70343 | CHICAGO | IL | 60673 | | 58,340.08 |
| Nestle Usa Inc. | P.O. Box 3637 | Boston | MA | 02241- | Food | 58,913.89 |
| Oregon Potato Company | Willmette Valley Fruit Company | Pasco | WA | 99302 | Food | 59,032.50 |
| Pacific Cheese | Po Box 1017360 | Pasadena | CA | 91189- | Food | 59,559.60 |
| TRIPLE B CORPORATION | PO BOX 24606 | SEATTLE | WA | 98124 | | 59,802.58 |
| Challenge Dairy Products, Inc. | Po Box 742266 | LOS ANGELES | CA | 90074 | Food | 62,186.51 |
| JC FOODSERVICE INC | 829 MONTEREY PASS RD | MONTEREY PARK | CA | 91754 | Other Operating | 63,017.19 |
| SCHOENMANN PRODUCE CO INC | 6950 NEUHAUS ST | HOUSTON | TX | 77061 | | 63,316.04 |
| FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188- | Utilities | 63,799.54 |
| Sunrise Growers, Inc. | Po Box 74008362 | Chicago | IL | 60674- | Food | 66,355.20 |
| Superior Paper & Plastics, Inc | 1930 E. 65Th Street | Los Angeles | CA | 90001- | Other Operating | 66,986.44 |
| PG AND E | BOX 997300 | SACRAMENTO | CA | 95899- | Utilities | 67,322.12 |
| Interstate Meat Co. Inc. | DBA Sterling Pacific Meat Co. | Commerce | CA | 90040 | Food | 69,542.00 |
| Ornua Ingredients North America | N7630 CTY HWY BB | Hilbert | WI | 54129 | Food | 72,821.67 |
| Castle Importing Inc. | 14550 Miller Ave. | Fontana | CA | 92336 | Food | 74,252.40 |
| Seneca Foods Corporation | P.O. Box 99930 | Chicago | IL | 60696 | Food | 76,981.78 |
| Hickman's Egg Ranch, Inc. | 6515 South Jackrabbit Trail | Buckeye | AZ | 85326 | Food | 77,576.51 |
| Kent Precision Foods Group Inc | 26948 Network Place | Chicago | IL | 60673- | Food | 77,814.03 |
| INFOSYNC SERVICES | 1938 N WOODLAWN | WICHITA | KS | 67208- | Other Operating | 78,410.26 |
| Clearwater Fine Foods Usa Inc | Po Box 12416 | Newark | NJ | 07101- | Food | 83,680.80 |

SOFA 3 - Payments to Creditors within 90 Days of Filing

| Ccreditor Name | Address1 | City | State | Zip | Category | Total Payments |
|---|---|---|---|---|---|---|
| SLM WASTE AND RECYCLING SERVICES INC | PO BOX 782678 | PHILADELPHIA | PA | 19178 | Other Operating | 83,995.67 |
| ROSINA FOOD PRODUCTS, INC. | Po Box 74008147 | Chicago | IL | 60674 | Food | 84,016.80 |
| Ken's Foods | Po Box 6197 | Boston | MA | 02212 | Food | 88,622.78 |
| ANDREWS REFRIGERATION INC | 5617 E HILLERY DR | SCOTTSDALE | AZ | 85254-2449 | | 89,476.35 |
| A. Zerega'S Sons, Inc. | Po Box 36341 | Newark | NJ | 07188 | Food | 98,930.88 |
| Atalanta Corporation. | Po Box 74008466 | Chicago | IL | 60674 | Food | 100,830.53 |
| Leprino Foods Company | Lockbox #774484 | Chicago | IL | 60677 | Food | 103,193.46 |
| ARDENT MILLS, LLC | Po Box 419204 | Boston | MA | 02241 | Food | 104,626.02 |
| LIAZON CORPORATION | PO BOX 8000 | BUFFALO | NY | 14267 | Payroll | 105,168.76 |
| FRESHPOINT CENTRAL FLORIDA | 8801 EXCHANGE DRIVE | ORLANDO | FL | 32809 | | 107,069.91 |
| MEDIA DESIGN GROUP LLC | 1964 WESTWOOD BLVD STE 350 | LOS ANGELES | CA | 90025 | Other Operating | 115,544.00 |
| SAN DIEGO GAS AND ELECTRIC | PO BOX 25111 | SANTA ANA | CA | 92799- | Utilities | 115,556.94 |
| Vollrath Company Inc | 75 REMITTANCE DR STE 3022 | CHICAGO | IL | 60675- | Capital Spending | 119,129.07 |
| FRESHPOINT CENTRAL FL INC | FRESHPOINT WEST COAST FL | TAMPA | FL | 33610 | | 124,366.19 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 300 | ROSEMEAD | CA | 91772- | Utilities | 128,969.09 |
| WILLIE ITULE PRODUCE INC | 301 N 45TH AVE | PHOENIX | AZ | 85043 | | 129,332.08 |
| FRESHPOINT CENTRAL | 5900 N GOLDEN STATE | TURLOCK | CA | 95382 | | 131,314.19 |
| JB PASSMORE INC | 6575 W LOOP S STE 500 | BELLAIRE | TX | 77401 | | 134,549.79 |
| FRESHPOINT SOUTH FLORIDA INC | 2300 NW 19TH STREET | POMPANO BEACH | FL | 33069 | | 134,810.74 |
| Custom Culinary, Inc. | Po Box 205922 | Dallas | TX | 75320- | Food | 135,591.44 |
| Ecolab Incorported | P.O. Box 100512 | Pasadena | CA | 91189- | Other Operating | 144,660.85 |
| Ventura Foods Llc | 26259 Network Place | Chicago | IL | 60673- | Food | 153,783.59 |
| Saputo Cheese Usa Inc. | File 56152 | Los Angeles | CA | 90074- | Food | 164,681.48 |
| SAGENET LLC | PO BOX 843553 | KANSAS CITY | MO | 64184- | Other Operating | 166,912.08 |
| STELLAR LOYALTY INC | 72 W ADAMS ST STE 800 | CHICAGO | IL | 60603 | Other Operating | 169,015.00 |
| RYDER TRUCK RENTAL INC | LOCKBOX FILE 56347 | Los Angeles | CA | 90074-6347 | | 169,752.35 |
| Teasdale Foods, Inc | PO Box 775508 | Chicago | IL | 90677 | Food | 174,367.34 |
| RAINDROP AGENCY INC | 1501 INDIA ST STE 103 PMB #11 | SAN DIEGO | CA | 92101 | Other Operating | 180,608.20 |
| TRAVELERS | 91287 COLLECTIONS CENTER DR | CHICAGO | IL | 60693- | Ins Prem/Claims | 187,323.00 |
| Cti-Ssi Food Services, Llc | dba CTI FOODS | Dallas | TX | 75265- | Food | 234,405.60 |
| RAMCO REFRIGERATION & AIR INC | 3921 E MIRALOMA AVE | ANAHEIM | CA | 92806- | Capital Spending | 254,047.90 |
| Ryder Truck Rental Inc. | LockBox File 56347 | Los Angeles | CA | 90074- | Ryder | 264,537.10 |
| Pepsico, Inc | 75 Remittance Dr., Suite 1884 | CHICAGO | IL | 60675- | Food | 291,620.08 |
| Smithfield | Po Box 74008622 | Chicago | IL | 60674- | Food | 320,507.20 |
| GLOBAL MEDIA SYSTEMS INC | 30252 TOMAS STE 200 | RANCHO SANTA MARGARIT | CA | 92688 | Other Operating | 333,293.65 |
| FRESHPOINT SOUTHERN | 155 N ORANGE AVE | CITY OF INDUSTRY | CA | 91744 | Other Operating | 729,809.20 |

**SOFA 4 - Insider Payments**

| Co | Home Dept | EmpID | Name | Status | Check No | Check Date | Week End Date | Charge Dept | Job Code | Earnings Code | S/H | Hours | Pay Rate | Amount | Area Coach |
|----|-----------|-------|------|--------|----------|------------|---------------|-------------|----------|---------------|-----|-------|----------|--------|------------|
| 67 | 009030 | 001000680 | Breen, Donald | A | 118754 | 5/14/2019 | 5/7/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 122268 | 5/28/2019 | 5/21/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 125782 | 6/11/2019 | 6/4/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 129283 | 6/25/2019 | 6/18/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 132833 | 7/9/2019 | 7/2/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 136402 | 7/23/2019 | 7/16/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 139965 | 8/6/2019 | 7/30/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 143547 | 8/20/2019 | 8/13/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 147080 | 9/3/2019 | 8/27/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 150667 | 9/17/2019 | 9/10/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 154211 | 10/1/2019 | 9/24/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 157755 | 10/15/2019 | 10/8/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 161305 | 10/29/2019 | 10/22/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 164828 | 11/12/2019 | 11/5/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 168343 | 11/26/2019 | 11/19/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 171862 | 12/10/2019 | 12/3/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 175424 | 12/24/2019 | 12/17/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | ADJ/GIFTCD | 12/24/2019 | 12/24/2019 | 009030 | 0120 | GFTGS | S | 0.00 | 0.00 | 480.00 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | ADJ/GIFTCD | 12/24/2019 | 12/24/2019 | 009030 | 0120 | TXGUP | S | 0.00 | 0.00 | 45.45 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 178870 | 1/7/2020 | 12/31/2019 | 009030 | 0120 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 178870 | 1/7/2020 | 12/31/2019 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 182382 | 1/21/2020 | 1/14/2020 | 009030 | 0120 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 182382 | 1/21/2020 | 1/14/2020 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 185903 | 2/4/2020 | 1/28/2020 | 009030 | 0120 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 185903 | 2/4/2020 | 1/28/2020 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 189489 | 2/18/2020 | 2/11/2020 | 009030 | 0120 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 189489 | 2/18/2020 | 2/11/2020 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 193098 | 3/3/2020 | 2/25/2020 | 009030 | 0120 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 193098 | 3/3/2020 | 2/25/2020 | 009030 | 0120 | GUARP | S | 80.00 | 0.00 | 12,592.98 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 193167 | 3/3/2020 | 3/2/2020 | 009030 | 0120 | GUARB | S | 0.00 | 0.00 | 71,684.59 | |
| 67 | 009030 | 001000680 | Breen, Donald | A | 200346 | 3/31/2020 | 3/27/2020 | 009030 | 0120 | GUARP | S | 120.00 | 0.00 | 19,380.42 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 200345 | 3/31/2020 | 3/27/2020 | 009030 | 0120 | GVACP | S | 3.08 | 161.50 | 497.42 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 118768 | 5/14/2019 | 5/7/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 122283 | 5/28/2019 | 5/21/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 122283 | 5/28/2019 | 5/21/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 122283 | 5/28/2019 | 5/21/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 122283 | 5/28/2019 | 5/21/2019 | 009025 | 9025 | SICK | S | 8.00 | 84.13 | 673.08 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 122283 | 5/28/2019 | 5/21/2019 | 009025 | 9025 | SREG | S | 72.00 | 84.13 | 6,057.70 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 125797 | 6/11/2019 | 5/28/2019 | 009025 | 9025 | VACA | S | 32.00 | 84.13 | 2,692.31 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 125797 | 6/11/2019 | 6/4/2019 | 009025 | 9025 | SREG | S | 32.00 | 84.13 | 2,692.31 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 125797 | 6/11/2019 | 6/4/2019 | 009025 | 9025 | VACA | S | 16.00 | 84.13 | 1,346.16 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 129298 | 6/25/2019 | 6/13/2019 | 009025 | 9025 | FLHOL | S | 8.00 | 84.13 | 673.08 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 129298 | 6/25/2019 | 6/18/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 129298 | 6/25/2019 | 6/18/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 129298 | 6/25/2019 | 6/18/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 129298 | 6/25/2019 | 6/18/2019 | 009025 | 9025 | SREG | S | 72.00 | 84.13 | 6,057.70 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 132848 | 7/9/2019 | 7/2/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 136418 | 7/23/2019 | 7/16/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 136418 | 7/23/2019 | 7/16/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 | |

| 67 | 009025 | 000812565 | Dorsey, Michael | A | 136418 | 7/23/2019 | 7/16/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 136418 | 7/23/2019 | 7/16/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 139981 | 8/6/2019 | 7/30/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 143563 | 8/20/2019 | 8/13/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 143563 | 8/20/2019 | 8/13/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 143563 | 8/20/2019 | 8/13/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 143563 | 8/20/2019 | 8/13/2019 | 009025 | 9025 | SICK | S | 8.00 | 84.13 | 673.08 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 143563 | 8/20/2019 | 8/13/2019 | 009025 | 9025 | SREG | S | 72.00 | 84.13 | 6,057.70 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 147096 | 9/3/2019 | 8/27/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 150683 | 9/17/2019 | 9/10/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 150683 | 9/17/2019 | 9/10/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 150683 | 9/17/2019 | 9/10/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 150683 | 9/17/2019 | 9/10/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 154227 | 10/1/2019 | 9/24/2019 | 009025 | 9025 | SREG | S | 56.00 | 84.13 | 4,711.54 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 154227 | 10/1/2019 | 9/24/2019 | 009025 | 9025 | VACA | S | 24.00 | 84.13 | 2,019.23 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 157771 | 10/15/2019 | 10/8/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 157771 | 10/15/2019 | 10/8/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 157771 | 10/15/2019 | 10/8/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 157771 | 10/15/2019 | 10/8/2019 | 009025 | 9025 | SREG | S | 40.00 | 84.13 | 3,365.39 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 157771 | 10/15/2019 | 10/8/2019 | 009025 | 9025 | VACA | S | 40.00 | 84.13 | 3,365.39 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | ADJ | 10/16/2019 | 10/16/2019 | 009025 | 9025 | SREG | S | 0.00 | 84.13 | 0.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 161321 | 10/29/2019 | 10/22/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 164844 | 11/12/2019 | 11/5/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 168359 | 11/26/2019 | 11/19/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 168359 | 11/26/2019 | 11/19/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 168359 | 11/26/2019 | 11/19/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 168359 | 11/26/2019 | 11/19/2019 | 009025 | 9025 | SREG | S | 72.00 | 84.13 | 6,057.70 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 168359 | 11/26/2019 | 11/19/2019 | 009025 | 9025 | VACA | S | 8.00 | 84.13 | 673.08 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | ADJ | 11/26/2019 | 11/26/2019 | 009025 | 9025 | SREG | S | 0.00 | 84.13 | 0.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 171878 | 12/10/2019 | 12/3/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 175440 | 12/24/2019 | 12/17/2019 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 175440 | 12/24/2019 | 12/17/2019 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 175440 | 12/24/2019 | 12/17/2019 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 175440 | 12/24/2019 | 12/17/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | ADJ/GIFTCD | 12/27/2019 | 12/27/2019 | 009025 | 9025 | GFTGS | S | 0.00 | 0.00 | 480.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | ADJ/GIFTCD | 12/27/2019 | 12/27/2019 | 009025 | 9025 | TXGUP | S | 0.00 | 0.00 | 7.06 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 178886 | 1/7/2020 | 12/31/2019 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 178886 | 1/7/2020 | 12/31/2019 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | SREG | S | 32.00 | 84.13 | 2,692.31 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 182397 | 1/21/2020 | 1/14/2020 | 009025 | 9025 | VACA | S | 48.00 | 84.13 | 4,038.48 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 185916 | 2/4/2020 | 1/28/2020 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 185916 | 2/4/2020 | 1/28/2020 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | SICK | S | 8.00 | 84.13 | 673.08 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 189502 | 2/18/2020 | 2/11/2020 | 009025 | 9025 | SREG | S | 72.00 | 84.13 | 6,057.70 |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 193111 | 3/3/2020 | 2/25/2020 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 |

| 67 | 009025 | 000812565 | Dorsey, Michael | A | 193111 | 3/3/2020 | 2/25/2020 | 009025 | 9025 | SREG | S | 80.00 | 84.13 | 6,730.78 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 193169 | 3/3/2020 | 3/2/2020 | 009025 | 9025 | BONUS | S | 0.00 | 0.00 | 10,000.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | ATOTX | S | 0.00 | 0.00 | 520.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | AUTO | S | 0.00 | 0.00 | 130.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | CELL | S | 0.00 | 0.00 | 100.00 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | FLHOL | S | 8.00 | 88.46 | 707.69 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | HSAER | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 196725 | 3/17/2020 | 3/10/2020 | 009025 | 9025 | SREG | S | 72.00 | 88.46 | 6,369.23 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 199941 | 3/31/2020 | 3/24/2020 | 009025 | 9025 | SREG | S | 40.00 | 88.46 | 3,538.46 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 200360 | 3/31/2020 | 3/27/2020 | 009025 | 9025 | VAC25 | S | 174.77 | 88.46 | 15,460.15 | |
| 67 | 009025 | 000812565 | Dorsey, Michael | A | 200484 | 5/11/2020 | 5/8/2020 | 009025 | 9025 | SREG | S | | 88.46 | 15,833.33 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 118777 | 5/14/2019 | 5/7/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 122292 | 5/28/2019 | 5/21/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 125806 | 6/11/2019 | 6/4/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 129307 | 6/25/2019 | 6/18/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 132857 | 7/9/2019 | 7/2/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 136426 | 7/23/2019 | 7/16/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 139989 | 8/6/2019 | 7/30/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 143573 | 8/20/2019 | 8/13/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 147106 | 9/3/2019 | 8/27/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 150693 | 9/17/2019 | 9/10/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 154237 | 10/1/2019 | 9/24/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 157781 | 10/15/2019 | 10/8/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 161331 | 10/29/2019 | 10/22/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 164854 | 11/12/2019 | 11/5/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 168369 | 11/26/2019 | 11/19/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 171888 | 12/10/2019 | 12/3/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 175450 | 12/24/2019 | 12/17/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | ADJ/GIFTCD | 12/27/2019 | 12/27/2019 | 009030 | 0101 | GFTGS | S | 0.00 | 0.00 | 480.00 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | ADJ/GIFTCD | 12/27/2019 | 12/27/2019 | 009030 | 0101 | TXGUP | S | 0.00 | 0.00 | 45.45 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 178896 | 1/7/2020 | 12/31/2019 | 009030 | 0101 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 178896 | 1/7/2020 | 12/31/2019 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 182407 | 1/21/2020 | 1/14/2020 | 009030 | 0101 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 182407 | 1/21/2020 | 1/14/2020 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 185926 | 2/4/2020 | 1/28/2020 | 009030 | 0101 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 185926 | 2/4/2020 | 1/28/2020 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 189512 | 2/18/2020 | 2/11/2020 | 009030 | 0101 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 189512 | 2/18/2020 | 2/11/2020 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 193122 | 3/3/2020 | 2/25/2020 | 009030 | 0101 | GEHSA | S | 0.00 | 0.00 | 10.42 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 193122 | 3/3/2020 | 2/25/2020 | 009030 | 0101 | GUARP | S | 80.00 | 0.00 | 14,184.23 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 193171 | 3/3/2020 | 3/2/2020 | 009030 | 0101 | GUARB | S | 0.00 | 0.00 | 92,165.90 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 200370 | 3/31/2020 | 3/27/2020 | 009030 | 0101 | GUARP | S | 120.00 | 0.00 | 21,885.45 | |
| 67 | 009030 | 000365559 | Haywood, John W. | A | 200369 | 3/31/2020 | 3/27/2020 | 009030 | 0101 | GVACP | S | 40.00 | 182.38 | 7,295.20 | |

Generated: 5/11/2020 2:22:49 PM

# AP Check Inquiry

### Check Dates: 5/9/2019 - 5/10/2020

All Consolidated Companies for:  GFRC Consolidation

<span style="color:red">This Report Requires Company Level Security</span>

| H | Comp | Vend ID | Vendor Name | Gp Cd | Vend Gp Name | Pay Control # | Check # | Check Date |
|---|------|---------|-------------|-------|--------------|---------------|---------|------------|
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001093 | 1009 | 6/7/2019 |
| D | 67 | 21427 | DONALD BREEN | ER | Employee | PC-00001237 | 1193 | 8/30/2019 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001254 | 1245 | 9/27/2019 |
| D | 67 | 21427 | DONALD BREEN | ER | Employee | PC-00001364 | 1408 | 11/22/2019 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001430 | 1485 | 1/3/2020 |
| D | 67 | 21427 | DONALD BREEN | ER | Employee | PC-00001470 | 1549 | 1/17/2020 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001502 | 1572 | 1/31/2020 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001511 | 1594 | 2/7/2020 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001548 | 1643 | 2/28/2020 |
| D | 67 | 20034 | JOHN HAYWOOD | ER | Employee | PC-00001088 | 990 | 5/31/2019 |

Copyright InfoSync Services and RightViewWeb.com

| # of Inv | Check Status | Method | Check Amount | Cash GL Acct | Payee |
|---|---|---|---|---|---|
| 1 | Paid | ACH | 697.13 | 11100001001 | JOHN HAYWOOD |
| 1 | Paid | ACH | 65.98 | 11100001001 | DONALD BREEN |
| 1 | Paid | ACH | 7,670.75 | 11100001001 | JOHN HAYWOOD |
| 2 | Paid | ACH | 422.67 | 11100001001 | DONALD BREEN |
| 2 | Paid | ACH | 3,562.52 | 11100001001 | JOHN HAYWOOD |
| 1 | Paid | ACH | 129.10 | 11100001001 | DONALD BREEN |
| 2 | Paid | ACH | 502.22 | 11100001001 | JOHN HAYWOOD |
| 1 | Paid | ACH | 801.07 | 11100001001 | JOHN HAYWOOD |
| 2 | Paid | ACH | 1,519.54 | 11100001001 | JOHN HAYWOOD |
| 1 | Paid | ACH | 6,503.49 | 11100001001 | JOHN HAYWOOD |

Copyright InfoSync Services and RightViewWeb.com

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| 1 | Mission Gorge | Mission Square | Tele | 619-280-7087 | Robert Suarez |
|   | (Souplantation) | 6171 Mission Gorge Rd. | Speed Dial | 8001 | Teresa Duff |
|   |  | San Diego, CA  92120 | Fax | 619-283-2769 | Angela Resendiz |
|   | Building Type: |  |  |  | Laura Juarez |
|   | In-Line |  |  |  | Stephanie Dodson |
|   | Opened:  3/1/78 |  |  |  |  |
| 2 | Point Loma | Midway Shopping Center | Tele | 619-222-7404 | Tami Henderson |
|   | (Souplantation) | 3960 West Point Loma Blvd. | Speed Dial | 8002 | Tony Resendiz |
|   |  | San Diego, CA  92110 | Fax | 619-222-2259 | Erika Canela |
|   | Building Type: |  | Catering | 619-573-7218 | Joseph Gaytan |
|   | In-Line |  |  |  | Erick Navarro |
|   | Opened:  1/2/82 |  |  |  |  |
| 3 | La Mesa | 9158 Fletcher Pkwy. | Tele | 619-462-4232 | Mike Sanders |
|   | (Souplantation) | La Mesa, CA  91942-3424 | Speed Dial | 8003 | Tatiana Penix |
|   |  |  | Fax | 619-464-1781 | Caren Estrada |
|   | Building Type: |  | Catering | 858-472-9353 | Kayla Poelstra |
|   | In-Line |  |  |  | Lisa Ebner |
|   | Opened:  2/11/86 |  |  |  |  |
| 4 | Tustin | Tustin Plaza Shopping Center | Tele | 714-730-5443 | Sandra Figueroa |
|   | (Souplantation) | 13681 Newport Ave.  1 | Speed Dial | 8004 | Ana Ochoa |
|   |  | Tustin, CA  92780-4689 | Fax | 714-730-4076 | Marcella Avalos |
|   | Building Type: |  |  |  | Melissa Davila |
|   | End Cap |  |  |  | Rochelle Martinez |
|   |  |  |  |  | Luis Giles |
|   | Opened:  8/4/86 |  |  |  | Jessica Palinkas |
| 5 | Garden Grove | Eastgate Center | Tele | 714-895-1314 | Melissa Mendoza |
|   | (Souplantation) | 5939 West Chapman Ave. | Speed Dial | 8005 | Kalen Arugay |
|   |  | Garden Grove, CA 92845-166 | Fax | 714-893-5836 | Mario Santiago |
|   | Building Type: |  |  |  | Carmen "Fatima" Fajardo |
|   | Stand Alone |  |  |  | Maribel Santoya |
|   | Opened:  12/17/86 |  |  |  |  |
| 6 | Lakewood | Lakewood Mall | Tele | 562-531-6778 | Mark Manolovits |
|   | (Souplantation) | 4720 Candlewood Street | Speed Dial | 8006 | Sergio Santos |
|   |  | Lakewood, CA 90712-1831 | Fax | 562-531-0210 | Frutoso Jaramillo |
|   | Building Type: |  |  |  | Maria Santoya |
|   | Stand Alone |  |  |  |  |
|   | Opened:  7/17/87 |  |  |  |  |
| 7 | Carlsbad | North County Plaza | Tele | 760-434-9100 | Manuel Rocha |
|   | (Souplantation) | 1860 Marron Road | Speed Dial | 8007 | Rosario Garcia |
|   |  | Carlsbad, CA  92008-1172 | Fax | 760-434-3186 | Yesenia Lopez |
|   | Building Type: |  |  |  | Gabrielle Arrozal |
|   | Stand Alone |  |  |  | Teresa Cruz |
|   | Opened:  7/29/87 |  |  |  |  |
| # | Name | Address | Phone/Fax |  |  |
| 8 | Pasadena | Pasadena Corporate Center | Tele | 626-577-4798 |  |
|   | (Souplantation) | 201 South Lake Ave. | Speed Dial | 8008 |  |
|   |  | Pasadena, CA  91101 | Fax | 858-356-6708 |  |
|   | Building Type: |  |  |  |  |
|   | End Cap |  |  |  |  |
|   | Opened:  11/23/87 |  |  |  |  |
| 9 | Mira Mesa | Mira Mesa Shopping Center ' | Tele | 858-566-1172 |  |
|   | (Souplantation) | 8105 Mira Mesa Blvd. | Speed Dial | 8009 |  |
|   |  | San Diego, CA 92126-2601 | Fax | 858-831-0735 |  |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 2/8/88 | | | | |
| 10 | Torrance | Village Del Amo | Tele | 310-540-4998 | |
| | (Souplantation) | 21309 S. Hawthorne Blvd. | Speed Dial | 8010 | |
| | | Torrance, CA  90503-5602 | Fax | 310-543-4508 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 7/27/88 | | | | |
| 11 | Arcadia | 301 E. Huntington Drive | Tele | 626-446-4248 | |
| | (Souplantation) | Arcadia, CA 91006-3747 | Speed Dial | 8011 | |
| | | | Fax | 626-446-4209 | |
| | | | | | |
| | | | | | |
| | Opened: 10/08/88 | | | | |
| 12 | Brea | Olen Pointe | Tele | 714-990-4773 | |
| | (Souplantation) | 555 Pointe Dr., Build.  2 | Speed Dial | 8012 | |
| | | Brea, CA  92821-3672 | Fax | 714-990-2973 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 10/12/88 | | | | |
| 13 | Rancho | Thomas Winery Plaza | Tele | 909-980-9690 | |
| | Cucamonga | 8966 Foothill Blvd. | Speed Dial | 8013 | |
| | (Souplantation) | Rancho Cucamonga, CA | Fax | 909-980-9452 | |
| | | 91730-3447 | | | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 4/27/89 | | | | |
| 14 | Costa Mesa | Segerstrom Center | Tele | 714-556-1903 | |
| | (Souplantation) | 1555 Adams Avenue | Speed Dial | 8014 | |
| | | Costa Mesa, CA 92626-3814 | Fax | 714-556-1430 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 5/25/89 | | | | |
| 16 | Alhambra | Price Club Plaza | Tele | 626-458-1173 | |
| | (Souplantation) | 2131 W. Commonwealth Ave | Speed Dial | 8016 | |
| | | Alhambra, CA  91803-1403 | Fax | 626-458-1161 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 9/9/89 | | | | |
| # | Name | Address | Phone/Fax | | |
| 17 | Beverly | 100 N. La Cienega Blvd. E-3 | Tele | 310-289-9610 | Veronica Parra |
| | (Souplantation) | Los Angeles, CA  90048-4124 | Speed Dial | 8017 Yesica Gomez | |
| | Building Type: | | Fax | 310-289-9614 | |
| | End Cap | | | | |
| | Opened: 9/30/89 | | | | |
| | Re-Opened 2/4/08 | | | | |
| 19 | Brentwood | Norton Plaza | Tele | 310-476-7080 | Veronica Chipagua |
| | (Souplantation) | 11911 San Vicente Blvd. | Speed Dial | 8019 Mauricio Torres | |
| | | Suite 116 | Fax | 310-476-5209 | Israel Mesta |
| | Building Type: | Los Angeles, CA  90049-5086 | | | |
| | In-Line | | | | |
| 20 | Fountain Valley | Price Club Plaza | Tele | 714-434-1814 | Jovi Virata (TSGM) |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
|  | (Souplantation) | 11179 Talbert | Speed Dial | 8020 | Lori Davis |
|  |  | Fountain Valley, CA 92708-5 | Fax | 714-434-6251 | David Jimenez |
|  | Building Type: |  |  |  | Elizabeth "Eli" De La Torre |
|  | Stand Alone |  |  |  | Maria Luna |
|  | Opened: 1/24/90 |  |  |  |  |
| 21 | Palm Harbor | 31151 US Route 19 North | Tele | 727-786-2130 | Eric Case |
|  | (Sweet Tomatoes) | Palm Harbor, FL 34684 | Speed Dial | 8021 | Anthony Coronado |
|  |  |  | Fax | 727-785-0627 | Ismael Torres |
|  | Building Type: |  |  |  | Jaclyn Wain |
|  | Stand Alone |  |  |  | Nick Fitzgerald |
|  | Opened: 1/27/90 |  |  |  | Nick Provezano |
| 22 | Pleasanton | Crossroads at Hacienda | Tele | 925-463-9285 | Lonnie Rodrigues |
|  | (Sweet Tomatoes) | 4501 Hopyard Road | Speed Dial | 8022 | Yamileth Raddavero |
|  |  | Suite 1 | Fax | 925-463-5676 | Daniel Santiago |
|  | Building Type: | Pleasanton, CA 94588-2765 |  |  |  |
|  | End Cap |  |  |  |  |
|  | Opened: 3/17/90 |  |  |  |  |
| 24 | Sunnyvale | Price Club Plaza | Tele | 408-730-8117 | Charles Greenlee |
|  | (Sweet Tomatoes) | 1210 Kifer Rd. | Speed Dial | 8024 | Celida Buenrostro |
|  |  | Sunnyvale, CA 94086-5324 | Fax | 408-627-8437 | Iveeth Fierros |
|  | Building Type: |  | Catering | 858-776-6648 | Hayley Fragulia |
|  | Stand Alone |  |  |  | Ngan Ngo |
|  |  |  |  |  | Debra Kane |
|  | Opened: 5/26/90 |  |  |  | Janet Villareal |
| 26 | San Bernardino | The Plaza | Tele | 909-381-4772 | Greg Perez |
|  | (Souplantation) | 228 West Hospitality Lane | Speed Dial | 8026 | Heidi Schroth |
|  |  | San Bernardino, CA 92408-3 | Fax | 909-381-2489 | Maria "Isis" Martinez |
|  | Building Type: |  |  |  | Savannah Fessenden |
|  | End Cap |  |  |  |  |
|  | Opened: 5/18/92 |  |  |  |  |
| 27 | Largo | Largo Mall | Tele | 727-584-9100 | Ray Trudell |
|  | (Sweet Tomatoes) | 13101 Seminole Blvd. | Speed Dial | 8027 | Mary Sobush |
|  |  | Largo, FL 33778-2127 | Fax | 727-586-0546 | Kariel Gonzlalez |
|  | Building Type: |  |  |  | Enrique Perez |
|  | Stand Alone |  |  |  |  |
|  | Opened: 9/14/92 |  |  |  |  |
| # | Name | Address | Phone/Fax |  |  |
| 28 | Rancho Bernardo | Park Terrace Office Park | Tele | 858-675-3353 |  |
|  | (Souplantation) | 17210 Bernardo Center Dr. | Speed Dial | 8028 |  |
|  |  | San Diego, CA 92128 | Fax | 858-675-1683 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened: 1/30/93 |  |  |  |  |
| 29 | Fremont | Princeton Gateway Plaza | Tele | 510-494-0300 |  |
|  | (Sweet Tomatoes) | 39370 Paseo Padre Pkwy. | Speed Dial | 8029 |  |
|  |  | Fremont, CA 94538-1629 | Fax | 510-793-1398 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened: 2/22/93 |  |  |  |  |
| 30 | Carrollwood | Marketplace North | Tele | 813-960-5220 |  |
|  | (Sweet Tomatoes) | 14703 North Dale Mabry Hw | Speed Dial | 8030 |  |
|  |  | Tampa, FL 33618-2025 | Fax | 813-960-9676 |  |
|  | Building Type: |  |  |  |  |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | End Cap | | | | |
| | Opened: 6/14/93 | | | | |
| 32 | Laguna Niguel | Aliso Village | Tele | 949-831-6055 | |
| | (Souplantation) | 23870 Aliso Creek Rd. | Speed Dial | | 8032 |
| | | Laguna Niguel, CA 92677-39( | Fax | 949-831-6071 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 7/19/93 | | | | |
| 33 | Del Mar | Piazza Carmel | Tele | 858-481-3225 | |
| | (Souplantation) | 3804 Valley Centre Drive | Speed Dial | | 8033 |
| | | San Diego, CA 92130-2331 | Fax | 858-720-1061 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 9/13/93 | | | | |
| 34 | Fresno North | Woodward Centre | Tele | 559-435-5797 | |
| | (Sweet Tomatoes) | 7114 North Fresno St. | Speed Dial | | 8034 |
| | | Fresno, CA 93720-2905 | Fax | 559-435-5198 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 10/11/93 | | | | |
| 35 | Scottsdale | Pavilions II | Tele | 480-269-8680 | |
| | (Sweet Tomatoes) | 9029 E. Indian Bend Rd. | Speed Dial | | 8035 |
| | | Scottsdale, AZ 85250-8521 | Fax | 480-362-1064 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 2/14/94 | | | | |
| 36 | Tempe | Tempe City Center | Tele | 480-831-1600 | |
| | (Sweet Tomatoes) | 1410 East Southern Ave. | Speed Dial | | 8036 |
| | | Tempe, AZ 85282-5612 | Fax | 480-456-3817 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 2/15/95 | | | | |
| # | Name | Address | Phone/Fax | | |
| 37 | Tampa | 1902 No. Dale Mabry Hwy. | Tele | 813-874-6566 | |
| | (Sweet Tomatoes) | Tampa, FL 33607-2522 | Speed Dial | | 8037 |
| | | | Fax | 813-874-1419 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 7/2/95 | | | | |
| 38 | Brandon | Brandon Crossings | Tele | 813-661-0803 | |
| | (Sweet Tomatoes) | 10017 Adamo Drive | Speed Dial | | 8038 |
| | | Tampa, FL 33619-2619 | Fax | 813-661-3493 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 8/08/95 | | | | |
| 40 | Plantation | The Fountains | Tele | 954-452-7364 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | (Sweet Tomatoes) | 801 S. University Drive | Speed Dial | | 8040 |
| | | Suite K101 | Fax | 954-452-0367 | |
| | Building Type: | Plantation, FL 33324-3334 | | | |
| | In-Line | | | | |
| | Opened: 4/29/96 | | | | |
| 41 | Tucson Mall | Tucson Mall | Tele | 520-293-3343 | |
| | (Sweet Tomatoes) | 4420 North Stone | Speed Dial | | 8041 |
| | | Tucson, AZ 85705-1603 | Fax | 520-293-0243 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 5/8/96 | | | | |
| 43 | Arrowhead | Arrowhead Mall | Tele | 623-487-0307 | |
| | (Sweet Tomatoes) | 7565 West Bell Road | Speed Dial | | 8043 |
| | | Suite 1 | Fax | 623-487-4027 | |
| | Building Type: | Peoria, AZ 85382-3829 | | | |
| | Stand Alone | | | | |
| | | | | | |
| | Opened: 6/3/96 | | | | |
| 44 | Ahwatukee | Ahwatukee Foothills | Tele | 480-705-8774 | |
| | (Sweet Tomatoes) | 4723 E. Ray Road | Speed Dial | | 8044 |
| | | Suite 1 | Fax | 480-705-0204 | |
| | Building Type: | Phoenix, AZ 85044-6230 | | | |
| | End Cap | | | | |
| | Opened: 7/15/96 | | | | |
| 45 | Sarasota | The Landings | Tele | 941-922-4908 | |
| | (Sweet Tomatoes) | 4994 South Tamiami Trail | Speed Dial | | 8045 |
| | | Sarasota, FL 34231-4354 | Fax | 941-923-6713 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 7/29/96 | | | | |
| 46 | Albuquerque I | 4901 San Mateo Blvd. NE | Tele | 505-888-6131 | |
| | (Sweet Tomatoes) | Albuquerque, NM 87109-24( | Speed Dial | | 8046 |
| | | | Fax | 505-888-6118 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 9/16/96 | | | | |
| # | Name | Address | Phone/Fax | | |
| 47 | Albuquerque II | Black Ranch | Tele | 505-898-2171 | |
| | (Sweet Tomatoes) | 10126 Coors Boulevard Nortl | Speed Dial | | 8047 |
| | | Albuquerque, NM 87114-40; | Fax | 505-898-1337 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| ` | Opened: 10/16/96 | | | | |
| 48 | Tucson II | 6202 E. Broadway | Tele | 520-747-3864 | |
| | (Sweet Tomatoes) | Tucson, AZ 85711-4008 | Speed Dial | | 8048 |
| | | | Fax | 520-747-5497 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 12/09/96 | | | | |
| 49 | Fort Myers | Don Jacobs Center | Tele | 239-489-1150 | |
| | (Sweet Tomatoes) | 14080 South Tamiami Trail | Speed Dial | | 8049 |
| | | Fort Myers, FL 33912-1632 | Fax | 239-489-1973 | |
| | Building Type: | | | | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | Stand Alone | | | | |
| | Opened: 1/9/97 | | | | |
| 50 | Altamonte Sprgs. | 474 W. State Road 436 | Tele | 407-869-5550 | |
| | (Sweet Tomatoes) | Altamonte Springs, FL | Speed Dial | 8050 | |
| | | 32714-4147 | Fax | 407-869-6440 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 01/01/97 | | | | |
| 51 | Hollywood | Oakwood Plaza | Tele | 954-923-9444 | |
| | (Sweet Tomatoes) | 2906 Oakwood Blvd. | Speed Dial | 8051 | |
| | | Hollywood, FL 33020-7122 | Fax | 954-923-4677 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | | | | | |
| | Opened: 8/4/97 | | | | |
| 52 | Ft. Lauderdale | Cypress Creek Station | Tele | 954-771-7111 | |
| | (Sweet Tomatoes) | 6245 N. Andrews Ave. | Speed Dial | 8052 | |
| | Building Type: | Ft. Lauderdale, FL 33309-213 | Fax | 954-771-0659 | |
| | Stand Alone | | | | |
| | Opened: 9/29/97 | | | | |
| 53 | Overlook | Overlook at Union Park | Tele | 801-352-9980 | |
| | (Sweet Tomatoes) | 7455 S. Union Park Ave. | Speed Dial | 8053 | |
| | | Midvale, UT 84047-1811 | Fax | 801-352-7445 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 9/29/97 | | | | |
| 54 | Centennial | Centennial Square | Tele | 801-352-9001 | |
| | (Sweet Tomatoes) | 10060 S. State St. | Speed Dial | 8054 | |
| | | Sandy, UT 84070-4126 | Fax | 801-352-2662 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 11/21/97 | | | | |
| # | Name | Address | Phone/Fax | | |
| 55 | Coral Springs | 1850 University Drive | Tele | 954-255-3800 | Angelina Nava |
| | (Sweet Tomatoes) | Coral Springs, FL 33071-603 | Speed Dial | 8055 | Renel Pierre |
| | | | Fax | 954-255-9440 | Marie Ange Corvil |
| | Building Type: | | | | Alissa Rink |
| | Stand Alone | | | | Kaylee Christian |
| | Opened: 12/18/97 | | | | Rosetta Bain |
| 56 | Las Vegas | Best in the West Shopping Ce | Tele | 702-648-1957 | Candice De Lanis (TSGM) |
| | (Sweet Tomatoes) | 2080 N. Rainbow Blvd. | Speed Dial | 8056 | April Preisler |
| | | Las Vegas, NV 89108-7049 | Fax | 702-647-5363 | Mike Trujillo |
| | Building Type: | | | | Romeo Ordonez |
| | Stand Alone | | | | Anthony Regalado |
| | Opened: 2/23/98 | | | | |
| 57 | Vancouver | Mill Plain One P.U.D | Tele | 360-891-0240 | Stephen King |
| | (Sweet Tomatoes) | 12601 SE 2nd Circle | Speed Dial | 8057 | Chris Olen |
| | | Vancouver, WA 98684-6059 | Fax | 360-891-3107 | Nichole Thorpe |
| | Building Type: | | | | Jasmin Sepulveda-Lombera |
| | Stand Alone | | | | |
| | Opened: 7/20/98 | | | | |
| 58 | Barrett | Barrett Lakes Center | Tele | 770-429-5522 | Kallie Nauertz |
| | (Sweet Tomatoes) | 1125 Ernest Barrett Pkwy. | Speed Dial | 8058 | Helen Bozo |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | | Kennesaw, GA  30144-4534 | Fax | 770-429-3225 | Erin O'Connell |
| | Building Type: | | | | Irene Escueta |
| | Stand Alone | | | | Josh Ellis |
| | Opened:  7/27/98 | | | | Natalie Seesholtz |
| 59 | Houston I | 8775 Katy Fwy. | Tele | 713-365-9594 | Nicole Reichling |
| | (Sweet Tomatoes) | Houston, TX  77024-1703 | Speed Dial | 8059 | Rodrigo Flores |
| | | | Fax | 713-365-9741 | Ashlie Tuttle |
| | Building Type: | | | | Efren Solis |
| | Stand Alone | | | | Jeff Knox |
| | Opened:  8/3/98 | | | | Yeyni Batalla |
| 60 | Gwinnett | Gwinnett Place Mall | Tele | 770-418-1148 | Craig Fitzgerald (LDGM) |
| | (Sweet Tomatoes) | 3505 Mall Blvd. | Speed Dial | 8060 | Fabiola Ramirez-Vasquez |
| | | Duluth, GA  30096-4710 | Fax | 770-418-0751 | Andrea Herbener |
| | Building Type: | | | | Laura Orasco |
| | Stand Alone | | | | Luz Garcia |
| | Opened:  8/10/98 | | | | |
| 61 | Perimeter | Costco Center | Tele | 770-913-0203 | Yvette Alcazar (TSGM) |
| | (Sweet Tomatoes) | 6340 Peachtree-Dunwoody R | Speed Dial | 8061 | Oscar Terry |
| | | Atlanta, GA  30328 | Fax | 770-352-9253 | Christal Stanley |
| | Building Type: | | Catering | 770-913-0936 | Kimberly Massengale |
| | Stand Alone | | | | |
| | Opened:  9/21/98 | | | | |
| 62 | Beaverton | Corporate Center at Cornell ( | Tele | 503-439-0850 | Shawnna Steele |
| | (Sweet Tomatoes) | 1225 N.W. Waterhouse Ave. | Speed Dial | 8062 | Gabriel Alvarez |
| | | Beaverton, OR  97006-5700 | Fax | 503-439-1430 | Robert Croskrey |
| | Building Type: | | Catering | 858-472-9042 | Becky Gross |
| | Stand Alone | | | | Jarene Miller |
| | | | | | Jose Almiralla |
| | | | | | Jose Escalante |
| | | | | | Rosi Toro |
| | Opened:  12/7/98 | | | | Cassie Oroian |
| # | Name | Address | Phone/Fax | | |
| 63 | Orange Park | 1625 Wells Rd. | Tele | 904-269-6116 | |
| | (Sweet Tomatoes) | Orange Park, FL  32073 | Speed Dial | 8063 | |
| | | | Fax | 904-269-5455 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened:  3/8/99 | | | | |
| 64 | Raleigh | One No. Commerce Center | Tele | 919-871-0310 | |
| | (Sweet Tomatoes) | 5200 Capital Blvd. | Speed Dial | 8064 | |
| | | Raleigh, NC  27616 | Fax | 919-871-0799 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened:  3/8/99 | | | | |
| 65 | Houston II | Willowbrook Mall | Tele | 281-890-1133 | |
| | (Sweet Tomatoes) | 17240 Tomball Pkwy. | Speed Dial | 8065 | |
| | | Houston, TX  77064 | Fax | 281-890-6121 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened:  3/22/99 | | | | |
| 66 | Alpharetta | North Point Commons | Tele | 770-777-9500 | |
| | (Sweet Tomatoes) | 950 North Point Drive | Speed Dial | 8066 | |
| | Building Type: | Alpharetta, GA  30005 | Fax | 770-777-9600 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | Stand Alone | | | | |
| | Opened: 6/14/99 | | | | |
| 67 | Aurora | Southeast Rest. Commons | Tele | 303-745-4664 | |
| | (Sweet Tomatoes) | 14015 East Evans | Speed Dial | 8067 | |
| | Building Type: | Aurora, CO 80014 | Fax | 303-745-1008 | |
| | Stand Alone | | | | |
| | Opened: 7/12/99 | | | | |
| 68 | Henderson | Galleria Corporate Center | Tele | 702-933-1212 | |
| | (Sweet Tomatoes) | 375 North Stephanie St. | Speed Dial | 8068 | |
| | | Suite 111 | Fax | 702-933-1218 | |
| | Building Type: | Henderson, NV 89014 | | | |
| | Stand Alone | | | | |
| | | | | | |
| | Opened: 7/26/99 | | | | |
| 69 | Westminster | Westminster Rest. Plaza | Tele | 303-427-4004 | |
| | (Sweet Tomatoes) | 8971 Yates Street | Speed Dial | 8069 | |
| | | Westminster, CO 80031 | Fax | 303-427-2203 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | | | | | |
| | Opened: 8/23/99 | | | | |
| 70 | Clackamas | Sunnybrooke Center | Tele | 503-794-2921 | |
| | (Sweet Tomatoes) | 13011 SE 84th Ave. | Speed Dial | 8070 | |
| | | Clackamas, OR 97015 | Fax | 503-794-9888 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 8/23/99 | | | | |
| # | Name | Address | Phone/Fax | | |
| 71 | Littleton | Bowles Crossing Shopping Ce | Tele | 303-978-0455 | Lori Wagner (RGM) |
| | (Sweet Tomatoes) | 7736 West Long Drive | Speed Dial | 8071 | Rosa Capelo |
| | | Littleton, CO 80123 | Fax | 303-978-1965 | Alyssa Martinez |
| | Building Type: | | | | Christopher Lake |
| | Stand Alone | | | | Michael Mortimer |
| | Opened: 9/13/99 | | | | Saramilvitl "Sara" Romero- |
| 72 | Orlando I | International Festival | Tele | 407-363-1616 | Jeffrey St. Laurent |
| | (Sweet Tomatoes) | 6877 South Kirkman Rd. | Speed Dial | 8072 | Luis Peacker |
| | | Orlando, FL 32819 | Fax | 407-363-1159 | Nallely Santibanes |
| | Building Type: | | | | Adam Elwan |
| | Stand Alone | | | | Adam Elwan |
| | Opened: 10/25/99 | | | | Litamar Jimenez Gonzalez |
| 73 | Kearny Mesa | McGrath Court Retail Center | Tele | 858-715-6824 | Fernando Quintanar |
| | (Souplantation) | 7095 Clairemont Mesa Blvd. | Speed Dial | 8073 | Ivan Lopez |
| | | San Diego, CA 92111-1002 | Fax | 858-715-8304 | Karina Radilla |
| | Building Type: | | Catering | 858-472-9037 | Asucena "Suzy" Reyes |
| | Stand Alone | | | | Brenda Hernandez |
| | Opened: 10/11/99 | | | | Henry Canizalez |
| 74 | Orlando II | Colonial Promenade | Tele | 407-896-8770 | Steve Tews (LDGM) |
| | (Sweet Tomatoes) | 4678 E. Colonial Drive | Speed Dial | 8074 | Mirielys Martinez |
| | | Orlando, FL 32803-4357 | Fax | 407-896-6265 | Jackwon Cherelus |
| | Building Type: | | | | Jayner Fernandez |
| | End Cap | | | | Lauren Fernandez |
| | Opened: 10/11/99 | | | | |
| 75 | Jacksonville | Regency Mall | Tele | 904-722-9889 | Elaine Lockwood |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | (Sweet Tomatoes) | 1115 Mary Susan Drive | Speed Dial | 8075 | Christian Perkins |
| | | Jacksonville, FL 32246 | Fax | 904-722-9890 | William Lussier |
| | Building Type: | | | | Brooke Bernier |
| | Stand Alone | | | | Robert Schneider |
| | Opened: 11/15/99 | | | | |
| 76 | Stafford | The Fountains Shopping Cent | Tele | 713-234-0962 | Connie Contreras (TSGM) |
| | (Sweet Tomatoes) | 12540 Sugardale Drive | Speed Dial | 8076 | Terri Alvarez |
| | | Stafford, TX 77477-3702 | Fax | 281-240-1411 | Nestor Ortega |
| | Building Type: | | | | Herlinda Cortez |
| | Stand Alone | | | | |
| | Opened: 2/14/00 | | | | |
| 77 | Lone Tree/ | Entertainment District | Tele | 303-790-8614 | Lindsay Akiyama |
| | Park Meadows | 9445 Park Meadows Drive | Speed Dial | 8077 | Bonnie Morretti |
| | (Sweet Tomatoes) | Lone Tree, CO 80124 | Fax | 303-790-8627 | Quinn Wix |
| | | | | | Rosa Mosqueda |
| | Building Type: | | | | Ryann Kiery |
| | Stand Alone | | | | Saul Ramirez |
| | Opened: 4/3/00 | | | | |
| 78 | Pembroke Pines | Westfork Plaza Shopping Cer | Tele | 954-441-3559 | Roger "Chad" Collins (LDG |
| | (Sweet Tomatoes) | 15901 Pines Blvd. | Speed Dial | 8078 | Larry Nelson |
| | | Pembroke Pines, FL 33027 | Fax | 954-441-9104 | Tyrone Edwards |
| | Building Type: | | | | Trevor Lindsay |
| | Stand Alone | | | | |
| | Opened: 4/17/00 | | | | |
| # | Name | Address | Phone/Fax | | |
| 79 | Kansas City | 1309 Meadow Lake Parkway | Tele | 816-333-9192 | Erin Aguilar |
| | (Sweet Tomatoes) | Kansas City, MO 64114-1619 | Speed Dial | 8079 | Stephanie Myers |
| | | | Fax | 816-333-6618 | Astrid Rosa |
| | Building Type: | | | | Silvia Landa-Abonza |
| | Stand Alone | | | | |
| | Opened: 4/24/00 | | | | |
| 80 | Boca Raton | Del Mar Shopping Center | Tele | 561-750-3303 | Kinsey Barreto |
| | (Sweet Tomatoes) | 7110 Beracasa Way | Speed Dial | 8080 | Megan Reilly |
| | | Space 42-45 | Fax | 561-750-1223 | Christina Flack |
| | Building Type: | Boca Raton, FL 33433-3448 | | | Cory Kozlin |
| | In-Line | | | | Melinda Sagesse |
| | Opened: 5/24/00 | | | | Rhode Senat |
| 81 | Tigard | Pacific Corporate Center | Tele | 503-443-6161 | Jessica Howell |
| | (Sweet Tomatoes) | 6600 SW Cardinal Lane | Speed Dial | 8081 | Patrick Parsons |
| | | Tigard, OR 97224 | Fax | 503-624-2690 | Stephan Johnson |
| | Building Type: | | | | Brienna Bedard (school) |
| | Stand Alone | | | | Tom Halks |
| | Opened: 5/22/00 | | | | |
| 82 | Overland Park | 8505 College Boulevard | Tele | 913-317-9092 | Lenning Gomez (LDGM) |
| | (Sweet Tomatoes) | Overland Park, KS 66210-18: | Speed Dial | 8082 | Hugo Gonzalez |
| | | | Fax | 913-317-9110 | Ana Jurado |
| | Building Type: | | | | Bessy Villeda |
| | Stand Alone | | | | Cinthia Galarza |
| | Opened: 6/12/00 | | | | |
| 83 | Pleasant Hill | Downtown Pleasant Hill Cent | Tele | 925-676-8493 | Dan Munoz |
| | (Sweet Tomatoes) | 40-A Crescent Drive | Speed Dial | 8083 | Noemi Pineda |
| | | Pleasant Hill, CA 94523 | Fax | 925-272-0538 | Brittany McCartney |
| | Building Type: | | | | Mohammed Hossain |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | Stand Alone | | | | Victor Alaniz |
| | Opened: 6/12/00 | | | | Violeta Sakaguchi |
| 84 | Temecula | Promenade Shopping Center | Tele | 951-296-3922 | T.C. Carter |
| | (Souplantation) | 26420 Ynez Road | Speed Dial | 8084 | Matilda Diaz |
| | | Temecula, CA 92591 | Fax | 951-296-3925 | Breanna Patterson |
| | Building Type: | | | | Kelsey Reel |
| | Stand Alone | | | | Yisel De La Cruz |
| | Opened: 6/19/00 | | | | |
| 85 | Cary | Centrum Center | Tele | 919-457-9277 | Robert Mason |
| | (Sweet Tomatoes) | 2310 Walnut | Speed Dial | 8085 | Carlynne Kiser |
| | | Cary, NC 27518-9210 | Fax | 919-851-6522 | Britney Hayes |
| | Building Type: | | Catering | 858-877-0870 | Amanda Knight |
| | Stand Alone | | | | Frank Nichols |
| | Opened: 7/10/00 | | | | |
| 86 | Camarillo | Camarillo Town Center Shop. | Tele | 805-389-3500 | Juan Moreno (LDGM) |
| | (Souplantation) | 375 West Ventura Blvd. | Speed Dial | 8086 | Jonathan Valero |
| | | Camarillo, CA 93010 | Fax | 805-389-0520 | Jennifer Tuelles |
| | Building Type: | | | | Laura Orjuela |
| | Stand Alone | | | | Miguel Andres |
| | Opened: 7/31/00 | | | | Rosa Flores |
| # | Name | Address | Phone/Fax | | |
| 87 | Vista | North County Square | Tele | 760-630-9217 | |
| | (Souplantation) | Shopping Cntr | Speed Dial | 8087 | |
| | | 1860 University Drive | Fax | 760-630-9286 | |
| | Building Type: | Vista, CA 92083-7700 | | | |
| | Stand Alone | | | | |
| | Opened: 8/28/00 | | | | |
| 88 | Woodlands | Town Center | Tele | 281-292-0556 | |
| | (Sweet Tomatoes) | 1717 Lake Woodlands Drive | Speed Dial | 8088 | |
| | | The Woodlands, TX 77380 | Fax | 281-292-2164 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 9/25/00 | | | | |
| 89 | San Jose | Bernal Shopping Center | Tele | 408-578-9122 | |
| 819 | (Sweet Tomatoes) | 113 Bernal Road | Speed Dial | 8089 | |
| | | San Jose, CA 95119 | Fax | 408-578-9152 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 12/6/00 | | | | |
| 90 | Creve Coeur | 10401 Olive Blvd. | Tele | 314-872-9181 | |
| | (Sweet Tomatoes) | Creve Coeur, MO 63141 | Speed Dial | 8090 | |
| | | | Fax | 314-872-9278 | |
| | Building Type: | | | | |
| | In-Line | | | | |
| | Opened: 12/11/00 | | | | |
| 91 | St. Charles | 2801 E. Main St. | Tele | 630-377-3309 | |
| | (Sweet Tomatoes) | St. Charles, IL 60174 | Speed Dial | 8091 | |
| | | | Fax | 630-377-1468 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 2/26/01 | | | | |
| 92 | Glenview | Willow Creek Shopping Cente | Tele | 847-657-8141 | |
| | (Sweet Tomatoes) | 2351 Willow Road | Speed Dial | 8092 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | | Glenview, IL  60025-7637 | Fax | 847-657-8170 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened: 2/26/01 | | | | |
| 93 | Puente Hills | Puente Hills Mall | Tele | 626-810-5756 | |
| | (Souplantation) | 17411 Colima Road | Speed Dial | 8093 | |
| | | City of Industry, CA  91748 | Fax | 626-810-5971 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 4/16/01 | | | | |
| 94 | Crestwood | 9846 Watson Road | Tele | 314-966-3882 | |
| | (Sweet Tomatoes) | Crestwood, MO  63126 | Speed Dial | 8094 | |
| | | | Fax | 314-966-3812 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened: 4/16/01 | | | | |
| # | Name | Address | Phone/Fax | | |
| 95 | Metro Center | 10046 North 26th Drive | Tele | 602-749-9016 | Steven Oates |
| | (Sweet Tomatoes) | Phoenix, AZ  85021 | Speed Dial | 8095 | Betsabe Green |
| | | | Fax | 602-749-9024 | Nico Underwood |
| | Building Type: | | Catering | 858-776-6550 | Alberto Cruz |
| | Stand Alone | | Catering | 480-322-7875 | Jaqueline Lopez |
| | | | | | Joana Olea |
| | | | | | Kaitlin Hitt |
| | Opened: 5/14/01 | | | | Tony Cesario |
| 96 | Northridge | Porter Ranch Town Center | Tele | 818-363-3027 | Karlyn Watkins |
| | (Souplantation) | 19801 Rinaldi Street | Speed Dial | 8096 | Amber Huff |
| | | Northridge, CA 91326 | Fax | 818-363-2863 | Alicia Harden |
| | Building Type: | | | | Amanda Cuozzo |
| | Stand Alone | | | | |
| | Opened: 9/10/01 | | | | |
| 97 | Schaumburg | Centennial Center One | Tele | 847-619-1271 | Lesa Pickinpaugh |
| | (Sweet Tomatoes) | 1951 E. McConner Pkwy | Speed Dial | 8097 | Robert (Eric) Lee |
| | | Schaumburg, IL 60173 | Fax | 847-619-1378 | Teresa Reyes |
| | Building Type: | | | | Carmen Colin |
| | Stand Alone | | | | |
| | Opened: 9/24/01 | | | | |
| 98 | Irvine | 2825 Main Street | Tele | 949-474-8682 | Eric Larson |
| | (Souplantation) | Irvine, CA 92614 | Speed Dial | 8098 | Sean McDonald |
| | | | Fax | 949-474-4035 | Tammy Billieu |
| | Building Type: | | | | Anahi Maness |
| | Stand Alone | | | | |
| | Opened: 10/15/01 | | | | |
| 99 | Foothill Ranch | Foothill Ranch Towne Center | Tele | 949-472-1044 | Nick Singleton |
| | (Souplantation) | 26572 Towne Centre Drive | Speed Dial | 8099 | Lucy Burciaga |
| | | Foothill Ranch, CA 92610-241 | Fax | 949-472-4119 | Ryan Acosta |
| | Building Type: | | | | Jeff Bruner |
| | Stand Alone | | | | |
| | Opened: 2/25/02 | | | | |
| 100 | Fullerton | Amerige Heights Town Cente | Tele | 714-446-0566 | Benita Jimenez |
| | (Souplantation) | 1901 West Malvern Ave. | Speed Dial | 8100 | Carolina Sanchez |
| | | Fullerton, CA 92833 | Fax | 714-446-8706 | Roselani Hockenhull |
| | Building Type: | | | | Desiree Perkins |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
|  | Stand Alone |  |  |  | Monica Bahena |
|  | Opened: 1/13/03 |  |  |  |  |
| 101 | Valencia | Valencia Town Center II | Tele | 661-286-1260 | Gary Hermans |
|  | (Souplantation) | 24303 Town Center Drive | Speed Dial | 8101 | Jesus Franco |
|  |  | Suite 150 | Fax | 661-286-0271 | Margie Marks |
|  | Building Type: | Valencia, CA 91355 |  |  | Sophia Papaconstantinou |
|  | End Cap |  |  |  | Susana Torres |
|  | Opened: 1/20/03 |  |  |  |  |
| 102 | West Palm Beach | 1900 Palm Beach Lakes Blvd | Tele | 561-640-5720 | Diane Murphy |
|  | (Sweet Tomatoes) | West Palm Beach, FL 33409 | Speed Dial | 8102 | Diana Lopez |
|  |  |  | Fax | 561-640-1892 | April Floyd |
|  | Building Type: |  |  |  | Mark Morris |
|  | Stand Alone |  |  |  | Mitchell Goldstein |
|  | Opened: 10/2/06 |  |  |  |  |
| # | Name | Address | Phone/Fax |  |  |
| 103 | Chula Vista | 1810 Main Court | Tele | 619-216-9843 | Josh Clark |
|  | (Souplantation) | Chula Vista, CA 91911 | Speed Dial | 8103 | Jose Santiago |
|  |  |  | Fax | 619-216-4979 | Lucas Weaver |
|  | Building Type: |  | Catering | 858-472-9067 | Brittany Martinez |
|  | Stand Alone |  |  |  | Ellis Quenga |
|  | Opened: 7/26/06 |  |  |  | Lariza Alba |
| 104 | Desert Ridge | 21001 North Tatum Blvd. 93 | Tele | 480-473-3233 | Marcia Sofarelli |
|  | (Sweet Tomatoes) | Phoenix, AZ 85050 | Speed Dial | 8104 | Manuel Sevilla |
|  | Building Type: |  | Fax | 480-473-3234 | Robert Cooper |
|  | Stand Alone |  |  |  |  |
|  | Opened: 2/26/07 |  |  |  |  |
| 105 | Waukegan | 850 S. Waukegan Rd. | Tele | 847-578-0474 | Constance "CJ" Valenta |
|  | (Sweet Tomatoes) | Waukegan, IL 60085 | Speed Dial | 8105 | Cary Ann Lutka |
|  | Building Type: |  | Fax | 847-578-0486 | Julio Cano-Mendoza |
|  | Stand Alone |  |  |  |  |
|  | Opened: 8/27/07 |  |  |  |  |
| 106 | Addison | 15225 Montfort Dr. | Tele | 972-385-7160 | Chris Jensen |
|  | (Sweet Tomatoes) | Dallas, TX 75248 | Speed Dial | 8106 | Jessie Guerrero |
|  |  |  | Fax | 972-385-7819 | Bruce Peavey |
|  | Building Type: |  |  |  | Abraham Ortega |
|  | Stand Alone |  |  |  | Adrian Castaneda |
|  | Opened: 10/15/07 |  |  |  | Carlos Hernandez |
| 107 | Lombard | 2820 Highland Ave. Suites A ( | Tele | 630-932-5099 | Steve Stoeger |
|  | (Sweet Tomatoes) | Lombard, IL 60148 | Speed Dial | 8107 | Jonathan Lips |
|  |  |  | Fax | 630-932-5601 | Alex Valenzuela |
|  | Building Type: |  |  |  | Giovanni Villalobos |
|  | End Cap |  |  |  | Maria Salgado |
|  | Opened: 11/12/07 |  |  |  |  |
| 108 | San Jose | 625 Coleman Ave. | Tele | 408-275-0423 | Michelle Mandrones (LDGM |
|  | (Sweet Tomatoes) | San Jose, CA 95110 | Speed Dial | 8108 | Stephanie Coelho |
|  |  |  | Fax | 408-275-6307 | Maria Diaz |
|  | Building Type: |  |  |  | Julio Mendoza |
|  | Stand Alone |  |  |  | Oscar Bautista |
|  | Opened: 1/14/08 |  |  |  |  |
| 109 | Simi Valley | 1555 Simi Town Center Way, | Tele | 805-584-8140 | Vincent Ford |
|  | (Souplantation) | Unit 582 | Speed Dial | 8109 | Amir Berang |
|  |  | Simi Valley, CA 93065 | Fax | 805-584-8224 | Angela Navarette |
|  | Building Type: |  |  |  | Brittany Moir |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
|  | In-Line |  |  |  | Torrey Campbell |
|  | Opened:  1/14/08 |  |  |  |  |
| 110 | Gilbert | 4928 S. Power Rd. | Tele | 480-333-0022 | Rick Anderson (RGM) |
|  | (Sweet Tomatoes) | Mesa, AZ 85212 | Speed Dial | 8110 | Shannon Stephens |
|  |  |  | Fax | 480-333-0025 | Alicia Smith |
|  | Building Type: |  |  |  | Alec Burton |
|  | Stand Alone |  |  |  | Dillon Lambert |
|  |  |  |  |  | Erika Topping |
|  |  |  |  |  | Kirstey Woytus |
|  |  |  |  |  | Maurice Moule |
|  | Opened:  4/14/08 |  |  |  | Scott Allen |
| # | Name | Address | Phone/Fax |  |  |
| 111 | Palmdale | 40026 10th St. West | Tele | 661-265-0054 |  |
|  | (Souplantation) | Palmdale, CA 93551 | Speed Dial | 8111 |  |
|  |  |  | Fax | 661-265-0824 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened:  5/5/08 |  |  |  |  |
| 112 | Aurora | 986 North Route 59 | Tele | 630-978-4017 |  |
|  | (Sweet Tomatoes) | Aurora, IL 60504 | Speed Dial | 8112 |  |
|  |  |  | Fax | 630-978-4053 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened: 4/21/08 |  |  |  |  |
| 113 | Arlington | 4001 Matlock Rd. | Tele | 817-557-1809 |  |
|  | (Sweet Tomatoes) | Arlington, TX 76015 | Speed Dial | 8113 |  |
|  |  |  | Fax | 817-472-4319 |  |
|  | Building Type: |  | Catering | 817-948-6365 |  |
|  | Stand Alone |  |  |  |  |
|  | Opened:  3/24/08 |  |  |  |  |
| 114 | Irving | 1820 Market Place Blvd | Tele | 972-830-9200 |  |
|  | (Sweet Tomatoes) | Irving, TX 75063 | Speed Dial | 8114 |  |
|  |  |  | Fax | 972-830-9292 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened: 9/8/08 |  |  |  |  |
| 115 | La Quinta | 79705 Highway 111 | Tele | 760-342-0555 |  |
|  | (Souplantation) | La Quinta, CA 92253 | Speed Dial | 8115 |  |
|  |  |  | Fax | 760-342-4631 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opening: 12/8/08 |  |  |  |  |
| 116 | Lake Buena Vista | 12561 S. Apopka-Vineland Rc | Tele | 407-938-9462 |  |
|  | (Sweet Tomatoes) | Orlando, FL 32836 | Speed Dial | 8116 |  |
|  |  |  | Fax | 407-938-9457 |  |
|  | Building Type: |  |  |  |  |
|  | Stand Alone |  |  |  |  |
|  | Opened 4/27/09 |  |  |  |  |
| 117 | Encinitas | 109 N. El Camino Real | Tele | 760-634-2500 |  |
| 5 | (Souplantation) | Encinitas, CA 92024 | Speed Dial | 8117 |  |
|  | Building Type: |  | Fax | 760-634-8200 |  |
|  | End Cap |  |  |  |  |
|  | Opened 3/22/10 |  |  |  |  |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| 118 | Naples | 10940 Tamiami Trail North | Tele | 239-597-1112 | |
| 3 | (Sweet Tomatoes) | Naples, FL 34110 | Speed Dial | 8118 | |
| | | | Fax | 239-597-2885 | |
| | Building Type: | | | | |
| | Stand Alone | | | | |
| | Opened 3/22/10 | | | | |
| # | Name | Address | Phone/Fax | | |
| 119 | Las Vegas | 9460 W. Flamingo Rd. Ste 10 | Tele | 702-242-0277 | |
| 5 | (Sweet Tomatoes) | Las Vegas, NV 89147 | Speed Dial | 8119 | |
| | | | Fax | 702-242-0705 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 5/17/2010 | | | | |
| 120 | Bradenton | 5407 University Pkwy | Tele | 941-359-0110 | |
| 5 | (Sweet Tomatoes) | Bradenton, FL 34201 | Speed Dial | 8120 | |
| | | | Fax | 941-359-0935 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 7/12/2010 | | | | |
| 121 | Boyton Beach | 1100 N Congress Ste 100 | Tele | 561-369-0666 | |
| 5 | (Sweet Tomatoes) | Boynton Beach, FL 33426 | Speed Dial | 8121 | |
| | | | Fax | 561-369-0681 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 11/8/2010 | | | | |
| 123 | Escondido | 1260 A & B Auto Pkwy | Tele | 760-839-8200 | |
| 5 | (Souplantation) | Escondido, CA 92029 | Speed Dial | 8123 | |
| | | | Fax | 760-839-2812 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | | | | | |
| | Opened 12/13/2010 | | | | |
| 124 | Howard Hughes | 6081 Center Drive Ste 102 | Tele | 310-665-1144 | |
| 3 | (Souplantation) | Los Angeles, CA 90045 | Speed Dial | 8124 | |
| | | | Fax | 310-665-9823 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 12/13/2010 | | | | |
| 125 | Pt. Richey | 10156 US 19N | Tele | 727-863-9506 | |
| 5 | (Sweet Tomatoes) | Pt. Richey, FL 34668 | Speed Dial | 8125 | |
| | | | Fax | 727-863-9529 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | | | | | |
| | | | | | |
| | Opened 3/7/11 | | | | |
| 126 | Lady Lake | 508 US 27/441 | Tele | 352-751-2500 | |
| 5 | (Sweet Tomatoes) | Lady Lake, FL 32159 | Speed Dial | 8126 | |
| | | | Fax | 352-751-2976 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 4/4/11 | | | | |
| 128 | Kissimee | 3236 Rolling Oaks Blvd | Tele | 407-966-4664 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| 5 | (Sweet Tomatoes) | Space T - 114 | Speed Dial | | 8128 |
| | | Kissimmee, FL 34747 | Fax | 407-465-0016 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 5/23/11 | | | | |
| # | Name | Address | Phone/Fax | | |
| 129 | San Jose North | 4180 N. First St. | Tele | 408-526-0200 | |
| 5 | (Sweet Tomatoes) | Space 500 - 4 | Speed Dial | | 8129 |
| | | San Jose, CA 95134 | Fax | 408-526-0201 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 11/1/11 | | | | |
| 130 | Ft. Worth | 2901 West 7th Street | Tele | 817-348-8533 | |
| 5 | (Sweet Tomatoes) | Ft. Worth, TX 76107 | Speed Dial | | 8130 |
| | | | Fax | 817-348-8467 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 10/17/11 | | | | |
| 131 | Dallas (Old Town) | 5500 Greenville Ave. | Tele | 214-369-2200 | |
| 5 | (Sweet Tomatoes) | Unit #1320 | Speed Dial | | 8131 |
| | | Dallas, TX 75206 | Fax | 214-360-4293 | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 4/2/12 | | | | |
| 133 | Mountain View | 1040 Grant Rd. Ste. #360 | Tele | 650-961-2500 | |
| 5 | (Sweet Tomatoes) | Mtn View, CA 94040 | Speed Dial | | 8133 |
| | Building Type: | | Fax | 650-961-2525 | |
| | End Cap | | | | |
| | Opened 5/7/12 | | | | |
| 134 | Kendall | 8405 Mills Dr. Ste. #220 | Tele | 305-595-1995 | |
| 5 | (Sweet Tomatoes) | Miami, FL 33183 | Speed Dial | | 8134 |
| | | | Fax | 727-796-2424 | |
| | Building Type: | | | | |
| | In-Line | | | | |
| | Opened 7/30/12 | | | | |
| 135 | Atwater Village | 2921 Los Feliz Blvd | Tele | 323-284-6312 | |
| 5 | (Souplantation) | Los Angeles, CA 90039 | Speed Dial | | 8135 |
| | | | | | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 9/17/12 | | | | |
| 136 | Chino Hills | 4645 Chino Hills Parkway | Tele | 909-315-5265 | |
| | (Souplantation) | Suite A | Speed Dial | | 8136 |
| | | Chino Hills Ca 91709 | | | |
| | Building Type: | | | | |
| | End Cap | | | | |
| | Opened 5/1/14 | | | | |
| # | Name | Address | Phone/Fax | | |
| Central Kitchens and Distribution Centers | | | | | |
| 801 | La Mesa CK | 9158 Fletcher Pkwy. | CK Tele | 619-464-3270 | |
| | | La Mesa, CA  91942-3424 | Speed Dial | | 8801 |
| | | | CK Fax | 619-464-2373 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | | | | | |
| | | | | | |
| | | | | | |
| 802 | Houston CK | 8775 Katy Fwy. | CK Tele | 281-936-0860 | |
| | | Houston, TX  77024-1703 | Speed Dial | 8802 | |
| | | | | | |
| | | | | | |
| 803 | Palm Harbor CK | 31151 US Route 19 North | CK Tele | 727-787-7560 | |
| | | Palm Harbor, FL  34684 | Speed Dial | 8803 | |
| | | | | | |
| | | | | | |
| 804 | Scottsdale CK | Pavilions II | CK Tele | 480-269-8681 | |
| | | 9029 E. Indian Bend Rd. | Speed Dial | 8804 | |
| | | Scottsdale, AZ  85250-8521 | CK Fax | 480-922-3111 | |
| | | | | | |
| | | | | | |
| 805 | Overlook CK | Overlook at Union Park | CK Tele | 801-569-2693 | |
| | | 7455 S. Union Park Ave. | Speed Dial | 8805 | |
| | | Midvale, UT  84047-1811 | | | |
| | | | | | |
| | | | | | |
| 806 | Perimeter CK | Costco Center | CK Tele | 770-913-0145 | |
| | | 6340 Peachtree-Dunwoody R | Speed Dial | 8806 | |
| | | Atlanta, GA  30328 | CK Fax | 770-913-0539 | |
| | | | | | |
| | | | | | |
| 808 | Westminster CK | Westminster Rest. Plaza | CK Tele | 303-428-8568 | |
| | | 8971 Yates Street | Speed Dial | 8808 | |
| | | Westminster, CO  80031 | CK Fax | 303-428-4310 | |
| | | | | | |
| | | | | | |
| 810 | Vancouver CK | Mill Plain One P.U.D | CK Tele | 360-891-3865 | |
| | | 12601 SE 2nd Circle | Speed Dial | 8810 | |
| | | Vancouver, WA  98684-6059 | CK Fax | 855-202-1632 | |
| | | | | | |
| | | | | | |
| | | | | | |
| # | Name | Address | Phone/Fax | | |
| 812 | Boca Raton CK | Del Mar Shopping Center | CK Tele | 561-750-1332 | |
| | | 7110 Beracasa Way | Speed Dial | 8812 | |
| | | Space  42-45 | CK Fax | 561-750-7347 | |
| | | Boca Raton, FL  33433-3448 | | | |
| | | | | | |
| 813 | Albuquerque CK | 4901 San Mateo Blvd. NE | CK Tele | | |
| | | Albuquerque, NM  87109-24 | Speed Dial | 8813 | |
| | | | | | |
| | | | | | |
| 814 | Raleigh CK | One No. Commerce Center | CK Tele | 919-877-0574 | |
| | | 5200 Capital Blvd. | Speed Dial | 8814 | |

Previous addresses used by the debtor within 3 years before filing this case:

| # | Name | Address | Phone/Fax | Phone | Contact |
|---|------|---------|-----------|-------|---------|
| | | Raleigh, NC 27616 | | | |
| | | | | | |
| | | | | | |
| 817 | Orlando CK | International Festival | CK Tele | 407-363-1544 | |
| | | 6877 South Kirkman Rd. | Speed Dial | 8817 | |
| | | Orlando, FL 32819 | | | |
| | | | | | |
| | | | | | |
| 818 | Sarasota CK | The Landings | CK Tele | 941-925-2979 | |
| | | 4994 South Tamiami Trail | Speed Dial | 8818 | |
| | | Sarasota, FL 34231-4354 | | | |
| | | | | | |
| | | | | | |
| 819 | San Jose CK | Bernal Shopping Center | CK Tele | 408-578-9413 | |
| | | 113 Bernal Road | Speed Dial | 8819 | |
| | | San Jose, CA 95119 | | | |
| | | | | | |
| | | | | | |
| 820 | Elk Grove | 875 Cambridge Drive | Tele | 847-956-5530 | |
| | (Garden Fresh | Elk Grove Village, IL 60007 | Speed Dial | 8820 | |
| | Restaurant Corp. | | Fax | 847-956-5614 | |
| | Elk Grove Central | | | | |
| | Kitchen) | | | | |
| | Opened: 2/26/01 | | | | |
| 821 | Crestwood CK | 9846 Watson Road | CK Tele | 314-966-3527 | |
| | | Crestwood, MO 63126 | Speed Dial | 8821 | |
| | | | CK FAX | 877-684-9960 | |
| | | | | | |
| | | | | | |
| 822 | Fullerton | Fullerton Business Park | Tele | 714-626-8857 | |
| | (Garden Fresh | 1850 Raymer Avenue | Speed Dial | 8822 | |
| | Restaurant Corp. | Fullerton, CA 92833 | Fax | 714-855-1235 | |
| | Fullerton Central | | Mgr.on duty | 714-713-2557 | |
| | Kitchen) | | Mgr.on duty | 714-713-2446 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Opened: 12/27/02 | | | | |
| # | Name | Address | Phone/Fax | | |
| 9001 | Garden Fresh | 6800 Sycamore Canyon Blvd. | Tele | 858-312-1619 | |
| | West Coast | Riverside, CA 92507 | Speed Dial | 1619 | |
| | Distribution Center | | Fax | 951-697-8468 | |
| | Opened: 4/1/00 | | | | |
| 9002 | Garden Fresh | 1325 Chastain Road | Tele | 858-312-1914 | |
| | East Coast | Suite 300 | Speed Dial | 1920 | |
| | Distribution Center | Kennesaw, GA 30144 | Fax | 678-290-3909 | |
| | Opened: 10/15/01 | | | | |
| | Orlando Storage | 120 W. Compton Ave. | Tele | 407-841-0126 | |
| | Hub | Orlando, FL 32836 | | | |
| | Opened: 4/25/11 | | | | |
| | Tempe StorageHub | 331 So. River Rd. | Tele | 480-991-5594 | |
| | | Unit 824 | Fax | 480-922-3111 | |
| | | Tempe, AZ 85281 | Cell (RC) | 602-332-3863 | |

GFR FSA (Health) Balances
As of 11 May 2020

| Last Name | First Name | ACCOUNT BALANCE (ACTUAL) |
|---|---|---|
| Alvarez | Carla | $49.98 |
| Arauz | Albeniz Antonio | $295.41 |
| Barajas Aleman | Dania | $621.98 |
| Bartko | Scott | ($307.89) |
| Bonnes | Adam | $0.92 |
| BYRD | CHERYL | $624.98 |
| Case | Eric | $10.00 |
| CHRISTIE | SEAN | $750.02 |
| CO | JOSELITO | $619.98 |
| Davis | Lori | $499.92 |
| De La Rosa | Alexander | $59.00 |
| DORSEY | MICHAEL | ($810.70) |
| Ferguson | Julee | ($76.87) |
| Garcia | Wendy | $1.24 |
| Giles | Tiffany | $200.00 |
| GRUBBS | WENDY | ($658.62) |
| HARRIS | TRICIA | ($532.93) |
| Hinton | Brian | $500.00 |
| Hoerzing | Kurt | $100.00 |
| Isaac | Sarah | $199.92 |
| Johnston | Sherri-Lee | ($39.15) |
| Madrid | Willians | $124.96 |
| MARCHESANO | KRISTINA | ($83.36) |
| Marcus | Stacie | $187.50 |
| MARTINDALE | KEVIN | $250.02 |
| Martinez | Enrique | $500.00 |
| McClurg | Kimberly | $18.74 |
| McCoy | Kristin | ($1,496.82) |
| MEJIA | WALTER | $85.51 |
| Mendoza | Cristian | $365.00 |
| Ochoa-Romero | Rafael | ($294.11) |
| Pappenfus | Veronica | ($592.86) |
| Perez | Eddie | $100.00 |
| RAMOS | ERIKA | ($1,111.33) |
| Resendiz | Antonio | $500.00 |
| Robertson | Jeffry | ($163.10) |
| RUMMINGER-ALDRIDGE | SANDRA | $532.41 |
| Sandoval | Elizabeth | $250.00 |
| SCOTT | MARTHA | $922.68 |
| Sessler | Courtney | ($71.03) |
| Smith | James | $150.00 |
| Solorzano | Ramon | ($66.64) |
| Staley | Lupe | $90.14 |
| Wilcox | Larry | $499.92 |
| Wilcoxon | John | ($1,462.40) |
| Zimmerman | Valerie | $500.00 |

FSA Balances (Dental)
As of May 11, 2020

| Last Name | First Name | ACCOUNT BALANCE (ACTUAL) |
|---|---|---|
| Garcia | Wendy | $0.24 |
| MARCHESANO | KRISTINA | $150.00 |
| Newman | Jessica | $0.00 |
| Pappenfus | Veronica | $0.00 |
| Solorzano | Ramon | $0.00 |

**SOFA 23 - governmental unit notification that the debtor may be liable or potentially liable under or in violation of an environmental law:**

A.  Schedule of material environmental licenses, permits and authorizations held by any of the Entities.

California Environmental Protection Agency

The following locations are registered with the California Environmental Protection Agency via the California Environmental Reporting System: Business (CERS).  The registered substance is $CO_2$, which we have at each location for our soda systems. Only the locations listed below have been directly instructed to register with CERS at this time.

a.  Souplantation  26420 Ynez Rd , Temecula 92591    CERS ID: 10322914

b.  Souplantation  79705 Highway 111, La Quinta 92253 CERS ID: 10326322

c.  Sweet Tomatoes  39370 Paseo Padre Pkwy, Fremont 94538  CERS ID: 10743010

d.  Souplantation  26572 Towne Centre Drive, Foothill Ranch 92610 CERS ID:10772878

e.  Sweet Tomatoes 1210 Kifer Rd, Sunnyvale 94086   CERS ID: 10776835

f.  Souplantation  1860 Marron Rd, Carlsbad 92008     CERS ID: 10822540

California Air Resources Board

Our Fullerton Production Facility is registered with the California Air Resources board via the Stationary Equipment Refrigerant Management Program.  This is the only location that is required to register based on the quantity of refrigerant in their cooling systems.

a.  Fullerton Production Facility 1850 Raymer Ave Fullerton, CA 92833

B.  Description of (i) all current material environmental issues, including governmental inquiries and threatened or actual litigation, together with proposed resolutions, if any, and (ii) closed environmental disputes and their resolutions.

a.  Our Kendall, FL location is currently involved in a dispute over the grease traps.  It is undetermined at this time, but we were either allowed to open the location without a FOG (fats, oils, grease) permit, or the permit lapsed.  The Miami-Dade Division of Environmental Management (DERM) will not issue the permit as they are stating that the current grease trap is non-compliant.  We are currently

411390-v1

**SOFA 23 - governmental unit notification that the debtor may be liable or potentially liable under or in violation of an environmental law:**

pursuing a variance as testing has shown that the discharge from the traps is below the acceptable limit.

C. Information as to hazardous substances (both as identified by the EPA or those deemed to be such by management) used, emitted or stored by any of the Entities.

    a.  Chemical Name:Carbon Dioxide
        CAS Number: 124-38-9
        CERS Chemical Library ID: CCL-101711
        US EPA SRS ID: 33548
        Physical State: Liquid
        Hazardous Material Type: Pure

D. Copies of recent environmental audits or other environmental studies.

    **a.  None**

411390-v1

List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Vendor Name | Date Issued |
|---|---|
| Accessible Systems Consulting | 4/9/2018 |
| Adaptive Insights | 7/30/2019 |
| ARDENT MILLS LLC | Unknown |
| Arroweye Solutions | 2/1/2018 |
| Bare International | 8/31/2018 |
| Cardlytics | 6/25/2018 |
| Carlisle Foodservice | 3/8/2018 |
| CH Guenther | 2/8/2019 |
| CH Robinson Worldwide | 9/25/2019 |
| ChefWorks, Inc | 6/20/2018 |
| Chuck Childers | 5/23/2019 |
| Claire Cunningham Creative | 9/20/2018 |
| Clearwater Fine Foods | 5/14/2018 |
| Conway Dresssing | 3/14/2018 |
| Crossmedia, Inc | 12/21/2018 |
| Data41 Enterprise Solutions | 7/22/2019 |
| Delaget | 10/31/2018 |
| Ecotrak Facility | 1/19/2018 |
| Federal Heath | 11/26/2018 |
| FloorMax USA | 4/5/2019 |
| Food Safety Solutions | 2/28/2020 |
| Fresh Concepts | 9/25/2019 |
| Global Media Group | 12/21/2018 |
| Hailburton International | 10/31/2019 |
| Hill Holliday | 12/21/2018 |
| Hormel Foods Corp | 3/7/2018 |
| Impossible Foods | 11/5/2019 |
| Integrated Cash Logistics | 9/23/2019 |
| IPS Industries | 5/14/2019 |
| Janet Peterson | 8/30/2019 |
| John Schaefer dba The Schaefer Co | 10/10/2019 |
| Kelly,Scott and Madison Inc | 12/21/2019 |
| KM Food Consulting | 6/7/2018 |
| Lantmannen Unibake USA | 4/16/2018 |
| Mediaspot Inc | 1/3/2019 |
| Penske | 6/22/2018 |
| Produce Alliance LLC | 5/21/2019 |
| Property Works | 4/17/2019 |
| Prophix Software | 7/22/2019 |
| Pure BioScience | 06/06/208 |
| Rich Products | 7/3/2018 |
| Ryder Truck Rental | 4/23/2018 |
| Smithfield Packaged Meals | 11/5/2018 |
| Sugar Foods Corporation | 11/19/2018 |
| The Cramer-Krasselt Co | 12/20/2018 |
| The Richards  Group | 12/20/2018 |
| Ventura Foods | 3/9/2018 |
| Weight Watchers International | 5/23/2018 |

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.
**Gary B. Rudolph 101921**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100**
**101921 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Garden Fresh Restaurants LLC**

BANKRUPTCY NO. **20-02477-LA7**

Tax I.D. / S.S. #: **38-4023433**

Debtor.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
### AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.  Meet with the Company to review its assets, liabilities, income, and expenses.

2.  Analyze the Company's financial situation, and render advice to it in determining whether to file a petition in bankruptcy.

3.  Describe the purpose, benefits, and costs of the Chapters the Company may file, and counsel the Company regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer your questions.

4.  Advise you of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct you as to the date, time, and place of the meeting.

5.  Advise the Company of the necessity of maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases.

6.      Timely prepare, file and serve, as required, the Company's petition, schedules, Statement of Financial Affairs, and any necessary amendments.

7.      Provide documents pursuant to the Trustee Guidelines and any other information requested by    the Chapter 7 Trustee or the Office of the United State Trustee.

8.      Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to you.

9.      Appear and represent the Company at the Section 341(a) Meeting of Creditors, and any    continued meeting, except as further set out below.

10.     Return telephone calls, answer questions and review and send correspondence relating to the Chapter 7 bankruptcy case.

# II.
## Services Included as Part of Chapter 7 Representation, Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.      Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.      Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.      Opposing Motions for Relief from Stay;

4.      Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.      Redemption Motions and hearings on Redemption Motions;

6.      Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.      Representation in a Motion to Dismiss or Convert debtor's case;

8.      Motions to Reinstate or Extend the Automatic Stay;

9.      Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

# III.
## Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

2

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.      Representation at any continued meeting of creditors due to the Company's failure to appear      or failure to provide required documents or acceptable identification;

2.      Opposing Motions for Relief from Stay;

3.      Preparation and filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

4.      Representation in a Motion to Dismiss or Convert debtor's case;

5.      Preparation and filing of Motions to Reinstate or Extend the Automatic Stay;

6.      Opposing a request for, or appearing at a 2004 examination;

7.      All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.      Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.      Filing or responding to an appeal;

10.     An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).


# IV.
## Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.      Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.      List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

<div align="center">3</div>

3.   Provide accurate and complete financial information;

4.   Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.   Cooperate and communicate with your attorney;

6.   Discuss the objectives of the case with your attorney before you file;

7.   Keep the attorney updated with any changes in contact information, including email address;

8.   Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.   Keep the attorney updated on any changes in the household income and expenses;

10.  Timely file all statutorily required tax returns;

11.  Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.  Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.  Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.  Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.  Pay all required fees prior to the filing of the case;

16.  Promptly pay all required fees in the event post filing fees are incurred;

17.  Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **June 4, 2020**
_____

**/s/ John Haywood**
**John Haywood**
Chief Executive Officer of Garden Fresh Restaurants, LLC

Dated:  **June 4, 2020**
_____

**/s/ Gary B. Rudolph**
**Gary B. Rudolph 101921**
Attorney for Debtor(s)

4

# United States Bankruptcy Court
## Southern District of California

In re    **Garden Fresh Restaurants LLC**

Debtor(s)

Case No.    **20-02477-LA7**

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Garden Fresh Restaurants LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Garden Fresh Holdings LLC**
**15822 Bernardo Center Drive, S**
**San Diego, CA 92127**

☐ None [*Check if applicable*]

**June  4, 2020**

Date

**/s/ Gary B. Rudolph**

**Gary B. Rudolph 101921**

Signature of Attorney or Litigant

Counsel for   **Garden Fresh Restaurants LLC**

**Sullivan Hill Rez & Engel, A Professional Law Corporation**

**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100 Fax:(619) 231-4372**
**rudolph@sullivanhill.com**